# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**Report of Namandjé N. Bumpus, Ph.D.**

Date: March 7, 2022

Namandjé N. Bumpus

Namandjé N. Bumpus, Ph.D.

**Expert Report of Namandjé N. Bumpus, Ph.D.**

**In Re: Zantac (Ranitidine) Products Liability Litigation**

**TABLE OF CONTENTS**


I. Qualifications ........ 1

II. Compensation and Disclosures: ........ 2

III. Summary of Opinions ........ 3

IV. Introduction to Ranitidine and N-Nitrosodimethylamine ........ 5

- A. Overview of Ranitidine ........ 5
- B. Overview of NDMA ........ 5
- C. Overview of Plaintiffs' Theories on Endogenous Formation of NDMA from Ranitidine ........ 6

V. Analytical Methods for Measuring NDMA from Ranitidine ........ 7

VI. FDA Studies on Ranitidine and Potential Endogenous NDMA Formation ........ 8

- A. Florian et al 2021 ........ 8
- B. Gao et al 2021 ........ 14

VII. Other Human Studies on Ranitidine and Potential Endogenous NDMA Formation ........ 18

- A. Studies by Mitch et al (Zeng and Mitch 2015; Zeng and Mitch 2016; Emery Pharma/Mitch 2021 draft manuscript) ........ 18
- B. Krawczynski et al 2002 ........ 22
- C. Garcia del Risco et al 1984 ........ 23
- D. Thomas et al 1987 ........ 24
- E. Houben et al 1996 ........ 26
- F. Dallinga et al 1998 ........ 26
- G. Matsuda et al 1990 ........ 27
- H. Summary of Human Studies on Ranitidine and Potential Endogenous NDMA Formation ........ 28




Contains Confidential Information – Subject to Protective Order

**VIII. Other High Nitrite In Vitro Studies on Ranitidine and Potential Endogenous NDMA Formation .......... 28**

**A. Brittain et al 1981 (GSK Study D164), Cholerton et al 1985 and related GSK Reports (CR/368/81, BIO/80/11) .......... 28**

**B. Maura et al 1983 .......... 30**

**C. Tanner et al 1982 (Glaxo Report WBP/82/011) .......... 31**

**D. Darkin et al 1982 (Smith Kline and French Report in NDA Supplement) .......... 31**

**E. Zeng and Mitch 2016 .......... 32**

**F. Valisure Citizen Petition 09/2019 .......... 32**

**G. Braunstein et al 2021 .......... 33**

**H. Studies by Emery Pharma .......... 35**

**IX. Summary of In Vitro Studies on Ranitidine and Potential Endogenous NDMA Formation .......... 37**

**X. Theories on Ranitidine and Potential Endogenous DMA Formation .......... 37**

**A. DDAH-1 Enzyme .......... 37**

**B. Furoic Acid Metabolite .......... 38**

**XI. Conclusions .......... 39**

**References .......... 40**



Contains Confidential Information – Subject to Protective Order

## I. QUALIFICATIONS

I, Dr. Namandjé Bumpus, am the E.K. Marshall and Thomas H. Maren Professor and director (chair) of the Department of Pharmacology and Molecular Sciences at the Johns Hopkins University School of Medicine. I joined the faculty at Johns Hopkins in 2010 as an assistant professor. I earned a Ph.D. in pharmacology at the University of Michigan in 2007 and completed a postdoctoral fellowship in molecular and experimental medicine at The Scripps Research Institute in La Jolla, CA in 2010.

I have 19 years of experience in the field of pharmacology and am an expert in the use of mass spectrometry to measure the levels of drugs and other molecules. Additionally, my research focuses on elucidating the mechanisms of toxicity induced by drugs and drug metabolites. I have extensive national leadership experience in science. I currently serve on the council of the American Society for Pharmacology and Experimental Therapeutics and was recently elected President-elect of the society. I have previously served as the chair of the National Institutes of Health (NIH) Xenobiotic and Nutrient Disposition and Action grant review group and as an associate editor of the journal Drug Metabolism and Disposition. I have had numerous leadership roles in national and international scientific societies dedicated to pharmacology and toxicology. My research laboratory has been consistently funded by the NIH for over a decade and I have published 55+ papers in leading scientific journals. I am a fellow of the American Association for the Advancement of Science. The impact of my work has been recognized through numerous awards including the Leon I. Goldberg Award from the American Society for Clinical Pharmacology and Therapeutics, the James Gillette Award from the International Society for the Study of Xenobiotics, the John J. Abel Award in Pharmacology from the American Society for


Contains Confidential Information – Subject to Protective Order

Pharmacology and Experimental Therapeutics and the Presidential Early Career Award for Scientists and Engineers awarded by the Obama administration.

A complete overview of my qualifications and publications is included in my CV, attached as Exhibit A.

## II. COMPENSATION AND DISCLOSURES:

I am being compensated for my time at the rate of $450 per hour. In the past four years, I have given a deposition as an expert witness in a case entitled *Gilead Tenofovir Cases*, JCCP No. 5043, Superior Court of California, County of San Francisco (March 1, 2022).

## III. SUMMARY OF OPINIONS

I have been retained to proffer expert opinions on behalf of the Defendants regarding any potential endogenous formation of N-nitrosodimethylamine (NDMA) from ranitidine. Based on my review of the relevant scientific literature and other materials, it is clear that no rigorous studies have demonstrated endogenous formation of NDMA from ranitidine. Quite to the contrary, the well-done and well-validated studies in this space show convincingly that NDMA is not formed in humans following administration of ranitidine. This disparity is largely due to the fact that the former studies relied on gas chromatography – mass spectrometry (GC-MS) for detection of NDMA. However, as demonstrated by scientists at the FDA, this method is not appropriate for measuring NDMA levels from ranitidine, since the high temperatures used in GC-MS can artificially generate high levels of NDMA from ranitidine. This means that the results of any study to measure NDMA levels from ranitidine are invalid and unusable if ranitidine molecules are exposed to the high temperature used during GC-MS. The FDA has made available detailed liquid chromatography – mass spectrometry (LC-MS) methods that use lower temperatures and were validated to demonstrate that NDMA is not formed during the testing procedure. Indeed, when this method is employed, generation of NDMA from ranitidine has not been observed in humans.

As a result of the report by the FDA that GC-MS is not suitable for measuring NDMA levels from ranitidine, a key study purporting to have demonstrated that NDMA is formed in vivo following administration of ranitidine (Zeng and Mitch, 2016) was retracted. The retraction was the proper course of action since the use of GC-MS in that study exposed ranitidine to high heat which renders the results unreliable, unusable, and uninterpretable. The same is true for all other studies claiming in vivo formation of NDMA from ranitidine using GC-based methods that exposed the ranitidine molecule to high temperatures. Based on this, the abovementioned reports

are scientifically invalid as the detection method used was not rigorously validated and as such, the NDMA observed in these studies could have been solely generated by the high temperatures used in the GC-MS instrument itself.

Studies conducted by FDA scientists compellingly demonstrate that NDMA is not formed from ranitidine in vivo (Florian 2021 and Gao 2021). The authors of these studies employed well-validated, sensitive LC-MS methods to detect potential NDMA formation from ranitidine. Additionally, the studies involved the use of clinically and physiologically relevant conditions. The Gao et al (2021) study reveals through a simulated gastric fluid model, designed to test for NDMA in a manner that approximates the environment within the human stomach and intestinal fluids, that NDMA does not form from ranitidine until levels of nitrite are at least 50-fold greater than the upper range of what is observed physiologically. Similarly, in a randomized, placebo-controlled, multiple crossover trial, Florian et al (2021) demonstrated that ranitidine administration with either a non-cured meat or cured meat diet did not result in a statistically significant difference in NDMA levels in plasma or urine when compared to placebo. These data demonstrate that NDMA is not formed from ranitidine in vivo under clinically relevant conditions.

All of my opinions are held to a reasonable degree of scientific certainty. The scientific literature and materials I have reviewed are included in Exhibit B. I understand that plaintiffs produced additional test results and other documents from Emery Pharma and Dr. Najafi shortly before this report was due. Because of the voluminous eleventh-hour production, as well as my understanding that additional materials may still be forthcoming, I was unable to review those documents before finalizing this report. I reserve the right to supplement my opinions upon review of those documents, as well as any other additional literature and materials.



Contains Confidential Information – Subject to Protective Order

# IV. INTRODUCTION TO RANITIDINE AND N-NITROSODIMETHYLAMINE

## A. Overview of Ranitidine

Ranitidine (Zantac®) is a member of the histamine H2-receptor antagonist (H2RA) class of drugs that also includes drugs such as cimetidine, famotidine, and nizatidine. As a competitive inhibitor of histamine H2-receptors that are found in gastric cells, ranitidine can reduce both gastric acid secretion and volume. As such, ranitidine has been a central medication for the prevention and treatment of gastric acid associated conditions, including peptic ulcers and gastroesophageal reflux disease (GERD).

## B. Overview of NDMA

NDMA is an N-nitrosamine, which is a type of compound that has the generic chemical structure $R_2N–N=O$. N-nitrosamines belong to a larger class of compounds known as N-nitroso compounds. N-nitrosamines are generally formed when a secondary or tertiary amine reacts with a nitrosating agent. NDMA is found in many foods, including cured, processed, and red meats, smoked and salted fish, cheese, beer, and can be found in certain vegetables as well. Additionally, NDMA can be formed endogenously from dietary components (Fristachi 2007 and Hrudey 2013). Recently, NDMA and other N-nitrosamines have been found as contaminants in various drugs including angiotensin II receptor blockers (valsartan, losartan, and irbesartan) used to treat hypertension, H2RAs (ranitidine and nizatidine) used to treat gastric acid conditions, and medications used to treat diabetes (metformin), tuberculosis (rifampin and rifapentine), and to assist in smoking cessation (varenicline) (FDA 2021). A Citizen Petition submitted to FDA by an online pharmacy, Valisure LLC, aimed to demonstrate that NDMA is formed from ranitidine, and this has stimulated research by scientists at the FDA and by others. Hypotheses put forth are that NDMA is present in ranitidine prior to ingestion and that ranitidine is converted to NDMA in the

body following ingestion, the latter meaning that there is endogenous formation of NDMA from ranitidine. This report focuses on the issue of endogenous formation.

### C. <u>Overview of Plaintiffs' Theories on Endogenous Formation of NDMA from Ranitidine</u>

Plaintiffs' experts opine that NDMA forms from ranitidine in the human body, relying on several different types of scientific studies and theories. First, Plaintiffs' experts opine that studies in the 1980s investigating the potential nitrosation of ranitidine under World Health Organization (WHO) Nitrosation Assay Procedure (NAP) test conditions demonstrated that NDMA could form from ranitidine in the human body. However, the WHO NAP test is used to determine the reactivity of a potentially nitrosatable drug when exposed to very high levels of nitrite (40 millimolar (mM), supraphysiologic) and it is generally accepted that results from this test "cannot be extrapolated to in vivo conditions" (Coulston 1980). Second, Plaintiffs' experts argue that results from another kind of in vitro study, called simulated gastric fluid (SGF) studies, likewise support the theory that in vivo formation of NDMA occurs from ranitidine. In SGF studies, ranitidine is incubated in simulated gastric fluid (usually containing sodium chloride, hydrochloric acid, and water) under certain pH conditions and a range of nitrite concentrations (usually both physiologic and supraphysiologic concentrations), and NDMA levels are subsequently measured with analytical instruments. Plaintiffs' experts' opinions, to the extent they are based on the WHO NAP test data and simulated gastric fluid study data, rely on findings where supraphysiologic nitrite concentrations – that is, concentrations that are not found in the human body – were utilized. Further, plaintiffs' experts opine that nitrite and nitrate and the presence of nitrate-reducing bacteria facilitate the nitrosation of ranitidine and the formation of NDMA from ranitidine in the human body. They also state that vitamin C and vitamin E inhibit nitrosation and, in turn, inhibit


Contains Confidential Information – Subject to Protective Order

NDMA formation from ranitidine. These arguments, as will be discussed below, are meritless because they fail to consider actual conditions in the human body and rely instead on speculation.

## V. ANALYTICAL METHODS FOR MEASURING NDMA FROM RANITIDINE

A majority of studies measuring NDMA formation have employed gas chromatography-mass spectrometry (GC-MS) as a method of detection and quantitation. GC-MS is a well-established approach to identifying compounds in test samples. However, skilled users of gas chromatographs and mass spectrometers are aware that the high temperatures used in GC-MS (often the equivalent of greater than 500°F) can lead to the production of artifacts through the degradation of molecules within the samples being analyzed. GC-MS was employed by Valisure and others to suggest that NDMA is formed from ranitidine, including in studies designed to simulate ingestion of ranitidine. Importantly, the FDA subsequently performed well-validated studies to establish that the use of high temperatures when researching ranitidine using GC-MS generates high levels of NDMA. Thus, the FDA has found that the test procedure itself leads to the production of NDMA from ranitidine-containing products. This means that analysis of any ranitidine-containing samples, such as aspirated gastric juice from human participants or simulated gastric fluid (SGF) used in in vitro experiments, using GC-MS could lead to artificially high measurements of NDMA not present in the underlying sample but instead due to the high temperatures used in the analytical method. Certain researchers have validated extraction methods which essentially remove ranitidine from the samples before testing with GC-MS, which would prevent the formation of NDMA artifacts (Lim 2020, Alshehri 2020). However, this work has been limited to extracting NDMA from ranitidine dissolved in relatively simple solutions and not on more complex biological solutions such as gastric juice, plasma, and urine. A state-of-the-art method, liquid chromatography-high resolution mass spectrometry (LC-HRMS) was shown by the



Contains Confidential Information – Subject to Protective Order

FDA to be an appropriate and robust approach to researching the presence of NDMA in ranitidine (FDA 2019). Since LC-HRMS does not expose the ranitidine molecule to high heat, it can be used for analysis in both simple solutions and more complex biological solutions. Further, it means that most of the body of literature claiming to show endogenous formation of NDMA from ranitidine is invalid as the measurements contain artifacts introduced by the test method itself.

## VI. FDA STUDIES ON RANITIDINE AND POTENTIAL ENDOGENOUS NDMA FORMATION

### A. Florian et al 2021

The only truly rigorous in vivo study performed to date using a method validated for reliability in detecting NDMA is by Florian et al (2021). The study aimed to test whether 24-hour urinary excretion of NDMA is increased following oral administration of ranitidine as compared to placebo. Exploratory outcomes included 24-hour urinary excretion of dimethylamine (DMA) and plasma levels of NDMA and DMA. This study was well-designed as a randomized, double-blind, placebo-controlled, crossover trial enabling each of the 18 participants to serve as their own control. There is no in vivo study that comes close to matching the level of control in this study. The participants received each of the 4 study drug regimens: 300 mg ranitidine (150 mg ranitidine twice daily) with a non-cured meats diet, 300 mg ranitidine with a cured meats diet, placebo with a non-cured meats diet, and placebo with a cured meats diet. The participants received the two non-cured meat diet regimens first, followed by the two cured meat diet regimens, with random order of drug treatment (ranitidine or placebo). The cured meats diet was employed as it had higher levels of nitrites, nitrates, and NDMA. All participants remained in the clinic for 10 days, which included a pretreatment/washout day with the same diet prior to each treatment day, as well as a check-in and check-out day. Since NDMA formation is dependent on acidic conditions and nitrite, ranitidine was given in the morning following an overnight fast as gastric acidity is highest in



Contains Confidential Information – Subject to Protective Order

fasting conditions and breakfast consumption began 1 minute later as a source of nitrite (with highest levels in the cured meats diet). The FDA's LC-MS methods were highly sensitive with a lower limit of quantitation (LLOQ) and detection (LLOD) of 0.0156 ng/mL and 0.0078 ng/mL, respectively, for NDMA, and their methods were validated in accordance with FDA's Bioanalytical Method Validation Guidance for Industry.

The study revealed that there were no statistically significant differences in urine NDMA levels between ranitidine intake and placebo intake with either a non-cured meat diet or a cured-meat diet (Figure 1). Median 24-h urinary excretion values of NDMA for ranitidine and placebo were 0.6 ng (interquartile range (IQR): 0-29.7 ng) and 10.5 ng (IQR: 0-17.8 ng), respectively, with the non-cured meats diet and 11.9 ng (IQR: 5.6-48.6 ng) and 23.4 ng (IQR: 8.6-36.7 ng), respectively, with the cured meats diet. The study also found no statistically significant differences in urine DMA levels or plasma NDMA or DMA levels between ranitidine and placebo with either diet. Of note, it was found that many participants did not have quantifiable levels of NDMA in urine or blood plasma regardless of study regimen. In a sensitivity analysis that performed different imputations (assignment of missing values) for NDMA urine values below the LLOQ, there was no change in study results. For plasma NDMA, a maximum concentration was calculated, although standard calculations of exposure to a compound (area under the curve) could not be performed due to the low frequency of quantifiable levels of NDMA.



Contains Confidential Information – Subject to Protective Order

***<u>Figure 1</u>:*** *24-hour urinary excretion and maximum plasma concentration of NDMA and DMA following treatment with ranitidine 300 mg and placebo (Florian et al 2021)*




[a] few results from both treatments and diets are outside the scale of the graph in panel A.

*Individual participant observed data and box-and-whisker plot summaries. The line through each box represents the median and the lower and upper borders of the box represent the 25th and 75th percentile, respectively.*

While no statistically significant findings were found in relation to ranitidine use, the study did find a statistically significant increase in 24-hour urinary excretion of NDMA with the cured meats diet compared to the non-cured meats diet, irrespective of treatment with ranitidine or placebo. This is important for several reasons. First, it establishes the importance for control of diet in these studies, which was not done in prior urinary excretion studies on ranitidine. Second, it demonstrates that the study design and methods were adequately sensitive to detect a small statistical difference in urinary NDMA levels, if such a difference truly existed.


Contains Confidential Information – Subject to Protective Order

Importantly, no adverse events related to ranitidine were found in the study. Overall, because statistically significant increases in NDMA were not observed even with the consumption of the cured meat diet and administration of a high dose of ranitidine, this well-done study invalidates the notion that ranitidine is converted to NDMA in vivo.

The criticisms noted by the plaintiffs' experts are a reach and largely parallel the writing of White and Hernandez in JAMA (2021). For instance, the fact that the participants were healthy individuals is criticized; however, a study comprised of healthy participants is the gold standard for this type of investigation. There is no scientific basis for performing the studies in participants who could not be considered healthy. In fact, to the contrary, since many common diseases impact the liver and/or blood flow, thereby decreasing metabolic activity, there is no scientific reason to expect that reactions related to the transformation of a drug would occur in non-healthy populations when they do not occur in healthy populations. Thus, healthy participants were the most appropriate population, and this type of study provides the only definitive answer regarding the potential for formation of NDMA from ranitidine.

Additionally, plaintiffs' experts criticize the analyses performed to measure NDMA in urine, stating that NDMA wouldn't be expected in urine based on a study by Spiegelhalder et al from 1982. This criticism is unfounded and ignores the data in the Florian study as well as other published reports. Several previous studies have indeed detected NDMA in urine (Garland 1986, van Maanen 1996 & 1998, Vermeer 1998 & 1999). Additionally, if one is to criticize a scientific study, best practice is to be aware of the data within the study. Florian et al demonstrate detection of NDMA in the urine of some participants, and the fact that they employed well-validated and state-of-the-art methods makes these data the most robust measurements of NDMA in urine to date. These data obtained using state-of-the-art methods cannot reasonably be questioned based


Contains Confidential Information – Subject to Protective Order

on data from a 40-year-old study that had used outmoded and insensitive methods (Spiegelhalder et al. 1982). In general, there was a surprising tendency in the plaintiffs' experts' reports to elevate the validity of decades old data obtained using outdated approaches over that of data collected using leading-edge modern technology.

Plaintiffs' experts also noted that there was low baseline NDMA in the pills administered within the study; however, this criticism is irrelevant as it has nothing to do with potential endogenous formation of NDMA in a human being (which is what the study was testing). Criticisms were also made about the fact that ranitidine was administered on an empty stomach followed by breakfast, as opposed to on a full stomach at dinner. Florian et al address this well in their paper: "This was done because the formation of NDMA is dependent on having nitrite and acidic conditions. Because gastric acidity is highest in the fasting state and then decreases after eating, this sequence was selected to maximize the 2 factors." Thus, this design by Florian et al maximized the potential for observing NDMA formation and it is unclear why the plaintiffs' experts disagree with such an approach.

Finally, the plaintiffs' experts criticized the presence of vitamins C and E in the diets of the participants in the Florian study, claiming that both vitamins C and E inhibit nitrosation and thus prevent the formation of NDMA. Again, plaintiffs' experts seemed to ignore the data in the study. Florian et al observed a statistically significant difference between NDMA levels in participants on a cured meat diet versus a non-cured meat diet irrespective of ranitidine use. If vitamins C or E were inhibiting NDMA formation, then NDMA formation from the cured and non-cured meat diets would not have been observed. Further, the levels of formation of NDMA in the participants receiving the non-cured meat diet would not have been distinguishable from those of the participants on the cured meat diet if NDMA formation were inhibited due to vitamins C


Contains Confidential Information – Subject to Protective Order

and E in the diet. This clearly was not the case, and the idea that vitamins C and E were inhibiting NDMA formation in the Florian study lacks scientific basis. Additionally, published literature has shown no difference in urinary NDMA levels with supplementation of 600 mg ascorbic acid (vitamin C) and 100 IU (45 mg) of α-tocopherol (a form of vitamin E) 4 times per day (Garland et al 1986). Further, a study by Vermeer et al states that "Intake of 250 mg and 1 g of ascorbic acid per day resulted in a significant decrease in urinary NDMA excretion during days 4-7 ($p=0.0001$), but not during days 1-3" (Vermeer et al 1999). This study shows a delayed effect of high doses of vitamin C. Of note, in another study by Vermeer et al, vegetables containing vitamin C within the diet were not found to impact nitrosamine levels: "In the present study, nitrosamine formation did increase during nitrate intake in combination with a fish meal, even though the volunteers consumed vegetables. These vegetables (cauliflower, peas, carrots, green beans) were low in nitrate, and their mean vitamin C content was approximately 17 mg of vitamin C per 100 g vegetables. Thus, the amount of vitamin C and other antioxidants in these vegetables appeared insufficient to prevent nitrosamine formation" (Vermeer et al, 1998). These studies demonstrate that the presence of vitamin C- and E-containing foods in the Florian study was unlikely to impact NDMA formation. Indeed, as noted above, when looking at the data in the Florian study, NDMA formation from the diet was observed, negating concerns about the presence of vitamins C and E in the subjects' diet. In support of their opinions, plaintiffs' experts' reports reference a clinical study that consisted of only one volunteer given nitrate-containing beet juice and proline (a nitrosamine precursor). The study found lower levels of n-nitrosoproline in the urine after high doses of vitamin C and, separately, also after high doses of vitamin E (Ohshima 1981). However, this study did not measure NDMA. Plaintiffs' experts' citation to an irrelevant study involving a single participant from the 1980s while simultaneously criticizing Florian et al's well-designed 18-

participant randomized, double-blind, placebo-controlled, crossover trial is inconsistent with generally accepted approaches to scientific literature review and analysis.

**B. <u>Gao et al 2021</u>**

Gao et al (2021) is a rigorous study in which FDA scientists performed in vitro experiments of NDMA formation from ranitidine under simulated gastrointestinal conditions. Validated LC-MS methods were used to measure NDMA formation from ranitidine in simulated gastric fluid. Prior to conducting the study, the FDA scientists undertook a diligent, comprehensive evaluation of published clinical studies to determine the range of physiologic gastric nitrite concentrations found in humans. Studies covered in their review included participants consuming different types of food, some taking medications including acid suppressant therapy, and different patient populations. Gao notes that many of the studies included in their review included higher than normal nitrite levels. Many studies included in the review were from the 1970s or 1980s, a time during which nitrate levels in food were higher and surgical treatment for Helicobacter pylori (H. pylori) infection in the stomach was more common. These factors resulted in higher gastric nitrite concentrations. As Gao explained, "a study published in 1976 by Walters et al included canned luncheon meat with enough nitrite to bring the total meal's sodium nitrite content to 24 mg (16 mg NO2 -), which represents a worst-case scenario of nitrite intake from a past era. Since then, additional regulations in different countries were implemented to reduce the amount of nitrite in cured meat, and the industry evolved to reduce nitrite even further. In the United States, as of 2009, the mean daily exposure to nitrites from cured meats among those who eat cured meats was 0.25 mg per day, and the 90th percentile was 0.56 mg per day. Thus, the amount of nitrite in the meal described in Walters et al was 64 times higher than the mean and 29 times higher than the 90th percentile of cured meat eaters. Despite the high amount of nitrite in the meal in Walters et al,


Contains Confidential Information – Subject to Protective Order

gastric nitrite only reached 290 µmol/L and occurred at pH 4.7, which is associated with a protonated nitrite concentration nearly identical to the fasting level (eFigure 3 in the Supplement)." Gao et al concluded that, taken together, the clinical studies showed a conservative upper bound of 0.1 mM for gastric nitrite concentrations at a pH less than 6 and that nitrite concentrations increase with increasing pH.

The first set of experiments were performed at a supraphysiologic nitrite concentration of 10 mM to test conditions under which ranitidine would be converted to NDMA. A 150 mg ranitidine tablet was incubated in 50 mL of simulated gastric fluid (SGF) for 2 hours with 10 mM nitrite at varying pH levels (1.2, 2, 3, and 5). The highest formation of NDMA occurred at the lowest pH (1.2), and NDMA levels decreased as pH increased (Figure 2). Experiments were also performed in simulated intestinal fluid (SIF) at pH 6.8, although no NDMA was detected even with the use of supraphysiologic nitrite concentrations. The second set of experiments were performed at the optimal pH level of 1.2 with varying nitrite concentrations (0, 0.1, 1, 5, and 10 mM) representing both physiologic and supraphysiologic conditions. Under physiologic concentrations of nitrite (≤ 0.1 mM), the FDA scientists found that NDMA was not formed from ranitidine. In fact, increased levels of NDMA following treatment with ranitidine were only observed with concentrations of nitrite that were supraphysiological, starting at 5 mM nitrite (5000 µmol/L (µM)). (Figure 2). These experiments confirm known NDMA kinetics, demonstrating this reaction is dependent on an acidic environment and excess nitrite with a nitrite-to-ranitidine molar ratio of 1 or greater.


Contains Confidential Information – Subject to Protective Order

***Figure 2:*** *NDMA formation from ranitidine in simulated gastric fluid (Gao et al 2021)*




The left figure shows the amount of NDMA formed with supraphysiologic nitrite concentration (10 mM) decreases with increasing pH. The right figure shows that at an optimal pH of 1.2, NDMA only forms at supraphysiologic nitrite concentrations of 5 mM or 10 mM, depending on the volume. Note, nitrite concentrations are presented as µmol/L; to convert µmol/L to mmol/L or mM, one has to divide by 1,000.

As will be discussed below in review of the other SGF studies on ranitidine, the literature is remarkably consistent, all showing no NDMA formation in conditions using physiologically relevant nitrite levels (Figure 3). NDMA only forms when supraphysiologic nitrite levels are used starting at 5 mM nitrite and above, which are nitrite concentrations that would never be found in the human stomach. This is approximately 50-fold greater than the upper range of nitrite levels observed in clinical trials at a pH of 5-6 (0.1 mM), although at lower pH values where NDMA formation is optimal, this is approximately a 500-fold difference (0.01 mM).



Contains Confidential Information – Subject to Protective Order

***Figure 3***: *Nitrite concentration and pH in ranitidine simulated gastric fluid studies compared with clinical studies (Gao et al 2021)*




[a] NDMA detected may be from background amounts in the ranitidine tablets used in the study by Braunstein et al.

[b] 0 µmol/L (0 µM).

In Figure 3, lines connect the data points observed in the different clinical and nonclinical studies. The light green shaded area represents the region where formation of NDMA was observed in SGF studies of ranitidine with added nitrite across different pH values. This region is bounded at the bottom by a green dashed horizontal line, which indicates the lowest in vitro nitrite concentration (5000 µmol/L (5 mM)) with NDMA formation. Nitrite concentrations from different clinical studies are plotted at pH midpoints. The figure shows that the nitrite concentrations required to form NDMA from ranitidine in SGF are hundreds to thousands fold higher than nitrite concentrations found in clinical studies at specific pH values.

The FDA scientists aptly discussed: "As shown in this study and other work, because amine nitrosation reactions, which form nitrosamines, are very dependent on the chemical environment and the presence of a suitably reactive amine group, care should be taken in ascribing observed



Contains Confidential Information – Subject to Protective Order

reactivity under non-physiologic conditions as evidence for the potential of drugs such as ranitidine to form NDMA in humans. Overall, to investigate the potential for pharmaceuticals to lead to in vivo formation of NDMA or other nitrosamines, the test conditions used in vitro should include physiologically relevant conditions. When that was done with ranitidine in this study, in vitro formation of NDMA did not occur." The findings of this well-controlled study prove that ranitidine is not converted to NDMA in gastric fluid under physiological conditions. In conjunction with the in vivo study (Florian et al 2021), the two studies conducted by the FDA compellingly demonstrate that NDMA is not formed from ranitidine after ingestion.

Plaintiffs' experts' criticisms of the Gao and Florian studies echo criticisms from commentary from White and Hernandez published in JAMA (2021). In this commentary, White and Hernandez raise several hypothetical scenarios of questionable biological relevance or likelihood. For instance, the authors speculate that an obese person with a 2-liter stomach volume could form appreciable levels of NDMA following a large acid and nitrite-rich meal; however, what White and Hernandez leave out is the fact that large meals increase pH and that this would not favor formation of NDMA. Several equally irrelevant speculative comments are made regarding other variables that have no established relevance to the study question.

The bottom line is that the Florian and Gao studies, which were well-designed studies conducted by scientists at the FDA using physiologically relevant conditions and state-of-the-art approaches, found no evidence of ranitidine being converted to NDMA in humans.

## VII. OTHER HUMAN STUDIES ON RANITIDINE AND POTENTIAL ENDOGENOUS NDMA FORMATION

### A. Studies by Mitch et al (Zeng and Mitch 2015; Zeng and Mitch 2016; Emery Pharma/Mitch 2021 draft manuscript)

In a study largely concerned with the measurement of N-nitrosamines and their precursors in water that contributes to sewage, Zeng and Mitch (2015) collected first-voided morning urine


Contains Confidential Information – Subject to Protective Order

and feces samples from two healthy participants before and after administration of ranitidine 150 mg at bedtime. Using GC-MS to measure NDMA in the samples, the study reported that NDMA was present in urine samples collected following administration of ranitidine, and that NDMA was undetectable in feces.

In a follow-up study by Zeng and Mitch (2016), the stated goal of this study was to evaluate whether NDMA excretion in urine increases following administration of ranitidine. To this end, 10 healthy participants received 150 mg ranitidine and urine was collected over 24 hours before and after ingestion of ranitidine. Urine was analyzed for NDMA using GC-MS and the authors reported that NDMA levels increased 400-fold in urine following ranitidine administration.

However, the use of GC-MS to measure NDMA in samples containing ranitidine in these two studies renders the results unreliable, unusable, and uninterpretable as the NDMA observed in these studies could have been solely generated by the high temperatures used in the GC-MS instrument itself. As a result of the FDA report that GC-MS is not suitable for measuring NDMA levels from ranitidine, Dr. Mitch collaborated with Emery Pharma to conduct a new 24-hour urinary excretion study on 8 healthy volunteers, this time using LC-MS to avoid the analytical artifact. Documents produced in this litigation show that urinary NDMA levels were below detection in 7 volunteers (< 1 ng/mL) and detectable but below quantitation limits in 1 volunteer (<5 ng/mL) (Emery Pharma/Mitch 2021 draft manuscript; Mitch Protocol 2020; MITCH001204-1208; MITCH000283). Notably, there is no mention of this study in Dr. Najafi's expert report (Emery Pharma CEO and named on the draft manuscript). However, he has many criticisms of the Florian study, a study that is much better designed than his own urinary study with Dr. Mitch. Also, Dr. Najafi's opinion that a urinary study was uninformative, as noted in his report, due to NDMA kinetics, calls into question the value and purpose of his decision to conduct his own


Contains Confidential Information – Subject to Protective Order

urinary NDMA study with Dr. Mitch. In fact, the Stanford Internal Review Board ("IRB") application for Dr. Najafi's urinary test with Dr. Mitch states "The purpose of this application is to obtain additional samples to confirm the occurrence of NDMA in urine after Zantac consumption using liquid chromatography-based analytical techniques that avoid this artefact." (EMERY 0983). Given that Dr. Najafi and Dr. Mitch conducted this study expecting to confirm the presence of elevated levels of NDMA in urine, Dr. Najafi's newfound criticisms of the Florian study deserve little weight.

Although Dr. Mitch and Emery's reassuring results using LC-MS have yet to be published in the peer-reviewed literature, the results from the studies where ranitidine molecules were exposed to high heat during GC-MS have lost meaning and can no longer be considered as part of the scientific literature. They have been rightfully corrected (Zeng and Mitch 2015) and retracted (Zeng and Mitch 2016), respectively. The Zeng and Mitch 2016 study focusing on ranitidine was completely retracted, while a correction was submitted for the ranitidine portion of the 2015 study since that study also reported on non-ranitidine findings. The retraction statement for the Zeng and Mitch 2016 study states: "This article is being retracted at the request of the authors. Recent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable."

However, beyond the above-mentioned concerns that invalidate the findings and conclusions of the Zeng and Mitch 2016 paper, there are several others flaws with this study that are important to note. Zeng and Mitch (2016) did not use a placebo-controlled crossover study design. Instead, urine was collected from each participant before and after ranitidine



Contains Confidential Information – Subject to Protective Order

administration; however, there was no placebo control group. This is a weakness, as a crossover study is the gold standard for the type of analysis the authors stated they intended to conduct. A crossover study would have allowed for more convincing results because this type of design allows each participant to serve as their own placebo control: participants begin in one arm of the study (placebo or treatment in this case) and then, after a washout period where no drug is administered, "crossover" to the other arm. Additionally, when a limited number of participants are enrolled in a trial, as is the case with the Zeng and Mitch 2016 study, a crossover study is more appropriate. This study was also baseline-controlled, as opposed to placebo controlled, which means participants were not blinded or randomized to the order of treatment. No information regarding control for diet or environment of study participants is provided. Dietary and environmental sources can provide additional, uncontrolled sources of NDMA that may affect the results if not considered during study design.

In line with this, full details regarding the sample handling and processing are also not provided in the manuscript. There appears to be no validation of analytical methods for assessing NDMA formation in samples containing ranitidine. Validation would have shown the generation of an analytical artifact using GC-MS. Furthermore, there was evidence of discrepant results between the two 2015 and 2016 studies that should have prompted the authors to question their methodology, findings, and conclusions. For instance, the results from the two GC-MS studies are drastically different, increasing from a mean NDMA concentration of approximately 720 ng/L (after accounting for the dilution factor) among participants given ranitidine in the 2015 study to 44,750 ng/L among participants given ranitidine in the 2016 study. At a minimum, these disparate results deserved a comment in the 2016 study, and an investigation into the methodology used to generate these results could have uncovered the unreliability of the analytical method used.


Contains Confidential Information – Subject to Protective Order

Additionally, the authors erroneously attributed the 2-fold increase in excreted dimethylamine (DMA) they observed to ranitidine, stating "[d]imethylamine was a significant product of ranitidine, accounting for 72±8% of ranitidine degraded on a molar basis." However, excreted ranitidine and its known metabolites accounted for 42% of the ingested 150 mg ranitidine dose, meaning that if the DMA was an actual degradant of ranitidine, the total amount of ranitidine and its products excreted (114%) exceeded the total amount ingested (100%), which is not possible. Further complicating this conclusion is that only about 50% of oral ranitidine enters the systemic circulation (bioavailability) and is therefore able to be excreted in the urine (Zantac Tablets Prescribing Information 2018). In contrast to the authors' conclusions, the levels of DMA excreted in the urine pre- and post-ranitidine ingestion were in line with the average daily urinary excretion levels of DMA in humans (without ranitidine ingestion). Variables that are known to cause fluctuations in these levels, such as diet (Mitchell 2008; Zhang 1995), were not controlled in this study.

**B. <u>Krawczynski et al 2002</u>**

Using gas chromatography mass spectrometry as the analytical method, Krawczynski et al (2002) reported on nitrosamine concentrations in the gastric juice and urine of 30 children with chronic gastritis and H. pylori infection, before and after H. pylori treatment, and 30 control children without gastric findings on endoscopy. H. pylori eradication therapy consisted of 4 weeks of treatment with ranitidine 5 mg/kg/day in combination with 1 week of antibiotic treatment (amoxicillin 50 mg/kg/day and nitroimidazole 20 mg/kg/day). The authors reported nitrosamine concentrations were significantly increased in gastric juice and urine samples following H. pylori eradication therapy, which included treatment with ranitidine.


Contains Confidential Information – Subject to Protective Order

Although NDMA was one of the nitrosamines detected in the biological samples, it is not known if there was an increase in NDMA specifically since concentrations were only reported for total nitrosamines. Most importantly, the gastric juice and urine samples were not collected until 4-6 weeks after the end of treatment, long after ranitidine and any potential NDMA formed from ranitidine would have been completely eliminated from the body. Ranitidine has an elimination half-life of approximately 2 hours in children (Blumer 1985), which means it should be completely eliminated from the body in less than 24 hours after the end of treatment. NDMA also has a very short half-life, and although data is not available for humans, it has been estimated to be 23 minutes in non-human primates (Gombar 1990). The extended period of at least 1 month between the end of ranitidine treatment and assessment of nitrosamine levels makes it impossible to draw any reliable conclusions from this study. Furthermore, although it is unlikely the samples tested contained ranitidine due to the extended period between treatment and analysis, if any ranitidine were still present, the high heat used during gas chromatography may have caused artificially high levels of NDMA to be generated through the method itself. Indeed, the authors report high inter-individual differences in nitrosamine levels and this is likely due to the lack of reliability of the analytical method and lack of control for exposure to other nitrosamine sources prior to testing, such as diet. In sum, this is a poorly conducted and uninformative study.

**C. <u>Garcia del Risco et al 1984</u>**

In a randomized, crossover, double-blind study, Garcia del Risco et al (1984) recruited 4 healthy male participants ages 21-34. During the study, participants received meals and study drug (ranitidine or placebo), and gastric juice was collected over the course of approximately 24 hours. The publication notes that the meals were standardized, however, the content of the meals is not described. Each of the 4 participants was administered 150 mg of ranitidine orally along with


Contains Confidential Information – Subject to Protective Order

breakfast and dinner, while no drug was administered with lunch. Gastric juice was collected at 3 standardized time points following meals. A 4th gastric juice sample, collected the following morning, was utilized as a fasting control. The same 4 healthy participants also received placebo instead of ranitidine and completed the 24-hour testing protocol outlined above. There was a 1-week washout period between administration of placebo or ranitidine. This resulted in a total of 32 gastric juice samples collected during the study. This study standardized sampling times and mealtimes in a way that would optimize detection of NDMA from ranitidine if it were formed in vivo in humans. Volatile nitrosamines, a class of compounds including NDMA, were measured using gas chromatography – thermal energy analysis (GC-TEA). Non-volatile nitrosamines were measured via chemiluminescence. The study found a statistically significant increase in gastric pH and total bacteria count following administration of ranitidine compared to placebo, although the concentrations of nitrate-reducing bacteria, nitrates, nitrites, and nitrosamines in gastric juice were not statistically different. Volatile nitrosamines specifically were detected in an insignificant quantity during treatment with both ranitidine and placebo. Thus, this study found that ranitidine administration did not lead to formation of NDMA. Although one would expect the use of high heat during GC to lead to false positive results in samples with ranitidine, such that the null results here would still be reassuring, ultimately the use of GC obscures any clear conclusions from this study.

### D. <u>Thomas et al 1987</u>

Corroborating the above study is a trial published by Thomas et al (1987), researchers at Glaxo Group Research Ltd., in which 15 patients with peptic ulcer disease had their gastric juice sampled following treatment with ranitidine. In this study, samples were collected prior to the start of ranitidine administration, after 6 weeks of 150 mg ranitidine twice daily at 9 AM and 9 PM,


Contains Confidential Information – Subject to Protective Order

after 3 months of 150 mg ranitidine once daily, and after 9-12 months of 150 mg ranitidine once daily at 9 PM. Additional sampling took place one month after stopping ranitidine treatment. With regard to food, the study was well controlled as each of the participants ate standardized meals at identical times during the 24-hour studies. During ranitidine treatment, the median 24-hour intragastric pH, counts of total bacteria and nitrate-reducing bacteria, and nitrite concentration significantly increased. This study revealed that there was no significant increase in the levels of N-nitroso compounds in gastric juice following ranitidine administration, including after long-term administration.

Of note, GC-MS was not used for detection of N-nitroso compounds in this study. Instead, an indirect method was employed that relied upon the conversion of N-nitroso compounds to nitrogen oxide that was then measured using chemiluminescence. Since ranitidine has a terminal nitro group that was shown in preliminary studies to liberate nitrogen oxide in this assay, thus artificially responding as if it were an N-nitroso compound, the authors limited the N-nitroso compound analysis to gastric juice samples that did not contain ranitidine. This methodology was appropriate to prevent an analytical artifact and also based on the hypothesized mechanism of nitrosamine formation at that time. The hypothesized mechanism under study was ranitidine's effect on pH by binding to the H2 receptor outside the stomach lumen (the same mechanism of action as other H2RAs) and not as a direct amine and/or nitrosating source inside the stomach. That is, the higher pH resulting from H2RA therapy may promote intragastric bacterial growth, which the authors proposed could potentially increase nitrite levels. The authors hypothesized these higher nitrite levels could in turn form nitrosamines from amine compounds in the stomach. However, an increase in nitrosamine formation was not observed, possibly due to the pH


Contains Confidential Information – Subject to Protective Order

decreasing for several hours during each 24-hour study period, preventing persistent bacterial colonization of the stomach.

**E. Houben et al 1996**

Similarly, Houben et al (1996) demonstrated no significant differences in nitrate, nitrite, and N-nitroso compound concentrations following administration of placebo, 300 mg ranitidine twice daily, 20 mg omeprazole, or 40 mg omeprazole in 16 healthy participants in a randomized, multiple crossover, double-blind study. The strength of this study is that since it was a crossover study, each of the 16 participants received each of the above study drugs in random order for 2 weeks, with 2-week washout periods in between. Gastric juice samples were collected after an overnight fast on the morning of the last day of each treatment period. N-nitroso compounds were measured in a nitrogen oxide assay using thermal energy analysis. While an increase in gastric pH and total bacterial concentration was found following 2 weeks of ranitidine and omeprazole administration compared to placebo, the concentrations of nitrate, nitrite, and N-nitroso compounds were not statistically significantly different.

**F. Dallinga et al 1998**

Dallinga et al (1998) used gas chromatography – mass spectrometry to measure volatile N-nitrosamines in gastric juice of 71 patients (32 women and 39 men ages 17-85) undergoing upper gastrointestinal endoscopy. The patients fasted for at least 12 hours at the time that gastric juice was collected. The study grouped patients according to endoscopic findings, whether they were being treated with medication or not, and by the class of acid-suppressing drugs (H2RAs or proton pump inhibitors) they were being treated with. Patients on H2RAs were treated with ranitidine, nizatidine, or cimetidine, and data for ranitidine are not provided individually. However, the study does report that the group with peptic disease and treated with ranitidine and other H2RAs did not have volatile N-nitrosamine levels that were statistically significantly different from that of


Contains Confidential Information – Subject to Protective Order

patients with peptic disease not being treated with H2RAs. Volatile N-nitrosamine levels were found to be higher in participants taking proton pump inhibitors. The time period between administration of therapy and collection of samples is unclear, but as noted above, the study reported that samples were collected after 12 hours of fasting and cleaned up via solid-phase extraction. As such, there may have been little to no ranitidine in the samples prior to analysis with GC, such that there would be little to no risk of artifactual NDMA formation. Still, since the extraction process was not validated specifically for removing ranitidine and since these studies used gas chromatography – mass spectrometry which may have exposed ranitidine molecules to high heat, the levels reported may include artifactual findings. While the use of GC would generally create false positives in the ranitidine-treated group, such that null findings are reassuring, conclusions cannot be clearly drawn due to the use of GC.

### G. Matsuda et al 1990

A study by Matsuda et al (1990) measured gastric juice NDMA levels in 72 healthy participants and 279 patients with gastric ulcer disease before and during treatment with ranitidine and other H2RAs. Of the total gastric juice samples in the study, 51 were from participants administered ranitidine. Gastric juice samples were collected after an overnight fast and nitrite was extracted, but no other compounds were extracted. Gas chromatography – thermal energy analysis was utilized for the detection of N-nitroso compounds, including NDMA. It was found that gastric juice NDMA levels as well as the percentage of samples with detectable NDMA were higher in participants receiving ranitidine as compared to gastric ulcer patients without H2RA treatment, although only the latter measurement was statistically significant. In the case of ranitidine, of the 51 gastric juice samples, NDMA was detectable in 41.2% with a maximum NDMA concentration of 6.7 ng/mL. These values were not statistically different from those obtained from participants


Contains Confidential Information – Subject to Protective Order

receiving other H2RAs during the study: cimetidine (39.1%, 7.9 ng/mL), famotidine (41.8%, 3.9 ng/mL), and roxatidine (40.0%, 4.7 ng/mL). The authors note that the levels of NDMA observed are thousands-fold below those found to be carcinogenic in rodent studies. The time period between administration of drugs and collection is unclear, although the study reports a 12-hour fast. But since the extraction process was not designed specifically to remove ranitidine prior to analysis, the possibility that some ranitidine was still present in the gastric juice cannot be ruled out. Since this study utilized gas chromatography which may have exposed ranitidine molecules to high heat and artificially increased the levels of NDMA, the actual concentrations of NDMA in these participants is unknown.

### H. Summary of Human Studies on Ranitidine and Potential Endogenous NDMA Formation

The Florian et al 2021 study compellingly demonstrates that NDMA is not formed from ranitidine in vivo. In contrast to studies such as the now retracted Zeng and Mitch 2016 paper, Florian et al employed well-validated LC-MS methods and scrupulously controlled for potential confounding factors. Other urinary and gastric juice studies in humans largely suffer from various methodological limitations and fail to even approach the rigor of the Florian clinical trial. In any event, none of these studies contradict the findings of the Florian study.

## VIII. OTHER HIGH NITRITE IN VITRO STUDIES ON RANITIDINE AND POTENTIAL ENDOGENOUS NDMA FORMATION

### A. Brittain et al 1981 (GSK Study D164), Cholerton et al 1985 and related GSK Reports (CR/368/81, BIO/80/11)

As part of the initial approval of ranitidine, in vitro mutagenicity assays using the Ames test were conducted on ranitidine in the presence and absence of nitrite. The Ames test is a screening test that utilizes several genetically modified DNA repair-deficient bacterial strains to determine whether a chemical or its metabolites have the potential to cause mutations. Studies


Contains Confidential Information – Subject to Protective Order

using nitrite were performed using the standard World Health Organization (WHO) Nitrosation Assay Procedure (NAP) test, which involved incubating 10 mM of ranitidine with 40 mM of sodium nitrite in acidic conditions. Modified tests were also conducted using lower nitrite concentrations (0.15, 1.5, 7.5, and 15 mM nitrite). Mutagenic results were observed at 40 mM nitrite but not at lower nitrite levels (0.15-15 mM), including at the lowest nitrite level tested (0.15 mM) representing the upper range of physiologically relevant concentrations in the stomach after a nitrite-rich meal. Mutagenicity was observed in only one of several bacterial strains and at the measurement time point of 1 hour but not 4 hours. Using X-ray crystallography and thin layer chromatography, the nitrosamine formed at 40 mM nitrite was determined to be an N-nitroso nitrolic acid derivative of ranitidine, which is a different chemical than NDMA.

Although methods were not utilized to specifically look for NDMA, the observed mutagenicity at supraphysiologic nitrite concentrations could not have been solely attributed to NDMA if NDMA had formed. Mutagenicity was observed in the presence and absence of metabolic activation, while NDMA is only mutagenic in in vitro assays in the presence of metabolic activation. This is because NDMA itself is not mutagenic, but rather a metabolite of NDMA is mutagenic. Therefore, liver enzymes (for metabolic activation) must be added to the assay to metabolize NDMA.

The Brittain et al (1981) study, published as a letter in the Lancet in response to De Flora 1981 who "found ranitidine to be non-mutagenic" except "when certain in vitro nitrosation studies were done", concluded that "no mutagenic nitrosated product of ranitidine is likely to be formed in man under any conceivable physiological conditions." This is similar to the conclusion by the FDA in their Summary Basis of Approval for ranitidine, which stated: "Although N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting


Contains Confidential Information – Subject to Protective Order

ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine. For this reason, and also because ranitidine was not carcinogenic in life-span studies in rodents, the in vitro nitrosation of ranitidine to a mutagenic nitrosamine does not seem to have practical clinical significance". These statements are supported by the recent publications by the FDA, Florian et al (2021) and Gao et al (2021). Gao et al (2021) further summarized the early mutagenicity studies on ranitidine, discussing the "nonclinical mutagenicity studies with ranitidine from the early 1980s had used excessive nitrite concentrations, leading to questionable clinical relevance, as commented on by the authors of those studies."

**B. Maura et al 1983**

Similar to the GSK study above, Maura et al (1983) showed formation of N-nitroso compounds from ranitidine in vitro only in the presence of excess nitrite. Nitrosated ranitidine was utilized during in vitro treatments of Chinese hamster ovary (CHO) cells to test for induction of DNA damage. However, the results from these incubations using high levels of nitrite to nitrosate ranitidine cannot be extrapolated to ranitidine itself. Maura et al's results also do not indicate that DNA damage would occur under physiological conditions in humans following ranitidine administration. In fact, no DNA damage was observed following incubation with ranitidine only. Thin layer chromatography was used to identify the nitrosated ranitidine product, which was determined to likely be the N-nitroso-nitrolic acid derivative of ranitidine and not NDMA. The authors further noted that "the DNA fragmentation observed cannot be attributed to DMN [NDMA], known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells." Recognizing the supraphysiologic nitrite levels used in this study, the authors appropriately concluded that "because the rate of nitrosation is at least proportional to nitrite concentration, it must be emphasized that in human gastric juice the concentration of nitrite,


Contains Confidential Information – Subject to Protective Order

although greatly variable, is several thousand times lower than that (0.5 M [500 mM]) used in our nitrosation procedure. Therefore, in therapeutic conditions nitrosation of ranitidine should be either minimal or absent."

**C. Tanner et al 1982 (Glaxo Report WBP/82/011)**

In another study by GSK specifically designed to determine whether nitrite reacts with ranitidine to form NDMA in acidic conditions, Tanner et al reported that under simulated physiological conditions, detectable NDMA did not rise above levels in a control sample. These experiments were conducted using 1 mM ranitidine and 0.3 mM nitrite to simulate concentrations the authors reported were "anticipated in the human stomach after oral administration of 150 mg ranitidine and ingestion of a nitrite rich meal." In contrast, increased NDMA formation was observed in the supraphysiological nitrite concentrations of the WHO NAP test with 10-40 mM ranitidine and 40 mM nitrite. Of note, samples underwent an extraction process, but it was not specifically designed to extract the NDMA from ranitidine, so it is unclear whether the extraction would have fully removed ranitidine. Therefore, since NDMA levels were measured using GC-MS, the levels reported are likely to be an overestimate and the actual levels formed are unknown. These data are in line with the prior mutagenicity study by GSK and the recent FDA study by Gao et al (2021).

**D. Darkin et al 1982 (Smith Kline and French Report in NDA Supplement)**

In a study called "The Formation of N-Nitrosodimethylamine from Ranitidine and Other Market Drugs," researchers used the WHO NAP test conditions (10 mM ranitidine + 40 mM nitrite) and modified conditions (10 mM ranitidine + 10 mM nitrite) and an additional 24-hour time point. The results paralleled the Tanner et al 1982 study discussed above in that NDMA was found to increase over time at supraphysiologic nitrite concentrations. GC-TEA was used for


Contains Confidential Information – Subject to Protective Order

detection and thus the actual NDMA levels formed are unknown as is true for the Tanner et al 1982 study.

**E. Zeng and Mitch 2016**

Zeng and Mitch incubated ranitidine (5 mM) with a range of nitrite concentrations (0-50 mM) under simulated gastric conditions. They found that NDMA formation appears at approximately 5 mM nitrite (nitrite-ranitidine molar ratio of 1). The samples underwent liquid-liquid extraction, but not specifically to extract NDMA from ranitidine, so ranitidine may have remained in the sample. Since this experiment also used GC-MS as a method of detection which would have exposed ranitidine molecules to high heat, the results are likely an overestimate. As such, the study has been retracted. The results overall are consistent with Gao et al (NDMA formation at approximately 5 mM). Interestingly, Zeng and Mitch used LC-MS in a first round of experiments where they incubated ranitidine with nitrite (nitrite-ranitidine molar ratio of 2) and they did not identify NDMA as a product of this reaction.

**F. Valisure Citizen Petition 09/2019**

The Valisure Citizen Petition completely lacks any indication of scientific rigor, leading to many concerns about the data and conclusions within it. All the studies performed by Valisure claiming to observe NDMA formation from ranitidine are performed at high heat or under physiologically irrelevant conditions. Valisure provides no details about its detection methods and provides no data validating the use of these methods. It has subsequently been demonstrated that the approach it used to detect NDMA is unreliable for this purpose. Rigorous assay validation on Valisure's part would have revealed this sooner. All experiments were performed using GC-MS, and when Valisure switched from a high temperature to lower temperature GC-MS method for the simulated gastrointestinal studies, no NDMA was detected when ranitidine was incubated in simulated intestinal fluid without nitrite, SGF without nitrite, and SGF with 10 mM nitrite. NDMA



Contains Confidential Information – Subject to Protective Order

was only detected in SGF conditions with 25 mM and 50 mM nitrite, both levels well above what is found in the human body. This is unsurprising, because, as demonstrated by Gao et al, ranitidine formation from NDMA only occurs at supraphysiologic nitrite levels that are far above what is achieved in humans.

### G. <u>Braunstein et al 2021</u>

A recent publication by Braunstein et al (2021) purports to show that ranitidine is converted to NDMA under simulated physiologic conditions in SGF in vitro. However, contrary to its title, the conditions in the study, using 1-50 mM nitrite do not reflect physiological nitrite levels (Figure 4A). Additionally, a draft version of the manuscript produced in this litigation shows that data for NDMA levels using nitrite concentrations less than 1 mM were not included in the published paper, which included seven nitrite concentrations from 0 mM to 0.5 mM (Figure 4B). This is highly misleading as for instance, the concentration of NDMA is virtually the same with 0 mM nitrite (921 ng) as it is with 1 mM (947 ng) and the concentrations of nitrite ranging from 0.01 mM to 0.25 mM (1270-1440 ng) are all higher than the data for 1 mM (947 ng) and 2.5 mM (1070 ng) that are shown on the graph. The inclusion of these data would preclude the linearity of the data as presented in the published paper and instead would show that NDMA does not form from ranitidine in simulated gastric fluid until 5 mM nitrite is added, which is consistent with the findings in Gao et al (2021). As presented, the data misrepresent the findings by the group. It is curious that these data points would be eliminated in this way from the publication, when they are included in the draft manuscript, and based on the standard deviations, were reproducible. I noted that the eliminated data points and the draft manuscript were not mentioned in any of the plaintiffs' experts' reports, which again suggests a lack of rigorous and objective analysis. Furthermore, since the authors were purporting to report on simulated physiologic conditions, it would have been



Contains Confidential Information – Subject to Protective Order

important to publish the nitrite levels that were actually physiologic, which were the concentrations below 0.25 mM that were evaluated but excluded from the published paper.

***Figure 4:*** *NDMA formation from ranitidine in simulated gastric fluid with varying nitrite levels (Braunstein et al 2021 and Braunstein et al 2020 draft manuscript)*




Figure 4A on the left is from the published Braunstein et al 2021 study showing NDMA formation from ranitidine with supraphysiologic nitrite concentrations (1-50 mM). Figure 4B (from Exhibit 072, Deposition of Lior Braunstein) on the right includes all the data points in the Braunstein et al 2020 draft manuscript (data presented as a table in VAL-BI 00025-00039). It shows that NDMA formation from ranitidine in simulated gastric fluid conditions does not occur until supraphysiologic nitrite concentrations of 5 mM or greater.

The consistent NDMA levels observed above 5 mM are likely the background levels in the tablet itself as discussed by the FDA in Gao et al (2021): "Notably, Braunstein et al did not report the background amounts of NDMA present in the ranitidine product they used in the study. Thus, the constant amount of NDMA they detected at the lower nitrite concentrations (i.e., 1000 µmol/L [1 mM] and 2500 µmol/L [2.5 mM]) may be the result of background NDMA being present in the ranitidine tablets before being placed in simulated gastric fluid and not the result of ranitidine-to-NDMA conversion in simulated gastric fluid…. None of the experiments in the study by Braunstein et al included physiological conditions." This assessment is consistent with my own.



Contains Confidential Information – Subject to Protective Order

**H. <u>Studies by Emery Pharma</u>**

The draft manuscript by Emery Pharma (MITCH000424-447) contradicts the notion that NDMA is formed from ranitidine in humans. Data in the manuscript report the same level of NDMA being detected when ranitidine was incubated in water or SGF without nitrite (indicating the NDMA level in the tablet). An increase in NDMA formation was only seen under supraphysiologic conditions when ranitidine was incubated with 50 mM nitrite in SGF. Experiments were also performed using other drugs, where higher levels of NDMA were found in the studies investigating cimetidine and metformin.

The expert report by Dr. Najafi reports additional data from several Emery Pharma experiments incubating ranitidine not only with SGF, but also with various cured meats, and measuring the levels of NDMA. Simply put, the experiments summarized in the report, including the incubation of a drug with ground up sausage, ham, or bacon, reflect a complete lack of scientific rigor and cannot be considered well-controlled experiments. The issues with Dr. Najafi's studies are numerous.

The first overarching issue is that the methods used in these simulated gastric fluid experiments are unclear and have not been previously reported in peer-reviewed literature. It seems that the method of incubating ranitidine with cured meats has been invented as a fit-for-purpose approach by Dr. Najafi; however, details are not provided that would allow for reproducing of the work (a cornerstone of the scientific method) or even a determination of the procedure utilized. Thus, the data cannot be considered reliable or usable for drawing conclusions. Furthermore, Dr. Najafi reports that the initial simulated gastric fluid experiments used nitrite concentrations of 1, 10, 50, 100, 300, 750, 1000, 5000, 10000, 25000, and 50000 µM. Yet, data are only provided for findings for concentrations of 300 µM nitrite and higher. This suggests that no NDMA was found


Contains Confidential Information – Subject to Protective Order

at the lower, physiologic concentrations of nitrite, results that Dr. Najafi chose to ignore. Also, every well-designed experiment requires controls and baselines to be established. Dr. Najafi's report provides no baseline NDMA levels in the tablets for these initial studies. This is a crucial omission since without controls any data are impossible to interpret. There is also an assumption that ground up sausage, ham, or bacon is the same as the foods that have been chewed up by a person and made their way into the stomach. In a human, the pH of the stomach would increase with food (Gao 2021) and all of the nitrite in the cured meat would be unlikely to get into the stomach and directly interact with ranitidine. Furthermore, there are internationally recognized consensus protocols for an in vitro static (non-moving) digestion model (Brodkorb 2019) and an in vitro semi-dynamic (moving) digestion model (Mulet-Cabero 2020). These protocols take into account many complex physiological digestion processes besides the physical grinding that occurs in the mouth, yet Emery Pharma failed to adhere to these harmonized standards for simulating human digestion, belying Dr. Najafi's claim that Emery Pharma's experiments mimicked "real-life" conditions. Physiological relevance is crucial to doing these types of studies and there is nothing physiologically relevant about Emery Pharma's experimental design. There are also inconsistencies in the data that likely stem, in part, from lack of controls and perhaps lack of inclusion of all data. For instance, in figure R, there was a greater peak level of NDMA at 0 µM nitrite than at 50, 100 and 500 µM. It is unclear what the explanation for this would be. Also, increases at 50 and 100 µM nitrite were small.

Another deficiency of Emery Pharma's simulated gastric fluid studies is that sufficient details on the analytical methods utilized or any information about validation were not provided. In Dr. Najafi's expert report, the data were provided on pages formatted to look like standard


Contains Confidential Information – Subject to Protective Order

operating procedures; yet, none of the details required for a standard bioanalytical assay were included.

All in all, Emery Pharma's simulated gastric fluid studies suffer from glaring methodological flaws and do not support the claim that NDMA is formed from ranitidine in the human body.

## IX. SUMMARY OF IN VITRO STUDIES ON RANITIDINE AND POTENTIAL ENDOGENOUS NDMA FORMATION

The only study performed in this space using a validated and reliable detection method for researching ranitidine and NDMA, as well as physiologically relevant experimental conditions, is the Gao et al. 2021 paper from scientists at the FDA. This study demonstrates convincingly, through the use of a simulated gastric fluid model, that NDMA is not formed from ranitidine under conditions that approximate the environment within the human stomach and intestinal fluids. Studies such as Braunstein et al 2021 were only able to see NDMA formation from ranitidine starting at a nitrite concentration that is 50-times greater than what would be found in a human stomach.

## X. THEORIES ON RANITIDINE AND POTENTIAL ENDOGENOUS DMA FORMATION

### A. DDAH-1 Enzyme

Plaintiffs' experts claim that an enzyme, DDAH-1, is broadly expressed (i.e., present in multiple tissues) and could interact with ranitidine to produce DMA, a precursor for endogenously formed NDMA. Plaintiffs' experts have conflated gene expression, for which there are some tissue-specific data on DDAH-1, with protein expression, which no well-trained biological or biochemical scientist would do. The protein expression pattern of DDAH-1 in humans is currently unknown. In many instances, a protein is not expressed in all the cells and tissues where its genetic information can be found (i.e., where its genes are expressed). Thus, any claim that this enzyme is


Contains Confidential Information – Subject to Protective Order

broadly expressed is irrelevant as the protein expression is unknown. Additionally, the suggestion that ranitidine may bind to DDAH-1 based on molecular docking data from computational modeling performed by Valisure is similarly troubling and misleading. To my knowledge these in silico (computational) findings have not been reproduced by other researchers. It is not possible for a scientist to use Valisure's modeling to determine the plausibility of ranitidine binding to this enzyme.

In 2020, GSK conducted in vitro testing to investigate whether DDAH-1 metabolizes ranitidine (Study 20DMW001). GSK found that ranitidine incubated with recombinant human DDAH-1 over 60 minutes did not lead to depletions in ranitidine concentrations (which would be expected if ranitidine were a substrate of DDAH-1, as Valisure claimed). Importantly, the investigators also did not observe any DMA or NDMA formation. In this in vitro study, which actually tests Valisure's hypothesis, GSK concluded: "Ranitidine was not a substrate of recombinant human DDAH-1, in vitro, when incubated at concentrations of 460 and 50 ng/mL." This means that DDAH-1 does not metabolize ranitidine, which invalidates Plaintiffs' DDAH-1 theory. Additionally, the Florian study demonstrates that there is no increase in plasma or urine DMA with ranitidine, further disproving plaintiffs' experts' DDAH-1 theory.

In summary, there is no evidence that DDAH-1 metabolizes ranitidine to form DMA, and furthermore, it is impossible to determine in which tissues this theoretical event would occur.

**B. <u>Furoic Acid Metabolite</u>**

Plaintiffs' experts also mention a theory that DMA is released during the formation of the furoic acid metabolite of ranitidine and cite the Broom 1986 study (Glaxo Study WMH-85-013). This theory is speculative as the Broom study demonstrates the presence of the furoic acid metabolite, but not the presence of DMA in urine after administration of ranitidine to participants.


Contains Confidential Information – Subject to Protective Order

Additionally, the Florian study demonstrates that there is no increase in plasma or urine DMA with ranitidine, further disproving plaintiffs' experts' furoic acid metabolite theory.

## XI. CONCLUSIONS

There is no evidence to support plaintiffs' experts' claims that NDMA is formed in vivo after ingestion of ranitidine. The studies reporting that ranitidine forms NDMA in vivo in humans utilized an experimental method of analysis recently deemed to be inappropriate for studying NDMA formation from ranitidine. Importantly, this analytical method, GC-MS, has been demonstrated to convert ranitidine to NDMA at the high temperatures that are routinely employed in this technology. This means that levels of NDMA measured using this approach are unreliable and no conclusions can be confidently drawn from them. Additionally, in vitro simulated gastric fluid studies reported by Braunstein et al, Valisure, and others only found increases in NDMA levels at supraphysiologic levels of nitrite not observed in the human stomach. Nonetheless, they and plaintiffs' experts used these findings at non-physiologically relevant experimental conditions to make claims about ranitidine conversion to NDMA. The well-done studies conducted by the FDA, Florian et al (2021) and Gao et al (2021), employed validated methods for the detection and quantitation of NDMA and also utilized clinically and physiologically relevant experimental conditions. Taken together, these two studies demonstrate that NDMA is not increased in urine, plasma, or gastric fluid following treatment with ranitidine.



Contains Confidential Information – Subject to Protective Order

**References**


1. Alshehri, Y. M., Alghamdi, T. S., & Aldawsari, F. S. (2020). HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. Journal of pharmaceutical and biomedical analysis, 191, 113582.
2. Blumer JL, Rothstein FC, Kaplan BS, Yamashita TS, Eshelman FN, Myers CM, Reed MD. Pharmacokinetic determination of ranitidine pharmacodynamics in pediatric ulcer disease. J Pediatr. 1985 Aug;107(2):301-306.
3. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766.
4. Brodkorb A, Egger L, Alminger M, Alvito P, Assunção R, Ballance S, Bohn T, Bourlieu-Lacanal C, Boutrou R, Carrière F, Clemente A, Corredig M, Dupont D, Dufour C, Edwards C, Golding M, Karakaya S, Kirkhus B, Le Feunteun S, Lesmes U, Macierzanka A, Mackie AR, Martins C, Marze S, McClements DJ, Ménard O, Minekus M, Portmann R, Santos CN, Souchon I, Singh RP, Vegarud GE, Wickham MSJ, Weitschies W, Recio I. INFOGEST static in vitro simulation of gastrointestinal food digestion. Nat Protoc. 2019 Apr;14(4):991-1014.
5. Cholerton TJ, Clitherow J, Hunt JH, Mackinnon JW, Martin-Smith M, Price BJ, Murray-Rust J, Murray-Rust P. Preparation, characterisation, and breakdown products of two nitrosation products of ranitidine. Journal of chemical research. Synopses. 1985(8):250-1.
6. Coulston F, Dunne JF. The Potential Carcinogenicity of Nitrosatable Drugs. WHO Symposium, Geneva, June 1978. 1980. 1-134.
7. Dallinga JW, Pachen DM, Lousberg AH, van Geel JA, Houben GM, Stockbrügger RW, van Maanen JM, Kleinjans JC. Volatile N-nitrosamines in gastric juice of patients with various conditions of the gastrointestinal tract determined by gas chromatography-mass spectrometry and related to intragastric pH and nitrate and nitrite levels. Cancer Lett. 1998 Feb 27;124(2):119-125.
8. Deposition Transcript of Lior Braunstein, M.D. In Re: Zantac (Ranitidine) Products Liability Litigation. Dated October 25, 2021.




Contains Confidential Information – Subject to Protective Order

9. FDA Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Last Updated November 18, 2021. Accessed February 11, 2022.
10. FDA Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product. September 13 2019.
11. FDA Summary Basis of Approval for Zantac NDA 18-703. [GSKZAN0000012672-814]
12. Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss
13. Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-355.
14. Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun;4(6):e2118253.
15. Garcia del Risco F, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bergogne-Berezin E, Bonfils S. Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects. Gastroenterol Clin Biol. 1984 Oct;8(10):749-53.
16. Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. Cancer Res. 1986;46(10):5392-400.
17. Gombar CT, Harrington GW, Pylypiw HM Jr, Anderson LM, Palmer AE, Rice JM, Magee PN, Burak ES. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res. 1990;50(14):4366-4370.
18. GSK Report WBP/82/01 (Tanner 1982). The Determination of N-Nitrosodimethylamine formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite. [GSKZAN0000084994-5003]



Contains Confidential Information – Subject to Protective Order

19. GSK Report WMH/85/013 (Broom 1996). A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man. [GSKZAN0000369313-42]
20. GSK Study 20DMW001. An in vitro Investigation into the Metabolism of Ranitidine by Human Recombinant Dimethylarginine Dimethylaminohydrolase-1. [GSKZAN0002964352-381]
21. GSK Study BIO/80/11. Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man. [GSKZAN0000369530-45]
22. GSK Study CR/368/81. Ranitidine Nitrosation. [GSKZAN0000290552-67]
23. GSK Study D1031: Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity [NDA 18-703] [GSKZNDAA0000001726-7; GSKZNDAA0000014733-71]
24. GSK Study D164: The reaction between ranitidine and nitrous acid and the mutagenic potential of the reaction products [NDA 18-703] [GSKZNDAA0000001728-30; GSKZNDAA0000014773-90]
25. Emery 0983.
26. Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrügger RW. Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prev. 1996 Sep;5 Suppl 1:83-7.
27. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208. doi: 10.1111/risa.12070. Epub 2013 Jun 20. Erratum in: Risk Anal. 2014 Mar;34(3):598.
28. Krawczynski M, Ignys I, Borucki M. Nitrozamines in children with chronic gastritis. Pediatria Polska. 2002:77(3):217-224. [GSKZAN0000085209-19]
29. Lim, H. H., Oh, Y. S., & Shin, H. S. (2020). Determination of N-nitrosodimethylamine and N-nitrosomethylethylamine in drug substances and products of sartans, metformin and ranitidine by precipitation and solid phase extraction and gas chromatography–tandem mass spectrometry. Journal of pharmaceutical and biomedical analysis, 189, 113460.
30. Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. Gastroenterol Jpn. 1990 Apr;25(2):162-8.



Contains Confidential Information – Subject to Protective Order

31. Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicol Lett. 1983 Aug;18(1-2):97-102.
32. MITCH000424-447 (Emery Pharma Draft Manuscript 2021)
33. Mitchell SC, Zhang AQ, Smith RL. Dimethylamine and diet. Food Chem Toxicol. 2008 May;46(5):1734-8.
34. Mulet-Cabero AI , Egger L , Portmann R , Ménard O , Marze S , Minekus M , Le Feunteun S , Sarkar A , Grundy MM , Carrière F , Golding M , Dupont D , Recio I , Brodkorb A , Mackie A . A standardised semi-dynamic in vitro digestion method suitable for food - an international consensus. Food Funct. 2020;11(2):1702-1720.
35. Ohshima H, Bartsch H. Quantitative estimation of endogenous nitrosation in humans by monitoring N-nitrosoproline excreted in the urine. Cancer Research. 1981 Sep 1;41(9 Part 1):3658-62.
36. Smith Kline and French NDA Supplement. [GSKZAN0003535320-GSKZAN0003535541]
37. Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. IARC Sci Publ. 1982;(41):443-9.
38. Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut. 1987 Jun;28(6):726-38.
39. VAL-BI 00025-00039
40. Valisure Citizen Petition. September 2019.
41. van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. Cancer Detect Prev. 1998;22(3):204-212.
42. van Maanen JM, Welle IJ, Hageman G, Dallinga JW, Mertens PL, Kleinjans JC. Nitrate contamination of drinking water: relationship with HPRT variant frequency in lymphocyte DNA and urinary excretion of N-nitrosamines. Environ Health Perspect. 1996;104(5):522-528.



Contains Confidential Information – Subject to Protective Order

43. Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. Environ Health Perspect. 1998;106(8):459-463.
44. White CM, Hernandez AV. Ranitidine and risk of N-nitrosodimethylamine (NDMA) formation. JAMA. 2021 Jul 20;326(3):225-7.
45. Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. 2021 March 24 Correction
46. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. 2021 May 4 Retraction.
47. Zhang AQ, Mitchell SC, Smith RL. Dimethylamine in human urine. Clin Chim Acta. 1995 Jan 16;233(1-2):81-8.




Contains Confidential Information – Subject to Protective Order

# EXHIBIT
# 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# Report of Andrew T. Chan, MD, MPH

Date: March 7, 2022

Andrew T. Chan, MD, MPH, AGAF



5/30/22 D. Moore
Andrew T. Chan, M.D. MHP
6687

## Table of Contents


I. QUALIFICATIONS....1

II. MATERIALS REVIEWED AND RELIED UPON IN FORMING OPINIONS....3

III. SUMMARY OF OPINIONS....4

IV. OVERVIEW OF RANITIDINE....5

V. OVERVIEW OF EPIDEMIOLOGIC STUDY DESIGNS....13

A. Randomized Clinical Trials....13

B. Observational Studies....14

C. Meta-Analyses....16

VI. OVERVIEW OF KEY CONCEPTS IN THE INTERPRETATION OF EPIDEMIOLOGICAL STUDIES....17

A. Heterogeneity of Cancer Outcomes....17

B. Is there An Association Between the Exposure and the Outcome?....18

C. Is the Association Due to Chance, Bias, or Confounding?....20

D. From Association to Causation....38

VII. EPIDEMIOLOGICAL STUDIES OF RANITIDINE AND CANCER OUTCOMES....41

A. Published Studies Designed to Specifically Test the Ranitidine and NDMA Hypothesis. 43

B. Pending / Yet Unpublished Epidemiological Studies Designed to Test the Ranitidine and NDMA Hypothesis....64

C. Studies Not Designed to Test the Ranitidine and NDMA Hypothesis....67

D. Signal-Generating Studies....87

E. Summary and Conclusions Regarding Epidemiological Studies of Ranitidine and Cancer Outcomes....99

VIII. EPIDEMIOLOGICAL STUDIES OF H2 BLOCKERS AS A GROUP AND CANCER OUTCOMES....105

A. H2 Blockers and Gastric Cancer....106

B. H2 Blockers and Esophageal Cancer....108

C. H2 Blockers and Pancreatic Cancer....108

D. H2 Blockers and Liver & Biliary Tract Cancer....109

E. H2 Blockers and Bladder Cancer....109

F. Summary and Conclusions Regarding Epidemiological Studies of H2 Blockers as a Group and Cancer Outcomes. .......... 110

IX. EPIDEMIOLOGICAL STUDIES OF NDMA AND CANCER OUTCOMES. .......... 110

A. NDMA-Contaminated Valsartan Studies. .......... 112

B. Dietary NDMA Studies. .......... 116

C. Occupational NDMA Studies. .......... 139

X. OVERALL SUMMARY AND CONCLUSIONS. .......... 143

A. Bradford Hill Analysis for Ranitidine and Gastric Cancer .......... 144

B. Bradford Hill Analysis for Ranitidine and Esophageal Cancer .......... 148

C. Bradford Hill Analysis for Ranitidine and Pancreatic Cancer .......... 152

D. Bradford Hill Analysis for Ranitidine and Liver Cancer .......... 156

E. Bradford Hill Analysis for Ranitidine and Bladder Cancer .......... 159

F. Conclusions .......... 162

## I. QUALIFICATIONS.

I am the Daniel K Podolsky Professor of Medicine at Harvard Medical School. I am the Chief of the Clinical and Translational Epidemiology Unit in the Department of Medicine at Massachusetts General Hospital (MGH), Director of Epidemiology at the MGH Cancer Center, and Vice Chair of Clinical Research in Gastroenterology. I am also the Co-Leader of the Cancer Epidemiology Program at Dana-Farber Harvard Cancer Center. In each of the roles, I oversee a large research division of over 20 faculty conducting clinical and translational epidemiology research, including my own laboratory which is focused on the epidemiology of gastrointestinal diseases. I am also former Program Director of the Gastroenterology Fellowship Training Program at MGH. I hold an MD *cum laude* from Harvard Medical School and an MPH from the Harvard T. H. Chan School of Public Health. I am Board Certified in Gastroenterology by the American Board of Internal Medicine. I have expertise in effective clinical interventions to prevent chronic digestive diseases, including gastrointestinal bleeding that may be related to use of aspirin therapy for patients with a history of heart attack or stroke prevention. I also have extensive expertise in epidemiology and pharmacoepidemiology, particularly with respect to gastrointestinal conditions and cancer. I have acquired this expertise through my training as a medical student at Harvard, my residency and fellowship in gastroenterology at MGH, my training and experience in leading epidemiology programs at Harvard and MGH, my research and publications, my treatment of patients at MGH, and classes I have taught in gastrointestinal physiology and cancer epidemiology. A copy of my curriculum vitae is attached as Exhibit "A."

I have an active clinical practice with a focus on luminal gastrointestinal (GI) tract disease, including peptic ulcer disease, diverticular disease, and GI cancer genetics and high-risk familial syndromes, which complements my research in prevention of colorectal cancer (CRC) with

aspirin. I have published approximately 500 peer-reviewed articles and 6 book chapters and 70 reviews. I have had several first or senior author publications in the most widely cited clinical journals, including the *New England Journal of Medicine* (3), *Lancet* (1), *JAMA* (4), *Nature Medicine* (2), *Nature Microbiology* (2), *Annals of Internal Medicine* (2), *Science* (1), and *Science Translational Medicine* (1). My *h*-index is 111, with my work garnering over 51,728 citations. In 2019, 2020, and 2021 I was named a Clarivate Web of Science Highly Cited Researcher, which represents the top 1% of researchers by citations in clinical medicine. My research is supported by grants from the National Institutes of Health, including the National Cancer Institute (NCI), the National Institute for Diabetes, Digestive and Kidney Diseases, and the National Institute on Aging. I have been elected to both the American Society for Clinical Investigation and the Association of American Physicians, two of the oldest members-only scientific organizations for the U.S.'s leading physician-scientists. I have made seminal contributions to the fundamental evidence base supporting the efficacy of aspirin for CRC prevention. This work has substantially impacted public health. The U.S. Preventative Services Task Force (USPSTF) directly cited my studies in their 2016 guideline on primary prevention of CRC, recommending low-dose aspirin (81 mg/day) for chronic disease prophylaxis, including CRC prevention, among U.S. adults between ages 50-59 with a greater than 10% ten-year risk of cardiovascular (CVD) events. A significant milestone for the field of preventive medicine, the USPSTF recommendation was the first endorsement of a medication for prevention of cancer in an average-risk population. In view of my expertise, I was appointed to the Director of the NCI's Board of Scientific Advisors for a five-year term in 2021. I was also elected to the Governing Board of the American Gastroenterological Association, the largest specialty society in gastroenterology, in 2021.


Contains Confidential Information – Subject to Protective Order

I also have extensive expertise in assessing the quality of evidence in medical research. I serve on the Editorial Board and as Special Section Editor of *Gastroenterology*, the leading journal in gastroenterology, as well as the *Journal of the National Cancer Institute*, *Cancer Prevention Research*, and *Cancer Epidemiology Biomarkers, and Prevention*. I am also a Reviewer for the *New England Journal of Medicine*, *Lancet*, *JAMA*, *JAMA Oncology*, *Annals of Internal Medicine, Gut,* and several other journals. I use rigorous epidemiologic methods to assess study quality, including the CONSORT guidelines for randomized controlled trials and STROBE guidelines for observational studies (https://www.equator-network.org).

## II. MATERIALS REVIEWED AND RELIED UPON IN FORMING OPINIONS.

I have been retained to provide opinions on behalf of the Defendants with respect to the available scientific literature on ranitidine (Zantac®). I was asked to determine if the available scientific evidence establishes that ranitidine is associated with and/or causes any type of cancer, including the five cancers alleged by Plaintiffs: gastric (stomach), esophageal, liver, pancreatic, and bladder. In forming my opinions in this matter, in addition to the knowledge I bring to this matter based on my work in the field of gastroenterology and cancer epidemiology, I have reviewed the published literature regarding ranitidine and cancer outcomes, as well as other literature related to the claims made by Plaintiffs' experts in this litigation. A list of materials I have reviewed is attached as Exhibit "B". My rate in this matter is $750 per hour. I have not provided testimony in any litigation in the past four years.

## III. SUMMARY OF OPINIONS.

To draw valid conclusions about the claimed relationship between ranitidine and cancer, I evaluated the available epidemiological literature using standard, scientifically reliable methodology. Based on application of generally accepted epidemiological principles to the available literature, the evidence does **not** support a conclusion that ranitidine has a true association, let alone a causal relationship, with any type of cancer, including the five cancer types alleged by Plaintiffs. I have reviewed the literature on ranitidine and cancer outcomes of many different types, including gastric, esophageal, pancreatic, liver, biliary, colorectal, bladder, kidney, prostate, lung, breast, ovarian, uterine, hematologic, melanoma, and thyroid cancers. For each of these cancers, I have reached the same conclusion that the epidemiologic evidence does not support a true association or causal relationship between ranitidine and any of these cancer types. However, the primary focus of my report will be the five cancers (gastric, esophageal, pancreatic, liver, and bladder) alleged by Plaintiffs.

Given the existence of well-powered, well-designed, and well-conducted studies on ranitidine and cancer outcomes, there is no basis to review other less relevant literature. Nonetheless, because Plaintiffs' experts have selectively cited studies on cancer outcomes and histamine H2 receptor antagonists, commonly referred to as H2RAs or H2 blockers, combined, the class of drugs to which ranitidine belongs, I have systematically reviewed the entire body of epidemiological literature on H2 blockers and the cancer outcomes alleged by Plaintiffs and provided a brief summary. Based on my review, this body of literature also does **not** support a conclusion that H2 blockers as a group cause of any of the five cancer types alleged.

Finally, Plaintiffs' experts also rely on studies relating to N-nitrosodimethylamine (NDMA), and particularly dietary and occupational NDMA exposure, and cancer outcomes.


Contains Confidential Information – Subject to Protective Order

NDMA is the compound that Plaintiffs allege contaminates ranitidine and mediates the association of ranitidine with cancer outcomes. This body of literature is even further removed, in terms of relevance, from the operative question of whether ranitidine specifically causes any cancer type. As Adami and colleagues (discussed below) noted in 2021, "analyses of cancer risk following ranitidine use per se – rather than studies based on debatable estimates of NDMA exposure – are more informative about possibly increased cancer risk from use of this drug." Nonetheless, because Plaintiffs' experts have selectively cited studies (and findings from studies) related to an association between dietary or occupational NDMA and cancer outcomes, I have systematically reviewed the entire body of epidemiological literature on NDMA (contaminated medication, dietary, and occupational) and the cancer outcomes alleged by Plaintiffs. The body of literature on dietary and occupational NDMA is particularly susceptible to bias and confounding; this fact, along with the lack of consistent, replicated associations, precludes the conclusion that human exposure to NDMA causes any of the five cancer types alleged.

All of my opinions are based on generally accepted and scientifically reliable methodology and my 25 years in clinical practice and are held to a reasonable degree of medical and scientific certainty. I reserve the right to update my opinions should new information become available.

## IV. OVERVIEW OF RANITIDINE.

Ranitidine (Zantac®) is an acid suppressant medication within the class of histamine H2 receptor antagonists, commonly referred to as H2RAs or H2 blockers. Ranitidine was approved for prescription use in the United States in 1983, following the approval of the first H2 blocker, cimetidine (Tagamet®) in 1977. Subsequently, famotidine (Pepcid®) was approved in 1986 and nizatidine (Axid®) in 1988. The entire class of H2 blockers was approved for over-the-counter

(OTC) use in the mid-1990s, with ranitidine approval in 1995. Proton pump inhibitors (PPIs) are another class of acid suppressant drugs with a distinct mechanism action that were introduced to the U.S. market approximately 10 years after H2 blockers. PPIs have been largely used to treat similar clinical conditions as the H2 blockers. Omeprazole (Prilosec®) was the first PPI approved in the U.S. as a prescription (1989) and OTC (2003) product. Other PPIs include dexlansoprazole (Dexilant®), esomeprazole (Nexium®), lansoprazole (Prevacid®), pantoprazole (Protonix®), and rabeprazole (Aciphex®).

Stimulation of the histamine 2 receptor on an acid-secreting cell of the stomach, the parietal cell, is responsible for the production of stomach acid. Blocking the histamine 2 receptor using H2 blockers works to decrease the secretion of stomach acid (Figure 1). Thus, the clinical use of H2 blockers has been centered around those disorders that are mediated by stomach acid. FDA-approved indications for prescription (Rx) ranitidine include gastroesophageal reflux disease and erosive esophagitis, peptic ulcer disease (gastric and duodenal ulcers), and pathological hypersecretory conditions such as Zollinger-Ellison syndrome (Zantac Tablets Prescribing Information 2018). FDA-approved indications for OTC ranitidine include relief and prevention of heartburn associated with acid indigestion and sour stomach (Zantac OTC Consumer Package Insert 2019). Ranitidine tablets were available in 75 mg (OTC), 150 mg (OTC and Rx), and 300 mg (Rx) strengths. Other prescription ranitidine formulations include capsules, syrup, effervescent granules, and injection.


Contains Confidential Information – Subject to Protective Order

Figure 1. H2 Blocker Mechanism of Action (Figure from Zippi *et al.* 2021).




The most common disorder for taking ranitidine (as well as other acid suppressants) is gastroesophageal reflux disease (GERD), which is the passage of gastric contents into the esophagus (Figure 2). I am very familiar with the pathophysiology and clinical presentation of GERD as a practicing and board-certified gastroenterologist. As gastric contents are acidic (pH< 4), refluxate can cause damage to the lining of the esophagus (esophagitis) or symptoms of burning chest pain (heartburn). Other symptoms of GERD include regurgitation, chest pain, difficulty swallowing, sore throat and hoarseness, chronic cough, and vomiting. Chronic GERD, especially if untreated, can also cause Barrett's esophagus, a precancerous lesion of the esophagus, and esophageal adenocarcinoma, a type of esophageal cancer. H2 blockers are commonly prescribed to reduce the production of stomach acid to minimize damage to the esophageal lining or symptoms of heartburn that result from the reflux of these gastric contents. Because the estimated prevalence of GERD is 20-30% of individuals in the U.S. (El-Serag *et al.* 2014), GERD is the most common indication for treatment with H2 blockers. Being overweight or obese is an important


Contains Confidential Information – Subject to Protective Order

risk factor for GERD, so many patients on ranitidine and other acid suppressants may be obese and affected by other related comorbidities. Recommended ranitidine dosing is 150 mg four times a day for treatment of erosive esophagitis (~12 weeks), and 150 mg twice a day for maintenance therapy of erosive esophagitis and for treatment of GERD. While heartburn is a characteristic symptom of GERD, it commonly presents in the absence of GERD. Heartburn can be a chronic symptom or present sporadically; often, patients will have triggers that precipitate heartburn, such as certain lifestyle and eating habits: smoking; eating large meals or shortly before bedtime; eating fatty, spicy, and acidic foods; and drinking caffeinated, carbonated, and alcoholic beverages. I have also published epidemiologic research on risk factors and symptoms of GERD (Mehta *et al.* 2020; Mehta *et al.* 2021). Recommended OTC ranitidine dosing for heartburn is 75-150 mg tablets once or twice a day; for heartburn prevention, it is recommended to take ranitidine 30-60 minutes before eating food or drinking beverages that precipitate heartburn. OTC use of H2 blockers is indicated for short durations; the label specifies to "stop use and ask a doctor if you need to take this product for more than 14 days."

Figure 2. Gastroesophageal Reflux Disease (Figure from Mayo Clinic).




© MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH. ALL RIGHTS RESERVED.

H2 blockers have also been used to treat other acid-related conditions and associated symptoms, including peptic ulcer disease (PUD; gastric and duodenal ulcers) and upper abdominal pain (dyspepsia). I am very familiar with the pathophysiology and clinical presentation of PUD and dyspepsia as a practicing and board-certified gastroenterologist. Dyspepsia occurs in approximately 20% of the population and can commonly present with other GI symptoms, including epigastric fullness, heartburn, and nausea and vomiting (Moayyedi *et al.* 2017). Patients may also have difficulty characterizing their symptoms and diagnoses of dyspepsia often overlap with other symptoms such as heartburn. Peptic ulcers are lesions that develop in the stomach (gastric ulcers) or the small intestine, most commonly in the most proximal portion (duodenal ulcer) (Figure 3) (Lanas and Chan 2017). Symptoms of PUD include burning stomach pain, feeling of fullness or bloating, indigestion, and nausea and vomiting. Again, symptoms of PUD can commonly present with other GI symptoms that overlap with GERD or dyspepsia, such as heartburn, epigastric pain, and nausea/vomiting as well as other symptoms including those due to obstruction (blockage) or gastrointestinal bleeding. The two most common causes of peptic ulcers are infection with the bacteria *Helicobacter pylori* (*H. pylori*) and use of non-steroidal anti-inflammatory drugs (NSAIDs) such as ibuprofen, naproxen, and aspirin. I have published epidemiologic research on risk factors for PUD (Boylan *et al.* 2014a; Boylan *et al.* 2014b). Ranitidine dosing for peptic ulcers is typically 150 mg twice daily for treatment of active peptic ulcers (4-8 weeks), followed by 150 mg once daily for maintenance therapy. Another cause of peptic ulcers is Zollinger-Ellison syndrome, a rare condition in which gastrinomas (a type of tumor) form and too much stomach acid is produced. H2 blockers are also sometimes used to prevent and treat NSAID-induced or aspirin-induced gastroduodenal toxicity (*e.g.,* gastritis, GI bleeding, or peptic ulcer disease). I have also published epidemiologic research on risk factors for


Contains Confidential Information – Subject to Protective Order

aspirin and NSAID-associated gastrointestinal bleeding (Huang *et al.* 2010; Huang *et al.* 2011; Strate *et al.* 2011; Strate *et al.* 2016; Mahady *et al.* 2021). Because many individuals need to take aspirin for prevention of chronic conditions such as cardiovascular disease or NSAIDs for treatment of chronic pain such as arthritis, H2 blockers are often prescribed concurrently with NSAIDs/aspirin. Similarly, H2 blockers are also used for GI stress ulcer prophylaxis in critically ill patients.

Figure 3. Peptic Ulcer Disease (Figure from Mayo Clinic).




Ranitidine is an extensively studied drug that has repeatedly been demonstrated to be both safe and effective; this is further supported by its subsequent OTC approval and high long-term usage among patients with acid-peptic disorders. Ranitidine is very well tolerated and reported adverse events are typically infrequent, minor, and self-limiting, such as headache, nausea and vomiting, abdominal pain, diarrhea, and dizziness. Clinical trial data has demonstrated that the incidence and pattern of adverse events in users of ranitidine and placebo are similar (Mills *et al.* 1997).

Prior to the availability of H2 blockers, there were few effective medications for acid-peptic disorders. Therefore, the primary treatment for PUD was typically complex surgical procedures, including gastrectomies that remove all or part of a patient's stomach and severing of the vagus nerve to the stomach which reduces acid production. PUD was once the most common indication for gastric surgery in the U.S. These invasive procedures also had high complication rates. The introduction of H2 blockers to the market drastically transformed peptic ulcer treatment from a complex surgery with significant morbidity and mortality to a condition that could be managed non-surgically, with regular use of a tolerable, effective, and safe medication. With the advent of H2 blockers, PPIs, and medication regimens to eradicate *Helicobacter pylori*, surgical management of PUD has declined dramatically (Olufajo *et al.* 2020).

While cimetidine was the first H2 blocker available, ranitidine rapidly became the preferred option as it requires less frequent dosing and is associated with fewer side effects (*e.g.,* anti-androgenic properties) and drug-drug interactions (inhibits cytochrome P450 enzymes that metabolize multiple drugs) than cimetidine. Ranitidine was the most prescribed H2 blocker from 1988 through 2019 and has continuously ranked in the top 60 prescribed drugs in the U.S. (Tomita *et al.* 1989; Kaufman *et al.* 2002; Kantor *et al.* 2015; Kane 2021). In 2018, several H2 blockers and PPIs were among the top 200 medications prescribed in the U.S., with omeprazole ranked #8, pantoprazole #18, ranitidine #40, esomeprazole #105, and famotidine #115 (Kane 2021). Although PPI use has increased over time, the use of ranitidine in the U.S. and many other countries (*e.g.,* United Kingdom) has not correspondingly declined throughout the years; rather it has remained consistent or continued to increase (Kantor *et al.* 2015; Abrahami *et al.* 2020; Kane 2021). In a recent UK study, the median duration of use for new prescription users of H2 blockers (which was primarily ranitidine) was 279 days (interquartile range 61-1645 days), with 46.9% and


Contains Confidential Information – Subject to Protective Order

23.1% of users continuing their initial prescribed treatment for more than 1 year and 5 years, respectively (Abrahami *et al.* 2020).

While PPIs have demonstrated superior efficacy over H2 blockers in treating many acid-peptic disorders, there is still a clear benefit for the use of H2 blockers in clinical practice, as evidenced by their highly prevalent use in the population and my own experience as a practicing gastroenterologist. One of the main advantages of H2 blockers over PPIs is their use in patients with symptoms of GERD and heartburn, since H2 blockers have a more rapid onset of action (30-60 minutes) making them a more effective on-demand option for treatment and prevention of symptoms. Conversely, it can take a few days for the complete effect of PPIs, rendering them suboptimal for rapid relief. H2 blockers may also be preferred for patients with mild symptoms or as adjunct or alternative therapy for cases refractory to PPIs. Many gastroenterologists will treat patients using a stepwise approach, tapering the strength of the drug or changing drug classes depending on the clinical scenario (Gyawali and Fass 2018). In clinical practice, it is also well described that some patients will have an intolerance and even potentially a severe allergy to PPI therapy which necessitates use of ranitidine (Bose *et al.* 2013). Finally, even within the class of H2 blockers, patients respond differentially to specific agents. In my clinical practice, I have had many patients who have had a good therapeutic response to ranitidine but not other H2 blockers. I even have two patients who have elected to undergo surgical treatment for GERD after the withdrawal of ranitidine from the U.S. market due to a lack of other pharmacologic options. Thus, as with any pharmacological treatment, it is important for physicians to have a range of therapeutic options for their patients since individual patients differ in clinical presentation and symptoms, efficacious response to treatments, adverse reactions to treatments, and contraindications. In my


Contains Confidential Information – Subject to Protective Order

clinical experience as a gastroenterologist, ranitidine has been a safe, effective, and invaluable therapeutic option for treating acid-peptic disorders.

## V. OVERVIEW OF EPIDEMIOLOGIC STUDY DESIGNS.

Epidemiology is the study of the distribution and determinants of health and disease in human populations. The different types of epidemiologic study designs, as well as their respective strengths and weaknesses, are briefly described below. Importantly, irrespective of the study design, epidemiologists start with the null hypothesis – an assumption that there is no association between the exposure and outcome at issue.

### A. Randomized Clinical Trials.

Randomized clinical trials ("RCTs") are the "gold standard" in terms of epidemiologic study design. In RCTs, the investigator randomly allocates the exposure of interest to study participants. For example, 1000 participants suffering from Disease A may be enrolled in a study of the efficacy of Drug X in curing Disease A. The investigator might then randomly select 500 participants to get Drug X, while the other 500 might get a dummy or sugar pill (placebo). Because the allocation of treatment is randomly assigned, it is likely that the underlying baseline characteristics of the participants will be generally evenly distributed between those exposed to Drug X and those unexposed to Drug X. RCTs are usually performed with the primary purpose of determining efficacy. Because it is unethical to randomize people to potentially harmful exposures, the majority of the data on real-world use of medications and potential associations with adverse effects is derived from observational studies rather than RCTs.

**B. Observational Studies.**

Observational studies "observe" what happens in the real world based on individual's patterns of medication use. As discussed at length below, unlike RCTs, observational studies are significantly more prone to bias and confounding, which should be considered in assessing the scientific validity of the studies' results and conclusions.

There are two main types of observational studies: cohort and case-control studies. Cohort studies compare those who are exposed to a medication to those who are not exposed, in order to determine if those exposed are more likely to develop the disease of interest. Such studies are best suited for situations where the incidence of the disease of interest is relatively common. By contrast, case-control studies start by identifying cases (*i.e.*, people who have the disease) and matching them to controls (*i.e.,* people who do not have the disease). The investigators then look back (retrospectively) to determine whether the cases were more likely to be exposed to the medication of interest than the controls. Case-control studies are more efficient for situations where the disease of interest is relatively rare and would not be expected to occur at a high enough incidence with follow-up of even a large cohort of individuals. A nested case-control study is a specific type of case-control study that is "nested" in a cohort. In other words, the cohort represents a common source population from which cases are identified and a sample of controls are drawn as the comparison group. Nested case-control studies can help mitigate issues relating to selection and recall biases that are frequently observed in standard case-control studies.

Another type of observational study is a cross-sectional study. This study is essentially a single snapshot in time; in other words, it analyzes the association between exposure and outcome at one point in time. As a result, it is generally impossible to determine if the exposure preceded


Contains Confidential Information – Subject to Protective Order

the outcome (temporality) and, therefore, difficult, if not impossible, to infer causal conclusions from such studies.

Another type of observational study is an ecological study. Ecological studies focus on entire populations, as opposed to individuals. For example, an ecological study might assess whether the introduction of Drug X has led to a population-wide increase in Disease A. Like cross-sectional studies, ecological studies can generate hypotheses, but they **cannot** determine causation. For example, even if there were an association between introduction of Drug X and a population-wide increase in Disease A, this increase could be due to a completely unrelated factor, such as concomitant development of improved detection or diagnostic methods for Disease A. It is also important to note that population-wide findings about risk from ecological studies cannot be translated directly to individuals; indeed, drawing any such unwarranted conclusions is known as an "ecological fallacy."

**C. Adverse Event Reports.**

Adverse event reports are spontaneous reports reporting a disease occurrence in a single individual (case report) or group of individuals (case series). The details in a case report are often limited, including temporality (*i.e.,* whether the exposure preceded the outcome) and information on key potential confounders. Most importantly, a case report or series lacks a control group. In contrast to a case report or series, an observational study systemically collects data on the exposure and the outcome in a specific population (including those without the exposure and without the outcome). Because there is a background rate of disease in the general population, a control group is necessary to determine if there is an increased (or decreased) risk of disease by comparing the rate of disease in exposed individuals to unexposed individuals. Thus, case reports may generate hypotheses, but they **cannot** determine causation. A disproportionality analysis is a statistical


Contains Confidential Information – Subject to Protective Order

analysis of spontaneous adverse event reports and thus has the same limitations of individual case reports. Furthermore, given the voluntary, spontaneous nature of the reporting, heightened awareness of a potential association between Disease A and Drug X (*e.g.,* through media reports or publicity around litigation) stimulates reporting of adverse events which is a known limitation of case reports and disproportionality analyses.

**D. Meta-Analyses.**

Meta-analyses combine the results of individual studies to compute an overall (or "pooled") estimate of effect. Meta-analyses can combine results of RCTs or observational studies (such as case-control or cohort studies). The main reasons why investigators conduct meta-analyses are to achieve greater statistical power (the concept of "power" is discussed in more detail below) and to provide a "summary" of existing studies to make the data easier to digest. Meta-analyses – and particularly meta-analyses of observational studies – are prone to many important limitations. A meta-analysis is only as good as the studies that are included within that meta-analysis. Hence, the expression "garbage in, garbage out" that has been used as a critique of some meta-analyses. For example, if the underlying studies do not adequately control for bias and/or confounding, a meta-analysis of those studies will not produce a reliable overall estimate of risk and may actually serve to simply magnify that bias.

In meta-analyzing studies, investigators use the heterogeneity statistic ($I^2$) to assess whether the observed variation between study results is greater than expected by chance alone. If there is high heterogeneity, there is less confidence in the pooled risk estimate obtained in the meta-analysis. $I^2$ of substantially more than 50% is generally regarded as high heterogeneity.

## VI. OVERVIEW OF KEY CONCEPTS IN THE INTERPRETATION OF EPIDEMIOLOGICAL STUDIES.

Epidemiology is a complex field and it would be impossible to comprehensively address all of the principles and considerations that guide a practicing epidemiologic scientist in this report. However, certain key concepts that are critical to reliably interpreting the results of epidemiological studies are delineated below. Additionally, there are certain considerations that relate specifically to pharmacoepidemiology (the study of drugs and association with disease incidence) and cancer epidemiology, such as the importance of looking at the specific drug exposure and specific types of cancer, that are also addressed below.

### A. Heterogeneity of Cancer Outcomes.

Cancer is a heterogeneous disease. Different cancers have different origins based on their anatomic location in the body, their tissue of origin (*e.g.,* squamous cell vs. adenocarcinomas), as well as different risk factors (*e.g.,* smoking is the strongest risk factor for lung cancer but is a protective factor for uterine cancer). Thus, it is unlikely that a single drug can cause multiple cancers at different anatomic sites. That is, a single drug would not be expected to cause multiple cancer types that develop in different tissues in different organs based on distinct risk factors. This is important not only in assessing the reliability of claims that a single drug is responsible for a range of cancer types, but also in the proper design and assessment of epidemiological studies. One cannot infer a causal relationship for an individual cancer based on results from analyses of all cancers combined or from analyses of other specific types of cancers.

Similarly, an association between a medication and a specific cancer should not be used as evidence of replication of an association between that medication and cancer of a distinct organ site. Even within an organ system (*e.g.,* the lung) there are different tissue types (adenocarcinoma vs. squamous cell) and risk factors that suggest a specific mechanism (*e.g.,* cigarette smoking vs.


Contains Confidential Information – Subject to Protective Order

asbestos). Thus, it would not be expected that a medication would cause all types of cancers. Indeed, there is no single chemical that is known to cause all types of cancers.

### B. Is there An Association Between the Exposure and the Outcome?

The key question in most epidemiological studies is whether there is an association between a particular exposure (here ranitidine) and a particular outcome (here the specific types of cancers alleged). Of course, cancer is very common and occurs in the absence of ranitidine use. In 2018, there were approximately 16,353,421 individuals living in the United States with cancer (National Cancer Institute 2022). In 2021, an estimated 1,898,160 new cases of cancer will be diagnosed in the United States and 608,570 people will die from the disease. The ten most common cancers (listed in descending order according to estimated new cases in 2021) are breast cancer, prostate cancer, lung and bronchus cancer, colon and rectum cancer, melanoma of the skin, bladder cancer, non-Hodgkin lymphoma, kidney and renal pelvis cancer, endometrial cancer, and leukemia. Pancreatic cancer is the 11th most common cancer in the U.S., while liver cancer is the 13th, stomach cancer is the 15th, and esophageal cancer is the 18th. Prostate, breast, lung, and colorectal cancers account for an estimated 48% of all cancers diagnosed in 2021. The overall rate of new cases of cancer (cancer incidence) is 450.5 per 100,000 men and women per year (based on 2014-2018 cases). The cancer death rate (cancer mortality) has been estimated to be 152.4 per 100,000 men and women per year (based on 2015-2019 deaths). Approximately 39.2% of men and women will be diagnosed with cancer at some point during their lifetimes (based on 2016–2018 data); 2.4% diagnosed with bladder cancer, 1.7% with pancreatic cancer, 1.0% with liver cancer, 0.8% with stomach cancer, and 0.5% with esophageal cancer.

Because cancer is so prevalent, if it does occur during or following ranitidine use, one must ask whether that cancer would have occurred even if that person was not taking ranitidine. As a


Contains Confidential Information – Subject to Protective Order

result, to determine if cancers are occurring more frequently than expected, one needs a comparison group (*e.g.,* the group not exposed to ranitidine in cohort studies or the non-diseased group in case-control studies). Comparing the two groups allows epidemiologists to derive the measure of association between the exposure and outcome (also termed "risk estimate" or "point estimate"). The risk estimate can be expressed as Relative Risk (RR), Odds Ratio (OR), or Hazard Ratio (HR).

The risk estimate shows the magnitude of the association, if any. Using Relative Risk as an example:

- an RR of 1.0 shows the exact same frequency of disease among those exposed as among those unexposed, consistent with absolutely no association;
- an RR above 1.0 shows that there *may* (depending on statistical significance and other factors discussed below) be an increased risk of disease among those exposed;
- an RR below 1.0 shows that there *may* (depending on statistical significance and other factors discussed below) be a decreased risk of disease among those exposed.

For example, a cohort study might compare the rate of gastric cancer among 1,000 people exposed to Drug X to the rate of gastric cancer among 1,000 people not exposed to Drug X. If, during the study period, 100 out of 1,000 people exposed to Drug X developed gastric cancer, while 50 out of 1,000 people not exposed to Drug X developed gastric cancer, the measure of association between Drug X and gastric cancer can be calculated as follows:

$$\frac{\text{Incidence of disease among the exposed}}{\text{Incidence of disease among the unexposed}} = \frac{100/1{,}000}{50/1{,}000} = 2.0$$

The measure of association here (RR) is 2.0 and could (depending on statistical significance and other factors described below) be interpreted as showing that the risk of developing gastric cancer is twice as high among those exposed to Drug X as compared to those not exposed.


Contains Confidential Information – Subject to Protective Order

In case-control studies, the measure of association (OR) is calculated by dividing the odds of exposure among the diseased (cases) by the odds of exposure among the non-diseased (controls). For example, a study might include 100 cases of breast cancer and 150 controls without breast cancer. If the investigators determined that:

- of the 100 cases, 50 were exposed to Drug X and 50 were not exposed;
- of the 150 controls, 100 were exposed to Drug X and 50 were not exposed;

then, the OR can be calculated as follows:

$$\frac{\text{Odds of exposure among the cases}}{\text{Odds of exposure among the controls}} = \frac{50/50}{100/50} = 0.5$$

This OR could (depending on statistical significance and other factors described below) be interpreted as showing that the odds of breast cancer among those exposed to Drug X are ½ the odds of breast cancer among those not exposed.

A hazard ratio (HR) is a measure of association similar to the RR and OR, except it also accounts for the follow-up time in the study population and is generally used when comparing incidence rates (disease outcomes over follow-up time).

### C. Is the Association Due to Chance, Bias, or Confounding?

In any epidemiological study, an observed association may be a "true association" or it may be a spurious association that is due to one or more sources of error: chance, bias, and/or confounding.

#### 1. Chance, Statistical Significance, and Statistical Power.

In any epidemiological study, we are trying to form conclusions about the entire population (*e.g.,* every person who may take ranitidine) based on a sample population included in the study (*e.g.,* everyone enrolled in a particular health plan or living in a specific geographic area). Because there is random variation from sample to sample, our results may be affected by the play of chance.

The main ways that epidemiologists assess the play of chance is through the use of confidence intervals and p-values.

A confidence interval provides a range of values within which the true estimate would fall if the study were repeated (using different sample populations) multiple times. For example, a 95% Confidence Interval (CI) means that if the study were to be repeated 100 times, the true measure of association would fall between the lower and upper bound of the confidence interval 95/100 times. If the confidence interval includes the null value of 1.0, the results are considered not "statistically significant." If the lower bound of the confidence interval is above 1.0, the results are consistent with a statistically significant increased risk. If the upper bound of the confidence interval is below 1.0, the results are consistent with a statistically significantly decreased risk. Examples of point estimates and confidence intervals are provided below.

- 1.15 (0.58-2.26) – not statistically significant
- 1.91 (1.09-3.36) – statistically significant increased risk
- 0.39 (0.19-0.82) – statistically significantly decreased risk.

Epidemiologists use P-values as another tool for assessing statistical significance and the play of chance. A P-value denotes the probability of obtaining the same or greater results, assuming that the null hypothesis is true. By convention, a P-value less than 0.05 is considered to be statistically significant; a P-value greater than or equal to 0.05 is considered to be not statistically significant.

It is also important to note that the greater the number of statistical tests performed, the more likely a statistically significant association will be detected by chance alone. In fact, it is established that for every 20 statistical tests/comparisons that one performs, one would expect to find 1 statistically significant result due to chance alone. This problem of multiple comparisons is


Contains Confidential Information – Subject to Protective Order

a major concern in studies of cancer when multiple tests are performed of multiple different medication exposures and multiple different cancers (as illustrated below). Thus, multiple comparisons can lead one to improperly reject the null hypothesis (what epidemiologists call Type I error or a "false positive") leading to a spurious conclusion regarding an association when one does not truly exist. In fact, "a critical mass of researchers now endorse a change" to a more stringent P-value (*e.g.,* P-value < 0.005) to be considered statistically significant to minimize the high rate of false positive associations which fail to be reproduced (Benjamin *et al.* 2018).

Conversely, one can improperly fail to reject the null hypothesis and conclude that there is no statistically significant association where an association, in fact, exists (what epidemiologists call Type II error or a "false negative"). Type II error may be due to insufficient "statistical power." Broadly speaking, statistical power refers to the study's ability to detect an association if one exists. Statistical power is typically determined by (i) the size of the study; (ii) the size of the effect or magnitude of association (if it exists); and (iii) the significance level (conventionally set at 95%). All other things being equal, the greater the study's sample size, the greater its statistical power. Thus, power may be an issue if one does not include a large enough study population to examine risk of a specific type of cancer. Similarly, all other things being equal, the greater the magnitude of association (if it exists), the greater the study's statistical power. Thus, a study may be insufficiently powered to show a 30% increased risk of cancer, but well powered to show a two-fold increased risk. Importantly, the CI reflects the statistical power of the analysis. All other things being equal, the narrower the CI, the better powered the analysis and the more precise the risk estimate.

Epidemiologists assess statistical power *a priori*, as part of study design. As noted above, after a study is completed, confidence intervals inform our assessment of study power and


Contains Confidential Information – Subject to Protective Order

precision of the point estimate (Goodman and Berlin 1994). Importantly, it is not scientifically reliable to speculate as to whether a study would have detected an association had it been better powered. There is simply no way to determine this outcome without actually conducting the better powered study.

**2. Confounding.**

Confounding is another potential source of error in observational epidemiological studies. A confounder is a third variable that is associated with both the exposure (*e.g.,* ranitidine use) and the outcome (*e.g.,* cancer) that are being studied. A confounder distorts the measures of association between the exposure and the outcome by either (i) creating false associations or (ii) hiding true associations. For example, smoking is an important confounder in studies of ranitidine and cancer outcomes. Smokers are more likely to suffer from gastroesophageal reflux disease (GERD) and, as a result, are more likely to take ranitidine than the general population. Smoking also increases the risk of many different types of cancer (such as pancreatic cancer). Thus, an analysis of ranitidine and pancreatic cancer that does not control for smoking, or inadequately controls for smoking, is likely to present a spurious association (*i.e.,* false evidence of increased risk).




Epidemiologists use many different methods to control for confounding in their analyses. Risk estimates that do not control for confounding are referred to as “crude,” whereas those that do attempt to control for confounding are referred to as “adjusted.” All other things being equal, adjusted risk estimates are more reliable than crude ones. Because cancer is a heterogeneous


Contains Confidential Information – Subject to Protective Order

disease, different confounders often have to be controlled for in analyses of different cancer types. For example, the bacteria *Helicobacter pylori (H. pylori)* is a major risk factor for gastric cancer, but is not associated with breast cancer. Some established risk factors for the alleged cancers are included in Table 1 below (American Cancer Society 2022; National Cancer Institute 2022).

Table 1. Cancer Risk Factors.

| **Cancer Type** | **Cancer Risk Factors** |
|---|---|
| **Gastric Cancer** | Advanced age, male sex, race/ethnicity (Hispanic Americans, African Americans, Native Americans, and Asian/Pacific Islanders), *H. pylori* infection, gastric ulcers, GERD, atrophic gastritis, intestinal metaplasia, stomach polyps, prior stomach surgery, high BMI (overweight/obesity), smoking, alcohol, pernicious anemia, certain diets, occupational, and chemical exposures, family history of stomach cancer, and genetic predisposition |
| **Esophageal Adenocarcinoma** | Advanced age, male sex, race/ethnicity (non-Hispanic Whites), Barrett's esophagus, esophageal dysplasia, GERD, hiatal hernia, high BMI (overweight/obesity), smoking, physical inactivity, achalasia (impaired ability to push food down to the stomach), family history of esophageal cancer, and genetic predisposition |
| **Esophageal Squamous Cell Carcinoma** | Advanced age, male sex, race/ethnicity (African Americans), smoking, alcohol, achalasia, esophageal injury/strictures, frequently drinking very hot beverages, personal history of certain other cancers (*e.g.*, lung, mouth, throat), family history of esophageal cancer, and genetic predisposition |
| **Liver Cancer** | Advanced age, male sex, race/ethnicity (Asian Americans and Pacific Islanders), chronic liver disease (cirrhosis, non-alcoholic fatty liver disease, non-alcoholic steatohepatitis), Hepatitis B and C infections, alcohol, smoking, high BMI (overweight/obesity), diabetes mellitus, metabolic syndrome, aflatoxins, family history of liver cancer, and genetic predisposition |
| **Pancreatic Cancer** | Advanced age, race/ethnicity (African Americans), smoking, high BMI (overweight/obesity, as well as all other measures of adiposity), alcohol, diabetes mellitus, chronic pancreatitis (inflammation of the pancreas), certain occupational exposures, family history of pancreatic cancer, and genetic predisposition |
| **Bladder Cancer** | Advanced age, male sex, race/ethnicity (non-Hispanic Whites), smoking, insufficient fluid intake, chronic bladder irritation and infections, bladder birth defects, chemotherapy or radiation therapy, certain occupational and chemical exposures, personal history of bladder or other urothelial cancers, family history of bladder cancer, and genetic predisposition |


Contains Confidential Information – Subject to Protective Order

Importantly, even after adjustment for known confounding factors, there may still be unaccounted-for residual confounding. Small associations/risk estimates are particularly susceptible to residual confounding.

One type of confounding that is particularly prominent (and difficult to control) in pharmacoepidemiological studies is "confounding by indication." This is the situation where it is the underlying indication for treatment (or factors associated with that indication), rather than the treatment itself, that increases the risk of an adverse event. The underlying indications that ranitidine is used to treat are independent risk factors for certain cancer types. For instance, GERD is one of the strongest risk factors for esophageal adenocarcinoma and is also a risk factor for gastric cardia adenocarcinoma (cancer of the upper stomach) (Anderson *et al.* 2007; Chow *et al.* 1995; Cook *et al.* 2014; Derakhshan *et al.* 2008; Farrow *et al.* 2000; Garcia Rodriguez *et al.* 2006; Lagergren *et al.* 1999; National Cancer Institute 2022; Rubenstein *et al.* 2010; Wang *et al.* 2021; Whiteman *et al.* 2008; Wu *et al.* 2003; Ye *et al.* 2001). Thus, studies of ranitidine and adenocarcinoma of the esophagus and gastric cardia that do not control for the underlying indication (GERD) may show a spurious increased risk.

In addition, ranitidine has been used to treat gastric ulcers, as well as *H. pylori* infection, which is one of the major causes of gastric ulcers. *H. pylori* infection is the most significant cause of non-cardia gastric cancer, with approximately 90% of global cases estimated to be attributed to *H. pylori* (Cavaleiro-Pinto *et al.* 2011; Helicobacter and Cancer Collaborative Group 2001; IARC 2012a; National Cancer Institute 2022; Plummer *et al.* 2015). Non-cardia gastric cancer is also associated with gastric ulcers, which may in part be explained by *H. pylori* infection (Farrow *et al.*

2000; Garcia Rodriguez *et al.* 2006; Hansson *et al.* 1996; La Vecchia *et al.* 1992; Molloy *et al.* 1997; Wu *et al.* 2003; Zhang *et al.* 1996; Zhang *et al.* 2021).

Confounding by indication may also be somewhat more indirect. For example, patients with diabetes are more likely to use aspirin for cardiovascular prophylaxis and therefore are more likely to take acid suppressant medications for prevention of aspirin-associated gastrointestinal bleeding. Since diabetes is a risk factor for cancer, particularly pancreatic cancer and liver cancer, studies which show an association between H2 blockers and pancreatic or liver cancer (and do not effectively control for diabetes) are likely biased by this confounding by indication. Also, disease states that are clear risk factors for cancer are also associated with gastrointestinal symptoms that may be treated with H2 blockers. This includes heartburn as a risk for esophageal cancer, cirrhosis of the liver as a risk factor for liver cancer, and pancreatitis as risk factor for pancreatic cancer.

In addition to confounding by indication is confounding by other risk factors for cancer more frequently observed in individuals treated with ranitidine. Compared to the general population, patients with acid-peptic disorders, and thus patients on ranitidine and other acid suppressive therapy, are more likely to be older, smoke, drink alcohol, be overweight or obese, have lower levels of physical activity, take more medications, and have more comorbidities (*e.g.,* cirrhosis, diabetes, cardiovascular disease, chronic obstructive pulmonary disease, asthma, gallbladder disease, irritable bowel syndrome, and chronic renal insufficiency) (Babic *et al.* 2020; Bao *et al.* 2010; El-Serag *et al.* 2009; El-Serag *et al.* 2014; Eusebi *et al.* 2018; Garrow and Delegge 2010; Kantor *et al.* 2021; Locke *et al.* 1999; Mehta *et al.* 2021; Mohammed *et al.* 2005; Mohy-ud-din *et al.* 2020 abstract). Therefore, acid suppressant users have a higher background prevalence of cancer risk factors compared to the general population. In fact, lifestyle recommendations for


Contains Confidential Information – Subject to Protective Order

GERD management overlap with those for cancer prevention (*e.g.,* tobacco and alcohol cessation and weight loss in overweight patients).

A well-established method that has become the standard in pharmacoepidemiology studies to control for confounding by indication is the use of an "active comparator" or using a comparator group with the same indication of use (for example, users of PPIs or other H2 blockers that are prescribed for GERD symptoms) (Jonsson Funk and Landi 2014; Sendor and Stürmer 2022). All other things being equal, this type of comparison is a more apples-to-apples and reliable analysis. Active comparator studies are often coupled with a "new user" design to further minimize other biases, such as time-varying hazards. However, even active comparator analyses may not fully control for confounding by indication if, for example, some acid suppressants tend to be taken by patients with more severe disease or more risk factors for developing cancer. In addition, H2 blockers and PPIs may be differentially prescribed for certain indications (*e.g.,* PPIs are more commonly prescribed for prophylaxis against gastrointestinal bleeding) (Abrahami *et al.* 2020). Thus, while an "active comparator" analysis provides a more similar comparison group in contrast to a general population of non-users and reduces the likelihood of confounding by indication, this source of error may not be completely eliminated by an active comparator analysis. As such, most studies using active comparator analyses will still rely on standard methods of adjustment and/or matching to further control for residual confounding factors.

An example of baseline characteristics in ranitidine users, famotidine users (another H2 blocker), and the general population of non-users was provided in the abstract by Mohy-ud-din *et al.* 2020 (Table 2). Although statistically significant differences were observed between ranitidine users and both comparator groups, the ranitidine and famotidine users were much more similar. In this U.S. population, 74.4% of ranitidine users and 76.9% of famotidine users were smokers


Contains Confidential Information – Subject to Protective Order

compared to 27.5% of general population non-users; 8.9% of ranitidine users and 10.8% of famotidine were obese compared to 1.69% of general population non-users; and 61.4% of ranitidine users and 64.0% of famotidine users had a history of alcohol use compared to 19.4% of general population non-users.

Table 2. Baseline Characteristics of Ranitidine Users, Famotidine Users, and General Population Non-Users (Mohy-ud-din 2020 Abstract).

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) | Odds Ratio (P value) (Ranitidine vs Famotidine) | Odds Ratio (P value) (Ranitidine vs General Population) |
|---|---|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) | 0.81 (<0.001) | 1.61 (<0.001) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) | 0.83 (<0.001) | 1.08 (<0.001) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) | 0.96 (<0.001) | 0.27 (<0.001) |
| African-American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) | 0.99 (0.03) | 1.29 (<0.001) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) | 0.91 (<0.001) | 0.73 (<0.001) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) | 1.09 (<0.001) | 1.36 (<0.001) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) | 0.87 (<0.001) | 0.76 (<0.001) |
| Obesity (BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) | 0.80 (<0.001) | 5.65 (<0.001) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) | 0.89 (<0.001) | 6.61 (<0.001) |



Contains Confidential Information – Subject to Protective Order

### 3. Bias.

Bias is yet another major potential source of error in observational epidemiological studies. Bias refers to systematic error in the design or execution of epidemiological studies.

#### (i) Protopathic Bias / Reverse Causation

One important bias that is particularly critical in studies of ranitidine and cancer outcomes is "protopathic bias" or "reverse causation." It is quite common for people to take ranitidine in response to early symptoms of yet undiagnosed cancer (such as heartburn, indigestion, cough, or stomach pain; see Table 3 below) since the symptoms of cancer overlap with the indications for ranitidine use. However, since the ranitidine treatment is initiated after the cancer outcome, it cannot be the cause of the cancer outcome. Protopathic bias in studies on acid suppressants and cancer outcomes is particularly prevalent for gastrointestinal cancers due to their symptoms primarily involving the GI tract. However, it may also be an issue for non-GI cancers if they present with generalized GI symptoms (poor appetite, stomach pain, or nausea and vomiting). Cancer patients are often treated for systemic or localized pain with NSAIDs for which acid suppressants are frequently used to either prevent or treat NSAID-induced gastroduodenal toxicity. For example, protopathic bias was found to play a role in a study on H2 blockers and lung cancer as "early symptoms of lung cancer such as bone pain, chest pain, and neuropathic pain might lead to use of NSAIDs before definite diagnosis, and H2RBs might be prescribed for relieving NSAID-related gastrointestinal adverse events (protopathic bias)" (Hsu *et al.* 2013).

Table 3. Cancer Symptoms Before and Around Time of Diagnosis.

| Cancer Type | Cancer Symptoms Before and Around Time of Diagnosis |
|---|---|
| **Gastric Cancer** | Abdominal pain, heartburn or indigestion, nausea, vomiting, regurgitation, weight loss, poor appetite, gastrointestinal bleeding, abdominal fullness, bloating, or swelling |
| **Esophageal Cancer** | Abdominal pain, chest pain, heartburn, regurgitation, nausea, vomiting, weight loss, trouble swallowing, hoarseness, chronic cough, gastrointestinal bleeding |
| **Liver Cancer** | Abdominal pain, abdominal swelling, abdominal fullness, jaundice, insomnia, confusion, memory loss, change in mental status, nausea, vomiting, weight loss, poor appetite, weight gain, gastrointestinal bleeding |
| **Pancreatic Cancer** | Abdominal pain, back pain, nausea, vomiting, weight loss, poor appetite, jaundice |
| **Bladder Cancer** | Abdominal pain, blood in urine, weight loss, changes in bladder habits or symptoms of irritation |

Protopathic bias typically leads to a spurious increased risk of cancer in the short term. Epidemiologists use "lag periods" as one way to minimize the influence of protopathic bias. For example, in an analysis using a one-year lag, one would not include any cancers diagnosed within 1 year of initiation of ranitidine treatment to calculate incidence and risk estimates (e.g., RR, HR, OR). Medications initiated shortly before cancer diagnosis are unlikely to be causative as cancer develops over a prolonged time period. Non-specific symptoms of cancer may present for years before the cancer is finally diagnosed. It has been recommended that studies use a range of lag periods since the exact length of the lag period to avoid protopathic bias is unclear and will likely differ by medication and cancer type (Liu *et al.* 2020). Depending on the cancer type, symptoms may present earlier or later in the cancer stage. For example, symptoms may not present, and thus cancer is not diagnosed, until later stages of liver and pancreatic cancer. Protopathic bias remains an issue in cancers diagnosed in later stages since the symptoms still precede the diagnosis. There may also be symptoms at the early stage of these cancers that are non-specific (*e.g.,* abdominal pain) and treated with ranitidine for several years before further diagnostic evaluation is done. In


Contains Confidential Information – Subject to Protective Order

my clinical practice, I cared for many patients who have had long-standing symptoms of abdominal pain that have been treated with acid suppressive agents who were ultimately diagnosed with esophageal, gastric, liver, pancreatic, or bladder cancer. While preventive cancer screenings are recommended for certain cancer types to detect cancer before a person develops symptoms (*e.g.,* breast, colorectal, cervical, lung, and prostate cancers), there is no current recommendation in the U.S. for routine preventive cancer screenings for gastric, esophageal, pancreatic, liver, or bladder cancers in individuals at average risk. Similar to its effect on confounding, active comparator analyses inherently minimize protopathic and other biases in pharmacoepidemiology studies by comparing similar patient populations.

**(ii) Detection / Surveillance Bias**

"Detection bias" or "surveillance bias" is a bias that can occur in cancer epidemiological studies as groups may differ in the likelihood of cancer detection and diagnosis. As an example, patients who are prescribed medications that require doctor visits for refills and follow-ups may be more likely to undergo preventive cancer screenings (*e.g.,* colonoscopy for colorectal cancer, mammography for breast cancer, prostate specific antigen test for prostate cancer) than patients not on medications that require less frequent healthcare visits. In addition, patients on ranitidine are more likely to undergo diagnostic evaluation of the gastrointestinal tract (*e.g.,* endoscopies, biopsies) as part of the general work-up of gastrointestinal symptoms that may lead to greater likelihood of detection of GI cancers. Biases may also occur in concert. A patient may take ranitidine for early symptoms of undiagnosed liver cancer presenting as abdominal pain (protopathic bias) and then when symptoms do not improve, subsequent diagnostic tests such as abdominal imaging with CT scans or ultrasounds may incidentally detect the liver cancer (detection bias). Similarly, patients with bladder cancer may first present with abdominal pain that


Contains Confidential Information – Subject to Protective Order

leads to treatment with an H2 blocker. As part of the evaluation of abdominal pain, a urine specimen is often taken to evaluate for a potential urinary tract infection. Microscopic blood may be detected in this urine specimen, which could lead to a diagnostic work up (*e.g.,* imaging or cystoscopy) that leads to a diagnosis of bladder cancer. Since this bias would lead to greater detection of cancer outcomes in ranitidine users, it can result in the appearance of a spurious increased risk.

**(iii) Selection Bias**

"Selection bias" is a bias frequently encountered in case-control studies. Selection bias occurs if the control population differs from and is not representative of the underlying population that gave rise to cases. This may occur due to the sampling procedure used (*e.g.,* identifying cases and controls using different methods/populations or excluding certain characteristics in control subjects) or due to differential participation between cases and controls (*e.g.,* controls that are more health conscious may be more likely to participate).

**(iv) Misclassification Bias**

"Misclassification bias" occurs when study participants are incorrectly assigned ("misclassified") to the wrong exposure or outcome group. This type of bias can alter the observed association in either direction. Exposure misclassification may occur if ranitidine exposed individuals are classified as unexposed (*e.g.,* if a user took OTC ranitidine but the study only captured prescription use) or if unexposed individuals are classified as exposed (*e.g.,* if a ranitidine user filled a prescription but did not actually follow through and take the medication). Outcome misclassification may occur if an individual without cancer is classified as having cancer or if an individual with cancer is classified as not having cancer (*e.g.,* if the study database does not identify all cancer outcomes).


Contains Confidential Information – Subject to Protective Order

Misclassification bias can be "differential" or "nondifferential." Focusing on exposure misclassification, "differential" misclassification bias occurs when the misclassification differs according to outcome status. This type of misclassification is common in case-control studies since exposure is ascertained retrospectively after the outcome is already known. A well-known example of differential misclassification bias that can affect case-control studies is "recall bias." Where cases (those with the disease) are questioned about their past exposures, they may be more likely to recall putatively harmful exposures than controls (those without the disease) in an attempt to understand what may have caused their disease. This bias can result in the appearance of a spurious increased risk.

"Nondifferential" misclassification bias is more common in cohort studies and occurs when misclassification does not differ according to outcome status. When exposures are polychotomous (*i.e.,* categorized in more than two exposure levels, such as tertiles, quartiles, or quintiles), as seen in dietary and occupational studies, the bias can go in either direction, although it often biases away from the null (*i.e.,* creates false associations) (Jonsson Funk and Landi 2014; Hornell *et al.* 2017). Polychotomous exposures are also observed in some pharmacoepidemiological studies when analyses are stratified by dose or duration of use. When misclassification of a dichotomous exposure (*i.e.,* ever vs. never exposed) is truly nondifferential, it will often bias the estimate towards the null (*i.e.,* underestimate the true risk). However, there are many scenarios in which the direction of this bias is reversed (Jonsson Funk and Landi 2014):

(i) The expected bias due to nondifferential misclassification refers to the average estimate from several study repetitions rather than from a single study. Since there is random variability in every study, if the misclassification is not exactly nondifferential, the bias can go away from the null.


Contains Confidential Information – Subject to Protective Order

(ii) The observed risk estimate is dependent on all the biases of the study, including the biases that create spurious associations – *e.g.,* protopathic bias, selection bias, and confounding. Thus, the presence of other biases can balance out the misclassification bias or push the overall bias in the other direction.

(iii) Exposure misclassification of confounders biases the risk estimate toward the crude estimate since full adjustment of the confounder is not occurring due to misclassification (*i.e.,* residual confounding). This will often bias the estimate away from the null especially when there is a strong confounder like smoking, which is often misclassified.

(iv) Certain study designs decrease the likelihood of misclassification. The risk of misclassifying non-users as users for individuals that fill a prescription but do not take it is minimized in studies or analyses requiring at least two prescription fills. In other words, it is less likely that a patient will fill a prescription for a medication multiple times and not truly be taking it. Misclassifying over-the-counter medication users as non-users in studies relying on prescription databases may be lessened in studies relying on medical records or self-reported medication use. Active comparator analyses also decrease misclassification bias for several reasons. Using misclassification of OTC ranitidine in prescription databases as an example, similar misclassification is expected in the active comparator group since other acid suppressant medications are also available OTC, particularly other H2 blockers which all became OTC around the same time. This view was shared by the authors of the Adami *et al.* 2021 study, who wrote: "over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs, in more recent years. The potential direction of bias in HR estimates is unclear, but the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs,


Contains Confidential Information – Subject to Protective Order

since all major H2RBs were similarly impacted by over-the-counter use over time." Even if the extent of the misclassification is differential between the two active comparators, there are many factors involved in influencing the direction of the bias, making it difficult to predict (Jonsson Funk and Landi 2014). Furthermore, as discussed by the authors of the Norgaard *et al.* 2021 study, because the active "comparison cohorts redeemed prescriptions for either other H2-blockers or PPIs, we would expect concomitant use of over-the-counter ranitidine to be low."

Forgoing all the scenarios provided above and assuming nondifferential misclassification bias truly biases the risk towards the null, the magnitude of the bias is dependent on various factors. Based on a simulation study quantifying the potential effect of nondifferential misclassification of OTC exposure in prescription claims data (and assuming no other sources of bias), the magnitude of the bias will be dependent on (i) the overall prevalence of the medication exposure (prescription + OTC) in the population, (ii) the proportion of the medication exposure due to OTC use, and (iii) the true risk estimate (Yood *et al.* 2007). If each of these three parameters is relatively small, the potential magnitude of the bias is minimal (Figure 4).

While the prevalence of ranitidine use varies by country and year, the available data shows the overall prevalence of use of ranitidine in the population is less than 5% (Table 4). Similarly, the proportion taken as OTC also greatly varies by country and year (Table 4). Figure 4 shows the potential magnitude of nondifferential misclassification bias from OTC ranitidine use in studies using prescription claims data (assuming no other sources of bias) when the true relative risk (RR) is 1.50 (Figure 4A) and 2.00 (Figure 4B). The red box shows the potential range of nondifferential misclassification bias based on estimated ranitidine data with an overall prevalence in the population of ≤ 5% (≤ 0.05) and proportion of OTC use ranging from 0-90% (0-0.90). These


Contains Confidential Information – Subject to Protective Order

figures illustrate that since the overall prevalence of ranitidine in the population is fairly low (≤ 5%), even if up to 90% of ranitidine use was misclassified due to OTC exposure, this would have a very small effect on risk estimates of ≤ 2.0: at most, a 10% (0.1) decrease if the true RR is 2.0 and using a conservative estimate of 5% overall prevalence and 90% OTC use. However, using the overall prevalence and proportion of OTC use in the European countries, for instance, this would have an even more minimal effect on the risk estimate, if at all (≤ 1% or 0.01). This of course does not account for any other biases in the study that may balance or reverse the overall bias in the other direction. This also assumes a general population comparator; an active comparator analysis would likely lessen the magnitude of this bias even more. I agree with the conclusions of the authors of the Yood *et al.* 2007 study that "in many circumstances, prescription claims data can give valid estimates of association even though some of the drugs are available OTC."

Table 4. Ranitidine Prevalence in Different Populations.

| **Population** | **Prevalence of Any Ranitidine Exposure (Rx + OTC)** | **Prevalence of Ranitidine Rx Exposure** | **Proportion of Ranitidine Exposure due to OTC use** |
|---|---|---|---|
| United States[1,2] | 1998-1999: 2.2% | 1999-2000: 1.2%<br>2001-2008: 1.2-1.8%<br>2009-2012: 2.1-2.2% | 1999: 45% |
| United Kingdom[3,4,5] | 2010-2012: ~1.3% | 1990-1999: ~1.4-1.9%<br>2000-2009: ~1.1-1.5%<br>2010-2012: ~1.2%<br>2013-2018: ~1.3-1.9% | 2010-2012: ~10% |
| Denmark[6,7] | 1999-2001: 0.51-0.54%<br>2002-2010: 0.52-0.89%<br>2011-2019: 0.04-0.18% | 1999-2001: 0.37-0.45%<br>2002-2010: 0.25-0.42%<br>2011-2019: 0.04-0.13% | 1999-2001*: 16-28%<br>2002-2010*: 39-49%<br>2011-2019*: 73-83% |

**Proportion of defined daily doses (DDD) of ranitidine not sold by prescription in Denmark.*
[1] Kaufman *et al.* 2002; [2] Kantor *et al.* 2015; [3] Abrahami *et al.* 2020; [4] Holyfield 2013; [5] Cardwell *et al.* 2021; [6] Adami *et al.* 2021; [7] Danish Health Data Authority 2022


Contains Confidential Information – Subject to Protective Order

<u>Figure 4. Potential Magnitude of Nondifferential Misclassification Bias from OTC Ranitidine Use in Studies Using Prescription Claims Data (adapted from Yood *et al.* 2007).</u>



Misclassification can also occur for outcomes. In cohort studies, misclassification of outcomes that is non-differential by exposure may tend to bias the association slightly toward the null, but generally does not substantially influence observed associations. However, it is possible that misclassification may be differential and risk estimates may be biased away from the null. For example, compared with the general population, ranitidine users may be more likely to have an early cancer diagnosed if they undergo more intensive medical surveillance as a result of their intake of a chronic medication (*e.g.,* detection bias).

**4. Replication.**

Even if a particular observational study's results show a statistically significant association that is not likely to be a product of chance, bias, and confounding, epidemiologists do not conclude that this is a "true association" unless that association has been replicated in other studies. Ideally, the studies replicating the association should be conducted by different investigators, in different populations, and using different methods.

**D. From Association to Causation.**

Where there is a replicated statistically significant association that is not likely to be a product of chance, bias, and confounding, epidemiologists proceed to consider certain factors to determine if that association is actually causal. These factors, sometimes termed the Bradford Hill criteria, include considerations relating to consistency, strength of association, temporality, biological gradient, plausibility, analogy, coherence, specificity, and experiment (Hill 1965). These considerations are briefly addressed below; the first five considerations are the most relevant to determinations of causality with respect to cancer outcomes.

***1. Consistency*** relates to whether findings of increased (or decreased) risk are consistent from independent study to study. As noted above, ideally, one wants to see consistent results


Contains Confidential Information – Subject to Protective Order

between studies using different populations and different designs. A lack of consistency in the literature makes a causal relationship much less likely.

***2. Strength of association*** refers to the magnitude of the increased (or decreased) risk observed in controlled epidemiological studies. All other things being equal, the stronger the association, the more likely it is to be causal, and less likely to result from chance, bias, and/or confounding. Conventionally, epidemiologists consider estimates of increased risk with odds ratios, relative risks, or hazard ratios below 2.0 and estimates of decreased risk with odds ratios, relative risks or hazard ratios above 0.50 in observational studies, to be "weak." An example of a "strong" association is the association between smoking and lung cancer, with risk estimates ranging from 10 to 30.

***3. Temporality*** refers to the requirement that the exposure precede the outcome. As noted above, temporality cannot be determined from some study designs (*e.g.*, cross-sectional studies). Accordingly, any inferences of causation from such studies are generally inappropriate. Issues of temporality may also arise in studies that do not account for protopathic bias as ranitidine may be used to treat early symptoms of cancer, such that the medication exposure would come *after*, rather than *before*, the cancer outcome.

***4. Biological gradient*** refers to dose-response – the observation that as the dose of the exposure (*e.g.,* dosage of the drug, number of prescriptions, or duration of drug use) increases, there is a corresponding increase in the likelihood and/or severity of the outcome at issue. For example, observational studies show that the risk of lung cancer from smoking increases both with the duration (*e.g.,* numbers of years) that people smoke and with the intensity (*e.g.,* number of cigarettes) that they smoke.

***5. Plausibility*** refers to the biological plausibility of the association based on other types of information, such as animal studies, *in vitro* studies, and our understanding of the exposure's mechanism of action. For example, the association between cigarette smoke and lung cancer was biologically plausible based on animal and *in vitro* data. Although biological plausibility can strengthen the case for a potential causal relationship, a hypothetical biological plausible mechanism can never serve as a foundation for a causal relationship in the absence of reliable and consistent epidemiological evidence.

***6. Analogy*** refers to similar associations that have been observed between a comparable exposure (*e.g.,* another medication) and the outcome (*e.g.,* specific cancer).

***7. Coherence*** refers to the concept that the association should not conflict with the generally known facts of the natural history and biology of the disease. Sir Bradford Hill gave an example of a temporal rise in lung cancer cases that accompanied the rise in smoking, as well as histopathological evidence from the bronchial epithelium of smokers.

***8. Specificity*** refers to the specificity of the outcome in relation to a specific exposure. It is important to recognize that different cancer types have many different causes. Thus, specificity, which refers to a specific exposure as the primary cause of a specific cancer, is challenging to establish in cancer epidemiology studies. Asbestos exposure and mesothelioma is a rare example of an exposure-cancer relationship that is generally agreed upon to meet the specificity criterion. Furthermore, as described above, because cancer is a heterogeneous disease, it is unlikely that a single drug can cause multiple cancers of different anatomic sites. That is, a single drug is unlikely to be expected to cause multiple different cancers arising from different tissues in diverse organs which each have different risk factors.


Contains Confidential Information – Subject to Protective Order

***9. Experiment*** refers to experimental evidence of the association, which includes evidence from randomized controlled trials. As described above, since it is unethical to randomize people to potentially harmful exposures to assess subsequent cancer risk, the majority of the data on cancer risk is derived from observational studies rather than RCTs.

## VII. EPIDEMIOLOGICAL STUDIES OF RANITIDINE AND CANCER OUTCOMES.

In September 2019, the U.S. Food and Drug Administration (FDA) announced that some ranitidine products "contain a nitrosamine impurity called N-nitrosodimethylamine (NDMA) at low levels" (FDA 2019a). NDMA exposure may occur through ingestion of common foods (*e.g.,* processed and cured meats, salted and smoked fish, cheese) and beverages (*e.g.,* alcohol and contaminated water), use of toiletry and cosmetic products, certain occupational exposures, and breathing or inhalation of cigarette smoke (EPA 2017). NDMA and other nitrosamine impurities have been found in various medications in the U.S. since 2018, including valsartan, losartan, irbesartan, ranitidine, nizatidine, metformin, rifampin, rifapentine, and varenicline (FDA 2021a). In addition to ranitidine and nizatidine (both H2 blockers) used to treat acid-peptic disorders, the affected drugs are used for a broad range of indications, including treatment of high blood pressure, heart failure, diabetes, tuberculosis, and smoking cessation. Although the FDA deemed the NDMA levels in ranitidine as low (6-855 ng NDMA/300 mg ranitidine) and "similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats" (FDA 2019a; FDA 2019b), they requested a market removal of ranitidine on April 1, 2020 and requested quality assurance of the product to ensure NDMA levels remain within the acceptable intake limit prior to allowing ranitidine products back on the U.S. market (FDA 2020). In addition to the potential exposure to NDMA as an impurity in ranitidine products (an "exogenous" or external source of


Contains Confidential Information – Subject to Protective Order

NDMA), Plaintiffs' experts have also asserted that ranitidine may form additional NDMA "endogenously" in the body after ingestion. The FDA has specifically addressed the potential for endogenous NDMA from ranitidine in two recent high-quality studies (Florian *et al.* 2021; Gao *et al.* 2021) and concluded that their findings from an "*in vivo* clinical trial and *in vitro* experiments do not support the conclusion that ranitidine is converted to NDMA in humans" (FDA 2021b).

As described above, epidemiological studies are necessary to determine whether an association exists between ranitidine use and cancer outcomes in humans. Although variable levels of NDMA have been detected in ranitidine products, the immense value of observational epidemiological studies is that these studies are representative of actual real-world use and incorporate the expected variability in NDMA exposure. Furthermore, to the extent that any "endogenous" NDMA is formed from ranitidine independent of the NDMA levels in the product, epidemiological studies can determine any putative risk of cancer associated with any NDMA exposure resulting from ranitidine ingestion. Since the FDA announcement in September 2019, many studies have been published that were designed to specifically test the "ranitidine and NDMA hypothesis", or in other words, "does NDMA exposure through ranitidine use increase the risk of cancer?" The hypothesis of a study is important in designing the study to answer the question most effectively at issue. As such, the studies designed to test the ranitidine and NDMA hypothesis have largely used active comparator analyses comparing ranitidine use to other H2 blockers and/or PPIs that have not been affected with NDMA contamination. This study design minimizes confounding by indication and other sources of confounding and bias that may plague pharmacoepidemiology studies. In contrast, when a study is conducted to examine a different hypothesis, the study may not be as effectively designed to minimize sources of error (confounding, bias, and chance) or test the robustness of the findings through appropriate

sensitivity analyses. For instance, if a study's hypothesis was associated with general acid suppression and risk of an outcome, investigators may combine a class of acid suppressive agents (*e.g.,* studies on H2 blockers as a group) which could address that study's central hypothesis, but the results would be less informative as to the unique properties of a single medication (*e.g.,* ranitidine) within that group of drugs. Additionally, the active comparator design is more clinically relevant for gastroenterologists and other prescribers who necessarily must make a choice between different acid suppressant medications in making treatment decisions.

I have therefore placed the most weight on the large, well-conducted published studies designed to specifically test the ranitidine and NDMA hypothesis as these studies represent the best evidence in the extant scientific literature on the potential association between ranitidine and cancer outcomes.

### A. Published Studies Designed to Specifically Test the Ranitidine and NDMA Hypothesis.

#### 1. Iwagami et al. 2021.

Iwagami *et al.* 2021 was a retrospective cohort study comparing the risk of cancer among new users of prescription ranitidine and/or nizatidine (n=113,745) to that of other H2 blockers (n=503,982) in the Japan Medical Data Center claims database from 2005-2018. Since the study was *a priori* testing the NDMA hypothesis, ranitidine and nizatidine users were grouped together based on reports of detected NDMA in both medications. The authors controlled for potential confounding variables including age, sex, indication of use (peptic ulcer disease, gastritis, and reflux esophagitis), medications (aspirin, NSAIDs, 5-α reductase inhibitors, statins, spironolactone, oral steroids, menopausal hormone therapy, selective serotonin reuptake inhibitors, and PPIs), comorbidities (diabetes mellitus, chronic obstructive pulmonary disease,

heart failure, and alcohol-related disease), Charlson Comorbidity Index score category, and calendar year at the start of follow-up.

Compared to users of other H2 blockers, users of ranitidine/nizatidine did not have an increased risk of all cancers (adjusted HR [aHR] 1.02, 95% CI, 0.98–1.07); n=2289), breast cancer (aHR 1.04, 95% CI, 0.92–1.17; n=341), colorectal cancer (aHR 1.02, 95% CI, 0.91–1.15; n=359), or gastric cancer (aHR 1.09, 95% CI, 0.96–1.24; n=288). Similarly, there was no association between users of ranitidine only and all cancers combined (aHR 1.01, 95% CI, 0.95–1.08; n=945). Numerous sensitivity analyses were conducted to test the robustness of the findings and consistently found no association for all cancers combined, including analyses stratified by length of follow-up and cumulative dose, addition of a 1 year lag period, redefining exposure (excluding other H2 blocker users that switched to ranitidine/nizatidine rather than censoring them from the other H2 blocker group and including them in the ranitidine/nizatidine group), and redefining cancer outcomes (cancer diagnosis with chemotherapy, radiotherapy, or hormone therapy rather than ICD-10 codes only). Furthermore, analyses stratified by length of follow-up and cumulative dose showed decreasing risk estimates with longer follow-up and higher doses, respectively.

| **Follow-Up Length After 1st Rx** | **Cumulative Dose** |
|---|---|
| aHR 1.03 (95% CI, 0.98–1.08) – ≤ 5 years<br>aHR 0.97 (95% CI, 0.85–1.11) – > 5 years | aHR 1.03 (95% CI, 0.98–1.08) – 1-180 DDD<br>aHR 1.00 (95% CI, 0.73–1.39) – 181-365 DDD<br>aHR 0.95 (95% CI, 0.61–1.48) – 366-730 DDD<br>aHR 0.83 (95% CI, 0.45–1.55) – >730 DDD |

DDD: defined daily doses

Although the authors only provided adjusted risk estimates for three cancer types (breast, colorectal, and gastric cancers), crude risk estimates can be calculated from the study's Table 2 for pancreatic, bladder, lung, malignant melanoma, uterine, prostate, and kidney cancers. Based on my own calculations, there were no statistically significant relative risks for these other cancer types in crude analyses. While I do not rely on crude analyses, it is worth noting that the


Contains Confidential Information – Subject to Protective Order

comparison to other H2 blockers will be less influenced by confounders than if it were a general population non-user comparator since it would be expected that potential confounders would likely be relatively balanced across the two groups.

The study was well-designed and leveraged a very large population of ranitidine/nizatidine users. The comparator group of users of other H2 blockers minimized confounding by indication (*i.e.,* GERD and other indications for ranitidine use). It also minimized confounding by lifestyle factors not available in the database (*e.g.,* smoking, alcohol, BMI), since "it is unlikely that the frequency or level of these exposures differed between the compared groups in the active comparator design." Despite numerous sensitivity analyses and robust statistical power, the authors reported no associations. Although a limitation of the sensitivity analyses was that it focused on all cancers combined, these findings are inconsistent with allegations by Plaintiffs' experts that ranitidine causes several different, etiologically unrelated cancer types. While the median length of follow-up was only 2.4 years, the analysis of patients with over 5 years of follow-up showed the risk estimate actually decreased (instead of increasing), which provides reassurance that the null associations were not due to insufficient duration of follow-up. The new user design employed in this study is effective in minimizing biases common in pharmacoepidemiology studies, including missing hazards which vary over time (*e.g.,* adverse events that may occur early in follow-up) and ensuring appropriate control of confounding by pre-treatment variables. However, there is a tradeoff of misclassification by not including prevalent or prior users. As explained by the authors, this potential misclassification bias may either exaggerate or attenuate risk estimates, and they hypothesized the observed risk estimate is more likely be an overestimate (if the ranitidine/nizatidine group contained many patients with previous ranitidine/nizatidine use) than an underestimate (if the other H2 blockers group contained many patients with previous


Contains Confidential Information – Subject to Protective Order

ranitidine/nizatidine use) due to this bias. In summary, the authors conclude: "In this study using a large Japanese contemporary database of routinely collected administrative claims data from 2005 to 2018, we found no evidence of an increased risk of cancer in people receiving ranitidine and nizatidine compared with people receiving other H2 blockers overall, by follow-up length, by cumulative dose, or by cancer site."

**2. Kantor *et al.* 2021.**

Kantor *et al.* 2021 was a prospective cohort study of participants enrolled in the United Kingdom (UK) Biobank comparing the risk of cancer outcomes among regular users of ranitidine (n=8,844) to that of regular users of omeprazole (a PPI) (n=26,959) and the general population (n=450,360). Medication exposure was self-reported at baseline (2006-2010) and consisted of prescription and over-the-counter (OTC) "regular use", which was defined as "most days of the week for the last 4 weeks". Cancer outcomes were followed through 2015. All analyses were adjusted for age, sex, race, income, body mass index (BMI), smoking status, pack-years smoked, alcohol intake, physical activity, and diabetes. The authors further adjusted for additional variables for each cancer type (including preventative cancer screenings, diet, medication use, and comorbidities), importantly acknowledging the variability in specific risk factors for each type of cancer.

In primary analyses, regular users of ranitidine did not have an increase in risk of overall cancer (aHR 0.94, 95% CI, 0.85-1.04; n=509), colorectal (aHR 1.25, 95% CI, 0.92-1.69; n=57), lung (aHR 0.76, 95% CI, 0.55-1.06; n=45), breast (aHR 1.08, 95% CI, 0.86-1.35; n=102), or prostate (aHR 1.02, 95% CI, 0.80-1.30; n=84) cancers as compared to regular users of omeprazole. In analyses comparing regular users of ranitidine to the general population, associations were similarly null. In exploratory analyses (considered hypothesis-


Contains Confidential Information – Subject to Protective Order

generating by the authors), there were no statistically significant associations between ranitidine and bladder (aHR 1.30, 95% CI, 0.69-2.46; n=13 – vs. omeprazole; aHR 1.22, 95% CI, 0.74-2.01; n=16 – vs. general population) or ovarian (aHR 1.08, 95% CI, 0.54-2.15; n=11 – vs. omeprazole; aHR 1.11, 95% CI, 0.61-2.02; n=11 – vs. general population) cancers when compared to either omeprazole or the general population. There was a statistically significant increased risk with ranitidine and liver cancer when compared to the general population (aHR 1.91, 95% CI, 1.09-3.36; n=13). However, this association became attenuated and no longer statistically significant in the analysis in which the comparator was omeprazole users (aHR 1.15, 95% CI, 0.58-2.26; n=11). This analysis better adjusts for the influence of confounding by indication. For kidney cancer, there was a statistically significantly decreased risk in the omeprazole-controlled analysis (aHR 0.39, 95% CI, 0.19-0.82; n=8) and no statistically significant association in the general population analysis (aHR 0.53, 95% CI, 0.27-1.02; n=9).

This was a large, well-powered study in a well-established database. The authors comprehensively controlled for several known and putative confounding factors, including indication of use. Because ranitidine use was ascertained based on questionnaires, it included both prescription and over-the-counter use reported by participants (in contrast to pharmacy database studies that usually only track prescription data), although OTC use of ranitidine accounts for a small proportion (~10%) of total ranitidine use in the UK (Holyfield 2013; Cardwell *et al.* 2021). While a limitation of the study was capturing ranitidine at one point in time, the study's focus on "regular users" of ranitidine was more likely to capture long-term users than other insurance claims/healthcare database studies.


Contains Confidential Information – Subject to Protective Order

The median follow-up was 6.7 years and when the cohort was restricted to ranitidine users who were followed for over 5 years (aHR 0.86, 95% CI, 0.73-1.01 - vs. omeprazole; aHR 0.86, 95% CI, 0.73-1.01 – vs. general population), their overall cancer risk was slightly lower than the risk among those followed for less than 5 years (aHR 0.99, 95% CI, 0.88-1.11 – vs. omeprazole; aHR 1.07, 95% CI, 0.97-1.18 – vs. general population). Thus, I agree with the authors' statement that this "reduc[es] concern that shorter follow-up may obscure a strong positive association."

One limitation of the study was that the authors did not use lag periods to account for potential protopathic bias (the likelihood that ranitidine use was initiated in response to the early symptoms of cancer). Thus, the reported increased risk of liver cancer, when compared to the general population, would likely have been attenuated with the use of lag periods. Protopathic bias may be a factor since patients with early liver cancer may have symptoms of abdominal pain or gastrointestinal bleeding which may be treated ranitidine. Confounding by indication may also be a factor since many patients with liver disease, the strongest risk factor for liver cancer, have a propensity for gastrointestinal bleeding, and thus are more likely to be treated with an acid suppressant such as ranitidine for gastroduodenal protection. The use of the active comparator omeprazole minimized the role of these biases in the analysis of ranitidine since they would similarly be present in omeprazole users. In summary, the authors concluded "[r]anitidine use was not associated with overall cancer risk."

### 3. Yoon *et al.* 2021.

Yoon *et al.* 2021 was a South Korean population-based cohort study assessing ranitidine use and cancer risk using the Health Insurance Review and Assessment (HIRA) database. Medication exposure was defined as new users of ranitidine or famotidine between 2009-2011


Contains Confidential Information – Subject to Protective Order

(excluded use from 2007-2008). 40,488 prescription ranitidine users with >1 year of use and cumulative dose >108,000 mg[1] were compared to 10,122 prescription famotidine users with >1 year of use and cumulative dose >14,400 mg. Matching was used to control for sex, age, diabetes mellitus, and duration of use. Comparisons to famotidine minimized confounding by indication and other confounding factors. Patients were followed for incident cancer outcomes from 2012-2018, with a maximum follow-up of 10 years (median not provided).

There was no association between ranitidine and overall cancer risk (HR 0.99, 95% CI, 0.91-1.07; n=3018). Nor was there a significant association with 11 specific cancer outcomes: colorectal (HR 0.98, 95% CI, 0.78–1.23; n=359), stomach (HR 1.06, 95% CI, 0.86–1.31; n=450), liver (HR 0.85, 95% CI, 0.69–1.05; n=400), biliary (HR 1.22, 95% CI, 0.75–2.00; n=93), bladder (HR 1.41, 95% CI, 0.88–2.24; n=118), kidney (HR 0.78, 95% CI, 0.49–1.25; n=72), prostate (HR 1.01, 95% CI, 0.72–1.40; n=173), lung (HR 0.99, 95% CI, 0.81–1.21; n=473), uterine (HR 1.15, 95% CI, 0.58–2.28; n=46), breast (HR 0.82, 95% CI, 0.55–1.21; n=108), and thyroid (HR 1.07, 95% CI, 0.75–1.54; n=159) cancers.

This large population-based study is particularly notable for limiting its study population to long-term users of ranitidine (> 1 year of use with average cumulative dosage of 220,395 mg, which is approximately 2 years of use using a DDD of 300 mg). Despite this high level of exposure, the authors found no statistically significant associations with the individual cancer types that were examined. A limitation acknowledged by the authors is that "the actual exposure of NDMA was not measured and is difficult to estimate, thus actual exposure in an individual patient may be different." It is important to recognize that the actual exposure of NDMA from ranitidine in any

[1] The Yoon *et al.* 2021 study stated the cumulative dose for ranitidine exceeded 10,800 mg, but this appears to be a typographical error and should state 108,000 mg, which corresponds to a defined daily dose (DDD) of 300 mg ranitidine for > 360 days. The famotidine dose of > 14,400 mg appears correct and corresponds to a DDD of 40 mg famotidine > 360 days.

individual patient would not be possible to precisely estimate. The immense value of observational epidemiological studies is that these studies are representative of actual real-world use and incorporate the expected variability in NDMA exposure that would be observed across the population. This study reassuringly found no association for any cancer type in long-term users of ranitidine. Regarding the active comparator analysis, I agree with the authors' discussion that "the clinical indications of ranitidine and famotidine are almost identical, and as all co-variates cannot be adjusted, a control group using a similar indication drug is more appropriate than the general population." In conclusion, the authors summarize they "found no evidence that exposure to NDMA through ranitidine increases the risk of cancer."

#### 4. Kim Y. *et al.* 2021.

Kim Y. *et al.* 2021 was a retrospective cohort study using the U.S. IBM Explorys electronic health records database from 2009-2018. The risk of gastrointestinal cancers among 581,028 prescription ranitidine users was compared to (i) 909,970 famotidine users and (ii) 2,179,048 omeprazole users. Follow-up began 1 year after initiation (1-year lag period) to minimize protopathic bias and patients were followed up to 10 years (the authors did not report the median length of follow-up). Patients with prior diagnosis of any gastrointestinal malignancy and those who were prescribed more than one anti-reflux medication (in any combination of the three medications studied) were excluded from the analyses. The investigators used the Bonferroni correction to adjust for multiple comparisons, setting statistical significance at $P < 0.002$ throughout the study.

In multivariable logistic regression analyses adjusting for three common risk factors for each type of cancer, ranitidine, as compared to famotidine, was associated with a statistically significantly *decreased* risk of the following cancers: esophageal (aOR 0.51, 95% CI, 0.43-0.60;


Contains Confidential Information – Subject to Protective Order

n=180), gastric (aOR 0.43, 95% CI, 0.36-0.51; n=170), liver (aOR 0.39, 95% CI, 0.36-0.41; n=880), pancreatic (aOR 0.54, 95% CI, 0.49-0.62; n=320), and colorectal (aOR 0.46, 95% CI, 0.43-0.49; n=1370). Similar results (*i.e.*, all statistically significant decreased risks of cancer) were obtained using the omeprazole comparator: esophageal (aOR 0.62, 95% CI, 0.52-0.72; n=180), gastric (aOR 0.58, 95% CI, 0.49-0.68; n=170), liver (aOR 0.81, 95% CI, 0.76-0.86; n=880), pancreatic (aOR 0.68, 95% CI, 0.60-0.76; n=320), and colorectal (aOR 0.66, 95% CI, 0.62-0.70; n=1370) cancers. Another logistic regression model, adjusting for demographic factors (age, gender, and race) and one common cancer risk factor with the largest weight for each cancer, also produced all statistically significantly decreased risks in the ranitidine vs. famotidine analyses. In the ranitidine vs. omeprazole analyses, all the ORs were below 1.0, but only the esophageal and pancreatic cancer ORs were statistically significant. The authors concluded that "[u]se of ranitidine was not associated with an increased odds of developing gastrointestinal malignancies compared to omeprazole or famotidine use."

This is a very large and well-powered study in a U.S. population. Although this study did not adjust for potential confounders as comprehensively as some other studies, comparisons to famotidine and omeprazole minimized confounding by indication and residual confounding. Results were consistent across two active comparators and two adjustment models, supporting a lack of an increased risk for gastrointestinal cancers with ranitidine use. Figure 5 below demonstrates the substantial role of protopathic bias in studies on ranitidine and gastrointestinal cancers (*i.e.*, the notion that cancer patients are taking ranitidine to *treat* symptoms of early undetected cancer, thereby creating a spurious appearance of a short-term increased risk). This figure shows that the highest gastrointestinal cancer incidence for all three acid suppressing agents was in the first few years after initiation and then substantially decreased with longer follow-up.


Contains Confidential Information – Subject to Protective Order

This is exactly the trend we would expect to see when protopathic bias is a major issue. In contrast, when there is a causal drug-cancer association, a reverse trend is anticipated in which risk would begin to accumulate only after a few years of exposure.

Figure 5. Combined Incidences of All Gastrointestinal Malignancies for Ranitidine, Famotidine, and Omeprazole in 1-Year Intervals up to 10 Years Following Treatment Initiation (Kim *et al.* 2021).




### 5. Kumar *et al.* 2021.

Kumar *et al.* 2021 was a retrospective cohort study of patients (n=279,505) with *Helicobacter pylor*i infection who were prescribed long-term acid suppressive medications within the U.S. Veterans Health Administration between 1998-2018. Patients were defined as acid suppressant medication users if they were prescribed an H2 blocker or PPI for at least 30 days. 24.7% (n= 69,157) of the cohort was prescribed ranitidine, 2.4% (n= 6,559) another H2 blocker, and 72.9% (n=203,789) a PPI. Median follow-up was 4.4 years (interquartile range [IQR] 1.7-9.2 years) for the primary endpoint of non-proximal gastric adenocarcinoma. Patients initiating acid suppression within 3 months of cancer diagnosis were excluded (3 month lag period). Hazard ratios


Contains Confidential Information – Subject to Protective Order

were adjusted for age, gender, race, ethnicity, history of smoking, and zip code-level poverty at *H. pylori* diagnosis.

Compared to users of ranitidine, users of other H2 blockers were more likely to develop incident gastric cancer (aHR 1.83, 95% CI, 1.36–2.48). In other words, there was a statistically significant decreased risk of gastric cancer in ranitidine users compared to other H2 blocker users. [2] This statistically significant decreased risk persisted in analyses compared to the individual H2 blockers famotidine and cimetidine (comparison to nizatidine was not performed due to a small number of nizatidine users). There was no significant difference in the risk of gastric cancer between PPI and ranitidine users (aHR 0.92, 95% CI, 0.82–1.04).

Numerous sensitivity analyses were conducted to test the robustness of the findings and consistently found no increased risk for ranitidine use. These included analyses stratified by *H. pylori* eradication status and varying time periods over follow-up. The analysis of medication use from 1998-2002, the earliest time period in this study, is particularly informative as these patients had the longest follow-up to ascertain cancer outcomes and the least likelihood of exposure misclassification, since ranitidine was the most prevalent acid suppressant during this time period (ranitidine 48%, other H2 blockers 9.2%, PPIs 42.8%) and OTC use was far less prevalent. In general, OTC use in this population is expected to be low since VA pharmacies fully cover the cost of these medications by prescription, reducing the out-of-pocket costs associated with obtaining the medication OTC (Tan *et al.* 2018). In this analysis (1998-2002), there was a statistically significant increased risk of gastric cancer in users of other H2 blockers (aHR 1.42, 95% CI, 1.03-1.99) and PPIs (aHR 1.81, 95% CI, 1.51-2.17) compared to users of ranitidine.

---

[2] To calculate the hazard ratio for ranitidine vs. comparator group (instead of comparator group vs. ranitidine), one takes the inverse of the hazard ratio (*e.g.,* 1/1.83). Therefore, the adjusted hazard ratio for ranitidine vs. comparator group is: aHR 0.55 (95% CI, 0.40-0.74) vs. other H2 blockers and aHR 1.09 (95% CI, 0.96-1.22) vs. PPIs.


Contains Confidential Information – Subject to Protective Order

The study is the largest to date of U.S. patients with *H. pylori* prescribed an acid suppressant. Confounding by indication was minimized through the use of two active comparator groups (other H2 blockers and PPIs) and restricting the cohort to those with *H. pylori.* This was a major strength since *H. pylori* is the strongest risk factor for gastric cancer and can be a substantial confounder in studies on acid suppressant use and gastric cancer if not adequately controlled for. Despite numerous sensitivity analyses and robust statistical power, the authors reported no increased risk for ranitidine use. In fact, the authors unexpectedly found that non-ranitidine H2 blockers were associated with an increased risk of gastric cancer compared with ranitidine. The authors attribute this finding to potential confounding based on different characteristics of the patients who took non-ranitidine H2 blockers in this cohort. In summary, this study was convincing in finding no plausible association between ranitidine and gastric cancer and the authors concluded "[t]here is no demonstrable association between ranitidine use and future gastric cancer among individuals with HP on long-term acid suppression."

**6. Kim S. *et al.* 2021.**

Kim S. *et al.* 2021 was a population-based retrospective cohort study evaluating gastric cancer risk among ranitidine/nizatidine users from the South Korean National Health Insurance Service–National Sample Cohort dataset. Utilizing propensity score matching, the study included 13,629 ranitidine and/or nizatidine users, 13,629 other H2 blocker users, and 13,629 non-users (no H2 blocker or PPI use). H2 blocker exposure was defined as prescription use for more than 30 days between 2002-2008. Patients prescribed PPIs were excluded. Subjects were followed for a primary endpoint of gastric cancer diagnosed between 2009-2013, providing a maximum follow-up period of 12 years. Propensity score matching was used to control for age, sex, residential area,


Contains Confidential Information – Subject to Protective Order

household income, disability, NSAID dose, and history of smoking and alcohol use and hazard ratios were additionally adjusted for sociodemographic factors.

Compared to non-users, there was no increase in risk of gastric cancer in ranitidine/nizatidine users (aHR 1.01, 95% CI, 0.86-1.18) or other H2 blockers users (aHR 0.98, 95% CI, 0.84-1.15). Although the study does not present a statistical comparison directly comparing ranitidine/nizatidine users to other H2 blockers users, the risk estimates for both groups compared to non-users were nearly identical – around 1.0. Furthermore, Kaplan–Meier survival curves indicated no significant difference in gastric cancer-free survival rates among the three groups.

A limitation of this study is the lack of a lag period to minimize protopathic bias and lack of control for key risk factors for gastric cancer (*e.g., H. pylori*, BMI). However, both protopathic bias and residual confounding typically create spurious associations, particularly with a general population comparator, and an increased risk was not observed in this study. In summary, the authors concluded: "We found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."

**7. Norgaard *et al.* 2021.**

Norgaard *et al.* 2021 was a retrospective cohort study comparing the risk of bladder cancer and kidney cancer among new users of prescription ranitidine (n=31,393) to that of other H2 blockers (famotidine or cimetidine; n=65,384) and PPIs (n=509,849) using nationwide Danish medical databases. Medication use was defined as two prescriptions redeemed between 1996-2008 with no prescriptions in 1995 and individuals were followed from the index date of the second


Contains Confidential Information – Subject to Protective Order

prescription through 2018. The median follow-up was 14 years (IQR 9-18) for ranitidine users, 15 years (IQR 7–19) for other H2 blocker users, and 11 years (IQR 5–16) for PPI users. Subjects redeeming a prescription for nizatidine or the combination drug ranitidine bismuth citrate (used to treat *H. pylori*) were excluded. Using logistic regression models, the investigators computed propensity scores for exposure to ranitidine to other H2 blockers and PPI separately and used these scores to compute stabilized inverse probability of treatment (sIPT) weights. The propensity score models included age, time between first and second prescription, calendar time modeled as spline curves, marital status, underlying gastrointestinal diseases (GERD, gastric or duodenal ulcer, and other upper GI disease), urogenital diseases, other comorbidities (diabetes, COPD, ischemic heart disease, hypertension, and alcohol related disease), and use of certain medications (NSAIDs, thiazolidinedione, low dose aspirin and other platelet inhibitors, and oral anticoagulants).

There was no association between ranitidine use and kidney cancer. The adjusted HRs of kidney cancer for ranitidine users was 0.89 (95% CI, 0.72-1.10; n=108) when compared with other H2 blockers and 0.87 (95% CI, 0.67-1.13; n=94) when compared with PPI users. Furthermore, there was no association for ranitidine in users redeeming at least 5 or 10 prescriptions.

For bladder cancer, there was no association between ranitidine use and risk of any bladder cancer compared with other H2 blockers (aHR 1.11, 95% CI, 0.95-1.29; n=251) (Figure 6). There was a statistically significantly increased risk of any bladder cancer in ranitidine users compared with PPI users in the overall analysis (aHR 1.24, 95% CI, 1.04-1.48; n=301). However, there was no association with invasive bladder cancer in either analysis, with aHRs of 1.05 (95% CI, 0.84-1.31) when compared with users of other H2 blockers and 0.98 (95% CI, 0.79-1.22) compared with users of PPIs. There was no association between ranitidine and bladder cancer when analyses were restricted to those who redeemed at least 5 or 10 prescriptions. There was no increase in risk


Contains Confidential Information – Subject to Protective Order

of bladder cancer for those who initiated treatment in the earliest time period (1996-1999) and thus had the longest follow-up period and lowest proportion of OTC use (aHR 0.89, 95% CI, 0.73–1.09 – vs. other H2 blockers; aHR 0.96, 95% CI, 0.74–1.24 – vs. PPIs). Furthermore, there was no association in ranitidine users with both high exposure (at least 10 filled prescriptions) and long follow-up (at least 10 years of follow-up after the 10th prescription): aHR 0.75 (95% CI, 0.44–1.28) compared to other H2 blockers and aHR 0.73 (95% CI, 0.46–1.15) compared to PPIs.


Contains Confidential Information – Subject to Protective Order

Figure 6. Bladder Cancer Risk in Users of Ranitidine Compared to Other H2 Blockers (A) and PPIs (B) (Norgaard *et al.* 2021).

**A** Ranitidine versus other H2-blockers

| | Ranitidine events/person years | Comparison events/person years | HR (95% CI) |
|---|---|---|---|
| **All** | 251/431,904 | 431/830,570 | 1.11 (0.95–1.29) |
| **Sub-group analysis** | | | |
| Women | 78/250,143 | 149/494,697 | 1.03 (0.79–1.34) |
| Men | 176/181,637 | 281/335,949 | 1.15 (0.96–1.37) |
| Age 50+ | 222/204,544 | 349/359,879 | 1.10 (0.94–1.30) |
| Patients who initiated treatment in 1996–1999 | 94/191,007 | 261/475,763 | 0.89 (0.73–1.09) |
| Patients who initiated treatment in 2000–2003 | 81/127,402 | 122/267,202 | 1.37 (1.06–1.77) |
| Patients who initiated treatment in 2004–2008 | 80/101,931 | 54/97,472 | 1.41 (0.99–2.01) |
| **Start of follow-up** | | | |
| 1 year after the index date | 237/401,244 | 413/768,957 | 1.09 (0.93–1.28) |
| 5 years after index date | 198/288,266 | 334/546,280 | 1.12 (0.93–1.35) |
| 10 years after index date | 127/162,799 | 190/308,183 | 1.26 (1.02–1.56) |
| At date of 5th prescription | 106/148,607 | 158/222,996 | 0.99 (0.76–1.28) |
| At date of 10th prescription | 55/78,421 | 90/97,164 | 0.73 (0.53–1.01) |
| 10 years after the 10th prescription | 24/24,700 | 35/26,707 | 0.75 (0.44–1.28) |
| **Invasive bladder cancer (C67)** | 126/431,904 | 230/830,570 | 1.05 (0.84–1.31) |




NOTE: HRs, risks, and risk differences are weighted using stabilized inverse probability of treatment weights

**B** Ranitidine versus PPI

| | Ranitidine events/person years | Comparison events/person years | HR (95% CI) |
|---|---|---|---|
| **All** | 301/362,913 | 3,592/5,386,928 | 1.24 (1.04–1.48) |
| **Sub-group analysis** | | | |
| Women | 97/208,898 | 1,058/3,012,466 | 1.32 (0.97–1.79) |
| Men | 190/154,731 | 2,541/2,373,870 | 1.15 (0.95–1.38) |
| Age 50+ | 238/177,211 | 3,235/2,817,870 | 1.17 (0.96–1.41) |
| Patients who initiated treatment in 1996–1999 | 113/173,637 | 752/1,117,477 | 0.96 (0.74–1.24) |
| Patients who initiated treatment in 2000–2003 | 106/117,170 | 1,093/1,674,782 | 1.38 (0.96–1.98) |
| Patients who initiated treatment in 2004–2008 | 81/92,217 | 1,732/2,576,281 | 1.31 (1.01–1.68) |
| **Start of follow-up** | | | |
| 1 year after the index date | 270/335,926 | 3,300/4,901,860 | 1.19 (0.99–1.43) |
| 5 years after index date | 216/227,162 | 2,378/3,205,632 | 1.28 (1.07–1.54) |
| 10 years after index date | 100/103,886 | 1,114/1,433,757 | 1.24 (0.96–1.60) |
| At date of 5th prescription | 109/128,665 | 2,011/2,516,454 | 1.06 (0.77–1.44) |
| At date of 10th prescription | 52/68,397 | 1,323/1,462,962 | 0.84 (0.56–1.27) |
| 10 years after the 10th prescription | 13/17,265 | 315/317,013 | 0.73 (0.46–1.15) |
| **Invasive bladder cancer (C67)** | 113/362,913 | 1,715/5,386,928 | 0.98 (0.79–1.22) |




NOTE: HRs, risks, and risk differences are weighted using stabilized inverse probability of treatment weights


Contains Confidential Information – Subject to Protective Order

This is a large, well-powered study in an established database routinely used for pharmacoepidemiological studies, with a long median follow-up. As in the prior studies, the comparator group of other H2 blockers minimizes confounding by indication and other variables and demonstrates no association with bladder or kidney cancer. The numerically increased risk of bladder cancer in comparison with PPI use is not likely to represent a true causal association between ranitidine and bladder cancer for several reasons:

1) Other H2 blockers are a superior (more apples-to-apples) comparator since PPIs are prescribed for a wider range of indications than other drugs within the H2 blocker class (Abrahami *et al.* 2020).

2) As shown in their Table 1, the baseline characteristics of PPI users differ to a larger extent from ranitidine users, whereas other H2 blocker users are more similar to ranitidine users. Thus, the analyses using PPI users as the comparator are more susceptible to unmeasured confounding. The database lacked information on certain risk factors, including smoking which is the strongest risk factor for bladder cancer, contributing to approximately 50% of bladder cancer cases (Islami *et al.* 2018; Silverman *et al.* 2018). As indicated by the authors, "smoking and other lifestyle factors are unlikely to be strongly related to choice of type of H2-blocker; thus, the active comparator design likely averted potential confounding by these factors."

3) The association of ranitidine with bladder cancer compared with PPI users was limited to those who initiated the treatment in later time periods (2004-2008) compared with earlier time periods. Since there is a long latency period with bladder cancer, a truly causal association would have shown a stronger association with those who initiated treatment in the earliest time period, but instead the risk estimate fell below 1.0 in these subjects.


Contains Confidential Information – Subject to Protective Order

4) The risk estimates in both comparator analyses decreased with increasing number of redeemed prescriptions which is the exact opposite of what would be expected if there was a biological gradient consistent with a truly causal association.

5) There was no association of ranitidine with invasive bladder cancer even with PPI users as the comparator. There is no biologically plausible explanation for why ranitidine would be associated with superficial bladder cancer but not invasive bladder cancer.

6) There was no adjustment for multiple testing even restricted to the analyses done for bladder cancer. There were more than 28 statistical tests performed as shown in Figure 6. Even if we assume that there were only two primary analyses (ranitidine vs. other H2 Blockers and ranitidine vs. PPI users), there was no adjustment for even two comparisons. Thus, there is a high likelihood for a Type 1 error or a false positive result.

Requiring at least two redeemed prescriptions, in addition to sensitivity analyses for 5+ and 10+ redeemed prescriptions, reduces misclassification concerns that some individuals may have filled, but not taken, their ranitidine prescription. With regards to misclassification from OTC use, the authors discuss that they "identified exposure in a time period with more than 50% of the ranitidine doses sold on prescription [Danish Health Authority]. Over the counter medication is more expensive than prescribed medication and since members of our comparison cohorts redeemed prescriptions for either other H2-blockers or PPIs, we would expect concomitant use of over the counter ranitidine to be low. The proportion of over the counter sale of ranitidine increased during our study period and we would therefore expect an increasing bias towards no association over time. Yet, we did not see an attenuating risk over time." In fact, the opposite effect was observed in the bladder cancer analysis for both comparators. Risk estimates were below 1.0 for individuals who initiated ranitidine treatment in the earliest time period (1996-1999), and therefore


Contains Confidential Information – Subject to Protective Order

had the least potential for exposure misclassification, as well as had the longest follow-up time. In 1999, the annual proportion of defined daily doses of medications sold by prescription in Denmark was 84% for ranitidine, 83% for other H2 blockers (cimetidine and famotidine combined), and 99% for PPIs (Adami *et al.* 2021; Danish Health Data Authority 2022). This difference between H2 blockers and PPIs again makes the H2 blocker comparator a more appropriate comparison group. As demonstrated by Table 4 and Figure 4 in my report, even nondifferential misclassification of ranitidine use in later years would have minimal effect on the risk estimate due to the low overall prevalence of ranitidine use in the Danish population and the weak risk estimates observed.

Overall, the authors conclude that their study "provided little evidence of any substantially increased risk of bladder or kidney cancer in ranitidine exposed individuals."

**8. Adami *et al.* 2021.**

This cohort study leveraged the same nationwide Danish databases as Norgaard *et al.* to compare the risk of upper gastrointestinal cancers among first-time users of ranitidine (n=103,565) to first-time users of (i) other H2 blockers (famotidine or cimetidine; n=182,497) and (ii) PPIs (n=807,725). Medication use was defined as first prescription of H2 blocker or PPI in 1996-2008 and individuals were followed through 2018. Individuals who had previously used nizatidine were excluded. Median follow-up was 14 years (IQR 10-18) for ranitidine users and a 1-year lag was used to reduce protopathic bias. Propensity scores were used to compute stabilized inverse-probability-of-treatment (sIPT)-weighted models adjusted for age, index date, previous use of PPIs, previous use of other H2 blockers, time between 1st and 10th prescription, sex, marital status, underlying gastrointestinal diseases (GERD, Barrett's esophagus, gastric or duodenal ulcer), comorbidities (alcohol-related disease, myocardial infarction, COPD, connective tissue disease,


Contains Confidential Information – Subject to Protective Order

moderate-severe renal disease, congestive heart failure, cerebrovascular disease, dementia, liver disease, diabetes, hemiplegia, and AIDS), and use of certain medications (NSAIDs, thiazolidinedione, low-dose aspirin and other platelet inhibitors, and oral anticoagulants).

In the ranitidine vs. other H2 blocker analyses, the investigators reported no statistically significant increased risks for overall esophageal (aHR 1.09, 95% CI, 0.91-1.29; n=261), stomach (aHR 0.98, 95% CI, 0.84-1.14; n=331), hepatocellular (liver) (aHR 0.89, 95% CI, 0.72-1.10; n=127), or pancreatic (aHR 0.97, 95% CI, 0.87-1.10; n=498) cancers (Figure 7). Similarly, there were no statistically significant increased risks in the ranitidine vs. PPIs analyses for overall esophageal (aHR 1.01, 95% CI, 0.90-1.14; n=283), stomach (aHR 1.03, 95% CI, 0.92-1.16; n=349), hepatocellular (aHR 0.86, 95% CI, 0.71-1.05; n=153), or pancreatic (aHR 0.99, 95% CI, 0.89-1.09; n=511) cancers. In analyses stratified by histological subtypes of cancer, ranitidine was associated with a statistically significant increased risk of esophageal adenocarcinoma (as compared to PPIs and H2 blockers) and statistically significantly decreased risks of distal stomach cancer (as compared to other H2 blockers) and esophageal squamous cell cancer (as compared to PPIs). Notably, the increased risk of esophageal adenocarcinoma was no longer evident in analyses restricted to patients who filled at least 5 or at least 10 prescriptions, with aHRs at or below unity, suggesting that the initial finding of increased risk of esophageal adenocarcinoma was a false positive, likely a product of multiple comparisons performed. The authors wrote: "Because we calculated many estimates, some (on average 1 in 20) are expected to be significant due to chance. Thus, chance might explain the modest excess risk of esophageal adenocarcinoma among ranitidine users compared with users of other H2RBs or PPIs…. If a causal association existed, we would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident."


Contains Confidential Information – Subject to Protective Order

Figure 7. Gastrointestinal Cancer Risk in Users of Ranitidine Compared to Other H2 Blockers and PPIs. Follow-up started 1 year after the 1st Rx (A) and 10th Rx (B). (Adami *et al.* 2021).



A

| Ranitidine vs. Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 261/1,522,653 | 398/2,534,090 | 1.09 (0.91–1.29) |
| Adenocarcinoma | 105/1,522,808 | 133/2,534,288 | 1.30 (1.01–1.68) |
| Squamous cell carcinoma | 73/1,522,905 | 113/2,534,393 | 1.07 (0.80–1.44) |
| Stomach cancer | 331/1,522,485 | 564/2,533,517 | 0.98 (0.84–1.14) |
| Proximal | 149/1,522,796 | 257/2,534,075 | 0.96 (0.76–1.21) |
| Distal | 65/1,522,863 | 151/2,534,155 | 0.72 (0.54–0.97) |
| Unknown/several regions | 191/1,522,846 | 283/2,534,330 | 1.13 (0.93–1.36) |
| Hepatocellular carcinoma | 127/1,522,856 | 235/2,534,285 | 0.89 (0.72–1.10) |
| Pancreatic cancer | 498/1,522,599 | 850/2,533,886 | 0.97 (0.87–1.10) |

| Ranitidine vs. PPIs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 283/1,290,801 | 2,074/9,629,278 | 1.01 (0.90–1.14) |
| Adenocarcinoma | 123/1,290,945 | 716/9,630,580 | 1.27 (1.04–1.56) |
| Squamous cell carcinoma | 68/1,291,076 | 669/9,630,798 | 0.76 (0.60–0.96) |
| Stomach cancer | 349/1,290,655 | 2,533/9,627,031 | 1.03 (0.92–1.16) |
| Proximal | 158/1,290,974 | 1,146/9,629,693 | 1.02 (0.86–1.22) |
| Distal | 74/1,291,000 | 570/9,630,314 | 0.98 (0.77–1.24) |
| Unknown/several regions | 196/1,291,024 | 1,297/9,630,522 | 1.13 (0.96–1.33) |
| Hepatocellular carcinoma | 153/1,291,005 | 1,311/9,630,519 | 0.86 (0.71–1.05) |
| Pancreatic cancer | 511/1,290,806 | 3,861/9,628,916 | 0.99 (0.89–1.09) |

B

| Ranitidine vs. Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 65/159,816 | 45/130,515 | 1.16 (0.80–1.69) |
| Adenocarcinoma | 22/159,856 | 19/130,537 | 0.97 (0.53–1.76) |
| Squamous cell carcinoma | 17/159,863 | 8/130,556 | 1.71 (0.70–4.15) |
| Stomach cancer | 75/159,814 | 54/130,475 | 1.13 (0.77–1.65) |
| Proximal | 48/159,829 | 31/130,507 | 1.25 (0.73–2.13) |
| Distal | 5/159,886 | 12/130,547 | 0.32 (0.09–1.16) |
| Unknown/several regions | 38/159,886 | 21/130,548 | 1.44 (0.88–2.38) |
| Hepatocellular carcinoma | 23/159,871 | 24/130,529 | 0.79 (0.43–1.44) |
| Pancreatic cancer | 83/159,811 | 83/130,527 | 0.81 (0.60–1.09) |

| Ranitidine vs. PPIs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 39/125,594 | 859/2,343,948 | 0.84 (0.61–1.15) |
| Adenocarcinoma | 12/125,608 | 355/2,344,316 | 0.62 (0.38–1.00) |
| Squamous cell carcinoma | 12/125,622 | 217/2,344,680 | 1.06 (0.49–2.28) |
| Stomach cancer | 44/125,588 | 887/2,343,541 | 0.92 (0.68–1.23) |
| Proximal | 26/125,598 | 454/2,344,150 | 1.05 (0.73–1.51) |
| Distal | 3/125,625 | 176/2,344,564 | 0.37 (0.05–2.60) |
| Unknown/several regions | 22/125,625 | 423/2,344,642 | 0.97 (0.63–1.50) |
| Hepatocellular carcinoma | 20/125,616 | 602/2,344,420 | 0.61 (0.35–1.08) |
| Pancreatic cancer | 51/125,582 | 1,447/2,344,003 | 0.66 (0.50–0.86) |



In analyses restricted to patients with at least 10 filled prescriptions *and* at least 10 years of follow-up (high exposure and long follow-up), no statistically significant increased risks were observed for esophageal, stomach, hepatocellular, or pancreatic cancers, in either the H2 blocker or the PPI comparisons, and a statistically significant decreased risk was observed for pancreatic cancer compared to other H2 blockers.

This was a large, well-conducted study utilizing an established database routinely used for pharmacoepidemiological studies, with a long median follow-up and robust analyses considering number of prescriptions, follow-up period, and histological subtypes of cancer. Analyses of high exposure (≥5 and ≥10 Rx) reduce misclassification concerns (i.e., that some individuals may have


Contains Confidential Information – Subject to Protective Order

filled, but not taken, their ranitidine prescription). With regards to misclassification from OTC use, the authors discuss that "[a]lthough we were able to rely on the Prescription Registry to identify most ranitidine users with the longest follow-up (i.e., those first prescribed ranitidine in 1999 to 2001…), over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs, in more recent years. The potential direction of bias in HR estimates is unclear, but the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs, since all major H2RBs were similarly impacted by over-the-counter use over time." The proportion of ranitidine defined daily doses (DDDs) sold by prescription was 72-84% in 1999-2001 and 51-61% in 2002-2008; this was similar to the comparator group of other H2 blockers (cimetidine and famotidine), which was 75-83% in 1999-2001 and 55-71% in 2002-2008. In contrast, 99% of PPIs were sold by prescription in 1999-2008. As demonstrated by Table 4 and Figure 4 in my report, nondifferential misclassification of ranitidine would have minimal effect on the risk estimate due to the low overall prevalence of ranitidine use in the Danish population and the weak risk estimates observed.

I agree with the authors' conclusions that "[i]n this large, population-based study using high-quality exposure and outcome data, we consistently observed HRs and risk differences close to unity when use of ranitidine was compared with use of either other H2RBs or PPIs… our study provides little evidence that ranitidine, whether through NDMA contamination or any other reason, increases risk of upper gastrointestinal cancers."

**B. Pending / Yet Unpublished Epidemiological Studies Designed to Test the Ranitidine and NDMA Hypothesis.**

Scientists often present preliminary results of their research as abstracts which are presented as posters or lectures at conferences and meetings. These abstracts typically do not include all the relevant information about study methods and procedures that one would expect to


Contains Confidential Information – Subject to Protective Order

find in published papers. Additionally, the results reported in abstracts and posters are often preliminary and may change by the time of publication. Finally, abstracts may never be submitted for publication or may not end up as published manuscripts if they do not withstand the scrutiny of scientific peer review. Due to each of these limitations, in my assessment, I gave less weight to the yet unpublished data on ranitidine and cancer outcomes.

**1. Mohy-ud-din *et al.* 2020.**

Mohy-ud-din *et al.* 2020 was a retrospective cohort study using the IBM Explorys electronic health records database (same database as Kim Y. *et al.* 2021) of over 65 million U.S. adults from 1999-2019. The authors compared the risk of cancer among 1.62 million ranitidine users to the risk of cancer among (i) 3.37 million famotidine users and (ii) 59.63 million individuals that did not use either H2 blocker. The adjusted analyses controlled for smoking, obesity, alcohol use, family history of cancer, cirrhosis, and GERD by excluding patients with these risk factors.

As compared to famotidine, there was a statistically significantly decreased risk for ranitidine and the following cancers: esophageal (aOR 0.78, 95% CI, 0.76-0.81), liver (aOR 0.64, 95% CI, 0.61-0.66), pancreatic (aOR 0.74, 95% CI, 0.7-0.78), bladder (aOR 0.72, 95% CI, 0.7-0.76), prostate (aOR 0.89, 95% CI, 0.87-0.92), breast (aOR 0.71, 95% CI, 0.69-0.72), uterine (aOR 0.9, 95% CI, 0.88-0.92), and lung (aOR 0.72, 95% CI, 0.7-0.74). There was a small statistically significantly increased risk for ranitidine and colorectal cancer (aOR 1.08, 95% CI, 1.07-1.1) and melanoma (aOR 1.19, 95% CI, 1.13-1.24).[3]

This is a very large and well-powered study in a U.S. population. The famotidine comparisons minimized the likelihood of confounding by indication. The authors collected

[3] In the initial abstract, the authors reported no association with colorectal cancer and melanoma in unadjusted analyses. They subsequently updated their results in a poster, based on adjusted analyses, that now show an increased risk with these two endpoints.

important information on a number of confounders. Notably, they demonstrated substantial differences in baseline cancer risk factors among users of H2 blockers compared to the general population. For example, users of ranitidine were approximately 3 times more likely to smoke, 3 times more likely to use alcohol, and 5 times more likely to be obese than the general population. These differences underscore the importance of comprehensively controlling for confounding in any study of ranitidine and cancer outcomes and heighten the concern that other studies that fail to control for these key risk factors for cancer are likely confounded.

Although the authors reported statistically significant increased risks for colorectal cancer and melanoma, there is no biologically plausible rationale based on Plaintiffs' NDMA hypothesis as to why the risks of these two cancers would be increased, while the risks of the remaining types of cancers would be decreased. Also, the magnitude of increased risk is relatively small, making it more likely that it is a result of residual confounding. Additionally, the authors did not use lag periods to account for protopathic bias. With lag periods, the risk estimates may become attenuated and no longer support a statistically significant increased risk.

**2. Joung *et al.* 2021.**

Joung *et al.* 2021 was a population-based retrospective cohort using the South Korean National Health Insurance Service–National Sample Cohort dataset (same database as Kim S. *et al.* 2021) between 2004-2015. New users of ranitidine (n=18,666) were compared to new users of other H2 blockers (n=69,294). A two-year lag period was applied to minimize protopathic bias. Hazard ratios were adjusted for age, sex, type of health insurance, income level, region, year of index entry, COPD, alcohol related disorders, hypertension, diabetes, severe liver disease, and obesity. To further control for potential confounding variables, a second analysis was conducted after propensity score matching.

Compared to other H2 blockers, there was no increased risk of overall cancer with ranitidine use in the overall cohort (aHR 0.95, 95% CI, 0.83-1.09; n=244) or in the propensity score-matched cohort (aHR 0.98, 95% CI, 0.81-1.20; n=205). The authors further discuss: "In all the other individual cancers examined, no association with ranitidine use was observed either. The higher cumulative exposure to ranitidine, measured by duration in days and dose in milligrams, did not increase the risk of developing cancer than with other H2RAs use. Six year lag-time setting provided similar results to those of primary analysis." However, the poster did not present the data for these additional analyses, nor did they state which individual cancers were examined. In summary, the authors conclude: "No association was found between ranitidine and potential NDMA impurities and the risk of cancer."

## C. Studies Not Designed to Test the Ranitidine and NDMA Hypothesis.

Several studies have examined the association between ranitidine and cancer outcomes independent of the NDMA hypothesis, many of which were conducted prior to the discovery of NDMA as a potential impurity in ranitidine in 2019. As these studies were designed to test different proposed mechanisms – *e.g.,* general acid suppression for all H2 blockers/PPIs, cimetidine's effect on hormone levels, drugs associated with pancreatitis, etc. – the study designs were generally not developed to assess the cancer risk from potential NDMA contamination in ranitidine products or to minimize sources of potential error, particularly confounding by indication and protopathic bias.

### 1. Chow *et al.* 1995.

Chow *et al.* 1995 was a medical record-based case-control study conducted in a population of Southern California Kaiser Foundation health plan participants. The investigators examined the association between gastroesophageal conditions (esophageal reflux, hiatal hernia, esophagitis/esophageal ulcer, and difficulty swallowing) and a combined endpoint of


Contains Confidential Information – Subject to Protective Order

adenocarcinoma of the esophagus and gastric cardia (AEC). The investigators additionally assessed the association between treatments for these gastroesophageal conditions (H2 blockers and anticholinergics) and AEC. 196 AEC cases diagnosed between 1986-1992 were matched with 196 controls based on time of diagnosis, sex, year of birth, and duration of health plan membership. Gastroesophageal conditions, medication use, and cancer diagnoses were ascertained based on medical records. The study was restricted to a period when ranitidine was available only as prescription. A 1-year lag was implemented ("Patients who were first prescribed a medication within 1 year of diagnosis of AEC or corresponding interval for controls were considered nonusers.")

In analyses adjusting for race, smoking, and body mass index (BMI), the investigators reported strong statistically significant associations between each of the gastroesophageal conditions examined and AEC. The adjusted OR for the composite index of any gastroesophageal condition and AEC was 2.6 (95% CI, 1.6-4.3), and the risk increased with the number of years since first reported (*P* for trend <0.001) and the number of gastroesophageal conditions (*P* for trend <0.001), with an aOR of 12.9 (95% CI, 3.5-47.9) for 3-4 conditions. Further adjustment for H2 blocker use did not substantially change the associations. The results of these analyses underscore the importance of controlling for the underlying condition(s) in assessing the association between H2 blockers and AEC.

Analyses of H2 blockers and AEC showed no statistically significant associations in fully adjusted models that controlled for race, smoking, BMI, and number of composite conditions (GERD, hiatal hernia, esophagitis /esophageal ulcer, or difficulty swallowing). The overall OR for H2 blocker use and AEC was 0.6 (95% CI, 0.3-1.3; n=36). Although ranitidine-specific findings were not provided, the investigators noted that "[f]indings for the individual drugs,


Contains Confidential Information – Subject to Protective Order

cimetidine and ranitidine, were similar to those for the combined group of H2 antagonists." There were also no statistically significant associations for H2 blockers and AEC in fully adjusted models stratifying by number of prescriptions or years since first or last use. Findings were also similar in stratified analyses by cancer subtype (gastric cardia adenocarcinoma vs. esophageal adenocarcinoma). The investigators appropriately concluded: "[i]n our study, risk of AEC was not related to use of H2 antagonists but was linked instead to long-term gastroesophageal reflux and related conditions. In particular, no excess risk was observed among users of H2 antagonists who did not have a predisposing condition."

One limitation of this study is the relatively small size. Another limitation is that the authors did not present the risk estimates for each of the analyses performed, including those for ranitidine specifically and the stratified analysis by cancer subtype, although they qualified the findings as similar and consistent with the overall findings for H2 blockers and AEC.

**2. Habel *et al.* 2000.**

Habel *et al.* 2000 was a small cohort study designed to examine the potential association between the H2 blocker cimetidine and cancer – particularly breast and prostate cancer – given cimetidine's potential effect on the pituitary, which in turn influences sex steroid hormone levels. Ranitidine was also examined to assess potential confounding by indication because it "does not appear to influence hormone levels to any great extent and it is used to treat the same medical conditions as cimetidine." Cimetidine and ranitidine use was ascertained based on a Northern California Kaiser Permanente pharmacy database (a sample of prescriptions dispensed from 1982 to 1987) during a period when they were both available only as prescription. Cancer outcomes were ascertained from the Surveillance, Epidemiology and End Results ("SEER") database through December 1995. Non-users of cimetidine and ranitidine were the control group. Ten non-


Contains Confidential Information – Subject to Protective Order

user controls were matched to each H2 blocker user based on pharmacy database, gender, and birth year. When calculating each risk estimate, individuals with a history of that specific cancer prior to their index prescription were excluded. The resulting cohort was comprised of 4,125 cimetidine users, 922 ranitidine users, and 49,299 controls.

In main analyses adjusted for age, gender, and pharmacy data source, the investigators reported a statistically significant association between cimetidine and cancer of the esophagus/stomach (aRR 1.98, 95% CI, 1.27-3.07; n=23). For ranitidine, statistically significant associations were reported for all cancers combined (aRR 1.26, 95% CI, 1.01-1.58; n=81) and cancers of the esophagus/stomach (aRR 2.42, 95% CI, 1.07-5.49; n=6); and pancreas (aRR 2.60, 95% CI, 1.06-6.38; n=5). There were no statistically significant associations between ranitidine and cancers of the kidney/bladder (aRR 1.56, 95% CI, 0.74-3.30; n=7), prostate (aRR 1.57, 95% CI, 1.00-2.48; n=19), breast (aRR 0.92, 95% CI, 0.49-1.71; n=10), uterus (aRR 0.52, 95% CI, 0.07-3.73; n=1), ovaries (aRR 0.77, 95% CI, 0.11-5.55; n=1), lung/bronchus (aRR 1.50, 95% CI, 0.90-2.51; n=15), colon/rectum (aRR 0.82, 95% CI, 0.39-1.74; n=7), melanoma (aRR 0.67, 95% CI, 0.17-2.69; n=2), or lymphoma/myeloma/leukemia (aRR 0.91, 95% CI, 0.38-2.19; n=5).

Importantly, the few statistically significant increased risks with ranitidine must be viewed in light of the study's many significant limitations. First, as the authors point out "none of the differences between cimetidine and ranitidine users were statistically significant." Although the relative risks for this active comparator analysis were not presented, as described at length in prior sections, comparing ranitidine use to another H2 blocker is the optimal analysis to control for confounding by indication, other confounding variables, and biases in the study.

Second, as the authors similarly acknowledge, "[r]elative risk estimates were often unstable due to the small number of cancer cases among cimetidine and ranitidine users." The small number

of cancer cases may have prompted the authors to group different cancer types together that have different etiologies, such as esophagus/stomach and kidney/bladder cancer, making it difficult to draw any conclusions about those individual cancers.

Third, the observed increased risks are explainable by protopathic bias as the main analyses did not use a lag period. In fact, in a lagged analysis of cancer of the esophagus or stomach, "relative risks associated with cimetidine use and ranitidine use were only significantly elevated during the first 12 months after prescription date." Indeed, the cimetidine RRs were 17.58 (95% CI, 6.26-49.4) during the first 12 months, 1.45 (95% CI, 0.58-3.69) for the period 1-4 years, and 0.94 (95% CI, 0.29-3.06) for the period 4-7 years after prescription. The progressive decrease in the RRs from 17.58 to 0.94 starkly illustrates the magnitude of the potential influence of protopathic bias. Lagged analyses were not presented for pancreatic cancer which is similarly affected by protopathic bias as early symptoms of pancreatic cancer include abdominal pain, which overlap with indications for ranitidine use. Additionally, other studies have demonstrated the role of protopathic bias in the risk of pancreatic cancer with acid suppressant use (Hicks *et al.* 2018). As such, the Habel *et al.* authors discuss "[a]n elevation in cancer risk among cimetidine and ranitidine users might reflect the use of either of these drugs for early symptoms of cancer."

Fourth, the investigators did not control for virtually any of the established risk factors for the cancer types examined, such as smoking, alcohol, obesity, etc. The investigators acknowledged that this may have created falsely elevated risk estimates, stating "information was not available on known risk factors (other than age and gender) for specific cancers, and our estimates may be confounded." Nor did they control for confounding by indication which could have also falsely elevated the risk estimates. As the authors acknowledged, "[a]n association of cimetidine and ranitidine with some cancers may also result from a sharing of risk factors with peptic ulcer

disease, dyspepsia, or GERD (the conditions for which these drugs are taken). For example, smoking is related to an increased risk of lung, esophageal, and bladder cancer, as well as peptic ulcer disease." In a similar population of California Kaiser Permanente patients, the Chow *et al.* 1995 study found no association between H2 blocker use and esophageal/gastric cardia adenocarcinoma in analyses controlling for both confounding by indication and protopathic bias.

Fifth, at least 59 independent analyses were performed and no efforts were made to adjust for multiple testing, which suggests that some of the statistically significant results could be due to Type 1 error.

**3. Tan *et al.* 2018.**

Tan *et al.* 2018 was a nested case-control study of male veterans diagnosed with Barrett's esophagus (2004-2009) performed to determine whether PPIs and H2 blockers may reduce the risk of esophageal adenocarcinoma in this patient population. Barrett's esophagus (BE) is a known precursor lesion of esophageal adenocarcinoma and is associated with an 11- to 125-fold increased risk of developing esophageal adenocarcinoma compared to the general population (Hvid-Jensen *et al.* 2011; Nguyen *et al*. 2010; Tan *et al.* 2018). GERD is the most significant risk factor for development of both BE and esophageal adenocarcinoma (National Cancer Institute 2022), and therefore acid suppressive medications have been investigated as potential preventive agents to delay the neoplastic progression of BE.

In this study, the investigators leveraged the Veteran Affairs Corporate Data Warehouse (VA CDW) database – a national database of all U.S. veterans who receive care in VA facilities. Medication exposure was ascertained based on pharmacy records and cancer diagnoses were ascertained through 2011 based on ICD-9 codes in the database, followed by medical record review confirmation. Esophageal adenocarcinoma cases (n=300) were matched on year of birth


Contains Confidential Information – Subject to Protective Order

and Barrett's diagnosis date to controls with Barrett's esophagus who did not develop esophageal adenocarcinoma (n=798). PPI and H2 blocker usage was examined in the time period from 1 year prior to Barrett's diagnosis to 3 months prior to esophageal adenocarcinoma diagnosis. Odds ratios were adjusted for age at Barrett's diagnosis, smoking status, BMI, number of esophagogastroduodenoscopies after Barrett's diagnosis, statin use, aspirin use, and NSAID use, and PPI/H2 blocker use (PPI use in the H2 blocker analysis and H2 blocker use in the PPI analysis).

Both PPIs (aOR 0.59, 95% CI, 0.35-0.99, n=270) and H2 blockers (aOR 0.70, 95% CI, 0.50-0.99, n=59) were associated with a statistically significantly decreased risk of esophageal adenocarcinoma. For ranitidine specifically, there was no statistically significant association with esophageal adenocarcinoma (aOR 0.71, 95% CI, 0.50-1.00, n=58). In analyses stratified by defined daily dose (DDD) of ranitidine, there was a statistically significant increased risk with a DDD of ≤ 150 mg (aOR 3.00, 95% CI, 1.84-4.90; n=47) and a statistically significant decreased risk with a DDD > 150 mg (aOR 0.17, 95% CI, 0.09-0.32; n=11). The same trend was observed with omeprazole. Taken together, these findings suggest a protective effect with higher dose. The increased risk with lower dose is explainable by confounding by indication and is unlikely to be a true association, as suggested by the authors ("lower doses, which may represent inadequate control of acid reflux or inconsistent use… do not seem to confer the same protective effect as higher doses."). The authors concluded that "[i]n this nested case-control study, we observed that PPI and H2RA medications use was independently associated with lower risk of OAC [esophageal adenocarcinoma] in patients with Barrett's oesophagus."

A strength of this study was that the patient population was restricted to those with Barrett's esophagus, thus controlling for this important precursor lesion on the risk of esophageal adenocarcinoma; however, this also limited the generalizability of this study to non-BE patients.

Furthermore, while use of PPIs was included in the adjusted model for analyses on H2 blockers, there were few patients in this cohort on H2 blockers only (6 cases and 15 controls were exclusive H2RA users). Additionally, while misclassification of OTC use of H2 blockers and PPIs was possible in this study since medication use was ascertained from prescription data, the authors described that "over the counter medications are also provided by VA pharmacies at deep discounts, which may decrease the non-VA use and thus the likelihood of this bias."

### 4. Tran *et al.* 2018.

The Tran *et al.* 2018 article reports on the results of two independent studies of primary liver cancer, using different databases and different study designs. The authors hypothesized that PPIs (and, to a lesser degree H2 blockers) could potentially increase the risk of liver cancer via their effect on acid suppression.

#### a) PCCIU Study of Liver Cancer.

The authors conducted a nested case-control study of the Scottish Primary Care Clinical Informatics Unit (PCCIU) medical records database from 1996-2011. 434 liver cancer cases were matched to 2,103 controls, based on year of birth, sex, and general practitioners (GP) practice. Medication use was determined from GP prescriptions starting in 1996 and a one-year lag period was applied. The median exposure period was 5.5 years (range 2.0-13.3 years). Fully adjusted logistic regression models controlled for obesity, comorbidities in exposure period (including diabetes, coronary heart disease, myocardial infarction, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, chronic obstructive pulmonary disease, mental illness, liver diseases [hepatitis, cirrhosis, alcoholic and non-alcoholic fatty liver], peptic ulcer disease), other medication use in exposure period (statins, aspirin), smoking and alcohol.


Contains Confidential Information – Subject to Protective Order

There was no statistically significant association between ranitidine and liver cancer (aOR 1.41, 95% CI, 0.91-2.15; n=45). Similarly, there was no statistically significant association between the entire group of H2 blockers and liver cancer (aOR 1.21, 95% CI, 0.84-1.76; n=63). Furthermore, there was no evidence of dose response, based on both defined daily doses of H2 blockers and number of H2 blocker prescriptions. By contrast, PPIs were associated with a statistically significant increased risk of liver cancer (aOR 1.80, 95% CI, 1.34-2.41; n=145). The authors additionally performed a number of sensitivity analyses to test the robustness of their findings and the results were largely unchanged.

**b) UK Biobank Study of Liver Cancer.**

The authors also conducted a prospective cohort study within the UK Biobank database, which is the same database used in the study by Kantor *et al*. 2021. Medication use (prescription and OTC) was self-reported at baseline (2006-2010) and participants were followed from 1 year after baseline through 2014. Among 471,851 patients, 182 liver cancer cases were identified from a cancer registry over a median follow-up of 5.6 years (range 1.0-8.6 years). The investigators adjusted for age at baseline, gender, deprivation, BMI, alcohol, smoking, comorbidities at baseline (including GERD, peptic ulcer disease, cirrhosis, hepatitis and diabetes) and other medication use at baseline (statins, aspirin).

There was no statistically significant association between ranitidine and liver cancer (aHR 1.82, 95% CI, 0.87-3.79; n=8). Nor was there a statistically significant association with H2 blockers as a group (aHR 1.70, 95% CI, 0.82-3.53; n=8), irrespective of the type of liver cancer (hepatocellular carcinoma or intrahepatic bile duct carcinoma). A statistically significant increased risk was observed for PPIs (aHR 1.99, 95% CI, 1.34-2.94; n=40). The authors conducted additional sensitivity analyses using extended lag periods and additionally adjusting for PPIs/H2 blocker use.


Contains Confidential Information – Subject to Protective Order

Statistically significant associations with PPIs largely persisted. No statistically significant association was observed for H2 blockers as a group with lag periods of 2 or 4 years, although a new statistically significant association was observed with H2 blockers as a group after adjustment for PPI use (aHR 2.10, 95% CI, 1.03-4.31; n=8).

Based on the results of both studies, the authors concluded: "[W]e found a consistent association between PPI use and liver cancer risk. Conversely, there was little evidence of association with use of H2RAs." These are generally well-designed studies that do not support an increased risk of liver cancer with ranitidine or H2 blocker use. Apart from not being statistically significant, the risk estimates for ranitidine were generally *lower* than those for PPIs, which contrasts with Plaintiffs' NDMA theory. Although a statistically significant association was observed with H2 blocker use in one of the sensitivity analyses, this association was likely a product of residual confounding or a false positive based on multiple comparisons performed. Potential misclassification from OTC use of ranitidine in these studies was likely minimized since the UK Biobank study includes OTC use and OTC use of ranitidine only accounts for approximately 10% of total ranitidine use in the UK (Holyfield 2013; Cardwell *et al.* 2021), which would have minimal effect on the risk estimate if misclassified (Table 4 and Figure 4).

**5. Liu *et al.* 2020.**

The Liu *et al.* 2020 article reports on the results of two independent studies of gastric cancer, using different databases and different study designs. These are the same two databases used in the Tran *et al.* 2018 study (PCCIU and UK Biobank). The authors discuss in the introduction the limitations of some of the previous studies evaluating the association between PPI and H2 blocker use and gastric cancer – notably, the lack of adjustment for important confounders and inadequate application of lag periods, both of which can create spurious appearances of risk.

The authors importantly discuss: "Lag times are recommended in studies of drug–cancer associations because (a) cancer, including gastric cancer, develops over a prolonged period of time, and medications newly prescribed in the short period before cancer diagnosis are unlikely to be causative; (b) medications prescribed immediately before cancer diagnosis could reflect reverse causality, as pre-diagnostic cancer symptoms may lead to the prescription of medications. Relatively short lags are thought to be sufficient to avoid bias from reverse causation, but the relevant lag time to address the induction and latency period is unclear, and it is therefore recommended that a range of lags are used."

**a) PCCIU Study of Gastric Cancer.**

A nested case-control study of the Scottish Primary Care Clinical Informatics Unit (PCCIU) medical records database was conducted from 1996-2011. 1,119 gastric cancer cases were compared to 5,394 controls matched on age, sex, and GP practice. Medication use was determined from GP prescriptions starting in 1996. A one-year lag period (*i.e.,* ending the medication exposure period 1 year prior to cancer diagnosis) was applied to the main analysis, and extended lags and other methods to account for protopathic bias were applied in sensitivity analyses. The median exposure period was 5.1 years (range 2.0-13.7 years). Adjusted analyses controlled for obesity, comorbidities (diabetes, coronary heart disease, myocardial infarction, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, chronic obstructive pulmonary disease, mental illness, liver disease, peptic ulcer and esophagitis), other medication use (statins and aspirin), alcohol, and smoking.

The authors reported a statistically significant association between ranitidine and gastric cancer when a one-year lag was applied (aOR 1.42, 95% CI, 1.10-1.85; n=128), although the association attenuated and became not significant when the lag period was extended to 2 (aOR


Contains Confidential Information – Subject to Protective Order

1.22, 95% CI, 0.89-1.67; n=78) and 3 (aOR 1.17, 95% CI, 0.81-1.68; n=57) years, respectively. As demonstrated in Figure 8 below, this same trend – a statistically significant association with a one-year lag that attenuated and became non-significant with extended lags – was observed for H2 blockers combined, PPIs combined, and other individual H2 blockers/PPIs (cimetidine and lansoprazole). For example, the association between H2 blockers and gastric cancer was aOR 1.44, (95% CI, 1.16-1.80) with a one-year lag compared to aOR 1.16 (95% CI, 0.85-1.57) with a three-year lag. Additional sensitivity analyses confirmed the presence of protopathic bias. When restricting the exposure period to the 1 year before gastric cancer diagnosis, there was a three-fold increased risk for H2 blockers (aOR 3.07, 95% CI, 2.37-3.98). However, the risk estimates progressively decreased and became non-significant as the number of years between exposure and diagnosis increased (adjusted ORs for exposure in the 1-2 years, 2-3 years, 3-4 years, and 4-5 years before cancer diagnosis: 1.87, 1.55, 1.26, and 1.29, respectively). This is similar to the trend observed in the figure from the Kim Y. *et al.* 2021 study (Figure 5 above). To further illustrate the presence of protopathic bias, the authors compared new users of H2 blockers who initiated use in the year before diagnosis to prevalent users of H2 blockers (initiated use > 1 year before diagnosis) and there was almost ten-fold increased risk (aOR 9.87, 95% CI, 6.04-16.15); a similar risk was observed for PPIs in the new vs. prevalent user analysis (aOR 10.98, 95% CI, 8.47-14.23). There is no biologically plausible rationale why only new users in the first year would have an increased risk of cancer, in contrast to prevalent users of the same medication, particularly given the prolonged periods over which cancers develop. Instead, this analysis compellingly demonstrates the role protopathic bias has in the association between acid suppressants and gastric cancer risk. In addition, the sensitivity analyses demonstrated the existence of confounding by indication as the risk estimate for H2 blockers fell below 1.0 when compared to PPIs (aOR 0.86,


Contains Confidential Information – Subject to Protective Order

95% CI, 0.60-1.24). Active comparator analyses are the superior analyses to control for confounding by indication and it would have been informative to also use an active comparator in the individual medication analyses. Lastly, the results for PPIs were consistent with the H2 blocker findings.

Figure 8. Protopathic Bias in the Association between Acid Suppressants (H2 Blockers and PPIs) and Gastric Cancer (Figure created from data in Liu *et al.* 2020).





Contains Confidential Information – Subject to Protective Order

**b) UK Biobank Study of Gastric Cancer.**

The authors also conducted a prospective cohort study within the UK Biobank database (also used in Kantor *et al*. 2021 and Tran *et al.* 2018). Medication use (prescription and OTC) was self-reported at baseline (2006-2010) and participants were followed from 1 year after baseline through 2014. Among 471,779 participants, 250 gastric cancer cases were identified from a cancer registry over a median follow-up of 4.6 years (IQR 3.9-5.3 years). The investigators adjusted for age at baseline, sex, socioeconomic status, alcohol, smoking, BMI, and comorbidities (including diabetes, GERD, esophagitis and peptic ulcer) and other medications (statins and aspirin) at baseline.

There was no association between H2 blockers as a group and gastric cancer (aHR 0.49, 95% CI, 0.16-1.56; n=4). Due to smaller numbers, there were no additional analyses conducted on H2 blockers in the UK Biobank study, including specific analyses on ranitidine. There was also no statistically significant association for PPIs and gastric cancer (aHR 1.28, 95% CI, 0.86-1.90).

Overall, these are well-designed, independent studies that do not support an increased risk of gastric cancer with ranitidine or H2 blocker use. The authors conclude "there was no association between H2RA use and gastric cancer in the UK Biobank." For both H2 blockers and PPIs in the PCCIU study, they conclude the "associations were sensitive to the duration of lag time used in the analysis. Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation." This conclusion is consistent with my interpretation of the study. Through robust sensitivity analyses, the authors repeatedly demonstrated the role of protopathic bias in creating non-causal associations between acid suppression medications and gastric cancer. As the authors indicated,


Contains Confidential Information – Subject to Protective Order

the relevant lag time to adequately control for protopathic bias is unclear, and it is therefore recommended that a range of lags be used. As evident from my personal experience as a gastroenterologist, it is not uncommon for early symptoms of gastric cancer (*e.g.,* heartburn, stomach pain) to be treated with acid suppressants prior to being diagnosed as cancer. These symptoms can precede a formal diagnosis of gastric cancer by several years. Because ranitidine is such a safe medication, it is not uncommon for physicians to prescribe these agents for even vague symptoms as a "therapeutic trial" to determine if an acid-mediated mechanism mediates the symptoms. Initial treatment with acid suppressants may also alleviate some of the symptoms at first, which further delays a formal diagnosis of cancer, sometimes by several years. Finally, symptoms association with premalignant conditions, such a gastritis with dysplasia, may also prompt treatment with ranitidine. Premalignant conditions can precede a diagnosis of gastric cancer by several years. Thus, the influence of protopathic bias in studies of ranitidine and gastric cancer may require consideration of lag periods that extend several years.

Furthermore, the analysis comparing H2 blockers to PPIs underscores the importance of using an active comparator as even comprehensive adjustment of confounding variables does not always fully control for differences associated with confounding by indication between an exposure group and the non-exposed general population. While several digestive conditions were included in the adjustment model, the authors "were not able to adjust for *H. pylori*, an important risk factor for gastric cancer"; thus, an active comparator analysis is able to minimize residual confounding by indication. Potential misclassification from OTC use of ranitidine in these studies was likely minimized since the UK Biobank study includes OTC use; moreover, OTC use of ranitidine only accounts for approximately 10% of total ranitidine use in the UK (Holyfield 2013;


Contains Confidential Information – Subject to Protective Order

Cardwell *et al.* 2021), which would have minimal effect on the risk estimate if misclassified (Table 4 and Figure 4).

**6. McDowell *et al.* 2021a.**

McDowell *et al.* 2021 was a nested case-control study of pancreatic cancer utilizing the Scottish Primary Care Clinical Informatics Unit (PCCIU) database from 1993-2011. The authors broadly evaluated the association between pancreatic cancer risk and commonly prescribed medications that had previously been linked with drug-induced pancreatitis. The hypothesis was that chronic inflammation, as seen in pancreatitis, may play a role in the development of pancreatic cancer. 1,069 pancreatic cancer cases were compared to 4,729 controls matched on age, gender, GP practice, and date of registration. Medications were identified from a recent systematic review on drug-induced pancreatitis and evaluated if they were used by more than 2% of controls in the current study. Medication use was ascertained from GP prescriptions and a one-year lag period was applied. The median exposure period was 8.9 years (IQR 6.0-11.7 years). Odds ratios were adjusted for several comorbidities (diabetes, myocardial infarction, coronary heart disease, heart failure, peripheral vascular disease, dementia, cerebrovascular disease, COPD, osteoporosis, rheumatological disease, renal disease, liver disease, irritable bowel disease, HIV, hemiplegia/paraplegia, peptic ulcer, *H. pylori*, Hepatitis B/C, gallstones, metabolic syndrome) and sensitivity analyses further controlled for smoking and alcohol use.

A total of thirteen medications were evaluated, including ranitidine. The authors reported a statistically significant increased risk of pancreatic cancer with any ranitidine use (aOR 1.37, 95% CI, 1.10-1.70; n=143). However, exposure-response analyses based on the number of ranitidine prescriptions only showed a statistically significant association with lower usage (1-5 Rx: aOR 1.49, 95% CI, 1.12-1.99; n=79), and not with higher usage (≥6 Rx: aOR 1.24, 95% CI,


Contains Confidential Information – Subject to Protective Order

0.91-1.69; n=64). A further sensitivity analysis comparing ranitidine users with ≥6 prescriptions to those with <6 prescriptions also found no statistically significant association (aOR 1.20, 95% CI, 0.88-1.63; n=64). The lack of an exposure-response argues against a causal association. As such, the authors concluded "no exposure-response relationship was observed" and "the association between ranitidine and pancreatic cancer is yet to be determined."

Instead, the results are more likely a product of residual confounding and bias, especially as it is likely that individuals with subclinical pancreatic cancer who use H2 blockers to treat symptoms are lower exposure (fewer total prescriptions) users. In contrast, the high exposure users are more likely to be those consistently using these agents for GERD or prophylaxis of bleeding. In addition, important confounders such as BMI were not controlled for. While adjustments for smoking and alcohol were performed in sensitivity analyses, a substantial proportion of participants were missing information on smoking (15-20%) and alcohol consumption (28-31%), making residual confounding from these factors more likely. Comparing ranitidine to an active comparator group instead of the general population would have been more effective in minimizing residual confounding. Due to the number of statistical analyses performed in the study, the role of chance and Type 1 error also cannot be excluded.

The higher exposure analysis (≥6 Rx) reduces misclassification concerns that some individuals may have filled their ranitidine prescription but did not actually take the drug. With regards to misclassification from OTC use, the authors discuss that ranitidine "is only available OTC for short-term use (less than 2 weeks), at low doses (75 mg) and for limited indications (short-term symptomatic relief of heartburn, dyspepsia and hyperacidity). A previous methodological study has shown that healthcare datasets can produce valid estimates of medications despite OTC use [Yood *et al.* 2007]." Furthermore, OTC use of ranitidine only accounted for approximately


Contains Confidential Information – Subject to Protective Order

10% of total ranitidine use in the UK (Holyfield 2013; Cardwell *et al.* 2021), which would have had a minimal effect on the risk estimate if misclassified (Table 4 and Figure 4).

**7. Cardwell *et al.* 2021.**

Cardwell *et al*. 2021 was a nested case-control study of bladder cancer within the Primary Care Clinical Informatics Unit (PCCIU) Research Database which contains general practice records from Scotland (the same database with shared authors as the McDowell *et al.* 2021a, McDowell *et al.* 2021b, Liu *et al*. 2020, and Tran *et al.* 2018 studies). Bladder cancer cases (n=3,260) that were diagnosed between 1999 and 2011 were identified and matched with up to 5 controls (n=14,037) based on age, sex, GP, and date of registration. Ranitidine users were compared to (i) general population non-users, (ii) PPI users, and (iii) other H2 blocker users (cimetidine, famotidine, and nizatidine, of which cimetidine accounted for 93% of the comparator group). Exposure data on medications was obtained from GP prescription records starting in 1993 and a 1-year lag period was applied. Covariates that were adjusted were age, urinary tract infections and/or cystitis, GERD, Barrett's esophagus, peptic ulcer, other medical comorbidities (diabetes, myocardial infarction, coronary heart disease, heart failure, peripheral vascular disease, dementia, cerebrovascular disease, COPD, osteoporosis, severe mental illness, rheumatological disease, renal disease, liver disease, irritable bowel syndrome, HIV), smoking, and use of celecoxib.

Compared to the general population of non-users, the authors found an increased risk of bladder cancer associated with use of ranitidine with an adjusted odds ratio of 1.22 (95% CI, 1.06-1.40; n=455). In active comparator analyses, there was an increased risk of bladder cancer for ranitidine compared to PPI users (aOR 1.20, 95% CI, 1.04–1.39), but not compared to other H2 blocker users (aOR 1.05, 95% CI, 0.86-1.28). Stratified analyses by duration of use similarly


Contains Confidential Information – Subject to Protective Order

showed an increased risk with over 3 years of ranitidine use when compared to non-users or PPI users, but there was no increased risk when compared to other H2 blocker users.

As will be described in further detail in the next section, the Cardwell *et al.* 2021 study was prompted by a signal found in their prior hypothesis-generating screening study (McDowell *et al.* 2021b) in which they examined a total of 5,622 medication-cancer associations across hundreds of drugs in relation to 22 cancer sites within this primary care database over the same years of inclusion. Among the hundreds of medication-cancer signals generated from the McDowell *et al.* 2021b study, the investigators only reported a signal between ranitidine and bladder cancer in a separate, subsequent publication. Based on this approach, the Cardwell *et al.* 2021 study should be viewed as a dependent result of the original hypothesis-generating study. Thus, this finding of an increased risk of bladder cancer should still be considered within the context of the significant limitations associated with false positive results that may arise from multiple testing undertaken in the original study. The Cardwell *et al.* authors acknowledge this, discussing "[t]here remains the risk of type 1 error, and the observed association is not independent from the association seen in our screening study." The association found here with bladder cancer is not surprising since it is a result of a more detailed analysis of a likely false positive finding.

In general, an active comparator analysis better accounts for confounding by indication and other confounding variables compared to a general population comparator of non-users. However, not all active comparator analyses are equal. Since ranitidine is an H2 blocker, the comparison to other H2 blockers provides the most "apples-to-apples" comparison in terms of patient characteristics, including bladder cancer risk factors and indications treated. There were several bladder cancer risk factors that were not accounted for in this study. There was a complete lack of information on family history and occupational exposures and incomplete information on

smoking and alcohol use. Smoking in particular is a key risk factor for bladder cancer, accounting for nearly 50% of bladder cancer cases (Islami *et al.* 2018; Silverman *et al.* 2018); smoking status was missing from 20.5% of cases and 23.9% of controls. Smoking is especially difficult to adjust for in epidemiological studies, as specifically demonstrated in this database. In the McDowell *et al.* 2021b screening study, a signal for bladder cancer was also observed for "nicotine" medications (presumably nicotine replacement therapy used for smoking cessation). The odds ratio for nicotine replacement therapy and bladder cancer was 2.04 (95% CI, 1.65-2.51) in the model adjusted for comorbidities and 1.54 (95% CI, 1.23-1.94) in the model adjusted for comorbidities and smoking. Any association between nicotine replacement therapy and bladder cancer is clearly being driven by the underlying condition, smoking, and adjustment for smoking reduced, but did not completely attenuate, this positive association. Thus, adequate and complete control for smoking in this study cannot be inferred. As indicated by the Norgaard *et al.* 2021 authors, "smoking and other lifestyle factors are unlikely to be strongly related to choice of type of H2-blocker; thus, the active comparator design likely averted potential confounding by these factors."

Furthermore, the Cardwell *et al.* 2021 study was unable to determine the indication for use among the various acid suppressant medication groups. PPIs are likely prescribed for a wider range of indications, as well as more severe conditions, compared to H2 blockers, again making the other H2 blocker comparison group the preferred analysis to minimize confounding by indication. A recent UK study (which includes Scotland) found that gastroprotection from NSAID or dual antiplatelet therapy was more common in PPI users (38%) than H2RA users (24%) (Abrahami *et al.* 2020). There is also an equally plausible line of investigation that NSAID use may be associated with a decreased risk of bladder cancer, although the evidence is inconsistent (Zhang *et al.* 2013). This may further explain the discrepancy between the PPI and other H2


Contains Confidential Information – Subject to Protective Order

blocker comparator analyses if PPIs are used more often for gastroprotection associated with NSAID therapy. While the Cardwell *et al.* 2021 study adjusted for prescription celecoxib use, they did not control for any other type of NSAID use, including OTC agents, which are more commonly used than celecoxib.

Lastly, the authors discussed potential misclassification of ranitidine use was lessened since "ranitidine is only available over-the-counter in the United Kingdom for short-term use (less than 2 weeks), at low doses (75 mg) and for limited indications (short-term symptomatic relief of heartburn, dyspepsia, and hyperacidity). Also, available data suggest that UK over-the-counter purchases account for only around 10% of ranitidine packs supplied, based on data from Wales in 2012 [Holyfield 2013]. Furthermore, methodological studies have shown prescribing data can give valid estimates, although drugs are available over-the-counter [Yood *et al.* 2007]. Another weakness is compliance as patients prescribed ranitidine may not have taken it; however, this seems less of an issue for longer-term users."

In summary, this study found "there was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of nonranitidine histamine-2 receptor agonists."

**D. Signal-Generating Studies.**

The last subset of literature on ranitidine and cancer outcomes are "signal-generating" or "hypothesis-generating" studies. These studies, at most, can generate a signal or hypothesis between ranitidine and a certain cancer outcome that could provide the basis for future hypothesis-testing studies. However, due to the limitations of the particular study designs, as will be discussed below, these studies are incapable of adequately testing whether that association exists. Furthermore, a study that merely generates a hypothesis is not informative when several large,


Contains Confidential Information – Subject to Protective Order

well-conducted studies that specifically test that hypothesis already exist (*i.e.,* the eight published studies described in section VII.A). I have included a summary of the signal-generating studies below for completeness and because Plaintiffs' experts have discussed them, although they did not impact my overall opinions.

#### 1. Braunstein *et. al.* 2021 (Unpublished Cross-Sectional Memorial Sloan Kettering Study).

The Braunstein *et al.* 2021 Memorial Sloan Kettering (MSK) study of ranitidine and cancer outcomes is publicly available on the medRxiv preprint server. Preprint servers are distribution servers to which authors can release unpublished manuscripts of their research. However, an important caveat is that these manuscripts do not undergo the rigor of the peer-review process. Publication of a study in a peer-reviewed journal requires review and evaluation by independent experts familiar with the field and the methodology employed before publication. This process serves as a necessary first step, although certainly not the only step, in assessing the validity of the research. As described above for abstracts, I give less weight to preliminary, non-peer reviewed studies. MedRxiv similarly cautions: "Preprints are preliminary reports of work that have not been certified by peer review. They should not be relied on to guide clinical practice or health-related behavior and should not be reported in news media as established information" (About medRxiv 2022). In addition to the 2021 version of this study, I understand that there is an earlier version of this study from 2020 that is not published or publicly available (Braunstein *et al.* 2020 [VAL 0001-0004]). However, a copy of this version of the study was provided to me by counsel, along with the deposition transcript of Dr. Braunstein. I will focus my discussion on the more recent, publicly available 2021 version.

Braunstein *et al.* 2021 was a cross-sectional study in a population of Memorial Sloan Kettering Center (MSK) cancer patients investigating the relative proportions of cancer diagnoses


Contains Confidential Information – Subject to Protective Order

among patients with ranitidine exposure (n=871) as compared to patients with exposure to an active comparator (PPI or other H2 blocker; n= 9,476). The manuscript leaves many important questions about the study design and methodology unanswered. The authors describe: "Patients who reported use of an H2-blocker or proton-pump inhibitor (PPI) about the time of initial cancer diagnosis were included." Based on this description, the temporal association is unclear (*i.e.,* whether the medication was initiated before or after cancer diagnosis). Establishing temporality is critical since a causal relationship can only be reasonably inferred if the exposure to medication is established to have occurred prior to cancer diagnosis. It is also not clear if this exposure was systematically ascertained through standard questionnaires or based on notes in medical records which often contain incomplete data since they may only capture use among patients who volunteer this information. Furthermore, it is not clear how the 10,347 patients included in this study were selected, particularly since the previous 2020 version included 24,000 patients over the same time period (2013-2019). Each of these uncertainties may be a source of significant bias in the study.

Since the study included only patients with cancer, the authors explain the "resultant odds ratios represent the odds of presenting with the specified cancer as compared to presenting with any of the other cancers (not as compared to having no cancer, since no such cancer-free patients were included in the study)." In adjusted analyses (controlling for age, sex, race, ethnicity, and BMI), the authors reported the use of ranitidine, compared with the active comparator, was associated with a statistically significant increase in the odds of presenting with bladder (aOR 1.58, 95% CI, 1.10-2.21; n=39), breast (aOR 1.58, 95% CI, 1.23-2.01; n=107), prostate (aOR 1.80, 95% CI, 1.34-2.39; n=63), and thyroid (aOR 1.89, 95% CI, 1.18-2.92; n=23) cancers in comparison to all other cancers. There was no statistically significant association with kidney (aOR 1.34, 95%


Contains Confidential Information – Subject to Protective Order

CI, 0.86-2.00; n=25), lung (aOR 0.80, 95% CI, 0.60-1.03; n=62), endometrial (aOR 0.99, 95% CI, 0.55-1.65; n=15), ovarian (aOR 1.39, 95% CI, 0.87-2.13; n=24), melanoma (aOR 1.41, 95% CI, 0.80-2.32; n=16), or hematologic (aOR 0.94, 95% CI, 0.76-1.15; n=117) cancers in comparison to all other cancers. There was a statistically significant decrease in the odds of presenting with colorectal (aOR 0.48, 95% CI, 0.30-0.74; n=20) and brain (aOR 0.56, 95% CI, 0.33-0.89; n=17) cancers compared to all other cancers. These analyses included cancer patients with both localized invasive and *in situ* disease. In sensitivity analyses excluding *in situ* cases, the association for bladder cancer became attenuated and non-significant (aOR 1.40, 95% CI, 0.91-2.07; n=27).

This study suffers from significant methodological limitations. First, and most importantly, the entire study population were diagnosed with some form of cancer and therefore, in the authors' own words, "associations reflect the odds of presenting with different cancers exclusively among an oncology population, and do not directly represent risk in a general population (as there were no cancer-free individuals in this study)." Thus, by virtue of its design, this study is incapable of demonstrating an increase in risk of cancer within the general population. To demonstrate an increased (or decreased) risk of cancer, a comparison must be made to a group of individuals without cancer (control group) as there is a background rate of cancer in the general population. Due to these limitations, the lead author on the study, Dr. Braunstein, testified that the MSK study "cannot be used to say that ranitidine increases the risk of any cancer type" and it "does not provide any evidence of increased risk, much less causation" (Dr. Braunstein 10/25/21 Deposition, p. 81). Rather, at best, the study could show that ranitidine use was differentially associated with certain cancer types compared to others.

Second, the authors conclude "these exploratory analyses are to be viewed as hypothesis generating and should prompt analyses of larger cohorts with longer follow-up." Based on the


Contains Confidential Information – Subject to Protective Order

methodological design of this study, I agree these analyses should be viewed as only hypothesis or signal generating. Notably, however, the authors do not reference any of the larger, well-designed cohort studies that have been recently conducted, including the methodologically superior Kantor *et al.* 2021 study, which was conducted by the same authors of this MSK analysis. The failure to even acknowledge these studies, which did not support an association of ranitidine with cancer, suggests a selective bias in the authors' assessment of the overall literature.

Third, the temporal association is unclear since medication exposure was defined as use "about the time of initial cancer diagnosis". As the authors acknowledge, they "were unable to evaluate the reasons for initiating a PPI or H2-blocker, and [had] no data on prior use, such that reverse causality cannot be excluded." Not only does this exposure definition not exclude reverse causality (use of ranitidine for early symptoms of undiagnosed cancer), it also does not exclude the use of ranitidine for already diagnosed cancer, including for treatment of chemotherapy-related side effects. Indeed, Dr. Braunstein testified that based on the nature of his study, he "could not definitively establish that any patient started taking ranitidine before cancer diagnosis" (Dr. Braunstein 10/25/21 Deposition, p. 78-79).

Fourth, the reported results are difficult to interpret given that the authors fail to provide risk estimates for many types of cancer (*e.g.,* pancreatic, liver, etc.), which include cancer types that Plaintiffs allege to be specifically related to ranitidine use. Furthermore, earlier drafts (MSK00003620-3628) included a risk estimate for gastroesophageal cancer that showed ranitidine users had a statistically significant decreased odds of presenting with gastroesophageal cancer compared to all other cancers, however, this cancer type was removed from subsequent versions. This raises concerns about selective or unreliable reporting of results which may reflect investigator bias.


Contains Confidential Information – Subject to Protective Order

Taken together, these limitations preclude drawing any reliable conclusions based on the results presented in this unpublished manuscript.

**2. McGwin 2021 (Disproportionality Analysis).**

McGwin 2021 was a disproportionality analysis based on adverse events spontaneously reported to the FDA's Adverse Event Reporting System (FAERS). While an epidemiologic study systemically collects data on exposure and outcome in a given population (including those without exposure and without outcome), a disproportionality analysis is based only on a spontaneous collection of reported adverse events. The analysis in the McGwin study assessed the proportion of gastrointestinal (GI) cancer adverse event reports (AERs) relative to all other ranitidine AERs, and then compared that proportion to the equivalent calculation associated with other H2 blockers/PPIs. Proportionate reporting ratios (PRRs) were statistically significantly elevated for ranitidine and all GI cancers (PRR 3.66, 95% CI, 3.19–4.20; n=282), as well as for pharyngeal (PRR 9.24, 95% CI, 1.87–45.80; n=3), esophageal (PRR 3.56, 95% CI, 2.54–4.98; n=47), stomach (PRR 1.48, 95% CI, 1.08–2.01; n=46), colorectal (PRR 16.31, 95% CI, 12.58–21.14; n=157), liver (PRR 2.64, 95% CI, 1.76–3.96; n=30), and pancreatic (PRR 2.18, 95% CI, 1.34–3.54; n=20) cancers specifically. PRRs were not statistically significant for cancers of the mouth (PRR 0.82, 95% CI, 0.25–2.66; n=3), small intestine (PRR 1.03, 95% CI, 0.13–8.11; n=1), anus (PRR 4.62, 95% CI, 0.42–50.98; n=1), and gallbladder (PRR 4.62, 95% CI, 0.85–25.24; n=2).

A disproportionality analysis is purely a tool for generation of a potential signals that is incapable of demonstrating an increased risk above baseline, much less causation. When proper epidemiological studies on a potential association between a specific medication and an adverse event exist (such as the eight studies described in section VII.A), the utility of a disproportionality analysis is questionable. Accordingly, Dr. McGwin appears to overstate the results of his study in


Contains Confidential Information – Subject to Protective Order

concluding that "the study results support the hypothesis that NDMA-contaminated ranitidine increases the risk of cancer and supports the withdrawal of these medications from the market."

Additionally, the study included years 2019-2020, when adverse event reporting for ranitidine was likely stimulated by litigation and publicity regarding the NDMA/cancer hypothesis. In fact, Table 1 of the study shows that reporting rates for ranitidine AEs were almost double those of the comparator group in 2020. Importantly, Table 1 only presents percentages of all AEs. A presentation of cancer-related AEs would have been more informative and may have shown an even more pronounced effect of stimulated reporting. Stimulated reporting of AEs due to publicity of a potential association with an adverse event is a known limitation of the FAERS database. The FDA specifically discusses this and other limitations of FAERS, such as incomplete information on potentially relevant confounding factors (FDA Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, 2005). Furthermore, included in the FDA's initial announcement on ranitidine and NDMA in September 2019 was a request to consumers and health care professionals to report any adverse reactions with ranitidine to FDA's MedWatch program (which is linked to the FAERS database) with a link to do so, thus facilitating increased awareness and ease of reporting (FDA 2019). As a result of these limitations and potential biases, this disproportionally analysis did not contribute to my opinions.

**3. Cohen Sedgh *et al.* 2021 (Disproportionality Analysis).**

Cohen Sedgh *et al.* 2021 was another disproportionality analysis based on the FAERS database. The focus of this study was the angiotensin receptor blockers (valsartan, irbesartan, and losartan) reported to have potential nitrosamine contamination, although they also reported on ranitidine as a comparative control. The authors carefully examined neoplasm (cancer) adverse

events by each month to assess whether the extensive media and public attention surrounding the FDA recalls prompted spontaneous reporting of these outcomes to the FAERS database.

As expected, the authors found abrupt and transient spikes in the number of reported neoplasm AEs for valsartan, irbesartan, losartan, and ranitidine in the months following their respective recalls by the FDA. For ranitidine specifically, they "observed an abrupt and temporary rise in the number of reported neoplasms for ranitidine… in September 2019, the month of its recall (n=38), with its peak the following month, in October 2019 (n=87), both above the average monthly baseline number of 22", as demonstrated by the study's Figure below.

Figure 9. Monthly Trend in the Number of Reported Neoplasm Adverse Events (AEs) for Ranitidine from January 2015 to December 2019 (Cohen Sedgh *et al.* 2021).




The authors described "[o]ne of our study strengths was to show that the suddenly detected cancer signals for the ARBs were not biologically feasible, and more likely, due to such FAERS limitations." They further concluded that "[t]his sudden and transient increase in neoplasms reported through the Food and Drug Administration adverse event reporting system after the ARB recalls likely represent false cancer signals temporally associated with the Food and Drug

Administration recall/warnings and subsequent extensive media coverage." I agree with the authors' evaluation of the data and their conclusions are also applicable to the ranitidine finding. This study compellingly demonstrates that an assessment of the FAERS database on ranitidine and cancer outcomes that does not stratify the findings pre- and post-FDA recalls, as was done in the McGwin 2021 study, is misleading and completely uninformative.

**4. McDowell *et al.* 2021b (Screening Study).**

McDowell *et al.* 2021b was a screening/signal-generating study leveraging the Scottish Primary Care Clinical Informatics Unit (PCCIU) Research database. The purpose of the study was to systematically screen a large number of medications in relation to cancer risk as a means to identify potential medication-cancer signals that require further analysis in hypothesis-testing studies. A series of nested case-control studies were conducted to examine the association between 250 of the most commonly prescribed medications and 22 separate cancer sites, for a total analysis of 5,622 medication-cancer associations. Cancer cases diagnosed between 1999 and 2011 were identified from general practice (GP) records and matched with up to five controls (based on age, gender, GP practice and date of registration). Exposure data on medications was obtained from GP prescription records starting in 1993 and a one-year lag was used. Two adjusted analyses were conducted, the first adjusting for comorbidities only and the second adjusting for comorbidities and smoking. A signal was defined *a priori* as (i) an adjusted OR greater than 1.25 (or less than 0.80) and (ii) statistical significance at the 1% level and (iii) evidence of an exposure-response relationship, such that the OR comparing low to none was less extreme than the OR comparing high to none.

A total of 142 unique medication-cancer associations met the criteria for a signal. For ranitidine, there was a signal of an increased risk of bladder cancer that persisted in several

sensitivity analyses. There was also a signal of an increased risk of "cervix and other gynecological cancers" in the comorbidity-adjusted analysis; however, the association was no longer statistically significant when additionally adjusted for smoking and alcohol, or when the analysis was limited to at least 6 prescriptions. No signals were observed for ranitidine and twenty other cancer sites: anal, brain and central nervous system, breast, colorectal, esophagus, kidney, larynx, leukemia, liver, lung, melanoma, myeloma, Non-Hodgkin's lymphoma, oral (including head, neck, nasal), ovary, pancreas, prostate, stomach, thyroid, and uterus. Signals of increased risks were also observed for cimetidine and cancers of the larynx, lung, stomach, and cervix/other gynecological malignancies, as well as PPIs and esophageal and ovarian cancers. Other signals observed for bladder cancer included nicotine replacement therapy and antibiotics, which were likely a result of confounding by indication (bladder cancer risk factors include smoking and chronic urinary tract infections) and protopathic bias (treating early symptoms of bladder cancer as urinary tract infections). Likewise, there were other signals of increased risk representative of spurious findings, including associations for several cancer types and vitamins: vitamin B (esophageal, oral, stomach, and laryngeal cancers), vitamin C (oral cancer), vitamin D (lung, oral, and ovarian cancers) and folic acid (lung, oral, and thyroid cancers).

The authors recognized that "[t]he large number of medicines studied within each cancer site increases the probability of type one error and undoubtedly some of the signals identified are false-positives." Based on the 5,622 medication-cancer associations examined at a statistical significance level of 1%, approximately 56 statistically significant associations would be expected purely due to chance alone. This does not even consider the various sensitivity analyses performed for each medication-cancer analysis which substantially increases the number of statistical tests performed, and thus the number of chance associations. They also noted that false positives could


Contains Confidential Information – Subject to Protective Order

arise from "reverse causation… or omission of other appropriate confounders." Finally, they cautioned that "[t]he medicine-cancer associations identified in our study require replication elsewhere." Of course, a duplicated presentation of the ranitidine and bladder cancer finding generated from this study in a separate study (Cardwell *et al.* 2021) does not constitute replication. For similar reasons, I agree that the results of this study are, at best, hypothesis-generating and must be interpreted with caution.

**5. Pottegard *et al.* 2016 (Screening Study).**

Similar to the McDowell *et al.* 2021b study, Pottegard *et al.* 2016 was a large-scale screening/signal-generating study. Using the Danish medical databases, Pottegard *et al.* conducted a series of nested case-control studies to identify signals between medications and 99 different cancer subtypes, for a total evaluation of 22,125 drug–cancer pairs (drug classes and single drugs). Cancer cases (n=278,485) diagnosed between 2000 and 2012 were matched to 10 controls each on sex, age, and calendar time. Data on prescription drug use began in 1995 and was defined as at least 8 prescription fills (long-term users). A one-year lag was used and odds ratios were minimally adjusted for Charlson Comorbidity Index score and education. A signal was defined *a priori* as (i) an OR > 1.5 or < 0.67, or a lower 95% CI limit > 1.2 or an upper CI limit < 0.83, (ii) evidence of cancer specificity (ratio of OR for specific cancer to all cancers had to be outside the range of 0.83-1.20), and (iii) evidence of a dose-response pattern.

A total of 1,020 drug–cancer associations met the criteria for a signal; 510 signals involved the use of a single drug. For ranitidine, two signals of an increased risk were reported for stomach adenocarcinoma (aOR 1.87, 95% CI, 1.43-2.46; dose-response: p=0.03) and lung carcinoid (aOR 2.18, 95% CI, 1.18-4.04; dose-response: p<0.01), and one signal of a decreased risk was reported for esophageal squamous cell carcinoma (aOR 0.62, 95% CI, 0.31-1.23; dose-response: p=0.04).


Contains Confidential Information – Subject to Protective Order

No signals were reported for ranitidine and the other 96 cancer subtypes including other subtypes of stomach (other), esophagus (adenocarcinoma and other), and lung (adenocarcinoma, squamous cell carcinoma, small cell carcinoma, large cell carcinoma, other – non-small cell, and other), and any cancer subtype of the pancreas, liver, bladder, lip, oral cavity, salivary glands, pharynx, small intestine, colon, rectum, gallbladder and biliary tract, larynx, bone, joints and cartilage, skin, mesothelium and connective tissue, breast, vulva and vagina, cervix uteri, corpus uteri, ovary, prostate, testis, kidney, renal pelvis and ureter, eye, brain and meninges, thyroid, Hodgkin's lymphoma, Non-Hodgkin's lymphoma, multiple myeloma, and leukemia. Other signals identified for stomach adenocarcinoma included other drugs for acid-related disorders (nizatidine, pantoprazole, and alginic acid), suggesting confounding by indication since there was no control for underlying GI conditions. Indeed, the authors noted that "[s]ome of the identified signals can be attributed to confounding by indication." They also acknowledged "[t]he principal weakness of the study is the lack of adjustment for potential confounding from life-style factors…. such as obesity, alcohol consumption, and smoking."

Most importantly, the authors recognized the large number of false associations that would arise due to multiple comparisons, stating: "Under the null hypotheses and with the traditional α of 0.05, evaluation of 22,000 associations is expected to result in approximately 1100 false positive associations. Importantly, this pertains to the initial signals (n = 4561) before dose–response and specificity requirements." Given the "explorative nature" of their study, I agree with the authors' conclusion that "[t]he results of this screening should undergo external validation and the single drug–cancer associations should be subject to tailored analysis." It is also worthwhile to note that the signals were not replicated between the two screening studies.


Contains Confidential Information – Subject to Protective Order

### E. Summary and Conclusions Regarding Epidemiological Studies of Ranitidine and Cancer Outcomes.

#### 1. Ranitidine and Gastric Cancer.

Nine published studies have evaluated the association between ranitidine use and gastric cancer: six studies specifically designed to test the NDMA hypothesis (Adami *et al.* 2021; Iwagami *et al.* 2021; Kim S. *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021; Yoon *et al.* 2021) and three studies not designed to test the NDMA hypothesis (Chow *et al.* 1995; Habel *et al.* 2000; Liu *et al.* 2020). Most of these studies found no association between ranitidine and gastric cancer, and several reported statistically significant decreased risks in certain analyses (Adami *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021). Although one study reported a statistically significant increased risk of gastric cancer with ranitidine use in a specific analysis, the association was completely attenuated in lagged analyses that minimized protopathic bias (Liu *et al.* 2020). Another study reported a statistically significant increased risk with gastric and esophageal cancers combined (Habel *et al.* 2000) – a finding that is not informative regarding gastric cancer specifically. In any event, this association was also completely attenuated in lagged analyses that minimized protopathic bias. As acknowledged by the authors of these studies, and evident from my own experience as a gastroenterologist and cancer epidemiologist, protopathic bias is a substantial concern in studies assessing the risk of gastric cancer with acid suppressant use since, as discussed in Section VI and VII, the early symptoms of this cancer or premalignant conditions overlap with typical indications for the use of these medications. Additionally, another substantial concern in these studies is confounding by indication since the underlying indications for ranitidine use (*e.g.,* gastritis) are independent risk factors for gastric cancer. To address this, both studies utilized an active comparator analysis and neither found an association for ranitidine/H2 blockers. No study has reported an association between ranitidine and gastric cancer in analyses which


Contains Confidential Information – Subject to Protective Order

optimally control for confounding and bias or were able to examine higher doses or durations of use. In summary, the totality of the evidence does **not** support a conclusion that ranitidine has a true association, let alone a causal relationship, with gastric cancer.

### 2. Ranitidine and Esophageal Cancer.

Five published studies have evaluated the association between ranitidine use and esophageal cancer (Adami *et al.* 2021; Chow *et al.* 1995; Habel *et al.* 2000; Kim Y. *et al.* 2021; Tan *et al.* 2018), two of which were specifically designed to test the NDMA hypothesis (Adami *et al.* 2021; Kim Y. *et al.* 2021). Most of these studies found no association between ranitidine and esophageal cancer, and several reported statistically significant decreased risks in certain analyses (Adami *et al.* 2021; Kim Y. *et al.* 2021; Tan *et al.* 2018). As reviewed in the previous section, one small cohort study with minimal ability to control for confounding reported an initial association between ranitidine and esophageal/gastric cancer (a finding that is not informative with respect to esophageal cancer specifically), which was completely attenuated with control for protopathic bias and confounding by indication (Habel *et al.* 2000). Another study found no overall association between ranitidine use and esophageal cancer, although in subgroup analyses, an increased risk for esophageal adenocarcinoma and a decreased risk for esophageal squamous cell carcinoma was observed (Adami *et al.* 2021). Importantly, there was no association for esophageal adenocarcinoma in analyses with higher exposure (5+ or 10+ Rx), indicating that the initial finding was likely a product of chance. Overall, no study has reported an association between ranitidine and esophageal cancer in analyses examining higher doses or durations of use. In summary, the evidence does **not** support a conclusion that ranitidine has a true association, let alone a causal relationship, with esophageal cancer.


Contains Confidential Information – Subject to Protective Order

### 3. Ranitidine and Pancreatic Cancer.

Four published studies have evaluated the association between ranitidine use and pancreatic cancer (Adami *et al.* 2021; Habel *et al.* 2000; Kim Y. *et al.* 2021; McDowell *et al.* 2021). The two studies that were specifically designed to test the NDMA hypothesis and used an active comparator analysis to minimize confounding either found no association or a statistically significant decreased risk of pancreatic cancer with ranitidine use (Adami *et al.* 2021; Kim Y. *et al.* 2021). One small cohort study with minimal control for confounding and no control for protopathic bias reported an increased risk for pancreatic cancer when ranitidine was compared to a general population of non-users (Habel *et al.* 2000). However, when this study compared ranitidine users with users of another H2 blocker – reflecting better control for residual confounding, confounding by indication, and bias – there was no statistically significant association. Another study reported a statistically significant increased risk for pancreatic cancer with lower exposure (<6 Rx) to ranitidine, but not higher exposure (≥ 6 Rx), which argues against a causal association (McDowell *et al.* 2021). No study has reported an association between ranitidine and pancreatic cancer in analyses optimally controlling for confounding and bias or with higher doses or durations of use. In summary, the evidence does **not** support a conclusion that ranitidine has a true association, let alone a causal relationship, with pancreatic cancer.

### 4. Ranitidine and Liver Cancer.

Six published studies have evaluated the association between ranitidine use and liver cancer (Adami *et al.* 2021; Kantor *et al.* 2021; Kim Y. *et al.* 2021; Tran *et al.* 2018 PCCIU; Tran *et al.* 2018 UK Biobank; Yoon *et al.* 2021); all were specifically designed to test the NDMA hypothesis and all used an active comparator analysis to minimize confounding except for the two studies by Tran *et al.* 2018. Most of these studies found no association between ranitidine and liver


Contains Confidential Information – Subject to Protective Order

cancer, and several reported statistically significant decreased risks in certain analyses (Adami *et al.* 2021; Kim Y. *et al.* 2021). The Kantor *et al.* 2021 study reported a statistically significant increased risk for liver cancer with ranitidine in an exploratory, general population comparator analysis, but not in an active comparator analysis, which better controls for residual confounding, confounding by indication, and bias. No study has reported an association between ranitidine and liver cancer in analyses which optimally control for confounding and bias or with higher doses or durations of use. In summary, the evidence does **not** support a conclusion that ranitidine has a true association, let alone a causal relationship, with liver cancer.

**5. Ranitidine and Bladder Cancer.**

Five published studies have evaluated the association between ranitidine use and bladder cancer (Cardwell *et al.* 2021; Habel *et al.* 2000; Kantor *et al.* 2021; Norgaard *et al.* 2021; Yoon *et al.* 2021), three of which were specifically designed to test the NDMA hypothesis (Kantor *et al.* 2021; Norgaard *et al.* 2021; Yoon *et al.* 2021). Most of these studies found no association between ranitidine and bladder cancer. While two studies reported an increased risk for bladder cancer with ranitidine use in PPI and/or general population comparators, neither study reported an association in comparison to other H2 blockers, an analysis which better controls for residual confounding and bias (Cardwell *et al.* 2021; Norgaard *et al.* 2021). Furthermore, the finding in the Cardwell *et al.* 2021 study originated from a screening study that generated a high number of false associations due to multiple comparisons. The Norgaard *et al.* 2021 study also demonstrated no associations for bladder cancer in analyses with higher exposure and longer follow-up, which is inconsistent with a causal association. In summary, the evidence does **not** support a conclusion that ranitidine has a true association, let alone a causal relationship, with bladder cancer.


Contains Confidential Information – Subject to Protective Order

### 6. Conclusions on Ranitidine and Cancer Outcomes.

The published, population-based studies that leveraged large databases, utilized active comparator controls, and were specifically designed to test the NDMA hypothesis (Adami *et al.* 2021; Iwagami *et al.* 2021; Kantor *et al.* 2021; Kim S. *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021; Norgaard *et al.* 2021; Yoon *et al.* 2021) represent the best evidence in the extant scientific literature on the potential association between ranitidine and cancer outcomes. As explained above, these studies do not support a true association, much less causation, between ranitidine and the five cancer outcomes alleged by Plaintiffs. The other studies that have reported on ranitidine and cancer outcomes vary widely in terms of the methodological rigor in controlling for confounding and bias. Overall, the studies – and specific analyses within the studies – that are more rigorous in controlling for protopathic bias and confounding have not shown statistically significant increased risks of cancer with ranitidine. Additionally, isolated statistically significant increased risks with only certain cancer subtypes are not consistent with Plaintiffs' NDMA hypothesis, nor are the findings of statistically significant *decreased* risks reported in many studies. Misclassification of exposure is not expected to have a significant impact on the results in these studies, and this is further supported by a lack of an association in studies which examined higher doses and durations of use and longer follow-ups. For all these reasons, the current epidemiological evidence does not support an increased risk of cancer outcomes with ranitidine. This conclusion is consistent with the recent review of the epidemiological literature by the FDA, who concluded: "When considering all cancer types, while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk" (Florian *et al.* 2021).


Contains Confidential Information – Subject to Protective Order

For the reasons enumerated above, Dr. McTiernan and Dr. Moorman do not reliably assess the ranitidine epidemiological literature. Most significantly, Drs. McTiernan and Moorman are incorrect in their assessments of protopathic bias (as purportedly inapplicable to certain cancer types) and active comparator analyses (insofar as they dispute that H2 blocker users are the most comparable/appropriate comparator population or claim that PPIs increase the risk of cancer). As a practicing gastroenterologist, I am intimately and personally familiar with these issues and can speak to them based on my training and experience in the field. Plaintiffs' experts also overstate the purported influence of misclassification of exposure on ranitidine studies (see Part VI.C. above). Finally, Dr. McTiernan's disavowal of p-values and confidence intervals (e.g., "relative risk of 1.3 shows a 30% increased risk regardless of what p-value is calculated for it, and regardless of what confidence intervals are calculated") is not generally accepted by the community of epidemiologists or practicing clinicians. Similarly, Dr. McTiernan's claim that the "American Statistical Association and individual statisticians recently called for abandoning the term 'statistically significant'" (citing to Wasserstein *et al.* 2019) is not accurate. To the contrary, the American Statistical Association (ASA) issued a 2021 "Statement on Statistical Significance and Replicability," which clarifies that the Wasserstein 2019 editorial should not be "interpreted as official ASA policy" (Benjamini *et al.* 2021). The 2021 ASA statement clarifies that "the use of P-values and significance testing, properly applied and interpreted, are important tools that should not be abandoned." The ASA further stated that: "P-values are valid statistical measures that provide convenient conventions for communicating the uncertainty inherent in quantitative results. Indeed, P-values and significance tests are among the most studied and best understood statistical procedures in the statistics literature. They are important tools that have advanced science through their proper application." The ASA concluded that "**In summary, P-values and significance**

**tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from data.** Analyzing data and summarizing results are often more complex than is sometimes popularly conveyed. Although all scientific methods have limitations, the proper application of statistical methods is essential for interpreting the results of data analyses and enhancing the replicability of scientific results." Other leading statisticians in the field have emphasized the importance of using P-values in ensuring reproducibility of scientific findings and have even called for the use of more stringent P-value thresholds for statistical significance (Benjamin *et al.* 2018).

## VIII. EPIDEMIOLOGICAL STUDIES OF H2 BLOCKERS AS A GROUP AND CANCER OUTCOMES.

As there are well-powered, well-designed, and well-conducted studies on ranitidine and cancer outcomes, there is no basis to review other less relevant literature. Nonetheless, because Plaintiffs' experts have selectively cited studies on cancer outcomes and all H2 blockers combined, the class of drugs to which ranitidine belongs, I have systematically reviewed the entire body of epidemiological literature on H2 blockers and the cancer outcomes alleged by Plaintiffs and provided a brief summary below. This literature is less relevant in answering the specific question of whether ranitidine increases the risk of cancer, and particularly through the mechanism of NDMA contamination, since the literature evaluates all H2 blockers together including H2 blockers that have not been found to contain NDMA (cimetidine and famotidine). As a whole, these studies were smaller and not as methodologically rigorous in controlling for confounding and bias as compared to many of the ranitidine-specific epidemiological studies. In addition, some of the studies cited below are already summarized in the ranitidine section since they reported findings for both ranitidine specifically and H2 blockers as a group. Based on my review, the


Contains Confidential Information – Subject to Protective Order

epidemiologic evidence does **not** support a conclusion that H2 blockers as a group increase the risk of gastric, esophageal, pancreatic, liver or bladder cancers.

### A. H2 Blockers and Gastric Cancer.

Six case-control studies (La Vecchia *et al.* 1990/1992; Chow *et al.* 1995; Johnson *et al.* 1996; Farrow *et al.* 2000; Suleiman *et al.* 2000; Crane *et al.* 2007), five nested case-control studies (Garcia Rodriguez *et al.* 2006; Tamim *et al.* 2008; Peng *et al.* 2019; Lai *et al.* 2019; Liu *et al.* 2020), nine cohort studies (Poulsen *et al.* 2009; Wennerstrom *et al.* 2017; Brusselaers *et al.* 2017; Cheung *et al.* 2018/2019; Niikura *et al.* 2018; Liu *et al.* 2020; Seo *et al.* 2021; Shin *et al.* 2021; Abrahami *et al.* 2022), and two meta-analyses (Ahn *et al.* 2013; Song *et al.* 2020) have evaluated the association between H2 blockers and gastric cancer.

Overall, the methodological design and rigor varied widely among the studies on H2 blockers and gastric cancer. Although some studies reported statistically significant associations, the roles of confounding by indication and protopathic bias in creating artefactual associations between H2 blockers and gastric cancer were repeatedly demonstrated. The analyses that best controlled for these biases showed no association. The role of protopathic bias was compellingly demonstrated in lagged and stratified analyses, while confounding by indication was controlled using active comparators and further adjustment for the underlying GI indications for use of these drugs (La Vecchia *et al.* 1990/1992; Chow *et al.* 1995; Johnson *et al.* 1996; Farrow *et al.* 2000; Garcia Rodriguez *et al.* 2006; Crane *et al.* 2007; Poulsen *et al.* 2009; Ahn *et al.* 2013; Liu *et al.* 2020). Additionally, several of these studies conducted analyses on GI conditions, showing significant associations between gastric ulcers and non-cardia gastric cancer and between GERD and cardia gastric cancer. The influence of these biases is further supported by the fact that nearly all studies that reported statistically significant increased risks with H2 blockers, reported similar


Contains Confidential Information – Subject to Protective Order

increased risks with PPIs. As a result, many of the authors discussed the importance in controlling for protopathic bias and confounding by indication in studies on acid suppressants and gastric cancer; a few notable excerpts are included below:

- Chow *et al.* 1995: "In our study, risk of [adenocarcinoma of the esophagus and gastric cardia] was not related to use of H2 antagonists but was linked instead to long-term gastroesophageal reflux and related conditions."

- Garcia Rodriguez *et al.* 2006: "[O]ur results are most compatible with the hypothesis that confounding by indication is the 'mechanism' responsible for the observed associations."

- Tamim *et al.* 2008: "Another limitation is the possibility of protopathic bias; cancer symptoms may have resulted in an acid-suppressive drug prescription…. Moreover, the weak association between acid-suppressive drugs and risk of gastric cancer, and the lack of a dose-response trend are not suggestive of a cause-effect relationship. Finding similar effects for receiving dispensed prescriptions of either type of acid-suppressive drug (H2 receptor antagonists or PPIs) in association with the risk of gastric cancer also supports a non-causal association. If the observed effect was due to the carcinogenicity of the acid-suppressive drugs, the pattern of the effect of the two classes of acid-suppressive drugs on the risk of gastric cancer would have been different because it is unlikely that the two classes (with different molecules) have a similar carcinogenic effect. An alternative plausible explanation of the findings would be a distortion in the observed risk estimates due to confounding by indication, a bias frequently encountered in observational epidemiological studies of drug effects. For the indication to a certain treatment to be a confounding variable, it must be associated with the risk of the outcome, as well as with the allocation of the treatment. Acid-suppressive drugs are prescribed for the relief of ARD [acid-related disease] symptoms (i.e. indication), which in turn have been reported to be associated with the risk of gastric cancer. Thus, subjects who suffer from ARD symptoms are more likely to be prescribed acid-suppressive drugs, and thus would be found to be at an increased risk of gastric cancer, which might be the effect of the ARD rather than the drugs prescribed to treat the symptoms of ARD."

- Ahn *et al.* 2013: "Early gastric symptoms of stomach cancer are typically similar to those of benign conditions, such as peptic ulcers, GERD, or functional gastrointestinal disease, which could lead to the use of acid suppressive drugs. Therefore, we could not exclude the possibility of misspecification and the protopathic bias of gastric cancer, especially among 5-year acid suppressive drug users."

- Liu *et al.* 2020: "Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation."


Contains Confidential Information – Subject to Protective Order

Moreover, many studies found no dose- or duration-response relationships between H2 blockers and gastric cancer, further supporting a non-causal relationship (Chow *et al.* 1995; Johnson *et al.* 1996; Farrow *et al.* 2000; Suleiman *et al.* 2000; Garcia Rodriguez *et al.* 2006; Tamim *et al.* 2008; Poulsen *et al.* 2009). In conclusion, the epidemiologic evidence does not support a reliable, consistent association between H2 blockers and gastric cancer.

**B. H2 Blockers and Esophageal Cancer.**

Five case-control studies (Chow *et al.* 1995; Fioretti *et al.* 1997; Farrow *et al.* 2000; Suleiman *et al.* 2000; Crane *et al.* 2007), three nested case-control studies (Garcia Rodriguez *et al.* 2006; Nguyen *et al.* 2010; Tan *et al.* 2018), four cohort studies (El-Serag *et al.* 2004; Kastelein *et al.* 2013; Thota *et al.* 2017; Brusselaers *et al.* 2018), and one meta-analysis (Song *et al.* 2020) have evaluated the association between H2 blockers and esophageal cancer. Several of these studies were conducted in patients with Barrett's esophagus to investigate the protective effect of acid suppressive medications (H2 blockers and PPIs) on the progression from BE to esophageal adenocarcinoma (El-Serag *et al.* 2004; Nguyen *et al.* 2010; Kastelein *et al.* 2013; Thota *et al.* 2017; Tan *et al.* 2018). Overall, the epidemiologic evidence does not support a reliable association between H2 blockers and esophageal cancer. In contrast, several studies demonstrated an increased risk for esophageal adenocarcinoma due to GERD and related conditions, demonstrating the role of confounding by indication in these studies (Chow *et al.* 1995; Farrow *et al.* 2000; Garcia Rodriguez *et al.* 2006; Crane *et al.* 2007).

**C. H2 Blockers and Pancreatic Cancer.**

Five nested case-control studies (Bradley *et al.* 2012; Lai *et al.* 2014; Chien *et al.* 2016; Peng *et al.* 2018a; Hicks *et al.* 2018), two cohort studies (Bao *et al.* 2010; Brusselaers *et al.* 2020), one pooled study of 10 case-control studies (Bosetti et al. 2013), and two meta-analyses


Contains Confidential Information – Subject to Protective Order

(Laoveeravat *et al.* 2020; Song *et al.* 2020) have evaluated the association between H2 blockers and pancreatic (and related) cancer. Overall, the epidemiologic evidence does not support a reliable, consistent association between H2 blockers and pancreatic cancer, particularly among the studies that more optimally controlled for bias and confounding and performed dose- and duration-response analyses.

**D. H2 Blockers and Liver & Biliary Tract Cancer.**

Four nested case-control studies (Lai *et al.* 2013; Peng *et al.* 2018b; Shao *et al.* 2018; Tran *et al.* 2018), three cohort studies (Li *et al.* 2018; Tran *et al.* 2018; Lin *et al.* 2020), and one meta-analysis (Song *et al.* 2020) have evaluated the association between H2 blockers and liver and biliary tract cancer. Four of these studies were conducted utilizing the same Taiwan National Health Insurance Research Database (Lai *et al.* 2013; Peng *et al.* 2018b; Shao *et al.* 2018; Lin *et al.* 2020). Overall, the epidemiologic evidence does not support a reliable, consistent association between H2 blockers and liver and biliary tract cancer, particularly among the studies that best controlled for bias and confounding and performed dose- and duration-response analyses.

**E. H2 Blockers and Bladder Cancer.**

Michaud *et al.* 2004 was a prospective cohort study examining peptic ulcer disease and the risk of bladder cancer in the U.S. Health Professionals Follow-Up Study (1986-2000) that reported no statistically significant association between H2 blocker (ranitidine or cimetidine) use at baseline and bladder cancer. Oh *et al.* 2020 was an update to the Michaud *et al.* 2004 study, extending the follow-up in this cohort to a total of 30 years (1986-2016). While specific analyses on H2 blockers and bladder cancer were not conducted in the follow-up study, additional adjustment for H2 blockers had no overall effect on the association between peptic ulcer disease and bladder cancer. In other words, H2 blockers were not an independent risk factor for bladder cancer in this study.


Contains Confidential Information – Subject to Protective Order

Overall, the epidemiologic evidence does not support a reliable association between H2 blockers and bladder cancer.

### F. Summary and Conclusions Regarding Epidemiological Studies of H2 Blockers as a Group and Cancer Outcomes.

The extant epidemiological evidence does not support a true association, much less causation, between H2 blockers and any of the five cancer types alleged by Plaintiffs: gastric, esophageal, pancreatic, liver, and bladder. There is compelling evidence that isolated statistically significant associations observed with H2 blockers are the product of bias and/or confounding (particularly protopathic bias and confounding by indication). This is further supported by the fact that nearly all studies that reported statistically significant increased risks with H2 blockers, reported similar increased risks with PPIs. These PPI findings also undermine Plaintiffs' NDMA hypothesis. By contrast, studies and analyses that best controlled for chance, bias and confounding showed no statistically significant associations with H2 blockers.

## IX. EPIDEMIOLOGICAL STUDIES OF NDMA AND CANCER OUTCOMES.

Given the existence of well-powered, well-designed, and well-conducted studies on ranitidine and cancer outcomes, there is no basis to review other less relevant literature for the question of whether ranitidine specifically increases the risk of cancer. However, Plaintiffs' experts have extrapolated from studies relating to other putative sources of NDMA, particularly from dietary and occupational exposure, and cancer outcomes. As noted by Adami and colleagues in 2021, "analyses of cancer risk following ranitidine use per se – rather than studies based on debatable estimates of NDMA exposure – are more informative about possibly increased cancer risk from use of this drug." Nonetheless, because Plaintiffs' experts have selectively relied on studies (and findings from studies) that have reported an association between dietary or


Contains Confidential Information – Subject to Protective Order

occupational NDMA and cancer outcomes, I have systematically reviewed the entire body of epidemiological literature on NDMA and the cancer outcomes alleged by Plaintiffs. In addition to dietary and occupational studies, this includes the body of literature on NDMA-contaminated valsartan and cancer outcomes, which were not summarized (for unclear reasons) in the reports of Plaintiffs' epidemiology experts, Dr. McTiernan and Dr. Moorman. If one were to review epidemiological studies on NDMA for assessment of cancer risk from NDMA exposure in ranitidine, studies on NDMA exposure in another medication (rather than from the diet or workplace) are arguably more relevant to consider.

The NDMA literature I have summarized in this report is comprised of studies that focus on NDMA specifically (including NDMA-contaminated valsartan and dietary and occupational exposures) and that have conducted statistical analyses on estimated NDMA content in these exposures specifically. Notably, Plaintiffs' experts also rely on selected dietary and occupational literature that does not incorporate estimated NDMA levels specifically, and often does not even mention NDMA. This includes dietary exposure to all nitrosamines combined (there are over 300 known nitrosamines), potential precursors to nitrosamines (nitrate and nitrite), foods with potential NDMA (*e.g.,* processed and red meats), and occupational exposures to industries with potential exposure to NDMA (*e.g.,* rubber manufacturing) and precursors to nitrosamines (*e.g.,* nitrate fertilizer). Notably, the exact body of literature relied upon by Plaintiffs' two epidemiology experts, Dr. McTiernan and Dr. Moorman, was not consistent. Given how far removed, extraneous, and irrelevant this literature is to ranitidine exposure (and that Plaintiffs' two epidemiology experts were not even able to agree on which studies were relevant to review), I did not include a summary of this literature in my report.

### A. NDMA-Contaminated Valsartan Studies.

#### 1. Pottegard *et al.* 2018.

Pottegard *et al.* 2018, a nationwide cohort study from Denmark, examined the association between NDMA-contaminated valsartan and the risks of different types of cancer. Valsartan is an angiotensin II receptor antagonist that is typically taken once a day for hypertension; it can also be taken twice a day for heart failure and post-myocardial infarction. Certain valsartan products, manufactured by a specific company in China (Zhejiang Huahai Pharmaceuticals), were found to be contaminated by NDMA during the manufacturing process.[4] Valsartan products manufactured elsewhere did not have a similar problem. In this elegantly designed study, the investigators were able to track the users of contaminated valsartan that originated from Zhejiang Huahai and compare them to the users of non-contaminated valsartan with respect to their cancer risk. Importantly, because the use of contaminated vs. non-contaminated valsartan is likely to be a random event, this study design comes closest to approximating an RCT (and consequently, minimizing confounding by indication of use and other risk factors for cancer).

Comprehensive nationwide Danish registries were used to collect data on dispensed valsartan prescriptions and cancer outcomes. The study cohort included 5,150 patients, with no prior history of cancer (other than non-melanoma skin cancer), aged 40+ years old, who filled valsartan prescriptions from January 2012 to June 2018. Median follow-up was 4.6 years. The investigators implemented a one-year lag and adjusted their analyses for sex, age, use of low dose aspirin, non-aspirin non-steroidal anti-inflammatory drugs, 5-α reductase inhibitors, statins, spironolactone, oral steroids, hormone replacement therapy, or selective serotonin reuptake inhibitors, history of diabetes, chronic obstructive pulmonary disease, heart failure, or alcohol

[4] The authors noted "concentrations of up to 22 µg NDMA in 320 mg valsartan tablets and 10 µg NDMA in 160 mg tablets."

related disease, Charlson comorbidity index score, and being a prevalent (vs. incident) valsartan user.

The investigators classified valsartan products that were manufactured using the active pharmaceutical ingredient (API) from Zhejiang Huahai as "probably" contaminated with NDMA; products that were manufactured using API from both Zhejiang Huahai and other companies were classified as "possibly" contaminated with NDMA. In the main analyses, the investigators pooled "probably" and "possibly" contaminated valsartan users into a group labeled "potentially" NDMA contaminated valsartan users. The comparison group in all analyses comprised valsartan users whose medication did not contain an API from Zhejiang Huahai.

In the main analyses, there were no statistically significant associations between potentially NDMA-contaminated valsartan and colorectal (aHR 1.46, 95% CI, 0.79-2.73; n=51), pancreatic (aHR 0.71, 95% CI, 0.21-2.44; n=12), lung (aHR 0.94, 95% CI, 0.47-1.91; n=39), melanoma (aHR 1.34, 95% CI 0.46-3.85; n=17), breast (aHR 0.85, 95% CI, 0.42-1.73; n=36); uterine (aHR 1.81, 95% CI, 0.55-5.90; n=15), prostate (aHR 1.33, 95% CI, 0.68-2.62; n=47), kidney (aHR 1.00, 95% CI, 0.22-4.65; n=8), or bladder (aHR 0.66, 95% CI, 0.15-2.89; n=8) cancers. There were no associations with other cancer outcomes, including gastric, liver, or esophageal cancers.[5] Similarly, there was no statistically significant association between potentially NDMA-contaminated valsartan and all cancers combined (aHR 1.09, 95% CI, 0.85-1.41; n=302). In a stratified analysis based on cumulative exposure, there was no evidence of dose response. In the highest category of exposure (≥ 50,000 mg of valsartan – roughly ≥500 tablets), there was no statistically significant increased risk (aHR 1.11, 95% CI, 0.82-1.50; n=87).

---

[5] The authors specifically note: "Analyses of other cancer outcomes were not possible owing to low numbers—that is, no cancer outcomes outside those included in figure 3 showed any associations with NDMA use…. no estimates could be obtained for liver cancer in our study owing to the absence of liver cancer events among those exposed to NDMA."


Contains Confidential Information – Subject to Protective Order

Likewise, no statistically significant associations were observed in subgroup analyses stratified by sex, age, and prevalent vs. incident user status. The investigators conducted a number of sensitivity analyses to test the robustness of their findings. Repeating the main analyses with the exposed group limited to "probably" contaminated valsartan users (*i.e.,* more certain NDMA exposure) did not lead to statistically significant findings or overall increased risk estimates. The risk estimates in the cumulative dose analysis attenuated and were even more clearly null. Likewise, applying varying lag times (6 months and 24 months) did not materially change the results.

Overall, this is a well-designed and well-conducted study using well-established nationwide databases. There was no evidence of statistically significantly increased risks despite reportedly high levels of NDMA in contaminated valsartan, albeit in the context of relatively short follow-up. This undermines Plaintiffs' contention that NDMA contamination in ranitidine could be associated with cancer.

**2. Gomm *et al.* 2021.**

Gomm *et al.* 2021 was a cohort study of NDMA-contaminated valsartan similar in design to the Pottegard study, albeit with a much larger study population (780,871 total valsartan users, as compared to 5,150 total valsartan users in Pottegard). Specifically, the study included 409,183 persons exposed to potentially NDMA-contaminated valsartan and 371,688 exposed to uncontaminated valsartan between 2012 and 2017. Median follow-up was 3.25 years and a one-year lag was employed. Analyses were adjusted for sex; age; polypharmacy (defined as prescription of five or more different drugs); prescription of low-dose acetylsalicylic acid (ASA), non-ASA non-steroidal anti-inflammatory drugs, 5α-reductase inhibitors, statins, spironolactone, glucocorticoids for systemic use, selective serotonin reuptake inhibitors, and hormone replacement

therapy; the comorbidities diabetes, chronic obstructive pulmonary disease, congestive heart failure, and alcohol-related diseases; the Charlson comorbidity index (score); and prevalent valsartan use.

In users of potentially NDMA-contaminated valsartan compared to users of uncontaminated valsartan, the investigators reported no increased risk of bladder (aHR 1.02, 95% CI, 0.95-1.11; n=1491), breast (aHR 1.02, 95% CI, 0.96-1.08; n=2736), colorectal (aHR 0.99, 95% CI, 0.94-1.05; n=2866), kidney (aHR 0.96, 95% CI, 0.87-1.05; n=1091), lung (aHR 0.97, 95% CI, 0.91-1.03; n=2279), skin (aHR 0.94, 95% CI, 0.85-1.03; n=983), pancreatic (aHR 0.93, 95% CI, 0.84-1.02; n=967), prostate (aHR 1.00, 95% CI, 0.94-1.06; n=2379), or uterine cancers (aHR 1.08, 95% CI, 0.96-1.21); n=759). In fact, all the HRs were at or below unity. Similarly, there was no association with overall cancer risk in the main analysis (aHR 1.00, 95% CI, 0.98-1.02; n=24,752) or in multiple distinct sensitivity analyses. A small statistically significant increased risk was reported for liver cancer (aHR 1.16, 95% CI, 1.03-1.31; n=736). However, there was no evidence of dose-response and the association did not strengthen when the analyses were limited to long-term users or users of probably NDMA-contaminated valsartan. Taken together, these data suggest that any association with liver cancer is likely to be a chance finding, due to Type I error, particularly given the number of comparisons performed and the fact that there were zero cases of liver cancer among users of potentially NDMA-contaminated valsartan in the Pottegard study. Residual confounding is also possible since several risk factors for liver cancer were not controlled for in this study, including hepatitis B and C infections, cirrhosis, other liver diseases, obesity, and smoking. Finally, any increased risk with NDMA-contaminated valsartan cannot be directly extrapolated to ranitidine since contaminated valsartan has been associated with much higher levels of NDMA and also contains another nitrosamine, NDEA (FDA 2019b; FDA 2019c).


Contains Confidential Information – Subject to Protective Order

### B. Dietary NDMA Studies.

#### 1. Methodological Challenges in Epidemiological Studies of Dietary NDMA and Cancer Outcomes.

Studies of dietary NDMA and cancer risk are based on estimates of NDMA content in the diet among study participants. NDMA is found in many types of food, with the highest levels in processed and cured meats (*e.g.,* bacon, sausage, ham), salted and smoked fish, cheese, and alcohol (particularly beer). First, participants complete food frequency questionnaires (FFQs) recording their typical dietary intakes over a certain period of time. Second, the investigators attempt to estimate NDMA content in various foods listed on the FFQs based on published literature or databases.

This process of ascertaining the level of exposure to dietary NDMA is fraught with significant methodological challenges that may undermine the validity of the reported results. First, the FFQs are of varying quality and assume that study participants can accurately recall their past dietary habits (*e.g.,* types of food items consumed, frequency of consumption, portion size, etc.). In many studies, the period of recall is the year prior to completing the FFQ, although some studies extend this questionnaire to the previous 5 or 10 years (De Stefani *et al.* 2001; De Stefani *et al.* 2012; Rogers *et al.* 1995). Stuff *et al.* assessed the validity of FFQ instruments in estimating the intake of N-nitroso compounds (Stuff *et al.* 2009). The investigators compared FFQ-based N-nitroso compound intake to the intake based on detailed 7-day food records (the gold standard in the field for assessing validity in nutritional epidemiology [Willett and Lenart 2013]). The study showed that "[c]rude and energy-adjusted N-nitroso compounds intakes were significantly higher in the FFQ than the 7-day food records." For NDMA specifically, there was a sizable and statistically significant difference in estimates based on 7-day food records (median 545 ng of

NDMA) and estimates based on FFQ (median 1,038 ng of NDMA). The results of this study further undermine the reliability of FFQs in accurately estimating dietary NDMA exposure.

Second, most dietary NDMA studies do not assess diet beyond a single baseline assessment. Thus, they assume that participants' dietary habits do not change substantially over the years that it takes to develop different types of cancers.

Third, these studies rely on estimated content of NDMA in different food types. Thus, they assume that levels of NDMA content are accurately estimated for each food item on the FFQ and that NDMA content in food does not change over time, with geographical location, or with cooking method. These are all highly questionable assumptions. Hence, estimating NDMA dietary intake can be very challenging, as pointed out by many study authors:

- Keszei *et al.* 2013: "It is difficult, however, to estimate the N-nitrosodimethylamine intake of individuals based on questionnaire and published data on N-nitrosodimethylamine contents of food. The nitrosamine contents of food vary across countries and over time, because of changes in methods of food processing, and available data are limited for some food items."

- Jakzyn *et al.* 2006: "The limitations of assigning values of NDMA to foods based on published reports include the limited availability of data of these compounds in some food items, and the variation of levels found in similar items across countries."

- Pobel *et al.* 1995: "Assessing individual exposure to nitrate, nitrite, and nitrosamine through diet is extremely complex, as the concentrations found in different food samples can vary considerably depending, for example, on how much fertilizer has been used, and the duration and condition of storage and cooking methods."

- Knekt *et al.* 1999: "It is difficult to calculate the nitrosamine intake at an individual level for several reasons. The nitrosamine content of foods is greatly affected by environmental factors, and widely variable concentrations have been detected in the same types of food."

These methodological challenges of accurately capturing NDMA exposure must be acknowledged when evaluating dietary NDMA studies as this may bias the results. As described by the STrengthening the Reporting of OBservational studies in Epidemiology (STROBE) guidelines on Nutritional Epidemiology (STROBE-nut), "[i]nformation biases of specific


Contains Confidential Information – Subject to Protective Order

relevance in nutritional epidemiology are systematic errors during data collection (measurements of diet and covariates) that lead to wrong conclusions about dietary intakes or diet-outcome associations" (Hornell *et al.* 2017). As discussed previously, this type of bias is often referred to as "misclassification bias" and can be categorized as differential or nondifferential. Differential misclassification bias, also called recall bias, occurs when recall/misclassification differs according to outcome status. This is common in case-control studies as FFQs are completed after outcome status is known, where cases (study participants with cancer) are more likely to recall potentially harmful exposures than controls, resulting in spurious increased risks. Nondifferential misclassification bias is more common in cohort studies since FFQs are completed prospectively before the cancer outcome is known. Nondifferential misclassification bias can bias the results in either direction, but "with polychotomous categorization (e.g., quintiles), which is common for dietary exposures, there is a danger that bias away from the null will appear (i.e., nonexistent associations are created)" (Hornell *et al.* 2017). Unlike many other types of epidemiological studies that analyze exposure on a dichotomous scale (*i.e.,* ever exposed vs. never exposed), dietary studies often assess exposures using polychotomous categorization (*e.g.,* tertiles, quartiles, or quintiles) since most individuals are exposed to the dietary component on some level. Therefore, individuals with higher levels of exposure (*e.g.,* tertile 2 and tertile 3) are compared to individuals with lower levels of exposure (*e.g.,* tertile 1).

As discussed previously, another important limitation of case-control studies is selection bias. This occurs when the control population is not representative of the underlying population that gives rise to the cases because of the sampling procedure used (*e.g.,* identifying cases and controls using different methods/populations or excluding certain characteristics in control


Contains Confidential Information – Subject to Protective Order

subjects) or due to differential participation between cases and controls (*e.g.,* controls that are more health conscious may be more likely to participate).

For these reasons, in nutritional epidemiology, it is generally accepted that case-control studies are ranked below cohort studies in the overall hierarchy of scientific evidence (McCullough and Willett 2018; WCRF/AICR 2018). The World Cancer Research Fund/American Institute for Cancer Research (WCRF/AICR) Expert Report on "Diet, Nutrition, Physical Activity and Cancer," an authoritative and up-to-date source of scientific research on diet and cancer outcomes, describes "[t]he hierarchy of epidemiological evidence places cohort studies above case-control studies" (WCRF/AICR 2018). They further state that "[b]ecause case-control studies are particularly prone to recall (and other) bias, they were not routinely reviewed. However, if there were no or very few RCTs or cohort studies, they were included." In fact, there are numerous well-known examples where diet-cancer associations initially observed in several case-control studies were not replicated in RCTs and cohort studies. One example is the positive association observed between dietary fat and breast cancer in numerous case-control studies that was not found in subsequent large cohort studies or RCTs (McCullough and Willett 2018). Another example is the inverse association observed between fruit intake and some subtypes of colorectal cancer found in case-control studies but not cohort studies (Hidaka *et al.* 2020).

Additionally, in all observational studies, the investigators need to adequately control for potential confounders of the NDMA-cancer associations. The diet is a complex exposure comprised of thousands of nutrient and non-nutrient components and only a small fraction of these dietary components is captured in FFQs. Furthermore, it is very difficult to isolate and disentangle the effects of a single dietary component, particularly as many dietary components cluster together within certain food groups. For example, processed meats high in NDMA are also high in certain


Contains Confidential Information – Subject to Protective Order

macronutrients (*e.g.,* fat, protein), micronutrients (*e.g.,* heme iron), cholesterol, nitrite, and salt which may have putative associations with cancer. On top of the many dietary components in each food item, food items tend to be consumed in specific combinations which may underlie an observed association with a disease outcome. For example, individuals tend to eat processed meats in combination with baked goods such as white sandwich bread which may induce a high glycemic load that is associated with cancers such as tumors of the pancreas (Michaud *et al.* 2002). Moreover, cooking methods must be considered because heterocyclic amines and polycyclic aromatic hydrocarbons can form when meat and fish are cooked at high temperatures. In order to adequately control for other dietary components that may confound the NDMA-cancer associations, they too must be accurately measured. Therefore, even if they are included in the multivariable model, imprecise measurement of potential confounders can bias the results; the direction and magnitude of this bias varies. Individuals who consume more processed meats may in general have unhealthier behaviors – *e.g.,* consume less fruits and vegetables, drink more alcohol, have higher caloric intake and BMI, etc. – that may also confound NDMA-cancer associations if not adequately measured and controlled. Finally, nutritional epidemiology studies typically evaluate numerous types and levels of dietary exposures (and often many different outcomes), thereby increasing the likelihood of observing statistically significant results by chance alone.

**2. Studies of Dietary NDMA and Cancer Outcomes.**

**(i) Dietary NDMA and Gastric Cancer.**

Twelve studies and one meta-analysis assessed the association between dietary NDMA intake and risk of gastric cancer.


Contains Confidential Information – Subject to Protective Order

Risch *et al.* 1985 was a Canadian case-control (246 cases/ 246 controls) study of diet and incidence of stomach cancer. In analyses controlling for total food consumption and ethnicity, dietary NDMA consumption (per 10 μg/day) was not associated with an increased risk of gastric cancer (aOR 0.94, 95% CI, 0.14-6.13).

Chyou *et al.* 1990 was a case-cohort study of 8,006 Hawaiian men of Japanese ancestry born between 1900-1919, with follow-up of up to 18 years. In analyses comparing 111 incident stomach cancer cases to 361 non-cases, and adjusted for age, there was no association between mean daily dietary NDMA intake and gastric cancer (0.8 μg/day in cases vs. 0.6 μg/day in non-cases; p=0.10).

La Vecchia *et al.* 1995 was a hospital-based case-control study from Northern Italy. The study included 746 gastric cancer cases and 2,053 controls admitted to the hospital for acute diseases unrelated to the digestive tract or diet. The investigators adjusted for age, sex, education, family history of gastric cancer, combined food score index, intake of β-carotene, vitamin C and total calories, and nitrite and nitrate intake. The investigators reported a statistically significant increased risk between the highest tertile of NDMA exposure and gastric cancer (aOR 1.37, 95% CI, 1.1-1.7). When stratified by sex and age, statistically significant associations were observed only among men and study participants <60 years old. This study suffers from potential selection bias, recall bias, and residual confounding (for example, there was no attempt to control for *H. pylori*, BMI, smoking, alcohol, or heterocyclic amines). The investigators acknowledged that their structured questionnaire "was not validated, and the information on NDMA content was available only for a limited number of foods." The investigators concluded that "limitations of exposure assessment and absence of information on other N-nitrosamines preclude… any definite assessment of the possible role of exogenous N-nitrosamines in gastric carcinogenesis."


Contains Confidential Information – Subject to Protective Order

Pobel *et al.* 1995 was a hospital-based case-control study from France. The study was very small, with only 92 gastric cancer cases and 128 controls. Notably, controls are described as "subjects undergoing functional re-education for trauma or injuries in two specialized medical centers," which suggests that they likely had very different characteristics from the cases (identified in departments of gastroenterological surgery). In analyses that adjusted for age, sex, occupation and total caloric intake, the investigators reported a statistically significant association between the highest tertile of dietary NDMA intake and gastric cancer (aOR 7.00, 95% CI, 1.85–26.46). This study is also limited by its small sample size; additionally, similar to La Vecchia *et al.* 1995, the reported associations may be the product of selection bias, recall bias, and/or residual confounding due to a lack of control for *H. pylori*, family history of gastric cancer, BMI, smoking, alcohol, or heterocyclic amines among other cancer risk factors.

De Stefani *et al.* 1998 was a hospital-based, case-control study from Uruguay. The study included 340 gastric cancer cases and 698 controls with conditions not related to the digestive tract, nutritional disorders, tobacco, or alcohol consumption. Analyses were adjusted for age, sex, residence, urban/rural status, duration of tobacco use, total alcohol consumption, and "mate" drinking. The investigators reported an association between dietary NDMA and gastric cancer (highest category of exposure: aOR 3.62, 95% CI, 2.38–5.51; n=111). A similar association with heterocyclic amines was also reported (highest category of exposure: aOR 3.86, 95% CI, 2.34-6.37). Analyses in which there was mutual adjustment for heterocyclic amines and NDMA were not performed. Thus, it is not possible to disentangle potential effects mediated by the individual factors. The investigators did not adjust for *H. pylori*, BMI, or total caloric intake; as with all hospital-based case-control studies, recall and selection bias are also a concern. Selection bias is of particular concern in this study as controls were specifically selected to not have certain gastric


Contains Confidential Information – Subject to Protective Order

cancer risk factors including conditions related to the digestive tract, nutritional disorders, tobacco, or alcohol consumption.

De Stefani *et al.* 2001 was a follow-up hospital-based case-control study by the authors of De Stefani *et al.* 1998. Recognizing that their earlier study results may have been confounded by failure to control for total energy intake and other variables, the authors conducted this follow-up study of 123 gastric cancer cases and 282 controls, this time additionally adjusting for total energy, protein, and fat intake. In fully adjusted models, there was no statistically significant association between dietary NDMA intake and gastric cancer, even in the highest tertile of NDMA intake of >2.6 µg/day (>2,600 ng/day; aOR 1.5, 95% CI, 0.9-2.8). Also, notably, ORs attenuated markedly with adjustment for total energy, protein, and fat intake, demonstrating that these are important confounders that need to be controlled in analyses of dietary NDMA and gastric cancer.

Knekt *et al.* 1999 was a Finnish prospective cohort study of 9,985 participants with a follow-up period of up to 24 years. In analyses adjusted for sex, age, municipality, smoking, and energy intake, the investigators reported no association between dietary NDMA intake and gastric cancer (highest intake quartile: aOR 0.75, 95% CI, 0.37-1.51). The analysis was limited by inability to adjust for important confounders, such as BMI and *H. pylori.*

Palli *et al.* 2001 was a population-based case-control study from central Italy. The study included 382 gastric cancer cases and 561 controls. ORs were adjusted for age, sex, social class, family history of gastric cancer, area of residence, BMI, total energy, and tertiles of the residuals of each nutrient of interest. There was no association between dietary NDMA intake and gastric cancer (highest intake tertile: aOR 1.1, 95% CI, 0.8–1.5).

Larsson *et al.* 2006 was a prospective population-based study of 61,433 Swedish women. Over a follow-up period of 18 years, 156 incident cases of gastric cancer were ascertained. In


Contains Confidential Information – Subject to Protective Order

analyses adjusted for age, education, BMI, and intakes of total energy, alcohol, fruits and vegetables, the investigators reported a statistically significant association between the highest quintile of dietary NDMA consumption and gastric cancer (aHR 1.96, 95% CI, 1.08–3.58; n=31). This study's NDMA analysis is limited by a relatively small number of cases, as well as failure to adjust for *H. pylori*, family history of gastric cancer, smoking, and heterocyclic amines. The authors acknowledged their results may be due to residual confounding, stating they "cannot rule out the possibility that an unevaluated risk factor for stomach cancer and that is correlated with processed meat consumption have had some effects on our results."

Jakszyn *et al.* 2006 was a prospective cohort study of 521,457 participants from 10 European countries in the European Prospective Investigation into Cancer and Nutrition (EPIC) study. The EPIC study is one of the largest and most well-conducted cohort studies in the world designed to investigate the relationship between diet and cancer. Over an average of 6.6 years of follow-up, 314 incident cases of gastric adenocarcinoma were identified. The study evaluated the risk of gastric cancer with exogenous exposure to dietary NDMA and endogenous exposure to N-nitroso compounds (NOCs) and stated that average exposure to dietary NDMA was <1 µg (<1,000 ng) compared with 93 µg (93,000 ng) from endogenous NOCs.[6] Analyses were stratified by study center and age; risk estimates were adjusted for sex, height, weight, education level, tobacco smoking, cigarette smoking intensity, work and leisure physical activity, citrus and non-citrus fruits intake, vegetables intake, energy intake and nitrites. Dietary NDMA exposure was not associated with gastric cancer when assessed based upon tertile categories of exposure (highest

[6] N-nitroso compounds are a broad group of compounds consisting of nitrosamines (*e.g.,* the group NDMA belongs to) and nitrosamides. As described by the authors, NDMA "represents a small fraction of total NOC exposure." In this study, an index of endogenous NOC formation was estimated using data of the iron content from meat intake and fecal apparent total NOC formation according to previous published studies. Similar to combining all medications from a drug class into one group, analysis of a combined estimate on all N-nitroso compounds is problematic as it inhibits disentangling the effects of single compounds within the group.


Contains Confidential Information – Subject to Protective Order

tertile: aHR 0.99, 95% CI, 0.69–1.41) and when modeled as a continuous variable for an increment of 1 μg/day of NDMA (aHR 1.00, 95% CI, 0.70–1.43). No associations were observed when stratified by cardia vs. non-cardia gastric cancer subtypes. By contrast, a statistically significant increased risk was observed for endogenous exposure to NOCs and non-cardia gastric cancer, although no association for cardia gastric cancer was found. However, stratification by *H. pylori* infection (which was not included in the multivariable-adjusted model), showed the association between endogenous NOCs and non-cardia gastric cancer only persisted in *H. pylori* infected subjects (aOR 1.82, 95% CI, 1.32–2.51) and the association was in a non-significant decreased direction in uninfected subjects (aOR 0.15, 95% CI, 0.01–4.06). Furthermore, of the 123 non-cardia gastric cancer cases with available *H. pylori* antibody information, 111 (90%) had a positive history of *H. pylori.* This study compellingly demonstrates the large confounding effect *H. pylori* may have on the association between nitrosamines and gastric cancer risk and the misleading associations that may be observed if *H. pylori* is not accounted for. The authors wrote: "[i]n conclusion, we have found a significant increase of non-cardia cancer risk associated with endogenous exposure to NOCs but not with pre-formed NDMA intake.... the effect of ENOC is only observed in non-cardia cancer and is restricted to [*H. pylori*] infected individuals."

Loh *et al.* 2011 was a prospective cohort study of 23,363 UK participants of the European Prospective Investigation into Cancer and Nutrition (EPIC) study. There were 3,268 total incident cancer cases after a mean follow-up of 11.4 years. In analyses adjusted for age, sex, BMI, cigarette smoking status, alcohol intake, energy intake, physical activity status, educational level, and menopausal status (in women), there was no statistically significant association between dietary NDMA intake and gastric cancer (aHR 1.13, 95% CI, 0.81-1.57; n=64). They similarly found no association between endogenous NOCs and gastric cancer. The analysis was limited by failure to


Contains Confidential Information – Subject to Protective Order

adjust for *H. pylori* (which the authors acknowledge to be "an important risk factor for gastric cancer") and heterocyclic amines.

Keszei *et al.* 2013 was a prospective cohort study of 120,852 participants of the Netherlands Cohort Study, that examined the association between dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes. A case-cohort analysis was performed on a sub-cohort of 5,000 participants, in which 924 incident gastric and esophageal cancers were identified over a follow-up period of 16.3 years. Multivariate analyses adjusted for age, smoking status, years of cigarette smoking, number of cigarettes smoked per day, total energy intake, BMI, alcoholic beverages not including beer, vegetable intake, fruit intake, level of education, and nonoccupational physical activity. Multivariate analyses of esophageal adenocarcinoma additionally adjusted for use of lower esophageal sphincter-relaxing medications. For gastric cardia adenocarcinoma, there were no statistically significant associations between dietary NDMA intake, irrespective of sex or whether NDMA intake was modeled as a categorical or continuous variable. For gastric non-cardia adenocarcinoma, there were no statistically significant associations among women (highest tertile: aHR 0.90, 95% CI, 0.58–1.42; continuous variable: aHR 0.74, 95% CI, 0.51-1.06). Among men, there were no statistically significant associations based on tertiles of NDMA intake (highest tertile: aHR 1.31 (0.95–1.81); p-trend=0.09); however, when NDMA was modeled as a continuous variable, there was a small statistically significant increased risk (0.1 μg/day increment: aHR 1.06, 95% CI, 1.01-1.10). Given the lack of biological plausibility for NDMA's differential effect on men vs. women and cardia vs. non-cardia gastric adenocarcinoma, the observed significant association with NDMA modeled as a continuous variable is most likely artefactual. As discussed by the authors, "[t]he lack of information on cooking methods and *Helicobacter pylori* infection status were also limitations of


Contains Confidential Information – Subject to Protective Order

our study", particularly as they "estimate[d] that about half of our study population could have been infected."

Song *et al.* 2015 meta-analyzed studies on dietary NDMA intake and gastric cancer. For cohort studies, the authors reported no statistically significant associations (pooled RR 1.09, 95% CI, 0.89-1.33; $I^2$ 18.9%). For case-control studies, the authors reported a statistically significant increased risk (pooled RR 2.05, 95% CI, 1.14-3.67; $I^2$ 88.6%). Furthermore, when stratified by type of case-control study, there was an association for hospital-based (pooled RR 2.81, 95% CI, 1.16–6.80; $I^2$ 90.3%), but not population-based (RR 1.10, 95% CI, 0.80–1.50; n=1), case-control studies. When cohort and case-control studies were combined, there was a statistically significant increased risk (pooled RR 1.34, 95% CI, 1.02-1.76; $I^2$ 75.8%).

The meta-analysis of case-control studies suffers from a number of important limitations. First, there was substantial, statistically significant heterogeneity in this analysis (88.6%), as well as in the analysis of all studies combined (75.8%). This level of heterogeneity undermines our confidence in the reliability of the pooled estimates. Second, the investigators failed to include two additional case-control studies (Risch *et al.* 1985 and De Stefani *et al*. 2001), both of which found no association between dietary NDMA and gastric cancer. The authors included the Risch *et al.* 1985 study in the assessment of nitrites and nitrates but did not explain why it was excluded from the NDMA analysis. Third, De Stefani *et al*. 2001 should have been included in place of De Stefani *et al*. 1998 since the authors recognized that the results of their earlier study were likely confounded. Furthermore, the authors conceded that "De Stefani *et al*. [1998] influenced the overall pooled estimates for the association between NDMA intake and gastric cancer. After this study was removed, the overall RR was 1.18 (95% CI, 0.97–1.43), with moderate heterogeneity ($I^2$ = 46.7%, p = 0.050)." Fourth, a meta-analysis is only as good as the studies that are included

within that meta-analysis. Since the case-control studies were susceptible to spurious increased risks from recall and selection bias, these biases were subsequently carried forward in the meta-analyzed results. This is also true for residual confounding for both study type designs since, as the authors acknowledge, "*Helicobacter pylori* infection is a well-known risk factor for the development of distal gastric cancer", but none of the included studies on NDMA controlled for *H. pylori*.

The meta-analysis of cohort studies has substantially less heterogeneity ($I^2$ 18.9%), lending somewhat more credence to its results. Overall, the authors concluded "[c]onsidering the limitations and confounding factors, we could not absolutely confirm the reliability of these findings. More well-designed large prospective studies are needed to help us understand these substances in the etiology of gastric cancer."

In summary, because of the significant limitations of this meta-analysis, and given that I already reviewed all the individual underlying studies, this meta-analysis did not contribute to my overall opinions regarding dietary NDMA and gastric cancer. Based on my review of the literature, there is no consistent or convincing evidence that dietary consumption of NDMA increases the risk of gastric cancer.

**(ii) Dietary NDMA and Esophageal Cancer.**

Two case-control and two cohort studies have assessed the association between dietary NDMA and esophageal cancer.

Rogers *et al.* 1995 was a population-based case-control study from Western Washington state that examined the association between dietary NDMA and the risk of upper aerodigestive tract cancer. The study included 645 cases of newly diagnosed upper aerodigestive tract cancer (169 laryngeal, 125 esophageal, and 351 oral cavity) and 458 controls without a history of cancer.


Contains Confidential Information – Subject to Protective Order

Participants completed a FFQ indicating their usual dietary habits in the 10 years prior to the interview. In analyses adjusted for age, gender, pack-years of cigarettes, drink-years of alcohol, energy intake, ascorbic intake, BMI, and level of education, there was no statistically significant association between esophageal cancer and dietary NDMA intake (highest tertile: aOR 1.86, 95% CI, 0.87-3.95; n=52), nor was there a significant dose-response relationship (p-trend=0.063). In a sensitivity analysis of dietary NDMA and esophageal cancer, stratifying results based on high vs. low ascorbic acid intake, there was a statistically significant increased risk among those with a low ascorbic acid intake (highest tertile: aOR 2.96; p<0.05). However, there were no associations in other sensitivity analyses, including among individuals that drank tea or had a history of canker sores. The observed statistically significant association in the ascorbic acid sensitivity analysis is hypothesis-generating at best and I am not aware that it has been replicated in any other study. It is more likely a product of chance (multiple comparisons), bias (recall and selection), and/or residual confounding.

Loh *et al.* 2011, the EPIC cohort described above, reported no statistically significant association between NDMA intake and esophageal cancer (aHR 1.13, 95% CI, 0.77-1.68; n=55).

De Stefani *et al.* 2012 was a hospital-based case-control study from Uruguay. The study included 234 cases of newly diagnosed esophageal squamous cell carcinoma (ESCC) and 2,020 controls with conditions not related to tobacco smoking or alcohol drinking and without recent changes to their diets. Participants completed a FFQ to estimate their usual diet in the 5 years preceding the interview. In analyses adjusted for age, gender, residence, education, BMI, smoking, alcohol drinking, maté consumption, total energy intake, total vegetables and fruits, total grains, nonmeat fatty foods, and different types of meat, the investigators reported a statistically significantly increased risk between dietary NDMA and ESCC (highest tertile of exposure: aOR


Contains Confidential Information – Subject to Protective Order

3.28, 95% CI, 2.12-5.07). Like all case-control studies, this study is limited by potential recall and selection bias. Selection bias is of particular concern as control individuals were specifically selected so as not to have conditions related to smoking and alcohol, two of the strongest risk factors for ESCC. The NDMA analysis is also limited by inability to control for heterocyclic amines (notably, the authors reported a statistically significant association between heterocyclic amines and ESCC) and potential residual confounding by alcohol use (which is associated with both NDMA intake and ESCC). The population (lower income Uruguay) is also not generalizable to the U.S., especially since there is a high prevalence of hot maté consumption, which is a risk factor for ESCC that is not prevalent in the U.S.

Keszei *et al.* 2013, described above, was a case-cohort study from the Netherlands; over a follow-up period of 16.3 years, 110 esophageal squamous cell carcinomas (ESCC) and 151 esophageal adenocarcinomas were identified. The investigators reported no association between dietary NDMA intake and esophageal adenocarcinoma in men or women, and irrespective of whether NDMA exposure was modeled as a categorical or continuous variable. For ESCC, the investigators reported a statistically significant association among men when NDMA was modeled as a categorical variable (highest tertile: aHR 2.43, 95% CI, 1.13-5.23; n=29), as well as when NDMA was modeled as a continuous variable (0.1 μg/day increment: aHR 1.15, 95% CI, 1.05-1.25). By contrast, among women, there was no statistically significant association between ESCC and NDMA when modeled as a categorical variable (highest tertile: aHR 1.21, 95% CI, 0.56-2.62; n=21), but there was a statistically significant association when NDMA was modeled as a continuous variable (aHR 1.34, 95% CI, 1.04-1.71). A combined analysis of men and women showed a statistically significant association for ESCC (highest tertile: aHR 1.76, 95% CI, 1.07-2.90). The differential risk between ESCC and esophageal adenocarcinoma is inconsistent with


Contains Confidential Information – Subject to Protective Order

Plaintiffs' experts' proposition that NDMA causes all types of esophageal cancer. Rather the observed association with ESCC, but not esophageal adenocarcinoma, is more likely to be a result of residual confounding of NDMA intake by lifestyle, particularly by alcohol use, which is more strongly associated with ESCC than esophageal adenocarcinoma.

**(iii) Dietary NDMA and Pancreatic Cancer.**

Zheng *et al.* 2019 was a hospital-based case-control study from Texas that investigated the association between dietary NOCs and pancreatic cancer. The study included 957 cases of pathologically confirmed pancreatic ductal adenocarcinoma (recruited from the Gastrointestinal Cancer Center at the University of Texas MD Anderson Cancer Center) and 938 controls (cancer-free individuals recruited from friends and unrelated family members of patients diagnosed with cancers other than pancreatic, lung, or head and neck cancer). In analyses adjusted for total calories, age group, sex, race, education level, BMI status, alcohol level, history of diabetes, smoking status, and family history of pancreatic cancer, the investigators reported no association between overall dietary NDMA and pancreatic cancer risk (highest quartile: aOR 1.03, 95% CI, 0.78–1.37; n=249). In sensitivity analyses, stratified by source of dietary NDMA intake, there was a statistically significant association for NDMA from plant sources (highest quartile: aOR 1.93, 95% CI, 1.42–2.61), but not for NDMA from animal sources (highest quartile: aOR 1.17, 95% CI, 0.89–1.54). The findings of this sensitivity analysis are exploratory and have not been replicated by other researchers.

Additionally, if there was a true association between dietary NDMA and pancreatic cancer and a differential effect based on the underlying source of dietary NDMA was observed, the increased risk would *a priori* be expected with animal sources since they contained substantially higher levels of NDMA compared to plant sources. The mean NDMA intake in the four quartiles

(Q1-Q4) from plant sources was 0.04, 0.06, 0.08, and 0.12 μg per 1000 kcal/day, respectively. The mean NDMA intake in the four quartiles (Q1-Q4) from animal sources was 0.18, 0.33, 0.43, and 0.74 μg per 1000 kcal/day, respectively. Thus, the lowest quartile of NDMA intake from animal sources (Q1; 0.18 μg/1000 kcal/day) contained more average NDMA than the highest quartile of NDMA intake from plant sources (Q4; 0.12 μg/1000 kcal/day) and the average NDMA intake in the highest quartiles was six times greater from animal sources vs. plant sources (0.74 vs. 0.12 μg/1000 kcal/day). There is no biologically plausible reason why the *lower* NDMA levels in plant-based foods, but not *higher* NDMA levels in animal-based foods, would be associated with pancreatic cancer risk. Instead, these results are likely a product of chance as over 100 statistical tests were conducted. Finally, the study results are also limited by potential recall and selection biases. The authors concluded "these findings need to be confirmed in readily available large, prospective cohort studies with consideration of sufficient time between diet assessment to disease diagnosis or symptoms and diagnosis."

**(iv) Dietary NDMA and Liver Cancer.**

Zheng *et al.* 2021 was a hospital-based case-control study from Texas that investigated the association between dietary NOCs and hepatocellular carcinoma (HCC), the most common type of liver cancer. The study included 827 HCC cases and 1,013 controls. In analyses adjusted for age, total calorie, sex, race, education level, BMI status, alcohol level, history of diabetes and duration combined, smoking status and dose combined, family history of liver cancer, and hepatitis C and B virus status, the investigators reported no association between dietary NDMA and HCC (highest quartile: aOR 0.80, 95% CI, 0.53-1.21). When stratified by source of NDMA, there was no significant association with NDMA from animal sources (highest quartile: aOR 1.26, 95% CI, 0.83-1.91), but there was a statistically significantly increased risk with NDMA from plant sources


Contains Confidential Information – Subject to Protective Order

(highest quartile: aOR 1.54, 95% CI, 1.01-2.34). In sensitivity analyses focused on noncirrhotic HCC and a different version of the FFQ, no significant associations with NDMA (overall or from plant or animal sources) were reported.

Notably, the study methods were similar to Zheng *et al.* 2019, which focused on pancreatic cancer and similarly observed an association only with NDMA from plant sources. As noted previously, there is no biologically plausible reason for a differential effect based on the underlying source of dietary NDMA, particularly given Zheng 2019's finding that animal sources have, on average, six times more NDMA than plant sources. The authors hypothesized that cases with symptomatic chronic liver diseases before HCC diagnosis may have changed their dietary habits to lower their meat intake (a similar hypothesis was suggested in the Zheng *et al.* 2019 study). However, it is then equally likely that these cases would compensate by increasing their intake of plant-based food sources, which may explain the observed associations with NOCs from plant sources. This also describes a fundamental bias of dietary case-control studies as FFQs completed retrospectively for dietary intake in the year prior to cancer diagnosis (when the patient likely has undiagnosed cancer) may not accurately reflect a patient's usual diet during the putative period of risk for cancer. In contrast, bias is minimized in prospective cohort studies since participants complete the FFQ prior to developing cancer. Additionally, 70 comparisons were performed in the main analyses, raising the likelihood of a Type I error and chance findings. Indeed, the investigators reported a number of statistically significant decreased risks with total NOCs, other NOCs, and NOC-containing foods, which are similarly not biologically plausible. Finally, the study results are also limited by potential recall and selection biases.


Contains Confidential Information – Subject to Protective Order

**(v) Dietary NDMA and Bladder Cancer.**

One cohort and one case-control study assessed the association between dietary NDMA intake and bladder cancer.

Jakszyn *et al.* 2011 was a prospective cohort study that assessed the association between red meat consumption, dietary nitrosamines, and heme iron and risk of bladder cancer among 481,419 participants from 10 European countries in the European Prospective Investigation into Cancer and Nutrition (EPIC) study. After a mean follow-up of 8.7 years, 1,001 participants were diagnosed with bladder cancer. Analyses were stratified by age at recruitment, sex, and center, and adjusted for educational level, BMI, smoking status, lifetime intensity of smoking, time since quitting or duration of smoking, and total energy intake. The authors reported no statistically significant associations between NDMA consumption and risk of bladder cancer in analyses based on quartiles of exposure (highest quartile of exposure: aHR 1.12, 95% CI, 0.88-1.44; n=420) or when NDMA was modeled as a continuous variable (aHR 0.98, 95% CI, 0.92–1.05; n=1001). The results did not vary in analyses stratified by smoking status, sex, risk of progression, or occupational exposure risk. The authors concluded that "[o]ur findings do not support an effect of… nitrosamines (endogenous or exogenous)… on bladder cancer risk."

Ronco *et al.* 2014 was a hospital-based case-control study of meat / animal product consumption and bladder cancer among Uruguayan men. 225 bladder cancer cases were compared to 1,510 hospitalized controls with non-neoplastic conditions not related to smoking and alcohol drinking. In multivariate analyses (adjusted for age, residence, education, body mass index, smoking, alcohol drinking, mate consumption, total energy, and total vegetables and fruits intakes), investigators reported a statistically significant association between higher dietary NDMA intake and risk of bladder cancer (highest tertile: aOR 2.14, 95% CI, 1.43-3.18). However,


Contains Confidential Information – Subject to Protective Order

the FFQ used was not validated and no details are provided regarding how dietary NDMA values were estimated. As described by the authors, "[s]election bias and recall bias are the major limitations… which could lead to erroneous estimates." With respect to selection bias, the controls were likely to be healthier than the cases and were significantly less likely to smoke ($p<0.01$), probably due to the selection criteria to exclude controls with smoking-related conditions. Since smoking is the primary cause of bladder cancer, contributing to approximately 50% of bladder cancer cases (Islami *et al.* 2018; Silverman *et al.* 2018), having a group of cases and controls that significantly differ by smoking status, even when adjusting for smoking, can introduce considerable residual confounding. The study's findings must also be viewed in the context of the number of comparisons performed. Indeed, the authors reported a number of biologically implausible statistically significant increased risks with exposures such as whole milk, boiled eggs, fried eggs, and total eggs, and statistically significant decreased risks with cheese. The association between "total eggs" and bladder cancer was almost twice as strong as the association between dietary NDMA and bladder cancer. Similarly, there was a statistically significant association with boiled meat, but not with fried meat – again, a biologically implausible result. Furthermore, many of the statistically significant associations were attenuated in models adjusting for additional food groups, although this analysis was not presented for NDMA. For each of these reasons, this study does not provide reliable evidence that dietary NDMA increases the risk of bladder cancer and I did not rely on it for my opinion.

### 3. Summary and Conclusions Regarding Dietary NDMA Studies.

In summary, there is no consistent or convincing evidence that dietary consumption of NDMA increases the risk of cancers of the stomach, esophagus, pancreas, liver, or bladder. Although some statistically significant associations have been reported, most have been reported


Contains Confidential Information – Subject to Protective Order

in case-control studies that are highly susceptible to recall bias. Individuals already diagnosed with cancer may be more likely to recall past exposures to unhealthy foods that are coincidentally high in NDMA (*e.g.,* processed/red meat, cheese, beer) compared to healthy controls. Another concern in case-control studies is selection bias; in many of the studies of dietary NDMA and cancer outcomes, the control population is not representative of the underlying population that gave rise to the cases and likely represents a considerably healthier population. This is particularly the case for the case-control studies conducted in Uruguay in which the control population was specifically limited to individuals without conditions related to smoking, alcohol drinking, and diet, which are risk factors for cancer (De Stefani *et al.* 1998; De Stefani *et al.* 2012; Ronco *et al.* 2014). For these reasons, it is generally accepted in nutritional epidemiology that case-control studies are ranked below cohort studies in the overall hierarchy of scientific evidence (McCullough and Willett 2018; WCRF/AICR 2018). Additionally, as discussed above, all studies of dietary NDMA and cancer outcomes are highly prone to misclassification of exposure. Furthermore, these studies typically evaluate a variety of different dietary exposures, in addition to NDMA, increasing the likelihood of observing statistically significant results by chance alone. Finally, confounding is a particular concern in nutritional epidemiology given the complexity and interplay of the various dietary components. For example, as discussed above, De Stefani *et al.* 1998 reported a statistically significant association between dietary NDMA and gastric cancer. In a subsequent study (De Stefani *et al.* 2001), the same investigators additionally adjusted for other potential confounders (total energy intake and intake of proteins and total fat) and reported no statistically significant association.

For each of these reasons, the extant scientific evidence does not support a causal association between dietary NDMA intake and any of the five individual cancers alleged by


Contains Confidential Information – Subject to Protective Order

Plaintiffs. My opinion is consistent with the conclusions from the World Cancer Research Fund/American Institute for Cancer Research Third Expert Report on "Diet, Nutrition, Physical Activity and Cancer: a Global Perspective" (WCRF/AICR 2018). This authoritative, independent expert panel applies causation criteria modified from the Bradford Hill criteria to grade the level of causal evidence between a dietary exposure and a specific cancer type as (1) strong evidence – convincing, (2) strong evidence – probable, (3) limited evidence – suggestive, (4) limited evidence – no conclusion, and (5) strong evidence – substantial effect on risk unlikely. In their review on dietary NDMA and gastric cancer, the WCRF/AICR Panel concluded that the level of evidence was "limited – no conclusion." This category is defined as: "Evidence is so limited that no firm conclusion can be made. This judgement represents an entry level and is intended to allow any exposure for which there are sufficient data to warrant Panel consideration, but where insufficient evidence exists to permit a more definitive grading. This does not necessarily mean a limited quantity of evidence. A body of evidence for a particular exposure might be graded 'limited – no conclusion' for a number of reasons. The evidence may be limited by the amount of evidence in terms of the number of studies available, by inconsistency of direction of effect, by methodological flaws (for example, lack of adjustment for known confounders) or by any combination of these factors." For dietary NDMA and the four other cancer types alleged – esophageal, pancreatic, liver, and bladder – the data was insufficient to even warrant Panel consideration by the WCRF/AICR. Although it is my opinion that studies on dietary exposure to potential precursors of nitrosamines (nitrate and nitrite) or foods with potential NDMA (*e.g.,* processed and red meats) are too far removed and extraneous to consider, given Plaintiffs' experts reliance on this literature, it is notable that the WCRF/AICR does *not* consider dietary nitrate, nitrite, processed meats, or red


Contains Confidential Information – Subject to Protective Order

meats to be causally associated with gastric, esophageal, pancreatic, liver, or bladder cancers (WCRF/AICR 2018).

My opinion is also consistent with the conclusions of U.S. and international regulatory and scientific agencies as no agency has classified NDMA as a known human carcinogen (IARC 1978/1987; NTP 2021; EPA 2017). The International Agency for Research on Cancer (IARC) has judged the evidence supporting NDMA as "probably carcinogenic to humans" (Group 2A), rather than "carcinogenic to humans" (Group 1), since it is based only on experiments which used high doses in animals. The last IARC report that reviewed the evidence on NDMA in humans in 1978 deemed that "no case reports or epidemiological studies were available to the Working group. Available information on occurrence suggests that the general population may be exposed to low levels of N-nitrosodimethylamine" (IARC 1978). The U.S. National Toxicology Program (NTP) in 2021 similarly deemed that NDMA was only "reasonably anticipated to be a human carcinogen" which was "based on sufficient evidence of carcinogenicity from studies in experimental animals" (NTP 2021). Their assessment included a review of the dietary NDMA epidemiological studies, and they concluded that while several studies found statistically significant associations, "the results may have been confounded by exposure to [smoking or alcohol] or other factors, including other nitrosamines in the diet" (NTP 2021). In summary, there was insufficient evidence of carcinogenicity from studies in humans to warrant the NTP classification of "known to be a human carcinogen." Similarly, the U.S. EPA has classified NDMA as a "probable human carcinogen" (Group B2) based on experimental animal studies, and not a "human carcinogen" (Group A) since there is insufficient evidence from human epidemiological studies (EPA 2017).

Lastly, it is inappropriate for Plaintiffs' experts to correlate the estimated NDMA levels associated with statistically significant findings from the dietary NDMA studies to putative levels

estimated to be present in ranitidine products. As described above and by the individual authors of the studies, the NDMA exposure levels in these studies are highly prone to misclassification. Even without the issue of misclassification, the estimated dietary exposure levels are assumed over an individual's lifetime which is not a valid assumption for ranitidine, which is not realistically taken over an entire lifetime. Furthermore, it is not valid to rely on a statistically significant finding that may be a product of chance, bias, and/or confounding, as is the case in these studies. Finally, the totality of the evidence is not consistent or supportive of a causal association between dietary NDMA intake and any of the five cancers alleged. Therefore, it is scientifically improper to selectively rely on only certain studies reporting an increased risk and to then correlate the NDMA levels in those studies to ranitidine, while disregarding studies that find no association.

### C. Occupational NDMA Studies.

#### 1. Hidajat *et al.* 2019.

In addition to the dietary NDMA studies, Plaintiffs' experts also rely on an occupational study of potential NDMA exposure. Hidajat *et al.* 2019 is a cohort study on lifetime exposure to rubber dusts, rubber fumes, and N-nitrosamines and cancer mortality in British rubber industry workers. The study included 36,411 males aged 35+ years employed in the British rubber industry in 1967 and cancer mortality was followed through 2015, at which time there was a 94% total mortality rate in the cohort. The authors applied a 15-year lag period and performed a competing risk survival analysis to model time to death either from specific cancers, a competing event (death by another cause), or censored due to attrition.

The investigators reported statistically significant associations between lifetime cumulative exposure (LCE) to NDMA in the rubber industry and mortality from all malignant neoplasms combined and cancers of the bladder, esophagus, liver, stomach, pancreas, lung, prostate, brain,


Contains Confidential Information – Subject to Protective Order

leukemia, multiple myeloma, and non-Hodgkin's lymphoma; however, for cancers of the esophagus, pancreas, lung, and non-Hodgkin's lymphoma, there was no statistically significant exposure-response relationship. No association was found between NDMA and laryngeal cancer mortality. Furthermore, statistically significant increased risks of cancer mortality (all and specific types) were reported for all of the other rubber industry exposures evaluated in this study – rubber dust, rubber fumes, total N-nitrosamines, and N-nitrosomorpholine (NMor).

There are several substantial limitations of this study, as well as scientifically problematic extrapolations made by Plaintiffs' experts regarding the relevance of this study to ranitidine exposure. First, exposure assessments were based on a number of assumptions. To estimate the NDMA exposure level for different jobs and years in the British rubber industry, a job-exposure matrix was created using historic exposure measurements from a database. For instance, the N-nitrosamine data for this study was primarily based on measurements from a German rubber factory taken between 1983-2001 (Hidajat *et al.* 2019b). Since the annual change in NDMA exposure was up to 6.4% in some departments, a linear extrapolation of time trends assumed to estimate exposure in the earlier (pre-1983) and later (post-2001) years may not be valid. Another major assumption is that the NDMA exposure estimated from the rubber factory in Germany could be extrapolated to the factory in the UK.

Second, even if NDMA exposure was accurately estimated for each job type and for each year, it is unlikely to be accurate for each individual in the study as job information was only available in 1967. Therefore, the authors had to make the unrealistic assumption that all subjects remained in the same factory department throughout their careers and were employed until retirement at age 70, death or emigration. Thus, lifetime cumulative exposure to NDMA was calculated for each subject based on the assumed number of years worked in a specific factory


Contains Confidential Information – Subject to Protective Order

department based on a single point in time in 1967. Each of these assumptions introduce misclassification biases that could alter the results; with polychotomous exposure levels, this bias can often create false associations (Hornell *et al.* 2017).

Third, the study only adjusted for birth year and there was no control for important cancer risk factors, including smoking and other lifestyle factors, medical history, family history, and other occupational exposures.[7] Since smoking data was unavailable, the authors attempted an external adjustment method (Monte Carlo analysis) to estimate the potential impact of not accounting for smoking, and suggested that "smoking was unlikely to be a significant confounding factor." However, this analysis was flawed as they used smoking prevalence data from another cohort of rubber industry workers after 1982. Data on smoking prevalence in the 1980s and later would not be reflective of smoking prevalence in the 1940s-1960s, which was the start of employment for the cohort of rubber industry workers in the Hidajat study. In this earlier time period, smoking rates were much higher and likely responsible for the high proportion of lung cancer cases in this cohort (37% of all cancers), underscoring the critical influence of smoking on cancer mortality in this cohort.

Furthermore, according to IARC, "occupational exposures in the rubber-manufacturing industry are carcinogenic to humans (Group 1)" (IARC 2012b; IARC 2021). Whereas IARC has classified NDMA as probably carcinogenic to humans (Group 2A) based on high doses in animals, several specific chemicals in the rubber industry other than NDMA are classified as Group 1 based on sufficient evidence of carcinogenicity in humans, including many solvents (*e.g.,* benzene) and aromatic amines (*e.g.,* 2-naphthylamine). However, there was no control for these other

[7] Although the methods state "[a]nalyses were adjusted for birth year and LCE (in quartiles) to rubber dust, rubber fumes or N-nitrosamines", Table 2 shows the risk estimates were only adjusted for birth year. Even if there was adjustment for rubber dust, rubber fumes, and N-nitrosamines, there was no adjustment for other occupational rubber industry exposures (*e.g.,* solvents, aromatic amines, and polycyclic aromatic hydrocarbons).


Contains Confidential Information – Subject to Protective Order

occupational exposures in this study, which could have substantially confounded the results. Hidajat and colleagues acknowledged that "[d]ue to the complexity of exposure patterns and the numerous chemicals used in the rubber production process, disentangling exposure-response associations between specific suspected carcinogens and cancer risk in this industry remains difficult." IARC has similarly concluded "that the complexity of occupational exposure in the rubber-manufacturing industry had so far precluded a clear conclusion about an association between increased cancer mortality and incidence and exposure to particular chemicals (except historically well known associations between 2-naphthylamine and bladder cancer, and benzene and leukaemia)" (IARC 2012b).

Fourth, a separate analysis of rubber industry workers from the same UK cohort did not reach conclusions consistent with this study, finding no increased risk of several malignant cancers that were observed in the Hidajat study (McElvenny *et al.* 2018). For instance, McElvenny *et al.* 2018 study found no overall association for malignant cancers of the esophagus, pancreas, and liver in UK rubber industry workers and no association for malignant cancers of the esophagus, stomach, and bladder in rubber industry workers in the curing/vulcanizing department, which is the department with the highest exposure to NDMA (pancreatic and liver cancer were not reported in this latter analysis) (McElvenny *et al.* 2018; Hidajat *et al.* 2019b). These inconsistent results illustrate how susceptible these occupational studies are to potential biases related to the selection of a comparator population (Sorahan 2019 letter).

Finally, the relevance and scientific validity of extrapolating results from an occupational exposure to a medication exposure is highly questionable. It is even more problematic to correlate the NDMA exposure levels associated with statistically significant findings in the Hidajat study to the levels found in ranitidine products due to the substantial issues of misclassification and

confounding. This study is based on lifetime cumulative exposure, whereas ranitidine exposure (and thus potential NDMA exposure from ranitidine) is a less-than-lifetime exposure (the maximum possible duration of ranitidine use in the U.S. is 37 years, with most exposures likely substantially less). Moreover, the effects from continuous, inhaled or cutaneous NDMA exposure are not equivalent to intermittent, oral NDMA exposure as there are complex pharmacokinetic differences when routes of exposure are different.

For each of these reasons, coupled with the fact there are several large, well-conducted studies specifically designed to test the ranitidine and NDMA hypothesis, the Hidajat *et al.* 2019 occupational study did not impact my opinion on the relationship between ranitidine and cancer risk.

## X. OVERALL SUMMARY AND CONCLUSIONS.

After having systematically reviewed the body of epidemiological literature on ranitidine and cancer outcomes, including the five cancer outcomes alleged by Plaintiffs, I have reached the conclusion that this literature does not support a true association, much less a causal relationship. Moreover, given the availability of well-powered, well-designed, and well-conducted studies on ranitidine specifically, there is no basis to evaluate other less relevant data, such as the data on H2 blockers as a group or dietary and occupational NDMA exposure studies. However, given Plaintiffs' experts' reliance on some of these studies, I systematically reviewed the entire relevant body of epidemiological literature on H2 blockers and NDMA exposure (contaminated medication, dietary, and occupational). For the many reasons detailed above, I have concluded that the extant epidemiological literature does not establish a true association between either H2


Contains Confidential Information – Subject to Protective Order

blockers or medication-related/dietary/occupational NDMA exposure and any of the five cancers alleged.

Given the lack of an established association that is not likely to be the product of chance, bias, or confounding, there is no basis to apply the Bradford Hill or other causal criteria. Nevertheless, I have applied the Bradford Hill criteria to each of the five cancers alleged for completeness. As described below, some of the key criteria are not satisfied. For example, any of the reported positive associations have relatively small effect sizes and are neither strong nor consistent from study to study. Moreover, there is no compelling evidence of a dose-response relationship. For all these reasons, there is currently insufficient reliable scientific evidence to conclude that ranitidine is causally associated with gastric, esophageal, pancreatic, liver, or bladder cancers. This conclusion is consistent with the recent review of the epidemiological literature by the FDA, who concluded: "When considering all cancer types, while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk" (Florian *et al.* 2021).

## A. Bradford Hill Analysis for Ranitidine and Gastric Cancer

### 1. Consistency

Consistency relates to whether findings of increased (or decreased) risk are consistent across well-conducted, independent epidemiological studies of different populations and different designs. The nine published studies evaluating the association between ranitidine use and gastric cancer do not provide reliable evidence of a consistent association (Adami *et al.* 2021; Chow *et al.* 1995; Habel *et al.* 2000; Iwagami *et al.* 2021; Kim S. *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021; Liu *et al.* 2020; Yoon *et al.* 2021). Most of these studies found no association between

ranitidine and gastric cancer. Moreover, there are no statistically significant increased risks for gastric cancer in active comparator analyses designed to minimize residual confounding and bias (Adami *et al.* 2021; Habel *et al.* 2000; Iwagami *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021; Yoon *et al.* 2021). Although one study reported a statistically significant increased risk of gastric cancer with ranitidine use in a specific analysis, the association was completely attenuated in lagged analyses that minimized protopathic bias (Liu *et al.* 2020). Another study reported a statistically significant increased risk with gastric and esophageal cancers combined (Habel *et al.* 2000) – a finding that is not informative regarding gastric cancer specifically. In any event, that association too was completely attenuated in lagged analyses that minimized protopathic bias. Furthermore, a greater number of studies reported statistically significant decreased risks of gastric cancer with ranitidine use in certain analyses (Adami *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021). Therefore, the consistency criterion is not satisfied.

**2. Strength of Association**

Strength of association refers to the magnitude of the association observed in epidemiological studies. The inconsistent, statistically significant increased risks reported for ranitidine and gastric cancer in two studies were not strong in magnitude (Habel *et al.* 2000; Liu *et al.* 2020). Furthermore, both associations completely diminished upon further control of protopathic bias and confounding by indication. Weaker associations are often the product of chance, bias, and/or confounding, which was demonstrated in these two studies in subsequent analyses. Additionally, the three studies reporting statistically significant decreased risks of gastric cancer with ranitidine use (Adami *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021) were of similar magnitude to the reported increased risks. Therefore, the strength criterion is not satisfied.


Contains Confidential Information – Subject to Protective Order

### 3. Temporality

Temporality refers to the requirement that the exposure precede the outcome. Issues of temporality may arise in studies that do not account for protopathic bias as ranitidine may be used to treat early symptoms of cancer, such that the medication exposure would come *after*, rather than *before*, the cancer outcome. This issue was particularly prevalent in the gastric cancer studies as demonstrated by the use of various lag periods. Therefore, the temporality criterion may not be satisfied.

### 4. Biological Gradient

Biological gradient refers to dose-response – the observation that as the dose of the exposure (*e.g.,* dosage of the drug, number of prescriptions, or duration of drug use) increases, there is a corresponding increase in the likelihood and/or severity of the outcome at issue. There are no associations between ranitidine and gastric cancer in studies or analyses assessing high exposure (Adami *et al.* 2021) and long-term use (Yoon *et al.* 2021) of ranitidine. Therefore, the biological gradient criterion is not satisfied.

### 5. Plausibility

Plausibility refers to the biological plausibility of the association based on other types of information, such as animal studies, *in vitro* studies, and our understanding of the exposure's mechanism of action. Although biological plausibility can strengthen a potential causal relationship, a hypothetical biologically plausible mechanism can never serve as a foundation for a causal relationship in the absence of reliable and consistent epidemiological evidence. Since there is no reliable, consistent association between ranitidine and gastric cancer, there is no basis to determine if a biological plausible mechanism exists. Nonetheless, Plaintiffs' experts allege that potential NDMA contamination in ranitidine products mediates the association of ranitidine with


Contains Confidential Information – Subject to Protective Order

cancer outcomes. Since 2019, six studies on ranitidine and gastric cancer were specifically designed to test the NDMA hypothesis and none of these studies support an increased risk (Adami *et al.* 2021; Iwagami *et al.* 2021; Kim S. *et al.* 2021; Kim Y. *et al.* 2021; Kumar *et al.* 2021; Yoon *et al.* 2021). Furthermore, the extant epidemiological evidence does not support a causal association between NDMA and gastric cancer, which is consistent with conclusions of scientific and regulatory organizations (WCRF/AICR 2018; NTP 2021).

**6. Analogy**

Analogy refers to similar associations observed between a comparable exposure (*e.g.,* another medication) and the outcome (*e.g.,* specific cancer). Studies examining the association between H2 blockers as a group and gastric cancer demonstrated the same issues of protopathic bias and confounding that were observed in some ranitidine studies that did not optimally control for these sources of error. Additionally, there was also no association between NDMA-contaminated valsartan and gastric cancer (Pottegard *et al.* 2018). Therefore, the analogy criterion is not satisfied.

**7. Coherence**

Coherence refers to the concept that the associations should not conflict with the generally known facts of the natural history and biology of the disease. Sir Bradford Hill gave an example of a temporal rise in lung cancer cases that accompanied the rise in smoking, as well as histopathological evidence from the bronchial epithelium of smokers. I am not aware of any similar evidence for ranitidine and gastric cancer.

**8. Specificity**

Specificity refers to the level of specificity of the outcome in relation to a specific exposure (*e.g.,* asbestos exposure and mesothelioma). Cancer is a heterogeneous disease and it is unlikely


Contains Confidential Information – Subject to Protective Order

that a single drug can cause multiple cancers of different anatomic sites with different etiologies, as Plaintiffs' experts have alleged with ranitidine. Additionally, there are many types of different exposures that cause gastric cancer. The specificity criterion is not satisfied.

#### 9. Experiment

Experiment refers to experimental evidence of the association such as evidence from randomized controlled trials. Consistent with the preponderance of human studies on cancer risk, there are no randomized controlled trials assessing the risk of gastric cancer with ranitidine use.

### B. Bradford Hill Analysis for Ranitidine and Esophageal Cancer

#### 1. Consistency

Consistency relates to whether findings of increased (or decreased) risk are consistent across well-conducted, independent epidemiological studies of different populations and different designs. The five published studies evaluating the association between ranitidine use and esophageal cancer do not provide reliable evidence of a consistent association (Adami *et al.* 2021; Chow *et al.* 1995; Habel *et al.* 2000; Kim Y. *et al.* 2021; Tan *et al.* 2018). Most of these studies found no association between ranitidine and esophageal cancer. One small cohort study with minimal ability to control for confounding reported an initial association between ranitidine and esophageal/gastric cancer (a finding that is not informative with respect to esophageal cancer specifically), which was completely attenuated with control for protopathic bias and confounding by indication (Habel *et al.* 2000). Another study found no overall association between ranitidine use and esophageal cancer, although in subgroup analyses, an increased risk for esophageal adenocarcinoma and a decreased risk for esophageal squamous cell carcinoma was observed (Adami *et al.* 2021). Importantly, there was no association for esophageal adenocarcinoma in analyses with higher exposure (5+ or 10+ Rx), indicating the initial finding was likely a product


Contains Confidential Information – Subject to Protective Order

of chance. Moreover, several studies reported statistically significant decreased risks of esophageal cancer with ranitidine use in certain analyses (Adami *et al.* 2021; Kim Y. *et al.* 2021; Tan *et al.* 2018). Therefore, the consistency criterion is not satisfied.

**2. Strength of Association**

Strength of association refers to the magnitude of the association observed in epidemiological studies. The inconsistent, statistically significant increased risks reported for ranitidine and esophageal cancer in two studies on ranitidine were not strong in magnitude (Habel *et al.* 2000; Adami *et al.* 2021). Furthermore, both associations completely attenuated in additional analyses that either better controlled for protopathic bias and confounding by indication (Habel *et al.* 2000) or assessed high exposure (Adami *et al.* 2021). Weaker associations are often the product of chance, bias, and/or confounding, which was demonstrated in these two studies in subsequent analyses. Additionally, the three studies reporting statistically significant decreased risks of esophageal cancer with ranitidine use (Adami *et al.* 2021; Kim Y. *et al.* 2021; Tan *et al.* 2018) were of similar magnitude to the reported increased risks. Therefore, the strength criterion is not satisfied.

**3. Temporality**

Temporality refers to the requirement that the exposure precede the outcome. Issues of temporality may arise in studies that do not account for protopathic bias as ranitidine may be used to treat early symptoms of cancer, such that the medication exposure would come *after*, rather than *before*, the cancer outcome. Therefore, the temporality criterion may not be satisfied.

**4. Biological Gradient**

Biological gradient refers to dose-response – the observation that as the dose of the exposure (*e.g.*, dosage of the drug, number of prescriptions, or duration of drug use) increases,

there is a corresponding increase in the likelihood and/or severity of the outcome at issue. There are no increased risks for esophageal cancer in studies or analyses assessing high dose or exposure of ranitidine (Tan *et al.* 2018; Adami *et al.* 2021). Moreover, the risk for esophageal adenocarcinoma decreased in both studies as the ranitidine dose increased. Therefore, the biological gradient criterion is not satisfied.

| **Ranitidine & Risk of Esophageal Adenocarcinoma** | | | |
|---|---|---|---|
| **Study** | **Comparator** | **Lower Dose / Exposure** | **Higher Dose / Exposure** |
| Tan *et al.* 2018 | Non-Users | aOR 3.00 (95% CI, 1.84-4.90) – ≤ 150 mg DDD | aOR 0.17 (95% CI, 0.09-0.32) – > 150 mg DDD |
| Adami *et al.* 2021 | Other H2 Blockers | aHR 1.30 (95% CI, 1.01-1.68) – ≥ 1 Rx | aHR 1.05 (95% CI, 0.63-1.75) – ≥ 5 Rx<br><br>aHR 0.97 (95% CI, 0.53-1.76) – ≥ 10 Rx |
| | PPIs | aHR 1.27 (95% CI, 1.04-1.56) – ≥ 1 Rx | aHR 0.74 (95% CI, 0.49-1.13) – ≥ 5 Rx<br><br>aHR 0.62 (95% CI, 0.38-1.00) – ≥ 10 Rx |

### 5. Plausibility

Plausibility refers to the biological plausibility of the association based on other types of information, such as animal studies, *in vitro* studies, and our understanding of the exposure's mechanism of action. Although biological plausibility can strengthen a potential causal relationship, a hypothetical biologically plausible mechanism can never serve as a foundation for a causal relationship in the absence of reliable and consistent epidemiological evidence. Since there is no reliable, consistent association between ranitidine and esophageal cancer, there is no basis to determine if a biological plausible mechanism exists. Nonetheless, Plaintiffs' experts allege that potential NDMA contamination in ranitidine products mediates the association of ranitidine with cancer outcomes. Since 2019, two studies on ranitidine and esophageal cancer were specifically designed to test the NDMA hypothesis and neither study supports a reliable increased


Contains Confidential Information – Subject to Protective Order

risk (Adami *et al.* 2021; Kim Y. *et al.* 2021). Furthermore, the extant epidemiological evidence does not support a causal association between NDMA and esophageal cancer, which is consistent with conclusions of scientific and regulatory organizations (WCRF/AICR 2018; NTP 2021).

**6. Analogy**

Analogy refers to similar associations observed between a comparable exposure (*e.g.,* another medication) and the outcome (*e.g.,* specific cancer). Studies examining the association between H2 blockers as a group and esophageal cancer demonstrated the same issues of protopathic bias and confounding that were observed in some ranitidine studies that did not optimally control for these sources of bias. There was also no association between NDMA-contaminated valsartan and esophageal cancer (Pottegard *et al.* 2018). Therefore, the analogy criterion is not satisfied.

**7. Coherence**

Coherence refers to the concept that the associations should not conflict with the generally known facts of the natural history and biology of the disease. Sir Bradford Hill gave an example of a temporal rise in lung cancer cases that accompanied the rise in smoking, as well as histopathological evidence from the bronchial epithelium of smokers. I am not aware of any similar evidence for ranitidine and esophageal cancer.

**8. Specificity**

Specificity refers to the level of specificity of the outcome in relation to a specific exposure (*e.g.,* asbestos exposure and mesothelioma). Cancer is a heterogeneous disease and it is unlikely that a single drug can cause multiple cancers of different anatomic sites with different etiologies, as Plaintiffs' experts have alleged with ranitidine. Additionally, there are many types of different exposures that cause esophageal cancer. The specificity criterion is not satisfied.


Contains Confidential Information – Subject to Protective Order

### 9. Experiment

Experiment refers to experimental evidence of the association such as evidence from randomized controlled trials. Consistent with the preponderance of human studies on cancer risk, there are no randomized controlled trials assessing the risk of esophageal cancer with ranitidine use.

## C. Bradford Hill Analysis for Ranitidine and Pancreatic Cancer

### 1. Consistency

Consistency relates to whether findings of increased (or decreased) risk are consistent across well-conducted, independent epidemiological studies of different populations and different designs. The four published studies evaluating the association between ranitidine use and pancreatic cancer do not provide reliable evidence of a consistent association (Adami *et al.* 2021; Habel *et al.* 2000; Kim Y. *et al.* 2021; McDowell *et al.* 2021). The two studies specifically designed to test the NDMA hypothesis and used an active comparator analysis to minimize confounding either found no association (Adami *et al.* 2021) or statistically significant decreased risks of pancreatic cancer with ranitidine use (Adami *et al.* 2021; Kim Y. *et al.* 2021). One small cohort study with minimal control for confounding and no control for protopathic bias reported an increased risk for pancreatic cancer when ranitidine was compared to a general population of non-users (Habel *et al.* 2000). However, when this study compared ranitidine use with another H2 blocker there was no association, reflecting better control for confounding and bias. Another study reported a statistically significant increased risk for pancreatic cancer with lower exposure (<6 prescriptions) to ranitidine, but not higher exposure (≥ 6 prescriptions), which argues against a causal association (McDowell *et al.* 2021). Therefore, the consistency criterion is not satisfied.

### 2. Strength of Association

Strength of association refers to the magnitude of the association observed in epidemiological studies. The inconsistent, statistically significant increased risks reported for ranitidine and pancreatic cancer in two studies were not strong in magnitude (Habel *et al.* 2000; McDowell *et al.* 2021). Furthermore, both associations completely attenuated in additional analyses that either better controlled for confounding (Habel *et al.* 2000) or assessed high exposure (McDowell *et al.* 2021). Weaker associations are often the product of chance, bias, and/or confounding, which was demonstrated in these two studies in subsequent analyses. Additionally, the two studies reporting statistically significant decreased risks of pancreatic cancer with ranitidine use (Adami *et al.* 2021; Kim Y. *et al.* 2021) were of similar magnitude to the reported increased risks. Therefore, the strength criterion is not satisfied.

### 3. Temporality

Temporality refers to the requirement that the exposure precede the outcome. Issues of temporality may arise in studies that do not account for protopathic bias as ranitidine may be used to treat early symptoms of cancer, such that the medication exposure would come *after*, rather than *before*, the cancer outcome. Therefore, the temporality criterion may not be satisfied.

### 4. Biological Gradient

Biological gradient refers to dose-response – the observation that as the dose of the exposure (*e.g.,* dosage of the drug, number of prescriptions, or duration of drug use) increases, there is a corresponding increase in the likelihood and/or severity of the outcome at issue. There are no increased risks for pancreatic cancer in studies or analyses assessing high exposure of ranitidine use (Adami *et al.* 2021; McDowell *et al.* 2021); in fact, both studies show decreasing risk with greater number of ranitidine prescriptions. Therefore, the biological gradient criterion is not satisfied.


Contains Confidential Information – Subject to Protective Order

| Ranitidine & Risk of Pancreatic Cancer | | | |
|---|---|---|---|
| **Study** | **Comparator** | **Lower Exposure** | **Higher Exposure** |
| McDowell *et al.* 20221 | Non-Users | aOR 1.49 (95% CI, 1.12-1.99) – < 6 Rx | aOR 1.24 (95% CI, 0.91-1.69) – ≥ 6 Rx<br><br>aOR 1.20 (95% CI, 0.88-1.63) – ≥ 6 Rx vs. < 6 Rx |
| Adami *et al.* 2021 | Other H2 Blockers | aHR 0.97 (95% CI, 0.87-1.10 – ≥ 1 Rx | aHR 0.85 (95% CI, 0.67-1.06) – ≥ 5 Rx<br><br>aHR 0.81 (95% CI, 0.60-1.09) – ≥ 10 Rx |
| | PPIs | aHR 0.99 (95% CI, 0.89-1.09) – ≥ 1 Rx | aHR 0.70 (95% CI, 0.58-0.85) – ≥ 5 Rx<br><br>aHR 0.66 (95% CI, 0.50-0.86) – ≥ 10 Rx |

### 5. Plausibility

Plausibility refers to the biological plausibility of the association based on other types of information, such as animal studies, *in vitro* studies, and our understanding of the exposure's mechanism of action. Although biological plausibility can strengthen a potential causal relationship, a hypothetical biologically plausible mechanism can never serve as a foundation for a causal relationship in the absence of reliable and consistent epidemiological evidence. Since there is no reliable, consistent association between ranitidine and pancreatic cancer, there is no basis to determine if a biological plausible mechanism exists. Nonetheless, Plaintiffs' experts allege that potential NDMA contamination in ranitidine products mediates the association of ranitidine with cancer outcomes. Since 2019, two studies on ranitidine and pancreatic cancer were specifically designed to test the NDMA hypothesis and neither study supports an increased risk (Adami *et al.* 2021; Kim Y. *et al.* 2021). Furthermore, the extant epidemiological evidence does not support a causal association between NDMA and pancreatic cancer, which is consistent with conclusions of scientific and regulatory organizations (WCRF/AICR 2018; NTP 2021).


Contains Confidential Information – Subject to Protective Order

### 6. Analogy

Analogy refers to similar associations observed between a comparable exposure (*e.g.,* another medication) and the outcome (*e.g.,* specific cancer). Studies examining the association between H2 blockers as a group and pancreatic cancer demonstrated the same issues of protopathic bias and confounding that were observed in some ranitidine studies that did not optimally control for these sources of error. There was also no association between NDMA-contaminated valsartan and pancreatic cancer (Pottegard *et al.* 2018; Gomm *et al.* 2021). Therefore, the analogy criterion is not satisfied.

### 7. Coherence

Coherence refers to the concept that the associations should not conflict with the generally known facts of the natural history and biology of the disease. Sir Bradford Hill gave an example of a temporal rise in lung cancer cases that accompanied the rise in smoking, as well as histopathological evidence from the bronchial epithelium of smokers. I am not aware of any similar evidence for ranitidine and pancreatic cancer.

### 8. Specificity

Specificity refers to the level of specificity of the outcome in relation to a specific exposure (*e.g.,* asbestos exposure and mesothelioma). Cancer is a heterogeneous disease and it is unlikely that a single drug can cause multiple cancers of different anatomic sites with different etiologies, as Plaintiffs' experts have alleged with ranitidine. Additionally, there are many types of different exposures that cause pancreatic cancer. The specificity criterion is not satisfied.

### 9. Experiment

Experiment refers to experimental evidence of the association such as evidence from randomized controlled trials. Consistent with the preponderance of human studies on cancer risk,


Contains Confidential Information – Subject to Protective Order

there are no randomized controlled trials assessing the risk of pancreatic cancer with ranitidine use.

### D. Bradford Hill Analysis for Ranitidine and Liver Cancer

#### 1. Consistency

Consistency relates to whether findings of increased (or decreased) risk are consistent across well-conducted, independent epidemiological studies of different populations and different designs. The six published studies evaluating the association between ranitidine use and liver cancer do not provide reliable evidence of a consistent association (Adami *et al.* 2021; Kantor *et al.* 2021; Kim Y. *et al.* 2021; Tran *et al.* 2018 PCCIU; Tran *et al.* 2018 UK Biobank; Yoon *et al.* 2021). Most of these studies found no association between ranitidine and liver cancer. The Kantor *et al.* 2021 study reported a statistically significant increased risk for liver cancer with ranitidine in a general population comparator analysis, but not in an active comparator analysis, which better controls for residual confounding, confounding by indication, and bias. Moreover, no study has reported a statistically significant increased risk for liver cancer in active comparator analyses (Adami *et al.* 2021; Kantor *et al.* 2021; Kim Y. *et al.* 2021; Yoon *et al.* 2021). Furthermore, a greater number of studies reported statistically significant decreased risks of liver cancer with ranitidine use in certain analyses (Adami *et al.* 2021; Kim Y. *et al.* 2021). Therefore, the consistency criterion is not satisfied.

#### 2. Strength of Association

Strength of association refers to the magnitude of the association observed in epidemiological studies. The inconsistent, statistically significant increased risk reported for ranitidine and liver cancer in one study was not a strong in magnitude (Kantor *et al.* 2021). Furthermore, this association completely diminished upon further control of confounding by


Contains Confidential Information – Subject to Protective Order

indication in an active comparator analysis. Weaker associations are often the product of chance, bias, and/or confounding, which was demonstrated in this study. Additionally, the two studies reporting statistically significant decreased risks of liver cancer with ranitidine use (Adami *et al.* 2021; Kim Y. *et al.* 2021) were of similar magnitude to the reported increased risks. Therefore, the strength criterion is not satisfied.

### 3. Temporality

Temporality refers to the requirement that the exposure precede the outcome. Issues of temporality may arise in studies that do not account for protopathic bias as ranitidine may be used to treat early symptoms of cancer, such that the medication exposure would come *after*, rather than *before*, the cancer outcome. Therefore, the temporality criterion may not be satisfied.

### 4. Biological Gradient

Biological gradient refers to dose-response – the observation that as the dose of the exposure (*e.g.,* dosage of the drug, number of prescriptions, or duration of drug use) increases, there is a corresponding increase in the likelihood and/or severity of the outcome at issue. There are no associations between ranitidine and liver cancer in studies or analyses assessing high exposure (Adami *et al.* 2021) and long-term use (Yoon *et al.* 2021) of ranitidine. Therefore, the biological gradient criterion is not satisfied.

### 5. Plausibility

Plausibility refers to the biological plausibility of the association based on other types of information, such as animal studies, *in vitro* studies, and our understanding of the exposure's mechanism of action. Although biological plausibility can strengthen a potential causal relationship, a hypothetical biologically plausible mechanism can never serve as a foundation for a causal relationship in the absence of reliable and consistent epidemiological evidence. Since


Contains Confidential Information – Subject to Protective Order

there is no reliable, consistent association between ranitidine and liver cancer, there is no basis to determine if a biological plausible mechanism exists. Nonetheless, Plaintiffs' experts allege that potential NDMA contamination in ranitidine products mediates the association of ranitidine with cancer outcomes. Since 2019, four studies on ranitidine and liver cancer were specifically designed to test the NDMA hypothesis and none of these studies support an increased risk in analyses that best controlled for bias and confounding (Adami *et al.* 2021; Kantor *et al.* 2021; Kim Y. *et al.* 2021; Yoon *et al.* 2021). Furthermore, the extant epidemiological evidence does not support a causal association between NDMA and liver cancer, which is consistent with conclusions of scientific and regulatory organizations (WCRF/AICR 2018; NTP 2021).

**6. Analogy**

Analogy refers to similar associations observed between a comparable exposure (*e.g.,* another medication) and the outcome (*e.g.,* specific cancer). Studies examining the association between H2 blockers as a group and liver cancer demonstrated the same issues of protopathic bias and confounding that were observed in some ranitidine studies that did not optimally control for these sources of error. There was also no reliable association between NDMA-contaminated valsartan and liver cancer (Pottegard *et al.* 2018; Gomm *et al.* 2021). Therefore, the analogy criterion is not satisfied.

**7. Coherence**

Coherence refers to the concept that the associations should not conflict with the generally known facts of the natural history and biology of the disease. Sir Bradford Hill gave an example of a temporal rise in lung cancer cases that accompanied the rise in smoking, as well as histopathological evidence from the bronchial epithelium of smokers. I am not aware of any similar evidence for ranitidine and liver cancer.


Contains Confidential Information – Subject to Protective Order

#### 8. Specificity

Specificity refers to the level of specificity of the outcome in relation to a specific exposure (*e.g.,* asbestos exposure and mesothelioma). Cancer is a heterogeneous disease and it is unlikely that a single drug can cause multiple cancers of different anatomic sites with different etiologies, as Plaintiffs' experts have alleged with ranitidine. Additionally, there are many types of different exposures that cause liver cancer. The specificity criterion is not satisfied.

#### 9. Experiment

Experiment refers to experimental evidence of the association such as evidence from randomized controlled trials. Consistent with the preponderance of human studies on cancer risk, there are no randomized controlled trials assessing the risk of liver cancer with ranitidine use.

### E. Bradford Hill Analysis for Ranitidine and Bladder Cancer

#### 1. Consistency

Consistency relates to whether findings of increased (or decreased) risk are consistent across well-conducted, independent epidemiological studies of different populations and different designs. The five published studies evaluating the association between ranitidine use and bladder cancer do not provide reliable evidence of a consistent association (Cardwell *et al.* 2021; Habel *et al.* 2000; Kantor *et al.* 2021; Norgaard *et al.* 2021; Yoon *et al.* 2021). Most of these studies found no association between ranitidine and bladder cancer. While two studies reported an increased risk for bladder cancer with ranitidine use in PPI and/or general population comparators, neither study reported an association in comparison to other H2 blockers, which is the analysis that best controls for residual confounding and bias (Cardwell *et al.* 2021; Norgaard *et al.* 2021). Furthermore, the finding in the Cardwell *et al.* 2021 study originated from a screening study that generated a high number of false associations due to multiple comparisons. The Norgaard *et al.* 2021 study also


Contains Confidential Information – Subject to Protective Order

demonstrated no associations for bladder cancer in analyses with higher exposure and longer follow-up, which is inconsistent with a causal association. Therefore, the consistency criterion is not satisfied.

### 2. Strength of Association

Strength of association refers to the magnitude of the association observed in epidemiological studies. The inconsistent, statistically significant increased risks reported for ranitidine and bladder cancer in two studies were not strong in magnitude (Cardwell *et al.* 2021; Norgaard *et al.* 2021). Furthermore, both associations completely diminished in the comparison to other H2 blockers, which is the analysis that best controls for residual confounding and bias. Weaker associations are often the product of chance, bias, and/or confounding, which was demonstrated in these two studies in additional analyses. Therefore, the strength criterion is not satisfied.

### 3. Temporality

Temporality refers to the requirement that the exposure precede the outcome. Issues of temporality may arise in studies that do not account for protopathic bias as ranitidine may be used to treat early symptoms of cancer, such that the medication exposure would come *after*, rather than *before*, the cancer outcome. Therefore, the temporality criterion may not be satisfied.

### 4. Biological Gradient

Biological gradient refers to dose-response – the observation that as the dose of the exposure (*e.g.*, dosage of the drug, number of prescriptions, or duration of drug use) increases, there is a corresponding increase in the likelihood and/or severity of the outcome at issue. There are no associations between ranitidine and bladder cancer in analyses assessing high exposure

(Cardwell *et al.* 2021; Norgaard *et al.* 2021) and long-term use (Yoon *et al.* 2021) of ranitidine as compared to other H2 blockers. Therefore, the biological gradient criterion may not be satisfied.

**5. Plausibility**

Plausibility refers to the biological plausibility of the association based on other types of information, such as animal studies, *in vitro* studies, and our understanding of the exposure's mechanism of action. Although biological plausibility can strengthen a potential causal relationship, a hypothetical biologically plausible mechanism can never serve as a foundation for a causal relationship in the absence of reliable and consistent epidemiological evidence. Since there is no reliable, consistent association between ranitidine and bladder cancer, there is no basis to determine if a biological plausible mechanism exists. Nonetheless, Plaintiffs' experts allege that potential NDMA contamination in ranitidine products mediates the association of ranitidine with cancer outcomes. Since 2019, three studies on ranitidine and bladder cancer were specifically designed to test the NDMA hypothesis and none of these studies support an increased risk in analyses that best controlled for bias and confounding (Kantor *et al.* 2021; Norgaard *et al.* 2021; Yoon *et al.* 2021). Furthermore, the extant epidemiological evidence does not support a causal association between NDMA and bladder cancer, which is consistent with conclusions of scientific and regulatory organizations (WCRF/AICR 2018; NTP 2021).

**6. Analogy**

Analogy refers to similar associations observed between a comparable exposure (*e.g.,* another medication) and the outcome (*e.g.,* specific cancer). Studies examining the association between H2 blockers as a group and bladder cancer found no reliable, consistent association, which is analogous to the findings on ranitidine specifically. There was also no association between


Contains Confidential Information – Subject to Protective Order

NDMA-contaminated valsartan and bladder cancer (Pottegard *et al.* 2018). Therefore, the analogy criterion is not satisfied.

### 7. Coherence

Coherence refers to the concept that the associations should not conflict with the generally known facts of the natural history and biology of the disease. Sir Bradford Hill gave an example of a temporal rise in lung cancer cases that accompanied the rise in smoking, as well as histopathological evidence from the bronchial epithelium of smokers. I am not aware of any similar evidence for ranitidine and bladder cancer.

### 8. Specificity

Specificity refers to the level of specificity of the outcome in relation to a specific exposure (*e.g*., asbestos exposure and mesothelioma). Cancer is a heterogeneous disease and it is unlikely that a single drug can cause multiple cancers of different anatomic sites with different etiologies, as Plaintiffs' experts have alleged with ranitidine. Additionally, there are many types of different exposures that cause bladder cancer. The specificity criterion is not satisfied.

### 9. Experiment

Experiment refers to experimental evidence of the association such as evidence from randomized controlled trials. Consistent with the preponderance of human studies on cancer risk, there are no randomized controlled trials assessing the risk of bladder cancer with ranitidine use.

## F. Conclusions

In summary, the epidemiological evidence does **not** support a conclusion that ranitidine has a true association, let alone a causal relationship, with any type of cancer, including cancers of the stomach, esophagus, pancreas, liver, and bladder.


Contains Confidential Information – Subject to Protective Order

## REFERENCES

1. Abrahami D, McDonald EG, Schnitzer M, Azoulay L. Trends in acid suppressant drug prescriptions in primary care in the UK: a population-based cross-sectional study. BMJ Open. 2020;10(12):e041529.

2. Abrahami D, McDonald EG, Schnitzer ME, Barkun AN, Suissa S, Azoulay L. Proton pump inhibitors and risk of gastric cancer: population-based cohort study. Gut. 2022;71(1):16-24.

3. Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Toft Sørensen H. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021;30(12):2302-2308. Corrected online January 25, 2022.

4. Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. World J Gastroenterol. 2013 Apr 28;19(16):2560-8.

5. American Cancer Society. https://www.cancer.org. Accessed February 3, 2022.

6. Anderson LA, Watson RG, Murphy SJ, Johnston BT, Comber H, Mc Guigan J, Reynolds JV, Murray LJ. Risk factors for Barrett's oesophagus and oesophageal adenocarcinoma: results from the FINBAR study. World J Gastroenterol. 2007 Mar 14;13(10):1585-94.

7. Babic A, Zhang X, Morales-Oyarvide V, Yuan C, Khalaf N, Khalili H, Lochhead P, Chan AT, Ogino S, Wolpin BM, Wu K, Fuchs CS, Giovannucci EL, Stampfer MJ, Ng K. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. Br J Cancer. 2020 Sep;123(5):844-851.

8. Bao Y, Spiegelman D, Li R, Giovannucci E, Fuchs CS, Michaud DS. History of peptic ulcer disease and pancreatic cancer risk in men. Gastroenterology. 2010 Feb;138(2):541-549.

9. Benjamin DJ, Berger JO, Johannesson M, Nosek BA, Wagenmakers EJ, Berk R, Bollen KA, Brembs B, Brown L, Camerer C, Cesarini D, Chambers CD, Clyde M, Cook TD, De Boeck P, Dienes Z, Dreber A, Easwaran K, Efferson C, Fehr E, Fidler F, Field AP, Forster M, George EI, Gonzalez R, Goodman S, Green E, Green DP, Greenwald AG, Hadfield JD, Hedges LV, Held L, Hua Ho T, Hoijtink H, Hruschka DJ, Imai K, Imbens G, Ioannidis JPA, Jeon M, Jones JH, Kirchler M, Laibson D, List J, Little R, Lupia A, Machery E, Maxwell SE, McCarthy M, Moore DA, Morgan SL, Munafó M, Nakagawa S, Nyhan B, Parker TH, Pericchi L, Perugini M, Rouder J, Rousseau J, Savalei V, Schönbrodt FD, Sellke T, Sinclair B, Tingley D, Van Zandt T, Vazire S, Watts DJ, Winship C, Wolpert RL, Xie Y, Young C, Zinman J, Johnson VE. Redefine statistical significance. Nat Hum Behav. 2018 Jan;2(1):6-10.

10. Benjamini Y, De Veaux RD, Efron B, Evans S, Glickman M, Graubard BI, He X, Meng X-L, Reid N, Stigler SM, Vardeman SB, Wikle CK, Wright T, Young LJ, Kafadar K. The ASA President's Task Force Statement on Statistical Significance and Replicability. Annals of Applied Statistics, 2021;15(3):1084-1085.

11. Bose S, Guyer A, Long A, Banerji A. Evaluation and management of hypersensitivity to proton pump inhibitors. Ann Allergy Asthma Immunol. 2013 Dec;111(6):452-7.

12. Bosetti C, Lucenteforte E, Bracci PM, Negri E, Neale RE, Risch HA, Olson SH, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski


Contains Confidential Information – Subject to Protective Order

W, Fontham E, Holly EA, Gao YT, Yu H, Kurtz RC, Cotterchio M, Maisonneuve P, Zeegers MP, Duell EJ, Boffetta P, La Vecchia C. Ulcer, gastric surgery and pancreatic cancer risk: an analysis from the International Pancreatic Cancer Case-Control Consortium (PanC4). Ann Oncol. 2013 Nov;24(11):2903-10.

13. Boylan MR, Khalili H, Huang ES, Michaud DS, Izard J, Joshipura KJ, Chan AT. A prospective study of periodontal disease and risk of gastric and duodenal ulcer in male health professionals. Clin Transl Gastroenterol. 2014a;5(2):e49.
14. Boylan MR, Khalili H, Huang ES, Chan AT. Measures of adiposity are associated with increased risk of peptic ulcer. Clin Gastroenterol Hepatol. 2014b;12(10):1688-94.
15. Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Br J Cancer. 2012 Jan 3;106(1):233-9.
16. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv Preprint. 2021. https://www.medrxiv.org/content/10.1101/2021.01.27.21250656v1.
17. Braunstein LZ, Kantor, ED, Mitch WA, Heimbach NZ, Jessop A, Kucera K, Light DY. Ranitidine Use, N-Nitrosodimethylamine (NDMA) Production and Variations in Cancer Diagnoses. (Unpublished Memorial Sloan Kettering Study). [VAL 00001- VAL 00004]
18. Braunstein LZ, Kantor, ED, Mitch WA, Heimbach NZ, Jessop A, Kucera K, Light DY. Ranitidine Exposure and Variations in Presenting Cancer Diagnoses. (10/06/19 Draft/Unpublished Memorial Sloan Kettering Study). [MSK00003620-3628]
19. Brusselaers N, Wahlin K, Engstrand L, Lagergren J. Maintenance therapy with proton pump inhibitors and risk of gastric cancer: a nationwide population-based cohort study in Sweden. BMJ Open. 2017 Oct 30;7(10):e017739
20. Brusselaers N, Engstrand L, Lagergrn J. Maintenance proton pump inhibition therapy and risk of oesophageal cancer. Cancer Epi. 2018;172-177.
21. Brusselaers N, Sadr-Azodi O, Engstrand L. Long-term proton pump inhibitor usage and the association with pancreatic cancer in Sweden. J Gastroenterol. 2020 Apr;55(4):453-461.
22. Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol. 2021;116(8):1612-1619.
23. Cavaleiro-Pinto M, Peleteiro B, Lunet N, Barros H. Helicobacter pylori infection and gastric cardia cancer: systematic review and meta-analysis. Cancer Causes Control. 2011 Mar;22(3):375-87.
24. Cheung KS, Chan EW, Wong AYS, Chen L, Wong ICK, Leung WK. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study. Gut. 2018 Jan;67(1):28-35.
25. Cheung KS, Leung WK. Response to letter to the editor by Moayyedi et al. Gut. 2019 Sep;68(9):1721-1722.


Contains Confidential Information – Subject to Protective Order

26. Chien LN, Huang YJ, Shao YH, Chang CJ, Chuang MT, Chiou HY, Yen Y. Proton pump inhibitors and risk of periampullary cancers--A nested case-control study. Int J Cancer. 2016 Mar 15;138(6):1401-9.

27. Chow WH, Finkle WD, McLaughlin JK, Frankl H, Ziel HK, Fraumeni JF Jr. The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. JAMA. 1995 Aug 9;274(6):474-7.

28. Chyou PH, Nomura AM, Hankin JH, Stemmermann GN. A case-cohort study of diet and stomach cancer. Cancer Res. 1990 Dec 1;50(23):7501-4.

29. Cohen Sedgh R, Moon J, Jackevicius CA. Neoplasm Reports in Food and Drug Administration Adverse Event Reporting System Following Angiotensin Receptor Blocker Recalls. Circ Cardiovasc Qual Outcomes. 2021 Aug;14(8):e007476.

30. Cook MB, Corley DA, Murray LJ, Liao LM, Kamangar F, Ye W, Gammon MD, Risch HA, Casson AG, Freedman ND, Chow WH, Wu AH, Bernstein L, Nyrén O, Pandeya N, Whiteman DC, Vaughan TL. Gastroesophageal reflux in relation to adenocarcinomas of the esophagus: a pooled analysis from the Barrett's and Esophageal Adenocarcinoma Consortium (BEACON). PLoS One. 2014 Jul 30;9(7):e103508.

31. Crane SJ, Locke GR 3rd, Harmsen WS, Diehl NN, Zinsmeister AR, Melton LJ 3rd, Romero Y, Talley NJ. Subsite-specific risk factors for esophageal and gastric adenocarcinoma. Am J Gastroenterol. 2007 Aug;102(8):1596-602.

32. Danish Health Data Authority. Register of Medicinal Products Statistics. Available from: https://medstat.dk/. Accessed February 5, 2022.

33. De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. Nutr Cancer. 1998;30(2):158-62.

34. De Stefani E, Ronco A, Brennan P, Boffetta P. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. Nutr Cancer. 2001;40(2):103-7.

35. De Stefani E, Deneo-Pellegrini H, Ronco AL, Boffetta P, Correa P, Aune D, Mendilaharsu M, Acosta G, Silva C, Landó G, Luaces ME. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutr Cancer. 2012;64(2):294-9.

36. Deposition Transcript of Lior Braunstein, M.D. In Re: Zantac (Ranitidine) Products Liability Litigation. Dated October 25, 2021.

37. Derakhshan MH, Malekzadeh R, Watabe H, Yazdanbod A, Fyfe V, Kazemi A, Rakhshani N, Didevar R, Sotoudeh M, Zolfeghari AA, McColl KE. Combination of gastric atrophy, reflux symptoms and histological subtype indicates two distinct aetiologies of gastric cardia cancer. Gut. 2008 Mar;57(3):298-305.

38. El-Serag HB, Aguirre TV, Davis S, Kuebeler M, Bhattacharyya A, Sampliner RE. Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. Am J Gastroenterol. 2004 Oct;99(10):1877-83.



Contains Confidential Information – Subject to Protective Order

39. El-Serag H, Hill C, Jones R. Systematic review: the epidemiology of gastro-oesophageal reflux disease in primary care, using the UK General Practice Research Database. Aliment Pharmacol Ther. 2009 Mar 1;29(5):470-80.

40. El-Serag HB, Sweet S, Winchester CC, Dent J. Update on the epidemiology of gastro-oesophageal reflux disease: a systematic review. Gut. 2014 Jun;63(6):871-80.

41. Environmental Protection Agency (EPA). Technical Fact Sheet – N-Nitroso-dimethylamine (NDMA). November 2017. https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf.

42. Eusebi LH, Ratnakumaran R, Yuan Y, Solaymani-Dodaran M, Bazzoli F, Ford AC. Global prevalence of, and risk factors for, gastro-oesophageal reflux symptoms: a meta-analysis. Gut. 2018 Mar;67(3):430-440.

43. Farrow DC, Vaughan TL, Sweeney C, Gammon MD, Chow WH, Risch HA, Stanford JL, Hansten PD, Mayne ST, Schoenberg JB, Rotterdam H, Ahsan H, West AB, Dubrow R, Fraumeni JF Jr, Blot WJ. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. Cancer Causes Control. 2000 Mar;11(3):231-8.

44. FDA 2019a and 2020. FDA Updates and Press Announcements on NDMA in Zantac. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine. Last Updated April 16, 2020. Accessed December 9, 2021.

45. FDA 2019b. Laboratory analysis of ranitidine and nizatidine products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine. November 1, 2019. Accessed December 9, 2021.

46. FDA 2019c. Laboratory analysis of valsartan products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products. May 2, 2019. Accessed December 9, 2021.

47. FDA 2021a. Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Last Updated November 18, 2021. Accessed December 9, 2021.

48. FDA 2021b. Ensuring the Rigor of Regulatory Science: CDER Conducts Laboratory and Clinical Studies to Investigate Reports of NDMA Production from Ingested Ranitidine Products. https://www.fda.gov/drugs/news-events-human-drugs/ensuring-rigor-regulatory-science-cder-conducts-laboratory-and-clinical-studies-investigate-reports. July 2, 2021. Accessed December 9, 2021.

49. FDA Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005. https://www.fda.gov/media/71546/download.

50. Fioretti F, Tavani A, La Vecchia C, Franceschi S. Histamine-2-receptor antagonists and oesophageal cancer. Eur J Cancer Prev. 1997 Apr;6(2):143-6.

51. Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021;326(3):240-249.


Contains Confidential Information – Subject to Protective Order

52. Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun 1;4(6):e2118253.

53. García Rodríguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. Gut. 2006 Nov;55(11):1538-44.

54. Garrow D, Delegge MH. Risk factors for gastrointestinal ulcer disease in the US population. Dig Dis Sci. 2010 Jan;55(1):66-72.

55. Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int. 2021 May 28;118(21):357-362.

56. Goodman SN, Berlin JA. The use of predicted confidence intervals when planning experiments and the misuse of power when interpreting results. Ann Intern Med. 1994 Aug 1;121(3):200-6.

57. Gyawali CP, Fass R. Management of Gastroesophageal Reflux Disease. Gastroenterology. 2018 Jan;154(2):302-318.

58. Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf. 2000 Mar;9(2):149-55.

59. Hansson LE, Nyrén O, Hsing AW, Bergström R, Josefsson S, Chow WH, Fraumeni JF Jr, Adami HO. The risk of stomach cancer in patients with gastric or duodenal ulcer disease. N Engl J Med. 1996 Jul 25;335(4):242-9.

60. Helicobacter and Cancer Collaborative Group. Gastric cancer and Helicobacter pylori: a combined analysis of 12 case control studies nested within prospective cohorts. Gut. 2001 Sep;49(3):347-53.

61. Hicks B, Friis S, Pottegård A. Use of proton pump inhibitors and risk of pancreatic cancer. Pharmacoepidemiol Drug Saf. 2018 Aug;27(8):926-930.

62. Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW, de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 2019a;76(4):250-258.

63. Hidajat M, McElvenny DM, Mueller W, Ritchie P, Cherrie JW, Darnton A, Agius RM, Kromhout H, de Vocht F. Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. Occup Environ Med. 2019b;76(4):259-267.

64. Hidaka A, Harrison TA, Cao Y, Sakoda LC, Barfield R, Giannakis M, Song M, Phipps AI, Figueiredo JC, Zaidi SH, Toland AE, Amitay EL, Berndt SI, Borozan I, Chan AT, Gallinger S, Gunter MJ, Guinter MA, Harlid S, Hampel H, Jenkins MA, Lin Y, Moreno V, Newcomb PA, Nishihara R, Ogino S, Obón-Santacana M, Parfrey PS, Potter JD, Slattery ML, Steinfelder RS, Um CY, Wang X, Woods MO, Van Guelpen B, Thibodeau SN, Hoffmeister M, Sun W, Hsu L, Buchanan DD, Campbell PT, Peters U. Intake of Dietary Fruit, Vegetables, and Fiber

and Risk of Colorectal Cancer According to Molecular Subtypes: A Pooled Analysis of 9 Studies. Cancer Res. 2020 Oct 15;80(20):4578-4590.

65. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965 May;58(5):295-300.

66. Holyfield G, Public Health Wales. Over the Counter (OTC) Summary Report for 2010 to 2012. http://www.primarycareone.wales.nhs.uk/sitesplus/documents/1191/Common%20Ailments%20Scheme%20Wales%20Update%20Report%202013.pdf. Accessed February 5, 2022.

67. Hornell A, Berg C, Forsum E, Larsson C, Sonestedt E, Åkesson A, Lachat C, Hawwash D, Kolsteren P, Byrnes G, De Keyzer W, Van Camp J, Cade JE, Greenwood DC, Slimani N, Cevallos M, Egger M, Huybrechts I, Wirfält E. Perspective: An Extension of the STROBE Statement for Observational Studies in Nutritional Epidemiology (STROBE-nut): Explanation and Elaboration. Adv Nutr. 2017 Sep 15;8(5):652-678.

68. Hsu CL, Chang CH, Lin JW, Wu LC, Chuang LM, Lai MS. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. Pharmacoepidemiol Drug Saf. 2013 Jun;22(6):632-40.

69. Huang ES, Strate LL, Ho WW, Lee SS, Chan AT. A prospective study of aspirin use and the risk of gastrointestinal bleeding in men. PLoS One. 2010 Dec 29;5(12):e15721.

70. Huang ES, Strate LL, Ho WW, Lee SS, Chan AT. Long-term use of aspirin and the risk of gastrointestinal bleeding. Am J Med. 2011 May;124(5):426-33.

71. Hvid-Jensen F, Pedersen L, Drewes AM, Sørensen HT, Funch-Jensen P. Incidence of adenocarcinoma among patients with Barrett's esophagus. N Engl J Med. 2011 Oct 13;365(15):1375-83.

72. International Agency for Research on Cancer (IARC). N-Nitrosodimethylamine. Some N-Nitroso Compounds. IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Volume 17. 1978.

73. International Agency for Research on Cancer (IARC). Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans, Supplement 7. 1987.

74. International Agency for Research on Cancer (IARC). Helicobacter Pylori. Biologic Agents. A Review of Human Carcinogens. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Volume 100B. 2012a.

75. International Agency for Research on Cancer (IARC). Occupational Exposures in the Rubber-Manufacturing Industry. Chemical Agents and Related Occupations. A Review of Human Carcinogens. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Volume 100F. 2012b.

76. International Agency for Research on Cancer (IARC). Agents Classified by the IARC Monographs, Volumes 1–130. Last updated December 10, 2021. https://monographs.iarc.who.int/list-of-classifications.

77. Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A.

Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. CA Cancer J Clin. 2018;68(1):31-54.

78. Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf. 2021 Mar;44(3):361-371.

79. Jakszyn P, Bingham S, Pera G, Agudo A, Luben R, Welch A, Boeing H, Del Giudice G, Palli D, Saieva C, Krogh V, Sacerdote C, Tumino R, Panico S, Berglund G, Simán H, Hallmans G, Sanchez MJ, Larrañaga N, Barricarte A, Chirlaque MD, Quirós JR, Key TJ, Allen N, Lund E, Carneiro F, Linseisen J, Nagel G, Overvad K, Tjonneland A, Olsen A, Bueno-de-Mesquita HB, Ocké MO, Peeters PH, Numans ME, Clavel-Chapelon F, Trichopoulou A, Fenger C, Stenling R, Ferrari P, Jenab M, Norat T, Riboli E, Gonzalez CA. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis. 2006 Jul;27(7):1497-501

80. Jakszyn P, González CA, Luján-Barroso L, Ros MM, Bueno-de-Mesquita HB, Roswall N, Tjønneland AM, Büchner FL, Egevad L, Overvad K, Raaschou-Nielsen O, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud MS, Chang-Claude J, Allen NE, Kiemeney LA, Key TJ, Kaaks R, Boeing H, Weikert S, Trichopoulou A, Oikonomou E, Zylis D, Palli D, Berrino F, Vineis P, Tumino R, Mattiello A, Peeters PH, Parr CL, Gram IT, Skeie G, Sánchez MJ, Larrañaga N, Ardanaz E, Navarro C, Rodríguez L, Ulmert D, Ehrnström R, Hallmans G, Ljungberg B, Roddam AW, Bingham SA, Khaw KT, Slimani N, Boffetta PA, Jenab M, Mouw T, Michaud DS, Riboli E. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev. 2011 Mar;20(3):555-9.

81. Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology. 1996 Jul;7(4):434-6.

82. Jonsson Funk M, Landi SN. Misclassification in administrative claims data: quantifying the impact on treatment effect estimates. Curr Epidemiol Rep. 2014 Dec;1(4):175-185.

83. Joung KI, Hwang JE, Oh IS, Shin JY. Use of ranitidine with potential NDMA impurities and risk of cancer: A nationwide propensity score-matched cohort study. Pharmacoepidemiol Drug Saf. 2021;30(Suppl 1):387-388. [Abstract]

84. Joung KI, Hwang JE, Oh IS, Cho SI, Shin JY. Use of ranitidine with potential NDMA impurities and risk of cancer: A nationwide propensity score-matched cohort study. ICPE 37th Annual Conference . 2021 Aug. [Poster]

85. Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology. 2021;160(5):1856-1859.e5.

86. Kantor ED, Rehm CD, Haas JS, Chan AT, Giovannucci EL. Trends in Prescription Drug Use Among Adults in the United States From 1999-2012. JAMA. 2015 Nov 3;314(17):1818-31.



Contains Confidential Information – Subject to Protective Order

87. Kastelein F, Spaander MC, Steyerberg EW, Biermann K, Valkhoff VE, Kuipers EJ, Bruno MJ; ProBar Study Group. Proton pump inhibitors reduce the risk of neoplastic progression in patients with Barrett's esophagus. Clin Gastroenterol Hepatol. 2013 Apr;11(4):382-8.

88. Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. Am J Clin Nutr. 2013 Jan;97(1):135-46.

89. Kane SP. ClinCalc DrugStats Database, Version 2021.10. https://clincalc.com/DrugStats/Top300Drugs.aspx. Updated September 15, 2021. Accessed February 8, 2022.

90. Kaufman DW, Kelly JP, Rosenberg L, Anderson TE, Mitchell AA. Recent patterns of medication use in the ambulatory adult population of the United States: the Slone survey. JAMA. 2002 Jan 16;287(3):337-44.

91. Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel). 2021;9(8):1071.

92. Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther. 2021;54(5):606-615.

93. Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. Int J Cancer. 1999 Mar 15;80(6):852-6.

94. Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci. 2021 Apr 15. [Epub ahead of print.]

95. La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. Lancet. 1990 Aug 11;336(8711):355-7.

96. La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. Nutrition. 1992 May-Jun;8(3):177-81.

97. La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. Eur J Cancer Prev. 1995 Dec;4(6):469-74.

98. Lagergren J, Bergström R, Lindgren A, Nyrén O. Symptomatic gastroesophageal reflux as a risk factor for esophageal adenocarcinoma. N Engl J Med. 1999 Mar 18;340(11):825-31.

99. Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Proton pump inhibitors and risk of hepatocellular carcinoma: a case-control study in Taiwan. Acta Gastroenterol Belg. 2013;76(3):348-50.

100. Lai S, Sung F, Lin C, Liao K. Use of Proton Pump Inhibitors Correlates with Increased Risk of Pancreatic Cancer: A Case-Control Study in Taiwan. Kuwait Med J. 2014 Mar;(1):44-48.

101. Lai SW, Lai HC, Lin CL, Liao KF. Proton pump inhibitors and risk of gastric cancer in a case-control study. Gut. 2019 Apr;68(4):765-767.

102. Lanas A, Chan FKL. Peptic ulcer disease. Lancet. 2017 Aug 5;390(10094):613-624.



Contains Confidential Information – Subject to Protective Order

103. Laoveeravat P, Thavaraputta S, Vutthikraivit W, Suchartlikitwong S, Mingbunjerdsuk T, Motes A, Nugent K, Rakvit A, Islam E, Islam S. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. QJM. 2020 Feb 1;113(2):100-107

104. Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. Int J Cancer. 2006 Aug 15;119(4):915-9.

105. Li DK, Yan P, Abou-Samra AB, Chung RT, Butt AA. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: results from ERCHIVES. Aliment Pharmacol Ther. 2018 Jan;47(2):246-258.

106. Lin HC, Hsu HY, Lin HL, Uang YS, Ho Y, Wang LH. Association between acid-suppressive agents' use and risk of hepatocellular carcinoma. Dose-Response. 2020;18(2):1-8.

107. Liu P, McMenamin ÚC, Johnston BT, Murchie P, Iversen L, Lee AJ, Vissers PAJ, Cardwell CR. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer. 2020 Jul;123(2):307-315.

108. Locke GR, Talley NJ, Fett SL, Zinsmeister AR, Melton LJ 3rd. Risk factors associated with symptoms of gastroesophageal reflux. Am J Med. 1999 Jun;106(6):642-9.

109. Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. Am J Clin Nutr. 2011 May;93(5):1053-61.

110. Mahady SE, Margolis KL, Chan A, Polekhina G, Woods RL, Wolfe R, Nelson MR, Lockery JE, Wood EM, Reid C, Ernst ME, Murray A, Thao L, McNeil JJ. Major GI bleeding in older persons using aspirin: incidence and risk factors in the ASPREE randomised controlled trial. Gut. 2021 Apr;70(4):717-724.

111. Mayo Clinic. Gastroesophageal Reflux Disease (GERD). May 22, 2020. https://www.mayoclinic.org/diseases-conditions/gerd/symptoms-causes/syc-20361940. Accessed February 20, 2022.

112. Mayo Clinic. Peptic Ulcer. August 6, 2020. https://www.mayoclinic.org/diseases-conditions/peptic-ulcer/symptoms-causes/syc-20354223. Accessed February 20, 2022.

113. McCullough ML, Willett WC. Diet and Nutrition. In Schottenfeld and Fraumeni Cancer Epidemiology and Prevention. Thun MJ, et al. (Ed.). 4th Ed. 2018. 329-349.

114. McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021a;71(Pt A):101880.

115. McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med. 2021b;19(1):22.

116. McElvenny DM, Mueller W, Ritchie P, Cherrie JW, Hidajat M, Darnton AJ, Agius RM, de Vocht F. British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med. 2018 Dec;75(12):848-855.




Contains Confidential Information – Subject to Protective Order

117. McGwin G. The Association between Ranitidine Use and Gastrointestinal Cancers. Cancers (Basel). 2021;13(1):24

118. medRxiv. About medRxiv. https://www.medrxiv.org/content/about-medrxiv. Accessed February 8, 2022.

119. Mehta RS, Song M, Staller K, Chan AT. Association Between Beverage Intake and Incidence of Gastroesophageal Reflux Symptoms. Clin Gastroenterol Hepatol. 2020 Sep;18(10):2226-2233.e4.

120. Mehta RS, Nguyen LH, Ma W, Staller K, Song M, Chan AT. Association of Diet and Lifestyle With the Risk of Gastroesophageal Reflux Disease Symptoms in US Women. JAMA Intern Med. 2021 Apr 1;181(4):552-554.

121. Michaud DS, Liu S, Giovannucci E, Willett WC, Colditz GA, Fuchs CS. Dietary sugar, glycemic load, and pancreatic cancer risk in a prospective study. J Natl Cancer Inst. 2002 Sep 4;94(17):1293-300.

122. Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epidemiol Biomarkers Prev. 2004 Feb;13(2):250-4.

123. Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. The safety of ranitidine in over a decade of use. Aliment Pharmacol Ther. 1997 Feb;11(1):129-37.

124. Moayyedi P, Lacy BE, Andrews CN, Enns RA, Howden CW, Vakil N. ACG and CAG Clinical Guideline: Management of Dyspepsia. Am J Gastroenterol. 2017 Jul;112(7):988-1013.

125. Mohammed I, Nightingale P, Trudgill NJ. Risk factors for gastro-oesophageal reflux disease symptoms: a community study. Aliment Pharmacol Ther. 2005 Apr 1;21(7):821-7.

126. Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakker S. Risk Cancer With Use of Ranitidine: Results Of A Cohort Study Of 65 Million US Adults. Gastroenterology. 2020;158(6):S1073. [Abstract]

127. Mohy-ud-din N, Mohy-ud-din GR, Syed A, Desai SM, Thakker S. Risk Cancer With Use of Ranitidine: Results Of A Cohort Study Of 65 Million US Adults. Digestive Disease Week. 2020. [Poster]

128. Molloy RM, Sonnenberg A. Relation between gastric cancer and previous peptic ulcer disease. Gut. 1997 Feb;40(2):247-52.

129. National Cancer Institute. https://www.cancer.gov. Accessed February 3, 2022.

130. National Toxicology Program (NTP). N-Nitrosodimethylamine. Report on Carcinogens, 15th Ed. U.S. Department of Health and Human Services. 2021.

131. Nguyen DM, Richardson P, El-Serag HB. Medications (NSAIDs, statins, proton pump inhibitors) and the risk of esophageal adenocarcinoma in patients with Barrett's esophagus. Gastroenterology. 2010 Jun;138(7):2260-6.


Contains Confidential Information – Subject to Protective Order

132. Niikura R, Hayakawa Y, Hirata Y, Yamada A, Fujishiro M, Koike K. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for Helicobacter pylori: a retrospective cohort analysis. Gut. 2018 Oct;67(10):1908-1910.

133. Norgaard M, Andersen IT, Heide-Jorgensen U, Erichsen R, Rees JR, Karagas MR, Sorensen HT. Ranitidine and risk of bladder and kidney cancer: a population-based cohort study. Cancer Epidemiol Biomarkers Prev. 2021. [Epub ahead of print.]

134. Oh H, Lee DH, Giovannucci EL, Keum N. Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. Cancer Causes Control. 2020 Apr;31(4):383-391.

135. Olufajo OA, Wilson A, Yehayes B, Zeineddin A, Cornwell EE, Williams M. Trends in the Surgical Management and Outcomes of Complicated Peptic Ulcer Disease. Am Surg. 2020 Jul;86(7):856-864.

136. Palli D, Russo A, Decarli A. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. Cancer Causes Control. 2001 Feb;12(2):163-72.

137. Peng YC, Lin CL, Hsu WY, Lu IT, Yeh HZ, Chang CS, Kao CH. Proton Pump Inhibitor Use is Associated With Risk of Pancreatic Cancer: A Nested Case-Control Study. Dose Response. 2018a;16(4):1559325818803283.

138. Peng YC, Lin CL, Hsu WY, Chow WK, Lee SW, Yeh HZ, Chen CC, Kao CH. Association Between Cholangiocarcinoma and Proton Pump Inhibitors Use: A Nested Case-Control Study. Front Pharmacol. 2018b;9:718.

139. Peng YC, Huang LR, Lin CL, Hsu WY, Chang CS, Yeh HZ, Kao CH. Association between proton pump inhibitors use and risk of gastric cancer in patients with GERD. Gut. 2019 Feb;68(2):374-376.

140. Plummer M, Franceschi S, Vignat J, Forman D, de Martel C. Global burden of gastric cancer attributable to Helicobacter pylori. Int J Cancer. 2015 Jan 15;136(2):487-90.

141. Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. Eur J Epidemiol. 1995 Feb;11(1):67-73.

142. Pottegård A, Friis S, Christensen Rd, Habel LA, Gagne JJ, Hallas J. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine. 2016 May;7:73-9.

143. Pottegård A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ. 2018 Sep 12;362:k3851.

144. Poulsen AH, Christensen S, McLaughlin JK, Thomsen RW, Sørensen HT, Olsen JH, Friis S. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. Br J Cancer. 2009 May 5;100(9):1503-7.

145. Risch HA, Jain M, Choi NW, Fodor JG, Pfeiffer CJ, Howe GR, Harrison LW, Craib KJ, Miller AB. Dietary factors and the incidence of cancer of the stomach. Am J Epidemiol. 1985 Dec;122(6):947-59. Rogers 1995



Contains Confidential Information – Subject to Protective Order

146. Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol Biomarkers Prev. 1995 Jan-Feb;4(1):29-36.

147. Ronco AL, Mendilaharsu M, Boffetta P, Deneo-Pellegrini H, De Stefani E. Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. Asian Pac J Cancer Prev. 2014;15(14):5805-9.

148. Rubenstein JH, Taylor JB. Meta-analysis: the association of oesophageal adenocarcinoma with symptoms of gastro-oesophageal reflux. Aliment Pharmacol Ther. 2010 Nov;32(10):1222-7.

149. Sendor R, Stürmer T. Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators. Pharmacoepidemiol Drug Saf. 2022 Jan. Epub ahead of print.

150. Seo SI, Park CH, You SC, Kim JY, Lee KJ, Kim J, Kim Y, Yoo JJ, Seo WW, Lee HS, Shin WG. Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea. Gut. 2021:323845.

151. Shao YJ, Chan TS, Tsai K, Wu SY. Association between proton pump inhibitors and the risk of hepatocellular carcinoma. Aliment Pharmacol Ther. 2018 Aug;48(4):460-468.

152. Shin GY, Park JM, Hong J, Cho YK, Yim HW, Choi MG. Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study. Am J Gastroenterol. 2021 Jun 1;116(6):1211-1219.

153. Silverman DT, Koutros S, Figueroa JD, Prokunina-Olsson L, Rothman N. Bladder Cancer. In Schottenfeld and Fraumeni Cancer Epidemiology and Prevention. Thun MJ, et al. (Ed.). 4th Ed. 2018. 977-996.

154. Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients. 2015 Dec 1;7(12):9872-95.

155. Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. Eur J Clin Pharmacol. 2020 Oct;76(10):1437-1456.

156. Sorahan T. Conflicting findings from a rubber industry cohort study: what is the explanation? Occup Environ Med. 2019 Oct;76(10):780.

157. Strate LL, Liu YL, Huang ES, Giovannucci EL, Chan AT. Use of aspirin or nonsteroidal anti-inflammatory drugs increases risk for diverticulitis and diverticular bleeding. Gastroenterology. 2011 May;140(5):1427-33.

158. Strate LL, Singh P, Boylan MR, Piawah S, Cao Y, Chan AT. A Prospective Study of Alcohol Consumption and Smoking and the Risk of Major Gastrointestinal Bleeding in Men. PLoS One. 2016 Nov 8;11(11):e0165278.

159. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. N-nitroso compounds: assessing agreement between food frequency questionnaires and 7-day food records. J Am Diet Assoc. 2009 Jul;109(7):1179-83.

160. Suleiman UL, Harrison M, Britton A, McPherson K, Bates T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. Eur J Cancer Prev. 2000 Jun;9(3):185-91.

161. Tamim H, Duranceau A, Chen LQ, Lelorier J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. Drug Saf. 2008;31(8):675-84.

162. Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther. 2018 Aug;48(4):469-477.

163. Thota PN, Hajifathalian K, Benjamin T, Runkana A, Lopez R, Sanaka MR. Lack of incremental effect of histamine receptor antagonists over proton pump inhibitors on the risk of neoplastic progression in patients with Barrett's esophagus: a cohort study. J Dig Dis. 2017 Mar;18(3):143-150.

164. Tomita DK, Kennedy DL, Baum C, Knapp DE, Anello C. Drug Utilization in the United States – 1988, Tenth Annual Review. U.S. Department of Health and Human Services (DHHS) Publication No. PB90-150921. November 1989.

165. Tran KT, McMenamin ÚC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iversen L, Johnston BT, Lee AJ, Cardwell CR. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther. 2018 Jul;48(1):55-64.

166. Wang SM, Katki HA, Graubard BI, Kahle LL, Chaturvedi A, Matthews CE, Freedman ND, Abnet CC. Population Attributable Risks of Subtypes of Esophageal and Gastric Cancers in the United States. Am J Gastroenterol. 2021 Sep 1;116(9):1844-1852.

167. Wasserstein RL, Schirm AL, Lazar NA. Moving to a World Beyond "p < 0.05"'. Am Stat. 2019;73:1-19.

168. Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer. 2017 Apr 25;116(9):1234-1238.

169. Whiteman DC, Sadeghi S, Pandeya N, Smithers BM, Gotley DC, Bain CJ, Webb PM, Green AC; Australian Cancer Study. Combined effects of obesity, acid reflux and smoking on the risk of adenocarcinomas of the oesophagus. Gut. 2008 Feb;57(2):173-80.

170. Willett W, Lenart E. Reproducibility and Validity of Food Frequency Questionnaires. In Nutritional Epidemiology. Willett W (Ed.). 3rd Ed. 2013. 96-141.

171. World Cancer Research Fund/ American Institute for Cancer Research (WCRF/AICR). Diet, Nutrition, Physical Activity and Cancer: A Global Perspective. Continuous Update Project. Third Expert Report 2018. https://www.wcrf.org/diet-and-cancer/.

172. Wu AH, Tseng CC, Bernstein L. Hiatal hernia, reflux symptoms, body size, and risk of esophageal and gastric adenocarcinoma. Cancer. 2003 Sep 1;98(5):940-8.

173. Ye W, Chow WH, Lagergren J, Yin L, Nyrén O. Risk of adenocarcinomas of the esophagus and gastric cardia in patients with gastroesophageal reflux diseases and after antireflux surgery. Gastroenterology. 2001 Dec;121(6):1286-93.



Contains Confidential Information – Subject to Protective Order

174. Yood MU, Campbell UB, Rothman KJ, Jick SS, Lang J, Wells KE, Jick H, Johnson CC. Using prescription claims data for drugs available over-the-counter (OTC). Pharmacoepidemiol Drug Saf. 2007 Sep;16(9):961-8.

175. Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med. 2021 Jan 5;10(1):153.

176. Zantac Tablets Prescribing Information. GlaxoSmithKline. June 2018.

177. Zantac OTC Consumer Package Insert. Sanofi. 2019.

178. Zhang ZF, Kurtz RC, Sun M, Karpeh M Jr, Yu GP, Gargon N, Fein JS, Georgopoulos SK, Harlap S. Adenocarcinomas of the esophagus and gastric cardia: medical conditions, tobacco, alcohol, and socioeconomic factors. Cancer Epidemiol Biomarkers Prev. 1996 Oct;5(10):761-8.

179. Zhang H, Jiang D, Li X. Use of nonsteroidal anti-inflammatory drugs and bladder cancer risk: a meta-analysis of epidemiologic studies. PLoS One. 2013 Jul 19;8(7):e70008.

180. Zhang R, Li H, Li N, Shi JF, Li J, Chen HD, Yu YW, Qin C, Ren JS, Chen WQ, He J. Risk factors for gastric cancer: a large-scale, population-based case-control study. Chin Med J (Engl). 2021;134(16):1952-1958.

181. Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis. 2019 Apr 29;40(2):254-262.

182. Zheng J, Daniel CR, Hatia RI, Stuff J, Abdelhakeem AA, Rashid A, Chun YS, Jalal PK, Kaseb AO, Li D, Hassan MM. Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study. Hepatology. 2021 Dec;74(6):3161-3173.

183. Zippi M, Fiorino S, Budriesi R, Micucci M, Corazza I, Pica R, de Biase D, Gallo CG, Hong W. Paradoxical relationship between proton pump inhibitors and COVID-19: A systematic review and meta-analysis. World J Clin Cases. 2021 Apr 26;9(12):2763-2777.



Contains Confidential Information – Subject to Protective Order

# EXHIBIT

# 3

# Opinions of Lewis A. Chodosh, M.D., Ph.D.

## Background and Qualifications

1. I am a physician and cancer researcher. I graduated summa cum laude, Phi Beta Kappa from Yale University in 1981 with Distinction in Molecular Biophysics and Biochemistry. In 1989, I simultaneously received my M.D. degree from Harvard Medical School, where I graduated magna cum laude, and my Ph.D. degree in Biochemistry from the Massachusetts Institute of Technology under the mentorship of Dr. Phillip Sharp. Dr. Sharp was awarded the 1993 Nobel Prize in Physiology or Medicine for his discovery that each of the genes in our genome is split into pieces, and for his work determining how these pieces are spliced together to generate a messenger RNA corresponding to a complete protein-coding gene.

2. After a residency in Internal Medicine at the Massachusetts General Hospital, I completed a clinical fellowship in Endocrinology at the Massachusetts General Hospital in 1992. I then performed a postdoctoral research fellowship in cancer genetics and developmental biology with the Chairman of the Department of Genetics at Harvard Medical School, Dr. Philip Leder. Dr. Leder is widely credited with deciphering the genetic code by which the DNA sequences that encode genes are translated into proteins via a messenger RNA intermediate. In addition, Dr. Leder received the 1987 Albert Lasker Basic Medical Research Award for his discovery of one of the first oncogenes recognized to cause human cancer, MYC, and his demonstration that the MYC oncogene is activated by a chromosomal rearrangement. Dr. Leder went on to create the very first genetically engineered mouse model for human cancer in order to prove that the MYC oncogene could cause cancer in a living organism.

3. During my training, I received a number of additional honors including the Emerson Tuttle Cup for Distinguished Academic Achievement from Yale University, the Leon Reznick Memorial Prize for Excellence in Research from Harvard Medical School, and appointment to the Medical Scientist Training Program at Harvard.

4. I began my independent scientific career as an assistant professor at the University of Pennsylvania in 1994. As a faculty member in the Perelman School of Medicine at the University of Pennsylvania, I have received a number of awards and honors, including the Charles E. Culpeper Foundation Scholarship in Medical Science (one of three such awards made nationally to young physician-scientist faculty), the AACR-Sidney Kimmel Cancer Symposium for Cancer Research Scholar Award, and selection as the inaugural recipient of the Perelman Professorship and Endowed Chair in Cancer Biology. In 2002, I was elected to the American Society for Clinical Investigation. Established in 1908, the ASCI is one of the nation's oldest and most respected medical honor societies and is comprised of physician-scientists elected "for their outstanding records of scholarly achievement in biomedical research". In 2008, I was elected to the Association of American Physicians. Founded in 1885, the AAP is an honorary society whose goals include "the pursuit of medical knowledge, and the advancement through experimentation and discovery of basic and clinical science and their application to clinical medicine". In 2017, I was elected to the National Academy of Medicine,

which is a part of the National Academies of the United States that were established by an act of Congress and signed into law in 1863 by Abraham Lincoln. Election to the NAM is considered one of the highest professional honors in medicine and medical research.

5. As a physician-scientist, the majority of my time is spent leading a research laboratory of approximately twenty-five graduate students, undergraduate students, research technicians, physicians and postdoctoral fellows in a comprehensive research program aimed at understanding the fundamental mechanisms that cause cancer, including understanding why cancers arise and progress in patients. As a principal investigator of a laboratory, and as a mentor, I teach graduate students and postdoctoral researchers in the laboratory to be rigorous, critical-thinking experimental scientists, including how to design appropriate laboratory experiments to answer important biological questions, how to interpret the resulting data, how to prepare results for peer-review and publication, and how to critically read the scientific literature.

6. In addition, as a professor at the University of Pennsylvania I teach medical students, graduate students, and undergraduate students in the classroom about principles of cancer biology, cancer epidemiology and cancer therapy. I also teach physicians about cancer biology.

7. As a principal investigator of a laboratory at the University of Pennsylvania, I have focused on understanding the causes of cancer and on using that information to devise better methods of cancer prevention and treatment for patients. I am especially interested in understanding the natural history by which human cancers arise and progress to more advanced stages, including their metastatic spread and development of therapeutic resistance.

8. My laboratory uses a broad array of in vivo and in vitro models to study genes, pathways and mechanisms involved in the development of cancers in the breast and other tissues, including those related to inherited and acquired mutations in tumor suppressor genes and oncogenes. The first several publications from my laboratory focused on the BRCA1 and BRCA2 tumor suppressor genes. These two genes are involved in the cellular response to DNA damage and play key roles in suppressing cancers of the breast, ovary, pancreas and other tissues. Inherited mutations in BRCA1 and BRCA2 are responsible for the majority of cases of familial breast and ovarian cancer. Subsequent studies from my laboratory over nearly three decades have focused on the roles played by a variety of oncogenes, tumor suppressor genes, signaling pathways and genomic alterations in the development and progression of human cancers.

9. Model systems employed in my laboratory include in vitro studies of human and rodent cells in culture, studies of tissues from human patients, studies of genetically engineered mouse and rat models of human cancer, and studies of cell and tissue samples from cancer patients in the clinic. Particular areas of interest include: the function of oncogenes and tumor suppressor genes in cancer, metastasis, tumor dormancy (in cases where that occurs) and tumor recurrence; developmental windows of susceptibility to cancer development; the role of signal transduction pathways in cancer; the mechanisms by which cancers escape therapy; the role of inflammation, immunity, angiogenesis and the tumor microenvironment in cancer development and progression; the mechanisms controlling adipocyte (fat cell) differentiation;

the roles of tumor initiating cells (*i.e.*, "cancer stem cells") in cancer; the mechanisms of metabolic regulation in cancer development and progression and in normal tissue physiology; the use of genomics and computational approaches to understand genetic programs in organ development and carcinogenesis; the use of noninvasive imaging approaches to study tumor biology; and the development of new diagnostic tests to address unmet needs in clinical oncology. In pursuit of these goals, my laboratory has developed several novel genetically engineered animal models for cancer, as well as a number of innovative approaches for analyzing large genomic data sets, imaging cancers, and identifying ultra-rare cancer cells that persist in some patients' bodies after they complete treatment. My laboratory is also integrally involved in the design and execution of clinical trials for cancer patients, including the analysis of clinical samples from patients enrolled in clinical trials investigating new treatments for cancer.

10. I currently serve as Perelman Professor and Chairman of the Department of Cancer Biology at the Perelman School of Medicine at the University of Pennsylvania, and I am a Professor with Tenure in the Department of Cancer Biology and in the Department of Medicine in the Division of Endocrinology, Diabetes and Metabolism. I also serve as Associate Director for Basic Science in the Abramson Cancer Center at the University of Pennsylvania, one of 51 National Cancer Institute-designated Comprehensive Cancer Centers in the United States, a designation that fewer than 4% of cancer centers in the Unites States receive. I have served as Director of Cancer Genetics, and now serve as Director of Tumor Biology, in the Abramson Family Cancer Research Institute. I also co-founded and serve as co-Director of the 2-PREVENT Translational Center of Excellence at the Abramson Cancer Center, which is a multidisciplinary center aimed at preventing deaths from breast cancer recurrence in patients through novel clinical trials based upon scientific discoveries in the laboratory. Through these roles I contribute to, and help oversee the research programs of, more than 100 faculty members at the University of Pennsylvania who are focused on understanding the causes of human cancers, and the mechanisms that underlie their aggressive behavior and response to treatment.

11. In addition, I currently serve as a member of the scientific advisory board for the Dana-Farber/Harvard Cancer Center at Harvard Medical School, and for more than 15 years I served as a member of the scientific advisory board for the Harvard Nurses' Health Studies I and II. I have served as Principal Investigator for a Department of Defense Breast Cancer Center of Excellence, and for 10 years I served as Principal Investigator for one of the sites of the National Cancer Institute's Mouse Models for Human Cancers Consortium. I am Editor-in-Chief of the scientific journal *Breast Cancer Research*, and I have served as a Senior Editor of *Cancer Research* and on the editorial boards of *Cancer Biology and Treatment* and the *Journal of Mammary Biology and Neoplasia*. I also regularly serve as a peer reviewer for numerous journals, including *Nature*, *Science*, *Cell*, *Nature Medicine*, *Cancer Cell*, *Cancer Discovery*, *Science Translational Medicine* and many others.

12. In my capacity as Principal Investigator, I have been awarded more than $60 million in extramural grants to support research in my laboratory, primarily from the National Cancer Institute, as well as from the Department of Defense and a variety of charitable foundations

focused on supporting cancer research. I am also an Attending Staff Physician in good standing at the Hospital of the University of Pennsylvania and I am licensed to practice medicine in the states of Pennsylvania and Massachusetts. A more complete statement of my education, background, publications, and other work in the fields of cancer, molecular biology and developmental biology is contained in my CV that accompanies this report.

13. I maintain an office and my laboratory at 614 Biomedical Research Building II/III, 421 Curie Boulevard, Philadelphia, Pennsylvania.

14. I have been retained on behalf of Defendants GSK, Pfizer, BI, Sanofi, and Patheon Manufacturing Services. The following opinions are based on my education, training, research, experience, knowledge of the literature, and information available to me at this time, and are based on a reasonable degree of medical and scientific probability and/or medical and scientific certainty. These opinions are offered to address issues related to general causation in this litigation. I may amend or supplement these opinions should any additional information be provided to me or if I learn of additional scientific literature that is relevant to this case. I may also amend or supplement this report in order to offer opinions on specific causation, or to rebut or respond to claims made by Plaintiffs' experts. I may use medical records, graphics or other materials to illustrate my opinions.

15. Citations to specific reference materials are offered in this report in those instances in which I considered it necessary to cite a specific source. Otherwise, my opinions are derived from general medical and scientific knowledge, my own scientific and clinical experience, and/or a combination of reference sources. This report is not intended to be an exhaustive summary of all of my opinions, nor an exhaustive set of citations to the literature.

16. A list of the materials I considered in forming my opinions is included as Attachment 1 to this report. A copy of my CV is included as Attachment 2.

17. In addition to the current litigation that is the focus of this report, I have participated in litigation as an expert witness in other matters, which are detailed in Attachment 3 to this report. My current rate for consultation in this matter is $800 per hour for testimony and all other work.

**Overview**

This report will address:

A. Background on human cancer causation

B. Evaluation of the claim that ranitidine is carcinogenic

C. Response to Plaintiffs' claims

**Summary of Opinions**

17. Cancer is a heterogenous disease in which abnormal cells bearing mutations in critical regulatory genes, which may be inherited or acquired after birth, divide in an uncontrolled manner and are able to invade other tissues in the body. Although there are well over 100 different types of cancer in humans, human cancers that arise in different tissues share many common properties.

18. Medical science has established that cancers are caused by the accumulation of mutations in critical genes within the same cell, and it is generally understood that transformation of a normal cell to a cancer cell requires mutations in at least six different critical regulatory genes. These mutations typically occur as a consequence of the natural aging process, such that cancer-causing mutations occur even in the absence of exposure to any environmental or dietary mutagens. Thus, aging-associated mutations must be considered as a potential cause of virtually every cancer that occurs in an adult.

19. It is typically not possible to determine the cause of a person's cancer, beyond the mutations contained within it and, in most cases, it is not possible to rule out endogenous processes as the cause of those mutations.

20. The essence of cancer is that mutations in critical growth control genes within a cancer cell generate all of the signals that the cancer cell requires in order to form a tumor. Accordingly, the signals that are required for the survival, growth and proliferation of cancer cells principally originate inside the cancer cell as a consequence of mutations in critical regulatory genes. These mutations result in the constitutive activation or inactivation of regulatory genes, which in turn drive uncontrolled cellular proliferation and cell survival, and abrogate normal differentiation pathways.

21. For human cancers occurring in adults, the process by which the mutations required to transform a normal cell into a cancer cell accumulate is generally believed to take decades. Consistent with the long period of time required for the development of human cancers, human cancers with a discernable cause are usually diagnosed years or decades after the inferred causal event. It is for this reason that cancers that occur in adults are generally considered a disease of aging. There is no reliable scientific method for determining precisely when the first cancer cell arose in an individual patient diagnosed with cancer.

22. Aging is generally believed to be principally responsible for the mutations that result in most adult cancers, since the normal daily operation of our cells involves the generation of DNA damage that can result in mutations. These normal cellular processes may be referred to as "endogenous" sources of mutation. Although some types of human cancer have also been linked to exposures to mutagenic agents in the environment (*i.e.*, "exogenous" sources of mutation), in medical practice it is generally difficult, and in many cases impossible, to distinguish which mutations in a particular patient's cancer were caused by endogenous versus exogenous processes, with the notable exception of mutations that are inherited.

23. Mutations commonly occur in the absence of any environmental exposure to a carcinogen, because our DNA is constantly being damaged as a consequence of the normal functioning of our cells. Of critical importance, DNA damage does not necessarily result in mutations, because mutations do not occur unless a cell replicates its damaged, unrepaired DNA. Fortunately, our cells have DNA repair mechanisms that can remove DNA damage and restore its DNA sequence to an error-free state before the cell replicates its DNA. In particular, DNA repair enzymes exist in our cells that are able repair the precise type of DNA damage caused by NDMA. In addition, our cells have still other safeguard mechanisms that can delay or halt a damaged cell's progression through the cell cycle to allow time for DNA repair to occur prior to DNA replication, or that can initiate a self-destruct mechanism to eliminate an irretrievably DNA-damaged cell from the body. Together, these physiological mechanisms prevent mutations from occurring following DNA damage.

24. The presence of DNA repair and cell safeguard mechanisms are responsible for the existence of a threshold for low-level DNA damage below which mutations do not occur, because that level of DNA damage can be effectively repaired. In particular, it is almost certainly the case that a threshold exists below which NDMA exposure does not result in mutations.

25. NDMA is an *N*-nitroso (nitrosamine) compound that is ubiquitously present in our environment in food, air, drinking water, soil, tobacco, and as a byproduct of industrial processes. In addition, our bodies produce large quantities of nitrosamines every day, including NDMA. Endogenously formed nitrosamines are increasingly understood to be a major — if not the major — source of human nitrosamine exposure. For example, endogenous daily NDMA exposure is estimated to be approximately 1,875-times higher than the highest estimate of exogenous daily exposure to NDMA in food, water and air, and nearly 11,000-times higher than the FDA Acceptable Daily Intake (ADI) level of 0.096 ug/d.

26. NDMA and other nitrosamines are formed endogenously from precursor compounds contained in food, particularly secondary amines such as dimethylamine in meats and fish, and nitrate and nitrite in vegetables. NDMA and other nitrosamines are formed endogenously due to the metabolism of red meat in the presence of bacteria in the gastrointestinal (GI) tract via a process dependent upon the presence of heme in red meat.

27. Although NDMA is a known carcinogen in laboratory animals, it is not a known carcinogen in humans. No cancers in humans have been conclusively demonstrated to result from exposure to NDMA. In addition, there are no dose-response data from which to infer levels of exposure to NDMA that might cause human cancers. For these reasons, and others, there is no reliable scientific basis to conclude that NDMA is a known human carcinogen. Consistent with this, no regulatory agency has classified NDMA as a known human carcinogen.

28. Despite the fact that NDMA has not been classified as a known human carcinogen, regulatory agencies appropriately act in a manner that presumes that NDMA is likely to be a human carcinogen out of an abundance of caution in light of their safety mandate, given

existing animal data and the probability that NDMA may also cause cancer in humans if human beings were exposed to extremely high doses of NDMA. However, it is almost certainly the case that the levels of NDMA to which human beings are routinely exposed through food, air, water and pharmaceutical products, including in the context of this litigation, are many orders of magnitude lower than even the lowest dose that has been shown to cause cancer in laboratory animals.

29. The Acceptable Daily Intake (ADI) of 96 micrograms of NDMA set by the FDA is extremely conservative, as is appropriate for the FDA's precautionary regulatory role. The reasons why the FDA ADI for NDMA is so conservative include the facts that it is an estimate of the amount of NDMA in pharmaceutical products that might be associated with a risk of only one additional case of cancer per 100,000 people, it is based on linear low-dose extrapolation models from animal studies, it is not based on direct evidence in humans, and it ignores background exposures to NDMA, endogenous exposures to NDMA, error-free DNA repair mechanisms, and other rate-limiting events in carcinogenesis.

30. The maximum theoretical total amount of NDMA to which any Plaintiff might have been exposed through consumption of ranitidine products is several thousand times *lower* than the amounts of NDMA produced endogenously in our bodies through normal metabolic processes that do not involve ranitidine. Furthermore, the maximum theoretical total amount of NDMA to which any Plaintiff might reasonably have been exposed through consumption of ranitidine products is at least 10,000-times *lower* than the lowest dose of NDMA shown to cause cancer in laboratory animals.

31. For example, assuming that a Plaintiff took 300 mg of ranitidine per day for 14 days, and assuming that that ranitidine product contained the highest levels of NDMA measured by the FDA in any ranitidine product (0.86 ug/300 mg tablet), the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed would be 12 ug. This amount of NDMA is 5 million-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. Analogously, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 1 year was 314 ug. This amount of NDMA is 194,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. The maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 10 years was 3.14 mg. Even this amount of NDMA is 19,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. Thus, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product is four to six orders of magnitude *lower* than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. In short, NDMA has not been demonstrated to cause cancer in laboratory animals at doses to which Plaintiffs might conceivably have been exposed as a consequence of ingesting ranitidine products.

32. There is no such thing as a universal chemical carcinogen. That is, chemical carcinogens cause tumors in some, but not all, tissues of exposed laboratory animals, even when exposed at extremely high doses.

33. Comprehensive laboratory testing of ranitidine has demonstrated that it is non-genotoxic, non-mutagenic and non-carcinogenic in a variety of different tests that cover the full spectrum of mutation types that can occur in cells.

34. A compelling body of evidence in human beings convincingly demonstrates that ranitidine is not converted to NDMA in biologically significant amounts following ingestion under physiological conditions.

35. Even the highest hypothetical levels of NDMA generated by prolonged exposure of ranitidine to environmental conditions designed to force its chemical degradation are still orders of magnitude lower than the lowest level of NDMA demonstrated to cause cancer in laboratory animals.

36. Epidemiological evidence for an association between ranitidine use and human cancer is largely negative despite extremely broad use over many years in large numbers of patients. Indeed, as summarized by a group of FDA scientists: "When considering all cancer types, while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk."[1] It also bears noting that the most reliable body of epidemiological evidence to evaluate the impact of ranitidine on cancer risk would come from studies of patients taking ranitidine – not from occupational or dietary studies of NDMA exposure. While epidemiological studies of ranitidine have limitations, as is true for all epidemiological studies, these are outweighed by the considerably greater limitations of attempting to use occupational and dietary epidemiology studies of NDMA to inform risk assessment in the context of ranitidine exposure.

37. To the extent that ranitidine degrades to form NDMA, the biological impact of such degradation can logically be assumed to have already been tested for. That is, studies of patients who have taken ranitidine are, by necessity, studies of patients who have been exposed both to ranitidine and to its breakdown products. Similarly, studies of laboratory animals exposed to ranitidine are, by necessity, studies of animals that have been exposed to both ranitidine and its breakdown products.

38. If ranitidine actually did decompose under 'real world' shipping and storage conditions, or if ranitidine was converted to NDMA following ingestion, to generate biologically significant quantities of NDMA, then: (1) ranitidine would be mutagenic in laboratory experiments (it is not); (2) ranitidine would be carcinogenic in laboratory animals (it is not); (3) high quality epidemiological studies would show clear and consistent associations between long term ranitidine use and cancer incidence (they do not); and (4) epidemiological studies would show clear and consistent associations between long term ranitidine use and types of human cancer

that have been reproducibly associated with high level NDMA exposures in laboratory animals (they have not).

39. Accordingly, based on in vitro and in vivo laboratory studies, clinical and epidemiological investigation in humans, and fundamental principles of cancer biology, I conclude to a reasonable degree of medical and scientific certainty, that exposure to NDMA in ranitidine products, at the doses to which Plaintiffs were potentially exposed, and for the durations to which Plaintiffs were potentially exposed, does not cause cancer in human beings.

## A. Background: Human Cancer Causation

**Cancer is a genetic disease caused by the accumulation of mutations in critical regulatory genes within the same cell**

40. A tumor (or neoplasm) is a collection of abnormal cells that may be either benign or malignant. In benign tumors, abnormal cells remain clustered together and do not invade surrounding tissues. Malignant tumors, which are also referred to as cancers, do invade surrounding tissues and frequently metastasize to distant sites in the body.

41. Cancer is a disease in which abnormal cells bearing mutations (*i.e.*, errors in the DNA sequence of a gene) divide in an uncontrolled manner and are able to invade other tissues in the body. DNA mutations may be inherited or acquired after birth.

42. There are well over 100 different types of cancer in humans, with many of these being subclassified into multiple subtypes. Despite this diversity, human cancers that arise in different tissues share many common properties.[2,3] Thus, the word "cancer" refers to a collection of distinct diseases that share a set of cardinal features. Cancers are sometimes referred to by clinicians as "solid" or "liquid". Solid tumors include carcinomas, sarcomas and cancers of the nervous system, whereas liquid tumors principally consist of leukemias and lymphomas.

43. Carcinomas are solid cancers that arise from epithelial cells, which are cells that line the organs and surfaces of our bodies, such as the skin, lung, breast, ovary, uterus, fallopian tube, prostate, bladder, oral cavity, esophagus, stomach, liver, pancreas, small intestine, colon and rectum. Carcinomas account for approximately 85% of all human cancers and are far more common than other types of cancer, such as leukemias, lymphomas, sarcomas, mesotheliomas, or cancers of the nervous system.

44. Cancer is frequently referred to in the scientific and medical literature as being a genetic disease.[4] This refers to the fact that the process by which normal cells become cancerous entails the accumulation of genetic mutations in critical genes within the DNA of a single cell. Mutations can consist of point mutations (*i.e.*, single nucleotide changes), small insertions and deletions (*i.e.*, "INDELs"), copy number changes (*e.g.*, amplifications or deletions), gains or losses of all or parts of chromosomes, chromosomal translocations, or aneuploidy (abnormal numbers of chromosomes). Mutations may be either inherited (*e.g.*, BRCA1, BRCA2, TP53, RB,

etc.), in which case they are present in every cell of the body, or acquired "somatically" after birth in individual cells as a consequence of normal cellular function and aging, or exposure to mutagenic agents.

45. Inherited mutations are often referred to as "germline" mutations, because they are present in either the sperm or egg (which are classified as "germ" cells) that together give rise to the fertilized egg. Since the fertilized egg represents the ancestral cell that gives rise to every cell of the resulting newborn child, any "germline" mutation will be present at birth in every one of a child's cells. Because a newborn child is composed of 1-2 trillion cells, a child with an inherited mutation begins its life with more than 1 trillion mutations.

46. Conceptually, the development of a cancer from a single normal cell of origin to a cancer that can be detected clinically can be thought of as occurring in two stages. First, mutations in a sufficient number of critical regulatory genes must accumulate within the same cell, and in an appropriate combination, to generate the first (or ancestral) cancer cell. For cancers in adults, this process is believed to involve at least six mutations, and is believed to take many years, in most cases several decades.[5-8] Second, this initial ancestral cancer cell must subsequently expand in number to reach a clinically detectable size, which occurs via an imbalance between cell proliferation (also referred to as cell division) and cell death (also referred to as apoptosis or necrosis). This gradual expansion in cell number eventually results in the accumulation of enough cells to reach a size that can be clinically detected, whether by medical imaging or by palpation, which is typically greater than 1 billion cancer cells. This net expansion of cancer cells is believed to occur over a period of years, typically a decade or more.[5,9] Importantly, the imbalance in cell proliferation and cell death that is required for the net expansion of cancer cell number (also referred to as tumor growth) is typically driven by the same mutations that led to the development of the first cancer cell.

47. The behavior of normal cells in our bodies is tightly regulated, particularly with respect to whether (and when) a cell proliferates, whether (and when) a cell dies, and whether (and when) an undifferentiated cell such as a stem cell differentiates into a mature cell. In essence, the behavior of normal cells is controlled by signals emanating from the community of cells in the body, as well as the immediate environment of the cell, to ensure that all cells function in a coordinated manner in the organism as a whole.

48. In addition, normal cells have a wide variety of safeguard mechanisms that allow them to repair DNA damage that they inevitably sustain in the course of their everyday 'life', to ensure that this DNA damage does not result in mutations.[5] Additional safeguard mechanisms allow damaged cells to initiate a 'self-destruct' program (termed programmed cell death or apoptosis) to destroy themselves if for some reason they are unable to repair DNA damage they have sustained. These, along with many other systems operating in cells and in the body, function as safety mechanisms that help prevent the development of cancer.

49. The essence of cancer is that mutations in critical growth control genes within the cancer cell generate all of the signals that the cancer cell requires in order to form a tumor. That is, the signals that are required for the survival, growth and proliferation of normal cells in our

bodies typically originate outside the cell (*i.e.*, from the cells that surround it and from the bloodstream in the form of growth factors, hormones, etc.), and these signals are tightly regulated. In contrast, the signals that are required for the survival, growth and proliferation of cancer cells principally originate inside the cancer cell as a consequence of mutations in critical regulatory genes. These mutations result in the constitutive activation or inactivation of regulatory genes, which in turn drive uncontrolled cellular proliferation and cell survival, and abrogate normal differentiation pathways.

50. Importantly, the human body contains trillions of cells, the cells in our bodies undergo approximately $10^{16}$ cell divisions in our lifetimes (that is, 10 quadrillion – or 10 million, billion cell divisions), and every gene in our genome is estimated to undergo mutation $10^{10}$ (10 billion) times in our lifetimes, simply as a consequence of the normal function of the cells that make up our bodies.[5,10] This alone indicates that a single mutation cannot be enough to cause cancer in humans.

51. When one considers the enormous number of cells in our bodies in combination with our long lifespan, it becomes apparent that even though the events that are required to cause cancer (*e.g.*, the accumulation of mutations in critical regulatory genes) may be quite rare when considering only a single cell in the body, they are nevertheless quite likely to occur in at least one cell in the body over the course of a lifetime.

**Cancer is caused by mutations in oncogenes and tumor suppressor genes**

52. The process by which a normal cell is transformed into a cancer cell is generally believed to require at least six different mutations in critical genes ("cause"). Each of these mutations generally confers a new property or "hallmark" of cancer on the once-normal cell, such as: (1) self-sufficiency in growth signals; (2) insensitivity to anti-growth signals; (3) the ability to evade apoptosis (or programmed cell death); (4) the ability to induce the formation of new blood vessels; (5) the ability to proliferate forever; and (6) the ability to invade tissues and spread to other parts of the body (*i.e.*, metastasis).[2,5]

53. The critical growth control genes that, when mutated, give rise to cancer fall into two general classes: oncogenes and tumor suppressor genes.

54. An oncogene is a gene that, when constitutively activated by mutation, acts to promote tumor development, typically by driving unregulated cell growth, proliferation and/or survival. Oncogenes are most commonly derived from their non-mutated cellular counterparts (proto-oncogenes) by mutations that occur in cells of the body (*i.e.*, somatic cells) during a patient's lifetime. Proto-oncogenes typically regulate cell growth, proliferation and survival. There are dozens of established oncogenes, including RAS, MYC, NOTCH1, PIK3CA, HER2, c-MET, EGFR, BRAF, FGFR1, AKT and BCR-ABL.

55. When functioning appropriately, the proteins encoded by tumor suppressor genes act to prevent tumor formation, typically by relaying growth-inhibitory signals, sensing and repairing DNA damage, or inducing programmed cell death in response to cellular stresses or warning signals. When mutations inactivate tumor suppressor genes, tumor development is

promoted. There are dozens of known tumor suppressor genes, including TP53, RB, BAP1, p16, BRCA1, BRCA2, APC, and PTEN. Mutations in tumor suppressor genes may occur in somatic cells during a patient's lifetime, or they may be inherited from one or both parents. Inherited mutations in tumor suppressor genes are responsible for causing a variety of different inherited cancers and cancer susceptibility syndromes, whereby rates of certain cancers or groups of cancers occur within an extended family at higher rates than would be expected by chance. Counterintuitively, it is also often the case that patients inheriting cancer-predisposing mutations in tumor suppressor genes do not have an obvious family history of cancer.

56. The accumulation of mutations in oncogenes and tumor suppressor genes within a cancer cell enables, among other things, a cancer cell to proliferate and survive in an autonomous and unregulated manner. That is, the unregulated growth of cancers is a consequence of mutational events that occur inside the cancer cell, and the autonomous behavior of cancers is a direct consequence of these mutations.

57. Over the past decade, the genomes (*i.e.*, DNA genetic code) of many different types of human solid cancers – including those of the breast, ovary, colon, lung, prostate, stomach, esophagus, pancreas, bladder, mesothelium and others – have been sequenced in order to identify mutations in oncogenes and tumor suppressor genes that occurred during cancer development.[11-15] These studies have revealed that overlapping, but distinct, sets of oncogenes and tumor suppressor genes are mutated within different types of human cancers. This indicates that alterations in similar molecular pathways underlie the development of human solid cancers arising in different organs. For example, mutations in the TP53 pathway are commonly found in many different types of human cancer. Despite this similarity, however, the specific sets of oncogenes and tumor suppressor genes that are recurrently (*i.e.*, commonly) mutated in different types of cancer tend to be distinct from each other.

58. Just as there are multiple oncogenes and tumor suppressor genes that are mutated within each cancer, the growth of any particular cancer is influenced by many different oncogenic pathways and is rarely, if ever, dependent upon a single pathway. This is one of the reasons why treating cancer is so challenging. In addition, since there are many oncogenes and many tumor suppressor genes, the number of potential combinations of mutations in oncogenes and tumor suppressor genes that can result in cancer is enormous, so much so that almost no two cancers contain precisely the same set of mutated oncogenes and tumor suppressor genes. When combined with the many genetic (and other) differences between individuals (no two people are identical), this heterogeneity underscores why no two cancers are identical. Nevertheless, cancers have many properties that are shared, including many shared molecular features, particularly within the same type of cancer.

**Mutations, gene expression changes, and epigenetic alterations**

59. Substances and exposures that can cause cancer are referred to as carcinogens. Most known human carcinogens are mutagens. Genotoxic or mutagenic agents cause DNA damage that, if unrepaired and passed on to a daughter cell, results in mutations. Many known

human carcinogens, such as x-rays, ultraviolet light, viruses that insert their DNA into their host's genome, and certain chemicals in cigarette smoke, are known to cause DNA damage that can result in mutations. Such carcinogens are therefore referred to either as "genotoxic carcinogens" or "mutagens".

60. Since mutations resulting from DNA damage can take a wide variety of forms, including single nucleotide changes, small insertions/deletions, chromosomal amplifications and deletions, translocations, and aneuploidy, a single type of test cannot detect all genotoxic agents. Consequently, prior to the development and implementation of the full battery of tests capable of sensitively detecting the many types of DNA damage that can lead to mutations, some agents that were known to cause cancer were not recognized as being mutagenic when tested using only a limited number of assays, such as the Ames test. As a result, some of these agents were referred to as "non-genotoxic carcinogens". However, with subsequent testing using a broader range of assays it became clear that many of these agents did, in fact, cause DNA damage. Accordingly, by using a battery of tests capable of detecting the different types of DNA damage and mutations that can occur in cells, it is clear that many so-called "non-genotoxic carcinogens" actually do induce mutations in genes and/or chromosomes and therefore are, in fact, genotoxic. Thus, referring to an agent as a "non-genotoxic carcinogen" in no way implies that that agent does not cause mutations.

61. Comprehensive laboratory testing of ranitidine has demonstrated that it is non-genotoxic, non-mutagenic and non-carcinogenic in a variety of different tests that cover the full spectrum of mutation types that can occur in cells.[16-20]

62. Gene "expression" refers to the process by which the linear chain of deoxyribonucleotides (*i.e.*, DNA) encoding a gene is "transcribed" to yield a messenger RNA (mRNA), which is composed of a linear chain of ribonucleotides that mirrors that of the gene. This mRNA is then "translated" by ribosomes within the cell to yield a protein, which is composed of a linear chain of amino acids specified by the mRNA and, in turn, DNA nucleotide sequence of the gene.

63. The expression of each of the ~20,000 genes within each of the ~30 trillion cells in our bodies is tightly regulated in response to a variety of conditions inside the cell as well as external factors in a cell's local environment. This results in the transient up-regulation and down-regulation of the expression of a wide variety of genes, and activity of signaling pathways that relay messages within and between cells. These transient, tightly regulated changes in gene expression and activity are essential for the proper function of our cells and for our bodies as a whole.

64. It would be a mistake to equate the transient regulation of genes and signaling pathways that are part and parcel of normal cellular physiology with the impact of mutations in cancer associated genes that constitutively turn "on" the activity of oncogenes or turn "off" the activity of tumor suppressor genes. Regulated changes in gene expression that occur during the normal cellular response to internal and external stimuli are transient, tightly regulated and required for our survival. In contrast, mutations that constitutively activate oncogenes or

inactivate tumor suppressors result in the loss of regulation of those proteins and the pathways that they control. It is this lack of regulation that results in the uncontrolled survival, growth, and proliferation signals that are characteristic of cancer cells.

65. Gene expression in cells can also be regulated by changes in chromatin and in epigenetic regulators. Epigenetic changes in gene expression are heritable (from one cell generation to the next) and do not involve alterations (*i.e.*, mutations) in the DNA nucleotide sequence of the genome. Rather, epigenetic changes typically result either from one of a variety of post-translational modifications of histone proteins that package DNA into chromatin (*e.g.*, lysine/arginine methylation, lysine acetylation, serine/threonine phosphorylation, etc.), or from methylation of DNA at specific sites, principally at the 5' position of cytosine residues located in CpG dinucleotide sites, to generate 5-methylcytosine.[21] Clusters of CpG sites, referred to as CpG "islands", occur throughout the genome, particularly in areas of the genome that encode genes or that regulate gene expression.

66. Importantly, although epigenetic regulation is often exerted through chromatin modification (*e.g.*, histone modifications), not all types of chromatin regulation can be considered to be epigenetic mechanisms of gene regulation. Specifically, there are many chromatin regulatory mechanisms that impact gene expression, but only a subset of these, such as PRC2-mediated H3 K27 methylation, are actually sustained through cell division, which is a defining feature of epigenetic regulation. For this reason, it would be incorrect to consider any change in gene expression resulting from chromatin alterations as being an epigenetic change.

67. As with transient changes in gene expression, the reversible regulation of gene expression by epigenetic mechanisms and by chromatin modification is a normal part of physiology that is essential for the proper function of our cells and tissues. It would be a mistake to equate the epigenetic or chromatin modification-based regulation of gene expression with the impact of mutations in cancer associated genes, such as oncogenes or tumor suppressor genes. However, like the normal counterparts of oncogenes or tumor suppressor genes, epigenetic regulators can also be mutated in human cancers and, in cases where this occurs, these mutant regulators can function as oncogenes or tumor suppressor genes.

68. It would also be a mistake to equate the type of DNA methylation that mediates some epigenetic changes in gene expression (*i.e.*, methylation at position 5 of cytosine to generate 5-methylcytosine) with the types of DNA damage that are induced by endogenous or exogenous methylating agents that may alkylate DNA at a variety of sites (*e.g.*, $O^6$-methylguanine). First, covalent DNA modifications other than 5-methylcytosine are not a product of the DNA epigenetic regulatory machinery, and they are not used by the epigenetic machinery of the cell to regulate gene expression. In contrast to the normal physiologic role played by 5-methylcytosine residues in CpG islands, methylated bases such as $O^6$-methylguanine constitute forms of DNA damage that must be repaired prior to DNA replication in order to prevent the occurrence of mutations. Indeed, organisms have evolved a broad array of molecular systems that are capable of repairing precisely these types of DNA damage. As such, the methylation of

DNA nucleoside bases anywhere other than position 5 of cytosine cannot be viewed as examples of epigenetic regulation.

**Cancer is a disease of aging and develops over many years**

69. As articulated above, for human cancers that occur in adults, the process by which the mutations required to transform a normal cell into a cancer cell accumulate is generally believed to take decades.[5,7] It is for this reason that cancers that occur in adults are generally considered to be a disease of aging. Aging, in turn, is believed to be principally responsible for the mutations that result in most adult cancers, since the normal daily operation of our cells involves the generation of DNA damage that can result in mutations. These normal cellular processes may be referred to as "endogenous" sources of mutation. Although some types of human cancer have also been linked to exposures to mutagenic agents in the environment (*i.e.*, "exogenous" sources of mutation), in medical practice it is generally difficult, and in most cases impossible, to distinguish which mutations in a particular patient's cancer were caused by endogenous versus exogenous processes, with the notable exception of mutations that are inherited.

70. Consistent with the long period of time required for their development, human cancers with a discernable cause are usually diagnosed years or decades after the inferred causal event, as has been documented for many types of human cancer, including cigarette smoking and lung cancer, asbestos and pleural mesothelioma, ionizing radiation (*i.e.*, x-rays) and many forms of cancer, and ultraviolet light and melanoma. Given the extended periods of time required for sporadic human cancers to develop, there is no reliable scientific method to precisely determine when the first cancer cell arose in an individual patient. It is also generally not known when the first mutation occurred in the cell that ultimately developed into the first cancer cell. One exception to this occurs when a patient inherits a mutation in a critical cancer-related gene from one of their parents, since every one of the trillions of cells in that person's body then contains a cancer-causing mutation at birth. Another important caveat is that while it is not possible to precisely determine when the first cancer cell arose in an individual patient, it is possible to reasonably estimate the average and minimum periods of time that are required for cancers to develop.

71. Perhaps the clearest manifestation of cancer in adults being a disease of aging is the observation that a patient's risk of being diagnosed with cancer increases exponentially with age.[7] Observed incidence rates for most adult cancers are relatively low for individuals in their 30s and 40s. Cancer rates begin to accelerate rapidly as patients age into their 50s, 60s and 70s. Furthermore, the magnitude of the exponential increase in cancer incidence as a function of age strongly suggests that multiple (*i.e.*, six or more) infrequent events (*i.e.*, mutations) must occur in specific, critical regulatory genes within the same cell in order to generate the first cancer cell. The requirement for multiple mutations to accumulate in critical regulatory genes within the same cell in order to create the first cancer cell is, in part, responsible for the long latency between exposure to an agent that causes cancer (like ionizing radiation) and clinical detection of the resulting cancer.

72. As above, most human cancers are not detected until they contain billions of cancer cells. Consequently, another reason why human cancers take decades to develop is the relatively slow net growth rate of cancer cells. That is, while a long period of time is required for a normal cell to accumulate the multiple mutations required to generate the first cancer cell, it also takes a long period of time – typically years or even more than a decade – for that initial cancer cell to proliferate enough times to accumulate a sufficient number of cancer cells to reach a clinically detectable size, especially since proliferation must also offset the elevated rates of cell death that are often seen in cancer cells.

73. For example, most breast cancers are believed to develop over a period of 30-50 years, as revealed by studies of women exposed to ionizing radiation (a known cause of breast cancer) during the atomic bomb blasts in Hiroshima and Nagasaki in 1945.[22-26] Remarkably, the great majority of the 'excess' breast cancers attributable to radiation exposure in survivors of the atomic bomb blasts occurred 30-50 years after exposure. This is in accordance with what we know about the natural history of breast cancer in human beings.

74. Similar to breast cancer, it has been estimated that the length of time required for the formation of a clinically detectable colon cancer is 30 – 50 years, and that each of the several rate-limiting events required for colon cancer formation may take, on average, 10 – 15 years or more.[5,7] Consistent with this, one of the key steps in colon cancer formation – the transition from polyp to invasive cancer – has been estimated by some to take as long as 17 years.[5] This represents the biological underpinning of the long-standing clinical guideline for performing screening colonoscopy in adults beginning at age 50 and, in the absence of positive findings (*e.g.*, polyps), repeating colonoscopy at 10-year intervals. Screening colonoscopy, coupled with the removal of pre-cancerous polyps, has repeatedly been proven to be an effective means to prevent the development of invasive colon cancers. Importantly, its efficacy is predicated on the fact that colon cancers, like other human cancers, have very long latencies that are on the order of decades. The observation that colonoscopy performed at 10-year intervals beginning at age 50 is able to prevent colon cancer provides concrete, empirical evidence that human cancers take several decades to develop. Simply put, if human cancers developed over short periods of time, screening colonoscopy would not be effective in preventing the formation of invasive cancers.

75. Similar to breast and colon cancer, the development of most common human cancers, including lung cancer, prostate cancer, ovarian cancer, pancreas cancer, stomach cancer, pleural mesothelioma, and many others, has been estimated to occur over 30-50 years, or longer.[5] This, in turn, is consistent with the exponential increase in the incidence of each of these cancers as a function of age, and with epidemiological data in those instances in which exposure to a known carcinogenic agent is involved.[7]

76. Although the time course for the development of a human cancer is typically on the order of several decades, in some instances it is possible to detect an increase in cancer incidence over a shorter period of time. Accordingly, cohort studies with decades of follow-up can detect risks associated with the development of solid cancers over periods of time that are shorter than the median latency of those cancers. Returning to the example of breast cancer in

survivors of the atomic bomb blasts at Hiroshima and Nagasaki, a discernable increase in breast cancer incidence attributable to ionizing radiation became evident in this population after approximately 12 years.[22-26] One model that would explain this observation is that these earliest appearing cancers could have resulted from x-ray-induced mutations in non-cancerous breast cells that had already accumulated mutations in multiple critical genes, such that the mutation induced by ionizing radiation was the 'final' mutation needed to create the first cancer cell. It is notable that, even in this scenario, these newly formed cancers did not reach a clinically detectable size for more than a decade. This is consistent with a variety of other observations indicating that it may take on the order of six months to a year for the net number of cancer cells in a human breast cancer to double in a typical patient.[9] Consequently, from the moment the first cancer cell arises, it still takes more than a decade to accumulate the 1 billion or more cancer cells that is required for that cancer to reach a clinically detectable size.

77. When considering the decades-long latency of most human cancers, a natural question that arises is why children develop cancer, and how they can do so in shorter periods of time than those alluded to above. A potential misconception would be to assume that the amount of time that is required for some types of solid cancers to develop in adults can be inferred from the amount of time that it takes for different types of solid cancers to develop in children. It cannot. The fact that children sometimes develop cancer indicates that those particular types of cancer can develop over a period of less than 10-15 years. However, there are several important differences between pediatric cancers and adult cancers that likely contribute to temporal differences in their incidence.

78. First, as would be expected based on the concept that cancer is a disease of aging, cancer is a very uncommon disease in children compared to adults.[27,28]

79. Second, most types of solid cancer that do occur in children, such as medulloblastoma, neuroblastoma, Wilms tumor, retinoblastoma, osteosarcoma, and rhabdomyosarcoma rarely, if ever, occur in adults. Conversely, it is extremely rare for children to be diagnosed with cancers of the lung, breast, prostate, colon, ovary, pancreas or bladder, which together represent the most common types of cancer that occur in adults. And for those types of cancer that do occur in both adults and children, their relative frequencies are markedly different. For example, leukemias and lymphomas account for more than 40% of childhood cancers, whereas these same types of cancer account for fewer than 10% cancers in adults. Furthermore, the subtypes of leukemia and lymphoma that develop in children tend to be different from those that develop in adults. And even in those relatively rare instances in which a subtype of leukemia or lymphoma occurs in both adults and children (*i.e.*, it has the same 'name'), these subtypes still tend to be biologically distinct at the molecular level (*e.g.*, landscape of mutations, etc.). In aggregate, these facts preclude direct inferences regarding the amount of time that it takes for adult solid cancers to develop to be drawn from the amount of time that it takes for different types of solid cancers to develop in children.

80. Third, many childhood cancers are believed to result, at least in part, from inherited mutations in tumor suppressor genes, such as TP53 and RB, whose normal function is to prevent cancer.[27,28] Inherited mutational inactivation of these, or other, tumor suppressor

genes in the fertilized egg that gives rise to a newborn child therefore dramatically increases that child's probability of developing cancer. This increased probability of developing cancer can be understood from the fact that such children are born with a critical mutation in every cell in their body and, as such, have trillions of mutations in their bodies at birth.

81. Fourth, pediatric cancers are generally believed to be less complex at the genetic level than solid cancers that occur in adults. That is, whereas solid cancers in adults are generally believed to require at least 6 mutations in critical genes within the same cell, pediatric cancers may appear to harbor mutations in only a small number of critical genes.[27,28] Since many fewer mutations are believed to be required to cause the formation of pediatric cancers compared to adult cancers, this process would be expected to take far less time in children. Taken together, these factors indicate that the pathogenesis of pediatric cancers follows rules that are very different from those governing adult cancers and preclude direct inferences regarding the amount of time that it takes for adult solid cancers to develop from being drawn based upon observations in children.

82. A related potential misconception would be to assume that the amount of time that it takes to develop a cancer in a human being can be inferred from the amount of time that it takes to develop a cancer in a laboratory mouse or a rat. It cannot. One way to envision this is that "time" is dramatically accelerated in mice and rats compared to human beings. To illustrate this fact, it is worth noting that mice live for only two to three years (rather than the typical 70 to 80-year life span of human beings), their gestational period is 18.5 days (rather than 280 days in humans), and they can reach sexual maturity in just 28 days (rather than the 13 years required in children). For these reasons and others, there is no scientifically reliable method for estimating the latency of a disease process in human beings based upon the latency for a potentially related disease process in laboratory animals.

**Mutations occur as a consequence of aging and are an inescapable consequence of the way our cells work**

83. During many years of investigation, scientists have identified the cause of some of the mutations that cause cancers. For some types of cancer, these include agents in the environment, such as ionizing radiation, chemical carcinogens, and certain viruses. For other types of cancer, however, environmental carcinogens do not appear to play a significant role.

84. Beyond these environmental exposures to carcinogens, however, it is clear that mutations frequently occur simply as a consequence of being alive. That is, our DNA is constantly being damaged and repaired as a consequence of the normal daily function of our cells.[5,29] For example, mitochondria – which can be thought of as tiny engines within our cells that use breakdown products of sugar (*i.e.*, glucose) as a fuel to generate energy – produce reactive oxygen species (ROS) as a byproduct of energy production. Although ROS play essential roles in normal cell physiology, ROS can also damage DNA within the cells in which they are produced, potentially leading to mutations. These causes of mutation are therefore considered to be unavoidable because they are "endogenous" (*i.e.*, due to factors within the

body and/or within cells), rather than "exogenous" (*i.e.*, due to environmental factors outside of the body and/or outside of cells).

85. There are a number of other examples of chemical compounds that have been definitively shown to be produced within our bodies on a daily basis as a consequence of normal physiological metabolism that are capable of causing mutations in a variety of experimental systems. For example, formaldehyde is produced endogenously in our bodies during amino acid metabolism, methanol metabolism, lipid peroxidation and P450-dependent methylation), and is present in all of our tissues.[30] Formaldehyde has been classified by both the International Agency for Research on Cancer (IARC) and the National Toxicology Program Report on Carcinogens as a known human carcinogen. Notably, while environmental exposures to formaldehyde occur in humans through ingestion of foods containing formaldehyde or methanol, or food additives such as aspartame, these exposures are small compared to the high levels of endogenous formaldehyde turnover in humans.[30] Similarly, a variety of other aldehydes are produced endogenously within our bodies during the metabolism of amino acids, carbohydrates, vitamins, steroids, biogenic amines, and lipids, particularly during the lipid peroxidation process.[31] Many of these aldehydes have been demonstrated to be mutagenic.

86. Ethylene Oxide (EtO) is produced in large quantities within our bodies every day as a consequence of normal physiological metabolism, and is capable of causing DNA damage.[32] EtO is generated as a natural by-product through metabolism by gut microflora, lipid peroxidation, and oxidation of methionine and hemoglobin, which is present in high concentrations in each of our red blood cells that circulate throughout our bodies. EtO is also generated endogenously from ethylene, which is itself generated within our bodies as a consequence of normal physiological metabolism. Endogenously produced EtO is increasingly understood to be a major — if not the major — source of human EtO exposure.[33,34]

87. Analogous to ROS, formaldehyde and other aldehydes, and EtO, *N*-nitrosamines are also produced endogenously in our bodies, as described in this report, and are capable of causing DNA damage. *N*-nitrosamines are formed endogenously from precursor compounds contained in meats, fish and vegetables as well as during the metabolism of red meat in the presence of bacteria in the gastrointestinal (GI) tract).[1,35-38]

88. As illustrated by the examples of ROS, formaldehyde, other aldehydes, EtO, and *N*-nitrosamines, a variety of chemical compounds are produced endogenously within our bodies as a consequence of normal metabolism that are capable of causing DNA damage, which can potentially lead to mutations if not repaired. For these, and many other, reasons it is clear that developing cancer does not require exposure to an environmental carcinogen. Rather, the mutations that lead to cancer are frequently caused by endogenous 'exposures' that result from the normal functions of our cells.[39,40] As a simple example of the inescapable nature of endogenous mutations, laboratory animals housed under extremely clean conditions without any exposures to environmental carcinogens still commonly develop spontaneous cancers over the course of their lifetimes.

89. The fact that endogenous DNA damage occurs as a consequence of normal cell function likely explains – at least in part – why most adult solid cancers are a disease of aging.[5] Mutations that occur as a consequence of aging are almost certainly sufficient to cause human cancers, even in the absence of exposure to mutagenic agents in the environment. Indeed, current scientific evidence suggests that, for many cancers, the normal molecular processes that occur within cells make a far greater contribution to the number of mutations that occur in those cells than do mutagenic agents in the environment to which people may be exposed. In his textbook, the "*Biology of Cancer*", Dr. Robert Weinberg highlights the astonishingly large number of DNA damaging events that occur in our cells every day, simply as a consequence of being alive:[5]

> *"12.5 Cell genomes are under constant attack from endogenous biochemical processes"* [Title of chapter section, p. 523]
>
> *"In recent decades, however, analytical techniques of greatly improved sensitivity have allowed researchers to detect altered bases and nucleotides in the DNA of normal cells that have not been exposed to exogenous mutagens. The results of these analyses have caused a profound shift in thinking about the origins of most of the mutant genes present in the genomes of human cells, because they have shown that endogenous biochemical processes usually make far greater contributions to genome mutation than do exogenous mutagens. Since mutagenic events, independent of their origin, are potentially carcinogenic, this has forced a rethinking of how many human cancers arise."* (Pg. 523-524)
>
> *"By some estimates, as many as 10,000 purine bases are lost by depurination each day in a mammalian cell. (This amounts to more than $10^{17}$ chemically altered nucleotides generated each day in the human body!)"* (Pg. 524-525)
>
> *"Taken together, the continuing hail of damage from oxidation, depurination, deamination, and methylation, which together may alter as many as 100,000 bases per cell genome each day, greatly exceeds the amount of damage created by exogenous mutagenic agents in most tissues."* (Pg. 527)

**Although the vast majority of mutations that cause cancer result from endogenous sources of DNA damage, the cause of any specific mutation that results in cancer can rarely, if ever, be identified unless the mutation is inherited**

90. Although some of the factors that can potentially give rise to mutations have been identified by scientists, either in the environment or inside cells as a consequence of aging, despite intensive investigation we do not know the precise factors within a cell that determine whether a somatic mutation will occur in any given context. Consequently, unless it is an inherited mutation known to cause cancer, we seldom know the cause of the mutations that gave rise to a particular patient's cancer. However, in light of the enormous amount of DNA damage that occurs in cells each day due to endogenous processes, it is most likely the case that the mutations that gave rise to a particular patient's cancer are simply a consequence of normal cell function and aging.

91. In this regard, even though it is known that human cancers are caused by the accumulation of mutations in multiple oncogenes and tumor suppressor genes, in the clinical setting physicians typically do not know the identity of the cancer-causing mutations in any given patient's cancer. Moreover, even if a somatic mutation in a particular oncogene or tumor suppressor gene is detected in a particular patient's cancer, what caused that mutation to occur is usually not known. For these reasons, and others, even though we can determine with reasonable medical certainty that a particular cancer was caused by the oncogenic mutations present within it, we typically do not know the cause of those mutations and, in this sense, we typically cannot determine the cause of an individual person's cancer.

92. One exception to this occurs in the case of inherited mutations in genes, such as BRCA1, BRCA2, APC, TP53, BAP1, and others. These inherited mutations have been demonstrated experimentally to cause cancer, are associated with enormous increases in cancer risks, and are present in the initial fertilized egg and, therefore, in every cell of the body. Since cancer is known to be caused by mutations in oncogenes and tumor suppressor genes, in those instances in which such mutations are identified in a patient's cancer, it is highly likely that those mutations contributed to the development of that cancer. This is particularly true in the case of inherited mutations in tumor suppressor genes, which may be associated with massive increases in risk of cancer that may be even greater than the magnitude of the increased risk of lung cancer associated with chronic cigarette smoking.

93. Put another way, since any individual cancer is caused by the accumulation of mutations in oncogenes and tumor suppressor genes, and since these mutations are most likely the result of normal endogenous processes, it is impossible to rule out endogenous processes as the cause of that cancer. Put another way, the pathogenic mutations in oncogenes and tumor suppressor genes identified within each cancer can logically be assumed to have causally contributed to the formation of that cancer.

94. As a corollary, agents (such as ranitidine) that do not cause mutations, cannot logically be argued to have been essential for the development of a patient's cancer, since those cancers were caused by mutations. This is particularly true in the case of patients who have inherited mutations in tumor suppressor genes that may be associated with a massive increase in cancer risk.

95. For the above reasons, a cancer diagnosed in a patient can reasonably be assumed to have been caused by mutations. If a known oncogenic mutation is identified in that cancer, it can reasonably be inferred that that oncogenic mutation played a causal role in the development of that cancer. Conversely, it would be illogical and scientifically unfounded to argue that that cancer was not caused by those identified oncogenic mutations, but was instead caused by exposure to an agent that does not cause mutations.

96. In summary, there is no generally accepted scientific method for ruling out a substantial contribution of mutations in oncogenes and tumor suppressor genes, which accrue over time due to endogenous processes, to the development of a cancer, cellular proliferation within a cancer, or tumorigenic effects such as cell survival, invasion, angiogenesis or metastasis.

Moreover, the mutations that are present in any given cancer are often not determined in the clinical setting, and – even if they were – the causes of those mutations can only rarely ever be determined. For these reasons, and others, medical science usually cannot determine the cause of an individual person's cancer.

**Proliferation alone does not cause cancer**

97. As noted above, in any given patient the first cancer cell forms by means of the stepwise accumulation of multiple mutations in key growth control genes within the same cell. Once formed, that first cancer cell grows into a clinically detectable cancer through the net proliferation and accumulation of cancer cells.

98. Cell proliferation is a normal physiological process that is ongoing and required for the health and maintenance of our tissues. In fact, without daily cell proliferation, we would die. While it is true that there must be some proliferation in order for cancer cells to accumulate, it is not true that the mere presence of increased cell proliferation makes the development of cancer more likely. That is, current scientific thinking does not support the notion that the more rapid the rate of proliferation in a normal tissue, the greater the likelihood of that tissue developing cancer. For example, cell proliferation rates in bone marrow are amongst the highest in the human body, but cancers of bone marrow cells are quite rare compared to cancers of tissues that have far lower proliferation rates, such as the lung and breast.

99. Processes that stimulate cell proliferation also often increase the rate of cell death. As such, since the growth of a subclinical cancer results from a net increase in the number of cancer cells, it is essential to account for changes in rates of cell death since an increase in the rate of cell death could result in a <u>decrease</u> in the number of cancer cells, even if proliferation continued – or even increased in rate – in that cancer.

100. Since the replication of DNA that accompanies cell proliferation formally has the potential to generate daughter cells harboring mutations in their DNA code, the body has developed numerous safeguard mechanisms to prevent this from happening. These leverage the fact that DNA damage cannot give rise to a mutation unless the cell in which the DNA damage occurred replicates (*i.e.*, copies) its DNA and divides before that damage has been repaired. Since preserving the integrity of the DNA code within our cells is essential for life, our cells have developed numerous mechanisms for repairing DNA damage before they result in mutations, and for preventing the accumulation of cells in which mutations have occurred. Such systems include base excision repair (BER), nucleotide excision repair (NER), homologous recombination (HR), mismatch repair (MMR), and others. Consequently, the same factors that stimulate cells to proliferate also often turn on the expression of DNA damage sensing and repair proteins, such as BRCA1 and BRCA2, to ensure the faithful replication of DNA. As such, the induction of DNA repair proteins in proliferating cells is a normal cellular response that protects against mutations.

101. Beyond these DNA repair systems, additional cellular safety mechanisms exist that ensure that a cell has adequate time to repair DNA damage prior to replicating its genome in preparation for cell division. One such safety mechanism is mediated by the p53 tumor

suppressor protein in which detection of the presence of DNA damage within a cell triggers that cell to halt its progression through the cell cycle, thereby giving the cell time to repair its DNA damage before it replicates its DNA or divides. In doing so, p53 prevents the occurrence of a mutation. Importantly, if for some reason the DNA damage in a cell cannot be repaired, p53 also has the ability to trigger a "self-destruct" mechanism within that cell that forces it to undergo apoptosis (*i.e.*, programmed cell death), thereby leading to the elimination of that cell from the body. As a consequence, cells bearing DNA damage that cannot be repaired adequately prior to cell division can be eliminated. For this reason, a cell with DNA damage that is stimulated to proliferate may paradoxically be more likely to be eliminated through physiological safeguard mechanisms of this kind than a cell with DNA damage that is not stimulated to proliferate.

102. A potential misconception is that cellular proliferation is, in and of itself, carcinogenic for the reason that increased rates of proliferation are associated with increased rates of replication of cellular DNA, which in turn may increase the chances that cells will accumulate genetic errors, or mutations. This hypothesis lacks support in the body of scientific literature. At best, this supposition is speculative insofar as proliferation-induced mutation is a hypothetical consequence of proliferation, rather than a known consequence of proliferation in a given context. Accordingly, it is factually incorrect to assume that a higher rate of cellular proliferation within a tissue results in a greater mutation rate. While statements to this effect can be found in the scientific and medical literature, I am not aware of any published body of medical or scientific evidence demonstrating that a tissue that is proliferating at a higher rate accumulates mutations at a higher rate than that same tissue proliferating at a lower rate. For these, and other, reasons one cannot simplistically link proliferation, mutation rates and cancer risk.

103. Indeed, a variety of evidence exists indicating that proliferation is not intrinsically linked to cancer risk, including the observations that: (1) proliferation rates in normal tissues are generally poorly correlated – if at all – with the incidence of cancers arising in those tissues; (2) an enormous amount of cellular proliferation is required for the development of a newborn child from a single fertilized egg, yet cancers in newborn children are exceptionally rare; (3) pregnancy has long been known to confer lifetime protection against the development of breast cancer, despite the fact that it is associated with extremely high rates of cellular proliferation; and (4) pregnancy protects against breast cancer even in women who already harbor breast cells with mutations, such as was the case with women exposed to ionizing radiation during the atomic bomb blasts at Hiroshima and Nagasaki.[22-26,41] For these and other reasons, proliferation per se cannot be equated with an increase in cancer risk.

**Risk factors**

104. Risk factors for cancer are identified based on the consistent observation of a statistically significant association between a particular factor and the risk of being diagnosed with a particular type of cancer. That is, across large populations, persons possessing a specific risk factor for a particular type of cancer are generally more likely to be diagnosed with that cancer than those who do not possess that risk factor.

105. Multiple risk factors have been elucidated for different human cancers, although the magnitude of many established risk factors is relatively small. Moreover, many patients who develop cancer have no apparent risk factors, other than age and/or gender. This likely reflects the fact that cancer is, in many ways, an unavoidable consequence of aging that has a random (or stochastic) component.[39,42]

106. Most importantly, it is essential to emphasize the critical difference between a risk factor for a disease and a cause of that disease. A risk factor for cancer is merely a correlation between a factor and the probability of being diagnosed with cancer. The associations that risk factors represent cannot be equated with causality. For example, having gray hair is strongly associated with the risk of being diagnosed with cancer, however having gray hair is obviously not a cause of cancer.

107. Moreover, 'ruling out' risk factors cannot logically be equated with ruling out potential causes of a patient's cancer, both because risk factors are not causes, and because the mere absence of a particular risk factor for cancer (*e.g.*, family history) does not reliably indicate the absence of a potential contributing causal factor (*e.g.*, an inherited cancer predisposition).

108. Conversely, 'ruling in' risk factors cannot logically be equated with ruling in potential causes of a patient's cancer. For example, obesity is an established risk factor for postmenopausal breast cancer, but no physician can reliably tell a patient that their breast cancer was caused by obesity. And even if risk factors were causes (they are not), they still could not explain causation for most patients, since many cancer patients lack identifiable risk factors.

109. To further illustrate this point, beyond postmenopausal obesity, risk factors for breast cancer include earlier age at menarche, later age at menopause, nulliparity, late age at first full-term pregnancy, lack of breastfeeding, mammographically dense breast tissue, family history of breast cancer, and others. However, each of these risk factors is associated with only a small increase in risk and, in aggregate, a woman's risk factor profile is a notoriously poor predictor of her likelihood of developing breast cancer in her lifetime. Consistent with this, most women who develop breast cancer do not have known risk factors other than being female and growing older.

110. For these reasons, a physician cannot ascertain the cause of a woman's breast cancer simply by ruling out known risk factors – because risk factors are not causes and – even if they were – the list of potential causes for breast cancer does not explain why most women get breast cancer. If the list of potential "causes" for breast cancer included being female and growing older, these would most often be the "causes" of cancer that remained after "ruling out" other risk factors.

111. Furthermore, while cancer risk estimation may be reasonably accurate when applied to large populations, it is generally highly inaccurate when applied to individuals. For example, a particular constellation of risk factors for breast cancer may predict, with reasonable accuracy, that approximately 2% of individuals across a large population (*e.g.*, 100,000 people) will likely develop breast cancer within 5 years. However, the presence of that same constellation of risk

factors in an individual does not reliably or accurately determine that that individual will develop breast cancer. Thus, even if risk factors permitted the determination of cancer causality across large populations (they cannot), they still would be unable to do so in individuals.

112. Moreover, since most cancers likely arise from endogenous causes of mutations attributable to aging, aging itself (that is, being alive) is one of the most powerful risk factors for cancer and rarely, if ever, can be eliminated as a potential cause of adult human cancers.

113. In addition, for many types of human cancer, medical science has only determined some of the potential risk factors. Consequently, there is no reliable method to arrive at the "correct" risk factor simply by ruling out the incomplete set of risk factors that do not appear to be operative in that patient.

## B. Evaluation of the Claim that Ranitidine is Carcinogenic

### Ranitidine does not cause cancer

114. Ranitidine is a histamine 2 (H2) receptor antagonist (H2RA) used to treat peptic ulcer disease and gastroesophageal reflux that was approved for prescription use in the United States in 1983. Ranitidine subsequently became widely used as an over-the-counter medication to treat gastroesophageal reflux.

115. As noted above, the vast majority of human carcinogens are mutagens, for the very reason that cancer is caused by mutations. In this regard, a consistent and compelling body of evidence exists demonstrating that ranitidine is neither mutagenic, nor carcinogenic.

116. A battery of tests has been performed to assess the genotoxic potential of ranitidine, including the Ames test, dominant lethal assay, unscheduled DNA synthesis (UDS) assay, and bone marrow micronucleus formation assay. Each of these tests was negative for ranitidine, indicating that ranitidine does not have genotoxic potential. The Ames test determines the ability of a chemical compound to cause mutations in bacteria, with or without in vitro incubation of that compound with a mixture of liver enzymes to permit metabolism of the compound, since the liver is responsible for metabolizing many chemical compounds. Ranitidine was not mutagenic at doses of up to 30 mg/plate in the Ames test using multiple strains of *Salmonella typhimurium*, in doses of 9 mg/plate in two strains of *E. coli,* with or without activation, or at a concentration of 2 mg/mL in *S. typhimurium* or *E. coli* in the Oral Solution microtiter fluctuation method.[16] Notably, ranitidine was determined to be non-mutagenic in Ames testing at doses that are thousands of times greater than that attained in the bloodstream of patients on treatment. Ranitidine incubated with 15 mM sodium nitrite was not mutagenic in *S. typhimurium* or *E. coli*.[16] Ranitidine incubated with 40 mM sodium nitrite was mutagenic in *S. typhimurium* TA 1535, but not in *S. typhimurium* TA 1537, *E. coli* WP67 or *E. coli* WP2 uvrA. Since 40 mM sodium nitrite is not encountered under physiological conditions in human beings (the upper limit of the physiological range of gastric nitrite is generally considered to be 0.1 mM),[43] this isolated finding is not considered to have clinical significance. A dominant lethal assay utilizing a single oral dose of 1,000 mg/kg ranitidine in

male rats was negative.[16] This assay measures the ability of a compound to cause genetic changes (*i.e.*, mutations) in male germ cells (*i.e.*, sperm) that can result in embryonic or fetal death. A unscheduled DNA synthesis (UDS) assay demonstrated that ranitidine did not cause unscheduled DNA synthesis in the rat gastric mucosa when administered at 30, 100 and 200 mg/kg.[20] The UDS assay measures whether DNA repair activity takes place following the exposure of cells to a compound. Ranitidine was also negative in an in vivo mouse bone marrow micronucleus test, which indicates that it did not result in an increase in chromosomal damage when administered to mice in vivo.[44]

117. Consistent with the finding that ranitidine is not mutagenic, ranitidine is also not carcinogenic in long term carcinogenicity assays in mice, rats and dogs.[16-19] Treatment of 600 mice with ranitidine at doses of up to 2,000 mg/kg/d for two years, and 636 rats with ranitidine at doses of up to 2,000 mg/kg/d for 2.5 years, did not reveal any evidence for ranitidine-induced tumorigenesis in either species. For comparison, the dosage for a 70 kg person taking 300 mg ranitidine per day would be 4.3 mg/kg/day – which is approximately 450-times lower than the doses used to treat mice and rats. In addition, treatment of 42 dogs at doses up to 450 mg/kg/d (~100 times the human dosage) for up to one year also did not reveal any evidence for tumorigenesis. Thus, ranitidine is not carcinogenic in mice, rats or dogs treated for 1 to 2.5 years with daily doses of ranitidine that are ~100 to 450-times greater than those to which human beings would be exposed.

118. The absence of ranitidine-induced mutagenicity or carcinogenicity at daily doses of ranitidine that are two to three orders of magnitude higher than those to which patients would be exposed, and at cumulative doses that are three to four orders of magnitude higher than those to which patients would be exposed over a 70-year lifetime, in and of itself persuasively argues against the claim that biologically significant levels of NDMA are generated from ranitidine, either by degradation under normally encountered environmental conditions, or by metabolism after ingestion.

119. Cancer development typically requires 30-50 years. Similar latencies for cancer development would be expected for a hypothetical agent that acts by a mutagenic mechanism. Thus, cancers that were diagnosed after exposure to ranitidine within a time frame that was substantially shorter than this could not plausibly be explained by ranitidine use. Similarly, cancer development caused by most known human carcinogens typically results from repeated exposure over a course of years – often decades (*e.g.*, cigarette smoking and lung cancer, asbestos and mesothelioma). Accordingly, cancers that were diagnosed after exposure to ranitidine for short periods of time (weeks/months) could not plausibly be explained by ranitidine use.

**Epidemiological studies of ranitidine**

120. While observational epidemiological studies can identify the presence of an apparent association between two factors, at a fundamental level such studies cannot demonstrate a cause-and-effect relationship. In particular, observational epidemiological studies are subject to a variety of errors related to chance, bias, and confounding, which may result in the spurious

identification of associations that are not real. Thus, while epidemiological evidence is an essential part of evaluating cancer causation in human beings, observational epidemiological evidence alone cannot, in principle, demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations, and associations, like risk factors, are not causes and cannot be equated with cause-and-effect. Thus, while observational epidemiology studies permit inferences to be drawn regarding causation based upon the identification of consistent, substantial and robust associations, they cannot demonstrate cause-and-effect directly.

121. The above considerations notwithstanding, epidemiological evidence for an association between ranitidine use and human cancer is largely negative despite extremely broad use over many years in large numbers of patients.[45] Indeed, as summarized by a group of FDA scientists: "When considering all cancer types,[26-32] while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk.[27-29,31]"[1] Specifically, no consistent or reliable association has been identified between ranitidine use and bladder cancer, liver cancer, stomach cancer, esophageal cancer, pancreas cancer, kidney cancer, lung cancer, leukemia, lymphoma, myeloma, melanoma, prostate cancer, ovarian cancer, uterine cancer, breast cancer, or colorectal cancer.[46-69]

122. A central aspect of Plaintiffs' theory of causation is that the alleged ability of ranitidine to cause cancer is a consequence of factors specific to ranitidine that are not shared by other H2RAs or other acid suppressing agents, including unique aspects of ranitidine's chemical structure or unique aspects of contaminants alleged to be present in ranitidine formulations. Contradicting Plaintiffs' theory of causation, there is no reliable evidence that ranitidine exhibits risk associations that are different from those for other H2 receptor antagonists or acid suppressive agents. This alone is compelling evidence against Plaintiffs' theory of causation.

123. Nominally significant associations between ranitidine use and certain cancers have been reported in some instances; however, in many cases, evidence points to the identified associations as being attributable to confounding by indication or by reverse causation, or by the lack of availability of information regarding known risk factors for these cancers.

124. Confounding by indication occurs when an indication for the use of a medication (*e.g.*, chronic gastritis, peptic ulcer, etc.) is also a risk factor for the disease under study (*e.g.*, gastric cancer), which is often the case in studies of acid suppressive agents and gastric cancer. Indeed, associations reported between acid suppressive agents, such as ranitidine, and gastric or other gastrointestinal cancers, are commonly recognized as being prone to the phenomenon of reverse causation.[47,53,61,70] This is the case because patients with early, often non-specific, abdominal symptoms of gastric or GI cancers that have not yet been diagnosed may be prescribed acid suppressive agents as an empiric test of whether their symptoms are caused by gastric acid (*e.g.*, esophageal reflux, peptic ulcer disease, etc.), for example by upper endoscopy (*e.g.*, esophagogastroduodenoscopy), in lieu of direct examination. Only later is the true 'cause' of the patient's symptoms accurately identified as a GI cancer. Consequently, the observed association between acid suppressive agents and GI cancers is not due to the acid

suppressive agent causing the GI cancer, but rather to the symptoms of the GI cancer causing the physician to prescribe an acid suppressive agent.

125. In support of reverse causation as an explanation for associations between H2 receptor antagonists, such as ranitidine, and gastric cancer, Liu et al. noted a marked increase in the prescription of acid suppressive agents immediately prior to a diagnosis of gastric cancer.[53] Further evidence that reverse causation may underlie associations that have been reported between acid suppressive agents and gastrointestinal cancers come from the use of an "active comparator" control group composed of patients who have used acid suppressive agents other than ranitidine, either within the same class of medications (*i.e.*, H2 receptor antagonists) or a different class (*e.g.*, proton pump inhibitors). The purpose of selecting an "active comparator" group as a control is to mitigate confounding by indication and other unmeasured patient characteristics; that is, patients who have been prescribed ranitidine are more likely to share similar characteristics with patients who have been prescribed other acid suppressive agents, foremost, others in the same class, than patients who have not been prescribed acid suppressive agents. Consistent with this, comparing patients prescribed ranitidine to patients prescribed other H2R antagonists has been found to abrogate most observed associations between ranitidine use and the diagnosis of gastric cancer.[65] This, in turn, provides further support for reverse causation as an explanation for observed associations between ranitidine and gastric cancer.

126. As articulated above, medical science typically cannot determine the cause of an individual person's cancer. In addition, there is no "signature" type of cancer alleged to be associated with ranitidine that is uniquely associated with ranitidine use. Further, there is no "signature" genetic lesion associated with ranitidine that would enable a (hypothetical) cancer caused by ranitidine to be identified. This is particularly important, given Plaintiffs' claim that the alleged carcinogenic effects of ranitidine are mediated by NDMA, since endogenously generated nitrosamines such as NDMA give rise to DNA adducts that are identical to those formed as a consequence of exogenously ingested NDMA.

127. Even if ranitidine use was reproducibly associated with a statistically significant increased risk of a particular type of cancer (it is not), and even if that association was biologically plausible (it is not), the mathematical considerations that follow from the small relative risks that have been hypothesized to exist between ranitidine and cancer would logically preclude a "more likely than not" determination of causation.

128. It also bears noting that the most reliable body of epidemiological evidence to evaluate the impact of ranitidine on cancer risk would come from studies of patients taking ranitidine – not from occupational or dietary studies of NDMA exposure. While epidemiological studies of ranitidine have limitations, as is true for all epidemiological studies, these are outweighed by the considerably greater limitations of attempting to use occupational and dietary epidemiology studies of NDMA to inform risk assessment in the context of ranitidine exposure.

129. In aggregate, I conclude that there is no recognized consistent association between ranitidine and any type of human cancer, and that epidemiological evidence argues against a causal association between ranitidine and human cancer.

**NDMA: Background**

130. Plaintiffs' theory of causation is that ranitidine is converted to *N*-Nitrosodimethylamine (NDMA) prior to, or following, ingestion, and that NDMA is thereby responsible for mediating the carcinogenic effects of ranitidine.

131. *N*-Nitrosodimethylamine (NDMA, CAS 62-75-9) is a dialkylnitrosamine, and is a member of the *N*-nitroso class of compounds that contain both a nitroso (–N-N=O) functional group and an amine group (-$NR_2$, where R represents an alkyl group or H).[71-73] For NDMA, R=$CH_3$, corresponding to a chemical formula of $C_2H_6N_2O$, a chemical structure of $(CH_3)_2$-N-N=O, and a molecular weight of 74.083.[71-73] NDMA is a semivolatile oily liquid that is miscible in water and has a boiling point of ~154$^{o}$C.[71-73] NDMA is by far the best studied member of the *N*-nitrosamine family.

132. NDMA is found in the environment in air, water and soil, where it is formed by a chemical reaction between nitrosating agents (*e.g.*, nitrite) and nitrosatable substrates (*e.g.*, secondary amines), which are ubiquitously present in the environment.[71-73] For example, NDMA can be synthesized from amine compounds, nitrate and nitrite in the soil by bacteria. NDMA is rapidly degraded in sunlight by photolysis, but can be generated in the atmosphere at night by the reaction of dimethylamine (DMA) with nitrogen oxides.[71,72]

133. NDMA can also be generated as a by-product of industrial processes that employ amines, nitrate and/or nitrite, such as in rubber, pesticide and dye manufacturing, leather tanning, and food processing.[71-74] NDMA is most commonly formed when alkylamines react with nitrite, nitrous acid, and nitrogen oxides. NDMA is present in exhaust fumes of diesel vehicles, may be generated by chemical reaction in sewage containing alkylamines and nitrate or nitrite, and is formed during treatment of drinking water as a consequence of chlorination.[71,72,75] NDMA is also present in some pesticides, either due to the manufacturing process or to formation under storage conditions.[71,72]

**Exogenous exposures to NDMA occur from food, tobacco, beer, air and water**

134. Human exposures to *N*-nitrosamines can be classified as either exogenous or endogenous. Exogenous exposures involve pre-formed NDMA, whereas endogenous exposures entail the synthesis of *N*-nitrosamines within the body. Significant sources of exogenous exposure to NDMA principally include tobacco, indoor air (*e.g.*, environmental tobacco smoke), beer and malt beverages, food, drinking water, consumer products, and occupational exposures in certain industries.

135. Among exogenous exposures, tobacco is generally associated with the highest levels of exposure to *N*-nitrosamines,[72,74] which are classified as volatile, non-volatile, and tobacco-specific.[76-80] NDMA in tobacco is considered a semi-volatile nitrosamine and is formed both

during the curing and fermentation process, as well as during combustion.[71,72,74] Nicotine can serve as a precursor to NDMA formation,[76-78] and smokeless tobacco is also a significant source of NDMA exposure. Environmental tobacco smoke (ETS) exposure (including mainstream smoke) to NDMA has been estimated at 0.04-0.13 ug/kg/d due to ETS-contaminated indoor air, with exposures in the range of 0.05 ug/kg/d for adults, and 0.13 ug/kg/d for young children, based on exposure to air concentrations that may be as high as 0.24 ug/m$^3$ for 21 hr/d.[72] Sidestream tobacco smoke concentrations of NDMA are on the order of 10 to 100-fold higher than mainstream smoke.[81] The ETS emission factor of NDMA for cigarettes can be greater than 500 ng/cigarette, although lower levels have also been reported.[81] For an exposure level of 0.05 ug/kg/d NDMA for adults,[72] ETS-related exposures to NDMA may be on the order of 3.5 ug/d, or higher, corresponding to NDMA exposures of 1.3 mg per year and 89.5 mg over 70-years. Accordingly, NDMA exposures due to tobacco are likely to be an order of magnitude greater than those attributable to diet, 36-times higher than the FDA ADI for NDMA, 21-times higher than daily dietary exposure to NDMA, and 6-times higher than daily NDMA exposures attributable to food, air and water combined.[71,72,74]

136. In the absence of primary or secondary tobacco exposure, food is considered to be the principal determinant of exogenous exposure via intake of preformed NDMA and other nitrosamines in humans, with beer and drinking water accounting for progressively smaller percentages.[71,72,80,82,83] Foods that tend to have the highest levels of NDMA and nitrosamines can be categorized into at least six groups. These include: (1) foods preserved by nitrite and/or nitrate, such as cured meats (especially bacon and sausage) and cheeses; (2) pickled and salt-preserved foods, especially pickled vegetables in which bacterial reduction of nitrate to nitrite may occur; (3) smoked meats and fish, due to nitrogen oxides in smoke; (4) malt beverages, including beer and whiskey, principally due to drying of malt by hot flue gases; (5) foods dried by combustion gases, such as dried milk products, malt, and spices, due to nitrogen oxides in drying gases; and (6) foods stored under humid conditions due to nitrosamine formation by contaminating bacteria.[71,72,74]

137. Precise quantification of dietary exposures to preformed NDMA and other nitrosamines in food is extremely difficult, in part because concentrations of NDMA and other nitrosamines in different foods change over time, can differ by geographic region, and are affected by numerous variables, including the method of preparation or preservation.[71,72,74] In addition, the types of foods consumed, as well as serving sizes, vary widely between individuals, and data derived from self-reporting on dietary questionnaires are notoriously inaccurate.[84] It is also reasonable to note that dietary exposures relevant to cancer development likely occur decades prior to cancer diagnosis.

138. With these caveats in mind, estimates have been generated for the *N*-nitrosamine content, including NDMA, of a variety of common foods.[85] For example, one hundred grams of sausage or chorizo has been estimated to contain 10,941 ng of NDMA. Estimates for other foods, provided as ng NDMA per 100 grams, include muffins or rolls (50 ng), cottage cheese (76 ng), fried fish (169 ng), hot dogs (221 ng), bacon (454 ng), ham (490 ng), sauerkraut (660 ng), and oysters (1,139 ng). Accordingly, eating one hot dog per day would correspond to an NDMA exposure of approximately 2,563 ug over a 70-year lifetime. Eating one serving of sausage per

day (3 ounces, 85 grams) would correspond to an NDMA exposure of 3,397 ug in a single year, and to more than 237,000 micrograms (237,000,000,000 ng) of NDMA over a 70-year lifetime, which is nearly 100-times higher than the acceptable daily intake (ADI) specified by the FDA.

139. By necessity, estimates of daily dietary intake of NDMA are heavily influenced by individual behavior and a variety of other factors that introduce uncertainty into measurements. Nevertheless, several groups have attempted to estimate dietary NDMA exposures using estimates for the NDMA content of foods, in combination with information from food questionnaires intended to evaluate foods and portion sized consumed. Evaluating dietary NDMA intake (excluding beer or tobacco) from seven studies[86-92] yields an estimate of average daily NDMA intake of 0.164 ug/d, which would correspond to 0.0023 ug/kg/d for a 70 kg person, and a cumulative exposure of 4.19 mg over a 70-year lifetime. Liteplo et al.[72] reported "reasonable worst-case estimates" for daily intake of NDMA from food (excluding tobacco or beer/whiskey) for people of ages 20-59 years, which ranged from 0.0043 – 0.011 ug/kg/d. This would correspond to 0.30 – 0.77 ug/d, 110 – 281 ug/year, and 7.7 – 19.7 mg over a 70-year lifetime for a 70 kg person. Consistent with these estimates, Zheng et al. recently reported average daily NDMA dietary intake levels of 0.28 ug/d, 0.45 ug/d, 0.58 ug/d and 0.99 ug/d for the 1st, 2nd, 3rd, and 4th quartiles, respectively.[93]

140. By way of comparison, the FDA Acceptable Daily Intake (ADI) for NDMA is 96 ng/d, which corresponds to 35 ug per year and 2.45 mg over a 70-year lifetime (see below).[94] Thus, daily dietary intake of NDMA, even excluding tobacco and beer, may often exceed the FDA ADI. Indeed, the above estimates for NDMA intake in food would range from 1.7 – 8.0-times higher than the FDA ADI for NDMA.

141. Liteplo et al.[72] estimated "reasonable worst-case estimates" of daily intake of NDMA in beer at 0.0009 ug/kg/d. More recently, Stuff et al. estimated that beer contains 202 ng NDMA per 100 g.[85] Accordingly, consumption of one bottle of beer (355 mL) per day would correspond to 0.01 ug/kg/d for a 70 kg person and would be associated with an exposure to approximately 262 ug NDMA per year, or 13.1 mg NDMA over a period of 50 years, which is 5.3-times higher than the FDA ADI for NDMA.

142. Although levels of nitrosamines in both food and beer have likely decreased in recent years relative to when many measurements of NDMA in foodstuffs were made, few data exist defining the extent to which NDMA levels in different foods may have decreased.[95] In this regard, given that dietary exposures relevant to cancer development likely occur decades prior to diagnosis, to the extent that Plaintiffs diagnosed with cancer are generally older, they have experienced decades of exposure to nitrosamines from both exogenous sources (such as food, water, air, tobacco and beer) and endogenous sources (see below). Accordingly, lifetime dietary exposures for many Plaintiffs are likely to have been influenced by the higher levels of nitrosamines that were present in foods and malt beverages in the past.

143. Liteplo et al. also reported "reasonable worst-case estimates" for daily exposure to NDMA from food, water, and outdoor air (excluding tobacco or beer/whiskey) as being unlikely to exceed 0.008 ug/kg/d.[72] This would correspond to 0.56 ug/d, 204 ug/year, or 14.3 mg over

the 70-year lifetime of a 70 kg person. The estimated daily intake of NDMA from food, air and water for ages 20-59 years ranged from 0.005 – 0.016 ug/kg/d.[72] This would correspond to 0.35 – 1.2 ug/d, 128 – 409 ug/year, and 8.95 – 28.6 mg over a 70-year lifetime for a 70 kg person. These estimates for NDMA intake in food, water and air range from 3.6 – 11.7-times greater than the FDA ADI. Exposures would be higher for persons drinking beer and/or whiskey, and might be an order of magnitude higher for those with tobacco exposures.[72]

144. NDMA is also present in a number of consumer products, including personal care products and cosmetics such as shampoos, hair conditioners, bath and shower gels, and other products. Similarly, products containing rubber that contact the skin contain NDMA, including latex gloves, and baby bottle rubber nipples and pacifiers, ranging from 8.6 – 25 mg/kg NDMA.[72] Few data exist on the quantities of NDMA that might be absorbed via these routes of exposure.

145. Although NDMA has been more intensively studied than most other *N*-nitrosamines, NDMA is only one of the nitrosamines present in food and tobacco, or in industrial settings, to which humans are exposed. Other nitrosamines, including *N*-Nitrosodiethylamine (NDEA), *N*-Nitrosodi-n-propylamine (NDPA), *N*-Nitrosodi-n-butylamine (NDBA), *N*-Nitrosomethylethylamine (NMEA) and *N*-Nitrosopyrrolidine (NYPR), have been reported to be present in foods, beverages, drugs, and tobacco smoke.[71,72,74,85,92] The average intake of volatile nitrosamines, including NDMA, is estimated at approximately 1 ug per day.[96]

146. Since NDMA is a by-product of certain manufacturing processes, occupational exposures occur, most commonly via inhalation or dermal contact. This is the case in rubber and tire manufacturing, pesticide manufacturing, leather tanneries, dye manufacturing, fish meal production, rocket fuel industries, and others.[71,72]

**Endogenous exposures to NDMA are far greater than exogenous exposures**

147. Beyond exogenous exposures to NDMA from food, water, air, tobacco, beer, whiskey, and consumer products, endogenous exposures to NDMA are increasingly appreciated to be a major source – if not the major source – of exposure to NDMA and other nitrosamines.[86,97-100] Indeed, far from being synthetic molecules, NDMA and other nitrosamines are formed endogenously within the body, as a consequence of normal biological processes.[86,97-102] NDMA and other nitrosamines are formed endogenously from precursor compounds contained in food, particularly secondary amines such as dimethylamine in meats and fish, and nitrate and nitrite in vegetables. Reduction of nitrate by oral bacteria is considered to be the predominant source of nitrite exposure in humans.[72,103]

148. NDMA and other nitrosamines are formed endogenously due to the metabolism of red meat in the presence of bacteria in the gastrointestinal (GI) tract via a process dependent upon the presence of heme in red meat.[99,104-108] NDMA and other *N*-nitrosamines may also be formed by acid-catalyzed nitrosation, such as in the stomach, and by enzyme-catalyzed nitrosation.[1,35-38] Systemic nitrosation is driven by the family of enzymes known as nitric oxide (NO) synthases, which generate nitric oxide from the amino acid arginine.[109-111]

149. Consistent with the endogenous formation of nitrosamines, including NDMA, as a consequence of normal metabolism, $O^6$-methylguanine DNA adducts produced by the methylation of guanine ("G") residues at the $O^6$ (oxygen) position (see below) are observed in the DNA of experimental animals that have not been exposed to environmental methylating agents, such as NDMA, and in humans who are thought not to have been exposed to environmental sources of NDMA.[112-114]

150. Importantly, endogenous production of NDMA can be estimated to result in exposures that are nearly 2,000-fold higher than the highest estimated levels of exogenous exposure due to pre-formed NDMA in food, drinking water and air.[72,86] For example, Hrudey (2013)[86] utilized three different types of data to estimate the level of daily endogenous NDMA production in humans. These estimates were: (a) 900 ug/d (12 ug/kg/d) based upon analysis of NDMA levels in blood samples considered in combination with blood clearance rates; (b) 1,360 ug/d (18 ug/kg/d) based upon levels of $O^6$-methylguanine in DNA from human blood, with estimates ranging as high as 17,000 ug/d; and (c) estimates of endogenous NDMA formation based upon urinary excretion of NDMA that varied widely, but encompassed NDMA production values estimated via the other two methods. An average daily exposure to endogenously produced NDMA of 15 ug/kg/d, which represents the mean between estimation methods (a) and (b) above, would correspond to 1,050 ug/d for a 70 kg person, and 26.8 grams of NDMA over a 70-year lifetime. *This level is approximately 1,875-times higher than the highest estimate of daily exposure to exogenous NDMA in food, drinking water and air,[72] and nearly 11,000-times higher than the FDA ADI of 0.096 ug/d.*

151. Using methodology analogous to Hrudey, Tannenbaum (1980)[115] estimated similar levels of endogenous NDMA production (670 ug/d). Vermeer (1998)[100] estimated that 174 ug/d of NDMA was produced endogenously in adult humans, based on data from Spiegelhalder (1982)[116] that 0.5% of NDMA formed is excreted in the urine. Further, Jakszyn (2006)[99] estimated that endogenous production of nitroso compounds (ENOCs) is 93-times greater than dietary exposure to NDMA, and these authors (and others) suggested that ENOC formation may account for observed associations between dietary consumption of red meat and processed meat and gastric cancer risk. Interestingly, while Jakszyn et al. found a significant increase in non-cardia gastric cancer risk associated with endogenous exposure to NOCs, they did not find an association with pre-formed NDMA intake.[117] This finding is consistent with a model in which the magnitude of endogenous *N*-nitrosamine production is substantially greater – and therefore more biologically important – than dietary intake of pre-formed nitrosamines.

152. The evidence cited above indicates that endogenous exposures to NDMA are likely to be at least two, probably three, orders of magnitude higher than exposures to preformed NDMA in food, air and water combined. These data, and others, strongly suggest that the greatest human exposures to NDMA, by far, occur as a consequence of normal endogenous production (not involving ranitidine), rather than dietary intake.

**NDMA: Biological effects in laboratory animals**

153. Ingested NDMA is absorbed rapidly through the GI tract. NDMA can also be absorbed through dermal contact and by inhalation, although quantitative information related to the extent and timing of absorption is less clear.[71,72] NDMA and other nitrosamines in the circulation are cleared rapidly by both hepatic and non-hepatic mechanisms.[71-74] In particular, first-pass clearance by the liver following ingestion is a major contributor to clearance.[71,118,119] NDMA and its metabolites can be excreted in urine or exhaled as carbon dioxide. It has been estimated that less than 0.5% of NDMA is excreted unchanged in urine.[72,116]

154. Acute exposure to high doses of NDMA causes hepatotoxicity and liver failure in animals and in humans, as well as bleeding disorders, that are likely due, at least in part, to hepatic first-pass clearance.[71] Exposures to lower doses of NDMA in animals results in elevated liver function tests as a consequence of injury to liver cells.[71,72] Liver and bleeding-related toxicities typically occur at doses higher than those associated with carcinogenesis. Liver toxicity has also been observed in humans in those rare instances in which acute exposures to high doses of NDMA have occurred.[71]

155. NDMA can be metabolized to formaldehyde and methylamine, and also to formaldehyde and monomethylnitrosamine, which can ultimately be converted to a methyldiazonium ion following activation by the cytochrome P450 system, particularly CYP2E1.[71,72,74,120] The methyldiazonium ion is an electrophile capable of reacting with macromolecules and can methylate proteins, RNA and DNA. The methyldiazonium ion has a very short half-life, such that the molecules with which it may interact are likely to be present in the same cell – and certainly within the same tissue – in which activation occurred.[72]

156. NDMA is a promutagen, which means that it is not capable of causing mutations until it has been metabolized (*i.e.*, chemically converted) into a mutagenic form. Thus, following metabolic conversion to a methyldiazonium ion, NDMA has been shown to be mutagenic in vitro and in vivo in animals by virtue of its ability to alkylate DNA, particularly at the $O^6$-position of guanine. NDMA-mediated methylation of DNA can result in the generation of $N^7$-methylguanine, $N^3$-methyladenine, $O^6$-methylguanine, and $O^4$-methylthymine DNA adducts.[120-125]

157. The most common DNA adduct formed as a consequence of NDMA is $N^7$-methylguanine, which represents approximately two-thirds of all adducts formed. In contrast, $O^6$-methylguanine has been estimated to represent only 7% of DNA adducts generated by NDMA.[122-124,126] Each of the above DNA adducts has different properties. For example, $O^6$-methylguanine is considered promutagenic (*i.e.*, can be converted to a mutation), whereas $N^7$-methylguanine is not.[72] Thus, only a fraction of NDMA molecules result in the methylation of DNA, and only a small minority of methylated DNA residues are promutagenic. Thus, while DNA adducts have been used as biomarkers of exposure to NDMA, since $N^7$-methylguanine – the most common DNA adduct formed by NDMA – is not mutagenic, it does not represent an accurate biomarker for NDMA-associated mutagenicity. More importantly, these DNA adducts cannot distinguish endogenous from exogenous exposures since chemically identical DNA

adducts are formed by endogenously produced NDMA (and other endogenous methylating compounds) and exogenously ingested NDMA.[72,113,124,127]

158. As noted above, NDMA is produced endogenously by both chemical and biological mechanisms at levels substantially higher than exogenous exposures to NDMA from food, air and water. Since the DNA adducts that can result from exogenous exposure to NDMA are chemically indistinguishable from those resulting from endogenous exposure to NDMA, levels of DNA adducts attributable to endogenous NDMA exposures may be comparable to, or greater than, those associated with exogenous exposures.[113,124,127] For these reasons, while methylated DNA adducts represent a biomarker for DNA damage, these adducts cannot distinguish DNA damage resulting from exogenous NDMA exposures from DNA damage that results from normal physiologic (*i.e.*, endogenous) processes.

159. Methylated DNA adducts that can form as a result of NDMA exposure are repaired over time by means of several endogenous error-free DNA repair pathways.[126] $O^6$-methylguanine is repaired by $O^6$-methylguanine-DNA methyltransferase (MGMT), whereas $N^7$-methylguanine and $N^3$-methyladenine are repaired by N-alkyladenine-DNA glycosylase and the base excision repair (BER) pathway. The fact that these endogenous DNA repair systems exist – particularly MGMT – underscores the fact that DNA damage from alkylating agents such as NDMA is a normal physiological event.[128] Put another way, the enzyme MGMT, and the BER, NER and other DNA damage sensing and repair pathways, did not develop evolutionarily in order to repair DNA damage caused by man-made chemicals.

**The existence of DNA repair mechanisms, along with basic biochemical considerations, result in thresholds for NDMA exposures below which mutations do not occur**

160. Of critical importance, DNA adducts that are successfully repaired by endogenous DNA repair systems, or that lead to the death of cells containing those DNA adducts, do not result in mutations.[96] Only those DNA adducts that are still present at the time of DNA replication have the potential to give rise to mutations. This reflects the critical distinction between DNA damage and DNA mutation.

161. Given the ability of DNA repair systems to prevent mutations following exposure to DNA damaging agents (*e.g.*, genotoxic agents), such as NDMA, DNA repair is a critical determinant of dose-response effects for mutations induced by alkylating agents. That is, DNA adducts resulting from low-level exposures to agents like NDMA can be effectively and completely repaired, thereby preventing the generation of mutations. In contrast, DNA adducts resulting from high-level NDMA exposures may lead to cell death (in which case mutations are not generated), or to mutations in those cells that replicated DNA containing unrepaired $O^6$-methylguanine adducts. Consequently, thresholds are observed for mutagenicity related to nitrosamine exposures such as NDMA, whereby DNA repair results in a non-linear dose-response for both mutagenesis and carcinogenesis for NDMA[129,130] and other mutagenic agents.[122,131-140] Accordingly, DNA damage resulting from exposure to NDMA at levels that can be completely repaired will not result in the generation of mutations, thereby giving rise to a "threshold" below which NDMA exposure will not give rise to mutations. A second important

consequence of DNA repair is that DNA damage resulting from levels of NDMA exposure above such a threshold will result in fewer mutations than would be predicted by linear low-dose extrapolation (see below).

162. There is abundant evidence in the scientific literature to support the existence of thresholds for genotoxic agents, below which mutations are not generated by exposure to a genotoxic. As Guerard et al. stated: "For alkylating agents, DNA repair seems to be the pivotal mechanism in preventing genotoxicity at low doses, but other mechanisms are also involved such as MMR-mediated cell death to eliminate $O^6$MeG Harboring cells from the population."[132] Consistent with this, Gollapudi et al. quantified in vivo mutation rates in the livers of rats that had been administered increasing doses of NDMA.[141] They found that the number of mutations in rats was not significantly elevated by treatment with nine doses of NDMA at levels of 200 ug/kg/d or 600 ug/kg/d. Importantly, these levels of exogenous exposure are more than an order of magnitude higher than the levels of NDMA that are produced endogenously. Despite this, a significant increase in mutations was not observed until doses of 2,000 ug/kg/d NDMA were administered. These data provide additional evidence supporting the existence of a threshold for NDMA-induced mutation in vivo and indicate that this threshold may be more than an order of magnitude higher than endogenous levels of NDMA production. This, in turn, would suggest that endogenous DNA repair systems for NDMA are robust and are likely to be sufficient to effectively repair DNA damage resulting from substantially higher levels of exposure than endogenous levels of NDMA production. Moreover, it is worth noting that the lowest daily dose of NDMA that was required to induce a detectable increase in mutations in rat liver, which is the most sensitive target tissue for NDMA-induced carcinogenesis, is thousands of times higher than the highest dose of NDMA that could conceivably be present in ranitidine products, even when subjected to extreme environmental conditions.

163. For the above reasons, it would be scientifically incorrect to assume that each molecule of NDMA that is absorbed following exposure results in a mutation in DNA. First, not all NDMA is converted to a methyldiazonium ion. Second, since there are an enormous number of molecules (*i.e.*, proteins, RNAs, DNA) in cells with which a methyldiazonium ion can interact, the probability that a given methyldiazonium ion will methylate DNA, as opposed to another molecule, is considerably less than 1. In addition, a consequence the cytoplasmic location of CYP2E1 is that the methyldiazonium ion – when generated – would be formed in the cytoplasm and not in the nucleus, where DNA resides, thus making interaction with DNA less likely. Third, even for those methyldiazonium ions that do methylate DNA, the probability of generating $O^6$-methylguanine, as opposed to a non-mutagenic DNA adduct such as $N^7$-methylguanine, is substantially less than 1. Fourth, even if an $O^6$-methylguanine adduct is formed, it may be repaired prior to DNA replication, or the cell in which it is generated may undergo DNA damage-induced apoptosis, such that no cellular mutation results. For these, and other, reasons, only a small fraction of ingested NDMA molecules are likely to result in mutations, and there is almost certainly a threshold below which NDMA exposure does not result in a detectable increase in mutations – a conclusion that is supported by direct experimental evidence.[141,142]

**Oral administration of high levels of NDMA to laboratory animals induces tumors in a limited number of tissues in a dose-dependent manner**

164. When administered orally at high doses, NDMA reproducibly causes liver cancer in multiple species of laboratory animals and the liver appears to be the most sensitive site for tumorigenesis.[71,72,96,143-147] Oral administration of NDMA is also associated with a limited number of additional types of tumors in laboratory animals, predominantly those of the lung and kidney, with some variation observed across the wide range of animal species that have been tested, and occasional Leydig cell tumors of the testis.[71,72,96,143-145] At sufficient doses, NDMA-induced cancers consistently occur across a range of species, including rats, mice and hamsters, and by a variety of routes of exposure, including oral administration, inhalation and injection.

165. In contrast, long-term administration of NDMA to non-human primates did not cause tumors.[96,148] Thus, contrary to claims by Plaintiffs' experts that NDMA reproducibly causes cancers in a broad spectrum of tissues in experimental animals, most chronic oral carcinogenicity studies of rats, mice, and other experimental animals demonstrate carcinogenicity principally in the liver, with other consistent associations restricted to lung and kidney.[71,72,74,145]

166. The most extensive study for addressing carcinogenic effects of NDMA in laboratory animals is generally considered to be that conducted by Peto (1991).[149,150] In this lifetime exposure experiment, 15 groups of 60 male and 60 female Coloworth-Wistar rats were administered increasing concentrations of NDMA in drinking water ranging from 0.033-16.9 ppm, corresponding to daily intake estimates of approximately 0.001 – 0.697 mg/kg/d for males and 0.002-1.224 mg/kg/d for females. 120 males and 120 females served as controls. Note that the *lowest* dose of NDMA administered to rats in this study is ~80-times *higher* than the highest level of NDMA reported by the FDA in any ranitidine product. Groups of animals were sacrificed at 12 months and 18 months, with the remainder followed until death. Dose-related increases in tumor incidence were observed in the liver in both male and female rats, and included hepatocellular carcinoma and biliary cystadenoma. Substantial background rates of liver tumors in rats were observed in the absence of treatment.

167. The lowest dose of NDMA observed to induce a significant increase in tumorigenesis, defined as that dose at which a 5% increase in tumorigenesis was observed (summarized and analyzed in Liteplo, 2002), was for biliary cystadenomas in female rats, which occurred at 0.034 mg/kg/d for biliary cystadenoma, and 0.082 mg/kg/d, hepatic carcinoma.[72,149,150] The corresponding doses for tumorigenesis in male rats were 0.035 mg/kg/d for biliary cystadenoma and 0.078 mg/kg/d for hepatic carcinoma. Thus, the lowest doses of NDMA that was observed to cause a detectable increase in liver tumors in rats (0.034 mg/kg/d) was 34-times higher than the lowest dose of NDMA tested in this study (0.001 mg/kg/d).[72,149,150]

168. Because of substantial background rate of hepatic tumors (approximately 8%) in rats followed for their lifetime, it was not possible to observe a dose-response effect for NDMA-induced tumorigenesis substantially below 0.034 mg/kg/d, which corresponds to an exposure in

rats achieved by administering ~0.5 ppm NDMA in drinking water.[149,150] Put another way, NDMA did not cause a detectable increase in cancer in rats until the dose of NDMA reached 0.034 mg/kg/d, suggesting that any carcinogenic effects of NDMA below that dose were substantially lower than spontaneous rates of carcinogenesis due to endogenous processes in rats.

169. Importantly, studies of the carcinogenic effects of ingested NDMA in laboratory animals consistently indicate that there are a limited number of tissues for which clear evidence exists for a dose-dependent tumorigenic effect, and these include the liver, lung, kidney and, potentially, Leydig cells of the testis.[71,72,145,147,149-151] Thus, oral ingestion of NDMA cannot reasonably be considered to be a universal carcinogen. Indeed, there are no chemical carcinogens that I am aware of that cause cancer in all tissues.

**NDMA: Biological effects in humans**

170. As described above, exposures to NDMA in humans can occur by ingestion, inhalation, or dermal contact.[71,72,74] Importantly, when exposures to NDMA in human beings do occur, they are typically to a complex mixture of nitrosamines.[71,72,74,151] Consequently, biological effects of exogenous exposures to individual nitrosamines in humans cannot easily be distinguished from each other. A corollary to this would be that cumulative exposures to nitrosamines in human beings are almost certainly higher than those to NDMA alone.

171. Another factor complicating the inference of biological effects of nitrosamine exposures in human beings is the inherent difficulty in distinguishing exogenous exposures from the substantial levels of endogenous production of nitrosamines in humans, which may be two to three orders of magnitude higher than exogenous exposures, as discussed above.

172. Although NDMA is a known carcinogen in laboratory animals, it is not a known human carcinogen. No cancers in humans have been conclusively demonstrated to result from exposure to NDMA. There are no dose-response data from which to infer levels of exposure to NDMA that might cause human cancers. Moreover, no regulatory agency has classified NDMA as a known human carcinogen (see below).

173. Epidemiological studies of the effects of NDMA principally consist of dietary studies and occupational exposure studies.[152-154] Each of these types of studies is subject to a variety of important limitations that preclude reliable interpretations regarding the potential carcinogenic effects of NDMA in humans.

174. For example, dietary epidemiology studies typically rely upon observational study designs based on self-reported dietary behavior. Beyond the fact that observational studies can never fully control for unrecognized bias and confounding, a principal drawback to observational dietary studies is measurement error in dietary assessment.[84] First and foremost, the actual NDMA content in foods to which study subjects are exposed is rarely, if ever, measured in observational dietary studies. Rather, NDMA intake is inferred based on prior measurements of NDMA content in different foods, coupled with assessments of dietary intake that are typically based on self-reporting. The use of pre-existing data on NDMA content in

food is itself associated with a variety of limitations and potential errors, including variation in NDMA levels even in the "same" food from different geographical regions, or when grown, prepared or preserved in different ways.[84] Moreover, dietary assessments based on self-reporting are notoriously inaccurate (*e.g.*, do not correspond to actual intake), irrespective of whether the dietary assessment tool itself is "validated,", insofar as validation of such tools generally refers to the presence of a correlation between dietary intake estimates based on the use of different assessment tools.[84] Further, the complexity of human dietary patterns and practices is difficult to capture within a food questionnaire, self-reporting of foods consumed (especially portion sizes) is subject to marked distortion and bias, and food histories queried many years after the meaningful exposures likely occurred (*i.e.*, with regard to cancer development) are intrinsically limited. For these reasons, and others, the actual dietary NDMA exposures of participants in observational dietary epidemiology studies is almost never known.

175. An additional critical drawback of dietary epidemiology studies is related to the complexity of foodstuffs. Foods typically contain thousands of chemical compounds, only a very small minority of which may be measured. Even with respect to a single family of compounds, such as nitrosamines, multiple members of a family of molecules may be present in differing amounts in different foods. Consequently, there is a fundamental statistical limitation of interpreting correlations between the estimated dietary intake of a particular compound (*e.g.*, NDMA) and a specific outcome, because there are simply far more variables with respect to food composition than there are observations of outcomes. That is, there are not enough study participants, and not enough measures (if any) of the many different chemical compounds in the food they consumed, to reliably determine the effect of a single chemical compound.

176. For example, an observed association of NDMA with a particular clinical outcome could result if estimated NDMA intake was simply a marker for a different exposure – potentially unknown and/or unmeasured – or even a different nitrosamine. If the estimated NDMA dietary intake for a particular individual is high because they consumed large amounts of bacon, there are obviously many other chemical compounds in bacon besides NDMA, and there are likely many things that differ between people who eat large amounts of bacon and those who do not, other than NDMA intake. Still more complex, if a person has a high estimated NDMA intake due to consumption of processed or grilled red meat, effects due to consumption of preformed NDMA cannot be reliably separated from effects due to the endogenous generation of NDMA in the GI tract due to the presence of heme in red meat, or to the generation of preformed carcinogens, such as heterocyclic amines, through cooking at high temperatures. These limitations are compounded further when the actual food constituents consumed are not accurately measured, if at all, and when the outcome of interest (*i.e.*, cancer) is likely to be influenced by food consumption patterns that occurred several decades earlier. In aggregate, these factors and others markedly impair the reliability with which associations can be inferred between the dietary consumption of a single constituent in foods and a particular clinical outcome. Moreover, even these associations cannot speak to causation.

177. In light of the above considerations, it is evident that available dietary epidemiological studies focused on NDMA: (a) do not actually measure NDMA consumption in study

participants; (b) do not measure the amounts of the thousands of other chemical constituents present in the food consumed by study participants; (c) cannot reliably distinguish potential effects of NDMA from the thousands of other constituents in food; (d) are unlikely to accurately measure food intake of study participants; (e) do not measure food intake during the periods of time in which the critical events in carcinogenesis actually occur; (f) cannot rule out potential confounders and biases as explanations for any observed associations; and (g) cannot demonstrate cause and effect. For these reasons, and others, there is no medical or scientific method by which existing dietary epidemiological studies of NDMA could reliably attribute any observed differences in cancer incidence among study participants to differences in NDMA intake.

178. These fundamental limitations of dietary epidemiology studies are exemplified by the innumerable studies that have attempted to attribute cancer protective effects of food to specific vitamins or other chemical constituents in food. Numerous chemoprevention trials have been designed to test cancer prevention hypotheses that emerged from dietary epidemiological studies, coupled with apparently consistent laboratory evidence from cell and animal experimental models. Based on such sources of evidence, cancer protective effects have been hypothesized for a wide range of vitamins and nutrients, including beta carotene, retinoids, selenium, vitamin C, vitamin D, vitamin E, antioxidants, and others. In the overwhelming majority of cases, randomized controlled trials have failed to find the predicted cancer protective effect and, in some cases, have demonstrated the opposite effect – an increase in cancer incidence or mortality.[155-163] These repeated failures to confirm cancer-related hypotheses that were based on dietary epidemiological studies highlight the marked limitations of observational dietary studies, and suggest a variety of potential explanations, including that the dietary studies had reached an incorrect conclusion (*e.g.*, unrecognized confounding, etc.), the effect observed was due to a different constituent or combination of constituents of food than the one measured, or the food constituent was simply a biomarker for an unrecognized protective factor or behavior.

179. Like dietary epidemiology studies, occupational studies related to the effects of NDMA exposure are also subject to important limitations that preclude reliable inferences regarding the effects of low-dose oral consumption of NDMA.[152,153] These include the different route of exposure (inhalation vs. oral ingestion), higher levels of exposure, simultaneous exposure to multiple different potentially carcinogenic substances (*e.g.*, rubber dust, rubber fumes, NDMA, and other nitrosamines in rubber and tire manufacturing workers), and lack of information on important confounders (*e.g.*, smoking).

**Assessments of NDMA carcinogenicity by regulatory agencies**

180. The U.S. Environmental Protection Agency (EPA) has classified NDMA as a "Group B2: Probable human carcinogen", which EPA defined under the 1986 guidelines as "agents for which there is "sufficient" evidence from animal studies and for which there is "inadequate evidence" or "no data" from epidemiological studies".[73,151,164] This designation was for chronic inhalation, not oral consumption.[164]

181. The U.S. Department of Health and Humans Services has classified NDMA as "reasonably anticipated to be a human carcinogen".[165]

182. The American Conference of Governmental Industrial Hygienists (ACGIH) has classified carcinogenicity of NDMA as Group A3, which denotes a "confirmed animal carcinogen with unknown relevance to humans."[166] Specifically, the A3 designation indicates that "the agent is carcinogenic in experimental animals at a relatively high dose, by route(s) of administration, at site(s), or histologic type(s), or by mechanism(s) that may not be relevant to worker exposure. Available epidemiologic studies do not confirm an increased risk of cancer in exposed humans. Available evidence does not suggest that the agent is likely to cause cancer in humans except under uncommon or unlikely routes or levels of exposure."[166]

183. IARC (1978) has classified NDMA as a Class 2A (*i.e.*, "probable") carcinogen based on sufficient evidence for carcinogenicity in experimental animals, similarities in its metabolism in human and rodent tissues, and inadequate evidence in humans.[145] Despite acknowledging the absence of epidemiological data, the IARC Working Group indicated that NDMA "should be regarded for practical purposes as if it were carcinogenic to humans." However, as articulated in their Monographs, IARC does not extrapolate exposure-response relationships beyond the available data, including from higher to lower exposures, or from experimental animals to humans.[167] In addition, IARC does not review quantitative risk characterizations developed by other health agencies.[167] Accordingly, IARC's determination of a carcinogenic hazard is essentially performed without regard to dose. *That is, even if IARC designates a substance as a probable carcinogen based on high dose exposures in animals, it does not extrapolate this animal hazard to lower doses, or to human beings, and it therefore does not make a determination of whether an agent is likely to be carcinogenic to human beings at the doses to which human beings might be exposed.* In effect, IARC formulates an opinion on whether *any* dose of that agent might be carcinogenic, irrespective of whether it is a dose that might be encountered by human beings. In addition, IARC states that Monographs solely represent the views and opinions of the particular Working Group assembled for that evaluation, and thus are not to be construed as representing the views or opinions of IARC itself, or of the World Health Organization.

184. The European Medicines Agency (EMA) has classified NDMA as a "probable human carcinogen (a substance that could cause cancer) on the basis of animal studies".[168,169]

185. Health Canada (2018) has classified NDMA as a "probable human carcinogen" "based primarily on animal studies."[170]

186. Thus, assessments by each of the above agencies are based almost exclusively on evidence for carcinogenicity in experimental animals. In no case has an agency classified NDMA as a known human carcinogen, and no agency has cited human epidemiological evidence as supporting the designation of NDMA as a "probable" carcinogen.

187. Although NDMA has not been classified as a known human carcinogen, regulatory agencies appropriately act in a manner that presumes that NDMA is likely to be a human

carcinogen out of an abundance of caution in light of their safety mandate, given existing animal data and the probability that NDMA may also cause cancer in humans if human beings were exposed to extremely high doses of NDMA. However, as discussed throughout this report, it is almost certainly the case that the levels of NDMA to which human beings are routinely exposed through food, air, water and pharmaceutical products, including in the context of this litigation, are many orders of magnitude lower than even the lowest dose that has been shown to cause cancer in laboratory animals.

**NDMA and ranitidine**

188. The central question at this stage of this litigation is: "Does exposure to NDMA in ranitidine products, *at the doses to which Plaintiffs were potentially exposed, and within the time frame in which they were potentially exposed*, cause one or more types of cancer in human beings?

189. On September 9, 2019, the FDA received a citizen's petition from Valisure claiming to have detected extraordinarily high levels (*e.g.*, 2.4-3.2 mg per tablet) of NDMA in some manufactured lots of ranitidine.[171] The Valisure citizen's petition proposed that NDMA was formed from ranitidine due to intrinsic instability in this molecule that enables an intramolecular reaction to occur in which the nitrite group of ranitidine could nitrosate the dimethylamine (DMA) group of ranitidine to form NDMA.[171] In addition, the Valisure citizen's petition proposed that ranitidine could also be converted to NDMA in vivo by the nitrosation of ranitidine-derived DMA in the stomach in the presence of dietary nitrite.[171] As evidence for this phenomenon, they cited a small clinical study by Zeng et al. published in 2016 that had reported a 400-fold increase in urinary excretion of NDMA in healthy volunteers following oral administration of ranitidine.[172]

190. On September 13, 2019, the FDA issued a public statement indicating that some ranitidine-containing medicines, including Zantac OTC, could contain NDMA at low levels and asked manufacturers to conduct testing.[173] The FDA did not call for individuals to stop taking ranitidine at that time. Due to inconsistencies in preliminary test results of the active ingredient used in U.S. products, Sanofi initiated a voluntary recall of all Zantac OTC in the United States, including Zantac 150, Zantac 150 Cool Mint, and Zantac 75, as a precautionary measure.

191. Through subsequent investigation, the FDA determined that the NDMA measurements reported by Valisure for ranitidine products had been subject to a major analytical artifact, whereby ranitidine was converted to NDMA by exposure to the high temperatures employed by the analytical process itself, thereby producing unreliable results.

192. The FDA subsequently developed and validated a new analytical method for quantifying NDMA in the presence of ranitidine that would not be subject to the high-temperature artifact encountered by Valisure. This method resulted in NDMA measurements in ranitidine formulations that were three orders of magnitude *lower* than Valisure's original claimed measurements and indicated that measuring NDMA in ranitidine products using Valisure's methodology was not reliable.[94,174]

193. On November 1, 2019, the FDA reported testing results for numerous lots of ranitidine products marketed by different manufacturers.[94,174] This included the identification of NDMA levels in some lots of ranitidine products that were above the ADI of 96 ng/day and, based on this, the FDA requested that manufacturers voluntarily recall ranitidine if testing showed levels of NDMA greater than the ADI. Specifically, across 11 lots of Sanofi Pharmaceutical OTC Ranitidine and Ranitidine 150mg tablets, NDMA was detected at levels of 0.07-2.38 ppm, corresponding to 0.01-0.36 ug (10-360 ng) of NDMA per tablet. Testing of eight lots of Sanofi Pharmaceutical OTC Ranitidine 75mg tablets identified NDMA levels of 0.1-0.55 ppm, corresponding to 0.01-0.04 ug (10-40 ng) of NDMA per tablet, which is below the ADI of 96ng set by the FDA. FDA testing of 22 lots of ranitidine tablets from 10 other manufacturers detected the presence of NDMA at levels ranging from 0.00 ug per tablet, to a maximum of 0.86 ug in a 300 mg ranitidine tablet. The FDA characterized the estimated risk of cancer associated with these levels of NDMA as being "*similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats*."[94] Importantly, the FDA has also stated that a person taking a drug that contains NDMA at or below the ADI of 96 ng every day for 70 years would not be expected to have an increased risk of cancer.

194. In addition, the FDA reported that, in their own testing, NDMA was not formed from ranitidine when exposed to conditions that simulate what happens when ranitidine is exposed to acid in the stomach with a normal diet, or that simulate the environment of the small intestine.[94] These findings were subsequently confirmed in peer reviewed published studies performed by FDA scientists.[1,43]

195. On January 2, 2020, the FDA received a citizen's petition from Emery Pharma stating that while ranitidine appeared stable at room temperature, it was heat-labile and could potentially form NDMA at levels exceeding 96 ng/tablet after being maintained at high temperatures (*e.g.*, 70°C or 158°F) for a period of several days.[175] Specifically, they found that 150 mg USP ranitidine maintained at 70°C formed 106 ng of NDMA after 5 days, and 142 ng after 12 days. In contrast, NDMA levels in 150 mg USP ranitidine stored at 25°C over the same time period remained below 25 ng per tablet. Interestingly, NDMA levels in 150 mg Zantac Cool Mint maintained at 70°C for up to 14 days remained well below the ADI.

196. On April 1, 2020 the FDA stated that they had detected elevated levels of NDMA in some ranitidine samples under some conditions, and that NDMA levels were below the ADI in "many of the samples" that they had tested.[176] Nevertheless, the FDA requested removal of all ranitidine products from the market "out of an abundance of caution."

197. A European Medicines Agency CHMP assessment report on ranitidine, dated September 17, 2020, stated that "based on a comprehensive review of epidemiological and post-marketing data currently available, it can be concluded that there is no evidence of a causal association between ranitidine therapy and the development of cancer in patients."[177] Moreover, the EMA notice of suspension of ranitidine medicines in the European Union stated that NDMA "is not expected to cause harm when ingested at very low levels," and that "available safety data do

not show that ranitidine increases the risk of cancer, and any possible risk is likely to be very low."[178]

198. In August 2020, Abe et al. published a study in which ranitidine was stored under conditions designed to accelerate its chemical degradation, namely 40ºC (104ºF) or 50ºC (122ºF) with 75% relative humidity for up to 8 weeks.[179] The amount of NDMA when stored at 40ºC was reported to increase to 18 ppm (5.4 ug/150 mg ranitidine) in ranitidine tablets from one brand after 8 weeks, and to increase to 1.42 ppm (0.426 ug/150 mg ranitidine) after 4 weeks and 116 ppm (17.4 ug/150 mg ranitidine) after 8 weeks in ranitidine tablets from a second brand. While these studies implicate excessive heat, moisture and oxygen as being capable of forcing the degradation of ranitidine, the real-world significance of these findings are unclear since the experimental conditions tested are unlikely to correspond to conditions in which ranitidine products would be shipped or stored in consumer homes or pharmacies.

199. In May 2021, Zeng et al. requested the retraction of their 2016 publication that had reported a 400-fold increase in urinary excretion of NDMA in healthy volunteers following oral administration of ranitidine.[172,180] This publication had been cited by Valisure, and others, as in vivo support for the physiological relevance of findings suggesting that ranitidine tablets contained extremely high levels of NDMA. Just as findings from Valisure were subsequently determined to have resulted from a high temperature-related artifact of the assay that Valisure had employed, so too Zeng *et al*. determined that the high levels of NDMA that they had reported to have detected in urine were actually due to an analytical artifact associated with the use of gas chromatography and high temperatures in the presence of ranitidine.[172,180] Thus, Zeng et al. concluded that their assay approach yielded unreliable NDMA measurements.[180]

200. In June 2021, scientists from the FDA published the results of a randomized, double-blind, placebo-controlled crossover clinical trial in 18 healthy participants that had been performed at their clinical pharmacology unit in June 2020.[1] Participants were randomized to one of four treatment sequences and over four periods received ranitidine (300 mg) and placebo (randomized order) with a noncured-meats diet and then a cured-meats diet designed to have higher nitrites, nitrates, and NDMA. Study subjects received ranitidine or placebo at 0 hours, after an overnight fast and began eating breakfast 1 minute afterward. The authors noted that "this was done because the formation of NDMA is dependent on having nitrite and acidic conditions.[13] Because gastric acidity is highest in the fasting state and then decreases after eating,[13] this sequence was selected to maximize the 2 factors." As anticipated, median 24-hour urinary excretion of NDMA was significantly higher in subjects on the cured-meats diet than the same subjects on the noncured meats diet, thereby validating the sensitivity of the NDMA assay methodology employed. However, median 24-hour NDMA urinary excretion values were not significantly different between ranitidine and placebo groups, either on the noncured-meats diet (0.6 ng and 10.5 ng, respectively), or on the cured-meats diet (11.9 ng and 23.4 ng, respectively). Thus, the authors concluded that oral ranitidine did not significantly increase 24-hour urinary excretion of NDMA, irrespective of whether participants consumed a noncured-meats or cured-meats diet. These data convincingly demonstrate that ranitidine is not converted to NDMA in biologically significant amounts following ingestion.

201. A companion study, also published in June 2021, was performed by the FDA to determine whether NDMA is formed following the addition of ranitidine to simulated gastric fluid, and whether this is influenced by the range of nitrite concentrations, pH levels, and volumes employed in the model system.[43] This was intended, in part, to assess the validity of a prior report[181] that NDMA is formed in vitro under simulated gastric fluid conditions by the nitrite-mediated nitrosation of DMA present in ranitidine. Although these conditions were described by Braunstein *et al.* as "physiological," a wealth of scientific evidence indicates that the nitrite concentrations employed by Braunstein *et al.* (1,000-50,000 micromole/L) are 40-fold to 2,000-fold higher than the 25 micromole/L nitrite concentrations in gastric fluid that are generally considered to be physiologic.[43]

202. The experiment performed by FDA scientists evaluated NDMA levels 2 hours after adding ranitidine to simulated gastric fluid containing nitrite at concentrations ranging from the upper range of physiological nitrite (100 micromole/L) to nitrite concentrations that were 10-fold (1,000 micromole/L) or 50-fold (5,000 micromole/L) higher.[43] No NDMA was formed from ranitidine 2 hours after its addition to 50 mL of simulated gastric fluid at pH 1.2 with no added nitrite, or in the presence of nitrite at 100 micromole/L (physiologic), or at 1,000 micromole/L or 5,000 micromole/L (supraphysiologic). With 250 mL of simulated gastric fluid, no NDMA was detected at the upper physiologic range (100 micromole/L) or 10-fold physiologic range (1,000 micromole/L) nitrite. In this experiment, NDMA was only formed from ranitidine when incubated in simulated gastric fluid containing a concentration of nitrite that was 50-fold greater than the upper range of physiologic gastric nitrite concentrations at acidic pH. These data provide convincing evidence that ranitidine is not converted to NDMA in biologically significant amounts in gastric fluid under physiologic conditions.[43] Moreover, these in vitro results are consistent with the above in vivo studies performed by FDA scientists that did not detect an increase in NDMA or DMA concentrations in the urine of healthy subjects following the oral administration of ranitidine, even in the presence of a diet designed to contain high levels of nitrites.[1]

203. Together, these in vitro and in vivo studies performed by FDA scientists provide compelling evidence that ranitidine is not converted to NDMA at meaningful levels following its administration to human beings, even in the presence of concentrations of nitrite that are more than an order of magnitude higher than physiologic levels. These data further suggest that the findings of Braunstein *et al.* could be attributable to an artifact of using grossly supraphysiologic nitrite levels.

204. For these reasons, and others, it is my opinion that ranitidine is not converted to biologically meaningful amounts of NDMA following ingestion, and that claims to the contrary are scientifically unfounded. Beyond these reasons, even if one were to (incorrectly) assume that there is evidence that ingestion of ranitidine results in conversion to NDMA at a level substantial enough to cause cancer in human beings (there is not), it would be impossible to eliminate other sources of NDMA exposure in patients, given the widespread presence of

NDMA and other nitrosamines in food, water, air, tobacco, beer and – perhaps most importantly – its endogenous production.

**Estimating theoretical maximum exposures to NDMA attributable to ranitidine products and their relationship to common exogenous exposures**

205. If ranitidine actually did decompose under 'real world' shipping and storage conditions, or if ranitidine was converted to NDMA following ingestion, to generate biologically significant quantities of NDMA, then: (1) ranitidine would be mutagenic in laboratory experiments (it is not); (2) ranitidine would be carcinogenic in laboratory animals (it is not); (3) high quality epidemiological studies would show clear and consistent associations between long term ranitidine use and cancer incidence (they do not); and (4) epidemiological studies would show clear and consistent associations between long term ranitidine use and types of human cancer that have been reproducibly associated with high level NDMA exposures in laboratory animals. (they have not).

206. To my knowledge, the actual amounts of NDMA to which individual Plaintiffs in this litigation may have been exposed as a consequence of consuming ranitidine products have not been documented. Therefore, for the purposes of evaluating the general plausibility of Plaintiffs' claims that NDMA in ranitidine products causes cancer, it is useful to at least grossly estimate theoretical maximum levels of NDMA to which Plaintiffs could conceivably have been exposed, using a defined set of assumptions.

207. By using NDMA testing data from the FDA for ranitidine products, it is possible to calculate the theoretical maximum amount of NDMA to which Plaintiffs could have been exposed by ingesting ranitidine products.[174] In calculating the theoretical 'highest exposure' to NDMA from ranitidine products, I first performed calculations assuming that every ranitidine tablet that a hypothetical Plaintiff consumed contained the highest level of NDMA reported by the FDA in any ranitidine product on a per mg basis (0.86 ug NDMA /300 ug tablet).[182] I then assumed a daily dose of 300 mg of ranitidine, which yields a total maximum theoretical daily exposure of 0.86 ug NDMA due to ingestion of a ranitidine product. This would correspond to an exposure of 0.012 ug/kg/d for a 70 kg person. I then calculated theoretical cumulative NDMA exposures for three different durations of ranitidine treatment: 14 days (the maximum recommended duration without consulting a physician), 1 year, or 10 years.

208. Importantly, 0.86 ug NDMA/300 mg ranitidine represented the highest reported level measured by FDA in any lot of ranitidine from any manufacturer.[174] For example, while 0.36 ug NDMA/150mg ranitidine was detected in one lot of Sanofi ranitidine, NDMA levels in other tested lots of Sanofi 150 mg ranitidine were as low as 0.01 ug/tablet, which is well below the ADI of 0.096 ug/day, and NDMA levels in eight tested lots of Sanofi 75 mg ranitidine ranged from 0.01-0.04 ug/tablet (all below the ADI).[174] For these reasons, it is extremely unlikely that any Plaintiff was actually exposed to 0.86 ug of NDMA in every (or possibly any) ranitidine tablet that they ingested over the period in which they consumed ranitidine products. Consequently, it is most likely the case that the average exposure to NDMA for a Plaintiff taking

a ranitidine product was substantially less than 0.86 ug/d per day over the duration of their treatment.

209. In light of the above, the maximum theoretical total NDMA exposure that could have occurred due to a Plaintiff taking an NDMA-containing ranitidine product can be estimated at 12 ug for a 14-day treatment course, 314 ug for a 1-year course, and 3.14 mg for a 10-year course of treatment – if, and only if, each and every ranitidine tablet that the Plaintiff ingested over the entire course of treatment contained the highest FDA measured amount of NDMA in any ranitidine product. Again, for the reasons cited above, it is extremely unlikely that any Plaintiff who took a ranitidine product for the durations contemplated above was exposed to this theoretical maximum amount of NDMA. It is also unlikely that any given Plaintiff took 300 mg of ranitidine every day for 10 years. Consequently, it is almost certainly the case that the cumulative exposure to NDMA for a Plaintiff taking a ranitidine product was substantially less than 12 ug for 14-day course of treatment, 314 ug for a 1-year course of treatment, or 3.14 mg for a 10-year course of treatment. Accordingly, these levels of NDMA exposure represent theoretical upper bounds based on the amount of NDMA reported by the FDA in ranitidine products, however unlikely it may be that any given Plaintiff was actually exposed to those levels.

210. For reference, the maximum theoretical NDMA exposure due to ingestion of ranitidine products for a 14-day course of treatment (12 ug) is 1,193-times lower than the estimated exposure to NDMA due to food, air and water, and 205-times lower than the FDA ADI for NDMA, over a 70-year lifetime.[72] For a 1-year course of treatment, the maximum theoretical NDMA exposure due to ingestion of ranitidine products (314 ug) is 46-times lower than the estimated exposure to NDMA due to food, air and water, and 8-times lower than the FDA ADI for NDMA, over a 70-year lifetime. Even for a 10-year course of treatment, the maximum theoretical NDMA exposure due to ingestion of ranitidine products (3.14 mg) is 4.6-times lower than the estimated exposure to NDMA due to food, air and water, and roughly similar to the FDA ADI for NDMA over a 70-year lifetime. Similarly, maximum theoretical NDMA exposures due to ingestion of ranitidine products for 14 days, 1 year, or 10 years are 1,100-times, 40-times, and 4-times lower, respectively, than estimated NDMA exposure due to drinking one beer per day for 50 years. Thus, the maximum theoretical cumulative exposure to NDMA from ingesting ranitidine products – whether for 14 days or 10 years – represents only a small fraction (0.08% – 22%) of estimated total lifetime exposure to NDMA attributable to food, air and water, and an even smaller percentage of lifetime NDMA exposure for those Plaintiffs with exposures to tobacco, beer or whiskey.

211. As outlined in the report of Plaintiffs' expert Dr. Ramin Najafi, the founder, Chairman and CEO of Najafi Pharma Inc., dba: Emery Pharma, for the purposes of this litigation Emery Pharma reported measurements of NDMA levels of 1.097 ug per 150 mg ranitidine in unexpired doses of ranitidine, and 2.22 ug per 150 mg ranitidine in expired doses of ranitidine. Although I have based my calculations and opinions in this litigation on NDMA measurements made by the FDA, as have some Plaintiffs' experts in this litigation, the measurements reported by Dr.

Najafi's company are only marginally greater than those reported by the FDA. These marginal increases have no impact on my opinions in this litigation.

**Theoretical maximum levels of exposure to NDMA from ranitidine products are orders of magnitude lower than endogenous levels of NDMA production**

212. As above, estimates of endogenous levels of daily NDMA production range from 174 ug/d (Vermeer 1998)[100] to 1,360 ug/d (Hrudey 2013)[86] and higher. In my opinion, the most thorough and systematic analysis was that of Hrudey et al., which estimated endogenous NDMA production using multiple distinct approaches at 900 ug/d (12 ug/kg/d) based upon analysis of NDMA levels in blood samples in combination with blood clearance rates, and 1,360 ug/d (18 ug/kg/d) based upon levels of $O^6$-methylguanine in DNA from human blood. The mean of these two estimation methods would yield an average daily exposure to endogenously produced NDMA of 15 ug/kg/d, which for a 70 kg person would correspond to a daily NDMA exposure of 1,050 ug/d, and a total cumulative exposure of 26,846 mg (26.8 grams) NDMA over a 70-year lifetime. This level of daily endogenous NDMA exposure is approximately 1,875-times higher than estimates of daily exogenous NDMA exposures due to food, air and water,[72] and nearly 11,000-times higher than the FDA ADI of 0.096 ug/d.[94]

213. Assuming a maximum theoretical daily exposure to NDMA from ingestion of ranitidine products of 0.86 ug, this amount of NDMA is 202-times lower than estimates of endogenous daily NDMA production by Vermeer, and 1,220-times lower than the average estimate of endogenous daily NDMA production by Hrudey.[86,100] Thus, even ignoring daily exogenous NDMA exposures due to food, air, water, beer and tobacco, the maximum theoretical amount of NDMA in ranitidine products to which a patient might have been exposed represents just 0.08% – 0.49% of the amount of NDMA estimated to be produced endogenously each day. Thus, on a daily basis, based on FDA measurements, the maximum theoretical amount of NDMA to which Plaintiffs possibly could have been exposed due to ingestion of ranitidine products, is two to three orders of magnitude lower than estimates of daily endogenous NDMA production.

214. When evaluating lifetime cancer risk associated with exposures to potentially carcinogenic agents, total cumulative exposure is a more meaningful measure of risk than daily exposure, which is sometimes referred to in toxicology as Haber's law. For example, as in the case of lung cancer and cigarette smoking, lifetime risk of lung cancer is more strongly associated with cumulative exposure (*i.e.*, pack-years of smoking) than with daily exposure (*i.e.*, packs per day).

215. As above, the maximum theoretical total cumulative exposure to NDMA to which a Plaintiff could have been exposed due to ingesting ranitidine products, based on available FDA testing, can be estimated at 12 ug for a 14-day course of treatment, 314 ug for a 1-year course of treatment, and 3.14 mg for a 10-year course of treatment. In contrast, estimated total endogenous NDMA exposure over a 70-year lifetime is 26,846 mg (26.8 *grams*). Accordingly, cumulative NDMA exposure due to endogenous production is 2.2 million-times greater than the maximum theoretical NDMA exposure due to ingestion of ranitidine products for a 14-day

course of treatment, 85,000-times greater than the maximum theoretical total NDMA exposure due to a 1-year course of treatment, and 8,500-times greater than the maximum theoretical total NDMA exposure due to a 10-year course of treatment. Thus, the maximum theoretical cumulative exposure to NDMA from ingesting ranitidine products over a 10-year period represents – at most – 0.01% of estimated total lifetime exposure to endogenously produced NDMA.

216. For the above reasons, and even ignoring the likelihood that cumulative exposure to NDMA for any patient taking a ranitidine product was almost certainly lower (and most likely far lower) than the above theoretical maximum estimates, it is clear that total cumulative NDMA exposures attributable to the consumption of ranitidine products – even for extended periods of time – are four to six orders of magnitude lower than exposures due to endogenous production of NDMA.

217. As above, although I have based my calculations and opinions on NDMA measurements made by the FDA, the same conclusions hold true for measurements reported by Emery Pharma. That is, total cumulative NDMA exposures attributable to the consumption of ranitidine products – even when using NDMA measurements of unexpired or expired ranitidine doses reported by Emery Pharma – are several orders of magnitude lower than exposures due to endogenous production of NDMA.

**Theoretical maximum levels of NDMA exposure from ranitidine products are orders of magnitude lower than the lowest levels of NDMA observed to cause cancer in experimental animals**

218. In Peto 1991, the lowest dose of NDMA demonstrated to detectably increase the incidence of cancer in rats was 34 ug/kg/d, for biliary cystadenoma.[149,150] On a daily basis, 34 ug/kg/d NDMA would correspond to 2,380 ug/d (2.38 mg/d) NDMA for a 70 kg person. Conversely, the highest level of NDMA reported by the FDA in any ranitidine product was 0.86 ug NDMA /300 mg tablet, for a maximum theoretical daily exposure of 0.86 ug NDMA in a Plaintiff consuming 300 mg per day of ranitidine. This would correspond to an exposure of 0.012 ug/kg/d for a 70 kg person. Thus, the highest daily dose of NDMA reported by the FDA in any lot of any ranitidine product was 2,767-times *lower* than the lowest daily dose of NDMA demonstrated to cause cancer in laboratory animals.

219. When considering total lifetime exposures and cancer risk, lifetime exposure to 0.034 mg/kg/d NDMA in rats would correspond to an exposure of 60,850,650 ug over a 70-year lifetime for a 70 kg person. By comparison, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 14 days was 12 ug. This amount of NDMA is 5 million-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Analogously, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 1 year was 314 ug. This amount of NDMA is 194,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. The maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due

to ingestion of a ranitidine product for 10 years was 3.14 mg. This amount of NDMA is 19,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Finally, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for the entire lifetime of this product on the U.S. market (37 years) was 11.62 mg. This amount of NDMA is more than 5,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Importantly, each of these maximum theoretical total exposures is predicated on the unlikely assumption that each and every ranitidine pill that a Plaintiff ingested contained the maximum amount of NDMA measured in any ranitidine product by the FDA.

220. The above calculations, which are based on extremely conservative assumptions, indicate that the maximum theoretical total cumulative exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product was four to six orders of magnitude *lower* than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. In short, NDMA has not been demonstrated to cause cancer in laboratory animals at doses even remotely resembling the maximum theoretical levels of NDMA to which Plaintiffs in this litigation might conceivably have been exposed.

221. As above, although I have based my calculations and opinions on NDMA measurements made by the FDA, the same conclusions hold true when using measurements reported by Emery Pharma. That is, total cumulative NDMA exposures attributable to the consumption of ranitidine products – even using NDMA measurements of unexpired or expired ranitidine doses reported by Emery Pharma – are several orders of magnitude lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats.

222. Beyond these reasons, even if one were to assume, as a logical exercise, that there was evidence that ingestion of ranitidine products resulted in NDMA exposures substantial enough to cause cancer in human beings (there is not), in any given individual with cancer it would be impossible to rule out the many other sources of NDMA exposure as potentials causes, including exogenous exposures to food, water, air, beer and tobacco, which would be anticipated to be substantially greater than NDMA exposures attributable to ranitidine consumption, as well as exposures to the many other nitrosamines besides NDMA. Similarly, it would be impossible to rule out endogenous production of NDMA as a cause, especially given that endogenous NDMA exposures are many orders of magnitude higher than the highest amount of NDMA reported by the FDA in any ranitidine product.

**Even extreme assumptions regarding ranitidine degradation yield theoretical maximum levels of NDMA exposure that are orders of magnitude lower than endogenous levels of NDMA production, and orders of magnitude lower than the lowest levels observed to cause cancer in experimental animals**

223. As above, Abe et al. reported that exposure of ranitidine to environmental conditions intended to force its chemical degradation (40°C (104°F) and 75% relative humidity for 8 weeks) resulted in the generation of NDMA.[179] Therefore, I performed a second set of calculations based on the extremely unlikely assumption that Plaintiffs were exposed, each and every day,

to the highest level of NDMA reported by Abe et al. to be generated following the prolonged, intentional exposure of ranitidine to conditions designed to accelerate its chemical degradation, which was 17.4 ug NDMA/150 mg ranitidine tablet.[179] As with the first set of calculations, I assumed a daily dose of 300 mg of ranitidine, which yields a maximum theoretical daily exposure of 34.8 ug NDMA.

224. First, and most importantly, I am not aware of any measurements of NDMA levels in ranitidine products in the 'real world' (*i.e.*, in pharmacies, consumer homes, etc.) that would suggest that the levels of NDMA reported by Abe et al. occur with any reasonable frequency outside the laboratory (*i.e.*, in products available to consumers). Second, Abe et al. reported results for a second ranitidine product in which forced degradation at 40$^{o}$C (104$^{o}$F) in 75% relative humidity for 8 weeks yielded 5.4 ug, rather than 17.4 ug, of NDMA per 150 mg ranitidine tablet. On its own, this variability in the amount of NDMA generated in different ranitidine products subjected to the same forced degradation conditions in a laboratory setting indicates that it is extremely unlikely that any Plaintiff was actually exposed to 17.4 ug of NDMA in every (or possibly any) ranitidine tablet that they ingested over the period in which they consumed ranitidine products. Third, while it could be hypothesized that an occasional shipment of ranitidine might be exposed to such extreme environmental conditions for an 8-week period of time, it seems exceptionally unlikely that any Plaintiff happened to purchase and consume ranitidine tablets every day for an entire year (much less 10 years), wherein each and every tablet had been exposed to these extreme conditions. For these reasons, in my opinion it is extraordinarily unlikely that any Plaintiff was exposed to 17.4 ug NDMA in every (or possibly any) ranitidine tablet that they ingested over the period in which they consumed ranitidine products. Rather, it is almost certainly the case that the average exposure to NDMA for any patient taking a ranitidine product was dramatically – possibly orders of magnitude – lower than 34.8 ug/d per day over the duration of their treatment.

225. Even ignoring daily exogenous exposures to NDMA due to food, air, water, beer and tobacco, the highest level of NDMA reported by Abe et al. to be generated following the prolonged, intentional exposure of ranitidine to conditions designed to accelerate its chemical degradation would still represent only 3.3% of the amount of NDMA estimated to be produced endogenously each day.[86]

226. Based on a theoretical exposure of 34.8 ug per day, the maximum theoretical total NDMA exposure that could have occurred due to a ranitidine product subjected to extreme environmental conditions designed to induce chemical degradation, can be estimated at 0.487 mg for a 14-day treatment course, 12.7 mg for a 1-year treatment course, and 127 mg for a 10-year treatment course. However, given how unlikely it is that any Plaintiff was actually exposed to 34.8 ug of NDMA per day as a consequence of ingesting ranitidine, the above calculations are presented solely as a hypothetical exercise for the purposes of discussion: namely, to provide a concrete, if extreme and unrealistic, upper bound of NDMA exposure due to consumption of ranitidine products in order to evaluate that in comparison to other common NDMA exposures.

227. Even under the above extraordinary assumptions surrounding the extended exposure of ranitidine to conditions designed to induce its chemical degradation, the maximum

hypothetical total exposure attributable to NDMA due to daily consumption of ranitidine would still be 55,000-times lower than endogenous NDMA production for a 14-day treatment course, 2,000-times lower for a 1-year treatment course, and 200-times lower than endogenous NDMA production for a 10-year treatment course. Accordingly, even under this most extreme, unrealistic assumption of 34.8 ug per day NDMA exposure, the total hypothetical maximum NDMA exposure associated with 10 years of treatment represents only 0.5% of that associated with endogenous production of NDMA over a 70-year lifetime.

228. When considering that the total cumulative exposure to NDMA for any Plaintiff taking a ranitidine product was almost certainly markedly lower than these estimates, it is clear that exposures to NDMA from taking ranitidine products – even for extended periods of time and even for products subjected to conditions designed to force its degradation – are orders of magnitude lower than exposures due to daily endogenous production of NDMA.

229. In considering the theoretical carcinogenic potential that might be associated with levels of NDMA resulting from its forced degradation, a maximum hypothetical daily exposure of 34.8 ug NDMA would correspond to an exposure of 0.497 ug/kg/d for a 70 kg person. Given the lowest dose of NDMA demonstrated to detectably increase the incidence of cancer in rats of 34 ug/kg/d, the highest daily dose of NDMA reported by Abe et al. following intentional chemical degradation of ranitidine is still 68-times *lower* than the lowest daily dose of NDMA demonstrated to cause cancer in laboratory animals.[149,150,179]

230. As above, lifetime exposure to 0.034 mg/kg/d NDMA in rats corresponds to an exposure of 60,851 mg over a 70-year lifetime for a 70 kg person. By comparison, the maximum hypothetical total exposure to NDMA due to ingestion of ranitidine products subjected to extreme environmental conditions designed to induce its degradation was calculated to be 0.487 mg for a 14-day treatment course, 12.7 mg for a 1-year treatment course, and 127 mg for a 10-year course of treatment. These amounts of NDMA are approximately 125,000-fold lower (14-day treatment course), 4,800-fold lower (1-year treatment course), and 480-fold lower (10-year treatment course), than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Thus, even under these extreme and unrealistic assumptions, the maximum hypothetical total exposure to NDMA to which a Plaintiff conceivably could have been exposed due to ingestion of ranitidine products is still two to five orders of magnitude *lower* than the lowest dose of NDMA observed to cause a detectable increase in cancer in rats.

231. In his report, Plaintiffs' expert Dr. Najafi reports forced degradation studies of ranitidine performed by Emery Pharma. Similar to the study of Abe et al., the environmental conditions tested are extreme and it is exceptionally unlikely in my opinion that any Plaintiff happened to routinely expose ranitidine tablets to those extreme conditions for an any extended period of time. Thus, it is equally unlikely in my opinion that each and every tablet that a Plaintiff ingested over a period of years had been exposed to such extreme conditions. Nevertheless, even the NDMA levels reported by Emery Pharma and Dr. Najafi upon exposure to conditions intended to force the degradation of ranitidine are only marginally higher than the (equally unrealistic) levels reported by Abe et al. following the prolonged exposure of ranitidine to

forced degradation conditions. Consequently, my opinions in this matter are unchanged by the measurements reported by Dr. Najafi.

232. Plaintiffs who used ranitidine products only intermittently would be anticipated to have had lower theoretical total cumulative exposures to NDMA than Plaintiffs who took ranitidine products continuously over the same period of time. In theory, intermittent exposure to NDMA per se would not be anticipated to have a greater biological effect than continuous exposure and, in fact, would more probably have a lesser effect. However, since the theoretical NDMA exposures of even continuous ranitidine users are many orders of magnitude lower than the lowest dose of NDMA demonstrated to cause cancer in laboratory animals, theoretical exposures to NDMA as a consequence of ingesting ranitidine products do not cause cancer in human beings irrespective of whether ranitidine use was continuous or intermittent.

233. This analysis further confirms that even the highest hypothetical levels of NDMA generated by its prolonged exposure to environmental conditions designed to force its chemical degradation are still orders of magnitude lower than the lowest level of NDMA demonstrated to cause cancer in laboratory animals.

**Limitations of linear low-dose threshold extrapolation for estimating cancer risk**

234. As above, the U.S. Food and Drug Administration has set an Acceptable Daily Intake (ADI) of 96 ng/d for NDMA in pharmaceutical products.[182] The FDA has stated that this level of NDMA exposure is "reasonably safe for human ingestion based on lifetime exposure".[94,182] Specifically, this ADI value is estimated by the FDA to result in <1 excess case of cancer per 100,000 people if taken every day for 70 years. The NDMA ADI value of 96 ng/d corresponds to exposures of 35 ug/year and 2.45 mg over a 70-year lifetime. As noted above, the FDA has stated that a person taking a drug that contains NDMA at or below this ADI every day for 70 years would not be expected to have an increased risk of cancer.

235. The ADI value of 96 ng was derived by linear extrapolation from the effects of high oral doses of NDMA in a lifetime exposure study of rats (Peto 1991)[149,150], to the far lower dose estimated to be associated with an increase of only 1 cancer in 100,000 people over a 70-year lifetime. In effect, linear low-dose extrapolation determines a linear response for very high exposures in the observable dose-response range, and then extrapolates that to very low doses at which effects cannot actually be observed above background. Specifically, in this approach, high levels of NDMA are used to identify a dose at which tumors are induced in 50% of rats. Linear extrapolation is then used to calculate the far lower dose that would be predicted to be associated with an increase of only 1 cancer in 100,000 people (0.001% tumor incidence) exposed to that dose over a 70-year lifetime.

236. Critically, this analytical approach relies on the unverifiable assumption that the dose-response for NDMA-induced carcinogenesis remains linear even at extremely low doses. Indeed, the extremely low dose reflected by the NDMA ADI of 96 ng is orders of magnitude lower than even the lowest dose at which it would be possible to observe or measure a potential carcinogenic effect of NDMA, even in experimental animal models. Furthermore, as emphasized above, the maximum theoretical doses of NDMA to which patients could have

been exposed as a result of ingesting ranitidine products are several orders of magnitude lower than the lowest doses of these agents that have been observed to cause cancer in animals. Accordingly, using linear low-dose extrapolation to define an ADI for NDMA and estimate cancer risk at these extremely low levels of exposure must, by necessity, rely upon the assumptions upon which linear low-dose extrapolation is based. Consequently, an estimate of potential cancer risk attributable to the very low levels of NDMA associated with ingestion of ranitidine products is not based upon direct evidence of cancer risk, even in range of the maximum theoretical exposures to NDMA that might have occurred in some Plaintiffs.

237. There are several important limitations to estimating cancer risk by linear low-dose extrapolation.[130,183,184] First, this estimation approach is derived based on extrapolation from animal studies, rather than human studies, since no reliable human studies exist that demonstrate a cause-and- effect relationship between NDMA exposure and the development of cancer.

238. Second, because tumor incidence cannot be measured at such low doses of NDMA, linear low-dose extrapolation necessarily relies on the assumption that the dose-response for NDMA-induced carcinogenesis observed at very high doses remains linear even at extremely low doses that are orders of magnitude lower than what can possibly be measured in experimental animal models. Consequently, there is no body of direct evidence to support the linear dose-response assumption for NDMA, even at the highest of the extremely low doses to which Plaintiffs could theoretically have been exposed. In fact, as discussed below, a wealth of direct experimental evidence suggests that the linear low-dose assumption is unlikely to be true, or accurate, for NDMA.

239. Third, while it is understandable that the safety mandate of the FDA would lead it to err on the side of extremely conservative risk estimates, it nevertheless bears noting that a 1:100,000 threshold for cancer development is extraordinarily conservative, particularly considering that the lifetime risk of being diagnosed with cancer in the U.S. is nearly 1 in 2, which constitutes a risk that is 50,000 times higher than FDA estimates of cancer risks attributable to lifetime exposure to NDMA at 96 ng/d.

240. Fourth, the 96 ng/d ADI is extraordinarily conservative given that daily dietary intake of NDMA, even excluding tobacco and beer, may often exceed the FDA ADI. Indeed, estimates for NDMA intake in food range from 1.7 – 8.0-times higher than the FDA ADI.[72] Consistent with these reasons, the FDA has noted that “consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure.”[182,185]

241. Fundamentally, linear low-dose extrapolation in the context of NDMA is based on the assumption that there is no threshold dose below which exposure to NDMA does not result in an increased risk of cancer. Put another way, this risk estimation approach assumes that exposure to one molecule of NDMA is sufficient to increase cancer risk. Indeed, Plaintiffs’ experts have proposed that there can be no “safe” level of exposure to genotoxic agents that can induce DNA damage that has the potential to result in mutations.

242. The proposition that there is no threshold for the carcinogenic effect of genotoxic agents and, therefore, no "safe" level is scientifically incorrect and – as discussed throughout this report – is contradicted by basic tenets of biology, as well as abundant scientific evidence demonstrating thresholds for the carcinogenic and mutagenic effects of agents like NDMA that result from the existence of error-free DNA repair systems.[122,131-136]

243. However, beyond these scientific reasons rooted in cell biology, even straightforward risk calculations related to the probability of developing cancer in response to a carcinogenic exposure, which rely upon linear-low dose extrapolation, clearly demonstrate that the proposition that even a single molecule of a carcinogen may cause cancer, and therefore cannot be considered safe, defies common sense.

244. Perhaps the starkest example of this follows from the determination by FDA that "consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure." With a molecular weight of 74.08 g/mole, 96 ng of NDMA corresponds to $7.80 \times 10^{14}$ (780 trillion) molecules of NDMA. This, in turn, corresponds to 20 million-trillion molecules of NMDA per 70-year lifetime. Given that daily exposure to 780 trillion molecules of NDMA per day, and 20 million-trillion molecules of NDMA over a 70-year lifetime, is considered to be safe by the FDA – even under the extraordinarily conservative guidelines used for their estimates – it cannot reasonably be argued that one additional molecule of NDMA is capable of increasing cancer risk. Moreover, if exposure to 20 million-trillion molecules of NDMA over 70 years corresponds to a 1-in-100,000 lifetime risk of cancer, as estimated by the FDA, one can calculate that administering a dose of one molecule per day of NDMA for 70 years (25,567 molecules) would correspond to a lifetime cancer risk that is 780 trillion times lower than 1-in-100,000, which is $1.28 \times 10^{-20}$. This corresponds to a lifetime cancer risk of approximately 1-in-78 quintillion (78 million-trillion). If this dose of NDMA was given every day to every person on earth (7.75 billion people) for every person's entire lifetime, there would be less than a 1-in-10 billion chance that anyone on the entire planet would ever develop cancer as a result. In addition, since FDA's risk estimates are based upon linear low-dose extrapolation (*i.e.*, which assumes that there is no threshold effect for low-level NDMA exposures), even this is an overestimate of risk. For these reasons, and other, even the most straightforward risk calculations demonstrate that Plaintiffs' experts claim that there is no "safe" level of exposure to NDMA, and that even a single molecule of NDMA can cause cancer, is ludicrous and defies both logic and common sense.

245. As an even more extreme example, Dr. Steven Hrudey discusses cancer risk associated with exposure to 2,3,7,8 tetrachlorodibenzo-*p*-dioxin (TCCD),[186] because it is one of the most potent known carcinogens. Dr. Hrudey calculates, based on the potency factor for TCCD q1* $(mg/kg/d)^{-1}$ of $1.56 \times 10^{5}$, which is based on linear extrapolation from the TD50 value (and therefore is a conservative estimate), that administering a dose of one molecule per day of TCCD (corresponding to $0.9 \times 10^{-20}$ mg/kg/d for a 60 kg person) for 70 years (which is 25,567-times higher than exposure to a single molecule for a single day) would correspond to a lifetime risk of cancer of $1.4 \times 10^{-15}$ (*i.e.*, approximately 1 in 1 quadrillion).[186] Dr. Hrudey points out that, to put that in perspective, if this dose of TCCD was given every day to every person in the world

for every person's entire lifetime, there would be less than a 1 in 100,000 chance that anyone on the entire planet would ever develop cancer as a result. This illustrates in the clearest terms that, while different people might have different definitions of "safe", "under any realistic concept of practicality, there is indeed a safe level of exposure to cancer-causing chemicals".[186]

246. Indeed, even these NDMA and TCCD-related risk calculations are overly conservative estimates, since they are based on linear low-dose extrapolation. There are several reasons why linear low-dose extrapolation gives rise to overly conservative estimates for cancer risks. First, linear low-dose extrapolation ignores the existence of substantial endogenous (*i.e.*, "background") sources of DNA damage, described elsewhere in this report, that occur as a consequence of the normal physiology of cells. That is, exogenous exposures to very low levels of NDMA that would be associated with levels of DNA damage far lower than those that occur endogenously due to normal physiological processes would not be anticipated to yield an observable increase in cancer risk. Moreover, even putting aside the numerous endogenous causes of DNA damage, the maximum hypothetical exogenous exposures to NDMA that could conceivably have occurred as a consequence of Plaintiffs consuming ranitidine products are still orders of magnitude lower than endogenous exposures to NDMA.

247. Second, linear low-dose extrapolation ignores the existence of background exogenous exposures to many known mutagens in the environment, such as x-rays, asbestos, and the numerous other chemicals and natural products to which we are all exposed each day. For example, asbestos fibers are nearly ubiquitously present in air. Consequently, we are all exposed to asbestos every day. To estimate these lifetime exposures, the average person breathes in approximately 11,000 liters of air per day, which corresponds to 11 $m^3$. Using estimates for asbestos fiber content of 100 fibers/cubic meter ($f/m^3$) in urban settings, the average person would inhale approximately 1,100 asbestos fibers per day, which corresponds to approximately 400,000 asbestos fibers per year.[187] This means that over the course of a 70-year lifespan, the average person lacking any occupational exposure to asbestos would inhale somewhere on the order of 28 million asbestos fibers. In the occupational setting, OSHA regulations call for workplace air concentrations of asbestos to be less than 100,000 $f/m^3$, which for someone working an 8-hour day would correspond to inhalation of 1.8 million fibers per week, more than 90 million fibers per year, and 3.7 billion fibers of asbestos over the course of a 40-year career, solely due to asbestos exposure during working hours. Thus, inhalation of 28 million – 3.7 billion fibers of asbestos over the course of a lifetime is not associated with a detectable increase in the development of asbestos-related cancers in human beings. This underscores the fallacy of a model that postulates that exposure to a single molecule of a mutagen will increase the risk of cancer, as is implicit in the statement that there is no "safe" level of exposure to a genotoxic carcinogen.

248. Third, as discussed above, only a small fraction of ingested NDMA molecules are even likely to cause DNA damage, much less mutations.

249. Fourth, and especially important, linear low-dose extrapolation ignores the existence of endogenous error-free DNA repair systems, as well as other rate-limiting events required for

Contains Confidential Information – Subject to Protective Order

the effects of NDMA, that result in exposure thresholds for carcinogenic effects below which mutations and tumor formation will not occur. As a consequence, low levels of NDMA-induced DNA damage that can be repaired prior to DNA replication will not result in mutations and therefore cannot result in carcinogenesis. It then follows, by definition, that these repair systems will result in the existence of thresholds for both mutation and carcinogenicity for agents such as NDMA. Consistent with this, multiple studies support the existence of a threshold for a no-observed-effect-level for a number of mutagenic carcinogens, including alkylating agents such as N-nitroso compounds.[122,130-136,141] As such, it is very likely the case that exposure to extremely low levels of NDMA, as alleged here, do not result in an increase either in mutation frequency or in carcinogenesis, because the extremely low levels of DNA damage that might be associated with these exposures can be adequately repaired by the endogenous DNA repair systems that are present in each of our cells.

250. These and other considerations indicate that the assumptions underlying linear low-dose extrapolation result in inappropriately low, overly conservative estimates for cancer risks at extremely low levels of exposure at which effects cannot be measured experimentally.

**Ranitidine does not fulfill Bradford Hill criteria.**

251. Sir Austin Bradford Hill outlined his criteria for the inference of causation from epidemiological studies in 1965,[188] barely a decade after the structure of DNA was elucidated. It is therefore important to emphasize that our molecular understanding of what causes cancer has advanced exponentially over the past 57 years. Evaluating cancer causation in the present day therefore requires the comprehensive assessment of evidence both in human populations and in the laboratory to determine whether a consistent body of evidence exists that demonstrates causation. In addition, while epidemiological evidence is an essential part of evaluating cancer causation in human beings, it is important to note that evaluation of Bradford Hill criteria in isolation (*i.e.*, in the absence of laboratory data) cannot, in principle, demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations,[188] and associations, like risk factors, are not causes and cannot be equated with a demonstration of cause-and-effect. Thus, while observational epidemiology studies permit inferences to be made regarding causation based upon the identification of consistent, substantial and robust associations, they cannot demonstrate cause-and-effect directly.

252. The criteria outlined by Dr. Hill for evaluating epidemiological association include strength, consistency, specificity, temporality, biological gradient, plausibility, coherence, and experiment. Importantly, before assessing these factors, one must first evaluate whether a valid association exists. As discussed above, epidemiological evidence for an association between ranitidine use and human cancer is largely negative, despite widespread use over many years in large numbers of patients. In particular, no consistent or reliable association has been identified between ranitidine use and the cancers claimed in this litigation: bladder cancer, liver cancer, stomach cancer, esophageal cancer, or pancreas cancer. Accordingly, in the absence of a valid association, Bradford Hill criteria do not apply. However, for the sake of

completeness, I have provided a discussion of these criteria below, as they relate to ranitidine use. As is evident from this discussion, even if the Bradford Hill factors are considered, they do not support a conclusion that ranitidine is a cause of cancer.

253. These points notwithstanding, evaluation of the scientific literature indicates that ranitidine does not fulfill Bradford Hill criteria. Nor does NDMA. Even those regulatory agencies that have classified NDMA as a "probable" carcinogen accurately note that there is insufficient evidence in human beings that NDMA is a cause of human cancer. Indeed, the full body of evidence from epidemiological and laboratory studies each yield the same conclusion – that ranitidine is not carcinogenic and that the maximum cumulative amounts of NDMA to which Plaintiffs might conceivably have been exposed as a consequence of ingesting ranitidine products does not cause cancer in human beings, or in animals.

254. Strength: Dr. Hill's criterion of strength of association refers to the strength of association observed in epidemiological studies.[188] The examples of risk factors that Dr. Hill provided to illustrate 'strength' were on the order of 200-times (mortality from scrotal cancer in chimney sweeps), 20-30-times (mortality from lung cancer in heavy cigarette smokers), and 14-times (cholera in those drinking polluted water).[188] Moreover, Dr. Hill contrasted these "strong" epidemiological effects with the much weaker death rate from coronary thrombosis in smokers ("no more than twice, possibly less, the death rate in non-smokers").[188] In discussing coronary thrombosis in smokers, he stated: "Though there is good evidence to support causation, it is surely much easier in this case to think of some features of life that may go hand-in-hand with smoking – features that might conceivably be the real underlying cause or, at the least, an important contributor."[188] That is, for associations that are weaker than 2-fold effects, the possibility that the association is a result of some type of bias or confounding, rather than a reflection of a cause-and-effect relationship, becomes considerably more likely. In the case of this litigation, the full body of epidemiological literature fails to demonstrate a strong association between ranitidine treatment and the incidence of any type of human cancer. Similarly, the full body of epidemiological evidence fails to demonstrate a strong association between NDMA exposure and the incidence of any type of human cancer, even at the maximum levels to which any Plaintiff might have been exposed as a consequence of ingesting ranitidine products. Indeed, as summarized by a group of FDA scientists, "When considering all cancer types,[26-32] while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk.[27-29,31]"[1] Thus, I conclude, based on Dr. Hill's own characterization of strength of association, that neither ranitidine nor NDMA meet this criterion.

255. Consistency: Dr. Hill's criterion of consistency refers to the consistency of association observed across epidemiological studies.[188] As above, epidemiological studies of long term exposure to ranitidine are largely negative and provide no evidence for a consistent association between ranitidine use and any type of human cancer. In light of this, Dr. Hill's criterion of consistency clearly cannot be met. Again, as noted by Florian et al., "when considering all

cancer types,[26-32] while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies".[1] In addition, given the lack of epidemiological studies of incidental human exposure to NDMA that quantify the exposure to NDMA and demonstrate an association with one or more types of human cancer, there is also no consistency of association that has been demonstrated for NDMA exposure and any type of human cancer, even at the maximum levels to which any Plaintiff might have been exposed as a consequence of ingesting ranitidine products. Nor do dietary or occupational studies provide the evidence that would be required to reach such a conclusion, for the reasons articulated in this report. Thus, I conclude that both ranitidine and NDMA fail to meet this criterion.

256. Specificity: This criterion refers to whether the association of an agent with cancer is limited to specific workers and/or to particular sites and type of disease.[188] This is clearly not the case for ranitidine or NDMA, neither of which has been convincingly demonstrated to be associated with any type of cancer in humans. Thus, I conclude the ranitidine and NDMA fail to meet this criterion.

257. Temporality: Plaintiffs contend that, to the extent that the exposure of patients to ranitidine occurred prior to cancer development, the criterion of temporality is met. However, since no human cancer has been reliably demonstrated to be associated with either ranitidine or NDMA exposure, temporality cannot be met. Indeed, if it can be argued that the criterion of temporality is satisfied by the fact that some people develop cancer years after taking ranitidine, the same can be said of virtually any event, behavior, or exposure during the same period of time – taking antacids, eating scrambled eggs, or experiencing an infection. When many years separate the alleged exposure and outcome, as is nearly always the case with adult human cancers, the resulting lack of specificity for proposed cause and effect renders this criterion nearly meaningless. An exception to this might occur in cases in which a carcinoma is alleged to have been caused by a recent exposure within months or a few years of diagnosis, as such a timeline would clearly violate what we know about the temporality of cause and effect for human cancers, and would clearly violate Dr. Hill's criteria of both biological plausibility and coherence.

258. Biological gradient: This criterion refers to the presence of a dose-response in epidemiological studies. As above, since no human cancer has been reliably demonstrated to be associated with either ranitidine or NDMA exposure, a dose-response criterion cannot be met. And, as discussed in this report, dietary and occupational exposure studies cannot provide the evidence that would be required to reach such a conclusion.

259. Plausibility: As Dr. Hill notes, "what is biologically plausible depends upon the biological knowledge of the day."[188] In evaluating biological plausibility, existing scientific and medical knowledge are used to evaluate the likelihood that a new hypothesis is true, particularly as it relates to evaluating whether a cause-and-effect relationship exists between a biological factor of interest and a particular disease. Consequently, for a proposed causal relationship to be biologically plausible, not only must a hypothesized mechanistic link between two factors be deemed to be conceivably true, there must also be coherent evidence that the proposed

mechanism is true, as well as an absence of a significant body of evidence suggesting that it is not true. Although the mechanism of action of NDMA as an alkylating agent and the ability of NDMA administered at sufficiently high doses to cause cancer in experimental animals can be taken as some evidence of biological plausibility, the hypothesis that NDMA causes cancer at doses that are orders of magnitude lower than the lowest dose observed to cause cancer in experimental animals is decidedly implausible. Similarly, it is biologically implausible to propose that ranitidine breaks down to generate amounts of NDMA that are sufficient to induce cancers in human beings, given the lack of evidence that NDMA is a human carcinogen at the extremely low doses to which Plaintiffs could conceivably have been exposed as a consequence of ingesting ranitidine products, the fact that lifetime exposure of laboratory animals to doses of ranitidine that are orders of magnitude higher than those to which humans might conceivably have been exposed do not cause cancer, the absence of a significant increase in NDMA levels in humans ingesting ranitidine, the absence of a significant increase in NDMA when ranitidine is added to simulated gastric fluid – even in the presence of 10-fold supraphysiological concentrations of nitrite – and the long clinical experience with ranitidine and absence of consistent associations with any type of cancer. Thus, based on the overwhelming weight of evidence, I conclude that this criterion is not met.

260. Coherence: Dr. Hill explains that this criterion is predicated on the axiom that “the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease.”[188] The ability of NDMA to cause cancer in experimental animals when administered at sufficiently high doses can be taken as some evidence of coherence. However, a wealth of other evidence cited above and throughout this report, particularly with respect to dose and biological plausibility, strongly argue against coherence. For example, the existence of DNA repair mechanisms that repair the specific type of damage induced by NDMA, the resulting existence of thresholds below which low-level exposures to genotoxic agents do not result in mutations, the fact that lifetime exposure of laboratory animals to doses of ranitidine that are orders of magnitude higher than those to which humans might conceivably have been exposed do not cause cancer, the absence of a significant increase in NDMA levels in humans ingesting ranitidine, the absence of a significant increase in NDMA when ranitidine is added to simulated gastric fluid even in the presence of 10-fold supra-physiological concentrations of nitrite, and the fact that the highest theoretical doses of NDMA to which Plaintiffs in this litigation could have been exposed as a consequence of ingesting ranitidine products is still several orders of magnitude lower than the lowest dose of NDMA shown to cause cancer in laboratory animals, all argue persuasively against coherence. Thus, based on the overwhelming weight of evidence, I conclude that this criterion is not met.

261. Experiment: This criterion asks whether a preventive action taken has a protective effect.[188] Given that ranitidine has not been associated with any type of human cancer, there can be no such protective intervention. Similarly, I am aware of no body of evidence in human beings that would satisfy this criterion for NDMA. Thus, I conclude that this criterion is not met.

262. Bradford Hill's summary of his criteria was that "none of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question – is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?".[188] In my opinion, regarding this summary question of whether there is another way of explaining the set of facts, or another answer that is more likely, my answer is: "Yes, there is a far more straightforward explanation for the set of facts in this litigation." The most straightforward explanation, by far, for the cause of the cancers diagnosed in Plaintiffs in this litigation is simply that they are common human cancers that arise as a consequence of the inevitable process of aging (*i.e.*, decades of exposure to the ever-present, endogenous causes of DNA damage and mutation) and other factors unrelated to exposure to ranitidine products. Thus, in aggregate, a wealth of evidence indicates that Bradford Hill criteria are not met for ranitidine or for NDMA.

**Ranitidine, Epidemiology and Laboratory Studies**

263. Laboratory studies in cancer biology have the potential to directly demonstrate a cause-and-effect relationship between a specific perturbation and a specific outcome, for example by demonstrating that a chemical agent is capable of causing cancer in experimental animals. However, while such studies are able to demonstrate that a particular chemical *can* cause cancer in laboratory animals at a particular dose, they cannot demonstrate that that chemical *does* cause cancer in human beings at the doses to which human beings are exposed. For example, animal carcinogenicity studies performed during the 1970s demonstrated that saccharin can cause bladder cancer in male rats. As a consequence, regulatory agencies required that all food products containing saccharin carry a warning label indicating that: "*Use of this product may be hazardous to your health. This product contains saccharin, which has been determined to cause cancer in laboratory animals*." Of course, subsequent studies demonstrated that these results were specific to rats. Consistent with this, epidemiological studies failed to reveal any consistent body of evidence that saccharin is associated with bladder cancer, despite the widespread use of this artificial sweetener for many years. Notwithstanding this fact, saccharin was listed in the U.S. National Toxicology Program's *Report on Carcinogens* for nearly 20 years. Thus, animal experiments cannot, in isolation (*i.e.*, in the absence of epidemiological evidence), prove cancer causation in human beings.

264. In addition, while animal experiments are an invaluable aid in directly assessing cause-and-effect, it is critical to note that performing such experiments at doses relevant to human exposures is essential for evaluating cancer causation. In the case of ranitidine, the experimental evidence is clear that ranitidine is not carcinogenic in laboratory animals, even at doses that far exceed those to which human beings are exposed. Similarly, in the case of NDMA the experimental evidence is clear that NDMA is not carcinogenic in laboratory animals at doses far in excess of those to which human beings might conceivably have been exposed as a consequence of ingesting ranitidine products.

265. As above, animal experiments cannot, in isolation (*i.e.*, in the absence of epidemiological evidence), prove cancer causation in human beings. Conversely, while epidemiological studies

are essential for evaluating causation in human beings, epidemiological studies cannot, in isolation (*i.e.*, in the absence of laboratory evidence), demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations,[188] and associations, like risk factors, are not causes and cannot be equated with a demonstration of cause-and-effect. Thus, while observational epidemiology studies permit inferences to be made regarding causation based upon the identification of consistent, substantial and robust associations, they cannot, in principle, demonstrate cause-and-effect directly.

266. For these reasons, assessing cancer causation in the present day requires the comprehensive assessment of evidence both in the laboratory and in human populations to determine whether a consistent body of evidence exists that demonstrates causation. As it pertains to this litigation, the full body of evidence from epidemiological and laboratory studies each yield the same conclusion – that ranitidine is not carcinogenic either in human beings or in animals and that the maximum cumulative amounts of NDMA to which Plaintiffs might conceivably have been exposed as a consequence of ingesting ranitidine products does not cause cancer, either in human beings or in animals. Epidemiological studies have failed to show any consistent associations between ranitidine and overall or specific cancer risk in human beings. Consistent with this, laboratory studies demonstrate that ranitidine is not carcinogenic in animals, and that NDMA exposures far in excess of those to which Plaintiffs in this litigation might theoretically have been exposed as a consequence of ingesting ranitidine products are also not carcinogenic in laboratory animals. Together, the marriage of these two concordant bodies of evidence argues persuasively that ingestion of ranitidine products does not cause cancer in human beings.

267. In summary, for the reasons discussed throughout this report, I conclude that exposure to ranitidine, or to NDMA in ranitidine at the doses to which Plaintiffs were potentially exposed, and for the durations to which Plaintiffs were potentially exposed, does not cause cancer in human beings. These opinions are based on scientifically valid reasoning and methodology, as I would practice in my daily profession, as well as my education, training, knowledge, and experience, and the materials that I have reviewed in this matter, and is stated to a reasonable degree of scientific and medical certainty.

**C. Response to Plaintiff's Experts Reports**

268. In considering Plaintiffs' biological theory of causation, I have principally focused on the reports of Dr. Dipak Panigrahy and Dr. Paul Michaels, although I also include focused comments regarding specific aspects of the reports of Drs. Anne McTiernan, Jennifer Le, and Andrew Salmon. Given the many similarities between the reports of Drs. Panigrahy and Michaels, I address several themes below that are common to both, and then address additional more specific aspects of their opinions in subsequent sections. The conclusion that I reach, based upon their reports, is that their arguments are logically and internally inconsistent, subjective and arbitrary, ignore fundamental biological facts, and misrepresent scientific findings upon which they claim to rely. As a consequence, I conclude that the methodologies that Drs. Panigrahy and Michaels employ are unreliable.

269. Plaintiffs' theory of causation can be summarized as: (1) ranitidine is converted to NDMA, both prior to ingestion by spontaneous chemical degradation and also after ingestion by nitrosation in the stomach; (2) NDMA is a mutagen and a carcinogen; and (3) NDMA mediates the alleged carcinogenic effects of ranitidine. As a corollary to this theory, Plaintiffs argue that (4) there is no safe exposure threshold or dose for NDMA.

270. Beyond this central theory of causation, Plaintiffs claim that: (5) NDMA also causes cancer by non-genotoxic mechanisms, including chronic inflammation, oxidative stress, and immunosuppression; (6) NDMA initiates and promotes new cancers; (7) NDMA causes pre-existing cancers to grow, metastasize, and become resistant to therapy; and (8) ranitidine is, itself, genotoxic. In addition, Dr. Panigrahy claims that (9) H2 receptor antagonists as a class cause cancer; and that (10) H2 receptor antagonists as a class promote the metastasis of pre-existing cancers.

271. There are numerous fatal flaws in Plaintiffs' theory of causation, several of which are addressed below. Chief among these is their fundamental failure to consider exposure dose. Indeed, the central question at this stage of this litigation is: "*Does exposure to NDMA as a consequence of ingesting ranitidine products, at the doses to which Plaintiffs were potentially exposed, cause cancer in human beings?*" The reports of Drs. Panigrahy and Michaels essentially ignore this central question.

**Dose**

272. Despite the fact that both Drs. Panigrahy and Michaels paraphrase Paracelsus by stating: "*the dose makes the poison*", in evaluating causation neither Dr. Panigrahy nor Dr. Michaels appropriately consider dose. Paracelsus' statement advised that the amount of a substance a person is exposed to is as important as the nature of that substance. Ironically, Drs. Panigrahy and Michaels disregard the very advice that they reference. Specifically, Drs. Panigrahy and Michaels focus on experiments in laboratory animals that tested effects of NDMA at doses that are thousands to millions of times higher than those to which Plaintiffs could have been exposed as a consequence of ingesting ranitidine products. Ironically, the concentrations of NDMA in animal studies that Drs. Panigrahy and Michaels repeatedly refers to as "low" or "very low" are actually extremely high – orders of magnitude higher than those at issue in this litigation. At the same time, Drs. Panigrahy and Michaels fail to address the fact that the maximum theoretical cumulative dose of NDMA to which Plaintiffs could have been exposed as a consequence of ingesting ranitidine products is several orders of magnitude lower than the lowest dose of NDMA ever shown to cause cancer in laboratory animals, and is also several orders of magnitude lower than the level of endogenous NDMA production to which all human beings are exposed each day.

273. As discussed throughout my report, when considering cumulative lifetime exposure, and given the relatively modest durations of exposure for ranitidine when used as directed, the maximum cumulative exposures to NDMA to which patients could have been exposed as a consequence of ranitidine therapy are thousands to millions of times lower than the lowest doses of NDMA found to cause cancer in laboratory animals. In particular, Drs. Panigrahy and

Michaels provide no coherent or plausible body of evidence demonstrating that NDMA exposure at the extremely low doses to which Plaintiffs potentially could have been exposed is capable of causing cancer in human beings. The levels of pre-formed NDMA in ranitidine products, as measured by the FDA, are extremely low. Moreover, experiments published by FDA scientists provide persuasive evidence that ranitidine is not converted to NDMA to any appreciable extent following ingestion.[1,43] Consequently, exposure to NDMA as a result of ingesting ranitidine products is: (a) lower than exogenous exposures to NDMA due to food, air, water, beer and tobacco; (b) several orders of magnitude lower than endogenous NDMA production; and (c) several orders of magnitude lower than the lowest dose of NDMA observed to cause cancer in laboratory animals. Thus, Drs. Panigrahy and Michaels fail to address the central question of whether exposure to NDMA causes cancer *in human beings at the doses to which Plaintiffs were potentially exposed*. Indeed, the limited evidence available indicates that long-term administration of high dose NDMA may not cause tumors in non-human primates.[96,148] Simply put, NDMA has never been shown to cause cancer in laboratory animals at doses even remotely resembling those to which Plaintiffs might have been exposed as a consequence of ingesting ranitidine products.

**No concordance between effects of NDMA and ranitidine**

274. If NDMA mediated the alleged carcinogenic effects of ranitidine, as Plaintiffs claim, what is true for NDMA should also be true for ranitidine. This is clearly not the case. For example: (1) NDMA is mutagenic both in vitro and in vivo. Ranitidine is not mutagenic, either in vitro or in vivo; (2) NDMA at high doses reproducibly causes liver cancer in multiple species of laboratory animals, including rats, mice, and hamsters. Ranitidine does not cause liver cancer (or any type of cancer) in laboratory animals, even at extremely high doses; (3) NDMA has been associated with tumors of the lung and kidney in some experiments in laboratory animals. Ranitidine does not cause lung cancer, kidney cancer, or any type of cancer in laboratory animals; (4) Acute exposure to high doses of NDMA causes hepatotoxicity and liver failure in animals and in humans. High doses of ranitidine do not cause hepatotoxicity or liver failure in animals, and I am not aware of any body of evidence that high doses of ranitidine are reproducibly associated with hepatotoxicity or liver failure in humans; and (5) Exposure of laboratory animals to moderate doses of NDMA causes low-level damage to hepatocytes and elevation of liver function tests. Ranitidine does not result in elevated liver function tests in animals, and the vast majority of patients treated with ranitidine do not exhibit elevated liver function tests. In addition, since the ranitidine used in animal studies would have been subject to transport and storage conditions, effects hypothesized by Plaintiffs to be due to ranitidine degradation would likely have been captured in these assays. In aggregate, this total lack of concordance between the effects of NDMA and those of ranitidine in laboratory animals and in people provides compelling evidence against Plaintiffs' theory of causation.

275. Plaintiffs' theory of causation is predicated on the notion that the carcinogenic mechanism of action of ranitidine is unique to the chemical structure of ranitidine, insofar as Plaintiffs claim that ranitidine is converted to biologically significant amounts of NDMA both pre- and post-ingestion. Fundamentally, Plaintiffs' theory of causation requires that the

claimed carcinogenic effects and/or epidemiological associations of ranitidine should be unique within the class of acid suppressing medications. Contrary to this requirement, GI cancers for which associations (albeit inconsistent) have been reported for ranitidine, have also been reported for other acid suppressive agents that are chemically unrelated to ranitidine. These associations are most likely due to reverse causation or confounding by indication, and other types of bias and confounding. Consistent with this, studies of ranitidine with comparison to active controls have generally found no association between ranitidine and overall or specific cancer risk. These observations contradict Plaintiffs' central theory of causation. Also contradicting Plaintiffs' central theory of causation, Dr. Panigrahy claims that H2 receptor antagonists, as a class, cause carcinoid tumors in human beings, immunosuppression, and promote cancer metastasis. Similarly, Dr. Michaels claims that H2 receptor antagonists as a class have pro-tumorigenic effects that result from antagonism of anti-tumorigenic effects of histamine. First, it must be noted that none of these claims are supported by credible and consistent bodies of evidence. Second, these claims, in and of themselves, contradict Plaintiffs' central theory of causation that the carcinogenic mechanism of action of ranitidine is unique to the chemical structure of ranitidine.

**Dose threshold**

276. Both Drs. Panigrahy and Michaels claim that there is no "safe" level of exposure to NDMA. Specifically, they claim that there is no dose threshold below which NDMA is not carcinogenic, such that even one molecule of NDMA may induce a mutation that may cause cancer. As discussed in detail throughout this report, this contention is, on its face, absurd. The first line of evidence indicating that this claim is false follows from the existence of endogenous error-free DNA repair mechanisms, such as MGMT, that are capable of fully repairing DNA damage that may result from genotoxic agents, such as NDMA, that are generated by normal physiological processes and that may also occur as a consequence of exogenous low-level exposures. As a consequence, low levels of NDMA-induced DNA damage that can be repaired prior to DNA replication will not result in mutations and therefore cannot result in carcinogenesis. By definition, it then follows that these repair systems will result in the existence of thresholds of exposure for agents such as NDMA, below which mutations do not occur. Consistent with this, multiple studies support the existence of thresholds for a no-observed-effect-level for a number of mutagenic carcinogens, including alkylating agents such as N-nitroso compounds.[122,130-136,141] Indeed, rats dosed with levels of NDMA at 0.033, 0.066, 0.132 and 0.264 ppm did not have an elevated incidence of cancer compared with controls in the very study that Dr. Panigrahy refers to as a "landmark".[149,150] These doses correspond to 2.38 – 19.0 ug/kg/d in female rats,[149,150] which for a 70 kg person would correspond to 166,600 – 1,330,000 ng of NDMA per day. These levels are 1,735 – 13,854-times higher than the FDA ADI of 96 ng. As such, it is very likely the case that exposure to the low levels of NDMA that are alleged in this litigation do not result in an increase either in mutation frequency or in carcinogenesis, because the low levels of DNA damage that might be associated with these exposures can be adequately repaired by the endogenous, error-free DNA repair systems that are present in each of our cells.

277. An additional, common sense, demonstration that Plaintiffs' claim is absurd comes from the fact that daily exposure to 780 trillion molecules of NDMA per day (96 ng), and 20 million-trillion molecules of NDMA over a 70-year lifetime, is considered to be "safe" by the FDA – even under the extraordinarily conservative guidelines used for their estimates – it cannot reasonably be argued that one additional molecule of NDMA is capable of increasing cancer risk. Indeed, as discussed above, if exposure to 780 trillion molecules of NDMA per day for 70 years corresponds to a 1 in 100,000 lifetime risk of cancer, in accordance with FDA regulatory risk estimates based on linear low-dose extrapolation, then administering a dose of one molecule per day of NDMA for 70 years would correspond to a lifetime cancer risk of approximately 1 in 78 quintillion. As noted above, even if this dose of NDMA was given every day to every person on earth (7.75 billion) for every person's entire lifetime, there would be less than a 1 in 10 billion chance that anyone on the entire planet would ever develop cancer as a result. These straightforward calculations illustrate in the clearest possible terms that, as Dr. Hrudey noted, while different people might have different definitions of "safe", "under any realistic concept of practicality, there is indeed a safe level of exposure to cancer-causing chemicals".[186] Additionally, since the above risk calculations are based on linear low-dose extrapolation, which assumes no DNA repair or threshold for the carcinogenic effects of NDMA, even this is an overestimate of the risk associated with 1 additional molecule of NDMA exposure per day for a lifetime. Thus, even conservative risk calculations demonstrate that Plaintiffs' experts claims that there is no "safe" level of exposure to NDMA and that even a single molecule of NDMA can cause cancer are ludicrous and defy both logic and common sense.

278. Similarly, the FDA statement that "consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure"[182] does not constitute evidence that an exposure higher than the ADI will cause harm. Indeed, as discussed throughout this report, average daily dietary exposures to preformed NDMA are multiples of the FDA ADI, endogenous NDMA production is estimated to be 3 to 4 orders of magnitude higher than the FDA ADI, and the FDA ADI is approximately 25,000-times lower than the lowest dose of NDMA shown to cause cancer in rats.

279. High-level NDMA exposure in laboratory animals is reproducibly associated with cancers of the liver, lung and kidney, and both Drs. Panigrahy and Michaels claim that there is "remarkable" and "striking" target organ concordance between human and animal chemical carcinogens. It is therefore equally remarkable and striking that four of the five cancers that Drs. Panigrahy and Michaels claim are caused by NDMA in human beings are not caused by NDMA in laboratory animals. Conversely, it is remarkable and striking that two of the three cancers that have been shown to be caused by high-level NDMA exposure in laboratory animals are not claimed by Drs. Panigrahy and Michaels as being caused by NDMA in human beings. Thus, the opinions of Drs. Panigrahy and Michaels are both logically and internally inconsistent and are, therefore, unreliable.

**Endogenous formation**

280. Drs. Panigrahy and Michaels both claim that biologically significant quantities of NDMA are formed from ranitidine following ingestion by nitrosation in the stomach under acid conditions in the presence of nitrites. Contrary to Plaintiffs' claims, there is direct, persuasive evidence published by FDA scientists that ranitidine is not converted to NDMA in human beings to any appreciable extent following ingestion.[1,43] Together, the studies of Gao et al.[43] and Florian et al.[1] contradict prior published reports relied upon by Plaintiffs' experts[181] Indeed, the study of Gao et al. was intended to follow up on the very report upon which Drs. Panigrahy and Michaels rely for their opinions that NDMA is formed in vitro under simulated gastric fluid conditions by the nitrite-mediated nitrosation of DMA present in ranitidine.[181] Although these conditions were described by Braunstein et al. as "physiological", they in fact employed extremely high concentrations of 1,000-50,000 micromole/L nitrite that are considered to be 40-fold to 2,000-fold higher than the 25 micromole/L nitrite level of that is generally considered to be in the physiological range for gastric fluid in vivo. In contrast to Braunstein et al., in Gao et al., FDA scientists demonstrated that no appreciable NDMA was formed from ranitidine even at nitrite concentrations of 1,000 micromole/L, which is more than 10-times higher than the upper limit of physiological nitrite concentrations.[43] These data convincingly demonstrate that ranitidine is not converted to NDMA in biologically significant amounts following ingestion, and directly contradict Plaintiffs' experts contention. When taken together with the findings of Florian et al.,[1] which demonstrate that ranitidine is not converted to NDMA in human beings to any appreciable extent following ingestion, these two studies published by FDA scientists provide compelling evidence contradicting the expert opinions of Drs. Panigrahy and Michaels. In this regard, Dr. Panigrahy states (correctly) that in Gao et al., "ranitidine conversion to NDMA was not detected until nitrite was 5000 umol/L".[43] Given that even the highest physiological levels of nitrite in the stomach are reported to be less than 100 umol/L, it is notable that Dr. Panigrahy somehow concludes that Gao et al. and Florian et al. "support regulatory actions to limit ranitidine availability".

281. Additional common-sense evidence arguing against the findings of Zeng et al.[172] and Braunstein et al.[181] and, by extension, the opinions of Drs. Panigrahy and Michaels, comes from the logical inference that if ranitidine were converted to biologically significant quantities of NDMA following ingestion, as claimed by Plaintiffs' experts, ranitidine would have been found to be both genotoxic and carcinogenic in animals. The fact that ranitidine is neither genotoxic nor carcinogenic in animals, even in the context of life-long exposure to doses of ranitidine that are many times higher than those to which human beings are ever exposed, provides additional compelling evidence that ranitidine is not converted to biologically significant quantities of NDMA following ingestion. Thus, results of animal studies are consistent with findings from FDA scientists that ranitidine is not converted to NDMA in human beings to any appreciable extent following ingestion and these, in turn, are consistent with the lack of a consistent association between ranitidine and human cancer in epidemiological studies.

**Ranitidine genotoxicity studies**

282. Both Dr. Panigrahy and Dr. Michaels claim that ranitidine itself is genotoxic. For example, Dr. Panigrahy states that "ranitidine induces genotoxicity, mutagenicity, and alters DNA repair." Contradicting their claims, and as described in detail in this report, comprehensive laboratory testing of ranitidine has demonstrated that it is non-genotoxic and non-mutagenic in a battery of different tests that cover the full spectrum of mutation types that can occur in cells, and ranitidine has also been demonstrated to be non-carcinogenic in laboratory animals even in the context of long-term exposure to doses of ranitidine that are far higher than those to which human beings are exposed. Indeed, it is the case that many of the studies to which Drs. Panigrahy and Michaels cite as providing evidence that ranitidine is genotoxic or carcinogenic are, in reality, not studies of ranitidine at all, but rather are studies of artificially nitrosated derivatives of ranitidine that were generated by experimental manipulation. Nor do Drs. Panigrahy or Michaels provide any evidence that such artificially generated nitrosated derivatives of ranitidine occur at biologically significant levels in laboratory animals or in human beings. Thus, efforts of Drs. Panigrahy and Michaels to equate the effects of artificially nitrosated derivatives of ranitidine with effects of ranitidine itself are both misleading and scientifically inappropriate.

**Occupational and dietary exposure studies**

283. Both Drs. Panigrahy and Michaels rely heavily and disproportionately on the Hidajat et al. study of occupational exposures to a variety of dusts and chemicals in rubber factory workers[152] as a basis for their opinions on the carcinogenicity of ranitidine in human beings. This study involved exposures to levels of NDMA that were far higher than Plaintiffs' claimed exposures in this litigation, by a route of exposure that was different than Plaintiffs in this litigation (inhalation rather than ingestion), and studied subjects who were simultaneously exposed to multiple potentially carcinogenic agents (rubber dust, rubber fumes, other nitrosamines) to which Plaintiffs in this litigation were not exposed, and which Hidajat et al. claim each cause a similar set of cancers. Accordingly, it is highly unlikely that the effects of exposure to NDMA in these workers could be isolated from those due to exposure to the other agents reported by these authors to cause a similar set of cancers, much less to accurately measure these exposures. Moreover, basic and essential factors in this study are unknown, as are smoking history and history of other potentially important confounding risk factors such as alcohol use. These factors preclude reliable inferences regarding the effects of oral consumption of ranitidine or oral exposure to the extremely low doses of NDMA at issue in this litigation.

284. Both Drs. Panigrahy and Michaels rely upon dietary epidemiology studies of NDMA exposure in preference to epidemiological studies of ranitidine. As discussed in detail in my report, dietary epidemiological studies focused on NDMA: (a) do not actually measure NDMA consumption in study participants; (b) do not measure the amounts of the thousands of other chemical constituents present in the food consumed by study participants; (c) cannot reliably distinguish potential effects of NDMA from the thousands of other constituents in food; (d) are unlikely to accurately measure food intake of study participants; (e) do not measure food intake

during the periods of time in which the critical events in carcinogenesis actually occur; (f) cannot rule out potential confounders and biases as explanations for any observed associations; and (g) cannot demonstrate cause and effect. For these reasons, and others, there is no medical or scientific method by which existing dietary epidemiological studies of NDMA could reliably attribute any observed differences in cancer incidence among study participants to differences in NDMA intake. In light of this, it is inappropriate to rely on dietary epidemiology studies of NDMA, or occupational studies of rubber factor workers, in preference to epidemiological studies of ranitidine.

**NDMA carcinogenicity classification**

285. Drs. Panigrahy and Michaels explicitly claim that NDMA is a known carcinogen in human beings. I am not aware of any regulatory agency that has classified NDMA as a known human carcinogen. For example, IARC has classified NDMA as a "*probable*" (*i.e.*, Class 2A) carcinogen based upon limited evidence in humans. The U.S. Environmental Protection Agency has classified NDMA as a "*Group B2: Probable human carcinogen*", which EPA defined under the 1986 guidelines as "agents for which there is 'sufficient' evidence from animal studies and for which there is 'inadequate evidence' or 'no data' from epidemiological studies".[73,151,164] The U.S. Department of Health and Humans Services has classified NDMA as "*reasonably anticipated to be a human carcinogen*".[165] The American Conference of Governmental Industrial Hygienists (ACGIH) has classified carcinogenicity of NDMA as Group A3, which denotes a "*confirmed animal carcinogen with unknown relevance to humans*".[166] This designation indicates that "*the agent is carcinogenic in experimental animals at a relatively high dose, by route(s) of administration, at site(s), or histologic type(s), or by mechanism(s) that may not be relevant to worker exposure. Available epidemiologic studies do not confirm an increased risk of cancer in exposed humans. Available evidence does not suggest that the agent is likely to cause cancer in humans except under uncommon or unlikely routes or levels of exposure.*"[166] Thus, while regulatory agencies with a safety mandate understandably and appropriately err on the side of caution by classifying NDMA as reasonably anticipated to be carcinogenic, none of these agencies has determined that NDMA *is* a known cause of cancer in human beings. Thus, the very agencies upon which Plaintiffs' experts rely and consider authoritative have determined that epidemiological evidence for a carcinogenic effect of NDMA in humans is inadequate. Yet, after evaluating essentially the same body of evidence, Plaintiffs' experts somehow arrive at a different conclusion than the "authoritative" agencies upon which they rely. Thus, Drs. Panigrahy and Michaels refer to these agencies as "authoritative", but they do not accept their conclusions about the potential carcinogenicity of NDMA in human beings. Moreover, Dr. Panigrahy's statement that "the US Environmental Protection Agency (EPA), the Agency for Toxic Substances and Disease Registry and the Department of Human Health Services state that NDMA is a human carcinogen" is a clear and blatant mischaracterization of the determinations made by these agencies. Indeed, consistent with the opinions of these agencies, and contradicting the claims of Drs. Panigrahy and Michaels, I am not aware of any body of medical or scientific evidence demonstrating that NDMA causes any type of cancer in human beings. Nor has any regulatory agency concluded that NDMA is a known cause of human cancer. Nor do Drs. Panigrahy or Michaels present evidence that NDMA

causes cancer in human beings at the doses to which Plaintiffs in the litigation could conceivably have been exposed as a consequence of ingesting ranitidine products.

**Non-genotoxic mechanisms of carcinogenicity**

286. Both Drs. Panigrahy and Michaels claim that NDMA also causes cancer by non-genotoxic mechanisms, including chronic inflammation, oxidative stress, and immunosuppression. These claims are described in detail below. As a general matter, however, the biological effects of NDMA in laboratory animals that Drs. Panigrahy and Michaels rely upon for these opinions regarding cancer causation are effects that only occur at levels of exposures to NDMA that are far higher than those required for carcinogenesis in laboratory animals, and many orders of magnitude higher than any doses of NDMA to which Plaintiffs could conceivably have exposed as a consequence of ranitidine therapy. First, Drs. Panigrahy and Michaels provide no evidence that these effects occur in animals exposed to the same range of doses of NDMA alleged to have occurred in Plaintiffs. Second, Drs. Panigrahy and Michaels provide no evidence that these effects of NDMA occur in human beings on ranitidine therapy or exposed to doses of NDMA similar to those alleged to have occurred in Plaintiffs as a consequence of ranitidine therapy. Third, contradicting their own theory of causation, the laboratory animal studies cited by Drs. Panigrahy and Michaels exclusively observed these claimed biological effects (i.e., inflammation, oxidative stress, immunosuppression) at extremely high, toxic doses of NDMA that are orders of magnitude higher than those required to cause cancer in laboratory animals. If NDMA-induced inflammation, oxidative stress, and immunosuppression cause cancer, as Drs. Panigrahy and Michaels claim, then these effects must necessarily be present at the same (or lower) doses than those sufficient to cause cancer. The fact that these effects of inflammation, oxidative stress, and immunosuppression exclusively occur at NDMA doses far higher than those required to cause cancer in laboratory animals clearly indicates that these effects cannot be taken as evidence that they mediate the carcinogenic effects of NDMA in laboratory animals. Underscoring these points, several of the studies that Drs. Panigrahy and Michaels rely upon as evidence to support these effects were conducted at extremely high, toxic doses of NDMA that are: (a) thousands of times higher than the doses at which these agents induce tumors in experimental animals; (b) millions of times higher than exposures to NDMA to which Plaintiffs were likely to have been exposed; (c) and so high as to be near lethal doses. Such studies cannot reasonably inform a scientific conclusion about the effects of these agents on the processes in question. As such, the opinions of, and methodology employed by, Drs. Panigrahy and Michaels are unreliable.

**Inflammation**

287. Dr. Panigrahy claims that ranitidine can cause chronic inflammation in human beings. In support of this, he cites the occurrence of an idiosyncratic liver reaction that occurs in less than 0.1% of people taking ranitidine.[189] Importantly, the authors of this study state that "it is important to note that these clinical observations do not constitute definitive evidence of an inflammatory response".[189] Moreover, I am not aware of any body of evidence whatsoever that ranitidine therapy in patients is associated with chronic inflammation.

288. Drs. Panigrahy and Michaels also claim that NDMA stimulates chronic inflammation, and that this is a mechanism by which it causes cancer. I am not aware of any body of scientific or medical evidence that NDMA causes inflammation at doses comparable to those to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products. Nor do Drs. Panigrahy and Michaels cite any such evidence. Rather, both Drs. Panigrahy and Michaels rely almost exclusively on studies in experimental animals that used far higher doses of NDMA than those sufficient to cause tumors in those animals, and far higher still than the amounts of NDMA to which Plaintiffs in the litigation are claimed to have been exposed.[190] For example, both Drs. Panigrahy and Michaels cite two studies by Boonjaraspinyo et al. as evidence that NDMA causes inflammation.[191,192] However, each of these studies treated animals with NDMA at a dose of 12.5 ppm in drinking water; this dose is substantially higher than the dose of NDMA sufficient to cause cancer in rats, and would correspond to a dose of 12,600 micrograms of NDMA per day in a 70 kg woman, which is more than 14,000-times higher than the highest dose of NDMA measured by the FDA in any ranitidine product. This fact argues against Dr. Panigrahy's suggestion that the carcinogenic effects of NDMA in animals are mediated by (hypothesized) effects of these agents on inflammation, since these effects predominantly occur at doses far higher than those causing tumors in animals.

289. A third publication that was cited by both Drs. Panigrahy and Michaels as evidence that NDMA causes inflammation, by George et al.,[193] employed doses of NDMA that were even higher than those employed by Boonjaraspinyo, above.[191,192] The dose of NDMA employed by George et al., which was administered to rats intraperitoneally, was so high that it killed 25% of rats within 14 days and 42% of rats within 21 days. Indeed, the authors stated that the marked mortality rate necessitated the termination of the study.[193] Postmortem examination of treated rats "revealed massive hepatic necrosis", ascites, jaundice, splenomegaly and a 40% decrease in body weight. That Drs. Panigrahy and Michaels would rely upon a study that employed toxic, near-lethal doses of NDMA to support their claim that (a) NDMA-induces inflammation in human beings at doses that are millions of times lower than those employed by George et al., and (b) that NDMA-induced inflammation is a non-genotoxic mechanism by which NDMA induces cancer, is astonishing. Studies performed at highly toxic, near-lethal doses cannot possibly, much less reasonably, inform a scientific conclusion about the biological effects of NDMA at the doses claimed in this litigation. As such, the opinions of, and methodology employed by, Drs. Panigrahy and Michaels are unfounded and unreliable. Furthermore, that Drs. Panigrahy and Michaels would choose to present such evidence, while neglecting to alert the reader to the fact that the doses at which these studies were carried out were so phenomenally high as to be unreliable and irrelevant to the question at hand, is misleading and scientifically inappropriate.

290. In addition, demonstrating that cancers caused by NDMA in experimental animals contain inflammatory cells does not provide evidence that NDMA-induced inflammation causes cancer. Cancers both incite an immune response against themselves within their host, and cancers can also cause inflammation as a consequence of inflammatory mediators that they may release. These, in turn, may cause the influx of immune cells into a cancer. Consequently,

observing the presence of immune cells in a cancer cannot reasonably be interpreted as providing evidence that inflammation caused the formation of the cancer. In doing so, Plaintiffs' experts confuse cause and effect, again highlighting the unreliable nature of their methodology.

291. Inflammation is a medical term that describes the body's response to injury and is characterized by an influx of white blood cells from the immune system, changes in the vasculature, redness, heat, pain, swelling and alterations in a variety of cytokines and signaling pathways. Inflammation is ordinarily a protective response that is both beneficial to the organism and essential for life, since it is typically aimed at resolving cellular injury, repairing damaged tissues, and restoring normal tissue function.

292. The immune cells involved in inflammation may include cells of the innate immune system, such as macrophages, neutrophils and eosinophils, as well as cells of the adaptive immune system, such as T and B lymphocytes. As the many cell types and cell-cell interactions involved in the innate and adaptive immune response to inflammation are extraordinarily complex and context-dependent, the term "inflammation" encompasses a broad array of host responses to different types of injuries in different sites in the body that, in turn, may be initiated by a broad array of stimuli. As such, the effects of "inflammation" on any process in question must be studied in the specific context in which it occurs in order to evaluate the various, potentially conflicting effects that it may have.

293. The cells of the immune system constitute an important defense mechanism against the development and growth of human cancers. For example, activation of inflammatory cells by cytokines and cell-cell interactions constitutes an important element of the immune response to abnormal cells and cancer cells, in a process referred to as "immunosurveillance". At the same time, chronic inflammation has been implicated in a number of human cancers. Thus, inflammation is known to have both pro- and anti-tumorigenic effects. Accordingly, the observation that immune cells are present within a tumor does not provide information on the functional consequences of those immune cells on the existing tumor (if any), nor any reliable indication of whether immune cells played any role in the development of that tumor, positive or negative. Indeed, a number of recent studies have revealed that the presence of immune cells within some human cancers is a *positive* prognostic sign associated with better patient outcome, and their presence has been interpreted as possibly reflecting an immune response against the tumor.[194-196]

294. For the above reasons, "inflammation" can play both positive and negative roles in human disease. More specifically, the immune system plays both pro-tumorigenic and anti-tumorigenic roles.[197-199] These interactions are complex and change over time. They are not monolithic, as Drs. Panigrahy and Michaels suggest.

295. Further highlighting the complex nature of the relationship between inflammation and cancer, chronic systemic inflammatory states are not consistently associated with increased risks of carcinomas. For example, rheumatoid arthritis (RA) is associated with increased systemic levels of pro-inflammatory cytokines such as Tumor Necrosis Factor (TNF), Interleukin

1 (IL-1) and Interleukin 6 (IL-6). Despite this systemic, chronic inflammatory state, RA is associated with a decreased risk of colorectal cancer and breast cancer, and an increased risk of lung cancer. In an analogous manner, Systemic Lupus Erythematosus (SLE) is a chronic inflammatory disease mediated by elevations in pro-inflammatory cytokines, such as TNF, IL-1 and interferons. SLE is associated with a decreased risk of breast, ovarian and endometrial cancer. In contrast, risks of hematologic malignancies, such as leukemias and lymphomas, may be elevated in chronic inflammatory states, such as RA and SLE. As such, the association of chronic inflammation and cancer may be positive, negative, or non-existent and is dependent on cancer type.

296. There is clear evidence that inflammation is caused by cancers. That is, the same mutations within tumor cells that cause cancer also induce changes in the tumor's microenvironment, and these changes may include inflammation.

297. In contrast, while inflammation and the immune system may influence the behavior of human cancers, cancer is fundamentally a genetic disease that is generated and driven by the particular mutations in oncogenes and tumor suppressor genes present within each tumor. I am not aware of any compelling body of scientific evidence that inflammation causes mutations, or is sufficient to cause cancer, in human beings. And even if we were to assume that inflammation did cause cancer, there are many types of inflammation, including obesity, chronic inflammatory conditions, acute inflammatory conditions, responses to physical injury, etc. whose effects could not logically be separated from the inflammation postulated to occur as a consequence of NDMA exposure.

298. Irrespective of generalizations regarding the potential positive or negative effects of inflammation on the development of different types of cancer, it is essential to note that inflammation has not been demonstrated to cause cancer in humans. In this regard, while it is possible that inflammation and the immune system may play positive or negative roles at different stages of tumor development and progression, it is impossible to know what impact these factors may have had, if any, at any specific stage in a particular patient's cancer. Moreover, while inflammation and the immune system may influence the behavior of human cancers, cancer is fundamentally a genetic disease that is generated and driven by the particular mutations in oncogenes and tumor suppressor genes present within each tumor. As such, while it may be difficult, if not impossible, to ascertain what role, if any, inflammation or the immune system may have had on a particular patient's cancer, positive or negative, it clearly is possible to conclude that the mutations present in critical genes within each cell of that cancer are principally responsible for its development and behavior.

299. Nevertheless, to the extent that inflammation may play a role in the development or progression of some human cancers, there are numerous sources of inflammation in humans that impinge on all tissue types at risk for cancer development.

300. As an example of the multiple potential endogenous sources of inflammation in humans, it is now widely appreciated that obesity is associated with a chronic inflammatory state. In this regard, it is also clearly established that obesity is a risk factor for many types of

human cancer. The mechanisms underlying the association between obesity and cancer risk have yet to be fully elucidated, but several hypotheses have been proposed. These include hyperinsulinemia and increased bioavailability of insulin-like growth factors, changes in adipokines such as leptin, adiponectin and hepatocyte growth factor (HGF), increased bioavailable estradiol levels, and increased levels of inflammatory cytokines such as IL-6 and TNF-alpha. The levels of several of the above hormones, growth factors and cytokines have been associated with alterations in cancer risk. Further, there are undoubtedly many other biological differences between obese and non-obese individuals that are relevant to cancer etiology and risk that have yet to be elucidated. As such, to the extent that chronic inflammation may play a role in the pathogenesis of human cancers, obesity could not be discounted as a cause of that inflammation.

301. One mechanism by which some Plaintiffs' experts have suggested that inflammation might contribute to carcinogenesis is through reactive oxygen species (ROS) generation by inflammatory cells, which might theoretically contribute to the generation of mutations in non-tumorigenic cells. Importantly, this mechanism is largely, if not entirely, hypothetical as ROS generated by inflammatory cells would have to cross the extracellular space, gain entrance into the cell of origin for cancers, cross the cytoplasm and gain entrance into the nucleus in order to be able to engender DNA damage. Since ROS are generally believed to be very short-lived molecular species, this is highly unlikely to be a substantial source of mutations compared to the abundant ROS that are produced within each cell by mitochondria. As such, to the extent that ROS may contribute to DNA damage and the generation of mutations within human cells, the offending ROS are most likely generated within those cells by mitochondrial processes. Regardless, there is no reliable scientific method by which the relative contributions of ROS produced by mitochondria and ROS produced by inflammatory cells could be ascertained.

**Immunosuppression**

302. Dr. Panigrahy claims that ranitidine induces immunosuppression in patients taking this medication, and that this immunosuppression can then facilitate the development of cancer. In addition, both Drs. Panigrahy and Michaels claim that NDMA can cause immunosuppression, and that this constitutes a non-genotoxic mechanism by which NDMA can cause cancer in patients who have ingested ranitidine products.

303. First, and most importantly, from a clinical perspective, immunosuppression is associated with an increased incidence of cancer almost exclusively in situations in which immunosuppression is pronounced, if not profound (*e.g.*, pharmacologic immunosuppression post-organ transplantation, advanced HIV-AIDS, etc.). However, even profound immunosuppression in patients is only associated with certain types of cancers, and these are not the common epithelial cancers (stomach, pancreas, bladder, and esophageal) that Drs. Panigrahy and Michaels claim are caused by the ingestion of ranitidine products in this litigation. Moreover, the increase in liver cancer that is seen in some profoundly immunosuppressed patients is due to infection with hepatitis B and hepatitis C viruses, which is not the mechanism of action that Drs. Panigrahy and Michaels posit for NDMA in this litigation (*i.e.*, reduced immunosurveillance). Most importantly, immunosuppressed patients frequently

have clinical symptoms, such as opportunistic infections – indeed, that is typically how they are recognized as being immunosuppressed. In this regard, I am aware of no body of scientific or medical evidence whatsoever that patients taking ranitidine products or, for that matter, people exposed to NDMA experience any clinically meaningful level of immunosuppression. Thus, Dr. Panigrahy's claim that ranitidine induces immunosuppression, which in turn induces cancer, lacks any credible scientific or medical foundation.

304. Dr. Panigrahy claims that "ranitidine can induce immunosuppression", in support of which he cites Hahm et al.[200] In actuality, Hahm et al. reports an immunostimulatory effect – not an immunosuppressive effect – of ranitidine in the setting of cancer. Moreover, the effect described for ranitidine was even more pronounced than it was for cimetidine, another H2R antagonist, such that the authors suggestion that H2R antagonists as a class might be beneficial in stimulating the immune system is contrary to the Plaintiffs' central theory of causation. That Dr. Panigrahy would cite this article as supporting a role for ranitidine in immunosuppression, when in fact it suggests the opposite, is a concerning misrepresentation of the data described.

305. A second publication cited by Dr. Panigrahy to support his contention that ranitidine causes immunosuppression in patients, Meghnem et al. 2021,[201] treated subjects with 900 mg per day of ranitidine and showed evidence for modest effects on some immune cell types, but not others. Importantly, there was no suggestion that these study subjects were immunosuppressed in the clinical meaning of this term. Moreover, since this dose is three times higher than that used clinically, generalizations from this study would be tenuous.

306. Both Dr. Panigrahy and Dr. Michaels also claim that NDMA causes immunosuppression and that this "key characteristic" contributes to its ability to cause cancer. I am not aware of any body of scientific or medical evidence that NDMA causes immunosuppression at doses comparable to those to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products. Rather, as in the case of their claims regarding inflammation, Drs. Panigrahy and Michaels rely on studies in experimental animals that used markedly higher doses of NDMA than those sufficient to cause tumors in those animals, and far higher still than the amounts of NDMA to which Plaintiffs in the litigation could conceivably have been exposed.[202-204] For example, in support of their contention that chronic exposure to NDMA induces immunosuppression of cellular and humoral responses in mice, both Drs. Panigrahy and Michaels cite Desjardins et al. (1992).[202] In fact, Desjardins et al. states: "No visible changes in immunological parameters were noted at the 1 ppm NDMA dose."[202], even though this is a dose that is more than sufficient to induce tumors. Rather, Desjardins et al. only reported immunological suppression in mice at 10-20 ppm NDMA in drinking water, which the authors note also resulted in the development of ascites, hepatotoxicity, and dose-related mortality as early as 45 days after initiating treatment. Indeed, Desjardins et al. concluded that NDMA "suppressed humoral and cellular immunity" at "hepatotoxic (ascites-inducing) doses".[193] Dr. Michaels cites additional studies to support his contention that NDMA induces immunosuppression, each of which administered NDMA to mice at doses of 1.5-5.0 mg/kg.[205,206] These doses were highly toxic, resulted in ascites in mice, are 44 to 147-times higher than those required to induce tumor formation in laboratory rats,

and are more than 100,000-times higher than the highest NDMA dose measured by the FDA in any ranitidine product. Thus, the studies that Drs. Panigrahy and Michaels cite in actuality contradict their claim that the carcinogenic effects of NDMA in animals are mediated by the (hypothesized) ability of NDMA to induce immunosuppression, since NDMA-induced immunosuppressive effects only occur at doses that are substantially higher than those that are sufficient to induce tumors in laboratory animals. Thus, as in multiple other instances in their reports, the very publications that Drs. Panigrahy and Michaels cite in support of their claims actually provide evidence against them.

307. In addition, as with the studies cited by Drs. Panigrahy and Michaels regarding NDMA and inflammation, the studies cited by Drs. Panigrahy and Michaels regarding NDMA and immunosuppression were performed at highly toxic doses that do not inform a scientific conclusion about the biological effects of NDMA at the doses claimed in this litigation. Moreover, the fact that these effects can only be shown to occur at doses of NDMA that far exceed those required to induce tumors argues against the claim made by Drs. Panigrahy and Michaels that immunosuppression is a non-genotoxic mechanism by which NDMA can cause cancer. As illustrated with their treatment of inflammation, the opinions of, and methodology employed by, Drs. Panigrahy and Michaels pertaining to immunosuppression are unfounded and unreliable. Furthermore, that Drs. Panigrahy and Michaels would choose to present such evidence, while neglecting to alert the reader to the fact that the doses at which these studies were carried out were so high as to be irrelevant to the doses at question in this litigation, is misleading and inappropriate.

**Oxidative Stress**

308. Dr. Panigrahy claims that ranitidine "can stimulate oxidative stress", and that this is a key characteristic of carcinogens – ostensibly that oxidative stress can contribute to the transformation of a normal epithelial cell to a cancer cell. The single piece of evidence that Dr. Panigrahy cites to support this claim is Nielsen et al. (1990)[207]. In actuality, this publication examined the effects of ranitidine in multiple myeloma patients on the ability of monocytes, a type of white blood cell, to fight infection, since "production of oxygen radicals constitutes the most important mechanism of monocyte killing activity against microorganisms and malignant cells." Thus, the authors' demonstration that ranitidine increased the activity of monocytes (*i.e.*, was immunostimulatory), as evidenced by increased production of superoxide anion by monocytes, led them to conclude that "ranitidine may be of beneficial impact in the treatment of multiple myeloma". Thus, while Dr. Panigrahy cites this publication as supporting his contention that ranitidine increases reactive oxygen species, and thereby contributes to neoplastic transformation, there is no evidence in this publication whatsoever that ranitidine increases oxidative stress in epithelial cells.

309. Both Drs. Panigrahy and Michaels also claim that NDMA induces oxidative stress, and that this "key characteristic" contributes to the ability of NDMA to cause cancer. For example, both Drs. Panigrahy and Michaels cite and Kiziltas et al.,[208] and Dr. Panigrahy additionally cites Ahotupa et al.,[190] as evidence supporting their opinion that NDMA causes oxidative stress. As with their claims regarding effects of NDMA on inflammation and immunosuppression, their

claims regarding oxidative stress inappropriately rely upon effects of NDMA that principally occur at toxic doses of these agents that are far higher than those that cause cancer in animals, and many orders of magnitude higher than levels of NDMA to which Plaintiffs in this litigation could conceivably have been exposed. In fact, each of these studies administered NDMA at doses of approximately 1-10 mg/kg to rats. These doses are on the order of 30-300-times higher than the lowest NDMA daily dose shown to induce liver tumors in rats, and are many thousands of times higher than the highest conceivable doses of NDMA to which Plaintiffs in this litigation could have been exposed. Similarly, both Drs. Panigrahy and Dr. Michaels cites various studies by Ratajczak-Wrona et al.[204,209,210] as evidence that NDMA induces the formation of reactive oxygen species in white blood cells. However, examination of these studies reveals that they employed the in vitro treatment of white blood cells with extraordinarily high concentrations of NDMA (0.74-10 mg/ml), which are concentrations of NDMA so high that could not conceivably be reached in living organisms.[204,209,210] That Dr. Panigrahy and Dr. Michaels rely upon studies that use what are clearly extraordinarily high, toxic doses of NDMA that are tens of thousands of times higher than the exposures at issue in this litigation, is scientifically unfounded and inappropriate.

**Initiation and Promotion**

310. Drs. Panigrahy and Michaels claim that ranitidine both initiates and promotes the formation of cancers. Agents that act as initiators and promoters cause mutations (*i.e.*, are mutagens). Since ranitidine is not a mutagen, it cannot initiate or promote new cancers. Moreover, animal studies clearly demonstrate that ranitidine does not initiate or promote new cancers (*i.e.*, it does not cause cancer). Moreover, since there are no human data linking NDMA exposure to cancer development, all conclusions are, by necessity, based on extrapolations from animal data.

311. Drs. Panigrahy and Michaels also claim that exposure to NDMA in ranitidine products can promote cancer growth. If by “promote cancer growth”, Plaintiffs’ experts mean that NDMA can cause existing cancers to grow/proliferate more rapidly, I am not aware of any body of medical or scientific evidence that exposure to NDMA at levels to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products accelerates the growth of existing cancers. Nor do I find credible evidence to support this claim provided in either Dr. Panigrahy’s or Dr. Michaels’ reports.

312. The expert reports of Drs. Panigrahy and Michaels are characterized by other misrepresentations of evidence, particularly with respect to the inappropriate citation of publications to support statements that are, in actuality, not supported by the publication cited, as well as by the arbitrary and subjective selection of certain pieces of data to highlight, while ignoring the much larger body of data that undercuts, if not invalidates, their conclusions. As a consequence of these and the other shortcomings, the methodologies employed by Drs. Panigrahy and Michaels as experts are arbitrary, subjective and unreliable.

**Microenvironment**

313. Both Dr. Panigrahy and Dr. Michaels claim that ranitidine and NDMA stimulate tumor progression by acting on the tumor microenvironment. Developing tumors cause changes in their microenvironment that are driven by the same mutant oncogenes and tumor suppressor genes that drive the formation of the cancer. That is, developing cancer cells cause changes in their microenvironment that are driven by mutations within cancer cells. While the microenvironment can affect existing cancers, exerting an effect on a cancer that already exists is not the same as saying that the microenvironment causes the cancer to form. The presumptive carcinogenic mechanism of action of NDMA in animals is genotoxicity-induced mutation. These mutations occur in the cells that go on to become tumor cells – not in the stromal cells that compose the microenvironment.

**Additional Responses to the Report of Dr. Dipak Panigrahy**

314. Beyond the issues raised above, there are numerous other arbitrary, subjective, misleading and unreliable aspects of Dr. Panigrahy's report. For example, in July 2021, Dr. Panigrahy submitted a Rule 26 expert report in the valsartan litigation (In Re Valsartan, Losartan, and Irbesartan Products liability litigation, MDL No. 2875) concerning the potential carcinogenic effects of NDMA present in some valsartan medications. Despite the fact that his opinions regarding the biological effects of NDMA are based on the same body of scientific literature and evidence as is at issue in this litigation, Dr. Panigrahy's conclusions have changed. Six months ago, in the valsartan litigation, Dr. Panigrahy concluded that NDMA causes colon cancer, rectal cancer, kidney cancer, lung cancer, prostate cancer, non-Hodgkin's lymphoma, leukemia, and multiple myeloma – in addition to the five cancers claimed in the ranitidine litigation (gastric cancer, esophageal cancer, bladder cancer, pancreas cancer, and liver cancer). In this current litigation, Dr. Panigrahy no longer concludes that NDMA causes colon cancer, rectal cancer, kidney cancer, lung cancer, prostate cancer, non-Hodgkin's lymphoma, leukemia, or multiple myeloma in human beings. That Dr. Panigrahy now appears to have reached different conclusions regarding the carcinogenic effects of NDMA in human beings based on the same body of scientific evidence indicates to me that his methodology is unreliable.

315. Similarly, six months ago in his Rule 26 expert report in the valsartan litigation, Dr. Panigrahy wrote extensively about his conclusion, based on his evaluation of the scientific literature, that NDMA is able to cause cancers in human beings with a remarkably short latency period that is on the order of a few months. Dr. Panigrahy also wrote extensively about his conclusion from the scientific literature that, "dormant" (*i.e.*, non-growing) cancers exist in human beings and that NDMA can "reawaken" those supposedly dormant cancers and cause them to resume growth. Notably, neither of those claims appears in Dr. Panigrahy's expert report in this current litigation. That Dr. Panigrahy again appears to have reached very different conclusions regarding the carcinogenic effects of NDMA, based on the very same body of scientific evidence, provides additional evidence that his methodology is unreliable.

316. It is also notable that the five cancers to which Dr. Panigrahy now restricts his causation conclusions are precisely the same five cancers that Plaintiffs' expert Dr. McTiernan claims are

related to ranitidine based on epidemiological evidence. That is, six months ago, Dr. Panigrahy reached the scientific conclusion that NDMA causes 13 different types of human cancers. However, coincident with Dr. McTiernan's expert report stating that she only finds compelling epidemiological evidence for an association with five human cancers, Dr. Panigrahy now appears to reach a different conclusion than he did just six months earlier. Beyond suggesting, yet again, that Dr. Panigrahy's methodology is unreliable, this shift in Dr. Panigrahy's opinions to conform to those of another Plaintiffs' expert raises the question of whether his expert opinions are, in fact, the product of independent thought.

317. Dr. Panigrahy states in his report here that "Recent exposure to potent carcinogens, like NDMA, is more likely to be a significant factor in cancer causation than historical exposures of other agents[82]". In fact, the opposite would be expected to be true based on our understanding of the mechanisms of action of mutagens and the long latencies for human cancer. For example, for a hypothetical woman exposed to high doses of medical x-rays as an adolescent, and then again as a 50-year old, who is diagnosed with breast cancer at age 52, it is undeniably the case that the x-ray exposure that occurred during adolescence would be considered a more "significant" causal factor than the exposure that occurred at age 50, two years prior to diagnosis, in part because this latency is far too short to be plausibly related. I am therefore at a loss to understand the basis for Dr. Panigrahy's counter-intuitive statement, and I find no evidence provided in his report to support this claim, which is contradicted by fundamental tenets of cancer biology. Moreover, the publication that Dr. Panigrahy cites in support of his claim actually draws the opposite conclusion from that of Dr. Panigrahy – namely, that an "exposure to a chemical carcinogen during a student's summer job may be easily neglected 30 or 40 years later. Yet, the present assessment suggests that a single large exposure may be an important potential risk factor to consider."[211]

318. Contrary to Dr. Panigrahy's interpretation, Peto et al. 1991 did not claim to demonstrate that the dose-response to NDMA remains linear at doses substantially below 1 ppm.[149,150] Indeed, animals dosed with levels of NDMA at 0.033, 0.066, 0.132 and 0.264 ppm in this study did not have an elevated incidence of cancer compared with controls. Rather, Peto et al. assumed that the linear relationship between NDMA dose and cancer incidence observed at high doses would be maintained at lower doses of NDMA that were too low to permit detection of an increase in cancer incidence relative to background cancer levels in control animals. As Peto et al. stated: "This provides us with what is probably a reasonably reliable estimate (despite the practical impossibility of direct confirmation) of the effects of ppb nitrosamine concentrations *on rats* under these experimental circumstances, but it does not provide reliable information as the effects of ppb nitrosamine concentrations in *humans*, and it would be a serious distortion of these experimental results to suggest otherwise."[150]

**"Key" Characteristics of Carcinogens**

319. Dr. Panigrahy argues that NDMA – as well as other agents – can be conclusively demonstrated to be human carcinogens based upon how many "key" characteristics these agents share with known carcinogens. This is an oddly indirect argument that attempts to circumvent a basic truth: an agent can definitively be considered a human carcinogen if, and

only if, it causes cancer in human beings. Similarly, an agent can be considered to be an animal carcinogen in a particular species if, and only if, it can be demonstrated to cause cancer in that particular species of animal. That is the definition of a carcinogen. If an agent cannot be shown to cause cancer, then it cannot be conclusively determined to be a carcinogen. Accordingly, the number of "key characteristics" that NDMA may share with known carcinogens cannot, in principle, provide conclusive evidence that NDMA is a human carcinogen. Moreover, the identification of an agent as an animal carcinogen does not mean that it is a meaningful human carcinogen. Indeed, multiple carcinogens reported to cause tumors in rats and/or mice have not been implicated as likely causes of human cancer[212].

320. The notion advanced by Dr. Panigrahy that the potency of a carcinogen is proportional to the number of "key characteristics" that Dr. Panigrahy opines that it has (*i.e.*, an agent that possesses nine key characteristics is a more potent carcinogen than an agent that possesses four key characteristics) is not a generally accepted approach in the broader scientific community. The potency of a carcinogen is a quantitative measure of how many molecules of that substance are required to cause cancer in a particular experimental system – not the number of "key characteristics" that it may or may not possess. It is also worth noting that most, if not all, of the "key" characteristics of carcinogens that Dr. Panigrahy cites are characteristics that are also possessed by numerous endogenous molecules.

**Epigenetics**

321. Dr. Panigrahy claims that NDMA induces epigenetic alterations, which he equates (inappropriately) with DNA methylation to generate $O^6$-methylguanine and $N^7$-methylguanine residues, and that these "epigenetic" alterations induced by NDMA contribute to its ability to cause cancer. This claim reflects a failure to understand the most basic elements of epigenetics. First, epigenetic regulation is a normal physiological process that typically involves methylation of cytosine residues in DNA to generate 5-methylcytosine residues, which most commonly occurs at CpG dinucleotides. The result of this epigenetic regulation is a heritable alteration in gene expression of the gene at that site in the genome. Second, NDMA does not generate 5-methylcytosine residues; thus, its methylation of DNA does not qualify as an epigenetic regulation. Third, NDMA methylates different DNA bases (not cytosine) to generate $O^6$-methylguanine, $N^7$-methylguanine, and $N^3$-methyladenine. These covalent DNA modifications are not a product of the DNA epigenetic regulatory machinery and such methylated DNA nucleotides are not used by the epigenetic machinery of the cell to regulate gene expression. Fourth, in contrast to the normal physiologic role played by 5-methylcytosine residues in CpG islands in gene expression, methylated bases such as $O^6$-methylguanine constitute covalent adducts that are recognized by the cell as forms of DNA damage that must be repaired prior to DNA replication in order to prevent the occurrence of mutations. Thus, far from constituting epigenetic regulation, the DNA adducts caused by NDMA constitute forms of DNA damage that the cell attempts to repair. Indeed, organisms have evolved a broad array of molecular systems that are capable of repairing precisely these types of DNA damage. For these reasons, the methylation of DNA nucleoside bases by NDMA cannot be viewed as examples of epigenetic regulation.

322. Furthermore, it bears noting that many epigenetic changes that are believed to play a role in cancer are actually mutations in epigenetic regulators. In this way, epigenetic regulators are no different than other oncogenes or tumor suppressor genes in which mutations accumulate in a step-wise manner to result in the development of a cancer cell.

323. That Dr. Panigrahy would propose that the methylated DNA adducts generated by NDMA somehow constitute "epigenetic regulation" is a stunning misunderstanding of both epigenetics and the effects of NDMA.

**Cancer progression**

324. As evidence that ranitidine can cause cancer progression, Dr. Panigrahy states: "Animal studies have shown that H2RAs, including ranitidine, can induce gastric carcinoids, potentially due to secondary hypergastrinemia, which in turn exerts a trophic effect on the gastric ECL cells . . . . These studies support that ranitidine can act as a tumor-promoter." Dr. Michaels also cites this effect observed in some rat studies. In fact, the formation of gastric carcinoids in response to chronic H2R antagonism is a rat-specific mechanism of enterochromaffin hyperplasia that has no clinical relevance, either for carcinoid formation or for cancers of epithelial tissues, as are claimed in this litigation.[45] Carcinoid formation in the rat is simply a physiological response of gastrin-producing cells in the stomach to the suppression of acid production.[213,214] As is well known, H2R antagonists do not cause carcinoids in human beings or, to my knowledge, in other animal models.[45,214] Not only does this not constitute evidence that ranitidine causes cancer progression in human beings, but – even if it were true (it is not) – it would constitute a class effect, and not an effect specific to ranitidine, which would contradict the Plaintiffs' central theory of causation.

325. Contrary to Dr. Panigrahy's claim that "continued exposure to NDMA can cause an existing cancer to grow, metastasize and otherwise interfere with cancer therapy", I am not aware of any body of medical or scientific evidence that exposure of an existing cancer to NDMA at levels to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products alters the metastatic behavior, or response to therapy of existing cancers. Nor do I find evidence to support this claim provided in Dr. Panigrahy's report.

326. Of particular interest, Dr. Panigrahy cites an experiment in which melanoma cells were delivered to the lungs of mice by injection into the bloodstream. The publication that Dr. Panigrahy cites reports that injection of "several H2R antagonists (including ranitidine, tiotidine, famotidine, and cimetidine)" increased the ability of melanoma cells to grow in the lung.[215] Putting aside the fact that melanoma is not an alleged cancer in this litigation, Dr. Panigrahy argues that H2R antagonists as a class promote cancer metastasis. Most importantly, I am aware of no credible body of evidence, either in animal models or in human beings, that H2R antagonists promote cancer metastasis. However, it also bears noting that this proposed class effect of H2R antagonists directly contradicts Plaintiffs biological theory of causation, in which supposed pro-tumorigenic effects of ranitidine are mediated by the formation of NDMA, as such effects would have to be specific for ranitidine, and not shared by other H2R antagonists.

**Cancer Causation**

327. Dr. Panigrahy claims that ranitidine causes gastric cancer, esophageal cancer, bladder cancer, pancreas cancer, and liver cancer in human beings. Beyond the evidence presented throughout my report to contradict this claim, additional evidence indicating the unsupported nature of Dr. Panigrahy's claims are provided below.

328. Dr. Panigrahy's primary source of support for his claim that ranitidine causes cancer in human beings is studies of laboratory animals administered high doses of NDMA. Dr. Panigrahy claims that: "for those chemicals identified as carcinogenic to humans, experiments in animals have shown remarkable target organ concordance, meaning the same cancer types that chemicals cause in animals could occur in humans". It is therefore of interest that Peto (1991)[149,150], which Dr. Panigrahy characterizes as "a landmark publication" failed to find dose-dependent increases in cancer attributable to NDMA for the stomach, esophagus, bladder, or pancreas. In fact, not a single one of the more than ~2,000 rats administered NDMA in Peto's study developed esophageal cancer.[149,150] As noted above, despite Dr. Panigrahy's claim that there is "remarkable target organ concordance" between human and animal chemical carcinogenicity, four of the five cancers that he claims are caused by NDMA in human beings are not caused by NDMA in laboratory animals and, conversely, two of the three cancers that have been shown to be caused by high-level exposure to NDMA in laboratory animals are not claimed by Dr. Panigrahy to be caused by NDMA.

329. As articulated throughout this report, one of the most compelling reasons arguing against Dr. Panigrahy's claim that NDMA derived from ranitidine causes gastric cancer, esophageal cancer, bladder cancer, pancreas cancer, and liver cancer in human beings is that the NDMA exposures claimed in this litigation are orders of magnitude lower than the lowest dose of NDMA that has been shown to cause cancer in laboratory animals. That is, the maximum theoretical cumulative dose of NDMA to which Plaintiffs in this litigation may have been exposed is still far too low to cause cancer, either in laboratory animals or in human beings.

330. In addition to his failure to address dose of exposure, many of the pieces of evidence that Dr. Panigrahy assembles to support his cancer causation claims in individual tissues amount to little more than a list of unrelated, selectively chosen observations that are often times irrelevant and, in no case, demonstrate that ranitidine causes the cancer claimed. For example, two of the main types of evidence that Dr. Panigrahy marshals to support his contention that ranitidine causes cancers of the liver, stomach, esophagus, pancreas and bladder is that these tissues express CYP2E1, the enzyme that is capable of metabolizing NDMA, and that laboratory animals administered high doses of NDMA have been reported to form DNA adducts in some of these tissues. This threshold of proof is far lower than what is required to demonstrate causation, as there are numerous additional requirements that would have to be fulfilled to arrive at this conclusion. Ranitidine administered to animals does not cause cancers of the tissues claimed by Plaintiffs. Nor does oral administration of NDMA itself at doses comparable to those to which Plaintiffs might reasonably have been exposed cause cancer in laboratory animals in the tissues claimed. In fact, NDMA does not cause cancers in

any tissues of any laboratory animals at doses of NDMA comparable to those to which Plaintiffs might reasonably have been exposed as a consequence of ranitidine therapy. Simply demonstrating that tissues of animals express CYP2E1, or can metabolize NDMA when administering to laboratory animals at doses that are many orders of magnitude higher than those to which Plaintiffs might have been exposed as a consequence of ranitidine therapy does not constitute a credible argument for cancer causation in these tissues.

331. As one example of how unreliable Dr. Panigrahy's argument is for cancer causation, as evidence that NDMA causes bladder cancer Dr. Panigrahy cites Chala et al., "Development of urinary bladder pre-neoplasia by Schistosoma haematobium eggs and chemical carcinogen in mice".[216] Schistosoma haematobium (urinary blood fluke), which causes schistosomiasis (or bilharziasis), is a known cause of bladder cancer and has been classified by IARC as a Class 1 carcinogen; that is, IARC considers Schistosoma haematobium to be a known cause of bladder cancer, for which there is greater evidence of carcinogenicity than for NDMA. In the experiment reported by Chala et al., investigators implanted eggs of Schistosoma haematobium into the bladder wall of mice in order to initiate bladder cancer.[216] Mice were then given continuous exposure to NDMA in drinking water for up to 36 weeks at a level that is >10-times the dose known to cause liver cancer in rodents. Despite this, the authors specifically state that no tumors formed in this experiment. In light of the fact that no cancers formed in this experiment, despite the fact that Schistosoma haematobium is considered to be a Class 1 carcinogen by IARC, and despite the administration of high doses of NDMA to mice for up to 36 weeks, I am at a complete loss to understand how Dr. Panigrahy could characterize this experiment as demonstrating that "NDMA acts as a tumor-promoter slowly transforming normal bladder cells into bladder cancer cells". In my opinion, Dr. Panigrahy's characterization is both false and misleading, and further calls into question the reliability of his methodology in assessing cause and effect, as well as the reliability of his characterization of the publications to which he cites.

332. As a second example of the unreliable nature of Dr. Panigrahy's argument for cancer causation, in discussing his claim that ranitidine can cause pancreatic cancer Dr. Panigrahy states that "ranitidine can cause gastric carcinoid in a patient" and "there are also reports of duodenal carcinoid tumors in patients administered long term treatment with ranitidine". Putting aside the fact that no association has ever been demonstrated for ranitidine and carcinoid tumors in human beings, and putting aside the fact that Dr. Panigrahy is referring to something so rare as to be the subject of case reports in the literature, I can see no reliable foundation for why Dr. Panigrahy considers the coincidental occurrence of carcinoid tumors in patients taking ranitidine to be relevant to pancreas cancer. Pancreas cancer is an epithelial tumor of the pancreas. The carcinoid tumors to which Dr. Panigrahy refers are neuroendocrine tumors of the stomach and duodenum. There is simply no meaningful biological relationship between these entities. While Dr. Panigrahy states that "these gastrointestinal cancers relate to pancreatic cancer via similar biomechanism of action of ranitidine via the key characteristic of carcinogens", this would appear to be just another way of stating that if ranitidine causes carcinoids in human beings (it does not), then it must be able to cause any other type of cancer in human beings. Even putting aside the fact that ranitidine does not cause carcinoids in

human beings, and putting aside that the mechanism that Dr. Panigrahy postulates (elevated gastrin secondary to suppression of gastric acidity) would not be specific for ranitidine (as would be required of Plaintiffs' biochemical theory of causation), an association between ranitidine and carcinoid formation cannot provide evidence that ranitidine causes pancreas cancer or any of the other types of epithelial cancers (e.g., stomach, liver, esophagus, and bladder) claimed by Dr. Panigrahy, since these types of cancer are not caused by elevated levels of circulating gastrin.

333. As a third example of the unreliable nature of Dr. Panigrahy's argument for cancer causation, in further attempting to support his claim that ranitidine causes pancreas cancer, Dr. Panigrahy states that "ranitidine exposure was associated with an increased risk of hospitalization for acute pancreatitis, as were alcohol abuse and gallstones", the relevance of which he claims is that "pancreatitis is a risk factor for pancreatic cancer". I am aware of no body of data supporting Dr. Panigrahy's apparent claim that ranitidine causes pancreas cancer by causing pancreatitis. Indeed, the very publication that Dr. Panigrahy cites, states that: (a) although an association between ranitidine and pancreas cancer risk was observed, "no definitive exposure-response relationships between these medicines and cancer risk were observed"; (b) "a recent study of over 65 million American adults reported that users of ranitidine have a lower risk of pancreatic cancer than users of famotidine ($OR_{adj}$ 0.63, 95%CI (0.61, 0.65)"; and (c) "there is little evidence that commonly-prescribed medicines associated with inflammation of the pancreas are also associated with pancreatic cancer".[68] Once again, Dr. Panigrahy misrepresents the very publications that he cites, and the very publication that he cites argues against his contention.

334. As a fourth example of the unreliable nature of Dr. Panigrahy's argument for cancer causation, he claims that NDMA from ranitidine causes esophageal cancer. Given Dr. Panigrahy's claim that "for those chemicals identified as carcinogenic to humans, experiments in animals have shown remarkable target organ concordance", as well as his characterization of Peto et al. as "a landmark publication in the field of carcinogenesis"[149,150]. It is notable that Dr. Panigrahy does not mention, much less address, the fact that not a single esophageal cancer was identified in the ~2,000 rats given NDMA in the Peto study.[149,150] Rather, the evidence that Dr. Panigrahy cites in support of his claim is focused almost exclusively on reports that human esophageal tissue in vitro is capable of metabolizing NDMA to generate similar DNA adducts as observed in laboratory animals. As Dr. Panigrahy states, "these NDMA-induced adducts and the metabolic pathways leading to them are similar to those found in experimental animals who developed NDMA-induced cancer[375]. Thus we can extrapolate the results of NDMA causing cancer in animals directly to humans[375]. . . . Thus, it makes biological sense that the esophagus would have an increased risk of cancer development after ingestion of NDMA." First, a claim that something makes "biological sense" is not a valid scientific argument. Second, for the reasons articulated throughout this report, the ability of a tissue to metabolize an agent cannot be equated with the demonstration that that agent causes cancers in that tissue. This example, and many others like them, further highlight the unreliability of Dr. Panigrahy's methodology. Indeed, it is difficult to imagine a lower threshold for evidence.

**Additional Responses to the Report of Dr. Paul Michaels**

335. It bears noting that there are several statements made by Dr. Michaels in his report with which I agree. These include: (a) "Hrudey and others have also demonstrated that the majority of exposure to NDMA arises secondary to endogenous processes, with estimates of 900 micrograms per day"; (b) "in the case of red meat, it has been shown that increased dietary intake results in a markedly increased fecal NOC [*N*-Nitrosamines]"; (c) "in general, structural and functional integrity can be restored to damaged DNA by various DNA repair processes"; and (d) "humans appear to have higher basal levels of MGMT than the rat". Each of these statements by Dr. Michaels supports the Defense experts' position in this litigation and argues against the theory of causation proposed by Plaintiffs' experts, including by Dr. Michaels himself.

336. These statements notwithstanding, Dr. Michaels' report suffers from many of the same fatal flaws as Dr. Panigrahy's, as are described in detail above. These include the contention that there is no safe level of exposure to NDMA, the claim that even one molecule of NDMA can cause cancer, the failure to adequately consider dose of exposure, existence of efficient DNA repair mechanisms, endogenous production of NDMA, lack of concordance between biological effects of ranitidine and those of NDMA, and lack of biological effects that are unique to ranitidine compared to other H2 receptor antagonists, disregard for the opinions of regulatory agencies that he considers to be authoritative, reliance upon occupational inhalation studies in preference to studies of oral exposure to ranitidine, reliance upon dietary studies of NDMA exposure in preference to studies of oral exposure to ranitidine, reliance upon animal studies of NDMA that were conducted using highly toxic doses thousands to millions of times higher than those at issue in this litigation, the subjective and arbitrary selection of data, and unreliable nature of his methodology.

337. In referring to the work of Florian et al., which demonstrated that no appreciable NDMA is formed in vivo in human beings following consumption of ranitidine, Dr. Michaels observes: "The median NDMA level in the urine in patients within the placebo arm was reported a 10.5 ng (noncured meat diet) vs. 23.4 ng (cured meat diet), an increase by a factor of 2 in patients consuming food sources known to be high in nitrates and nitrosamines. In contrast, however, within the ranitidine portion of the study, the median NDMA level in the 24-hour urine sample showed a striking difference between the noncured meat and cured meat diet populations (0.6 ng vs. 11.9 ng, respectively), amounting to a near 20-fold increase in those patients consuming a cured meat diet while taking ranitidine over those on a noncured meat diet." First, contrary to Dr. Michaels' implication, there was not a statistically significant difference between the median NDMA levels in the 24-hour urine samples between the noncured meat and cured meat diet populations within the groups taking ranitidine, meaning that Dr. Michaels cannot reliably characterize this as "a striking difference". Second, had this observation been significant, Dr. Michaels reached the wrong conclusion. The median NDMA levels in the 24-hour urine samples for the four arms of the trial were: 0.6 ng (ranitidine, non-cured meat diet), 10.5 ng (placebo, non-cured meat diet), 11.9 ng (ranitidine, cured meat diet), and 23.4 ng (placebo, cured meat diet). Thus, even if one were to put aside the fact that the difference between 0.6 ng

(ranitidine, non-cured meat diet) and 11.9 ng (ranitidine, cured meat diet) was not statistically significant, given that 24-hour urine NDMA levels were ~17.5-fold lower (0.6 ng vs. 10.5 ng) for non-cured meat diet subjects taking ranitidine compared to those taking placebo, and were also 2-fold lower for cured meat diet subject taking ranitidine compared to those taking placebo, the obvious explanation (using Dr. Michaels' own logic) would be that ranitidine *lowers* NDMA production in subjects, when on a non-cured meats diet or a cured meats diet. That Dr. Michaels does not reach this conclusion and, instead, focuses on (a non-statistically significant) comparison within the same arm of a trial, and without reference to the control arm, is contrary to basic elements of both clinical study design and statistical significance.

338. Dr. Michaels criticizes the findings of the Florian study because the starting level of NDMA in the medication was less than 10.5 ng, which Dr. Michaels states "does not reflect real world conditions". The point of the Florian study was to determine whether ranitidine is converted to NDMA in vivo following ingestion.[1] The starting level of NDMA in the medication is therefore not relevant for this purpose. If anything, it would in fact be preferable that there be relatively low levels of NDMA in the medication administered to subjects to increase the likelihood that any NDMA detected in the urine of subjects arose through in vivo conversion of ranitidine (which is the question being tested in this clinical study), rather than being present in the original medication.

339. A second limitation of the Florian study alleged by Dr. Michaels is that "ranitidine was taken by the volunteers in the morning after an overnight fast, though under normal clinical circumstances patients are directed based on package labeling to take their H2-antagonist/blocker with their evening meal or prior to bedtime. It is reasonable to expect that the fasting eliminated the effect of a nitrite rich meal on nitrosation and NDMA formation after ingestion of ranitidine." In fact, contrary to Dr. Michaels assertion, the study authors state: "after consuming the same diet on the pretreatment day as the treatment day, participants received ranitidine or placebo at 0 hours (after overnight fast) on treatment days (days 1, 3, 5, and 7) and then began eating breakfast 1 minute afterward. This was done because the formation of NDMA is dependent on having nitrite and acidic conditions.[13] Because gastric acidity is highest in the fasting state and then decreases after eating,[13] this sequence was selected to maximize the 2 factors." That is, the study authors chose the conditions that prior experimentation indicated would generate the highest levels of NDMA, which is contrary to Dr. Michaels' suggestion.

340. Like the Florian study, Dr. Michaels also criticizes the study by Gao et al.[43], which demonstrated that NDMA does not form from ranitidine under simulated gastric conditions containing physiological amounts of nitrite. Citing an editorial by White and Hernandez, Dr. Michaels states: "As others have also noted,[417] within this study by Gao and colleagues, there were documented large differences in NDMA production between 50 mL vs 250 mL of 5000 micromol/L sodium nitrite which indicated that the overall amount, rather than the concentration, of nitrite in contact with ranitidine is the driver of total NDMA production. This is of vital importance because the stomach of an obese individual has been shown to potentially hold approximately 2 L of volume,[418] . . . Thus, ranitidine use with a large acidic and

nitrite-rich meal would be expected to drive appreciable NDMA production that was not accounted for in this study by Gao and colleagues." As noted by Drs. White and Hernandez, "the report by Gao et al includes references to 27 studies to substantiate that nitrite concentrations in a physiologic stomach environment would be unlikely to exceed 100 micromol/L" and, in fact, are very likely closer to 25 micromol/L nitrite.[217] Dr. Michaels failed to consider that it is untenable to imagine that a very low pH and a very high nitrite level could be maintained along with a meal that was 2 liters in volume, given the inescapable effects of dilution by such a meal. Putting this aside, however, since 50 mL of 5,000 micromol/L nitrite (250 micromoles of nitrite) failed to generate any detectable amount of NDMA from ranitidine above background,[43] and since 250 mL of 1,000 micromol/L nitrite (250 micromoles of nitrite) failed to generate any detectable amount of NDMA from ranitidine above background,[43] then even 2,000 mL of 100 micromol/L nitrite would also be anticipated *not* to generate any appreciable amount of NDMA from ranitidine, given that this amount of total nitrite is only 200 micromoles. Moreover, given that physiologic stomach levels of nitrite are closer to 25 micromol/L,[43] the total amount of nitrite present in this unlikely scenario would only be 50 micromoles, which would also be anticipated to *not* generate any appreciable amount of NDMA from ranitidine. Thus, given Dr. Michaels' claim that it is "the overall amount, rather than the concentration, of nitrite in contact with ranitidine [that] is the driver of total NDMA production", it follows logically that even a 2 L meal would not alter the conclusion that NDMA is not formed from ranitidine under simulated gastric conditions in the presence of nitrite.

341. Dr. Michaels claims that: "It has been shown in prior research looking at endogenous synthesis of N-nitroso compounds (NOC), that this process which occurs in the setting of exposure to ranitidine, markedly outweighs the amount of NDMA and NOC that is consumed from food as part of a normal diet.[257]" Incredibly, as support for this statement, Dr. Michaels cites a paper on the formation of NDMA from ranitidine during wastewater treatment with ozone.[218] Beyond the fact that it widely accepted that NDMA levels in drinking water are, at most, a minor contributor to total daily dietary intake of NDMA, it would seem clear that wastewater treatment methods that employ ozone, and their impact on the degradation of ranitidine in wastewater, have nothing whatsoever to do with "endogenous synthesis of N-nitroso compounds".

342. As support for his contention that ranitidine causes bladder cancer, Dr. Michaels cites a study that instilled not NDMA, but the carcinogen N-methyl-N-nitrosourea, directly into the bladder.[219] How Dr. Michaels arrives at the conclusion that direct installation into the bladder of a different chemical compound constitutes credible evidence that NDMA (much less, ranitidine) taken orally can cause bladder cancer is difficult to comprehend.

343. Dr. Michaels claims that H2 receptor antagonists as a class have pro-tumorigenic effects that result from antagonism of "potent anti-tumorigenic properties" of histamine. This statement is not supported by a credible or consistent body of evidence. To be sure, Dr. Michaels' claim that histamine has "potent anti-tumorigenic properties" is ironic given that histamine is considered to be an extremely potent pro-inflammatory mediator and that Dr. Michaels' claims that inflammation is pro-tumorigenic (which would predict that histamine

would be pro-tumorigenic). Thus, his claims are internally inconsistent. More importantly, Dr. Michaels' monolithic statement that "the vast majority of report have demonstrated that histamine itself exerts potent anti-tumorigenic properties" grossly mischaracterizes current scientific thinking about the roles of histamine in cancer biology and immunology. Indeed, the very reference that Dr. Michaels cites to support his contention that H2 receptor antagonists promote cancer by antagonizing anti-tumorigenic effects of histamine states that "both pro-tumor and anti-tumor effects of histamine receptors have been described depending on the cancer type and other important factors"[220]. This complexity and uncertainty regarding the roles of histamine in cancer biology and immunology is widely recognized, contradicting Dr. Michaels' simplistic claim[221]. In fact, recent studies suggest the opposite of Dr. Michaels' contention by providing evidence that histamine promotes cancer progression, and that anti-histamines improve the efficacy of cancer immunotherapy.[222] Furthermore, there are four different receptors for histamine, each of which has a wide variety of effects on the immune system, and only one of which is blocked by H2 receptor antagonists (as their name implies); thus, it would be scientifically incorrect to equate H2 receptor antagonism with inhibition of the effects of histamine. Indeed, Dr. Michaels himself acknowledges and cites multiple publications in his report that describe anti-tumorigenic effects of ranitidine and H2 receptor blockade. Finally, and perhaps most importantly, Dr. Michaels' claims regarding histamine and the effects of H2R antagonists contradict Plaintiffs' central theory of causation that the carcinogenic mechanism of action of ranitidine is unique to the chemical structure of ranitidine, since each of the effects that he claims would be shared by all H2 receptor antagonists.

344. I am also surprised by Dr. Michaels' claim regarding the enzyme DDAH: "Valisure elaborated on a previously elucidated enzymatic mechanism[226] involving the enzyme, dimethylarginine dimethylaminohydrolase ("DDAH"), that would lead to the liberation of ranitidine's DMA group, a process that can occur in other tissues and organs separate from the stomach, expanding the geographic anatomic landscape affected by ranitidine and its degradation products.[227]" Dr. Michaels adds: "The company's computational modelling suggested that this process involving an enzyme known to be expressed across many human tissue types within the gastrointestinal tract, genitourinary tract, respiratory tract, central nervous system, and others[263] could also act on the ranitidine chemical structure to produce DMA, providing yet another clear mechanism for in vivo NDMA formation from ranitidine throughout several sites within the body." I am concerned by Dr. Michaels' reliance on what is, at best, a non-peer-reviewed hypothesis put forward by a company (the same company that dramatically mismeasured the NDMA content of ranitidine products), where the hypothesis itself is not based upon experimental evidence, but rather "computational modeling". Putting aside the fact that the results of Florian et al.,[1] as well as the results of essentially all animal carcinogenicity studies of ranitidine, extinguish the probability that this hypothetical mechanism is actually operative in any meaningful way, it is unclear how this hypothesis based on undisclosed and unvalidated computational modeling could possibly be construed by Dr. Michaels as "providing yet another clear mechanism for in vivo NDMA formation from ranitidine throughout several sites within the body"? In my opinion, this speaks to an extraordinarily low bar for accepting "evidence" as well as a methodology that is unreliable.

**Focused Response to the Report of Dr. Anne McTiernan, PhD**

345. Dr. McTiernan states that she has "experience and expertise to consider evidence presented by experts in [the] fields" of "pathology, oncology, physiology, molecular biology, and toxicology".

346. In choosing not to consider the results of laboratory animal experiments regarding the carcinogenicity of NDMA, Dr. McTiernan states that "the animal experiments do not mirror the experience of humans from ingesting carcinogens". Specifically, Dr. McTiernan states that "It has been argued that the dose of NDMA conferred on humans (estimated from the FDA measure of amount of NDMA per ranitidine pill) is much lower than the doses in animal carcinogenicity studies.(Yoon et al. 2021) However, in animal experiments, the animals receive carcinogen in large doses, and are followed for relatively small lengths of time, at which they are sacrificed and examined to determine numbers of tumors. If they are dosed with 'chronic' carcinogens, they are still sacrificed at a prespecified timepoint and their remains are searched for tumors. The animals, therefore, do not live out a lifespan until their tumors cause symptoms as would happen with humans."

347. This comment appears to ignore the central animal study in this field, specifically that of Peto et al.[149,150] Peto et al. is generally considered to be the most extensive study for addressing the carcinogenic effects of NDMA in laboratory animals.[149,150] In this lifetime exposure experiment, 15 groups of 60 male and 60 female Coloworth-Wistar rats were administered increasing concentrations of NDMA in drinking water ranging from 0.033-16.9 ppm, corresponding to daily intake estimates of approximately 0.001 – 0.697 mg/kg/d for males and 0.002-1.224 mg/kg/d for females. 120 males and 120 females served as controls. While groups of animals were sacrificed at 12 months and 18 months, the remainder of animals were followed until death. Indeed, even Plaintiffs' expert Dr. Panigrahy recognized this fact: "Rats were followed until natural death occurred, which was in some cases more than 3.5 years." Thus, Dr. McTiernan's claim that "animals, therefore, do not live out a lifespan until their tumors cause symptoms as would happen with humans", is factually incorrect.

348. In addition, Dr. McTiernan writes that: "In humans, the NDMA content in ranitidine could be lower per kg per day, but the dose is chronic with daily dosing over years to decades. In other words, the animal experiments do not mirror the experience of humans from ingesting carcinogens." Notwithstanding the fact that lifetime carcinogenicity studies of high-level ranitidine exposures in rats and mice were negative, which Dr. McTiernan does comment upon, the comparison of animal to human exposures is based upon cumulative exposures measured on a mg/kg basis. First, this is in accordance with Haber's law, whereby total cumulative exposure is a more meaningful measure of risk than daily exposure. Second, given that mice and rats live for only two to three years, the carcinogenicity studies conducted by Peto et al. for NDMA in rats, as well as those conducted by GSK for ranitidine in mice and rats, entailed the administration of NDMA or ranitidine for most of the lifespan of these animals. Consequently, in animals as in humans, chronic daily dosing of NDMA and/or ranitidine occurs during an analogous and directly comparable periods of time. That Dr. McTiernan fails to consider this renders her opinion here unreliable.

349. If, on the other hand, Dr. McTiernan is proposing that laboratory animal studies do not provide reliable information on carcinogenicity because such studies do not involve "daily dosing over years to decades", then this would speak to a fundamental lack of understanding of cancer biology, toxicology, molecular biology, and animal models.

**Focused Response to the Report of Dr. Jennifer Le, Pharm.D.**

350. In her report, referring to the gastric simulation studies of Braunstein et al.[181] and Gao et al.,[43] that were performed, in part, to determine the impact of nitrite concentration on NDMA formation from ranitidine, Dr. Le writes: "Gao et al tested lower and more confined nitrite concentrations ranging from 1 mmol/L to 100 mmol/L (or 100 to 10,000 mol/L), as compared with Braunstein which was 100 times higher. While this was the major difference between these studies, the clinical implication from both studies is similar and clear." It is wholly unclear how Dr. Le arrives at this conclusion, for the reasons articulated below.

351. Braunstein et al. tested nitrite concentrations that are 40-fold to 2,000-fold higher than the 25 micromole/L nitrite concentrations in gastric fluid that are generally considered to be physiologic,[43] and yet concluded that "ranitidine may be a significant source of NDMA under a range of physiologically relevant conditions".[181]

352. In response to the study of Braunstein et al., Gao et al. cited 27 studies indicating that the nitrite concentrations tested by Braunstein et al. were 40-fold to 2,000-fold higher than what is generally considered to be physiologic. [43] Gao et al. went on to perform studies demonstrating that no NDMA was formed from ranitidine in the presence of 100 micromole/L nitrite (the upper limit of the physiologic range), or even in the presence of 1,000 micromole/L or 5,000 micromole/L supraphysiologic levels of nitrite.[43] Gao et al. concluded that "these findings suggest that ranitidine is not converted to NDMA in gastric fluid at physiological conditions."[43]

353. In light of the fact that the results of Gao et al. are diametrically opposed to those of Braunstein et al., I am at a loss to understand Dr. Le's characterization of these studies as "the clinical implication from both studies is similar and clear."

354. I am also extremely concerned by the fact that Dr. Le chooses to cite Zeng and Mitch[172] as having demonstrated that "NDMA, along with its other metabolites, were formed and accumulated in the urine after oral intake of ranitidine." As Dr. Le acknowledges, Zeng and Mitch requested the retraction of their publication[180] due to their determination that the high levels of NDMA that they had reported to have detected in urine were actually due to an analytical artifact.[172,180] Thus, Zeng et al. concluded that their assay approach had yielded unreliable NDMA measurements.[180] In light of the fact that the authors of this publication did not believe that their results were reliable – so much so that they requested retraction of the publication – I am stunned that Dr. Le would nevertheless consider this to be reliable enough evidence to cite as support for her contention that "NDMA, along with its other metabolites, were formed and accumulated in the urine after oral intake of ranitidine." In my opinion, this speaks to a failure to critically examine evidence in a scientific manner, and the application of an unreliable methodology.

355. Equally concerning is Dr. Le's treatment of data from Florian et al.[1] As noted previously, Florian et al. concluded from their clinical trial that "these findings do not support that ranitidine is converted to NDMA in a general, healthy population." Despite the authors' own conclusions, Dr. Le writes:

> *"The primary outcome was powered at 90% to detect a difference in the 24-hour urinary excretion of NDMA. While the results indicated the lack of statistically significant difference between ranitidine and placebo in the primary outcome with noncured-meat or cured-meat diets,* ***the maximum NDMA concentration in the plasma was nearly twice as higher in the ranitidine than placebo groups*** *(Table). With similar diets in the ranitidine and placebo groups, this finding suggests that compared with urine,* ***more NDMA is retained in the body after oral ranitidine administration*** *where NDMA has the potential to exert its toxic effect. While this was not statistically significant, the pharmacological activity of NDMA originates from the plasma or blood, not urine, concentration as explained previously on TDM." (bold font by Dr. Le)*

356. In my opinion, Dr. Le's interpretation of Florian et al. is extraordinarily difficult to comprehend, both for ignoring the principal finding of the study, and for choosing instead to speculate based upon differences in data that show no statistically significant effect, and that were not interpreted as such by the authors of the study. First, Dr. Le ignores the fact that the primary outcome of this study was the demonstration that oral ranitidine administration did not result in a detectable increase in NDMA excretion in the urine, either in the presence or absence of a diet high in nitrite. These findings directly contradicted the study of Zeng and Mitch[172] that Zeng and Mitch retracted as unreliable[180], but that Dr. Le chooses to cite as providing reliable evidence. Second, Dr. Le chooses to interpret NDMA concentrations in plasma that were not significantly different between ranitidine and placebo groups as somehow providing evidence for her theory that "more NDMA is retained in the body after oral ranitidine administration". Again, I find it wholly unreliable that Dr. Le would, first, interpret a non-significant, non-finding of an exploratory outcome of a clinical trial that the authors of the trial did not comment on and, second, cite this non-significant, non-finding as evidence supporting a novel theory not raised or tested by the study authors that oral ranitidine administration results in the retention of NDMA in the body. In my opinion, this treatment of evidence speaks to a deeply flawed understanding of experimental science, and the application of an unreliable methodology.

**Focused Response to the Report of Dr. Andrew Salmon, D.Phil.**

357. First, I note that there are some statements made by Dr. Salmon in his report with which I agree. These include: (a) "Human evidence of carcinogenicity for NDMA is more difficult to evaluate. . . . Under these conditions it is frequently difficult to obtain reliable quantitative information on exposure to NDMA. It is also hard to identify and quantitate potentially confounding exposures to other carcinogenic agents. Several epidemiological studies identified cancer in occupational situations where exposure to NDMA occurred, but these have generally been to complex mixtures where a number of other potentially carcinogenic compounds were also present. Because of this, earlier risk assessors such as US EPA, IARC and OEHHA concluded

that the human evidence for carcinogenicity available to them at that time was inadequate.", and (b) "any one individual's susceptibility to getting cancer is largely unknowable."

358. These statements notwithstanding, I disagree with Dr. Salmon's statement that: "Although it is seldom possible to directly determine cancer risk from exposures as low as those commonly seen in environmental exposures, for the great majority of carcinogens the data which are available support the low dose linearity predicted in the multistage model. This is also supported by mechanistic studies such as those determining the dose-response for formation of DNA adducts [when an actual chemical residue becomes attached to the structure of DNA which causes DNA damage and lead to abnormal replication]. This description of low dose linearity is applied for nearly all carcinogens, except for a very few where an exclusively epigenetic mode of action has been demonstrated."

359. Given the ability of DNA repair systems to prevent mutations following exposure to DNA damaging agents (*e.g.*, genotoxic agents) such as NDMA, DNA repair is a critical determinant of dose-response effects for mutations induced by alkylating agents. That is, DNA adducts resulting from low-level exposures to agents like NDMA can be effectively and completely repaired, thereby preventing the generation of mutations. In contrast, DNA adducts resulting from high-level NDMA exposures may lead to cell death (in which case mutations are not generated), or to mutations in those cells that replicated DNA containing unrepaired $O^6$-methylguanine adducts. Consequently, thresholds are observed for mutagenicity related to nitrosamine exposures such as NDMA, whereby DNA repair results in a non-linear dose-response for both mutagenesis and carcinogenesis for NDMA[129,130] and other mutagenic agents.[122,131-140] Accordingly, DNA damage resulting from exposure to NDMA at levels that can be completely repaired will not result in the generation of mutations, thereby giving rise to a "threshold" below which NDMA exposure will not give rise to mutations. A second important consequence of DNA repair is that DNA damage resulting from levels of NDMA exposure above such a threshold will result in fewer mutations than would be predicted by linear low-dose extrapolation.

360. As discussed at length in my report, fundamentally, linear low-dose extrapolation in the context of NDMA is based on the assumption that there is no threshold dose below which exposure to NDMA does not result in an increased risk of cancer. Put another way, this risk estimation approach assumes that exposure to one molecule of NDMA is sufficient to increase cancer risk. Indeed, Plaintiffs' experts have proposed that there can be no "safe" level of exposure to genotoxic agents that can induce DNA damage that has the potential to result in mutations.

361. The proposition that there is no threshold for the carcinogenic effect of genotoxic agents and, therefore, no "safe" level is scientifically incorrect and – as discussed throughout this report – is contradicted by basic tenets of biology, as well as abundant scientific evidence demonstrating thresholds for the carcinogenic and mutagenic effects of agents like NDMA that result from the existence of error-free DNA repair systems.[122,129-136]

362. However, beyond these scientific reasons rooted in cell biology, even straightforward risk calculations related to the probability of developing cancer in response to a carcinogenic exposure, which rely upon linear-low dose extrapolation, clearly demonstrate that the proposition that even a single molecule of a carcinogen may cause cancer, and therefore cannot be considered safe, defies common sense. These calculations are provided in my report.

These are my opinions concerning this matter, and I have a sufficient factual basis and good grounds for my conclusions. They are given to a reasonable degree of scientific and medical certainty, and are based on my training and experience and review of the materials included on my list of Materials Considered, appended hereto as Attachment 1. I reserve the right to modify this report as additional information is provided to me, including but not limited to additional medical records and the depositions of Plaintiff's experts which are ongoing.

I may use at trial any exhibits as a summary or in support of all of my opinions including: (1) any of the materials, or excerpts identified in this report and attachments, including the materials considered list; (2) excerpts from scientific articles or learned treatises; (3) demonstrative models; (4) exhibits used by Plaintiffs' experts, or other witnesses; (5) any exhibit used in or identified at any deposition taken in this litigation. If further data becomes available, I will review it and consider whether to modify any portion of these opinions.

Lewis A. Chodosh, MD, PhD
Perelman Professor, Chairman of the Department of Cancer Biology
Perelman School of Medicine, University of Pennsylvania

March 7, 2022

**References Cited**


1. Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA.* 2021;326(3):240-249.
2. Hanahan D, Weinberg RA. The hallmarks of cancer. *Cell.* 2000;100(1):57-70.
3. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. *Cell.* 2011;144(5):646-674.
4. Vogelstein B, Kinzler KW. Cancer genes and the pathways they control. *Nat Med.* 2004;10(8):789-799.
5. Weinberg RA. *The Biology of Cancer.* 2nd ed: Garland Science; 2014.
6. Nadler DL, Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology.* 2014;2014:1-8.
7. Vogelstein B, Kinzler KW. The multistep nature of cancer. *Trends Genet.* 1993;9(4):138-141.
8. Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA, Jr., Kinzler KW. Cancer genome landscapes. *Science.* 2013;339(6127):1546-1558.
9. Friberg S, Mattson S. On the growth rates of human malignant tumors: implications for medical decision making. *Journal of surgical oncology.* 1997;65(4):284-297.
10. Sender R, Fuchs S, Milo R. Revised Estimates for the Number of Human and Bacteria Cells in the Body. *PLoS Biol.* 2016;14(8):e1002533.
11. Kandoth C, McLellan MD, Vandin F, et al. Mutational landscape and significance across 12 major cancer types. *Nature.* 2013;502(7471):333-339.
12. Hmeljak J, Sanchez-Vega F, Hoadley KA, et al. Integrative Molecular Characterization of Malignant Pleural Mesothelioma. *Cancer Discov.* 2018;8(12):1548-1565.
13. Cancer Genome Atlas Research Network. The Molecular Taxonomy of Primary Prostate Cancer. *Cell.* 2015;163(4):1011-1025.
14. Cancer Genome Atlas Research Network. Electronic address aadhe, Cancer Genome Atlas Research N. Integrated Genomic Characterization of Pancreatic Ductal Adenocarcinoma. *Cancer Cell.* 2017;32(2):185-203 e113.
15. Liu J, Lichtenberg T, Hoadley KA, et al. An Integrated TCGA Pan-Cancer Clinical Data Resource to Drive High-Quality Survival Outcome Analytics. *Cell.* 2018;173(2):400-416 e411.
16. GlaxoSmithKline. Product monograph: Zantac. 2015.
17. U08-3113-01. Ranitidine hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks) (A&H 88/801075). 1981.

18. U08-3112-01. Ranitidine hydrochloride: 114 week oral tumorigenicity study in mice (CAR 010). 1981.

19. U08-3111-01. Ranitidine hydrochloride: 2 year oral tumorigenicity study in mice (CAr 009). 1981.

20. Burlinson B, Morriss S, Gatehouse D, Tweats D. WPT-90-079: An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. *GSKZNDA0000205885.* 1990.

21. Kumar S, Chinnusamy V, Mohapatra T. Epigenetics of Modified DNA Bases: 5-Methylcytosine and Beyond. *Front Genet.* 2018;9:640.

22. Boice JD, Jr. Radiation and breast carcinogenesis. *Med Pediatr Oncol.* 2001;36(5):508-513.

23. Land CE. Studies of cancer and radiation dose among atomic bomb survivors. The example of breast cancer. *JAMA.* 1995;274(5):402-407.

24. Land CE, Tokunaga M, Koyama K, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1990. *Radiat Res.* 2003;160(6):707-717.

25. Tokunaga M, Land C, Tkuoka S, Nishimori I, Soda M, Akiba S. Incidence of female breast cancer among atomic bomb survivors, 1950-1985. *Radiation Research.* 1994;138:209-223.

26. Tokunaga M, Land CE, Yamamoto T, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1980. *Radiat Res.* 1987;112(2):243-272.

27. Grobner SN, Worst BC, Weischenfeldt J, et al. The landscape of genomic alterations across childhood cancers. *Nature.* 2018;555(7696):321-327.

28. Sweet-Cordero EA, Biegel JA. The genomic landscape of pediatric cancers: Implications for diagnosis and treatment. *Science.* 2019;363(6432):1170-1175.

29. Lindahl T. Instability and decay of the primary structure of DNA. *Nature.* 1993;362(6422):709-715.

30. Authority EFS. Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. *EFSA J.* 2014;12:3350.

31. Garaycoechea JI, Crossan GP, Langevin F, et al. Alcohol and endogenous aldehydes damage chromosomes and mutate stem cells. *Nature.* 2018;553(7687):171-177.

32. TCEQ. Ethylene oxide carcinogenic dose-response assessment. May, 2020.

33. Kirman CR, Hays SM. Derivation of endogenous equivalent values to support risk assessment and risk management decisions for an endogenous carcinogen: Ethylene oxide. *Regul Toxicol Pharmacol.* 2017;91:165-172.

34. Kirman CR, Li AA, Sheehan PJ, Bus JS, Lewis RC, Hays SM. Ethylene oxide review: characterization of total exposure via endogenous and exogenous pathways and their

implications to risk assessment and risk management. *J Toxicol Environ Health B Crit Rev.* 2021;24(1):1-29.

35. Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol.* 1975;31(3):325-351.

36. Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett.* 1995;93(1):17-48.

37. Siddiqi M, Tricker AR, Preussmann R. Formation of N-nitroso compounds under simulated gastric conditions from Kashmir foodstuffs. *Cancer Lett.* 1988;39(3):259-265.

38. Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. *Toxicol Sci.* 2010;116(1):323-335.

39. Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science.* 2017;355(6331):1330-1334.

40. Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science.* 2015;347(6217):78-81.

41. Preston DL, Mattsson A, Holmberg E, Shore R, Hildreth NG, Boice JD, Jr. Radiation effects on breast cancer risk: a pooled analysis of eight cohorts. *Radiat Res.* 2002;158(2):220-235.

42. Tomasetti C, Vogelstein B. Cancer risk: role of environment-response. *Science.* 2015;347(6223):729-731.

43. Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. *JAMA Netw Open.* 2021;4(6):e2118253.

44. Delow G, Gatehouse D. WPT-83-056: In vivo cytogenetic evaluation of AH 19065 (ranitidine) assays. *GSKZSN0000292401.* 1983.

45. Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. The safety of ranitidine in over a decade of use. *Aliment Pharmacol Ther.* 1997;11(1):129-137.

46. McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. *BMC Med.* 2021;19(1):22.

47. Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf.* 2000;9(2):149-155.

48. Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol.* 2021;116(8):1612-1619.

49. Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med.* 2021;10(1).

50. Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology.* 2021;160(5):1856-1859 e1855.

51. Norgaard M, Andersen IT, Heide-Jorgensen U, et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev.* 2022;31(1):45-50.

52. Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(1):67-72.

53. Liu P, McMenamin UC, Johnston BT, et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer.* 2020;123(2):307-315.

54. Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. *Eur J Clin Pharmacol.* 2020;76(10):1437-1456.

55. Babic A, Zhang X, Morales-Oyarvide V, et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. *Br J Cancer.* 2020;123(5):844-851.

56. Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(4):1012-1015.

57. Farrow DC, Vaughan TL, Sweeney C, et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. *Cancer Causes Control.* 2000;11(3):231-238.

58. Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology.* 1996;7(4):434-436.

59. La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. *Lancet.* 1990;336(8711):355-357.

60. La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition.* 1992;8(3):177-181.

61. La Vecchia C, Tavani A. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. *Eur J Cancer Prev.* 2002;11(2):117-123.

62. Tran KT, McMenamin UC, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther.* 2018;48(1):55-64.

63. Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Dig Dis Sci.* 2021.

64. Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf.* 2021;44(3):361-371.

65. Adami HO, Andersen IT, Heide-Jorgensen U, Chang E, Norgaard M, Sorensen HT. Ranitidine use and risk of upper gastrointestinal cancers. *Cancer Epidemiol Biomarkers Prev.* 2021;30:2302-2308.

66. Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel).* 2021;9(8).

67. Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther.* 2021;54(5):606-615.

68. McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol.* 2021;71(Pt A):101880.

69. Laoveeravat P, Thavaraputta S, Vutthikraivit W, et al. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. *QJM.* 2020;113(2):100-107.

70. Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. *World J Gastroenterol.* 2013;19(16):2560-2568.

71. ATSDR. Toxicological profile for N-nitrosodimethylamine. 1989.

72. Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-NITROSODIMETHYLAMINE. In: World Health Organization; 2002.

73. EPA. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2014 (EPA 505-F -14-005).

74. Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document N-Nitrosodimethylamine (NDMA). In: Minister of Health; 2011.

75. Mitch WA, Sedlak DL. Formation of N-nitrosodimethylamine (NDMA) from dimethylamine during chlorination. *Environ Sci Technol.* 2002;36(4):588-595.

76. Amin S, Desai D, Hecht SS, Hoffmann D. Synthesis of tobacco-specific N-nitrosamines and their metabolites and results of related bioassays. *Crit Rev Toxicol.* 1996;26(2):139-147.

77. Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

78. Pool-Zobel BL, Klein RG, Liegibel UM, Kuchenmeister F, Weber S, Schmezer P. Systemic genotoxic effects of tobacco-related nitrosamines following oral and inhalational administration to Sprague-Dawley rats. *Clin Investig.* 1992;70(3-4):299-306.

79. Kataoka H, Kurisu M, Shindoh S. Determination of volatile N-nitrosamines in combustion smoke samples. *Bull Environ Contam Toxicol.* 1997;59(4):570-576.

80. Mahanama KRRD, Joan M. Volatile N -Nitrosamines in Environmental Tobacco Smoke: Sampling, Analysis, Emission Factors, and Indoor Air Exposures. *Environmental science & technology.* 1996;30:1477-1484.

81. Adams JD, O'Mara-Adams KJ, Hoffmann D. Toxic and carcinogenic agents in undiluted mainstream smoke and sidestream smoke of different types of cigarettes. *Carcinogenesis.* 1987;8(5):729-731.

82. Massey R, Dennis MJ, Pointer M, Key PE. An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer. *Food Addit Contam.* 1990;7(5):605-615.

83. Park JE, Seo JE, Lee JY, Kwon H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res.* 2015;31(3):279-288.

84. Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. *Ann Intern Med.* 2020;172(5):354-355.

85. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal.* 2009;22(Suppl 1):S42-S47.

86. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal.* 2013;33(12):2179-2208.

87. Tricker AR, Pfundstein B, Theobald E, Preussmann R, Spiegelhalder B. Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990. *Food Chem Toxicol.* 1991;29(11):729-732.

88. Biaudet H, Mavelle T, Debry G. Mean daily intake of N-nitrosodimethylamine from foods and beverages in France in 1987-1992. *Food Chem Toxicol.* 1994;32(5):417-421.

89. Dich J, Jarvinen R, Knekt P, Penttila PL. Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey. *Food Addit Contam.* 1996;13(5):541-552.

90. Jaksyzn P, Ibanez R, Pera G, et al. Food Content of Potential Carcinogens. *Barcelona: Catalan Institute of Oncology,.* 2004.

91. Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E, Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. In: *Sustainability Science and Engineering.* Vol 2.2010.

92. Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. *Journal of Water and Health.* 2007;5(3):341-355.

93. Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis.* 2019;40(2):254-262.

94. FDA. FDA statement on new testing results, including low levels of impurities in ranitidine drugs. 2019.

95. Sen NP, Baddoo PA. Trends in the levels of residual nitrite in Canadian cured meat products over the past 25 years. *Journal of Agricultural and Food chemistry,.* 1997;45:4714-4718.

96. Adamson RH, Chabner BA. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist.* 2020;25(6):460-462.

97. Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. *Eur J Cancer Prev.* 1997;6(3):226-268.

98. Tricker AR, Mostafa MH, Spiegelhalder B, Preussmann R. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis.* 1989;10(3):547-552.

99. Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis.* 2006;27(7):1497-1501.

100. Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect.* 1998;106(8):459-463.

101. Holtrop G, Johnstone AM, Fyfe C, Gratz SW. Diet composition is associated with endogenous formation of N-nitroso compounds in obese men. *J Nutr.* 2012;142(9):1652-1658.

102. Hord NG, Tang Y, Bryan NS. Food sources of nitrates and nitrites: the physiologic context for potential health benefits. *Am J Clin Nutr.* 2009;90(1):1-10.

103. van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. *Cancer Detect Prev.* 1998;22(3):204-212.

104. Hughes R, Cross AJ, Pollock JR, Bingham S. Dose-dependent effect of dietary meat on endogenous colonic N-nitrosation. *Carcinogenesis.* 2001;22(1):199-202.

105. Bingham SA, Hughes R, Cross AJ. Effect of white versus red meat on endogenous N-nitrosation in the human colon and further evidence of a dose response. *J Nutr.* 2002;132(11 Suppl):3522S-3525S.

106. Jakszyn P, Gonzalez CA, Lujan-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev.* 2011;20(3):555-559.

107. Lewin MH, Bailey N, Bandaletova T, et al. Red meat enhances the colonic formation of the DNA adduct O6-carboxymethyl guanine: implications for colorectal cancer risk. *Cancer Res.* 2006;66(3):1859-1865.

108. Cross AJ, Pollock JR, Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat. *Cancer Res.* 2003;63(10):2358-2360.

109. Bryan NS, Rassaf T, Maloney RE, et al. Cellular targets and mechanisms of nitros(yl)ation: an insight into their nature and kinetics in vivo. *Proc Natl Acad Sci U S A.* 2004;101(12):4308-4313.

110. Ohshima H, Bandaletova TY, Brouet I, et al. Increased nitrosamine and nitrate biosynthesis mediated by nitric oxide synthase induced in hamsters infected with liver fluke (Opisthorchis viverrini). *Carcinogenesis.* 1994;15(2):271-275.

111. Suksawat M, Techasen A, Namwat N, et al. Upregulation of endothelial nitric oxide synthase (eNOS) and its upstream regulators in Opisthorchis viverrini associated cholangiocarcinoma and its clinical significance. *Parasitol Int.* 2017;66(4):486-493.

112. Kyrtopoulos SA. DNA adducts in humans after exposure to methylating agents. *Mutat Res.* 1998;405(2):135-143.

113. Swenberg JA, Lu K, Moeller BC, et al. Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. *Toxicol Sci.* 2011;120 Suppl 1:S130-145.

114. Georgiadis P, Samoli E, Kaila S, Katsouyanni K, Kyrtopoulos SA. Ubiquitous presence of O6-methylguanine in human peripheral and cord blood DNA. *Cancer Epidemiol Biomarkers Prev.* 2000;9(3):299-305.

115. Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. *Oncology.* 1980;37(4):232-235.

116. Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ.* 1982(41):443-449.

117. Jakszyn P, Gonzalez CA. Nitrosamine and related food intake and gastric and oesophageal cancer risk: a systematic review of the epidemiological evidence. *World J Gastroenterol.* 2006;12(27):4296-4303.

118. ATSDR AfTSaDR. Tox/FAQ n-nitrosodimethylamine CAS #62-75-9. In:1999.

119. Pegg AE. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ.* 1980(27):3-22.

120. Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer.* 1996;66(1):130-134.

121. Arimoto-Kobayashi S, Kaji K, Sweetman GM, Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. *Carcinogenesis.* 1997;18(12):2429-2433.

122. Fahrer J, Frisch J, Nagel G, et al. DNA repair by MGMT, but not AAG, causes a threshold in alkylation-induced colorectal carcinogenesis. *Carcinogenesis.* 2015;36(10):1235-1244.

123. Fahrer J, Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. *Carcinogenesis.* 2013;34(11):2435-2442.

124. Povey AC, Badawi AF, Cooper DP, et al. DNA alkylation and repair in the large bowel: animal and human studies. *J Nutr.* 2002;132(11 Suppl):3518S-3521S.

125. Souliotis VL, van Delft JH, Steenwinkel MJ, Baan RA, Kyrtopoulos SA. DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis.* 1998;19(5):731-739.

126. Souliotis VL, Chhabra S, Anderson LM, Kyrtopoulos SA. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis.* 1995;16(10):2381-2387.

127. Povey AC. DNA adducts: endogenous and induced. *Toxicol Pathol.* 2000;28(3):405-414.

128. Pegg AE. Formation and subsequent repair of alkylation lesions in tissues of rodents treated with nitrosamines. *Arch Toxicol Suppl.* 1980;3:55-68.

129. Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T, Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan.* 1979;70(4):549-558.

130. Johnson GE, Dobo K, Gollapudi B, et al. Permitted daily exposure limits for noteworthy N-nitrosamines. *Environ Mol Mutagen.* 2021;62(5):293-305.

131. Gocke E, Muller L. In vivo studies in the mouse to define a threshold for the genotoxicity of EMS and ENU. *Mutat Res.* 2009;678(2):101-107.

132. Guerard M, Baum M, Bitsch A, et al. Assessment of mechanisms driving non-linear dose-response relationships in genotoxicity testing. *Mutat Res Rev Mutat Res.* 2015;763:181-201.

133. Kirsch-Volders M, Aardema M, Elhajouji A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res.* 2000;464(1):3-11.

134. Kobets T, Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. *Chem Biol Interact.* 2019;301:88-111.

135. Nohmi T, Matsumoto K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen.* 2020;61(1):193-199.

136. Thomas AD, Jenkins GJ, Kaina B, et al. Influence of DNA repair on nonlinear dose-responses for mutation. *Toxicol Sci.* 2013;132(1):87-95.

137. Verna L, Whysner J, Williams GM. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther.* 1996;71(1-2):57-81.

138. Waddell WJ. Comparisons of thresholds for carcinogenicity on linear and logarithmic dosage scales. *Hum Exp Toxicol.* 2005;24(6):325-332.

139. Waddell WJ, Fukushima S, Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. *Arch Toxicol.* 2006;80(6):305-309.

140. White PA, Long AS, Johnson GE. Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities. *Environ Mol Mutagen.* 2020;61(1):66-83.

141. Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. *Mutat Res.* 1998;419(1-3):131-135.

142. Gollapudi BB, Johnson GE, Hernandez LG, et al. Quantitative approaches for assessing dose-response relationships in genetic toxicology studies. *Environ Mol Mutagen.* 2013;54(1):8-18.

143. Magee PN, Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer.* 1956;10(1):114-122.

144. Magee PN, Barnes JM. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol.* 1962;84:19-31.

145. IARC IAfRoC. Evaluation of the Carcinogenic risk of chemical to humans. 1978;17.

146. Aiub CA, Gadermaier G, Silva IO, et al. N-nitrosodiethylamine genotoxicity evaluation: a cytochrome P450 induction study in rat hepatocytes. *Genet Mol Res.* 2011;10(4):2340-2348.

147. Arcos JC, Argus MF, Mathison JB. Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. *Experientia.* 1969;25(3):296-298.

148. Thorgeirsson UP, Dalgard DW, Reeves J, Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol.* 1994;19(2):130-151.

149. Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res.* 1991;51(23 Pt 2):6452-6469.

150. Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res.* 1991;51(23 Pt 2):6415-6451.

151. EPA. N-Nitrosodimethylamine. 2000.

152. Hidajat M, McElvenny DM, Ritchie P, et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med.* 2019;76(4):250-258.

153. Straif K, Weiland SK, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med.* 2000;57(3):180-187.

154. Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr.* 2011;93(5):1053-1061.

155. Albanes D. Vitamin supplements and cancer prevention: where do randomized controlled trials stand? *J Natl Cancer Inst.* 2009;101(1):2-4.

156. Bolland MJ, Grey A, Reid IR. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655-656.

157. Chang YJ, Myung SK, Chung ST, et al. Effects of vitamin treatment or supplements with purported antioxidant properties on skin cancer prevention: a meta-analysis of randomized controlled trials. *Dermatology.* 2011;223(1):36-44.

158. Dror Y, Stern F. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

159. Fortmann SP, Burda BU, Senger CA, Lin JS, Whitlock EP. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer: An updated systematic evidence review for the U.S. Preventive Services Task Force. *Ann Intern Med.* 2013;159(12):824-834.

160. Hemila H. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655.

161. Moyer VA, Force USPST. Vitamin, mineral, and multivitamin supplements for the primary prevention of cardiovascular disease and cancer: U.S. Preventive services Task Force recommendation statement. *Ann Intern Med.* 2014;160(8):558-564.

162. Myung SK, Yang HJ. Efficacy of Vitamin and Antioxidant Supplements in Prevention of Esophageal Cancer: Meta-analysis of Randomized Controlled Trials. *J Cancer Prev.* 2013;18(2):135-143.

163. Padayatty SJ, Levine M. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

164. EPA. Guidelines for carcinogenic risk assessment. 1986.

165. NTP. Report on carcinogens, Fourteen edition. In: DHHS DoHaHS, ed2016.

166. ACGIH. *TLVs and BEIs.* 2019.

167. IARC. IARC Monographs on the Identification of Carcinogenic Hazards to Humans. *IARC Monographs Preamble.* 2019.

168. EMA. Nitrosamine impurities in human medicinal products. Article 5(3) of Regulation EC (No) 726/2004. 2004.

169. EMA. Lessons Learnt from Presence of N-nitrosamine Impurities in Sartan Medicines. 2020.

170. Health Canada. Health Canada updates Canadians on estimates of health risks for recalled valsartan drugs containing NDMA. In:2018.

171. Valisure. Valisure citizen petition on ranitidine. 2019.

172. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2016;37(6):625-634.

173. FDA. FDA statement alerting patients and health care professionals of NDMA found in samples of ranitidine. 2019.

174. FDA. Laboratory analysis of ranitidine and nizatidine products. 2019.

175. Emery Pharma. Emery Pharma citizen petition. 2020.

176. FDA. FDA requests removal of all ranitidine products (Zantac) from the market. 2020.

177. EMA. Ranitidine referral under Article 31 of Directive 2001/83/EC. 2020.

178. EMA. EMA confirms recommendation to suspend all ranitidine medicines in the EU. 2020.

179. Abe Y, Yamamoto E, Yoshida H, et al. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. *Chem Pharm Bull (Tokyo).* 2020;68(10):1008-1012.

180. Zeng T, Mitch WA. Retraction to: Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2021;42(7):1008.

181. Braunstein LZ, Kantor ED, O'Connell K, et al. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open.* 2021;4(1):e2034766.

182. FDA. Laboratory analysis of valsartan products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products. 2021.

183. Preussmann R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds: some general aspects. *Oncology.* 1980;37(4):243-250.

184. Siegel JA, Pennington CW, Sacks B, Welsh JS. The Birth of the Illegitimate Linear No-Threshold Model: An Invalid Paradigm for Estimating Risk Following Low-dose Radiation Exposure. *Am J Clin Oncol.* 2018;41(2):173-177.

185. FDA. Control of Nitrosamine Impurities in Human Drugs. 2020.

186. Hrudey SE, Krewski D. Is there a safe level of exposure to a carcinogen? *Environ Sci Technol.* 1995;29(8):370A-375A.

187. IARC. *Arsenic, metals, fibres, and dusts.* 2012.

188. Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med.* 1965;58:295-300.

189. Deng X, Luyendyk JP, Ganey PE, Roth RA. Inflammatory stress and idiosyncratic hepatotoxicity: hints from animal models. *Pharmacol Rev.* 2009;61(3):262-282.

190. Ahotupa M, Bussacchini-Griot V, Bereziat JC, Camus AM, Bartsch H. Rapid oxidative stress induced by N-nitrosamines. *Biochem Biophys Res Commun.* 1987;146(3):1047-1054.

191. Boonjaraspinyo S, Boonmars T, Aromdee C, Kaewsamut B. Effect of fingerroot on reducing inflammatory cells in hamster infected with Opisthorchis viverrini and N-nitrosodimethylamine administration. *Parasitol Res.* 2010;106(6):1485-1489.

192. Boonjaraspinyo S, Boonmars T, Aromdee C, Puapairoj A, Wu Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. *Parasitol Res.* 2011;108(1):7-14.

193. George J, Rao KR, Stern R, Chandrakasan G. Dimethylnitrosamine-induced liver injury in rats: the early deposition of collagen. *Toxicology.* 2001;156(2-3):129-138.

194. Gooden MJ, de Bock GH, Leffers N, Daemen T, Nijman HW. The prognostic influence of tumour-infiltrating lymphocytes in cancer: a systematic review with meta-analysis. *Br J Cancer.* 2011;105(1):93-103.

195. Idos GE, Kwok J, Bonthala N, Kysh L, Gruber SB, Qu C. The Prognostic Implications of Tumor Infiltrating Lymphocytes in Colorectal Cancer: A Systematic Review and Meta-Analysis. *Sci Rep.* 2020;10(1):3360.

196. Lundgren C, Bendahl PO, Ekholm M, et al. Tumour-infiltrating lymphocytes as a prognostic and tamoxifen predictive marker in premenopausal breast cancer: data from a randomised trial with long-term follow-up. *Breast Cancer Res.* 2020;22(1):140.

197. Aggarwal BB, Shishodia S, Sandur SK, Pandey MK, Sethi G. Inflammation and cancer: how hot is the link? *Biochem Pharmacol.* 2006;72(11):1605-1621.

198. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? *Lancet.* 2001;357(9255):539-545.

199. Coussens LM, Werb Z. Inflammation and cancer. *Nature.* 2002;420(6917):860-867.

200. Hahm KB, Lee SI, Chung JP, Kim WH, Kim JH, Park IS. Comparison of immunomodulative effects of histamine-2 receptor antagonists in gastric cancer patients: focus on the lymphoblastogenesis and cytotoxicity of peripheral blood mononuclear cells. *Int J Immunopharmacol.* 1994;16(12):985-993.

201. Meghnem D, Oldford SA, Haidl ID, Barrett L, Marshall JS. Histamine receptor 2 blockade selectively impacts B and T cells in healthy subjects. *Sci Rep.* 2021;11(1):9405.

202. Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. *J Toxicol Environ Health.* 1992;37(3):351-361.

203. Jeong HG, Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. *Cancer Lett.* 1998;134(1):73-79.

204. Ratajczak-Wrona W, Jablonska E, Garley M, et al. PI3K-Akt/PKB signaling pathway in neutrophils and mononuclear cells exposed to N-nitrosodimethylamine. *J Immunotoxicol.* 2014;11(3):231-237.

205. Holsapple MP, Tucker AN, McNerney PJ, White KL, Jr. Effects of N-nitrosodimethylamine on humoral immunity. *J Pharmacol Exp Ther.* 1984;229(2):493-500.

206. Thomas P, Fugmann R, Aranyi C, Barbera P, Gibbons R, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicol Appl Pharmacol.* 1985;77(2):219-229.

207. Nielsen HJ, Nielsen H, Moesgaard F, et al. The effect of ranitidine on cellular immunity in patients with multiple myeloma. *Cancer Immunol Immunother.* 1990;32(3):201-205.

208. Kiziltas H, Ekin S, Bayramoglu M, et al. Antioxidant properties of Ferulago angulata and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. *Pharm Biol.* 2017;55(1):888-897.

209. Ratajczak-Wrona W, Jablonska E, Jablonski J, Marcinczyk M. Induction of expression of iNOS by N-nitrosodimethylamine (NDMA) in human leukocytes. *Immunopharmacol Immunotoxicol.* 2009;31(4):661-668.

210. Ratajczak-Wrona W, Jablonska E, Garley M, Jablonski J, Radziwon P. Role of ERK1/2 kinase in the expression of iNOS by NDMA in human neutrophils. *Indian J Exp Biol.* 2013;51(1):73-80.

211. Calabrese EJ, Blain RB. The Single Exposure Carcinogen Database: assessing the circumstances under which a single exposure to a carcinogen can cause cancer. *Toxicol Sci.* 1999;50(2):169-185.

212. NTP. National Toxicology Program organ sites with neoplasia. https://cebs.niehs.nih.gov/organsites/search. 2021.

213. Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. *Digestion.* 1990;45(4):189-195.

214. Waldum HL, Sordal OF, Mjones PG. The Enterochromaffin-like [ECL] Cell-Central in Gastric Physiology and Pathology. *Int J Mol Sci.* 2019;20(10).

215. Hellstrand K, Asea A, Hermodsson S. Role of histamine in natural killer cell-mediated resistance against tumor cells. *J Immunol.* 1990;145(12):4365-4370.

216. Chala B, Choi MH, Moon KC, Kim HS, Kwak C, Hong ST. Development of Urinary Bladder Pre-Neoplasia by Schistosoma haematobium Eggs and Chemical Carcinogen in Mice. *Korean J Parasitol.* 2017;55(1):21-29.

217. White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. *JAMA.* 2021;326(3):225-227.

218. Lv J, Wang L, Li Y. Characterization of N-nitrosodimethylamine formation from the ozonation of ranitidine. *J Environ Sci (China).* 2017;58:116-126.

219. Irving CC, Cox R, Murphy WM. Influence of dose of N-methyl-N-nitrosourea on the induction of urinary bladder cancer in rats. *Cancer Lett.* 1979;8(1):3-7.

220. Sarasola MP, Taquez Delgado MA, Nicoud MB, Medina VA. Histamine in cancer immunology and immunotherapy. Current status and new perspectives. *Pharmacol Res Perspect.* 2021;9(5):e00778.

221. Nguyen PL, Cho J. Pathophysiological Roles of Histamine Receptors in Cancer Progression: Implications and Perspectives as Potential Molecular Targets. *Biomolecules.* 2021;11(8).

222. Chen S, Luster AD. Antihistamines for cancer immunotherapy: More than just treating allergies. *Cancer Cell.* 2022;40(1):9-11.

Contains Confidential Information – Subject to Protective Order

# ATTACHMENT 1

**Lewis A. Chodosh, M.D., Ph.D: List of Materials Considered**


(1) Abe Y, Yamamoto E, Yoshida H, et al. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. *Chem Pharm Bull (Tokyo).* 2020;68(10):1008-1012.

(2) ACGIH. *TLVs and BEIs.* 2019.

(3) Adami HO, Andersen IT, Heide-Jorgensen U, Chang E, Norgaard M, Sorensen HT. Ranitidine use and risk of upper gastrointestinal cancers. *Cancer Epidemiol Biomarkers Prev.* 2021;30:2302-2308.

(4) Adams JD, O'Mara-Adams KJ, Hoffmann D. Toxic and carcinogenic agents in undiluted mainstream smoke and sidestream smoke of different types of cigarettes. *Carcinogenesis.* 1987;8(5):729-731.

(5) Adamson RH, Chabner BA. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist.* 2020;25(6):460-462.

(6) Aggarwal BB, Shishodia S, Sandur SK, Pandey MK, Sethi G. Inflammation and cancer: how hot is the link? *Biochem Pharmacol.* 2006;72(11):1605-1621.

(7) Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. *World J Gastroenterol.* 2013;19(16):2560-2568.

(8) Ahotupa M, Bussacchini-Griot V, Bereziat JC, Camus AM, Bartsch H. Rapid oxidative stress induced by N-nitrosamines. *Biochem Biophys Res Commun.* 1987;146(3):1047-1054.

(9) Aiub CA, Gadermaier G, Silva IO, et al. N-nitrosodiethylamine genotoxicity evaluation: a cytochrome P450 induction study in rat hepatocytes. *Genet Mol Res.* 2011;10(4):2340-2348.

(10) Albanes D. Vitamin supplements and cancer prevention: where do randomized controlled trials stand? *J Natl Cancer Inst.* 2009;101(1):2-4.

(11) Amin S, Desai D, Hecht SS, Hoffmann D. Synthesis of tobacco-specific N-nitrosamines and their metabolites and results of related bioassays. *Crit Rev Toxicol.* 1996;26(2):139-147.

(12) Anderson LM, Harrington GW, Pylypiw HM, Jr., Hagiwara A, Magee PN. Tissue levels and biological effects of N-nitrosodimethylamine in mice during chronic low or high dose exposure with or without ethanol. *Drug Metab Dispos*. 1986;14(6):733-739.

(13) Anderson LM, Koseniauskas R, Burak ES, et al. Suppression of in vivo clearance of N-nitrosodimethylamine in mice by cotreatment with ethanol. *Drug Metab Dispos*. 1994;22(1):43-49.

(14) Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer.* 1996;66(1):130-134.

(15) Anderson LM. Increased numbers of N-nitrosodimethylamine-initiated lung tumors in mice by chronic co-administration of ethanol. *Carcinogenesis*. 1988;9(9):1717-1719.

(16) Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T, Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan.* 1979;70(4):549-558.

(17) Arcos JC, Argus MF, Mathison JB. Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. *Experientia.* 1969;25(3):296-298.

(18) Arimoto-Kobayashi S, Kaji K, Sweetman GM, Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. *Carcinogenesis.* 1997;18(12):2429-2433.

(19) ATSDR. Tox/FAQ n-nitrosodimethylamine CAS #62-75-9. In:1999.

(20) ATSDR. Toxicological profile for N-nitrosodimethylamine. 1989.

(21) Babic A, Zhang X, Morales-Oyarvide V, et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. *Br J Cancer.* 2020;123(5):844-851.

(22) Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? *Lancet.* 2001;357(9255):539-545.

(23) Bartsch H, Montesano R. Relevance of nitrosamines to human cancer. *Carcinogenesis*. 1984;5(11):1381-1393.

(24) Biaudet H, Mavelle T, Debry G. Mean daily intake of N-nitrosodimethylamine from foods and beverages in France in 1987-1992. *Food Chem Toxicol.* 1994;32(5):417-421.

(25) Bingham SA, Hughes R, Cross AJ. Effect of white versus red meat on endogenous N-nitrosation in the human colon and further evidence of a dose response. *J Nutr.* 2002;132(11 Suppl):3522S-3525S.

(26) Bingham SA, Pignatelli B, Pollock JR, et al. Does increased endogenous formation of N-nitroso compounds in the human colon explain the association between red meat and colon cancer? *Carcinogenesis*. 1996;17(3):515-523.

(27) Bogovski P, Bogovski S. Animal Species in which N-nitroso compounds induce cancer. *Int J Cancer*. 1981;27(4):471-474.

(28) Boice JD, Jr. Radiation and breast carcinogenesis. *Med Pediatr Oncol.* 2001;36(5):508-513.

(29) Bolland MJ, Grey A, Reid IR. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655-656.

(30) Boonjaraspinyo S, Boonmars T, Aromdee C, Kaewsamut B. Effect of fingerroot on reducing inflammatory cells in hamster infected with Opisthorchis viverrini and N-nitrosodimethylamine administration. *Parasitol Res.* 2010;106(6):1485-1489.

(31) Boonjaraspinyo S, Boonmars T, Aromdee C, Puapairoj A, Wu Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. *Parasitol Res.* 2011;108(1):7-14.

(32) Bossa R, Benvenuti C, Cantoni V, Galatulas I. H2 antagonists and therapy of rodent tumours. *Cancer Lett*. 1983;20(2):231-234.

(33) Brambilla G, Cavanna M, Faggin P, et al. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis*. 1983;4(10):1281-1285.

(34) Braunstein LZ, Kantor ED, O'Connell K, et al. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open.* 2021;4(1):e2034766.

(35) Brimblecombe R. Cimetidine, nitrosation, and carcinogenicity. *Lancet*. 1981;2(8248):686-687.

(36) Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. *Lancet*. 1981;2(8255):1119.

(37) Bryan NS, Rassaf T, Maloney RE, et al. Cellular targets and mechanisms of nitros(yl)ation: an insight into their nature and kinetics in vivo. *Proc Natl Acad Sci U S A.* 2004;101(12):4308-4313.

(38) Burlinson B, Morriss S, Gatehouse D, Tweats D. WPT-90-079: An evaluation of the potential genotoxiity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. *GSKZNDA0000205885.* 1990.

(39) Calabrese EJ, Blain RB. The Single Exposure Carcinogen Database: assessing the circumstances under which a single exposure to a carcinogen can cause cancer. *Toxicol Sci.* 1999;50(2):169-185.

(40) Camus AM, Geneste O, Honkakoski P, et al. High variability of nitrosamine metabolism among individuals: role of cytochromes P450 2A6 and 2E1 in the dealkylation of N-nitrosodimethylamine and N-nitrosodiethylamine in mice and humans. *Mol Carcinog*. 1993;7(4):268-275.

(41) Cancer Genome Atlas Research Network. The Molecular Taxonomy of Primary Prostate Cancer. *Cell.* 2015;163(4):1011-1025.

(42) Cancer Genome Atlas Research Network. Electronic address aadhe, Cancer Genome Atlas Research N. Integrated Genomic Characterization of Pancreatic Ductal Adenocarcinoma. *Cancer Cell.* 2017;32(2):185-203 e113.

(43) Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol.* 2021;116(8):1612-1619.

(44) Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. *J Chromatogr*. 1981;225(1):161-168.

(45) Chala B, Choi MH, Moon KC, Kim HS, Kwak C, Hong ST. Development of Urinary Bladder Pre-Neoplasia by Schistosoma haematobium Eggs and Chemical Carcinogen in Mice. *Korean J Parasitol.* 2017;55(1):21-29.

(46) Chang YJ, Myung SK, Chung ST, et al. Effects of vitamin treatment or supplements with purported antioxidant properties on skin cancer prevention: a meta-analysis of randomized controlled trials. *Dermatology.* 2011;223(1):36-44.

(47) Chavez-Galan L, Olleros ML, Vesin D, Garcia I. Much More than M1 and M2 Macrophages, There are also CD169(+) and TCR(+) Macrophages. *Front Immunol*. 2015;6:263.

(48) Chen S, Luster AD. Antihistamines for cancer immunotherapy: More than just treating allergies. *Cancer Cell*. 2022;40(1):9-11.

(49) Cheng G, Wang M, Upadhyaya P, Villalta PW, Hecht SS. Formation of formaldehyde adducts in the reactions of DNA and deoxyribonucleosides with alpha-acetates of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL), and N-nitrosodimethylamine (NDMA). *Chem Res Toxicol*. 2008;21(3):746-751.

(50) Chin W, Lee VM, Archer MC. Evidence that the hepatotoxicity of N-nitrosodimethylamine in the rat is unrelated to DNA methylation. *Chem Res Toxicol*. 1993;6(3):372-375.

(51) Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. *Pharmacoepidemiol Drug Saf*. 2009;18(7):540-544.

(52) Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(4):1012-1015.

(53) Coussens LM, Werb Z. Inflammation and cancer. *Nature.* 2002;420(6917):860-867.

(54) Cross AJ, Pollock JR, Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat. *Cancer Res.* 2003;63(10):2358-2360.

(55) Dacha S, Razvi M, Massaad J, Cai Q, Wehbi M. Hypergastrinemia. *Gastroenterol Rep (Oxf)*. 2015;3(3):201-208.

(56) Dai WD, Lee V, Chin W, Cooper DP, Archer MC, O'Connor PJ. DNA methylation in specific cells of rat liver by N-nitrosodimethylamine and N-nitrosomethylbenzylamine. *Carcinogenesis*. 1991;12(7):1325-1329.

(57) Dangtakot R, Intuyod K, Chamgramol Y, et al. CagA(+) Helicobacter pylori infection and N-nitrosodimethylamine administration induce cholangiocarcinoma development in hamsters. *Helicobacter*. 2021:e12817.

(58) De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genotoxicity of nitrosated ranitidine. *Carcinogenesis*. 1983;4(3):255-260.

(59) De Flora S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. *Lancet*. 1981;2(8253):993-994.

(60) De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. *Cancer Epidemiol Biomarkers Prev*. 1996;5(9):679-682.

(61) Delow G, Gatehouse D. WPT-83-056: In vivo cytogenetic evaluation of AH 19065 (ranitidine) assays. *GSKZSN0000292401.* 1983.

(62) Deng X, Luyendyk JP, Ganey PE, Roth RA. Inflammatory stress and idiosyncratic hepatotoxicity: hints from animal models. *Pharmacol Rev.* 2009;61(3):262-282.

(63) Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. *J Toxicol Environ Health.* 1992;37(3):351-361.

(64) Dich J, Jarvinen R, Knekt P, Penttila PL. Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey. *Food Addit Contam.* 1996;13(5):541-552.

(65) Driver HE, White IN, Steven FS, Butler WH. A possible mechanism for the dose-response relationship observed for renal mesenchymal tumours induced in the rat by a single dose of N-nitrosodimethylamine. *IARC Sci Publ*. 1987(84):253-255.

(66) Dror Y, Stern F. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

(67) Dunn SR, Simenhoff ML, Lele PS, Goyal S, Pensabene JW, Fiddler W. N-nitrosodimethylamine blood levels in patients with chronic renal failure: modulation of levels by ethanol and ascorbic acid. *J Natl Cancer Inst*. 1990;82(9):783-787.

(68) Elespuru RK, Saavedra JE, Kovatch RM, Lijinsky W. Examination of alpha-carbonyl derivatives of nitrosodimethylamine and ethylnitrosomethylamine as putative proximate carcinogens. *Carcinogenesis*. 1993;14(6):1189-1193.

(69) EMA. Lessons Learnt from Presence of N-nitrosamine Impurities in Sartan Medicines. 2020.

(70) EMA. EMA confirms recommendation to suspend all ranitidine medicines in the EU. 2020.

(71) EMA. Nitrosamine impurities in human medicinal products. Article 5(3) of Regulation EC (No) 726/2004. 2004.

(72) EMA. Ranitidine referral under Article 31 of Directive 2001/83/EC. 2020.

(73) EMA. Suspension of ranitidine medicines in the EU. April 20, 2020

(74) Emery Pharma. Emery Pharma citizen petition. 2020.

(75) Encell L, Foiles PG, Gold B. The relationship between N-nitrosodimethylamine metabolism and DNA methylation in isolated rat hepatocytes. *Carcinogenesis*. 1996;17(5):1127-1134.

(76) EPA IRIS. N-Nitrosodimethylamine. 1987.

(77) EPA. Guidelines for carcinogenic risk assessment. 1986.

(78) EPA. N-Nitrosodimethylamine. 2000.

(79) EPA. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2014(EPA 505-F -14-005).

(80) European Food Safety Authority. Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. *EFSA J.* 2014;12:3350.

(81) Fadlallah S, Lachapelle M, Krzystyniak K, et al. O6-methylguanine-DNA adducts in rat lymphocytes after in vivo exposure to N-nitrosodimethylamine (NDMA). *Int J Immunopharmacol*. 1994;16(7):583-591.

(82) Fahrer J, Frisch J, Nagel G, et al. DNA repair by MGMT, but not AAG, causes a threshold in alkylation-induced colorectal carcinogenesis. *Carcinogenesis.* 2015;36(10):1235-1244.

(83) Fahrer J, Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. *Carcinogenesis.* 2013;34(11):2435-2442.

(84) Farrow DC, Vaughan TL, Sweeney C, et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. *Cancer Causes Control.* 2000;11(3):231-238.

(85) FDA. Control of Nitrosamine Impurities in Human Drugs. 2020.

(86) FDA. FDA requests removal of all ranitidine products (Zantac) from the market. 2020.

(87) FDA. FDA statement alerting patients and health care professionals of NDMA found in samples of ranitidine. 2019.

(88) FDA. FDA statement on new testing results, including low levels of impurities in ranitidine drugs. 2019.

(89) FDA. Laboratory analysis of ranitidine and nizatidine products. 2019.

(90) FDA. Laboratory analysis of valsartan products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products. 2021.

(91) Fitzgerald DJ, Robinson NI. Development of a tolerable daily intake for N-nitrosodimethylamine using a modified benchmark dose methodology. *J Toxicol Environ Health A*. 2007;70(19):1670-1678.

(92) Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA.* 2021;326(3):240-249.

Contains Confidential Information – Subject to Protective Order

(93) Fortmann SP, Burda BU, Senger CA, Lin JS, Whitlock EP. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer: An updated systematic evidence review for the U.S. Preventive Services Task Force. *Ann Intern Med.* 2013;159(12):824-834.

(94) Friberg S, Mattson S. On the growth rates of human malignant tumors: implications for medical decision making. *Journal of surgical oncology.* 1997;65(4):284-297.

(95) Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. *Journal of Water and Health.* 2007;5(3):341-355.

(96) Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. *JAMA Netw Open.* 2021;4(6):e2118253.

(97) Garaycoechea JI, Crossan GP, Langevin F, et al. Alcohol and endogenous aldehydes damage chromosomes and mutate stem cells. *Nature.* 2018;553(7687):171-177.

(98) Garcia Rodriguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. *Gut*. 2006;55(11):1538-1544.

(99) Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. *Cancer Res*. 1986;46(10):5392-5400.

(100) George J, Rao KR, Stern R, Chandrakasan G. Dimethylnitrosamine-induced liver injury in rats: the early deposition of collagen. *Toxicology.* 2001;156(2-3):129-138.

(101) Georgiadis P, Samoli E, Kaila S, Katsouyanni K, Kyrtopoulos SA. Ubiquitous presence of O6-methylguanine in human peripheral and cord blood DNA. *Cancer Epidemiol Biomarkers Prev.* 2000;9(3):299-305.

(102) GlaxoSmithKline. Product monograph: Zantac. 2015.

(103) Gocke E, Muller L. In vivo studies in the mouse to define a threshold for the genotoxicity of EMS and ENU. *Mutat Res.* 2009;678(2):101-107.

(104) Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. *Mutat Res.* 1998;419(1-3):131-135.

(105) Gollapudi BB, Johnson GE, Hernandez LG, et al. Quantitative approaches for assessing dose-response relationships in genetic toxicology studies. *Environ Mol Mutagen.* 2013;54(1):8-18.

(106) Gombar CT, Harrington GW, Pylypiw HM, Jr., et al. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. *Cancer Res*. 1990;50(14):4366-4370.

(107) Gombar CT, Harrington GW, Pylypiw HM, Jr., et al. Pharmacokinetics of N-nitrosodimethylamine in swine. *Carcinogenesis*. 1988;9(8):1351-1354.

(108) Gombar CT, Pylypiw HM, Jr., Harrington GW. Pharmacokinetics of N-nitrosodimethylamine in beagles. *Cancer Res*. 1987;47(2):343-347.

(109) Gomm W, Rothlein C, Schussel K, et al. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer-A Longitudinal Cohort Study Based on German Health Insurance Data. *Dtsch Arztebl Int*. 2021;118(Forthcoming).

(110) Gooden MJ, de Bock GH, Leffers N, Daemen T, Nijman HW. The prognostic influence of tumour-infiltrating lymphocytes in cancer: a systematic review with meta-analysis. *Br J Cancer.* 2011;105(1):93-103.

(111) Grobner SN, Worst BC, Weischenfeldt J, et al. The landscape of genomic alterations across childhood cancers. *Nature.* 2018;555(7696):321-327.

(112) GSK U08-3111-01. Ranitidine hydrochloride: 2 year oral tumorigenicity study in mice (CAr 009). 1981.

(113) GSK U08-3112-01. Ranitidine hydrochloride: 114 week oral tumorigenicity study in mice (CAR 010). 1981.

(114) GSK U08-3113-01. Ranitidine hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks) (A&H 88/801075). 1981.

(115) Guerard M, Baum M, Bitsch A, et al. Assessment of mechanisms driving non-linear dose-response relationships in genotoxicity testing. *Mutat Res Rev Mutat Res.* 2015;763:181-201.

(116) Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf.* 2000;9(2):149-155.

(117) Hahm KB, Lee SI, Chung JP, Kim WH, Kim JH, Park IS. Comparison of immunomodulative effects of histamine-2 receptor antagonists in gastric cancer patients: focus on the lymphoblastogenesis and cytotoxicity of peripheral blood mononuclear cells. *Int J Immunopharmacol.* 1994;16(12):985-993.

(118) Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. *Cell.* 2011;144(5):646-674.

(119) Hanahan D, Weinberg RA. The hallmarks of cancer. *Cell.* 2000;100(1):57-70.

(120) Hassel M, Frei E, Scherf HR, Wiessler M. Investigation into the pharmacodynamics of the carcinogen N-nitrodimethylamine. *IARC Sci Publ*. 1987(84):150-152.

(121) Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. *Digestion*. 1990;45(4):189-195.

(122) Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document N-Nitrosodimethylamine (NDMA). In: Minister of Health; 2011.

(123) Health Canada. Health Canada updates Canadians on estimates of health risks for recalled valsartan drugs containing NDMA. In:2018.

(124) Health Canada. Priority substances list assessment report: N-Nitrosodimethylamine (NDMA). 2001.

(125) Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

(126) Hellstrand, K., Asea, A. & Hermodsson, S. Role of histamine in natural killer cell mediated resistance against tumor cells. J Immunol 145, 4365-4370 (1990)

(127) Hemila H. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655.

(128) Hidajat M, McElvenny DM, Ritchie P, et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med.* 2019;76(4):250-258.

(129) Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med.* 1965;58:295-300.

(130) Hirst G, Arumugam PJ, Beynon J. Ranitidine as adjuvant treatment in colorectal cancer. *British J Surgery*.89:1416-1422.

(131) Hmeljak J, Sanchez-Vega F, Hoadley KA, et al. Integrative Molecular Characterization of Malignant Pleural Mesothelioma. *Cancer Discov.* 2018;8(12):1548-1565.

(132) Holsapple MP, Tucker AN, McNerney PJ, White KL, Jr. Effects of N-nitrosodimethylamine on humoral immunity. *J Pharmacol Exp Ther.* 1984;229(2):493-500.

(133) Holtrop G, Johnstone AM, Fyfe C, Gratz SW. Diet composition is associated with endogenous formation of N-nitroso compounds in obese men. *J Nutr.* 2012;142(9):1652-1658.

(134) Homburger F, Handler AH, Soto E, Hsueh SS, Van Dongen CG, Russfield AB. Adenocarcinoma of the glandular stomach following 3-methylcholanthrene, N-nitrosodiethylamine, or N-nitrosodimethylamine feeding in carcinogen-susceptible inbred Syrian. *J Natl Cancer Inst*. 1976;57(1):141-144.

(135) Hong J, Yang CS. The nature of microsomal N-nitrosodimethylamine demethylase and its role in carcinogen activation. *Carcinogenesis*. 1985;6(12):1805-1809.

(136) Hord NG, Tang Y, Bryan NS. Food sources of nitrates and nitrites: the physiologic context for potential health benefits. *Am J Clin Nutr.* 2009;90(1):1-10.

(137) Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal.* 2013;33(12):2179-2208.

(138) Hrudey SE, Krewski D. Is there a safe level of exposure to a carcinogen? *Environ Sci Technol.* 1995;29(8):370A-375A.

(139) Hu J, Christison T, Rohrer J. Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation. *Heliyon*. 2021;7(2):e06179.

(140) Hughes R, Cross AJ, Pollock JR, Bingham S. Dose-dependent effect of dietary meat on endogenous colonic N-nitrosation. *Carcinogenesis.* 2001;22(1):199-202.

(141) IARC. Evaluation of the Carcinogenic risk of chemical to humans. 1978;17.

(142) IARC. *Arsenic, metals, fibres, and dusts*. 2012.

(143) IARC. IARC Monographs on the Identification of Carcinogenic Hazards to Humans. *IARC Monographs Preamble.* 2019.

(144) IARC. Ingested nitrate and nitrite, and cyanobacterial peptide toxins. LYON, FRANCE. 2010;94.

(145) IARC. Red Meat and Processed Meat. *IARC Monographs on the evaluation of carcinogenic risks to humans*. 2015;114.

(146) IARC. Tumour Site Concordance and Mechanisms of Carcinogenesis. In:2021.

(147) Idos GE, Kwok J, Bonthala N, Kysh L, Gruber SB, Qu C. The Prognostic Implications of Tumor Infiltrating Lymphocytes in Colorectal Cancer: A Systematic Review and Meta-Analysis. *Sci Rep.* 2020;10(1):3360.

(148) Irving CC, Cox R, Murphy WM. Influence of dose of N-methyl-N-nitrosourea on the induction of urinary bladder cancer in rats. *Cancer Lett.* 1979;8(1):3-7.

(149) Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf.* 2021;44(3):361-371.

(150) Jaksyzn P, Ibanez R, Pera G, et al. Food Content of Potential Carcinogens. *Barcelona: Catalan Institute of Oncology,.* 2004.

(151) Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis.* 2006;27(7):1497-1501.

(152) Jakszyn P, Gonzalez CA, Lujan-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev.* 2011;20(3):555-559.

(153) Jakszyn P, Gonzalez CA. Nitrosamine and related food intake and gastric and oesophageal cancer risk: a systematic review of the epidemiological evidence. *World J Gastroenterol.* 2006;12(27):4296-4303.

(154) Jenkins GJ, Zair Z, Johnson GE, Doak SH. Genotoxic thresholds, DNA repair, and susceptibility in human populations. *Toxicology*. 2010;278(3):305-310.

(155) Jeong HG, Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. *Cancer Lett.* 1998;134(1):73-79.

(156) Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology.* 1996;7(4):434-436.

(157) Johnson GE, Dobo K, Gollapudi B, et al. Permitted daily exposure limits for noteworthy N-nitrosamines. *Environ Mol Mutagen.* 2021;62(5):293-305.

(158) Kandoth C, McLellan MD, Vandin F, et al. Mutational landscape and significance across 12 major cancer types. *Nature.* 2013;502(7471):333-339.

(159) Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology.* 2021;160(5):1856-1859 e1855.

(160) Kataoka H, Kurisu M, Shindoh S. Determination of volatile N-nitrosamines in combustion smoke samples. *Bull Environ Contam Toxicol.* 1997;59(4):570-576.

(161) Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel).* 2021;9(8).

(162) Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther.* 2021;54(5):606-615.

(163) Kirman CR, Hays SM. Derivation of endogenous equivalent values to support risk assessment and risk management decisions for an endogenous carcinogen: Ethylene oxide. *Regul Toxicol Pharmacol.* 2017;91:165-172.

(164) Kirman CR, Li AA, Sheehan PJ, Bus JS, Lewis RC, Hays SM. Ethylene oxide review: characterization of total exposure via endogenous and exogenous pathways and their implications to risk assessment and risk management. *J Toxicol Environ Health B Crit Rev.* 2021;24(1):1-29.

(165) Kirsch-Volders M, Aardema M, Elhajouji A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res.* 2000;464(1):3-11.

(166) Kiziltas H, Ekin S, Bayramoglu M, et al. Antioxidant properties of Ferulago angulata and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. *Pharm Biol.* 2017;55(1):888-897.

(167) Klein RG, Janowsky I, Pool-Zobel BL, et al. Effects of long-term inhalation of N-nitrosodimethylamine in rats. *IARC Sci Publ*. 1991(105):322-328.

(168) Kobets T, Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. *Chem Biol Interact.* 2019;301:88-111.

(169) Krul CA, Zeilmaker MJ, Schothorst RC, Havenaar R. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. *Food Chem Toxicol*. 2004;42(1):51-63.

(170) Kumar S, Chinnusamy V, Mohapatra T. Epigenetics of Modified DNA Bases: 5-Methylcytosine and Beyond. *Front Genet.* 2018;9:640.

(171) Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Dig Dis Sci.* 2021.

(172) Kyrtopoulos SA. DNA adducts in humans after exposure to methylating agents. *Mutat Res.* 1998;405(2):135-143.

(173) La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. *Lancet.* 1990;336(8711):355-357.

(174) La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition.* 1992;8(3):177-181.

(175) La Vecchia C, Tavani A. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. *Eur J Cancer Prev.* 2002;11(2):117-123.

(176) Land CE, Tokunaga M, Koyama K, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1990. *Radiat Res.* 2003;160(6):707-717.

(177) Land CE. Studies of cancer and radiation dose among atomic bomb survivors. The example of breast cancer. *JAMA.* 1995;274(5):402-407.

(178) Laoveeravat P, Thavaraputta S, Vutthikraivit W, et al. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. *QJM.* 2020;113(2):100-107.

(179) Lee VM, Keefer LK, Archer MC. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. *Chem Res Toxicol*. 1996;9(8):1319-1324.

(180) Lele PS, Dunn SR, Simenhoff ML, Fiddler W, Pensabene JW. Evidence for generation of the precarcinogen nitrosodimethylamine in the small intestine in chronic renal failure. *Kidney Int Suppl*. 1983;16:S229-233.

(181) Lewin MH, Bailey N, Bandaletova T, et al. Red meat enhances the colonic formation of the DNA adduct O6-carboxymethyl guanine: implications for colorectal cancer risk. *Cancer Res.* 2006;66(3):1859-1865.

(182) Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett*. 1984;22(1):83-88.

(183) Lijinsky W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. *Cancer Res*. 1974;34(1):255-258.

(184) Lin HL, Parsels LA, Maybaum J, Hollenberg PF. N-Nitrosodimethylamine-mediated cytotoxicity in a cell line expressing P450 2E1: evidence for apoptotic cell death. *Toxicol Appl Pharmacol*. 1999;157(2):117-124.

(185) Lindahl T. Instability and decay of the primary structure of DNA. *Nature.* 1993;362(6422):709-715.

(186) Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-NITROSODIMETHYLAMINE. In: World Health Organization; 2002.

(187) Liu J, Lichtenberg T, Hoadley KA, et al. An Integrated TCGA Pan-Cancer Clinical Data Resource to Drive High-Quality Survival Outcome Analytics. *Cell.* 2018;173(2):400-416 e411.

(188) Liu P, McMenamin UC, Johnston BT, et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer.* 2020;123(2):307-315.

(189) Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr.* 2011;93(5):1053-1061.

(190) Lundgren C, Bendahl PO, Ekholm M, et al. Tumour-infiltrating lymphocytes as a prognostic and tamoxifen predictive marker in premenopausal breast cancer: data from a randomised trial with long-term follow-up. *Breast Cancer Res.* 2020;22(1):140.

(191) Lunn JC, Kuhnle G, Mai V, et al. The effect of haem in red and processed meat on the endogenous formation of N-nitroso compounds in the upper gastrointestinal tract. *Carcinogenesis*. 2007;28(3):685-690.

(192) Lv J, Wang L, Li Y. Characterization of N-nitrosodimethylamine formation from the ozonation of ranitidine. *J Environ Sci (China).* 2017;58:116-126.

(193) Magee PN, Barnes JM. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol.* 1962;84:19-31.

(194) Magee PN, Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer.* 1956;10(1):114-122.

(195) Mahanama KRRD, Joan M. Volatile N -Nitrosamines in Environmental Tobacco Smoke: Sampling, Analysis, Emission Factors, and Indoor Air Exposures. *Environmental science & technology.* 1996;30:1477-1484.

(196) Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. *Mutat Res*. 1983;122(3-4):373-376.

(197) Massey R, Dennis MJ, Pointer M, Key PE. An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer. *Food Addit Contam.* 1990;7(5):605-615.

(198) Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(1):67-72.

(199) Matsuda J, Hinuma K, Tanida N, et al. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. *Gastroenterol Jpn*. 1990;25(2):162-168.

(200) Maura A, Pino A, Robbiano L, et al. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. *Toxicol Lett*. 1983;18(1-2):97-102.

(201) McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. *BMC Med.* 2021;19(1):22.

(202) McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol.* 2021;71(Pt A):101880.

(203) McGwin G. The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)*. 2020;13(1).

(204) Meghnem D, Oldford SA, Haidl ID, Barrett L, Marshall JS. Histamine receptor 2 blockade selectively impacts B and T cells in healthy subjects. *Sci Rep.* 2021;11(1):9405.

(205) Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. *Cancer Epidemiol Biomarkers Prev*. 2004;13(2):250-254.

(206) Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. The safety of ranitidine in over a decade of use. *Aliment Pharmacol Ther.* 1997;11(1):129-137.

(207) Milton-Thompson GJ, Lightfoot NF, Ahmet Z, et al. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. *Lancet*. 1982;1(8281):1091-1095.

(208) Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol.* 1975;31(3):325-351.

(209) Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett.* 1995;93(1):17-48.

(210) Mitch WA, Sedlak DL. Formation of N-nitrosodimethylamine (NDMA) from dimethylamine during chlorination. *Environ Sci Technol.* 2002;36(4):588-595.

(211) Moyer VA, Force USPST. Vitamin, mineral, and multivitamin supplements for the primary prevention of cardiovascular disease and cancer: U.S. Preventive services Task Force recommendation statement. *Ann Intern Med.* 2014;160(8):558-564.

(212) Muscroft TJ, Keighley MR. Cimetidine, gastric pH, and nitrosation. *Lancet*. 1981;1(8227):1002.

(213) Muscroft TJ, Youngs DJ, Burdon DW, Keighley MR. Cimetidine is unlikely to increase formation of intragastric N-nitroso-compounds in patients taking a normal diet. *Lancet*. 1981;1(8217):408-410.

(214) Myung SK, Yang HJ. Efficacy of Vitamin and Antioxidant Supplements in Prevention of Esophageal Cancer: Meta-analysis of Randomized Controlled Trials. *J Cancer Prev.* 2013;18(2):135-143.

(215) Nadler DL, Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology.* 2014;2014:1-8.

(216) Nguyen PL, Cho J. Pathophysiological Roles of Histamine Receptors in Cancer Progression: Implications and Perspectives as Potential Molecular Targets. *Biomolecules*. 2021;11(8).

(217) Nielsen HJ, Christensen IJ, Moesgaard F, Kehlet H, Danish RCCSG. Ranitidine as adjuvant treatment in colorectal cancer. *Br J Surg*. 2002;89(11):1416-1422.

(218) Nielsen HJ, Nielsen H, Moesgaard F, et al. The effect of ranitidine on cellular immunity in patients with multiple myeloma. *Cancer Immunol Immunother.* 1990;32(3):201-205.

(219) Nohmi T, Matsumoto K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen.* 2020;61(1):193-199.

(220) Nohmi T. Thresholds of Genotoxic and Non-Genotoxic Carcinogens. *Toxicol Res*. 2018;34(4):281-290.

(221) Norgaard M, Andersen IT, Heide-Jorgensen U, et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev.* 2022;31(1):45-50.

(222) NTP. National Toxicology Program organ sites with neoplasia. https://cebs.niehs.nih.gov/organsites/search. 2021.

(223) NTP. Report on carcinogens, Fourteen edition. In: DHHS DoHaHS, ed2016.

(224) Ogawa T, Kimoto M, Sasaoka K. Purification and properties of a new enzyme, NG,NG-dimethylarginine dimethylaminohydrolase, from rat kidney. *J Biol Chem*. 1989;264(17):10205-10209.

(225) Ohshima H, Bandaletova TY, Brouet I, et al. Increased nitrosamine and nitrate biosynthesis mediated by nitric oxide synthase induced in hamsters infected with liver fluke (Opisthorchis viverrini). *Carcinogenesis.* 1994;15(2):271-275.

(226) Ohshima H, Kawabata T. Mechanism of N-nitrosodimethylamine formation from trimethylamine and trimethylaminoxide. *IARC Sci Publ*. 1978(19):143-153.

(227) Otsuka H, Kuwahara A. Hemangiomatous lesions of mice treated with nitrosodimethylamine. *Gan*. 1971;62(3):147-156.

(228) Padayatty SJ, Levine M. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

(229) Park JE, Seo JE, Lee JY, Kwon H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res.* 2015;31(3):279-288.

(230) Pegg AE. Formation and subsequent repair of alkylation lesions in tissues of rodents treated with nitrosamines. *Arch Toxicol Suppl.* 1980;3:55-68.

(231) Pegg AE. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ.* 1980(27):3-22.

(232) Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res.* 1991;51(23 Pt 2):6452-6469.

(233) Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res.* 1991;51(23 Pt 2):6415-6451.

(234) Pool-Zobel BL, Klein RG, Liegibel UM, Kuchenmeister F, Weber S, Schmezer P. Systemic genotoxic effects of tobacco-related nitrosamines following oral and inhalational administration to Sprague-Dawley rats. *Clin Investig.* 1992;70(3-4):299-306.

(235) Pottegard A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ*. 2018;362:k3851.

(236) Poulsen AH, Christensen S, McLaughlin JK, et al. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. *Br J Cancer*. 2009;100(9):1503-1507.

(237) Povey AC, Badawi AF, Cooper DP, et al. DNA alkylation and repair in the large bowel: animal and human studies. *J Nutr.* 2002;132(11 Suppl):3518S-3521S.

(238) Povey AC. DNA adducts: endogenous and induced. *Toxicol Pathol.* 2000;28(3):405-414.

(239) Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. *Ann Intern Med.* 2020;172(5):354-355.

(240) Preston DL, Mattsson A, Holmberg E, Shore R, Hildreth NG, Boice JD, Jr. Radiation effects on breast cancer risk: a pooled analysis of eight cohorts. *Radiat Res.* 2002;158(2):220-235.

(241) Preussmann R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds: some general aspects. *Oncology.* 1980;37(4):243-250.

(242) Primrose JN, Miller GV, Preston SR, et al. A prospective randomised controlled study of the use of ranitidine in patients with gastric cancer. Yorkshire GI Tumour Group. *Gut*. 1998;42(1):17-19.

(243) Ratajczak-Wrona W, Jablonska E, Garley M, et al. PI3K-Akt/PKB signaling pathway in neutrophils and mononuclear cells exposed to N-nitrosodimethylamine. *J Immunotoxicol.* 2014;11(3):231-237.

(244) Ratajczak-Wrona W, Jablonska E, Garley M, Jablonski J, Radziwon P. Role of ERK1/2 kinase in the expression of iNOS by NDMA in human neutrophils. *Indian J Exp Biol.* 2013;51(1):73-80.

(245) Ratajczak-Wrona W, Jablonska E, Jablonski J, Marcinczyk M. Induction of expression of iNOS by N-nitrosodimethylamine (NDMA) in human leukocytes. *Immunopharmacol Immunotoxicol.* 2009;31(4):661-668.

(246) Reed PI, Haines K, Walters CL, Smith SL, House FR. Cimetidine, nitrosation, and carcinogenicity. *Lancet*. 1981;2(8258):1281-1282.

(247) Reed PI, Smith PL, Haines K, House FR, Walters CL. Effect of cimetidine on gastric juice N-nitrosamine concentration. *Lancet*. 1981;2(8246):553-556.

(248) Rogers D, Vila-Leahey A, Pessoa AC, Oldford S, Marignani PA, Marshall JS. Ranitidine Inhibition of Breast Tumor Growth Is B Cell Dependent and Associated With an Enhanced Antitumor Antibody Response. *Front Immunol*. 2018;9:1894.

(249) Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. *Cancer Epidemiol Biomarkers Prev*. 1995;4(1):29-36.

(250) Roux JL, Gallard H, Croue JP, Papot S, Deborde M. NDMA formation by chloramination of ranitidine: kinetics and mechanism. *Environ Sci Technol*. 2012;46(20):11095-11103.

(251) Sanofi. Product Monograph: Zantac. 2017.

(252) Sarasola MP, Taquez Delgado MA, Nicoud MB, Medina VA. Histamine in cancer immunology and immunotherapy. Current status and new perspectives. *Pharmacol Res Perspect*. 2021;9(5):e00778.

(253) Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E, Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. In: *Sustainability Science and Engineering.* Vol 2.2010.

(254) Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E, Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. In: *Sustainability Science and Engineering*. Vol 2.2010.

(255) Sen NP, Baddoo PA. Trends in the levels of residual nitrite in Canadian cured meat products over the past 25 years. *Journal of Agricultural and Food chemistry,.* 1997;45:4714-4718.

(256) Sender R, Fuchs S, Milo R. Revised Estimates for the Number of Human and Bacteria Cells in the Body. *PLoS Biol.* 2016;14(8):e1002533.

(257) Siddiqi M, Tricker AR, Preussmann R. Formation of N-nitroso compounds under simulated gastric conditions from Kashmir foodstuffs. *Cancer Lett.* 1988;39(3):259-265.

(258) Siegel JA, Pennington CW, Sacks B, Welsh JS. The Birth of the Illegitimate Linear No-Threshold Model: An Invalid Paradigm for Estimating Risk Following Low-dose Radiation Exposure. *Am J Clin Oncol.* 2018;41(2):173-177.

(259) Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. *Eur J Clin Pharmacol.* 2020;76(10):1437-1456.

(260) Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients*. 2015;7(12):9872-9895.

(261) Souliotis VL, Chhabra S, Anderson LM, Kyrtopoulos SA. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis.* 1995;16(10):2381-2387.

(262) Souliotis VL, Henneman JR, Reed CD, et al. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat Res*. 2002;500(1-2):75-87.

(263) Souliotis VL, van Delft JH, Steenwinkel MJ, Baan RA, Kyrtopoulos SA. DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis.* 1998;19(5):731-739.

(264) Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ.* 1982(41):443-449.

(265) Straif K, Weiland SK, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med.* 2000;57(3):180-187.

(266) Streeter AJ, Nims RW, Sheffels PR, et al. Metabolic denitrosation of N-nitrosodimethylamine in vivo in the rat. *Cancer Res*. 1990;50(4):1144-1150.

(267) Streeter AJ, Nims RW, Wu PP, Logsdon DL. Toxicokinetics of N-nitrosodimethylamine in the Syrian golden hamster. *Arch Toxicol*. 1990;64(7):562-566.

(268) Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal.* 2009;22(Suppl 1):S42-S47.

(269) Suksawat M, Techasen A, Namwat N, et al. Upregulation of endothelial nitric oxide synthase (eNOS) and its upstream regulators in Opisthorchis viverrini associated cholangiocarcinoma and its clinical significance. *Parasitol Int.* 2017;66(4):486-493.

(270) Suleiman UL, Harrison M, Britton A, McPherson K, Bates T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. *Eur J Cancer Prev*. 2000;9(3):185-191.

(271) Sweet-Cordero EA, Biegel JA. The genomic landscape of pediatric cancers: Implications for diagnosis and treatment. *Science.* 2019;363(6432):1170-1175.

(272) Swenberg JA, Hoel DG, Magee PN. Mechanistic and statistical insight into the large carcinogenesis bioassays on N-nitrosodiethylamine and N-nitrosodimethylamine. *Cancer Res*. 1991;51(23 Pt 2):6409-6414.

(273) Swenberg JA, Lu K, Moeller BC, et al. Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. *Toxicol Sci.* 2011;120 Suppl 1:S130-145.

(274) Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. *Oncology.* 1980;37(4):232-235.

(275) Tatsuguchi A, Hoshino S, Kawami N, et al. Influence of hypergastrinemia secondary to long-term proton pump inhibitor treatment on ECL cell tumorigenesis in human gastric mucosa. *Pathol Res Pract*. 2020;216(10):153113.

(276) TCEQ. Ethylene oxide carcinogenic dose-response assessment. May, 2020.

(277) Thomas AD, Jenkins GJ, Kaina B, et al. Influence of DNA repair on nonlinear dose-responses for mutation. *Toxicol Sci.* 2013;132(1):87-95.

(278) Thomas C, Madden F, Jehu D. Psychological effects of stomas--I. Psychosocial morbidity one year after surgery. *J Psychosom Res*. 1987;31(3):311-316.

(279) Thomas JM, Misiewicz JJ, Cook AR, et al. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. *Gut*. 1987;28(6):726-738.

(280) Thomas P, Fugmann R, Aranyi C, Barbera P, Gibbons R, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicol Appl Pharmacol.* 1985;77(2):219-229.

(281) Thorgeirsson UP, Dalgard DW, Reeves J, Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol.* 1994;19(2):130-151.

(282) Tokunaga M, Land C, Tkuoka S, Nishimori I, Soda M, Akiba S. Incidence of female breast cancer among atomic bomb survivors, 1950-1985. *Radiation Research.* 1994;138:209-223.

(283) Tokunaga M, Land CE, Yamamoto T, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1980. *Radiat Res.* 1987;112(2):243-272.

(284) Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science.* 2017;355(6331):1330-1334.

(285) Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science.* 2015;347(6217):78-81.

(286) Tomasetti C, Vogelstein B. Cancer risk: role of environment-response. *Science.* 2015;347(6223):729-731.

(287) Tran KT, McMenamin UC, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther.* 2018;48(1):55-64.

(288) Tricker AR, Mostafa MH, Spiegelhalder B, Preussmann R. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis.* 1989;10(3):547-552.

(289) Tricker AR, Pfundstein B, Theobald E, Preussmann R, Spiegelhalder B. Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990. *Food Chem Toxicol.* 1991;29(11):729-732.

(290) Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. *Eur J Cancer Prev.* 1997;6(3):226-268.

(291) Valisure. Valisure citizen petition on ranitidine. 2019.

(292) van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. *Cancer Detect Prev.* 1998;22(3):204-212.

(293) Velicer CM, Dublin S, White E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. *Ann Epidemiol*. 2006;16(12):895-900.

(294) Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect.* 1998;106(8):459-463.

(295) Verna L, Whysner J, Williams GM. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther.* 1996;71(1-2):57-81.

(296) Vila-Leahey A, Oldford SA, Marignani PA, Wang J, Haidl ID, Marshall JS. Ranitidine modifies myeloid cell populations and inhibits breast tumor development and spread in mice. *Oncoimmunology*. 2016;5(7):e1151591.

(297) Vogelstein B, Kinzler KW. Cancer genes and the pathways they control. *Nat Med.* 2004;10(8):789-799.

(298) Vogelstein B, Kinzler KW. The multistep nature of cancer. *Trends Genet.* 1993;9(4):138-141.

(299) Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA, Jr., Kinzler KW. Cancer genome landscapes. *Science.* 2013;339(6127):1546-1558.

(300) Waddell WJ, Fukushima S, Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. *Arch Toxicol.* 2006;80(6):305-309.

(301) Waddell WJ. Comparisons of thresholds for carcinogenicity on linear and logarithmic dosage scales. *Hum Exp Toxicol.* 2005;24(6):325-332.

(302) Wade RS, Castro CE. Redox reactivity of iron(III) porphyrins and heme proteins with nitric oxide. Nitrosyl transfer to carbon, oxygen, nitrogen, and sulfur. *Chem Res Toxicol*. 1990;3(4):289-291.

(303) Waldum HL, Sordal OF, Mjones PG. The Enterochromaffin-like [ECL] Cell-Central in Gastric Physiology and Pathology. *Int J Mol Sci*. 2019;20(10).

(304) Wang M, Cheng G, Villalta PW, Hecht SS. Development of liquid chromatography electrospray ionization tandem mass spectrometry methods for analysis of DNA adducts of formaldehyde and their application to rats treated with N-nitrosodimethylamine or 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Chem Res Toxicol*. 2007;20(8):1141-1148.

(305) Weinberg RA. *The Biology of Cancer.* 2nd ed: Garland Science; 2014.

(306) White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. *JAMA.* 2021;326(3):225-227.

(307) White PA, Long AS, Johnson GE. Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities. *Environ Mol Mutagen.* 2020;61(1):66-83.

(308) Wolf T, Niehaus-Rolf C, Luepke NP. Investigating genotoxic and hematotoxic effects of N-nitrosodimethylamine, N-nitrosodiethylamine and N-nitrosodiethanolamine in the hen's egg-micronucleus test (HET-MN). *Food Chem Toxicol*. 2003;41(4):561-573.

(309) Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med.* 2021;10(1).

(310) Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. *Toxicol Sci.* 2010;116(1):323-335.

(311) Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2016;37(6):625-634.

(312) Zeng T, Mitch WA. Retraction to: Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2021;42(7):1008.

(313) Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis.* 2019;40(2):254-262.

(314) Zhou Q, McCraven S, Garcia J, Gasca M, Johnson TA, Motzer WE. Field evidence of biodegradation of N-Nitrosodimethylamine (NDMA) in groundwater with incidental and active recycled water recharge. *Water Res*. 2009;43(3):793-805.

(315) Plaintiffs’ MDL Master Personal Injury Complaint

(316) Rule 26 Expert Report of Dipak Panigrahy, M.D.

(317) Rule 26 Expert Report of Paul J. Michaels, M.D.

(318) Rule 26 Expert Report of Anne McTiernan, M.D., Ph.D

(319) Rule 26 Expert Report of Ramin (Ron) Najafi, Ph.D

(320) Rule 26 Expert Report of Jennifer Le, Pharm.D, MAS, BCPS-ID, FIDSA, FCCP, FCSHP

(321) Rule 26 Expert Report of Andrew Gale Salmon, M.A., D.Phil., C.Chem., M.R.S.C

(322) Rule 26 Expert Report of Dipak Panigrahy, M.D. (In Re Valsartan, Losartan, and Irbesartan Products liability litigation, MDL No. 2875).

Contains Confidential Information – Subject to Protective Order

# ATTACHMENT 2

UNIVERSITY OF PENNSYLVANIA – SCHOOL OF MEDICINE
Curriculum Vitae

Date: October 20, 2021

Lewis A. Chodosh, M.D., Ph.D.

[redacted]

Office Address: 614 Biomedical Research Building II/III
421 Curie Boulevard
Philadelphia, PA 19104-6160

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
[redacted]

Education:

| | | |
|---|---|---|
| 1977-81 | B.S. | Yale University (Molecular Biophysics and Biochemistry) |
| 1981-89 | M.D. | Harvard Medical School |
| 1983-88 | Ph.D. | Massachusetts Institute of Technology (Biochemistry) Laboratory of Dr. Phillip Sharp |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 1989-90 | Intern in Medicine, Massachusetts General Hospital, Boston, MA |
| 1990-91 | Resident in Medicine, Massachusetts General Hospital, Boston, MA |
| 1991-94 | Clinical Fellow in Endocrinology, Endocrine Division, Massachusetts General Hospital, Boston, MA |
| 1991-94 | Clinical Fellow in Medicine, Harvard Medical School, Boston, MA |
| 1992-94 | Research Fellow in Endocrinology, Endocrine Division, Massachusetts General Hospital, Boston, MA |
| 1992-94 | Research Fellow in Medicine, Harvard Medical School, Boston, MA |
| 1992-94 | Postdoctoral Research Fellowship, Department of Genetics, Harvard Medical School, Boston, MA Laboratory of Dr. Philip Leder |

Military Service

[none]

Faculty Appointments:

| | |
|---|---|
| 1994-2000 | Assistant Professor of Molecular and Cellular Engineering University of Pennsylvania School of Medicine |
| 1994-2000 | Assistant Professor of Medicine (secondary) Division of Endocrinology, Diabetes and Metabolism University of Pennsylvania School of Medicine |
| 2000-02 | Associate Professor with Tenure Department of Molecular and Cellular Engineering |

| | |
|---|---|
| | University of Pennsylvania School of Medicine |
| 2000-06 | Associate Professor with Tenure, Department of Medicine<br>Division of Endocrinology, Diabetes and Metabolism (secondary)<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure<br>Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Medicine (secondary)<br>Division of Endocrinology, Diabetes and Metabolism<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2007-08 | Interim Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2008-12 | J. Samuel Staub, M.D. Endowed Professor<br>University of Pennsylvania School of Medicine |
| 2008- | Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2018- | Perelman Professor in Cancer Biology (Endowed Chair)<br>University of Pennsylvania |

Hospital and Administrative Appointments:

| | |
|---|---|
| 1994- | Member, Abramson Cancer Center,<br>University of Pennsylvania School of Medicine |
| 1995- | Attending Staff Physician,<br>Hospital of the University of Pennsylvania |
| 2000- | Member, Center for Developmental Biology,<br>University of Pennsylvania School of Medicine |
| 2002- | Associate Investigator and Investigator, The Leonard and Madlyn<br>Abramson Family Cancer Research Institute at the<br>University of Pennsylvania Cancer Center |
| 2002-07 | Vice Chair, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2004-08 | Founding Co-Director, University of Pennsylvania Small Animal<br>Imaging Facility |
| 2004- | Director, NCI-UPENN Mouse Models for Human<br>Cancers Consortium |
| 2005-13 | Program co-Leader, Breast Cancer Program<br>Abramson Cancer Center |
| 2005-16 | Director, Cancer Genetics<br>Abramson Family Cancer Research Institute |
| 2016- | Director, Tumor Biology<br>Abramson Family Cancer Research Institute |
| 2005-10 | Director, UPENN DOD Breast Cancer Center of Excellence |
| 2005- | Executive Committee |

| | |
|---|---|
| | Abramson Family Cancer Research Institute |
| 2005- | Executive Committee, Abramson Cancer Center |
| 2006- | Associate Director for Basic Science, Abramson Cancer Center |
| 2007-08 | Interim Chairman, Department of Cancer Biology |
| 2008- | Chairman, Department of Cancer Biology |
| 2012- | Co-Director, 2-PREVENT Translational Center of Excellence |

Medical Licensure: Massachusetts and Pennsylvania

Specialty Certification:

| | |
|---|---|
| 1992-2002 | Diplomate in Internal Medicine, American Board of Internal Medicine |
| 1997-2007 | Diplomate in Endocrinology and Metabolism, American Board of Internal Medicine |

Awards, Honors and Membership in Honorary Societies:

| | |
|---|---|
| 1977 | National Merit Scholar |
| 1977 | Cornell Ingenuity in Mathematics and Science Award |
| 1977 | Harvard Book Prize |
| 1977 | Bausch and Lomb Honorary Science Award |
| 1981 | *Summa cum laude*, Yale University |
| 1981 | Phi Beta Kappa, Yale University |
| 1981 | Distinction in Molecular Biophysics and Biochemistry Yale University |
| 1981 | Emerson Tuttle Cup for Distinguished Academic Achievement Yale University |
| 1983-89 | Medical Scientist Training Program, Harvard Medical School |
| 1985 | Leland Fikes Foundation fellow |
| 1989 | Leon Reznick Memorial Prize for Excellence in Research Harvard Medical School |
| 1989 | Soma Weiss Research Assembly Award, Harvard Medical School |
| 1989 | *Magna cum laude*, Harvard Medical School |
| 1992-94 | Merck Research Laboratories MD-PhD Fellowship |
| 1996-99 | Charles E. Culpeper Foundation Scholarship in the Medical Sciences |
| 1998-2002 | U.S. Army Breast Cancer Research Program Career Development Award |
| 2002 | AACR-Sidney Kimmel Symposium for Cancer Research Scholar Award |
| 2002 | American Society for Clinical Investigation |
| 2005-10 | Director, DOD-UPENN Breast Cancer Center of Excellence |
| 2008 | Member, Interurban Clinical Club |
| 2008 | Association of American Physicians |
| 2009-12 | J. Samuel Staub, M.D. Endowed Professor |
| 2013 | Dept of Cancer Biology Award for Excellence in Teaching |
| 2017 | National Academy of Medicine |
| 2018 | Perelman Professor in Cancer Biology |

Memberships in Professional and Scientific Societies:

National Societies:

American Society for Clinical Investigation
Association of American Physicians
National Academy of Medicine
American College of Physicians
American Association for Cancer Research
Endocrine Society
American Association for the Advancement of Science
Society for Developmental Biology
American Society for Microbiology
FASEB

Local Societies:

Massachusetts Medical Society

National Scientific Committees:

Electorate Nominating Committee, American Association for the Advancement of Science (2020 - )

Scientific Committees:

Nurses' Health Study I and II, Harvard Medical School, Boston, MA
External Advisory Committee (1998-2016)
Breast Cancer Program Project Grant, Baylor College of Medicine
External Advisory Committee (2002-2007)
CNGI Center Grant, University of Alabama, Birmingham
External Advisory Committee (2002-2004)
Georgetown Cancer Center, Breast Cancer Program Project Grant
External Advisory Committee (2003-2004)
Fox Chase Cancer Center, Breast Cancer and Environmental Research Center, External Advisory Committee (2003-2007)
Dana Farber/Harvard Cancer Center Scientific Advisory Board (2013-present)

Editorial Positions:

| | |
|---|---|
| 1999-2000 | Editorial Board, *Breast Cancer Research* |
| 2001-2012 | Editorial Board, *Journal of Mammary Gland Biology and Neoplasia* |
| 2003-2014 | Associate Editor, *Cancer Biology & Therapy* |
| 2001-2004 | Deputy Editor, *Breast Cancer Research* |
| 2005-2008 | Senior Editor, *Breast Cancer Research* |
| 2008-present | Editor-in-Chief, *Breast Cancer Research* |
| 2010-2013 | Senior Editor, *Cancer Research* |
| | Ad Hoc Reviewer: *Nature, Cell, Science, New England Journal of Medicine, Nature Genetics, Nature Medicine, Cancer Cell, Science Translational Medicine, Molecular & Cellular Biology, Proceedings of the National Academy of Sciences USA, Lancet,* |

*Cancer Research, Development, Human Molecular Genetics*
*Developmental Biology, Molecular Endocrinology, Oncogene*

Peer Review Panels:

| | |
|---|---|
| 1995, 96, 98 | U.S. Army Breast Cancer Research Program - |
| 1997, 98, 2000 | Susan G. Komen Breast Cancer Foundation |
| 1998, 99 | Concert for the Cure |
| 2000 | Massachusetts Dept of Public Health Breast Cancer Research Program |
| 2001, 2004 | California Breast Cancer Research Program (Chair, 2004) |
| 2009-2012 | Cancer Prevention Research Institute of Texas (CPRIT) |
| 2015-2017 | AACR Breast Cancer Research Grants Scientific Review Committee |
| 2018 | Stand Up To Cancer Canada Metastatic Breast Cancer Peer Review Committee |
| 2019-2020 | AACR Outstanding Investigator Award Selection Committee |

Academic Committees at the University of Pennsylvania and Affiliated Hospitals:

| | |
|---|---|
| 1994-1996 | Internal Advisory Committee, Institute for Human Gene Therapy |
| 1994-1998 | Hematology/Immunology Faculty Search Committee, Institute for Human Gene Therapy |
| 1995-1996 | Departmental Review Committee - Department of Pediatrics |
| 1995- | Admissions Committee, Combined Degree Program |
| 1997-1998 | Departmental Review Committee, Department of Pathology and Laboratory Medicine |
| 1999-2000 | Short Term Experience in Research Advisory Committee |
| 1999 | Internal Advisory Committee, Cancer Clinical Epidemiology Training Grant, Clinical Center for Epidemiology and Biostatistics |
| 1999-2000 | Review Committee, Graduate Group in Neuroscience |
| 2000 | LCME Basic Science Task Force |
| 2000-present | Mentoring Program, Combined Degree Program |
| 2002-03 | Chair, Cancer Center Working Group on Animal Imaging |
| 2003-2005 | Committee on Academic Freedom and Responsibility |
| 2004-2005 | Faculty Search Committee for Chair Department of Radiation Oncology |
| 2004-2006 | Faculty Search Committee for Chief, Division of Nuclear Medicine |
| 2007 | Faculty Search Committee for Chair, Department of Medicine |
| 2008 | Faculty Search Committee for Chief, Division of Hematology/Oncology |
| 2010 | Faculty Search Committee for Director, Abramson Cancer Center |
| 2010 | Faculty Search Committee for Chair, Department of Pathology and Laboratory Medicine |
| 2010-2011 | Chair, Review Committee Department of Radiation Oncology |
| 2011-2012 | Faculty Search Committee for Chair, Department of Radiology |

| | |
|---|---|
| 2011-2012 | Chair, Faculty Search Committee for Director, Penn Institute for Immunology |
| 2015-2016 | Faculty Search Committee for Chair, Department of Biophysics and Biochemistry |
| 2016-2017 | Chair, Faculty Search Committee for Chair, Department of Systems Pharmacology and Translational Therapeutics |
| 2016 | President's Consultative Review Committee on the Reappointment of the Dean of the Perelman School of Medicine |
| 2016- | APAC, University of Pennsylvania |
| 2019- | Celgene, Joint Advisory Committee (Ben Garcia) |
| 2020- | Undergraduate Medical Education Committee Perelman School of Medicine, University of Pennsylvania |
| 2020- | Patent Policy Advisory Working Group University of Pennsylvania |

Major Teaching and Clinical Responsibilities at the University of Pennsylvania :

1. Attending Physician, Hospital of the University of Pennsylvania (1992-present)
   Endocrine consult service - one month per year (1996-2005)
2. Supervision of graduate students performing thesis research
   Heather Perry Gardner (1996-00)
   Celina D'Cruz (1996-00)
   Stephen Master (Combined Degree Program) (1995-01)
   Gerald Wertheim (Combined Degree Program) (1998-03)
   Susan Moody (Combined Degree Program) (1999-03)
   Robert Boxer (Combined Degree Program) (1999-03)
   Christopher Sarkisian (1998–04)
   Douglas Stairs (1998–04)
   Thomas Yang (1999-05)
   Collin Blakely (Combined Degree Program) (2002-05)
   Joanne Jang (Combined Degree Program) (2002-06)
   Zhandong Liu (2005-10)
   Dania Daye (Combined Degree Program) (2010-12)
   Jason Jung (2008-13)
   Samantha Eberle (2007-13)
   Daniel Abravanel (Combined Degree Program) (2009-13)
   Ania Payne (2010-14)
   Jason Ruth (2010-14)
   Lauren Smith Pferdehirt (2010-15)
   Sam Getchell (2010-16)
   Matthew Paul (2015-20)
   Takashi Nakamura (2016-21)
   Katherine Huang (2018- )
   Saisai Chen (Combined Degree Program) (2018- )
   Brian Benz (2019- )
   Emily Shea (Combined Degree Program) (2021- )
3. Supervision of postdoctoral trainees
   Man Wang, Ph.D. (1995-96)
   Edward Gunther, M.D. (1997-98; 1999-02)

L. Julie Huber, Ph.D. (1997-01)
Eunkyung A. Kauh, M.D., Ph.D. (1999-05)
Charles Bailey, M.D., Ph.D. (2002-07)
Min Wang, Ph.D. (2002-07)
Xiaoping Yang, Ph.D. (2003-07)
Suzanne Bakewell, Ph.D. (2005-09)
James Alvarez, Ph.D. (2005-09)
Chien-Chung Chen, Ph.D. (2004-09)
Elizabeth Yeh, Ph.D. (2006-13)
Yi Feng, Ph.D. (2006-14)
Ann Vernon-Grey, Ph.D. (2006-14)
Heather Martin, Ph.D. (2007-18)
Beth Chislock, Ph.D. (2014-19)
Brett Ecker, M.D. (2016-18)
Francesco Marino, Ph.D. (2017-20)
Matias Escobar, Ph.D. (2017-20)
Amulya Sreekumar, Ph.D. (2017- )
Adetutu Egunsola, Ph.D. (2018-20)

4. Supervision of undergraduate trainees
   Alexander Golant (2001-02)
   Lilangi Ediwickirema (2002-06)
   Srujan Peddapaidi (2005-09)
   Kristi Chakrabarti (2006-10)
   Sanjee Baksh (2012-14)
   Gabriella Puig (2013-16)
   Joseph Kim (2015-17)
   Aaron Solomon (2016-17)
   Alice Zhou (2018-20)
   John Koga (2019-21)
   Michelle Lu (2019- )
5. Supervision of masters students
   Alexander Stoddard (2000-01)
   Congzhou Liu (2004-07)
   Elise Giantomaso (2008-09)
6. Supervision of graduate students in laboratory rotations
   1-2 students per semester
7. Supervision of undergraduate students in laboratory rotations
   1-2 students per year
8. Thesis committee member:
   Dongsheng Duan (Ph.D., 1997)
   Hongbing Zhang (Ph.D., 1998)
   Matthew Waterman (Ph.D., 1998)
   Hongtao Zhang (Ph.D., 1999)
   Christopher Wong (Ph.D., 2001)
   Meredith Unger (Ph.D., 2002; Chair)
   Oana Tomescu (Ph.D., 2002)
   Joanna Sax (Ph.D., 2003)
   Michael Keeley (Ph.D., 2005)
   Andrew Gladden (Ph.D., 2005)

Phillip Le (Ph.D., 2005)
Rebekah O'Donnell (Ph.D., 2005)
Jagruti Patel (Ph.D., 2006)
Monica Buzzai (Chair; Ph.D., 2006)
Dara Ditsworth (Chair, Ph.D., 2008)
Karen Urtishak (Ph.D., 2009)
David Schoppy (Ph.D., 2011)
Derek Oldridge (Chair; Ph.D., 2016)
William Rothwell (Chair; Ph.D., 2017)
Emily Fernandez Garcia (Chair; )
Nicholas Perkins (Ph.D., 2020)
Chi-Yun Wu (Ph.D., )
Austin Pantel (M.S.T.R., 2020)

9. Preliminary examination committee member
Holly Kurzawa (1995)
Christopher Wong (1996)
Praveen Raju (1996)
Gregory Heuer (1998)
Hongbing Zhang (1996)
Michael Gee (1998)
Elizabeth Higbee (2014)
Heide Norton (2015)
Jessica Hsu (2016)
Sofya Osharovich (2017)
Hannah Richter (2017)
Alex Chan (2020)
Hau Truong (2021)

10. Continuing Medical Education
Sacred Heart Hospital, Allentown PA – 1995
Women's Health Research Conference – 1996, 1997
American College of Physicians, Philadelphia, PA

Teaching Lectures:

1995 Ethics in Biomedical Research (faculty facilitator)
1996 CAMB 605 Mammalian Differentiation and Development
Course co-director (12 classes)
1996 Mammary Development and Breast Cancer Risk
Wistar Institute Cancer Biology Training Course
1997 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Tumor Suppressor Gene Strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 The Molecular Basis of Epidemiological Observations
Center for Clinical Epidemiology Training Course

1998 Ethics in Biomedical Research (faculty facilitator)
1998 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
1998 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Tumor Suppressor Gene strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
1999 The Molecular Basis of Epidemiological Observations
Center for Clinical Epidemiology Training Course
1999 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Tumor Suppressor Gene strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Development and Cancer Susceptibility
CAMB 620 Developmental Biology
2000 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
2000 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2000 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2000 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2001 Breast Cancer Genetics and Genomics
CAMB 512 Cancer Genetics
2001 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2001 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2001 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2001 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2002 Mammary Development and Cancer: Part 1
CAMB 665 Cancer and Development
2002 Mammary Development and Cancer: Part 2
CAMB 665 Cancer and Development

2002 Mammary Development and Cancer: Part 3
CAMB 665 Cancer and Development
2002 Breast Cancer
CAMB 512 Cancer Genetics
2002 Cancer Genomics
CAMB 512 Cancer Genetics
2002 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2002 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2002 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2002 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2003 Mammary Development and Cancer: Part 1
CAMB 665 Cancer and Development
2003 Mammary Development and Cancer: Part 2
CAMB 665 Cancer and Development
2003 Mammary Development and Cancer: Part 3
CAMB 665 Cancer and Development
2004 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2004 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2004 Oncogene Addiction and Targeted Therapies
CAMB 542 Topics in Molecular Medicine
2005 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2005 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2005 CML, BCR-ABL, and the Philadelphia Chromosome
FRO 514 Frontiers in Cancer Research
2005 Kinase Inhibition: A Paradigm for Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research
2006 Breast Cancer Genetics and Genomics: Part 1
CAMB 512 Cancer Genetics
2006 Breast Cancer Genetics and Genomics: Part 2
CAMB 512 Cancer Genetics
2006 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2006 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2006 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2006 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2006 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2007 Molecular Basis of Cancer: Part 1

CAMB 610 Molecular Basis of Gene Therapy
2007 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2007 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2007 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2007 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2008 Personalized Medicine, Molecularly Targeted Therapies and Oncogene Addiction
Internal Medicine Core Clerkship
2008 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2008 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2008 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2009 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2009 Cancer: Part 1
BIO 015 Biology of Human Disease
2009 Cancer: Part 2
BIO 015 Biology of Human Disease
2009 Cancer: Part 3
BIO 015 Biology of Human Disease
2009 Cancer: Part 4
BIO 015 Biology of Human Disease
2009 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2009 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2009 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2010 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2010 Cancer: Part 1
BIO 015 Biology of Human Disease
2010 Cancer: Part 2
BIO 015 Biology of Human Disease
2010 Cancer: Part 3
BIO 015 Biology of Human Disease
2010 Cancer: Part 4
BIO 015 Biology of Human Disease
2010 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2010 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2010 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)

2010 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
BIOM 502 Mechanisms of Disease and Clinical Applications
2010 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
BIOM 502 Mechanisms of Disease and Clinical Applications
2011 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2011 Cancer: Part 1
BIO 015 Biology of Human Disease
2011 Cancer: Part 2
BIO 015 Biology of Human Disease
2011 Cancer: Part 3
BIO 015 Biology of Human Disease
2011 Cancer: Part 4
BIO 015 Biology of Human Disease
2011 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2011 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2011 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2011 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
BIOM 502 Mechanisms of Disease and Clinical Applications
2011 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
BIOM 502 Mechanisms of Disease and Clinical Applications
2012 Cancer Biology
BIO 121 Molecular Biology of Life
2012 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2012 Cancer: Part 1
BIO 015 Biology of Human Disease
2012 Cancer: Part 2
BIO 015 Biology of Human Disease
2012 Cancer: Part 3
BIO 015 Biology of Human Disease
2012 Cancer: Part 4
BIO 015 Biology of Human Disease
2012 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2012 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2012 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2013 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2013 Cancer: Part 1
BIO 015 Biology of Human Disease
2013 Cancer: Part 2
BIO 015 Biology of Human Disease
2013 Cancer: Part 3

BIO 015 Biology of Human Disease
2013 Cancer: Part 4
BIO 015 Biology of Human Disease
2013 Cancer: Part 5
BIO 015 Biology of Human Disease
2013 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2013 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2013 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2014 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2014 Cancer: Part 1
BIO 015 Biology of Human Disease
2014 Cancer: Part 2
BIO 015 Biology of Human Disease
2014 Cancer: Part 3
BIO 015 Biology of Human Disease
2014 Cancer: Part 4
BIO 015 Biology of Human Disease
2014 Cancer: Part 5
BIO 015 Biology of Human Disease
2014 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2014 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2014 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2015 Cancer Epidemiology
Mechanisms of Disease and Therapeutic Intervention
2015 Cancer: Part 1
BIO 015 Biology of Human Disease
2015 Cancer: Part 2
BIO 015 Biology of Human Disease
2015 Cancer: Part 3
BIO 015 Biology of Human Disease
2015 Cancer: Part 4
BIO 015 Biology of Human Disease
2015 Cancer: Part 5
BIO 015 Biology of Human Disease
2015 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2015 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2015 CAMB 512: Cancer Biology and Genetics
Metastasis
2016 Cancer: Part 1
BIO 015 Biology of Human Disease

2016 Cancer: Part 2
BIO 015 Biology of Human Disease
2016 Cancer: Part 3
BIO 015 Biology of Human Disease
2016 Cancer: Part 4
BIO 015 Biology of Human Disease
2016 Cancer: Part 5
BIO 015 Biology of Human Disease
2016 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2016 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2017 Cancer: Part 1
BIO 015 Biology of Human Disease
2017 Cancer: Part 2
BIO 015 Biology of Human Disease
2017 Cancer: Part 3
BIO 015 Biology of Human Disease
2017 Cancer: Part 4
BIO 015 Biology of Human Disease
2017 Cancer: Part 5
BIO 015 Biology of Human Disease
2017 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2017 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2018 CAMB 512: Cancer Biology and Genetics
Metastasis
2018 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2018 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2019 Tissue Growth and Renewal
Medical Student Core Curriculum – Module 1
2019 Cell Cycle Control
Medical Student Core Curriculum – Module 1
2019 Director, Cancer Biology Module
Medical Student Core Curriculum – Module 1
2019 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2019 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2019 Cancer Cell Hallmarks, Heterogeneity and Metastasis
Medical Student Core Curriculum – Module 1
2019 Oncogenic Signaling Pathways: RAS and PI3K
Medical Student Core Curriculum – Module 1
2019 Cancer Cell Metabolism
Medical Student Core Curriculum – Module 1
2019 Molecular Basis of Targeted Therapies

Medical Student Core Curriculum – Module 1
2019 Other Hallmarks of Cancer and Role of Stromal Cells
Medical Student Core Curriculum – Module 1
2019 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2020 Tissue Growth and Renewal
Medical Student Core Curriculum – Module 1
2020 Cell Cycle Control
Medical Student Core Curriculum – Module 1
2020 Director, Cancer Biology Module
Medical Student Core Curriculum – Module 1
2020 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2020 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2020 Cancer Cell Hallmarks, Heterogeneity and Metastasis
Medical Student Core Curriculum – Module 1
2020 Oncogenic Signaling Pathways: RAS and PI3K
Medical Student Core Curriculum – Module 1
2020 Cancer Cell Metabolism
Medical Student Core Curriculum – Module 1
2020 Molecular Basis of Targeted Therapies
Medical Student Core Curriculum – Module 1
2020 Other Hallmarks of Cancer and Role of Stromal Cells
Medical Student Core Curriculum – Module 1

Lectures by Invitation (past 9 years):

August, 2011 "Mechanisms of Breast Cancer Recurrence"
DOD Era of Hope, Orlando, FL
August, 2011 "Minimal Residual Disease and Mammary Stem Cells"
DOD Era of Hope, Orlando, FL
October, 2011 "Rewriting Cancer History"
TEDx Penn 2011, Philadelphia, PA
November, 2011 "Probing Tumor Dormancy and Recurrence"
American Physician Scientists Association 2011 Regional Meeting
Philadelphia, PA
November, 2012 "Modeling Breast Cancer Progression" Dana Farber Cancer Institute
Harvard Medical School, Boston, MA
December, 2012 "Mechanisms of Breast Cancer Dormancy and Recurrence"
San Antonio Breast Cancer Symposium, San Antonio, CA
December, 2012 "Molecular Imaging to Characterize Breast Cancer Models"
San Antonio Breast Cancer Symposium, San Antonio, CA
January, 2013 "Pathways in Tumor Dormancy and Recurrence" AACR Tumor Invasion and Metastasis Special Conference, San Diego, CA
February, 2013 "Mechanisms of Breast Cancer Recurrence" UMDNJ, Newark, NJ
March, 2013 "Mechanisms of Breast Cancer Progression" Duke University, Durham, NC

| | |
|---|---|
| March, 2013 | "Pathways in Tumor Dormancy and Recurrence" Medical University of South Carolina, Charleston, SC |
| April, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" AACR Annual Meeting, Washington, DC |
| June, 2013 | "Breast Cancer Recurrence via Escape from Par-4-dependent Multinucleation and Arrest" Mammary Gland Biology Gordon Research Conference, Stowe, VT |
| September, 2013 | "Dormant Tumor Cell Survival and Recurrence" International Symposium on Minimal Residual Disease, Paris, France |
| October, 2013 | "Mechanisms of Breast Cancer Dormancy and Recurrence" AACR Advances in Breast Cancer Research, San Diego, CA |
| October, 2013 | "Minimal Residual Disease and Breast Cancer Recurrence" Breast Cancer Research Foundation, New York, NY |
| November, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" Massachusetts General Hospital, Harvard Medical School, Boston, MA |
| December, 2013 | "Basic Science: The Year in Review" San Antonio Breast Cancer Symposium, San Antonio, CA |
| February, 2014 | "Tumor Initiating Cells and Minimal Residual Disease" Keystone Symposium on Stem Cells and Cancer, Banff, Alberta |
| June, 2014 | "Probing Tumor Dormancy and Recurrence" NCI Mouse Models for Human Cancers Consortium, Gaithersburg, MD |
| November, 2014 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" GlaxoSmithKline Delaware Valley Biology Day, Collegeville, PA |
| November, 2014 | "Tumor Dormancy and Breast Cancer Recurrence" Vanderbilt-Ingram Cancer Center, Nashville, TN |
| January, 2015 | "Tumor Dormancy and Recurrence" Breast Cancer Symposium, George Town, Cayman Islands |
| April, 2015 | "Tumor Dormancy and Recurrence" AACR Annual Meeting, Philadelphia, PA |
| August, 2015 | Keynote speaker 11th Annual Breast Cancer Research and Education Program, Baylor College of Medicine, Montgomery, TX |
| October, 2015 | "Tumor Dormancy and Recurrence" Fourth International AACR Conference on Frontiers in Basic Cancer Research, Philadelphia, PA |
| March, 2016 | "Impact of Obesity, Exercise and Caloric Restriction on Breast Cancer Recurrence in Mice" Transdisciplinary Research on Energetics and Cancer, National Cancer Institute, Rockville, MD |
| April, 2016 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" MD Anderson Cancer Center, Houston, TX |
| November, 2016 | "Breast Cancer Recurrence: When the Dragon Awakes" 2016 Jensen Symposium on Breast Cancer University of Cincinnati, Cincinnati, OH |
| June, 2017 | "Tumor Dormancy as a Window to Prevent Metastatic Recurrence" Gordon Research Conference on Mammary Gland Biology Stowe, VT |
| October, 2017 | "Tumor Dormancy and Breast Cancer Recurrence" University of Pittsburgh, Pittsburgh, PA |
| October, 2017 | "Tumor Dormancy and Breast Cancer Recurrence" Symposium on Biology of Cancer: Microenvironment and Metastasis" |

| | |
|---|---|
| | Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| October, 2017 | "Breast Cancer Recurrence: Slaying the Sleeping Dragon"<br>Carol M. Baldwin Distinguished Lecture<br>SUNY Upstate Medical University, Syracuse, NY |
| October, 2017 | "Breast Cancer Recurrence: When the Dragon Awakes"<br>Symposium on Metastatic Breast Cancer<br>Jayne Koskinas Ted Giovanis Foundation for Health and Policy<br>Bethesda, MD |
| May, 2018 | "Targeting Tumor Dormancy to Prevent Breast Cancer Recurrence"<br>11th International Symposium on Minimal Residual Cancer<br>Montpelier, France |
| November, 2018 | "Tumor Dormancy and Metastatic Breast Cancer Recurrence"<br>5th Annual Metastatic Breast Cancer Conference<br>Johns Hopkins University, Baltimore, MD |
| December, 2018 | "Tumor Dormancy and Cancer Recurrence"<br>Salk Institute Cancer Symposium<br>Salk Institute, La Jolla, CA |
| December, 2018 | "Tumor Dormancy and Late Recurrence"<br>San Antonio Breast Cancer Symposium 2018<br>San Antonio, TX |
| April, 2019 | "Therapeutic Opportunities: Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence" AACR Annual Meeting, Atlanta, GA |
| June, 2019 | "Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence: Therapeutic Opportunities" Keynote Speaker, Annual Research Symposium, Karmanos Cancer Institute, Wayne State University, Detroit, MI |
| July, 2019 | "Tumor Dormancy and Metastatic Breast Cancer Recurrence" 34th Aspen Cancer Conference, Aspen, CO |
| October, 2019 | "Tumor Cell Dormancy and Breast Cancer Recurrence" British Association for Cancer Research, Newcastle Gateshead, UK |
| January, 2020 | "Tumor Cell Dormancy, Minimal Residual Disease and Breast Cancer Recurrence", Department of Medicine, Department Pediatrics, Division of Hematology/Oncology, Herman B. Wells Center for Pediatric Research, and Simon Cancer Center, Indiana University, Indianapolis, IN |
| January, 2020 | "When the Dragon Awakes: Preventing Breast Cancer Recurrence" Grand Rounds, Simon Cancer Center, Indiana University, Indianapolis, IN |
| March, 2020 | "Minimal Residual Disease and Breast Cancer Recurrence" Cold Spring Harbor Laboratory, Cold Spring Harbor, NY [cancelled due to COVID-19] |
| July, 2020 | "Detecting and Targeting Dormant Tumor Cells to Prevent Death from Recurrent Cancer" Emerson Collective Virtual Symposium |
| October, 2020 | "Changing the Paradigm to Prevent Breast Cancer Recurrence" Yale Alumni Health Network Virtual Symposium |
| December, 2020 | "Dormancy" San Antonio Breast Cancer Symposium<br>Educational Session |

Organizing Roles in Scientific Meetings:

| | |
|---|---|
| April, 2001 | Co-Chair, NCI Workshop on BRCA1 Function<br>National Cancer Institute, Bethesda, MD |
| October, 2003 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research, Huntington Beach, CA |
| June, 2004 | Chair, Scientific Symposium: "Preclinical Models and Molecular Therapeutics in Cancer" - 2004 ASCO Annual Meeting, New Orleans, LA |
| April, 2005 | "Stem Cells, Metastasis, and Residual Disease: Integrating New Findings in Breast Cancer Research" - Symposium Co-Chair, AACR 96th Annual Meeting, Anaheim, CA |
| September, 2005 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, La Jolla, CA |
| April, 2006 | Program Committee, Chair: Animal Models Subsection<br>AACR 97th Annual Meeting, Washington, DC |
| October, 2007 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| December, 2008 | SABCS Program Planning Committee, 2008 AACR-CRTC San Antonio Breast Cancer Meeting |
| October, 2009 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| November, 2012 | NCI Breast Cancer Models Summit, University of Pennsylvania, Philadelphia, PA |

Bibliography:

Research Publications, peer reviewed (print or other media):

Smith BL, Anisowicz A, Chodosh LA and Sager R. DNA transfer of focus- and tumor-forming ability into non-tumorigenic CHEF cells. *Proceedings of the National Academy of Sciences, USA* 79:1964-1968, 1982.

Carthew RW, Chodosh LA and Sharp PA. An RNA polymerase II transcription factor binds to an upstream element in the adenovirus major late promoter. *Cell* 43:439-448, 1985.

Chodosh LA, Carthew RW and Sharp PA. A single polypeptide possesses the binding and transcription activities of the adenovirus major late transcription factor. *Molecular and Cellular Biology* 6:4723-4733, 1986.

Chodosh LA, Carthew RW, Morgan JG, Crabtree GR and Sharp PA. The adenovirus major late transcription factor activates the rat γ-fibrinogen promoter. *Science* 238:684-688, 1987.

Carthew RW, Chodosh LA and Sharp PA. The major late transcription factor binds to and activates the mouse metallothionein I promoter. *Genes and Development* 1:973-980, 1987.

Chodosh LA, Baldwin AS, Carthew RW and Sharp PA. Human CCAAT-binding proteins have heterologous subunits. *Cell* 53:11-24, 1988.

Chodosh LA, Olesen J, Hahn S, Baldwin AS, Guarente L and Sharp PA. A yeast and a human CCAAT-binding protein have heterologous subunits that are functionally interchangeable. *Cell* 53:25-35, 1988.

Morgan JG, Courtois G, Fourel G, Chodosh LA, Cambell L, Evans E and Crabtree GR. SP1, a CAAT-binding factor and the adenovirus major late transcription factor interact with functional regions of the γ-fibrinogen promoter. *Molecular and Cellular Biology* 8:2628-2637, 1988.

Chodosh LA, Buratowski S and Sharp PA. A yeast protein possesses the DNA-binding properties of the adenovirus major late transcription factor. *Molecular and Cellular Biology* 9:820-822, 1989.

Chodosh LA, Fire A, Samuels M and Sharp PA. DRB inhibits elongation of transcription by RNA polymerase II in vitro. *Journal of Biological Chemistry* 264:2250-2257, 1989.

Chodosh LA, Lifson LE and Tabin C. On catching a ball skillfully. *Science*, 268:1682-1683, 1995.

Marquis ST, Rajan JV, Wynshaw-Boris A, Xu J, Yin G, Abel KJ, Weber BL and Chodosh LA. The developmental pattern of *Brca1* expression implies a role in differentiation of the breast and other tissues. *Nature Genetics* 11:17-26, 1995.

Rajan JV. Wang M, Marquis ST and Chodosh LA. *Brca2* is coordinately regulated with *Brca1* during proliferation and differentiation in mammary epithelial cells. *Proceedings of the National Academy of Sciences, USA* 93:13078-13083, 1996.

Rajan JV, Marquis ST, Gardner HP and Chodosh LA. Developmental expression of *Brca2* colocalizes with *Brca1* and is associated with proliferation and differentiation in multiple tissues. *Developmental Biology* 184:385-401, 1997.

Deckard-Janatpour K, Muller WJ, Chodosh LA, Gardner HP, Marquis ST, Coffey R and Cardiff RD. Differential expression of the *neu* transgene in murine mammary tissues. *International Journal of Oncology* 11:235-241, 1997.

Radice GL, Ferreira-Cornwell C, Robinson SD, Rayburn H, Chodosh LA, Takeichi M and Hynes RO. Precocious mammary gland development in P-cadherin-deficient mice. *Journal of Cell Biology* 139:1025-1032, 1997.

Jensen DE, Proctor M, Marquis ST, Gardner HP, Ha SI, Chodosh LA, Ishov AM, Tommerup N, Vissing H, Sekido Y, Minna J, Borodovsky A, Schultz DC, Wilkinson KD, Maul GG, Barlev N, Berger SL, Prendergast G and Rauscher FJ III. BAP1: A novel ubiquitin hydrolase which binds to the BRCA1 RING finger and enhances BRCA1-mediated tumor suppression. *Oncogene* 16:1097-1112, 1998.

Stairs DB, Gardner HP, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA and Chodosh LA. Cloning and characterization of *Krct*, a member of a novel subfamily of serine/threonine kinases. *Human Molecular Genetics* 7:2157-2166, 1998.

Chodosh LA, D'Cruz CM, Gardner HP, Ha SI, Marquis ST, Rajan JV, Stairs DB, Wang JY and Wang M. Mammary gland development, reproductive history and breast cancer risk. *Cancer Research* 59:1765s-1772s, 1999.

Gardner HP, Wertheim GB, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA. Cloning and characterization of *Hunk,* a novel mammalian SNF1-related protein kinase. *Genomics* 63:46-59, 2000.

Gardner HP, Rajan JV, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA. Cloning, characterization, and chromosomal localization of *Pnck*, a calcium/calmodulin-dependent protein kinase. *Genomics* 63:279-288, 2000.

Chodosh LA*, Gardner HP, Rajan JV, Stairs DB, Marquis ST and Leder P. Protein kinase expression during murine mammary gland development. *Developmental Biology,* 219:259-276, 2000. (* corresponding author)

Gardner HP, Belka GK, Wertheim GBW, Hartman JL, Ha SI, Gimotty PA, Marquis ST and Chodosh LA. Developmental role of the SNF1-related kinase Hunk in pregnancy-induced changes in the mammary gland. *Development* 127:4493-4509, 2000.

Gardner HP, Ha SI, Reynolds C and Chodosh LA. The CaM kinase, *Pnck*, is spatially and temporally regulated during murine mammary gland development and may identify an epithelial cell subtype involved in breast cancer. *Cancer Research*, 60:5571-5577, 2000.

D'Cruz CM, Gunther EJ, Hartman J, Sintasath L, Moody SE, Boxer RB, Cox JD, Ha SI, Belka GK, Golant A, Cardiff RD and Chodosh LA. MYC induces mammary tumorigenesis by means of a preferred pathway involving spontaneous *Kras2* mutations. *Nature Medicine*, 7:235-239, 2001.

Huber LJ, Yang TW, Sarkisian CJ, Master SR, Deng CX and Chodosh LA. Impaired DNA damage response in cells expressing a naturally occurring murine Brca1 variant lacking exon 11. *Molecular & Cellular Biology*, 21:4005-4015, 2001.

Unger MA, Rishi M, Clemmer VB, Hartman JL, Keiper EA, Greshock JD, Chodosh LA, Liebman M and Weber BL. Characterization of adjacent breast tumors using oligonucleotide microarrays. *Breast Cancer Research*, 3:336-341, 2001.

Sarkisian CJ, Master SR, Huber LJ, Ha SI and Chodosh LA. Analysis of murine Brca2 reveals conservation of protein-protein interactions but differences in nuclear localization signals. *Journal of Biological Chemistry*, 276:37640-37648, 2001.

Gunther EJ, Belka GK, Wertheim GBW, Wang JY, Hartman JL, Boxer RB and Chodosh LA. A novel doxycycline-inducible system for the transgenic analysis of mammary gland biology. *FASEB Journal*, 16:283-292, 2002.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ. Gene expression profiling of HeLa cells in G1 or G2 phases. *Oncogene*, 21:1934-1942, 2002.

Master SR, Hartman JL, D'Cruz CM, Moody SE, Keiper EA, Ha SI, Belka GK and Chodosh LA. Functional microarray analysis of mammary development reveals a novel role in adaptive thermogenesis. *Molecular Endocrinology*, 16:1185-1203, 2002.

Mullen AC, Hutchins AS, High FA, Lee HW, Sykes KJ, Chodosh LA and Reiner SL. Hlx is induced by and genetically interacts with T-bet to promote heritable $T_H1$ gene induction. *Nature Immunology*, 3:652-658, 2002.

Li C, Fox CJ, Master SR, Bindokas VP, Chodosh LA and Thompson CB. Bcl-$X_L$ affects $Ca^{2+}$ homeostasis by altering expression of inositol 1,4,5-triphosphate receptors. *Proceeding of the National Academy of Sciences, USA*, 99:9380-9385, 2002.

D'Cruz CM, Moody SE, Master SR, Hartman JL, Keiper EA, Imielinski MB, Cox JD, Wang JY, Ha SI, Keister BA and Chodosh LA. Persistent parity-induced changes in growth factors, TGF-ß3, and differentiation in the rodent mammary gland. *Molecular Endocrinology*, 16:2034-2051, 2002.

Moody SE, Sarkisian CJ, Hahn KT, Gunther EJ, Pickup S, Dugan KD, Innocent N, Cardiff RD, Schnall MD and Chodosh LA. Conditional activation of Neu in the mammary epithelium of transgenic mice results in reversible pulmonary metastasis. *Cancer Cell*, 2:451-461, 2002.

Carmody RJ, Hilliard B, Maguschak K, Chodosh LA and Chen YH. Genomic scale profiling of autoimmune inflammation in the central nervous system: The nervous response to inflammation. *Journal of Neuroimmunology*, 133:95-107, 2002.

Gunther EJ, Moody SE, Belka GK, Hahn KT, Innocent N, Dugan KD, Cardiff RD and Chodosh LA. Impact of *p53* loss on reversal and recurrence of

Contains Confidential Information – Subject to Protective Order
Case 9:20-md-02924-RLR Document 6164-1 Entered on FLSD Docket 12/30/2022 Page 383 of 2195


conditional Wnt-induced tumorigenesis. *Genes & Development*, 17:488-501, 2003.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ. Gene expression profile of human cells irradiated in G1 and G2 phases of the cell cycle. *Cancer Letters* 195:221-233, 2003.

Rylski M, Welch JJ, Chen YY, Letting DL, Diehl JA, Chodosh LA, Blobel GA and Weiss MJ. GATA-1-mediated proliferation arrest during erythroid maturation. *Molecular & Cellular Biology*, 23:5031-5042, 2003.

Sax JK, Stoddard A, Murphy ME, Chodosh LA and El-Deiry WS. Microarray expression profiling of p53-dependent transcriptional changes in an immortalized mouse embryo fibroblast cell line. *Cancer Biology & Therapy*. 2:416-430, 2003.

Fox CJ, Hammerman PS, Master SR, Chodosh LA and Thompson CB. The serine/threonine kinase PIM-2 is a transcriptionally-regulated apoptotic inhibitor. *Genes & Development*, 17:1841-1854, 2003.

Hu CJ, Wang LY, Chodosh LA, Keith B and Simon MC. Differential roles of HIF–1α and HIF–2α in hypoxic gene regulation. *Molecular & Cellular Biology*, 23:9361-9374, 2003.

Xu H, Lee SJ, Suzuki E, Dugan KD, Stoddard A, Li HS, Chodosh LA and Montell C. A lysosomal tetraspanin associated with retinal degeneration identified via a genome-wide screen. *EMBO J.*, 23:811-822, 2004.

Wang JW, Gamsby JJ, Highfill SL Mora LB, Bloom GC, Yeatman TJ, Pan TC, Ramne AL, Chodosh LA, Cress WD, Chen J and Kerr WG. Deregulated expression of LRBA facilitates cancer cell growth. *Oncogene,* 23:4089-97, 2004.

Welch JJ, Watts JA, Vakoc CR, Yao Y, Wang H, Hardison RC, Blobel GA, Chodosh LA and Weiss MJ. Global regulation of erythroid gene expression by transcription factor GATA-1. *Blood,* 104:3136-3147, 2004.

Kim SS, Cao L, Li C, Xu X, Huber LJ, Chodosh LA and Deng CX. Uterus hyperplasia and increased carcinogen induced tumorigenesis in mice carrying targeted mutation of Chk2 phosphorylation site in Brca1. *Molecular & Cellular Biology*, 24:9498-9507, 2004.

Sgagias MK, Wagner KU, Hamik B, Stoeger S, Spieker R, Huber LJ, Chodosh LA and Cowan KH. Brca1-deficient murine mammary epithelial cells have increased sensitivity to CDDP and MMS. *Cell Cycle*. 2004.

Boxer RB, Jang JW, Sintasath L and Chodosh LA. Lack of sustained regression of c–MYC-induced mammary adenocarcinomas following brief or prolonged MYC inactivation. *Cancer Cell*, 6:577-586, 2004.

Muraoka RS, Kurokawa H, Koh Y, Forbes JT, Roebuck LR, Barcellos-Hoff MH, Moody SE, Chodosh LA and Arteaga CL. Conditional overexpression of active transforming growth factor ß1 in vivo accelerates metastases of transgenic mammary tumors. *Cancer Research*, 64:9002-9011, 2004.

Frech MS, Halama ED, Tilli MT, Sing B, Gunther EJ, Chodosh LA, Flaws JA and Furth PA. Deregulated Estrogen Receptor alpha expression in mammary epithelial cells of transgenic mide results in the development of ductal carcinoma in situ. Cancer Research 65:681-685, 2005.

Master SR, Stoddard AJ, Bailey LC, Pan TC, Dugan KD and Chodosh LA. Genomic analysis of early murine mammary gland development using novel probe-level algorithms. *Genome Biology*, 6, 2005.

Blakely CM, Sintasath L, D'Cruz CM, Master SR, Hahn KT, Belka GK and Chodosh LA. Developmental stage determines the effects of c-MYC in the mammary epithelium. *Development*, 1132:1147-1160, 2005.

Huber LJ and Chodosh LA. Dynamics of DNA repair suggested by the subcellular localization of Brca1 and Brca2 proteins. *Journal of Cellular Biochemistry*, 96:47-55, 2005.

Moody SE, Perez D, Pan TC, Sarkisian CJ, Portocarrero C, Sterner CJ, Notorfrancesco K, Cardiff RD and Chodosh LA. The transcriptional repressor, Snail, promotes mammary tumor recurrence. *Cancer Cell* 8:197-209, 2005.

Stairs DB, Notarfrancesco KL and Chodosh LA. The serine/threonine kinase, Krct, affects endbud morphogenesis during murine mammary gland development. *Transgenic Research* 14:919-940, 2005.

Ponomareva ON, Ma H, Vock VM, Ellerton EL, Moody SE, Dakour R, Chodosh LA and Rimer M. Defective neuromuscular synaptogenesis in mice expressing constitutively active ErbB2 in skeletal muscle fibers. *Mol Cell Neurosci*, 31:334-345, 2005.

Hu CJ, Iyer S, Sataur A, Covello KL, Chodosh LA and Simon MC. Differential regulation of the transcriptional activities of Hypoxia-inducible Factor 1 Alpha (HIF-1α) and HIF-2α in stem cells. *Molecular and Cellular Biology* 26:3514-3526, 2006.

Wang X, Bo J, Bridges T, Dugan KD, Pan TC, Chodosh LA and Montell DJ. Analysis of cell migration using whole-genome expression profiling of

migratory cells in the Drosophila ovary. *Developmental Cell* 10:483-495, 2006.

Vargo-Gogola T, Heckman BM, Gunther EJ, Chodosh LA and Rosen JM. P190-B RhoGAP overexpression disrupts ductal morphogenesis and induces hyperplastic lesions in the developing mammary gland. *Molecular Endocrinology*, 20:1391-1405, 2006.

Blakely CM, Stoddard AJ, Belka GK, Dugan KD, Notarfrancesco KL, Moody SE, D'Cruz CM and Chodosh LA. Hormone-induced protection against mammary tumorigenesis is conserved in multiple rat strains and identifies a core gene expression signature induced by pregnancy. *Cancer Research*, 66:6421-6431, 2006.

Shen Q, Zhang Y, Uray IP, Hill JL, Kim HT, Lu C, Young MR, Gunther EJ, Hilsenbeck SG, Chodosh LA, Colburn NH and Brown PH. The AP-1 transcription factor regulates postnatal mammary gland development. *Developmental Biology*, 295:589-603, 2006.

Hayworth CR, Moody SE, Chodosh LA, Krieg P, Rimer M and Thompson WJ. Induction of neuregulin signaling in mouse Schwann cells in vivo mimics responses to denervation. *Journal of Neuorscience*, 26:6873-6884, 2006.

Wang M, Master SR and Chodosh LA. Computational expression deconvolution in a complex mammalian organ. *BMC Bioinformatics*, 7:328-341, 2006.

Jang JW, Boxer RB and Chodosh LA. Isoform-specific Ras Activation and Oncogene Dependence in MYC and Wnt-induced Mammary Tumorigenesis. *Molecular and Cellular Biology*, 26:8109-8121, 2006.

Sutherland KD, Vaillant F, Alexander WS, Wintermantel TM, Forrest NC, Holroyd SL, McManus EJ, Schutz G, Watson CJ, Chodosh LA, Lindeman GJ and Visvader JE. c-myc as a mediator of accelerated apoptosis and involution in mammary glands lacking Socs3. *EMBO J.*, 25:5805-5815, 2006.

Boxer RB, Stairs DB, Dugan KD, Notarfrancesco KL, Portacarrero CP, Keister BA, Belka GK, Cho H, Rathmell J, Thompson CB, Birnbaum MJ and Chodosh LA. Isoform-specific requirement for Akt1 in the developmental regulation of cellular metabolism during lactation. *Cell Metabolism*, 4:475-490, 2006.

Jones RA, Campbell CI, Gunther EJ, Chodosh LA, Petrik JJ, Khokha R and Moorehead RA. Transgenic overexpression of IGF-IR disrupts mammary ductal morphogenesis and induces tumor formation. *Oncogene,* 26:1636-1644, 2007.

Sarkisian CJ, Keister BA, Stairs DB, Boxer RB, Moody SE and Chodosh LA. Dose-dependent oncogene-induced senescence *in vivo* and its evasion during mammary tumorigenesis. *Nature Cell Biology*, 9:493-505, 2007.

Cowling WH, D'Cruz CM, Chodosh LA and Cole MD. c-Myc transforms mammary epithelial cells through repression of the Wnt inhibitors DKK1 and SFRP1. *Molecular and Cellular Biology*, 27:5135-5146, 2007.

Whiteaker JR, Zhand H, Zhao L, Wang P, Kelly-Spratt KS, Ivey R, Piening BD, Feng LC, Kasarda E, Gurley KE, Eng JK, Chodosh LA, Kemp CJ, McIntosh MW and Paulovich AG. Integrated pipeline for mass spectrometry-based discovery and confirmation of biomarkers demonstrated in a mouse model of breast cancer. *Journal of Proteome Research*, 6:3962-3975, 2007

Debies MT, Gestl SA, Mathers JL, Mikse O, Leonard TL, Moody SE, Chodosh LA, Cardiff RD and Gunther EJ. Tumor escape in a Wnt1-dependent mouse breast cancer model is enabled by p19Arf/p53 pathway lesions but not p16 Ink4a loss. *Journal of Clinical Investigation*, 118:51-63, 2008.

Orwig KE, Ryu BY, Master S, Phillips BT, Mack M, Avarbock MR, Chodosh LA and Brinster RL. Genes involved in post-transcriptional regulation are overrepresented in stem/progenitor spermatogonia of cryptorchid mouse testes. *Stem Cells*, 26:927-938, 2008.

Oakes SR, Naylor MJ, Asselin-Labat ML, Blazek DK, Gardiner-Garden M, Hilton HN, Kazlauskas M, Pritchard MA, Chodosh LA, Pfeffer PL, Lindeman GJ, Visvader JE and Ormandy CJ. The Ets transcription factor Elf5 specifies alveolar cell fate. *Genes & Development*, 22:581-586, 2008.

Liu Z, Wang M, Alvarez JV, Bonney ME, Chen CC, D'Cruz C, Pan TC, Tadesse MG and Chodosh LA. Singular value decomposition-based regression identifies activation of endogenous signaling pathways in vivo. *Genome Biology*, 9:R180, 2008.

Shen Q, Uray IP, Li Y, Zhang Y, Hill J, Xu XC, Young MR, Gunther EJ, Hilsenbeck SG, Colburn NH, Chodosh LA and Brown PH. Targeting the activator protein 1 transcription factor for the prevention of estrogen receptor-negative mammary tumors. *Cancer Prev Res* 1:45-55, 2008.

Fiore F, Estebe B, Gibier P, Orsoni JC, Courbard JR, Chodosh LA, Birnbaum D and Delapeyrière O. Abnormal Mammary Gland Development in MMTV-CBLC Transgenic Mouse. *In Vivo* 23:225-228, 2009.

Muraoka-Cook RS, Sandahl MA, Strunk KE, Miraglia LC, Husted C, Hunter DM, Elenius K, Chodosh LA and Earp HS 3rd. ErbB4 splice variants Cyt1 and Cyt2 differ by sixteen amino acids and exert opposing effects on the mammary epithelium in vivo. *Molecular & Cellular Biology*, 18:4935-4848, 2009.

McCoy EL, Iwanaga R, Jedlicka P, Abbey NS, Chodosh LA, Heichman KA, Welm AL and Ford HL. Six1 expands the mammary stem/progenitor cell pool and

induces mammary tumors that undergo EMT. *Journal of Clinical Investigation*, 119:2663-2677, 2009.

Castilho RM, Squarize CH, Chodosh LA, Williams BO and Gutkind JS. mTOR mediates Wnt-induced epidermal stem cell exhaustion and aging. *Cell Stem Cell*, 5:279-289, 2009.

Wertheim GBW, Yang TW, Pan TC, Ramne A, Liu Z, Gardner HP, Dugan KD, Kristel P, Kreike B, Vijver MJ, Cardiff RD and Chodosh LA. The Snf1-related kinase, Hunk, is essential for mammary tumor metastasis. *Proceedings of the National Academy of Sciences USA*, 106:15855-60, 2009.

Hens J, Dann P, Hiremath M, Pan TC, Chodosh L and Wysolmerski J. Analysis of gene expression in PTHrP-/- mammary buds supports a role for BMP signaling and MMP2 in the initiation of ductal morphogenesis. *Developmental Dynamics*, 238:2713-2724, 2009.

Connelly L, Barham W, Pigg R, Saint-Jean L, Sherrill T, Cheng D-S, Chodosh LA, Blackwell TS and Yull FE. Activation of nuclear factor-kappa B in mammary epithelium promotes milk loss during mammary development and infection. *Journal of Cell Physiology*, 222:73-81, 2010.

Zeng X, Shaikh FY, Harrison MK, Adon AM, Trimboli AJ, Carroll KA, Sharma N, Timmers C, Chodosh LA, Leone G and Saavedra HI. The Ras oncogene signals centrosome amplification in mammary epithelial cells through cyclin D1/Cdk4 and Nek2. *Oncogene,* 29:5103-5112, 2010.

Mazumdar J, Hickey MM, Pant DK, Durham AC, Sweet-Cordero A, Vachani A, Jacks T, Chodosh LA, Kissil JL, Simon MC and Keith B. HIF-2{alpha} deletion promotes Kras-driven lung tumor development. *Proceedings of the National Academy of Sciences USA*, 107:14182-87, 2010.

Chen CC, Boxer RB, Stairs DB, Portocarrero CP, Horton RH, Alvarez JV, Birnbaum MJ and Chodosh LA. Akt is required for Stat5 activation and mammary differentiation. *Breast Cancer Research,* 12:R72, 2010.

McHenry PR, Sears JC, Herrick MP, Chang P, Heckman-Stoddard BM, Rybarczyk M, Chodosh LA, Gunther EJ, Hilsenbeck SG, Rosen JM and Vargo-Gogola T. P190B RhoGAP has pro-tumorigenic functions during MMTV-Neu mammary tumorigenesis and metastasis. *Breast Cancer Research*, 12:R73, 2010.

Connelly L, Barham W, Onishko HM, Sherrill T, Chodosh LA, Blackwell TS and Yull FE. Inhibition of NF-kappa B activity in mammary epithelium increases tumor latency and decreases tumor burden. *Oncogene*, 30:1402-1412, 2011.

Contains Confidential Information – Subject to Protective Order


Schoenherr R, Kelly-Spratt K, Lin C, Whiteaker J, Liu T, Holzman T, Coleman I, Feng LC, Lorentzen T, Krasnoselsky A, Wang P, Liu Y, Gurley K, Amon L, Schepmoes A, Moore R, Camp D, Chodosh L, Smith R, Nelson P, McIntosh M, Kemp C and Paulovich A. Proteome and transcriptome profiles of a Her2/Neu-driven mouse model of breast cancer. *Proteomics Clin Appl*, 5:179-188, 2011.

Brown RL, Reinke L, Damerow M, Perez D, Chodosh LA, Yang J and Cheng C. CD44 splice isoform switching is essential for epithelial-mesenchymal transition and breast cancer progression. *Journal of Clinical Investigation*, 121:1064-1074, 2011.

Yeh, ES, Yang TW, Jung JJ, Gardner HP, Cardiff RD and Chodosh LA. Hunk is required for HER2/neu-induced mammary tumorigenesis. *Journal of Clinical Investigation*, 121:866-879, 2011.

Pitteri SJ, Kelly-Spratt KS, Gurley KE, Kennedy J, Busald Buson T, Chin A, Wang H, Zhang Q, Wong CH, Chodosh LA, Nelson PS, Hanash SM and Kemp CJ. Tumor microenvironment-derived proteins dominate the plasma proteome response during breast cancer induction and progression. *Cancer Research*, 71:5090-5100, 2011.

Whiteaker JR, Lin C, Kennedy J, Hou L, Trute M, Sokal I, Yan P, Schoenherr RM, Zhao L, Voytovich UJ, Kelly-Spratt KS, Krasnoselsky A, Gafken PR, Hogan JM, Jones LA, Wang P, Amon L, Chodosh LA, Nelson PS, McIntosh MW, Kemp CJ and Paulovich AG. A targeted proteomics-based pipeline for verification of biomarkers in plasma. *Nature Biotechnology*, 29:625-34, 2011.

Yori JL, Seachrist DD, Johnson E, Lozada KL, Abdul-Karim FW, Chodosh LA, Schiemann WP and Keri RA. Krüppel-like Factor 4 Inhibits Tumorigenic Progression and Metastasis in a Mouse Model of Breast Cancer. *Neoplasia*, 13:601-10, 2011.

Markosyan N, Chen E, Ndong V, Yao Y, Sterner CJ, Chodosh LA, Lawson JA, Fitzgerald GA and Smyth EM. Deletion of cyclooxygenase 2 in mouse mammary epithelial cells delays breast cancer onset through augmentation of type 1 immune responses in tumors. *Carcinogenesis*, 32:1441-1449 2011.

Lieberman BP, Ploessl K, Wang L, Qu W, Zha Z, Wise DR, Seidel H, Belka G, Chodosh LA, Thompson CB and Kung HF. PET imaging of glutaminolysis in tumors by [18F]*(2S,4R)*4-fluoro-glutamine. *Journal of Nuclear Medicine*, 52:1947-1955, 2011.

Zhang XY, Pfeiffer HK, Mellert HS, Stanek TJ, Sussman RT, Kumari A, Yu D, Rigoutsos I, Thomas-Tikhonenko A, Seidel HE, Chodosh LA, Packham G, Baserga R and McMahon SB. Inhibition of the single downstream target

BAG1 activates the latent apoptotic potential of MYC. *Molecular and Cellular Biology*, 31:5037-5045, 2011

Qu W, Oya S, Lieberman BP, Ploessl K, Wang L, Wise DR, Divgi CR, Chodosh L, Thompson CB and Kung HF. Preparation and characterization of L-[5-11C]-Glutamine for metabolic imaging of tumors. *Journal of Nuclear Medicine,* 53:98-105, 2012.

Magnitsky S, Belka GK, Sterner C, Pickup S, Chodosh LA and Glickson JD. Lactate detection in inducible and orthotopic Her2/neu mammary gland tumours in mouse models. *NMR in Biomedicine,* 26:35-42, 2012.

Chen CC, Stairs DB, Boxer RB, Belka GK, Horseman ND, Alvarez JV and Chodosh LA. Autocrine prolactin induced by the Pten-Akt pathway is required for lactation initiation and provides a direct link between the Akt and Stat5 pathways. *Genes & Development*, 26:2154-2168, 2012.

Chitnis NS, Pytel D, Bobrovnikova-Marjon E, Pant D, Zheng H, Maas NL, Frederick B, Kushner JA, Chodosh LA, Koumenis C, Fuchs SY and Diehl JA. miR-211 is a prosurvival microRNA that regulates chop expression in a PERK-dependent manner. *Molecular Cell,* 48:353-364, 2012.

Theil AT, Feng Z, Pant DK, Chodosh LA and Hua X. The trithorax protein partner menin acts in tandem with EZH2 to suppress C/EBPα and differentiation in MLL-AF9 leukemia. *Haematologica*, 98:918-27, 2013.

Li LZ, Kadlececk S, Xu HN, Daye D, Pullinger B, Profka H, Chodosh LA and Rizi R. Ratiometric analysis in hyperpolarized NMR (I): test of the two-site exchange model and the quantification of reaction rate constants. *NMR in Biomedicine,* 26:1308-1320, 2013.

Patterson RE, Colditz GA, Hu FB, Schmitz KH, Ahima RS, Brownson RC, Carson KR, Chavarro JE, Chodosh LA, Gehlert S, Gill J, Glanz K, Haire-Joshu D, Herbst KL, Hoehner CM, Hovmand PS, Irwin ML, Jacobs LA, James AS, Jones LW, Kerr J, Kibel AS, King IB, Ligibel JA, Meyerhardt JA, Natarajan L, Neuhouser ML, Olefsky JM, Proctor EK, Redline S, Rock CL, Rosner B, Sarwer DB, Schwartz JS, Sears DD, Sesso HD, Stampfer MJ, Subramanian SV, Taveras EM, Tchou J, Thompson B, Troxel AB, Wessling-Resnick M, Wolin KY, Thornquist MD. The 2011-2016 Transdisciplinary Research on Energetics and Cancer (TREC) initiative: rationale and design. *Cancer Causes Control*, 4:695-704, 2013.

Yeh ES, Belka GK, Vernon AE, Chen CC, Jung JJ and Chodosh LA. Hunk negatively regulates c-myc to promote Akt-mediated cell survival and mammary tumorigenesis induced by loss of Pten. *Proceedings of the National Academy of Sciences USA,* 110:6103-6108, 2013.

Bean GR, Ganesan YT, Dong Y, Takeda S, Liu H, Chan PM, Huang Y, Chodosh LA, Zambetti GP, Hsieh JJ and Cheng EH. PUMA and BIM are required for

oncogene inactivation-induced apoptosis. *Science Signaling,* 6:ra20, 2013.

Alvarez JV, Pan TC, Ruth J, Feng Y, Zhou AY, Pant D, Grimley JS, Wandless TJ, DeMichele A, I-SPY 1 Trial Investigators and Chodosh LA. Par-4 down-regulation promotes breast cancer recurrence by preventing multinucleation following targeted therapy. *Cancer Cell*, 24:30-44, 2013.

Rao T, Ranger JJ, Smith HW, Lam SH, Chodosh L and Muller WJ. Inducible and coupled expression of the polyomavirus middle T antigen and Cre recombinase in transgenic mice: an in vivo model for synthetic viability in mammary tumour progression. *Breast Cancer Research* 16:R11, 2014.

Searleman AC, Iliuk AB, Collier TS, Chodosh LA, Tao WA and Bose R. Tissue phosphoproteomics with PolyMAC identifies potential therapeutic targets in a transgenic mouse model of HER2 positive breast cancer. *Electrophoresis* 2014.

Lee JV, Carrer A, Shah S, Snyder NW, Wei S, Venneti S, Worth AJ, Yuan ZF, Lim HW, Liu S, Jackson E, Aiello NM, Haas NB, Rebbeck TR, Judkins A, Won KJ, Chodosh LA, Garcia BA, Stanger BZ, Feldman MD, Blair IA and Wellen KE. Akt-dependent metabolic reprogramming regulates tumor cell histone acetylation. *Cell Metabolism* 20:306-319, 2014.

Feng Y, Pan TC, Chakrabarti KR, Perez D, Pant D and Chodosh LA. SPSB1 promotes breast cancer recurrence by potentiating c-MET signaling. *Cancer Discovery* 4:790-803, 2014.

Payne AW, Pant DK, Pan TC and Chodosh LA. Ceramide kinase promotes tumor cell survival and mammary tumor recurrence. *Can Res* 74:6352-6363, 2014.

Alvarez JV, Belka GK, Pan TC, Chen CC, Blankemeyer E, Alavi A, Karp JS and Chodosh LA. Oncogene pathway activation in mammary tumors dictates FDG-PET uptake. *Cancer Research* 74:7583-98, 2014.

Abravanel DL, Belka GK, Pan TC, Pant DK, Collins MA, Sterner CJ and Chodosh LA. Notch promotes recurrence of dormant tumor cells following HER2/neu-targeted therapy. *Journal of Clinical Investigation* 125:2484-2496, 2015.

Boulay PL, Mitchell L, Turpin J, Huot-Marchand JÉ, Lavoie C, Sanguin-Gendreau V, Jones L, Mitra S, Livingstone JM, Campbell S, Hallett M, Mills GB, Park M, Chodosh L, Strathdee D, Norman JC and Muller WJ. Rab11-FIP1C Is a Critical Negative Regulator in ErbB2-Mediated Mammary Tumor Progression. *Cancer Research* 76:2662-2674, 2016.

Turpin J, Ling C, Crosby EJ, Hartman ZC, Simond AM, Chodosh LA, Rennhack JP, Andrechek ER, Ozcelik J, Hallett M, Mills GB, Cardiff RD, Gray JW, Griffith OL and Muller WJ. The ErbB2ΔEx16 splice variant is a major

Contains Confidential Information – Subject to Protective Order




oncogenic driver in breast cancer that promotes a pro-metastatic tumor microenvironment. *Oncogene* 35:6053-6064, 2016.

Oran AR, Adams CM, Zhang XY, Gennaro VJ, Pfeiffer HK, Mellert HS, Seidel HE, Mascioli K, Kaplan J, Gaballa MR, Shen C, Rigoutsos I, King MP, Cotney JL, Arnold JJ, Sharma SD, Martinez-Outschoorn UE, Vakoc CR, Chodosh LA, Thompson JE, Bradner JE, Cameron CE, Shadel GS, Eischen CM, McMahon SB. Multi-focal control of mitochondrial gene expression by oncogenic MYC provides potential therapeutic targets in cancer. *Oncotarget* 7:72395-72414, 2016.

Yee SS, Lieberman DB, Blanchard T, Rader J, Zhao J, Troxel AB, DeSloover D, Fox AJ, Daber RD, Kakrecha B, Sukhadia S, Belka GK, DeMichele AM, Chodosh LA, Morrissette JJ, Carpenter EL. A novel approach for next-generation sequencing of circulating tumor cells. *Mol Genet Genomic Med* 4:395-406, 2016.

Maxwell KN, Soucier-Ernst D, Tahirovic E, Troxel AB, Clark C, Feldman M, Colameco C, Kakrecha B, Langer M, Lieberman D, Morrissette JJD, Paul MR, Pan TC, Yee S, Shih N, Carpenter E, Chodosh LA, DeMichele A. Comparative clinical utility of tumor genomic testing and cell-free DNA in metastatic breast cancer. *Breast Cancer Res Treat* 164:627-638, 2017.

Winkels RM, Sturgeon KM, Kallan MJ, Dean LT, Zhang Z, Evangelisti M, Brown JC, Sarwer DB, Troxel AB, Denlinger C, Laudermilk M, Fornash A, DeMichele A, Chodosh LA and Schmitz KH. The women in steady exercise research (WISER) survivor trial: The innovative transdisciplinary design of a randomized controlled trial of exercise and weight-loss interventions among breast cancer survivors with lymphedema. *Contemp Clin Trials* 61:63-72, 2017.

Sreekumar A, Toneff MJ, Toh E, Roarty K, Creighton CJ, Belka GK, Lee DK, Xu J, Chodosh LA, Richards JS and Rosen JM. Wnt-mediated regulation of FOXO1 constitutes a critical axis maintain pubertal mammary stem cell homeostasis. *Developmental Cell* 43:436-448, 2017.

Gatelli A, Gardia Sola ME, Roloff TC, Cardiff RD, Kordon EC, Chodosh LA and Hynes NE. Chronic expression of wild-type Ret receptor in the mammary gland induces luminal tumors that are sensitive to Ret inhibition. *Oncogene* 37:4046-4054, 2018.

Ecker BL, Lee JY, Sterner CJ, Solomon AC, Pant DK, Shen F, Peraza J, Vaught L, Mahendra S, Belka GK, Pan TC, Schmitz KH, Chodosh LA. Impact of obesity on breast cancer recurrence and minimal residual disease. *Breast Cancer Research*, 21:41, 2019. PMCID: PMC6416940

Schmitz KH, Troxel AB, Dean LT, DeMichele A, Brown JC, Sturgeon K, Zhang Z, Evangelisti M, Spinelli B, Kallan MJ, Denlinger C, Cheville A, Winkels RM, Chodosh LA and Sawyer DB. Effect of home-based exercise and

weight loss programs on breast cancer-related lymphedema outcomes among overweight breast cancer survivors: The WISER Survivor randomized clinical trial. *JAMA Oncol* 5:1605-1613, 2019. PMCID: 6696732

Tsao LC, Crosby EJ, Trotter TN, Agarwal P, Hwang BJ, Acharya C, Shuptrine CW, Wang T, Wei J, Yang X, Lei G, Liu CX, Rabiola CA, Chodosh LA, Muller WJ, Lyerly HK and Hartman ZC. CD47 blockade augmentation of Trastuzumab antitumor efficacy dependent upon antibody-dependent-cellular-phagocytosis. *JCI Insight* pii:131882, 2019. PMID: 31689243

Paul MR, Pan TC, Pant DK, Shih NN, Chen Y, Harvey KL, Solomon A, Lieberman D, Morrissette JJD, Soucier-Ernst D, Goodman NG, Stavropoulos SW, Maxwell KN, Clark C, Belka GK, Feldman M, DeMichele A and Chodosh LA. Genomic landscape of metastatic breast cancer identifies preferentially dysregulated pathways and targets. *Journal of Clinical Investigation* 130(8):4252-4265, 2020, doi.org/10.1172/JCI129941. PMCID: PMC7410083

Crosby EJ, Acharya CR, Haddad AF, Rabiola CA, Lei G, Wei JP, Yang XY, Wang T, Liu CX, Wagner KU, Muller WJ, Chodosh LA, Broadwater G, Hyslop T, Shepherd JH, Hollern DP, He X, Perou CM, Chai S, Ashby BK, Vincent BG, Snyder JC, Force J, Morse MA, Lyerly HK, Hartman ZC. Stimulation of Oncogene-Specific Tumor-Infiltrating T Cells through Combined Vaccine and αPD-1 Enable Sustained Antitumor Responses against Established HER2 Breast Cancer. *Clin Cancer Res* 26:4670-4681, 2020. PMCID: 483405

Ruth JR, Pant DK, Pan TC, Seidel HE, Baksh SC, Keister BA, Singh R, Sterner CJ, Bakewell SJ, Moody SE, Belka GK and Chodosh LA. Cellular dormancy in minimal residual disease following targeted therapy. *Breast Cancer Research* 23:63, 2021. doi: 10.1186/s13058-021-01416-9.

Research Publications, peer-reviewed reviews

Sharp PA, Carthew RW and Chodosh LA. Sequence-specific DNA-binding proteins and transcription in mammalian cells. In *RNA Polymerase and the Regulation of Transcription*. Reznikoff WS, ed. pp. 313-322, 1987.

Chodosh LA and Daniels GH. Addison's disease. *The Endocrinologist* 3:166-181, 1993.

Chodosh LA. *BRCA1* and *BRCA2* expression in normal and neoplastic cells. *Journal of Mammary Gland Biology and Neoplasia* 3:389-402, 1998.

Master SR and Chodosh LA. Large-scale transcriptional profiling of murine mammary development. *Breast Disease*, 19:47-57, 2004.

Contribution to peer-reviewed clinical research publications, participation cited but not by authorship:

[none]

Research Publications, non-peer reviewed:

[none]

Abstracts:

Editorials, Reviews, Chapters, including participation in committee reports (print or other media):

Chodosh LA. Science and the Secret of Life. *Prism* 2:13-18, 1984.

Chodosh LA. Mobility shift DNA-binding assay. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.2.1-12.2.10. John Wiley & Sons, 1988.

Chodosh LA. UV crosslinking of proteins to nucleic acids. In *Current Protocols in Molecular Biology*. Ausubel FM et al., eds. pp. 12.5.1-12.5.8. John Wiley & Sons, 1988.

Chodosh LA. Purification of DNA-binding proteins using biotin/streptavidin affinity systems. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.6.1-12.6.9. John Wiley & Sons, 1988.

Chodosh LA and Buratowski S. Purification of DNA-binding proteins using biotin/streptavidin affinity systems. In *Current Protocols in Protein Science*. Coligan JE. et al., eds. pp. 9.7.1-9.7.13. John Wiley & Sons, 1998.

Chodosh LA. My Life As a Dog: Chronicles of the M.D.-Ph.D. graduate. *Harvard Medical Alumni Bulletin* 71:38-45, 1998.

Chodosh LA. Breast cancer: Molecular genetics, pathogenesis, and therapeutics. *New England Journal of Medicine*. 341:1244, 1999.

Chodosh LA and Buratowski S. Mobility shift DNA-binding assay using gel electrophoresis. In *Current Protocols in Pharmacology*. Taylor G, ed. Unit 6.8. John Wiley & Sons, 2001.

Wysolmerski JJ and Chodosh LA. Endocrine influences on mammary development and breast cancer risk. *Journal of Mammary Gland Biology and Neoplasia*, 7:1-2, 2002.

Chodosh LA. The reciprocal dance between cancer and development. *New England Journal of Medicine* 347:134-136, 2002.

Master SR and Chodosh LA. Evolving views of involution. *Breast Cancer Research*, 6:89-92, 2004.

Chodosh LA. Modeling human cancers in mice. *Cancer Biology & Therapy,* 4:255-256, 2005.

Chodosh LA and Cardiff RD. In vivo imaging of the mammary gland: the shape of things to come. *Journal of Mammary Gland Biology and Neoplasia*, 11:101-102, 2006.

Alvarez JV, Perez D and Chodosh LA. mILC-ing the mouse mammary gland: a model for invasive lobular carcinoma. *Cancer Cell*, 10:347-349, 2006.

Vernon AE, Bakewell SJ and Chodosh LA. Deciphering the molecular basis of breast cancer metastasis with mouse models. *Reviews in Endocrine and Metabolic Disorders*, 8:199-213, 2007.

Alvarez JV, Yeh ES, Feng Y and Chodosh LA. Oncogene addiction: mouse models and clinical relevance for molecularly targeted therapies. In: *Genetically-engineered Mice for Cancer Research: design, analysis, pathways, validation and pre-clinical testing*, 2011.

Chodosh LA. Breast cancer: current state and future promise. *Breast Cancer Research*, 13:113, 2011.

Yeh ES, Vernon-Grey A, Martin H and Chodosh LA. Tetracyline-regulated mouse models of cancer. In: Mouse Models of Cancer: A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 8:125-142, 2014.

DeMichele A and Chodosh LA. "Braking" the cycle of resistance in endocrine therapy for breast cancer. *Clinical Cancer Research* 21:4999-5001, 2015.

<u>Books:</u>

Mouse Models of Cancer: A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 2014.

<u>Alternative Media:</u>

[none]

<u>Patents:</u>

Chodosh, LA: U.S. entitled: "Hormonally Up-Regulated, Neu-Tumor-Associated Kinase". Patent Nos.: 7,119,185 and 7,368,113.

Chodosh, LA: U.S. entitled: "Pregnancy, Up-Regulated Non-Ubiquitous CaM Kinase". Patent Nos.: 7,041,495 and 7,741,111.

Extramural Funding:

ACTIVE

2 R01 CA098371 (Chodosh, PI) 4/18/03 – 2/28/22
NIH/NCI $207,500 annual direct costs
In vivo oncogene-induced tumorigenesis and escape

2 R01 CA148774 (Chodosh, PI) 09/22/10-11/30/22
NIH/NCI $228,750 annual direct costs
Survival and recurrence of dormant cancer cells

2 R01 CA143296 (Chodosh, PI) 06/30/10-05/31/23
NIH/NCI $237,500 annual direct costs
Minimal residual disease and mechanisms of breast cancer recurrence

R01 CA208273 (Chodosh, PI; DeMichele, PI) 12/13/16-11/30/21
NIH/NCI $294,863 annual direct costs
Secondary prevention through surveillance and intervention

R01 CA223816 (Chodosh, PI; Kontos, PI) 07/03/18-5/31/23
NIH/NCI $282,418 annual direct costs
Radiogenomic biomarkers of breast cancer recurrence

W81XWH-17-1-0594 (Chodosh PI) 9/30/17-8/31/20
DOD $264,498 annual direct costs
Dynamic response of disseminated tumor cells and circulating tumor markers to targeted adjuvant therapy

BCRF-16-026 (Chodosh, PI) 10/01/04-9/30/21
Breast Cancer Research Foundation $145,833 annual direct costs
Pathways in breast cancer progression

W81XWH-20-1-0008 (Chodosh PI; DeMichele Partnering PI) 1/15/20-1/14/22
DOD $652,188 annual direct costs
Detecting and defining residual tumor cell subsets to enable recurrence prevention in early stage breast cancer patients

P30 CA016520 (Vonderheide) 12/01/10-11/30/20
NIH/NCI $30,890
University of Pennsylvania Cancer Center Core Grant

Contains Confidential Information – Subject to Protective Order

# ATTACHMENT 3

Contains Confidential Information – Subject to Protective Order

**Testimony List – Lewis A. Chodosh, M.D., Ph.D.**
**3/6/2018 – 3/7/2022**

1. Ingham et al. v. Johnson & Johnson et al. (MO) (deposition) – 4/27/2018

2. Deisher v. Secretary of Health and Human Services (US COFC) (sworn report) – 6/18/2018

3. Valsartan Products Liability Litigation, MDL 2875 (deposition) – 9/29/2021-9/30/2021

4. Valsartan Products Liability Litigation, Medical Monitoring Class Action Complaint (deposition) – 3/10/2022

# EXHIBIT

# 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# RULE 26 EXPERT REPORT OF CHARLES S. DAVIS, PH.D.

Date: January 24, 2022

Charles S. Davis, Ph.D.

**Statistical Report**
**Analyses of NDMA Levels**
**Charles S. Davis, Ph.D.**
**President, CSD Biostatistics, Inc., Oro Valley, AZ**

## 1. My Background

I received my M.Sc. degree in Statistics from McMaster University, Hamilton, Ontario in 1977. After working for four years as a statistician at the Mayo Clinic (Rochester Minnesota) and four years in the pharmaceutical industry, I returned to school and received my Ph.D. in Biostatistics from the University of Michigan in 1987. I was a faculty member in the Department of Biostatistics at The University of Iowa from 1987-2001, where I served as Assistant Professor (1987-1991), Associate Professor (1991-1996), and Professor (1996-2001). In addition to conducting statistical research and teaching graduate courses in biostatistics, I consulted with numerous pharmaceutical companies. In 2001, I joined Elan Pharmaceuticals, San Diego, CA, where I was Senior Director of Biometrics from 2001-2004 and Vice President of Biometrics from 2004-2005.

After leaving Elan Pharmaceuticals in 2005, I started my own consulting company (CSD Biostatistics, Inc.) and have been an independent consultant from 2005 to the present. In my current role, I have consulted for more than 500 companies and has served on more than 150 Independent Data Monitoring Committees and Steering Committees for clinical trials.

I have published more than 90 papers in peer-reviewed journals, four book chapters, and two books: *Statistical Methods for the Analysis of Repeated Measurements* (Springer-Verlag, 2002) and *Categorical Data Analysis using SAS* (SAS Institute, Inc., with Maura Stokes and Gary Koch [1st edition: 1995, 2nd edition: 2000, 3rd edition: 2012]). I have also taught numerous short courses on various statistical topics to government organizations and corporations.

I was elected as a Fellow of the American Statistical Association (ASA) in 2004. I was Chair of the ASA Biometrics Section in 2000, Associate Editor of *The American Statistician* (2001-2005), and Associate Editor of *Controlled Clinical Trials* (1994-1998).

For my work on this project, I am being compensated at my standard consulting rate of $350/hour. I took the same approach to this work as I would have taken if the defendants hired me to carry out these analyses. The outcome of this matter has no effect on my compensation. All of my findings expressed herein are expressed to a reasonable degree of scientific certainty.

Appendix 7 contains additional information regarding my education and experience is described in my curriculum vitae. Appendix 8 lists my deposition and trial testimony I have provided in the last four years.

## 2. Background for this Report



CONFIDENTIAL INFORMATION

This report summarizes the results of analyses I conducted on two data sets provided to me by counsel. For each data set, I prepared a Statistical Analysis Plan (SAP) prior to receiving the data.

### 2.1 Baseline Data Set

Version 1 (dated January 8, 2022) of the Baseline SAP was based on the spreadsheet template sent to me by counsel on January 5, 2022. The template included column headings, but no data. Thus, the original version of the statistical analysis plan (SAP) was prespecified prior to having access to any of the baseline data. The spreadsheet was sent to me by counsel on January 10, 2022. Based on characteristics of the data, the SAP was amended. These modifications relate to variable values that do not exist in the data set and to variable values with extremely small sample sizes. Appendix 1 contains Version 2 (dated January 12, 2022) of the Baseline SAP.

### 2.2 SSS/Zone Data Set

The SSS/Zone SAP is based on the spreadsheet template sent to me by counsel on January 18, 2022. The template includes the column headings for two tabs, but no data. The first tab was for the SSS data and the second tab was for the Zone data. Thus, this SAP was prespecified prior to having access to the data. Appendix 2 contains the SSS/Zone SAP.

The spreadsheet was sent to me by counsel on January 20, 2022.

## 3. Results

This section summarizes the results of the analyses I conducted. Descriptions of the data and the statistical methodology are included in the SAPs. For the Baseline data, some additional post hoc analyses were conducted. For the SSS/Zone data set, there were issues related to the data that made it impossible to follow the prespecified statistical approaches described in the SAP. All of these changes are documented in the corresponding subsection of this section.

### 3.1 Baseline Data

The data and the statistical methods used in the analyses of the data are described in the SAP (Appendix 1). Appendix 3 includes the results of the analyses. This section summarizes the results provided in Appendix 3; all page number references in this subsection are to the page number at the bottom of each page in Appendix 3.

The purpose of the baseline data analysis was to investigate the associations between each of multiple factors (described in the Baseline SAP) and the baseline NDMA level.

Pages 1-2 of Appendix 3 provide summary statistics for each factor, using all levels of each factor, regardless of sample size.

Page 3 of Appendix 3 displays summary statistics and statistical comparisons based on the SAP-specified approach. Based on my observation of some relatively large differences between



CONFIDENTIAL INFORMATION

means, medians, and standard deviations across the levels of a given factor, it was clear that the assumptions for normal-theory analysis (ANOVA) may not always be valid. Because of this, I also provided the p-value from a nonparametric test (Kruskal-Wallis, denoted as K-W).

There were statistically significant differences among the levels of a given factor for Finish Dose Manufacturer/CMO (labeled as "FD Manuf."), Form, Container, Number of Tablets, Retained, Storage, Storage Temperature/Humidity, and Status. Four of these factors have only two levels, so the statistically significant difference for these factors involves only one comparison:

- The mean for Cool Mint is approximately four times as large as the mean for Regular.
- The mean for number of tablets=40-65 is greater than the mean for number of tablets=70-90.
- The mean for controlled temperature/humidity is more than twice as large as the mean for ambient.
- The mean for expired product is twice as large as the mean for not expired product.

For the other four factors with a statistically significant overall difference, the results from pairwise comparisons are displayed on pages 4-6 of Appendix 3. The values assigned to the levels are in the same order as the levels are listed on page 3 of Appendix 3.

- For Finish Dose Manufacturer/CMO, the means from smallest to largest are BI Patheon, Chattem, BI Promeco, and Canada. The pairwise comparisons are statistically significant for BI Patheon versus Canada, for Chattem versus Canada, and for BI Promeco versus Canada.
- For Container, the means from smallest to largest are Blister Pack, Bottle, Individual, and Bulk. The pairwise comparisons are statistically significant for Blister Pack versus Bulk, Bottle versus Bulk, and Individual versus Bulk.
- For Retained, the means from smallest to largest are Returned, Unsold, Retained. The pairwise comparison between Returned and Retained is statistically significant.
- For Storage, the means from smallest to largest are Lakeland, Promeco, Grand Prairie, Indianapolis, Allentown, Rural Hall, Greenville, and Forest Park 4 8 5 7 6 3 2 1. The pairwise comparisons are statistically significant for Forest Park versus all but Greenville and for Greenville versus Lakeland, Promeco, and Grand Prairie.

Page 7 of Appendix 3 displays the results from the linear regression model for number of years between manufacture and testing. Because only the quintic term (5th order) is non-significant, the only acceptable fit is a 4th -degree polynomial. This result has no natural interpretation, as can be seen by examining the summary statistics on page 2. The mean NDMA level is greatest for the 3rd category (3 to 3 ½ Years), followed then by the 4th category (3 ½ Years to 4 Years), the 1st category (2 to 2 ½ Years), the 2nd category (2 ½ to 3 Years), the 6th category (4 ½ Years to 5 Years), and then the 5th category (4 to 4 ½ Years).

### 3.2 Baseline Data: Unexpired Product Only

The same analyses that were specified in the Baseline SAP were repeated using only the 166 observations for unexpired product. Appendix 4 includes the results of the analyses. This section summarizes the results provided in Appendix 4; all page number references in this subsection are to the page number at the bottom of each page in Appendix 4.



CONFIDENTIAL INFORMATION

Pages 1 of Appendix 4 displays summary statistics for each factor, using all levels of each factor, regardless of sample size.

Page 2 of Appendix 4 displays summary statistics and statistical comparisons based on the SAP-specified approach. There were statistically significant differences among the levels of a given factor for Place of Manufacture of FD, Number of Tablets, Retained, and Storage Temperature/Humidity. Two of these factors have only two levels, so the statistically significant difference for these factors involves only one comparison:

- The mean for Place of Manufacture=Promeco is twice as large as the mean for Place of Manufacture=Patheon.
- The mean for number of tablets=40-65 is greater than the mean for number of tablets=70-90.

For the other two factors with a statistically significant overall difference, the results from pairwise comparisons are displayed on pages 3-4 of Appendix 4. The values assigned to the levels are in the same order as the levels are listed on page 2 of Appendix 4.

- For Retained, the means from smallest to largest are Returned, Retained, Unsold. The pairwise comparisons between Returned and Retained and between Returned and Unsold are statistically significant.
- For Storage, the means from smallest to largest are Greenville, Lakeland, Indianapolis, Grand Prairie, Allentown, Rural Hall, and Forest Park. The pairwise comparisons are statistically significant for Greenville versus Rural Hall, Forest Park, and Grand Prairie, and for Allentown versus Rural Hall.

Because the number of years between manufacture and testing has only two levels, a linear regression model was not fit to these data.

### 3.3 SSS/Zone Data

The data and the statistical methods used in the analyses of the data are described in the SAP (Appendix 2). Appendix 5 includes the results of the analyses. This section summarizes the results provided in Appendix 5; all page number references in this subsection are to the page number at the bottom of each page in Appendix 5.

#### 3.3.1 Changes Require to the Statistical Methodology Based on Characteristics of the Data

Of the 25 IDs in the SSS data set, 10 of them have data only for one value of the cycles variable (15 cycles). Of the remaining 15 IDs, 9 have data for cycles 15, 30, and 50 and 6 have data for all four cycles. There are only 5 IDs in the Zone data set. Because the sample sizes were too small to fit the types of prespecified repeated measures and analysis of variance models specified in the SAP, alternative approaches were used, as described in the following two subsections.

#### 3.3.2 SSS Data



CONFIDENTIAL INFORMATION

Page 1 of Appendix 5 displays NDMA summary statistics (sample size, mean, standard deviation [SD], and median) for baseline and for each of shade, sun, and shower at 6, 15, 30, and 50 cycles. My main observation is that the baseline NDMA mean is much greater than the mean at 6 cycles for each of the three conditions.

For each ID and for each condition, a linear regression model with NDMA as the dependent variable and number of cycles (0=baseline, 6, 15, 30, 50) as the independent variable was fit. Pages 2-3 of Appendix 5 display the estimated slopes for each ID, along with the number of observations that was used to compute the slope for each subject. The subject-specific slope is the estimate of the change in NDMA level per a change of one unit in the number of cycles. Most of these slopes are positive, indicating that the NDMA level increases with the number of cycles. The only negative slopes are from IDs with only two observations, and these slopes are driven by the large baseline values (see page 1).

Page 4 of Appendix 5 displays summary statistics (n, mean, SD, median, min, max) for the subject-specific slopes on pages 2-3 of Appendix 5. The estimated mean increases in NDMA level per 1 cycle increase in the number of cycles are 73.3 for shade, 80.4 for sun, and 209.2 for shower.

### 3.3.3 Zone Data

Page 5 of Appendix 5 displays NDMA summary statistics (sample size, mean, standard deviation [SD], and median) for baseline and for each zone at weeks 2, 4, and 8.

For each week, page 6 of Appendix 5 displays results pertaining to the comparison between each pair of zones. The difference between the means of the two groups being compared is displayed in the next-to-last column and the two-sided p-value from the two-sample t test of the null hypothesis of equality of the means of the two zones being compared is reported the last column. You can see that the mean differences are always negative, indicating that the "lower" of the two zones being compared always has a smaller mean than the "higher" of the two zones being compared, with "lower" and "higher" relative to the ordering 1, 2, 3, 4A, and ACC.

Pages 7-8 of Appendix 5 are similar to pages 2-4 of Appendix 5, with the only difference being that the independent variable for each subject is now week (0=baseline, 2, 4, 8). From page 8, the estimated increase in NDMA level per 1-week change is 9.1, 29.7, 58.4, 65.6, and 156.9 for zones 1, 2, 3, 4A, and ACC, respectively.

## 3.4 SSS/Zone Data: Unexpired Product Only

The same analyses described in Section 3.3 were repeated using only the observations for unexpired product. Appendix 6 includes the results of the analyses. This section summarizes the results provided in Appendix 6; all page number references in this subsection are to the page number at the bottom of each page in Appendix 6.

### 3.4.1 SSS Data



CONFIDENTIAL INFORMATION

Page 1 of Appendix 6 displays NDMA summary statistics (sample size, mean, standard deviation [SD], and median) for baseline and for each of shade, sun, and shower at 6, 15, 30, and 50 cycles. As noted in Section 3.3.2, the baseline NDMA mean is much greater than the mean at 6 cycles for each of the three conditions.

For each ID and for each condition, a linear regression model with NDMA as the dependent variable and number of cycles (0=baseline, 6, 15, 30, 50) as the independent variable was fit. Page 2 of Appendix 6 displays the estimated slopes for each ID, along with the number of observations that was used to compute the slope for each subject. The subject-specific slope is the estimate of the change in NDMA level per a change of one unit in the number of cycles. Most of these slopes are positive, indicating that the NDMA level increases with the number of cycles. The only negative slopes are from IDs with only two observations, and these slopes are driven by the large baseline values (see page 1 of Appendix 6).

Page 3 of Appendix 6 displays summary statistics (n, mean, SD, median, min, max) for the subject-specific slopes on page 2 of Appendix 6. The estimated mean increases in NDMA level per 1 cycle increase in the number of cycles are 54.5 for shade, 55.0 for sun, and 101.0 for shower.

### 3.4.2 Zone Data

Page 4 of Appendix 6 displays NDMA summary statistics (sample size, mean, standard deviation [SD], and median) for baseline and for each zone at weeks 2, 4, and 8. Note that the sample size for each combination of Zone and week is only equal to 2.

For each week, page 5 of Appendix 6 displays results pertaining to the comparison between each pair of zones. The difference between the means of the two groups being compared is displayed in the next-to-last column and the two-sided p-value from the two-sample t test of the null hypothesis of equality of the means of the two zones being compared is reported the last column. Most of the mean differences are negative, indicating that the "lower" of the two zones being compared generally has a smaller mean than the "higher" of the two zones being compared, with "lower" and "higher" relative to the ordering 1, 2, 3, 4A, and ACC. However, these comparisons are based on a sample size of only 2 observations per zone.

Pages 6-7 of Appendix 6 are similar to pages 2-3 of Appendix 6, with the only difference being that the independent variable for each subject is now week (0=baseline, 2, 4, 8). From page 7 of Appendix 6, the estimated increase in NDMA level per 1-week change is 6.5, 9.7, 22.7, 64.0, and 97.7 for zones 1, 2, 3, 4A, and ACC, respectively.

## 4 Summary

There are several factors for which there are statistically significant differences in the baseline NDMA levels. Most notable are Form (Regular versus Cool Mint), Storage Temperature/Humidity (Controlled versus Ambient), and Status (Expired versus Not Expired).



CONFIDENTIAL INFORMATION

There appear to be substantive increases in the NDMA level due to the number of cycles of shade, sun, and shower and due to the number of weeks for each zone. However, these analyses are limited by the very small sample sizes. The estimated mean increases in NDMA level per 1 cycle increase in the number of cycles are 73.3 for shade, 80.4 for sun, and 209.2 for shower. The estimated mean increase in NDMA level per 1-week change is 9.1, 29.7, 58.4, 65.6, and 156.9 for zones 1, 2, 3, 4A, and ACC, respectively. The results are similar when the analyses are restricted to unexpired product, although the estimated mean increases are somewhat smaller.



CONFIDENTIAL INFORMATION

# APPENDIX 1

# Zantac (Ranitidine) Products Liability Litigation
# Tablet Baseline NDMA Levels
# Statistical Analysis Plan
# January 8, 2022

## 1. Introduction

This analysis plan is based on the spreadsheet template sent to me by counsel on January 5, 2022. The template includes column headings, but no data. Thus, this statistical analysis plan (SAP) has been prespecified prior to having access to any of the baseline data.

The spreadsheet includes one record for each unique observation, as defined by Batch/Lot Number [column A] and API Batch Number [column B].

## 2. Endpoint to be Analyzed

Average NDMA level in nanograms [column W]

## 3. Factors to be Considered in the Analyses

Responsible FD Manufacturer/NDA Holder (categorized as GSK, BI, or Sanofi) [column C]

Finish Dose Manufacturer/CMO (categorized as: (BI) Patheon, (BI) Patheon Chattem USA for Sanofi, (BI) Patheon Sanofi Canada, (BI) Promeco, unknown, GSK Mexico, GSK Spain) [column D]

Form (categorized as Regular or Cool Mint) [column E]

API Used in FD (categorized as Jurong, DRL, or Uquifa) [column F]

Dose (categorized as 75 mg, 150 mg, or 300 mg) [column G]

Place of Manufacturer of FD (Finished Dose) (categorized as Patheon Greenville NC, Promeco Spain, unknown, GSK Mexico, GSK Spain) [column H]

Container (categorized as FD Bottle, Blister Pack, Bulk, Individual On the Go Pouches of 1) [column I]

Number of Tablets (1, 40, 50, 60, 65, 70, 80, 84, 90, 75, 100, 500 and 2000) [column J]

Retained (categorized as Unsold or Returned) [column K]

Place of Storage Before Shipped to Plaintiffs (Sanofi Forest Park GA, Patheon Greenville NC, Inmar Rural Hall NC, Inmar Reno NV, Inmar Lakeland FL, Inmar Grand Prairie TX, Inmar Allentown PA, Inmar Indianapolis, Inmar Atlanta GA, Inmar Fullerton CA, GSK Panama, GSK Greece, Promeco MX) [column L]



CONFIDENTIAL INFORMATION

Storage Temperature (categorized as Controlled, Monitored, Ambient, Unknown) [column M]

Storage Humidity (categorized as Controlled, Monitored, Ambient, Unknown) [column N]

Number of Days Between Manufacture and Testing [computed as the number of days between the date in column O and the date in column Q, where columns O and Q are each coded as MM/DD/YYYY]

Expiration Status (categorized as Expired versus Not Expired)
[computed using column P and column Q; if the date in column P is less than or equal to the date in column Q, then the category is "Beyond Expiration Date"; the date in column P is coded as MM/DD/YYYY]

## 4. Statistical Analyses to be Conducted

For each factor specified in Section 3, summary statistics (n, mean, standard deviation, median, minimum value, maximum value) for the average NDMA level will be provided for each level of the factor. In addition, for each factor specified in Section 3, a one-way analysis of variance (ANOVA) model will be fit with average NDMA level as the dependent variable and the corresponding factor as a fixed effect. However, for Number of Tablets, only the data from bottles will be used in the ANOVA model. These records correspond to the values 40, 50, 60, 65, 70, 80, 84, and 90.

For each ANOVA model, the F statistic and associated p-value of the test of the null hypothesis that the mean NDMA level is the same across all levels of the factor will be reported. The results for each analysis will be assessed based on the alpha=0.05 level of significance, with no adjustments for multiplicity.

If the overall test of equality is rejected ($p<0.05$), pairwise comparisons between each level of the factor will be tested. These comparisons will also be based on the use of two-sided tests at the alpha=0.05 level of significance.

## 5. Additional Analyses

Apart from the prespecified analyses described in Section 4, additional post hoc analyses may also be conducted.



CONFIDENTIAL INFORMATION

# Zantac (Ranitidine) Products Liability Litigation
# Tablet Baseline NDMA Levels
# Statistical Analysis Plan
# Version 2, January 12, 2022

## 1. Introduction

Version 1 (January 8, 2022) of this analysis plan was based on the spreadsheet template sent to me by counsel on January 5, 2022. The template included column headings, but no data. Thus, the original version of the statistical analysis plan (SAP) was prespecified prior to having access to any of the baseline data.

The spreadsheet was sent to me on January 10, 2022. Based on characteristics of the data, the SAP has now been modified. These modifications relate to variable values previously identified in part 3 that do not exist in the data set and to variable values with extremely small sample sizes.

The spreadsheet includes one record for each unique observation, as defined by Batch/Lot Number [column A] and API Batch Number [column B].

## 2. Endpoint to be Analyzed

Average NDMA level in nanograms [column W]

## 3. Factors to be Considered in the Analyses

Responsible FD Manufacturer/NDA Holder (categorized as GSK, BI, or Sanofi) [column C]

Finish Dose Manufacturer/CMO (categorized as: (BI) Patheon, (BI) Patheon Chattem USA for Sanofi, (BI) Patheon Sanofi Canada, (BI) Promeco, GSK Mexico, GSK Spain) [column D]

Form (categorized as Regular or Cool Mint) [column E]

API Used in FD (categorized as DRL or Uquifa) [column F]

Dose (categorized as 75 mg or 150 mg) [column G]

Place of Manufacturer of FD (Finished Dose) (categorized as Patheon Greenville NC, Promeco Spain, GSK Mexico, GSK Spain) [column H]

Container (categorized as FD Bottle, Blister Pack, Bulk, Individual On the Go Pouches of 1) [column I]

Number of Tablets (1, 40, 50, 60, 65, 70, 80, 84, 90, 75, 100, 500 and 2000) [column J]

Retained (categorized as Unsold or Returned) [column K]



CONFIDENTIAL INFORMATION

Place of Storage Before Shipped to Plaintiffs (Sanofi Forest Park GA, Patheon Greenville NC, Inmar Rural Hall NC, Inmar Reno NV, Inmar Lakeland FL, Inmar Grand Prairie TX, Inmar Allentown PA, Inmar Indianapolis, Inmar Atlanta GA, Inmar Fullerton CA, GSK Panama, GSK Greece, Promeco MX) [column L]

Storage Temperature/Humidity (categorized as Controlled/Monitored versus Ambient) [columns M and N]

Number of Years Between Manufacture and Testing [computed as the number of days between the date in column O and the date in column Q, where columns O and Q are each coded as MM/DD/YYYY, divided by 365.25]. This variable will be categorized into 6-month periods, as follows:

- 2-2.5 years: 718-913 days
- 2.5-3 years: 914-1095 days
- 3-3.5 years: 1096-1278 days
- 3.5-4 years: 1279-1461 days
- 4-4.5 years: 1462-1643 days
- 4.5-5 years: 1644-1830 days

Expiration Status (categorized as Expired versus Not Expired)
[computed using column P and column Q; if the date in column P is less than or equal to the date in column Q, then the category is "Beyond Expiration Date"; the date in column P is coded as MM/DD/YYYY]

**4. Statistical Analyses to be Conducted**

For each factor specified in Section 3, summary statistics (n, mean, standard deviation, median, minimum value, maximum value) for the average NDMA level will be provided for each level of the factor.

For each factor specified in Section 3 except Number of Years Between Manufacture and Testing, a one-way analysis of variance (ANOVA) model will be fit with average NDMA level as the dependent variable and the corresponding factor as a fixed effect. These analyses will use all levels of the corresponding factor for which the level-specific sample size is greater than 5. For Number of Tablets, only the data from bottles will be used in the ANOVA model. These records correspond to the values 40, 50, 60, 65, 70, 80, 84, and 90. This variable will be categorized as 40-65 and 70-90.

For each ANOVA model, the F statistic and associated p-value of the test of the null hypothesis that the mean NDMA level is the same across all levels of the factor will be reported. The results for each analysis will be assessed based on the alpha=0.05 level of significance, with no adjustments for multiplicity.

If the overall test of equality is rejected ($p<0.05$), pairwise comparisons between each level of the factor will be tested. These comparisons will also be based on the use of two-sided tests at the alpha=0.05 level of significance.



CONFIDENTIAL INFORMATION

The Number of Years from Manufacture to Testing will be analyzed using linear regression analysis, with the NDMA level as the dependent variable and the number of years (6 levels) as the independent variable. The model will be parameterized using orthogonal polynomial coefficients for equally spaced values. The lowest order polynomial model for which the test of the null hypothesis that all higher order terms are equal to zero is not statistically significant ($p>0.05$) will be used as the model.

**5. Additional Analyses**

Apart from the prespecified analyses described in Section 4, additional post hoc analyses may also be conducted.



CONFIDENTIAL INFORMATION

# APPENDIX 2

**Zantac (Ranitidine) Products Liability Litigation**
**Effects of Shade, Sun, Shower, and Zones on NDMA Levels**
**Statistical Analysis Plan**
**January 19, 2022**

## 1. Introduction

This analysis plan is based on the spreadsheet template sent to me by counsel on January 18, 2022. The template includes the column headings for two tabs, but no data. Thus, this statistical analysis plan (SAP) has been prespecified prior to having access to the data.

## 2. Description of the Data Sets

Each of the two tabs ("Shade Sun Shower" and "Zone Testing") has five columns (A-E). Columns A, B, and E are the same in each tab:

A: ID Variable FD Batch/Lot Number
B: Baseline NDMA Level (ng/150 mg)
E: NDMA Level

The remaining columns are:

Shade Sun Shower

C: Condition (Shade, Sun, Shower)
D: Number of Cycles (6, 15, 30, 50)

Zone Testing

C: Zone (1, 2, 3, 4A, ACC)
D: Number of weeks (2, 4, 8)

## 3. Endpoint to be Analyzed

NDMA level

## 4. Statistical Analyses to be Conducted

### 4.1 Shade, Sun, Shower

Emery Pharma tested product stored in conditions that simulated consumers storing their Zantac in a car in the shade, in a car in the sun, and in the medicine cabinet in their bathroom. Summary statistics for the NDMA level will be provided for each of the three conditions at each of the cycles.



CONFIDENTIAL INFORMATION

For each of the three conditions, a mixed model for repeated measurements will be fit with NDMA level as the dependent variable and with a fixed effect for the number of cycles (0=Baseline, 6, 15, 30, 50). An unstructured covariance model will be used. The results of this model will be used to summarize the effects of the number of cycles on NDMA level.

## 4.2 Zone

Emery Pharma tested product stored in conditions that simulated ICH stability zones. Summary statistics for the NDMA level will be provided for each of the five zones at each of the weeks.

At each week, an analysis of variance (ANOVA) model will be fit with NDMA level as the dependent variable and zone as a fixed effect. For each ANOVA model, the F statistic and associated p-value of the test of the null hypothesis that the mean NDMA level is the same across all zones will be reported. The results for each analysis will be assessed based on the alpha=0.05 level of significance, with no adjustments for multiplicity.

If the overall test of equality is rejected ($p<0.05$), pairwise comparisons between each level of zone will be tested. These comparisons will also be based on the use of two-sided tests at the alpha=0.05 level of significance.

For each of the five zones, a mixed model for repeated measurements will be fit with NDMA level as the dependent variable and with a fixed effect for the number of weeks (0=Baseline, 2, 4, 8). An unstructured covariance model will be used. The results of this model will be used to summarize the effects of the number of weeks on NDMA level.



CONFIDENTIAL INFORMATION

# APPENDIX 3

Zantac (Ranitidine) Products Liability Litigation
Summary Statistics for Baseline Average NDMA Level, by Factor
(Using All Data)

| Factor | Value | n | Mean | SD | Median |
|---|---|---|---|---|---|
| NDA Holder | GSK | 7 | 1250.3 | 1168.7 | 1265.5 |
| | BI | 15 | 592.9 | 533.7 | 415.1 |
| | Sanofi | 232 | 1551.5 | 2744.1 | 632.6 |
| FD Manuf. | BI Patheon | 45 | 779.8 | 683.1 | 533.3 |
| | Chattem | 22 | 1325.3 | 3025.5 | 405.5 |
| | Canada | 13 | 3967.7 | 5194.2 | 917.0 |
| | BI Promeco | 167 | 1515.0 | 2593.7 | 724.5 |
| | GSK Mexico | 2 | 2344.0 | 1525.2 | 2344.0 |
| | GSK Spain | 5 | 812.9 | 793.9 | 330.7 |
| Form | Regular | 217 | 1017.5 | 1576.5 | 581.5 |
| | Cool Mint | 37 | 4237.4 | 5001.3 | 1644.7 |
| API | DRL | 7 | 1250.3 | 1168.7 | 1265.5 |
| | Uquifa | 247 | 1493.3 | 2672.1 | 612.7 |
| Dose | 75 | 41 | 816.1 | 679.8 | 601.2 |
| | 150 | 213 | 1615.6 | 2852.1 | 615.6 |
| Manuf. Place | Patheon | 82 | 1452.7 | 2813.5 | 460.6 |
| | Promeco | 165 | 1513.4 | 2607.5 | 721.4 |
| | Mexico | 2 | 2344.0 | 1525.2 | 2344.0 |
| | Spain | 5 | 812.9 | 793.9 | 330.7 |
| Container | Bottle | 84 | 1349.3 | 1680.4 | 805.3 |
| | Blister Pack | 104 | 1083.3 | 1998.1 | 560.0 |
| | Bulk | 60 | 2383.4 | 4217.9 | 458.4 |
| | Individual | 6 | 1430.6 | 779.4 | 1274.3 |
| No. of Tablets | 40 | 3 | 706.2 | 547.9 | 435.4 |
| | 50 | 9 | 1395.4 | 810.6 | 1896.3 |
| | 60 | 7 | 1389.9 | 935.3 | 1391.9 |
| | 65 | 13 | 2791.8 | 3669.3 | 1607.2 |
| | 70 | 19 | 942.5 | 657.2 | 704.1 |
| | 80 | 2 | 682.5 | 665.4 | 682.5 |
| | 84 | 3 | 823.3 | 560.8 | 792.3 |
| | 90 | 28 | 1103.4 | 815.7 | 782.7 |
| Retained | Retained | 91 | 2336.6 | 4168.5 | 447.9 |
| | Unsold | 48 | 1586.1 | 816.6 | 1455.9 |
| | Returned | 115 | 772.4 | 627.9 | 575.7 |

Summary Statistics for Baseline Average NDMA Level, by Factor
(Using All Data)

| Factor | Value | n | Mean | SD | Median |
|---|---|---|---|---|---|
| Storage | Forest Park | 41 | 3000.1 | 4804.0 | 601.2 |
| | Greenville | 35 | 2306.8 | 4105.4 | 415.0 |
| | Rural Hall | 50 | 1561.8 | 812.3 | 1421.0 |
| | Reno | 5 | 1104.7 | 844.8 | 824.3 |
| | Lakeland | 11 | 495.1 | 373.0 | 370.3 |
| | Grand Prairie | 63 | 732.3 | 600.4 | 538.0 |
| | Allentown | 15 | 810.4 | 512.3 | 648.1 |
| | Indianapolis | 9 | 789.7 | 574.1 | 676.5 |
| | Atlanta | 2 | 784.8 | 11.6 | 784.8 |
| | Fullerton | 1 | 174.4 | | 174.4 |
| | Panama | 2 | 2344.0 | 1525.2 | 2344.0 |
| | Greece | 5 | 812.9 | 793.9 | 330.7 |
| | Promeco MX | 15 | 592.9 | 533.7 | 415.1 |
| Temp/Humidity | Controlled | 91 | 2336.6 | 4168.5 | 447.9 |
| | Ambient | 163 | 1012.0 | 780.6 | 704.1 |
| Yrs from Manuf. | 2.0-2.5 | 111 | 1844.5 | 3197.0 | 658.7 |
| | 2.5-3.0 | 97 | 883.0 | 685.9 | 612.7 |
| | 3.0-3.5 | 10 | 3061.1 | 5295.0 | 557.8 |
| | 3.5-4.0 | 13 | 3027.6 | 4218.7 | 850.9 |
| | 4.0-4.5 | 10 | 716.8 | 1003.8 | 340.2 |
| | 4.5-5.0 | 13 | 773.4 | 485.0 | 581.0 |
| Status | Expired | 88 | 2222.2 | 3689.7 | 732.3 |
| | Not Expired | 166 | 1096.6 | 1754.2 | 602.7 |

Summary Statistics and Statistical Comparisons

| Factor | Value | n | Mean | SD | Median | ANOVA p | K-W p |
|---|---|---|---|---|---|---|---|
| NDA Holder | GSK | 7 | 1250.3 | 1168.7 | 1265.5 | 0.386 | 0.080 |
| | BI | 15 | 592.9 | 533.7 | 415.1 | | |
| | Sanofi | 232 | 1551.5 | 2744.1 | 632.6 | | |
| FD Manuf. | BI Patheon | 45 | 779.8 | 683.1 | 533.3 | 0.002 | 0.004 |
| | Chattem | 22 | 1325.3 | 3025.5 | 405.5 | | |
| | Canada | 13 | 3967.7 | 5194.2 | 917.0 | | |
| | BI Promeco | 167 | 1515.0 | 2593.7 | 724.5 | | |
| Form | Regular | 217 | 1017.5 | 1576.5 | 581.5 | 0.000 | 0.000 |
| | Cool Mint | 37 | 4237.4 | 5001.3 | 1644.7 | | |
| API | DRL | 7 | 1250.3 | 1168.7 | 1265.5 | 0.811 | 0.880 |
| | Uquifa | 247 | 1493.3 | 2672.1 | 612.7 | | |
| Dose | 75 | 41 | 816.1 | 679.8 | 601.2 | 0.076 | 0.166 |
| | 150 | 213 | 1615.6 | 2852.1 | 615.6 | | |
| Manuf. Place | Patheon | 82 | 1452.7 | 2813.5 | 460.6 | 0.867 | 0.020 |
| | Promeco | 165 | 1513.4 | 2607.5 | 721.4 | | |
| Container | Bottle | 84 | 1349.3 | 1680.4 | 805.3 | 0.022 | 0.007 |
| | Blister Pack | 104 | 1083.3 | 1998.1 | 560.0 | | |
| | Bulk | 60 | 2383.4 | 4217.9 | 458.4 | | |
| | Individual | 6 | 1430.6 | 779.4 | 1274.3 | | |
| No. of Tablets | 40-65 | 32 | 1896.9 | 2484.8 | 1364.4 | 0.018 | 0.144 |
| | 70-90 | 52 | 1012.3 | 733.8 | 745.2 | | |
| Retained | Retained | 91 | 2336.6 | 4168.5 | 447.9 | 0.000 | 0.000 |
| | Unsold | 48 | 1586.1 | 816.6 | 1455.9 | | |
| | Returned | 115 | 772.4 | 627.9 | 575.7 | | |
| Storage | Forest Park | 41 | 3000.1 | 4804.0 | 601.2 | 0.000 | 0.000 |
| | Greenville | 35 | 2306.8 | 4105.4 | 415.0 | | |
| | Rural Hall | 50 | 1561.8 | 812.3 | 1421.0 | | |
| | Lakeland | 11 | 495.1 | 373.0 | 370.3 | | |
| | Grand Prairie | 63 | 732.3 | 600.4 | 538.0 | | |
| | Allentown | 15 | 810.4 | 512.3 | 648.1 | | |
| | Indianapolis | 9 | 789.7 | 574.1 | 676.5 | | |
| | Promeco MX | 15 | 592.9 | 533.7 | 415.1 | | |
| Temp/Humidity | Controlled | 91 | 2336.6 | 4168.5 | 447.9 | 0.000 | 0.087 |
| | Ambient | 163 | 1012.0 | 780.6 | 704.1 | | |
| Status | Expired | 88 | 2222.2 | 3689.7 | 732.3 | 0.001 | 0.305 |
| | Not Expired | 166 | 1096.6 | 1754.2 | 602.7 | | |

Additional Results for Factors with More than Two Levels for Which the Overall Test was Statistically Significant ($p<0.05$)

Two-Sided p-values for Pairwise Comparisons Between Levels

| Factor | Value | 2 | 3 | 4 |
|---|---|---|---|---|
| FD Manuf. | 1 | 0.422 | 0.000 | 0.095 |
| | 2 | | 0.004 | 0.749 |
| | 3 | | | 0.001 |
| Container | 1 | 0.487 | 0.020 | 0.941 |
| | 2 | | 0.002 | 0.751 |
| | 3 | | | 0.394 |

Additional Results for Factors with More than Two Levels for Which the Overall Test was Statistically Significant (p<0.05)

Two-Sided p-values for Pairwise Comparisons Between Levels

| Factor | Value | 2 | 3 |
|---|---|---|---|
| Retained | 1 | 0.101 | 0.000 |
| | 2 | | 0.065 |

Additional Results for Factors with More than Two Levels for Which the Overall Test was Statistically Significant (p<0.05)

Two-Sided p-values for Pairwise Comparisons Between Levels

| Factor | Value | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Storage | 1 | 0.248 | 0.009 | 0.005 | 0.000 | 0.006 | 0.022 | 0.002 |
| | 2 | | 0.195 | 0.045 | 0.004 | 0.064 | 0.120 | 0.034 |
| | 3 | | | 0.219 | 0.094 | 0.327 | 0.413 | 0.207 |
| | 4 | | | | 0.780 | 0.760 | 0.801 | 0.925 |
| | 5 | | | | | 0.917 | 0.951 | 0.852 |
| | 6 | | | | | | 0.985 | 0.819 |
| | 7 | | | | | | | 0.858 |

CONFIDENTIAL INFORMATION

Zantac (Ranitidine) Products Liability Litigation 7
Additional Results for Factors with More than Two Levels for Which the
Number of Years Between Manufacture and Testing
Results of Regression Model Fitting a 5th Order Polynomial

-------------------------- factor=Yrs from Manuf. --------------------------

The GLM Procedure

Dependent Variable: ndma

| Source | DF | Sum of Squares | Mean Square | F Value | Pr > F |
|---|---|---|---|---|---|
| Model | 5 | 117761137 | 23552227 | 3.55 | 0.0041 |
| Error | 248 | 1647253880 | 6642153 | | |
| Corrected Total | 253 | 1765015016 | | | |

| Contrast | DF | Contrast SS | Mean Square | F Value | Pr > F |
|---|---|---|---|---|---|
| Overall | 5 | 117761136.7 | 23552227.3 | 3.55 | 0.0041 |
| Quintic | 1 | 16106.0 | 16106.0 | 0.00 | 0.9608 |
| Quartic and Higher | 2 | 57671235.5 | 28835617.8 | 4.34 | 0.0140 |
| Cubic and Higher | 3 | 113243244.2 | 37747748.1 | 5.68 | 0.0009 |
| Quadratic and Higher | 4 | 113631238.9 | 28407809.7 | 4.28 | 0.0023 |

# APPENDIX 4

Zantac (Ranitidine) Products Liability Litigation
(Unexpired Product)
Summary Statistics for Baseline Average NDMA Level, by Factor
(Using All Data)



| Factor | Value | n | Mean | SD | Median |
|---|---|---|---|---|---|
| NDA Holder | BI | 5 | 1092.2 | 510.3 | 1008.7 |
| | Sanofi | 161 | 1096.7 | 1779.5 | 601.2 |
| FD Manuf. | BI Patheon | 38 | 727.8 | 629.0 | 513.0 |
| | Chattem | 14 | 394.9 | 58.9 | 405.5 |
| | Canada | 1 | 1391.9 | | 1391.9 |
| | BI Promeco | 113 | 1305.0 | 2061.5 | 724.5 |
| Form | Regular | 166 | 1096.6 | 1754.2 | 602.7 |
| API | Uquifa | 166 | 1096.6 | 1754.2 | 602.7 |
| Dose | 75 | 31 | 852.6 | 689.2 | 601.2 |
| | 150 | 135 | 1152.6 | 1914.6 | 603.1 |
| Manuf. Place | Patheon | 53 | 652.4 | 561.2 | 415.0 |
| | Promeco | 113 | 1305.0 | 2061.5 | 724.5 |
| Container | Bottle | 52 | 1132.7 | 831.2 | 815.4 |
| | Blister Pack | 59 | 767.4 | 620.3 | 557.1 |
| | Bulk | 50 | 1410.1 | 2979.9 | 446.1 |
| | Individual | 5 | 1471.5 | 864.2 | 1322.3 |
| No. of Tablets | 40 | 2 | 841.7 | 700.2 | 841.7 |
| | 50 | 9 | 1395.4 | 810.6 | 1896.3 |
| | 60 | 2 | 1733.8 | 483.5 | 1733.8 |
| | 65 | 6 | 1862.3 | 1247.8 | 2251.3 |
| | 70 | 19 | 942.5 | 657.2 | 704.1 |
| | 80 | 2 | 682.5 | 665.4 | 682.5 |
| | 90 | 12 | 895.3 | 785.0 | 559.5 |
| Retained | Retained | 54 | 1352.6 | 2875.1 | 446.1 |
| | Unsold | 32 | 1600.0 | 841.8 | 1354.4 |
| | Returned | 80 | 722.5 | 560.2 | 551.6 |
| Storage | Forest Park | 34 | 1784.0 | 3557.0 | 564.6 |
| | Greenville | 15 | 461.4 | 263.6 | 409.8 |
| | Rural Hall | 36 | 1562.6 | 821.3 | 1354.4 |
| | Reno | 4 | 814.5 | 624.3 | 721.0 |
| | Lakeland | 9 | 484.1 | 416.1 | 340.2 |
| | Grand Prairie | 46 | 687.5 | 572.6 | 521.9 |
| | Allentown | 9 | 942.5 | 609.1 | 612.7 |
| | Indianapolis | 6 | 676.5 | 388.8 | 676.6 |
| | Atlanta | 1 | 793.0 | | 793.0 |
| | Fullerton | 1 | 174.4 | | 174.4 |
| | Promeco MX | 5 | 1092.2 | 510.3 | 1008.7 |
| Temp/Humidity | Controlled | 54 | 1352.6 | 2875.1 | 446.1 |
| | Ambient | 112 | 973.2 | 761.5 | 662.2 |
| Yrs from Manuf. | 2.0-2.5 | 87 | 1269.8 | 2322.6 | 597.5 |
| | 2.5-3.0 | 79 | 905.8 | 700.9 | 647.5 |

Zantac (Ranitidine) Products Liability Litigation (Unexpired Product) 2
Summary Statistics and Statistical Comparisons

| Factor | Value | n | Mean | SD | Median | ANOVA p | K-W p |
|---|---|---|---|---|---|---|---|
| FD Manuf. | BI Patheon | 38 | 727.8 | 629.0 | 513.0 | 0.064 | 0.001 |
| | Chattem | 14 | 394.9 | 58.9 | 405.5 | | |
| | BI Promeco | 113 | 1305.0 | 2061.5 | 724.5 | | |
| Dose | 75 | 31 | 852.6 | 689.2 | 601.2 | 0.392 | 0.657 |
| | 150 | 135 | 1152.6 | 1914.6 | 603.1 | | |
| Manuf. Place | Patheon | 53 | 652.4 | 561.2 | 415.0 | 0.025 | 0.001 |
| | Promeco | 113 | 1305.0 | 2061.5 | 724.5 | | |
| Container | Bottle | 52 | 1132.7 | 831.2 | 815.4 | 0.165 | 0.026 |
| | Blister Pack | 59 | 767.4 | 620.3 | 557.1 | | |
| | Bulk | 50 | 1410.1 | 2979.9 | 446.1 | | |
| No. of Tablets | 40-65 | 19 | 1520.2 | 931.6 | 1607.2 | 0.009 | 0.025 |
| | 70-90 | 33 | 909.6 | 687.4 | 647.5 | | |
| Retained | Retained | 54 | 1352.6 | 2875.1 | 446.1 | 0.023 | 0.000 |
| | Unsold | 32 | 1600.0 | 841.8 | 1354.4 | | |
| | Returned | 80 | 722.5 | 560.2 | 551.6 | | |
| Storage | Forest Park | 34 | 1784.0 | 3557.0 | 564.6 | 0.041 | 0.000 |
| | Greenville | 15 | 461.4 | 263.6 | 409.8 | | |
| | Rural Hall | 36 | 1562.6 | 821.3 | 1354.4 | | |
| | Lakeland | 9 | 484.1 | 416.1 | 340.2 | | |
| | Grand Prairie | 46 | 687.5 | 572.6 | 521.9 | | |
| | Allentown | 9 | 942.5 | 609.1 | 612.7 | | |
| | Indianapolis | 6 | 676.5 | 388.8 | 676.6 | | |
| Temp/Humidity | Controlled | 54 | 1352.6 | 2875.1 | 446.1 | 0.193 | 0.110 |
| | Ambient | 112 | 973.2 | 761.5 | 662.2 | | |
| Yrs from Manuf. | 2.0-2.5 | 87 | 1269.8 | 2322.6 | 597.5 | 0.183 | 0.866 |
| | 2.5-3.0 | 79 | 905.8 | 700.9 | 647.5 | | |

Additional Results for Factors with More than Two Levels for Which the Overall Test was Statistically Significant (p<0.05)

Two-Sided p-values for Pairwise Comparisons Between Levels

| Factor | Value | 2 | 3 |
|---|---|---|---|
| Retained | 1 | 0.521 | 0.040 |
| | 2 | | 0.016 |

Additional Results for Factors with More than Two Levels for Which the Overall Test was Statistically Significant (p<0.05)

Two-Sided p-values for Pairwise Comparisons Between Levels

| Factor | Value | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Storage | 1 | 0.017 | 0.601 | 0.052 | 0.007 | 0.206 | 0.159 |
| | 2 | | 0.044 | 0.976 | 0.668 | 0.519 | 0.801 |
| | 3 | | | 0.104 | 0.028 | 0.348 | 0.257 |
| | 4 | | | | 0.753 | 0.583 | 0.837 |
| | 5 | | | | | 0.693 | 0.989 |
| | 6 | | | | | | 0.776 |

# APPENDIX 5

Zantac (Ranitidine) Products Liability Litigation
SSS Data Set
Summary Statistics for NDMA Level

| Condition | Number of Cycles | n | Mean | SD | Median |
|---|---|---|---|---|---|
| Baseline | | 25 | 5301.2 | 5810.3 | 1743.2 |
| Shade | 6 | 6 | 354.9 | 142.0 | 339.0 |
| | 15 | 25 | 6374.1 | 6560.1 | 2077.1 |
| | 30 | 15 | 2253.1 | 1410.2 | 2280.3 |
| | 50 | 15 | 2869.4 | 1620.0 | 2775.9 |
| Sun | 6 | 6 | 420.1 | 187.8 | 374.0 |
| | 15 | 25 | 6585.2 | 6271.8 | 3095.9 |
| | 30 | 15 | 2806.8 | 2104.3 | 2847.3 |
| | 50 | 15 | 3511.0 | 1857.5 | 3236.4 |
| Shower | 6 | 6 | 440.2 | 194.2 | 362.0 |
| | 15 | 25 | 8298.6 | 8733.3 | 2457.6 |
| | 30 | 15 | 3156.7 | 2149.1 | 3271.4 |
| | 50 | 15 | 3943.7 | 1584.0 | 3506.2 |

SSS Data Set
Subject-Specific Slopes
(Estimated NDMA Change per One-Unit Change in the Number of Cycles)

| Condition | ID | Number of Observations | Slope |
|---|---|---|---|
| Shade | 18H008M | 4 | 33.0 |
| | 18N024U | 4 | 30.1 |
| | 19D561 (1) | 4 | 14.8 |
| | 19D561 (2) | 4 | 29.9 |
| | 19E573 | 4 | 69.0 |
| | 753969 | 4 | 14.9 |
| | 858855 | 5 | 87.5 |
| | 9116CAWS | 4 | 31.2 |
| | 9238CAWS | 4 | 68.9 |
| | 957266 | 5 | 58.5 |
| | 957422 | 5 | 96.2 |
| | 958032 | 2 | 8.8 |
| | 958258 | 2 | 485.7 |
| | 960302 | 2 | 67.2 |
| | 960303 | 2 | -51.1 |
| | 960678 | 5 | 16.1 |
| | 960738 | 2 | -157.7 |
| | 960740 | 2 | -59.3 |
| | 960803 | 2 | 317.0 |
| | 960810 | 2 | 399.2 |
| | AK0118B | 2 | 39.3 |
| | AK0119A | 2 | 101.8 |
| | AL7319 | 4 | 16.9 |
| | HA4J | 5 | 43.2 |
| | HF6N | 5 | 72.4 |
| Sun | 18H008M | 4 | 50.3 |
| | 18N024U | 4 | 28.6 |
| | 19D561 (1) | 4 | 34.0 |
| | 19D561 (2) | 4 | 43.5 |
| | 19E573 | 4 | 35.4 |
| | 753969 | 4 | 35.6 |
| | 858855 | 5 | 135.5 |
| | 9116CAWS | 4 | 49.4 |
| | 9238CAWS | 4 | 85.7 |
| | 957266 | 5 | 41.6 |
| | 957422 | 5 | 88.6 |
| | 958032 | 2 | 203.6 |
| | 958258 | 2 | 110.1 |
| | 960302 | 2 | -144.8 |
| | 960303 | 2 | 190.7 |
| | 960678 | 5 | 16.1 |
| | 960738 | 2 | -42.7 |
| | 960740 | 2 | 190.4 |
| | 960803 | 2 | -0.7 |
| | 960810 | 2 | 363.3 |
| | AK0118B | 2 | 54.1 |
| | AK0119A | 2 | 205.9 |
| | AL7319 | 4 | 16.0 |
| | HA4J | 5 | 69.7 |
| | HF6N | 5 | 151.0 |

SSS Data Set
Subject-Specific Slopes
(Estimated NDMA Change per One-Unit Change in the Number of Cycles)

| Condition | ID | Number of Observations | Slope |
|---|---|---|---|
| Shower | 18H008M | 4 | 43.2 |
| | 18N024U | 4 | 53.4 |
| | 19D561 (1) | 4 | 85.1 |
| | 19D561 (2) | 4 | 61.2 |
| | 19E573 | 4 | 24.4 |
| | 753969 | 4 | 62.0 |
| | 858855 | 5 | 200.8 |
| | 9116CAWS | 4 | 70.1 |
| | 9238CAWS | 4 | 59.7 |
| | 957266 | 5 | 72.9 |
| | 957422 | 5 | 80.4 |
| | 958032 | 2 | 809.7 |
| | 958258 | 2 | 255.4 |
| | 960302 | 2 | 523.0 |
| | 960303 | 2 | 519.5 |
| | 960678 | 5 | 25.3 |
| | 960738 | 2 | 64.7 |
| | 960740 | 2 | 234.2 |
| | 960803 | 2 | 609.8 |
| | 960810 | 2 | 511.1 |
| | AK0118B | 2 | 372.2 |
| | AK0119A | 2 | 293.6 |
| | AL7319 | 4 | 73.3 |
| | HA4J | 5 | 62.4 |
| | HF6N | 5 | 61.5 |

SSS Data Set

Summary Statistics for Subject-Specific Slopes

| Condition | n | Mean | SD | Median | Min | Max |
|---|---|---|---|---|---|---|
| Shade | 25 | 73.3 | 137.0 | 39.3 | -157.7 | 485.7 |
| Sun | 25 | 80.4 | 99.9 | 50.3 | -144.8 | 363.3 |
| Shower | 25 | 209.2 | 221.9 | 73.3 | 24.4 | 809.7 |

Zone Data Set
Summary Statistics for NDMA Level

| Zone | Week | n | Mean | SD | Median |
|---|---|---|---|---|---|
| Baseline | | 5 | 283.2 | 143.0 | 330.7 |
| 1 | 2 | 5 | 334.8 | 136.9 | 342.5 |
| | 4 | 5 | 394.9 | 119.4 | 416.8 |
| | 8 | 5 | 358.6 | 94.5 | 348.3 |
| 2 | 2 | 5 | 348.4 | 157.8 | 351.7 |
| | 4 | 5 | 459.7 | 208.8 | 465.1 |
| | 8 | 5 | 516.4 | 258.0 | 432.1 |
| 3 | 2 | 5 | 351.7 | 144.6 | 370.2 |
| | 4 | 5 | 648.2 | 276.2 | 738.0 |
| | 8 | 5 | 719.3 | 328.9 | 832.1 |
| 4A | 2 | 5 | 448.8 | 217.9 | 457.6 |
| | 4 | 5 | 659.0 | 136.7 | 698.9 |
| | 8 | 5 | 807.2 | 173.9 | 829.1 |
| ACC | 2 | 5 | 690.1 | 366.0 | 607.8 |
| | 4 | 5 | 1064.7 | 533.5 | 903.7 |
| | 8 | 5 | 1552.1 | 660.7 | 1289.0 |

Zone Data Set

Comparisons Between Zones at Each Week (Using the Two-Sample t Test)

| Week | Comparison | First Zone n | First Zone Mean | First Zone SD | Second Zone n | Second Zone Mean | Second Zone SD | Difference Between Means | p-value |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 - 2 | 5 | 334.8 | 136.9 | 5 | 348.4 | 157.8 | -13.7 | 0.887 |
| | 1 - 3 | 5 | 334.8 | 136.9 | 5 | 351.7 | 144.6 | -16.9 | 0.854 |
| | 1 - 4A | 5 | 334.8 | 136.9 | 5 | 448.8 | 217.9 | -114.1 | 0.351 |
| | 1 - ACC | 5 | 334.8 | 136.9 | 5 | 690.1 | 366.0 | -355.4 | 0.076 |
| | 2 - 3 | 5 | 348.4 | 157.8 | 5 | 351.7 | 144.6 | -3.3 | 0.974 |
| | 2 - 4A | 5 | 348.4 | 157.8 | 5 | 448.8 | 217.9 | -100.4 | 0.428 |
| | 2 - ACC | 5 | 348.4 | 157.8 | 5 | 690.1 | 366.0 | -341.7 | 0.092 |
| | 3 - 4A | 5 | 351.7 | 144.6 | 5 | 448.8 | 217.9 | -97.1 | 0.430 |
| | 3 - ACC | 5 | 351.7 | 144.6 | 5 | 690.1 | 366.0 | -338.4 | 0.091 |
| | 4A - ACC | 5 | 448.8 | 217.9 | 5 | 690.1 | 366.0 | -241.3 | 0.241 |
| 4 | 1 - 2 | 5 | 394.9 | 119.4 | 5 | 459.7 | 208.8 | -64.8 | 0.563 |
| | 1 - 3 | 5 | 394.9 | 119.4 | 5 | 648.2 | 276.2 | -253.3 | 0.096 |
| | 1 - 4A | 5 | 394.9 | 119.4 | 5 | 659.0 | 136.7 | -264.1 | 0.012 |
| | 1 - ACC | 5 | 394.9 | 119.4 | 5 | 1064.7 | 533.5 | -669.8 | 0.025 |
| | 2 - 3 | 5 | 459.7 | 208.8 | 5 | 648.2 | 276.2 | -188.5 | 0.258 |
| | 2 - 4A | 5 | 459.7 | 208.8 | 5 | 659.0 | 136.7 | -199.3 | 0.112 |
| | 2 - ACC | 5 | 459.7 | 208.8 | 5 | 1064.7 | 533.5 | -605.0 | 0.046 |
| | 3 - 4A | 5 | 648.2 | 276.2 | 5 | 659.0 | 136.7 | -10.8 | 0.940 |
| | 3 - ACC | 5 | 648.2 | 276.2 | 5 | 1064.7 | 533.5 | -416.5 | 0.160 |
| | 4A - ACC | 5 | 659.0 | 136.7 | 5 | 1064.7 | 533.5 | -405.7 | 0.138 |
| 8 | 1 - 2 | 5 | 358.6 | 94.5 | 5 | 516.4 | 258.0 | -157.9 | 0.235 |
| | 1 - 3 | 5 | 358.6 | 94.5 | 5 | 719.3 | 328.9 | -360.7 | 0.046 |
| | 1 - 4A | 5 | 358.6 | 94.5 | 5 | 807.2 | 173.9 | -448.6 | 0.001 |
| | 1 - ACC | 5 | 358.6 | 94.5 | 5 | 1552.1 | 660.7 | -1193.6 | 0.004 |
| | 2 - 3 | 5 | 516.4 | 258.0 | 5 | 719.3 | 328.9 | -202.9 | 0.309 |
| | 2 - 4A | 5 | 516.4 | 258.0 | 5 | 807.2 | 173.9 | -290.8 | 0.070 |
| | 2 - ACC | 5 | 516.4 | 258.0 | 5 | 1552.1 | 660.7 | -1035.7 | 0.011 |
| | 3 - 4A | 5 | 719.3 | 328.9 | 5 | 807.2 | 173.9 | -87.9 | 0.612 |
| | 3 - ACC | 5 | 719.3 | 328.9 | 5 | 1552.1 | 660.7 | -832.8 | 0.036 |
| | 4A - ACC | 5 | 807.2 | 173.9 | 5 | 1552.1 | 660.7 | -744.9 | 0.041 |

Zone Data Set
Subject-Specific Slopes
(Estimated NDMA Change per One-Week Change)

| Zone | ID | Number of Observations | Slope |
|---|---|---|---|
| 1 | 19D563 | 4 | 0.3 |
| | AL4219B | 4 | 18.6 |
| | AL4891B | 4 | -5.5 |
| | HA4J | 4 | 4.0 |
| | HF6N | 4 | 28.1 |
| 2 | 19D563 | 4 | 59.5 |
| | AL4219B | 4 | 23.2 |
| | AL4891B | 4 | -3.7 |
| | HA4J | 4 | 42.9 |
| | HF6N | 4 | 26.8 |
| 3 | 19D563 | 4 | 51.7 |
| | AL4219B | 4 | 34.4 |
| | AL4891B | 4 | 10.9 |
| | HA4J | 4 | 112.3 |
| | HF6N | 4 | 82.5 |
| 4A | 19D563 | 4 | 61.0 |
| | AL4219B | 4 | 63.4 |
| | AL4891B | 4 | 64.6 |
| | HA4J | 4 | 77.2 |
| | HF6N | 4 | 62.0 |
| ACC | 19D563 | 4 | 223.6 |
| | AL4219B | 4 | 88.7 |
| | AL4891B | 4 | 106.7 |
| | HA4J | 4 | 233.2 |
| | HF6N | 4 | 132.3 |

Zone Data Set
Summary Statistics for Subject-Specific Slopes

| Zone | n | Mean | SD | Median | Min | Max |
|---|---|---|---|---|---|---|
| 1 | 5 | 9.1 | 13.8 | 4.0 | -5.5 | 28.1 |
| 2 | 5 | 29.7 | 23.6 | 26.8 | -3.7 | 59.5 |
| 3 | 5 | 58.4 | 39.9 | 51.7 | 10.9 | 112.3 |
| 4A | 5 | 65.6 | 6.6 | 63.4 | 61.0 | 77.2 |
| ACC | 5 | 156.9 | 67.2 | 132.3 | 88.7 | 233.2 |

CONFIDENTIAL INFORMATION

# APPENDIX 6

SSS Data Set
Summary Statistics for NDMA Level

| Condition | Number of Cycles | n | Mean | SD | Median |
|---|---|---|---|---|---|
| Baseline | | 9 | 4959.0 | 6034.6 | 1743.2 |
| Shade | 6 | 2 | 309.3 | 7.9 | 309.3 |
| | 15 | 9 | 5691.0 | 6712.3 | 2075.0 |
| | 30 | 6 | 1948.1 | 1238.2 | 2256.5 |
| | 50 | 6 | 2812.3 | 1831.3 | 2780.4 |
| Sun | 6 | 2 | 331.4 | 14.5 | 331.4 |
| | 15 | 9 | 5871.1 | 6274.4 | 2401.9 |
| | 30 | 6 | 2240.9 | 1398.4 | 2583.5 |
| | 50 | 6 | 2982.6 | 2234.2 | 2642.2 |
| Shower | 6 | 2 | 362.0 | 43.3 | 362.0 |
| | 15 | 9 | 6406.5 | 6955.3 | 2457.6 |
| | 30 | 6 | 3017.6 | 1466.3 | 3615.4 |
| | 50 | 6 | 3830.2 | 1345.7 | 4133.5 |

Zantac (Ranitidine) Products Liability Litigation (Unexpired Product) 2
SSS Data Set
Subject-Specific Slopes
(Estimated NDMA Change per One-Unit Change in the Number of Cycles)

| Condition | ID | Number of Observations | Slope |
|---|---|---|---|
| Shade | 18N024U | 4 | 30.1 |
| | 9116CAWS | 4 | 31.2 |
| | 9238CAWS | 4 | 68.9 |
| | 957266 | 5 | 58.5 |
| | 958258 | 2 | 485.7 |
| | 960678 | 5 | 16.1 |
| | 960738 | 2 | -157.7 |
| | 960740 | 2 | -59.3 |
| | AL7319 | 4 | 16.9 |
| Sun | 18N024U | 4 | 28.6 |
| | 9116CAWS | 4 | 49.4 |
| | 9238CAWS | 4 | 85.7 |
| | 957266 | 5 | 41.6 |
| | 958258 | 2 | 110.1 |
| | 960678 | 5 | 16.1 |
| | 960738 | 2 | -42.7 |
| | 960740 | 2 | 190.4 |
| | AL7319 | 4 | 16.0 |
| Shower | 18N024U | 4 | 53.4 |
| | 9116CAWS | 4 | 70.1 |
| | 9238CAWS | 4 | 59.7 |
| | 957266 | 5 | 72.9 |
| | 958258 | 2 | 255.4 |
| | 960678 | 5 | 25.3 |
| | 960738 | 2 | 64.7 |
| | 960740 | 2 | 234.2 |
| | AL7319 | 4 | 73.3 |

SSS Data Set

Summary Statistics for Subject-Specific Slopes

| Condition | n | Mean | SD | Median | Min | Max |
|---|---|---|---|---|---|---|
| Shade | 9 | 54.5 | 176.1 | 30.1 | -157.7 | 485.7 |
| Sun | 9 | 55.0 | 66.9 | 41.6 | -42.7 | 190.4 |
| Shower | 9 | 101.0 | 83.0 | 70.1 | 25.3 | 255.4 |

Zone Data Set

Summary Statistics for NDMA Level

| Zone | Week | n | Mean | SD | Median |
|---|---|---|---|---|---|
| Baseline | | 2 | 223.3 | 206.8 | 223.3 |
| 1 | 2 | 2 | 244.1 | 151.5 | 244.1 |
| | 4 | 2 | 287.8 | 67.5 | 287.8 |
| | 8 | 2 | 274.0 | 71.8 | 274.0 |
| 2 | 2 | 2 | 249.4 | 207.8 | 249.4 |
| | 4 | 2 | 272.5 | 108.9 | 272.5 |
| | 8 | 2 | 302.2 | 69.7 | 302.2 |
| 3 | 2 | 2 | 240.2 | 153.7 | 240.2 |
| | 4 | 2 | 360.4 | 60.7 | 360.4 |
| | 8 | 2 | 389.9 | 76.3 | 389.9 |
| 4A | 2 | 2 | 251.1 | 141.0 | 251.1 |
| | 4 | 2 | 594.7 | 147.4 | 594.7 |
| | 8 | 2 | 689.1 | 198.1 | 689.1 |
| ACC | 2 | 2 | 387.4 | 290.1 | 387.4 |
| | 4 | 2 | 610.5 | 292.0 | 610.5 |
| | 8 | 2 | 994.8 | 323.8 | 994.8 |

Zantac (Ranitidine) Products Liability Litigation (Unexpired Product) 5
Zone Data Set
Comparisons Between Zones at Each Week (Using the Two-Sample t Test)

| Week | Comparison | First Zone n | First Zone Mean | First Zone SD | Second Zone n | Second Zone Mean | Second Zone SD | Difference Between Means | p-value |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 - 2 | 2 | 244.1 | 151.5 | 2 | 249.4 | 207.8 | -5.3 | 0.979 |
| | 1 - 3 | 2 | 244.1 | 151.5 | 2 | 240.2 | 153.7 | 3.9 | 0.982 |
| | 1 - 4A | 2 | 244.1 | 151.5 | 2 | 251.1 | 141.0 | -7.1 | 0.966 |
| | 1 - ACC | 2 | 244.1 | 151.5 | 2 | 387.4 | 290.1 | -143.4 | 0.599 |
| | 2 - 3 | 2 | 249.4 | 207.8 | 2 | 240.2 | 153.7 | 9.2 | 0.964 |
| | 2 - 4A | 2 | 249.4 | 207.8 | 2 | 251.1 | 141.0 | -1.8 | 0.993 |
| | 2 - ACC | 2 | 249.4 | 207.8 | 2 | 387.4 | 290.1 | -138.0 | 0.639 |
| | 3 - 4A | 2 | 240.2 | 153.7 | 2 | 251.1 | 141.0 | -11.0 | 0.948 |
| | 3 - ACC | 2 | 240.2 | 153.7 | 2 | 387.4 | 290.1 | -147.3 | 0.591 |
| | 4A - ACC | 2 | 251.1 | 141.0 | 2 | 387.4 | 290.1 | -136.3 | 0.611 |
| 4 | 1 - 2 | 2 | 287.8 | 67.5 | 2 | 272.5 | 108.9 | 15.3 | 0.882 |
| | 1 - 3 | 2 | 287.8 | 67.5 | 2 | 360.4 | 60.7 | -72.6 | 0.375 |
| | 1 - 4A | 2 | 287.8 | 67.5 | 2 | 594.7 | 147.4 | -306.9 | 0.116 |
| | 1 - ACC | 2 | 287.8 | 67.5 | 2 | 610.5 | 292.0 | -322.8 | 0.267 |
| | 2 - 3 | 2 | 272.5 | 108.9 | 2 | 360.4 | 60.7 | -87.9 | 0.424 |
| | 2 - 4A | 2 | 272.5 | 108.9 | 2 | 594.7 | 147.4 | -322.2 | 0.131 |
| | 2 - ACC | 2 | 272.5 | 108.9 | 2 | 610.5 | 292.0 | -338.0 | 0.265 |
| | 3 - 4A | 2 | 360.4 | 60.7 | 2 | 594.7 | 147.4 | -234.3 | 0.173 |
| | 3 - ACC | 2 | 360.4 | 60.7 | 2 | 610.5 | 292.0 | -250.1 | 0.357 |
| | 4A - ACC | 2 | 594.7 | 147.4 | 2 | 610.5 | 292.0 | -15.9 | 0.952 |
| 8 | 1 - 2 | 2 | 274.0 | 71.8 | 2 | 302.2 | 69.7 | -28.3 | 0.728 |
| | 1 - 3 | 2 | 274.0 | 71.8 | 2 | 389.9 | 76.3 | -115.9 | 0.258 |
| | 1 - 4A | 2 | 274.0 | 71.8 | 2 | 689.1 | 198.1 | -415.1 | 0.108 |
| | 1 - ACC | 2 | 274.0 | 71.8 | 2 | 994.8 | 323.8 | -720.8 | 0.092 |
| | 2 - 3 | 2 | 302.2 | 69.7 | 2 | 389.9 | 76.3 | -87.7 | 0.353 |
| | 2 - 4A | 2 | 302.2 | 69.7 | 2 | 689.1 | 198.1 | -386.9 | 0.121 |
| | 2 - ACC | 2 | 302.2 | 69.7 | 2 | 994.8 | 323.8 | -692.6 | 0.098 |
| | 3 - 4A | 2 | 389.9 | 76.3 | 2 | 689.1 | 198.1 | -299.2 | 0.184 |
| | 3 - ACC | 2 | 389.9 | 76.3 | 2 | 994.8 | 323.8 | -604.9 | 0.124 |
| | 4A - ACC | 2 | 689.1 | 198.1 | 2 | 994.8 | 323.8 | -305.7 | 0.373 |

Zone Data Set
Subject-Specific Slopes
(Estimated NDMA Change per One-Week Change)

| Zone | ID | Number of Observations | Slope |
|---|---|---|---|
| 1 | AL4219B | 4 | 18.6 |
| | AL4891B | 4 | -5.5 |
| 2 | AL4219B | 4 | 23.2 |
| | AL4891B | 4 | -3.7 |
| 3 | AL4219B | 4 | 34.4 |
| | AL4891B | 4 | 10.9 |
| 4A | AL4219B | 4 | 63.4 |
| | AL4891B | 4 | 64.6 |
| ACC | AL4219B | 4 | 88.7 |
| | AL4891B | 4 | 106.7 |

CONFIDENTIAL INFORMATION

Zone Data Set

Summary Statistics for Subject-Specific Slopes

| Zone | n | Mean | SD | Median | Min | Max |
|---|---|---|---|---|---|---|
| 1 | 2 | 6.5 | 17.0 | 6.5 | -5.5 | 18.6 |
| 2 | 2 | 9.7 | 19.1 | 9.7 | -3.7 | 23.2 |
| 3 | 2 | 22.7 | 16.6 | 22.7 | 10.9 | 34.4 |
| 4A | 2 | 64.0 | 0.8 | 64.0 | 63.4 | 64.6 |
| ACC | 2 | 97.7 | 12.7 | 97.7 | 88.7 | 106.7 |

# APPENDIX 7

October 21, 2021

**Charles S. Davis, Ph.D.**

[redacted] E-mail: chuck@csdbiostat.com

## Employment

| | | |
|---|---|---|
| 1/09- | President | CSD Biostatistics, Inc. |
| 11/05- | Biostatistical Consultant | CSD Biostatistics |
| 8/01-11/05 | Vice President, Biometrics (4/04-12/05)<br>Sr. Director, Biometrics (8/01-3/04) | Elan Pharmaceuticals,<br>San Diego, CA |
| 7/87-8/01 | Professor (1996-2001)<br>Associate Professor (1991-1996)<br>Assistant Professor (1987-1991) | Department of Biostatistics,<br>University of Iowa,<br>Iowa City, IA |
| 4/94-8/01 | Director, Biostatistics Core | Holden Comprehensive Cancer Center, University of Iowa |
| 7/84-9/85 | Manager, Statistics | Miles Laboratories, Elkhart, IN |
| 6/81-7/84 | Sr. Statistician | American Critical Care, McGaw Park, IL |
| 7/77-6/81 | Statistician | Mayo Clinic, Rochester, MN |

## Education

| | | |
|---|---|---|
| 1987 | Ph.D., Biostatistics | University of Michigan, Ann Arbor, MI |
| 1977 | M.S., Statistics | McMaster University, Hamilton, Ontario |
| 1974 | B.A., Mathematics | Houghton College, Houghton, NY |

## Awards

| | |
|---|---|
| 2004 | Elected as a Fellow of the American Statistical Association |
| 2004 | American Statistical Association Council of Chapters Traveling Course Instructor |
| 2000 | Excellence in Continuing Education Award, American Statistical Association |
| 1996 | Vere D. Wenger Travel Award, Shanghai Institute of Planned Parenthood Research |
| 1992 | Lewis D. Holloway Award for Research in Health Science Education |
| 1990 | Winner, Statistics in Medicine 10th Anniversary Paper Competition |
| 1989 | Outstanding Presentation Award, U.S. Census Bureau 5th Annual Research Conference |
| 1989 | NSF Travel Award, 47th Session of the International Statistical Institute |

## Professional Service to Statistical Organizations

| | |
|---|---|
| 2008-2010 | Nominating Committee Member, American Statistical Association (ASA) Statistical Consulting Section |
| 2001-2005 | Associate Editor, *The American Statistician* |
| 2004 | American Statistical Association Council of Chapters Traveling Course Instructor |
| 1999-2001 | Chair Elect, Chair, Past Chair: ASA Biometrics Section |
| 1997-1999 | Council of Sections Representative: ASA Biopharmaceutical Section |
| 1997-1999 | Member, ASA Council of Sections Fiscal Oversight Committee |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 1995-1997 | Guest Lecturer, Committee of Presidents of Statistical Societies Visiting Lecturer Program |
| 1994-1998 | Associate Editor, *Controlled Clinical Trials* |
| 1994-1996 | Executive Committee Member, ASA Biopharmaceutical Section |
| 1994 | Reviewer, Student Awards Competition, ASA Biopharmaceutical Section |
| 1994 | Session Chair, Mixed Model Analyses of Longitudinal Data, Joint Statistical Meetings |
| 1994 | Organizer and Chair, Invited Paper Session, Methods for Handling Dropouts in Comparative Efficacy Trials, Biometric Society (ENAR) Annual Meeting |
| 1993-1995 | Regional Advisory Board Member, Biometric Society (ENAR) |
| 1992 | Session Chair, Clinical Trials, 16th International Biometrics Conference |
| 1992 | Session Chair, Robust Computational Procedures, Joint Statistical Meetings |
| 1992 | Session Chair, Longitudinal Data Analysis, Biometric Society (ENAR) Annual Meeting |
| 1990 | Organizer and Chair, Invited Paper Session, Analysis of Repeated Polytomous Data, Joint Statistical Meetings |
| 1983 | Program Committee Member, Midwest Biopharmaceutical Statistics Workshop |
| 1982 | Publicity Chairman, Midwest Biopharmaceutical Statistics Workshop |

## Professional Service to Other Organizations

| | |
|---|---|
| 2021- | Member, Independent Data Monitoring Committee (IDMC) for an open label, multicenter study in patients with advanced solid tumors |
| 2021- | Member, IDMC for a phase 3, randomized, parallel-group, placebo-controlled, double-blind trial for the treatment of hypercortisolism |
| 2021- | Member, IDMC for a phase 2, randomized, parallel-group, placebo-controlled, double-blind trial of prevention of arteriovenous graft thrombosis |
| 2021- | Member, IDMC for a phase 2/3, randomized, double-blind, placebo-controlled, multicenter study in adults at high risk of SARS-CoV-2 exposure |
| 2021- | Member, IDMC for a long-term follow-up study for the treatment of PAH |
| 2021- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled, multicenter study in patients with liver fibrosis |
| 2021- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled, multicenter study in patients with triple-negative breast cancer |
| 2021- | Member, IDMC for a phase 2, multicenter study in patients with advanced mucosal melanoma |
| 2021- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled, multicenter study in patients with AL amyloidosis |
| 2021- | Member, IDMC for a randomized, double-blind, placebo-controlled, multicenter study in subjects with non-alcoholic steatohepatitis and fibrosis |
| 2021- | Member, IDMC for a phase 2, randomized, double-blind, placebo-controlled, multicenter study in patients with liver cirrhosis |
| 2021- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled, multicenter study in patients with amyotrophic lateral sclerosis |
| 2021- | Member, IDMC for a randomized, double-blind, placebo-controlled, multicenter study in patients with Alzheimer's disease |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2021- | Member, IDMC for a randomized, double-blind, placebo-controlled, multicenter study in infants at high risk for developing allergic disease |
| 2021- | Member, IDMC for a randomized, double-blind, placebo-controlled study in obese adult patients with schizophrenia |
| 2021- | Member, IDMC for a phase 1/2 study in patients with relapsed/refractory leukemia |
| 2021- | Member, IDMC for a phase 3, randomized trial to assess diagnostic performance of an agent for visualization of malignant tissue |
| 2021- | Member, IDMC for a long-term safety and efficacy study in patients with Crohn's disease |
| 2021- | Member, IDMC for a phase 2, randomized, double-blind, placebo-controlled study in patients with Lupus |
| 2021- | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with Covid-19 |
| 2021- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled study in adolescent subjects with moderate to severe plaque psoriasis |
| 2021-2021 | Member, IDMC for a phase 3 study in patients with metastatic pancreatic ductal adenocarcinoma |
| 2021- | Member, IDMC for a phase 1/2 study in subjects with advanced solid malignancies |
| 2021- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled study in patients with IgA nephropathy at risk of progressive loss of renal function |
| 2021- | Member, IDMC for a phase 2, randomized, double-blind, placebo-controlled study for the prevention of ICU acquired weakness in major trauma patients |
| 2020- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled study in subjects with major depressive disorder |
| 2020- | Member, IDMC for a phase 2, randomized, double-blind, placebo-controlled study in food-allergic children and adults |
| 2020- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled study in patients with glioblastoma |
| 2020- | Member, IDMC for a phase 3, randomized, double-blind study in subjects with metastatic, castration-resistant prostate cancer |
| 2020- | Member, IDMC for a phase 3, randomized, double-blin, placebo-controlled study in subjects with idiopathic pulmonary fibrosis |
| 2020- | Member, IDMC for a phase 3, randomized, double-blind, placebo-controlled study in subjects with enteric hyeroxaluria |
| 2020- | Member, IDMC for a phase 3, multicenter, randomized study in subjects with relapsed and refractory multiple myeloma |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in subjects with moderate to severe ulcerative colitis |
| 2020- | Member, IDMC for a safety and pharmacokinetics study in pediatric patients for whom a pharmacologic stress perfusion CMR test is indicated |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled phase 3 study in patients with idiopathic pulmonary fibrosis |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in subjects with diabetic kidney disease |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2020- | Member, IDMC for a phase 2 study in patients with locally advanced or metastatic triple negative breast cancer |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study for the prevention of migraine |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in obese adult subjects with schizophrenia and recent weight gain |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in subjects with locally advanced pancreatic cancer |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in subjects with Duchenne Muscular Dystrophy |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled, parallel-group study in patients with gastroparesis |
| 2020- | Member, IDMC for a randomized, open-label study in patients with thrombotic microangiopathy after hematopoietic stem cell transplant |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with acute lung injury due to Covid-19 pneumonia |
| 2020-2021 | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with moderate to severe Covid-19 |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in subjects with invasive urothelial carcinoma |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with Covid-19 |
| 2020- | Member, IDMC for a randomized, placebo-controlled study in patients with triple negative breast cancer |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study for the prevention of esophageal varices in NASH cirrhosis |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with painful diabetic peripheral neuropathy |
| 2020- | Member, IDMC for a phase 2 study in patients on hemodialysis with cognitive impairment associated with end stage renal disease |
| 2020- | Member, IDMC for a single-arm trial of an experimental treatment in patients with severe Covid-19 who are in critical condition |
| 2020- | Member, IDMC for an open label study of a treatment for Duchenne muscular dystrophy |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled, phase 3 study of safety, immunogenicity, and efficacy of a prophylactic vaccine against Covid-19 disease |
| 2020 | Member, IDMC for a randomized, double-blind, placebo-controlled study in adult patients with severe pneumonia related to Covid-19 |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled, phase 3 study in patients with biliary atresia |
| 2020-2021 | Member, IDMC for a randomized, double-blind, placebo-controlled, phase 3 study in patients with small cell lung cancer |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled, phase 3 study for the prevention of proliferative vitreoretinopathy |
| 2020- | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with spinal muscular atrophy |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2019- | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with Cushing syndrome |
| 2019-2021 | Member, IDMC for a randomized, double-blind, placebo-controlled study in subjects with acute ischemic stroke |
| 2019- | Member, IDMC for a randomized, double-blind, placebo-controlled, phase 3 study in patients with WHIM syndrome |
| 2019- | Member, IDMC for a randomized, parallel-group, phase 3 study in patients with advanced/metatstatic or inoperable cholangiocarcinoma |
| 2019- | Member, IDMC for a phase 1 study in obese subjects with comorbities |
| 2019- | Member, IDMC for a randomized, parallel-group, phase 3 study in patients with metastatic breast cancer |
| 2019-2020 | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with pulmonary sarcoidosis |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in subjects with nonalcoholic steatohepatitis |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in subjects with nonalcoholic steatohepatitis |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in patients with amyotrophic lateral sclerosis/motor neuron disease |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, phase 3, parallel-group study in children with functional constipation |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in patients with mild to moderate Alzheimer's disease |
| 2019- | Member, IDMC for a multi-arm trial of targeted agents for multiple myeloma |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, parallel-group study in patients with macular atrophy |
| 2019- | Member, IDMC for a phase 2b, multiple dose, biomarker and safety study in patients with mild to moderate Alzheimer's disease |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, parallel-group study in patients with ulcerative colitis |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in subjects with chronic spinal cord injury |
| 2019- | Member, IDMC for a randomized, multicenter study in children and adolescents with nonalcoholic steatohepatitis |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in patients with moderately to severely active ulcerative colitis |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study of an HPV vaccine |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study for the treatment of lower respiratory tract parainfluenza infection |
| 2019- | Member, IDMC for a study in patients with newly diagnosed glioblastoma multiforme |
| 2019-2021 | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in patients with active psoriatic arthritis |

| | |
|---|---|
| 2019- | Member, IDMC for a multicenter study to evaluate a device for replacement of the pulmonary valve and reconstruction of right ventricular outflow tract |
| 2019- | Member, IDMC for a randomized, multicenter, double-blind, placebo-controlled, parallel-group study in subjects with lupus nephritis |
| 2019- | Member, IDMC for a randomized, multicenter, parallel-group study in patients with advanced or metastatic adenocarcinoma of the stomach |
| 2018- | Member, IDMC for a randomized, multicenter, double-blind, parallel-group study in patients with primary focal segmental glomerulosclerosis |
| 2018- | Member, IDMC for a randomized, multicenter, parallel-group study for the treatment of recurrent platinum-resistant ovarian cancer |
| 2018- | Member, IDMC for a randomized, double-blind, placebo-controlled study in adults with idiopathic hypersomnia |
| 2018- | Member, IDMC for a randomized, double-blind, placebo-controlled, parallel-group study in patients with non-alcoholic steatohepatitis |
| 2018- | Member, IDMC for a randomized, parallel-group, multicenter study in adult subjects with relapsed or refractory Non-Hodgkin lymphoma |
| 2018- | Member, IDMC for a randomized, double-blind, placebo-controlled study in subjects with moderate to severe Crohn's disease |
| 2018- | Member, IDMC for a randomized, parallel-group, placebo-controlled study in patients with moderate-to-severe plaque psoriasis |
| 2018-2020 | Member, IDMC for a randomized, parallel-group, placebo-controlled study in patients with enteric hyperoxaluria |
| 2018-2018 | Member, IDMC for a randomized, parallel-group, placebo-controlled study in unresectable locally-advanced or metastatic synovial sarcoma |
| 2018- | Member, IDMC for a randomized, parallel-group, placebo-controlled multicenter study in subjects with neovascular age-related macular degeneration |
| 2018- | Member, IDMC for a randomized, double-blind, parallel-group study in pediatric patients with cystic fibrosis |
| 2018-2020 | Member, IDMC for a clinical trial in non-ambulatory subjects with Duchenne muscular dystrophy |
| 2018- | Member, IDMC for a randomized, parallel-group, placebo-controlled, multicenter study in pediatric patients with hypotension |
| 2018- | Chairman, IDMC for a randomized, parallel-group study of a treatment for rotator cuff tears |
| 2018-2018 | Member, IDMC for a randomized, parallel-group, placebo-controlled, multicenter study in patients with chronic kidney disease |
| 2018-2021 | Member, IDMC for a randomized, parallel-group, placebo-controlled multicenter study in patients with renal cell carcinoma |
| 2018- | Member, IDMC for a randomized, multicenter study in patients with suspected coronary artery disease |
| 2018-2020 | Member, IDMC for a randomized, multicenter study in pediatric MPS IIIa patients |
| 2018-2021 | Member, IDMC for a multinational, multicenter, randomized study in women with breast cancer |
| 2017- | Member, IDMC for a randomized, double-blind, placebo-controlled multicenter study in patients with advanced or metastatic biliary tract cancer |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2017- | Member, IDMC for a randomized, parallel-group study in subjects with end-stage renal disease |
| 2017- | Chairman, IDMC for a phase 2 study in patients with stage III/IV melanoma |
| 2017-2018 | Member, IDMC for a randomized, double-blind, placebo-controlled phase 2 study in patients with renal cell carcinoma |
| 2017- | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled phase 3 study in patients with acute myeloid leukemia |
| 2017- | Member, IDMC for a randomized, parallel-group study of an investigational treatment for atrophy secondary to age-related macular degeneration |
| 2017- | Chairman, IDMC for a randomized, double-blind, parallel-group study in patients with follicular lymphoma |
| 2017- | Member, IDMC for a randomized, double-blind, placebo-controlled, parallel-group phase 2 study in patients with amyotrophic lateral sclerosis |
| 2017- | Member, IDMC for a randomized, double-blind, parallel-group phase 2 study in patients with small cell lung cancer |
| 2017- | Member, IDMC for a randomized phase 3 study in patients with staphylococcus aureus bacteremia |
| 2017- | Member, IDMC for a randomized phase 3 study in patients with acute bacterial skin and skin structure infections |
| 2017-2019 | Member, IDMC for a randomized phase 2 study in patients with metastatic triple negative breast cancer |
| 2017 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study in subjects with chronic pain due to osteoarthritis of the knee |
| 2017-2020 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study of an investigational treatment for post-herpetic neuralgia |
| 2016-2018 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study of an investigational treatment for chronic migraine |
| 2016- | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study in pediatric patients with autoinflammatory diseases |
| 2016-2018 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study in subjects with moderate to severe active ulcerative colitis |
| 2016-2018 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study of an investigational treatment for cystic fibrosis |
| 2016-2017 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study of an investigational treatment for Alport syndome |
| 2016-2018 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study of an investigational treatment for intestinal malabsorption in preterm infants |
| 2016-2018 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study of an investigational treatment for pruritus |
| 2016-2020 | Member, IDMC for a phase 2 study in adults with thrombotic microangiopathies |
| 2016-2017 | Member, IDMC for a randomized, double-blind, parallel-group, placebo-controlled study in subjects with chronic pain due to osteoarthritis of the knee |
| 2016-2016 | Member, IDMC for a phase 1 study in subjects with recurrent previously treated locally advanced or metastatic non-small cell lung cancer |
| 2016-2018 | Member, IDMC for a randomized, double-blind, parallel-group study in patients with pulmonary arterial hypertension |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2016-2019 | Member, IDMC for a randomized, double-blind, parallel-group study of an experimental treatment for hematologic malignancies |
| 2016-2017 | Member, IDMC for a multicenter, randomized study in comatose survivors of out-of-hospital cardiac arrest |
| 2016-2018 | Member, IDMC for a randomized, double-blind, parallel-group study for management of heavy menstrual bleeding associated with uterine fibroids |
| 2016- | Member, IDMC for a randomized, parallel-group study in subjects undergoing hemodialysis |
| 2016-2017 | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with spinal muscular atrophy |
| 2015-2020 | Member, IDMC for a randomized, double-blind, parallel-group study in subjects at risk for the onset of clinical symptoms of Alzheimer's disease |
| 2015-2016 | Member, IDMC for a randomized, double-blind, parallel-group study in subjects with Immunoglobulin A Nephropathy |
| 2015-2017 | Member, IDMC for a randomized, parallel-group study in patients with metastatic small cell lung cancer |
| 2015-2018 | Member, IDMC for a randomized, double-blind, placebo-controlled study in patients with frequent episodic migraines |
| 2015-2018 | Member, IDMC for a randomized, double-blind, multicenter, phase 2 trial in patients with chronic motor deficits from ischemic stroke |
| 2015-2016 | Member, IDMC for a randomized, double-blind, multicenter, phase 3 trial in patients with opioid use disorder |
| 2015-2017 | Member, IDMC for a randomized, placebo-controlled study in adults with idiopathic hypersomnia |
| 2015-2018 | Member, IDMC for a randomized, phase 3 multicenter trial in patients with recurrent glioblastoma |
| 2015-2019 | Member, IDMC for a randomized, double-blind, phase 2 multicenter trial in patients with chronic motor deficit from traumatic brain injury |
| 2015-2018 | Member, IDMC for a randomized, double-blind, phase 2, multicenter trial in patients with moderately to severely active ulcerative colitis |
| 2015-2017 | Member, IDMC for a randomized, double-blind, phase 3, multicenter trial in patients with amyotrophic lateral sclerosis |
| 2015-2016 | Member, IDMC for a randomized, double-blind, placebo-controlled safety and PK study of a potential treatment for smallpox |
| 2015-2017 | Member, IDMC for a randomized, double-blind, phase 2 study in subjects with spinal muscular atrophy |
| 2015-2016 | Member, IDMC for a randomized, double-blind, phase 2 study in subjects with idiopathic pulmonary fibrosis |
| 2015-2016 | Member, IDMC for a phase 1 study in patients with AMD and recent rapid vision decline |
| 2015-2016 | Member, IDMC for a randomized, parallel-group, multicenter study in patients with multiple system atrophy |
| 2015-2016 | Member, IDMC for a randomized, double-blind, multicenter study of an investigational treatment for bacterial vaginosis |
| 2015 | Member, IDMC for a randomized, double-blind, phase 3 study of an investigational treatment for bipolar disorder |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2014-2017 | Member, IDMC for a randomized, double-blind, phase 3 study of an investigational treatment for later-onset spinal muscular atrophy |
| 2014-2018 | Member, IDMC for a randomized, double-blind, multicenter study of an investigational treatment for rheumatoid arthritis |
| 2014-2016 | Member, IDMC for a randomized, double-blind, phase 3 study of an investigational treatment for metastatic melanoma |
| 2014-2016 | Member, IDMC for a randomized, double-blind, placebo-controlled study of an investigational treatment for non-small cell lung cancer |
| 2014 | Member, IDMC for a randomized study of an investigational treatment for increasing blood pressure in pediatric patients undergoing anesthesia |
| 2014-2018 | Member, IDMC for a randomized, phase 2 study of an investigational treatment for advanced renal cell carcinoma |
| 2014 | Member, IDMC for a randomized, double-blind, placebo-controlled phase 2 study of an investigational treatment for acute ischemic stroke |
| 2014-2017 | Member, IDMC for a randomized, double-blind, phase 3 study of an investigational treatment for infantile-onset spinal muscular atrophy |
| 2014-2021 | Member, IDMC for a randomized, double-blind, multicenter trial of an investigational treatment for pulmonary arterial hypertension |
| 2014-2015 | Member, IDMC for a single-arm trial of percutaneous transluminal revascularization of infrainguinal arterial disease |
| 2014-2015 | Member, IDMC for a phase 2 study of an investigational treatment for macular dystrophy |
| 2014 | Member, IDMC for a randomized, double-blind, phase 3 study of an investigational treatment for acute depressive episodes associated with bipolar disorder |
| 2014 | Member, IDMC for a randomized, double-blind, multicenter study of an investigational treatment to prevent post-surgical infections |
| 2014-2016 | Member, IDMC for a randomized, double-blind, multicenter study in women with a history of unexplained recurrent pregnancy loss |
| 2014-2019 | Member, IDMC for multicenter studies in subjects with anemia |
| 2014-2016 | Member, IDMC for a multicenter study of an investigational treatment for immunocompromised subjects with lower respiratory tract parainfluenza infection |
| 2014-2019 | Member, IDMC for a multicenter study of a treatment for peripheral artery disease |
| 2014-2016 | Member, IDMC for a phase 1/2 study of an investigational treatment for a lysosomal storage disorder |
| 2014-2015 | Member, IDMC for a phase 2 study of an investigational treatment in subjects with long-chain fatty acid oxidation disorders |
| 2014-2017 | Member, IDMC for a multicenter, randomized, phase 3 trial of an investigational treatment for soft tissue sarcoma |
| 2014-2015 | Member, IDMC for a multicenter, randomized, phase 3 trial of an investigational treatment for metastatic breast cancer |
| 2013-2015 | Member, IDMC for a randomized, double-blind, phase 3, multicenter trial of an investigational treatment for community-acquired bacterial pneumonia |
| 2013-2015 | Member, IDMC for a multicenter, randomized, phase 2 trial of an investigational treatment for gout |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2013- | Member, IDMC for a double-blind, placebo-controlled, parallel-group study of an investigational treatment for autosomal-dominant Alzheimer's disease |
| 2013-2015 | Member, IDMC for a multicenter, randomized, double-blind, placebo-controlled trial in subjects with idiopathic pulmonary fibrosis |
| 2013-2018 | Member, IDMC for a randomized, double-blind, placebo-controlled trial of an HSV vaccine |
| 2013-2017 | Member, IDMC for a randomized, multicenter, phase 2 trial of an investigational treatment for stage IV pancreatic cancer |
| 2013-2014 | Member, IDMC for a multicenter study of an investigational treatment for immunocompromised subjects with parainfluenza infection |
| 2013-2015 | Member, IDMC for a multicenter, phase 3 study of an investigational treatment for rheumatoid arthritis |
| 2013-2015 | Member, IDMC for a multicenter, phase 3 study of an investigational treatment for plaque psoriasis |
| 2013-2017 | Member, IDMC for a multicenter, placebo-controlled, phase 3 study of an investigational treatment for Alzheimer's disease |
| 2013-2015 | Member, IDMC for a multicenter, phase 2 study in subjects with relapsed or refractory pediatric acute lymphoblastic leukemia |
| 2013-2014 | Member, IDMC for a randomized, double-blind, placebo-controlled phase 3 trial in subjects with opioid-induced constipation |
| 2013-2015 | Member, IDMC for a randomized, double-blind, multicenter study in women undergoing IVF |
| 2013-2018 | Member, IDMC for a multicenter study of a treatment for carotid artery stenosis |
| 2013-2014 | Member, IDMC for a randomized, double-blind, phase 2, multicenter trial in subjects with choroidal neovascularization secondary to AMD |
| 2013-2014 | Member, IDMC for a randomized, double-blind, phase 2, multicenter trial in patients with amyotrophic lateral sclerosis |
| 2012-2017 | Steering Committee Member, Huntington Study Group FIRST-HD/ARC-HD Studies |
| 2012-2013 | Member, IDMC for a randomized, double-blind, phase 2, multicenter trial in subjects with geographic atrophy secondary to age-related macular degeneration |
| 2012-2016 | Member, IDMC for a randomized, double-blind, phase 3, multicenter trial in adolescents with chronic migraine |
| 2012-2018 | Member, IDMC for a randomized, double-blind, phase 3, multicenter trial of an investigational treatment for pediatric limb spasticity |
| 2012-2014 | Member, IDMC for a randomized, double-blind, phase 3, multicenter trial of an investigational treatment for community-acquired bacterial pneumonia |
| 2012-2016 | Member, IDMC for a multicenter, randomized, phase 3 trial in subjects with moderate to severe endometriosis-associated pain |
| 2012-2014 | Member, IDMC for a multicenter, randomized, phase 2 trial in subjects with age-related macular degeneration |
| 2012-2013 | Member, IDMC for a multicenter, randomized, crossover trial in subjects with chronic deficits after ischemic stroke |
| 2012-2015 | Member, IDMC for a multicenter, randomized, phase 2 trial of an investigational treatment for soft tissue sarcoma |
| 2012-2013 | Member, IDMC for a randomized, phase 2 clinical trial in subjects with post-operative pain following bunionectomy |

| | |
|---|---|
| 2012-2014 | Member, IDMC for a multicenter, randomized, phase 3 trial of an investigational treatment for gout |
| 2011 | Member, IDMC for a multicenter, randomized, phase 2 trial of an investigational treatment for diabetic foot ulcers |
| 2011-2013 | Member, IDMC for a multicenter, randomized phase 3 clinical trial of an investigational treatment for bronchiectasis |
| 2011-2014 | Member, IDMC for a randomized phase 3 clinical trial of an investigational treatment for idiopathic pulmonary fibrosis |
| 2011-2013 | Member, IDMC for a multicenter, randomized phase 2 clinical trial of an investigational treatment for non-small cell lung cancer |
| 2011-2013 | Member, IDMC for a multicenter dose-ranging study to assess the safety of an experimental drug for patients with advanced metastatic cancer |
| 2011-2013 | Member, IDMC for a randomized, double-blind, placebo-controlled, multicenter, phase 3 trial of an investigational treatment for noninfectious uveitis |
| 2011 | Member, IDMC for a randomized, double-blind, placebo-controlled, multicenter trial in HCV null responders |
| 2011-2014 | Member, IDMC for a multicenter, phase 2 trial in patients with thyroid cancer |
| 2010-2014 | Member, IDMC for a multicenter, phase 2 trial in patients with recurrent glioblastoma |
| 2010-2012 | Member, IDMC for a multicenter, phase 2 trial in patients with reversible myocardial ischemia |
| 2010-2012 | Member, IDMC for a randomized, double-blind, multicenter trial of an investigational treatment for progressive supranuclear palsy |
| 2010-2011 | Member, IDMC for a randomized, double-blind, multicenter trial of an investigational treatment for atherosclerosis |
| 2010-2011 | Member, IDMC for a randomized, double-blind, multicenter trial of an investigational treatment for community-acquired bacterial pneumonia |
| 2010-2011 | Member, IDMC for an open label trial in HCV null responders |
| 2010 | Member, IDMC for a phase 2, randomized, dose-ranging clinical trial of an investigational treatment for improving visual acuity in patients with diabetic macular edema |
| 2010-2011 | Member, IDMC for a phase 2, randomized, comparator-controlled trial of an investigational treatment for neovascular AMD |
| 2010 | Member, IDMC for a phase 2, randomized, double-blind, placebo-controlled trial in patients with chronic hepatitis C infection |
| 2009-2010 | Member, IDMC for a series of phase 2, randomized, placebo-controlled trials of an investigational treatment for pain |
| 2009-2011 | Member, IDMC for a randomized, phase 2 trial of an investigational treatment for moderate to severe plaque psoriasis |
| 2009-2011 | Member, IDMC for a multicenter, randomized, phase 3 clinical trial in patients with pulmonary hypertension |
| 2009-2011 | Member, IDMC for a multicenter, randomized, phase 2 clinical trial of maintenance of platelet inhibition in patients planned to undergo coronary artery bypass grafting |
| 2009-2010 | Member, IDMC for a multicenter, randomized, phase 2 trial of an investigational treatment in interferon-naïve hepatitis C patients |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 2009-2010 | Member, IDMC for an international, multicenter, randomized, phase 3 clinical trial in patients with multiple sclerosis |
| 2009-2011 | Member, IDMC for a multicenter, randomized, phase 3 clinical trial in patients with early idiopathic pulmonary fibrosis |
| 2008 | Steering Committee Member for a multicenter, randomized phase 2 clinical trial for reduction of platelet counts in vascular risk patients |
| 2008 | Member, IDMC for a randomized, phase 2 clinical trial in subjects with post-operative pain following bunionectomy |
| 2008-2013 | Member, IDMC for an international, multicenter, randomized, phase 3 trial of an investigational treatment for advanced non-small cell lung cancer |
| 2008-2010 | Member, IDMC for an international, multicenter, randomized, phase 2 trial of anti-platelet therapy after drug-eluding stent implantation |
| 2008-2011 | Member, IDMC for a multicenter, randomized phase 2 trial of an investigational agent for advanced non-small cell lung cancer |
| 2008-2010 | Member, IDMC for a multicenter, randomized, phase 3 trial of an investigational treatment for glaucoma |
| 2008-2009 | Chairman, IDMC for a multicenter, randomized, phase 2 trial of an investigational treatment for neovascular, age-related macular degeneration |
| 2007-2010 | Steering Committee Member for a multicenter, randomized, placebo-controlled phase 2 clinical trial of an experimental treatment for Parkinson's disease |
| 2007-2009 | Member, IDMC for a multicenter, phase 2 clinical trial of a CMV immunotherapeutic vaccine in donors and recipients undergoing hematopoietic cell transplant |
| 2007-2009 | Chairman, IDMC for a phase 1 clinical trial of an investigational treatment for critical limb ischemia |
| 2007-2009 | Member, IDMC for a multicenter, randomized, phase 2 clinical trial of an investigational treatment for non-healing diabetic ulcers of the lower extremities |
| 2007-2009 | Member, IDMC for a multicenter, randomized, phase 2 clinical trial of an investigational treatment for liver disease associated with HCV infection |
| 2007 | Member, IDMC for a multicenter, randomized phase 2 clinical trial of an investigational treatment for Alzheimer's disease |
| 2006-2009 | Member, IDMC for a multicenter, randomized, phase 3 trial of an investigational treatment for chronic, stable angina pectoris |
| 2006-2009 | Chairman, IDMC for an international, multicenter, randomized phase 3 clinical trial of an investigational treatment for idiopathic pulmonary fibrosis |
| 2006-2008 | Member, IDMC for a multicenter, randomized, phase 3 trial of a treatment for anemia in patients with chronic kidney disease |
| 2006-2007 | Member, IDMC for an international, multicenter, randomized, phase 2 clinical trial of an investigational treatment for rheumatoid arthritis |
| 2001 | Member, IDMC for an open-label clinical trial in subjects with active Crohn's disease |
| 2001 | External Safety Advisory Board, Elan Pharmaceuticals |
| 2001 | Scientific Reviewer, National Center for Complementary & Alternative Medicine |
| 2001 | Member, IDMC for an NCI phase I study of adenovirus/PSA vaccine in men with metastatic prostate cancer |
| 2000-2001 | Member, IDMC for an American College of Surgeons clinical trial of inguinal hernia management |



CONFIDENTIAL INFORMATION

| | |
|---|---|
| 1999 | Scientific Reviewer, NIH Oral Biology and Medicine Study Section (OBM-2) |
| 1999 | Promotion Review Committee, Department of Public Health Sciences, Wake Forest University School of Medicine, Winston-Salem, NC |
| 1998 | Special Emphasis Panel, National Institute of Dental Research |
| 1998 | Scientific Reviewer, NIH Office of Alternative Medicine |
| 1998 | Scientific Reviewer, NIH Oral Biology and Medicine Study Section |
| 1998 | Special Emphasis Panel, National Institute on Aging |
| 1997 | External Reviewer, Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services |
| 1997 | Special Reviewer, NIH Epidemiology and Disease Control Study Section |
| 1997 | Promotion Review Committee, Department of Biostatistics, Columbia University School of Public Health |
| 1996 | External Review Committee, Alzheimer's Disease Cooperative Study |
| 1996 | NIH Review Committee, "A Double-Blind, Placebo-Controlled Study of Selegeline and α-Tocopherol in Alzheimer's Disease" |
| 1996 | Promotion Review Committee, Department of Family and Community Medicine, University of Arizona |
| 1995-2001 | Board of Consultants, *The Journal of Urology* |
| 1995-1997 | Member, American Board of Radiology Clinical Radiation Oncology Written Examination Task Force |
| 1995-2001 | Protocol Review Committee, University of Iowa Cancer Center |
| 1997-2001 | Institutional Review Board (IRB-01), University of Iowa |
| 1990 | NCI Site visit team, Cancer Center Support Grant, Ohio State University Comprehensive Cancer Center |
| 1989 | NIA/FDA Interim Analysis Subcommittee for the multi-center study of Tacrine in Alzheimer's disease |

**Statistical Consulting Prior to December, 2005 (Government and Industry)**

| | |
|---|---|
| 2001 | SCIREX, Bloomingdale, IL |
| 2000-2001 | Titan Pharmaceuticals, South San Francisco, CA |
| 2000 | Purdue Pharma L.P., Stamford, CT |
| 1999-2001 | Elan Pharmaceuticals, South San Francisco, CA |
| 1999-2001 | Coley Pharmaceutical Group, Wellesley, MA |
| 1997-1998 | Mediolanum Farmaceutica, Milan, Italy |
| 1997-1998 | Pharmanex, Simi Valley, CA |
| 1995-1997 | Somerset Pharmaceuticals, Tampa, FL |
| 1995 | Cephalon Corporation, West Chester, PA |
| 1993-1999 | Athena Neurosciences, South San Francisco, CA |
| 1992-1995 | Parke/Davis Pharmaceuticals, Ann Arbor, MI |
| 1991 | Hoechst-Roussel Pharmaceuticals, Somerville, NJ |
| 1990-1992 | U.S. General Accounting Office, Washington, DC |
| 1990 | Microbial Genetics, West Des Moines, IA |
| 1987 | Cytel Software, Cambridge, MA |



CONFIDENTIAL INFORMATION

## Research Interests

Categorical data analysis, methodology for the analysis of repeated measurements, clinical trials

## Publications

Books:
1. Stokes ME, Davis CS and Koch GG. Categorical Data Analysis using the SAS System. Cary NC: SAS Institute, 1995.
2. Stokes ME, Davis CS and Koch GG. Categorical Data Analysis using the SAS System (Second Edition). Cary NC: SAS Institute, 2000.
3. Davis CS. Statistical Methods for the Analysis of Repeated Measurements. New York: Springer-Verlag, 2002.
4. Stokes ME, Davis CS and Koch GG. Categorical Data Analysis using SAS (Third Edition). Cary NC: SAS Institute, 2012.

Book Chapters:
1. Davis CS. Distribution-free methods for the analysis of repeated measure designs. Encyclopedia of Biostatistics (P. Armitage and T. Colton, editors). Chichester, UK: John Wiley and Sons, 1998, pp. 1196-1204.
2. Davis CS. Matched pairs with categorical data. Encyclopedia of Biostatistics (P. Armitage and T. Colton, editors). Chichester, UK: John Wiley and Sons, 1998, pp. 2437-2441.
3. Davis CS. The analysis of longitudinal studies having non-normal responses. Statistical Analysis of Medical Data: New Developments (B. Everitt and G. Dunn, editors). London: Edward Arnold Publishers, 1998, pp. 145-173.
4. Zwerling C, Sprince NL, Davis CS, Wallace RB, Whitten PS and Heeringa SG. Occupational injuries among workers with disabilities. Employment, Disability, and the Americans with Disabilities Act (P.O. Blanck, editor). Evanston, IL: Northwestern University Press, 2000, pp. 315-328.

Peer-Reviewed Journal Articles:
1. Davis CS and Stephens MA. The covariance matrix of normal order statistics. Communications in Statistics: Simulation and Computation 6:75-81, 1977.
2. Davis CS and Stephens MA. Algorithm AS 128: Approximating the covariance matrix of normal order statistics. Applied Statistics 27:206-212, 1978.
3. Krishan I, Nobrega FT, Smoldt RK and Davis CS. Economic and manpower issues in the control of hypertension in rural populations. American Journal of Rural Health 6:27-32, 1980.
4. Krishan I, Nobrega FT, Davis CS, Smoldt RK and Harris AM. Impact of population-based cardiovascular disease prevention programs on ambulatory care demand in rural populations. Journal of the South Carolina Medical Association 76:33-37, 1980.
5. Taylor WF, Fontana RS, Uhlenhopp MA and Davis CS. Some results of screening for early lung cancer. Cancer 47:1114-1120, 1981.
6. Williams DE, Pairolero PC, Davis CS, Bernatz PE, Payne WS, Taylor WF, Uhlenhopp MA and Fontana RS. Survival of patients surgically treated for stage I lung cancer. Journal of Thoracic and Cardiovascular Surgery 82:70-76, 1981.



CONFIDENTIAL INFORMATION

7. Krishan I, Davis CS, Nobrega FT and Smoldt RK. The Mayo three-community hypertension control program. IV. Five-year outcomes of intervention in entire communities. Mayo Clinic Proceedings 56:3-10, 1981.
8. Christianson JB, Krishan I, Nobrega FT, Davis CS, Smoldt RK and Harris AM. The Mayo three-community hypertension control program. V. The cost-effectiveness of intervention. Mayo Clinic Proceedings 56:11-16, 1981.
9. Nobrega FT, Krishan I, Smoldt RK, Davis CS, Abbott JA, Mohler EG and McClure W. Hospital use in a fee-for-service system. Journal of the American Medical Association 247:806-810, 1982.
10. Malagelada JR, Davis CS, O'Fallon WM and Go VLW. Laboratory diagnosis of gastrinoma. I. A prospective evaluation of gastric analysis and fasting serum gastrin levels. Mayo Clinic Proceedings 57:211-218, 1982.
11. Davis CS and Stephens MA. Algorithm AS 192: Approximate percentage points using Pearson curves. Applied Statistics 32:322-327, 1983.
12. Sum CY, Yacobi A, Kartzinel R, Stampfli H, Davis CS and Lai C. Kinetics of esmolol, an ultra-short-acting beta blocker, and of its major metabolite. Clinical Pharmacology and Therapeutics 34:427-434, 1983.
13. Davis CS and Wei LJ. Nonparametric methods for analyzing incomplete nondecreasing repeated measurements. Biometrics 44:1005-1018, 1988.
14. Landis JR, Miller ME, Davis CS and Koch GG. Some general methods for the analysis of categorical data in longitudinal studies. Statistics in Medicine 7:109-137, 1988.
15. Harlan WR, Landis JR, Flegal KM, Davis CS and Miller ME. Secular trends in body mass in the United States: 1960 to 1980. American Journal of Epidemiology 128:1065-1074, 1988.
16. Davis CS. Two-sample post-stratified or subgroup analysis with restricted randomization rules. Communication in Statistics: Theory and Methods 18:367-378, 1989.
17. Davis CS and Stephens MA. Empirical distribution function goodness-of-fit tests. Applied Statistics 38:535-543, 1989.
18. Lutz CT, Jensen DA, Schiffenbauer J, Didier DK, Schwartz BD and Davis CS. Multiple mechanisms produce diversity of HLA-C alleles. Human Immunology 28:27-31, 1990.
19. Wolraich ML, Lindgren S, Stromquist A, Milich R, Davis CS and Watson D. Stimulant medication use by primary care physicians in the treatment of attention deficit hyperactivity disorder. Pediatrics 86:95-101, 1990.
20. Davis CS. A one degree of freedom nominal association model for testing independence in two-way contingency tables. Statistics in Medicine 10:1555-1563, 1991.
21. Davis CS. Semi-parametric and non-parametric methods for the analysis of repeated measurements, with applications to clinical trials. Statistics in Medicine 10:1959-1980, 1991.
22. Davis CS. Statistical analysis of stratified 2x2 tables. Infection Control and Hospital Epidemiology 12:173-178, 1991.
23. Chrischilles EA, Butler CD, Davis CS and Wallace RB. A model of lifetime osteoporosis impact. Archives of Internal Medicine 151:2026-2032, 1991.
24. Davis CS and Jones MP. Maximum likelihood estimation for the multinomial distribution. Teaching Statistics 14:9-11, 1992.
25. Davis KL, Thal LJ, Gamzu E, Davis CS et al. Tacrine in patients with Alzheimer's disease: a double-blind, placebo-controlled multicenter study. New England Journal of Medicine 327:1253-1259, 1992.



CONFIDENTIAL INFORMATION

26. Davis CS. An improved approximation to the distribution of Pearson's chi-square. Statistica Sinica 3:189-196, 1993.
27. Davis CS. A computer program for regression analysis of repeated measures using generalized estimating equations. Computer Methods and Programs in Biomedicine 40:15-31, 1993.
28. Davis CS. The computer generation of multinomial random variates. Computational Statistics and Data Analysis 16:205-217, 1993.
29. Park T and Davis CS. A test of the missing data mechanism for repeated categorical data. Biometrics 49:631-638, 1993.
30. Miller ME, Davis CS and Landis JR. The analysis of longitudinal polytomous data: generalized estimating equations and connections with weighted least squares. Biometrics 49:1033-1044, 1993.
31. Arndt S, Davis CS, Miller DD and Andreasen NC. Effect of antipsychotic withdrawal on extrapyramidal symptoms: statistical methods for analyzing single sample repeated measures data. Neuropsychopharmacology 8:67-75, 1993.
32. Ross JG, Hussey DH, Mayr NA and Davis CS. Acute and late radiation reactions in patients with collagen vascular diseases. Cancer 71:3744-3752, 1993.
33. Davis CS. A computer program for nonparametric analysis of incomplete repeated measures from two samples. Computer Methods and Programs in Biomedicine 42:39-52, 1994.
34. Hillis SL and Davis CS. A simple justification of the iterative fitting procedure for generalized linear models. American Statistician 48:288-289, 1994.
35. Knapp MJ, Knopman DS, Solomon PR, Pendlebury WW, Davis CS and Gracon SI. A 30-week randomized controlled trial of high-dose Tacrine in patients with Alzheimer's disease. Journal of the American Medical Association 271:985-991, 1994.
36. Knapp MJ, Gracon SI, Davis CS, Solomon PR, Pendlebury WW and Knopman DS. Efficacy and safety of high-dose Tacrine: a 30-week evaluation. Alzheimer Disease and Associated Disorders 8:522-531, 1994.
37. Knopman DS, Knapp MJ, Gracon SI and Davis CS. The Clinician Interview-Based Impression (CIBI): a clinician's global change rating scale in Alzheimer's disease. Neurology 44:2315-2321, 1994.
38. Lataste X, Emre M, Davis CS and Groves L. Comparative profile of tizanidine in the management of spasticity. Neurology 44(Suppl 9):553-559,1994.
39. Schwartz DA, VanFossen DS, Davis CS, Helmers RA, Dayton CS, Burmeister LF and Hunninghake GW. Determinants of progression in idiopathic pulmonary fibrosis. American Journal of Respiratory and Critical Care Medicine 149:444-449, 1994.
40. Schwartz DA, Davis CS, Merchant JA, Bunn WB, Galvin JR, VanFossen DS, Dayton CS and Hunninghake GW. Longitudinal changes in lung function among asbestos-exposed workers. American Journal of Respiratory and Critical Care Medicine 150:1243-1249, 1994.
41. Davis CS and Chung Y. Randomization model methods for evaluating treatment efficacy in multicenter clinical trials. Biometrics 51:1163-1174, 1995.
42. Dayton CS, Schwartz DA, Sprince NL, Yagla SJ, Davis CS, Koehnke RK, Furst DE and Hunninghake GW. Low-dose methotrexate may cause air trapping in patients with rheumatoid arthritis. American Journal of Respiratory and Critical Care Medicine 151:1189-1193, 1995.
43. Mayr NA, Wen BC, Benda JA, Sorosky JI, Davis CS, Fuller RW and Hussey DH. Postoperative radiation therapy in clinical stage I endometrial cancer: corpus, cervical



CONFIDENTIAL INFORMATION

and lower uterine segment involvement - patterns of failure. Radiology 196:323-328, 1995.

44. Rangel-Frausto MS, Pittet D, Costigan M, Hwang T, Davis CS and Wenzel RP. The natural history of the systemic inflammatory response syndrome (SIRS): a prospective study. Journal of the American Medical Association 273:117-123, 1995.
45. Zwerling C, Sprince NL, Wallace RB, Davis CS, Whitten PS and Heeringa SG. Effect of recall period on the reporting of occupational injuries among older workers in the Health and Retirement Study. American Journal of Industrial Medicine 28:583-590, 1995.
46. Zwerling C, Sprince NL, Wallace RB, Davis CS, Whitten PS and Heeringa SG. Occupational injuries among agricultural workers 51 to 61 years old: a national study. Journal of Agricultural Safety and Health 1:273-281, 1995.
47. Davis CS. Statistical issues in the design and analysis of clinical trials in Alzheimer's disease. Drug Information Journal 30:339-350, 1996.
48. Davis CS. Non-parametric methods for comparing multiple treatment groups to a control group, based on incomplete non-decreasing repeated measurements. Statistics in Medicine 15:2509-2521, 1996.
49. Davis CS and Hall DB. A computer program for regression analysis of ordered categorical repeated measurements. Computer Methods and Programs in Biomedicine 51:153-169, 1996.
50. Anderson B, Connor JP, Andrews JI, Davis CS, Buller RE, Sorosky JI and Benda JA. Obesity and prognosis in endometrial cancer. Amer J Obst Gyn 174:1171-1178, 1996.
51. Mayr NA, Magnotta VA, Ehrhardt JC, Wheeler JA, Sorosky JI, Wen BC, Davis CS, Pelsang RE, Anderson B, Doornbos JF, Hussey DH and Yuh WTC. Usefulness of tumor volumetry by magnetic resonance imaging in assessing response to radiation therapy in carcinoma of the uterine cervix. International Journal of Radiation Oncology and Biological Physics 35:915-924, 1996.
52. Mayr NA, Yuh WTC, Magnotta VA, Ehrhardt JC, Wheeler JA, Sorosky JI, Davis CS, Wen B-C, Martin DD, Pelsang RE, Buller RE, Oberley LW, Mellenberg DE and Hussey DH. Tumor perfusion studies using fast magnetic resonance imaging technique in advanced cervical cancer: a new noninvasive predictive assay. International Journal of Radiation Oncology and Biological Physics 36:623-633, 1996.
53. Popendorf W, Miller ER, Sprince NL, Selim MS, Thorne PS, Davis CS and Jones ML. The utility of preliminary surveys to detect the cause of acute metalworking fluid hazards. American Journal of Industrial Medicine 30:744-749, 1996.
54. Zwerling C, Sprince NL, Wallace RB, Davis CS, Whitten PS and Heeringa SG. Risk factors for occupational injuries among older workers: an analysis of the Health and Retirement Study. American Journal of Public Health 86:1306-1309, 1996.
55. Zwerling C, Sprince NL, Wallace RB, Davis CS, Whitten PS and Heeringa SG. Alcohol and occupational injuries among older workers. Accident Analysis and Prevention 28:371-376, 1996.
56. Chrischilles EA, Sorofman B, Zieglowsky MB and Davis CS. The Iowa on-line prospective drug utilization review (OPDUR) demonstration project: study design, system design, and conceptual models. Journal of Research in Pharmaceutical Economics 8:171-191, 1997.
57. Doebbeling BN, Edmond MB, Davis CS, Woodin JR and Zeitler RR. Influenza vaccination of health care workers: evaluation of factors that are important in acceptance. Preventive Medicine 26:68-77, 1997.



CONFIDENTIAL INFORMATION

58. Dreicer R, Karwal MW, Midence G, Davis CS and Nettleman M. The role of radionuclide angiocardiography in the treatment of patients receiving doxorubicin-based chemotherapy: a reassessment. American Journal of Clinical Oncology 20:132-137, 1997.
59. Dreicer R, Kemp JD, Stegink LD, Cardillo T, Davis CS, Forest PK and See WA. A phase II trial of deferoxamine in patients with hormone-refractory metastatic prostate cancer. Cancer Investigation 15:311-317, 1997.
60. Heckman KD, Weiner GJ, Davis CS, Strauss RG, Jones MP and Burns CP. Randomized study of prophylactic platelet transfusion threshold during induction therapy for acute leukemia: 10,000/µl vs. 20,000/µl. Journal of Clinical Oncology 15:1143-1149, 1997.
61. Pittet D, Davis CS, Li N and Wenzel RP. Identifying the hospitalized patient at risk for nosocomial bloodstream infection: a population-based study. Proceeding of the Association of American Physicians 109:58-67, 1997.
62. Zwerling C, Whitten PS, Davis CS and Sprince NL. Occupational injuries among workers with disabilities: an analysis of the National Health Interview Survey, 1985-1994. Journal of the American Medical Association 278:2163-2166, 1997.
63. Chung Y and Davis CS. An evaluation of the Mantel-Fleiss validity criterion for the Mantel-Haenszel statistic. Korean Communications in Statistics 5:265-275, 1998.
64. Groves L, Shellenberger MK and Davis CS. Tizanidine treatment of spasticity: a meta-analysis of controlled, double-blind, comparative studies with baclofen and diazepam. Advances in Therapy 15:241-251 1998.
65. Leber PD and Davis CS. Threats to the validity of clinical trials employing enrichment strategies for sample selection. Controlled Clinical Trials 19:178-187, 1998.
66. Park T, Davis CS and Li N. Alternative GEE estimation procedures for discrete longitudinal data. Computational Statistics and Data Analysis 28:243-256, 1998.
67. Vartak S, McCaw R, Davis CS, Robbins MEC and Spector A. γ-Linolenic acid (GLA) is cytotoxic to 36B10 malignant rat astrocytoma cells but not to “normal” rat astrocytes. British Journal of Cancer 77:1612-1620, 1998.
68. Zwerling C, Sprince NL, Davis CS, Whitten PS, Wallace RB and Heeringa SG. Occupational injuries among older workers with disabilities: a prospective cohort study of the Health and Retirement Survey, 1992-1994. American Journal of Public Health 88:1691-1695, 1998.
69. Zwerling C, Whitten PS, Davis CS and Sprince NL. Occupational injuries among older workers with visual, auditory, and other impairments: a validation study. Journal of Occupational and Environmental Medicine 40:720-723, 1998.
70. Rubenstein LM and Davis CS. Estimation of the average correlation coefficient for stratified bivariate data. Statistics in Medicine 18:567-580, 1999.
71. Ghoneim MM, Block RI, Sarasin DS, Davis CS and Marchman JN. Tape-recorded hypnosis instructions as adjuvant in the care of patients scheduled for third molar surgery. Anesthesia and Analgesia 90:64-68, 2000.
72. Levy SM, Warren JJ, Davis CS, Kirchner HL, Kanellis MJ and Wefel JS. Patterns of fluoride intake from birth to 36 months. Journal of Public Health Dentistry 61:70-77, 2001.
73. Robbins MEC, O’Malley Y, Zhao W, Davis CS and Bonsib SM. The role of the tubulointerstitium in radiation-induced renal fibrosis. Radiation Research 155:481-489, 2001.



CONFIDENTIAL INFORMATION

74. Park T, Park JK and Davis CS. Effects of covariance model assumptions on hypothesis tests for repeated measurements: analysis of ovarian hormone data and pituitary-pterygomaxillary distance data. Statistics in Medicine 20:2441-2453, 2001.
75. Buller RE, Shahin, MS, Geisler JP, Zogg M, DeYoung BR and Davis CS. Failure of BRCA1 dysfunction to alter ovarian cancer survival. Clinical Cancer Research 8:1196-1202, 2002.
76. Cooper BC, Sood, AK, Davis CS, Ritchie JM, Sorosky JI, Anderson B and Buller RE. Preoperative CA 125 levels: an independent prognostic factor for epithelial ovarian cancer. Obstetrics and Gynecology 100:59-64, 2002.
77. Goodheart MJ, Vasef MA, Sood AK, Davis CS and Buller RE. Ovarian cancer p53 mutation is associated with tumor microvessel density. Gynecologic Oncology 86:85-90, 2002.
78. Hawk C, Long CR, Reiter R, Davis CS, Cambron JA, Evans R. Issues in planning a placebo-controlled trial of manual methods: results of a pilot study. Journal of Alternative and Complementary Medicine 8:21-32, 2002.
79. Robbins MEC, Zhao W, Davis CS and Bonsib SM. Radiation-induced kidney injury: a role for chronic oxidative stress? Micron 33:133-141, 2002.
80. Zwerling C, Whitten PS, Sprince NL, Davis CS, Wallace RB, Blanck PD and Heeringa SG. Workforce participation by persons with disabilities: The National Health Interview Survey Disability Supplement, 1994 to 1995. Journal of Occupational and Environmental Medicine 44:358-364, 2002.
81. Weydert CJD, Smith BB, Xu L, Kregel KC, Ritchie JM, Davis CS, and Oberley LW. Inhibition of oral cancer cell growth by adenovirus MNSOD plus BCNU treatment. Free Radic Biol Med 34:316-329, 2003.
82. Zwerling C, Whitten PS, Sprince NL, Davis CS, Wallace RB, Blanck PD and Heeringa SG. Workplace accommodations for people with disabilities: National Health Interview Survey Disability Supplement, 1994-1995. Journal of Occupational and Environmental Medicine 45:517-525, 2003.
83. Wang W, Davis CS and Soong S. Comparison of predictive values of two diagnostic tests from the same sample of subjects using weighted least squares. Statistics in Medicine 25:2215-2229, 2006.
84. Ferrari MD, Farkkila M, Reuter U, Pilgrim A, Davis CS, Krauss M and Diener H-C. Acute treatment of migraine with the selective 5-HT1F receptor agonist lasmiditan – a randomized proof-of-concept trial. Cephalalgia 30:1170-1178, 2010.
85. Marks WJ, Bartus RT, Siffert J, Davis CS et al. Gene delivery of AAV2-neurtrin for Parkinson's disease: a double-blind, randomized, controlled trial. Lancet Neurology 9:1164-1172, 2010.
86. Sarno MJ and Davis CS. Robustness of ProsVue linear slope for prognostic identification of patients at reduced risk for prostate cancer recurrence: simulation studies on effects of analytical imprecision and sampling time variation. Clinical Biochemstry, 45:1479-1484, 2012.
87. Rauck RL, Srinivas N, Wild JE, Walker GS, Robinson CY, Davis CS, and Farr SJ. Single-entity hydrocodone extended-release capsules in opioid-tolerant subjects with moderate-to-severe chronic low back pain: a randomized double-blind, placebo-controlled study. Pain Medicine 15:975-985, 2014.
88. Cummings JL, Lyketsos CG, Peskind ER, Porsteinsson AP, Mintzer JE, Scharre DW, De La Gandara JE, Agronin M, Davis CS, Nguyen U, Shin P, Tariot PN, and Siffert J. Effect of



CONFIDENTIAL INFORMATION

dextromethorphan/quinidine on agitation in patients with Alzheimer disease dementia. Journal of the American Medical Association 314(12):1242-1254, 2015.

89. Giaccone G, Bazhenova LA, Nemunaitis J, Tan M, Juhasz E, Ramlau R, van den Heuvel MM, Lal R, Kloecker GH, Eaton KD, Chu Q, Dunlop DJ, Jain M, Garon EB, Davis CS, Carrier E, Moses SC, Shawler DL, and Fakhrai H. A phase III study of belagenpumatucel-L, an allogeneic tumour cell vaccine, as maintenance therapy for non-small cell lung cancer. Eur J Cancer 51(16):2321-2329, 2015.
90. Poiley J, Steinberg AS, Choi YJ, Davis CS, Martin RL, McWherter CA, and Boudes PF. A randomized, double-blind, active- and placebo-controlled efficacy and safety study of arhalofenate for reducing flare in patients with gout. Arthritis & Rheumatology, 68(8):2027-2034, 2016.
91. Hammond FM, Alexander DN, Cutler AJ, D'Amico S, Doody RS, Sauve W, Zorowitz RD, Davis CS, Shin P, Ledon F, Yonan C, Formella AE, and Siffert J. PRISM II: an open-label study to assess effectiveness of dextromethorphan/quinidine for pseudobulbar affect in patients with dementia, stroke or traumatic brain injury. BMC Neurology, 16:89, 2016.
92. Gauthier S, Feldman, HH, Schneider LS, Wilcock GK, Frisoni GB, Hardlund JH, Moebius HJ, Bentham P, Kook KA, Wischik DJ, Schelter BO, Davis CS, Staff RT, Bracoud L, Shamsi K, Storey JMD, Harrington CR and Wischik CM. Efficacy and safety of tau-aggretation inhibitor therapy in patients with mild or moderate Alzheimer's disease: a randomized, controlled, double-blind, parallel-arm, phase 3 trial. The Lancet, 388:2873-2884, 2016.
93. Fernandez HH, Factor SA, Hauser RA, Jimenez-Shahed J, Ondo WG, Jarskog LJ, Meltzer HY, Woods SW, Bega D, LeDoux MS, Shprecher DR, Davis CS, Davis MD, Stamler D, and Anderson KE. Randomized controlled trial of deutetrabenazine for tardive dyskinesia: The ARM-TD study. Neurology, 88(21):2003-2010, 2017.
94. Frank S, Stamler D, Kayson E, Claassen DO, Colcher A, Davis CS et al. Safety of converting from tetrabenazine to deutetrabenazine for the treatment of chorea. JAMA Neurology, 74(8):977-982, 2017.
95. Hammond FM, Sauve W, Ledon F, Davis CS, and Formella AE. Safety, Tolerability, and Effectiveness of dextromethorphan/quinidine for pseudobulbar affect among study participants with traumatic brain injury. PM&R, 10, 993-1003, 2018.
96. Kern JS, Schwieger-Briel A, Lowe S, Sumeray M, Davis CS, and Martinez AE. Oleogel-S10 phase 3 study "EASE" for epidermolysis bullosa: study design and rationale. Trials, 20, 2019.
97. Cascino GD, Tarquinio D, Wheless JW, Hogan RE, Sperling MR, Liow K, Desai J, Davis CS, Rabinowicz AL, and Carrazana E. Lack of observed tolerance to diazepam nasal spray (Valtoco) after long-term rescue therapy in patients with epilepsy: Interim results from a phase 3, open-label, repeat-dose safety study. Epilepsy & Behavior, 120, 2021.
98. Izzo NJ, Yuede CM, LaBarbera KM, Limegrover CS, Rehak C, Yurko R, Waybright L, Look G, Rishton G, Safferstein H, Hamby ME, Williams C, Sadlek K, Edwards HM, Davis, CS et cl. Preclinical and clinical biomarker studies of CT1812: a novel approach to Alzheimer's disease modification. Alzheimer's Dement., 17, 1365-1382, 2021.

Other Publications:

1. Davis CS. A SAS macro for EDF goodness-of-fit tests. Proc 6th Annual SAS User's Group International Conference Cary, North Carolina: SAS Institute, 135-141, 1981.



CONFIDENTIAL INFORMATION

2. Davis CS. Reprint file management using SAS. Proc 6th Annual SAS User's Group International Conference Cary, North Carolina: SAS Institute, 578-583, 1981.
3. Davis CS. A SAS macro for calculating the quadratic discriminant function. Proc 6th Annual SAS User's Group International Conference Cary, North Carolina: SAS Institute, 531-536, 1981.
4. Davis CS. Categorical data analysis using the FUNCAT procedure. Proceeding of the 7th Annual SAS User's Group International Conference. Cary, North Carolina: SAS Institute, 718-723, 1982.
5. Landis JR, Lepkowski JM, Davis CS and Miller ME. Cumulative logit models for weighted data from complex sample surveys. Proceedings of the ASA Social Statistics Section. Washington, D.C.: American Statistical Association, 165-170, 1987.
6. Davis CS. Detection of influential observations in logistic regression using the SAS system. Proceedings of the 13th Annual SAS User's Group International Conference. Cary, North Carolina: SAS Institute, 964-969, 1988.
7. Davis CS. Estimation of row and column scores in the linear-by-linear association model for two-way ordinal contingency tables. Proceedings of the 13th Annual SAS User's Group International Conference. Cary, North Carolina: SAS Institute, 946-951, 1988.
8. Davis CS, Miller ME and Landis JR. Strategies for modeling secular trends from repeated cross-sectional surveys. Proceedings of the 5th Annual Census Bureau Research Conference. Washington, District of Columbia: Bureau of the Census, 381-394, 1989.
9. Davis CS. Analysis of incomplete categorical repeated measures. Proceedings of the 17th Annual SAS User's Group International Conference. Cary, North Carolina: SAS Institute, 1374-1379, 1992.
10. Davis CS. Multinomial random variate generation: methods, comparisons, and recommendations. Proceedings of the ASA Statistical Computing Section. Washington, D.C.: American Statistical Association, 79-84, 1992.
11. Davis CS. Analysis of incomplete categorical repeated measures. Proceedings of MWSUG. Fox Point, WI: Midwest SAS User's Group, 197-202, 1993.
12. Rubenstein LM and Davis CS. The effect of missing data on inference in the analysis of repeated categorical responses from an older population. Proceedings of ASA Biopharmaceutical Section, 168-172, 1998.

## Invited Lectures and Short Courses

1977 Finding significance points of unknown distributions, Simon Fraser Univ., Burnaby, BC

1981 Categorical data analysis using the FUNCAT procedure, Cornell University, Ithaca NY

1987 Nonparametric methods for analyzing incomplete nondecreasing repeated measurements, Pacific Northwest Statistics Group, Vancouver, British Columbia

1988 Semi-parametric methods for the analysis of repeated measurements with applications to clinical trials, Society for Clinical Trials 9th Annual Meeting, San Diego, CA

1988 The analysis of categorical data, with applications to preclinical and clinical studies (2-day short course), Sterling Research Group, Great Valley, PA

1988 Statistical software for analyzing repeated measurements, American Public Health Association Annual Meeting, Boston, MA

1988 Categorical data analysis (3-day short course), SAS Institute, Cary, NC

1989 A practical approach to categorical data analysis using the SAS CATMOD procedure (1-day short course), Toronto Area Biostatistics Association, Toronto, Ontario



CONFIDENTIAL INFORMATION

1989 Categorical data analysis (3-day short course), DOFASCO Inc., Hamilton, Ontario
1989 Categorical data analysis (3-day short course), Procter and Gamble, Inc., Cincinnati, OH
1990 Categorical data analysis (3-day short course), 3M Corporation, St Paul, MN
1990 Categorical data analysis (3-day short course), SAS Institute, Nashville, TN
1990 Categorical data analysis (3-day short course), SAS Institute, Chicago, IL
1990 Biostatistics. Chinese University Development Project Course (1-week short course jointly taught with Professor LJ Wei, Harvard U.), Fudan University, Shanghai, China
1990 Analysis of categorical repeated measures, Shanghai Medical University, Shanghai, China
1990 Categorical data analysis (3-day short course), RJR/Nabisco,Winston-Salem, NC
1990 Preliminary results from the tacrine clinical trial, NIA/Parke Davis Cognex Post-Study Investigators' Meeting, Laguna Niguel, CA
1990 Categorical data analysis (3-day short course), Warner Lambert/Parke Davis Co., Ann Arbor, MI
1991 Categorical data analysis (3-day short course), National Center for Health Statistics, Hyattsville, MD
1991 Categorical data analysis (3-day short course), Centers for Disease Control, Atlanta, GA
1991 Issues in the analysis of clinical trial data from psychotropic/dementia studies, Hoechst-Roussel Pharmaceuticals, Somerville, NJ
1991 Statistical issues in efficacy trials of psychotropic agents, 47th Annual Deming Conference on Applied Statistics, Atlantic City, NJ
1992 Categorical data analysis (3-day short course), Centers for Disease Control, Atlanta, GA
1992 Randomization model methods for evaluating treatment efficacy in multicenter clinical trials, Division of Statistics, Northern Illinois University, DeKalb, IL
1993 Analysis of incomplete categorical repeated measures, Midwest SAS User's Group Fourth Annual Conference, Indianapolis, IN
1994 Randomization model methods for evaluating treatment efficacy in multicenter clinical trials, Department of Biostatistics, Harvard Univ. School of Public Health, Boston, MA
1994 Analysis of repeated measurements (1-day short course), Northeastern Illinois Chapter of the American Statistical Association, Chicago, IL
1994 Statistical issues in multicenter, parallel group long-term studies, Conference on Therapeutics of Alzheimer's Disease, Garden City, NY
1994 Randomization model methods for evaluating treatment efficacy in multicenter clinical trials, Department of Preventive and Family Medicine, University of California San Diego, La Jolla, CA
1995 A biostatistician's involvement in the search for a treatment for Alzheimer's disease, Xavier University of Louisiana, New Orleans, LA
1996 A biostatistician's involvement in the search for a treatment for Alzheimer's disease, Sigma Chi Lecture, University of South Dakota, Vermillion, South Dakota
1996 A biostatistician's involvement in the search for a treatment for Alzheimer's disease, Emporia State University, Emporia, KS
1996 Methods for modeling categorical repeated measurements, Drug Information Association 32nd Annual Meeting, San Diego, CA
1996 Longitudinal data analysis (1-day short course), South Korean Biometric Society, Seoul, South Korea
1996 Statistical issues in clinical trials, Preventive Medicine Society Regional Meeting, Taegu, South Korea



CONFIDENTIAL INFORMATION

1996 Statistical analysis of data from complex sample surveys, Kwangju Social Research Center, Kwangju, South Korea
1996 Analysis of repeated measurements (1-day short course), Chonnam National University, Kwangju, South Korea
1996 A biostatistician's involvement in the search for a treatment for Alzheimer's disease, Korean Statistical Society Southwest Regional Meeting, Kwangju, South Korea
1996 Methods for analyzing categorical repeated measurements, Chonnam National University, Kwangju, South Korea
1996 Design and analysis of clinical trials (2-day short course), Shanghai Institute of Planned Parenthood Research, Shanghai, China
1997 Analysis of incomplete categorical repeated measurements (half-day short course), Wyeth-Ayerst Pharmaceuticals, Radnor, PA
1997 Statistical methods for modeling categorical response variables (1-day short course), University of Kansas, Lawrence, KS
1997 Statistical methods for the analysis of ordered categorical data (half-day short course), University of Kansas Medical Center, Kansas City, KS
1998 Statistical problems encountered in Alzheimer's disease clinical trials, Dept. of Epidemiology and Preventive Medicine, University of California, Davis, CA
1998 Generalized estimating equations: application to a clinical trial, Biometric Society (ENAR) Annual Meeting, Pittsburgh, PA
1998 Design and analysis of clinical trials (1-day short course), Shanghai Medical University, Shanghai, China
1998 Categorical data analysis (1-day short course), Shanghai Medical University, Shanghai, China
1998 Statistical methods for modeling categorical response variables (2-day short course), Sanofi Research, Malvern, PA
1998 Analysis of repeated measurements using generalized estimating equations (half-day short course), Midwest Research Institute, Kansas City, MO
1998 Analysis of repeated measurements (1-day short course), Association of General Clinical Research Center Statisticians, Dallas, TX
1998 Generalized linear models, American Statistical Association Annual Meeting, Dallas, TX
1998 The analysis of repeated measurements: methods, extensions, comparisons, and recommendations, MD Anderson Cancer Center Houston, TX
1998 Methods for modeling categorical repeated measurements, 5th Annual Biopharmaceutical Applied Statistics Symposium, Hilton Head Island, SC
1998 Analysis of repeated measurements (1-day short course), 5th Annual Biopharmaceutical Applied Statistics Symposium, Hilton Head Island, SC
1999 The use of repeated measurements in clinical trials, Palmer Center for Chiropractic Research, Davenport, IA
1999 Methods for modeling categorical repeated measurements with application to clinical trials, Drug Information Association Workshop on Global Statistical Challenges and Strategies in the Pharmaceutical Industry, Hilton Head Island, SC
1999 Analysis of repeated measurements using the GEE method (2-hour short course), Biometric Society (ENAR) Spring Meeting, Atlanta, GA
1999 The analysis of repeated measurements: methods, extensions, comparisons, and recommendations, Department of Statistics, University of Missouri, Columbia, MO
1999 Issues in the design and analysis of clinical trials employing enrichment strategies for



CONFIDENTIAL INFORMATION

sample selection, Midwest Biopharmaceutical Statistics Workshop, Muncie, IN
1999 Introduction to the analysis of repeated measurements (half-day short course), Joint Statistical Meetings, Baltimore, MD
2000 Effects of covariance model assumptions on the analysis of repeated measurements using mixed linear models, Department of Preventive and Family Medicine, University of California San Diego, La Jolla, CA
2000 Introduction to the analysis of repeated measurements using mixed linear models (half-day short course), Midwest Biopharmaceutical Statistics Workshop, Muncie, IN
2000 Adjustment for baseline variables in the analysis of clinical trials, TAP Pharmaceuticals, Deerfield, IL
2000 Methods for modeling categorical repeated measurements with application to clinical trials (half-day short course), TAP Pharmaceuticals, Deerfield, IL
2000 Analysis of repeated measurements using mixed linear models and generalized estimating equations (1-day short course), SCIREX Corporation, Bloomingdale, IL
2000 Statistical methods for the analysis of ordered categorical data (half-day short course), Joint Statistical Meetings, Indianapolis, IN
2000 Effects of covariance model assumptions on the analysis of repeated measurements using mixed linear models, Merck Research Laboratories, Rahway, NJ
2000 Challenges facing statisticians and the statistical profession, Keynote Address, First Annual Biostatistics Conference, Purdue Pharma, Stamford, CT
2000 Analysis of repeated measurements (2-day short course), Purdue Pharma, Stamford, CT
2001 Statistical and practical issues in sample size estimation, Arizona Cancer Center, University of Arizona, Tucson, AZ
2001 Statistical methods for the analysis of ordered categorical data (half-day short course), Joint Statistical Meetings, Atlanta, GA
2002 Effects of covariance model assumptions on the analysis of repeated measurements using linear mixed models, Department of Biostatistics and Epidemiology, Cleveland Clinic Foundation, Cleveland, OH
2002 Statistical methods for the analysis of ordered categorical data (1-day short course), Northeastern Illinois Chapter of the American Statistical Association, Chicago, IL
2002 Statistical methods for the analysis of ordered categorical data (half-day short course), Joint Statistical Meetings, New York, NY
2002 Statistical and practical issues in sample size estimation, Department of Preventive and Family Medicine, University of California San Diego, La Jolla, CA
2002 Statistical methods for the analysis of ordered categorical data (3-hour tutorial), 58th Annual Deming Conference on Applied Statistics, Atlantic City, NJ
2002 Statistical methods for the analysis of repeated measurements (2-day short course), 58th Annual Deming Conference on Applied Statistics, Atlantic City, NJ
2003 Statistical methods for the analysis of repeated measurements (1-day short course), 22nd Annual Workshop in Applied Statistics, Southern California Chapter of the American Statistical Association, Long Beach, CA
2003 Statistical methods for the analysis of ordered categorical data (half-day short course), Joint Statistical Meetings, San Francisco, CA
2004 Statistics in the pharmaceutical industry: Opportunities for “higher order” involvement, San Diego Chapter of the American Statistical Association
2004 Statistical methods for the analysis of repeated measurements (1-day short course), Kansas/Western Missouri Chapter of the American Statistical Association,



CONFIDENTIAL INFORMATION

Kansas City, MO
2004 Statistical methods for the analysis of repeated measurements (1-day short course), Mid-Missouri Chapter of the American Statistical Association, Columbia, MO
2004 Statistics in the pharmaceutical industry: Opportunities for "higher order" involvement, Department of Epidemiology and Biostatistics, Case Western Reserve University, Cleveland, OH
2005 Starting (and succeeding) as an independent statistical consultant, American Statistical Association Statistical Consulting Section Roundtable Conference Call
2005 Categorical data analysis (1-day short course), Joint Statistical Meetings, Minneapolis, MN
2005 Clinical development 101: Lessons from other companies' mistakes, Association of Clinical Research Professionals, San Diego, CA
2006 Pitfalls of exploratory and subgroup analyses: A tale of two companies, InterMune, Inc., Brisbane, CA
2006 Clinical development 101: Lessons from other companies' mistakes. Phenomix Corporation, San Diego, CA
2006 Statistical methods for the analysis of categorical data (1-day short course), Medtronic, Inc., Minneapolis, MN
2006 Statistical methods for the analysis of repeated measurements (1-day short course), Medtronic, Inc., Minneapolis, MN
2007 Clinical development 101: Lessons from the mistakes of others, Department of Biostatistics, University of Iowa, Iowa City, IA
2007 Pitfalls of exploratory and subgroup analyses: A tale of two companies, Division of Epidemiology, University of California, Irvine, CA
2007 Noninferiority trials, Proteolix Corporation, South San Francisco, CA
2007 Categorical data analysis (half-day short course), Joint Statistical Meetings, Salt Lake City, UT
2008 Clinical development 101: Learning from the mistakes of others, Graduate Colloquium Invited Speaker, Northern Illinois University, Dekalb, IL
2008 Methodological and practical issues in the analysis of repeated measurements using linear mixed models, Graduate Colloquium Invited Speaker, Northern Illinois University, Dekalb, IL
2008 Data Safety Monitoring Boards (Panel Discussion), Joint Meeting of the Association of Clinical Research Professionals and the Southern California Pharmaceutical Medicine Group, San Diego, CA
2008 Adaptive clinical trial designs: Change you can believe in? Southern California Pharmaceutical Medicine Group, San Diego, CA
2009 Statistical concepts for non-statisticians, Allergan, Inc., Irvine, CA
2009 Pitfalls of exploratory and subgroup analyses, Allergan, Inc., Irvine, CA

## Refereeing for Statistical and Medical Journals

1987 *Applied Statistics*
1988 *Archives of General Psychiatry*
*Statistics and Probability Letters*
1989 *American Journal of Public Health*



CONFIDENTIAL INFORMATION

*Archives of General Psychiatry*
*Canadian Journal of Statistics*
*Communications in Statistics*
*Statistica Sinica*
1990 *American Journal of Epidemiology*
*Communications in Statistics*
*Infection Control and Hospital Epidemiology*
*Statistica Sinica*
1991 *Archives of General Psychiatry*
*Biometrics*
*Communications in Statistics*
1992 *Biometrics*
*Communications in Statistics*
*Journal of Orthopaedic and Sports Physical Therapy*
*Statistics in Medicine*
*Statistica Sinica*
1993 *American Journal of Epidemiology*
*Applied Statistics*
*Biometrics*
*Canadian Journal of Statistics*
*Controlled Clinical Trials*
*Journal of the American Statistical Association*
*Journal of Orthopaedic and Sports Phys. Therapy*
*Statistica Sinica*
1994 *The American Statistician*
*Applied Statistics*
*Biometrics*
*Journal of the American Statistical Association*
*Journal of Educational and Behavioral Statistics*
*Statistics and Probability Letters*
1995 *American Journal of Public Health*
*Statistics in Medicine*
*The Journal of Urology*
1996 *American Journal of Epidemiology*
*Biometrics*
*International Statistical Review*
*Journal of Multivariate Analysis*
*Psychosomatic Medicine*
*Survey Methodology*
*The Journal of Urology*
1997 *American Journal of Public Health*
*Biometrics*
*International Statistical Review*
*Journal of Computational and Graphical Statistics*
*Journal of Statistical Planning and Inference*
*The Journal of Urology*
*Social Science Research*

1998 *American Journal of Public Health*
*The American Statistician*
*Biometrics*
*International Statistical Review*
*Journal of the American Statistical Association*
*Journal of Biopharmaceutical Statistics*
*Journal of Statistical Computation and Simulation*
*Psychosomatic Medicine*
*Social Science Research*
*Statistics in Medicine*
*The Journal of Urology*
1999 *Annals of Otology, Rhinology and Laryngology*
*Biometrics*
*Communications in Statistics*
*Journal of Biopharmaceutical Statistics*
*Psychosomatic Medicine*
*Statistics in Medicine*
*The Journal of Urology*
2000 *The American Statistician*
*Annals of Otology, Rhinology and Laryngology*
*Statistics in Medicine*
*The Journal of Urology*
2001 *The American Statistician*
*Annals of Otology, Rhinology and Laryngology*
*The Journal of Urology*
2002 *The American Statistician*
*Journal of Biopharmaceutical Statistics*
*Statistics in Medicine*
2003 *Biostatistics*
*Journal of Biopharmaceutical Statistics*
*The American Statistician*
2004 *Statistics in Medicine*
*Journal of Biopharmaceutical Statistics*
2007 *Biometrics*
*Statistics in Medicine*
2008 *Statistics in Medicine*
2009 *The American Statistician*
*Journal of Biopharmaceutical Statistics*
2010 *Journal of Biopharmaceutical Statistics*
2012 *Cephalalgia*
2020 *Journal of Biopharmaceutical Statistics*
2021 *Journal of Biopharmaceutical Statistics*



CONFIDENTIAL INFORMATION

# APPENDIX 8

# Charles S. Davis, Ph.D. Prior Testimony

Depositions

Genentech Inc. and Intermune, Inc. v. Aurobindo Pharma Limited, et al., U.S. District Court for the District of Delaware. (2020)

Trials

None

# APPENDIX 9

**Charles S. Davis, Ph.D.**

**Materials Reviewed**

1. Baseline Testing – Final (spreadsheet)

2. Sun Shade Shower Zones Testing – Final (spreadsheet)

# Exhibit 5

# Expert Report

## Report on Zantac (Ranitidine) Products Liability Litigation

**Prepared by**

**Robert D. Gibbons**

**Blum-Riese Professor**

**University of Chicago**



Contains Confidential Information -- Subject to Protective Order

**CONTENTS**


| Section | Contents | Page |
|---|---|---|
| **PART A: INTRODUCTION** | | |
| 1. | Overview | 3 |
| 2. | Summary of Qualifications | 4 |
| 3. | List of Issues Considered | 6 |
| 4. | Executive Summary | 6 |
| **PART B: FACTUAL AND SCIENTIFIC BACKGROUND** | | |
| 5. | Statistics | 7 |
| | 5.1 Explanation of statistics and key concepts and methods used in statistical analysis | 7 |
| | 5.2 Common statistical terms used in this report | 9 |
| 6. | Experimental Design Concepts Relevant to My Review | 12 |
| **PART C: OPINION** | | |
| 7. | Critique of Dr. Davis's Report | 12 |
| | 7.1 Analysis of Baseline Product Data | 18 |
| | 7.2 Analysis of Sun, Shade, and Shower Data | 19 |
| | 7.3 Analysis of Zone Study Data | 22 |
| | 7.4 Final Multiplicity Evaluation | 23 |
| 8. | Opinions | 25 |

**Appendices**

Appendix 1 – List of materials considered
Appendix 2 – Curriculum Vitae
Appendix 3 – Computer codes and data files




Contains Confidential Information -- Subject to Protective Order

## PART A: INTRODUCTION

### 1. OVERVIEW

1. I have prepared this report at the request of Defendants Sanofi, GSK, BI, Pfizer, and Patheon in connection with litigation involving Zantac (ranitidine) and levels of N-nitrosodimethylamine (NDMA).

2. I confirm that I have made clear which facts and matters referred to in this report are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer. My opinions are based on my education, training, and professional experience in the fields of statistics and epidemiology, and my review of the materials listed on Appendix 1. My opinions are expressed to a reasonable degree of scientific certainty.

3. My curriculum vitae is attached as Appendix 2. I have testified as an expert witness once during the past four years (*Proton-Pump Inhibitor Products Liability Litigation*. MDL No. 2789, Deposition, September 10, 2021.). All of the computer codes and data files that I used to conduct the analysis in my report are attached as Appendix 3. These analyses were conducted using Stata version 17. I am being compensated for my work on this matter at a rate of $850 per hour for literature review, telephone or in-person conferences and report preparation, and $1,000 per hour for deposition or court testimony.

4. I reserve the right to add or amend my opinions if new information or articles become available, to respond to Plaintiffs' experts, and to use graphics and demonstratives to explain and illustrate material discussed in this report.



Contains Confidential Information -- Subject to Protective Order

## 2. SUMMARY OF QUALIFICATIONS

5. I am the Blum-Riese Professor of Biostatistics and Pritzker Scholar at the University of Chicago. I have appointments at the rank of Professor in the Departments of Public Health Sciences, Medicine, Psychiatry, and Comparative Human Development, and I am the Director of the Center for Health Statistics at the University of Chicago. I am a founding member of the Committee on Quantitative Methods in Social, Behavioral, and Health Sciences. I am a Fellow of the American Statistical Association, a fellow of the International Statistical Institute, and a fellow of the Royal Statistical Society. I am a two-time recipient of the American Statistical Association's Youden Award for statistical contributions to the field of Chemistry (2001 and 2006), and I received the 2009 Outstanding Statistical Application Award for the development of new and innovative statistical approaches to drug safety and for clarifying the relationship between antidepressant pharmacotherapy and suicide. I have received the Harvard Award for lifetime contributions to the fields of Psychiatric Epidemiology and Biostatistics, and I have received the Rema Lapouse Award from the American Public Health Association for lifetime contributions to the fields of Psychiatric Epidemiology and Biostatistics. I have received the Long-Term Excellence Award in Health Policy Statistics from the American Statistical Association, and I have received the distinguished achievement award from the Environmental Statistics Section of the American Statistical Association. I am the founding member of the Mental Health Statistics Section of the American Statistical Association. I am an elected member of the National Academy of Medicine (NAM) of the National Academy of Sciences (NAS), and served for six years on the NAM Board on Health Sciences Policy.

6. I am the author of over 350 peer-reviewed scientific papers and seven books, a large number of which are on the interface between statistical theory and practice. Two of these books are considered foundational in the area of environmental statistics (*Statistical Methods for Groundwater Monitoring* (1st edition 1994, 2nd edition 2009) and *Statistical Methods for Detection and Quantification of Environmental Contamination* (2001) with David Coleman, both published by John Wiley & Sons). The 2001 book received the distinction of being in the top 5 books for statisticians from the American Statistical Association. My book with Don Hedeker, *Longitudinal Data Analysis*, also published by John Wiley & Sons and soon to be in its 2nd edition, presents a comprehensive overview of methods for the analysis of longitudinal data. My book entitled *Statistical Methods for Drug Safety*, published by Chapman & Hall, is the premier book in the field of statistics in drug safety and pharmacoepidemiology.

7. I have served as a member of the NAM Committee on the safety of the drug Halcion and developed the statistical methodology used to show that Halcion had comparable efficacy and safety to the other drugs in its class. I also



Contains Confidential Information -- Subject to Protective Order

served on the NAM Committee on U.S. Drug Safety, which recommended major changes in the way in which the Food and Drug Administration ("FDA") evaluates safety and post-marketing surveillance of pharmaceuticals. These recommendations have been adopted by Congress and have been implemented at FDA. I personally wrote the recommendation that led to the creation of the new FDA Sentinel Network that is using large-scale medical records and claims data to evaluate post-marketing drug surveillance and was a founding member of its Scientific Advisory board. I also served on the FDA Scientific Advisory Committee on Suicide and Antidepressants in Children. I am the primary author of the chapter on post-marketing drug surveillance in the 2010 *Annual Review of Public Health*.

8. I have extensive experience in the design and analysis of both Randomized Clinical Trials (RCTs) and observational studies. As an example, I have re-analyzed all of the placebo controlled RCT data on the safety and efficacy of fluoxetine, venlafaxine, and varenicline and published the results of these analyses in the leading psychiatric journals (*JAMA Psychiatry* and the *American Journal of Psychiatry*). I also directed the statistical core for one of a handful of Centers for Education and Research on Therapeutics (CERT) funded by the Agency for Healthcare Research and Quality. In addition, I have been a member of several data safety monitoring boards for large-scale multicenter RCTs. With respect to observational studies and pharmacoepidemiologic studies in particular, I have worked with the US Department of Veterans Affairs (VA) in an observational study of 226,000 veterans with new episodes of depression, which demonstrated protective effects of antidepressants in terms of suicide attempt rates both between individuals who took and did not take antidepressants and within individuals during periods in which they were and were not exposed to antidepressants. I have also studied the relationship between antiepileptic drugs (AEDs) and suicide in a cohort of 50,000 patients with bipolar disease, who are at the highest risk of suicide among AED consumers, and a cohort of 130,000 patients taking the AED gabapentin (Neurontin) for a variety of indications. In addition, I have studied the safety of the anti-smoking drug Chantix, which in part led to removal of the drug's black box warning by the US FDA. The results of all of these observational studies were published in leading journals. Moreover, I am currently involved with the Veterans Administration in a large-scale analysis of the potential protective effect of vitamin D on COVID-19 infection.

9. I received my doctorate in statistics and psychometrics from the University of Chicago in 1981. I mentored numerous doctoral students at the University of Illinois at Chicago, where I was a Professor from 1981-2010. In 2010, I joined the faculty of the University of Chicago, where I am the Blum-Riese Professor of Biostatistics and teach the advanced *Statistical Applications* course that is offered in the departments of Statistics and Public



Contains Confidential Information -- Subject to Protective Order

Health Sciences (Biostatistics). I continue to mentor several doctoral students in a variety of departments across the University of Chicago.

10. My CV, which includes all of my publications in the last 10 years and prior, is attached as Appendix 2 to this expert report.

## 3. LIST OF ISSUES CONSIDERED

11. I have been asked by Defendants to provide opinions on the following issues:

    a) The methodology used by Dr. Charles Davis in his expert report regarding his statistical analysis of a series of ranitidine experiments that were conducted to determine a variety of factors on NDMA levels.

    b) The methodology, reliability and design of the experiments that Dr. Charles Davis analyzed and Dr. Najafi designed.

## 4. EXECUTIVE SUMMARY

12. In this report I have considered the materials listed in Appendix 1 and have applied well-accepted statistical and epidemiological principles and methods to reach my opinions.

13. In my opinion and for the reasons more fully set out below:

    a) There are numerous design and statistical methodological flaws with the study that Dr. Najafi designed and the data that Dr. Davis analyzed.

        i) The Sun, Shade and Shower (SSS) study is unreliable, poorly designed and has too small of a sample size to support valid statistical inferences. Based on the small samples and lack of any details on how they were collected, it is unclear how the statistical estimates that are presented by Dr. Davis, generalize to the population.

        ii) The Zone study is too small to support valid or reliable statistical inferences. Dr. Davis presents 60 post-hoc statistical tests that are (a) not adjusted for multiplicity and therefore have high probability of being explained by chance, (b) assume normality and homogeneity of variance, neither of which are true for the data he analyzed, and (c) it is unclear how the samples were selected and the degree to which they generalize to the population.

        iii) The analyses of the baseline data performed by Dr. Davis are invalid due to multiplicity of testing and confounding of factors.



Contains Confidential Information -- Subject to Protective Order

The large coefficients of variation, raise additional questions regarding the validity of the measurements.

14. My opinions are expressed to a reasonable degree of scientific certainty.

## PART B: FACTUAL AND SCIENTIFIC BACKGROUND

## 5. STATISTICS

### 5.1 Explanation of statistics and key concepts and methods used in statistical analysis

15. *Statistics* is a field of science concerned with the *testing of hypotheses*, *estimation* of summary measures such as the *mean* value (e.g., the *average* value in the case of a *normal* distribution), *variability* of the data, strength of *association* between two or more variables, and the characterization of *uncertainty*.

16. For example, we may be interested in a new medical treatment for gastroesophageal reflux disease, or GERD. To this end, we might conduct a *randomized clinical trial* (RCT) in which patients with GERD are randomly assigned to a treated (e.g., a new H2RA) or control (e.g., *placebo*) condition, perhaps in equal numbers and without their knowledge of which treatment they have received (i.e., *blinded*), and then repeatedly evaluated in terms of their GERD symptom severity over time.

17. At the end of the trial, we are interested in estimating the mean GERD symptom severity (or mean change in severity from baseline), separately for treated and control patients. This is an example of statistical estimation.

18. Since these observed means are estimates of the *population mean* values, we must also characterize our uncertainty in the true population values. To do this we can compute the *standard error* of the estimate, which is a statistical estimate of the uncertainty and/or the *confidence interval*. The confidence interval allows us to construct an upper and lower bound for plausible values of the statistic of interest. The interpretation of the confidence interval is that had we repeated the experiment multiple times, 95% of the time the true population mean would lie within the computed confidence interval, if the assumptions used to compute the interval all are correct. This does not mean that the true population value lies within the confidence interval for any single experiment with the given level of confidence. As the *sample size* (i.e., number of subjects) increases, all other things being equal, the confidence interval decreases in width. As the sample from the population goes to infinity, the confidence interval has no width and is simply the population mean or the point estimate of the statistic of interest.



Contains Confidential Information -- Subject to Protective Order

19. To this point we have estimated the mean (e.g., the average or some related statistic) GERD symptom severity at the end of the study for the two groups (treated and control patients) and have characterized our uncertainty in these two estimated values. At this point we are interested in testing the *null hypothesis* (i.e., the hypothesis of no difference between the two groups) to determine if our experiment has provided evidence that the effect of the treatment on GERD symptom severity is significantly different from what was observed for the subjects that were randomized to the control condition.

20. Our null hypothesis is that the treated and control mean GERD symptom severity scores at the end of treatment (or change in those scores from pre-treatment levels (i.e., *baseline*)) are identical. We may reject that null hypothesis in favor of one of two *alternative hypotheses*:

    i) the treated subjects have a lower mean GERD symptom severity following treatment than the controls, or
    ii) the treated subjects have a higher mean GERD symptom severity following treatment than the controls.

21. We use statistical methods to test the null hypothesis of no difference between the treated and control subjects, and if the probability associated with the null hypothesis is less than a pre-specified value (typically 0.05 or a 5% chance that we are wrong), then we reject the null hypothesis of no difference between the treated and control conditions (in terms of mean GERD symptom severity at the end of treatment). We then conclude that the treatment has an effect on GERD severity (relative to the placebo control condition) that is beyond what we would expect by chance alone assuming the experiment was well designed and controlled and the randomization effective at balancing the distribution of observed and unobserved potential confounders between the two treatment groups.

22. Again, as the sample size (i.e., number of subjects randomized to each condition) increases, we are able to reject the null hypothesis of no difference between treated and control conditions for smaller differences in the mean GERD symptom severity scores, all else being equal. From this description it should be clear that the concepts of confidence intervals and hypothesis testing are closely related.

23. A "p-value" is a probability derived from a specified statistical model that a statistical summary of the data (e.g., the difference between treated and control proportions of an adverse event) would be equal to or more extreme than its observed value. It is important to note that rejecting the null hypothesis because $p<0.05$ does not prove that the hypothesis is true, nor does the failure to reject the null hypothesis prove that the null hypothesis is true. Rather, it is simply a statement about the observed data in relation to a specified hypothetical explanation, based on the application of a particular statistical model with a specified set of assumptions, a particular



Contains Confidential Information -- Subject to Protective Order

experimental design, and a particular measurement process for the outcomes of interest. Conventionally, a p-value of 0.05 has been used as a threshold to judge the consistency with the null hypothesis of no difference between the treatment conditions, or no association between predictors and the outcome of interest. If the p-value >= 0.05, the data are viewed as consistent with the null hypothesis, otherwise the null hypothesis is rejected in favor of the alternative hypothesis that the means are not equal across experimental conditions or that a significant association exists. However, even under perfect conditions, the magnitude of the p-value tells us nothing about the magnitude of the effect of interest, nor does it tell us that an association is causal. To assess the magnitude of an effect, or effect size, we require point estimates of the effect of interest (e.g., mean difference) and a confidence interval surrounding the point estimate to describe the range of plausible values. Of course, there are a similar set of assumptions and conditions that can impact the validity of point estimates and confidence intervals as well. Conducting multiple analyses of the data and only reporting those that are significant will, of course, yield uninterpretable p-values since we are no longer able to differentiate false positive results from true positive results. Even if multiple analyses are not performed, to the extent that the investigators made a selection out of multiple "potential" alternatives, it impacts the validity of inferences based on p-values (Gelman, 2016). Similarly, reporting statistical significance on the basis of a $p<0.05$ threshold when large numbers of such tests are conducted will also provide invalid statistical inferences, and a more stringent threshold is required to avoid false positive results.

24. Ultimately, testing hypotheses is about good statistical practice that involves good study design, careful statistical modeling, complete reporting of what analyses were conducted, hypothesis testing in combination with estimation of the magnitude of the effect of interest, and characterization of the uncertainty in the estimated effect size. Reliance on any one of these elements in isolation can and will lead to faulty conclusions.

## 5.2 Common statistical terms used in this report

25. Related statistical terms that will be discussed in further detail in the report are defined here:

- **ANOVA –** Analysis of Variance or ANOVA is a statistical method for comparing the means of 2 or more groups. The ANOVA generates an F-statistic that is used to test the null hypothesis of no difference between any of the groups. If the overall F-statistic is significant, then individual pairwise comparisons between the groups are performed using a variety of "post-hoc" comparison methods, which adjust for multiplicity. If the group factor contains k groups, then there are k(k-1)/2 post-hoc comparisons. For example, with 7 groups there are 7(6)/2=21 possible post-hoc comparisons that are



Contains Confidential Information -- Subject to Protective Order

conducted in the presence of an overall significant F-statistic for the ANOVA model. There are ANOVA models for a single factor (called one-way ANOVA, which is what was used by Dr. Davis in his analysis) and ANOVA models for multiple factors. The ANOVA assumes that the outcome variable (e.g., NDMA) is normally distributed, has the same variance in each group, and the basic ANOVA model used by Dr. Davis assumes that the observations are statistically independent.

- **Average** – The arithmetic mean (sum of the values divided by the number of values).
- **Bias** – A difference between a statistical estimate and its true value (e.g., a treatment versus control difference) that is due to systematic effects from an uncontrolled source.
- **Bonferroni Inequality** - The Bonferroni inequality describes the effect of multiplicity (i.e. performing multiple tests each with an associated probability of a falsely positive result) on the overall probability of at least one of the events occurring (in our case by chance alone). The Bonferroni inequality states that the probability of at least one of the events occurring (e.g. a statistically significant result by chance alone) is no greater than the sum of the probabilities of the individual events. For example, the probability of conducting 10 statistical tests each at the 5% level (5% chance of a significant difference by chance alone) is 1-(1-.05)^10=0.40 or 40%.
- **Coefficient of variation** – The ratio of the standard deviation to the mean, expressed as a percentage. The CV describes the relative viability of the measurements. Large CVs (e.g. 100%) indicate the presence of outliers, data that are not normally distributed, and in some cases problems with the measurement process or sampling.
- **Confidence Interval** – An interval (upper and lower value) that will contain the true population value of a statistic (e.g., the population mean or average) a specified percentage of the time (e.g., 95%) in which the original experiment is exactly replicated. A 95% confidence interval will contain the true value of the statistic 95% of the time, but for any given experiment we do not know if the 95% confidence interval contains the true value or what the true value is.
- **Confounding** – In the case of analysis of the relationship between two variables (e.g. an explanatory variable and a response/outcome), the effect on the data of a third variable which renders the relationship uninterpretable (unless the effect of the confounding variable is adjusted for by methods such as statistical adjustment, matching, or propensity score matching). For example, a simple comparison of suicide rates among people who take antidepressants and those who do not will *always* find an association between antidepressants and suicide, because people with clinical depression are treated with antidepressants and people with clinical depression have much higher suicide rates than those who are not depressed.



Contains Confidential Information -- Subject to Protective Order

- **Estimation** – The process by which measurements/empirical values are used to obtain an estimate of unknown parameter. For example, the arithmetic mean computed on measures of n subjects can be used as an estimate of the true population mean.
- **Kruskal-Wallis Test** – The Kruskal-Wallis test is a nonparametric alternative to the single-factor or one-way ANOVA for the comparison of k-groups. Unlike the ANOVA model, it does not assume normality of the outcome; however, it still assumes homogeneity of variance (i.e. all groups have similar shape of the distribution of the outcome measure), and that the observations are statistically independent.
- **Mixed-effects Models** – Statistical models that can be used to analyze data that are either repeatedly measured over time and/or clustered within ecological units (e.g., studies, classrooms, hospitals). There are both linear and non-linear forms of the general model, the latter of which can be used to analyze rates of discontinuation symptoms (mixed-effects logistic regression).
- **Non-parametric Test** – A statistical test that does not assume any particular distributional form for the outcome of interest (e.g., assuming that NDMA levels have a bell-shaped or normal distribution). Note that nonparametric tests still assume that the variances are equal between the different conditions, are subject to confounding, and multiplicity.
- **Normal Distribution** – A bell-shaped statistical distribution where the mean and variance are independent.
- **Null Hypothesis** – The hypothesis that there is no difference between tested groups e.g. treated and control patients. The null hypothesis can be rejected on the basis of empirical evidence, but it can never be proven.
- **Population Mean** – The true mean value in the population of interest. The sample arithmetic mean is a statistical estimate of the population mean for a normally distributed random variable.
- **Randomization** – The process by which subjects are assigned to experimental conditions by chance alone.
- **Sample Size** – The number of subjects that are enrolled into each experimental condition, or into the study as a whole.
- **Standard Deviation** – A measure of dispersion of a sample of data from a population. It is the square root of the sample variance. The larger the standard deviation, the larger the deviations of the individual values from the average value (mean).
- **Standard Error** – A statistical estimate of the uncertainty in an estimated parameter value (e.g., the standard error of the mean).
- **t-Test** – A statistical test for the comparison of two groups (e.g., treated versus placebo) in terms of a continuous and normally distributed outcome measure. There are versions of this test that are appropriate for cases in which the variability is the same or different



Contains Confidential Information -- Subject to Protective Order

between the two groups, and whether the groups are based on the same subjects or samples or independent subjects or samples.

- **Uncertainty** – The degree to which a statistical estimate deviates from its true value. Statistics is the science of characterizing and quantifying uncertainty.
- **Variance** – A measure of spread of the distribution, that is how far each number in the set is from the mean or average value.

## 6. EXPERIMENTAL DESIGN CONCEPTS RELEVANT TO MY REVIEW

26. Here I draw the distinction between observational studies and randomized trials. In the present context, the key distinction between randomized trials and observational studies is that observational studies do not have the benefits of *randomization*. As a consequence, it is difficult if not impossible to rule out *bias* in results that are produced by differences in other characteristics of subjects, or in our case sample characteristics that are confounded with the design variable or factor of interest.

# PART C: OPINION

## 7. Critique of Dr. Davis's Expert Report

27. In the following I present the analytic plan presented by Dr. Davis in his report, review the results, and raise statistical and conceptual issues that limit their reliability, interpretability and scientific foundation. In certain cases, I have reanalyzed data to better illustrate the conceptual and statistical comments that I am making.

### 7.1 Analysis of Baseline Product Data

28. Dr. Davis uses analysis of variance (ANOVA) to examine the effects of 12 factors, such as temperature control, form, manufacturer, storage, dose, …) that may affect NDMA levels in Zantac products. For each ANOVA model, the F-statistic and associated p-value of the test of the null hypothesis that the mean NDMA level is the same across all levels of the factor are reported. The results for each analysis were assessed based on the alpha=0.05 level of significance, with no adjustment for multiplicity. In other words, Dr. Davis failed to account for the risk of false positive results created by running multiple tests.

29. If the overall test of equality is rejected ($p<0.05$) for a given factor, pairwise comparisons between each level of the factor were tested. These comparisons were also based on the use of two-sided t-tests at the alpha=0.05 level of significance, without adjustment for multiplicity.



Contains Confidential Information -- Subject to Protective Order

30. The following factors were considered in his analyses (with reference to the column in the spreadsheet that contained the data:

    i. Responsible Finish Dose ("FD") Manufacturer/NDA Holder (categorized as GSK, BI, or Sanofi) [column C]

    ii. FD Manufacturer/CMO (categorized as: Patheon, Patheon Chattem USA for Sanofi, Patheon Sanofi Canada, Promeco, GSK Mexico, GSK Spain) [column D]

    iii. Form (categorized as Regular or Cool Mint) [column E]

    iv. API Used in FD (categorized as DRL or Uquifa) [column F]

    v. Dose (categorized as 75 mg or 150 mg) [column G]

    vi. Place of Manufacturer of FD (Finished Dose) (categorized as Patheon Greenville NC, Promeco Spain, GSK Mexico, GSK Spain) [column H]

    vii. Container (categorized as FD Bottle, Blister Pack, Bulk, Individual On the Go Pouches of 1) [column I]

    viii. Number of Tablets (1, 40, 50, 60, 65, 70, 80, 84, 90, 75, 100, 500 and 2000) [column J]

    ix. Retained (categorized as Retained, Unsold or Returned) [column K]

    x. Place of Storage Before Shipped to Plaintiffs (Sanofi Forest Park GA, Patheon Greenville NC, Inmar Rural Hall NC, Inmar Reno NV, Inmar Lakeland FL, Inmar Grand Prairie TX, Inmar Allentown PA, Inmar Indianapolis, Inmar Atlanta GA, Inmar Fullerton CA, GSK Panama, GSK Greece, Promeco MX) [column L]

    xi. Storage Temperature/Humidity (categorized as Controlled/Monitored versus Ambient) [columns M and N]

    xii. Number of Years Between Manufacture and Testing [computed as the number of days between the date in column O and the date in column Q, where columns O and Q are each coded as MM/DD/YYYY, divided by 365.25]. This variable will be categorized into 6-month periods, as follows:

        1. 2-2.5 years: 718-913 days

        2. 2.5-3 years: 914-1095 days



Contains Confidential Information -- Subject to Protective Order

3. 3-3.5 years: 1096-1278 days

4. 3.5-4 years: 1279-1461 days

5. 4-4.5 years: 1462-1643 days

6. 4.5-5 years: 1644-1830 days

xiii. Expiration Status (categorized as Expired versus Not Expired) [computed using column P and column Q; if the date in column P is less than or equal to the date in column Q, then the category is "Beyond Expiration Date"; the date in column P is coded as MM/DD/YYYY]

31. The initial statistical analysis plan proposed to use ANOVA to evaluate potential differences in mean NDMA across categories of each factor. For these baseline data, there are 12 factors for which ANOVA at the 0.05 level were performed: NDA holder, FD Manufacturer, Form, API, Dose, Manufacturer place, Container, No. of Tablets, Retained, Storage, Temp/humidity and expiration.

32. As Dr. Davis indicates in Section 3, the validity of ANOVA as a testing procedure hinges on several assumptions. First, ANOVA assumes that the data are normally distributed, which is a testable assumption. I tested this assumption using the Shapiro-Wilk test, using the data that Dr. Davis used in his analysis. The Shapiro-Wilk test had an associated $p<0.00001$, indicating that the data are not normally distributed. Restricting the data to the Sanofi data, reveals the same result, $p<0.00001$. Beyond the assumption of normality (which was recognized by Dr. Davis), ANOVA also assumes homogeneity of variance across the groups. We can test this assumption using Bartlett's test. The assumption was rejected for 11 out of the 12 factors. Only the Place of Manufacture had a non-significant Bartlett's test for homogeneity of variance, and in Dr. Davis's analysis, Place of Manufacture was not a significant predictor of NDMA level.

33. In Section 3.1, Dr. Davis recognizes that the assumptions underpinning ANOVA "may not always be valid". My analysis of the data used in his analyses confirms that the assumptions of normality and homogeneity of variance are in fact violated. Notwithstanding Dr. Davis' observation, he nevertheless reports p-values from a large number of ANOVAs.

34. Because of the assumption of ANOVA were not supported, Dr. Davis also performed a Kruskal-Wallis (K-W) test, which is a nonparametric alternative that compares the medians of the groups in contrast to the ANOVA model which compares the means. The K-W test does not assume that the NDMA concentrations are normally distributed, however, it does assume that the distributions have the same shape, which means that they have similar variances. Based on my previous discussion of the results of Bartlett's test,



Contains Confidential Information -- Subject to Protective Order

that assumption is rejected, for all but the Place of Manufacture factor. To describe the magnitude of the differences in shape of the distributions, across the levels of the NDA holder factor, as an example, the standard deviations are 1168.7, 533.7, and 2744.1. These standard deviations reveal that the shapes of the distributions across the levels of this factor are quite heterogeneous.

35. As a consequence of the violation of assumptions of both the ANOVA and K-W tests, we cannot rely on any of the probability values provided in Dr. Davis's report. The same is true for his post-hoc tests, which are all based on t-statistics which also assume normality. While there are t-statistics that can accommodate heterogeneity of variance, Dr. Davis did not use them in his computations. As such, the p-values associated with the post-hoc analyses performed by Dr. Davis also cannot be relied upon.

36. Not all of the levels (i.e. categories, e.g. dosage: 75 mg vs 150 mg) of each factor were used by Dr. Davis in his analysis.

   i. Manufacturer – deleted GSK Mexico and GSK Spain due to small numbers of samples.

   ii. Manufacturer Place – deleted Mexico and Spain.

   iii. Storage – deleted Reno, Atlanta, Fullerton, Panama, and Greece due to small number of samples.

   iv. Number of Tablets – recoded into two categories 40-65 and 70-90, and deleted 100, 500 and 2000 dosages, despite a fair amount of data. It was unclear to me why he did this.

   v. He did not analyze years from Manufacture for reasons that are not clear to me.

37. As a preliminary matter, it is important to recognize that the baseline data was the result of a non-randomized collection of data. The factors that Dr. Davis analyzed individually, have levels that are confounded with other factors. As a consequence, the associations between factors and NDMA levels, may have nothing to do with the specific factors that he attributes them to. I examine this in more detail later in my report. As a concrete example, there were 4 finish dose manufacturers/CMO used in Dr. Davis's analysis ((BI) Patheon, (BI) Patheon Chattem USA for Sanofi, (BI) Patheon Sanofi Canada, (BI) Promeco). He also provided an analysis of controlled versus ambient temperature storage. However, for BI Promeco, 118 out of 160 product samples were stored at ambient temperatures, whereas none of the 33 samples for Patheon Chattem USA for Sanofi and BI Patheon Sanofi Canada were stored at ambient temperatures. As such, manufacturer and temperature control are confounded and differences between manufacturers and differences between temperature control during storage cannot be



Contains Confidential Information -- Subject to Protective Order

separately estimated. This is just one of numerous examples. An alternative, commonly used method to control confounding in observational studies is to either use covariate adjustment for the 11 other factors when studying each factor, or to use propensity score matching to balance the target factor's levels in terms of the other 11 factors. Dr. Davis did neither in his analysis of these data, making his analysis and opinions unreliable

38. Another major methodological flaw that undermines Dr. Davis' baseline analyses is that he did not adjust for multiplicity. Recall that Dr. Davis performed 12 separate ANOVAs, one for each of the factors described above, and interpreted any individual ANOVA as significant if the p-value was less than the critical value of 5% (i.e. 0.05). If there was a significant main effect for a given factor, all possible post-hoc comparisons between the levels of the factor were computed, again at the 5% level also without controlling for multiplicity. The number of post-hoc comparisons increases with the number of levels (categories) of the factor at a rate of k(k-1)/2. So for a factor with 2 levels (e.g. dosage 75mg and 150mg), there is only 2(1)/2=1 comparison, but for a factor with 8 levels (e.g. storage place) there are 8(7)/2=28 comparisons. Regardless of the number of comparisons, the same p-value threshold of 5% was used to establish significance of between-level differences for that factor.

39. It is important to understand that the probability of one or more statistically significant differences occurring by chance alone when n comparisons are made is p*=1-(1-.05)^n (see Gibbons, 1994).

40. For the 12 ANOVAs (or separately for the 12 K-W tests), each tested at the 5% significance level, this yields p*=1-(1-.05)^12=0.46 or a 46% chance of finding one or more significant results by chance alone. This is called the experiment-wise Type I error rate. To reduce the experiment-wise Type I error rate to 5%, each of the 12 ANOVA's (or equivalently each of the 12 K-Ws) should be tested at the p/12=.05/12=0.00417 significance threshold, such that p*=1-(1-.00417)^12=0.05. Of course, this is not the only example of failure to adjust for multiplicity in Dr. Davis's analyses, and the effect of multiplicity on the probability of erroneous opinions grows with the multitude of statistical comparisons that he conducted. I update these estimates as I describe additional analyses that he conducted in his report.

41. In addition to the 12 ANOVAs and 12 K-Ws, Dr. Davis's also performed a multitude of post-hoc comparisons, which were also not adjusted for multiplicity. For example, the storage factor, led to 28 statistical comparisons which were all tested at the 5% level. The probability of one or more of those pairwise comparisons being statistically significant by chance is 1-(1-.05)^28=0.76 or 76%. To adjust for multiplicity and ensure a 5% experiment-wise Type I error rate would require testing each at the 0.05/28=0.0078 level. Inspection of page 6 of his Appendix 3 reveals that using 0.0078 as a critical value reduces the number of significant pairwise



Contains Confidential Information -- Subject to Protective Order

comparisons from 9 to 4. Of course, post-hoc testing is also influenced by the lack of adjustment for multiplicity on whether the overall ANOVA (or K-W) test results are significant. If that decision is incorrect, the decision to proceed to post-hoc testing will also be incorrect.

42. To illustrate the effect of multiplicity in the generation of false associations in Dr. Davis's report, I conducted the following analysis. I took the 254 samples used in his analysis and randomly assigned them to levels of the 12 factors that he used in his analyses (ANOVAs) using identical sample sizes for each factor and level to the original data. This creates a counterfactual experiment, where we know by design that none of the factors are related to NDMA levels. Any significant associations identified by the ANOVA models are false positive results. I then reran the 12 ANOVA's using the randomized data and recorded any significant results using a p-threshold of 0.05, and if $p<0.05$ I recorded the range of observed means. Since I randomly assigned samples to factor levels, any significant results are due to random chance, amplified by multiplicity in testing. By chance alone, I found two statistically significant differences at the $p<0.05$ level.

i. "Counterfactual" Container: $p<0.01$, max mean difference 1222 vs 4586

ii. "Counterfactual" Storage $p<0.02$, max mean difference 840 vs 3394

These results reveal that using the actual baseline data, randomly assigned to the same conditions used in Dr. Davis's analyses, we see many of the same statistically significant differences that he found using the actual factors. Notably, for the example listed above, the randomized container effect was a four-fold increase in mean NDMA levels, produced by chance alone. The actual difference reported by Dr. Davis in his report is actually half this magnitude ($p<0.02$, max difference 1083 vs 2383). The same is true for the storage effect, where the randomized effect represents a statistically significant four-fold difference in NDMA levels, similar to what was observed for the actual storage effect reported by Dr. Davis ($p=0.000$, max difference 593 vs 3000). The absolute difference in NDMA levels is actually larger for the simulated storage factor 2554 than the actual storage factor 2408. The differences reported by Dr. Davis are consistent with what is found by chance alone. I note that this represents a lower bound on the effect, since he repeated these analyses on unexpired products, doubling the number of comparisons, as well as an additional 60 statistical comparisons in the Zone study.

43. In order to assess the large sample properties of the simulation in terms of the actual false positive rate, I also repeated the simulation of randomly assigned products to the 12 factors 1000 times, using a $p<0.05$ threshold. Out of the 1000 simulated random draws from the actual data, there were



Contains Confidential Information -- Subject to Protective Order

320 simulations with 1 significant result, (32%), 107 with 2 significant results (10.7%), 13 with 3 significant results (1.3%), and 2 with 4 significant results (0.20%). Note that they are exactly as expected. There were 442 significant simulations with one or more statistically significant results. The expected number is 1000[1-(-0.05)^12]=460. Since he repeated these analyses in unexpired products, we would expect double these rates across the two sets of the analyses (i.e. 2*(320+107+13+2) = 884 out of 1000 simulations with 1 or more significant results by chance alone. These findings make it clear that the results of Dr. Davis's analyses, could be produced by chance alone.

44. As I noted earlier, another major flaw is that Dr. Davis's analyses focus on each factor individually, without regard to the other 11 factors that may well be confounded with the target factor in that analysis. In other words, these are all unadjusted analyses. Since these are observational data and not the product of a designed experiment, it would not be surprising to find that differences between the levels of one factor are related to differences in other product characteristics that are not evenly distributed across the levels of the target factor. This could have been controlled for by statistically adjusting for at least some of these other factors. Note that this has nothing to do with multiplicity. It is a completely separate source of bias and unreliability in Dr. Davis's analysis due to confounding.

45. To illustrate, in Appendix 3, Dr. Davis reports statistically significant p-values for the ANOVA's for Retained (p<0.000) and storage (p<0.000). However, a two-way ANOVA that adjusts for their shared association yields p-values of 0.07 for Retained and 0.15 for storage, neither of which are statistically significant. As such it is not appropriate to simply look at each factor in isolation, but rather we must at least attempt to control for the effects of the other factors when examining the effect of the target factor. This is just a very simple example, of which there are a multitude of possible examples. It may not be possible to simultaneously adjust for all factors in a single analysis because some may be completely or nearly completely confounded (e.g. FD Manufacturer and Place of Manufacture). By analogy, this is a similar problem to a non-randomized epidemiologic study of an association between a drug exposure and an adverse event outcome, that fails to take into consideration imbalances in potential confounders related to both treatment and the outcome. This is a fatal statistical flaw of the analyses of the baseline data conducted by Dr. Davis. Again, this bias in Dr. Davis's analysis has nothing to do with either multiplicity or non-normality of the data. It is a completely separate methodological flaw in his analysis.

46. A significant limitation to Dr. Davis' analysis is that the data cannot be generalized to a larger population of products that fall outside the tested population, so the scientific value of the analysis is unclear. Beyond the issues that any particular analysis may be due to chance alone or confounded by other factors, there have been no attempts to determine whether the



Contains Confidential Information -- Subject to Protective Order

dataset is representative of the larger population of potential tablets at issue. In fact, when looking at the age of samples, all products were two years or older, which significantly limits the opinions that can be drawn even if chance, confounding, and distributional misspecifications were not issues.

47. Given the above, there is no scientifically valid or reliable opinions that can be drawn from Dr. Davis' analysis of the baseline data.

### 7.2 Analysis of Sun Shade and Shower Data

48. Dr. Davis also provides an analysis of sun/shade/shower (SSS) data with cycles as a repeated measurement. These data appear to be based on an experiment conducted by Dr. Najafi. The data fields include:

Condition (Shade, Sun, Shower)

Number of Cycles (6, 15, 30, 50)

49. For each of the three conditions (sun, shade and shower), a mixed model for repeated measurements was to be fit with NDMA level as the dependent variable and with a fixed effect for the number of cycles (0=Baseline, 6, 15, 30, 50) and an unstructured covariance model. Dr. Davis indicates that the results of this model would be used to summarize the effects of the number of cycles on NDMA level. However, after looking at the data, Dr. Davis indicated that he did not perform these analyses because the datasets were too small and only 6 of the 25 product samples had data for all four of the cycles. Dr. Davis notes that " Of the 25 IDs in the SSS data set, 10 of them have data only for one value of the cycles variable (15 cycles). Of the remaining 15 IDs, 9 have data for cycles 15, 30, and 50 and 6 have data for all four cycles." This is important, because Dr. Davis is now proceeding directly to post-hoc comparisons without the benefit of testing the overall effects as he did for the baseline data. In fact, there are no p-values reported whatsoever for SSS. In Appendix 5 he computes slopes for the regression of NDMA on cycles separately each of the 25 individual samples for shade, sun and shower. This adds another 75 analyses. Although he does not report p-values, he does discuss magnitude and direction of the effects, so this is still an example of multiplicity.

50. In Appendix 5, Dr. Davis provides summary statistics for the SSS study data broken down by condition (sun, shade, shower) and cycles (baseline, 6, 15, 30 and 50)



Contains Confidential Information -- Subject to Protective Order

Zantac (Ranitidine) Products Liability Litigation
SSS Data Set
Summary Statistics for NDMA Level

| Condition | Number of Cycles | n | Mean | SD | Median |
|---|---|---|---|---|---|
| Baseline | | 25 | 5301.2 | 5810.3 | 1743.2 |
| Shade | 6 | 6 | 354.9 | 142.0 | 339.0 |
| | 15 | 25 | 6374.1 | 6560.1 | 2077.1 |
| | 30 | 15 | 2253.1 | 1410.2 | 2280.3 |
| | 50 | 15 | 2869.4 | 1620.0 | 2775.9 |
| Sun | 6 | 6 | 420.1 | 187.8 | 374.0 |
| | 15 | 25 | 6585.2 | 6271.8 | 3095.9 |
| | 30 | 15 | 2806.8 | 2104.3 | 2847.3 |
| | 50 | 15 | 3511.0 | 1857.5 | 3236.4 |
| Shower | 6 | 6 | 440.2 | 194.2 | 362.0 |
| | 15 | 25 | 8298.6 | 8733.3 | 2457.6 |
| | 30 | 15 | 3156.7 | 2149.1 | 3271.4 |
| | 50 | 15 | 3943.7 | 1584.0 | 3506.2 |

51. Before turning to Dr. Davis' analysis, it is important to recognize that the SSS testing was poorly designed, which prevent any reliable statistical inference. Inspection of the table above reveals that Dr. Davis estimates a common baseline for NDMA of 5301, which reduces to 300 to 400 for 6 cycles, increases to 6,000 to 8,000 at 15 cycles, and decreases to 2,000 to 4,000 for 30 and 50 cycles. Clearly this is not an example of increasing NDMA levels with increasing number of cycles. Part of the problem, however, is that many of the products with the highest reported NDMA levels were only tested at 15 cycles. Based on Dr. Najafi's report, these data are the combination of two different sets of test samples, that have been combined for convenience for the purpose of hypothesis testing. This amplifies concerns about the quality of these data and that these data are not the product of a well-designed experiment.

52. Another major issue with Dr. Davis' analysis of the SSS data is that he did not do any hypothesis testing, which would involve computing p-values and confidence intervals. Dr. Davis simply computes the slope of 2 to 5 numbers for each test product without providing any estimate of uncertainty such as a standard error or 95% confidence interval. Dr. Davis did not test the hypothesis that increasing cycles are associated with increasing NDMA, or that the condition (sun, shade, or shower) moderate that association. All he did was to present point estimates of the 75 individual product slopes. Providing point estimates of statistics without estimated uncertainties, does not test the null hypothesis that the slope is equal to zero (i.e. there is no association with number of cycles) and is unreliable statistical practice.

53. In Appendix 5 (all products) and Appendix 6 (unexpired products), Dr. Davis reports summary measures (means, medians and standard deviations)



Contains Confidential Information -- Subject to Protective Order

for the baseline data and data under the conditions of sun, shade and shower, stratified by number of cycles. For all products, the baseline coefficient of variation is CV=100*(SD/Mean)=100*(5810.3/5301.2)=109.6%, which is extremely large. Similar results are observed for the data stratified by condition and number of cycles, where the standard deviation appears to be proportional to the mean NDMA concentration (i.e. larger mean concentration larger standard deviation). For a normal distribution, the mean and standard deviation are independent. These summary statistics raise questions regarding the integrity of the underlying experimental data, which Dr. Davis analyzes without question. On page 68 of his report, Dr. Najafi reports a CV of 10.9% for pills within a single container. The data for this experiment have 10 times the variability reported by Dr. Najafi, raising questions regarding the tablets used in the experiment and the analytical reliability of the data.

54. Additionally, none of the SSS data can be generalized to tablets which were not tested. An implicit assumption being made is that the data constitute a random sub-sample among all those sub-samples that could have been obtained. However, this is not reliable. Moreover, Dr. Najafi's and Dr. Davis's reports don't provide any information on how specific samples were identified, nor on whether there was any processing that took place prior to delivery of the data to the expert. For example, were any samples initially identified but eventually excluded because, say, of technical issues regarding the measurement of NDMA? Similarly, were any samples excluded because of missing data? It seems that Dr. Davis analyzed the data as it was given to him but these questions remain. Without this information it is not reliable to generalize the results.

55. Another issue with generalizability is the inadequately small sample sizes used in the SSS study. The slope analyses are based on datasets that are too small for a meaningful analysis, often, estimated simply as the difference between two points. Notably, there was no power calculation or other statistical analysis reported prior to experimentation to support that the method of selecting samples, or the number of samples that would be sufficient to generalize to the population of samples and test the hypotheses of interest.

56. Dr. Davis provides rates (i.e. slopes) of formation per cycle for both expired and unexpired product in sun, shade, and shower. These rates have no level of uncertainty associated with them (i.e. a standard error or 95% confidence interval) and the available evidence suggest that the rates are highly variable.

57. Given the above, Dr. Davis cannot draw any scientifically valid or reliable opinions from his analysis of the SSS data.



Contains Confidential Information -- Subject to Protective Order

### 7.3 Analysis of the Zone Study Data

58. The zone experiment consists of the following conditions:

    Zone (1, 2, 3, 4A, ACC)

    Number of weeks (2, 4, 8)

59. Dr. Davis proposes the following analyses. At each week, an analysis of variance (ANOVA) model would be fit with NDMA level as the dependent variable and zone as a fixed effect. For each ANOVA model, the F-statistic and associated p-value of the test of the null hypothesis that the mean NDMA level is the same across all zones would be reported. The results for each analysis would be assessed based on the alpha=0.05 level of significance, with no adjustments for multiplicity.

60. Dr. Davis further proposed that if the overall test of equality is rejected ($p<0.05$), pairwise comparisons between each level of zone would be tested. These comparisons would also be based on the use of two-sided tests at the alpha=0.05 level of significance. For each of the five zones, a mixed-model for repeated measurements would be fit with NDMA level as the dependent variable and with a fixed effect for the number of weeks (0=Baseline, 2, 4, 8). An unstructured covariance model would be used. The results of this model would be used to summarize the effects of the number of weeks on NDMA level. In fact, none of these analyses were included in his report. Dr. Davis states "There are only 5 IDs in the Zone data set. Because the sample sizes were too small to fit the types of prespecified repeated measures and analysis of variance models specified in the SAP, alternative approaches were used, as described in the following two subsections."

61. In Appendix 5, he computes slopes for NDMA levels over weeks for each of 5 IDs in 5 zones. This adds another 25 comparisons. Similar to the SSS analysis, he presents no estimate of uncertainty associated with these slope point estimates. He also presents 30 t-tests that provide pairwise comparisons of the 5 zones for each of the 3 weeks.

62. In Appendix 6, Dr. Davis repeats the Appendix 5 analyses for unexpired products. This adds 27 shade/sun/shower slopes, 30 additional zone by week analyses, and 10 additional zone by week slopes. This is an additional 67 analyses.

63. I note that the 30 t-tests in each of Appendixes 5 and 6 are all conducted individually at the alpha=0.05 significance level, without the benefit of any overall tests of significance. Furthermore, these 60 analyses assume normality and homogeneity of variance, both of which are invalid assumptions for these data. Although there are t-tests that do not assume homogeneity of variance and nonparametric alternatives, Dr. Davis did not use them. None of these results are scientifically valid or reliable.



Contains Confidential Information -- Subject to Protective Order

64. Putting aside that t-tests are not justified in this analysis, for the zone study, there are 30 pairwise comparisons between zones at weeks 2, 4 and 8 in Appendix 5. The adjusted critical value should be 0.05/30=0.0017. Only one comparison has a lower p-value (week 8 for zones 1 vs 4a, p=0.001). This does not provide evidence of either a zone effect or a week effect, or an interaction between the two.

65. Out of the 30 pairwise comparisons between zones at weeks 2, 4 and 8 for the unexpired product analysis in Appendix 6, there were no significant differences either with or without adjustment for multiplicity.

66. Dr. Davis uses two-sample t-tests to compare the zones (1, 2, 3, 4a, and ACC) at each week. The zones are assumed to be independent in the two-sample t-test; however, the same product samples are used for each zone, and are therefore not independent. The p-values that he reports for these analyses in Appendices 5 and 6 are therefore incorrect.

67. As with all of Dr. Davis' other analyses, there are major limitations related to the generalizability of these data. The "all products" analysis was based on only 5 products. The "unexpired" analysis was based on only 2 products. Neither sample size is sufficient to draw a valid or reliable inference to the population of products. Dr. Davis does not provide any clarity on how these handful of samples were selected, further limiting the generalizability of his statistical inferences. Finally, neither Dr. Najafi or Dr. Davis provide any power computation to justify the number of samples used in their analysis. Indeed, when Dr. Davis realized how few samples were available, he decided to deviate from his pre-specified statistical analysis plan.

68. Dr. Davis provides rates (i.e. slopes) of formation per week for both expired and unexpired product in the various zones. Again, there is no level of uncertainty associated with these calculations, nor are there any tests of statistical hypotheses. The small sample sizes and large amount of variability of the underlying data indicate that his point estimates provide very little information about the true population values.

69. Due to multiplicity, non-normality of NDMA that is ignored in the post-hoc pairwise comparisons, and the repeated use of the same samples for each of the zones in the zone experiment, all of the p-values and attribution of statistical significance reported by Dr. Davis cannot be relied upon for the scientific purpose he intends them for.

### 7.4 Final Multiplicity Evaluation

70. Dr. Davis has conducted a very large number of statistical analyses without any real adjustment for multiplicity. As such his opinions based on p-values are incorrect and unreliable.



Contains Confidential Information -- Subject to Protective Order

71. Dr. Davis began his analysis with 12 ANOVA's each conducted at the 5% level (see Appendix 3).

i. To this he added 9 additional ANOVA's on unexpired products (see Appendix 4).

ii. To this he added computation of 75 slopes for the SSS experiment. Although he did not provide p-values or confidence intervals, he draws inferences from these analyses, so they do factor into the multiplicity computation (see Appendix 5).

iii. For the zone analysis, he forgoes overall tests of zone and week, and goes directly to 30 pairwise comparisons, which factor directly into the multiplicity computation. In addition, he computes an additional 25 slopes (see Appendix 5), for a total of 55 analyses.

iv. These analyses are then repeated for the SS study and Zone study using unexpired products, adding 27 additional SSS analyses, 40 additional zone analyses (30 pairwise comparisons and 10 slopes), for a total of 67 additional analyses.

v. Overall, he conducted 12+9+75+55+67=218 analyses. The probability of one or more false positive results is therefore 1-(1-0.05)^218=0.99999 or 99.999%. In fact, testing each of the 218 comparisons at the 5% level, we would expect 11 by chance alone, assuming that the factors were independent, which they are not. To obtain an experiment-wise type I error rate of 5%, the individual tests would have to use an adjusted critical p-value of 0.05/218=0.0002.

vi. Since he did not assign a p-value to the slope computations, as a conservative estimate, we can delete the 75+25+27+10=137 slope computations from the 218 comparisons (218-137=81) and find that the probability of one or more false positive results is therefore 1-(1-0.05)^81=0.9843 or 98.43%. To obtain an experiment-wise type I error rate of 5%, the individual tests would have to use an adjusted critical p-value of 0.05/81=0.0006.

vii. Applying the adjusted p-value of 0.0002 or 0.0006 to all of the primary analyses in the report, it is unclear if anything is statistically significant since he primarily only reports 3 decimal points of precision. The only possibilities are form, retained and storage for which he reports p-values of 0.000 for both parametric and nonparametric tests.



Contains Confidential Information -- Subject to Protective Order

72. He also reports a multitude of post-hoc tests, which like the overall tests, also were not adjusted for multiplicity.

i. 6 for FD Manufacturer

ii. 6 for Container

iii. 3 for Retained

iv. 28 for Storage

v. 5 for years since manufacture

vi. 3 for retained unexpired

vii. 21 for storage unexpired

viii. 30 for zone by week analyses

ix. 30 for zone by week analyses unexpired

73. There are 132 pairwise post-hoc comparisons reported without any statistical adjustment for multiplicity. Restricting the pairwise comparisons to those factors that had multiplicity adjusted F-tests reveals the following. Form has only 2 levels, so there was no post-hoc testing, so the reported p-value of 0.000 may be significant. Storage has 8 levels with 28 post-hoc tests for which there was no multiplicity adjustment in his analysis. As such the critical value should be 0.05/28=0.0018. Only one post-hoc value is less than the multiplicity adjusted threshold (1 vs 5, p=0.000). Retained has 3 levels, so the critical value should be 0.05/3=0.017. There is one comparison that has a p-value less than the multiplicity adjusted critical value (1 vs 3, p=0.000).

## 8. Opinions

74. I set out below my opinions based on my review of the available evidence as set out in my report.

75. There are numerous design and statistical flaws with the study that Dr. Najafi designed and the data that Dr. Davis analyzed.

76. The Sun, Shade and Shower (SSS) study is poorly designed and too small to support valid statistical inferences. Dr. Davis provides point estimates of individual product slopes without estimates of uncertainty or adjustment for multiplicity and therefore provide us with no statistical evidence of the effect of these conditions on NDMA levels over cycles. Summary statistics reported for cycles do not support an association between number of cycles and increasing NDMA levels.



Contains Confidential Information -- Subject to Protective Order

77. The Zone study is too small to support valid statistical inferences. When adjusted for multiplicity across the 60 comparisons (30 in the total sample and 30 for the unexpired products), there is no evidence of statistically significant zone effects. Furthermore, the same products were used across the zones and are therefore correlated. Dr. Davis's analysis assumed independence across the zones and therefore cannot be relied upon to provide meaningful statistical inferences.

78. The analyses of the baseline data performed by Dr. Davis are invalid due to multiplicity of testing and confounding of factors. My analysis of these data reveal that even adjusting for a single factor can eliminate significant effects reported by Dr. Davis. By randomizing the actual data to factor levels, creating a counterfactual dataset in which there is no association between the factors and the baseline NDMA levels, I have shown that the findings reported by Dr. Davis of statistically significant associations between factors (e.g. storage, retained, temperature/humidity, etc.) and NDMA levels are consistent with chance expectations, both in terms of statistical significance and effect size (mean difference in NDMA levels). In fact, I find larger effects (i.e. mean differences) for the randomized data than Dr. Davis finds for the actual factor levels. These differences are completely a product of the multiplicity that was not accommodated in Dr. Davis's analysis of the actual data.

I confirm that I have made clear which facts and matters referred to in this report are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer. My opinions are expressed to a reasonable degree of scientific certainty.

I reserve the right to amend or supplement this report, should new or additional information or data become available. I may use graphics or other exhibits to further address the matters discussed in this report.



Robert D. Gibbons Ph.D.
Blum-Riese Professor of Biostatistics
Director, Center for Health Statistics
University of Chicago

March 7, 2022



Contains Confidential Information -- Subject to Protective Order

# APPENDIX 1

Contains Confidential Information -- Subject to Protective Order

# Materials Considered by Dr. Robert D. Gibbons

All materials referenced and/or discussed within the expert report are incorporated herein by reference.

## Expert Reports

1. Expert Report of Charles S. Davis with Attachments and additional materials provided

2. Expert Report of Ramin (Ron) Najafi, Pd.D. with Appendices and additional materials provided

## Literature

1. Gelman (2016), "The Problems With p-Values Are Not Just With p-Values," The American Statistician, supplemental materials to ASA Statement on p-Values and Statistical Significance, 70, 1–2.

2. Gibbons, Robert D. Statistical Methods for Groundwater Monitoring. New York, NY; Wiley; 1994.

# APPENDIX 2

# Robert D. Gibbons, Ph.D.

## CURRICULUM VITAE

## PERSONAL INFORMATION

Center for Health Statistics, University of Chicago,
5841 S. Maryland Avenue, MC 2007, Office W260, Chicago, IL, 60637
Voice: 773-834-8692 Fax: 773-702-1979 RDG@UCHICAGO.EDU
[redacted] [redacted] [redacted]

## EDUCATION AND TRAINING

Ph.D., University of Chicago, 1981, Statistics and Psychometrics.
Dissertation Topic: Trend in Correlated Proportions
Dissertation Committee: R. Darrell Bock, James J. Heckman, David L. Wallace, James S. Coleman

B.A., University of Denver, 1976, Chemistry and Mathematics

## PROFESSIONAL & ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2018-present | Faculty Associate, Department of Comparative Human Development |
| 2018-present | Founding Member, Committee on Quantitative Methods in Social, Behavioral and Health Sciences |
| 2016-present | The Blum-Riese Professor of Biostatistics |
| 2010-present | Director, Center for Health Statistics, University of Chicago. |
| 2010-present | Professor of Medicine, University of Chicago. |
| 2010-present | Professor of Public Health Sciences, University of Chicago. |
| 2010-present | Professor of Psychiatry, University of Chicago. |
| 2010-present | Professor Emeritus of Biostatistics, University of Illinois |
| 2009-2010 | Professor of Mathematics, Statistics and Computer Science, UIC. |
| 2000-2010 | Director, Center for Health Statistics, University of Illinois at Chicago. |
| 1993-2010 | Professor of Biostatistics, University of Illinois at Chicago. |
| 1993-2010 | Professor of Psychiatry, University of Illinois at Chicago. |
| 1985-1993 | Associate Professor of Biostatistics, University of Illinois at Chicago. |
| 1985-1993 | Associate Professor of Psychiatry, University of Illinois at Chicago. |
| 1988-1989 | Visiting Professor, University of Chicago. |
| 1981-1985 | Assistant Professor of Biostatistics, University of Illinois at Chicago. |
| 1981-1985 | Assistant Professor of Psychiatry, University of Illinois at Chicago. |
| 1981-1986 | Statistical Consultant, National Institute of Mental Health. |
| 1980-1981 | Senior Programmer and Statistician, University of Chicago, DOD/NORC. |
| 1978-1982 | Statistician, Illinois State Psychiatric Institute. |
| 1978-1980 | Statistical Consultant, Harvard University, Department of Psychology. |
| 1977-1978 | Statistical Analyst, University of Chicago, Department of Psychiatry. |

## HONORS, AWARDS, & SCHOLARSHIPS

Scholarship for Graduate Study, 1978-1981, University of Chicago
Young Investigator Award, 1985-1992, Office of Naval Research
Research Scientist Award - National Institute of Mental Health, 1995-2000
20th Century Distinguished Service Award for Outstanding Contribution to the Development of Statistical Ecology, Environmental Statistics and Risk Assessment, 2000
Fellow of the American Statistical Association, 2001
Member of the Institute of Medicine (now National Academy of Medicine) of the National Academy of Sciences, 2001
Member of the American College of Neuropsychopharmacology, 2001
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2002)
Harvard Award in Psychiatric Epidemiology and Biostatistics, (Harvard, 2003)
2001 Book with Coleman ranked in the top 5 books for Statisticians by the ASA
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2006)
University of Illinois at Chicago - Distinguished Faculty Award, 2009
American Statistical Association – Outstanding Statistical Applications Award, 2009
Professor Emeritus of Biostatistics, University of Illinois, 2010
Pritzker Scholar, University of Chicago, 2011
Rema Lapouse Award for Contributions to Psychiatric Epidemiology – APHA, 2012
Long-Term Excellence Award – Health Policy Statistics Section – ASA, 2013
Advisor to the Director of NIH (Dr. Francis Collins), 2014
Elected to the International Statistical Institute (ISI), 2015
Fellow of the Center for Health Administration Studies (CHAS), 2015
Endowed Chair University of Chicago – The Blum-Riese Professorship, 2016
Distinguished Achievement Medal for the ASA's Section on Statistics and the Environment, 2016
Fellow of the Royal Statistical Society, 2016
Advisor to the Secretary of the Veterans Administration (Dr. David Shulkin), 2017

## PROFESSIONAL MEMBERSHIPS

Institute of Medicine of the National Academy of Sciences
National Academy of Medicine of the National Academy of Sciences
American Statistical Association (Fellow)
International Statistical Institute (Fellow)
Royal Statistical Society (Fellow)
Biometric Society
Psychometric Society
American College of Neuropsychopharmacology

## REVIEW AND EDITORIAL EXPERIENCE

Reviewer for *Journal of American Statistical Assoc., Biometrics, Psychometrika, Technometrics, JAMA Psychiatry, Journal of Psychiatric Research, American Journal of Psychiatry, Science, Psychiatry Research, Sociological Methodology, Psychological Bulletin, Biological Psychiatry, Environmental Science and Technology, Statistics in Medicine*, and *Ground Water*.

Grant reviewer for National Institute of Mental Health

Editorial Board of *Health Services and Outcomes Research*
National Institute of Mental Health Services Research IRG Member 1992-1996
Veterans Administration Cooperative Study Review Board, 1998
Editorial Board of *JAMA Psychiatry* 2015-2017
Associate Editor of *Harvard Data Science Review* 2018-

## ADMINISTRATIVE/COMMITTEE WORK

Institute of Medicine - Committee on the Drug Halcion, 1997
Institute of Medicine - Committee on Organ Procurement and Transplantation Policy, 1999
Institute of Medicine - Health Sciences Policy Board Member, 1999-2004.

Institute of Medicine - Committee on Small *n* Clinical Trials, 2001
Institute of Medicine - Committee on Adolescent and Adult Suicide, 2002
FDA Advisory Board on Suicide and Antidepressants in Adolescents, 2004
Institute of Medicine - Committee on National Cord Blood Stem Cell Program, 2005
Institute of Medicine - Committee on US Drug Safety, 2005-2006
NIH Consensus Panel on the Efficacy and Safety of Multivitamins, 2006
VA – Blue Ribbon Working Group on Suicide Prevention in the Veterans Population, 2008
Institute of Medicine/NRC – Asbestos Research Roadmap Committee, 2009
National Academy of Sciences/NRC – Committee on Assessment of Agent Monitoring Strategies for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants, 2011
Mathematica Panel on Performance Measure Testing, 2013
NIH Panel on the Future of the National Children's Study, 2014-2015
Advisor to Secretary Shulkin of the Veterans Administration, 2017
National Academy of Medicine – Committee on A Fairer and More Equitable, Cost Effective, and Transparent System of Donor Organ Procurement, Allocation, and Distribution, 2021
National Academy of Medicine – Committee on Creating a More Equitable, Transparent, and Efficient System for Deceased Donor Organs, 2022

## RECENT KEY PRESENTATIONS

Congressional Testimony on *Allocation of Organs for Transplantation* (on behalf of the National Academy of Sciences) - 9/21/99.
Biological Psychiatry Meeting. *The Statistics of Suicide*, 2008.
Harvard University Department of Statistics. *Statistical Issues in Drug Safety: The Curious Case of Antidepressants, Anticonvulsants, … , and Suicide*, 2008.
Great Lakes cGMP & Regulatory Science Forum. *Post-Approval Drug Safety Surveillance*, 2009.
International Symposium about Current Issues and Controversies in Psychiatry. *The Curious Case of Antidepressants, Anticonvulsants, … , and Suicidal Behavior*, 2009.
University of Chicago Health Economics Meetings. Discussion of *A Flexible Two-part Random Effects Model for Correlated Medical Costs*, 2009.
Institute of Medicine - Co-Chair – *CNS Clinical Trials: Suicidality and Data Collection*, 2009.
International Conference on Health Policy Statistics, *Statistical Issues in Drug Safety*, 2010.
New Clinical Drug Evaluation Unit (NCDEU) meeting: *The Future of Psychiatric Measurement*, 2010.
NCDEU meeting: *Post Approval Drug Safety Surveillance*, 2010.
APHA Annual Meeting: *Rema Lapouse Award Lecture*, 2012.
IASR World Congress of Suicide, Keynote Speaker, 2013.
American Statistical Society: International Conference on Health Policy Statistics, Keynote Speaker 2013.
UCLA Grand Rounds, 2015.
National Academy of Medicine, Invited Speaker, 2015.
Michael Davis Lecture – SSA/CHAS University of Chicago, 2015.

International Summit on Suicide Research, Keynote Speaker, 2015.
Joint Statistical Meetings – Health Policy Statistics Section Luncheon Speaker, *Measurement*, 2016.
XXVth Annual Meeting of the Eating Disorders Research Society, Keynote Speaker, *The Adaptive Measurement of Eating Disorders*, 2019.
National Academy of Medicine, Forum on Mental Health and Substance Use Disorders Public Workshop, *Advances in mental health measurement*, 2019.
American Academy of Child and Adolescent Psychiatry, *Computer adaptive testing, multidimensional item response theory and the development of the Kiddie-CAT*, 2019.
Indiana University. *High quality remote mental health screening and measurement-based care in a pandemic world*, 2020.
Department of Psychiatry, University of Colorado. *The CAT-MH and K-CAT: Clinical practice overview for measurement-based care*, 2020.
International Society for CNS Clinical Trials and Methodology. *Assessment of clinical profiles and outcomes in personalized medicine*, 2020.
Millennium Institute for Research on Depression and Personality (MIDAP). *The CAT-MH, advances in mental health measurement*, 2020.
Quantitative Methods Workshop, University of Chicago. *The statistical measurement of social determinants of health*, 2021.
Columbia University Depression Research Summit. *The future of mental health measurement*, 2021.
Department of Psychiatry Grand Rounds, NYU. *The measurement of child psychopathology and suicide risk*, 2021.
APSARD meeting, Opening Plenary: Virtual and Electronic Assessment and Intervention. *Advances in mental health measurement*, 2022.

## RECENT TEACHING EXPERIENCE AND CURRICULUM DEVELOPMENT

**University of Illinois at Chicago – Division of Biostatistics – Guest lecturer – 2000-2010**

Longitudinal Data Analysis (#537)
Logistic Regression and Survival Analysis (#505)
Biostatistics Research Seminar (#595).
PGY-3 Research Methods in Psychiatry

**University of Chicago – 1988-1989**

Multivariate Statistics (Division of Social Sciences)

**University of Chicago – 2011-present**

Statistical Applications Course (Public Health Sciences and Statistics) (2012-2019)
Committee on Academic Promotions (2013-2016)

## MENTORSHIP

**University of Chicago**

<u>Ph.D.</u>

Eiji Muraki (1983) *Marginal maximum likelihood estimation for three-parameter polychotomous item response models: application of an EM algorithm.*

Ulf Bockenholt (1985) *Inverse prediction in behavioral research.*

Donald R. Hedeker (1989) *Random Regression models with autocorrelated errors: investigating drug plasma levels and clinical response.*

Steven G. Schilling (1993) *Advances in full-information factor analysis using the Gibbs sampler.*

Matthew Churpek (2014) *Predicting in-hospital cardiac arrest using electronic health record data.*

Marcelo Coca Perraillon (2015) *Essays on health care quality measurement and evaluation.*

Jiebiao Wang (2017) *Statistical methods for genomics data with clustered structure and missing values.*

Qianheng Ma (2021) *Extensions to Statistical Methods for Analyzing Intensive Multilevel Longitudinal Data Collected by Mobile and Wearable Devices.*

Will Parker (2021) *Transplant center practices and the survival benefit of organ transplantation.*

**University of Illinois at Chicago**

Ph.D.

Subhash Aryal: (2008) *Small sample tests and sample size determination for linear and non-linear mixed- effects models.*

Kush Kapur (2010) *Hypothesis testing, power and sample size determination for health science data.*

Anup Amatya (2011) *Meta-analysis for binary adverse event data.*

Yoonsang Kim: (2011) *Confidence and prediction intervals for small sample asbestos fiber counts.*

Glen Schumock (2012) *Drug Safety*

David Morton: (2015) *Hospital Profiling*

M.S.

Subhash Aryal: (2004)

Arijit Sinha (2006)

Anup Amatya (2007)

Post-Doctoral Fellowship

Jason Immekus (2008)

Zheng Chang (2016-2017)

## FUNDED RESEARCH

**Current:**

2019-2022 Substance Abuse and Mental Health Services Administration (SAMHSA). *Mental and Substance Use Disorders Prevalence Study (MDPS)*, Grant #FG000030-01, $26,375,940 (Co-I).

2018-2022 National Institute of Mental Health. *Synthesis of trials to prevent suicide risk behavior in sexual and gender minorities*. R01MH117598 (Brown), $2,595,000 (Co-PI).

2021-2022 National Institute of Mental Health. *2/2 B-SNIP: Algorithmic Diagnostics for Efficient Prescription of Treatments (ADEPT)*, Grant #R01MH124805, $200,000 (PI).

2019-2022 National Institute of Mental Health. *Predictive Analytics Applied to Integrated Administrative Emergency Response Datasets in Chicago*, Grant #R01MH117168, $443,389 (PI of Statistical Core).

2019-2022 National Institute of Aging (NIA). *Adaptive Testing of Cognitive Function based on multi-dimensional Item Response Theory*, Grant #R56 AG066127-01, $4,241,904 (Co-I).

2019-2023 Blue Cross Blue Shield (BCBS) Association. *Interventions to Reduce Community Violence in High Risk Populations: Modeling the Complex Determinants of Violence*, Grant #SP0061226, #106,992 (Co-I).

2018-2023 National Institute of Mental Health. *Harnessing Computerized Adaptive Testing, Transdiagnostic Theories of Suicidal Behavior, and Machine Learning to Advance the Emergent Assessment of Suicidal Youth (EASY)*, Competitive Renewal, Grant #RO1 MH100155-06, $3,500,000 (PI).

2019-2023 National Institute of Mental Health. *Accelerator Strategies for States to Improve System Transformations Affecting Children, Youth and Families*, Grant #P50MH113662-A1, $39,341 (PI of Statistical Core).

2019-2024 National Institute of Health. *Methodology and Advanced Analytics Resource Center (MAARC)*, Grant # U2CDA05009, $2,433,384 (PI of Statistical Core).

2019-2024 National Institutes of Health. *Early-phase Schizophrenia: Practice-based Research to Improve Treatment Outcomes (ESPRITO)*, Grant #R01MH120594, $1,504,444 (PI of Statistical Core).

2019-2024 National Institute of Mental Health. *½-Building Infrastructure and Community Capacity for Integrated Care*, Grant #R01MH117247-02, $581,006 (PI of Statistical Core).

**Past:**

1984-1985 Campus Research Board of the University of Illinois. Grant #889 *Statistical Models of Complex Psychiatric Data*. $10,300 (PI).

1985-1988 Office of Naval Research. Young Investigator Award. *Conditional Dependence*, $181,000 (PI).

1986-1987 National Institute of Mental Health. *A Comparison of Discrete and Continuous Latent Structure*, Grant #1RO3 MH 39750-01 A1 $15,000, 1986 (Co. PI).

1985-1987 MacArthur Foundation, Network I, *Biometric Laboratory Support* $150,000 (PI).

1988-1989 Campus Research Board of the University of Illinois. Grant #5590 *Statistical Visualization*. $8,000 (PI).

1988-1990 MacArthur Foundation, Network I, *A Statistical Model for Biological Rhythm Study* $30,000 (PI).

1988-1991 Office of Naval Research. Continuation of Support for *Conditional Dependence*, $184,000 (PI).

1990-1992 National Institute of Mental Health. *Problem Drinking Over Time by Future MDs* Grant # RO1 AA07311-05, $493,233, Statistician, (Dr. Judy Richman PI).

1990-1991 MacArthur Foundation, Network I, *Social Zeitgebers and Biological Rhythms* $24,000. (Co. PI).

1990-1991 National Institute of Mental Health. *MIXMASTER: A computer program for resolving normal mixtures*, Grant #R43 MH 45620-01 A1 $50,000, (PI).

1991-1995 National Institute of Mental Health. *Statistical Evaluation: Preschoolers Behavior Problems & Health Care Use: A Longitudinal Study*, Grant # RO1 MH46089, $154,603, (Biostatistical Subcontract - Dr. John Lavigne PI).

1991-1993 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-01 A2 $299,000, (PI).

1991-1992 National Institute of Mental Health. *Monoamine Receptor Sensitivity in Mental Illness*, Grant #RO1 MH36169-08A2, $187,040, Statistician, (Dr. Ghanshyam PI).

1991-1992 MacArthur Foundation, Network I, *A Statistical Re-evaluation of the NIMH Treatment Collaborative Study of Depression Using Random Regression Models*, $34,167. (PI).

1992-1997 National Institute of Mental Health. *Schizophrenic Cognition: A Longitudinal Study*, Grant # HHS-2

RO1 MH26341-17, $36,000 Biostatistical subcontract, (Dr. Martin Harrow PI).

1992-1996 National Institute of Mental Health. *Serotonin Receptors in Teenage Suicide and Their Families*, Grant # RO1 MH48153-01A1, $940,316, Statistician, (Dr. Ghanshyam Pandey PI).

1993-1996 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-03 A1 $473,080, (PI). Renewal.

1995-2000 National Institute of Mental Health. *Research Scientist Award* Grant #K05 MH01254 $458,132 (PI).

1996-2000 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* Grant #RO1 MH 56146 $473,080 (CO-PI) (Dr. Donald Hedeker PI).

2000-2004 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* (percentile = 0.5) Grant #RO1 MH 56146-04 $1,233,936 (CO-PI) (Dr. Donald Hedeker PI).

2000-2007 National Institute of Mental Health. *Statistical Center for the MTA Follow-up Study*, $923,000 (PI).

2002-2007 National Institute of Mental Health. *Mixed-effects ZIP models for Mental Health Services Research*, #RO1 MH65556-01, $660,735 (PI).

2002-2006 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing*, Grant #RO1 MH66302-01, $1,077,502 (PI).

2004-2007 National Institute of Mental Health. *Multivariate Probit Model for Health Services Research*, Grant #RO1 MH67198-01, $663,950 (Dr. Hua Yun Chen PI).

2005-2008 National Institute of Mental Health. *Statistical Testing for Generalized Mixed-effects Models*, Grant #RO1 MH069353, $450,000 (Dr. Dulal Bhaumik PI).

2005-2006 National Cancer Institute. *Evaluation of the Added-Value of Multidimensional and Hierarchical Psychometric Modeling for Cancer Outcomes*, Contract #05828, $150,000 (PI).

2006-2007 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R56* MH078580-01, $232,500 (PI).

2007-2011 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973, $4,000,000 (PI of Statistical Core).

2006-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Competitive Renewal*, Grant #RO1 MH66302-04, $3,429,658 (PI).

2007-2013 National Institute of Mental Health. *Autism Center of Excellence: Translational Studies of Insistence of Sameness in Autism.* 1P50HD055751, $9,600,000 (Cook), (PI of Statistical Core).

2008-2013 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R01* MH8012201, $2,640,000 (PI).

2009-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Supplement*, Grant #RO1 MH66302-04, $1,773,298 (PI).

2011-2016 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973 (Lambert), $4,000,000, (PI of Statistical Core).

2011-2016 CMS. *Integrated Inpatient and Outpatient Care for Patients at High Risk of Hospitalization*. 1C1CMS331033-01-01 (Meltzer), (PI of Statistical Core).

2011-2016 CMS. Innovative Methods for Modeling Longitudinal Medical Costs. R01 HS020263-01 (Liu), (Co-investigator).

2013-2018 National Institute of Mental Health. *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Administrative Supplement, $600,000 (PI).

2014-2019 National Institute of Mental Health. *Risks and Benefits of ADHD Medication for Psychiatric and Neurologic Problems* (D'Onofrio). R01 MH102221, (PI of Statistical Core). $3,000,000.

2014-2019 NIH/PECARN. *Emergency Department Screen for Teens at Risk for Suicide (ED-STARS)*. U01MH104311 (King), $2,906,947, (PI of Statistical Core).

2014-2019 Department of Defense. *Wingman Suicide Prevention Program*. Contract (Wyman) (PI of Statistical Core). $123,157.

2017-2019 National Institute of Mental Health. *Computerized Adaptive Testing of Suicidality in LGBT Young Adults*, Administrative Supplement #RO1 MH100155-03, $150,000 (PI).

2013-2019 National Institute of Mental Health. *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Grant #RO1 MH100155-01, $3,376,000 (PI).

2015-2020 National Institute of Mental Health. *Bipolar-Schizoprenia Network for Intermediate Phenotypes 2 (B-*

*SNIP 2)*. R01 MH077851-05A1 (Taminga), (PI of Statistical Core).

2015-2020 National Institute of Mental Health. *Bipolar-Schizoprenia Network for Intermediate Phenotypes 2 (B-SNIP 2)*. R01 MH103368 (Gershon), (PI of Statistical Core). $643,000.

## PUBLICATIONS

*[peer reviewed, by topic area – authors are current or former students or trainees]*

### General Statistics and Biostatistics:

1. **Gibbons R.D.**, Fielder-Weiss V.C., West D.P., Lapin G. Quantification of scalp hair - a computer aided methodology. *Journal of Investigative Dermatology, 86*, 78-82, 1986.
2. **Gibbons R.D.,** Computer-aided quantification of scalp hair. *Dermatologic Clinics*, *4*, 627-640, 1986.
3. **Gibbons R.D.**, Bock RD. Trend in Correlated Proportions. *Psychometrika*, *52*, 113-124, 1987.
4. Hatoum N.S., Leach C.L., Talsma D.M., **Gibbons R.D.**, & Garvin P.J. A statistical basis for using fewer rabbits in dermal irritation testing. *Journal of the American College of Toxicology*, *9*, 49-60, 1990.
5. Tanner J.M., **Gibbons R.D.** & Bock R.D. An image analysis system for TW skeletal maturity. *Hormone Research*, *32*, 11, 1992.
6. **Gibbons R.D.**, Hedeker D.R. & Davis J.M. Estimation of effect size from a series of experiments involving paired comparisons. *Journal of Educational Statistics*, *18*, 271-279, 1993.
7. **Gibbons R.D.**, Hedeker D.R. Charles S.C., & Frisch P. A random-effects probit model for predicting medical malpractice claims. *Journal of the American Statistical Association*, *89*, 760-767, 1994.
8. Tanner J.M., & **Gibbons R.D.** A computerized image analysis system for estimating Tanner-Whitehouse 2 bone age. *Hormone Research*, *42*, 282-287, 1994.
9. Hedeker D.R., & **Gibbons R.D.** A random-effects ordinal regression model for multilevel analysis. *Biometrics*, *50*, 933-944, 1994.
10. Tanner J.M., & **Gibbons R.D.** Automatic bone age measurement using computerized image analysis. *J. Paed Endocr*, *7*, 141-145, 1994.
11. Hedeker D. & **Gibbons R.D.** MIXOR: a computer program for mixed-effects ordinal regression analysis. *Computer Methods and Programs in Biomedicine*, *49*, 157-176, 1996.
12. Hedeker D. & **Gibbons R.D.** MIXREG: a computer program for mixed-effects regression analysis with autocorrelated errors. *Computer Methods and Programs in Biomedicine*, *49*, 229-252, 1996.
13. Bock R.D. & **Gibbons R.D.** High dimensional multivariate probit analysis. *Biometrics*, *52*, 1183-1194, 1996.
14. Hedeker D. & **Gibbons R.D.** Application of random-effects pattern-mixture models for missing data in longitudinal studies. *Psychological Methods*, *2*, 64-78, 1997.
15. **Gibbons R.D.** & Hedeker D. Random-effects probit and logistic regression models for three-level data. *Biometrics*, *53*, 1527-1537, 1997.
16. **Gibbons R.D.** & Wilcox-Gök V. Health Service Utilization and Insurance Coverage: A Multivariate Probit Analysis. *Journal of the American Statistical Association*, *93*, 63-72, 1998.
17. **Gibbons R.D.** & Lavigne J.V. Emergence of childhood psychiatric disorders: A multivariate probit analysis. *Statistics in Medicine*, *17*, 2487-2499, 1998.
18. Hedeker D.R., **Gibbons R.D** & Waternaux C. Sample size estimation for longitudinal designs with attrition. *J. of Educational Statistics*, *24*, 70-93, 1999.
19. **Gibbons R.D.**, Brown B.W., Azarnoff D.L., Bunney W.E., Cancro R., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D., Pope A.M., French G.S. Assessment of the safety and efficacy data for the hypnotic Halcion(R): Results of an analysis by an Institute of Medicine committee. *Journal of the American Statistical Association*, *94*, 993-1002, 1999.
20. **Gibbons R.D.**, Meltzer D., Duan N., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, Pope A. and Pitluck S. Waiting for Organ Transplantation, *Science*, *287*, 237-238,

2000.

**21.** **Gibbons R.D.**, Duan, N., Meltzer D. Inequities in liver transplant allocation. *Science*, *289*, 549, 2000.

**22.** **Gibbons R.D.** & Hedeker D. Applications of mixed-effect models in biostatistics. *Sankhya*, *62*, Series B, 70-103, 2000.

**23.** Marcus S.M. and **Gibbons R.D.** Estimating the Efficacy of Receiving Treatment In Randomized Clinical Trials with Noncompliance. *Health Services and Outcomes Research Methodology*, *2*, 247-258, 2001.

**24.** **Gibbons R.D.**, Duan N., Meltzer D., Pope, A., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, and Pitluck S. Waiting for Organ Transplantation: Results of an analysis by an Institute of Medicine Committee, *Biostatistics*, *4*, 207-222, 2003.

**25.** **Gibbons R.D.** Racial disparities in liver transplantation. *Liver Transplantation*, *10*, 842-843, 2004.

**26.** **Gibbons R.D.**, Lazar N.A., Bhaumik D.K., Sclove S.L., Chen H.Y., Thulborn K.R., Sweeney J.A., Hur K., Patterson D. Estimation and classification of fMRI hemodynamic response patterns. *Neuroimage*, *22*, 804-814, 2004.

**27.** **Gibbons R.D.**, Bhaumik, D.K., Cox D.R., Grayson D., Davis J.M., and Sharma R.P. Sequential Prediction Bounds for Identifying Differentially Expressed Genes in Replicated Microarray Experiments. *Journal of Statistical Planning and Inference*, *129*, 19-37, 2005.

**28.** Roy A., Bhaumik D.K., Aryal S., **Gibbons R.D.** Sample size determination for hierarchical longitudinal designs with differential attrition rates. *Biometrics*, *63*, 699-707, 2007.

**29.** **Gibbons R.D.**, Hur K., Bhaumik D., Bell C.C. Profiling of county-level foster care placements using random-effects Poisson regression models. *Health Services and Outcomes research Methodology*, *7*, 97-108, 2007.

**30.** Aryal S., Bhaumik D.K., Mathew T. and **Gibbons R.D.** Approximate Tolerance Limits and Prediction Limits for the Gamma Distribution. *Journal of Applied Statistical Science*, *16*, 103-111, 2007.

**31.** **Gibbons R.D.**, Segawa E., Karabatsos G., Amatya A.K., Bhaumik D.K., Brown C.H, Kapur K., Marcus S., Hur K., Mann J.J. Random-effect Poisson regression analysis of adverse event reports: The relationship between antidepressants and suicide. Statistics in Medicine, 27, 1814-1833, 2008.

**32.** Bhaumik D.K., Roy A., Lazar N.A., Kapur K., Aryal S., **Gibbons R.D.**, Sweeney J.A., Patterson D: Hypothesis testing, power and sample size determination for between group comparisons in fMRI experiments. *Statistical Methodology*, 6, 133-146, 2008

**33.** **Gibbons R.D**. Design and analysis of longitudinal studies. *Psychiatric Annals*, 38, 758-761, 2008.

**34.** Bhaumik D.K., Roy A. Aryal S., Hur K., Duan N., Normand S.L.T., Brown C.H., **Gibbons R.D.** Sample size determination for studies with repeated continuous outcomes. *Psychiatric Annals*, 38, 765-771, 2008.

**35.** Lavori P.W., Brown C.H., Duan N., **Gibbons R.D.**, Greenhouse J. Missing data in longitudinal clinical trials - Part A: Design and conceptual issues. *Psychiatric Annals*, 38, 784-792, 2008.

**36.** Siddique J., Brown C.H., Hedeker D., Duan N., **Gibbons R.D.**, Miranda J., Lavori P.W. Missing data in longitudinal trials – Part B: Analytic issues. *Psychiatric Annals*, 38, 793-801, 2008.

**37.** Marcus S.M., Siddique J., Ten Have, T.R., **Gibbons R.D.**, Stuart E., Normand S.L.T. Balancing treatment comparisons in longitudinal studies. *Psychiatric Annals*, 38, 805-811, 2008.

**38.** Brown C.H., Ten Have T.R., Jo B., Dagne G., Wyman P.A., Muthén B., and **Gibbons R.D.** Adaptive designs in public health. *Annual Review of Public Health*, 30, 17.1-17.25, 2009.

**39.** Bhaumik D.K., Kapur K., **Gibbons R.D.** Testing parameters of a gamma distribution for small samples. *Technometrics*, 51, 326-334, 2009.

**40.** Kapur K., Roy A., Bhaumik D.K., **Gibbons R.D.**, Lazar N.A., Sweeney J.A., Aryal S., Patterson D. Estimation and classification of BOLD responses over multiple trials. *Communications in Statistics*, 38, 3009-3113, 2009.

**41.** Bhaumik D.K., Santra S., Aryal S., **Gibbons R.D.** One-sided simultaneous prediction limits for left censored normal random variables. Sankhya (Series B), 70, 226-282, 2009.

**42.** Kraemer H.C., **Gibbons R.D.** Where do we go wrong in assessing risk factors, diagnostic and prognostic tests? The problems of two-by-two association. *Psychiatric Annals*, 39, 711-718, 2009.

**43.** Kraemer H.C., **Gibbons R.D.** Why does the randomized clinical trial methodology so often mislead clinical decision-making? Focus on moderators and mediators of treatment. *Psychiatric Annals*, 39, 736-745, 2009.

**44.** Teixeira-Pinto A., Siddique J., **Gibbons R.D.**, and Normand S.L.T. Statistical approaches to modeling multiple outcomes in psychiatric studies. *Psychiatric Annals*, 39, 711-718, 2009.

**45.** Stuart E.A., Marcus S.M., Horvitz-Lennon M.V., **Gibbons R.D.**, Normand S.L.T., Brown C.H. Using non-experimental data to estimate treatment effects. *Psychiatric Annals*, 39, 719-728, 2009.

**46.** **Gibbons R.D.** Design and analysis of longitudinal studies, part 2., *Psychiatric Annals*, 39, 690-691, 2009.

**47.** **Gibbons R.D.**, Hedeker D., DuToit S. Advances in analysis of longitudinal data. *Annual Review of Clinical Psychology*, 6, 79-107, 2010.

**48.** **Gibbons R.D.**, Amatya A.K., Brown C.H., Hur K., Marcus S.M., Bhaumik D.K., Mann, J.J. Post-approval drug safety surveillance. *Annual Review of Public Health*, 31, 419-437, 2010.

**49.** **Gibbons R.D.**, Lambert B.L., Mann J.J. A comment on Patorno et.al. (2010): Anticonvulsant medications and the risk of suicide, attempted suicide, or violent death. *JAMA*, 304, 521-522, 2010.

**50.** Siddique J., Crespi C.M., **Gibbons R.D.,** Green B.L. Using latent variable modeling and multiple imputation to calibrate rater bias in diagnosis assesment. *Statistics in Medicine*, 30, 160-174, 2011.

**51.** **Gibbons R.D.,** Mann J.J. Strategies for quantifying the relationship between medications and suicidal behavior: what has been learned. *Drug Safety*, 34, 375-395, 2011.

**52.** Bhaumik D.K., Aryal S., Amatya A., Kapur K., **Gibbons R.D.** Sample size determination for between group comparisons in mixed-effects logistic regression models for analysis of longitudinal data. *Journal of Applied Statistical Science*, 19, 1, 2011.

**53.** Bhaumik D.K., Amatya A., Normand S.L., Greenhouse J, .Kaizar E., Neelon B., **Gibbons R.D.** Meta-analysis of rare binary adverse event data. *Journal of the American Statistical Association*, 107, 555-567, 2012.

**54.** Marcus, S.M. and **Gibbons R.D.** Caution should be used in applying propensity scores estimated in a full cohort to adjust for confounding in subgroup analyses. *Pharmacoepidemiology and Drug Safety*, 21, 710-712, 2012.

**55.** Brown C.H., Mohr, D.C., Gallo C.G., Mader C., Palinkas L., Wingood Gina., Prado G., Kellam S.G., Pantin Hilda., Poduska J., **Gibbons R.D.,** McManus J., Ogihara M., Valente T., Wulczyn F., Czaja S., Sutcliffe G., Villamar J., Jacobs C. A Computational Future for Preventing HIV in Minority Communities: How Advanced Technology Can Improve Implementation of Effective Programs. *Journal of Acquired Immune Deficiency Syndromes*. 63:S72-S84, 2013.

**56.** Amatya A., Bhaumik D.K., **Gibbons R.D.** Sample size determination for clustered count data. *Statistics in Medicine*, 17, 162–4179, 2013.

**57.** Aryal S., Bhaumik D.K., Mathew T., **Gibbons R.D.** An optimal test for variance components of multivariate mixed-effects linear models. *Journal of Multivariate Analysis*, 124, 166-178, 2014.

**58.** Bhaumik D.K., Kapur K., Balakrishnan N., Keating J.P., **Gibbons R.D**. Small sample tests for shape parameters of gamma distributions. *Communications in Statistics*, 44, 1339-1363, 2015.

**59.** **Gibbons, R.D.**, Coca-Perraillon, M., Kim, J.B. Item response theory approaches to harmonization and research synthesis. *Health Services and Outcomes Research Methodology*, 14, 213-231, 2014.

**60.** Amatya A., Bhaumik D.K., Normand S.L., Greenhouse J., Kaiser E., Neelon B., **Gibbons R.D.** Likelihood-based random effect meta-analysis of binary events. *J. of Biopharmaceutical Statistics*, 25, 984-1004, 2015.

**61.** **Gibbons, R.D.**, Coca-Perraillon, M., Hur, K., Conti, R.M., Valuck, R.J., Brent, D.A. Antidepressant treatment and suicide attempts and self-inflicted injury in children and adolescents. *Pharmacoepidemiology and Drug Safety*, 24, 208-214, 2015.

**62.** Siddique, J., Reiter J.P, Brincks A., **Gibbons, R.D.,** Crespi C.M., Brown C.H. Multiple imputation for harmonizing longitudinal non-commensurate measures in individual participant data meta-analysis. *Statistics in Medicine*, 34, 3399-3414, 2015.

**63.** Wang, J., Gamazon, E.R., Pierce, B.L., Stranger, B.E., Im, H.K., **Gibbons, R.D.,** Cox, N.J., Nicolae, D.L., Chen, L.S. Imputing gene expression in uncollected tissues within and beyond GTEx. American

Journal of Human Genetics, 98, 697-708, 2016.
64. **Gibbons, R.D.** Analysis of medical claims data. Wiley StatsRef: Statistics Reference Online. 1-8, 2016.
65. **Gibbons, R.D.** OxyElite Pro and liver disease: Statistical assessment of an apparent association. *Journal of Statistical Theory and Practice, 12(1),* 42-47, 2018.
66. Hedeker, D., du Toit, S., Demirtas, H., **Gibbons, R.D.** A note on marginalization of regression parameters from mixed models of binary outcomes. *Biometrics*, 74, 354-361, 2018.
67. **Gibbons R.D.**, Hur K., Lavigne J., Wang J., Mann J.J. Medications and Suicide: High Dimensional Empirical Bayes Screening (iDEAS). *Harvard Data Science Review*, 1(2), 2019.

**Mental Health Statistics:**

68. **Gibbons R.D.**, Clark, D., & Davis J.M. A statistical model for the classification of imipramine response in depressed inpatients. *Psychopharmacology*, *78*, 185-189, 1982.
69. **Gibbons R.D.**, Dorus E., Ostrow D.G., Pandey G.N., Davis J.M., Levy D.L. Mixture distributions in psychiatric research. *Biological Psychiatry*, *19*, 483-509, 1984.
70. **Gibbons R.D.**, Davis J.M. The price of beer and the salaries, of priest: a note on the analysis and display of longitudinal psychiatric data. *Archives of General Psychiatry*, *41*, 1183-1184, 1984.
71. **Gibbons R.D.**, Lewine R.R.J., Davis J.M., Schooler N.R., Cole J.O. An empirical test of a Kraepelinian versus a Bleulerian view of negative symptoms. *Schizophrenia Bulletin*, *11*, 390-395, 1985.
72. **Gibbons R.D.**, Maas J.W., Davis J.M., Swann A., Redmond E., Casper R., Hanin I., Bowden C., Kocsis J., Stokes P. Path analysis of psychopharmacological data: catecholamine breakdown in man. *Psychiatry Research*, *18*, 89-105, 1986.
73. **Gibbons R.D.**, Davis J.M. Consistent evidence for a biological subtype of depression characterized by low CSF monoamine levels. *Acta Psychiatrica Scandinavica*, *74*, 8-12,1986.
74. Gibbons R.D., Hedeker D., Davis J.M. Regression toward the mean: More on the price of beer and the salaries of priests. *Psychoneuroendocrinology*, *12*, 185-192, 1987.
75. **Gibbons R.D.**, Janicak P.G., Davis J.M. A response to Overall and Rhoades regarding their comment on the efficacy of unilateral vs bilateral ECT. *Convulsive Therapy 3*, 228-237, 1987.
76. Davis J.M., Koslow S.H., **Gibbons R.D.**, Maas J.W., Bowden C.L., Casper R., Hanin I., Javaid J.I., Chang S.S., Stokes P.E. Cerebrospinal fluid and urinary biogenic amines and metabolites in depressed and healthy controls: a multivariate analysis. *Archives of General Psychiatry*, *45*, 705-717, 1988.
77. Clark D.C., & **Gibbons R.D.** Does one nonlethal suicide attempt increase the risk for a subsequent nonlethal attempt? *Medical Care*, *25*, 87-88, 1987.
78. Kraemer H.C., Pruyn J.P., **Gibbons R.D.**, Greenhouse J.B., Grochocinski V.J., Waternaux C., & Kupfer D.J. Methodology in psychiatric research. *Archives of General Psychiatry*, *44*, 1100-1106, 1987.
79. **Gibbons R.D.**, Hedeker D.R., Waternaux C., & Davis J.M. Random regression models: A comprehensive approach to the analysis of longitudinal psychiatric data. *Psychopharmacological Bulletin*, *24*, 438-443, 1988.
80. Hedeker D.R., **Gibbons R.D.**, Waternaux C., & Davis J.M. Investigating drug plasma levels and clinical response using random regression models. *Psychopharmacological Bulletin*, *25*, 227-231, 1989.
81. Clark D.C., **Gibbons R.D.**, Fawcett, J. & Sheftner W.A. What is the mechanism by which suicide attempts predispose to later suicide attempts? A mathematical model. *Journal of Abnormal Psychology*, *98*, 1989.
82. **Gibbons R.D.**, Hedeker D.R. & Davis J.M. A comment on the selection of "healthy controls" for psychiatric experiments. *Archives of General Psychiatry*, *47*, 785-786, 1990.
83. **Gibbons R.D.**, Clark D.C & Fawcett J. A statistical method for evaluating suicide clusters and implementing cluster surveillance. *American Journal of Epidemiology*, *132*, S183-S191, 1990.
84. Fawcett J., Sheftner W.A., Fogg L., Clark D.C., Young M.A., Hedeker D.R., & **Gibbons R.D.** Time-related predictors of suicide in major affective disorder. *American Journal of Psychiatry*, *147*, 1189-1194, 1990.
85. Hedeker D.R., **Gibbons R.D.**, & Davis J.M. Random regression models for multicenter clinical trials

data. *Psychopharmacological Bulletin*, *27-1*, 73-77, 1991.

**86.** Daniel D.G., Goldberg T.E., **Gibbons R.D.** & Weinberger D.R. Lack of a bimodal distribution of ventricular size in schizophrenia: A Gaussian mixture analysis of 1056 cases and controls. *Biological Psychiatry*, *30*, 887-903, 1991.

**87.** **Gibbons R.D.**, Clark D.C & Fawcett J. Response to Bohning, Lindsay and Schlattman regarding statistical methodology for suicide cluster analysis. *American Journal of Epidemiology*, *135*, 1312-1314, 1992.

**88.** Davis J.M., Janicak P.G, Wang Z.G., **Gibbons R.D.** & Sharma R.P. The efficacy of psychotropic drugs: Implications for power analysis. *Psychopharmacology Bulletin*, *28*, 151-155, 1992.

**89.** **Gibbons R.D.**, Hedeker D.R., Elkin I., Waternaux C., Kraemer H.C., Greenhouse J.B., Shea M.T., Imber S.D., Sotsky S.M., & Watkins J.T. Some conceptual and statistical issues in analysis of longitudinal psychiatric data. *Archives of General Psychiatry*, *50*, 739-750, 1993.

**90.** **Gibbons R.D.**, and Hedeker D.R. Application of random-effects probit regression models. *Journal of Clinical and Consulting Psychology*, *62*, 285-296, 1994.

**91.** Hedeker D.R., **Gibbons R.D.**, & Flay B.R. Random regression models for clustered data: with an example from smoking prevention research. *Journal of Clinical and Consulting Psychology*, *62*, 757-765, 1994.

**92.** Elkin I., **Gibbons R.D.**, Shea M.T., Sotsky S.M., Watkins J.T., Pilkonis P.A. & Hedeker D. Initial severity and differential outcome in the NIMH treatment of depression collaborative research program. *Journal of Clinical and Consulting Psychology*, *63*, 841-847, 1995.

**93.** **Gibbons R.D.** Mixed-effects models for mental health services research. *Health Services and Outcomes Research Methodology*, *1*, 91-129, 2000.

**94.** **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant medication use and rate of suicide. *Archives of General Psychiatry*, *62*, 165-172, 2005.

**95.** **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant prescription rates and rates of early adolescent suicide. *American Journal of Psychiatry*, *163*, 1898-1904, 2006.

**96.** Marcus S.M., Gorman J.M., Tu X., **Gibbons R.D.**, Barlow D.H., Woods S.W., Shear M.K. Rater Bias in a Blinded Randomized Placebo-Controlled Psychiatry Trial. *Statistics in Medicine*, *25*, 2762-2770, 2006.

**97.** **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Erkens J.A., Herings R.M.C., Mann J.J. Early evidence on the effects of the FDA black box warning on SSRI prescriptions and suicide in children and adolescents. *American Journal of Psychiatry*, *164*, 1356-1363, 2007.

**98.** **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry*, *164*, 1044-1049, 2007.

**99.** **Gibbons R.D.**, Brown C.H., Mann J.J. SSRI prescribing rates and adolescent suicide: Is the black box helping or hurting. *Psychiatric Times*, *24*, 1-2, 2007.

**100.** Nakagawa A., Grunebaum M.F., Ellis S.P., Oquendo M.A., **Gibbons R.D.**, and Mann J.J. Suicide and antidepressant prescription rates in Japan, 1999-2003. *Journal of Clinical Psychiatry, 68*, 908-916, 2007.

**101.** **Gibbons R.D.** Dr. Gibbons replies. *American Journal of Psychiatry*, *164*, 1908-1910, 2007.

**102.** Brown C.H., Wyman P.A., Brinales J.M., and **Gibbons R.D.** The role of randomized trials in testing interventions for the prevention of youth suicide. *International Journal of Psychiatry*, 19, 617-631, 2007.

**103.** Mann J.J. and **Gibbons R.D.** SSRIs and the risk of suicide attempt and completion: a systematic review of observational studies. *Canadian Medical Association Journal*, 180, 270-271, 2009.

**104.** **Gibbons R.D.**, Normand S.L.T., Greenhouse J.B. Comment on "Risk of suicidality in clinical trials of antidepressants in adults: analysis of proprietary data submitted to US Food and Drug Administration,"*British Medical Journal*, http://www.bmj.com/cgi/eletters/339/aug11_2/b2880#220707.

**105.** **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. The relationship between antiepileptics and suicide attempts in patients with bipolar disorder. *Archives of General Psychiatry*, 66, 1354-1360, 2009.

**106.** **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Gabapentin and suicide attempts. *Pharmacoepidemiology and Drug Safety*,19, 1241-1247, 2010.

**107.** **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Antiepileptic Drugs and Suicide Attempts in Patients with Bipolar Disorder: Response to Mentari, Stone and Hammad. *Archives of General Psychiatry*, 67, 1326-1327, 2010.

**108.** Marcus, S.M., **Gibbons, R.D.** A common misapplication of propensity scores. *Archives of General Psychiatry*, 68, March 3, 2011.

**109.** **Gibbons R.D.,** Hur K., Brown C.H., Davis J.M., Mann J.J. Benefits from antidepressants: Synthesis of 6-week patient-level outcomes from double-blind placebo controlled randomized trials of fluoxetine and venlafaxine. *Archives of General Psychiatry*, 69, 572-579, 2012.

**110.** **Gibbons R.D.,** Brown C.H., Hur K., Davis J.M., Mann J.J. Suicidal thoughts and behavior with antidepressants treatment: Re-analysis of the Randomized Placebo Controlled Studies of Fluoxetine and Venlafaxine. *Archives of General Psychiatry*, 69, 580-587, 2012.

**111.** **Gibbons, R.D.** Brown C.H., Hur K. Is the rate of suicide among veterans elevated? *American Journal of Public Health*, 102, S17-S19, 2012.

**112.** Marcus S.M., Weaver J., Lim S., Duan N., **Gibbons R.D.,** Rosenheck R. Assessing the causal effect of section 8 housing vouchers as the active ingredient for decreasing homelessness in veterans with mental illness. *Health Services and Outcomes Research Methodology*. 12, 273-287, 2012.

**113.** **Gibbons R.D.,** Brown C.H., Hur K., Davis J.M., Mann J.J. Inappropriate data and measures lead to questionable conclusions - reply. *JAMA Psychiatry*, 70, 121-123, 2013.

**114.** **Gibbons R.D.,** Brown C.H., Hur K., Davis J.M., Mann J.J. Suicide risk and efficacy of antidepressant drugs - reply. *JAMA Psychiatry*, 70, 123-125, 2013.

**115.** **Gibbons R.D.** The statistics of suicide. *Shanghai Psychiatric Journal*, 25, 124-130, 2013.

**116.** Marcus S.M., Lu B., Lim S., **Gibbons R.D.,** Oquendo M.A. Suicide attempts in patients with bipolar disorder tend to precede, not follow, initiation of antiepileptic drugs. *Journal of Clinical Psychiatry*, 74, 2013.

**117.** **Gibbons R.D.,** Mann J.J. Varenicline, smoking cessation and neuropsychiatric events. *American Journal of Psychiatry*, 170, 1460-1467, 2013.

**118.** Mann J.J, **Gibbons R.D.** Guns and Suicide. *American Journal of Psychiatry*, 170, 939-941, 2013.

**119.** Rzhetsky A., Bagley S.C., Wang K., Lyttle C.S., Cook E.H., Altman R.B., **Gibbons R.D.** Environment and incentives affect the incidence of autism and intellectual disability. *PLOS Computational Biology*, 10, e1003518, 2014.

**120.** Brent D.A., **Gibbons R.D.** Initial dose of antidepressant and suicidal behavior in youth. *JAMA Internal Medicine*, 174, 909, 2014.

**121.** Green C.A., Duan N., **Gibbons R.D.,** Hoagwood K.E., Palinkas L.A., Wisdom J.P. Approaches to mixed methods dissemination and implementation research: methods, strengths, caveats, and opportunities. *Administration and Policy in Mental Health and Mental health Services Research*. 42, 508-523, 2015.

**122.** **Gibbons, R.D.**, Hur, K., Mann, J.J. Suicide rates and the declining psychiatric hospital bed capacity in the United States. *JAMA Psychiatry*.74, 849-850, 2017.

**123.** <u>Quinn, P. D.</u>, <u>Chang, Z.</u>, Hur, K., **Gibbons, R. D.**, Lahey, B. B., Rickert, M. E., Sjölander, A., Lichtenstein, P., Larsson, H., & D'Onofrio, B. M. Attention-deficit/hyperactivity disorder medication and substance-related problems. *American Journal of Psychiatry*, Published on-line first, June 29, 2017.

**124.** <u>Chang, Z.</u>, <u>Quinn P.D.</u>, Hur K., **Gibbons R.D.**, Sjolander A., Larsson H., D'Onofrio B.M. Medication for attention-deficit/hyperactivity disorder and motor vehicle accidents. *JAMA Psychiatry*, 74, 597-603, 2017.

**125.** <u>Quinn, P.D.,</u> Hur, K., <u>Chang, Z.</u>, Krebs, E.E., Bair, M.J., Scott, E.L., Rickert, M.E., **Gibbons, R. D.**, Kroenke, K., and D'Onofrio, B.M. Incident and long-term opioid therapy among patients with psychiatric conditions and medications: A national study of commercial healthcare claims. *Pain*. 158, 140-148, 2017.

**126.** Taminga, C.A., Pearlson G.D., Stan, A.D., **Gibbons, R.D.** Padmanabhan, J., Keshavan, M., Clementz B.A. Strategies for advancing disease definition using biomarkers and genetics: The bipolar and

Schizophrenia network for intermediate phenotypes. *Biological Psychiatry*, 2, 20-27, 2017.

**127.** Brent, D., **Gibbons, R.D.**, Wilkinson, P., Dubicka, B. Antidepressants in pediatric depression. Do not look back in anger but around in awareness. *BJPsych Bulletin*, 42, 1-4, 2018.

**128.** Quinn, P.D., Hur, K., Chang, Z., Scott, E.L., Krebs, E.E., Bair, M.J., Rickert, M.E., **Gibbons, R. D.**, Kroenke, K., and D'Onofrio, B.M. Association of mental health conditions and treatments and long-term opioid analgesic receipt among adolescents. *JAMA Pediatrics*, 172, 423-430, 2018.

**129.** Wiggs, K.K., Chang, Z., Quinn, P.D., Hur, K., **Gibbons, R.D.**, Dunn, D., Brikell, I., Larsson, H., D'Onofrio, B.M. Attention-deficit/hyperactivity disorder medication and seizures. *Neurology*, 90, e1104-e1110, 2018.

**130.** Parker, W.F., Gorges, R.J., Gao, N., Zhang, Y., Hur, K., **Gibbons, R.D.** Association between groundwater lithium and the diagnosis of bipolar disorder and dementia in the United States. *JAMA Psychiatry*, 75, 751-754, 2018.

**131.** Rodrigue, A.L., McDowell, J.E., Tandon, N., Keshavan, M.S., Tamminga, C.A., Pearlson, G.D., Sweeney, J.A., Gibbons, R.D., and Clementz, B.A. Multivariate Relationships Between Cognition and Brain Anatomy Across the Psychosis Spectrum. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging*, 3, 992–1002, 2018.

**132.** Reininghaus, U., Bohnke, J.R., Chavez-Baldinid, U., **Gibbons, R.D.**, Ivleva, E., Clementz, B.A., Pearlson, G.D., Keshavan, M.S., Sweeney, J.A., Tamminga, C.A. Transdiagnostic dimensions of psychosis in the Bipolar-Schizophrenia Network on Intermediate Phenotypes (B-SNIP). *World Psychiatry*, 18, 67-76, 2019.

**133.** Brent D., Hur K., **Gibbons R.D.** Association Between Parental Medical Claims for Opiate Prescriptions and Risk of Suicide Attempt by Their Children. *JAMA Psychiatry,* published online May 22, 2019.

**134.** Ghirardi L., Larsson H., Chang Z., Chen Q., Quinn P.D., Hur K., **Gibbons R.D.**, D'Onofrio B.M. ADHD medication and unintentional injuries in children and adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry*, 59(8), 944-951, 2019.

**135.** Brent D., Hur K., **Gibbons R.D.** Letter in Reply: Association Between Parental Medical Claims for Opiate Prescriptions and Risk of Suicide Attempt by Their Children. *JAMA Psychiatry*, 76, 941-947, 2019.

**136.** Chang Z., Quinn P.D., O'Reilly L., Sjolander A., Hur K., **Gibbons R.D.**, Larsson H., and D'Onofrio B.M. Medication for Attention-Deficit/Hyperactivity Disorder and Risk for Suicide Attempts. *Biological Psychiatry*, 88(6), 452-458, 2020.

**137.** Brent D., Hur K., **Gibbons R.D.** Challenges of Suicide Outcomes Ascertainment in Administrative Claims Databases – Reply. *JAMA Psychiatry*. 77(1), 101-102, 2020.

**138.** Kane J.M., Schooler N.R., Marcy P., Correll C.U., Achtyes E.D., **Gibbons R.D.**, & Robinson D.G. Effect of Long-Acting Injectable Antipsychotics vs Usual Care on Time to First Hospitalization in Early-Phase Schizophrenia: A Randomized Clinical Trial. *JAMA Psychiatry,* published online July 15, 2020.

**139.** Clementz B.A., Parker D.A., Trotti R.L., McDowell J.E., … **Gibbons R.D.** Psychosis Biotypes: Replication and Validation from the B-SNIP Consortium. *Schizophrenia Bulletin,* published online 2021.

**Environmental Statistics:**

**140.** **Gibbons R.D.** Statistical prediction intervals for the evaluation of ground-water quality. *Ground Water, 25*, 455-465, 1987.

**141.** **Gibbons R.D.** Statistical models for the analysis of volatile organic compounds in waste disposal sites. *Ground Water, 25*, 572-580, 1987.

**142.** **Gibbons R.D.** A comment on "Statistical Methods for Evaluating Ground-water Monitoring from Hazardous Waste Facilities" - Final Rule *Ground Water*, *27*, 252-254, 1989.

**143.** **Gibbons R.D.** A general statistical procedure for Ground-Water Detection Monitoring at waste disposal facilities. *Ground Water*, *28*, 235-243, 1990.

144. **Gibbons R.D.** Estimating the precision of ground-water elevation data. *Ground Water, 28*, 357-360, 1990.
145. **Gibbons R.D.** & Baker J. The properties of various statistical prediction limits. *Journal of Environmental Science and Health*, *A26-4*, 535-553, 1991.
146. **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Ground Water*, *29*, 563-570, 1991.
147. **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Water Resources Journal*, *171*, 21-28, 1991. Reprinted by the United Nations Economic and Social Commission for Asia and the Pacific.
148. **Gibbons R.D.** Some additional nonparametric prediction limits for ground-water monitoring at waste disposal facilities. *Ground Water*, *29*, 729-736, 1991.
149. **Gibbons R.D.**, Jarke F.H., & Stoub K.P. Detection Limits: for linear calibration curves with increasing variance and multiple future detection decisions. *Waste Testing and Quality Assurance*, *3*, ASTM STP 1075, 377-390, 1991.
150. **Gibbons R.D.**, Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Chemometrics and Intelligent Laboratory Systems*, *12*, 225-235, 1992.
151. **Gibbons R.D.** Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics, 2*, 125-162, 1995.
152. **Gibbons R.D.** Rejoinder: Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 163-167, 1995.
153. **Gibbons R.D.** The problem with U.S. EPA's method detection limit. *American Environmental Laboratory*, *8*, 4-10, 1996.
154. **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. *Environmetrics*, *7*, 185-199, 1996.
155. **Gibbons R.D.**, Brown J. & Cameron K. Provisional standard guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* PS 64-96, West Conshohocken, PA, 1996.
156. **Gibbons R.D.** & Coleman D.E. QL assumptions questioned. *J. of AWWA*, *88*, 4-8, 1996.
157. **Gibbons R.D.** Stalking the RCRA Leapfrog. *Remediation*, *4*, 27-30, 1996.
158. **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. An alternative minimum level definition for analytical quantification. *Environmental Science and Technology*, *31*, 2071-2077, 1997.
159. Zorn M.E., **Gibbons R.D.** & Sonzogni W.C. Weighted least squares approach to calculating limits of detection and quantification by modeling variability as a function of concentration. *Analytical Chemistry*, *69*, 3069-3075, 1997.
160. **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *31*, 3729-3731, 1997.
161. Baldwin R., Bethem R.A., Boyd R.K., Budde W.L., Cairns T., **Gibbons R.D.**, Henion J.D., Kaiser M.A., Lewis D.L., Matusik J.E., Sphon J.A., Stephany R.W., Trubey R.K. 1996 ASMS Fall workshop - Limits to confirmation, quantitation, and detection. *Journal of the American Society for Mass Spectrometry*, *8*, 1180-1190, 1997.
162. **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *32*, 2346-2348, 1998.
163. **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.
164. **Gibbons R.D.** Some conceptual and statistical issues in detection and quantification of environmental pollutants. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.
165. **Gibbons R.D.** False positives in groundwater statistics. *Waste Age*, *29*, 32-37, 1998.
166. **Gibbons R.D.**, Brown J. & Cameron K. Guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* D6312-98, West Conshohocken, PA, 1999.
167. **Gibbons R.D.** Discussion of simultaneous nonparametric prediction limits. *Technometrics*, *41*, 104-

105, 1999.

**168.** **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *33*, 1313-1314, 1999.

**169.** Zorn M.E., **Gibbons R.D.** & Sonzogni W.C. Evaluation of approximate methods for calculating the limit of detection and limit of quantification. *Environmental Science and Technology*, *33*, 2291-2295, 1999.

**170.** **Gibbons R.D.** Use of combined Shewhart-CUSUM control charts for ground-water monitoring applications. *Ground Water*, *37*, 682-691, 1999.

**171.** **Gibbons R.D.**, Dolan D.G., May H., O'Leary K. & O'Hara R. Statistical comparison of leachate from hazardous, co-disposal, and municipal solid waste landfills. *Ground Water Monitoring and Remediation*, *19*, 57-72, 1999.

**172.** **Gibbons R.D.** Discussion of "Rethinking Poisson-based statistics for GW quality monitoring." *Ground Water*, *37*, 803-804, 1999.

**173.** **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, John Wiley & Sons, New York, 2000.

**174.** **Gibbons R.D.** and Bhaumik D. Weighted random-effects regression models with application to inter-laboratory calibration. *Technometrics*, *43*, 192-198, 2001.

**175.** **Gibbons R.D.** A Statistical Approach for Performing Water Quality Impairment Assessments. *Journal of AWRA*, *39*, 841-849, 2003.

**176.** Bhaumik D.K. and **Gibbons R.D.** An upper prediction limit for the arithmetic mean of a lognormal random variable. *Technometrics*, *46*, 239-248, 2004.

**177.** **Gibbons R.D.** Standard guide for applying statistical methods for assessment and corrective action environmental monitoring programs. *ASTM* D7048-04, West Conshohocken, PA, 2004.

**178.** Bhaumik D.K. and **Gibbons R.D.** Confidence regions for random-effects calibration curves with heteroscedastic errors. *Technometrics*, *62*, 223-230, 2005.

**179.** Bhaumik D.K. and **Gibbons R.D.** One-sided prediction intervals for at least p of m observations from a gamma population at each of r locations. *Technometrics*, *48*, 112-119, 2006.

**180.** **Gibbons R.D.** and Bhaumik D.K. Simultaneous gamma prediction limits for ground-water monitoring applications. *Ground Water Monitoring and Remediation*, 26, 105-116, 2006.

**181.** Aryal S., Bhaumik D.K., Sourav S., **Gibbons R.D.** Confidence intervals for random-effects calibration curves with left-censored data. *Environmetrics*, 20, 181-189, 2009.

**182.** **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, eds. R.A. Meyers, John Wiley, Chichester, 2012.

**183.** **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, revised edition. John Wiley & Sons, 2014.

**184.** **Gibbons R.D.,** Morris J.W.F., Prucha C.P., Caldwell M.D., Stanley B.F. Longitudinal data analysis in support of functional stability concepts for leachate management at closed municipal landfills. *Waste Management*, 34, 1674-1682, 2014.

**185.** **Gibbons, R.D.,** Bhaumik, D.K., Aryal, S. Groundwater monitoring, detection, and compliance. Wiley StatsRef: Statistics Reference Online. 1-14, 2016.

**Item Response Theory:**

**186.** **Gibbons R.D.**, Clark D.C., Cavanaugh S.V. Application of modern psychometric theory in psychiatric research. *Journal of Psychiatric Research*, *19*, 43-55, 1985.

**187.** Bock R.D., **Gibbons R.D.**, Muraki E. Full information factor analysis. *Applied Psychological Measurement*, *12*, 261-280, 1988.

**188.** Hendrix M.S., Haviland M.G., **Gibbons R.D.**, & Clark D.C. An application of item-response theory to alexithymia assessment among abstinent alcoholics. *Journal of Personality Assessment*, *58*, 506-515, 1992.

**189.** **Gibbons R.D.**, & Hedeker D.R. Full-information item bi-factor analysis. *Psychometrika*, *57*, 423-436,

1992.

**190.** **Gibbons R.D.**, Clark D.C., & Kupfer D.J. Exactly what does the Hamilton Depression Rating Scale measure? *Journal of Psychiatric Research*, *27*, 259-273, 1993.

**191.** **Gibbons R.D.**, Bock R.D., Hedeker D., Weiss D., Segawa E., Bhaumik D.K., Kupfer D., Frank E., Grochocinski V., Stover A. Full-Information Item Bi-Factor Analysis of Graded Response Data. *Applied Psychological Measurement*, *31*, 4-19, 2007.

**192.** **Gibbons R.D.**, Rush J., Immekus J.C. On the psychometric validity of the diagnostic domains of the PDSQ. *Journal of Psychiatric Research*, 43, 401-410, 2009.

**193.** **Gibbons R.D.,** Bi-factor Analysis. *Encyclopedia of Quality of Life Research*, Springer, Netherlands, 386-394, 2014.

**194.** **Gibbons R.D.,** Beiser D.G., Boudreaux E.D., Kupfer D.J. Einstein, measurement and prediction. *Journal of Affective Disorders*, 256, 674, 2019..

**195.** Stan, A.D., Tamminga, C.A., Han, K., Kim, J.B., Padmanabhan, J., Tandon, N., ... & **Gibbons R.D.** Associating Psychotic Symptoms with Altered Brain Anatomy in Psychotic Disorders Using Multidimensional Item Response Theory Models. *Cerebral Cortex*, 30(5), 2939-2947, 2020.

**196.** **Gibbons, R.D.** Bi-factor Analysis. In: Maggino F. (eds) *Encyclopedia of Quality of Life and Well-Being Research*. Springer, Cham, 2021.

**Computerized Adaptive Testing:**

**197.** **Gibbons R.D.**, Weiss D.J., Kupfer D.J., Frank E., Fagiolini A., Grochocinski V.J., Bhaumik D.K., Stover A. Bock R.D., Immekus J.C. Using computerized adaptive testing to reduce the burden of mental health assessment. *Psychiatric Services*, *59*, 361-368, 2008.

**198.** **Gibbons R.D.,** Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kim J.B., Kupfer D.K. Development of a computerized adaptive test for depression. *JAMA Psychiatry*, 69, 1104-1112, 2012.

**199.** **Gibbons R.D.,** Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J. The CAD-MDD: A computerized adaptive diagnostic screening tool for depression. *Journal of Clinical Psychiatry*, 74, 669-674, 2013.

**200.** **Gibbons R.D.,** Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kim J.B., Kupfer D.K. Computerized adaptive test - depression inventory not ready for prime time - Reply. *JAMA Psychiatry*, 70, 763-765, 2013.

**201.** **Gibbons R.D.,** Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J. Reply to CAD-MDD: Not diagnostic, lacks screening data. *Journal of Clinical Psychiatry*, 75, 85-86, 2014.

**202.** **Gibbons R.D.,** Weiss D.J., Pilkonis, P.A., Frank E., Moore T., Kim J.B., Kupfer D.J. Development of the CAT-ANX: A computerized adaptive test for anxiety. *American Journal of Psychiatry*, 171, 187-194, 2014.

**203.** Achtyes E.D., Halstead S., Smart L, Moore T, Frank E, Kupfer D.J., **Gibbons R.D.** Validation of computerized adaptive testing in an outpatient non-academic setting. *Psychiatric Services*, 66, 1091-1096, 2015.

**204.** **Gibbons R.D.**, Computerized adaptive diagnosis and testing of mental health disorders. *Annual Review of Clinical Psychology*, 12, 83-104, 2016.

**205.** Beiser D.G., Vu, M., **Gibbons, R.D.** Test-retest reliability of a computerized adaptive depression test. *Psychiatric Services*, 67, 1039-1041, 2016.

**206.** Kim J.J., Silver R.K., Elue R., Adams M.G., La Porte L.M., Cai L., Kim J.B., **Gibbons R.D.** The experience of depression, anxiety and mania among perinatal women. *Archives of Women's Mental Health*, 19, 94-100. 2017.

**207.** **Gibbons R.D.**, Kupfer D., Frank E. Moore T., Beiser D., Boudreaux E. Development of a computerized adaptive suicide scale. *Journal of Clinical Psychiatry*, 78, 1376-1382, 2017.

**208.** Sani, S. Busnello J., Kochanski R., Cohen, Y., **Gibbons R.D.** High frequency measurement of depressive severity in a patient treated for severe treatment resistant depression with deep brain stimulation. *Translational Psychiatry*, 7, e1207, 2017.

**209.** Aschebrook-Kilfoy, B., Ferguson, B.A., Angelos, P., Kaplan, E.L., Grogan, R.H., **Gibbons, R.D.** Development of the ThyCAT: A clinically useful computerized adaptive test to assess quality of life in thyroid cancer survivors. *Surgery*, 163, 137-142, 2017.
**210.** **Gibbons R.D.,** Alegria, M., Cai, L., Herrera, L., Markle, S.L., Collazo, F. Garcia, E.B. Successful validation of the CAT-MH scales in a sample of Latin American migrants in the U.S. and Spain. *Psychological Assessments*, 30.10, 1267, 2018.
**211.** Graham A.K., Minc A., Staab E., Beiser D.G., **Gibbons R.D.**, Laiteerapong N. Validation of a computerized adaptive test for mental health in primary care. *Annals of Family Medicine*, 17, 23-20, 2019.
**212.** Beiser, D.J. Ward, C.E., Vu, M. Laiteerapong, N., **Gibbons, R.D.** Depression in Emergency Department Patients and Association with Healthcare Utilization. *Academic Emergency Medicine*, 2019, 26(8), 878-888, 2019.
**213.** **Gibbons R.D.**, Smith J.D., Brown C.H., Sajdak M., Tapia N., Kulik A., Epperson M.W., Csernansky J. Improving the evaluation of adult mental health disorders in the criminal justice system using computerized adaptive testing. *Psychiatric Services*. 70(11), 1040-1043, 2019.
**214.** **Gibbons R.D.,** deGruy F.V. Without wasting a word: Extreme improvements in efficiency and accuracy using computerized adaptive testing for mental health disorders (CAT-MH). *Current Psychiatry Reports*. 21, 1053-9, 2019.
**215.** LaPorte L.M., Lim J.J., Adams M.G., Zagorsky B.M., **Gibbons R.D.**, Silver R.K. Feasibility of perinatal mood screening and text messaging on patients' personal smartphones. *Archives of Women's Health*, 1-8, 2019.
**216.** **Gibbons R.D.,** Kupfer D., Frank E., Lahey B.B., George-Milford B., Biernesser C., Porta G., Moore T., Kim J.B., Brent D. Computerized adaptive tests for rapid and accurate assessment of psychopathology dimensions in youth. *Journal of the American Academy of Child and Adolescent Psychiatry*. (59)11, 1215-1217, 2019.
**217.** **Gibbons R.D.**, Beiser D.G., Boudreaux E.D., Kupfer D.J. Einstein, measurement, and prediction. *Journal of Affective Disorders*, 256, 674-75, 2019.
**218.** **Gibbons, R.D.**, Alegria, M., Markle, S., Fuentes, L., Zhang, L., Carmona, R., ... & Baca-García, E. Development of a computerized adaptive substance use disorder scale for screening and measurement: the CAT-SUD. *Addiction*, 115, 1382-1394, 2020.
**219.** Wyman P.A., Pisani A.R., Brown C.H., Yates B., Morgan-DeVelder L., Schmeelk-Cone K., **Gibbons R.D.**, Caine E.D., Petrova M., … Effect of Wingman-Connect Upstream Suicide Prevention for Air Force Personnel in Training: A Cluster Randomized Controlled Trial. *JAMA Network Open*, 3(10): e2022532. 2020.
**220.** Guinart D., Filippis R., Rossen S., Patil B., Prizgint L., Talasazan N., Meltzer H., Kane J., **Gibbons R.D.** Development and Validation of a Computerized Adaptive Assessment Tool for Discrimination and Measurement of Psychotic Symptoms. *Schizophrenia Bulletin*. sbaa168, 2020.
**221.** King C.A., Brent D., Grupp-Phelan J., Casper T.C., Dean J.M., Chernick L.S., Fein J.A., … **Gibbons R.D.** Computerized Adaptive Screen for Suicidal Youth (CASSY): Prospective Development and Validation. *JAMA Psychiatry*, 78(5), 540-549, 2021.
**222.** Mustanski B., Whitton S., Newcomb M., Clifford A., Ryan D.T., **Gibbons R.D.** Predicting suicidality using a computer adaptive test: Two longitudinal studies of sexual and gender minority youth. *Journal of Consulting and Clinical Psychology*, 89(3), 166-175, 2021.
**223.** Berona J., Whitton S., Newscomb M.E., Mustanski B., **Gibbons R.D.** Prospective risk and protective factors for the transition from suicide ideation to attempt among sexual and gender minority youth. *Psychiatric Services.* 89(3), 166-175, 2021.
**224.** **Gibbons R.D.**, Kupfer D.J., Frank E., Brent D.A., Dr. Gibbons et al. Reply, *Journal of the American Academy of Child & Adolescent Psychiatry*. 60(5), 542-543, 2021.
**225.** **Gibbons R.D.**, Chattopadhyay I., Meltzer H., Kane J.M., and Guinart D. Development of a computerized adaptive diagnostic screening tool for psychosis. *Schizophrenia Research*. Published online ahead of print, 2021.
**226.** Karpin J.E., Rodriguez T.G., Traboulsi C., Rai V., **Gibbons R.D.**, and Rubin D.T. Assessment of

Comorbid Depression and Anxiety in Inflammatory Bowel Disease Using Adaptive Testing Technology. *Observations and Research*, 3(1), 1-7, 2021.

**227.** Grunebaum M.F., Mann J.J., Galfalvy H.C., and **Gibbons R.D.** Computerized-Adaptive vs. Traditional Ratings of Depression and Suicidal Thoughts: An Assay Sensitivity Pilot Study in a Ketamine Clinical Trial. *Frontiers in Psychiatry*. 12, 450, 2021.

**228.** Wenzel E.S., **Gibbons R.D.**, O'Hara M.W., Duffecy J., Maki P.M. Depression and Anxiety Symptoms Across Pregnancy and the Postpartum in Low-Income Black and Latina Women. *Archives of Women's Mental Health*. 24, 979-986, 2021.

**229.** Brenner L.A., Betthauser L.M., Penzenik M… **Gibbons R.D.** et al. Development and Validation of Computerized Adaptive Assessment Tools for the Measurement of Posttraumatic Stress Disorder among United States Military Veterans. *JAMA Network Open*, 4(7), e2115707, 2021.

**230.** Wenzel E.S., Bernabé B.P., Dowty S.M., Nagelli U., Pezley L., **Gibbons R.D.**, and Maki P.M. Using Computerized Adaptive Tests to Screen for Perinatal Depression in Underserved Women of Color. *BMJ*, Published online ahead of print, 2021.

**231.** Agulleiro L.M., de Filippis R., Rossen S., Patil B., Prizgint L., Talasazan N. … **Gibbons R.D.** Awareness of illness moderates self-assessment of psychotic symptoms. *Australian and New Zealand Journal of Psychiatry (ANZJP)*, Published online ahead of print, 2021.

**232.** Bass V., Brown F., Beiser D.G., Peterson T., and **Gibbons R.D**. Preoperative Assessment of Anxiety and Depression Using Computerized Adaptive Screening Tools: A Pilot Prospective Cohort Study. *Anesthesia and Analgesia*. Published online ahead of print, 2021.

**233.** Wyman P.A., Pickering T.A., Pisani A.R., Cero I., Yates B. … **Gibbons R.D**. Wingman-Connect Program increases social integration for Air Force personnel at elevated suicide risk: Social network analysis of a cluster RCT. *Social Science and Medicine*. 296, 114737, 2022.

**Collaborative Studies:**

**234.** Stein J.H., **Gibbons R.D.**, & Meldman M.J. Lateral eye movement, handedness and sex in learning disability children. *Cortex*, *16*, 223-229, 1980.

**235.** Ostrow D.G., Halaris A., DeMet E., **Gibbons R.D.** & Davis J.M. Ion transport and adrenergic function in major affective disorders. *Biological Psychiatry, 17*, 971-980, 1982.

**236.** Fawcett J., Clark D.C., Scheftner W.A., & **Gibbons R.D.** Assessing anhedonia in psychiatric patients: the pleasure scale. *Archives of General Psychiatry, 40*, 79-84, 1983.

**237.** Dorus E., Cox N.J., **Gibbons R.D.**, Shaughnessy R., Pandey G.N. & Cloninger R.C. Lithium ion transport and affective disorders within families of bipolar patients. *Archives of General Psychiatry, 401*, 945-552, 1983.

**238.** Ostrow D.G. Okonek A., **Gibbons R.D.**, Cooper R., & Davis J.M. Biological markers and antidepressant response. *Journal of Clinical Psychiatry, 44*, 10-13, 1983.

**239.** Cavanaugh S., Clark D.C., & **Gibbons R.D.** Diagnosing depression in the hospitalized medically ill. *Psychosomatics, 24*, 809-815, 1983.

**240.** Nasr S.J., Pandey G.N., Altman E.G., **Gibbons R.D.**, Gaviria M.F., & Davis J.M. Symptom profile of patients with positive DST. *Biological Psychiatry, 18* , 1069-1073, 1983.

**241.** Nasr S.J. & **Gibbons R.D.** Depressive symptoms associated with dexamethasone resistance. *Biological Psychiatry, 10*, 183-188, 1983.

**242.** Clark D.C., Cavanaugh S.A., & **Gibbons R.D.** The core symptoms of depression in medical and psychiatric patients. *Journal of Nervous and Mental Disease, 171*, 705-713, 1983.

**243.** Levy D.L., Yasillo N.J., Dorus E., Shaughnessy R., **Gibbons R.D.**, Peterson J., Janicak P.G., Gaviria M., & Davis J.M. Relatives of unipolar and bipolar patients have normal pursuit. *Psychiatry Research, 10*, 285-293, 1983.

**244.** Fugmann R.A., Aranyi C., Barbara P.W., Bradof J.N., **Gibbons R.D.**, Fenters J.D. The effect of diethylstilbestral as measured by host resistance and tumor susceptibility assays in mice. *Journal of Toxicology and Environmental Health, 11*, 827-841, 1983.

**245.** **Gibbons R.D.**, Gudas C., Gibbons S.W. A study of the relationship between flexibility of closure and

surgical skill. *Journal of the American Podiatry Association, 73*, 12-16, 1983.

**246.** Killian G.A., Holzman P.S., Davis J.M., **Gibbons R.D.** Effect of psychotropic medication on selected cognitive and perceptual measures. *Journal of Abnormal Psychology, 93*, 58-70, 1984.

**247.** Poznanski E.O., Grossman J.A., Buchsbaum Y., Banegas M., Freeman L., **Gibbons R.D.** Preliminary studies of the reliability of validity of the children's depression rating scale. *Journal of the American Academy of Child Psychiatry, 23*, 191-197, 1984.

**248.** Zeller E.A., Huprikar S.V., **Gibbons R.D.**, Miller E.A. Influence of age, sex and osteogenesis imperfecta on count, protein content, and monoamine oxidase activity of human thrombocytes. *Clinica Chemica Acta, 137*, 123-129, 1984.

**249.** Maas J.M., Koslow S.H., Katz M.M., Bowden C.L., **Gibbons R.D.**, Robbins E., and Davis, J.M. Pretreatment neurotransmitter metabolite levels and response to tricyclic antidepressant drugs. *American Journal of Psychiatry, 141*, 1159-1171, 1984.

**250.** Fawcett J.A., Clark D.C., **Gibbons R.D.**, Aagesen C.A., Pisani V.D. Tilkin, J.M., Sellers D., Stutzman D. Preliminary report: evaluation of lithium therapy for alcoholism. *American Journal of Psychiatry, 45*, 494-498, 1984.

**251.** Janicak P.G., Davis J.M., **Gibbons R.D.**, Ericksen S., Chang S., Gallagher P. Efficacy of ECT: A meta analysis. *American Journal of Psychiatry, 142*, 297-302, 1985.

**252.** Levy D.L., Dorus E., Shaughnessy R., Yasillo N.J., Pandey G.N., Janicak P.G., **Gibbons R.D.**, Gaviria M., Davis J.M. Pharmacologic evidence for specificity of pursuit dysfunction to schizophrenia: lithium carbonate associated with abnormal pursuit. *Archives of General Psychiatry, 42*, 335-341, 1985.

**253.** Thomas P., Fugman R., Aranyi C., Barbera P., **Gibbons R.D.**, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicology and Applied Pharmacology, 77*, 219-229, 1985.

**254.** Thomas P., Ratajczak H., Aranyi C., **Gibbons R.D.**, Fenters J. Evaluation of host resistance and immune function in cadmium-exposed mice. *Toxicology and Applied Pharmacology, 80*, 446-456, 1985.

**255.** Gordon S.M., Szidon J.P., Krotoszynski B.K., **Gibbons R.D.**, O'Neill H.J. Volatile organic compounds in the expired air of subjects with lung cancer. *Clinical Chemistry, 31*, 1278-1282, 1985.

**256.** Janicak P.G., Mask J., Trimakas K.A., **Gibbons R.D.** ECT: an assessment of mental health professionals' knowledge and attitudes. *Journal of Clinical Psychiatry, 46*, 262-266, 1985.

**257.** Clark D.C., **Gibbons R.D.**, Fawcett J., Aagesen C.A., Sellars D. Unbiased criteria for severity of depression in alcoholic inpatients. *Journal of Nervous and Mental Disease, 73*, 482-487, 1985.

**258.** Goldman M., Dratman M.B. Crutchfield F.L., Jennings A.S., Marvniak J.A., **Gibbons R.D.** Intrathecal triiodothyronine administration causes greater heart rate stimulation in hypothyroid rats than intravenously-delivered hormone: evidence for a central nervous system site of thyroid action. *Journal of Clinical Investigation, 76*, 1622-1625, 1985.

**259.** **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: a predictor of technical skills in surgical residents. *Journal of Surgical Research, 41*, 53-57, 1986.

**260.** Clark D.C., Gibbons R.D., Daugherty S.R., Silverman C.M. Model for quantifying the drug involvement of medical students. *International Journal of Addictions, 22*, 249-271, 1987.

**261.** Dorus W., Kennedy J., **Gibbons R.D.**, Ravi S.D. Symptoms and diagnosis of depression in alcoholics. Alcoholism: *Clinical and Experimental Research, 11*, 150-154, 1987.

**262.** Fawcett J.A., Scheftner W., Clark D.C., Hedeker D.R., **Gibbons R.D.**, Coryell W. Clinical predictors of suicide in patients with major affective disorders: A controlled prospective study. *American Journal of Psychiatry, 144*, 35-40, 1987.

**263.** Mass J.W., Koslow S.H., Davis, J.M., Katz M., Frazer A., Bowden C.L., Berman N., **Gibbons R.D.**, Stokes P., Landis H. Catecholamine metabolism and disposition in healthy and depressed subjects. *Archives of General Psychiatry, 44*, 337-344, 1987.

**264.** Fawcett J., Clark D.C., Aagesan C.A., Pisani V.D., Tilkin J.M., Sellers D., McGuire M., **Gibbons R.D.** A double blind placebo controlled trial of lithium therapy for alcoholism. *Archives of General Psychiatry, 44*, 248-256, 1987.

**265.** Pandey G.N., Fawcett J.A., **Gibbons R.D.**, Clark D.C., Davis J.M. Platelet monoamine oxidase in

alcoholism. *Biological Psychiatry, 24*, 15-24, 1988.
266. O'Neill H.J., Gordon S.M., O'Neill M.H., **Gibbons R.D.**, & Szidon J.P. A computerized classification technique for screening for the presence of breath biomarkers in lung cancer. *Clinical Chemistry*, *33*, 1613-1618, 1988.
267. Aranyi C., Henry M.C., Vana S.C., **Gibbons R.D.**, & Iverson W.O. Effects of multiple intermittent inhalation exposures to red phosphorus/butyl rubber obscurant smokes in Sprague-Dawley rats. *Inhalation Toxicology*, *1*, 65-78, 1988.
268. Talsma D.M., Leach C.L., Hatoum N.S., **Gibbons R.D.**, Roger J.C., & Garvin P.J. Reducing the number of rabbits in the Draize eye irritancy test: A statistical analysis of 155 studies conducted over 6 years. *Fundamental and Applied Toxicology*, *10*, 146-153, 1988.
269. Henthorn T.K., Benitez J., Avram M.J., Martinez C., Llerena A., Cobaleda J., Krejcie T.C., & **Gibbons R.D.** Assessment of the debrisoquin and dextromethorphan phenotyping tests by Gaussian mixture distribution analysis. *Clinical Pharmacology and Therapeutics*, *45*, 328-333, 1989.
270. Fawcett J., Aagesen C.A., Tilken J.M., McGuire M., Clark D.C., Pisani V.D., Sellers D., & **Gibbons R.D.** Lithium carbonate prophylaxis of alcoholism: Its time has come: in reply. *Archives of General Psychiatry*, *46*, 290-291, 1990.
271. Charles S.C., **Gibbons R.D.**, Frisch P.R., Pyskoty C.E., Hedeker D.R., & Singha N.K. Predicting risk for medical malpractice claims utilizing quality of care characteristics. *Western Journal of Medicine*, *157*, 433-439, 1992.
272. Clark D.C., **Gibbons R.D.**, Haviland M.G., & Hendryx M.S. Assessing the severity of depressive states in recently-detoxified alcoholics. *J. of Studies on Alcohol*, *54*, 107-114, 1993.
273. Appleby L., Desai P.N., Luchins D.J., **Gibbons R.D.**, & Hedeker D.R. Length of stay and recidivism in schizophrenia: A study of public psychiatric hospital patients. *Am. J. of Psychiatry*, *150*, 72-76, 1993.
274. Miller N.S., Szcuczki D. & **Gibbons R.D.** Family history in comorbidity and alcohol dependence in cocaine dependence. *Alcohol Treatment Quarterly*, *10*, 77-94, 1993.
275. Frisch P., Charles S.C., **Gibbons R.D.** & Hedeker D.R. Role of previous claims and specialty on the effectiveness of risk management education for office based physicians. *The Western Journal of Medicine*, *163*, 346-350, 1995.
276. Elkin I., **Gibbons R.D.**, Shea M.T., & Shaw B.F. Science is not a trial (but it can sometimes be a tribulation). *Journal of Clinical and Consulting Psychology*, *64*, 92-103, 1996.
277. Appleby L., Luchins D.J., Desai P.N., **Gibbons R.D.**, Janicak P.G. & Marks R. Length of inpatient stay and recidivism among patients with schizophrenia. *Psychiatric Services*, *47*, 985-990, 1996.
278. Lavigne J.V., **Gibbons, R.D.**, Cristoffel K.K., Arend, R., Rosenbaum D., Binns H., Dawson N., Sobel H. & Isaacs C. Prevalence rates and correlates of psychiatric disorders among preschool children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *35*, 204-214, 1996.
279. Lavigne J.V., Binns H.J., Arend R., Rosenbaum D., Christoffel K.K, Hayford J.R. & **Gibbons R.D.** Psychopathology and health care use among preschool children: A retrospective analysis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 262-270, 1998.
280. Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: I. Stability of diagnosis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1246-1254, 1998.
281. Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: II. Correlates and predictors of stable case status. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1255-1261, 1998.
282. Bunney W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons, R.D.**, Gillin J.C., Hullett S., Killam K.F., Kupfer D.J., Krystal J.H., Stolley P.D., French G.S., Pope A.M. Report on the Institute of Medicine committee on the efficacy of and safety of Halcion. *Archives of General Psychiatry*, *56*, 349-352, 1999.
283. Lavigne J.V., **Gibbons R.D.**, Arend R., Rosenbaum D., Binns H.J., & Christoffel K.K. Toward rational service planning in pediatric primary care: continuity and change in the occurrence of psychopathology among young children enrolled in pediatric practices. *J. of Pediatric Psychology*, *24*, 393-403, 1999,
284. Lavigne J.V. Cicchetti C., **Gibbons R.D.**, Binns, H.J., Larsen, L., and DeVito C. Oppositional defiant

disorder with onset in preschool years: Longitudinal stability and pathways to other disorders. *Journal of the American Academy of Child and Adolescent Psychiatry*, *40*, 1393-1400, 2001.

**285.** Frank E., Kupfer D.J., Gerebtzoff, Meya, U., Laghrissi-Thode, F., Grochocinski, V.J., Houck, P.R., Mallinger, A.G., and **Gibbons, R.D.** The development of study exit criteria for evaluating antimanic compounds. *Journal of Clinical Psychiatry*, *62*, 421-425, 2001.

**286.** Bailey H.R, Beck D.E., Billingham R.P., Binderow S.R., Gottesman L., Hull T., Larach S.W., Margolin D.A., Milson J.W., Potenti F.M., Rafferty J.F., Riff D.S., Sands L.R., Senagore A., Stamos M.J., Yee L.F., Young-Fadok T.M., **Gibbons R.D.** A study to determine the nitroglycerin ointment dose and dosing interval that best promote the healing of chronic anal fissures. *Dis Colon Rectum*, *45*, 1192-1199, 2002.

**287.** MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: 24-month outcomes of treatment strategies for attention-deficit/hyperactivity disorder. *Pediatrics*, *113*, 754-761, 2004.

**288.** MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: Changes in effectiveness and growth after the end of treatment. *Pediatrics*, *113*, 762-769, 2004.

**289.** Hurlburt M.S., Leslie L.K., Landsverk J., Barth R.P., Burns B.J., **Gibbons R.D.**, Slymen D.J., Zhang J. Contextual predictors of mental health service use among a cohort of children open to child welfare. *Archives of General Psychiatry*, *61*, 1217-1224, 2004.

**290.** Redd J, Suggs H, **Gibbons R.D.**, Muhammad L, McDonald J, Bell CC. The Bloomington Model: A Plan to Strengthen Families and Decrease the Need for Protective Custody. *Illinois Child Welfare*, *2*, 34-46, 2007.

**291.** Kunwar S., Prados M.D., Chang S.M., Berger M.S., Lang F.F., Piepmeier J.M., Sampson J.H., Ram Z., Gutin P.H., **Gibbons R.D.**, Aldape K.D., Croteau D., Sherman J.W., Puri R.K. Direct inter-cerebral delivery of Cintredekin Besudotox (IL13-PE38QQR) in patients with recurrent malignant glioma. *Journal of Clinical Oncology*, *25*, 837-844, 2007.

**292.** Swanson J.M., Elliott G.R., Greenhill L.L., Wigal T., Arnold L.E., Vitiello B., Hetchman L., Epstein J., Pelham W., Abikoff H.B., Newcorn J., Molina B., Hinshaw S., Wells K., Hoza B., Severe J.B., Jensen P.S., **Gibbons R.D.**, Hur K., Stehli A., Davies M., March J., Caron M., Volkow N.D., and Posner M.I. Effects of Stimulant Medication on Growth Rates Across 3 Years in the MTA Follow-up. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 1015-1027, 2007.

**293.** Jensen P.S., Arnold L.E., Swanson J., Vitiello B., Abikoff, H.B., Greenhill L.L., Hechtman L., Hinshaw S.P., Pelham W.E., Wells K.C., Conners C.K., Elliott G.R., Epstein J., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Wigal T., **Gibbons R.D.**, Hur K., Follow-up of the NIMH MTA Study at 36 Months After Randomization. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 989-1002, 2007.

**294.** Swanson J., Hinshaw S.P., Arnold L.E., **Gibbons R.D.**, Marcus S., Hur K., Jensen P.S., Vitiello B., Abikoff H., Greenhill L.L., Hechtman L., Pelham W., Wells K., Conners C.K., Elliott G., Epstein L., Hoagwood K., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Odbert C., Wigal T. Secondary Evaluations of MTA 36-month Outcomes: Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 1003-1014, 2007**.**

**295.** Molina B.S., Flory K., Hinshaw S.P., Greiner A.R., Arnold L.E., Swanson J., Hechtman L., Jensen P.S., Vitiello B., Hoza B., Pelham W.E., Elliott G.R., Wells K.C., Abikoff H.B., **Gibbons R.D.**, Marcus S., Epstein J., Greenhill L.L., Newcorn J.H., Severe J.B., Wigal T. Delinquent behavior and emerging substance use in the MTA at 36-months: Prevalence, course, and treatment effects. Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 1028-1040, 2007**.**

**296.** Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Comparison of Survival in Primary and Repeat Heart Transplantation during 1987-2004 in the United States. *Annals of Thoracic Surgery*, *83*, 2135-2141, 2007.

**297.** Bell C.C., Bhana A., Petersen I, McKay M.M., **Gibbons R.D.**, Bannon W., Amatya A. Building protective factors to offset sexually risky behaviors among black South African youth: A randomized

controlled trial. *Journal of the National Medical Association*, 100, 936-944, 2008.

**298.** Shuhaiber J.H., Kim J.B., **Gibbons R.D.** Repeat heart-lung transplantation outcome in the United States. *Journal of Heart Lung Transplantation*, 27, 1122-1127, 2008.

**299.** Hoagwood K.E., Green E., Kelleher K., Schoenwald S.K., Rolls-Reutz J., Landsverk J., Glisson C., Mayberg S., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E. P., Jensen P. S., Miranda J., & Palinkas L. Family advocacy, support and education in children's mental health: Results of a national survey. *Administration and Policy in Mental Health and Mental Health Services Research*, *35*, 73-83, 2008.

**300.** Schoenwald S.K., Chapman J.E., Kelleher K., Hoagwood K.E., Landsverk J., Stevens J., Glisson C., Rolls-Reutz J., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E.P., Jensen P.S., Mayberg S., Miranda J., & Palinkas L. A survey of the infrastructure for children's mental health services: Implications for the implementation of empirically supported treatments (ESTs). *Administration and Policy in Mental Health and Mental Health Services Research*, *35*, 84-97, 2008.

**301.** Glisson C., Landsverk J., Schoenwald S., Kelleher K., Hoagwood K.E., Mayberg S., Green P., Weisz J., Chorpita B., **Gibbons R.D.**, Green E.P., Hoagwood K., Jensen P.S., Miranda J., Palinkas, L. Assessing the Organizational Social Context (OSC) of mental health services: Implications for research and practice. *Administration and Policy in Mental Health and Mental Health Services Research*, 35, 98-113, 2008.

**302.** Chorpita, B.F., Bernstein A., Daleiden E.L., Weisz J. **Gibbons R.D**., Glisson C., Green E.P., Hoagwood K., Jensen P.S., Kelleher K., Landsverk J., Mayberg S., Miranda J., Palinkas L., Scoenwald S. Driving with roadmaps and dashboards: Using information resources to structure the decision models in service organizations. *Administration and Policy in Mental Health and Mental Health Services Research, 35,* 114-123, 2008.

**303.** Glisson C., Schoenwald S.K., Kelleher K., Landsverk J., Hoagwood K.E., Mayberg S., Green E. P., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Jensen P.S., Miranda J., & Palinkas L. Therapist turnover and new program sustainability in mental health clinics as a function of organizational culture, climate, and service structure. *Administration and Policy in Mental Health and Mental Health Services Research, 35*, 124-133, 2008.

**304.** Atkins M.S., Frazier S.L., Leathers S.J., Graczyk P.A., Talbott E., Jakobsons L., Adil J.A., Marinez-Lora A., Demirtas H., **Gibbons R.D.**, Bell C.C. Teacher key opinion leaders and mental health consultation in low-income urban schools. *J Consult Clin Psychol*, *76*, 905-908, 2008.

**305.** Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Survival of primary and repeat lung transplantation in the United States. *Annals of Thoracic Surgery*, 87, 261-266, 2009.

**306.** Cassano G.B., Mula M., Rucci P., Miniati M., Frank E., Kupfer D.J., Oppo A., Calugi S., Maggi L., **Gibbons R.D.**, Fagiolini A. The structure of lifetime manic-hypomanic spectrum. *Journal of Affective Disorders*, 115, 253-256, 2009.

**307.** Molina B.S.G., Hinshaw S.P., Swanson J.M., Arnold L.E., Vitiello B., Jensen P.S., Epstein J.N., Hoza B., Hechtman L., Abikoff H.B., Elliott G.R., Greenhill L.L., Newcorn J.H., Wells K.C., Wigal T.L., Severe J.B., **Gibbons R.D.**, Hur K., Houck P.R., and the MTA Cooperative Group. The MTA at 8 Years: Prospective Follow-Up of Children Treated for Combined Type ADHD in a Multisite Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 48, 484-500, 2009.

**308.** Owley T., Brune C.W., Salt J., Walton L., Guter S., Ayuyao N., **Gibbons R.D.**, Leventhal B.L., Cook E.H. A Pharmacogenetic Study of Escitalopram in Autism Spectrum Disorders, *Autism Research*, 2, 1-7, 2009.

**309.** Nemunaitis J., Clayman G., Agarwala S., Hrushesky W., Moore C., Hamm J., Menander K.A., Licato L.L., Chada S., **Gibbons R.D.**, Roth J.A., Sobol R.E., and W.J. Goodwin. Biomarkers Predict *p53* Gene Therapy Efficacy in Recurrent, Squamous Cell Carcinoma of the Head and Neck. *Clinical Cancer Research*, 15, 7719-7725, 2009.

**310.** Shuhaiber J.H., Hur K., **Gibbons R.D.** The influence of pre-transplant use of ventricular assist devices on survival following heart transplantation: A propensity score matched analysis. *British Medical Journal*, 340, 1-8, 2010.

**311.** Aarons G.A., Glisson C., Hoagwood K.E., Landsverk J., Kelleher K., Cafri G., Chorpita B.F., **Gibbons R.D.**, Green E.P., Mayberg S., Miranda J., Palinkas L., Schoenwald S. K., & Weisz J. R.

Psychometric properties and United States national norms of the Evidence-Based Practice Attitude Scale (EBPAS). *Psychological Assessment*, 22, 356-365, 2010.

**312.** Lambert B.L., Dickey L.W., Fisher W.M., **Gibbons R.D.**, Lin S.J., Luce P.A., McClennan C.T., Senders J.W., Yu C.T. Listen carefully: The risk of error in spoken medication orders. *Social Science & Medicine*, 70, 1599-1608, 2010.

**313.** Hoza, B., Murray-Close, D., Arnold, L. E., Hinshaw, S. P., Hechtman, L., Vitiello, B., … Stern, K. Time-dependent changes in positively biased self-perceptions of children with attention-deficit/hyperactivity disorder: A developmental psychopathology perspective. *Development and Psychopathology*, *22*(2), 375–390, 2010.

**314.** Sripada B.N., Henry D.B., Jobe T.H., Winer J., Schoeny M., **Gibbons R.D.** A randomized controlled trial of a feedback method for improving empathic accuracy in psychotherapy. *Psychology and Psychotherapy Theory, Research, and Practice*, Epub, 2010.

**315.** Stevens J., Kelleher K.J., Wang W., Schoenwald S.K., Hoagwood K.E., Landsverk J., Chorpita B.F., **Gibbons R.D**., Glisson C., Green E.P., Mayberg S., Miranda J., Palinkas L., Weisz J.R. Use of psychotropic medication guidelines at child-serving community mental health centers as assessed by clinical directors. *Community Mental Health Journal*, 47, 361-363, 2011.

**316.** Schumock G.T., **Gibbons R.D.,** Lee T.A., Joo M., Valuck R. Stayner L. The relationship between leukotriene-modifying agent prescriptions dispensed and the rate of suicide deaths by county in the United States. *Drug, Healthcare, and Patient Safety*, 3, 47-52, 2011.

**317.** Woo J.M., **Gibbons R.D.**, Qin P.Q., Komarow H., Kim J.B., Rogers C.A., Mann J.J., Postolache T.T. Suicide and prescription rates of intranasal corticosteroids and nonsedating antihistamines for allergic rhinitis: An ecological study. *J. of Clinical Psychiatry*, 72, 1423-1428, 2011.

**318.** Schumock G.T., Lee T.A., Joo M., Valuck R. Stayner L., **Gibbons, R.D.** Association between leukotriene modifying agents and suicide. *Drug Safety*, 34, 533-544, 2011.

**319.** Schumock G.T., **Gibbons R.D.**, Lee T.A., Joo M.J., Stayner L.T., Valuck R.J. The association between leukotriene-modifying agents and spontaneously reported suicide. *Drug Information Journal*.46, 99-106, 2012.

**320.** Weisz J.R., Chorpita B.F., Palinkas L.A., Schoenwald S.K., Miranda J., Bearman S.K., Daleiden, E.L., Ugueto A.M., Ho A., Martin J., Gray J., Alleyne A., Langer D.A., Southam-Gerow M.A., **Gibbons R.D**., and the Research Network on Youth Mental Health. Testing standard and modular designs for psychotherapy with youth depression, anxiety, and conduct problems: A randomized effectiveness trial. *Archives of General Psychiatry*, 69, 274-282, 2012.

**321.** Vitiello B., Elliott G.R., Swanson J.M., Arnold L.E., Hechtman L., Abikopf H., Molina B.S.G., Wells K., Wigal T., Jensen P.S., Greenhill L.L., Kaltman J.R., Severe J.B., Odbert C, Hur K., **Gibbons R.D.** Blood pressure and heart rate over 10 years in the multimodal treatment study of children with ADHD. *American Journal of Psychiatry*,169, 167-177, 2012.

**322.** Woo J.M., **Gibbons R.D.**, Rogers C.A., Qin P., Kim J.B., Roberts D.W., Noh E.S., Mann J.J., Postolache, T.T. Pollen counts are not significantly associated with suicide rates in the U.S. *Acta Psychiatrica Scandinavica.* 125, 168-175, 2012.

**323.** Schumock G.T., Stayner L.T., Valuck R.J., Joo M.J., **Gibbons R.D.**, Lee T.A. Risk of suicide attempt in asthmatic children and young adults prescribed leukotriene-modifying agents: A nested case-control study *Journal of Allergy and Clinical Immunology*, Aug;130(2):368-75, 2012.

**324.** Kozman D., Graziul C., **Gibbons R.D.**, Caleb A.C. Association between unemployment rates and prescription drug utilization in the United States, 2007-2010. BMC Health Services Research. 12, 435, 2012.

**325.** Graziul C., **Gibbons R.D.**, Caleb A.C. Association between the commercial characteristics of psychotropic drugs and their off-label use. Medical Care, 50, 940-947, 2012.

**326.** Russo M.J., Meltzer D., Merlo A., Johnson E., Shariati N., Sonett J.R., **Gibbons R.D.** The local allocation of lung donors results in transplanting lower priority transplant recipients. *Annals of Thoracic Surgery*, 95, 1231-1234, 2013.

**327.** Molina B.S.G, Hinshaw, S.P., Arnold L.E., Swanson J.M., Pelham W.E., Hechtman L., Hoza B., Epstein J.N., Wigal T., Abikoff H.B., Greenhill L.L., Jensen P.S., Wells K.C., Vitiello B., **Gibbons**

**R.D.**, Howard A., Houck P.R., Hur K., Lu B., Marcus S., & MTA Cooperative Group. Adolescent substance use in the MTA as a function of childhood ADHD, random assignment to childhood treatments, and subsequent medication. JAACAP, 52, 250-263, 2013.

**328.** Dour, H.J., Chorpita, B.F., Lee, S., Weisz, J.R., Chorpita, B., Garland, A., **Gibbons, R**., Glisson, C., Green, E.P., Hoagwood, K., et al. Sudden gains as a long-term predictor of treatment improvement among children in community mental health organizations. Behaviour Research and Therapy *51*, 564–572, 2013.

**329.** Wulczyn F., **Gibbons R.D.,** Snowden L., Levy B. Poverty, social disadvantage and the black/white placement gap. *Children and Youth Services Review*, 35, 65-74, 2013.

**330.** Chorpita, B. F., Weisz, J. R., Daleiden, E. L., Schoenwald, S. K., Palinkas, L. A., Miranda, J., Higa-McMillan, C. K., Nakamura, B. J., Austin, A. A., Borntrager, C., Ward, A. M., Wells, K. C., **Gibbons, R. D.,** & the Research Network on Youth Mental Health. Long term outcomes for the child steps randomized effectiveness trial: A comparison of modular and standard treatment designs with usual care. *Journal of Consulting and Clinical Psychology*, 81, 999-1009, 2013.

**331.** Churpek, M. M., Yuen T.C., Winslow, C., Robicsek A.A., Meltzer, D.O., **Gibbons R.D.**, Edelson D.P. Multicenter development and validation of a risk stratification tool for ward patients. *Am J Respiratory Critical Care Medicine*, 190, 649-655, 2014.

**332.** Churpek, M. M., Yuen T.C., Park S.Y., **Gibbons R.D.**, Edelson D.P. Using electronic health record data to develop and validate a prediction model for adverse outcomes on the wards. *Critical Care Medicine*, 42, 841-848, 2014.

**333.** Frazier, S.L., Mehta, T.G., Atkins, M.S., Glisson, C., Green, P.D., **Gibbons, R.D.**, Kim, J.B., Chapman, J.E., Schoenwald, S.K., Cua, G., Ogle, R.R. The social context of urban classrooms: measuring student psychological climate. Journal of Early Adolescence, 35, 759-789, 2015.

**334.** Najjar F., Owley T., Mosconi M., Jacob S., Hur K., Guter S., Sweeney J., **Gibbons, R.D.**, Cook Jr E., Bishop J. Pharmacogenetic study of serotonin transporter and 5HT2A genotypes in autism. *Journal of Child and Adolescent Psychopharmacology*, 25, 467-474, 2015.

**335.** Abraham, W. T., Lindenfeld, J., Reddy, V. Y., Hasenfuss, G., Kuck, K. H., Boscardin, J., … Burkhoff, D. A randomized controlled trial to evaluate the safety and efficacy of cardiac contractility modulation in patients with moderately reduced left ventricular ejection fraction and a narrow QRS duration: Study rationale and design. *Journal of Cardiac Failure*, *21*(1), 16–23, 2015.

**336.** Padula, W.V., **Gibbons, R.D.**, Valuck, R.J., Makic, M.B., Mishra, M.K., Meltzer D.O. Are Evidence-based Practices Associated with Effective Prevention of Hospital-acquired Pressure Ulcers in U.S. Academic Medical Centers? *Medical Care*, 54, 512-518, 2016.

**337.** Iribarne, A., Meltzer, D.O., Chauhan, D., Sonett J.R., **Gibbons, R.D.,** Vigneswaran, W., Russo, M.J. Distribution of donor lungs in the United StatesL a case for broader geographic sharing. *Clinical Transplantation*, 30, 688-693, 2016.

**338.** Padula W.V., **Gibbons R.D.,** Pronovost P.J., Hedeker D., Mishra M.K., Makic M.B., Bridges J.F.P., Wald H.L., Valuck R.J., Ginensky A.J., Ursitti T., Venable L.R., Epstein Z., and Meltzer D.O. Using Clinical Data to Predict High-cost Performance Coding Issues Associated with Pressure Ulcers: a multilevel cohort model. *Journal of the American Medical Informatics Association* (JAMIA), 24.e1, e95-e102, 2017.

**339.** Shikora S., Wolfe B., Apovian C., Anvari M., Sarwer D.B., **Gibbons R.D.**, Ikramuddin S., Miller C., Knudson M.B., Tweden K., Sarr M., Billington C.J. Sustained Weight Loss with Vagal Nerve Blockade but Not with Sham: 18-Month Results of the ReCharge Trial. *Journal of Obesity*. Published on-line, July 12, 2015.

**340.** Kannampallil, T.G., Galanter, W., Falck, S. Gaunt, M., **Gibbons, R.D.**, McNutt, R. Odwazny, R., Schiff, G., Vaida, A.J., Wilkie, D., Lambert, B.L. Characterizing the pain score trajectories of hospitalized adult medical and surgical patients: a retrospective cohort study. *Pain*. 157, 2739-2746, 2016.

**341.** Roy, A., Hechtman, L., Roy, A., Arnold, L. E., Sibley, M. H., Molina, B. S. G., … Stern, K. Childhood Factors Affecting Persistence and Desistence of Attention-Deficit/Hyperactivity Disorder Symptoms in Adulthood: Results From the MTA. *Journal of the American Academy of Child and*

*Adolescent Psychiatry, 55*(11), 937-944.e4, 2016.

**342.** Hechtman, L., Swanson, J. M., Sibley, M. H., Stehli, A., Lakes, K. D., Owens, E. B., … Stern, K. Functional Adult Outcomes 16 Years After Childhood Diagnosis of Attention-Deficit/Hyperactivity Disorder: MTA Results. *Journal of the American Academy of Child and Adolescent Psychiatry, 55*(11), 945-952.e2, 2016.

**343.** Laiteerapong, N., Karter, A.J., Moffet, H.H., Cooper, J.M., **Gibbons, R.D.**, Liu, J.Y., Gao, Y., Huang E.S. Ten-year hemoglobin A1c trajectories and outcomes in type 2 diabetes mellitus: The Diabetes & Aging Study. *J Diabetes Complications*. 31, 94-100, 2017.

**344.** Roy, A., Hechtman, L., Arnold, L. E., Swanson, J. M., Molina, B. S. G., Sibley, M. H., … Stern, K. Childhood Predictors of Adult Functional Outcomes in the Multimodal Treatment Study of Attention-Deficit/Hyperactivity Disorder (MTA). *Journal of the American Academy of Child and Adolescent Psychiatry*, 56(8), 687-695.e7, 2017.

**345.** Sibley, M. H., Swanson, J. M., Arnold, L. E., Hechtman, L. T., Owens, E. B., Stehli, A., … Stern, K. Defining ADHD symptom persistence in adulthood: optimizing sensitivity and specificity. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 58*(6), 655–662, 2017.

**346.** Swanson, J. M., Arnold, L. E., Molina, B. S. G., Sibley, M. H., Hechtman, L. T., Hinshaw, S. P., … Stern, K. Young adult outcomes in the follow-up of the multimodal treatment study of attention-deficit/hyperactivity disorder: symptom persistence, source discrepancy, and height suppression. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 58*(6), 663–678, 2017.

**347.** Sibley, M. H., Rohde, L. A., Swanson, J. M., Hechtman, L. T., Molina, B. S.G., Mitchell, J. T., . . . Multimodal Treatment Study of Children with ADHD (MTA) Cooperative Group. Late-onset ADHD reconsidered with comprehensive repeated assessments between ages 10 and 25. *The American Journal of Psychiatry, 175*(2), 140-149, 2018.

**348.** Brundin, L., Postolache, T., Madaj, Z., Smart, L., **Gibbons, R.D.**, Achtyes, E., Grit, J., Roaten, K., Heilman, P., Keaton, S. An inflammatory profile linked to increased suicide risk. *Journal of Affective Disorders*, 247, 57-65, 2019.

**349.** Parker W. F., Anderson A. S., **Gibbons R.D.**, . . . Churpek, M. M. Association of Transplant Center With Survival Benefit Among Adults Undergoing Heart Transplant in the United States. *JAMA. 322*(18):1789–1798, 2019.

**350.** Tamminga C., Clementz B., Pearlson G., Keshavan M., Gershon E., Ivleva E., McDowell J., Shashwath M., … **Gibbons R.D.** NPPR-Biotyping in Psychosis: Using Multiple Computational Approaches with One Dataset. *Neuropsychopharmacology Reviews*, 1-15. 2020.

**351.** Pho M., Erzouki B., Boodram B., **Gibbons R.D.**, et al. Reducing opioid mortality in Illinois (ROMI): A case management/peer recovery coaching critical time intervention clinical trial protocol. *Journal of Substance Abuse Treatment*, vol. 128, 2021.

**352.** Ran, G., Chung, K., Anderson, A.S., **Gibbons, R.D.**, et al. Between-Center Variation in High-Priority Listing Status under the New Heart Allocation Policy. *American Journal of Transplantation*, 21(11), 3684-3693, 2021.

**353.** Nagele P., Palanca B.J… **Gibbons R.D.**, et al. A phase 2 trial of inhaled nitrous oxide for treatment-resistant major depression. *Science Translational Medicine*, 13, 1-6, 2021.

## BOOKS

**1.** **Gibbons R.D.**, & Dysken M.W. *Statistical and Methodological Advances in Psychiatric Research*. New York, Spectrum, 1983.

**2.** **Gibbons R.D.** *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 1994.

**3.** **Gibbons R.D.** & Coleman D.E. *Statistical Methods for Detection and Quantification of Environmental Contamination*. New York, John Wiley & Sons, 2001.

**4.** Hedeker D. & **Gibbons R.D.** *Longitudinal Data Analysis*. New York, John Wiley & Sons, 2006.

**5.** **Gibbons R.D.**, Bhaumik D.K., Aryal S. *Statistical Methods for Ground-Water Monitoring*. New York,

John Wiley & Sons, 2nd edition, 2009.

**6.** **Gibbons R.D.** and Amatya A. *Statistical Methods for Drug Safety*. London, Chapman and Hall, 2015.

**7.** Hedeker D. & **Gibbons R.D.** *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2nd edition, in preparation.

**8.** Bock R.D. and **Gibbons R.D**. *Item Response Theory*. New York, John Wiley & Sons, 2021.

## INSTITUTE OF MEDICINE AND NATIONAL ACADEMY OF SCIENCES REPORTS

**1.** Bunney W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons R.D.**, Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D. Halcion: *An Independent Assessment of Safety and Efficacy Data*, Washington D.C., National Academy Press, 1997.

**2.** Penhoet E.D., Duan N., Dubler N.N., Francis C.K., **Gibbons R.D.**, Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Meltzer D., Murray J.E., Nelkin D. and Spellman M.W. *Organ Procurement and Transplantation*, Washington D.C., National Academy Press, 1999.

**3.** Ildstad S.T., Centor R.M., Davis E., **Gibbons R.D.**, Levin B., Miller E.D., Olkin, I. Tollerud D.J., Tugwell P. *Small Clinical Trials: Issues and Challenges*, Washington D.C., National Academy Press, 2001.

**4.** Goldsmith S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., **Gibbons R.D.**, Redfield-Jamison K., Korbin J.E., Mann J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.

**5.** Gebbie K.M., Aubry W.M., Champlin R., Childress J.F., Fiske C., **Gibbons R.D.**, Haley N.R., Horowitz M.M., Ildstad S.T., Kelley L.L., McGinnis J.M., Meltzer D., Moise K.J., Palmer L.I., Scadden D.T., Wagner J.E., Yeager A.M. *Cord Blood: Establishing a National Hematopoietic Stem Cell Bank Program*, Washington D.C., National Academy Press, 2005.

**6.** Burke S.P, Baciu A., Straton K., Blumenthal D. Breckenridge A. Charo A. Edgman-Levitan S. Ellenberg S. **Gibbons R.D.**, Hripcsak G., Korn, D. Meltzer D. Myers W.A., Olson M. Psaty B.M., Schroeder C. Stergachis A. *The Future of Drug Safety: Promoting and Protecting the Health of the Public*, Washington D.C., National Academy Press, 2006.

**7.** Nelson A., Ampian S. Balmes J., Breysse P., **Gibbons R.D.**, Hei T., Hoal K, Kidd-Taylor A., Mauderly J., Meeker G. *A Review of the NIOSH Roadmap for Research on Asbestos Fibers and Other Elongate Mineral Particles*, Washington D.C., National Academy Press, 2009.

**8.** Kolb C.E., Beauchamp J.L., Beaudet R.A., Berkowitz J.B., Chen H., Cooper A.T., Fernandez F.M., **Gibbons R.D.**, McLean J.A., Morris M.D., Murphy D.W., Reese C.S., Rhomberg L.R., Viggiano A.A. *Assessment of Agent Monitoring Strategies for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants*, Washington DC, National Academy Press, 2012.

## CHAPTERS

1. Davis J.M., **Gibbons R.D.** Pandey G.N., & Javaid J.I., Mechanism, mathematics and markers of mental disease. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.
2. Ostrow D.G., Trevisan M., Okonek A., **Gibbons R.D.**, Cooper R., & Davis J.M. Sodium dependent membrane processes in major affective disorders. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.
3. Davis J.M., Vogel C., **Gibbons R.D.**, Pavkovic I., Zhang M. Pharmacoendocrinology of schizophrenia. In: *Neuroendocrinology and Psychiatric Disorder*, G.M. Brown, S.H. Koslow, & S. Reichlin, (eds.), New York: Raven Press, 1984.
4. Hatoum N.S., Leach C.L., **Gibbons R.D.**, Talsma D.M., Roger J.C., Garvin P.J. Influence of reduced

numbers of rabbits on the adequacy of eye irritancy tests. In: *Vitro Toxicology: Approaches to Validation*, A.M. Goldberg (ed.), New York: Mary Ann Liebert, Inc., 1987.

5. **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: A predictor of technical skills in surgical residents. Reprinted in *How to Select Residents*, American Board of Medical Specialties, 1988.
6. Davis J.M., **Gibbons R.D.**, A simulation study of methods for the combination of evidence from multiple psychiatric investigations. In: *Perspectives in Psychopharmacology*: A collection of papers in honor of Earl Usdin. Alan R. Liss, Inc., 483-493, 1988.
7. **Gibbons R.D.**, & Davis J.M. The price of beer and the salaries of priests: Analysis and display of longitudinal psychiatric data. Reprinted in *G. Stanley Hall Invited Addresses*, R.M. Suinn (Ed.), American Psychological Association, 1988.
8. Ratajczak H., Thomas P., **Gibbons R.D.**, Heck J.D., & Vollmuth T. Seasonal influence on murine immune function. In: *Chronobiology: Its Role in Clinical Medicine, General Biology and Agriculture, Part A*, 493-501, Wiley-Liss, New York, 1990. 49-60, 1990.
9. Sara M. & **Gibbons R.D.** Organization and analysis of water quality data. In: *Practical Handbook of Ground-Water Monitoring*, D.M. Nielsen (ed.), Chelsea MI: Lewis, 1991.
10. **Gibbons R.D.** An overview of statistical methods for ground-water detection monitoring at waste disposal facilities. In: *Ground-Water Contamination at Hazardous Waste Sites: Chemical Analysis*, S. Lesage & R.E. Jackson (eds.), New York: Marcel Dekker, Inc., 1992.
11. **Gibbons R.D.** Commentary on “Personality and Depression: Modeling and Measurement Issues,” In: *Personality and Depression*, M. Klein, D. Kupfer & T. Shea (eds.), New York: Guilford, 1993.
12. **Gibbons R.D.** & Patterson D. Application of computerized image analysis to estimating bone age. In: *Essays on Auxology*, R. Hauspie, G. Lindgren, F. Falkner (eds.), London: Castlemead, 1995.
13. **Gibbons R.D.** & Sara M.N. Statistical comparison of metal concentrations in filtered and unfiltered ground-water samples. In: *Ground Water Sampling – A Workshop Summary*, U.S. EPA, *600, R-94, 205*, 54-58, 1995.
14. Bock R.D. and **Gibbons R.D.** Factor analysis of categorical item responses. In: *Handbook of Polytomous Item Response Theory Models: Development and Applications*, M. Nering, R. Ostini (eds.), Lawrence Erlbaum, Florence KY, 2010.
15. Siddique J., Hedeker D., **Gibbons R.D.** Analysis of longitudinal data in health services research. *Methods in Health Services Research*. Sobolev B, Gatsonis C (eds), 1-27, 2017.
16. **Gibbons, R.D.**, and Cai, L. Dimensionality analysis. In W. J. van der Linden (Ed.), *Handbook of item response theory: Vol. 2. Statistical tools*. Boca Raton, FL: Chapman & Hall/CRC, 2019.

## REVIEWS, TECHNICAL REPORTS, SOFTWARE

**1.** Wilson D., Wood R., **Gibbons R.D.** Testfact: test scoring and item factor analysis. *International Educational Services*, Chicago, 1984.
**2.** **Gibbons R.D.**, Bock R.D., Hedeker D.R. Approximating multivariate normal orthant probabilities using the Clark algorithm. *Office of Naval Research*, Technical Report, 1987.
**3.** **Gibbons R.D.** Review of “Latent Variable Models and Factor Analysis” by Bartholomew, D.J. (1987). *Journal of the American Statistical Association*, *83*, 1221-1222, 1988.
**4.** **Gibbons R.D.**, Bock R.D., Hedeker D.R. Conditional Dependence *Office of Naval Research*, Final Report, 1989.
**5.** **Gibbons R.D.** Mixmaster: A program for resolving univariate and multivariate normal mixture distributions. *Scientific Software*, Chicago, 1989.
**6.** **Gibbons R.D.**, Jarke F.H., & Stoub K.P. Method detection Limits. Proceedings of *Fifth Annual USEPA Waste Testing and Quality Assurance Symposium*, *Vol. 2*, 292-319, 1989.
**7.** **Gibbons R.D.**, Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Proceedings of Sixth Annual USEPA Waste Testing and Quality Assurance Symposium Vol. 1*, 126-142, 1990.
**8.** **Gibbons R.D.**, Bock R.D., & Hedeker D.R. Approximating multivariate normal orthant probabilities. *Office of Naval Research*, Technical Report, *90-1*, 1990.
**9.** **Gibbons R.D.**, Hedeker D.R., & Bock R.D. Full-information item bi-factor analysis. *Office of Naval*

*Research*, Technical Report, *90-2*, 1990.

10. **Gibbons R.D.**, Hedeker D.R., & Bock R.D. Multivariate generalizations of Student's $t$ distribution. *Office of Naval Research*, Technical Report, *90-3*, 1990.
11. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 1, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.
12. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 2, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.
13. Maddalone R.F., **Gibbons R.D.**, Rice J. & Nott B. MDL's and PQL's - complications proposal and results. *Proceedings of the American Statistical Association Meeting*, Chicago, 1996.
14. Bock R.D., **Gibbons R.D.**, Schilling, S.G. Wilson, D.T. & Wood R. TESTFACT 2: Test scoring, item statistics and item factor analysis. *Scientific Software International*, Chicago, 1997.
15. Hedeker D. and **Gibbons R.D.** *MIXREG: Mixed-effects Regression Models for Continuous Response Data*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.
16. Hedeker D. and **Gibbons R.D.** *MIXOR: Mixed-effects Ordinal Regression Models.* Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.
17. Hedeker D. and **Gibbons R.D.** *MIXNO: Mixed-effects Multinomial Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1999.
18. Hedeker D. and **Gibbons R.D.** *MIXPREG: Mixed-effects Poisson Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 2000.
19. **Gibbons R.D.**, Immekus, J. Bock, R.D. *The Added Value of Multidimensional IRT Models.* National Cancer Institute Technical Report. www.healthstats.org, 2007.
20. Hedeker D., **Gibbons R.D.**, Du Toit, S.H.C., Patterson, D.: SuperMix - A program for mixed-effects regression models. Scientific Software International, Chicago, 2008.

## RECENT MEDIA COVERAGE

1. ***New York Times***, Study Condemns F.D.A.'s Handling of Drug Safety. September 23, 2006.
2. ***New York Times,*** New sense of caution at FDA. September 29, 2006.
3. ***New England Journal of Medicine,*** Blueprint for a stronger food and drug administration. October 9, 2006.
4. ***Washington Post,*** Report faults FDA on drug safety. October 10, 2006.
5. ***JAMA,*** IOM: Overhaul drug safety monitoring. November 1, 2006.
6. ***WebMDHealth,*** Child suicide: No antidepressant link? November 1, 2006.
7. ***CBC News,*** Antidepressants linked to lower youth suicide risk, November 1, 2006.
8. ***U.S. Department of Health and Human Services,*** Antidepressants lower kids suicide risk, new research finds. November 1, 2006.
9. ***Medical News Today,*** Antidepressants and lower child suicide rates linked, November 4, 2006.
10. ***New York Times/Health Day News,*** Antidepressants lower kids' suicide risk, new research finds. November 7, 2006.
11. ***National Institute of Mental Health Science Update,*** U.S. youth suicide rates lower in counties with high SSRI use. November 8, 2006.
12. ***WebMDHealth,*** Study probes suicide, antidepressants. December 4, 2006.
13. ***Washington Post,*** Antidepressants a suicide risk for young adults. December 14, 2006.
14. ***New York Times,*** Federal panel urges suicide-risk labels for antidepressants. December 14, 2006.
15. ***USA Today,*** FDA plans to boost safety with newsletters, drug profiles. January 30, 2007.
16. ***Seattle Times,*** FDA moves to toughen oversight of drugs. January 30, 2007.
17. ***Los Angeles Times,*** Changes will ensure drug safety, FDA says. January 31, 2007.
18. ***Wall Street Journal,*** FDA plans drug-safety moves. January 31, 2007.
19. ***New York Times,*** FDA widens safety reviews on new drugs. January 31, 2007.
20. ***ABC World News Tonight,*** Teen suicide/prescription drugs. Feb 5, 2007.
21. ***Washington Post,*** Don't take your vitamins? Antioxidants might be dangerous. March 7, 2007.
22. ***WebMD Medical News,*** Antidepressant/child suicide risk slim. April 17, 2007.

23. ***American Psychiatric Association,*** Two Large Studies Show Decline in Suicide Attempts. July 1, 2007.
24. ***Psychiatric Times,*** Update on antidepressants and suicidality. July 1, 2007.
25. ***Psych Central,*** Antidepressants not a suicide risk. July 6, 2007.
26. ***Medical News Today,*** Young Adults Not At Risk Of Suicidal Behavior From Antidepressants. July 6 2007.
27. ***Consumer Affairs,*** Study Finds Lessened Suicide Risk in Young Adults on Antidepressants. July 6, 2007.
28. ***New York Times***, Suicide Findings Question Link to Antidepressants. July 10, 2007.
29. ***Reason Magazine,*** Can cautions be too risky? Balancing risks and benefits at the FDA. July 10, 2007.
30. ***Medical News,*** Two large studies show decline in suicide attempts with antidepressant treatment. July 11, 2007.
31. ***Newsweek,*** Teens and Antidepressants: Did Warnings Go Too Far. July 16, 2007.
32. ***MSNBC,*** Trouble in a 'Black Box' Did an effort to reduce teen suicides backfire? July 16, 2007.
33. ***Science News,*** Antidepressants trim suicide tries. July 28, 2007.
34. ***Clinical Psychiatry News,*** Benefits of Multivitamins Unclear, Panel Finds. July, 2006.
35. ***American Foundation for Suicide Research,*** New findings show treatment benefits for depressed people outweigh any potential harm. July, 2007.
36. ***Scientific American,*** Suicide risk in adults lowered by antidepressants. August 2, 2007.
37. ***Psychiatric Times,*** VA finds antidepressants reduce suicide risk in vets. August 3, 2007.
38. ***The Province (Canada),*** Drugs lower suicide risk. August 3, 2007.
39. ***Reuters,*** Teen antidepressant warning had ripple effect. September 5, 2007.
40. ***The Washington Post,*** Youth Suicides Increased As Antidepressant Use Fell. September 6, 2007.
41. ***National Public Radio,*** Study: Anti-Depressants Lower Teen Suicide Rates. September 6, 2007.
42. ***San Francisco,*** Chronicle Suicide rise follows antidepressant drop: Study finds dramatic increase after 'black box' warning. September 6, 2007.
43. ***Science,*** Antidepressant warnings linked to suicides. September 6, 2007.
44. ***Science News,*** Suicide sharply on the rise in youth. September 6, 2007.
45. ***Yahoo Health,*** Suicide sharply on the rise in youth. September 6, 2007.
46. ***Los Angeles Times,*** Suicides up after warning, study shows. September 6, 2007.
47. ***Chicago Tribune,*** Suicides up after warning, study shows. September 6, 2007.
48. ***The News & Observer,*** Suicides spiked as antidepressant use fell, Warning labels on pills were followed by a startling jump in young deaths, a study find. September 6, 2007.
49. ***Reuters,*** Suicides rise sharply in U.S. youth, studies find**.** September 6, 2007.
50. ***Bloomberg,*** Youth Suicides Rise the Most in 15 Years, CDC Says (Update2). September 6, 2007.
51. ***Chicago Tribune,*** Suicides rise as antidepressant use falls. September 6, 2007.
52. ***USA Today,*** As antidepressant use fell, youth suicides rose. September 6, 2007.
53. ***Fox News,*** Study: Suicide Rates Rise as Antidepressant Use Falls. September 6, 2007.
54. ***MSNBC,*** CDC: Suicide rate jumps for kids, young adults Biggest rise in 15 years; 'black box' antidepressant label blamed by some. September 6, 2007.
55. ***Yahoo News,*** Antidepressants Vindicated? September 7, 2007.
56. ***The New York Times,*** Questions About a Rising Suicide Rate. September 7, 2007.
57. ***The New York Post,*** Girl's Suicide Shock. September 7, 2007.
58. ***The China Post,*** Youth suicides rise after drop in antidepressant prescriptions. September 7, 2007.
59. ***The New York Times,*** Suicide Rises in Youth; Antidepressant Debate Looms. September 7, 2007.
60. ***Scientific American,*** Antidepressant warnings scared parents, doctors. September 9, 2007.
61. ***Science Daily,*** Newer Antidepressants Led to Less, Not More, Teen Suicides. September 10, 2007.
62. ***ABC News***, Too Young to Die. March 30, 2008.
63. ***JAMA News Release,*** Antiepileptic drugs not associated with increased risk of suicide attempts in patients with bipolar disorder, December 7, 2009.
64. ***Los Angeles Times,*** Reconsidering antiepileptic medications as a treatment for bipolar disorder. December 7, 2009.

65. ***WebMD Health News,*** Epilepsy drugs for bipolar disorder: Fewer Suicides?, December 8, 2009.
66. ***Medscape Medical News,*** No link between antiepileptics and suicidality in patients with bipolar disorder. December 11, 2009.
67. ***US News and World Report***, Antidepressants may not raise risk of suicide in youth. February 6, 2012.
68. ***Los Angeles Times,*** Study questions antidepressant link to suicide in kids, February 6, 2012.
69. ***National Public Radio***, A fresh look at antidepressants finds low risk of youth suicide, February 7, 2012.
70. ***Chicago Tribune***, Study questions antidepressant link to suicide in kids, February 7, 2012.
71. ***Forbes,*** New evidence of antidepressant-suicide connection in kids, February 10, 2012.
72. ***Medscape***, No link between antidepressants and suicide in kids, February 21, 2012.
73. ***Lancet***, Antidepressant suicide link in children questioned, March 3, 2012.
74. ***Reuters***, Study suggests overall benefit from antidepressants, March 8, 2012.
75. ***AMSTAT News,*** A statistician's journey, September, 2013.
76. ***Psychiatric News,*** Chantix doesn't appear to cause psychiatric events, October 24, 2013.
77. ***Time***, Growing evidence that autism is linked to pollution, March 14, 2014.
78. ***Medscape***, Autism, intellectual disability linked to environmental factors, March 28, 2014.
79. ***Forbes,*** Proper SSRI antidepressant starting dose minimizes suicide risk in young adults, April 28, 2014.
80. ***ABC News,*** Geographic distribution of autism, October 26, 2014.
81. ***Science Life,*** Computer test measures suicide risk in just two minutes, May 9, 2017.
82. ***Reuters,*** ADHD treatment tied to lower car crash risk, May 10, 2017.
83. ***CNN,*** Medication slashes crash risk for drivers with ADHD, May 10, 2017.
84. ***CBS,*** For people with ADHD, taking meds may help reduce car crashes, May 10, 2017.
85. ***UPI,*** Study finds quality, not quantity should be focus of suicide prevention, June 14, 2017.
86. ***Science Life,*** Quality of psychiatric treatment, nut number of beds should be focus of suicide prevention, June 14, 2017.
87. ***Medscape,*** ADHD meds tied to lower substance abuse risk, July 14, 2017.
88. ***AAAS,*** Is there association between groundwater lithium, diagnosis of bipolar disorder, dementia? May 23, 2018.
89. ***Medscape,*** Lithium in tap water does not dilute bipolar disorder, dementia risk. May 30, 2018.
90. ***UC Forefront,*** Lithium in tap water is not associated with risk for bipolar disorder, dementia. June 4, 2018.
91. ***ALZFORUM,*** U.S. study says lithium in tap water does not fend off dementia. May 24, 2018.
92. ***UChicago Medicine,*** Risk of suicide attempt by children doubles if parent uses opioids. May 21, 2019.
93. ***WebMD,*** Opioid users' kids may be at higher suicide risk. May 22, 2019.
94. ***UChicago News,*** Children whose parents abuse opioids more likely to attempt suicide. May 22, 2019.
95. ***U.S. News and World Report,*** Parent's opioid use increases kids' suicide risk. May 22, 2019.
96. ***Reuters,*** Children of opioid users more likely to attempt suicide: U.S. study. May 22, 2019.
97. ***Voice of America,*** Study: Children of opioid users more likely to attempt suicide. May 22, 2019.
98. ***UC Forefront,*** Groundbreaking online test streamlines mental health screening and measurement in healthcare and beyond. August 22, 2019.
99. ***UC Forefront,*** How an online test might help identify mental illnesses. August 27, 2019.
100. ***Bloomberg Law,*** Telehealth Takes on Pregnancy Depression Amid Payment Barriers. January 6, 2020.
101. ***NBC News,*** Laughing gas shows promise for treatment-resistant depression, small trial finds. June 9, 2021.
102. ***Psychiatric Times,*** The Variable You Can't Touch: Advances in Mental Health Measurement. January 14, 2022.

# APPENDIX 3

```
*
* ZANTAC baseline data - tests of assumptions
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\assumptions.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
swilk ndma
sort responsible
by responsible: swilk ndma
oneway ndma responsible, t bon
oneway ndma manufacturer, t bon
oneway ndma form, t bon
oneway ndma api, t bon
oneway ndma dose, t bon
oneway ndma place, t bon
oneway ndma container, t bon
oneway ndma tablets, t bon
oneway ndma retained, t bon
oneway ndma storage, t bon
oneway ndma temperature, t bon
oneway ndma expired, t bon
log close
```

```
--------------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\assumptions.log
  log type:  text
 opened on:   5 Mar 2022, 19:57:09

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 239 obs)

. swilk ndma

                   Shapiro-Wilk W test for normal data

    Variable |        Obs       W           V         z       Prob>z
-------------+------------------------------------------------------
        ndma |        239    0.46372     93.490    10.534    0.00000

. sort responsible

. by responsible: swilk ndma

--------------------------------------------------------------------------------------
--
-> responsible = 2

                   Shapiro-Wilk W test for normal data

    Variable |        Obs       W           V         z       Prob>z
-------------+------------------------------------------------------
        ndma |         15    0.85820      2.749     2.000    0.02273

--------------------------------------------------------------------------------------
--
-> responsible = 3

                   Shapiro-Wilk W test for normal data

    Variable |        Obs       W           V         z       Prob>z
-------------+------------------------------------------------------
        ndma |        224    0.47112     87.106    10.337    0.00000

. oneway ndma responsible, t bon

            |            Summary of NDMA
Responsible |        Mean   Std. dev.       Freq.
------------+------------------------------------
          2 |      592.91   533.74175          15
          3 |   1574.4384   2787.2554         224
```

Contains Confidential Information -- Subject to Protective Order

```
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      13544005.1      1   13544005.1      1.85     0.1752
 Within groups      1.7364e+09    237      7326705
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(1) =  31.6395    Prob>chi2 = 0.000

                      Comparison of NDMA by Responsible
                                (Bonferroni)
Row Mean-|
Col Mean |          2
---------+-----------
       3 |    981.528
         |      0.175

. oneway ndma manufacturer, t bon

Manufacture |            Summary of NDMA
          r |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   745.99773   651.93383          44
          2 |   1325.2864   3025.4841          22
          3 |   3967.6923   5194.1876          13
          4 |   1550.0478   2642.7857         160
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups       105211357      3   35070452.2      5.01     0.0022
 Within groups      1.6448e+09    235    6998986.1
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(3) =  97.2769    Prob>chi2 = 0.000

                      Comparison of NDMA by Manufacturer
                                (Bonferroni)
Row Mean-|
Col Mean |          1          2          3
---------+---------------------------------
       2 |    579.289
         |      1.000
```

```
         |
       3 |    3221.69    2642.41
         |      0.001      0.028
         |
       4 |     804.05    224.761   -2417.64
         |      0.453      1.000      0.010

. oneway ndma form, t bon

            |            Summary of NDMA
       Form |        Mean   Std. dev.       Freq.
------------+------------------------------------
          0 |   1013.7839    1615.429         202
          1 |   4237.3919   5001.3165          37
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS           df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups       324967281       1    324967281     54.05     0.0000
 Within groups      1.4250e+09     237   6012682.74
------------------------------------------------------------------------
    Total           1.7500e+09     238   7352828.11

Bartlett's equal-variances test: chi2(1) = 115.3524    Prob>chi2 = 0.000

                          Comparison of NDMA by Form
                                (Bonferroni)
Row Mean-|
Col Mean |          0
---------+-----------
       1 |    3223.61
         |      0.000

. oneway ndma api, t bon

            |            Summary of NDMA
        API |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1512.8362   2711.6099         239
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS           df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups               0       0            .
 Within groups      1.7500e+09     238   7352828.11
------------------------------------------------------------------------
```

```
    Total           1.7500e+09    238   7352828.11

                                   Comparison of NDMA by API
                                         (Bonferroni)

. oneway ndma dose, t bon

            |          Summary of NDMA
       Dose |        Mean   Std. dev.       Freq.
------------+------------------------------------
          0 |   816.06098   679.81415          41
          1 |   1657.1179   2944.0295         198
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      24027132.8      1   24027132.8      3.30     0.0706
 Within groups      1.7259e+09    237   7282472.39
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(1) =  75.3489    Prob>chi2 = 0.000

                                   Comparison of NDMA by Dose
                                         (Bonferroni)
Row Mean-|
Col Mean |          0
---------+-----------
       1 |    841.057
         |      0.071

. oneway ndma place, t bon

            |          Summary of NDMA
      Place |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1442.7074   2829.5926          81
          2 |   1548.7883    2657.573         158
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      602585.084      1   602585.084      0.08     0.7753
 Within groups      1.7494e+09    237   7381310.15
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11
```

```
Bartlett's equal-variances test: chi2(1) =   0.4204    Prob>chi2 = 0.517

                         Comparison of NDMA by Place
                                (Bonferroni)
Row Mean-|
Col Mean |          1
---------+-----------
       2 |    106.081
         |      0.775

. oneway ndma container, t bon

            |            Summary of NDMA
  Container |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1334.3805   1697.5139          82
          2 |   1105.0764    2109.889          91
          3 |   2383.3817    4217.859          60
          4 |   1430.6333   779.40849           6
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      63253310.6      3   21084436.9      2.94     0.0340
 Within groups      1.6867e+09    235   7177530.97
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(3) =  73.7713    Prob>chi2 = 0.000

                       Comparison of NDMA by Container
                                (Bonferroni)
Row Mean-|
Col Mean |          1          2          3
---------+---------------------------------
       2 |   -229.304
         |      1.000
         |
       3 |       1049    1278.31
         |      0.132      0.027
         |
       4 |    96.2528    325.557   -952.748
         |      1.000      1.000      1.000

. oneway ndma tablets, t bon

            |            Summary of NDMA
```

| Tablets | Mean | Std. dev. | Freq. |
|---|---|---|---|
| 1 | 1125.2139 | 2052.1351 | 97 |
| 40 | 706.23335 | 547.89285 | 3 |
| 50 | 1395.4333 | 810.61625 | 9 |
| 60 | 1243.95 | 933.09567 | 6 |
| 65 | 2791.7538 | 3669.2745 | 13 |
| 70 | 903.02222 | 652.63924 | 18 |
| 75 | 1096.3385 | 2510.2237 | 13 |
| 80 | 682.5 | 665.38748 | 2 |
| 84 | 823.3 | 560.84293 | 3 |
| 90 | 1103.4214 | 815.72068 | 28 |
| 100 | 369.45 | 1.3434986 | 2 |
| 500 | 3000.0683 | 4803.9787 | 41 |
| 2000 | 1252.2 | 420.24954 | 4 |
| Total | 1512.8362 | 2711.6099 | 239 |

Analysis of variance

| Source | SS | df | MS | F | Prob > F |
|---|---|---|---|---|---|
| Between groups | 148367337 | 12 | 12363944.7 | 1.74 | 0.0589 |
| Within groups | 1.6016e+09 | 226 | 7086751.12 | | |
| Total | 1.7500e+09 | 238 | 7352828.11 | | |

Bartlett's equal-variances test: chi2(12) = 161.4839 Prob>chi2 = 0.000

Comparison of NDMA by Tablets
(Bonferroni)

| Row Mean-Col Mean | 1 | 40 | 50 | 60 | 65 | 70 |
|---|---|---|---|---|---|---|
| 40 | -418.981 | | | | | |
| | 1.000 | | | | | |
| 50 | 270.219 | 689.2 | | | | |
| | 1.000 | 1.000 | | | | |
| 60 | 118.736 | 537.717 | -151.483 | | | |
| | 1.000 | 1.000 | 1.000 | | | |
| 65 | 1666.54 | 2085.52 | 1396.32 | 1547.8 | | |
| | 1.000 | 1.000 | 1.000 | 1.000 | | |
| 70 | -222.192 | 196.789 | -492.411 | -340.928 | -1888.73 | |
| | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | |
| 75 | -28.8755 | 390.105 | -299.095 | -147.612 | -1695.42 | 193.316 |
| | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

```
         |
      80 |  -442.714  -23.7333  -712.933   -561.45  -2109.25  -220.522
         |     1.000     1.000     1.000     1.000     1.000     1.000
         |
      84 |  -301.914   117.067  -572.133   -420.65  -1968.45  -79.7222
         |     1.000     1.000     1.000     1.000     1.000     1.000
         |
      90 |  -21.7925   397.188  -292.012  -140.529  -1688.33   200.399
         |     1.000     1.000     1.000     1.000     1.000     1.000
         |
     100 |  -755.764  -336.783  -1025.98    -874.5   -2422.3  -533.572
         |     1.000     1.000     1.000     1.000     1.000     1.000
         |
     500 |   1874.85   2293.83   1604.63   1756.12   208.314   2097.05
         |     0.016     1.000     1.000     1.000     1.000     0.452
         |
    2000 |   126.986   545.967  -143.233      8.25  -1539.55   349.178
         |     1.000     1.000     1.000     1.000     1.000     1.000

Row Mean-|
Col Mean |        75        80        84        90       100       500
---------+------------------------------------------------------------
      80 |  -413.838
         |     1.000
         |
      84 |  -273.038     140.8
         |     1.000     1.000
         |
      90 |   7.08297   420.921   280.121
         |     1.000     1.000     1.000
         |
     100 |  -726.888   -313.05   -453.85  -733.971
         |     1.000     1.000     1.000     1.000
         |
     500 |   1903.73   2317.57   2176.77   1896.65   2630.62
         |     1.000     1.000     1.000     0.314     1.000
         |
    2000 |   155.862     569.7     428.9   148.779    882.75  -1747.87
         |     1.000     1.000     1.000     1.000     1.000     1.000

. oneway ndma retained, t bon

            |            Summary of NDMA
   Retained |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   2336.6236   4168.4498          91
          2 |   1610.5689   820.57014          45
          3 |   742.32524   570.29509         103
------------+------------------------------------
      Total |   1512.8362   2711.6099         239
```

```
                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups       123334540      2   61667270.2      8.95     0.0002
 Within groups      1.6266e+09    236   6892536.22
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(2) = 328.4378    Prob>chi2 = 0.000

                        Comparison of NDMA by Retained
                                (Bonferroni)
Row Mean-|
Col Mean |          1          2
---------+----------------------
       2 |   -726.055
         |      0.391
         |
       3 |    -1594.3   -868.244
         |      0.000      0.196

. oneway ndma storage, t bon

            |            Summary of NDMA
    Storage |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   3000.0683   4803.9787          41
          2 |   2306.7514   4105.3591          35
          3 |    1561.764   812.29237          50
          5 |   495.12727   373.04719          11
          6 |   732.33492   600.38188          63
          7 |   810.41333   512.27545          15
          8 |   789.68888     574.092           9
         13 |      592.91   533.74175          15
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups       187439412      7   26777058.9      3.96     0.0004
 Within groups      1.5625e+09    231   6764215.05
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(7) = 360.7380    Prob>chi2 = 0.000

                        Comparison of NDMA by Storage
                                (Bonferroni)
```

| Row Mean- Col Mean | 1 | 2 | 3 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 2 | -693.317 | | | | | |
| | 1.000 | | | | | |
| 3 | -1438.3 | -744.987 | | | | |
| | 0.259 | 1.000 | | | | |
| 5 | -2504.94 | -1811.62 | -1066.64 | | | |
| | 0.139 | 1.000 | 1.000 | | | |
| 6 | -2267.73 | -1574.42 | -829.429 | 237.208 | | |
| | 0.001 | 0.125 | 1.000 | 1.000 | | |
| 7 | -2189.65 | -1496.34 | -751.351 | 315.286 | 78.0784 | |
| | 0.160 | 1.000 | 1.000 | 1.000 | 1.000 | |
| 8 | -2210.38 | -1517.06 | -772.075 | 294.562 | 57.354 | -20.7245 |
| | 0.611 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 13 | -2407.16 | -1713.84 | -968.854 | 97.7827 | -139.425 | -217.503 |
| | 0.068 | 0.946 | 1.000 | 1.000 | 1.000 | 1.000 |

| Row Mean- Col Mean | 8 |
|---|---|
| 13 | -196.779 |
| | 1.000 |

```
. oneway ndma temperature, t bon
```

| Temperature | Summary of NDMA Mean | Std. dev. | Freq. |
|---|---|---|---|
| 1 | 2336.6236 | 4168.4498 | 91 |
| 3 | 1006.3182 | 766.69417 | 148 |
| Total | 1512.8362 | 2711.6099 | 239 |

Analysis of variance

| Source | SS | df | MS | F | Prob > F |
|---|---|---|---|---|---|
| Between groups | 99725885.3 | 1 | 99725885.3 | 14.32 | 0.0002 |
| Within groups | 1.6502e+09 | 237 | 6963068.37 | | |
| Total | 1.7500e+09 | 238 | 7352828.11 | | |

Bartlett's equal-variances test: chi2(1) = 279.7980 Prob>chi2 = 0.000

```
                        Comparison of NDMA by Temperature
                                  (Bonferroni)
Row Mean-|
Col Mean |          1
---------+-----------
       3 |   -1330.31
         |      0.000

. oneway ndma expired, t bon

            |           Summary of NDMA
    Expired |        Mean   Std. dev.       Freq.
------------+------------------------------------
          0 |   1105.5652   1778.5365         161
          1 |   2353.4853   3884.7612          78
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      81826899.5      1   81826899.5     11.63     0.0008
 Within groups      1.6681e+09    237   7038591.52
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(1) =  68.8983    Prob>chi2 = 0.000

                        Comparison of NDMA by Expired
                                  (Bonferroni)
Row Mean-|
Col Mean |          0
---------+-----------
       1 |    1247.92
         |      0.001

. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\assumptions.log
  log type:  text
 closed on:   5 Mar 2022, 19:57:10
----------------------------------------------------------------------------------
--
```

```
*
* ZANTAC baseline data - retained and storage analyses
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\baseline2.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
anova ndma retained
anova ndma storage
anova ndma retained storage
log close
```

```
-------------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\baseline2.log
  log type:  text
 opened on:   5 Mar 2022, 12:21:55

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 239 obs)

. anova ndma retained

                         Number of obs =        239    R-squared     =  0.0705
                         Root MSE      =    2625.36    Adj R-squared =  0.0626

                  Source | Partial SS         df         MS        F    Prob>F
              -----------+----------------------------------------------------
                   Model |  1.233e+08          2    61667270      8.95  0.0002
                         |
                retained |  1.233e+08          2    61667270      8.95  0.0002
                         |
                Residual |  1.627e+09        236   6892536.2
              -----------+----------------------------------------------------
                   Total |  1.750e+09        238   7352828.1

. anova ndma storage

                         Number of obs =        239    R-squared     =  0.1071
                         Root MSE      =    2600.81    Adj R-squared =  0.0801

                  Source | Partial SS         df         MS        F    Prob>F
              -----------+----------------------------------------------------
                   Model |  1.874e+08          7    26777059      3.96  0.0004
                         |
                 storage |  1.874e+08          7    26777059      3.96  0.0004
                         |
                Residual |  1.563e+09        231   6764215.1
              -----------+----------------------------------------------------
                   Total |  1.750e+09        238   7352828.1

. anova ndma retained storage

                         Number of obs =        239    R-squared     =  0.1077
                         Root MSE      =    2605.56    Adj R-squared =  0.0767

                  Source | Partial SS         df         MS        F    Prob>F
              -----------+----------------------------------------------------
                   Model |  1.885e+08          8    23563909      3.47  0.0008
                         |
```

```
    retained |   37128898         2    18564449      2.73  0.0670
     storage |   65176734         6    10862789      1.60  0.1480
             |
    Residual |  1.561e+09       230   6788964.4
-------------+----------------------------------------------------
       Total |  1.750e+09       238   7352828.1

. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\baseline2.log
  log type:  text
 closed on:   5 Mar 2022, 12:21:56
-----------------------------------------------------------------------------------
--
```

```
*
* ZANTAC baseline data - random assignment of data to 12 factors
*
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\random.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv

set seed 1000

*NDA Holder
g double random1 = (254-1)*runiform()+1
sort random1
g seqnum1=_n
g group1=0
replace group1=1 if (seqnum1<=15)
replace group1=2 if (seqnum1>15)&(seqnum1<=247)
*list group1 id seqnum1 random1 ndma
oneway ndma group1 if group1 > 0, t

* FD Manufacturer
g double random2 = (254-1)*runiform()+1
sort random2
g seqnum2=_n
g group2=0
replace group2=1 if (seqnum2<=45)
replace group2=2 if (seqnum2>45)&(seqnum2<=67)
replace group2=3 if (seqnum2>67)&(seqnum2<=80)
replace group2=4 if (seqnum2>80)&(seqnum2<=247)
oneway ndma group2 if group2 > 0, t

* Form
g double random3 = (254-1)*runiform()+1
sort random3
g seqnum3=_n
g group3=0
replace group3=1 if (seqnum3<=217)
replace group3=2 if (seqnum3>217)&(seqnum3<=254)
oneway ndma group3 if group3 > 0, t

* API
g double random4 = (254-1)*runiform()+1
sort random4
g seqnum4=_n
g group4=0
replace group4=1 if (seqnum4<=7)
replace group4=2 if (seqnum4>7)&(seqnum4<=254)
```

```
oneway ndma group4 if group4 > 0, t

* Dose
g double random5 = (254-1)*runiform()+1
sort random5
g seqnum5=_n
g group5=0
replace group5=1 if (seqnum5<=41)
replace group5=2 if (seqnum5>41)&(seqnum5<=254)
oneway ndma group5 if group5 > 0, t

* Manufacture Place
g double random6 = (254-1)*runiform()+1
sort random6
g seqnum6=_n
g group6=0
replace group6=1 if (seqnum6<=82)
replace group6=2 if (seqnum6>82)&(seqnum6<=247)
oneway ndma group6 if group6 > 0, t

* Container
g double random7 = (254-1)*runiform()+1
sort random7
g seqnum7=_n
g group7=0
replace group7=1 if (seqnum7<=84)
replace group7=2 if (seqnum7>84)&(seqnum7<=188)
replace group7=3 if (seqnum7>188)&(seqnum7<=248)
replace group7=4 if (seqnum7>248)&(seqnum7<=254)
oneway ndma group7 if group7 > 0, t

* No. of Tablets
g double random8 = (254-1)*runiform()+1
sort random8
g seqnum8=_n
g group8=0
replace group8=1 if (seqnum8<=32)
replace group8=2 if (seqnum8>32)&(seqnum8<=84)
oneway ndma group8 if group8 > 0, t

* Retained
g double random9 = (254-1)*runiform()+1
sort random9
g seqnum9=_n
g group9=0
replace group9=1 if (seqnum9<=91)
replace group9=2 if (seqnum9>91)&(seqnum9<=139)
replace group9=3 if (seqnum9>139)&(seqnum9<=254)
oneway ndma group9 if group9 > 0, t
```

```
* Storage
g double random10 = (254-1)*runiform()+1
sort random10
g seqnum10=_n
g group10=0
replace group10=1 if (seqnum10<=41)
replace group10=2 if (seqnum10>41)&(seqnum10<=76)
replace group10=3 if (seqnum10>76)&(seqnum10<=126)
replace group10=4 if (seqnum10>126)&(seqnum10<=137)
replace group10=5 if (seqnum10>137)&(seqnum10<=200)
replace group10=6 if (seqnum10>200)&(seqnum10<=215)
replace group10=7 if (seqnum10>215)&(seqnum10<=224)
replace group10=8 if (seqnum10>224)&(seqnum10<=239)
oneway ndma group10 if group10 > 0, t

* Temp/Humidity
g double random11 = (254-1)*runiform()+1
sort random11
g seqnum11=_n
g group11=0
replace group11=1 if (seqnum11<=91)
replace group11=2 if (seqnum11>91)&(seqnum11<=254)
oneway ndma group11 if group11 > 0, t

* Expired
g double random12 = (254-1)*runiform()+1
sort random12
g seqnum12=_n
g group12=0
replace group12=1 if (seqnum12<=88)
replace group12=2 if (seqnum12>88)&(seqnum12<=254)
oneway ndma group12 if group12 > 0, t

log close
```

```
-----------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\random.log
  log type:  text
 opened on:   5 Mar 2022, 20:53:52

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 254 obs)

.
. set seed 1000

.
. *NDA Holder
. g double random1 = (254-1)*runiform()+1

. sort random1

. g seqnum1=_n

. g group1=0

. replace group1=1 if (seqnum1<=15)
(15 real changes made)

. replace group1=2 if (seqnum1>15)&(seqnum1<=247)
(232 real changes made)

. *list group1 id seqnum1 random1 ndma
. oneway ndma group1 if group1 > 0, t

            |           Summary of NDMA
     group1 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   825.71334   845.90765          15
          2 |   1541.8274   2745.1393         232
------------+------------------------------------
      Total |   1498.3387   2673.2721         247

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      7225146.42      1   7225146.42      1.01     0.3156
 Within groups      1.7508e+09    245   7146062.41
------------------------------------------------------------------------
    Total           1.7580e+09    246   7146383.89

Bartlett's equal-variances test: chi2(1) =  19.4854    Prob>chi2 = 0.000
```

```
.
. * FD Manufacturer
. g double random2 = (254-1)*runiform()+1

. sort random2

. g seqnum2=_n

. g group2=0

. replace group2=1 if (seqnum2<=45)
(45 real changes made)

. replace group2=2 if (seqnum2>45)&(seqnum2<=67)
(22 real changes made)

. replace group2=3 if (seqnum2>67)&(seqnum2<=80)
(13 real changes made)

. replace group2=4 if (seqnum2>80)&(seqnum2<=247)
(167 real changes made)

. oneway ndma group2 if group2 > 0, t

            |           Summary of NDMA
     group2 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   2230.9944    3942.317          45
          2 |   883.38635   761.51974          22
          3 |   1840.8154   2476.9687          13
          4 |   1299.8186   2224.5107         167
------------+------------------------------------
      Total |   1460.8484   2575.1478         247

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      40234078.9      3   13411359.6      2.05     0.1077
 Within groups      1.5911e+09    243   6547682.89
------------------------------------------------------------------------
    Total           1.6313e+09    246   6631386.27

Bartlett's equal-variances test: chi2(3) =  59.1138    Prob>chi2 = 0.000

.
. * Form
. g double random3 = (254-1)*runiform()+1

. sort random3
```

```
. g seqnum3=_n

. g group3=0

. replace group3=1 if (seqnum3<=217)
(217 real changes made)

. replace group3=2 if (seqnum3>217)&(seqnum3<=254)
(37 real changes made)

. oneway ndma group3 if group3 > 0, t

            |            Summary of NDMA
     group3 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1428.9528   2550.7631         217
          2 |   1824.4568   3138.8673          37
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      4944581.13      1   4944581.13      0.71     0.4009
 Within groups      1.7601e+09    252   6984406.12
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =   2.9002    Prob>chi2 = 0.089

.
. * API
. g double random4 = (254-1)*runiform()+1

. sort random4

. g seqnum4=_n

. g group4=0

. replace group4=1 if (seqnum4<=7)
(7 real changes made)

. replace group4=2 if (seqnum4>7)&(seqnum4<=254)
(247 real changes made)

. oneway ndma group4 if group4 > 0, t

            |            Summary of NDMA
```

```
     group4 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   2347.9001   3229.4973           7
          2 |   1462.1553   2626.5503         247
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups       5340458      1      5340458      0.76     0.3827
 Within groups      1.7597e+09    252   6982835.18
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =   0.5423    Prob>chi2 = 0.461

.
. * Dose
. g double random5 = (254-1)*runiform()+1

. sort random5

. g seqnum5=_n

. g group5=0

. replace group5=1 if (seqnum5<=41)
(41 real changes made)

. replace group5=2 if (seqnum5>41)&(seqnum5<=254)
(213 real changes made)

. oneway ndma group5 if group5 > 0, t

            |          Summary of NDMA
     group5 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1388.8561   2105.1218          41
          2 |   1505.3735    2736.275         213
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      466778.658      1   466778.658      0.07     0.7965
 Within groups      1.7645e+09    252   7002175.17
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57
```

```
Bartlett's equal-variances test: chi2(1) =   4.0655    Prob>chi2 = 0.044

.
. * Manufacture Place
. g double random6 = (254-1)*runiform()+1

. sort random6

. g seqnum6=_n

. g group6=0

. replace group6=1 if (seqnum6<=82)
(82 real changes made)

. replace group6=2 if (seqnum6>82)&(seqnum6<=247)
(165 real changes made)

. oneway ndma group6 if group6 > 0, t

            |           Summary of NDMA
     group6 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1611.7537    2796.925          82
          2 |   1378.8851   2485.5593         165
------------+------------------------------------
      Total |   1456.1937   2589.6991         247

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      2970451.16      1   2970451.16      0.44     0.5068
 Within groups      1.6468e+09    245   6721790.89
------------------------------------------------------------------------
    Total           1.6498e+09    246   6706541.55

Bartlett's equal-variances test: chi2(1) =   1.5409    Prob>chi2 = 0.214

.
. * Container
. g double random7 = (254-1)*runiform()+1

. sort random7

. g seqnum7=_n

. g group7=0

. replace group7=1 if (seqnum7<=84)
```

```
(84 real changes made)

. replace group7=2 if (seqnum7>84)&(seqnum7<=188)
(104 real changes made)

. replace group7=3 if (seqnum7>188)&(seqnum7<=248)
(60 real changes made)

. replace group7=4 if (seqnum7>248)&(seqnum7<=254)
(6 real changes made)

. oneway ndma group7 if group7 > 0, t

            |          Summary of NDMA
     group7 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1222.2512   2402.1878          84
          2 |   1602.6187   2618.5455         104
          3 |     1318.46   2387.3639          60
          4 |   4856.4333   5769.6257           6
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      77100745.6      3   25700248.5      3.81     0.0107
 Within groups      1.6879e+09    250   6751656.71
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(3) =  13.1178    Prob>chi2 = 0.004

.
. * No. of Tablets
. g double random8 = (254-1)*runiform()+1

. sort random8

. g seqnum8=_n

. g group8=0

. replace group8=1 if (seqnum8<=32)
(32 real changes made)

. replace group8=2 if (seqnum8>32)&(seqnum8<=84)
(52 real changes made)

. oneway ndma group8 if group8 > 0, t
```

```
             |          Summary of NDMA
      group8 |        Mean   Std. dev.       Freq.
-------------+------------------------------------
           1 |   1516.9219   2970.4925          32
           2 |   1421.3327    2217.856          52
-------------+------------------------------------
       Total |   1457.7476   2514.0155          84

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      181005.363      1   181005.363      0.03     0.8668
 Within groups       524401740     82   6395143.18
------------------------------------------------------------------------
    Total            524582746     83   6320274.05

Bartlett's equal-variances test: chi2(1) =   3.3614    Prob>chi2 = 0.067

.
. * Retained
. g double random9 = (254-1)*runiform()+1

. sort random9

. g seqnum9=_n

. g group9=0

. replace group9=1 if (seqnum9<=91)
(91 real changes made)

. replace group9=2 if (seqnum9>91)&(seqnum9<=139)
(48 real changes made)

. replace group9=3 if (seqnum9>139)&(seqnum9<=254)
(115 real changes made)

. oneway ndma group9 if group9 > 0, t

             |          Summary of NDMA
      group9 |        Mean   Std. dev.       Freq.
-------------+------------------------------------
           1 |    1963.756   3355.3375          91
           2 |   1032.3906    1749.009          48
           3 |   1298.5313    2242.542         115
-------------+------------------------------------
       Total |   1486.5655   2641.2769         254

                        Analysis of variance
```

```
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      34688914.4      2   17344457.2      2.52     0.0828
 Within groups      1.7303e+09    251   6893729.12
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(2) =  29.8138    Prob>chi2 = 0.000

.
. * Storage
. g double random10 = (254-1)*runiform()+1

. sort random10

. g seqnum10=_n

. g group10=0

. replace group10=1 if (seqnum10<=41)
(41 real changes made)

. replace group10=2 if (seqnum10>41)&(seqnum10<=76)
(35 real changes made)

. replace group10=3 if (seqnum10>76)&(seqnum10<=126)
(50 real changes made)

. replace group10=4 if (seqnum10>126)&(seqnum10<=137)
(11 real changes made)

. replace group10=5 if (seqnum10>137)&(seqnum10<=200)
(63 real changes made)

. replace group10=6 if (seqnum10>200)&(seqnum10<=215)
(15 real changes made)

. replace group10=7 if (seqnum10>215)&(seqnum10<=224)
(9 real changes made)

. replace group10=8 if (seqnum10>224)&(seqnum10<=239)
(15 real changes made)

. oneway ndma group10 if group10 > 0, t

            |           Summary of NDMA
    group10 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   974.41707   704.22042          41
          2 |   1255.5471    2486.863          35
```

```
          3 |    1526.81   2550.9959          50
          4 |  840.23636   563.73019          11
          5 |  1123.4929   1723.0042          63
          6 |  3167.8067   4752.5768          15
          7 |  3394.5999   5872.9455           9
          8 |  2633.9333   4122.6556          15
------------+------------------------------------
      Total |  1497.2213   2662.2204         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      120486567      7   17212366.7      2.54     0.0155
 Within groups      1.5663e+09    231   6780600.94
------------------------------------------------------------------------
    Total           1.6868e+09    238   7087417.57

Bartlett's equal-variances test: chi2(7) = 145.6925    Prob>chi2 = 0.000

.
. * Temp/Humidity
. g double random11 = (254-1)*runiform()+1

. sort random11

. g seqnum11=_n

. g group11=0

. replace group11=1 if (seqnum11<=91)
(91 real changes made)

. replace group11=2 if (seqnum11>91)&(seqnum11<=254)
(163 real changes made)

. oneway ndma group11 if group11 > 0, t

            |           Summary of NDMA
    group11 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |  1353.2906   2259.4775          91
          2 |  1560.9705   2836.0822         163
------------+------------------------------------
      Total |  1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      2518745.14      1   2518745.14      0.36     0.5490
 Within groups      1.7625e+09    252   6994032.45
```

```
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =   5.6600    Prob>chi2 = 0.017

.
. * Expired
. g double random12 = (254-1)*runiform()+1

. sort random12

. g seqnum12=_n

. g group12=0

. replace group12=1 if (seqnum12<=88)
(88 real changes made)

. replace group12=2 if (seqnum12>88)&(seqnum12<=254)
(166 real changes made)

. oneway ndma group12 if group12 > 0, t

            |           Summary of NDMA
    group12 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |    1064.096   1547.1111          88
          2 |   1710.5253   3047.8441         166
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      24032506.1      1   24032506.1      3.48     0.0633
 Within groups      1.7410e+09    252   6908660.38
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =  43.1689    Prob>chi2 = 0.000

.
. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\random.log
  log type:  text
 closed on:   5 Mar 2022, 20:53:53
-----------------------------------------------------------------------------------
--
```

```
*
* Simulate 1000: ZANTAC baseline data - random assignment of data to 12 factors
*
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\simulate.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv


program random, rclass
preserve
*NDA Holder
g double random1 = (254-1)*runiform()+1
sort random1
g seqnum1=_n
g group1=0
replace group1=1 if (seqnum1<=15)
replace group1=2 if (seqnum1>15)&(seqnum1<=247)
*list group1 id seqnum1 random1 ndma
oneway ndma group1 if group1 > 0, t
g p1=Ftail(r(df_m),r(df_r), r(F))

* FD Manufacturer
g double random2 = (254-1)*runiform()+1
sort random2
g seqnum2=_n
g group2=0
replace group2=1 if (seqnum2<=45)
replace group2=2 if (seqnum2>45)&(seqnum2<=67)
replace group2=3 if (seqnum2>67)&(seqnum2<=80)
replace group2=4 if (seqnum2>80)&(seqnum2<=247)
oneway ndma group2 if group2 > 0, t
g p2=Ftail(r(df_m),r(df_r), r(F))

* Form
g double random3 = (254-1)*runiform()+1
sort random3
g seqnum3=_n
g group3=0
replace group3=1 if (seqnum3<=217)
replace group3=2 if (seqnum3>217)&(seqnum3<=254)
oneway ndma group3 if group3 > 0, t
g p3=Ftail(r(df_m),r(df_r), r(F))

* API
g double random4 = (254-1)*runiform()+1
sort random4
```

```
g seqnum4=_n
g group4=0
replace group4=1 if (seqnum4<=7)
replace group4=2 if (seqnum4>7)&(seqnum4<=254)
oneway ndma group4 if group4 > 0, t
g p4=Ftail(r(df_m),r(df_r), r(F))

* Dose
g double random5 = (254-1)*runiform()+1
sort random5
g seqnum5=_n
g group5=0
replace group5=1 if (seqnum5<=41)
replace group5=2 if (seqnum5>41)&(seqnum5<=254)
oneway ndma group5 if group5 > 0, t
g p5=Ftail(r(df_m),r(df_r), r(F))

* Manufacture Place
g double random6 = (254-1)*runiform()+1
sort random6
g seqnum6=_n
g group6=0
replace group6=1 if (seqnum6<=82)
replace group6=2 if (seqnum6>82)&(seqnum6<=247)
oneway ndma group6 if group6 > 0, t
g p6=Ftail(r(df_m),r(df_r), r(F))

* Container
g double random7 = (254-1)*runiform()+1
sort random7
g seqnum7=_n
g group7=0
replace group7=1 if (seqnum7<=84)
replace group7=2 if (seqnum7>84)&(seqnum7<=188)
replace group7=3 if (seqnum7>188)&(seqnum7<=248)
replace group7=4 if (seqnum7>248)&(seqnum7<=254)
oneway ndma group7 if group7 > 0, t
g p7=Ftail(r(df_m),r(df_r), r(F))

* No. of Tablets
g double random8 = (254-1)*runiform()+1
sort random8
g seqnum8=_n
g group8=0
replace group8=1 if (seqnum8<=32)
replace group8=2 if (seqnum8>32)&(seqnum8<=84)
oneway ndma group8 if group8 > 0, t
g p8=Ftail(r(df_m),r(df_r), r(F))

* Retained
```

```
g double random9 = (254-1)*runiform()+1
sort random9
g seqnum9=_n
g group9=0
replace group9=1 if (seqnum9<=91)
replace group9=2 if (seqnum9>91)&(seqnum9<=139)
replace group9=3 if (seqnum9>139)&(seqnum9<=254)
oneway ndma group9 if group9 > 0, t
g p9=Ftail(r(df_m),r(df_r), r(F))

* Storage
g double random10 = (254-1)*runiform()+1
sort random10
g seqnum10=_n
g group10=0
replace group10=1 if (seqnum10<=41)
replace group10=2 if (seqnum10>41)&(seqnum10<=76)
replace group10=3 if (seqnum10>76)&(seqnum10<=126)
replace group10=4 if (seqnum10>126)&(seqnum10<=137)
replace group10=5 if (seqnum10>137)&(seqnum10<=200)
replace group10=6 if (seqnum10>200)&(seqnum10<=215)
replace group10=7 if (seqnum10>215)&(seqnum10<=224)
replace group10=8 if (seqnum10>224)&(seqnum10<=239)
oneway ndma group10 if group10 > 0, t
g p10=Ftail(r(df_m),r(df_r), r(F))

* Temp/Humidity
g double random11 = (254-1)*runiform()+1
sort random11
g seqnum11=_n
g group11=0
replace group11=1 if (seqnum11<=91)
replace group11=2 if (seqnum11>91)&(seqnum11<=254)
oneway ndma group11 if group11 > 0, t
g p11=Ftail(r(df_m),r(df_r), r(F))

* Expired
g double random12 = (254-1)*runiform()+1
sort random12
g seqnum12=_n
g group12=0
replace group12=1 if (seqnum12<=88)
replace group12=2 if (seqnum12>88)&(seqnum12<=254)
oneway ndma group12 if group12 > 0, t
g p12=Ftail(r(df_m),r(df_r), r(F))

gen s1=0
replace s1=1 if p1 <= 0.05
gen s2=0
replace s2=1 if p2 <= 0.05
```

```
gen s3=0
replace s3=1 if p3 <= 0.05
gen s4=0
replace s4=1 if p4 <= 0.05
gen s5=0
replace s5=1 if p5 <= 0.05
gen s6=0
replace s6=1 if p6 <= 0.05
gen s7=0
replace s7=1 if p7 <= 0.05
gen s8=0
replace s8=1 if p8 <= 0.05
gen s9=0
replace s9=1 if p9 <= 0.05
gen s10=0
replace s10=1 if p10 <= 0.05
gen s11=0
replace s11=1 if p11 <= 0.05
gen s12=0
replace s12=1 if p12 <= 0.05
return scalar sum=s1+s2+s3+s4+s5+s6+s7+s8+s9+s10+s11+s12
restore
end

set seed 1000

simulate sum=r(sum), reps(1000): random

tab sum


log close
```

```
--------------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\simulate.log
  log type:  text
 opened on:   5 Mar 2022, 12:26:30

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 254 obs)

.
.
. program random, rclass
  1. preserve
  2. *NDA Holder
. g double random1 = (254-1)*runiform()+1
  3. sort random1
  4. g seqnum1=_n
  5. g group1=0
  6. replace group1=1 if (seqnum1<=15)
  7. replace group1=2 if (seqnum1>15)&(seqnum1<=247)
  8. *list group1 id seqnum1 random1 ndma
. oneway ndma group1 if group1 > 0, t
  9. g p1=Ftail(r(df_m),r(df_r), r(F))
 10.
. * FD Manufacturer
. g double random2 = (254-1)*runiform()+1
 11. sort random2
 12. g seqnum2=_n
 13. g group2=0
 14. replace group2=1 if (seqnum2<=45)
 15. replace group2=2 if (seqnum2>45)&(seqnum2<=67)
 16. replace group2=3 if (seqnum2>67)&(seqnum2<=80)
 17. replace group2=4 if (seqnum2>80)&(seqnum2<=247)
 18. oneway ndma group2 if group2 > 0, t
 19. g p2=Ftail(r(df_m),r(df_r), r(F))
 20.
. * Form
. g double random3 = (254-1)*runiform()+1
 21. sort random3
 22. g seqnum3=_n
 23. g group3=0
 24. replace group3=1 if (seqnum3<=217)
 25. replace group3=2 if (seqnum3>217)&(seqnum3<=254)
 26. oneway ndma group3 if group3 > 0, t
 27. g p3=Ftail(r(df_m),r(df_r), r(F))
 28.
. * API
. g double random4 = (254-1)*runiform()+1
```

```
 29. sort random4
 30. g seqnum4=_n
 31. g group4=0
 32. replace group4=1 if (seqnum4<=7)
 33. replace group4=2 if (seqnum4>7)&(seqnum4<=254)
 34. oneway ndma group4 if group4 > 0, t
 35. g p4=Ftail(r(df_m),r(df_r), r(F))
 36.
. * Dose
. g double random5 = (254-1)*runiform()+1
 37. sort random5
 38. g seqnum5=_n
 39. g group5=0
 40. replace group5=1 if (seqnum5<=41)
 41. replace group5=2 if (seqnum5>41)&(seqnum5<=254)
 42. oneway ndma group5 if group5 > 0, t
 43. g p5=Ftail(r(df_m),r(df_r), r(F))
 44.
. * Manufacture Place
. g double random6 = (254-1)*runiform()+1
 45. sort random6
 46. g seqnum6=_n
 47. g group6=0
 48. replace group6=1 if (seqnum6<=82)
 49. replace group6=2 if (seqnum6>82)&(seqnum6<=247)
 50. oneway ndma group6 if group6 > 0, t
 51. g p6=Ftail(r(df_m),r(df_r), r(F))
 52.
. * Container
. g double random7 = (254-1)*runiform()+1
 53. sort random7
 54. g seqnum7=_n
 55. g group7=0
 56. replace group7=1 if (seqnum7<=84)
 57. replace group7=2 if (seqnum7>84)&(seqnum7<=188)
 58. replace group7=3 if (seqnum7>188)&(seqnum7<=248)
 59. replace group7=4 if (seqnum7>248)&(seqnum7<=254)
 60. oneway ndma group7 if group7 > 0, t
 61. g p7=Ftail(r(df_m),r(df_r), r(F))
 62.
. * No. of Tablets
. g double random8 = (254-1)*runiform()+1
 63. sort random8
 64. g seqnum8=_n
 65. g group8=0
 66. replace group8=1 if (seqnum8<=32)
 67. replace group8=2 if (seqnum8>32)&(seqnum8<=84)
 68. oneway ndma group8 if group8 > 0, t
 69. g p8=Ftail(r(df_m),r(df_r), r(F))
 70.
```

```
. * Retained
. g double random9 = (254-1)*runiform()+1
 71. sort random9
 72. g seqnum9=_n
 73. g group9=0
 74. replace group9=1 if (seqnum9<=91)
 75. replace group9=2 if (seqnum9>91)&(seqnum9<=139)
 76. replace group9=3 if (seqnum9>139)&(seqnum9<=254)
 77. oneway ndma group9 if group9 > 0, t
 78. g p9=Ftail(r(df_m),r(df_r), r(F))
 79.
. * Storage
. g double random10 = (254-1)*runiform()+1
 80. sort random10
 81. g seqnum10=_n
 82. g group10=0
 83. replace group10=1 if (seqnum10<=41)
 84. replace group10=2 if (seqnum10>41)&(seqnum10<=76)
 85. replace group10=3 if (seqnum10>76)&(seqnum10<=126)
 86. replace group10=4 if (seqnum10>126)&(seqnum10<=137)
 87. replace group10=5 if (seqnum10>137)&(seqnum10<=200)
 88. replace group10=6 if (seqnum10>200)&(seqnum10<=215)
 89. replace group10=7 if (seqnum10>215)&(seqnum10<=224)
 90. replace group10=8 if (seqnum10>224)&(seqnum10<=239)
 91. oneway ndma group10 if group10 > 0, t
 92. g p10=Ftail(r(df_m),r(df_r), r(F))
 93.
. * Temp/Humidity
. g double random11 = (254-1)*runiform()+1
 94. sort random11
 95. g seqnum11=_n
 96. g group11=0
 97. replace group11=1 if (seqnum11<=91)
 98. replace group11=2 if (seqnum11>91)&(seqnum11<=254)
 99. oneway ndma group11 if group11 > 0, t
100. g p11=Ftail(r(df_m),r(df_r), r(F))
101.
. * Expired
. g double random12 = (254-1)*runiform()+1
102. sort random12
103. g seqnum12=_n
104. g group12=0
105. replace group12=1 if (seqnum12<=88)
106. replace group12=2 if (seqnum12>88)&(seqnum12<=254)
107. oneway ndma group12 if group12 > 0, t
108. g p12=Ftail(r(df_m),r(df_r), r(F))
109.
. gen s1=0
110. replace s1=1 if p1 <= 0.05
111. gen s2=0
```

```
112. replace s2=1 if p2 <= 0.05
113. gen s3=0
114. replace s3=1 if p3 <= 0.05
115. gen s4=0
116. replace s4=1 if p4 <= 0.05
117. gen s5=0
118. replace s5=1 if p5 <= 0.05
119. gen s6=0
120. replace s6=1 if p6 <= 0.05
121. gen s7=0
122. replace s7=1 if p7 <= 0.05
123. gen s8=0
124. replace s8=1 if p8 <= 0.05
125. gen s9=0
126. replace s9=1 if p9 <= 0.05
127. gen s10=0
128. replace s10=1 if p10 <= 0.05
129. gen s11=0
130. replace s11=1 if p11 <= 0.05
131. gen s12=0
132. replace s12=1 if p12 <= 0.05
133. return scalar sum=s1+s2+s3+s4+s5+s6+s7+s8+s9+s10+s11+s12
134. restore
135. end

.
. set seed 1000

.
. simulate sum=r(sum), reps(1000): random

      Command: random
          sum: r(sum)

Simulations (1,000)
----+--- 1 ---+--- 2 ---+--- 3 ---+--- 4 ---+--- 5
..................................................    50
..................................................   100
..................................................   150
..................................................   200
..................................................   250
..................................................   300
..................................................   350
..................................................   400
..................................................   450
..................................................   500
..................................................   550
..................................................   600
..................................................   650
..................................................   700
```

```
..................................................   750
..................................................   800
..................................................   850
..................................................   900
..................................................   950
.................................................. 1,000

.
. tab sum

     r(sum) |      Freq.     Percent        Cum.
------------+-----------------------------------
          0 |        558       55.80       55.80
          1 |        320       32.00       87.80
          2 |        107       10.70       98.50
          3 |         13        1.30       99.80
          4 |          2        0.20      100.00
------------+-----------------------------------
      Total |      1,000      100.00

.
.
. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\simulate.log
  log type:  text
 closed on:   5 Mar 2022, 12:26:39
-----------------------------------------------------------------------------------
--
```

# APPENDIX 1

Contains Confidential Information -- Subject to Protective Order

## Materials Considered by Dr. Robert D. Gibbons

All materials referenced and/or discussed within the expert report are incorporated herein by reference.

**Expert Reports**

1. Expert Report of Charles S. Davis with Attachments and additional materials provided

2. Expert Report of Ramin (Ron) Najafi, Pd.D. with Appendices and additional materials provided

**Literature**

1. Gelman (2016), "The Problems With p-Values Are Not Just With p-Values," The American Statistician, supplemental materials to ASA Statement on p-Values and Statistical Significance, 70, 1–2.

2. Gibbons, Robert D. Statistical Methods for Groundwater Monitoring. New York, NY; Wiley; 1994.

# APPENDIX 2

# Robert D. Gibbons, Ph.D.

## CURRICULUM VITAE

## PERSONAL INFORMATION

Center for Health Statistics, University of Chicago,
5841 S. Maryland Avenue, MC 2007, Office W260, Chicago, IL, 60637
Voice: 773-834-8692 Fax: 773-702-1979 RDG@UCHICAGO.EDU
[redacted] [redacted] [redacted]

## EDUCATION AND TRAINING

Ph.D., University of Chicago, 1981, Statistics and Psychometrics.
Dissertation Topic: Trend in Correlated Proportions
Dissertation Committee: R. Darrell Bock, James J. Heckman, David L. Wallace, James S. Coleman

B.A., University of Denver, 1976, Chemistry and Mathematics

## PROFESSIONAL & ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2018-present | Faculty Associate, Department of Comparative Human Development |
| 2018-present | Founding Member, Committee on Quantitative Methods in Social, Behavioral and Health Sciences |
| 2016-present | The Blum-Riese Professor of Biostatistics |
| 2010-present | Director, Center for Health Statistics, University of Chicago. |
| 2010-present | Professor of Medicine, University of Chicago. |
| 2010-present | Professor of Public Health Sciences, University of Chicago. |
| 2010-present | Professor of Psychiatry, University of Chicago. |
| 2010-present | Professor Emeritus of Biostatistics, University of Illinois |
| 2009-2010 | Professor of Mathematics, Statistics and Computer Science, UIC. |
| 2000-2010 | Director, Center for Health Statistics, University of Illinois at Chicago. |
| 1993-2010 | Professor of Biostatistics, University of Illinois at Chicago. |
| 1993-2010 | Professor of Psychiatry, University of Illinois at Chicago. |
| 1985-1993 | Associate Professor of Biostatistics, University of Illinois at Chicago. |
| 1985-1993 | Associate Professor of Psychiatry, University of Illinois at Chicago. |
| 1988-1989 | Visiting Professor, University of Chicago. |
| 1981-1985 | Assistant Professor of Biostatistics, University of Illinois at Chicago. |
| 1981-1985 | Assistant Professor of Psychiatry, University of Illinois at Chicago. |
| 1981-1986 | Statistical Consultant, National Institute of Mental Health. |
| 1980-1981 | Senior Programmer and Statistician, University of Chicago, DOD/NORC. |
| 1978-1982 | Statistician, Illinois State Psychiatric Institute. |
| 1978-1980 | Statistical Consultant, Harvard University, Department of Psychology. |
| 1977-1978 | Statistical Analyst, University of Chicago, Department of Psychiatry. |

## HONORS, AWARDS, & SCHOLARSHIPS

Scholarship for Graduate Study, 1978-1981, University of Chicago
Young Investigator Award, 1985-1992, Office of Naval Research
Research Scientist Award - National Institute of Mental Health, 1995-2000
20th Century Distinguished Service Award for Outstanding Contribution to the Development of Statistical Ecology, Environmental Statistics and Risk Assessment, 2000
Fellow of the American Statistical Association, 2001
Member of the Institute of Medicine (now National Academy of Medicine) of the National Academy of Sciences, 2001
Member of the American College of Neuropsychopharmacology, 2001
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2002)
Harvard Award in Psychiatric Epidemiology and Biostatistics, (Harvard, 2003)
2001 Book with Coleman ranked in the top 5 books for Statisticians by the ASA
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2006)
University of Illinois at Chicago - Distinguished Faculty Award, 2009
American Statistical Association – Outstanding Statistical Applications Award, 2009
Professor Emeritus of Biostatistics, University of Illinois, 2010
Pritzker Scholar, University of Chicago, 2011
Rema Lapouse Award for Contributions to Psychiatric Epidemiology – APHA, 2012
Long-Term Excellence Award – Health Policy Statistics Section – ASA, 2013
Advisor to the Director of NIH (Dr. Francis Collins), 2014
Elected to the International Statistical Institute (ISI), 2015
Fellow of the Center for Health Administration Studies (CHAS), 2015
Endowed Chair University of Chicago – The Blum-Riese Professorship, 2016
Distinguished Achievement Medal for the ASA's Section on Statistics and the Environment, 2016
Fellow of the Royal Statistical Society, 2016
Advisor to the Secretary of the Veterans Administration (Dr. David Shulkin), 2017

## PROFESSIONAL MEMBERSHIPS

Institute of Medicine of the National Academy of Sciences
National Academy of Medicine of the National Academy of Sciences
American Statistical Association (Fellow)
International Statistical Institute (Fellow)
Royal Statistical Society (Fellow)
Biometric Society
Psychometric Society
American College of Neuropsychopharmacology

## REVIEW AND EDITORIAL EXPERIENCE

Reviewer for *Journal of American Statistical Assoc., Biometrics, Psychometrika, Technometrics, JAMA Psychiatry, Journal of Psychiatric Research, American Journal of Psychiatry, Science, Psychiatry Research, Sociological Methodology, Psychological Bulletin, Biological Psychiatry, Environmental Science and Technology, Statistics in Medicine*, and *Ground Water*.

Grant reviewer for National Institute of Mental Health

Editorial Board of *Health Services and Outcomes Research*
National Institute of Mental Health Services Research IRG Member 1992-1996
Veterans Administration Cooperative Study Review Board, 1998
Editorial Board of *JAMA Psychiatry* 2015-2017
Associate Editor of *Harvard Data Science Review* 2018-

## ADMINISTRATIVE/COMMITTEE WORK

Institute of Medicine - Committee on the Drug Halcion, 1997
Institute of Medicine - Committee on Organ Procurement and Transplantation Policy, 1999
Institute of Medicine - Health Sciences Policy Board Member, 1999-2004.

Institute of Medicine - Committee on Small $n$ Clinical Trials, 2001
Institute of Medicine - Committee on Adolescent and Adult Suicide, 2002
FDA Advisory Board on Suicide and Antidepressants in Adolescents, 2004
Institute of Medicine - Committee on National Cord Blood Stem Cell Program, 2005
Institute of Medicine - Committee on US Drug Safety, 2005-2006
NIH Consensus Panel on the Efficacy and Safety of Multivitamins, 2006
VA – Blue Ribbon Working Group on Suicide Prevention in the Veterans Population, 2008
Institute of Medicine/NRC – Asbestos Research Roadmap Committee, 2009
National Academy of Sciences/NRC – Committee on Assessment of Agent Monitoring Strategies for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants, 2011
Mathematica Panel on Performance Measure Testing, 2013
NIH Panel on the Future of the National Children's Study, 2014-2015
Advisor to Secretary Shulkin of the Veterans Administration, 2017
National Academy of Medicine – Committee on A Fairer and More Equitable, Cost Effective, and Transparent System of Donor Organ Procurement, Allocation, and Distribution, 2021
National Academy of Medicine – Committee on Creating a More Equitable, Transparent, and Efficient System for Deceased Donor Organs, 2022

## RECENT KEY PRESENTATIONS

Congressional Testimony on *Allocation of Organs for Transplantation* (on behalf of the National Academy of Sciences) - 9/21/99.
Biological Psychiatry Meeting. *The Statistics of Suicide*, 2008.
Harvard University Department of Statistics. *Statistical Issues in Drug Safety: The Curious Case of Antidepressants, Anticonvulsants, … , and Suicide*, 2008.
Great Lakes cGMP & Regulatory Science Forum. *Post-Approval Drug Safety Surveillance*, 2009.
International Symposium about Current Issues and Controversies in Psychiatry. *The Curious Case of Antidepressants, Anticonvulsants, … , and Suicidal Behavior*, 2009.
University of Chicago Health Economics Meetings. Discussion of *A Flexible Two-part Random Effects Model for Correlated Medical Costs*, 2009.
Institute of Medicine - Co-Chair – *CNS Clinical Trials: Suicidality and Data Collection*, 2009.
International Conference on Health Policy Statistics, *Statistical Issues in Drug Safety*, 2010.
New Clinical Drug Evaluation Unit (NCDEU) meeting: *The Future of Psychiatric Measurement*, 2010.
NCDEU meeting: *Post Approval Drug Safety Surveillance*, 2010.
APHA Annual Meeting: *Rema Lapouse Award Lecture*, 2012.
IASR World Congress of Suicide, Keynote Speaker, 2013.
American Statistical Society: International Conference on Health Policy Statistics, Keynote Speaker 2013.
UCLA Grand Rounds, 2015.
National Academy of Medicine, Invited Speaker, 2015.
Michael Davis Lecture – SSA/CHAS University of Chicago, 2015.

International Summit on Suicide Research, Keynote Speaker, 2015.
Joint Statistical Meetings – Health Policy Statistics Section Luncheon Speaker, *Measurement*, 2016.
XXVth Annual Meeting of the Eating Disorders Research Society, Keynote Speaker, *The Adaptive Measurement of Eating Disorders*, 2019.
National Academy of Medicine, Forum on Mental Health and Substance Use Disorders Public Workshop, *Advances in mental health measurement*, 2019.
American Academy of Child and Adolescent Psychiatry, *Computer adaptive testing, multidimensional item response theory and the development of the Kiddie-CAT*, 2019.
Indiana University. *High quality remote mental health screening and measurement-based care in a pandemic world*, 2020.
Department of Psychiatry, University of Colorado. *The CAT-MH and K-CAT: Clinical practice overview for measurement-based care*, 2020.
International Society for CNS Clinical Trials and Methodology. *Assessment of clinical profiles and outcomes in personalized medicine*, 2020.
Millennium Institute for Research on Depression and Personality (MIDAP). *The CAT-MH, advances in mental health measurement*, 2020.
Quantitative Methods Workshop, University of Chicago. *The statistical measurement of social determinants of health*, 2021.
Columbia University Depression Research Summit. *The future of mental health measurement*, 2021.
Department of Psychiatry Grand Rounds, NYU. *The measurement of child psychopathology and suicide risk*, 2021.
APSARD meeting, Opening Plenary: Virtual and Electronic Assessment and Intervention. *Advances in mental health measurement*, 2022.

## RECENT TEACHING EXPERIENCE AND CURRICULUM DEVELOPMENT

**University of Illinois at Chicago – Division of Biostatistics – Guest lecturer – 2000-2010**
Longitudinal Data Analysis (#537)
Logistic Regression and Survival Analysis (#505)
Biostatistics Research Seminar (#595).
PGY-3 Research Methods in Psychiatry

**University of Chicago – 1988-1989**
Multivariate Statistics (Division of Social Sciences)

**University of Chicago – 2011-present**
Statistical Applications Course (Public Health Sciences and Statistics) (2012-2019)
Committee on Academic Promotions (2013-2016)

## MENTORSHIP

**University of Chicago**

<u>Ph.D.</u>

Eiji Muraki (1983) *Marginal maximum likelihood estimation for three-parameter polychotomous item response models: application of an EM algorithm.*

Ulf Bockenholt (1985) *Inverse prediction in behavioral research.*

Donald R. Hedeker (1989) *Random Regression models with autocorrelated errors: investigating drug plasma levels and clinical response.*

Steven G. Schilling (1993) *Advances in full-information factor analysis using the Gibbs sampler.*

Matthew Churpek (2014) *Predicting in-hospital cardiac arrest using electronic health record data.*

Marcelo Coca Perraillon (2015) *Essays on health care quality measurement and evaluation.*

Jiebiao Wang (2017) *Statistical methods for genomics data with clustered structure and missing values.*

Qianheng Ma (2021) *Extensions to Statistical Methods for Analyzing Intensive Multilevel Longitudinal Data Collected by Mobile and Wearable Devices.*

Will Parker (2021) *Transplant center practices and the survival benefit of organ transplantation.*

**University of Illinois at Chicago**

<u>Ph.D.</u>

Subhash Aryal: (2008) *Small sample tests and sample size determination for linear and non-linear mixed- effects models.*

Kush Kapur (2010) *Hypothesis testing, power and sample size determination for health science data.*

Anup Amatya (2011) *Meta-analysis for binary adverse event data.*

Yoonsang Kim: (2011) *Confidence and prediction intervals for small sample asbestos fiber counts.*

Glen Schumock (2012) *Drug Safety*

David Morton: (2015) *Hospital Profiling*

<u>M.S.</u>

Subhash Aryal: (2004)

Arijit Sinha (2006)

Anup Amatya (2007)

<u>Post-Doctoral Fellowship</u>

Jason Immekus (2008)

Zheng Chang (2016-2017)

## FUNDED RESEARCH

**Current:**

2019-2022 Substance Abuse and Mental Health Services Administration (SAMHSA). *Mental and Substance Use Disorders Prevalence Study (MDPS)*, Grant #FG000030-01, $26,375,940 (Co-I).

2018-2022 National Institute of Mental Health. *Synthesis of trials to prevent suicide risk behavior in sexual and gender minorities*. R01MH117598 (Brown), $2,595,000 (Co-PI).

2021-2022 National Institute of Mental Health. *2/2 B-SNIP: Algorithmic Diagnostics for Efficient Prescription of Treatments (ADEPT)*, Grant #R01MH124805, $200,000 (PI).

2019-2022 National Institute of Mental Health. *Predictive Analytics Applied to Integrated Administrative Emergency Response Datasets in Chicago*, Grant #R01MH117168, $443,389 (PI of Statistical Core).

2019-2022 National Institute of Aging (NIA). *Adaptive Testing of Cognitive Function based on multi-dimensional Item Response Theory*, Grant #R56 AG066127-01, $4,241,904 (Co-I).

2019-2023 Blue Cross Blue Shield (BCBS) Association. *Interventions to Reduce Community Violence in High Risk Populations: Modeling the Complex Determinants of Violence*, Grant #SP0061226, #106,992 (Co-I).

2018-2023 National Institute of Mental Health. *Harnessing Computerized Adaptive Testing, Transdiagnostic Theories of Suicidal Behavior, and Machine Learning to Advance the Emergent Assessment of Suicidal Youth (EASY)*, Competitive Renewal, Grant #RO1 MH100155-06, $3,500,000 (PI).

2019-2023 National Institute of Mental Health. *Accelerator Strategies for States to Improve System Transformations Affecting Children, Youth and Families*, Grant #P50MH113662-A1, $39,341 (PI of Statistical Core).

2019-2024 National Institute of Health. *Methodology and Advanced Analytics Resource Center (MAARC)*, Grant # U2CDA05009, $2,433,384 (PI of Statistical Core).

2019-2024 National Institutes of Health. *Early-phase Schizophrenia: Practice-based Research to Improve Treatment Outcomes (ESPRITO)*, Grant #R01MH120594, $1,504,444 (PI of Statistical Core).

2019-2024 National Institute of Mental Health. *½-Building Infrastructure and Community Capacity for Integrated Care*, Grant #R01MH117247-02, $581,006 (PI of Statistical Core).

**Past:**

1984-1985 Campus Research Board of the University of Illinois. Grant #889 *Statistical Models of Complex Psychiatric Data*. $10,300 (PI).

1985-1988 Office of Naval Research. Young Investigator Award. *Conditional Dependence*, $181,000 (PI).

1986-1987 National Institute of Mental Health. *A Comparison of Discrete and Continuous Latent Structure*, Grant #1RO3 MH 39750-01 A1 $15,000, 1986 (Co. PI).

1985-1987 MacArthur Foundation, Network I, *Biometric Laboratory Support* $150,000 (PI).

1988-1989 Campus Research Board of the University of Illinois. Grant #5590 *Statistical Visualization*. $8,000 (PI).

1988-1990 MacArthur Foundation, Network I, *A Statistical Model for Biological Rhythm Study* $30,000 (PI).

1988-1991 Office of Naval Research. Continuation of Support for *Conditional Dependence*, $184,000 (PI).

1990-1992 National Institute of Mental Health. *Problem Drinking Over Time by Future MDs* Grant # RO1 AA07311-05, $493,233, Statistician, (Dr. Judy Richman PI).

1990-1991 MacArthur Foundation, Network I, *Social Zeitgebers and Biological Rhythms* $24,000. (Co. PI).

1990-1991 National Institute of Mental Health. *MIXMASTER: A computer program for resolving normal mixtures*, Grant #R43 MH 45620-01 A1 $50,000, (PI).

1991-1995 National Institute of Mental Health. *Statistical Evaluation: Preschoolers Behavior Problems & Health Care Use: A Longitudinal Study*, Grant # RO1 MH46089, $154,603, (Biostatistical Subcontract - Dr. John Lavigne PI).

1991-1993 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-01 A2 $299,000, (PI).

1991-1992 National Institute of Mental Health. *Monoamine Receptor Sensitivity in Mental Illness*, Grant #RO1 MH36169-08A2, $187,040, Statistician, (Dr. Ghanshyam PI).

1991-1992 MacArthur Foundation, Network I, *A Statistical Re-evaluation of the NIMH Treatment Collaborative Study of Depression Using Random Regression Models*, $34,167. (PI).

1992-1997 National Institute of Mental Health. *Schizophrenic Cognition: A Longitudinal Study*, Grant # HHS-2

RO1 MH26341-17, $36,000 Biostatistical subcontract, (Dr. Martin Harrow PI).
1992-1996 National Institute of Mental Health. *Serotonin Receptors in Teenage Suicide and Their Families*, Grant # RO1 MH48153-01A1, $940,316, Statistician, (Dr. Ghanshyam Pandey PI).
1993-1996 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-03 A1 $473,080, (PI). Renewal.
1995-2000 National Institute of Mental Health. *Research Scientist Award* Grant #K05 MH01254 $458,132 (PI).
1996-2000 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* Grant #RO1 MH 56146 $473,080 (CO-PI) (Dr. Donald Hedeker PI).
2000-2004 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* (percentile = 0.5) Grant #RO1 MH 56146-04 $1,233,936 (CO-PI) (Dr. Donald Hedeker PI).
2000-2007 National Institute of Mental Health. *Statistical Center for the MTA Follow-up Study*, $923,000 (PI).
2002-2007 National Institute of Mental Health. *Mixed-effects ZIP models for Mental Health Services Research*, #RO1 MH65556-01, $660,735 (PI).
2002-2006 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing*, Grant #RO1 MH66302-01, $1,077,502 (PI).
2004-2007 National Institute of Mental Health. *Multivariate Probit Model for Health Services Research*, Grant #RO1 MH67198-01, $663,950 (Dr. Hua Yun Chen PI).
2005-2008 National Institute of Mental Health. *Statistical Testing for Generalized Mixed-effects Models*, Grant #RO1 MH069353, $450,000 (Dr. Dulal Bhaumik PI).
2005-2006 National Cancer Institute. *Evaluation of the Added-Value of Multidimensional and Hierarchical Psychometric Modeling for Cancer Outcomes*, Contract #05828, $150,000 (PI).
2006-2007 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R56* MH078580-01, $232,500 (PI).
2007-2011 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973, $4,000,000 (PI of Statistical Core).
2006-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Competitive Renewal*, Grant #RO1 MH66302-04, $3,429,658 (PI).
2007-2013 National Institute of Mental Health. *Autism Center of Excellence: Translational Studies of Insistence of Sameness in Autism.* 1P50HD055751, $9,600,000 (Cook), (PI of Statistical Core).
2008-2013 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R01* MH8012201, $2,640,000 (PI).
2009-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Supplement*, Grant #RO1 MH66302-04, $1,773,298 (PI).
2011-2016 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973 (Lambert), $4,000,000, (PI of Statistical Core).
2011-2016 CMS. *Integrated Inpatient and Outpatient Care for Patients at High Risk of Hospitalization*. 1C1CMS331033-01-01 (Meltzer), (PI of Statistical Core).
2011-2016 CMS. Innovative Methods for Modeling Longitudinal Medical Costs. R01 HS020263-01 (Liu), (Co-investigator).
2013-2018 National Institute of Mental Health. *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Administrative Supplement, $600,000 (PI).
2014-2019 National Institute of Mental Health. *Risks and Benefits of ADHD Medication for Psychiatric and Neurologic Problems* (D'Onofrio). R01 MH102221, (PI of Statistical Core). $3,000,000.
2014-2019 NIH/PECARN. *Emergency Department Screen for Teens at Risk for Suicide (ED-STARS)*. U01MH104311 (King), $2,906,947, (PI of Statistical Core).
2014-2019 Department of Defense. *Wingman Suicide Prevention Program*. Contract (Wyman) (PI of Statistical Core). $123,157.
2017-2019 National Institute of Mental Health. *Computerized Adaptive Testing of Suicidality in LGBT Young Adults*, Administrative Supplement #RO1 MH100155-03, $150,000 (PI).
2013-2019 National Institute of Mental Health. *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Grant #RO1 MH100155-01, $3,376,000 (PI).
2015-2020 National Institute of Mental Health. *Bipolar-Schizoprenia Network for Intermediate Phenotypes 2 (B-*

*SNIP 2)*. R01 MH077851-05A1 (Taminga), (PI of Statistical Core).

2015-2020 National Institute of Mental Health. *Bipolar-Schizoprenia Network for Intermediate Phenotypes 2 (B-SNIP 2)*. R01 MH103368 (Gershon), (PI of Statistical Core). $643,000.

## PUBLICATIONS

*[peer reviewed, by topic area – authors are current or former students or trainees]*

### General Statistics and Biostatistics:


1. **Gibbons R.D.**, Fielder-Weiss V.C., West D.P., Lapin G. Quantification of scalp hair - a computer aided methodology. *Journal of Investigative Dermatology, 86*, 78-82, 1986.
2. **Gibbons R.D.,** Computer-aided quantification of scalp hair. *Dermatologic Clinics*, *4*, 627-640, 1986.
3. **Gibbons R.D.**, Bock RD. Trend in Correlated Proportions. *Psychometrika*, *52*, 113-124, 1987.
4. Hatoum N.S., Leach C.L., Talsma D.M., **Gibbons R.D.**, & Garvin P.J. A statistical basis for using fewer rabbits in dermal irritation testing. *Journal of the American College of Toxicology*, *9*, 49-60, 1990.
5. Tanner J.M., **Gibbons R.D.** & Bock R.D. An image analysis system for TW skeletal maturity. *Hormone Research*, *32*, 11, 1992.
6. **Gibbons R.D.**, Hedeker D.R. & Davis J.M. Estimation of effect size from a series of experiments involving paired comparisons. *Journal of Educational Statistics*, *18*, 271-279, 1993.
7. **Gibbons R.D.**, Hedeker D.R. Charles S.C., & Frisch P. A random-effects probit model for predicting medical malpractice claims. *Journal of the American Statistical Association*, *89*, 760-767, 1994.
8. Tanner J.M., & **Gibbons R.D.** A computerized image analysis system for estimating Tanner-Whitehouse 2 bone age. *Hormone Research*, *42*, 282-287, 1994.
9. Hedeker D.R., & **Gibbons R.D.** A random-effects ordinal regression model for multilevel analysis. *Biometrics*, *50*, 933-944, 1994.
10. Tanner J.M., & **Gibbons R.D.** Automatic bone age measurement using computerized image analysis. *J. Paed Endocr*, *7*, 141-145, 1994.
11. Hedeker D. & **Gibbons R.D.** MIXOR: a computer program for mixed-effects ordinal regression analysis. *Computer Methods and Programs in Biomedicine*, *49*, 157-176, 1996.
12. Hedeker D. & **Gibbons R.D.** MIXREG: a computer program for mixed-effects regression analysis with autocorrelated errors. *Computer Methods and Programs in Biomedicine*, *49*, 229-252, 1996.
13. Bock R.D. & **Gibbons R.D.** High dimensional multivariate probit analysis. *Biometrics*, *52*, 1183-1194, 1996.
14. Hedeker D. & **Gibbons R.D.** Application of random-effects pattern-mixture models for missing data in longitudinal studies. *Psychological Methods*, *2*, 64-78, 1997.
15. **Gibbons R.D.** & Hedeker D. Random-effects probit and logistic regression models for three-level data. *Biometrics*, *53*, 1527-1537, 1997.
16. **Gibbons R.D.** & Wilcox-Gök V. Health Service Utilization and Insurance Coverage: A Multivariate Probit Analysis. *Journal of the American Statistical Association*, *93*, 63-72, 1998.
17. **Gibbons R.D.** & Lavigne J.V. Emergence of childhood psychiatric disorders: A multivariate probit analysis. *Statistics in Medicine*, *17*, 2487-2499, 1998.
18. Hedeker D.R., **Gibbons R.D** & Waternaux C. Sample size estimation for longitudinal designs with attrition. *J. of Educational Statistics*, *24*, 70-93, 1999.
19. **Gibbons R.D.**, Brown B.W., Azarnoff D.L., Bunney W.E., Cancro R., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D., Pope A.M., French G.S. Assessment of the safety and efficacy data for the hypnotic Halcion(R): Results of an analysis by an Institute of Medicine committee. *Journal of the American Statistical Association*, *94*, 993-1002, 1999.
20. **Gibbons R.D.**, Meltzer D., Duan N., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, Pope A. and Pitluck S. Waiting for Organ Transplantation, *Science*, *287*, 237-238,

2000.

21. **Gibbons R.D.**, Duan, N., Meltzer D. Inequities in liver transplant allocation. *Science*, *289*, 549, 2000.
22. **Gibbons R.D.** & Hedeker D. Applications of mixed-effect models in biostatistics. *Sankhya*, *62*, Series B, 70-103, 2000.
23. Marcus S.M. and **Gibbons R.D.** Estimating the Efficacy of Receiving Treatment In Randomized Clinical Trials with Noncompliance. *Health Services and Outcomes Research Methodology*, *2*, 247-258, 2001.
24. **Gibbons R.D.**, Duan N., Meltzer D., Pope, A., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, and Pitluck S. Waiting for Organ Transplantation: Results of an analysis by an Institute of Medicine Committee, *Biostatistics*, *4*, 207-222, 2003.
25. **Gibbons R.D.** Racial disparities in liver transplantation. *Liver Transplantation*, *10*, 842-843, 2004.
26. **Gibbons R.D.**, Lazar N.A., Bhaumik D.K., Sclove S.L., Chen H.Y., Thulborn K.R., Sweeney J.A., Hur K., Patterson D. Estimation and classification of fMRI hemodynamic response patterns. *Neuroimage*, *22*, 804-814, 2004.
27. **Gibbons R.D.**, Bhaumik, D.K., Cox D.R., Grayson D., Davis J.M., and Sharma R.P. Sequential Prediction Bounds for Identifying Differentially Expressed Genes in Replicated Microarray Experiments. *Journal of Statistical Planning and Inference*, *129*, 19-37, 2005.
28. Roy A., Bhaumik D.K., Aryal S., **Gibbons R.D.** Sample size determination for hierarchical longitudinal designs with differential attrition rates. *Biometrics*, *63*, 699-707, 2007.
29. **Gibbons R.D.**, Hur K., Bhaumik D., Bell C.C. Profiling of county-level foster care placements using random-effects Poisson regression models. *Health Services and Outcomes research Methodology*, *7*, 97-108, 2007.
30. Aryal S., Bhaumik D.K., Mathew T. and **Gibbons R.D.** Approximate Tolerance Limits and Prediction Limits for the Gamma Distribution. *Journal of Applied Statistical Science*, *16*, 103-111, 2007.
31. **Gibbons R.D.**, Segawa E., Karabatsos G., Amatya A.K., Bhaumik D.K., Brown C.H, Kapur K., Marcus S., Hur K., Mann J.J. Random-effect Poisson regression analysis of adverse event reports: The relationship between antidepressants and suicide. Statistics in Medicine, 27, 1814-1833, 2008.
32. Bhaumik D.K., Roy A., Lazar N.A., Kapur K., Aryal S., **Gibbons R.D.**, Sweeney J.A., Patterson D: Hypothesis testing, power and sample size determination for between group comparisons in fMRI experiments. *Statistical Methodology*, 6, 133-146, 2008
33. **Gibbons R.D**. Design and analysis of longitudinal studies. *Psychiatric Annals*, 38, 758-761, 2008.
34. Bhaumik D.K., Roy A. Aryal S., Hur K., Duan N., Normand S.L.T., Brown C.H., **Gibbons R.D.** Sample size determination for studies with repeated continuous outcomes. *Psychiatric Annals*, 38, 765-771, 2008.
35. Lavori P.W., Brown C.H., Duan N., **Gibbons R.D.**, Greenhouse J. Missing data in longitudinal clinical trials - Part A: Design and conceptual issues. *Psychiatric Annals*, 38, 784-792, 2008.
36. Siddique J., Brown C.H., Hedeker D., Duan N., **Gibbons R.D.**, Miranda J., Lavori P.W. Missing data in longitudinal trials – Part B: Analytic issues. *Psychiatric Annals*, 38, 793-801, 2008.
37. Marcus S.M., Siddique J., Ten Have, T.R., **Gibbons R.D.**, Stuart E., Normand S.L.T. Balancing treatment comparisons in longitudinal studies. *Psychiatric Annals*, 38, 805-811, 2008.
38. Brown C.H., Ten Have T.R., Jo B., Dagne G., Wyman P.A., Muthén B., and **Gibbons R.D.** Adaptive designs in public health. *Annual Review of Public Health*, 30, 17.1-17.25, 2009.
39. Bhaumik D.K., Kapur K., **Gibbons R.D.** Testing parameters of a gamma distribution for small samples. *Technometrics*, 51, 326-334, 2009.
40. Kapur K., Roy A., Bhaumik D.K., **Gibbons R.D.**, Lazar N.A., Sweeney J.A., Aryal S., Patterson D. Estimation and classification of BOLD responses over multiple trials. *Communications in Statistics*, 38, 3009-3113, 2009.
41. Bhaumik D.K., Santra S., Aryal S., **Gibbons R.D.** One-sided simultaneous prediction limits for left censored normal random variables. Sankhya (Series B), 70, 226-282, 2009.
42. Kraemer H.C., **Gibbons R.D.** Where do we go wrong in assessing risk factors, diagnostic and prognostic tests? The problems of two-by-two association. *Psychiatric Annals*, 39, 711-718, 2009.

**43.** Kraemer H.C., **Gibbons R.D.** Why does the randomized clinical trial methodology so often mislead clinical decision-making? Focus on moderators and mediators of treatment. *Psychiatric Annals*, 39, 736-745, 2009.

**44.** Teixeira-Pinto A., Siddique J., **Gibbons R.D.**, and Normand S.L.T. Statistical approaches to modeling multiple outcomes in psychiatric studies. *Psychiatric Annals*, 39, 711-718, 2009.

**45.** Stuart E.A., Marcus S.M., Horvitz-Lennon M.V., **Gibbons R.D.**, Normand S.L.T., Brown C.H. Using non-experimental data to estimate treatment effects. *Psychiatric Annals*, 39, 719-728, 2009.

**46.** **Gibbons R.D.** Design and analysis of longitudinal studies, part 2., *Psychiatric Annals*, 39, 690-691, 2009.

**47.** **Gibbons R.D.**, Hedeker D., DuToit S. Advances in analysis of longitudinal data. *Annual Review of Clinical Psychology*, 6, 79-107, 2010.

**48.** **Gibbons R.D.**, Amatya A.K., Brown C.H., Hur K., Marcus S.M., Bhaumik D.K., Mann, J.J. Post-approval drug safety surveillance. *Annual Review of Public Health*, 31, 419-437, 2010.

**49.** **Gibbons R.D.**, Lambert B.L., Mann J.J. A comment on Patorno et.al. (2010): Anticonvulsant medications and the risk of suicide, attempted suicide, or violent death. *JAMA*, 304, 521-522, 2010.

**50.** Siddique J., Crespi C.M., **Gibbons R.D.,** Green B.L. Using latent variable modeling and multiple imputation to calibrate rater bias in diagnosis assesment. *Statistics in Medicine*, 30, 160-174, 2011.

**51.** **Gibbons R.D.,** Mann J.J. Strategies for quantifying the relationship between medications and suicidal behavior: what has been learned. *Drug Safety*, 34, 375-395, 2011.

**52.** Bhaumik D.K., Aryal S., Amatya A., Kapur K., **Gibbons R.D.** Sample size determination for between group comparisons in mixed-effects logistic regression models for analysis of longitudinal data. *Journal of Applied Statistical Science*, 19, 1, 2011.

**53.** Bhaumik D.K., Amatya A., Normand S.L., Greenhouse J, .Kaizar E., Neelon B., **Gibbons R.D.** Meta-analysis of rare binary adverse event data. *Journal of the American Statistical Association*, 107, 555-567, 2012.

**54.** Marcus, S.M. and **Gibbons R.D.** Caution should be used in applying propensity scores estimated in a full cohort to adjust for confounding in subgroup analyses. *Pharmacoepidemiology and Drug Safety*, 21, 710-712, 2012.

**55.** Brown C.H., Mohr, D.C., Gallo C.G., Mader C., Palinkas L., Wingood Gina., Prado G., Kellam S.G., Pantin Hilda., Poduska J., **Gibbons R.D.,** McManus J., Ogihara M., Valente T., Wulczyn F., Czaja S., Sutcliffe G., Villamar J., Jacobs C. A Computational Future for Preventing HIV in Minority Communities: How Advanced Technology Can Improve Implementation of Effective Programs. *Journal of Acquired Immune Deficiency Syndromes*. 63:S72-S84, 2013.

**56.** Amatya A., Bhaumik D.K., **Gibbons R.D.** Sample size determination for clustered count data. *Statistics in Medicine*, 17, 162–4179, 2013.

**57.** Aryal S., Bhaumik D.K., Mathew T., **Gibbons R.D.** An optimal test for variance components of multivariate mixed-effects linear models. *Journal of Multivariate Analysis*, 124, 166-178, 2014.

**58.** Bhaumik D.K., Kapur K., Balakrishnan N., Keating J.P., **Gibbons R.D**. Small sample tests for shape parameters of gamma distributions. *Communications in Statistics*, 44, 1339-1363, 2015.

**59.** **Gibbons, R.D.**, Coca-Perraillon, M., Kim, J.B. Item response theory approaches to harmonization and research synthesis. *Health Services and Outcomes Research Methodology*, 14, 213-231, 2014.

**60.** Amatya A., Bhaumik D.K., Normand S.L., Greenhouse J., Kaiser E., Neelon B., **Gibbons R.D.** Likelihood-based random effect meta-analysis of binary events. *J. of Biopharmaceutical Statistics*, 25, 984-1004, 2015.

**61.** **Gibbons, R.D.**, Coca-Perraillon, M., Hur, K., Conti, R.M., Valuck, R.J., Brent, D.A. Antidepressant treatment and suicide attempts and self-inflicted injury in children and adolescents. *Pharmacoepidemiology and Drug Safety*, 24, 208-214, 2015.

**62.** Siddique, J., Reiter J.P, Brincks A., **Gibbons, R.D.,** Crespi C.M., Brown C.H. Multiple imputation for harmonizing longitudinal non-commensurate measures in individual participant data meta-analysis. *Statistics in Medicine*, 34, 3399-3414, 2015.

**63.** Wang, J., Gamazon, E.R., Pierce, B.L., Stranger, B.E., Im, H.K., **Gibbons, R.D.,** Cox, N.J., Nicolae, D.L., Chen, L.S. Imputing gene expression in uncollected tissues within and beyond GTEx. American

Journal of Human Genetics, 98, 697-708, 2016.

64. **Gibbons, R.D.** Analysis of medical claims data. Wiley StatsRef: Statistics Reference Online. 1-8, 2016.

65. **Gibbons, R.D.** OxyElite Pro and liver disease: Statistical assessment of an apparent association. *Journal of Statistical Theory and Practice, 12(1),* 42-47, 2018.

66. Hedeker, D., du Toit, S., Demirtas, H., **Gibbons, R.D.** A note on marginalization of regression parameters from mixed models of binary outcomes. *Biometrics*, 74, 354-361, 2018.

67. **Gibbons R.D.**, Hur K., Lavigne J., Wang J., Mann J.J. Medications and Suicide: High Dimensional Empirical Bayes Screening (iDEAS). *Harvard Data Science Review*, 1(2), 2019.

**Mental Health Statistics:**

68. **Gibbons R.D.**, Clark, D., & Davis J.M. A statistical model for the classification of imipramine response in depressed inpatients. *Psychopharmacology*, *78*, 185-189, 1982.

69. **Gibbons R.D.**, Dorus E., Ostrow D.G., Pandey G.N., Davis J.M., Levy D.L. Mixture distributions in psychiatric research. *Biological Psychiatry*, *19*, 483-509, 1984.

70. **Gibbons R.D.**, Davis J.M. The price of beer and the salaries, of priest: a note on the analysis and display of longitudinal psychiatric data. *Archives of General Psychiatry*, *41*, 1183-1184, 1984.

71. **Gibbons R.D.**, Lewine R.R.J., Davis J.M., Schooler N.R., Cole J.O. An empirical test of a Kraepelinian versus a Bleulerian view of negative symptoms. *Schizophrenia Bulletin*, *11*, 390-395, 1985.

72. **Gibbons R.D.**, Maas J.W., Davis J.M., Swann A., Redmond E., Casper R., Hanin I., Bowden C., Kocsis J., Stokes P. Path analysis of psychopharmacological data: catecholamine breakdown in man. *Psychiatry Research*, *18*, 89-105, 1986.

73. **Gibbons R.D.**, Davis J.M. Consistent evidence for a biological subtype of depression characterized by low CSF monoamine levels. *Acta Psychiatrica Scandinavica*, *74*, 8-12,1986.

74. Gibbons R.D., Hedeker D., Davis J.M. Regression toward the mean: More on the price of beer and the salaries of priests. *Psychoneuroendocrinology*, *12*, 185-192, 1987.

75. **Gibbons R.D.**, Janicak P.G., Davis J.M. A response to Overall and Rhoades regarding their comment on the efficacy of unilateral vs bilateral ECT. *Convulsive Therapy 3*, 228-237, 1987.

76. Davis J.M., Koslow S.H., **Gibbons R.D.**, Maas J.W., Bowden C.L., Casper R., Hanin I., Javaid J.I., Chang S.S., Stokes P.E. Cerebrospinal fluid and urinary biogenic amines and metabolites in depressed and healthy controls: a multivariate analysis. *Archives of General Psychiatry*, *45*, 705-717, 1988.

77. Clark D.C., & **Gibbons R.D.** Does one nonlethal suicide attempt increase the risk for a subsequent nonlethal attempt? *Medical Care*, *25*, 87-88, 1987.

78. Kraemer H.C., Pruyn J.P., **Gibbons R.D.**, Greenhouse J.B., Grochocinski V.J., Waternaux C., & Kupfer D.J. Methodology in psychiatric research. *Archives of General Psychiatry*, *44*, 1100-1106, 1987.

79. **Gibbons R.D.**, Hedeker D.R., Waternaux C., & Davis J.M. Random regression models: A comprehensive approach to the analysis of longitudinal psychiatric data. *Psychopharmacological Bulletin*, *24*, 438-443, 1988.

80. Hedeker D.R., **Gibbons R.D.**, Waternaux C., & Davis J.M. Investigating drug plasma levels and clinical response using random regression models. *Psychopharmacological Bulletin*, *25*, 227-231, 1989.

81. Clark D.C., **Gibbons R.D.**, Fawcett, J. & Sheftner W.A. What is the mechanism by which suicide attempts predispose to later suicide attempts? A mathematical model. *Journal of Abnormal Psychology*, *98*, 1989.

82. **Gibbons R.D.**, Hedeker D.R. & Davis J.M. A comment on the selection of "healthy controls" for psychiatric experiments. *Archives of General Psychiatry*, *47*, 785-786, 1990.

83. **Gibbons R.D.**, Clark D.C & Fawcett J. A statistical method for evaluating suicide clusters and implementing cluster surveillance. *American Journal of Epidemiology*, *132*, S183-S191, 1990.

84. Fawcett J., Sheftner W.A., Fogg L., Clark D.C., Young M.A., Hedeker D.R., & **Gibbons R.D.** Time-related predictors of suicide in major affective disorder. *American Journal of Psychiatry*, *147*, 1189-1194, 1990.

85. Hedeker D.R., **Gibbons R.D.**, & Davis J.M. Random regression models for multicenter clinical trials

data. *Psychopharmacological Bulletin*, *27-1*, 73-77, 1991.

**86.** Daniel D.G., Goldberg T.E., **Gibbons R.D.** & Weinberger D.R. Lack of a bimodal distribution of ventricular size in schizophrenia: A Gaussian mixture analysis of 1056 cases and controls. *Biological Psychiatry*, *30*, 887-903, 1991.

**87.** **Gibbons R.D.**, Clark D.C & Fawcett J. Response to Bohning, Lindsay and Schlattman regarding statistical methodology for suicide cluster analysis. *American Journal of Epidemiology*, *135*, 1312-1314, 1992.

**88.** Davis J.M., Janicak P.G, Wang Z.G., **Gibbons R.D.** & Sharma R.P. The efficacy of psychotropic drugs: Implications for power analysis. *Psychopharmacology Bulletin*, *28*, 151-155, 1992.

**89.** **Gibbons R.D.**, Hedeker D.R., Elkin I., Waternaux C., Kraemer H.C., Greenhouse J.B., Shea M.T., Imber S.D., Sotsky S.M., & Watkins J.T. Some conceptual and statistical issues in analysis of longitudinal psychiatric data. *Archives of General Psychiatry*, *50*, 739-750, 1993.

**90.** **Gibbons R.D.**, and Hedeker D.R. Application of random-effects probit regression models. *Journal of Clinical and Consulting Psychology*, *62*, 285-296, 1994.

**91.** Hedeker D.R., **Gibbons R.D.**, & Flay B.R. Random regression models for clustered data: with an example from smoking prevention research. *Journal of Clinical and Consulting Psychology*, *62*, 757-765, 1994.

**92.** Elkin I., **Gibbons R.D.**, Shea M.T., Sotsky S.M., Watkins J.T., Pilkonis P.A. & Hedeker D. Initial severity and differential outcome in the NIMH treatment of depression collaborative research program. *Journal of Clinical and Consulting Psychology*, *63*, 841-847, 1995.

**93.** **Gibbons R.D.** Mixed-effects models for mental health services research. *Health Services and Outcomes Research Methodology*, *1*, 91-129, 2000.

**94.** **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant medication use and rate of suicide. *Archives of General Psychiatry*, *62*, 165-172, 2005.

**95.** **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant prescription rates and rates of early adolescent suicide. *American Journal of Psychiatry*, *163*, 1898-1904, 2006.

**96.** Marcus S.M., Gorman J.M., Tu X., **Gibbons R.D.**, Barlow D.H., Woods S.W., Shear M.K. Rater Bias in a Blinded Randomized Placebo-Controlled Psychiatry Trial. *Statistics in Medicine*, *25*, 2762-2770, 2006.

**97.** **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Erkens J.A., Herings R.M.C., Mann J.J. Early evidence on the effects of the FDA black box warning on SSRI prescriptions and suicide in children and adolescents. *American Journal of Psychiatry*, *164*, 1356-1363, 2007.

**98.** **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry*, *164*, 1044-1049, 2007.

**99.** **Gibbons R.D.**, Brown C.H., Mann J.J. SSRI prescribing rates and adolescent suicide: Is the black box helping or hurting. *Psychiatric Times*, *24*, 1-2, 2007.

**100.** Nakagawa A., Grunebaum M.F., Ellis S.P., Oquendo M.A., **Gibbons R.D.**, and Mann J.J. Suicide and antidepressant prescription rates in Japan, 1999-2003. *Journal of Clinical Psychiatry*, *68*, 908-916, 2007.

**101.** **Gibbons R.D.** Dr. Gibbons replies. *American Journal of Psychiatry*, *164*, 1908-1910, 2007.

**102.** Brown C.H., Wyman P.A., Brinales J.M., and **Gibbons R.D.** The role of randomized trials in testing interventions for the prevention of youth suicide. *International Journal of Psychiatry*, 19, 617-631, 2007.

**103.** Mann J.J. and **Gibbons R.D.** SSRIs and the risk of suicide attempt and completion: a systematic review of observational studies. *Canadian Medical Association Journal*, 180, 270-271, 2009.

**104.** **Gibbons R.D.**, Normand S.L.T., Greenhouse J.B. Comment on "Risk of suicidality in clinical trials of antidepressants in adults: analysis of proprietary data submitted to US Food and Drug Administration,"*British Medical Journal*, http://www.bmj.com/cgi/eletters/339/aug11_2/b2880#220707.

**105.** **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. The relationship between antiepileptics and suicide attempts in patients with bipolar disorder. *Archives of General Psychiatry*, 66, 1354-1360, 2009.

**106.** **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Gabapentin and suicide attempts. *Pharmacoepidemiology and Drug Safety*,19, 1241-1247, 2010.

**107.** **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Antiepileptic Drugs and Suicide Attempts in Patients with Bipolar Disorder: Response to Mentari, Stone and Hammad. *Archives of General Psychiatry*, 67, 1326-1327, 2010.

**108.** Marcus, S.M., **Gibbons, R.D.** A common misapplication of propensity scores. *Archives of General Psychiatry*, 68, March 3, 2011.

**109.** **Gibbons R.D.,** Hur K., Brown C.H., Davis J.M., Mann J.J. Benefits from antidepressants: Synthesis of 6-week patient-level outcomes from double-blind placebo controlled randomized trials of fluoxetine and venlafaxine. *Archives of General Psychiatry*, 69, 572-579, 2012.

**110.** **Gibbons R.D.,** Brown C.H., Hur K., Davis J.M., Mann J.J. Suicidal thoughts and behavior with antidepressants treatment: Re-analysis of the Randomized Placebo Controlled Studies of Fluoxetine and Venlafaxine. *Archives of General Psychiatry*, 69, 580-587, 2012.

**111.** **Gibbons, R.D.** Brown C.H., Hur K. Is the rate of suicide among veterans elevated? *American Journal of Public Health*, 102, S17-S19, 2012.

**112.** Marcus S.M., Weaver J., Lim S., Duan N., **Gibbons R.D.,** Rosenheck R. Assessing the causal effect of section 8 housing vouchers as the active ingredient for decreasing homelessness in veterans with mental illness. *Health Services and Outcomes Research Methodology*. 12, 273-287, 2012.

**113.** **Gibbons R.D.,** Brown C.H., Hur K., Davis J.M., Mann J.J. Inappropriate data and measures lead to questionable conclusions - reply. *JAMA Psychiatry*, 70, 121-123, 2013.

**114.** **Gibbons R.D.,** Brown C.H., Hur K., Davis J.M., Mann J.J. Suicide risk and efficacy of antidepressant drugs - reply. *JAMA Psychiatry*, 70, 123-125, 2013.

**115.** **Gibbons R.D.** The statistics of suicide. *Shanghai Psychiatric Journal*, 25, 124-130, 2013.

**116.** Marcus S.M., Lu B., Lim S., **Gibbons R.D.,** Oquendo M.A. Suicide attempts in patients with bipolar disorder tend to precede, not follow, initiation of antiepileptic drugs. *Journal of Clinical Psychiatry*, 74, 2013.

**117.** **Gibbons R.D.,** Mann J.J. Varenicline, smoking cessation and neuropsychiatric events. *American Journal of Psychiatry*, 170, 1460-1467, 2013.

**118.** Mann J.J, **Gibbons R.D.** Guns and Suicide. *American Journal of Psychiatry*, 170, 939-941, 2013.

**119.** Rzhetsky A., Bagley S.C., Wang K., Lyttle C.S., Cook E.H., Altman R.B., **Gibbons R.D.** Environment and incentives affect the incidence of autism and intellectual disability. *PLOS Computational Biology*, 10, e1003518, 2014.

**120.** Brent D.A., **Gibbons R.D.** Initial dose of antidepressant and suicidal behavior in youth. *JAMA Internal Medicine*, 174, 909, 2014.

**121.** Green C.A., Duan N., **Gibbons R.D.,** Hoagwood K.E., Palinkas L.A., Wisdom J.P. Approaches to mixed methods dissemination and implementation research: methods, strengths, caveats, and opportunities. *Administration and Policy in Mental Health and Mental health Services Research*. 42, 508-523, 2015.

**122.** **Gibbons, R.D.**, Hur, K., Mann, J.J. Suicide rates and the declining psychiatric hospital bed capacity in the United States. *JAMA Psychiatry*.74, 849-850, 2017.

**123.** Quinn, P. D., Chang, Z., Hur, K., **Gibbons, R. D.**, Lahey, B. B., Rickert, M. E., Sjölander, A., Lichtenstein, P., Larsson, H., & D'Onofrio, B. M. Attention-deficit/hyperactivity disorder medication and substance-related problems. *American Journal of Psychiatry*, Published on-line first, June 29, 2017.

**124.** Chang, Z., Quinn P.D., Hur K., **Gibbons R.D.**, Sjolander A., Larsson H., D'Onofrio B.M. Medication for attention-deficit/hyperactivity disorder and motor vehicle accidents. *JAMA Psychiatry*, 74, 597-603, 2017.

**125.** Quinn, P.D., Hur, K., Chang, Z., Krebs, E.E., Bair, M.J., Scott, E.L., Rickert, M.E., **Gibbons, R. D.**, Kroenke, K., and D'Onofrio, B.M. Incident and long-term opioid therapy among patients with psychiatric conditions and medications: A national study of commercial healthcare claims. *Pain*. 158, 140-148, 2017.

**126.** Taminga, C.A., Pearlson G.D., Stan, A.D., **Gibbons, R.D.** Padmanabhan, J., Keshavan, M., Clementz B.A. Strategies for advancing disease definition using biomarkers and genetics: The bipolar and

Schizophrenia network for intermediate phenotypes. *Biological Psychiatry*, 2, 20-27, 2017.

**127.** Brent, D., **Gibbons, R.D.**, Wilkinson, P., Dubicka, B. Antidepressants in pediatric depression. Do not look back in anger but around in awareness. *BJPsych Bulletin*, 42, 1-4, 2018.

**128.** Quinn, P.D., Hur, K., Chang, Z., Scott, E.L., Krebs, E.E., Bair, M.J., Rickert, M.E., **Gibbons, R. D.**, Kroenke, K., and D'Onofrio, B.M. Association of mental health conditions and treatments and long-term opioid analgesic receipt among adolescents. *JAMA Pediatrics*, 172, 423-430, 2018.

**129.** Wiggs, K.K., Chang, Z., Quinn, P.D., Hur, K., **Gibbons, R.D.**, Dunn, D., Brikell, I., Larsson, H., D'Onofrio, B.M. Attention-deficit/hyperactivity disorder medication and seizures. *Neurology*, 90, e1104-e1110, 2018.

**130.** Parker, W.F., Gorges, R.J., Gao, N., Zhang, Y., Hur, K., **Gibbons, R.D.** Association between groundwater lithium and the diagnosis of bipolar disorder and dementia in the United States. *JAMA Psychiatry*, 75, 751-754, 2018.

**131.** Rodrigue, A.L., McDowell, J.E., Tandon, N., Keshavan, M.S., Tamminga, C.A., Pearlson, G.D., Sweeney, J.A., Gibbons, R.D., and Clementz, B.A. Multivariate Relationships Between Cognition and Brain Anatomy Across the Psychosis Spectrum. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging*, 3, 992–1002, 2018.

**132.** Reininghaus, U., Bohnke, J.R., Chavez-Baldinid, U., **Gibbons, R.D.**, Ivleva, E., Clementz, B.A., Pearlson, G.D., Keshavan, M.S., Sweeney, J.A., Tamminga, C.A. Transdiagnostic dimensions of psychosis in the Bipolar-Schizophrenia Network on Intermediate Phenotypes (B-SNIP). *World Psychiatry*, 18, 67-76, 2019.

**133.** Brent D., Hur K., **Gibbons R.D.** Association Between Parental Medical Claims for Opiate Prescriptions and Risk of Suicide Attempt by Their Children. *JAMA Psychiatry*, published online May 22, 2019.

**134.** Ghirardi L., Larsson H., Chang Z., Chen Q., Quinn P.D., Hur K., **Gibbons R.D.**, D'Onofrio B.M. ADHD medication and unintentional injuries in children and adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry*, 59(8), 944-951, 2019.

**135.** Brent D., Hur K., **Gibbons R.D.** Letter in Reply: Association Between Parental Medical Claims for Opiate Prescriptions and Risk of Suicide Attempt by Their Children. *JAMA Psychiatry*, 76, 941-947, 2019.

**136.** Chang Z., Quinn P.D., O'Reilly L., Sjolander A., Hur K., **Gibbons R.D.**, Larsson H., and D'Onofrio B.M. Medication for Attention-Deficit/Hyperactivity Disorder and Risk for Suicide Attempts. *Biological Psychiatry*, 88(6), 452-458, 2020.

**137.** Brent D., Hur K., **Gibbons R.D.** Challenges of Suicide Outcomes Ascertainment in Administrative Claims Databases – Reply. *JAMA Psychiatry*. 77(1), 101-102, 2020.

**138.** Kane J.M., Schooler N.R., Marcy P., Correll C.U., Achtyes E.D., **Gibbons R.D.**, & Robinson D.G. Effect of Long-Acting Injectable Antipsychotics vs Usual Care on Time to First Hospitalization in Early-Phase Schizophrenia: A Randomized Clinical Trial. *JAMA Psychiatry*, published online July 15, 2020.

**139.** Clementz B.A., Parker D.A., Trotti R.L., McDowell J.E., … **Gibbons R.D.** Psychosis Biotypes: Replication and Validation from the B-SNIP Consortium. *Schizophrenia Bulletin*, published online 2021.

**Environmental Statistics:**

**140.** **Gibbons R.D.** Statistical prediction intervals for the evaluation of ground-water quality. *Ground Water, 25*, 455-465, 1987.

**141.** **Gibbons R.D.** Statistical models for the analysis of volatile organic compounds in waste disposal sites. *Ground Water, 25*, 572-580, 1987.

**142.** **Gibbons R.D.** A comment on "Statistical Methods for Evaluating Ground-water Monitoring from Hazardous Waste Facilities" - Final Rule *Ground Water*, *27*, 252-254, 1989.

**143.** **Gibbons R.D.** A general statistical procedure for Ground-Water Detection Monitoring at waste disposal facilities. *Ground Water*, *28*, 235-243, 1990.

144. **Gibbons R.D.** Estimating the precision of ground-water elevation data. *Ground Water, 28*, 357-360, 1990.
145. **Gibbons R.D.** & Baker J. The properties of various statistical prediction limits. *Journal of Environmental Science and Health*, *A26-4*, 535-553, 1991.
146. **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Ground Water*, *29*, 563-570, 1991.
147. **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Water Resources Journal*, *171*, 21-28, 1991. Reprinted by the United Nations Economic and Social Commission for Asia and the Pacific.
148. **Gibbons R.D.** Some additional nonparametric prediction limits for ground-water monitoring at waste disposal facilities. *Ground Water*, *29*, 729-736, 1991.
149. **Gibbons R.D.**, Jarke F.H., & Stoub K.P. Detection Limits: for linear calibration curves with increasing variance and multiple future detection decisions. *Waste Testing and Quality Assurance*, *3*, ASTM STP 1075, 377-390, 1991.
150. **Gibbons R.D.**, Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Chemometrics and Intelligent Laboratory Systems*, *12*, 225-235, 1992.
151. **Gibbons R.D.** Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics, 2*, 125-162, 1995.
152. **Gibbons R.D.** Rejoinder: Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 163-167, 1995.
153. **Gibbons R.D.** The problem with U.S. EPA's method detection limit. *American Environmental Laboratory*, *8*, 4-10, 1996.
154. **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. *Environmetrics*, *7*, 185-199, 1996.
155. **Gibbons R.D.**, Brown J. & Cameron K. Provisional standard guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* PS 64-96, West Conshohocken, PA, 1996.
156. **Gibbons R.D.** & Coleman D.E. QL assumptions questioned. *J. of AWWA*, *88*, 4-8, 1996.
157. **Gibbons R.D.** Stalking the RCRA Leapfrog. *Remediation*, *4*, 27-30, 1996.
158. **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. An alternative minimum level definition for analytical quantification. *Environmental Science and Technology*, *31*, 2071-2077, 1997.
159. Zorn M.E., **Gibbons R.D.** & Sonzogni W.C. Weighted least squares approach to calculating limits of detection and quantification by modeling variability as a function of concentration. *Analytical Chemistry*, *69*, 3069-3075, 1997.
160. **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *31*, 3729-3731, 1997.
161. Baldwin R., Bethem R.A., Boyd R.K., Budde W.L., Cairns T., **Gibbons R.D.**, Henion J.D., Kaiser M.A., Lewis D.L., Matusik J.E., Sphon J.A., Stephany R.W., Trubey R.K. 1996 ASMS Fall workshop - Limits to confirmation, quantitation, and detection. *Journal of the American Society for Mass Spectrometry*, *8*, 1180-1190, 1997.
162. **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *32*, 2346-2348, 1998.
163. **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.
164. **Gibbons R.D.** Some conceptual and statistical issues in detection and quantification of environmental pollutants. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.
165. **Gibbons R.D.** False positives in groundwater statistics. *Waste Age*, *29*, 32-37, 1998.
166. **Gibbons R.D.**, Brown J. & Cameron K. Guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* D6312-98, West Conshohocken, PA, 1999.
167. **Gibbons R.D.** Discussion of simultaneous nonparametric prediction limits. *Technometrics*, *41*, 104-

105, 1999.

**168.** **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *33*, 1313-1314, 1999.

**169.** Zorn M.E., **Gibbons R.D.** & Sonzogni W.C. Evaluation of approximate methods for calculating the limit of detection and limit of quantification. *Environmental Science and Technology*, *33*, 2291-2295, 1999.

**170.** **Gibbons R.D.** Use of combined Shewhart-CUSUM control charts for ground-water monitoring applications. *Ground Water*, *37*, 682-691, 1999.

**171.** **Gibbons R.D.**, Dolan D.G., May H., O'Leary K. & O'Hara R. Statistical comparison of leachate from hazardous, co-disposal, and municipal solid waste landfills. *Ground Water Monitoring and Remediation*, *19*, 57-72, 1999.

**172.** **Gibbons R.D.** Discussion of "Rethinking Poisson-based statistics for GW quality monitoring." *Ground Water*, *37*, 803-804, 1999.

**173.** **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, John Wiley & Sons, New York, 2000.

**174.** **Gibbons R.D.** and Bhaumik D. Weighted random-effects regression models with application to inter-laboratory calibration. *Technometrics*, *43*, 192-198, 2001.

**175.** **Gibbons R.D.** A Statistical Approach for Performing Water Quality Impairment Assessments. *Journal of AWRA*, *39*, 841-849, 2003.

**176.** Bhaumik D.K. and **Gibbons R.D.** An upper prediction limit for the arithmetic mean of a lognormal random variable. *Technometrics*, *46*, 239-248, 2004.

**177.** **Gibbons R.D.** Standard guide for applying statistical methods for assessment and corrective action environmental monitoring programs. *ASTM* D7048-04, West Conshohocken, PA, 2004.

**178.** Bhaumik D.K. and **Gibbons R.D.** Confidence regions for random-effects calibration curves with heteroscedastic errors. *Technometrics*, *62*, 223-230, 2005.

**179.** Bhaumik D.K. and **Gibbons R.D.** One-sided prediction intervals for at least p of m observations from a gamma population at each of r locations. *Technometrics*, *48*, 112-119, 2006.

**180.** **Gibbons R.D.** and Bhaumik D.K. Simultaneous gamma prediction limits for ground-water monitoring applications. *Ground Water Monitoring and Remediation*, 26, 105-116, 2006.

**181.** Aryal S., Bhaumik D.K., Sourav S., **Gibbons R.D.** Confidence intervals for random-effects calibration curves with left-censored data. *Environmetrics*, 20, 181-189, 2009.

**182.** **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, eds. R.A. Meyers, John Wiley, Chichester, 2012.

**183.** **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, revised edition. John Wiley & Sons, 2014.

**184.** **Gibbons R.D.,** Morris J.W.F., Prucha C.P., Caldwell M.D., Stanley B.F. Longitudinal data analysis in support of functional stability concepts for leachate management at closed municipal landfills. *Waste Management*, 34, 1674-1682, 2014.

**185.** **Gibbons, R.D.,** Bhaumik, D.K., Aryal, S. Groundwater monitoring, detection, and compliance. Wiley StatsRef: Statistics Reference Online. 1-14, 2016.

**Item Response Theory:**

**186.** **Gibbons R.D.**, Clark D.C., Cavanaugh S.V. Application of modern psychometric theory in psychiatric research. *Journal of Psychiatric Research*, *19*, 43-55, 1985.

**187.** Bock R.D., **Gibbons R.D.**, Muraki E. Full information factor analysis. *Applied Psychological Measurement*, *12*, 261-280, 1988.

**188.** Hendrix M.S., Haviland M.G., **Gibbons R.D.**, & Clark D.C. An application of item-response theory to alexithymia assessment among abstinent alcoholics. *Journal of Personality Assessment*, *58*, 506-515, 1992.

**189.** **Gibbons R.D.**, & Hedeker D.R. Full-information item bi-factor analysis. *Psychometrika*, *57*, 423-436,

1992.

190. **Gibbons R.D.**, Clark D.C., & Kupfer D.J. Exactly what does the Hamilton Depression Rating Scale measure? *Journal of Psychiatric Research*, *27*, 259-273, 1993.

191. **Gibbons R.D.**, Bock R.D., Hedeker D., Weiss D., Segawa E., Bhaumik D.K., Kupfer D., Frank E., Grochocinski V., Stover A. Full-Information Item Bi-Factor Analysis of Graded Response Data. *Applied Psychological Measurement*, *31*, 4-19, 2007.

192. **Gibbons R.D.**, Rush J., Immekus J.C. On the psychometric validity of the diagnostic domains of the PDSQ. *Journal of Psychiatric Research*, 43, 401-410, 2009.

193. **Gibbons R.D.,** Bi-factor Analysis. *Encyclopedia of Quality of Life Research*, Springer, Netherlands, 386-394, 2014.

194. **Gibbons R.D.,** Beiser D.G., Boudreaux E.D., Kupfer D.J. Einstein, measurement and prediction. *Journal of Affective Disorders*, 256, 674, 2019..

195. Stan, A.D., Tamminga, C.A., Han, K., Kim, J.B., Padmanabhan, J., Tandon, N., ... & **Gibbons R.D.** Associating Psychotic Symptoms with Altered Brain Anatomy in Psychotic Disorders Using Multidimensional Item Response Theory Models. *Cerebral Cortex*, 30(5), 2939-2947, 2020.

196. **Gibbons, R.D.** Bi-factor Analysis. In: Maggino F. (eds) *Encyclopedia of Quality of Life and Well-Being Research*. Springer, Cham, 2021.

**Computerized Adaptive Testing:**

197. **Gibbons R.D.**, Weiss D.J., Kupfer D.J., Frank E., Fagiolini A., Grochocinski V.J., Bhaumik D.K., Stover A. Bock R.D., Immekus J.C. Using computerized adaptive testing to reduce the burden of mental health assessment. *Psychiatric Services*, *59*, 361-368, 2008.

198. **Gibbons R.D.,** Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kim J.B., Kupfer D.K. Development of a computerized adaptive test for depression. *JAMA Psychiatry*, 69, 1104-1112, 2012.

199. **Gibbons R.D.,** Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J. The CAD-MDD: A computerized adaptive diagnostic screening tool for depression. *Journal of Clinical Psychiatry*, 74, 669-674, 2013.

200. **Gibbons R.D.,** Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kim J.B., Kupfer D.K. Computerized adaptive test - depression inventory not ready for prime time - Reply. *JAMA Psychiatry*, 70, 763-765, 2013.

201. **Gibbons R.D.,** Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J. Reply to CAD-MDD: Not diagnostic, lacks screening data. *Journal of Clinical Psychiatry*, 75, 85-86, 2014.

202. **Gibbons R.D.,** Weiss D.J., Pilkonis, P.A., Frank E., Moore T., Kim J.B., Kupfer D.J. Development of the CAT-ANX: A computerized adaptive test for anxiety. *American Journal of Psychiatry*, 171, 187-194, 2014.

203. Achtyes E.D., Halstead S., Smart L, Moore T, Frank E, Kupfer D.J., **Gibbons R.D.** Validation of computerized adaptive testing in an outpatient non-academic setting. *Psychiatric Services*, 66, 1091-1096, 2015.

204. **Gibbons R.D.**, Computerized adaptive diagnosis and testing of mental health disorders. *Annual Review of Clinical Psychology*, 12, 83-104, 2016.

205. Beiser D.G., Vu, M., **Gibbons, R.D.** Test-retest reliability of a computerized adaptive depression test. *Psychiatric Services*, 67, 1039-1041, 2016.

206. Kim J.J., Silver R.K., Elue R., Adams M.G., La Porte L.M., Cai L., Kim J.B., **Gibbons R.D.** The experience of depression, anxiety and mania among perinatal women. *Archives of Women's Mental Health*, 19, 94-100. 2017.

207. **Gibbons R.D.**, Kupfer D., Frank E. Moore T., Beiser D., Boudreaux E. Development of a computerized adaptive suicide scale. *Journal of Clinical Psychiatry*, 78, 1376-1382, 2017.

208. Sani, S. Busnello J., Kochanski R., Cohen, Y., **Gibbons R.D.** High frequency measurement of depressive severity in a patient treated for severe treatment resistant depression with deep brain stimulation. *Translational Psychiatry*, 7, e1207, 2017.

**209.** Aschebrook-Kilfoy, B., Ferguson, B.A., Angelos, P., Kaplan, E.L., Grogan, R.H., **Gibbons, R.D.** Development of the ThyCAT: A clinically useful computerized adaptive test to assess quality of life in thyroid cancer survivors. *Surgery*, 163, 137-142, 2017.

**210.** **Gibbons R.D.,** Alegria, M., Cai, L., Herrera, L., Markle, S.L., Collazo, F. Garcia, E.B. Successful validation of the CAT-MH scales in a sample of Latin American migrants in the U.S. and Spain. *Psychological Assessments*, 30.10, 1267, 2018.

**211.** Graham A.K., Minc A., Staab E., Beiser D.G., **Gibbons R.D.**, Laiteerapong N. Validation of a computerized adaptive test for mental health in primary care. *Annals of Family Medicine*, 17, 23-20, 2019.

**212.** Beiser, D.J. Ward, C.E., Vu, M. Laiteerapong, N., **Gibbons, R.D.** Depression in Emergency Department Patients and Association with Healthcare Utilization. *Academic Emergency Medicine*, 2019, 26(8), 878-888, 2019.

**213.** **Gibbons R.D.**, Smith J.D., Brown C.H., Sajdak M., Tapia N., Kulik A., Epperson M.W., Csernansky J. Improving the evaluation of adult mental health disorders in the criminal justice system using computerized adaptive testing. *Psychiatric Services*. 70(11), 1040-1043, 2019.

**214.** **Gibbons R.D.,** deGruy F.V. Without wasting a word: Extreme improvements in efficiency and accuracy using computerized adaptive testing for mental health disorders (CAT-MH). *Current Psychiatry Reports*. 21, 1053-9, 2019.

**215.** LaPorte L.M., Lim J.J., Adams M.G., Zagorsky B.M., **Gibbons R.D.**, Silver R.K. Feasibility of perinatal mood screening and text messaging on patients' personal smartphones. *Archives of Women's Health*, 1-8, 2019.

**216.** **Gibbons R.D.,** Kupfer D., Frank E., Lahey B.B., George-Milford B., Biernesser C., Porta G., Moore T., Kim J.B., Brent D. Computerized adaptive tests for rapid and accurate assessment of psychopathology dimensions in youth. *Journal of the American Academy of Child and Adolescent Psychiatry*. (59)11, 1215-1217, 2019.

**217.** **Gibbons R.D.**, Beiser D.G., Boudreaux E.D., Kupfer D.J. Einstein, measurement, and prediction. *Journal of Affective Disorders*, 256, 674-75, 2019.

**218.** **Gibbons, R.D.**, Alegria, M., Markle, S., Fuentes, L., Zhang, L., Carmona, R., ... & Baca-García, E. Development of a computerized adaptive substance use disorder scale for screening and measurement: the CAT-SUD. *Addiction*, 115, 1382-1394, 2020.

**219.** Wyman P.A., Pisani A.R., Brown C.H., Yates B., Morgan-DeVelder L., Schmeelk-Cone K., **Gibbons R.D.**, Caine E.D., Petrova M., … Effect of Wingman-Connect Upstream Suicide Prevention for Air Force Personnel in Training: A Cluster Randomized Controlled Trial. *JAMA Network Open*, 3(10): e2022532. 2020.

**220.** Guinart D., Filippis R., Rossen S., Patil B., Prizgint L., Talasazan N., Meltzer H., Kane J., **Gibbons R.D.** Development and Validation of a Computerized Adaptive Assessment Tool for Discrimination and Measurement of Psychotic Symptoms. *Schizophrenia Bulletin*. sbaa168, 2020.

**221.** King C.A., Brent D., Grupp-Phelan J., Casper T.C., Dean J.M., Chernick L.S., Fein J.A., … **Gibbons R.D.** Computerized Adaptive Screen for Suicidal Youth (CASSY): Prospective Development and Validation. *JAMA Psychiatry*, 78(5), 540-549, 2021.

**222.** Mustanski B., Whitton S., Newcomb M., Clifford A., Ryan D.T., **Gibbons R.D.** Predicting suicidality using a computer adaptive test: Two longitudinal studies of sexual and gender minority youth. *Journal of Consulting and Clinical Psychology*, 89(3), 166-175, 2021.

**223.** Berona J., Whitton S., Newscomb M.E., Mustanski B., **Gibbons R.D.** Prospective risk and protective factors for the transition from suicide ideation to attempt among sexual and gender minority youth. *Psychiatric Services.* 89(3), 166-175, 2021.

**224.** **Gibbons R.D.**, Kupfer D.J., Frank E., Brent D.A., Dr. Gibbons et al. Reply, *Journal of the American Academy of Child & Adolescent Psychiatry*. 60(5), 542-543, 2021.

**225.** **Gibbons R.D.**, Chattopadhyay I., Meltzer H., Kane J.M., and Guinart D. Development of a computerized adaptive diagnostic screening tool for psychosis. *Schizophrenia Research*. Published online ahead of print, 2021.

**226.** Karpin J.E., Rodriguez T.G., Traboulsi C., Rai V., **Gibbons R.D.**, and Rubin D.T. Assessment of

Comorbid Depression and Anxiety in Inflammatory Bowel Disease Using Adaptive Testing Technology. *Observations and Research,* 3(1), 1-7, 2021.

**227.** Grunebaum M.F., Mann J.J., Galfalvy H.C., and **Gibbons R.D.** Computerized-Adaptive vs. Traditional Ratings of Depression and Suicidal Thoughts: An Assay Sensitivity Pilot Study in a Ketamine Clinical Trial. *Frontiers in Psychiatry*. 12, 450, 2021.

**228.** Wenzel E.S., **Gibbons R.D.**, O'Hara M.W., Duffecy J., Maki P.M. Depression and Anxiety Symptoms Across Pregnancy and the Postpartum in Low-Income Black and Latina Women. *Archives of Women's Mental Health*. 24, 979-986, 2021.

**229.** Brenner L.A., Betthauser L.M., Penzenik M… **Gibbons R.D.** et al. Development and Validation of Computerized Adaptive Assessment Tools for the Measurement of Posttraumatic Stress Disorder among United States Military Veterans. *JAMA Network Open*, 4(7), e2115707, 2021.

**230.** Wenzel E.S., Bernabé B.P., Dowty S.M., Nagelli U., Pezley L., **Gibbons R.D.**, and Maki P.M. Using Computerized Adaptive Tests to Screen for Perinatal Depression in Underserved Women of Color. *BMJ*, Published online ahead of print, 2021.

**231.** Agulleiro L.M., de Filippis R., Rossen S., Patil B., Prizgint L., Talasazan N. … **Gibbons R.D.** Awareness of illness moderates self-assessment of psychotic symptoms. *Australian and New Zealand Journal of Psychiatry (ANZJP)*, Published online ahead of print, 2021.

**232.** Bass V., Brown F., Beiser D.G., Peterson T., and **Gibbons R.D**. Preoperative Assessment of Anxiety and Depression Using Computerized Adaptive Screening Tools: A Pilot Prospective Cohort Study. *Anesthesia and Analgesia*. Published online ahead of print, 2021.

**233.** Wyman P.A., Pickering T.A., Pisani A.R., Cero I., Yates B. … **Gibbons R.D**. Wingman-Connect Program increases social integration for Air Force personnel at elevated suicide risk: Social network analysis of a cluster RCT. *Social Science and Medicine*. 296, 114737, 2022.

**Collaborative Studies:**

**234.** Stein J.H., **Gibbons R.D.**, & Meldman M.J. Lateral eye movement, handedness and sex in learning disability children. *Cortex*, *16*, 223-229, 1980.

**235.** Ostrow D.G., Halaris A., DeMet E., **Gibbons R.D.** & Davis J.M. Ion transport and adrenergic function in major affective disorders. *Biological Psychiatry, 17*, 971-980, 1982.

**236.** Fawcett J., Clark D.C., Scheftner W.A., & **Gibbons R.D.** Assessing anhedonia in psychiatric patients: the pleasure scale. *Archives of General Psychiatry, 40*, 79-84, 1983.

**237.** Dorus E., Cox N.J., **Gibbons R.D.**, Shaughnessy R., Pandey G.N. & Cloninger R.C. Lithium ion transport and affective disorders within families of bipolar patients. *Archives of General Psychiatry, 401*, 945-552, 1983.

**238.** Ostrow D.G. Okonek A., **Gibbons R.D.**, Cooper R., & Davis J.M. Biological markers and antidepressant response. *Journal of Clinical Psychiatry, 44*, 10-13, 1983.

**239.** Cavanaugh S., Clark D.C., & **Gibbons R.D.** Diagnosing depression in the hospitalized medically ill. *Psychosomatics, 24*, 809-815, 1983.

**240.** Nasr S.J., Pandey G.N., Altman E.G., **Gibbons R.D.**, Gaviria M.F., & Davis J.M. Symptom profile of patients with positive DST. *Biological Psychiatry, 18* , 1069-1073, 1983.

**241.** Nasr S.J. & **Gibbons R.D.** Depressive symptoms associated with dexamethasone resistance. *Biological Psychiatry, 10*, 183-188, 1983.

**242.** Clark D.C., Cavanaugh S.A., & **Gibbons R.D.** The core symptoms of depression in medical and psychiatric patients. *Journal of Nervous and Mental Disease, 171*, 705-713, 1983.

**243.** Levy D.L., Yasillo N.J., Dorus E., Shaughnessy R., **Gibbons R.D.**, Peterson J., Janicak P.G., Gaviria M., & Davis J.M. Relatives of unipolar and bipolar patients have normal pursuit. *Psychiatry Research, 10*, 285-293, 1983.

**244.** Fugmann R.A., Aranyi C., Barbara P.W., Bradof J.N., **Gibbons R.D.**, Fenters J.D. The effect of diethylstilbestral as measured by host resistance and tumor susceptibility assays in mice. *Journal of Toxicology and Environmental Health, 11*, 827-841, 1983.

**245.** **Gibbons R.D.**, Gudas C., Gibbons S.W. A study of the relationship between flexibility of closure and

surgical skill. *Journal of the American Podiatry Association, 73*, 12-16, 1983.

**246.** Killian G.A., Holzman P.S., Davis J.M., **Gibbons R.D.** Effect of psychotropic medication on selected cognitive and perceptual measures. *Journal of Abnormal Psychology, 93*, 58-70, 1984.

**247.** Poznanski E.O., Grossman J.A., Buchsbaum Y., Banegas M., Freeman L., **Gibbons R.D.** Preliminary studies of the reliability of validity of the children's depression rating scale. *Journal of the American Academy of Child Psychiatry, 23*, 191-197, 1984.

**248.** Zeller E.A., Huprikar S.V., **Gibbons R.D.**, Miller E.A. Influence of age, sex and osteogenesis imperfecta on count, protein content, and monoamine oxidase activity of human thrombocytes. *Clinica Chemica Acta, 137*, 123-129, 1984.

**249.** Maas J.M., Koslow S.H., Katz M.M., Bowden C.L., **Gibbons R.D.**, Robbins E., and Davis, J.M. Pretreatment neurotransmitter metabolite levels and response to tricyclic antidepressant drugs. *American Journal of Psychiatry, 141*, 1159-1171, 1984.

**250.** Fawcett J.A., Clark D.C., **Gibbons R.D.**, Aagesen C.A., Pisani V.D. Tilkin, J.M., Sellers D., Stutzman D. Preliminary report: evaluation of lithium therapy for alcoholism. *American Journal of Psychiatry, 45*, 494-498, 1984.

**251.** Janicak P.G., Davis J.M., **Gibbons R.D.**, Ericksen S., Chang S., Gallagher P. Efficacy of ECT: A meta analysis. *American Journal of Psychiatry, 142*, 297-302, 1985.

**252.** Levy D.L., Dorus E., Shaughnessy R., Yasillo N.J., Pandey G.N., Janicak P.G., **Gibbons R.D.**, Gaviria M., Davis J.M. Pharmacologic evidence for specificity of pursuit dysfunction to schizophrenia: lithium carbonate associated with abnormal pursuit. *Archives of General Psychiatry, 42*, 335-341, 1985.

**253.** Thomas P., Fugman R., Aranyi C., Barbera P., **Gibbons R.D.**, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicology and Applied Pharmacology, 77*, 219-229, 1985.

**254.** Thomas P., Ratajczak H., Aranyi C., **Gibbons R.D.**, Fenters J. Evaluation of host resistance and immune function in cadmium-exposed mice. *Toxicology and Applied Pharmacology, 80*, 446-456, 1985.

**255.** Gordon S.M., Szidon J.P., Krotoszynski B.K., **Gibbons R.D.**, O'Neill H.J. Volatile organic compounds in the expired air of subjects with lung cancer. *Clinical Chemistry, 31*, 1278-1282, 1985.

**256.** Janicak P.G., Mask J., Trimakas K.A., **Gibbons R.D.** ECT: an assessment of mental health professionals' knowledge and attitudes. *Journal of Clinical Psychiatry, 46*, 262-266, 1985.

**257.** Clark D.C., **Gibbons R.D.**, Fawcett J., Aagesen C.A., Sellars D. Unbiased criteria for severity of depression in alcoholic inpatients. *Journal of Nervous and Mental Disease, 73*, 482-487, 1985.

**258.** Goldman M., Dratman M.B. Crutchfield F.L., Jennings A.S., Marvniak J.A., **Gibbons R.D.** Intrathecal triiodothyronine administration causes greater heart rate stimulation in hypothyroid rats than intravenously-delivered hormone: evidence for a central nervous system site of thyroid action. *Journal of Clinical Investigation, 76*, 1622-1625, 1985.

**259.** **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: a predictor of technical skills in surgical residents. *Journal of Surgical Research, 41*, 53-57, 1986.

**260.** Clark D.C., Gibbons R.D., Daugherty S.R., Silverman C.M. Model for quantifying the drug involvement of medical students. *International Journal of Addictions, 22*, 249-271, 1987.

**261.** Dorus W., Kennedy J., **Gibbons R.D.**, Ravi S.D. Symptoms and diagnosis of depression in alcoholics. Alcoholism: *Clinical and Experimental Research, 11*, 150-154, 1987.

**262.** Fawcett J.A., Scheftner W., Clark D.C., Hedeker D.R., **Gibbons R.D.**, Coryell W. Clinical predictors of suicide in patients with major affective disorders: A controlled prospective study. *American Journal of Psychiatry, 144*, 35-40, 1987.

**263.** Mass J.W., Koslow S.H., Davis, J.M., Katz M., Frazer A., Bowden C.L., Berman N., **Gibbons R.D.**, Stokes P., Landis H. Catecholamine metabolism and disposition in healthy and depressed subjects. *Archives of General Psychiatry, 44*, 337-344, 1987.

**264.** Fawcett J., Clark D.C., Aagesan C.A., Pisani V.D., Tilkin J.M., Sellers D., McGuire M., **Gibbons R.D.** A double blind placebo controlled trial of lithium therapy for alcoholism. *Archives of General Psychiatry, 44*, 248-256, 1987.

**265.** Pandey G.N., Fawcett J.A., **Gibbons R.D.**, Clark D.C., Davis J.M. Platelet monoamine oxidase in

alcoholism. *Biological Psychiatry, 24*, 15-24, 1988.

**266.** O'Neill H.J., Gordon S.M., O'Neill M.H., **Gibbons R.D.**, & Szidon J.P. A computerized classification technique for screening for the presence of breath biomarkers in lung cancer. *Clinical Chemistry*, *33*, 1613-1618, 1988.

**267.** Aranyi C., Henry M.C., Vana S.C., **Gibbons R.D.**, & Iverson W.O. Effects of multiple intermittent inhalation exposures to red phosphorus/butyl rubber obscurant smokes in Sprague-Dawley rats. *Inhalation Toxicology*, *1*, 65-78, 1988.

**268.** Talsma D.M., Leach C.L., Hatoum N.S., **Gibbons R.D.**, Roger J.C., & Garvin P.J. Reducing the number of rabbits in the Draize eye irritancy test: A statistical analysis of 155 studies conducted over 6 years. *Fundamental and Applied Toxicology*, *10*, 146-153, 1988.

**269.** Henthorn T.K., Benitez J., Avram M.J., Martinez C., Llerena A., Cobaleda J., Krejcie T.C., & **Gibbons R.D.** Assessment of the debrisoquin and dextromethorphan phenotyping tests by Gaussian mixture distribution analysis. *Clinical Pharmacology and Therapeutics*, *45*, 328-333, 1989.

**270.** Fawcett J., Aagesen C.A., Tilken J.M., McGuire M., Clark D.C., Pisani V.D., Sellers D., & **Gibbons R.D.** Lithium carbonate prophylaxis of alcoholism: Its time has come: in reply. *Archives of General Psychiatry*, *46*, 290-291, 1990.

**271.** Charles S.C., **Gibbons R.D.**, Frisch P.R., Pyskoty C.E., Hedeker D.R., & Singha N.K. Predicting risk for medical malpractice claims utilizing quality of care characteristics. *Western Journal of Medicine*, *157*, 433-439, 1992.

**272.** Clark D.C., **Gibbons R.D.**, Haviland M.G., & Hendryx M.S. Assessing the severity of depressive states in recently-detoxified alcoholics. *J. of Studies on Alcohol*, *54*, 107-114, 1993.

**273.** Appleby L., Desai P.N., Luchins D.J., **Gibbons R.D.**, & Hedeker D.R. Length of stay and recidivism in schizophrenia: A study of public psychiatric hospital patients. *Am. J. of Psychiatry*, *150*, 72-76, 1993.

**274.** Miller N.S., Szczuczki D. & **Gibbons R.D.** Family history in comorbidity and alcohol dependence in cocaine dependence. *Alcohol Treatment Quarterly*, *10*, 77-94, 1993.

**275.** Frisch P., Charles S.C., **Gibbons R.D.** & Hedeker D.R. Role of previous claims and specialty on the effectiveness of risk management education for office based physicians. *The Western Journal of Medicine*, *163*, 346-350, 1995.

**276.** Elkin I., **Gibbons R.D.**, Shea M.T., & Shaw B.F. Science is not a trial (but it can sometimes be a tribulation). *Journal of Clinical and Consulting Psychology*, *64*, 92-103, 1996.

**277.** Appleby L., Luchins D.J., Desai P.N., **Gibbons R.D.**, Janicak P.G. & Marks R. Length of inpatient stay and recidivism among patients with schizophrenia. *Psychiatric Services*, *47*, 985-990, 1996.

**278.** Lavigne J.V., **Gibbons, R.D.**, Cristoffel K.K., Arend, R., Rosenbaum D., Binns H., Dawson N., Sobel H. & Isaacs C. Prevalence rates and correlates of psychiatric disorders among preschool children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *35*, 204-214, 1996.

**279.** Lavigne J.V., Binns H.J., Arend R., Rosenbaum D., Christoffel K.K, Hayford J.R. & **Gibbons R.D.** Psychopathology and health care use among preschool children: A retrospective analysis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 262-270, 1998.

**280.** Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: I. Stability of diagnosis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1246-1254, 1998.

**281.** Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: II. Correlates and predictors of stable case status. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1255-1261, 1998.

**282.** Bunney W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons, R.D.**, Gillin J.C., Hullett S., Killam K.F., Kupfer D.J., Krystal J.H., Stolley P.D., French G.S., Pope A.M. Report on the Institute of Medicine committee on the efficacy of and safety of Halcion. *Archives of General Psychiatry*, *56*, 349-352, 1999.

**283.** Lavigne J.V., **Gibbons R.D.**, Arend R., Rosenbaum D., Binns H.J., & Christoffel K.K. Toward rational service planning in pediatric primary care: continuity and change in the occurrence of psychopathology among young children enrolled in pediatric practices. *J. of Pediatric Psychology*, *24*, 393-403, 1999,

**284.** Lavigne J.V. Cicchetti C., **Gibbons R.D.**, Binns, H.J., Larsen, L., and DeVito C. Oppositional defiant

disorder with onset in preschool years: Longitudinal stability and pathways to other disorders. *Journal of the American Academy of Child and Adolescent Psychiatry*, *40*, 1393-1400, 2001.

**285.** Frank E., Kupfer D.J., Gerebtzoff, Meya, U., Laghrissi-Thode, F., Grochocinski, V.J., Houck, P.R., Mallinger, A.G., and **Gibbons, R.D.** The development of study exit criteria for evaluating antimanic compounds. *Journal of Clinical Psychiatry*, *62*, 421-425, 2001.

**286.** Bailey H.R, Beck D.E., Billingham R.P., Binderow S.R., Gottesman L., Hull T., Larach S.W., Margolin D.A., Milson J.W., Potenti F.M., Rafferty J.F., Riff D.S., Sands L.R., Senagore A., Stamos M.J., Yee L.F., Young-Fadok T.M., **Gibbons R.D.** A study to determine the nitroglycerin ointment dose and dosing interval that best promote the healing of chronic anal fissures. *Dis Colon Rectum*, *45*, 1192-1199, 2002.

**287.** MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: 24-month outcomes of treatment strategies for attention-deficit/hyperactivity disorder. *Pediatrics*, *113*, 754-761, 2004.

**288.** MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: Changes in effectiveness and growth after the end of treatment. *Pediatrics*, *113*, 762-769, 2004.

**289.** Hurlburt M.S., Leslie L.K., Landsverk J., Barth R.P., Burns B.J., **Gibbons R.D.**, Slymen D.J., Zhang J. Contextual predictors of mental health service use among a cohort of children open to child welfare. *Archives of General Psychiatry*, *61*, 1217-1224, 2004.

**290.** Redd J, Suggs H, **Gibbons R.D.**, Muhammad L, McDonald J, Bell CC. The Bloomington Model: A Plan to Strengthen Families and Decrease the Need for Protective Custody. *Illinois Child Welfare*, *2*, 34-46, 2007.

**291.** Kunwar S., Prados M.D., Chang S.M., Berger M.S., Lang F.F., Piepmeier J.M., Sampson J.H., Ram Z., Gutin P.H., **Gibbons R.D.**, Aldape K.D., Croteau D., Sherman J.W., Puri R.K. Direct inter-cerebral delivery of Cintredekin Besudotox (IL13-PE38QQR) in patients with recurrent malignant glioma. *Journal of Clinical Oncology*, *25*, 837-844, 2007.

**292.** Swanson J.M., Elliott G.R., Greenhill L.L., Wigal T., Arnold L.E., Vitiello B., Hetchman L., Epstein J., Pelham W., Abikoff H.B., Newcorn J., Molina B., Hinshaw S., Wells K., Hoza B., Severe J.B., Jensen P.S., **Gibbons R.D.**, Hur K., Stehli A., Davies M., March J., Caron M., Volkow N.D., and Posner M.I. Effects of Stimulant Medication on Growth Rates Across 3 Years in the MTA Follow-up. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 1015-1027, 2007.

**293.** Jensen P.S., Arnold L.E., Swanson J., Vitiello B., Abikoff, H.B., Greenhill L.L., Hechtman L., Hinshaw S.P., Pelham W.E., Wells K.C., Conners C.K., Elliott G.R., Epstein J., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Wigal T., **Gibbons R.D.**, Hur K., Follow-up of the NIMH MTA Study at 36 Months After Randomization. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 989-1002, 2007.

**294.** Swanson J., Hinshaw S.P., Arnold L.E., **Gibbons R.D.**, Marcus S., Hur K., Jensen P.S., Vitiello B., Abikoff H., Greenhill L.L., Hechtman L., Pelham W., Wells K., Conners C.K., Elliott G., Epstein L., Hoagwood K., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Odbert C., Wigal T. Secondary Evaluations of MTA 36-month Outcomes: Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 1003-1014, 2007**.**

**295.** Molina B.S., Flory K., Hinshaw S.P., Greiner A.R., Arnold L.E., Swanson J., Hechtman L., Jensen P.S., Vitiello B., Hoza B., Pelham W.E., Elliott G.R., Wells K.C., Abikoff H.B., **Gibbons R.D.**, Marcus S., Epstein J., Greenhill L.L., Newcorn J.H., Severe J.B., Wigal T. Delinquent behavior and emerging substance use in the MTA at 36-months: Prevalence, course, and treatment effects. Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry*, *46*, 1028-1040, 2007**.**

**296.** Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Comparison of Survival in Primary and Repeat Heart Transplantation during 1987-2004 in the United States. *Annals of Thoracic Surgery*, *83*, 2135-2141, 2007.

**297.** Bell C.C., Bhana A., Petersen I, McKay M.M., **Gibbons R.D.**, Bannon W., Amatya A. Building protective factors to offset sexually risky behaviors among black South African youth: A randomized

controlled trial. *Journal of the National Medical Association*, 100, 936-944, 2008.

**298.** Shuhaiber J.H., Kim J.B., **Gibbons R.D.** Repeat heart-lung transplantation outcome in the United States. *Journal of Heart Lung Transplantation*, 27, 1122-1127, 2008.

**299.** Hoagwood K.E., Green E., Kelleher K., Schoenwald S.K., Rolls-Reutz J., Landsverk J., Glisson C., Mayberg S., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E. P., Jensen P. S., Miranda J., & Palinkas L. Family advocacy, support and education in children's mental health: Results of a national survey. *Administration and Policy in Mental Health and Mental Health Services Research*, *35*, 73-83, 2008.

**300.** Schoenwald S.K., Chapman J.E., Kelleher K., Hoagwood K.E., Landsverk J., Stevens J., Glisson C., Rolls-Reutz J., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E.P., Jensen P.S., Mayberg S., Miranda J., & Palinkas L. A survey of the infrastructure for children's mental health services: Implications for the implementation of empirically supported treatments (ESTs). *Administration and Policy in Mental Health and Mental Health Services Research*, *35*, 84-97, 2008.

**301.** Glisson C., Landsverk J., Schoenwald S., Kelleher K., Hoagwood K.E., Mayberg S., Green P., Weisz J., Chorpita B., **Gibbons R.D.**, Green E.P., Hoagwood K., Jensen P.S., Miranda J., Palinkas, L. Assessing the Organizational Social Context (OSC) of mental health services: Implications for research and practice. *Administration and Policy in Mental Health and Mental Health Services Research,* 35, 98-113, 2008.

**302.** Chorpita, B.F., Bernstein A., Daleiden E.L., Weisz J. **Gibbons R.D**., Glisson C., Green E.P., Hoagwood K., Jensen P.S., Kelleher K., Landsverk J., Mayberg S., Miranda J., Palinkas L., Scoenwald S. Driving with roadmaps and dashboards: Using information resources to structure the decision models in service organizations. *Administration and Policy in Mental Health and Mental Health Services Research, 35,* 114-123, 2008.

**303.** Glisson C., Schoenwald S.K., Kelleher K., Landsverk J., Hoagwood K.E., Mayberg S., Green E. P., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Jensen P.S., Miranda J., & Palinkas L. Therapist turnover and new program sustainability in mental health clinics as a function of organizational culture, climate, and service structure. *Administration and Policy in Mental Health and Mental Health Services Research*, *35*, 124-133, 2008.

**304.** Atkins M.S., Frazier S.L., Leathers S.J., Graczyk P.A., Talbott E., Jakobsons L., Adil J.A., Marinez-Lora A., Demirtas H., **Gibbons R.D.**, Bell C.C. Teacher key opinion leaders and mental health consultation in low-income urban schools. *J Consult Clin Psychol*, *76*, 905-908, 2008.

**305.** Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Survival of primary and repeat lung transplantation in the United States. *Annals of Thoracic Surgery*, 87, 261-266, 2009.

**306.** Cassano G.B., Mula M., Rucci P., Miniati M., Frank E., Kupfer D.J., Oppo A., Calugi S., Maggi L., **Gibbons R.D.**, Fagiolini A. The structure of lifetime manic-hypomanic spectrum. *Journal of Affective Disorders*, 115, 253-256, 2009.

**307.** Molina B.S.G., Hinshaw S.P., Swanson J.M., Arnold L.E., Vitiello B., Jensen P.S., Epstein J.N., Hoza B., Hechtman L., Abikoff H.B., Elliott G.R., Greenhill L.L., Newcorn J.H., Wells K.C., Wigal T.L., Severe J.B., **Gibbons R.D.**, Hur K., Houck P.R., and the MTA Cooperative Group. The MTA at 8 Years: Prospective Follow-Up of Children Treated for Combined Type ADHD in a Multisite Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 48, 484-500, 2009.

**308.** Owley T., Brune C.W., Salt J., Walton L., Guter S., Ayuyao N., **Gibbons R.D.**, Leventhal B.L., Cook E.H. A Pharmacogenetic Study of Escitalopram in Autism Spectrum Disorders, *Autism Research*, 2, 1-7, 2009.

**309.** Nemunaitis J., Clayman G., Agarwala S., Hrushesky W., Moore C., Hamm J., Menander K.A., Licato L.L., Chada S., **Gibbons R.D.**, Roth J.A., Sobol R.E., and W.J. Goodwin. Biomarkers Predict *p53* Gene Therapy Efficacy in Recurrent, Squamous Cell Carcinoma of the Head and Neck. *Clinical Cancer Research*, 15, 7719-7725, 2009.

**310.** Shuhaiber J.H., Hur K., **Gibbons R.D.** The influence of pre-transplant use of ventricular assist devices on survival following heart transplantation: A propensity score matched analysis. *British Medical Journal*, 340, 1-8, 2010.

**311.** Aarons G.A., Glisson C., Hoagwood K.E., Landsverk J., Kelleher K., Cafri G., Chorpita B.F., **Gibbons R.D.**, Green E.P., Mayberg S., Miranda J., Palinkas L., Schoenwald S. K., & Weisz J. R.

Psychometric properties and United States national norms of the Evidence-Based Practice Attitude Scale (EBPAS). *Psychological Assessment*, 22, 356-365, 2010.

**312.** Lambert B.L., Dickey L.W., Fisher W.M., **Gibbons R.D.**, Lin S.J., Luce P.A., McClennan C.T., Senders J.W., Yu C.T. Listen carefully: The risk of error in spoken medication orders. *Social Science & Medicine*, 70, 1599-1608, 2010.

**313.** Hoza, B., Murray-Close, D., Arnold, L. E., Hinshaw, S. P., Hechtman, L., Vitiello, B., … Stern, K. Time-dependent changes in positively biased self-perceptions of children with attention-deficit/hyperactivity disorder: A developmental psychopathology perspective. *Development and Psychopathology*, *22*(2), 375–390, 2010.

**314.** Sripada B.N., Henry D.B., Jobe T.H., Winer J., Schoeny M., **Gibbons R.D.** A randomized controlled trial of a feedback method for improving empathic accuracy in psychotherapy. *Psychology and Psychotherapy Theory, Research, and Practice*, Epub, 2010.

**315.** Stevens J., Kelleher K.J., Wang W., Schoenwald S.K., Hoagwood K.E., Landsverk J., Chorpita B.F., **Gibbons R.D**., Glisson C., Green E.P., Mayberg S., Miranda J., Palinkas L., Weisz J.R. Use of psychotropic medication guidelines at child-serving community mental health centers as assessed by clinical directors. *Community Mental Health Journal*, 47, 361-363, 2011.

**316.** Schumock G.T., **Gibbons R.D.,** Lee T.A., Joo M., Valuck R. Stayner L. The relationship between leukotriene-modifying agent prescriptions dispensed and the rate of suicide deaths by county in the United States. *Drug, Healthcare, and Patient Safety*, 3, 47-52, 2011.

**317.** Woo J.M., **Gibbons R.D.**, Qin P.Q., Komarow H., Kim J.B., Rogers C.A., Mann J.J., Postolache T.T. Suicide and prescription rates of intranasal corticosteroids and nonsedating antihistamines for allergic rhinitis: An ecological study. *J. of Clinical Psychiatry*, 72, 1423-1428, 2011.

**318.** Schumock G.T., Lee T.A., Joo M., Valuck R. Stayner L., **Gibbons, R.D.** Association between leukotriene modifying agents and suicide. *Drug Safety*, 34, 533-544, 2011.

**319.** Schumock G.T., **Gibbons R.D.**, Lee T.A., Joo M.J., Stayner L.T., Valuck R.J. The association between leukotriene-modifying agents and spontaneously reported suicide. *Drug Information Journal*.46, 99-106, 2012.

**320.** Weisz J.R., Chorpita B.F., Palinkas L.A., Schoenwald S.K., Miranda J., Bearman S.K., Daleiden, E.L., Ugueto A.M., Ho A., Martin J., Gray J., Alleyne A., Langer D.A., Southam-Gerow M.A., **Gibbons R.D**., and the Research Network on Youth Mental Health. Testing standard and modular designs for psychotherapy with youth depression, anxiety, and conduct problems: A randomized effectiveness trial. *Archives of General Psychiatry*, 69, 274-282, 2012.

**321.** Vitiello B., Elliott G.R., Swanson J.M., Arnold L.E., Hechtman L., Abikopf H., Molina B.S.G., Wells K., Wigal T., Jensen P.S., Greenhill L.L., Kaltman J.R., Severe J.B., Odbert C, Hur K., **Gibbons R.D.** Blood pressure and heart rate over 10 years in the multimodal treatment study of children with ADHD. *American Journal of Psychiatry*,169, 167-177, 2012.

**322.** Woo J.M., **Gibbons R.D.**, Rogers C.A., Qin P., Kim J.B., Roberts D.W., Noh E.S., Mann J.J., Postolache, T.T. Pollen counts are not significantly associated with suicide rates in the U.S. *Acta Psychiatrica Scandinavica*. 125, 168-175, 2012.

**323.** Schumock G.T., Stayner L.T., Valuck R.J., Joo M.J., **Gibbons R.D.**, Lee T.A. Risk of suicide attempt in asthmatic children and young adults prescribed leukotriene-modifying agents: A nested case-control study *Journal of Allergy and Clinical Immunology*, Aug;130(2):368-75, 2012.

**324.** Kozman D., Graziul C., **Gibbons R.D.**, Caleb A.C. Association between unemployment rates and prescription drug utilization in the United States, 2007-2010. BMC Health Services Research. 12, 435, 2012.

**325.** Graziul C., **Gibbons R.D.**, Caleb A.C. Association between the commercial characteristics of psychotropic drugs and their off-label use. Medical Care, 50, 940-947, 2012.

**326.** Russo M.J., Meltzer D., Merlo A., Johnson E., Shariati N., Sonett J.R., **Gibbons R.D.** The local allocation of lung donors results in transplanting lower priority transplant recipients. *Annals of Thoracic Surgery*, 95, 1231-1234, 2013.

**327.** Molina B.S.G, Hinshaw, S.P., Arnold L.E., Swanson J.M., Pelham W.E., Hechtman L., Hoza B., Epstein J.N., Wigal T., Abikoff H.B., Greenhill L.L., Jensen P.S., Wells K.C., Vitiello B., **Gibbons**

**R.D.**, Howard A., Houck P.R., Hur K., Lu B., Marcus S., & MTA Cooperative Group. Adolescent substance use in the MTA as a function of childhood ADHD, random assignment to childhood treatments, and subsequent medication. JAACAP, 52, 250-263, 2013.

**328.** Dour, H.J., Chorpita, B.F., Lee, S., Weisz, J.R., Chorpita, B., Garland, A., **Gibbons, R**., Glisson, C., Green, E.P., Hoagwood, K., et al. Sudden gains as a long-term predictor of treatment improvement among children in community mental health organizations. Behaviour Research and Therapy *51*, 564–572, 2013.

**329.** Wulczyn F., **Gibbons R.D.,** Snowden L., Levy B. Poverty, social disadvantage and the black/white placement gap. *Children and Youth Services Review*, 35, 65-74, 2013.

**330.** Chorpita, B. F., Weisz, J. R., Daleiden, E. L., Schoenwald, S. K., Palinkas, L. A., Miranda, J., Higa-McMillan, C. K., Nakamura, B. J., Austin, A. A., Borntrager, C., Ward, A. M., Wells, K. C., **Gibbons, R. D.,** & the Research Network on Youth Mental Health. Long term outcomes for the child steps randomized effectiveness trial: A comparison of modular and standard treatment designs with usual care. *Journal of Consulting and Clinical Psychology*, 81, 999-1009, 2013.

**331.** Churpek, M. M., Yuen T.C., Winslow, C., Robicsek A.A., Meltzer, D.O., **Gibbons R.D.**, Edelson D.P. Multicenter development and validation of a risk stratification tool for ward patients. *Am J Respiratory Critical Care Medicine*, 190, 649-655, 2014.

**332.** Churpek, M. M., Yuen T.C., Park S.Y., **Gibbons R.D.**, Edelson D.P. Using electronic health record data to develop and validate a prediction model for adverse outcomes on the wards. *Critical Care Medicine*, 42, 841-848, 2014.

**333.** Frazier, S.L., Mehta, T.G., Atkins, M.S., Glisson, C., Green, P.D., **Gibbons, R.D.**, Kim, J.B., Chapman, J.E., Schoenwald, S.K., Cua, G., Ogle, R.R. The social context of urban classrooms: measuring student psychological climate. Journal of Early Adolescence, 35, 759-789, 2015.

**334.** Najjar F., Owley T., Mosconi M., Jacob S., Hur K., Guter S., Sweeney J., **Gibbons, R.D.**, Cook Jr E., Bishop J. Pharmacogenetic study of serotonin transporter and 5HT2A genotypes in autism. *Journal of Child and Adolescent Psychopharmacology*, 25, 467-474, 2015.

**335.** Abraham, W. T., Lindenfeld, J., Reddy, V. Y., Hasenfuss, G., Kuck, K. H., Boscardin, J., … Burkhoff, D. A randomized controlled trial to evaluate the safety and efficacy of cardiac contractility modulation in patients with moderately reduced left ventricular ejection fraction and a narrow QRS duration: Study rationale and design. *Journal of Cardiac Failure*, *21*(1), 16–23, 2015.

**336.** Padula, W.V., **Gibbons, R.D.**, Valuck, R.J., Makic, M.B., Mishra, M.K., Meltzer D.O. Are Evidence-based Practices Associated with Effective Prevention of Hospital-acquired Pressure Ulcers in U.S. Academic Medical Centers? *Medical Care*, 54, 512-518, 2016.

**337.** Iribarne, A., Meltzer, D.O., Chauhan, D., Sonett J.R., **Gibbons, R.D.,** Vigneswaran, W., Russo, M.J. Distribution of donor lungs in the United StatesL a case for broader geographic sharing. *Clinical Transplantation*, 30, 688-693, 2016.

**338.** Padula W.V., **Gibbons R.D.,** Pronovost P.J., Hedeker D., Mishra M.K., Makic M.B., Bridges J.F.P., Wald H.L., Valuck R.J., Ginensky A.J., Ursitti T., Venable L.R., Epstein Z., and Meltzer D.O. Using Clinical Data to Predict High-cost Performance Coding Issues Associated with Pressure Ulcers: a multilevel cohort model. *Journal of the American Medical Informatics Association* (JAMIA), 24.e1, e95-e102, 2017.

**339.** Shikora S., Wolfe B., Apovian C., Anvari M., Sarwer D.B., **Gibbons R.D.**, Ikramuddin S., Miller C., Knudson M.B., Tweden K., Sarr M., Billington C.J. Sustained Weight Loss with Vagal Nerve Blockade but Not with Sham: 18-Month Results of the ReCharge Trial. *Journal of Obesity*. Published on-line, July 12, 2015.

**340.** Kannampallil, T.G., Galanter, W., Falck, S. Gaunt, M., **Gibbons, R.D.**, McNutt, R. Odwazny, R., Schiff, G., Vaida, A.J., Wilkie, D., Lambert, B.L. Characterizing the pain score trajectories of hospitalized adult medical and surgical patients: a retrospective cohort study. *Pain*. 157, 2739-2746, 2016.

**341.** Roy, A., Hechtman, L., Roy, A., Arnold, L. E., Sibley, M. H., Molina, B. S. G., … Stern, K. Childhood Factors Affecting Persistence and Desistence of Attention-Deficit/Hyperactivity Disorder Symptoms in Adulthood: Results From the MTA. *Journal of the American Academy of Child and*

*Adolescent Psychiatry, 55*(11), 937-944.e4, 2016.

**342.** Hechtman, L., Swanson, J. M., Sibley, M. H., Stehli, A., Lakes, K. D., Owens, E. B., … Stern, K. Functional Adult Outcomes 16 Years After Childhood Diagnosis of Attention-Deficit/Hyperactivity Disorder: MTA Results. *Journal of the American Academy of Child and Adolescent Psychiatry, 55*(11), 945-952.e2, 2016.

**343.** Laiteerapong, N., Karter, A.J., Moffet, H.H., Cooper, J.M., **Gibbons, R.D.**, Liu, J.Y., Gao, Y., Huang E.S. Ten-year hemoglobin A1c trajectories and outcomes in type 2 diabetes mellitus: The Diabetes & Aging Study. *J Diabetes Complications*. 31, 94-100, 2017.

**344.** Roy, A., Hechtman, L., Arnold, L. E., Swanson, J. M., Molina, B. S. G., Sibley, M. H., … Stern, K. Childhood Predictors of Adult Functional Outcomes in the Multimodal Treatment Study of Attention-Deficit/Hyperactivity Disorder (MTA). *Journal of the American Academy of Child and Adolescent Psychiatry*, 56(8), 687-695.e7, 2017.

**345.** Sibley, M. H., Swanson, J. M., Arnold, L. E., Hechtman, L. T., Owens, E. B., Stehli, A., … Stern, K. Defining ADHD symptom persistence in adulthood: optimizing sensitivity and specificity. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 58*(6), 655–662, 2017.

**346.** Swanson, J. M., Arnold, L. E., Molina, B. S. G., Sibley, M. H., Hechtman, L. T., Hinshaw, S. P., … Stern, K. Young adult outcomes in the follow-up of the multimodal treatment study of attention-deficit/hyperactivity disorder: symptom persistence, source discrepancy, and height suppression. *Journal of Child Psychology and Psychiatry and Allied Disciplines, 58*(6), 663–678, 2017.

**347.** Sibley, M. H., Rohde, L. A., Swanson, J. M., Hechtman, L. T., Molina, B. S.G., Mitchell, J. T., . . . Multimodal Treatment Study of Children with ADHD (MTA) Cooperative Group. Late-onset ADHD reconsidered with comprehensive repeated assessments between ages 10 and 25. *The American Journal of Psychiatry, 175*(2), 140-149, 2018.

**348.** Brundin, L., Postolache, T., Madaj, Z., Smart, L., **Gibbons, R.D.**, Achtyes, E., Grit, J., Roaten, K., Heilman, P., Keaton, S. An inflammatory profile linked to increased suicide risk. *Journal of Affective Disorders*, 247, 57-65, 2019.

**349.** Parker W. F., Anderson A. S., **Gibbons R.D.**, . . . Churpek, M. M. Association of Transplant Center With Survival Benefit Among Adults Undergoing Heart Transplant in the United States. *JAMA. 322*(18):1789–1798, 2019.

**350.** Tamminga C., Clementz B., Pearlson G., Keshavan M., Gershon E., Ivleva E., McDowell J., Shashwath M., … **Gibbons R.D.** NPPR-Biotyping in Psychosis: Using Multiple Computational Approaches with One Dataset. *Neuropsychopharmacology Reviews*, 1-15. 2020.

**351.** Pho M., Erzouki B., Boodram B., **Gibbons R.D.**, et al. Reducing opioid mortality in Illinois (ROMI): A case management/peer recovery coaching critical time intervention clinical trial protocol. *Journal of Substance Abuse Treatment*, vol. 128, 2021.

**352.** Ran, G., Chung, K., Anderson, A.S., **Gibbons, R.D.**, et al. Between-Center Variation in High-Priority Listing Status under the New Heart Allocation Policy. *American Journal of Transplantation*, 21(11), 3684-3693, 2021.

**353.** Nagele P., Palanca B.J… **Gibbons R.D.**, et al. A phase 2 trial of inhaled nitrous oxide for treatment-resistant major depression. *Science Translational Medicine*, 13, 1-6, 2021.

## BOOKS

**1.** **Gibbons R.D.**, & Dysken M.W. *Statistical and Methodological Advances in Psychiatric Research*. New York, Spectrum, 1983.

**2.** **Gibbons R.D.** *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 1994.

**3.** **Gibbons R.D.** & Coleman D.E. *Statistical Methods for Detection and Quantification of Environmental Contamination*. New York, John Wiley & Sons, 2001.

**4.** Hedeker D. & **Gibbons R.D.** *Longitudinal Data Analysis*. New York, John Wiley & Sons, 2006.

**5.** **Gibbons R.D.**, Bhaumik D.K., Aryal S. *Statistical Methods for Ground-Water Monitoring*. New York,

John Wiley & Sons, 2[nd] edition, 2009.

**6.** **Gibbons R.D.** and Amatya A. *Statistical Methods for Drug Safety*. London, Chapman and Hall, 2015.

**7.** Hedeker D. & **Gibbons R.D.** *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2[nd] edition, in preparation.

**8.** Bock R.D. and **Gibbons R.D**. *Item Response Theory*. New York, John Wiley & Sons, 2021.

## INSTITUTE OF MEDICINE AND NATIONAL ACADEMY OF SCIENCES REPORTS

**1.** Bunney W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons R.D.**, Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D. Halcion: *An Independent Assessment of Safety and Efficacy Data*, Washington D.C., National Academy Press, 1997.

**2.** Penhoet E.D., Duan N., Dubler N.N., Francis C.K., **Gibbons R.D.**, Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Meltzer D., Murray J.E., Nelkin D. and Spellman M.W. *Organ Procurement and Transplantation*, Washington D.C., National Academy Press, 1999.

**3.** Ildstad S.T., Centor R.M., Davis E., **Gibbons R.D.**, Levin B., Miller E.D., Olkin, I. Tollerud D.J., Tugwell P. *Small Clinical Trials: Issues and Challenges*, Washington D.C., National Academy Press, 2001.

**4.** Goldsmith S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., **Gibbons R.D.**, Redfield-Jamison K., Korbin J.E., Mann J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.

**5.** Gebbie K.M., Aubry W.M., Champlin R., Childress J.F., Fiske C., **Gibbons R.D.**, Haley N.R., Horowitz M.M., Ildstad S.T., Kelley L.L., McGinnis J.M., Meltzer D., Moise K.J., Palmer L.I., Scadden D.T., Wagner J.E., Yeager A.M. *Cord Blood: Establishing a National Hematopoietic Stem Cell Bank Program*, Washington D.C., National Academy Press, 2005.

**6.** Burke S.P, Baciu A., Straton K., Blumenthal D. Breckenridge A. Charo A. Edgman-Levitan S. Ellenberg S. **Gibbons R.D.**, Hripcsak G., Korn, D. Meltzer D. Myers W.A., Olson M. Psaty B.M., Schroeder C. Stergachis A. *The Future of Drug Safety: Promoting and Protecting the Health of the Public*, Washington D.C., National Academy Press, 2006.

**7.** Nelson A., Ampian S. Balmes J., Breysse P., **Gibbons R.D.**, Hei T., Hoal K, Kidd-Taylor A., Mauderly J., Meeker G. *A Review of the NIOSH Roadmap for Research on Asbestos Fibers and Other Elongate Mineral Particles*, Washington D.C., National Academy Press, 2009.

**8.** Kolb C.E., Beauchamp J.L., Beaudet R.A., Berkowitz J.B., Chen H., Cooper A.T., Fernandez F.M., **Gibbons R.D.**, McLean J.A., Morris M.D., Murphy D.W., Reese C.S., Rhomberg L.R., Viggiano A.A. *Assessment of Agent Monitoring Strategies for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants*, Washington DC, National Academy Press, 2012.

## CHAPTERS

1. Davis J.M., **Gibbons R.D.** Pandey G.N., & Javaid J.I., Mechanism, mathematics and markers of mental disease. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.
2. Ostrow D.G., Trevisan M., Okonek A., **Gibbons R.D.**, Cooper R., & Davis J.M. Sodium dependent membrane processes in major affective disorders. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.
3. Davis J.M., Vogel C., **Gibbons R.D.**, Pavkovic I., Zhang M. Pharmacoendocrinology of schizophrenia. In: *Neuroendocrinology and Psychiatric Disorder*, G.M. Brown, S.H. Koslow, & S. Reichlin, (eds.), New York: Raven Press, 1984.
4. Hatoum N.S., Leach C.L., **Gibbons R.D.**, Talsma D.M., Roger J.C., Garvin P.J. Influence of reduced

numbers of rabbits on the adequacy of eye irritancy tests. In: *Vitro Toxicology: Approaches to Validation*, A.M. Goldberg (ed.), New York: Mary Ann Liebert, Inc., 1987.

5. **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: A predictor of technical skills in surgical residents. Reprinted in *How to Select Residents*, American Board of Medical Specialties, 1988.
6. Davis J.M., **Gibbons R.D.**, A simulation study of methods for the combination of evidence from multiple psychiatric investigations. In: *Perspectives in Psychopharmacology*: A collection of papers in honor of Earl Usdin. Alan R. Liss, Inc., 483-493, 1988.
7. **Gibbons R.D.**, & Davis J.M. The price of beer and the salaries of priests: Analysis and display of longitudinal psychiatric data. Reprinted in *G. Stanley Hall Invited Addresses*, R.M. Suinn (Ed.), American Psychological Association, 1988.
8. Ratajczak H., Thomas P., **Gibbons R.D.**, Heck J.D., & Vollmuth T. Seasonal influence on murine immune function. In: *Chronobiology: Its Role in Clinical Medicine, General Biology and Agriculture*, *Part A*, 493-501, Wiley-Liss, New York, 1990. 49-60, 1990.
9. Sara M. & **Gibbons R.D.** Organization and analysis of water quality data. In: *Practical Handbook of Ground-Water Monitoring*, D.M. Nielsen (ed.), Chelsea MI: Lewis, 1991.
10. **Gibbons R.D.** An overview of statistical methods for ground-water detection monitoring at waste disposal facilities. In: *Ground-Water Contamination at Hazardous Waste Sites: Chemical Analysis*, S. Lesage & R.E. Jackson (eds.), New York: Marcel Dekker, Inc., 1992.
11. **Gibbons R.D.** Commentary on “Personality and Depression: Modeling and Measurement Issues,” In: *Personality and Depression*, M. Klein, D. Kupfer & T. Shea (eds.), New York: Guilford, 1993.
12. **Gibbons R.D.** & Patterson D. Application of computerized image analysis to estimating bone age. In: *Essays on Auxology*, R. Hauspie, G. Lindgren, F. Falkner (eds.), London: Castlemead, 1995.
13. **Gibbons R.D.** & Sara M.N. Statistical comparison of metal concentrations in filtered and unfiltered ground-water samples. In: *Ground Water Sampling – A Workshop Summary*, U.S. EPA, *600*, *R-94*, *205*, 54-58, 1995.
14. Bock R.D. and **Gibbons R.D.** Factor analysis of categorical item responses. In: *Handbook of Polytomous Item Response Theory Models: Development and Applications*, M. Nering, R. Ostini (eds.), Lawrence Erlbaum, Florence KY, 2010.
15. Siddique J., Hedeker D., **Gibbons R.D.** Analysis of longitudinal data in health services research. *Methods in Health Services Research*. Sobolev B, Gatsonis C (eds), 1-27, 2017.
16. **Gibbons, R.D.**, and Cai, L. Dimensionality analysis. In W. J. van der Linden (Ed.), *Handbook of item response theory: Vol. 2. Statistical tools*. Boca Raton, FL: Chapman & Hall/CRC, 2019.

## REVIEWS, TECHNICAL REPORTS, SOFTWARE

**1.** Wilson D., Wood R., **Gibbons R.D.** Testfact: test scoring and item factor analysis. *International Educational Services*, Chicago, 1984.

**2.** **Gibbons R.D.**, Bock R.D., Hedeker D.R. Approximating multivariate normal orthant probabilities using the Clark algorithm. *Office of Naval Research*, Technical Report, 1987.

**3.** **Gibbons R.D.** Review of “Latent Variable Models and Factor Analysis” by Bartholomew, D.J. (1987). *Journal of the American Statistical Association*, *83*, 1221-1222, 1988.

**4.** **Gibbons R.D.**, Bock R.D., Hedeker D.R. Conditional Dependence *Office of Naval Research*, Final Report, 1989.

**5.** **Gibbons R.D.** Mixmaster: A program for resolving univariate and multivariate normal mixture distributions. *Scientific Software*, Chicago, 1989.

**6.** **Gibbons R.D.**, Jarke F.H., & Stoub K.P. Method detection Limits. Proceedings of *Fifth Annual USEPA Waste Testing and Quality Assurance Symposium*, *Vol. 2*, 292-319, 1989.

**7.** **Gibbons R.D.**, Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Proceedings of Sixth Annual USEPA Waste Testing and Quality Assurance Symposium Vol. 1*, 126-142, 1990.

**8.** **Gibbons R.D.**, Bock R.D., & Hedeker D.R. Approximating multivariate normal orthant probabilities. *Office of Naval Research*, Technical Report, *90-1*, 1990.

**9.** **Gibbons R.D.**, Hedeker D.R., & Bock R.D. Full-information item bi-factor analysis. *Office of Naval*

*Research*, Technical Report, *90-2*, 1990.

10. **Gibbons R.D.**, Hedeker D.R., & Bock R.D. Multivariate generalizations of Student's $t$ distribution. *Office of Naval Research*, Technical Report, *90-3*, 1990.
11. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 1, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.
12. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 2, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.
13. Maddalone R.F., **Gibbons R.D.**, Rice J. & Nott B. MDL's and PQL's - complications proposal and results. *Proceedings of the American Statistical Association Meeting*, Chicago, 1996.
14. Bock R.D., **Gibbons R.D.**, Schilling, S.G. Wilson, D.T. & Wood R. TESTFACT 2: Test scoring, item statistics and item factor analysis. *Scientific Software International*, Chicago, 1997.
15. Hedeker D. and **Gibbons R.D.** *MIXREG: Mixed-effects Regression Models for Continuous Response Data*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.
16. Hedeker D. and **Gibbons R.D.** *MIXOR: Mixed-effects Ordinal Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.
17. Hedeker D. and **Gibbons R.D.** *MIXNO: Mixed-effects Multinomial Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1999.
18. Hedeker D. and **Gibbons R.D.** *MIXPREG: Mixed-effects Poisson Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 2000.
19. **Gibbons R.D.**, Immekus, J. Bock, R.D. *The Added Value of Multidimensional IRT Models*. National Cancer Institute Technical Report. www.healthstats.org, 2007.
20. Hedeker D., **Gibbons R.D.**, Du Toit, S.H.C., Patterson, D.: SuperMix - A program for mixed-effects regression models. Scientific Software International, Chicago, 2008.

## RECENT MEDIA COVERAGE

1. ***New York Times***, Study Condemns F.D.A.'s Handling of Drug Safety. September 23, 2006.
2. ***New York Times,*** New sense of caution at FDA. September 29, 2006.
3. ***New England Journal of Medicine,*** Blueprint for a stronger food and drug administration. October 9, 2006.
4. ***Washington Post,*** Report faults FDA on drug safety. October 10, 2006.
5. ***JAMA,*** IOM: Overhaul drug safety monitoring. November 1, 2006.
6. ***WebMDHealth,*** Child suicide: No antidepressant link? November 1, 2006.
7. ***CBC News,*** Antidepressants linked to lower youth suicide risk, November 1, 2006.
8. ***U.S. Department of Health and Human Services,*** Antidepressants lower kids suicide risk, new research finds. November 1, 2006.
9. ***Medical News Today,*** Antidepressants and lower child suicide rates linked, November 4, 2006.
10. ***New York Times/Health Day News,*** Antidepressants lower kids' suicide risk, new research finds. November 7, 2006.
11. ***National Institute of Mental Health Science Update,*** U.S. youth suicide rates lower in counties with high SSRI use. November 8, 2006.
12. ***WebMDHealth,*** Study probes suicide, antidepressants. December 4, 2006.
13. ***Washington Post,*** Antidepressants a suicide risk for young adults. December 14, 2006.
14. ***New York Times,*** Federal panel urges suicide-risk labels for antidepressants. December 14, 2006.
15. ***USA Today,*** FDA plans to boost safety with newsletters, drug profiles. January 30, 2007.
16. ***Seattle Times,*** FDA moves to toughen oversight of drugs. January 30, 2007.
17. ***Los Angeles Times,*** Changes will ensure drug safety, FDA says. January 31, 2007.
18. ***Wall Street Journal,*** FDA plans drug-safety moves. January 31, 2007.
19. ***New York Times,*** FDA widens safety reviews on new drugs. January 31, 2007.
20. ***ABC World News Tonight,*** Teen suicide/prescription drugs. Feb 5, 2007.
21. ***Washington Post,*** Don't take your vitamins? Antioxidants might be dangerous. March 7, 2007.
22. ***WebMD Medical News,*** Antidepressant/child suicide risk slim. April 17, 2007.

23. ***American Psychiatric Association,*** Two Large Studies Show Decline in Suicide Attempts. July 1, 2007.
24. ***Psychiatric Times,*** Update on antidepressants and suicidality. July 1, 2007.
25. ***Psych Central,*** Antidepressants not a suicide risk. July 6, 2007.
26. ***Medical News Today,*** Young Adults Not At Risk Of Suicidal Behavior From Antidepressants. July 6 2007.
27. ***Consumer Affairs,*** Study Finds Lessened Suicide Risk in Young Adults on Antidepressants. July 6, 2007.
28. ***New York Times***, Suicide Findings Question Link to Antidepressants. July 10, 2007.
29. ***Reason Magazine,*** Can cautions be too risky? Balancing risks and benefits at the FDA. July 10, 2007.
30. ***Medical News,*** Two large studies show decline in suicide attempts with antidepressant treatment. July 11, 2007.
31. ***Newsweek,*** Teens and Antidepressants: Did Warnings Go Too Far. July 16, 2007.
32. ***MSNBC,*** Trouble in a 'Black Box' Did an effort to reduce teen suicides backfire? July 16, 2007.
33. ***Science News,*** Antidepressants trim suicide tries. July 28, 2007.
34. ***Clinical Psychiatry News,*** Benefits of Multivitamins Unclear, Panel Finds. July, 2006.
35. ***American Foundation for Suicide Research,*** New findings show treatment benefits for depressed people outweigh any potential harm. July, 2007.
36. ***Scientific American,*** Suicide risk in adults lowered by antidepressants. August 2, 2007.
37. ***Psychiatric Times,*** VA finds antidepressants reduce suicide risk in vets. August 3, 2007.
38. ***The Province (Canada),*** Drugs lower suicide risk. August 3, 2007.
39. ***Reuters,*** Teen antidepressant warning had ripple effect. September 5, 2007.
40. ***The Washington Post,*** Youth Suicides Increased As Antidepressant Use Fell. September 6, 2007.
41. ***National Public Radio,*** Study: Anti-Depressants Lower Teen Suicide Rates. September 6, 2007.
42. ***San Francisco,*** Chronicle Suicide rise follows antidepressant drop: Study finds dramatic increase after 'black box' warning. September 6, 2007.
43. ***Science,*** Antidepressant warnings linked to suicides. September 6, 2007.
44. ***Science News,*** Suicide sharply on the rise in youth. September 6, 2007.
45. ***Yahoo Health,*** Suicide sharply on the rise in youth. September 6, 2007.
46. ***Los Angeles Times,*** Suicides up after warning, study shows. September 6, 2007.
47. ***Chicago Tribune,*** Suicides up after warning, study shows. September 6, 2007.
48. ***The News & Observer,*** Suicides spiked as antidepressant use fell, Warning labels on pills were followed by a startling jump in young deaths, a study find. September 6, 2007.
49. ***Reuters,*** Suicides rise sharply in U.S. youth, studies find**.** September 6, 2007.
50. ***Bloomberg,*** Youth Suicides Rise the Most in 15 Years, CDC Says (Update2). September 6, 2007.
51. ***Chicago Tribune,*** Suicides rise as antidepressant use falls. September 6, 2007.
52. ***USA Today,*** As antidepressant use fell, youth suicides rose. September 6, 2007.
53. ***Fox News,*** Study: Suicide Rates Rise as Antidepressant Use Falls. September 6, 2007.
54. ***MSNBC,*** CDC: Suicide rate jumps for kids, young adults Biggest rise in 15 years; 'black box' antidepressant label blamed by some. September 6, 2007.
55. ***Yahoo News,*** Antidepressants Vindicated? September 7, 2007.
56. ***The New York Times,*** Questions About a Rising Suicide Rate. September 7, 2007.
57. ***The New York Post,*** Girl's Suicide Shock. September 7, 2007.
58. ***The China Post,*** Youth suicides rise after drop in antidepressant prescriptions. September 7, 2007.
59. ***The New York Times,*** Suicide Rises in Youth; Antidepressant Debate Looms. September 7, 2007.
60. ***Scientific American,*** Antidepressant warnings scared parents, doctors. September 9, 2007.
61. ***Science Daily,*** Newer Antidepressants Led to Less, Not More, Teen Suicides. September 10, 2007.
62. ***ABC News***, Too Young to Die. March 30, 2008.
63. ***JAMA News Release,*** Antiepileptic drugs not associated with increased risk of suicide attempts in patients with bipolar disorder, December 7, 2009.
64. ***Los Angeles Times,*** Reconsidering antiepileptic medications as a treatment for bipolar disorder. December 7, 2009.

**65.** ***WebMD Health News,*** Epilepsy drugs for bipolar disorder: Fewer Suicides?, December 8, 2009.
**66.** ***Medscape Medical News,*** No link between antiepileptics and suicidality in patients with bipolar disorder. December 11, 2009.
**67.** ***US News and World Report***, Antidepressants may not raise risk of suicide in youth. February 6, 2012.
**68.** ***Los Angeles Times,*** Study questions antidepressant link to suicide in kids, February 6, 2012.
**69.** ***National Public Radio***, A fresh look at antidepressants finds low risk of youth suicide, February 7, 2012.
**70.** ***Chicago Tribune***, Study questions antidepressant link to suicide in kids, February 7, 2012.
**71.** ***Forbes,*** New evidence of antidepressant-suicide connection in kids, February 10, 2012.
**72.** ***Medscape***, No link between antidepressants and suicide in kids, February 21, 2012.
**73.** ***Lancet***, Antidepressant suicide link in children questioned, March 3, 2012.
**74.** ***Reuters***, Study suggests overall benefit from antidepressants, March 8, 2012.
**75.** ***AMSTAT News,*** A statistician's journey, September, 2013.
**76.** ***Psychiatric News,*** Chantix doesn't appear to cause psychiatric events, October 24, 2013.
**77.** ***Time***, Growing evidence that autism is linked to pollution, March 14, 2014.
**78.** ***Medscape***, Autism, intellectual disability linked to environmental factors, March 28, 2014.
**79.** ***Forbes,*** Proper SSRI antidepressant starting dose minimizes suicide risk in young adults, April 28, 2014.
**80.** ***ABC News,*** Geographic distribution of autism, October 26, 2014.
**81.** ***Science Life,*** Computer test measures suicide risk in just two minutes, May 9, 2017.
**82.** ***Reuters,*** ADHD treatment tied to lower car crash risk, May 10, 2017.
**83.** ***CNN,*** Medication slashes crash risk for drivers with ADHD, May 10, 2017.
**84.** ***CBS,*** For people with ADHD, taking meds may help reduce car crashes, May 10, 2017.
**85.** ***UPI,*** Study finds quality, not quantity should be focus of suicide prevention, June 14, 2017.
**86.** ***Science Life,*** Quality of psychiatric treatment, nut number of beds should be focus of suicide prevention, June 14, 2017.
**87.** ***Medscape,*** ADHD meds tied to lower substance abuse risk, July 14, 2017.
**88.** ***AAAS,*** Is there association between groundwater lithium, diagnosis of bipolar disorder, dementia? May 23, 2018.
**89.** ***Medscape,*** Lithium in tap water does not dilute bipolar disorder, dementia risk. May 30, 2018.
**90.** ***UC Forefront,*** Lithium in tap water is not associated with risk for bipolar disorder, dementia. June 4, 2018.
**91.** ***ALZFORUM,*** U.S. study says lithium in tap water does not fend off dementia. May 24, 2018.
**92.** ***UChicago Medicine,*** Risk of suicide attempt by children doubles if parent uses opioids. May 21, 2019.
**93.** ***WebMD,*** Opioid users' kids may be at higher suicide risk. May 22, 2019.
**94.** ***UChicago News,*** Children whose parents abuse opioids more likely to attempt suicide. May 22, 2019.
**95.** ***U.S. News and World Report,*** Parent's opioid use increases kids' suicide risk. May 22, 2019.
**96.** ***Reuters,*** Children of opioid users more likely to attempt suicide: U.S. study. May 22, 2019.
**97.** ***Voice of America,*** Study: Children of opioid users more likely to attempt suicide. May 22, 2019.
**98.** ***UC Forefront,*** Groundbreaking online test streamlines mental health screening and measurement in healthcare and beyond. August 22, 2019.
**99.** ***UC Forefront,*** How an online test might help identify mental illnesses. August 27, 2019.
**100.** ***Bloomberg Law,*** Telehealth Takes on Pregnancy Depression Amid Payment Barriers. January 6, 2020.
**101.** ***NBC News,*** Laughing gas shows promise for treatment-resistant depression, small trial finds. June 9, 2021.
**102.** ***Psychiatric Times,*** The Variable You Can't Touch: Advances in Mental Health Measurement. January 14, 2022.

# APPENDIX 3

```
*
* ZANTAC baseline data - tests of assumptions
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\assumptions.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
swilk ndma
sort responsible
by responsible: swilk ndma
oneway ndma responsible, t bon
oneway ndma manufacturer, t bon
oneway ndma form, t bon
oneway ndma api, t bon
oneway ndma dose, t bon
oneway ndma place, t bon
oneway ndma container, t bon
oneway ndma tablets, t bon
oneway ndma retained, t bon
oneway ndma storage, t bon
oneway ndma temperature, t bon
oneway ndma expired, t bon
log close
```

Contains Confidential Information -- Subject to Protective Order

```
-----------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\assumptions.log
  log type:  text
 opened on:   5 Mar 2022, 19:57:09

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 239 obs)

. swilk ndma

                   Shapiro-Wilk W test for normal data

    Variable |        Obs       W           V         z       Prob>z
-------------+------------------------------------------------------
        ndma |        239    0.46372     93.490    10.534    0.00000

. sort responsible

. by responsible: swilk ndma

-----------------------------------------------------------------------------------
--
-> responsible = 2

                   Shapiro-Wilk W test for normal data

    Variable |        Obs       W           V         z       Prob>z
-------------+------------------------------------------------------
        ndma |         15    0.85820      2.749     2.000    0.02273

-----------------------------------------------------------------------------------
--
-> responsible = 3

                   Shapiro-Wilk W test for normal data

    Variable |        Obs       W           V         z       Prob>z
-------------+------------------------------------------------------
        ndma |        224    0.47112     87.106    10.337    0.00000

. oneway ndma responsible, t bon

            |           Summary of NDMA
Responsible |        Mean   Std. dev.       Freq.
------------+------------------------------------
          2 |      592.91   533.74175          15
          3 |   1574.4384   2787.2554         224
```

```
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      13544005.1      1   13544005.1      1.85     0.1752
 Within groups      1.7364e+09    237      7326705
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(1) =  31.6395    Prob>chi2 = 0.000

                      Comparison of NDMA by Responsible
                                (Bonferroni)
Row Mean-|
Col Mean |          2
---------+-----------
       3 |    981.528
         |      0.175

. oneway ndma manufacturer, t bon

Manufacture |            Summary of NDMA
          r |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   745.99773   651.93383          44
          2 |   1325.2864   3025.4841          22
          3 |   3967.6923   5194.1876          13
          4 |   1550.0478   2642.7857         160
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups       105211357      3   35070452.2      5.01     0.0022
 Within groups      1.6448e+09    235    6998986.1
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(3) =  97.2769    Prob>chi2 = 0.000

                      Comparison of NDMA by Manufacturer
                                (Bonferroni)
Row Mean-|
Col Mean |          1          2          3
---------+---------------------------------
       2 |    579.289
         |      1.000
```

```
           |
         3 |    3221.69    2642.41
           |      0.001      0.028
           |
         4 |     804.05    224.761   -2417.64
           |      0.453      1.000      0.010

. oneway ndma form, t bon

            |            Summary of NDMA
       Form |        Mean   Std. dev.       Freq.
------------+------------------------------------
          0 |   1013.7839    1615.429         202
          1 |   4237.3919   5001.3165          37
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      324967281      1    324967281     54.05     0.0000
 Within groups     1.4250e+09    237   6012682.74
------------------------------------------------------------------------
    Total          1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(1) = 115.3524    Prob>chi2 = 0.000

                          Comparison of NDMA by Form
                                (Bonferroni)
Row Mean-|
Col Mean |          0
---------+-----------
       1 |    3223.61
         |      0.000

. oneway ndma api, t bon

            |            Summary of NDMA
        API |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1512.8362   2711.6099         239
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups              0      0            .
 Within groups     1.7500e+09    238   7352828.11
------------------------------------------------------------------------
```

```
    Total           1.7500e+09    238   7352828.11

                           Comparison of NDMA by API
                                (Bonferroni)

. oneway ndma dose, t bon

            |            Summary of NDMA
       Dose |        Mean   Std. dev.       Freq.
------------+------------------------------------
          0 |   816.06098   679.81415          41
          1 |   1657.1179   2944.0295         198
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      24027132.8      1   24027132.8      3.30     0.0706
 Within groups      1.7259e+09    237   7282472.39
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(1) =  75.3489    Prob>chi2 = 0.000

                           Comparison of NDMA by Dose
                                (Bonferroni)
Row Mean-|
Col Mean |          0
---------+-----------
       1 |    841.057
         |      0.071

. oneway ndma place, t bon

            |            Summary of NDMA
      Place |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1442.7074   2829.5926          81
          2 |   1548.7883    2657.573         158
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      602585.084      1   602585.084      0.08     0.7753
 Within groups      1.7494e+09    237   7381310.15
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11
```

Contains Confidential Information -- Subject to Protective Order

```
Bartlett's equal-variances test: chi2(1) =   0.4204    Prob>chi2 = 0.517

                         Comparison of NDMA by Place
                                (Bonferroni)
Row Mean-|
Col Mean |          1
---------+-----------
       2 |    106.081
         |      0.775

. oneway ndma container, t bon

            |            Summary of NDMA
  Container |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1334.3805   1697.5139          82
          2 |   1105.0764    2109.889          91
          3 |   2383.3817    4217.859          60
          4 |   1430.6333   779.40849           6
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      63253310.6      3   21084436.9      2.94     0.0340
 Within groups      1.6867e+09    235   7177530.97
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(3) =  73.7713    Prob>chi2 = 0.000

                       Comparison of NDMA by Container
                                (Bonferroni)
Row Mean-|
Col Mean |          1          2          3
---------+---------------------------------
       2 |   -229.304
         |      1.000
         |
       3 |       1049    1278.31
         |      0.132      0.027
         |
       4 |    96.2528    325.557   -952.748
         |      1.000      1.000      1.000

. oneway ndma tablets, t bon

            |            Summary of NDMA
```

| Tablets | Mean | Std. dev. | Freq. |
|---|---|---|---|
| 1 | 1125.2139 | 2052.1351 | 97 |
| 40 | 706.23335 | 547.89285 | 3 |
| 50 | 1395.4333 | 810.61625 | 9 |
| 60 | 1243.95 | 933.09567 | 6 |
| 65 | 2791.7538 | 3669.2745 | 13 |
| 70 | 903.02222 | 652.63924 | 18 |
| 75 | 1096.3385 | 2510.2237 | 13 |
| 80 | 682.5 | 665.38748 | 2 |
| 84 | 823.3 | 560.84293 | 3 |
| 90 | 1103.4214 | 815.72068 | 28 |
| 100 | 369.45 | 1.3434986 | 2 |
| 500 | 3000.0683 | 4803.9787 | 41 |
| 2000 | 1252.2 | 420.24954 | 4 |
| Total | 1512.8362 | 2711.6099 | 239 |

Analysis of variance

| Source | SS | df | MS | F | Prob > F |
|---|---|---|---|---|---|
| Between groups | 148367337 | 12 | 12363944.7 | 1.74 | 0.0589 |
| Within groups | 1.6016e+09 | 226 | 7086751.12 | | |
| Total | 1.7500e+09 | 238 | 7352828.11 | | |

Bartlett's equal-variances test: chi2(12) = 161.4839 Prob>chi2 = 0.000

Comparison of NDMA by Tablets
(Bonferroni)

| Row Mean-Col Mean | 1 | 40 | 50 | 60 | 65 | 70 |
|---|---|---|---|---|---|---|
| 40 | -418.981 | | | | | |
| | 1.000 | | | | | |
| 50 | 270.219 | 689.2 | | | | |
| | 1.000 | 1.000 | | | | |
| 60 | 118.736 | 537.717 | -151.483 | | | |
| | 1.000 | 1.000 | 1.000 | | | |
| 65 | 1666.54 | 2085.52 | 1396.32 | 1547.8 | | |
| | 1.000 | 1.000 | 1.000 | 1.000 | | |
| 70 | -222.192 | 196.789 | -492.411 | -340.928 | -1888.73 | |
| | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | |
| 75 | -28.8755 | 390.105 | -299.095 | -147.612 | -1695.42 | 193.316 |
| | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |

```
         |
      80 |  -442.714   -23.7333   -712.933    -561.45   -2109.25   -220.522
         |     1.000      1.000      1.000      1.000      1.000      1.000
         |
      84 |  -301.914    117.067   -572.133    -420.65   -1968.45   -79.7222
         |     1.000      1.000      1.000      1.000      1.000      1.000
         |
      90 |  -21.7925    397.188   -292.012   -140.529   -1688.33    200.399
         |     1.000      1.000      1.000      1.000      1.000      1.000
         |
     100 |  -755.764   -336.783   -1025.98     -874.5    -2422.3   -533.572
         |     1.000      1.000      1.000      1.000      1.000      1.000
         |
     500 |   1874.85    2293.83    1604.63    1756.12    208.314    2097.05
         |     0.016      1.000      1.000      1.000      1.000      0.452
         |
    2000 |   126.986    545.967   -143.233       8.25   -1539.55    349.178
         |     1.000      1.000      1.000      1.000      1.000      1.000

Row Mean-|
Col Mean |        75         80         84         90        100        500
---------+------------------------------------------------------------------
      80 |  -413.838
         |     1.000
         |
      84 |  -273.038      140.8
         |     1.000      1.000
         |
      90 |   7.08297    420.921    280.121
         |     1.000      1.000      1.000
         |
     100 |  -726.888    -313.05    -453.85   -733.971
         |     1.000      1.000      1.000      1.000
         |
     500 |   1903.73    2317.57    2176.77    1896.65    2630.62
         |     1.000      1.000      1.000      0.314      1.000
         |
    2000 |   155.862      569.7      428.9    148.779     882.75   -1747.87
         |     1.000      1.000      1.000      1.000      1.000      1.000

. oneway ndma retained, t bon

            |          Summary of NDMA
   Retained |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   2336.6236   4168.4498          91
          2 |   1610.5689   820.57014          45
          3 |   742.32524   570.29509         103
------------+------------------------------------
      Total |   1512.8362   2711.6099         239
```

Analysis of variance

| Source | SS | df | MS | F | Prob > F |
|---|---|---|---|---|---|
| Between groups | 123334540 | 2 | 61667270.2 | 8.95 | 0.0002 |
| Within groups | 1.6266e+09 | 236 | 6892536.22 | | |
| Total | 1.7500e+09 | 238 | 7352828.11 | | |

Bartlett's equal-variances test: chi2(2) = 328.4378 Prob>chi2 = 0.000

Comparison of NDMA by Retained
(Bonferroni)

| Row Mean-Col Mean | 1 | 2 |
|---|---|---|
| 2 | -726.055 | |
| | 0.391 | |
| 3 | -1594.3 | -868.244 |
| | 0.000 | 0.196 |

. oneway ndma storage, t bon

| Storage | Mean | Std. dev. | Freq. |
|---|---|---|---|
| 1 | 3000.0683 | 4803.9787 | 41 |
| 2 | 2306.7514 | 4105.3591 | 35 |
| 3 | 1561.764 | 812.29237 | 50 |
| 5 | 495.12727 | 373.04719 | 11 |
| 6 | 732.33492 | 600.38188 | 63 |
| 7 | 810.41333 | 512.27545 | 15 |
| 8 | 789.68888 | 574.092 | 9 |
| 13 | 592.91 | 533.74175 | 15 |
| Total | 1512.8362 | 2711.6099 | 239 |

(Summary of NDMA)

Analysis of variance

| Source | SS | df | MS | F | Prob > F |
|---|---|---|---|---|---|
| Between groups | 187439412 | 7 | 26777058.9 | 3.96 | 0.0004 |
| Within groups | 1.5625e+09 | 231 | 6764215.05 | | |
| Total | 1.7500e+09 | 238 | 7352828.11 | | |

Bartlett's equal-variances test: chi2(7) = 360.7380 Prob>chi2 = 0.000

Comparison of NDMA by Storage
(Bonferroni)

| Row Mean-Col Mean | 1 | 2 | 3 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 2 | -693.317 | | | | | |
| | 1.000 | | | | | |
| 3 | -1438.3 | -744.987 | | | | |
| | 0.259 | 1.000 | | | | |
| 5 | -2504.94 | -1811.62 | -1066.64 | | | |
| | 0.139 | 1.000 | 1.000 | | | |
| 6 | -2267.73 | -1574.42 | -829.429 | 237.208 | | |
| | 0.001 | 0.125 | 1.000 | 1.000 | | |
| 7 | -2189.65 | -1496.34 | -751.351 | 315.286 | 78.0784 | |
| | 0.160 | 1.000 | 1.000 | 1.000 | 1.000 | |
| 8 | -2210.38 | -1517.06 | -772.075 | 294.562 | 57.354 | -20.7245 |
| | 0.611 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 13 | -2407.16 | -1713.84 | -968.854 | 97.7827 | -139.425 | -217.503 |
| | 0.068 | 0.946 | 1.000 | 1.000 | 1.000 | 1.000 |

| Row Mean-Col Mean | 8 |
|---|---|
| 13 | -196.779 |
| | 1.000 |

. oneway ndma temperature, t bon

| Temperature | Summary of NDMA Mean | Std. dev. | Freq. |
|---|---|---|---|
| 1 | 2336.6236 | 4168.4498 | 91 |
| 3 | 1006.3182 | 766.69417 | 148 |
| Total | 1512.8362 | 2711.6099 | 239 |

Analysis of variance

| Source | SS | df | MS | F | Prob > F |
|---|---|---|---|---|---|
| Between groups | 99725885.3 | 1 | 99725885.3 | 14.32 | 0.0002 |
| Within groups | 1.6502e+09 | 237 | 6963068.37 | | |
| Total | 1.7500e+09 | 238 | 7352828.11 | | |

Bartlett's equal-variances test: chi2(1) = 279.7980    Prob>chi2 = 0.000

```
                         Comparison of NDMA by Temperature
                                   (Bonferroni)
Row Mean-|
Col Mean |          1
---------+-----------
       3 |   -1330.31
         |      0.000

. oneway ndma expired, t bon

            |            Summary of NDMA
    Expired |        Mean   Std. dev.       Freq.
------------+------------------------------------
          0 |   1105.5652   1778.5365         161
          1 |   2353.4853   3884.7612          78
------------+------------------------------------
      Total |   1512.8362   2711.6099         239

                          Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      81826899.5      1   81826899.5     11.63     0.0008
 Within groups      1.6681e+09    237   7038591.52
------------------------------------------------------------------------
    Total           1.7500e+09    238   7352828.11

Bartlett's equal-variances test: chi2(1) =  68.8983    Prob>chi2 = 0.000

                           Comparison of NDMA by Expired
                                   (Bonferroni)
Row Mean-|
Col Mean |          0
---------+-----------
       1 |    1247.92
         |      0.001

. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\assumptions.log
  log type:  text
 closed on:   5 Mar 2022, 19:57:10
-----------------------------------------------------------------------------------
--
```

```
*
* ZANTAC baseline data - retained and storage analyses
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\baseline2.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
anova ndma retained
anova ndma storage
anova ndma retained storage
log close
```

```
-------------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\baseline2.log
  log type:  text
 opened on:   5 Mar 2022, 12:21:55

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline2.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 239 obs)

. anova ndma retained

                         Number of obs =        239    R-squared     =  0.0705
                         Root MSE      =    2625.36    Adj R-squared =  0.0626

                  Source | Partial SS         df         MS        F    Prob>F
              -----------+----------------------------------------------------
                   Model |   1.233e+08         2     61667270      8.95  0.0002
                         |
                retained |   1.233e+08         2     61667270      8.95  0.0002
                         |
                Residual |   1.627e+09       236    6892536.2
              -----------+----------------------------------------------------
                   Total |   1.750e+09       238    7352828.1

. anova ndma storage

                         Number of obs =        239    R-squared     =  0.1071
                         Root MSE      =    2600.81    Adj R-squared =  0.0801

                  Source | Partial SS         df         MS        F    Prob>F
              -----------+----------------------------------------------------
                   Model |   1.874e+08         7     26777059      3.96  0.0004
                         |
                 storage |   1.874e+08         7     26777059      3.96  0.0004
                         |
                Residual |   1.563e+09       231    6764215.1
              -----------+----------------------------------------------------
                   Total |   1.750e+09       238    7352828.1

. anova ndma retained storage

                         Number of obs =        239    R-squared     =  0.1077
                         Root MSE      =    2605.56    Adj R-squared =  0.0767

                  Source | Partial SS         df         MS        F    Prob>F
              -----------+----------------------------------------------------
                   Model |   1.885e+08         8     23563909      3.47  0.0008
                         |
```

```
    retained |   37128898          2    18564449      2.73  0.0670
     storage |   65176734          6    10862789      1.60  0.1480
             |
    Residual |  1.561e+09        230   6788964.4
-----------+----------------------------------------------------
       Total |  1.750e+09        238   7352828.1

. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\baseline2.log
  log type:  text
 closed on:   5 Mar 2022, 12:21:56
-------------------------------------------------------------------------------------
--
```

```
*
* ZANTAC baseline data - random assignment of data to 12 factors
*
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\random.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv

set seed 1000

*NDA Holder
g double random1 = (254-1)*runiform()+1
sort random1
g seqnum1=_n
g group1=0
replace group1=1 if (seqnum1<=15)
replace group1=2 if (seqnum1>15)&(seqnum1<=247)
*list group1 id seqnum1 random1 ndma
oneway ndma group1 if group1 > 0, t

* FD Manufacturer
g double random2 = (254-1)*runiform()+1
sort random2
g seqnum2=_n
g group2=0
replace group2=1 if (seqnum2<=45)
replace group2=2 if (seqnum2>45)&(seqnum2<=67)
replace group2=3 if (seqnum2>67)&(seqnum2<=80)
replace group2=4 if (seqnum2>80)&(seqnum2<=247)
oneway ndma group2 if group2 > 0, t

* Form
g double random3 = (254-1)*runiform()+1
sort random3
g seqnum3=_n
g group3=0
replace group3=1 if (seqnum3<=217)
replace group3=2 if (seqnum3>217)&(seqnum3<=254)
oneway ndma group3 if group3 > 0, t

* API
g double random4 = (254-1)*runiform()+1
sort random4
g seqnum4=_n
g group4=0
replace group4=1 if (seqnum4<=7)
replace group4=2 if (seqnum4>7)&(seqnum4<=254)
```

```
oneway ndma group4 if group4 > 0, t

* Dose
g double random5 = (254-1)*runiform()+1
sort random5
g seqnum5=_n
g group5=0
replace group5=1 if (seqnum5<=41)
replace group5=2 if (seqnum5>41)&(seqnum5<=254)
oneway ndma group5 if group5 > 0, t

* Manufacture Place
g double random6 = (254-1)*runiform()+1
sort random6
g seqnum6=_n
g group6=0
replace group6=1 if (seqnum6<=82)
replace group6=2 if (seqnum6>82)&(seqnum6<=247)
oneway ndma group6 if group6 > 0, t

* Container
g double random7 = (254-1)*runiform()+1
sort random7
g seqnum7=_n
g group7=0
replace group7=1 if (seqnum7<=84)
replace group7=2 if (seqnum7>84)&(seqnum7<=188)
replace group7=3 if (seqnum7>188)&(seqnum7<=248)
replace group7=4 if (seqnum7>248)&(seqnum7<=254)
oneway ndma group7 if group7 > 0, t

* No. of Tablets
g double random8 = (254-1)*runiform()+1
sort random8
g seqnum8=_n
g group8=0
replace group8=1 if (seqnum8<=32)
replace group8=2 if (seqnum8>32)&(seqnum8<=84)
oneway ndma group8 if group8 > 0, t

* Retained
g double random9 = (254-1)*runiform()+1
sort random9
g seqnum9=_n
g group9=0
replace group9=1 if (seqnum9<=91)
replace group9=2 if (seqnum9>91)&(seqnum9<=139)
replace group9=3 if (seqnum9>139)&(seqnum9<=254)
oneway ndma group9 if group9 > 0, t
```

```
* Storage
g double random10 = (254-1)*runiform()+1
sort random10
g seqnum10=_n
g group10=0
replace group10=1 if (seqnum10<=41)
replace group10=2 if (seqnum10>41)&(seqnum10<=76)
replace group10=3 if (seqnum10>76)&(seqnum10<=126)
replace group10=4 if (seqnum10>126)&(seqnum10<=137)
replace group10=5 if (seqnum10>137)&(seqnum10<=200)
replace group10=6 if (seqnum10>200)&(seqnum10<=215)
replace group10=7 if (seqnum10>215)&(seqnum10<=224)
replace group10=8 if (seqnum10>224)&(seqnum10<=239)
oneway ndma group10 if group10 > 0, t

* Temp/Humidity
g double random11 = (254-1)*runiform()+1
sort random11
g seqnum11=_n
g group11=0
replace group11=1 if (seqnum11<=91)
replace group11=2 if (seqnum11>91)&(seqnum11<=254)
oneway ndma group11 if group11 > 0, t

* Expired
g double random12 = (254-1)*runiform()+1
sort random12
g seqnum12=_n
g group12=0
replace group12=1 if (seqnum12<=88)
replace group12=2 if (seqnum12>88)&(seqnum12<=254)
oneway ndma group12 if group12 > 0, t

log close
```

```
-----------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\random.log
  log type:  text
 opened on:   5 Mar 2022, 20:53:52

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 254 obs)

.
. set seed 1000

.
. *NDA Holder
. g double random1 = (254-1)*runiform()+1

. sort random1

. g seqnum1=_n

. g group1=0

. replace group1=1 if (seqnum1<=15)
(15 real changes made)

. replace group1=2 if (seqnum1>15)&(seqnum1<=247)
(232 real changes made)

. *list group1 id seqnum1 random1 ndma
. oneway ndma group1 if group1 > 0, t

            |          Summary of NDMA
     group1 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   825.71334   845.90765          15
          2 |   1541.8274   2745.1393         232
------------+------------------------------------
      Total |   1498.3387   2673.2721         247

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      7225146.42      1   7225146.42      1.01     0.3156
 Within groups      1.7508e+09    245   7146062.41
------------------------------------------------------------------------
    Total           1.7580e+09    246   7146383.89

Bartlett's equal-variances test: chi2(1) =  19.4854    Prob>chi2 = 0.000
```

```
.
. * FD Manufacturer
. g double random2 = (254-1)*runiform()+1

. sort random2

. g seqnum2=_n

. g group2=0

. replace group2=1 if (seqnum2<=45)
(45 real changes made)

. replace group2=2 if (seqnum2>45)&(seqnum2<=67)
(22 real changes made)

. replace group2=3 if (seqnum2>67)&(seqnum2<=80)
(13 real changes made)

. replace group2=4 if (seqnum2>80)&(seqnum2<=247)
(167 real changes made)

. oneway ndma group2 if group2 > 0, t

            |            Summary of NDMA
     group2 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   2230.9944    3942.317          45
          2 |   883.38635   761.51974          22
          3 |   1840.8154   2476.9687          13
          4 |   1299.8186   2224.5107         167
------------+------------------------------------
      Total |   1460.8484   2575.1478         247

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      40234078.9      3   13411359.6      2.05     0.1077
 Within groups      1.5911e+09    243   6547682.89
------------------------------------------------------------------------
    Total           1.6313e+09    246   6631386.27

Bartlett's equal-variances test: chi2(3) =  59.1138    Prob>chi2 = 0.000

.
. * Form
. g double random3 = (254-1)*runiform()+1

. sort random3
```

```
. g seqnum3=_n

. g group3=0

. replace group3=1 if (seqnum3<=217)
(217 real changes made)

. replace group3=2 if (seqnum3>217)&(seqnum3<=254)
(37 real changes made)

. oneway ndma group3 if group3 > 0, t

            |           Summary of NDMA
     group3 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1428.9528   2550.7631         217
          2 |   1824.4568   3138.8673          37
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      4944581.13      1   4944581.13      0.71     0.4009
 Within groups      1.7601e+09    252   6984406.12
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =   2.9002    Prob>chi2 = 0.089

.
. * API
. g double random4 = (254-1)*runiform()+1

. sort random4

. g seqnum4=_n

. g group4=0

. replace group4=1 if (seqnum4<=7)
(7 real changes made)

. replace group4=2 if (seqnum4>7)&(seqnum4<=254)
(247 real changes made)

. oneway ndma group4 if group4 > 0, t

            |           Summary of NDMA
```

```
     group4 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   2347.9001   3229.4973           7
          2 |   1462.1553   2626.5503         247
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups        5340458      1      5340458      0.76     0.3827
 Within groups      1.7597e+09    252   6982835.18
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =   0.5423    Prob>chi2 = 0.461

.
. * Dose
. g double random5 = (254-1)*runiform()+1

. sort random5

. g seqnum5=_n

. g group5=0

. replace group5=1 if (seqnum5<=41)
(41 real changes made)

. replace group5=2 if (seqnum5>41)&(seqnum5<=254)
(213 real changes made)

. oneway ndma group5 if group5 > 0, t

            |            Summary of NDMA
     group5 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1388.8561   2105.1218          41
          2 |   1505.3735    2736.275         213
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      466778.658     1   466778.658      0.07     0.7965
 Within groups      1.7645e+09    252   7002175.17
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57
```

```
Bartlett's equal-variances test: chi2(1) =   4.0655    Prob>chi2 = 0.044

.
. * Manufacture Place
. g double random6 = (254-1)*runiform()+1

. sort random6

. g seqnum6=_n

. g group6=0

. replace group6=1 if (seqnum6<=82)
(82 real changes made)

. replace group6=2 if (seqnum6>82)&(seqnum6<=247)
(165 real changes made)

. oneway ndma group6 if group6 > 0, t

            |           Summary of NDMA
     group6 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1611.7537    2796.925          82
          2 |   1378.8851   2485.5593         165
------------+------------------------------------
      Total |   1456.1937   2589.6991         247

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      2970451.16      1   2970451.16      0.44     0.5068
 Within groups      1.6468e+09    245   6721790.89
------------------------------------------------------------------------
    Total           1.6498e+09    246   6706541.55

Bartlett's equal-variances test: chi2(1) =   1.5409    Prob>chi2 = 0.214

.
. * Container
. g double random7 = (254-1)*runiform()+1

. sort random7

. g seqnum7=_n

. g group7=0

. replace group7=1 if (seqnum7<=84)
```

```
(84 real changes made)

. replace group7=2 if (seqnum7>84)&(seqnum7<=188)
(104 real changes made)

. replace group7=3 if (seqnum7>188)&(seqnum7<=248)
(60 real changes made)

. replace group7=4 if (seqnum7>248)&(seqnum7<=254)
(6 real changes made)

. oneway ndma group7 if group7 > 0, t

            |            Summary of NDMA
     group7 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   1222.2512   2402.1878          84
          2 |   1602.6187   2618.5455         104
          3 |     1318.46   2387.3639          60
          4 |   4856.4333   5769.6257           6
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      77100745.6      3   25700248.5      3.81     0.0107
 Within groups      1.6879e+09    250   6751656.71
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(3) =  13.1178    Prob>chi2 = 0.004

.
. * No. of Tablets
. g double random8 = (254-1)*runiform()+1

. sort random8

. g seqnum8=_n

. g group8=0

. replace group8=1 if (seqnum8<=32)
(32 real changes made)

. replace group8=2 if (seqnum8>32)&(seqnum8<=84)
(52 real changes made)

. oneway ndma group8 if group8 > 0, t
```

```
             |          Summary of NDMA
      group8 |        Mean   Std. dev.       Freq.
-------------+------------------------------------
           1 |   1516.9219   2970.4925          32
           2 |   1421.3327    2217.856          52
-------------+------------------------------------
       Total |   1457.7476   2514.0155          84

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      181005.363      1   181005.363      0.03     0.8668
 Within groups       524401740     82   6395143.18
------------------------------------------------------------------------
    Total            524582746     83   6320274.05

Bartlett's equal-variances test: chi2(1) =   3.3614    Prob>chi2 = 0.067

.
. * Retained
. g double random9 = (254-1)*runiform()+1

. sort random9

. g seqnum9=_n

. g group9=0

. replace group9=1 if (seqnum9<=91)
(91 real changes made)

. replace group9=2 if (seqnum9>91)&(seqnum9<=139)
(48 real changes made)

. replace group9=3 if (seqnum9>139)&(seqnum9<=254)
(115 real changes made)

. oneway ndma group9 if group9 > 0, t

             |          Summary of NDMA
      group9 |        Mean   Std. dev.       Freq.
-------------+------------------------------------
           1 |    1963.756   3355.3375          91
           2 |   1032.3906    1749.009          48
           3 |   1298.5313    2242.542         115
-------------+------------------------------------
       Total |   1486.5655   2641.2769         254

                        Analysis of variance
```

```
    Source              SS          df       MS            F     Prob > F
------------------------------------------------------------------------
Between groups      34688914.4       2    17344457.2      2.52     0.0828
 Within groups      1.7303e+09     251    6893729.12
------------------------------------------------------------------------
    Total           1.7650e+09     253    6976343.57

Bartlett's equal-variances test: chi2(2) =  29.8138    Prob>chi2 = 0.000

.
. * Storage
. g double random10 = (254-1)*runiform()+1

. sort random10

. g seqnum10=_n

. g group10=0

. replace group10=1 if (seqnum10<=41)
(41 real changes made)

. replace group10=2 if (seqnum10>41)&(seqnum10<=76)
(35 real changes made)

. replace group10=3 if (seqnum10>76)&(seqnum10<=126)
(50 real changes made)

. replace group10=4 if (seqnum10>126)&(seqnum10<=137)
(11 real changes made)

. replace group10=5 if (seqnum10>137)&(seqnum10<=200)
(63 real changes made)

. replace group10=6 if (seqnum10>200)&(seqnum10<=215)
(15 real changes made)

. replace group10=7 if (seqnum10>215)&(seqnum10<=224)
(9 real changes made)

. replace group10=8 if (seqnum10>224)&(seqnum10<=239)
(15 real changes made)

. oneway ndma group10 if group10 > 0, t

            |           Summary of NDMA
    group10 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |   974.41707   704.22042          41
          2 |   1255.5471    2486.863          35
```

```
          3 |    1526.81   2550.9959          50
          4 |  840.23636   563.73019          11
          5 |  1123.4929   1723.0042          63
          6 |  3167.8067   4752.5768          15
          7 |  3394.5999   5872.9455           9
          8 |  2633.9333   4122.6556          15
------------+------------------------------------
      Total |  1497.2213   2662.2204         239

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups       120486567      7   17212366.7      2.54     0.0155
 Within groups      1.5663e+09    231   6780600.94
------------------------------------------------------------------------
    Total           1.6868e+09    238   7087417.57

Bartlett's equal-variances test: chi2(7) = 145.6925    Prob>chi2 = 0.000

.
. * Temp/Humidity
. g double random11 = (254-1)*runiform()+1

. sort random11

. g seqnum11=_n

. g group11=0

. replace group11=1 if (seqnum11<=91)
(91 real changes made)

. replace group11=2 if (seqnum11>91)&(seqnum11<=254)
(163 real changes made)

. oneway ndma group11 if group11 > 0, t

            |         Summary of NDMA
    group11 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |  1353.2906   2259.4775          91
          2 |  1560.9705   2836.0822         163
------------+------------------------------------
      Total |  1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      2518745.14      1   2518745.14      0.36     0.5490
 Within groups      1.7625e+09    252   6994032.45
```

```
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =   5.6600    Prob>chi2 = 0.017

.
. * Expired
. g double random12 = (254-1)*runiform()+1

. sort random12

. g seqnum12=_n

. g group12=0

. replace group12=1 if (seqnum12<=88)
(88 real changes made)

. replace group12=2 if (seqnum12>88)&(seqnum12<=254)
(166 real changes made)

. oneway ndma group12 if group12 > 0, t

            |            Summary of NDMA
    group12 |        Mean   Std. dev.       Freq.
------------+------------------------------------
          1 |    1064.096   1547.1111          88
          2 |   1710.5253   3047.8441         166
------------+------------------------------------
      Total |   1486.5655   2641.2769         254

                        Analysis of variance
    Source              SS         df      MS            F     Prob > F
------------------------------------------------------------------------
Between groups      24032506.1      1   24032506.1      3.48     0.0633
 Within groups      1.7410e+09    252   6908660.38
------------------------------------------------------------------------
    Total           1.7650e+09    253   6976343.57

Bartlett's equal-variances test: chi2(1) =  43.1689    Prob>chi2 = 0.000

.
. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\random.log
  log type:  text
 closed on:   5 Mar 2022, 20:53:53
-----------------------------------------------------------------------------------
--
```

```
*
* Simulate 1000: ZANTAC baseline data - random assignment of data to 12 factors
*
*
*
capture log close
clear all
set more off
log using c:\users\robert~1\box\flash\stata\zantac\simulate.log, text replace
import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv


program random, rclass
preserve
*NDA Holder
g double random1 = (254-1)*runiform()+1
sort random1
g seqnum1=_n
g group1=0
replace group1=1 if (seqnum1<=15)
replace group1=2 if (seqnum1>15)&(seqnum1<=247)
*list group1 id seqnum1 random1 ndma
oneway ndma group1 if group1 > 0, t
g p1=Ftail(r(df_m),r(df_r), r(F))

* FD Manufacturer
g double random2 = (254-1)*runiform()+1
sort random2
g seqnum2=_n
g group2=0
replace group2=1 if (seqnum2<=45)
replace group2=2 if (seqnum2>45)&(seqnum2<=67)
replace group2=3 if (seqnum2>67)&(seqnum2<=80)
replace group2=4 if (seqnum2>80)&(seqnum2<=247)
oneway ndma group2 if group2 > 0, t
g p2=Ftail(r(df_m),r(df_r), r(F))

* Form
g double random3 = (254-1)*runiform()+1
sort random3
g seqnum3=_n
g group3=0
replace group3=1 if (seqnum3<=217)
replace group3=2 if (seqnum3>217)&(seqnum3<=254)
oneway ndma group3 if group3 > 0, t
g p3=Ftail(r(df_m),r(df_r), r(F))

* API
g double random4 = (254-1)*runiform()+1
sort random4
```

```
g seqnum4=_n
g group4=0
replace group4=1 if (seqnum4<=7)
replace group4=2 if (seqnum4>7)&(seqnum4<=254)
oneway ndma group4 if group4 > 0, t
g p4=Ftail(r(df_m),r(df_r), r(F))

* Dose
g double random5 = (254-1)*runiform()+1
sort random5
g seqnum5=_n
g group5=0
replace group5=1 if (seqnum5<=41)
replace group5=2 if (seqnum5>41)&(seqnum5<=254)
oneway ndma group5 if group5 > 0, t
g p5=Ftail(r(df_m),r(df_r), r(F))

* Manufacture Place
g double random6 = (254-1)*runiform()+1
sort random6
g seqnum6=_n
g group6=0
replace group6=1 if (seqnum6<=82)
replace group6=2 if (seqnum6>82)&(seqnum6<=247)
oneway ndma group6 if group6 > 0, t
g p6=Ftail(r(df_m),r(df_r), r(F))

* Container
g double random7 = (254-1)*runiform()+1
sort random7
g seqnum7=_n
g group7=0
replace group7=1 if (seqnum7<=84)
replace group7=2 if (seqnum7>84)&(seqnum7<=188)
replace group7=3 if (seqnum7>188)&(seqnum7<=248)
replace group7=4 if (seqnum7>248)&(seqnum7<=254)
oneway ndma group7 if group7 > 0, t
g p7=Ftail(r(df_m),r(df_r), r(F))

* No. of Tablets
g double random8 = (254-1)*runiform()+1
sort random8
g seqnum8=_n
g group8=0
replace group8=1 if (seqnum8<=32)
replace group8=2 if (seqnum8>32)&(seqnum8<=84)
oneway ndma group8 if group8 > 0, t
g p8=Ftail(r(df_m),r(df_r), r(F))

* Retained
```

```
g double random9 = (254-1)*runiform()+1
sort random9
g seqnum9=_n
g group9=0
replace group9=1 if (seqnum9<=91)
replace group9=2 if (seqnum9>91)&(seqnum9<=139)
replace group9=3 if (seqnum9>139)&(seqnum9<=254)
oneway ndma group9 if group9 > 0, t
g p9=Ftail(r(df_m),r(df_r), r(F))

* Storage
g double random10 = (254-1)*runiform()+1
sort random10
g seqnum10=_n
g group10=0
replace group10=1 if (seqnum10<=41)
replace group10=2 if (seqnum10>41)&(seqnum10<=76)
replace group10=3 if (seqnum10>76)&(seqnum10<=126)
replace group10=4 if (seqnum10>126)&(seqnum10<=137)
replace group10=5 if (seqnum10>137)&(seqnum10<=200)
replace group10=6 if (seqnum10>200)&(seqnum10<=215)
replace group10=7 if (seqnum10>215)&(seqnum10<=224)
replace group10=8 if (seqnum10>224)&(seqnum10<=239)
oneway ndma group10 if group10 > 0, t
g p10=Ftail(r(df_m),r(df_r), r(F))

* Temp/Humidity
g double random11 = (254-1)*runiform()+1
sort random11
g seqnum11=_n
g group11=0
replace group11=1 if (seqnum11<=91)
replace group11=2 if (seqnum11>91)&(seqnum11<=254)
oneway ndma group11 if group11 > 0, t
g p11=Ftail(r(df_m),r(df_r), r(F))

* Expired
g double random12 = (254-1)*runiform()+1
sort random12
g seqnum12=_n
g group12=0
replace group12=1 if (seqnum12<=88)
replace group12=2 if (seqnum12>88)&(seqnum12<=254)
oneway ndma group12 if group12 > 0, t
g p12=Ftail(r(df_m),r(df_r), r(F))

gen s1=0
replace s1=1 if p1 <= 0.05
gen s2=0
replace s2=1 if p2 <= 0.05
```

```
gen s3=0
replace s3=1 if p3 <= 0.05
gen s4=0
replace s4=1 if p4 <= 0.05
gen s5=0
replace s5=1 if p5 <= 0.05
gen s6=0
replace s6=1 if p6 <= 0.05
gen s7=0
replace s7=1 if p7 <= 0.05
gen s8=0
replace s8=1 if p8 <= 0.05
gen s9=0
replace s9=1 if p9 <= 0.05
gen s10=0
replace s10=1 if p10 <= 0.05
gen s11=0
replace s11=1 if p11 <= 0.05
gen s12=0
replace s12=1 if p12 <= 0.05
return scalar sum=s1+s2+s3+s4+s5+s6+s7+s8+s9+s10+s11+s12
restore
end

set seed 1000

simulate sum=r(sum), reps(1000): random

tab sum


log close
```

```
--------------------------------------------------------------------------------
--
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\simulate.log
  log type:  text
 opened on:   5 Mar 2022, 12:26:30

. import delim c:\users\robert~1\box\flash\stata\zantac\baseline.csv
(encoding automatically selected: ISO-8859-1)
(14 vars, 254 obs)

.
.
. program random, rclass
  1. preserve
  2. *NDA Holder
. g double random1 = (254-1)*runiform()+1
  3. sort random1
  4. g seqnum1=_n
  5. g group1=0
  6. replace group1=1 if (seqnum1<=15)
  7. replace group1=2 if (seqnum1>15)&(seqnum1<=247)
  8. *list group1 id seqnum1 random1 ndma
. oneway ndma group1 if group1 > 0, t
  9. g p1=Ftail(r(df_m),r(df_r), r(F))
 10.
. * FD Manufacturer
. g double random2 = (254-1)*runiform()+1
 11. sort random2
 12. g seqnum2=_n
 13. g group2=0
 14. replace group2=1 if (seqnum2<=45)
 15. replace group2=2 if (seqnum2>45)&(seqnum2<=67)
 16. replace group2=3 if (seqnum2>67)&(seqnum2<=80)
 17. replace group2=4 if (seqnum2>80)&(seqnum2<=247)
 18. oneway ndma group2 if group2 > 0, t
 19. g p2=Ftail(r(df_m),r(df_r), r(F))
 20.
. * Form
. g double random3 = (254-1)*runiform()+1
 21. sort random3
 22. g seqnum3=_n
 23. g group3=0
 24. replace group3=1 if (seqnum3<=217)
 25. replace group3=2 if (seqnum3>217)&(seqnum3<=254)
 26. oneway ndma group3 if group3 > 0, t
 27. g p3=Ftail(r(df_m),r(df_r), r(F))
 28.
. * API
. g double random4 = (254-1)*runiform()+1
```

```
sort random4
g seqnum4=_n
g group4=0
replace group4=1 if (seqnum4<=7)
replace group4=2 if (seqnum4>7)&(seqnum4<=254)
oneway ndma group4 if group4 > 0, t
g p4=Ftail(r(df_m),r(df_r), r(F))

. * Dose
. g double random5 = (254-1)*runiform()+1
sort random5
g seqnum5=_n
g group5=0
replace group5=1 if (seqnum5<=41)
replace group5=2 if (seqnum5>41)&(seqnum5<=254)
oneway ndma group5 if group5 > 0, t
g p5=Ftail(r(df_m),r(df_r), r(F))

. * Manufacture Place
. g double random6 = (254-1)*runiform()+1
sort random6
g seqnum6=_n
g group6=0
replace group6=1 if (seqnum6<=82)
replace group6=2 if (seqnum6>82)&(seqnum6<=247)
oneway ndma group6 if group6 > 0, t
g p6=Ftail(r(df_m),r(df_r), r(F))

. * Container
. g double random7 = (254-1)*runiform()+1
sort random7
g seqnum7=_n
g group7=0
replace group7=1 if (seqnum7<=84)
replace group7=2 if (seqnum7>84)&(seqnum7<=188)
replace group7=3 if (seqnum7>188)&(seqnum7<=248)
replace group7=4 if (seqnum7>248)&(seqnum7<=254)
oneway ndma group7 if group7 > 0, t
g p7=Ftail(r(df_m),r(df_r), r(F))

. * No. of Tablets
. g double random8 = (254-1)*runiform()+1
sort random8
g seqnum8=_n
g group8=0
replace group8=1 if (seqnum8<=32)
replace group8=2 if (seqnum8>32)&(seqnum8<=84)
oneway ndma group8 if group8 > 0, t
g p8=Ftail(r(df_m),r(df_r), r(F))
```

```
. * Retained
. g double random9 = (254-1)*runiform()+1
 71. sort random9
 72. g seqnum9=_n
 73. g group9=0
 74. replace group9=1 if (seqnum9<=91)
 75. replace group9=2 if (seqnum9>91)&(seqnum9<=139)
 76. replace group9=3 if (seqnum9>139)&(seqnum9<=254)
 77. oneway ndma group9 if group9 > 0, t
 78. g p9=Ftail(r(df_m),r(df_r), r(F))
 79.
. * Storage
. g double random10 = (254-1)*runiform()+1
 80. sort random10
 81. g seqnum10=_n
 82. g group10=0
 83. replace group10=1 if (seqnum10<=41)
 84. replace group10=2 if (seqnum10>41)&(seqnum10<=76)
 85. replace group10=3 if (seqnum10>76)&(seqnum10<=126)
 86. replace group10=4 if (seqnum10>126)&(seqnum10<=137)
 87. replace group10=5 if (seqnum10>137)&(seqnum10<=200)
 88. replace group10=6 if (seqnum10>200)&(seqnum10<=215)
 89. replace group10=7 if (seqnum10>215)&(seqnum10<=224)
 90. replace group10=8 if (seqnum10>224)&(seqnum10<=239)
 91. oneway ndma group10 if group10 > 0, t
 92. g p10=Ftail(r(df_m),r(df_r), r(F))
 93.
. * Temp/Humidity
. g double random11 = (254-1)*runiform()+1
 94. sort random11
 95. g seqnum11=_n
 96. g group11=0
 97. replace group11=1 if (seqnum11<=91)
 98. replace group11=2 if (seqnum11>91)&(seqnum11<=254)
 99. oneway ndma group11 if group11 > 0, t
100. g p11=Ftail(r(df_m),r(df_r), r(F))
101.
. * Expired
. g double random12 = (254-1)*runiform()+1
102. sort random12
103. g seqnum12=_n
104. g group12=0
105. replace group12=1 if (seqnum12<=88)
106. replace group12=2 if (seqnum12>88)&(seqnum12<=254)
107. oneway ndma group12 if group12 > 0, t
108. g p12=Ftail(r(df_m),r(df_r), r(F))
109.
. gen s1=0
110. replace s1=1 if p1 <= 0.05
111. gen s2=0
```

Contains Confidential Information -- Subject to Protective Order

```
replace s2=1 if p2 <= 0.05
gen s3=0
replace s3=1 if p3 <= 0.05
gen s4=0
replace s4=1 if p4 <= 0.05
gen s5=0
replace s5=1 if p5 <= 0.05
gen s6=0
replace s6=1 if p6 <= 0.05
gen s7=0
replace s7=1 if p7 <= 0.05
gen s8=0
replace s8=1 if p8 <= 0.05
gen s9=0
replace s9=1 if p9 <= 0.05
gen s10=0
replace s10=1 if p10 <= 0.05
gen s11=0
replace s11=1 if p11 <= 0.05
gen s12=0
replace s12=1 if p12 <= 0.05
return scalar sum=s1+s2+s3+s4+s5+s6+s7+s8+s9+s10+s11+s12
restore
end

.
. set seed 1000

.
. simulate sum=r(sum), reps(1000): random

      Command: random
          sum: r(sum)

Simulations (1,000)
----+--- 1 ---+--- 2 ---+--- 3 ---+--- 4 ---+--- 5
..................................................    50
..................................................   100
..................................................   150
..................................................   200
..................................................   250
..................................................   300
..................................................   350
..................................................   400
..................................................   450
..................................................   500
..................................................   550
..................................................   600
..................................................   650
..................................................   700
```

```
..................................................   750
..................................................   800
..................................................   850
..................................................   900
..................................................   950
.................................................. 1,000

.
. tab sum

     r(sum) |      Freq.     Percent        Cum.
------------+-----------------------------------
          0 |        558       55.80       55.80
          1 |        320       32.00       87.80
          2 |        107       10.70       98.50
          3 |         13        1.30       99.80
          4 |          2        0.20      100.00
------------+-----------------------------------
      Total |      1,000      100.00

.
.
. log close
      name:  <unnamed>
       log:  c:\users\robert~1\box\flash\stata\zantac\simulate.log
  log type:  text
 closed on:   5 Mar 2022, 12:26:39
-----------------------------------------------------------------------------------
--
```

# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

---

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# Report of Frederick Peter Guengerich, Ph.D.

Date: March 7, 2022

Frederick Peter Guengerich, Ph.D.

**Table of Contents**

I. Qualifications and Background....1
A. Education and Experience....1
B. Expertise in Toxicology, Chemistry, Pharmacology, & Cancer Research....2
C. Major Awards in Toxicology, Chemistry, Pharmacology, & Cancer Research....4
D. Compensation and Disclosures....5
II. Scope and Summary of Opinions....5
III. Introduction to Pharmacology....8
A. Introduction to Pharmacokinetics....8
B. Sites of Metabolism of Drugs and other Xenobiotic Chemicals....11
C. Metabolic Pathways....12
IV. Introduction to Toxicology and Consideration of Principles....13
A. Risk Estimation....13
B. Mechanisms of Chemical Carcinogenesis and Repair....14
C. Dose-Response and Thresholds for Genotoxic Chemicals....27
D. Study of Chemical Carcinogenesis....32
V. Introduction to Ranitidine....40
A. Ranitidine Approval & Therapeutic Action....40
B. Ranitidine Pharmacokinetics....43
VI. Introduction to *N*-Nitrosodimethylamine (NDMA)....46
A. NDMA Chemistry & Toxicokinetics....46
B. Exogenous Sources of NDMA....49
C. Endogenous Formation of NDMA....51
D. Potential Endogenous Formation of NDMA from Medications....57
E. Exogenous NDMA Impurity in Medications....64
VII. Introduction to Analytical Chemistry Methods....70
A. Principles of Analytical Chemistry....70
B. Techniques in Analytical Chemistry....72
C. Validation of Analytical Methodology....76
VIII. Ranitidine and Potential Exogenous Formation of NDMA....77
A. Summary on Ranitidine and Potential Exogenous Formation of NDMA....77
B. Response to Plaintiffs' Experts on Ranitidine and Potential Exogenous Formation of NDMA....91

IX. NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure .................96

A. NDMA Metabolism & Mechanism of Mutagenicity .................96

B. NDMA-Mediated DNA Damage .................105

C. Repair of NDMA DNA Damage .................108

D. NDMA-Associated Carcinogenicity in Animals and Relevance to Ranitidine Exposure in Humans .................117

E. Summary on NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure .................134

X. Ranitidine Preclinical Toxicology Studies Relevant to Carcinogenicity .................136

A. Ranitidine Long-Term & Carcinogenicity Animal Studies .................137

B. Ranitidine Genotoxicity & Mutagenicity Studies .................143

C. Summary on Ranitidine Preclinical Toxicology Studies .................153

XI. Ranitidine and Potential Endogenous Formation of NDMA .................155

A. *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid .................155

B. Human Gastric Juice Studies .................183

C. Human Plasma and Urinary Excretion Studies .................190

D. Unproven Theory of Endogenous NDMA Formation from the Furoic Acid Metabolite 204

E. Unproven Theory of Endogenous NDMA Formation from Ranitidine via the DDAH-1 Enzyme .................211

F. Summary on Ranitidine and Potential Endogenous Formation of NDMA .................215

XII. Conclusions .................216

# I. Qualifications and Background

## A. Education and Experience

I am the (tenured) Tadashi Inagami Professor of Biochemistry in the Department of Biochemistry at the Vanderbilt University School of Medicine.

I received a B.S. in Agricultural Science from the University of Illinois, Urbana, Illinois in 1970. I then obtained my Ph.D. in Biochemistry from Vanderbilt University in 1973 under the guidance of Professor H.P. Broquist. Following that, I was a Postdoctoral Scholar in the laboratory of Professor M.J. Coon in the Department of Biological Chemistry at the University of Michigan Medical School.

Subsequent to my postdoctoral work, in 1975 I started as an Assistant Professor of Biochemistry at the Vanderbilt University School of Medicine. In 1980 I was named a tenured Associate Professor of Biochemistry at the Vanderbilt University School of Medicine, and in 1983 I became a (tenured) Professor of Biochemistry at the Vanderbilt University School of Medicine. Since that time, I have held several endowed chair positions at Vanderbilt University School of Medicine, including: Harry Pearson Broquist Professor of Biochemistry (2007-2012), Stanford Moore Professor of Biochemistry (2013), and my current position as the Tadashi Inagami Professor of Biochemistry (2013-present). I served as Interim Chair of the Department of Biochemistry from 2010-2012.

During my career I have received a number of honors and distinguished lectureships, which are summarized in my curriculum vitae, attached as Exhibit A. I have published more than 750 original peer-reviewed scientific articles and more than 300 invited reviews and chapters during my career to date. I currently serve on the Editorial boards for *Chemistry and Biodiversity*, *Critical Reviews in Toxicology*, and *Drug Metabolism and Disposition*. I also serve as an Associate Editor

(since 2006) of *The Journal of Biological Chemistry*. I served as Deputy Editor from 2013-2021 and for two intervals as Interim Editor-in-Chief of the journal during that period.

I am a member of the American Chemical Society, including the Divisions of Biological Chemistry, Medicinal Chemistry, and Chemical Toxicology. I served as Chair of the latter Division from 2007-2008 and have held several other offices in the Division of Chemical Toxicology. In 2009, I was named as an American Chemical Society Fellow, in the inaugural class for that program. Since 2015 I have been a member of the Expert Panel of the Flavor and Extract Manufacturers' Association and review analytical chemistry and safety assessment in applications for permission to use food additives.

### B. Expertise in Toxicology, Chemistry, Pharmacology, & Cancer Research

My educational background, professional achievements, and qualifications as an expert in toxicology, chemistry, pharmacology, and chemical carcinogenesis are detailed in my curriculum vitae, which is attached as Exhibit A.

I have decades of experience studying and educating others about pharmacology and toxicology. Throughout my time at Vanderbilt, I have taught courses on multiple aspects of drug-drug interactions and pharmacokinetics to medical students, graduate students, and post-graduates (both Ph. D. and M. D.). I am currently teaching Enzyme Kinetics and Mechanisms. I am also currently teaching Drug Metabolism & Safety, part of a Master's degree class for postgraduate physicians. I have been teaching a graduate level toxicology course at Vanderbilt University (Biochemistry 8336) since 1980. I teach pharmacokinetics and toxicokinetics in that course. In addition, I created an online course for the Pharmacology Department dealing with pharmacokinetics of drug-drug interactions called Enzyme Kinetics for Drug Discovery & Development.


Contains Confidential Information – Subject to Protective Order

In 1980, I was named the Interim Director of the Center in Environmental Toxicology at Vanderbilt University, an interdepartmental program supported by a grant from the National Institute of Environmental Health Sciences (NIEHS). In 1981, I became Director of that Center (later renamed the Center in Molecular Toxicology). I held this position until 2011. I held the position of director of an NIEHS-sponsored core center grant for over 30 years, which at the time was longer than anyone else. During my entire tenure as director, the Center was financially supported by the NIEHS.

My research expertise covers numerous types of chemicals, including nitrosamines, vinyl halides, other vinyl monomers, epoxides, alkyl halides, polycyclic hydrocarbons, polychlorinated biphenyls, aryl amines, heterocyclic amines, aflatoxins, pyrrolizidine alkaloids, pesticides, reactive oxygen species, and various categories of drugs. As a part of my research, I have considerable expertise in analytical chemistry, including several types of chromatography and mass spectrometry. I have extensive experience in the fields of biochemistry and medicinal chemistry with an emphasis on mechanisms of activation and detoxication of drugs, chemical carcinogens, steroids, and toxicants and characterization of enzymes involved in these processes. I have consulted on matters of metabolism, toxicology, and safety assessment with chemical companies, pharmaceutical companies, and trade organizations.

From 1989-2017, I was an Associate Editor of the journal *Chemical Research in Toxicology*, a leading journal in its field, published by the American Chemical Society. In that position, I saw and supervised the review of approximately 100 toxicology manuscripts each year. I have authored/co-authored more research papers published in the journal *Chemical Research in Toxicology* than any other individual (American Chemical Society SciFinder search, January 2022).

I have also served as an Associate Editor of the journals *Toxicology and Applied Pharmacology*, *Molecular Pharmacology*, and *Cancer Research*. I have also served on the editorial boards of many journals, including the Scientific Advisory Board of *Nature Reviews in Drug Discovery* from 2001-2011.

I was the Institute for Scientific Information's 3rd most-cited author in Pharmacology and Toxicology from 1993-2003. These distinctions are based on the number of times other scientific publications cite my own publications. For work done in the 1990s, I was the 46th most highly cited biomedical scientist in the world.

I have been ranked first in the world for total citation score by Drug Metabolism Research since 2006. Based on citation metrics author database, my 2021 rank is 162nd of all world scientists and 5th in Biochemistry & Molecular Biology (out of 189,264 authors in that field) and 11th in Toxicology (Baas 2021).

### C. Major Awards in Toxicology, Chemistry, Pharmacology, & Cancer Research

I have received numerous awards over the years for work in several fields, including toxicology, chemistry, pharmacology, and cancer research.

- Society of Toxicology
    - *Achievement Award, 1982 (one given annually to an individual 35 years old or younger).*
    - *Burroughs-Wellcome Scholar in Toxicology, 1983 (5-year salary support, 1-2 awards given each year).*
    - *Merit Award, 2013 (one given annually for career-long contributions to toxicology, 1 per year).*
- Other Toxicology Awards (National Level)
    - *Kenneth Morgareidge Award, International Life Sciences Institute, 1986.*
    - *Founders' Award, Chemical Industry Institute for Toxicology, 1991.*
    - *George H. Scott Award, Toxicology Forum, 1994.*
    - *Founders' Award, Division of Chemical Toxicology, American Chemical Society, 2011.*


Contains Confidential Information – Subject to Protective Order

- Biochemistry and Chemistry
  - *William A. Rose Award, American Society for Biochemistry and Molecular Biology, 2005*
  - *ACS Fellow in Chemistry, inaugural class, American Chemical Society, 2009.*
  - *ASBMB Fellow, inaugural class, American Society for Biochemistry and Molecular Biology, 2021.*
- Pharmacology and Drug Metabolism
  - *John J. Abel Award, American Society for Pharmacology and Experimental Therapeutics (ASPET), 1984 (given annually to an individual 36 years old or younger, at that time)*
  - *Bernard B. Brodie Award in Drug Metabolism, ASPET, 1992 (for career-long contributions to drug metabolism, given once each two years)*
  - *North American Achievement Award, International Society for the Study of Xenobiotics (ISSX), 2003 (given once each three years)*
  - *Named one of the first two foreign Honorary Members of the Japanese Society for the Study of Xenobiotics (JSSX), 2007.*
  - *R. T. Williams Distinguished Scientific Award, ISSX, 2010. (given for career-long contributions to studies on xenobiotic metabolism, once each three years, entire world)*
  - *ASPET Fellow, inaugural class, American Society for Pharmacology and Experimental Therapeutics (ASPET), 2019.*
- Cancer Research
  - *(Third) Annual Award for Outstanding Achievement in Cancer Research, American Association for Cancer Research, 2009 (given for career-long contributions to chemical studies in cancer research)*

### D. Compensation and Disclosures

I have been retained to provide opinions on behalf of the Defendants (Boehringer Ingelheim, GlaxoSmithKline, Pfizer, and Patheon Manufacturing Services). I am being compensated at my customary rate of $650 per hour for work in connection with this proceeding. My compensation is in no way contingent upon the outcome of this proceeding or the specifics of my testimony. My prior testimony as an expert witness in the last four years is listed in Exhibit C.

## II. Scope and Summary of Opinions

I have been asked to provide an opinion on whether there is reliable non-epidemiological scientific evidence to support the conclusion that exposure to ranitidine (Zantac®) causes cancer. Plaintiffs in this litigation have alleged that ranitidine exposure causes five cancer types: bladder,

esophageal, gastric, liver, and pancreatic cancer. Plaintiffs' experts proposed mechanism of carcinogenesis from ranitidine is theorized to be due to *N*-nitrosodimethylamine (NDMA) exposure, both through exogenous formation in the ranitidine product and endogenous formation in the body after ingestion.

As a basis for my opinions, I have reviewed, critically analyzed, and provided a discussion on the following topics in my report: (i) the principles of pharmacology and toxicology; (ii) a primer on NDMA, including the chemistry, toxicokinetics, exogenous and endogenous sources of exposure, mutagenicity and animal carcinogenicity data, and analytical methods for detection; (iii) the pharmacology of ranitidine; (iv) the preclinical toxicology studies on ranitidine and whether these studies demonstrate an increased risk of mutagenicity or cancer; (v) whether there is reliable scientific evidence to support endogenous formation of NDMA in the human body following ranitidine ingestion; and (vi) the potential exogenous formation of NDMA in ranitidine products and how these levels relate to a potential increased risk of cancer.

I hold all opinions stated in this report to a reasonable degree of scientific certainty. They are summarized as follows:

1. Ranitidine is a commonly used drug that has been on the market for approximately 40 years. Its safety has been repeatedly demonstrated, including in preclinical toxicology studies that showed no evidence that ranitidine is carcinogenic or mutagenic.
2. There is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.
3. The recently detected NDMA levels in ranitidine products are very low, particularly in relation to total NDMA exposure from other environmental sources and endogenous formation.


Contains Confidential Information – Subject to Protective Order

4. No scientific or regulatory organization has classified NDMA as a known human carcinogen. In rodents, very high doses of NDMA have primarily been associated with liver tumors. The experimental animal evidence does not support the claim that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach. This organ site specificity is consistent with the metabolism of NDMA to its active form in the liver. However, even with respect to the liver, at low doses of NDMA, extensive DNA repair processes and other defense mechanisms protect against NDMA-associated DNA damage.
5. The trace levels of NDMA found in ranitidine products are several orders of magnitude lower than the lifetime NDMA doses associated with liver tumors in rodents, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. Therefore, even if NDMA were an established human carcinogen, any achievable dose of NDMA from ranitidine use is too low to plausibly cause cancer because repair mechanisms will reverse any potential DNA damage from NDMA.
6. The non-epidemiological scientific evidence does not support the conclusion that exposure to ranitidine, or the potential exposure to NDMA from ingestion of ranitidine, causes any type of cancer, including bladder, esophageal, gastric, liver, and pancreatic cancers.

The scientific literature and other materials I have reviewed are listed in Exhibit B. I reserve the right to amend, edit, or supplement my opinions upon review of additional material.

# III. Introduction to Pharmacology

## A. Introduction to Pharmacokinetics

*Pharmacology* is the study of the interactions of drugs with the body. The response of the body to a drug is generally described in two aspects:

*Pharmacodynamics* is the study of what the drug does to the body and describes the dynamic interactions of a drug with its target(s) in the body, that is, how it is interacting with that site. For example, aspirin reduces the production of compounds called prostaglandins, which results in its therapeutic action of decreased inflammation, pain, and fever.

*Pharmacokinetics* is the study of the movement of a drug through the body and what the body does to a drug. It studies the absorption and bioavailability, distribution, metabolism, and excretion of the drug (ADME) (Fig. 1). These pharmacokinetic processes (ADME) determine the concentrations of the drug in the body, how much drug arrives at the target site, and how long an effective level will remain there.


Contains Confidential Information – Subject to Protective Order




Fig. 1. Pharmacokinetic (ADME) Principles (EUPATI 2021)

Because it is usually not possible to directly measure drug concentrations in most organs in humans, animals are often used as models in the laboratory. In humans, a major part of the analysis is done using the levels of a drug in plasma, which can be easily measured. One of the main parameters that is measured is the plasma half-life, i.e., the time needed for the drug concentration in the bloodstream to fall to one-half the initial value after a dose of the drug.

The human body has complex protection mechanisms for eliminating foreign compounds and environmental pollutants from the body (Silverman & Holladay 2014). Elimination of drugs and other chemicals from the body occurs through two processes: "direct excretion of the unchanged substance or biotransformation to a different chemical form which may then be excreted as a metabolite" (Eaton 2018). A metabolite is "often regarded as the immediate by-product of a metabolic process" (Biology Dictionary 2021; Silverman & Holladay 2014).

When a drug or other foreign chemical is administered, natural processes for eliminating foreign materials are set into motion, converting one chemical form to another through


Contains Confidential Information – Subject to Protective Order

biochemical modification. The body's ability to remove toxins is largely dependent on the physicochemical properties of the chemical (Eaton 2018). A general overall goal of drug metabolism is to transform lipid-soluble (hydrophobic) compounds into compounds that are excretable metabolites. These chemical reactions that alter drugs administered to patients are broadly referred to as "drug metabolism" or "drug biotransformation" (Taniguchi & Guengerich 2012).

Although the term "drug" is used here, the same principles apply to other chemicals that are not normally found in the body, termed "xenobiotics," such as industrial chemicals, pesticides, and pollutants. Metabolism can alter chemicals, including drugs, in four major ways (Taniguchi & Guengerich 2012):

1. By converting an active drug into an inactive drug;
2. By converting an active drug into an active or toxic metabolite;
3. By converting an inactive prodrug into an active drug;
4. By converting an unexcretable drug into an excretable metabolite.

These biochemical modifications are accomplished through chemical reactions catalyzed by a vast array of enzymes (Taniguchi & Guengerich 2012). Enzymes are most commonly proteins that are folded in a specific three-dimensional structure capable of binding to a compound or a portion of a compound, called a "substrate," and causing or accelerating a specific chemical reaction that changes the substrate into a different molecule or molecules, called the "products," and leaving the enzyme catalyzing the reaction unchanged (Kedderis 2018). Enzyme binding is highly specific based on factors such as shape, charge, and hydrophilic/phobic properties of the substrate (Kedderis 2018; Robinson 2006).


Contains Confidential Information – Subject to Protective Order

## B. Sites of Metabolism of Drugs and other Xenobiotic Chemicals

Hepatic Metabolism

The liver is the major site of metabolism for orally administered drugs and other chemicals (Taniguchi & Guengerich 2012). When a drug is ingested orally, the drug must first be absorbed during the digestive process through the stomach or the mucous membrane of the small intestine (Silverman & Holladay 2014). After a drug is absorbed through the gastrointestinal tract, it is typically transported to the liver via the portal vein (Sun & Zhao 2016). The liver then metabolizes the drug in a process referred to as "hepatic metabolism" (transforms it into a product).

Drugs and other chemicals are processed by a variety of enzymes, discussed in more detail below, located in a membranous structure called the endoplasmic reticulum of hepatocytes, specialized cells in the liver (Taniguchi & Guengerich 2012). In the liver hepatocytes, orally administered drugs that are lipophilic and water-insoluble (which facilitates absorption through the gastrointestinal tract) are usually rendered water-soluble via hepatic metabolism, after which they can more easily be excreted in the bile or filtered and excreted by the kidneys (renal filtration) (Taniguchi & Guengerich 2012; Silverman & Holladay 2014).

When liver cells (or other cells) are homogenized, the endoplasmic reticulum can be isolated (using instruments called centrifuges) in a form called "microsomes," which contain most of the cytochrome P450. These microsomes can be prepared from animals or humans and used in the laboratory in "*in vitro*" experiments, and the activities of the cytochrome P450 enzymes can be measured for drug metabolism. The information is valuable for predicting how a drug will behave in the human body.

Orally administered drugs and other chemicals undergo metabolism by the liver before entering the bloodstream, or "systemic circulation" (Silverman & Holladay 2014). This process


Contains Confidential Information – Subject to Protective Order

is commonly referred to as "first pass effect" (Taniguchi & Guengerich 2012)." If there is a large first pass effect, whether in the intestine or the liver, much less of the orally-administered drug will be in the circulation and reach intended targets.

Extrahepatic Metabolism

Though the liver is the major site of metabolism, other organs such as the intestine, kidneys, lungs, plasma, blood cells, placenta, skin, and brain may also play a role in the metabolism of certain chemicals, including drugs (Kwon 2002; Taniguchi & Guengerich 2012). While the vast majority of drug metabolism occurs in the liver, the extent of metabolism of drugs by extrahepatic drug-metabolizing organs such as the small intestine, kidney, and lung is approximately 10-20% of hepatic metabolism (Kwon 2002). This value will vary for different drugs and, of course, may vary for different routes of administration.

### C. Metabolic Pathways

Generally speaking, metabolic reactions are divided into two categories: reactions that involve the addition or revealing of hydrophilic (water soluble) moieties to a compound (the oxidative and hydrolytic reactions, or the sometimes so-called "Phase I reactions"); and conjugative reactions that involve the conjugation of a compound with a hydrophilic endogenous substrate (the so-called "Phase II reactions") (Kwon 2002) (Fig. 2).




Fig. 2. Phase I and Phase II Metabolic Reactions

Cytochrome P450 ("CYP" or "P450") enzymes are considered the "most important metabolizing enzymes for xenobiotics" (Kwon 2002) and are "involved in the metabolism of approximately 75% of all drugs used today" (Taniguchi & Guengerich 2012). Cytochrome P450 enzymes constitute a superfamily of enzymes containing a heme cofactor (or, strictly speaking, containing a prosthetic group) but having structurally variable active sites that catalyze the same reaction on different substrates, for instance, the oxidation of steroids, fatty acids, and drugs (Silverman & Holladay 2014). Humans have 57 different cytochrome P450 enzymes, and different P450s have individual but sometimes shared functions. The oxidizing site in P450 enzymes is at the heme center, which oxidizes hydrophobic compounds (e.g., most drugs, water-insoluble) to hydrophilic or more polar metabolites for subsequent excretion (Taxak & Bharatam 2014). These enzymes catalyze the transfer of one atom of oxygen to a substrate (e.g., a drug), producing an oxidized substrate, i.e., product. Metabolites formed through oxidative/hydrolytic reactions "are often pharmacologically inactive and, without further modification, may be excreted" (Taniguchi & Guengerich 2012).

## IV. Introduction to Toxicology and Consideration of Principles

The basic principles of toxicology were established by the time of the discovery of ranitidine and are generally accepted by toxicologists today, regardless of their background, training, or specialty. In this part I provide some background principles of toxicology to provide context for my opinions.

### A. Risk Estimation

It is difficult to extrapolate the risk arising from chronic environmental exposure, at low doses, from studies of acute toxicity at high doses. All toxicologists are familiar with Paracelsus, a Swiss physician from 500 years ago, who coined the phrase (in German) roughly translated as


Contains Confidential Information – Subject to Protective Order

"the dose makes the poison," that is, all substances are safe at some dose and all are toxic at some dose; only the dose distinguishes a medicine from a poison.

The study of toxicology consists of two main inquiries:

i. Hazard identification. Will a chemical produce an adverse effect on an organism at some (high) dose, and what is the effect?

ii. Risk characterization. Is the chemical going to manifest this hazard(s) at a dose at which people (or animals) are expected to be exposed (generally, in the environmental or drug context, a low dose)? (Eaton & Gilbert 2013; Beck 2014).

For comprehensive and accurate risk characterization, dose-response relationships must be evaluated and exposure estimates must be made (National Research Council 1983). "Dose-response" refers to what degree varying amounts or concentrations of chemicals elicit biological responses. The estimated exposure (amount, frequency, duration, and route of exposure) for a given chemical is necessary to assess whether the exposure is likely to cause a toxic response, i.e., determine the theoretical risk of toxic effects. Almost always, the higher the exposure to a toxic chemical, the higher the risk of toxic effects. The lower the exposure to a toxic chemical, the lower the risk of toxic effects. Risk assessment involves a dose-response assessment, exposure assessment, and subsequent risk characterization.

## B. Mechanisms of Chemical Carcinogenesis and Repair

### i. Mechanisms of DNA Damage

One of the major axioms of biology and biochemistry is the coding of DNA for proteins (Fig. 3), as developed in the middle of the 20th Century.


Contains Confidential Information – Subject to Protective Order




An individual's DNA constitutes the genome. This is replicated into an exact copy, as cells grow and divide. The message is the result of a pattern of four bases (Fig. 4) and is "transcribed" into RNA. DNA and RNA have four bases: adenine, cytosine, guanine, and thymine (in DNA; in RNA this latter one (thymine) lacks a methyl group and is called uracil). RNA is then translated into proteins, which have 20 different amino acids stitched together for specific purposes. Proteins are the building blocks of the body (e.g., parts of muscles), and many of these are enzymes that carry out all the metabolic and other functions in the body.

The correct coding depends on the pairing of the four DNA bases with each other (Fig. 4). Adenine (A) pairs with thymine (T), and guanine (G) pairs with cytosine (C) in the DNA chains.




Fig. 4. DNA pairing. The names of the base begin with capital letters; the names of the nucleosides (containing deoxyribose) are in small letters.

If one of the four bases is modified with a chemical addition, then the normal patterns of coding may change and a mistake can result, which could result in a miscoded DNA, a miscoded RNA, or a miscoded protein. If a protein contains a mistake in its amino acid chain, it may have no activity or may have unusual activity.


Contains Confidential Information – Subject to Protective Order

Many of the chemicals that cause cancer do not act directly. The chemicals themselves are too stable to react with DNA, which is the most common way of initiating cancer. Cytochrome P450 (P450, CYP) and other enzymes can oxidize those chemicals to new chemical species that are more reactive, which can (i) break down in water to harmless derivatives (without the aid of enzymes), (ii) be converted by certain enzymes (e.g., glutathione transferases) to harmless derivatives, or (iii) react with proteins, DNA, and RNA (Fig. 5).




Fig. 5. Drug metabolism and possible reactions.

A low level of reaction with proteins and RNA is generally not considered very harmful. Reaction with DNA is often more serious and usually occurs at many sites along the DNA strands and even at different atoms on a base (a building block of DNA). For instance, as shown later in Fig. 33 (section IX.A.), a methyl group ($CH_3$) can be added at the O6, N3, or N7 atom position of the DNA base guanine or the N3 position of the base adenine, as well as several more sites. This type of DNA damage is referred to as “DNA adducts” or “DNA lesions”; when a methyl group specifically is added, it is often referred to as “DNA methylation”. Reaction at certain atoms of a


Contains Confidential Information – Subject to Protective Order

base in the DNA, e.g., guanine, can yield differences in pathways that might eventually lead to mutations and cancer, although, as will be discussed in more detail, there are many repair processes along the way to prevent this progression.

Most relevant to the mechanism of NDMA-induced DNA damage is the addition of a methyl group at the O6 position of guanine, forming *O*$^6$-methyl guanine. If unrepaired, the modified base (*O*$^6$-methyl guanine) is deleterious in that it can trick the DNA polymerases (the enzymes that copy DNA) into inserting the wrong base (thymine) opposite to it instead of the normal base cytosine (Fig. 6). This process can lead to a "misinsertion" or "mutation." During the next round of cell replication, if the adenine base is inserted opposite the thymine base, this can result in a guanine:cytosine (G:C) [correct bases] → adenine:thymine (A:T) [wrong bases] transition mutation. This can lead to the production of a protein that loses its control mechanism. If several more mutations occur in certain genes (segments of the DNA), the "initiation" of cancer may occur.




Fig. 6. Mechanism of *O*$^6$-methyl guanine mutations.


Contains Confidential Information – Subject to Protective Order

The above discussion mentions only methyl groups in terms of the genotoxic damage to DNA (DNA methylation) and the potential for mutations as this mechanism is most relevant for subsequent discussions on NDMA. However, the list of chemicals that damage DNA and the mechanisms by which this DNA damage occurs is very long and includes some industrial chemicals (e.g., benzene, vinyl chloride), natural products (e.g., aflatoxins (in moldy corn and peanuts) and aristolochic acid (found in weeds and dietary supplements)), some drugs used to treat cancer (e.g., melphalan, cyclophosphamide), soots and tars, many chemicals in tobacco smoke, and some metals (e.g., nickel, chromium). In addition, ionizing radiation and ultraviolet light can both severely damage DNA. Even if one avoids exposure to all of these chemicals and physical agents, there will be a finite amount of DNA damage and mutations for at least two reasons: (i) the enzymatic machinery that copies DNA (i.e., DNA polymerase enzymes) is prone to making a low but finite number of mistakes, and the processes that scan the genome for damage and repair are not error-free and make some mistakes. (ii) People live in an atmosphere where they breathe oxygen, and one price for this is incurring oxidative damage to DNA (and proteins and lipids as well). The list of types of oxygen damage to DNA is now at least 100, and the frequency of such bases present in DNA is higher than that experienced after exposure to some known carcinogens. The most common of these modified lesions is 7,8-dihydro-8-oxo guanine (8-oxo-G), which has been shown to miscode and cause mutations. In addition, reaction of lipids (particularly unsaturated fatty acids) with reactive oxygen species generates molecules (e.g., 4-hydroxynonenal) that damage DNA in a similar way, forming the so-called “etheno” (ε) and other DNA adducts.

Thus, no human (not even a newborn child) is free of DNA damage. As people age, the background (or “endogenous”) amount of DNA damage and mutations accumulate in the body. Thus, most cancers are recognized as age-related diseases and advanced age is a well-established


Contains Confidential Information – Subject to Protective Order

risk factor for adult cancers. In many cases, there may be no apparent cause of cancer other than aging and the natural accumulation of mutations that result from simply being alive and breathing oxygen (Ames & Gold 1991). The background rate of DNA damage is approximately 40,000 DNA lesions in every cell of the human body (Fig. 7) (Swenberg 2011). Exactly how much the different types of DNA damage contribute to human cancer is still unknown, but recent efforts have been made to map the mutations that are seen in cancers to known patterns of DNA damage in the Catalogue of Somatic Mutation in Cancer (COSMIC 2021). The causative agent may still not be identified from this research because many mutagens produce the same patterns of DNA damage (e.g., many types of chemicals alkylate bases). In other words, an $O^6$-methyl guanine DNA adduct arising from NDMA exposure from one exogenous source (e.g., medication) is indistinguishable from an $O^6$-methyl guanine DNA adduct arising from NDMA exposure via a different exogenous source (e.g., diet, environment, or other medications) or natural, endogenous production. It is also indistinguishable from other non-NDMA sources that produce the same effect.

**Steady-State Amounts of Selected endogenous DNA Damage**

| Endogenous DNA lesions | Number per cell |
|---|---|
| Abasic sites | 30,000 |
| N7-(2-Hydroxyethyl)guanine (7HEG) | 3000 |
| 8-Hydroxyguanine | 2400 |
| 7-(2-Oxoethyl)guanine | 1500 |
| Formaldehyde adducts | 960 |
| Acrolein-deoxyguanosine | 120 |
| Malondialdehyde-deoxyguanosine | 60 |
| $N^2$,3-Ethenoguanine (εG) | 36 |
| 1,$N^2$-Ethenodeoxyguanosine (1,$N^2$-εdG) | 30 |
| 1,$N^6$-Ethenodeoxyadenosine (1,$N^6$-εdA) | 12 |
| Total | 38,118 |

Fig. 7. Selected background (endogenous) DNA lesions per cell (Swenberg 2011).

In Fig. 7 above, Swenberg et al. (2011) expressed the number of adducts per cell but did not include $O^6$-methyl guanine because it was not on the list of adducts studied by the authors.


Contains Confidential Information – Subject to Protective Order

Using a value of 6 pg DNA/cell (Bäumer 2018) and reported human levels of 0.1-0.7 $O^6$-methyl guanine/$10^6$ guanine bases (De Bont 2004; Kang 1995), a background level of 270-1890 $O^6$-methyl guanine adducts/cell can be estimated.

As mentioned earlier, the cytochrome P450 enzymes are the major enzymes involved in the activation of chemicals to forms that react with DNA (Rendic 2012). The research area is complicated in that these same enzymes also detoxicate many of these chemical carcinogens, i.e., convert them to harmless products. Thus, there is a balance between "detoxication" and "bioactivation" reactions in the body (Fig. 8).




Fig. 8. Enzyme detoxication and bioactivation of chemicals.

Humans have 57 different cytochrome P450 enzymes, and different P450s have individual but sometimes shared functions. Some of these 57 cytochrome P450 enzymes have been implicated in the metabolism (bioactivation and detoxication) of individual chemical carcinogens that people may be exposed to (Rendic 2012). In experimental animals, it has been demonstrated that the amounts of individual cytochrome P450 enzymes can be altered by genetics or by treatment with various chemicals and even diets. These changes can dramatically alter the risk of cancer from chemical carcinogens in the animals (Guengerich 1988). These relationships,


Contains Confidential Information – Subject to Protective Order

however, have been much harder to demonstrate in humans, although there have been many efforts to relate cancer susceptibility to genetics over the past 3-4 decades.

### ii. Mechanisms of DNA Repair

Sunlight, food preservatives, charbroiled meat, smoke from grill coals, car exhaust, radon from rocks and soil—all these things, which people can expect to be exposed to during a typical summer day at the beach, routinely cause damage to DNA. In the absence of these environmental insults, the water and biological chemicals naturally present in human cells can react with and harm DNA. DNA strands break and mutations secondary to modifications like methylation occur all the time, sometimes spontaneously and sometimes in the course of cell replication (e.g., during skin cell renewal) (Chatterjee & Walker 2017). There is a baseline level of injury the human genome experiences that is inevitable.

What prevents cells from losing normal function, from dying on a massive scale, or from progressing to cancerous states despite all this genetic damage is in large part thanks to the following: At the same time that DNA damage occurs, the DNA damage response is initiated, whereby lesion-specific sensor proteins initiate a cascade of biochemical and molecular events that ultimately result in the effective removal of most lesions (Chatterjee & Walker 2017).

The body contains more than 100 enzymes and numerous proteins that enable processivity (uninterrupted functionality) involved in the repair of DNA, and the exact types of enzymes and proteins directed to the site of genomic damage depends on the type of modification that has occurred. Several types of systems exist, including (i) direct repair, (ii) base excision repair (BER), (iii) mismatch repair (MMR), and (iv) nucleotide excision repair (NER). The existence of numerous types of DNA repair systems ensures a protective redundancy so that should one system be overwhelmed (i.e., its respective enzymes and proteins are saturated and biochemical cofactors


Contains Confidential Information – Subject to Protective Order

are depleted), other systems that rely on different components and molecular mechanisms can take over. In 2015, the Nobel Prize in Chemistry was awarded to Drs. Sancar, Modrich, and Lindahl for their research on DNA repair.

As described above, some chemicals cause the addition and attachment of functional groups like methyl or ethyl groups (types of alkyl groups) to DNA bases to form what are referred to as DNA adducts, such as the $O^6$-methyl guanine adduct (Fig. 6). Direct DNA repair is performed by proteins like $O^6$-alkylguanine-DNA alkyltransferase (AGT or MGMT) in a low-error manner (Chatterjee & Walker 2017; Muller 2009). These unwanted, added groups—the persistence of which can lead to mutations—can be cut at their site of attachment and removed by direct repair enzymes or proteins. BER requires single strand breaks in the DNA in order for a damaged base to be removed and replaced by an undamaged base. As in direct repair, damage from the addition of alkyl groups (alkylation) can be reversed. In MMR, the MutS protein binds to mismatched base pairs—such as the G:T mismatch that can arise due to presence of unrepaired $O^6$-methyl guanine adducts—and initiates a repair process that involves excision of the damaged base and resynthesis of the broken DNA strand with the correct base (Rye 2008). Thus, our DNA repair system, consisting of several, sometimes overlapping repair mechanisms, repairs low levels of DNA damage with high efficiency and a low error rate, preventing the progression to mutations. It is important to remember that mutations are what may lead to carcinogenesis, not the DNA damage in and of itself.

**iii. Mutagenesis and Carcinogenesis**

A mutation is both "the process by which the sequence of base pairs in a DNA molecule is altered" and the ultimate alteration itself (Russell 2014). There are many types of mutations that


Contains Confidential Information – Subject to Protective Order

can occur, and within those types of mutations further classification can be made based on, for example, the outcome of the alterations.

The practical implication of mutations is that they can affect how genes are expressed, whether by upregulating gene expression, downregulating gene expression, stopping the expression of normally active genes, initiating the expression of normally inactive genes, or modifying genes so that they do not code for normal product molecules. Gene expression is the "production of an observable phenotype by a gene—usually by directing the synthesis of a protein" (Buccitelli & Selbach 2020). Proteins are fundamental molecules necessary for normal cellular as well as whole organism function, structure, development, metabolism, and more observable characteristics (the phenotype). Mutations can alter protein levels, structures, and function, which in turn can ultimately affect the phenotype of an organism and cause abnormalities or disease. Examples of very important proteins responsible for xenobiotic metabolism include the cytochrome P450 (CYP or P450), flavin monooxygenase (FMO), and glutathione (GSH) S-transferase enzymes; alterations in these proteins can affect how xenobiotics are absorbed, distributed, metabolized, and excreted in the body. More examples of proteins with distinct and crucial functions are DNA repair enzymes, antibodies, and insulin.

A possible effect of genetic—and downstream protein—dysregulation is the formation of neoplasms, i.e., tumors. Mutational activation of oncogenes can lead to translation (production) of oncoproteins like H- or K-ras, and mutational inactivation of tumor suppressor genes can stop translation of tumor suppressor proteins like p53. Mutations that activate oncogenes and inactivate tumor suppressor genes are called driver mutations and confer a selective growth advantage in the affected cells. The number of driver mutations necessary to convert normal cells to benign tumor cells and later to cancer cells is estimated to be around five or six, possibly much higher based on


Contains Confidential Information – Subject to Protective Order

recent somatic cell (non-reproductive cell) mutation data, and may vary depending on the type of cancer. In contrast with driver mutations, passenger mutations are mutations present in tumor cells that confer no selective growth advantage whatsoever and are therefore not oncogenic (do not contribute toward tumor formation); additionally, it is worth noting that some mutations in tumor cells in fact impair cell survival and therefore also do not contribute toward carcinogenesis (Stratton 2009).

### iv. Chemical Carcinogenesis

Chemical carcinogenesis is the process by which chemicals cause cancer, and chemical carcinogens are cancer-causing chemicals that induce the formation of tumors. One of the first cases recognized was that by Dr. John Hill, a London physician who in 1761 associated tumors with the use of tobacco snuff (Hill 1761). Many known human carcinogens are occupational chemicals, some of which are complex mixtures.

There are both nongenotoxic carcinogens and genotoxic—also known as DNA-reactive—carcinogens (Klaunig 2013). Carcinogens can also be described as being either pro-carcinogens (indirect) or ultimate (direct) carcinogens. Pro-carcinogens are chemicals that require bioactivation into specific metabolites in order to cause cancer, whereas ultimate carcinogens are able to cause cancer in their existing chemical form. Some chemicals can have effects that do not cause cancer but modulate the course of tumor formation. For instance, some chemicals, including those in food or drugs, are protective against cancer development by preventing, inhibiting, or slowing down the process of cancer ("chemoprevention") (Klaunig 2013).

Carcinogenesis is a multistage process involving initiation, promotion, and progression (Fig. 9) (Kobets & Williams 2019; Klaunig 2013). Chemicals that bind to DNA and form DNA damage (e.g., DNA adducts) that can lead to mutations are cancer "initiators." There are several


Contains Confidential Information – Subject to Protective Order

protective mechanisms preventing the initial DNA damage, such as limited uptake of the carcinogen, detoxication by enzymes, reaction with macromolecules other than DNA (e.g., RNA and protein), and upregulation of adaptation responses. Once the DNA damage is formed, there are extensive DNA repair systems (*vide supra)* to prevent the progression from DNA damage to a mutation ("initiation" stage). Initiated cells may remain quiescent (do not grow or divide) or undergo cell death (apoptosis due to, for instance, a mutation negatively affecting their ability to survive), in which case tumors do not form.




Fig. 9. Chemical carcinogenesis mechanisms and defenses.

"Promotion" is the second stage of the carcinogenesis process and involves the clonal expansion of initiated cells to produce a preneoplastic lesion (Fig. 9) (Kobets & Williams 2019;


Contains Confidential Information – Subject to Protective Order

Klaunig 2013). A chemical carcinogen may operate as a "complete carcinogen" in which the chemicals initiate cancer and then at repeated exposure and/or high doses allows for progression through all stages of the cancer process (Klaunig 2013). Alternatively, some chemicals can act solely as a "promoter" to enhance the formation of tumors (Fig. 10). Typically, chemicals that are tumor promoters are not tumor initiators (and vice versa) and promoters are not mutagenic, but rather promote cell proliferation through nongenotoxic mechanisms (Klaunig 2013; National Cancer Institute 2021). In the presence of promoters, initiated cells may eventually form tumors—or they may not. Promotion typically requires repeated, high dose exposure and may be reversible upon removal of the agent (Klaunig 2013).




Fig. 10. Tumor formation – initiation and promotion.

The last stage is "progression" from the benign preneoplastic lesion into a neoplastic cancer (Fig. 9) (Kobets & Williams 2019; Klaunig 2013). During this stage, additional genotoxic events may occur as the cells proliferate resulting in the shift into neoplastic cells and then eventually the formation of a tumor microenvironment. Hanahan and Weinberg (2011) proposed eight "hallmarks


Contains Confidential Information – Subject to Protective Order

of cancer" describing the intricate properties of neoplastic cells that contribute to their ability to independently grow and eventually metastasize: (i) sustaining cell proliferation, (ii) resisting cell death (apoptosis), (iii) inducing angiogenesis, (iv) enabling replicative immortality, (v) activating invasion and metastasis, (vi) evading growth suppressors, (vii) reprogramming of energy metabolism, and (viii) evading immune destruction (Klaunig 2013). Altogether, the carcinogenesis process is a complex, multistage process with many steps along the way for repair or damage control (Fig. 9). Thus, exposure to a carcinogen does not necessarily mean cancer will develop, even if the cancer-forming process has been initiated.

### C. Dose-Response and Thresholds for Genotoxic Chemicals

There is a classic statement made by Paracelsus, the "father of toxicology" (ca. 1500 A.D.), describing dose-response relationships, which translated and paraphrased is: "The dose makes the poison" (*vide supra*). It is easy to appreciate that almost all drugs are toxic at high doses. A good example is acetaminophen (Tylenol®), which many people use safely (23% of the population each week in the USA (Kaufman 2002)). Yet at very high doses, the same drug is responsible for half of drug-induced acute liver failure (Larson 2005). Another example is the drug warfarin (Coumadin®), which at low doses is a life-saving anticoagulant drug that is used to prevent heart attacks and strokes. However, warfarin first came on the U.S. market not as a human drug, but as rat poison (rodenticide) (Lim 2017). Large doses of warfarin will not only kill rats, but humans too (fatal bleeding is a black box warning in the label for this medication) (Coumadin Prescribing Information 2017).

Illustrative non-drug examples of thresholds that everyone is exposed to are sunlight and carbon dioxide. A small amount of sunlight is good and even beneficial in terms of forming vitamin D in the body, while too much sunlight may produce a sunburn or even skin cancer. Carbon dioxide ($CO_2$) is a naturally occurring gas found in the atmosphere that is produced by the human body (it

is a byproduct of cell metabolism and a component of exhaled breath), as well as other sources. We continuously breathe in $CO_2$ and it is minimally toxic at low doses. However, exposure to excess $CO_2$ levels may lead to rapid breathing and heart rate and even death by suffocation.

It is necessary to recognize that different chemicals elicit different toxic responses to different extents, and animal toxicology studies are designed to investigate and characterize these diverse relationships. Dose-response data from toxicology studies are often plotted on graphs and relationships can be described as linear, nonlinear, or nonmonotonic (hormetic). For certain chemicals, dose-dependent transitions, including thresholds, have been empirically and statistically proven (Calabrese 2014), and the evidence can be easily visualized (Fig. 11).




Fig. 11. The blue line shows a linear, non-threshold dose-response model for exposure to a theoretical carcinogen (dose) and cancer risk (response). The red curved line shows a nonlinear, threshold (low exposures have zero risk) dose-response model for exposure to a theoretical carcinogen and cancer risk.

The concept of thresholds is generally accepted by toxicologists. Regulatory agencies, using the "Precautionary Principle" of applying linearity in risk assessment, sometimes assume that thresholds do not exist, but this assumption is made out of an abundance of caution. The genesis of the non-threshold assumptions by regulators was in large part based on some of the data


Contains Confidential Information – Subject to Protective Order

on the effects of high-dose X-rays (not chemicals) on highly proliferating reproductive cells (not somatic cells like those in non-sex organs) (Calabrese 2014). There has been contention over whether thresholds exist for genotoxic chemicals, i.e., those that modify or damage DNA and cause cancer. Opponents of the threshold dose-response model have argued that a single modification in a single cell of 1 base pair out of the approximately 3,200,000,000 base pairs that make up a person's genome (their DNA make-up) could cause cancer. However, the probability is essentially zero because of DNA repair and other protective systems (*vide supra*) on the molecular, cellular, tissue, organ, and organismal level. The complex, multistage process of chemical carcinogenesis (Fig. 9) is in itself suggestive that the overall process has thresholds, since each step in the sequential process is subject to a dose-related threshold (Kobets & Williams 2019). As such, regulatory agencies have more recently been transitioning back to a framework of acknowledging thresholds for genotoxic chemicals (FDA/ICH M7 Guidance 2015, 2018 (R1)). Below are a few examples of thresholds for genotoxic chemicals.

Ethyl methanesulfonate (EMS), an impurity that had been found in Viracept tablets (an HIV medication), is a known animal mutagen and carcinogen with a threshold dose-response relationship for the endpoint of mutation (Fig. 12) (Muller 2009). Mouse studies showed increases in mutation frequency in various organ tissues were not observed unless sufficiently high doses of EMS were administered, demonstrating a clear threshold effect. Additionally, although there were increases in DNA adducts at lower doses, a threshold was seen for the number of DNA adducts that had to have accumulated below which there was also zero increase in mutations. The authors concluded: "EMS… follows a thresholded dose–response with error-free repair of DNA alkylations below the threshold." Notably, the very effective DNA repair system for EMS-induced DNA alkylations was by AGT, the same protein that repairs NDMA-induced DNA alkylations (as


Contains Confidential Information – Subject to Protective Order

will be discussed in further sections). When applying the animal data to a human risk assessment, a 450-fold safety margin was calculated between the threshold dose for mutagenic effects in mice (25 mg/kg/day) and the maximum human dose (0.055 mg/kg/day), demonstrating negligible genotoxic or carcinogenic risk from human exposure of the contaminated medication (Fig. 12) (Muller 2009).




Fig. 12. Threshold dose-response relationship between EMS exposure and genotoxic effect in mice and comparison to maximum human dose (Muller 2009).

Genotoxic chemicals are commonly found in the diet. One example to consider is methyl eugenol, a naturally occurring substance found in basil and many other herbs, spices, and fruits including the oils of rose, pimento, hyacinth, citronella, anise, allspice, nutmeg, mace, cinnamon leaves, pixuri seeds, black pepper, laurel fruits and leaves, blackberry essence, bananas, and bilberries (NTP 2016). This compound is particularly prominent in processed basil oil, which (along with basil leaf) is used as a flavor in cooking, in preparations as diverse as salads, soups, pizza, and sauces, especially pesto sauce. Methyl eugenol can cause liver tumors in mice and rats

(Miller 1983; Williams 2013; NTP 2016). Methyl eugenol DNA adducts have been found in all but one of 151 human liver samples analyzed (Herrmann 2013; Tremmel 2017). Further, methyl eugenol was detected in 98% of 206 human serum samples analyzed (NTP 2016). Waddell et al. (2004) have considered the issue of risk assessment with methyl eugenol and concluded that thresholds exist for both adduct formation and tumors in rats that are orders of magnitude greater than what humans are exposed to (Fig. 13), concluding "there should be no cause for concern for humans at current levels of exposure."




Fig. 13. Threshold dose-response relationship between methyl eugenol exposure and liver tumors and DNA adducts in rats. A comparison is made to doses humans are exposed to in food (Waddell 2004).

Another type of threshold dose-response relationship is known as hormesis, in which a low dose of a chemical is associated with a significant protective effect for the toxic outcome (e.g., tumors) compared to controls and the toxic outcome is only observed at higher doses above the threshold (Fig. 14).


Contains Confidential Information – Subject to Protective Order




Fig. 14. Threshold and hormetic dose-response relationship for the genotoxic chemical 2-acetylaminofluorene (2-AAF) and bladder tumor incidence in mice. At low doses below the threshold, 2-AAF-treated mice had statistically significantly (*) fewer bladder tumors compared to control mice. (Figure from Calabrese 2014; data based on Bruce 1981)

Experimental evidence has shown that certain genotoxic chemicals exhibit a dose threshold below which there is no statistically significant increase in DNA adducts, mutations, and/or tumors above background. Beyond the threshold, the observed response, i.e., toxic effect, increases with increasing dose. The mechanistic basis for these observations has been explained previously and in part involves DNA repair and apoptosis.

**D. Study of Chemical Carcinogenesis**

The most informative data on whether a substance causes cancer in humans, and particularly at the doses humans are exposed to, is evidence on that substance in humans (i.e., epidemiology). In cases in which humans have been exposed to a particular chemical or mixture of chemicals (e.g., tobacco smoke), epidemiology studies can be done to determine the increased risk of a particular cancer (or, for that matter, any disease) in a population associated with a specific


Contains Confidential Information – Subject to Protective Order

exposure. Epidemiology is sometimes described as "observing a human experiment." This is often the only way to study whether a chemical really causes cancer in humans. For this approach to be useful, a "control" group (not exposed to the chemicals) must be compared. This type of research was used to show the association of lung cancer with cigarette smoking, for instance.

Most of the experimental cancer research is done in animals because it is not ethical to administer chemicals to humans for the purposes of studying whether a chemical can cause cancer. One of the principles of toxicology is the use of experimental animal models to predict both beneficial and adverse effects of chemicals (including drugs) in humans. The benefit-risk assessment is a cornerstone of the drug approval process in the United States by the Food and Drug Administration (FDA). Part of the preclinical testing of drugs by the FDA prior to market approval is extensive testing for their potential carcinogenicity. This is primarily conducted through short-term genotoxicity studies and long-term carcinogenicity studies in animals. There are internationally recognized standards for how studies investigating genotoxicity and animal carcinogenicity of marketed chemicals should be conducted, notably those formally published in the International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH) guidelines and Organisation for Economic Co-operation and Development (OECD) guidelines, both which have been incorporated into FDA guidances on preclinical testing of drugs.

**i. Short-Term Genotoxicity Studies**

Short-term genotoxicity studies are used to detect compounds that induce genetic damage and can be performed *in vivo* (i.e., in living animals) or *in vitro* (i.e., "in glass," that is, doing laboratory experiments outside living organisms such as cell studies in a petri dish). Genotoxicity is a "broad term that refers to any deleterious change in the genetic material regardless of the


Contains Confidential Information – Subject to Protective Order

mechanism by which the change is induced" (FDA/ICH S2(R1) Guidance 2012). Mutagenicity is a subset of genotoxicity that refers specifically to the induction of gene mutations (typically considered a permanent genetic change). While all mutagens are genotoxic, not all genotoxic substances are mutagenic.

There are many ways to measure genotoxicity. These may be divided into visible changes and invisible changes (i.e., to the eye). Visible changes are those that can be seen under microscopes. These are large changes, such as the rearrangement or breakage of chromosomes. Some of the tests that have been described in the literature relevant to this case include micronucleus formation and chromosomal aberrations. The most commonly measured invisible genotoxic events are mutations. Although these are invisible to the eye, they are technically much easier to detect, in that they lead to changes in the phenotypes of organisms.

The most widely used and first assays performed with a drug candidate or other chemical being tested for mutagenicity are usually done with DNA-repair deficient bacteria, particularly *Salmonella typhimurium*, in a test called the Ames test, named after its founder Dr. Bruce Ames. The Ames test uses bacterial strains that have a mutation in the histidine gene ($his^-$) and therefore cannot grow in a medium lacking the amino acid histidine (Fig. 15). If a chemical is studied in the Ames test that induces a mutation restoring function to the histidine gene ($his^+$), then the bacteria start to grow under conditions where they usually would not (i.e., absence of histidine). The mutant colonies that can synthesize histidine are referred to as "revertants" and are an indication that the chemical may be mutagenic at a certain dose.




Fig. 15. The Ames test.

The Ames test and other similar bacterial assays are *in vitro* assays. A primary limitation of such study is that because it takes place in a petri dish, and not a living organism, it does not fully consider the ADME (absorption, distribution, metabolism, and excretion) properties of a chemical that will occur *in vivo*. To overcome some of these limitations, liver extracts that contain cytochrome P450 enzymes (often referred to as "S9" fraction or mix) can be added to simulate *in vivo* metabolism. If the mutation occurs in the absence of liver enzymes, the chemical itself is considered directly mutagenic. However, many chemicals are indirectly mutagenic, meaning their metabolites are the causative agents and a positive response will only be observed in the presence of liver enzymes.

Additional invisible assays that have been done with the drug under consideration here include unscheduled DNA repair and DNA strand breakage. These are more complex genotoxicity assays and, as of today, are much less utilized in practice.

The FDA and ICH Guidance on "Genotoxicity Testing and Data Interpretation for Pharmaceuticals Intended for Human Use" discusses that the "registration of pharmaceuticals requires a comprehensive assessment of their genotoxic potential" (FDA/ICH S2(R1) Guidance


Contains Confidential Information – Subject to Protective Order

2012). Extensive evidence has been presented that many chemicals that are mutagenic in the bacterial reverse mutation test (the Ames test) are carcinogens in rodents. The inclusion of *in vitro* mammalian tests (i.e., use of mammalian cells instead of bacteria) for genotoxicity increases the sensitivity of detection of rodent carcinogens by broadening the spectrum of genetic damage detected (i.e., non-mutagenic damage). On the other hand, it also decreases the specificity of prediction, that is, increases the incidence of positive results that do not correlate with rodent carcinogenicity (and are not relevant). The concept of a "battery" approach is used because no single test is capable of detecting all genotoxic mechanisms that are relevant in tumorigenesis. The standard test battery recommended by the FDA is (i) assessment of mutagenicity in a bacterial reverse gene mutation test, e.g., Ames test; and (ii) evaluation of genotoxicity in mammalian cells *in vitro* and/or *in vivo*.

Some of the systems available for *in vitro* mammalian cell testing are the chromosome aberration assay, the *in vitro* micronucleus assay, and the mouse lymphoma L5178Y cell TK (thymidine kinase) gene mutation assay. *In vivo* tests are included in the test battery because some agents are mutagenic *in vivo* but not *in vitro* and because of the advantage of including assays that account for ADME properties. Several additional *in vivo* assays can be used in the battery or as follow-up tests to develop an overall "weight of evidence" in assessing results of *in vitro* or *in vivo* assays. In general, *in vivo* results are considered more relevant than *in vitro*. Negative results in appropriate *in vivo* assays (usually two)–with adequate justification of endpoints considered, proper controls, and demonstration of drug exposure at the tissue site being analyzed–are generally considered sufficient to demonstrate the absence of a significant genotoxic risk.

As with any toxicology study, appropriate dose selection is critical. The use of very high doses can increase the chance of false positives and maximum doses are recommended for different


Contains Confidential Information – Subject to Protective Order

assays; for instance, the recommended maximal dose level in the bacterial mutagenicity assay is 5,000 μg (5 mg) per plate when not limited by solubility or cytotoxicity. While supratherapeutic doses and other non-physiologic conditions are often used in genotoxicity studies, positive results should always be interpreted in the context of biological and clinical relevance – i.e., the expected doses and conditions observed in humans. A positive genotoxicity assay does not preclude further advancement of a drug, but there should be an explanation of why the positive result is not an issue for cancer or clinically relevant to humans. For instance, the dose needed to induce mutations might be unusually high, or more extensive cancer assays in rodents might produce a negative result. Many of the "alkylating" drugs used to treat cancer are very mutagenic themselves and have been shown to predispose patients to the risk of other cancers later in life, but their benefit in treating the current cancer often outweighs their risk of a potential secondary cancer. It is imperative to recognize that genotoxicity studies can "generate both false negative and false positive results in relation to predicting rodent carcinogenicity" and most importantly, "a positive result in any assay for genotoxicity does not always mean that the test compound poses a genotoxic/carcinogenic hazard to humans" (FDA/ICH S2(R1) Guidance 2012).

**ii. Long-Term Animal Carcinogenicity Studies**

The FDA has also provided extensive guidelines on conducting animal carcinogenicity studies of pharmaceuticals, which incorporates similar principles of testing used for other chemicals (FDA/ICH S1A Guidance 1996; FDA/ICH S1B Guidance 1997; FDA/ICH S1C Guidance 1995, 1997 (R1), 2008(R2); Draft FDA Guidance on Statistical Aspects of Rodent Carcinogenicity Studies 2001). The assessment of carcinogenic potential is conducted in long-term carcinogenicity studies (chronic bioassays) in rodents (rats or mice) over their lifespan (approximately two years).


Contains Confidential Information – Subject to Protective Order

There are many methodological aspects that should be considered to ensure a study is robust enough to generate meaningful information on whether a drug or chemical is likely to be carcinogenic in humans. Some of these factors include the species, strain, and sex of the animal, sample size, dose selection, route of administration, and study duration. Animals are tested using a range of doses determined from dose-ranging studies, including high doses that exceed the human therapeutic doses by many orders of magnitude.

There are two major assumptions in the use of animal models: (i) animals are appropriate models for humans and (ii) responses seen with high doses of chemicals (e.g., in the hazard identification stage) can be readily extrapolated to low doses, i.e., those encountered by humans. However, as I teach in my graduate toxicology course, there are many exceptions to both of these axioms. In many cases animals have physiological or metabolic peculiarities that render them unusually sensitive to certain maladies, often even in the absence of exposure to chemicals. For instance, I cite three well known examples: (i) Many strains of mice and rats have a high background incidence of liver tumors, although primary liver cancer is generally rare in humans in Western countries. (ii) Rats and mice readily develop liver tumors when treated with chemicals that induce peroxisome proliferation, but there is no evidence that this is an issue in humans, who have low levels of the relevant receptor ($PPAR_{\alpha}$). (iii) Male rats are sensitive to developing kidney tumors when exposed to a variety of chemicals (e.g., limonene (fragrant substance in orange peel), unleaded gasoline) but there is no evidence that humans are because, unlike male rats, they do not have a protein called $\alpha_{2u}$-globulin. The FDA cautions about the risk of false positives in animal carcinogenicity studies and has described that "many investigations have shown that it is possible to provoke a carcinogenic response in rodents by a diversity of experimental procedures, some of which are now considered to have little or no relevance for human risk assessment" (Draft FDA

Guidance on Statistical Aspects of Rodent Carcinogenicity Studies 2001; FDA/ICH S1B Guidance 1997).

Dose extrapolation is the other major issue, going from high doses needed to detect potential hazards down to the lower doses used in medical treatment. Many common, efficacious drugs are, not surprisingly, toxic at high doses (e.g., acetaminophen (Tylenol®)). As discussed in the prior section of this report, there are "threshold" doses below which no damage is observed, including cancer endpoints. This phenomenon is usually associated with the existence of enzymatic repair systems in the body that can remove low levels of damage but may become overwhelmed at higher doses. An additional concern with using very high doses is that it can greatly alter the physiology of the test species, making the findings less reflective of what would occur following human exposure.

Nonclinical toxicology testing is an essential component of establishing the safety and efficacy of a drug. However, there are still several issues in all *in vitro* and *in vivo* animal tests, in terms of reliably extrapolating to situations in which humans will use a drug. These include, but are not limited, to the following: (i) The doses used in the tests, both *in vitro* and *in vivo*, may be unusually higher than patients would ever experience, and positive results in the tests may be irrelevant to human experience. (ii) Some animals have peculiarities that may make them less relevant to humans, e.g., metabolic differences or being prone to certain physiological issues (i.e., rats have a forestomach but humans do not). (iii) Some conditions can be forced *in vitro* but are never possible under *in vivo* conditions. (iv) Different results can be obtained in different species due to lack of repair mechanisms.

Long-term animal carcinogenicity studies are also performed on non-drug chemicals, such as chemicals contained in consumer products or chemicals suspected of having potential adverse


Contains Confidential Information – Subject to Protective Order

human health effects. About half of all such chemicals administered chronically at the maximum tolerated dose (high dose just below intolerable doses where animals might experience significant weight loss or other forms of morbidity) have been found to be carcinogenic to rodents. This is due to cell-level effects that specifically occur at high doses (Ames & Gold 1991) and, as discussed for drugs, the human health relevance of these experimental doses found to be carcinogenic in animals depends on the exposure levels humans actually experience.

## V. Introduction to Ranitidine

### A. Ranitidine Approval & Therapeutic Action

Ranitidine (Zantac®) is a histamine H2 receptor antagonist, also commonly known as an H2RA or an H2 blocker. Ranitidine inhibits gastric acid secretion by reversibly competing with histamine for binding to the histamine H2 receptors of gastric parietal cells (Fig. 16) (Wallace & Sharkey 2011). Gastric acid secretion is an intricate process in which parietal cells secrete hydrochloric acid (HCl) into the lumen of the stomach. This process is primarily regulated by histamine, gastrin, and acetylcholine. Histamine is secreted from enterochromaffin-like (ECL) cells, binds to nearby histamine H2 receptors on the basolateral membrane of gastric parietal cells, and activates a cAMP-dependent pathway. This activates an $H^+/K^+$-ATPase (the proton pump), which pumps hydrogen ions ($H^+$) out to the gastric lumen and maintains the acidic environment of the stomach (~pH 1.5-3.5). The overall concentration of hydrogen ions is inversely related to the pH (↑ $H^+$, ↑ acidity, ↓ pH). As H2RAs block histamine binding to the H2 receptors and subsequent activation of the proton pump, the stomach becomes less acidic (i.e., the pH rises and becomes more basic). The decrease in stomach acidity reduces the development of ulcers and allows time for healing. It also reduces gastroesophageal reflux and allows for healing of erosive esophagitis.


Contains Confidential Information – Subject to Protective Order




**Figure 45–1.** *Physiological and pharmacological regulation of gastric secretion: the basis for therapy of acid-peptic disorders.* Shown are the interactions among an enterochromaffin-like (ECL) cell that secretes histamine, a ganglion cell of the enteric nervous system (ENS), a parietal cell that secretes acid, and a superficial epithelial cell that secretes mucus and bicarbonate. Physiological pathways, shown in solid black, may be stimulatory (+) or inhibitory (–). *1* and *3* indicate possible inputs from postganglionic cholinergic fibers; *2* shows neural input from the vagus nerve. Physiological agonists and their respective membrane receptors include acetylcholine (ACh), muscarinic (M), and nicotinic (N) receptors; gastrin, cholecystokinin receptor 2 ($CCK_2$); histamine (HIST), $H_2$ receptor; and prostaglandin $E_2$ ($PGE_2$), $EP_3$ receptor. A red ——| indicates targets of pharmacological antagonism. A light blue dashed arrow indicates a drug action that mimics or enhances a physiological pathway. Shown in red are drugs used to treat acid-peptic disorders. NSAIDs are nonsteroidal anti-inflammatory drugs, which can induce ulcers via inhibition of cyclooxygenase.

Fig. 16. Physiological and pharmacological regulation of gastric secretion (Wallace & Sharkey 2011)

The first three histamine H2 receptor antagonists developed for this purpose were burimamide, metiamide, and cimetidine (Brimblecombe 1978). Of these, only cimetidine (Tagamet®) was marketed and was introduced to the U.S. market in 1977. Ranitidine hydrochloride (HCl) (Zantac®) soon followed in 1983 and has several advantages, including 6- to 8-fold greater potency (on a molar basis) and less concern about drug-drug interactions (cytochrome P450 inhibition) and side effects (Richards 1983). Famotidine (Pepcid®) and nizatidine (Axid®) were subsequently approved in 1986 and 1988, respectively. In the mid-1990s,


Contains Confidential Information – Subject to Protective Order

ranitidine (1995) and the other H2RAs were approved for over-the-counter (OTC) use. Prescription ranitidine was available in several dosage forms (tablet, capsule, syrup, and injection) and was indicated to treat gastric ulcer, duodenal ulcer, gastroesophageal reflux disease (GERD), erosive esophagitis, and pathological hypersecretory conditions (Zantac Tablets Prescribing Information 2018). Short-term treatment doses typically range from 300-600 mg/day, while long-term (maintenance) doses range from 150-300 mg/day. OTC ranitidine tablets were indicated to treat and prevent heartburn, and the recommended dosage was 75-150 mg once or twice a day (Zantac OTC Consumer Package Insert 2019). An additional prescription ranitidine product, ranitidine bismuth citrate (Tritec®), was approved in 1998 to treat *Helicobacter pylori* (*H. pylori*). Ranitidine has consistently been the most frequently prescribed H2RA in the United States and it was the 41st-most commonly prescribed medication overall in the U.S. in 2018, with more than 18 million annual prescriptions (Kane 2020). Ranitidine is also on the WHO List of Essential Medicines (WHO 2021).

The chemical structures of the four H2RAs approved in the U.S. are shown in Fig. 17. All of the H2RAs are amine-containing drugs. Ranitidine and nizatidine are similar in that they both have a nitro group ($NO_2$) (red circle) at one terminal end and a tertiary amine group ($R_3N$), specifically a dimethylamino moiety (blue circle), at the other terminal end. Ranitidine, nizatidine, and cimetidine are all secondary amines ($R_2NH$) (guanidine or amidines) as well (green circle). Famotidine does not contain a secondary amine group but has guanidino amine groups (yellow circle).


Contains Confidential Information – Subject to Protective Order




Fig. 17. H2 Receptor Antagonist Chemical Structures.

### B. Ranitidine Pharmacokinetics

The absorption and bioavailability of ranitidine is about 50%, which means about 50% of an orally administered dose appears in the bloodstream and moves to tissues (Zantac Tablets Prescribing Information 2018). This determination is made by comparing the blood levels of ranitidine following an oral dose with a direct intravenous injection. Peak blood levels occur approximately 1-3 hours after oral administration (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). Ranitidine has an elimination half-life of 2.5-3 hours in the body when administered orally. That is, the initial blood level drops by ½ every 2.5-3 hours following a dose.

The majority of ranitidine is excreted without modification in the urine within 24 hours (30% of the orally administrated dose or 60% of that absorbed dose). A minority of the drug is metabolized, and well-characterized metabolites are the *N*-oxide (4%), the *S*-oxide (1%), and mono-*N*-demethylated ranitidine (1%) (Fig. 18). The formation of the *N*-oxide and *S*-oxide are


Contains Confidential Information – Subject to Protective Order

both catalyzed by enzymes called flavin-containing monooxygenases (FMOs), and the *N*-demethylation reaction is catalyzed by cytochrome P450 enzymes, particularly 1A2, 2C19, and 2D6 (Chung 2000). The levels of these enzymes are strongly controlled by genetics (i.e., are "polymorphic") and may vary widely among humans, including different ethnic groups. The remainder of the administered dose is found in the stool. The pharmacokinetic properties of ranitidine were determined largely by using high performance liquid chromatography (HPLC) methods. A method called radioimmune assay (RIA) was also used in some studies to estimate the half-life of ranitidine (Roberts 1984).




Fig. 18. Metabolism of Ranitidine.
P450: cytochrome P450; FMO: flavin-containing monooxygenase; MAO, monoamine oxidase; $NH_3$, ammonia, $CH_3NH_2$, mono-methylamine; $(CH_3)_2NH$, dimethylamine.

In rats, mice, and rabbits, a small amount of a furoic acid product is also excreted (Carey 1984; Eddershaw 1996; Martin 1981a) and trace levels of the furoic acid derivative have also been detected in dogs (Eddershaw 1996). However, this furoic acid derivative has not been routinely detected in humans (Carey 1981; Carey 1984; Martin 1981; Martin 1981a; Martin 1982; Roberts 1984). A later study by GSK[1] using radiolabeled ranitidine, a technique used to enhance the characterization of metabolites, detected the furoic acid metabolite (as its methyl ester) in human urine of four participants, accounting for 0.8-2.2% of the administered dose (Broom 1986 (GSK Report WMH/85/013)).

The exact pathway of formation of the furoic acid metabolite has not been characterized (Fig 18). To enhance detection and identification of the furoic acid metabolite in the Broom study, the investigators radiolabeled a hydrogen in the ranitidine molecule that would be part of the furoic acid metabolite structure (Fig. 19) (Broom 1986 (GSK Report WMH/85/013)). This means the amine product that was released from the reaction was not radiolabeled or identified in this study. As indicated in Fig. 18, the formation of the various known metabolites of ranitidine and the furoic acid derivative can be ascribed to several different enzymes that are capable of performing similar reactions with other compounds. These include, P450, FMO, MAO, and dehydrogenases. The aldehyde precursor of the furoic acid derivative can be the product of three different precursors: ranitidine, mono-*N*-desmethyl ranitidine, and *N*,*N*-desmethyl ranitidine. Mono-*N*-desmethyl ranitidine is a known metabolite. The oxidation of the carbon adjacent to the amine nitrogen would yield dimethylamine, mono-methylamine, and ammonia ($NH_3$) from the tertiary, secondary, and primary amines, respectively (i.e., ranitidine, mono-*N*-desmethyl ranitidine, and *N*,*N*-desmethyl ranitidine). Discernment of the exact routes would require other analyses, probably *in vitro* studies.

[1] Zantac® was developed by Glaxo, which later became GlaxoSmithKline (GSK). For purposes of this report, references to GSK incorporates reference to its predecessor Glaxo.


Contains Confidential Information – Subject to Protective Order

The appearance of the furoic acid metabolite (in animals and possibly in human urine) does not define whether dimethylamine, mono-methylamine, or ammonia is a product.




Fig. 19. Radiolabeled ranitidine from the Broom 1986 study (GSK Report WMH/85/013). The position of the radiolabeled hydrogen is indicated by the asterisk (*) on the right side of the ranitidine molecule while the tertiary amino group (blue circle) is on the terminal left side of the molecule.

## VI. Introduction to *N*-Nitrosodimethylamine (NDMA)

Plaintiffs in this litigation have alleged that ranitidine exposure causes bladder, esophageal, gastric, liver, and pancreatic cancers. Their proposed mechanism of carcinogenesis is *N*-nitrosodimethylamine (NDMA) exposure from ranitidine, both through exogenous formation in the ranitidine product and endogenous formation in the body after ingestion. In order to understand subsequent sections on ranitidine, I have provided a primer on NDMA, including the chemistry, toxicokinetics, exogenous and endogenous sources of exposure, mutagenicity and animal carcinogenicity data, and analytical methods for NDMA detection.

### A. NDMA Chemistry & Toxicokinetics

Chemicals called *N*-nitrosamines (or often just "nitrosamines") can be formed by the reaction of secondary and tertiary amines with nitrite ($NO_2^-$, or more accurately, $HNO_2$, which is the protonated form of nitrite and goes by the name of nitrous acid; also relevant to reaction chemistry is $N_2O_3$, formed by the fusion of two molecules of $HNO_2$ and then loss of water (-$H_2O$)) (Fig. 20). Such amines are present in our food, as well as in cosmetics, alcoholic beverages, tobacco, and other compounds that can be consumed (i.e., "exogenous" sources or sources found


Contains Confidential Information – Subject to Protective Order

outside the body). Some amines are also of "endogenous" origin and part of the normal milieu of chemicals made in our bodies (e.g., some amino acids such as proline). Nitrites (and nitrite precursors) are also present in our food and can be formed in the body. Therefore, human exposure to nitrosamines can be from exogenous sources where the nitrosamine is preformed in the substance (e.g., food) or from endogenous formation in the body. Nitrosamines belong to a larger class of related compounds known as *N*-nitroso compounds (NOCs). There are hundreds of individual nitrosamine compounds, but the focus of this report will be *N*-nitrosodimethylamine (NDMA).[2] It is important to recognize that different nitrosamines have different chemical, kinetic, and toxicological properties and therefore should be evaluated individually. As shown in Figure 21 below, NDMA can form from the reaction of the secondary amine dimethylamine (DMA) and nitrite.




Fig. 20. How nitrosamines are formed.




Fig. 21. Formation of NDMA.

[2] In some publications, NDMA is referred to as dimethylnitrosamine and abbreviated as DMN or DMNA.



Contains Confidential Information – Subject to Protective Order




Fig. 22. Examples of nitrosamines derived from the essential amino acid proline, the nicotine in tobacco, and dimethylamine, respectively.

The pharmacokinetic properties of NDMA have been extensively studied. Although it is not possible to do many of these experiments in humans, this concept has long been established in studies with experimental animals. Following oral ingestion of exogenous NDMA or endogenous NDMA formation in the stomach, NDMA is rapidly and extensively absorbed from the gastrointestinal tract. Whereas NDMA is absorbed relatively slowly from the stomach, with a half-life of more than one hour, uptake of NDMA is very rapid from the small intestine, particularly the upper section (duodenum), with a half-life of less than 3 minutes in rats (Pegg 1980; Pegg 1981). Thus, absorption of NDMA (and other nitrosamines) occurs predominantly from the duodenum when NDMA is ingested in food or formed in the stomach or intestine (Pegg 1981). After being taken up in the intestine, NDMA enters the portal circulation and is delivered to the liver. NDMA undergoes very extensive metabolism in the liver by the enzyme cytochrome P450 2E1, with nearly all of the NDMA metabolized in a “first-pass” effect in the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). The metabolic products of NDMA and their relation to its potential toxicological properties will be discussed in detail in subsequent sections but there are some important concepts to keep in mind. First, NDMA itself is a chemically inert molecule and so the presence of the NDMA molecule itself in any part of the body is not necessarily expected to be harmful. Second, while a DNA-reactive (mutagenic) metabolite can be formed from the metabolism of NDMA, this metabolism to a methyl derivative


Contains Confidential Information – Subject to Protective Order

(methyl diazohydroxide) that reacts with DNA and RNA is only expected to take place predominantly in the liver (the primary location for P450 2E1) and accounts for a minor fraction (substantially <1%) of the NDMA dose that passes through the body. Third, the body has extensive DNA repair processes to protect against most DNA damage that may be caused by NDMA.

### B. Exogenous Sources of NDMA

Although the detection of exogenously formed NDMA in several medications is a relatively recent discovery, the presence of NDMA in food and other exogenous sources has been known for over half a century (Gushgari & Halden 2018). NDMA contamination in the environment may be found in water, air, and soil (EPA 2017; WHO 2002). Exogenous NDMA exposure may occur through ingestion of foods and beverages that contain NDMA, use of cosmetic and toiletry products that contain NDMA, breathing or inhalation of cigarette smoke, and exposure to certain workplace environments and pesticides. NDMA may form in food through several methods, including food processing, preservation, and preparation (WHO 2002). Common examples include foods processed or preserved by curing, salting, smoking, drying, canning, or pickling, which is often seen in meat, fish, cheese, and vegetable products, as well as cooking certain foods at high temperatures (e.g., grilling or frying). Several of these exposures are also sources of exposure to other *N*-nitroso compounds. For instance, cigarette smoke and smokeless tobacco contain the tobacco-specific nitrosamines *N*-nitrosonornicotine (NNN) and 4-(nitrosomethylamino)-1-(3-pyridyl)-1-butanone (NNK), the only nitrosamines known to be human carcinogens.

Several studies have estimated the overall exposure of individuals to NDMA. As expected, this can greatly vary between individuals depending on food intake, lifestyle, water source, and other factors. In addition, most of the literature analyzing the NDMA content in exogenous sources was conducted in foreign countries in the 1970s and 1980s. Geographical differences, changes in


Contains Confidential Information – Subject to Protective Order

food processing and preservation techniques over time, and advances in analytical methodology may all contribute to the great variability of the reported level of NDMA in exogenous sources (WHO 2002).

In a recent study conducted in the U.S., the daily dietary exposure to NDMA was reported as a median of 545-1,038 ng/day (interquartile range 275-1,618 ng/day) (Stuff 2009).[3] An exogenous exposure range of 1,900-25,000 ng/day for total nitrosamines has also been published (Gushgari & Halden 2018). For comparative purposes, the current recommended FDA acceptable intake limit for exogenously formed NDMA in medications is 96 ng/day. As described in more detail in later sections, this is a highly conservative value and it is apparent that individuals are exposed to levels greater than this on a regular basis. There are also higher acceptable intake limits for NDMA from other sources, such as the WHO acceptable value for NDMA in drinking water of 100 ng/L (or 200 ng/day based on 2 liters of water/day) (WHO 2008).

Several studies have also reported the NDMA levels in individual food items. Stuff et al. developed an *N*-nitroso database for assessing dietary intake based on published data and reported the following NDMA levels per 100 grams or 3.5 ounces of food (visually this is about the same size as the palm of your hand or ½ a glass of water) (Table 1) (Stuff 2009a). I have also converted these values into typical serving sizes.

[3] For reference, 1 milligram (mg) = 1,000 micrograms (μg) = 1,000,000 nanograms (ng).


Contains Confidential Information – Subject to Protective Order

| Food Item | ng of NDMA / 100 g (3.5 oz) of food | ng of NDMA / approximate serving size of food[4] |
|---|---|---|
| Whole Milk | 14 | 32 ng / 1 cup (8 oz) |
| French Fries or Fried Potatoes | 24 | 24 ng / 100 g |
| White Wine | 25 | 36 ng / 5 oz |
| Margarine or Butter | 26 | 4 ng / 1 tbsp (15 g) |
| Refried or Pinto Beans | 33 | 43 ng / 0.5 cup (130 g) |
| Rolls, Buns, Muffins, or Bagels | 50 | 50 ng / 100 g bagel |
| Cottage Cheese | 76 | 86 ng / 0.5 cup (113 g) |
| Fried Fish | 169 | 169 ng / 3.5 oz |
| Beer | 202 | 923 ng / 1 pint (16 oz) |
| Hot Dogs or Franks | 221 | 111 ng / 1 hot dog (50 g) |
| Bacon | 454 | 123 ng / 3 bacon slices (27 g) |
| Ham | 490 | 350 ng / 2.5 oz |
| Sauerkraut | 660 | 198 ng / 2 tbsp (30 g) |
| Oysters | 1,139 | 976 ng / 3 oz |
| Sausage or Chorizo | 10,941 | 8,753 ng / 1 sausage link (80 g) |

Table 1. Dietary NDMA levels in food (Stuff 2009a).

Overall, individuals are exposed to NDMA on a daily basis from many exogenous sources.

### C. Endogenous Formation of NDMA

Endogenous formation of NDMA is overwhelmingly the major source of the total NDMA exposure in humans. Recent studies indicate that 97 to >99% of the total NDMA and nitrosamine load is endogenous in origin, i.e., arising within the body and not from ingestion of NDMA from outside exogenous sources (Fristachi & Rice 2007; Hrudey 2013; Gushgari & Halden 2018). Wide estimates on the total endogenous formation of NDMA have been published using various methods, ranging from 22,900 to 17,000,000 ng/day (Fristachi & Rice 2007; Hrudey 2013). Hrudey et al. conducted extensive modeling of endogenous NDMA formation based on three data sources: (i) steady-state blood levels of NDMA which provided a mean endogenous NDMA estimate of 900,000 ng/day and a range of 100,000 – 2,500,000 ng/day, (ii) levels of $O^6$-methyl

[4] Approximate serving sizes were estimated from nutritional food labels.

guanine DNA adducts in leukocytes which provided a mean endogenous NDMA estimate of 1,360,000 ng/day and a maximum of 17,000,000 ng/day, and (iii) urinary NDMA levels which provided an endogenous NDMA estimate of <250,000 to 6,400,000 ng/day. The authors calculated the likely range as 110,000 to 1,000,000 ng/day and discussed that "it seems clear that [endogenous] formation rates approaching 1 mg/day [1,000,000 ng/day] are usual and in some individuals such formation can be significantly greater" (Hrudey 2013). This is important to keep in mind as a small exposure from a particular exogenous substance, such as the FDA recommended acceptable limit of 96 ng/day in medications, will need to be viewed in the context of the background exposure to NDMA from (i) other exogenous sources such as the diet and (ii) endogenous sources, which may account for >99% of the total exposure. Using an endogenous NDMA estimate of 1,000,000 ng/day (the approximate mean calculated from the Hrudey 2013 study), the 96 ng acceptable daily limit for medications is 10,000 times lower than the amount our bodies naturally produce every day.

The primary site of endogenous NDMA formation is in the stomach via an acid-catalyzed mechanism (Tricker 1997; Brambilla 2007). Numerous studies have shown the optimal conditions for the chemical reaction to form NDMA occurs at an acidic pH of ~3 (Mirvish 1970; Krul 2004). The only part of the body that will have a pH this low is the stomach, which normally maintains a pH of ~1.5-3.5. In contrast, the rest of the body maintains a more neutral pH (~7), which is too basic to favorably promote the chemical reaction.

As shown above (Fig. 21), NDMA can form from the reaction of dimethylamine (DMA), a secondary amine, and nitrite. The rate of formation of a nitrosamine from a secondary amine is equal to $k$ (a "rate constant") × [amine concentration] [nitrite concentration]$^2$, or rate = $k$ [amine][$NO_2^-$]$^2$ (i.e., the square of the nitrite concentration) (Mirvish 1970; Mirvish 1975). In this


Contains Confidential Information – Subject to Protective Order

equation, the apparent rate constant (*k*) varies with pH. A slightly different equation can also be used in which the rate = $k$ [amine][$HNO_2$]$^2$. In this alternative formula, $k$ is independent of pH because the proportion of nitrite that is protonated ($HNO_2$) is directly related to pH (Mirvish 1970; Mirvish 1975). At a pH of 3.3, 50% of the nitrite will be protonated ($HNO_2$) and 50% will be unprotonated ($NO_2^-$) (Gao 2021). The proportion of nitrite that is protonated decreases at pH increases. Therefore, pH and nitrite are rate-limiting factors regulating the formation of NDMA, with an acidic environment and an excess concentration of nitrite relative to the amine required. About 20% of the nitrite in the stomach comes from nitrite ingested in the diet, while the other 80% comes from nitrate ($NO_3^-$) ingested in the diet, which can be reduced to nitrite ($NO_2^-$) by bacterial enzymes in the saliva (Brambilla 2007). Nitrite formation from nitrate-reducing bacteria may also occur in the stomach if the gastric pH is high enough (as most bacteria do not survive in acidic environments), which could occur with certain gastrointestinal diseases or medications. In this same scenario, NDMA may also be formed from bacterial-catalyzed nitrosation. However, intragastric nitrosation is a complicated picture and is highly dependent on pH; acid catalyzed nitrosation may occur at lower pH (<3.5) and bacterial-catalyzed nitrosation may occur at higher pH (>6), whereas an intermediate pH does not seem to promote either pathway (Houben 1996).

NDMA formation is also dependent on other external factors, including the presence of accelerators and inhibitors of nitrosation. For example, vitamin C (ascorbic acid) and vitamin E (α-tocopherol), which are essential components of the diet (e.g., fruits, vegetables, nuts) and additionally available as dietary supplements, may inhibit nitrosation by competing with amines for the reaction with nitrite. Thiocyanate, which is found in the saliva and may increase from external sources (e.g., vegetables, smoking), may accelerate nitrosation reactions under very acidic conditions. However, as with any chemical reaction, the effect is dependent on dose (of the amine,


Contains Confidential Information – Subject to Protective Order

nitrite, and the modulator) and other conditions (pH) and these reactions have been demonstrated to be more efficient in *in vitro* studies and *in vivo* animal studies at higher doses (Kamm 1973; Meier-Bratschi 1983; Krul 2004) than in human studies at lower, physiologic doses (Garland 1986; Vermeer 1998; Vermeer 1999). For instance, in a carefully controlled study, Garland et al. (1986) saw no effect of high vitamin C or E supplementation on the urinary excretion of NDMA in humans over a 3-week period.

The mean steady-state concentration of NDMA detected in the blood from several studies ranged from approximately 180-500 ng/L or 900-2,500 ng of NDMA in the blood of an adult (~5 liters) (Simenhoff 1982; Gough 1983; Dunn 1986; Hrudey 2013). The mean 24-hour urinary excretion of NDMA was lower, with a range of levels below detection to 385 ng/day across several studies (Garland 1986; van Maanen 1996; van Maanen 1998; Vermeer 1998; Vermeer 1999; Hrudey 2013; Florian 2021). These results demonstrate that the main mechanism of elimination (clearance) of NDMA from the body, including the NDMA circulating in the bloodstream due to endogenous formation, is metabolism by the liver, the primary site of P450 2E1 (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985).

As indicated in Fig. 23 (Hrudey 2013), there is a finite level of NDMA in human blood. In principle, most of the NDMA formed in the stomach or ingested from food should be absorbed in the small intestine, move to the liver, and be metabolized there. So the question can be raised of why some NDMA is present in the bloodstream and how it reaches peripheral tissues. One possibility is that a finite amount escapes first pass metabolism by cytochrome P450 2E1 in the liver and circulates in the blood, although studies have demonstrated this is likely a very small amount (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). Alternatively, other possible sources are bacteria-catalyzed and cell-mediated nitrosation under


Contains Confidential Information – Subject to Protective Order

neutral pH conditions outside the stomach (Leaf 1989; Tricker 1997). Cell-mediated nitrosation occurs through the nitric oxide synthase (NOS) enzymes, which convert the amino acid arginine to nitric oxide (NO). There are three NOS enzymes: constitutive, inducible, and epithelial (Hrudey 2013; Tricker 1997). NO is unstable in biological systems, with a half-life of only 0.1 second (Tricker 1997), and breaks down to products that can lead to nitrosamine formation (Leaf 1989) (Fig. 24). Systemic nitrosamine formation from NO synthesis and bacteria is greatly influenced by certain pathophysiological conditions, particularly inflammatory and infectious diseases (Hrudey 2013). Furthermore, many of the studies evaluating these pathways have assessed nitrosamines other than NDMA. Therefore, the exact contribution of these (and possibly other) processes to the blood levels of NDMA in humans is unknown. Regardless of where NDMA forms in the body, the liver will still be the primary site of NDMA metabolism to its reactive form because that is the primary site for P450 2E1 expression (Human Protein Atlas 2021).


Contains Confidential Information – Subject to Protective Order




**Fig. 1.** Potential sources and mechanisms that contribute to endogenous *N*-nitrosamine formation in body compartments. Blood is the central compartment that distributes both ingested and endogenously formed *N*-nitrosamines to all tissues. Urinary concentrations of *N*-nitrosamine reflect the fraction of the nitrosamine that is formed and/or ingested that is cleared by urinary excretion. However, this concentration will be influenced much more by local formation of nitrosamines in the bladder (e.g., associated with bladder infection) than an equivalent amount formed in the stomach. ACN = acid-catalyzed nitrosation, BCN = biologically-catalyzed nitrosation, which can involve multiple intermediates, NO-SH = nitrosothiols, FeNO = iron-nitrosyls, NO-N = *N*-nitrosamines.

Fig. 23. Potential sources and mechanisms of endogenous nitrosamine formation (Hrudey 2013).


Contains Confidential Information – Subject to Protective Order




Fig. 24. Nitrosation by nitrogen oxides (adapted from Leaf 1989).

## D. Potential Endogenous Formation of NDMA from Medications

Research by Smith, Loeppky, Lijinsky, Mirvish, and others beginning in the late 1960s had shown that secondary amines and even tertiary amines can react with nitrite ($NO_2^-$) to form potentially carcinogenic *N*-nitrosamines (Fig. 20, section VI.A.). Smith and Loeppky (1967) found that the reaction of nitrite with a model tertiary amine only occurred under strong conditions (i.e., 90 °C = 194 °F). Lijinsky had shown that some drugs containing a tertiary amine group could react with nitrite to form *N*-nitrosamines under acidic conditions in *in vitro* experiments (Lijinsky 1974). While they reported a relatively high yield of nitrosamine formation with the analgesic drug aminopyrine, this was an exception and most of the drugs tested were rather sluggish in this regard and only did so under drastic, unrealistic conditions. In a comprehensive review, Mirvish summarizes: "[M]any… tertiary amines were nitrosated under extreme conditions, e.g., heating at 90 °C for several hours with high nitrite. Alternatively, nitrosation under milder conditions gave only minute yields of NO-compounds [*N*-nitroso compounds]… It remains to be established whether NO-compounds are a significant risk to human populations" (Mirvish 1975).


Contains Confidential Information – Subject to Protective Order

In 1978, the World Health Organization (WHO) held a symposium in Geneva, Switzerland on "the Potential Carcinogenicity of Nitrosatable Drugs" (Coulston & Dunne 1980). A number of leading investigators in this field were present and contributed to the monograph that developed. The symposium was held to address the recent research on the potential endogenous formation of nitrosamines, including NDMA, from amine drugs in the presence of nitrite in the stomach. Because researchers were examining this potential under different conditions, it was difficult to make valid comparisons. A key recommendation from this symposium was the development of a standardized *in vitro* method, known as the WHO nitrosation assay procedure (NAP) test, that could "rank orally-administered drugs on a reactivity scale according to their tendency to form N-nitroso derivatives." The recommendation was made that amine-containing drugs be tested for their potential for nitrosation using the NAP test controlled according to the following criteria: mixing a 10 mM concentration of drug with 40 mM nitrite in an acidic medium (pH 3-4) at temperature 37 °C for reaction times of 1 and 4 hours. Although no specific yield was suggested for a limit, the conclusion was made that "[a]lthough results obtained in the chemical test for nitrosatability (NAP test) cannot be extrapolated directly to *in vivo* conditions, drugs with amino groups that are readily nitrosated, and hence fall in the upper part of the reactivity scale, merit priority for further evaluation while those in the lowest part of the scale are of least concern." Further evaluation would mean testing for mutations and possibly for cancer in rodents.

The *in vitro* WHO NAP test was designed as a signal generation tool to determine the <u>potential</u> for endogenous formation of nitrosamines and to rank (i.e., stratify) potentially nitrosatable drugs in relationship to each other. However, this test uses <u>non-physiological conditions that do not reliably predict nitrosamine formation in humans</u>. The most obvious aspect is that this is an experiment testing a chemical reaction in a test tube. However, the human body is

much more complex and in this oversimplified system, the pharmacokinetic and pharmacodynamic properties of a drug are not taken into consideration. The concentrations of drug and nitrite used in the *in vitro* NAP assay (10 mM and 40 mM, respectively), particularly that of nitrite, is extremely high in the context of what would ever be found *in vivo* in humans. The basis for the WHO NAP concentrations were as follows: "The relative concentrations of the reactants provide an adequate excess of nitrite to promote the reaction, and the absolute concentrations are appropriate to the sensitivity of some available methods for quantitative estimation of resulting N-nitroso compounds" (Coulston & Dunne 1980). Therefore, high starting concentrations were purposely used in order to generate a large enough nitrosamine product that could be measured with the analytical methods at the time, which had much lower sensitivity than the current methods available. Following a therapeutic oral dose of ranitidine 150 mg, the ranitidine concentration in the stomach ranges from approximately 1 mM (10-fold lower than the NAP test) when ingested with a meal (gastric juice volume ~500 mL) to 10 mM when ingested on an empty stomach (gastric juice volume ~50 mL) (Tanner 1982 (GSK Report WBP/82/011); Gillatt 1985).

Furthermore, since nitrite is the rate limiting factor of this reaction, the NAP test "provide[d] an adequate excess of nitrite to promote the reaction." Several studies have measured the normal nitrite concentrations in the human stomach. Average nitrite concentrations in the human stomach under fasting conditions range from approximately < 0.001 to 0.01 mM in healthy subjects and individuals with peptic ulcers, and up to 0.03 mM in individuals with gastritis, which is about 1,000-40,000 times lower than in the NAP test (Ruddell 1976; Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Gillatt 1985; Mueller 1986; Sobala 1991; Xu 1993; Mowat 1999; Brambilla 2007; Gao 2021). Following a nitrite or nitrate rich meal, nitrite concentrations in the stomach reach a maximum of about 0.1-0.3 mM, which is at least 133 times


Contains Confidential Information – Subject to Protective Order

lower than in the NAP test (Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Mowat 1999; Brambilla 2007; Gao 2021). Note that these are the outlier maximum levels achieved from extreme dietary intake (e.g., the amount of nitrite in the meal from Walters 1976 was 64 times higher than the daily mean nitrite exposure from cured meat eaters using recent estimates) and the nitrite concentrations in the stomach following typical meals are usually much lower (Gao 2021). A comprehensive systematic review of published gastric nitrite levels was recently conducted by the FDA and they concluded the conservative upper bound for physiologic gastric fluid nitrite levels at a pH level of <6 was approximately 0.1 mM (Gao 2021).

Furthermore, the total nitrite levels found in the stomach are not equivalent to the nitrite levels available to contribute to the nitrosation reaction of amine drugs as some compounds and dietary sources may inhibit this reaction (*vide supra*). Additionally, as pH rises in conjunction with a meal or ranitidine therapy, the proportion of nitrite that is protonated and available to form NDMA decreases. Using the same example above from the Walters 1976 study, a rise in gastric nitrite concentration from 0.01 mM in fasting conditions to 0.3 mM after a nitrite rich meal also increased the pH from approximately 2.2 to 4.7 (Fig. 25). Due to this rise in pH after ingestion of a meal, the protonated nitrite ($HNO_2$) concentration was approximately the same as fasting levels before the meal even though the total nitrite concentration increased 30-fold.


Contains Confidential Information – Subject to Protective Order




Fig. 25. Effects of a nitrite rich meal on pH, measured total nitrite concentration [$NO_2$], and calculated protonated nitrite concentration [$HNO_2$] from the Walters 1976 study. With ingestion of a nitrite rich meal, the pH and total nitrite concentration both increase. However, the proportion of nitrite that is protonated substantially decreases with increasing pH such that when nitrite concentration is highest after the meal, the protonated nitrite concentration is approximately the same as fasting levels before the meal. Protonated nitrite is the reactive species necessary for NDMA to form from amines. (Figure adapted from Gao 2021).[5]

In addition to much lower concentrations, there are different molar ratios of nitrite to drug–which greatly affects the results. The nitrite-to-drug molar ratio in the NAP test is 4:1 (40 mM nitrite:10 mM drug). However, this is an incredibly unrealistic ratio, and in the human stomach, the nitrite concentration would be substantially lower, not higher, than the ranitidine concentration. The rate of formation of a nitrosamine from a secondary or tertiary amine is equal to $k$ (a "rate constant") × [amine concentration] [nitrite concentration]$^2$, or rate = $k$ [amine][$NO_2^-$]$^2$ (i.e., the square of the nitrite concentration) (Mirvish 1975; Mirvish 1977) (*vide supra*). Using stomach

[5] To present concentration units in a more consistent manner throughout my report, figures were sometimes "adapted" to show mM concentrations of nitrite instead of µM concentrations of nitrite.

values of 1 mM ranitidine and 0.3 mM nitrite to represent prandial (during meal) conditions and 10 mM ranitidine and 0.01 mM nitrite to represent fasting conditions, one would expect that the rate of nitrosamine formation (if any) in the human stomach of someone who took ranitidine to be about 177,000 (10 × 133 × 133) to 16,000,000 (1 × 4000 × 4000) times slower than in the NAP test.[6]

Overall, the WHO NAP test is not a measure of the nitrosatability of a drug under human conditions and one cannot simply extrapolate results from this assay to real life. The conclusions from the WHO Symposium 1978 recognized the limitations of these experiments in extrapolating the results to humans, stating "the implications that such results might have for man are admittedly speculative" (Coulston & Dunne 1980). They further discuss: "Only a limited number of studies have involved nitrosation conditions simulating those found in the environment or in actual animal and human conditions. *In vitro* nitrosation data show that numerous amino compounds, especially the tertiary amines, were nitrosated under non-physiological conditions utilizing prolonged reaction times and high levels of precursor amino compounds and nitrate/ nitrite. Alternatively, the *in vitro* nitrosation of amines, amides, and amine drugs under milder conditions, simulating those found in biological systems or where low levels of precursor amino compounds and/or nitrite were utilized, resulted in minute yields or nondetectable levels of *N*-nitroso derivatives. The contribution of the *in vitro* nitrosation studies has been one of defining potential nitrosatable precursors and the conditions necessary for nitrosation. However, *in vitro* nitrosation studies cannot accurately define the conditions under which biological nitrosation takes place in the mammalian body." This treatment can be understood in the context of the earlier material in this

[6] This calculation does not consider pH, so really the prandial conditions would likely be slower than what is calculated.


Contains Confidential Information – Subject to Protective Order

report about the two main features of toxicology, namely (i) hazard identification and (ii) risk characterization (Section IV.A).

Several investigators have made similar observations about the excess nitrite levels used in the WHO NAP test as not representing physiological conditions in the human stomach. (Gatehouse 1982; Gillatt 1985; Walters 1987; Brambilla 2007). Walters et al. compared results using the WHO NAP test to results using normal drug and nitrite concentrations expected in the human stomach for 25 drugs and concluded: "It is apparent from the 30,000-fold variation in the ratio of the percentage conversion to putative *N*-nitroso compounds under simulated gastric conditions to those related to the NAP test that the latter dose does not represent a valid criterion as a measure of the nitrosatability of a drug when a realistic dose is employed and the nitrite level is comparable with the range encountered *in vivo*" (Walters 1987). Gatehouse and Tweats (1982) concluded: "The concentrations of sodium nitrite recommended by the WHO were not intended to be physiologically realistic. Although this test may be valid for ranking nitrosatable drugs in relationship to each other, it should not be used as the final arbiter in any risk-benefit studies on orally administered amine containing drugs. Not only has the WHO nitrite level been exceeded by other investigators but the data generated have been misused in risk-benefit assessments."

It is also important to recognize that *in vitro* nitrosamine formation from drug-nitrite reactions is not uncommon. In an extensive review by Brambilla and Martelli in 2007, they reported they "found that 182 drugs, representing a wide variety of chemical structures and therapeutic activities, were examined in various experimental conditions for their ability to react with nitrite, and 173 (95%) of them were found to form NOC [*N*-nitroso compounds] or other reactive species. Moreover, 136 drugs were examined in short-term genotoxicity tests and/or in long-term carcinogenesis assays, either in combination with nitrite or using their nitrosation


Contains Confidential Information – Subject to Protective Order

product, in order to establish whether they produce genotoxic and carcinogenic effects; 112 (82.4%) of them have been found to give at least one positive response" (Brambilla 2007). Some common drug classes on this list include analgesics (e.g., acetaminophen (Tylenol®)), antihistamines (e.g., diphenhydramine (Benadryl®)), antibiotics (e.g., penicillin, doxycycline, erythromycin), vitamins (folic acid), antihypertensives (e.g., atenolol), antidepressants (e.g., amitriptyline) and H2 receptor antagonists (ranitidine, cimetidine, famotidine). Although the reaction could cause genotoxic damage under some non-physiological laboratory conditions, many of the drugs are important, are used commonly and have been for many years, and have not been associated with any cancer risk.

In conclusion, these studies, at most, show the potential for endogenous formation of nitrosamines. However, the excess concentrations of drug and nitrite used do not reliably predict endogenous formation in humans. Lastly, studies simulating potential endogenous formation in the stomach do not provide a signal or predict exogenous NDMA formation in the drug itself as an impurity, nor was it routine to test preformed nitrosamine levels in drugs based on the results of these types of experiments.

### E. Exogenous NDMA Impurity in Medications

Impurities in medications may arise in the "drug substance," which is the unformulated, active pharmaceutical ingredient (API), or in the formulated "drug product," which is the finished dosage form that is administered to patients. The FDA defines an impurity in the drug product as any component of the drug product that is not the drug substance or an excipient (formulation ingredient) in the drug product (FDA/ICH Q3B(R2) 2006). There are several mechanisms by which impurities may arise in drug substances or products, including from the manufacturing process, degradation during storage, reaction products (interactions with excipients, solvents, and


Contains Confidential Information – Subject to Protective Order

containers), and contamination. Impurities in medications are not uncommon, and in fact, "impurities reside in all drug substances and associated drug products" (FDA/ICH M7 Guidance 2015, 2018 (R1)). Degradation products are a type of impurity that can naturally occur in drugs over time. Similar to food products (e.g., milk), this is one of the reasons drugs have a shelf-life or expiration date. Impurity and stability testing are used to identify certain degradation products and related storage conditions that may affect their rate of formation (e.g., temperature, humidity, and light).

All drugs will have a defined set of "specifications," which is a list of acceptable quality standards a specific drug substance or product should conform to. Among these are purity and impurity specifications with corresponding acceptable levels. Because impurities may affect the quality, safety, and/or efficacy of the drug products, regulatory authorities have guidelines to address the testing, characterization, and potential control of different impurities. However, the complete prevention, elimination, or identification of impurities is not always possible, particularly when present at very minor, trace levels. The FDA, in accordance with the International Conference for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use (ICH), has published several guidelines on general impurities in drug substance and drug products (FDA/ICH Q3A Guidance 1996, 2003(R1), 2008 (R2); FDA/ICH Q3B Guidance 1997, 2003(R1), 2006 (R2)). Impurities are recommended to be reported, identified, and qualified when observed at levels above set thresholds. Table 2 below presents these threshold levels and the corresponding levels for ranitidine based on the recommended maximum daily dose.


Contains Confidential Information – Subject to Protective Order

| Drug Substance or Product | Thresholds for Impurities | Ranitidine 300 mg |
|---|---|---|
| Drug Substances (FDA/ICH Q3A) | Reporting: 0.05% | 0.15 mg (150,000 ng) |
| | Identification: 0.10% or 1 mg total daily intake (whichever is lower) | 0.3 mg (300,000 ng) |
| | Qualification: 0.15% or 1 mg total daily intake (whichever is lower) | 0.45 mg (450,000 ng) |
| Drug Products (FDA/ICH Q3B) | Reporting: 0.1% | 0.3 mg (300,000 ng) |
| | Identification: 0.2% or 2 mg total daily intake (whichever is lower) | 0.6 mg (600,000 ng) |
| | Qualification: 0.2% or 3 mg total daily intake (whichever is lower) | 0.6 mg (600,000 ng) |

Table 2. Thresholds for Impurities in Pharmaceuticals (FDA/ICH Q3A Guidance 1996, 2003(R1), 2008 (R2); FDA/ICH Q3B Guidance 1997, 2003(R1), 2006 (R2)).

In addition to general impurity guidelines, a draft FDA guidance on genotoxic and carcinogenic impurities was made available in 2008 and subsequently replaced in 2015 with the ICH M7 Guideline on "Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk" (Draft FDA Guidance 2008; FDA/ICH M7 Guidance 2015, 2018 (R1)). Lower threshold levels may be applied to genotoxic impurities. However, in order to determine if an impurity is genotoxic and should have a lower threshold, it must first be identified as a known or potential impurity of the drug product (e.g., those exceeding the identification thresholds outlined by ICH Q3A/Q3B).

While the potential endogenous formation of nitrosamines in the stomach from the interaction of amine-containing drugs and nitrite has been evaluated since the 1960s, the potential for exogenous formation of nitrosamines in the drug itself as an impurity is a relatively new issue. In July 2018, the FDA announced that NDMA was found as an impurity in some valsartan products, an angiotensin II receptor blocker (ARB) used to treat high blood pressure and heart failure (FDA Updates on ARBs 07/13/18). Other nitrosamines (e.g., *N*-nitrosodiethylamine (NDEA)) were eventually found in valsartan and several other ARB drugs (e.g., losartan,


Contains Confidential Information – Subject to Protective Order

irbesartan) and as a result, many of these medications were recalled. The discovery of nitrosamine impurities in ARB drugs led to an international investigation on nitrosamine impurities in other medications by regulatory agencies, drug manufacturers, and independent scientists. Following the ARB recalls, the FDA announced nitrosamine impurities detected in H2 receptor antagonists (ranitidine and nizatidine), diabetes drugs (metformin), tuberculosis drugs (rifampin and rifapentine), and smoking cessation drugs (varenicline) starting in 2019 (FDA Information about Nitrosamine Impurities in Medications 2021).

The FDA published interim acceptable intake (AI) levels for nitrosamine impurities in ARB drugs in December 2018, which were 96 ng/day for NDMA and 26.5 ng/day for NDEA (FDA Updates on ARBs 12/19/18). Nitrosamine levels in some ARB drugs exceeded these limits, with the maximum NDMA and NDEA levels reported by the FDA of 20,190 ng and 2,620 ng, respectively, per 320 mg dose of valsartan (FDA Updates on ARBs 05/02/19). These interim acceptable intake levels were extended to other drug products and introduced in an FDA guidance on "Control of Nitrosamine Impurities in Human Drugs" in September 2020. In the guidance, the FDA discussed root causes for the presence of nitrosamines impurities in drugs, which broadly fell into two categories: (i) formation during the manufacturing process and (ii) formation during storage. Furthermore, the FDA characterized nitrosamine impurities in drugs as a "recent unexpected finding." Improved, more sensitive analytical methods were one of the reasons they attributed to the recent discovery of low levels of nitrosamines in medications.[7]

[7] FDA Information about Nitrosamine Impurities in Medications (last updated 02/24/21): "Today, we have better testing methods than ever before, and we know what to look for in products' chemical structures and manufacturing processes that may increase the risk of forming low levels of nitrosamines. Improved technology enables us to detect even trace amounts of impurities in drug products and may be the reason why more products have been found to have low levels of nitrosamines."


Contains Confidential Information – Subject to Protective Order

The acceptable intake values are based on theoretical calculations recommended in the ICH M7 guidance and estimates the daily lifetime exposure (i.e., 70 years) to a compound that approximates an acceptable increased cancer risk of 1 in 100,000 (FDA/ICH M7 Guidance 2015, 2018 (R1)). The guidance discusses: "These risk levels represent a small theoretical increase in risk when compared to human overall lifetime incidence of developing any type of cancer, which is greater than 1 in 3…. The use of a numerical cancer risk value (1 in 100,000) and its translation into risk-based doses (TTC [threshold of toxicological concern]) is a highly hypothetical concept that should not be regarded as a realistic indication of the actual risk…. Exceeding the TTC is not necessarily associated with an increased cancer risk given the conservative assumptions employed in the derivation of the TTC value. The most likely increase in cancer incidence is actually much less than 1 in 100,000." As discussed by the guidance, this is a very small, theoretical increase in cancer risk that must be considered in relation to the background lifetime risk of developing cancer in the U.S., which is approximately 39% or 1 in 2.5 (American Cancer Society 2020). This background risk of cancer (which is 40,000 times higher than a 1 in 100,000 risk) is due to age, genetics, lifestyle risk factors (e.g., smoking, alcohol, obesity), co-morbidities, diet, and the hundreds of other exposures we are exposed to everyday. Known lifestyle risk factors attribute to a high proportion of cancer cases, with recent U.S. estimates of 19% of cancer cases attributable to smoking, 5.6% due to alcohol consumption, and 7.8% due to obesity (Islami 2018). In contrast, the theoretical increased cancer risk from a lifetime exposure to 96 ng/day of NDMA in a medication is 0.001%. Most people would agree that the odds of being struck by lightning in one's lifetime is miniscule. However, the lifetime risk of being struck by lightning, 1 in 16,550, is actually 6-fold greater than the theoretical increased cancer risk of 1 in 100,000 from a lifetime


Contains Confidential Information – Subject to Protective Order

exposure to 96 ng/day of NDMA (National Lightning Safety Council 2021; FDA/ICH M7 Guidance 2015, 2018 (R1)).

The guidance provides several calculations that could be used to determine the AI limits based on rodent carcinogenicity data. The 96 ng/day limit for NDMA is based on $TD_{50}$ methods "considered to be very conservative since they involve a simple linear extrapolation from the dose giving a 50% tumor incidence ($TD_{50}$) to a 1 in $10^6$ incidence, using $TD_{50}$ data for the most sensitive species and most sensitive site of tumor induction."[8] The 96 ng/day AI limit was calculated from the $TD_{50}$ value published by the now retired Carcinogenicity Potency Database, although it is important to note that there are other published $TD_{50}$ values for NDMA, including the updated Lhasa Carcinogenicity Database which calculates a $TD_{50}$ value twice as high (AI: 177 ng/day) (Lhasa Carcinogenicity Database 2021). However, since the $TD_{50}$ method is based on a linear extrapolation and does not account for the dose-response curve or a threshold, the reported values greatly overestimate the risk. Alternative methods available include the benchmark dose (BMD), which better accounts for the dose-response curve and the permissible daily exposure (PDE) limit which uses a non-linear, threshold approach and is now being used in regulatory decisions (FDA/ICH M7 Guidance 2015, 2018 (R1); EPA About Benchmark Dose Software 2021). Calculations using these other methods would increase the acceptable daily intake values, and a PDE value of 6,200 ng/day for NDMA (65 times higher than 96 ng/day) was recently published (Johnson 2021). However, even these higher AI levels would be considered conservative.

Furthermore, the AI levels are based on daily exposures over a lifetime (70 years), although ranitidine has been on the market for less than 40 years and it is unlikely that anyone has taken

[8] The $TD_{50}$ used for NDMA was 96,000 ng/kg/day (Carcinogenicity Potency Database), which is based on the dose in rats (most sensitive species) that showed a 50% (1 in 2) liver tumor incidence (most sensitive tumor site). A linear extrapolation to a 1 in 100,000 risk is performed by dividing the $TD_{50}$ by 50,000, giving a dose of 1.92 ng/kg/day. The guidance then uses an adult bodyweight of 50 kg (110 lbs.) and calculates an AI level of 96 ng/day.


Contains Confidential Information – Subject to Protective Order

ranitidine for the full duration it has been available. Lastly, the ICH M7 guidance discusses "higher acceptable intakes may be justified when human exposure to the impurity will be much greater from other sources, e.g., food, or endogenous metabolism." As previously discussed, this is the case for NDMA in which daily dietary exposure to NDMA often exceeds 96 ng/day (Stuff 2009; Stuff 2009a), and the endogenous formation of NDMA greatly exceeds this value with estimates greater than 1,000,0000 ng/day (Hrudey 2013). Overall, the acceptable intake values should be viewed in context of their intended purpose and their limitations – i.e., "a highly hypothetical concept that should not be regarded as a realistic indication of the actual risk" (FDA/ICH M7 Guidance 2015, 2018 (R1)).

## VII. Introduction to Analytical Chemistry Methods

### A. Principles of Analytical Chemistry

Analytical chemistry refers to a process used by chemists to separate, identify, quantify, and/or characterize a number of different compounds or substances. Analytical chemistry as a discipline is often limited both by the available technology and by researchers' technical expertise (i.e., the ability of the researcher to design studies with the available technology to achieve the goals of the study). In the case of ranitidine, the technology used to identify and quantify individual chemicals or impurities has developed considerably in the last 45 years since ranitidine was developed, as has researchers' understanding of analytical chemistry techniques.

The first step to analyzing a chemical, including NDMA, is to separate the chemical you want to analyze from all other chemicals. Separation is important for analysis because without separation, a piece of analytical equipment would have to simultaneously analyze multiple compounds; the analytical equipment may not differentiate between the multiple compounds and thus the result may be unreliable if compounds are analyzed together. Separation can be achieved,

in some circumstances, during sample preparation by a process called "extraction" or during the testing itself by a procedure called "chromatography." Note that methods for extraction rarely isolate a single substance, so even if a procedure uses an extraction method, the procedure is also likely to employ chromatography for further separation.

After separation, a chemist needs to be able to detect, identify, and quantify what these chemicals are. Detection simply refers to a basic question: "Can this device measure the compound at a given concentration?" Detection methods rely on the ability to observe physical characteristics of the compound being tested. These physical characteristics include, for example, how much light a compound absorbs at a given wavelength. For instance, if a chemist shines a light at a certain wavelength and finds that light is being absorbed, the chemist will know there is a chemical, or mixture of chemicals, present that absorbs light at this wavelength. This would not, however, identify what that compound is.

Identification answers the next question "What is this compound?" Identification often requires chemists to assimilate a variety of data to come to a conclusion based on a variety of testing, which standing alone, could not definitively identify a compound. For purposes of this discussion, however, I focus on identification methods using chromatography. During chromatography, identification occurs by reference to a "standard" (i.e., a compound that has a known identity). Then researchers can compare physical characteristics of the known standard with the unknown sample. The physical characteristics being compared are usually two things: (i) the length of time it takes for the compound to elute (i.e., exit) from the chromatography column (in other words, the time at which the compound's peak appears on the chromatogram), and (ii) the physical property being used by the detection method. If a sample and a standard match on


Contains Confidential Information – Subject to Protective Order

both qualities, a chemist would have some evidence that the sample may be the same compound as the standard.

If an analytical technique intends to quantify a compound, an analyst can compare the size of the chromatogram peaks between the known standard and the unknown sample. Since a standard is a known compound, a chemist can test various quantities of that compound and see how large a peak is for each quantity. From here, a chemist will know how to translate the quantity of the substance to the size of the peak. Then, when trying to quantify the amount of the unknown sample, a chemist goes in the reverse direction—the chemist will run the unknown sample and determine the peak size. Once the size of the peak is known, a chemist can back calculate the quantity of substance that must have been present to generate that peak.

Lastly, it is important to note that while the above paragraphs deal with separation, detection, identification, and quantification, there are additional analytical techniques which characterize the physical properties of a chemical that do not use chromatography.

### B. Techniques in Analytical Chemistry

Using the general principles of analytical methodology, I will discuss several analytical techniques that are used in testing in the current litigation.

Thin-layer chromatography ("TLC") is an analytical method to separate, detect, and potentially identify and quantify the substances in a compound. Although older, this method still has many uses and is often used in my own laboratory. This method first begins with chromatographic separation. A chemist applies the unknown sample being tested to the bottom of a plate. The bottom of this plate is then put into a solution which will travel up the plate. As the solution travels up the plate, the various substances in the sample will also travel up the plate depending on the substance's physical characteristics. Therefore, if a sample is a mixture of hypothetical compounds X, Y, and Z, each of those compounds should travel a different distance


Contains Confidential Information – Subject to Protective Order

up the plate—this is the separation. As for detection in TLC, chemists can stain the plate, which allows the chemist to see the substances with a naked eye—this is the detection.[9] A depiction of this is illustrated below (Fig. 26):




Fig. 26. Thin-layer chromatography (TLC).

Regarding identification and quantification using TLC, if a chemist also runs standards of various known concentrations on separate plates, then the chemist can compare the unknown spots on one plate with the known spots with known quantities on another plate. Since this is a visual comparison, exact values are not usually reported; rather, a chemist would round up and report that the substance is "less than" the next highest amount. For example, if a standard contained a small, medium, and large spot, but the size of the sample's spot was in-between the small and medium standards, the chemist would report that the substance is less than the quantity used to generate the medium spot. Although not precise, the method of quantification would only often overestimate the amount of the sample, so it is a reliable way to monitor for impurities.

[9] Note, however, that not all substances are visible under the same staining technique, so again, the analytical method should be validated for the substance one is trying to measure.

<u>Gas chromatography (“GC”)</u> (or more properly “gas-liquid chromatography”) is another method for separating chemicals which can be used with various detector systems to detect and potentially identify and quantify a substance. The general principle is that a sample is injected into a long column with hot gas which causes the various substances in the sample to move through the column at different speeds. The various substances elute (i.e., exit) the column at different times and are detected by the detection method being used. The diagram in Fig. 27 illustrates the basic principles of this separation, using hypothetical compounds x, y, and z.




Fig. 27. Gas chromatography (GC) [top] and liquid chromatography (LC) [bottom] coupled to a detector (e.g., mass spectrometer (MS)).

As for detection, there are a number of detectors that can be paired with gas chromatography, including flame ionization detectors, Coulson electrolytic detectors, Hall electrolytic conductivity detectors, nitrogen-phosphorus detectors, thermal energy analyzers, ultraviolet (UV) or infrared spectrophotometers, and mass spectrometers. The specific differences of each detector are likely of little consequence to the facts of this case other than the fact that some detection methods may group all *N*-nitrosamine compounds into one measurement (i.e., the detectors do not individually analyze NDMA). Additionally, as noted above, the technology of

these detection methods has greatly improved over the past forty years, so the ability to detect trace substances has improved as well.

High pressure liquid chromatography ("HPLC" or "LC")[10] is another method used for separation and can be paired with a detection method to potentially detect, identify, and quantify a substance. LC separates the various substances in a sample by injecting the sample into a liquid solvent which travels through the chromatography column. Depending on their physical characteristics, the substances will travel at different speeds and elute (i.e., exit) at different times. The methodology differs from GC in that the solvent pushing the sample through the column is a liquid instead of a gas. Consequently, LC uses much lower temperatures than GC. For instance, the temperature is usually between 23-50 °C (73-122 °F) in LC compared to 200-275 °C (392-527 °F) in GC. Like GC, the substances within the sample will travel at different rates and elute from the column at different times (Fig. 27).

With respect to detection methods that can be paired with LC, the current options largely mirror the same detection methods available for GC; however, this has not always been the case. In the 1970s and 1980s, researchers were trying to combine LC with mass spectrometry (MS), but this was difficult because the substances had to go from the liquid state during the LC portion to the gaseous state during the MS component. One solution for this problem was a "moving belt" system, where the compounds were collected in sample vials along a conveyor belt and dried before introduction into the mass spectrometer. This procedure was used in some early studies to analyze metabolites of ranitidine, namely ranitidine *N*-oxide, ranitidine *S*-oxide, and mono-*N*-desmethyl ranitidine (Fig. 18, section V.B.) (Martin 1981; Martin 1982), although this procedure

[10] One may see several variations of these abbreviations, including a related method (ultra performance LC or "UPLC"), but fundamentally, these technologies all utilize the same principles. For simplicity, I will refer to all these variations as "LC."

would not have worked for detecting volatile impurities such as NDMA. Moreover, combined LC-MS (i.e., directly on-line), the LC-MS method used today, was not developed until the invention of electrospray technology by the late Dr. John Fenn in the late 1980s and was first commercialized in 1989 (Pullen 2010). (Dr. Fenn shared the Nobel Prize in Chemistry for this research contribution.)

### C. Validation of Analytical Methodology

To ensure reliability, an analytical methodology should be properly validated. FDA notes that "[a]nalytical method validation is the process of demonstrating that an analytical procedure is suitable for its intended purpose" (FDA Guidance for Industry on Analytical Procedures and Methods Validation for Drugs and Biologics 2015). Without validation, an analytical procedure is considered experimental and may contain errors, among other things.

Validation of analytical methods is very important because of the need to accurately quantify materials and to rule out contributions of possible artifacts. Historically, this has been observed when analyzing NDMA under numerous conditions. One example is the use of GC for NDMA analysis when the precursors to form NDMA are contained in the chemical structure of the compound (e.g., drug) being tested. A limitation of GC methods is that chemicals must be volatile, and the use of high temperatures to vaporize chemicals in the injector port may degrade them prior to entering the column. This was observed in the 1970s when testing a herbicide sample (2,3,6-trichlorobenzoic acid dimethylamine salt) that had a precursor (dimethylamine) to form NDMA, which resulted in artificially high levels of NDMA when using GC methods, but not LC methods (Fan & Fine 1978). As will be discussed in the next section, this is very relevant to the ranitidine case. Some methods used for sample preparation and storage have also generated artificial NDMA, including the use of rubber stoppers that contained NDMA to seal test tubes of


Contains Confidential Information – Subject to Protective Order

samples (Lakritz & Kimoto 1980) and storing samples in acidic conditions prior to testing, which can promote NDMA formation (ATSDR 1989).

It is important to understand that if a method is validated to measure hypothetical impurity A from hypothetical drug Y, that same method is not also validated to measure hypothetical impurity A from drug hypothetical Z. In addition, if a method is validated to measure hypothetical impurities A, B, and C, that same method is not also validated to measure hypothetical impurity D. Some may see testing referred to as an "impurity assay," but there is no scientific way for analytical instruments to simply measure all impurities without knowing what to look for. Rather, analytical testing is generally only good for measuring the chemicals or properties it was intended to measure, although sometimes other compounds can be detected (but not identified or quantified) if present in sufficient quantity. Depending on the analytic method utilized, a scanning mode can be used to search for unknown components by molecular weight but is much less sensitive in this mode. There are two major issues in trace analysis, that is the analysis of samples for very small amounts of impurities. (i) One problem is that one is looking for very small amounts of materials, i.e., needles in a haystack, even though the technological ability to detect trace quantities has greatly improved over time. (ii) The other problem is that it is difficult to anticipate certain impurities in order to optimize the methods for looking for them. This is, you do not know what kind of needles (or pins, pieces of wire, or other things) to look for in the haystack. Without running a standard for a known or anticipated impurity, it is not possible to accurately identify the presence of that impurity in a sample.

## VIII. Ranitidine and Potential Exogenous Formation of NDMA

### A. Summary on Ranitidine and Potential Exogenous Formation of NDMA

Routine testing for impurities and degradation products of ranitidine has been conducted for the last 40 years, and NDMA had not been detected in ranitidine drug substance or product


Contains Confidential Information – Subject to Protective Order

prior to 2019. On September 13, 2019, the online pharmacy Valisure filed a citizen petition with the FDA reporting very high levels of NDMA in ranitidine samples (Valisure Citizen Petition 2019). This testing was conducted following the discovery of NDMA in valsartan and other ARB drugs and used a headspace gas chromatography-mass spectrometry (headspace GC-MS) method similar to the one FDA published for analyzing NDMA in ARBs. Using headspace GC-MS, Valisure reported approximately 2,400,000 to 3,300,000 ng of NDMA in ranitidine 150 mg tablets. However, very high temperatures were used in the headspace GC-MS method, subjecting ranitidine samples to injector port temperatures of 220 °C (428 °F). Valisure also reported results from a lower temperature GC-MS method that subjected samples to 37 °C (99 °F) and found no NDMA detected in ranitidine tablets (lower limit of detection (LOD) of 100 ng).

The FDA released a statement on the same day as the Valisure citizen petition filing stating that their own preliminary tests showed NDMA was detected in some ranitidine products at "low levels" that "barely exceed amounts you might expect to find in common foods" (FDA Updates on Ranitidine 09/13/19). The FDA also responded to the high levels reported by Valisure, stating: "FDA observed [that] the testing method used by a third-party laboratory uses higher temperatures. The higher temperatures generated very high levels of NDMA from ranitidine products because of the test procedure. FDA published the method for testing angiotensin II receptor blockers (ARBs) for nitrosamine impurities. That method is not suitable for testing ranitidine because heating the sample generates NDMA" (FDA Updates on Ranitidine 10/02/19). In a direct response to the Valisure Citizen Petition, the FDA declared they "found that the test method [Valisure] used in sampling ranitidine for NDMA was inappropriate and contributed to or caused the levels of NDMA to be artificially high…. This method utilizes a heat source, which leads to degradation of

ranitidine and produces these artificially high levels of NDMA." (FDA Response to Valisure Citizen Petition 04/01/20).

When the analysis of NDMA in ranitidine is performed by gas chromatography, the sample is heated to ~ 200 °C (390 °F) in the injection port to vaporize it before separation upon the column (Fig. 27, section VII.B.). The thermal degradation of ranitidine by the heat in the GC method likely causes an artificial and unusual reaction between the nitro group and dimethylamino group of ranitidine (Fig. 17, section V.A.) to form NDMA. Therefore, the NDMA levels measured are artificially created by the analytical method and do not reflect the actual levels in the sample tested. Based on documents produced in this litigation, Valisure was aware that the high levels obtained from the headspace-GC-MS method were an analytical artifact since at least April 2019, which was confirmed by another laboratory, Emery Pharma, but they still presented the inaccurate findings to the FDA and the public several months later (VAL 01202-01237). As this heating was shown by the FDA to produce NDMA artificially, the FDA recommended liquid chromatography-mass spectrometry (LC-MS)[11] as the analytical procedure for testing ranitidine, which does not require high temperatures (Fig. 27, section VII.B.). A subsequent publication confirmed the artificial levels generated by GC-MS and found NDMA levels in ranitidine measured by LC-MS were up to 850-fold lower than estimated by headspace GC-MS methods (Alshehri 2020). Accordingly, any measurements of NDMA in ranitidine samples made using certain GC methods are clearly too high and should not be considered valid, as emphasized by the FDA.[12]

---

[11] The FDA provided two validated LC-MS options for testing ranitidine: liquid chromatography-high resolution mass spectrometry (LC-HRMS) and liquid chromatography-tandem mass spectrometry (LC-MS/MS).

[12] An exception would be certain analytical methods that use extraction techniques to remove the drug prior to GC analysis, thus preventing the thermal degradation of ranitidine. This was demonstrated in ranitidine studies by Alshehri et al. (2020) and Lim et al. (2020) in which the use of a solid phase extraction step prior to GC resulted in NDMA levels near those seen with LC-MS methods. It should be noted that these extraction methods were not used by Valisure nor have they been approved or validated by the FDA.



Contains Confidential Information – Subject to Protective Order

The discovery of NDMA as an impurity in ranitidine led to subsequent testing and root cause analyses by regulatory agencies, drug manufacturers, and other scientists. Altogether, variable levels of NDMA were detected in ranitidine drug substance and product. While the levels detected are low, and substantially lower than the Valisure findings, some ranitidine samples have exceeded the 96 ng/day (0.32 ppm[13]) recommended limit. As of April 2020, the FDA has tested approximately 180 ranitidine samples (tablets, injectables, and syrups) across many prescription and OTC manufacturers and has reported a range of 3.9-891 ng of NDMA per 300 mg dose of ranitidine (0.013-2.97 ppm) (FDA Response to Valisure Citizen Petition 04/01/20). Ranitidine samples were purchased from the marketplace, received in response to information requests, or collected by FDA inspectors. The results of 41 of those ranitidine samples tested were published by the FDA in November 2019, stratified by manufacturer and dose (Table 3) (FDA Updates on Ranitidine 11/01/19). Importantly, they have put these levels in context of background exposures, asserting the "levels of NDMA in ranitidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats" (FDA Updates on Ranitidine 11/01/19).

[13] NDMA levels can also be expressed in parts per million (ppm). The FDA acceptable daily intake for ranitidine is 0.32 ppm, which equals 0.32 ng/mg or 96 ng/day for a maximum daily dose of 300 mg.



Contains Confidential Information – Subject to Protective Order

| Company | Ranitidine Product (n=lots tested) | NDMA level ppm | NDMA level ng/300 mg dose |
|---|---|---|---|
| Sanofi Pharmaceutical | 75 mg tablets (n=8) | 0.10-0.55 ppm | 30-165 ng/300 mg dose |
| Sanofi Pharmaceutical | 150 mg tablets (n=8) | 0.07-2.38 ppm | 21-714 ng/300 mg dose |
| Sanofi Pharmaceutical | 150 mg tablets (n=3) | 0.08-2.17 ppm | 24-651 ng/300 mg dose |
| Cardinal Health | 150 mg tablets (n=1) | 1.02 ppm | 306 ng/300 mg dose |
| Novitium | 300 mg tablets (n=1) | 2.85 ppm | 855 ng/300 mg dose |
| Dr. Reddy's | 300 mg tablets (n=1) | 0.68 ppm | 204 ng/300 mg dose |
| Strides Shasun Ltd. | 300 mg tablets (n=1) | 0.11 ppm | 33 ng/300 mg dose |
| Strides Shasun Ltd. | 300 mg tablets (n=1) | 0.02 ppm | 6 ng/300 mg dose |
| Sandoz | 300 mg tablets (n=1) | 0.82 ppm | 246 ng/300 mg dose |
| Aurobindo | 300 mg tablets (n=1) | 1.86 ppm | 558 ng/300 mg dose |
| Ajanta Pharma USA Inc. | 300 mg tablets (n=1) | 0.23 ppm | 69 ng/300 mg dose |
| Amneal Pharmaceuticals | 300 mg tablets (n=7) | 0.52-2.17 ppm | 156-651 ng/300 mg dose |
| Silarx Pharma | 150 mg syrup (n=1) | 1.37 ppm | 411 ng/300 mg dose |
| Pharma Associates | 150 mg syrup (n=6) | 0.03-0.07 ppm | 9-21 ng/300 mg dose |

Table 3. NDMA levels in 41 ranitidine products tested by the U.S. FDA (FDA Updates on Ranitidine 11/01/19).

Similar levels were reported by other global regulatory agencies. Health Canada reported that the range of NDMA in 8 ranitidine samples tested was 16 – 143 ng per 300 mg dose of ranitidine (0.0526-0.4779 ppm), with only one sample exceeding 96 ng/300 mg (0.32 ppm) (Health Canada 08/24/20). The Australian Therapeutic Goods Administration (TGA) reported the range of NDMA in 135 ranitidine products tested was <30 ng to 4,200 ng per 300 mg dose of ranitidine (<0.1-14 ppm) (Fig. 28) (Australia TGA 10/22/19). The median NDMA level was 270 ng/300 mg ranitidine (0.9 ppm) and 70% of the levels fell below 360 ng/300 mg ranitidine (1.2 ppm), demonstrating that the upper end of the range was driven by a few outlier data points and most samples were on the lower end.


Contains Confidential Information – Subject to Protective Order




Fig. 28. NDMA levels in 135 ranitidine products tested by the Australia TGA (Australia TGA 10/22/19).[14]

With respect to the root cause analyses on ranitidine and NDMA, the most comprehensive evaluation I have reviewed to date was conducted by GSK. GSK undertook a root cause analysis to investigate the presence of NDMA in ranitidine using contemporaneous, highly sensitive analytical methodologies (King 2020; GSK Root Cause Analysis 06/15/20). An assessment of the manufacturing process revealed that NDMA is not formed as a synthetic impurity nor introduced as a contaminant during the manufacture of ranitidine. This conclusion was further supported by analytical evidence showing that NDMA was not detected in freshly prepared batches. GSK also assessed whether NDMA formation could have been reasonably predicted based on the molecular structure or the known and potential impurities and degradation products of ranitidine. Although ranitidine contains both a tertiary amine and a nitro group (Fig. 17, section V.A.), the nitro group is in a higher oxidation state (i.e., bound to a carbon atom) and thus not an obvious nitrosation

[14] NDMA levels <0.1 ppm (<30 ng/300 mg dose) and >3 ppm (>900 ng/300 mg dose) were below and above the limit of quantification, respectively. "NDMA values above 3 ppm are considered to be estimates only" and "there is greater uncertainty associated with these higher results."


Contains Confidential Information – Subject to Protective Order

source. The eleven impurities of ranitidine listed within the U.S. and European Pharmacopeia (USP and Ph. Eur.) are shown in Fig. 29, and published degradation pathways of ranitidine from hydrolysis and stability studies are shown in Fig. 30. A review of these structures shows that the dimethylamino (tertiary amine) group from ranitidine has not been liberated, emphasizing that the formation of NDMA is likely not a major impurity or degradation product of ranitidine. Taken together, the existing data did not reasonably predict NDMA formation in ranitidine products.




Fig. 29. Ph. Eur. and USP impurities for ranitidine hydrochloride (King 2020).




Fig. 30. Observed degradation pathways for ranitidine hydrochloride (King 2020 (citing Haywood 1987 and Teraoka 1993)).

One of the most elegant, but complex, experiments performed by GSK was an isotopically labeled study in which individual atoms in ranitidine were "labeled" or "tagged" with heavy isotopes to "track" them in the formation of NDMA in a heated stress test (Fig. 31). This experiment confirmed that NDMA can be formed from a slow degradation of the ranitidine molecule itself under these heated conditions. The degradation reaction occurs primarily in the solid state and without involvement of extraneous impurities. The results further demonstrated that NDMA is being formed from reaction between two neighboring ranitidine molecules (an "intermolecular" reaction). Several additional investigations were undertaken to understand the exact chemical mechanism by which this degradation occurs, although this pathway has yet to be fully elucidated (which is very difficult in that it is a very minor pathway).


Contains Confidential Information – Subject to Protective Order




Fig. 31. Proposed formation of NDMA from isotopically labeled ranitidine (King 2020).

GSK reported a wide variability in the NDMA levels of 230 tested ranitidine products, with a range of 72-2,280 ng/300 mg (0.24-7.6 ppm) (King 2020). A greater range of NDMA was detected in drug substance and it was observed that once the drug substance was formulated into drug product, the rate of NDMA formation decreased or ceased. There was also a general increase in NDMA content with the age of the batch ("storage time"), which is consistent with the mechanism of slow degradation. Likewise, even at the higher values, the levels of NDMA in ranitidine amount to only a very small percentage of the overall tablet. To put this into context, even the highest value cited above is less than 0.001% of the ranitidine product.

The NDMA data described thus far can be described as "baseline" testing data, referring to the testing of ranitidine products under non-stressed conditions. Note, that "baseline" testing is different from "day zero" testing (i.e., tested immediately after manufacture) in that "baseline" testing includes samples of varying ages and sources, many of which have been exposed to normal storage and transport conditions similar to samples a consumer might be exposed to. In addition to "baseline" testing data, there is also "stress" testing data. The purpose of "stress" testing is to elucidate pathways and factors that may affect the rate of formation of degradation products, like NDMA from ranitidine. "Stress" testing refers to samples that have been purposely subjected to exaggerated and harsh conditions (e.g., high temperature, humidity, light) that are not representative of real-life conditions but are conducted to obtain results in an accelerated manner.


Contains Confidential Information – Subject to Protective Order

For instance, evaluating a product's stability at room temperature (e.g., 20 °C to 25 °C) may take several months or years depending on the shelf-life of the product. Stress testing fast-tracks the study by subjecting the samples to much higher temperatures (e.g., 60 °C (140 °F)) for days or weeks to determine the effect of temperature. Furthermore, it is important to point out that when subjecting a compound to an extreme and unrealistic environment, chemical reactions may occur that would not otherwise occur under normal conditions. Therefore, it is imperative to view the results of stress testing in the context of elucidating potential mechanisms and not at face value. In other words, very high NDMA levels obtained through artificial stress conditions are not predictive of realistic baseline NDMA levels in the tablet itself. Moreover, the product labeling for ranitidine provided to consumers includes directions on storage conditions. The prescription label states to "[s]tore between 15° and 30°C (59° and 86°F) in a dry place" (Zantac Tablets Prescribing Information 2018). Similarly, the OTC label clearly states to "store at 20-25°C (68-77°F)" and "avoid excessive heat or humidity" (Zantac OTC Consumer Package Insert 2019).

Due to the observed variability in NDMA levels from baseline testing, GSK conducted extensive testing under stress conditions to elucidate factors that may affect the rate of NDMA formation. They concluded that elevated temperature and humidity were factors found to be associated with a faster rate of NDMA formation. Another observation made by GSK in the stress experiments of high temperature and humidity was that when NDMA levels reached their peak, samples substantially degraded (drug substance deliquesced and tablets lost their film coating) and the color turned dark brown. This illustrates a clear example of unrealistic conditions (i.e., these are samples a consumer would not ingest) and underscores the difference between baseline and stress testing results.


Contains Confidential Information – Subject to Protective Order

Although stress testing is not representative of real-world conditions, a research laboratory by the name of Emery Pharma has conducted various stress testing experiments on ranitidine – none of them having been peer-reviewed. Publication of scientific findings in a peer-reviewed journal, which entails review of the manuscript by independent researchers in similar scientific fields before publication, is an important first step, although certainly not the only step, in assessing the quality and validity of the work. On January 2, 2020, Emery Pharma filed a citizen petition that reported stress testing results for ranitidine and NDMA (Emery Pharma Citizen Petition 2020). Experiments conducted on ranitidine drug substance stored at room temperature (25 °C or 77 °F) for two weeks showed no appreciable change in NDMA levels. However, NDMA levels increased in ranitidine tablets from 19 ng to 70 ng and in ranitidine drug substance from 18 ng to 142 ng when subjected to 70 °C (158 °F) for approximately two weeks. The citizen petition claimed the elevated "temperatures are likely routinely achieved during product shipment and storage." However, this is an extremely high, unrealistic temperature over a prolonged period of time. Furthermore, it is likely that these products already went through storage and transport such that the "baseline" values incorporate this exposure. Finally, documents produced in this litigation show that Emery Pharma did not disclose all their initial data in the public citizen petition (some of which was included in drafts of the citizen petition but not the final), including data on ranitidine samples with lower baseline NDMA levels and stress testing data at 37 °C (98.6 °F) for 30 days, which showed no increase in NDMA levels (EMERY 0165-0170; EMERY 0574-0585).

Another factor determined by GSK to influence the rate of NDMA formation in the drug substance was the crystal morphology of ranitidine hydrochloride, with "columnar" crystals exhibiting a slower rate of degradation than "irregular" crystals (Fig. 32). The final step in the manufacturing process of the drug substance is the "crystallization" step, which generates the salt


Contains Confidential Information – Subject to Protective Order

form of ranitidine (ranitidine HCl) from ranitidine base. This step also determines physical properties of the substance, including crystal morphology, and differences may arise from slight variations in the crystallization process (e.g., solvent composition) employed by individual manufacturers. Differences in crystal morphology may result in variations in other physical properties (e.g., retention of moisture) that may contribute to the varied rate of NDMA formation in the drug substance.




Fig. 32. Ranitidine drug substance batches displaying columnar (top) and irregular (bottom) crystal morphology (King 2020).

The isotopically labeled study conducted by GSK (King 2020) confirmed the root cause of NDMA formation in ranitidine as a slow degradation of the molecule over time. Factors affecting the rate of NDMA formation, such as temperature, humidity, and intrinsic physical characteristics (e.g., crystal morphology) have been observed by other manufacturers, regulatory agencies, and researchers to varying degrees. On April 1, 2020, the FDA requested a withdrawal of all ranitidine products from the market since NDMA levels may increase over time and when stored at higher than room temperatures (FDA Updates on Ranitidine 04/01/20). Although the FDA "didn't observe unacceptable levels of NDMA in many of the samples that we[re] tested," there was a factor of uncertainty in the quality assurance of the product and the FDA requested additional


Contains Confidential Information – Subject to Protective Order

stability data from manufacturers adequately demonstrating quality control prior to subsequent remarketing decisions.

Despite the variability in the levels of NDMA detected in ranitidine products, the overall levels are very low and account for a very minor degradation reaction of ranitidine. The 96 ng FDA acceptable daily intake level of NDMA in a 300 mg (300,000,000 ng) ranitidine tablet is 0.32 ppm or 0.000032% of the total ranitidine product, which is a very low level (less than 1/1,000,000th of the ranitidine product by weight). To visualize how small 1 part per million (ppm) is on a larger scale, this is equivalent to approximately 3 drops in a standard bathtub that holds 42 gallons of water, 1 inch in 16 miles, or 1 car in bumper-to-bumper traffic from Cleveland to San Francisco (National Oceanic and Atmospheric Administration Global Monitoring Laboratory 2021). Using the FDA 04/01/20 testing results, the FDA found NDMA levels in 300 mg tablets ranged from 4-891 ng, which is a level of 0.000001-0.0003% (FDA Response to Valisure Citizen Petition 04/01/20). The minimum (<30 ng/300 mg dose), median (270 ng/300 mg dose), and maximum (4,200 ng/300 mg dose) values reported by the Australia TGA represent yields of <0.00001%, 0.00009%, and 0.001%, respectively (Australia TGA 10/22/19) (Fig. 28).

Ranitidine has an inherently high purity and characterizing very minor, trace impurities is difficult. As previously discussed, there are two major issues in trace analysis. (i) One is that an analyst is looking for very small amounts of materials, i.e., needles in a haystack. (ii) The other problem is that it is difficult to anticipate certain impurities in order to optimize the methods for looking for them. This is, you do not know what kind of needles (or pins, pieces of wire, or other things) to look for in the haystack, or in this case specifically, there was no signal to look for NDMA as an impurity (needle) in ranitidine products (haystack). Without a specific reason to look for NDMA, which necessitated optimization and validation of a method to detect NDMA in

ranitidine and running an NDMA standard in the assay, the trace amount of NDMA found in ranitidine products was unlikely to be detected in routing impurity testing. The issue is further compounded when considering the advances in analytical technology over the last half century. The significant improvements in the sensitivity of detection of trace level impurities means that these low levels may not have been readily identified earlier on.

The FDA/ICH Q3B Guidance on impurities in drug products defines the general thresholds for reporting, identifying, and qualifying impurities are impurities with yields greater than 0.1%, 0.2%, and 0.2%, respectively. The NDMA impurity yields in ranitidine products are significantly below these levels. Analysis of impurities is most generally defined in the context of specific impurities that one is looking for. To make an analogy with drug or steroid testing in athletes, the tests are focused on a relatively small number of common drugs and steroids that the analyst has concerns about. The tests are optimized to look for these. If an athlete uses a new performance-enhancing drug that would not be on the analyst's "radar," then it would probably evade detection.

Based on the historical impurity and degradation data for ranitidine, NDMA formation was not previously identified or predicted to form. Furthermore, comprehensive root cause analyses have recently been conducted on a global level by numerous scientists and the exact chemical mechanism by which NDMA forms in ranitidine products has *still* not been determined, despite rigorous efforts (e.g., King 2020). If this mechanism is not understood today with prospective investigations specifically designed to try to understand this mechanism, it could not have been reasonably predicted retrospectively and accordingly, there was no indication to specifically evaluate NDMA in ranitidine products. This type of chemistry, whatever the mechanism will prove to be, is complex today and still not understood.

As previously discussed, NDMA is a ubiquitous compound that individuals are exposed to on a daily basis. The levels found in ranitidine are low and are similar or below levels found in common foods and beverages (FDA Updates on Ranitidine 2019; Stuff 2009; Stuff 2009a). Furthermore, they are miniscule in comparison to the daily endogenous exposure of NDMA, with published estimates of approximately 1,000,000 ng/day (Hrudey 2013). As will be discussed in the next section, there is distinct evidence of an NDMA threshold for liver tumors in rats (Peto 1991; Peto 1991a), equating to approximately 2,100,000 – 5,600,000 ng of NDMA/day for a lifetime (70 years) in a 70 kg human. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products. The ranges of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA were 3.9-891 ng (n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data. Furthermore, no patient has taken ranitidine every day for a lifetime (70 years), as it has been on the market for less than 40 years. The intended time course of administration of ranitidine is variable and often used for short-term durations or as needed treatments and daily doses are often below 300 mg. While it is also often taken for longer term or maintenance treatment, it is unlikely that anyone (or at least many people) have taken ranitidine every day since it was marketed in the U.S. in 1983, which would be half a lifetime (~35 years). As will be discussed in detail in the next section, the extrapolations from rodent data to humans are extremely conservative.

### B. Response to Plaintiffs' Experts on Ranitidine and Potential Exogenous Formation of NDMA

In addition to the Emery Pharma Citizen Petition described above, Emery Pharma's CEO, Dr. Najafi, presented new testing results for ranitidine in his expert report. As mentioned above, none of the testing performed by Emery Pharma has been peer-reviewed. In addition to the testing results presented in Dr. Najafi's report, subsequent files were produced following the submission

of his report that have additional results for some experiments. Since these materials were provided to me only shortly before the submission of my report, I reserve the right to supplement my opinions as I continue my review of these materials.

Overall, there is vital information missing that is necessary for proper analysis, including raw data, complete and dated protocols, proper validation, and further information on methodology. In my opinion, files of scans of the Emery notebooks were substandard in terms of current guidelines for National Institutes of Health (NIH)-supported university research, industry-based research that might lead to drug approval applications and patents, and even the general instructions at the beginning of the commercial notebooks used here. Although Emery claims to be a GLP ("Good Laboratory Practices")/GMP ("Good Manufacturing Practices")-capable laboratory, this work would clearly not be acceptable under GLP or GMP standards. Instead of providing essential data (e.g., LC chromatograms), Emery provided undecipherable tables with line and bar graphs depicting conclusions (e.g., small PowerPoint slide figures printed, cropped, and pasted into lab notebooks with blurry text). Although some standard curves for NDMA were provided, the axes were not labeled and it was not possible to judge where the data points fell on the curves, what the limits of detection (LOD) really were, or what the signal-to-noise ratios were in the reported NDMA peaks in the chromatography. Based on the data that was provided, it is impossible to independently confirm the validity of Emery's results. Nevertheless, even assuming the results are accurate, the opinions drawn from them are facially invalid as described below.

Dr. Najafi conducted what he termed was "baseline" testing of NDMA, and other experts (such as Dr. Panigrahy) have further interpreted "baseline" to mean that these are the minimum levels of NDMA that would be in ranitidine products ingested by consumers. This testing and the conclusions drawn from it are significantly flawed. First, all of the samples tested by Dr. Najafi


Contains Confidential Information – Subject to Protective Order

were either expired or would expire within a year. The only justification for why older samples would be close to "baseline" levels of NDMA is based on three old records of products being delivered to a warehouse around 2007 when the product was sold from Pfizer to Boehringer-Ingelheim. Selecting three examples from 2007, when product was transferred between companies, does not support Dr. Najafi's use of *only* older samples many years later. For those same reasons, it is unreliable for Dr. Panigrahy to use these old samples as the starting levels of NDMA and extrapolate the assumptions over many years (up to 7.5 years, as discussed below). Lastly, it is important to note that even if I assumed Dr. Najafi's samples were representative of baseline levels, he reports a mean level of 1097 ng/tablet, although the median is much lower (603 ng/tablet) indicating that the mean value is driven higher by potential outliers. In any event, the range of potential doses proposed by Dr. Najafi is still orders of magnitude lower than the level of toxicological relevance (as discussed above and in further detail in the next section).

Dr. Najafi also presents additional stress testing conducted by Emery Pharma in his expert report and claims that it simulates what would happen if a consumer left ranitidine tablets in a hot car, hot and humid bathroom, or lived in certain climatic zones. The results themselves are variable and highly suspect, but what is even worse is that Dr. Najafi incorrectly relies on other published articles for the conditions of his experiment even though his conditions are not supported by the publications. For the hot car experiment, a review of the paper cited shows that the average levels of a closed car in Arizona during summer were far less severe than the conditions used in Dr. Najafi's experiment (Vanos 2018). The same goes for the shower experiment which used conditions that are not supported by the nonpeer-reviewed paper he cites (Aizawa 2006). Lastly, his climatic zone experiment appears to assume that one's medicine cabinet is outside or in a building with no air conditioning. He does not explain the relevance of testing at various climatic


Contains Confidential Information – Subject to Protective Order

zones, including many outside the product label specifications. In addition to the questionable conditions used, Dr. Najafi's protocols are undated and do not specify the exact timepoint to be measured or the exact products to be tested. Without this detail, Dr. Najafi could have tested more products than actually appear in his report. Given this, I consider Dr. Najafi's studies to be poorly designed and his report to be misleading and unreliable as a result of his selective omission of data that contradict his hypothesis.

Additionally, none of Dr. Najafi's testing considered whether his results were valid across products with different crystal morphologies. Dr. Najafi claims that there is no association between crystal morphology and low NDMA levels. To this end, he is inappropriately conflating rates of NDMA formation with the level of NDMA formation. Dr. Najafi appears to find select batches of columnar crystals have higher levels of NDMA, but he does not then consider the respective age between batches. Although he does not appear to refute the relative rate of NDMA formation at all, he then does not consider these differences when making broad conclusions regarding the results of his stability studies. Overall, there is at least preliminary evidence that differing crystal morphology is associated with differing rates of NDMA formation (King 2020), and Dr. Najafi's failure to account for this further undermines the conclusions he tried to broadly make about all ranitidine products after only testing a select few in any given stability study.

Likewise, two of Plaintiffs' other experts (Dr. Panigrahy and Dr. Salmon) draw unreliable conclusions from Dr. Najafi's data. In particular, they use Emery Pharma's data to calculate what a consumer would likely ingest in a single dose and then drastically multiply that average dose over a number of years. Since there are errors in Dr. Najafi's data, those errors are further exaggerated by these experts' extrapolations. For instance, Dr. Panigrahy uses a mean dose of 1097 ng NDMA per 150 mg dose (compared to 428 ng NDMA per 150 mg in the highest dose in


Contains Confidential Information – Subject to Protective Order

FDA's Nov. 1, 2019 announcement). Therefore, Dr. Panigrahy starts with an additional 669 ng more (per dose) than what FDA's data supports. He then multiples his baseline by two doses per day for seven and a half years. This exaggerates the difference in dose to approximately 3,662,775 ng more than the highest dose supported by FDA's Nov. 1, 2019 testing. Dr. Salmon conducts similar analyses using Emery Pharma's baseline and stress testing results. While one of Dr. Salmon's analyses appear to use FDA's maximum baseline of 435 ng NDMA/150 mg tablet, he then exaggerates it by multiplying every single dose by 2.5 based on Dr. Najafi's flawed stability data. This is further multiplied by 2 doses per day and over 10 years. By his own calculation, the difference of these assumptions result is a difference of 4,760,000 ng. The significant gap between the dose supported by FDA and the dose used by Plaintiffs' experts underscore that initial errors by Dr. Najafi are made worse by the other experts who rely on this data. Notably, any flawed assumption would render the whole analysis unreliable, but here, multiple assumptions are either flawed or unsupported, making the entire analysis invalid and unreliable.

In response to a proposed mechanism of formation, Plaintiffs' expert Dr. Marletta claims that the oxime impurity (compound 14 in Fig. 29 above) is a nitrosating agent responsible for the generation of NDMA in the tablet. However, he cites no support for the proposition that this compound is itself a nitrosating agent. In the GSK root cause analysis, GSK researchers theorized that the oxime impurity could react to further form a nitrosating agent and specifically tested whether adding additional oxime would generate additional NDMA. GSK found no trend between additional oxime and additional NDMA and concluded that "there was no evidence to implicate the presence of the oxime impurity in the formation of NDMA in ranitidine when ranitidine remained as a solid which is representative of an actual product" (GSK Root Cause Analysis 06/15/20). Another of Plaintiffs' experts, Dr. Najafi, appears to agree that this oxime is not likely


Contains Confidential Information – Subject to Protective Order

responsible for NDMA formation. Given that this is just Dr. Marletta's speculation and is refuted by the available scientific evidence and lack of chemical precedent (as well as another expert for the same side), I find there is insufficient support to even suggest that oxime could be a nitrosating agent in ranitidine, let alone determine that there is definitive proof.

## IX. NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure

### A. NDMA Metabolism & Mechanism of Mutagenicity

The metabolism of NDMA has been extensively studied, including in my own laboratory (e.g., Yoo 1988; Yamazaki 1992). One of the human cytochrome P450 enzymes termed P450 2E1 (or CYP2E1) is the most important in the metabolism of NDMA (Yoo 1988; Yamazaki 1992). This is also the case in animals, with the most similar cytochrome P450, which is also called 2E1 (Yoo 1988). The complex metabolic pathway of NDMA is outlined in Fig. 33 and involves many intermediate steps. In the metabolism of NDMA, about 15-20% is detoxicated to methylamine and nitric oxide (which then decomposes to nitrite) by cytochrome P450 2E1, representing a detoxication process (Fig. 33). This has been shown in microsomes prepared from rat liver (Lorr 1982) and appears to be valid for humans, as judged by *in vitro* experiments with human liver microsomes (Yoo 1988). As the concentration of NDMA increases, the proportion of NDMA that undergoes this detoxication pathway also increases (Yoo 1988). The other 80-85% of NDMA is oxidized by cytochrome P450 2E1 to form hydroxy NDMA (Fig. 33). Hydroxy NDMA is unstable and degrades to methyl diazohydroxide (releasing formaldehyde in the process), which is also very unstable. Almost all of the methyl diazohydroxide reacts with water to generate nitrogen gas ($N_2$) and methanol. A very minor amount (<1%) forms the methyl diazonium ion which reacts with DNA, RNA, or proteins to form methylated products. Therefore, NDMA does not react with DNA,


Contains Confidential Information – Subject to Protective Order

RNA, or proteins itself; only a downstream, minor metabolite of NDMA reacts to form methylated derivatives.




Fig 33. Metabolism of NDMA (Dutton 1956; Pegg 1977; Pegg 1978; Preussmann & Stewart 1984; Klaunig 2013).[15]

Much less than 1% of the original ingested or endogenously formed NDMA reacts with DNA, RNA, and proteins (Fig. 33). The fraction of methyl diazonium ion that reacts with RNA or

[15] See Appendix A for calculations.


Contains Confidential Information – Subject to Protective Order

proteins is not considered to be genotoxic or mutagenic, in that unlike DNA, these methylated derivatives are usually not copied into new strands to cause mutations and propagate errors. With regards to DNA methylation, several products may form, including $N^7$-methyl guanine (~65% of all DNA adducts formed), $O^6$-methyl guanine (~7%) and $N^3$-methyl adenine (~3%) (Fig. 33) (Pegg 1977; Preussmann & Stewart 1984; Klaunig 2013). The minor derivative formed on DNA called $O^6$-methyl guanine is the product that has the most potential to lead to mistakes in copying DNA, which may lead to mutations and eventually cancer. As will be described in more detail later, there are extensive DNA repair processes and other mechanisms that greatly mitigate this risk. The amount of DNA $O^6$-methyl guanine that may form from NDMA is very small. In rats administered 1 mg (1,000,000 ng) of NDMA per kg body weight, only 0.007% of the NDMA dose yields the DNA $O^6$-methyl guanine product (Fig. 33 and Appendix A) (Pegg 1977).

Cytochrome P450 2E1 is expressed almost exclusively in the liver as demonstrated in the Human Protein Atlas figures below (Fig. 34) (Human Protein Atlas 2021).[16] At low oral doses of NDMA, it is expected that nearly all of the exogenous NDMA will be metabolized by P450 2E1 in the liver on first pass, thus limiting systemic circulation in the blood to other organs. While I am not aware of oral bioavailability estimates (i.e., the fraction of the oral dose that reaches the systemic circulation) of NDMA in humans, a large range of oral NDMA doses have been tested in rodents, with doses up to at least 0.1 mg/kg (100,000 ng/kg) in rodents (equivalent to a dose of 7,000,000 ng in a 70 kg adult) undergoing nearly complete first pass metabolism in the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983). Studies by Mico et al. (1985) estimated the oral bioavailability of NDMA was 8% in rats (i.e., 92% undergoes first pass

[16] The Human Protein Atlas is a Swedish-based program aimed to map all the human proteins in cells, tissues, and organs using an integration of various omics technologies, including mass spectrometry-based proteomics, antibody-based imaging, transcriptomics, and systems biology.

metabolism) and also concluded that "… the relatively small percentage of nitrosamine that escapes first-pass metabolism is expected to be predominantly metabolized in the liver." Gombar et al. reported that the bioavailability was greater in larger mammals (i.e., less undergoes first pass metabolism), with estimates of 49% in patas monkeys, 67% in pigs, and 93% in beagle dogs, respectively, although wide variability was noted between animals of the same species (Gombar 1987; Gombar 1988; Gombar 1990). However, these estimates in larger mammals were based on an extremely high NDMA dose of 1 mg/kg (1,000,000 ng/kg or 70,000,000 ng in a 70 kg adult), in which liver metabolism of NDMA by P450 2E1 was certainly being saturated. Indeed, oral doses of 5 mg/kg in pigs and dogs completely saturated liver metabolism (higher oral doses were not tested in patas monkeys). Thus, the bioavailability data from the Gombar et al. studies on larger mammals at very high doses cannot be used to predict bioavailability in humans at low doses because the extent of first pass metabolism by the liver is a function of dose. Furthermore, Gombar et al. (1990) noted that "there was not a uniformly predictable relationship between body weight and bioavailability."

While Gombar et al. (1990) did not use their animal data to predict human bioavailability, they were using it to predict drug clearance in humans. Historically, some scientists had used a method called "allometric scaling" to predict drug clearance based on body weight, i.e., higher clearance for larger animals and humans compared to rodents (Gombar 1990; Espie 2009). However, the size of animals is not the major factor driving the metabolism and clearance of chemicals, including drugs. It is now realized that such extrapolations may only be useful for the disposition of chemicals governed by "non-restrictive clearance," where the clearance of a compound from the body is limited by the rate of blood flow. Most chemicals (including drugs) are subject to "restrictive clearance," where the clearance is dependent upon metabolism by


Contains Confidential Information – Subject to Protective Order

enzymes. The enzymes, and their activities, are not predicted by body size but by a host of genetic, hormonal, and regulatory mechanisms. Accordingly, an approach termed physiologically-based pharmacokinetic (PBPK) modeling was developed for interspecies comparisons, utilizing both rates of metabolism (by enzymes) and physiological parameters such as blood flow and tissue diffusion, set to a series of mathematical equations. These approaches became popular in the 1980s and have been applied to many chemicals suspected of causing cancer by Drs. Andersen, Clewell, and Reitz and others (e.g., Reitz 1988 and the Andersen 1993 review). The advantages of using PBPK modeling over allometric scaling have been reviewed by Espie and colleagues (2009), and PBPK modeling software is commercially available (e.g., SimCyp). Consequently, allometric scaling has been largely displaced by PBPK models. In other words, comparison of (predicted) metabolism based on body size (of body size raised to a mathematical exponent) (*vide supra*) is not useful. Furthermore, the FDA does not use allometric scaling in its carcinogenicity extrapolations to humans. I am not aware of a publication on PBPK modeling human pharmacokinetics of NDMA.

Several studies have reported mean steady-state concentrations of NDMA in human blood indicating that (i) a finite amount of gastric NDMA (exogenous or endogenously formed) escapes first pass metabolism by P450 2E1 in the liver and circulates in the blood and/or (ii) a finite amount of endogenous NDMA forms outside the stomach via bacterial-catalyzed and cell-mediated nitrosation under neutral pH conditions (*vide supra*). While most NDMA circulating in the blood is still cleared from the body by metabolism in the liver (e.g., second pass metabolism), a small fraction of NDMA is eliminated in the urine as demonstrated by studies reporting mean 24-hour urinary excretions of NDMA of 10 to 385 ng/day (Garland 1986; van Maanen 1996; van Maanen 1998; Vermeer 1998; Vermeer 1999; Florian 2021). Further, some studies reported significant


Contains Confidential Information – Subject to Protective Order

increases in urinary NDMA excretion following an increase in exposure to exogenous food sources of nitrosamines or nitrosamine precursors (amines, nitrate, and nitrite) (van Maanen 1998; Vermeer 1998; Vermeer 1999; Florian 2021).

Although the Human Protein Atlas figures below show only expression of cytochrome P450 2E1 in the liver (Fig. 34), traces can be detected in the small intestine, kidney, adrenal gland, lung, brain, prostate, testis, uterus, and placenta, but the mRNA levels are all less than 1% of those in liver (Fig. 36) (Nishimura 2003). Further, it is important to note that mRNA expression levels are not always predictive of protein expression levels. In addition to P450 2E1, cytochrome P450 2A6, which is similarly expressed primarily in the liver (Fig. 35 – Human Protein Atlas 2021; Fig. 36 – Nishimura 2003), may also have the ability to activate NDMA, but at a fraction (<10%) of the capacity of P450 2E1 (Yamazaki 1992; Kushida 2000). Altogether, this signifies only a very minor amount of NDMA that may reach extrahepatic tissues will be metabolized there to a DNA reactive intermediate.




Fig. 34. Human cytochrome P450 2E1 RNA & protein tissue expression (Human Protein Atlas 2021).




Fig. 35. Human cytochrome P450 2A6 RNA & protein tissue expression (Human Protein Atlas 2021).


Contains Confidential Information – Subject to Protective Order

| Enzyme | Liver | Small Intestine | Kidney | Adrenal Gland | Lung | Brain | Prostate | Testis | Uterus | Placenta |
|---|---|---|---|---|---|---|---|---|---|---|
| P450 2E1 | 53.8 | 0.220 | 0.0115 | 0.0178 | 0.0173 | 0.0189 | 0.0280 | 0.0302 | 0.0318 | 0.00485 |
| P450 2A6 | 27.5 | <LOQ | <LOQ | <LOQ | 0.0708 | 0.00731 | <LOQ | <LOQ | 0.00447 | 0.000611 |

Fig. 36. Human cytochrome P450 2E1 and P450 2A6 mRNA tissue expression (Nishimura 2003). Data expressed as the ratio of CYP mRNA to glyceraldehyde 3-phosphate dehydrogenase (GAPDH, a reference marker) mRNA; <LOQ: below limit of quantification.

Therefore, most NDMA should be activated (and also detoxicated) in the liver, particularly at the low levels observed in ranitidine. The reaction product is too unstable to migrate away from the site at which it is formed before causing damage, and thus the most DNA damage from NDMA occurs in the liver (Pegg 1980). Accordingly, high doses of NDMA have primarily been associated with liver tumors in rats and mice (Peto 1991; Peto 1991a; Swenberg 1991). Other chemicals associated with cancer by producing $O^6$-methyl guanine in DNA that do not require activation by cytochrome P450 2E1 are associated with cancers in many tissues throughout the body in rodents because the action of cytochrome P450 2E1 in the liver is not required, e.g., *N*-nitrosomethylurea (a nitrosamide, which is another type of *N*-nitroso compound).

Furthermore, there is important interspecies variability in P450 2E1 expression. While P450 2E1 has little to no expression in human lung and kidney tissues (Fig. 34 – Human Protein Atlas 2021; Fig. 36 – Nishimura 2003; Fig. 37 – Choudhary 2005), it is expressed to a much greater degree in lung and kidney tissues of mice (Fig. 37 – Choudhary 2005; Emeigh Hart 1995) and rats (Zordoky 2008; Goasduff 1996). The P450 2E1 activity towards NDMA in rat liver is, on the average, twice as high as in human liver (Yoo 1988). Additional studies have demonstrated varying amount of P450 2E1 across several animal species (rodents and larger mammals) as compared to humans, underscoring the significance of interspecies variability (Court 1997).


Contains Confidential Information – Subject to Protective Order




Fig. 37. Comparison of relative mRNA expression of mouse and human CYP2E1 in eight adult tissues (Choudhary 2005).

In addition, the amount of the P450 2E1 enzyme in humans and animals varies with the consumption of ethanol (alcohol). Ethanol is both an inducer and inhibitor of the P450 2E1 enzyme, meaning it will increase the amount of the P450 2E1 enzyme; however, ethanol binds to P450 2E1 and decreases the fraction of the enzyme available for other substrates (e.g., NDMA) to bind. Thus, when alcohol is co-administered with high doses of NDMA, NDMA metabolism by P450 2E1 in the liver may be substantially inhibited, protecting the liver from higher DNA damage, but increasing systematic circulation of NDMA to other organs. However, since there is minimal to no P450 2E1 expressed in extrahepatic tissues (particularly in humans), this mostly results in increased renal clearance of NDMA in the urine.

This phenomenon was demonstrated in a study by Spiegelhalder et al. that measured the urinary excretion of NDMA in individuals following a large oral dose of 12,000-30,000 ng of NDMA via beer, orange juice, or orange juice with 6% ethanol added (Spiegelhalder 1982). When NDMA was administered with ethanol (i.e., beer or orange juice containing 6% ethanol), the


Contains Confidential Information – Subject to Protective Order

urinary excretion of NDMA in humans was between 0.5-2.4% of the NDMA ingested dose. In the absence of ethanol, no significant amount of NDMA was detected in the urine. With a limit of detection (LOD) in this study of 0.05 µg/L, the authors calculated the corresponding urinary excretion of NDMA as less than 0.05% of the ingested dose in the absence of alcohol. Since ethanol can inhibit the normal metabolism of NDMA by cytochrome P450 2E1 in the liver, this result may explain the higher urinary excretion observed with ethanol intake. While this study also demonstrates the large first pass metabolism of NDMA in the liver, the exact fraction of exogenous NDMA that is excreted in the urine is difficult to extrapolate from this study given the decreased sensitivity of older analytical technology. Although the analytical method was not described in detail in this study, a subsequent study by these authors showed that they were measuring urinary NDMA using gas chromatography with chemiluminescence detection (Spiegelhalder 1985), which is a less sensitive detection method than mass spectrometry. As described above, studies using GC-MS and LC-MS, including some with more sensitive LODs than 0.05 µg/L, have detected low urinary concentrations of NDMA in the absence of alcohol.

### B. NDMA-Mediated DNA Damage

NDMA is extensively transformed by the action of cytochrome P450 2E1 in the body and there is a balance of "bioactivation" and "detoxication" reactions both going on, as shown in Fig. 33 (Yoo 1988). It is known that most of the NDMA a human ingests is metabolized (Spiegelhalder 1982). An estimate can be made that ~ 99% of the dose is deactivated and only 0.007-0.25% is bioactivated and reacts with DNA (Yoo 1988; Pegg 1977; Munro 1969).

Several DNA methylation products can form as a result of the reaction of products of NDMA metabolism reacting at different sites (atoms) in DNA (Fig. 33). DNA methylation is not a mutation, per se, but may lead to a mutation during cell replication depending on (i) the specific

DNA methylation product and (ii) whether it has undergone repair or not. There is general agreement in the scientific literature that $O^6$-methyl guanine is the DNA modification of most concern in the tumors caused by NDMA in laboratory animals (O'Connor 1973; Swenberg 1991; WHO 2002; Johnson 2021). As previously shown in Fig. 6 (section IV.B.), the addition of a methyl group at the O6 position of guanine is deleterious, in that the modified base ($O^6$-methyl guanine) can trick the DNA polymerases (the enzymes that copy DNA) into inserting the wrong base (thymine) opposite to it instead of the normal base (cytosine) during cell replication, resulting in a mutation.

Swenberg (2011) and others have made comparisons (with several chemicals) of the amounts of DNA damage from "exogenous" (external) and "endogenous" (natural) damage and concluded that in many cases the bulk of the modifications are not from the exogenous sources. A dose of 1 mg (1,000,000 ng) NDMA per kg body weight for the rats in the studies by Pegg would correspond to 70 mg (70,000,000 ng) for a 70 kg human (154 pounds) (Pegg 1977; Pegg 1978a). This can be compared to the FDA recommended limit for medications of 96 ng per day for a human, which is 700,000 times lower. If the same numbers used in the Pegg rat experiments would apply to a human dosed with 1 mg (1,000,000 ng) of NDMA, then even without provision for faster repair in humans, it would be predicted by direct extrapolation that only 0.034 $O^6$-methyl guanines would be formed/$10^6$ guanines in DNA (Pegg 1978a). If a human was exogenously exposed to 96 ng of NDMA/day (the FDA recommended daily limit) or 4,200 ng of NDMA/day (the maximum value in the Australian TGA data), even with a linear extrapolation of the level of DNA adduct formation, then only 0.0000056 $O^6$-methyl guanines/$10^6$ guanines and 0.00025 $O^6$-methyl guanines/$10^6$ guanines in DNA, respectively, would be predicted to be formed (Pegg 1978a). For reference, a published level of "endogenous" $O^6$-methyl guanine in the DNA of human


Contains Confidential Information – Subject to Protective Order

liver (never knowingly exposed to NDMA) is 0.1-0.7 $O^6$-methyl guanines/$10^6$ guanines in DNA (De Bont 2004; Kang 1995). Using a value of 6 pg DNA/cell (Bäumer 2018) and levels of 0.1-0.7 $O^6$-methyl guanine/$10^6$ guanine bases (De Bont 2004; Kang 1995), a level of 270-1890 $O^6$-methyl guanine adducts/cell can be estimated. Other reports also identified $O^6$-methyl guanine in all human DNA samples, with even higher levels – 0.6-1.6 $O^6$-methyl guanine/$10^6$ guanines bases (Foiles 1988) and 0.026-23.2 $O^6$-methyl guanine/$10^6$ guanines (Povey and Cooper 1995). Thus, the endogenous level of this adduct is greater than what would be predicted to be added by the exogenous exposure to as much as 1 mg NDMA/day to a human and magnitudes greater than the NDMA levels expected from ranitidine exposure.

The oxidation of NDMA releases formaldehyde (HCHO) (Fig. 33), which may cause DNA damage. Formaldehyde is considered by the International Agency for Research on Cancer (IARC) to be a sinonasal, nasopharyngeal, and blood carcinogen in humans (IARC 2012), and Plaintiffs' experts claim that formaldehyde's carcinogenic potential should be considered concurrently with any toxicity that may be induced by NDMA. Formaldehyde itself is considered to be a carcinogen, at high exposures, but it is also present in the body due to *many* endogenous pathways of metabolism (e.g., generated from the metabolism of serine, glycine, methionine, and choline). Swenberg (2011) has reviewed the literature on formaldehyde, including his own studies on the use of isotopic labeling to distinguish the origins of the DNA adducts, and concluded that exposure to low-dose formaldehyde (even 10 ppm) to rats or non-human primates does not add much to the background load of these DNA adducts. It is also worth noting that many drugs on the market contain *N*- and *O*-methyl groups that are known to be released by P450 reactions to form formaldehyde, but these drugs have long been used without any evidence of causing cancer (e.g., amphetamines for ADHD, indomethacin for gout). Thus, the formaldehyde that may be released

from the breakdown of low quantities of NDMA and the little, if any, DNA damage it may theoretically cause at the site at which it would be formed is not a concern.

Furthermore, Plaintiffs' expert Dr. Le states in her report: "Mechanistically, NDMA directly activates the RAS oncogenes to induce cancer." I presume that Dr. Le is referring to the 12th codon of the *ras*-H (onco)gene when she refers to RAS activation. In a study by Zarbl et al. with another chemical that alkylates DNA, methylnitrosourea (without any need for bioactivation by P450 2E1 or other enzymes), the conclusion was reached that miscoding of the second base of codon 12 of the *ras*-H gene was involved in mouse mammary tumors, which could be consistent with $O^6$ alkylation of that G site (Zarbl 1985). This paper attracted considerable interest in the chemical carcinogenesis community when it was published. However, Zarbl et al. (Cha 1994) later published work indicating that a more likely explanation was that methylnitrosourea treatment selected for development of tumors from a preselected population of such *ras*-H mutants (codon 12) already present, unrelated to base modification. Therefore, the theory that NDMA is a direct carcinogen (i.e., does not have to be bioactivated by P450 2E1) is not supported by the current scientific evidence.

### C. Repair of NDMA DNA Damage

Humans have many systems to repair DNA damage, and so do animals and even bacteria. The main system for repairing the DNA damage caused by NDMA is a protein called $O^6$-alkylguanine-DNA alkyltransferase (AGT or MGMT), which has been studied in my own laboratory (e.g., Zang 2005). AGT repairs DNA $O^6$-methyl guanine by removing and transferring the methyl group on the DNA guanine base to its own molecule (Fig. 38) (Gerson 2004; Pegg 2011). The importance of this DNA repair system on cancer incidence has been demonstrated in genetically engineered mice (i) depleted of the AGT gene (cannot produce AGT) and (ii)

overexpressing the AGT gene (producing more AGT than normal) (Pegg 2011). Following administration of NDMA or other methylating agents, mice that are artificially depleted of the AGT gene are much more prone to cancer compared to wild type (normal) mice (Iwakuma 1997; Gerson 2004), while mice overexpressing the AGT gene are much less prone to cancer (Nakatsuru 1993; Gerson 2004). These studies underscore the role of $O^6$-methyl guanine as the driving mechanism of NDMA carcinogenicity and AGT repair as a primary factor contributing to its thresholded response.




Fig. 38. Repair of $O^6$-methyl guanine by AGT (adapted from Gerson 2004).
The green circles show the transfer of the methyl group ($CH_3$) from the DNA guanine base to the AGT protein by AGT, restoring the guanine base to normal.

The AGT protein is produced in most tissues, with the highest amount in the liver, and protects against damage caused by NDMA (Pegg 1978; Human Protein Atlas 2021). The amount of AGT activity present in extrahepatic tissues that can repair $O^6$-methyl guanine lesions greatly exceeds the amount of P450 2E1 activity present in those tissues that activate NDMA (Figs. 34, 39, and 40) (Human Protein Atlas 2021). Thus, most NDMA will be activated by cytochrome P450 2E1 mainly in the liver, cause damage (DNA methylation) in the liver, and be repaired by AGT in the liver. If any small amount of NDMA causes damage in other tissues, the amount of AGT


Contains Confidential Information – Subject to Protective Order

present should correct it since the AGT activity greatly exceeds the P450 2E1 activity present in extrahepatic tissues (Figs. 34, 39, and 40) (Human Protein Atlas 2021).




Fig. 39. Human $O^6$-alkylguanine-DNA alkyltransferase (AGT) RNA & protein tissue expression (Human Protein Atlas 2021).


Contains Confidential Information – Subject to Protective Order




Fig. 40. Comparison of human cytochrome P450 2E1 [top] and $O^6$-alkylguanine-DNA alkyltransferase (AGT) [bottom] protein tissue expression (Human Protein Atlas 2021).

The ability of AGT to repair $O^6$-methyl guanine adducts in DNA "represents an error-free DNA damage response that can mechanistically account for the manifestation of a dose-response threshold" for NDMA (Johnson 2021). If a low level of $O^6$-methyl guanine is formed in DNA from NDMA, the AGT system can repair it and prevent any subsequent damage (e.g., mutations and cancer) (Pegg 1977; Pegg 1978; Pegg 1978a; Pegg 1981). Pegg showed that following NDMA doses of 0.005-0.1 mg/kg (350,000-7,000,000 ng dose in a 70 kg adult), 56-64% of $O^6$-methyl guanine was removed from DNA in rat liver within 15 minutes of administration (oral or injection) (Pegg 1981). Additional studies by Pegg showed that more than 85% of the $O^6$-methyl guanine damage is removed in rat liver within 4 hours of a NDMA dose of 0.25 mg/kg or less and within


Contains Confidential Information – Subject to Protective Order

24 hours of a dose of 1 mg/kg or less (equivalent to a ≤17,500,500 ng and ≤70,000,000 ng dose, respectively, in a 70 kg adult), demonstrating almost complete repair within 1 day at these high doses (Pegg 1978a). These NDMA doses are orders of magnitude higher than the doses found in ranitidine products (Australia TGA 10/22/19: median: 270 ng/300 mg dose; range: <30 - 4,200 ng), thus illustrating the capacity of AGT to quickly and completely repair any potential DNA damage at exposure to the low doses in ranitidine.

Although the overall efficiency of $O^6$-methyl guanine removal (i.e., the percent removed) decreases with increasing NDMA dose, the reaction is not saturated even at extremely high doses of 20 mg/kg (1,400,000,000 ng in a 70 kg adult), with 44% of the $O^6$-methyl guanine repaired by 24 hours. Fig. 41 illustrates that as the dose of NDMA increases, the actual amount of $O^6$-methyl guanine removed also increases (Pegg 1978a). The speed at which AGT repairs $O^6$-methyl guanine lesions means that most of the DNA damage should be repaired before liver cell replication takes place, and thus before a mutation could potentially occur (Castellano 1978). Furthermore, while AGT is very effective in keeping the $O^6$-methyl guanine steady-state level down, it is not perfect, so there is a low but finite level of this adduct seen in all individuals.




Fig. 41. Removal of $O^6$-methyl guanine from liver DNA over a 24 hour period as a function of NDMA dose (Pegg 1978a).

The amount of $O^6$-methyl guanine formed in the DNA of rat liver is dose-dependent and occurs at a similar proportion irrespective of route of administration (oral or injection) (Pegg 1980; Pegg 1981). However, the amount of $O^6$-methyl guanine in the kidney of rats is highly dependent on both dose and route of administration, which is greatest following injection (Pegg 1980; Pegg 1981). Experiments by Pegg and Perry (1981) demonstrated that when NDMA was administered by iv injection to rats at doses of 0.001-10 mg/kg, the ratio of DNA methylation in the liver to kidney was 10:1 irrespective of dose. However, when the same doses were administered orally, the ratio decreased, with ratios ranging from >120:1 to 10:1, only reaching 10:1 at an oral dose > 1 mg/kg (>70,000,000 ng dose in a 70 kg adult). This difference reflects the large first pass metabolism by the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). Pegg concluded that "[p]rovided that the dose is sufficiently low, the liver metabolizes virtually all of the [NDMA] in a 'first pass' clearance effect…" and "…orally ingested dialkylnitrosamines would appear in the systemic circulation only when the capacity of the liver


Contains Confidential Information – Subject to Protective Order

to metabolize them in a first pass effect is exceeded" (Pegg 1980). Similar results were observed in a rat experiment by Diaz Gomez et al. (1977) and the authors concluded that "…in a healthy man the metabolism and activation of dimethylnitrosamine in the diet would take place in the liver, and that the liver would remove the nitrosamine from the portal blood and prevent it from reaching other organs." These experiments have demonstrated that small oral doses of NDMA – <0.1 mg/kg in rats or approximately <7,000,000 ng dose in a 70 kg adult – are completely (or almost completely) metabolized by the liver, minimizing systemic circulation to other organs (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982). Therefore, the trace levels of NDMA found in oral ranitidine products are expected to undergo complete first pass metabolism in the liver. In contrast, administration by injection bypasses first pass metabolism by the liver and very high oral doses may also in part escape first pass metabolism. However, studies have concluded that "[e]ven then the relatively small percentage of nitrosamine that escapes first-pass metabolism is expected to be predominantly metabolized in the liver" (Mico 1985). Additionally, NDMA that escapes first pass metabolism may also be excreted without metabolic activation, which results in no toxicological relevancy. Furthermore, even in the unlikely event that there is extrahepatic metabolism of NDMA, the amount of AGT present in extrahepatic tissues to repair any NDMA-induced DNA methylation greatly exceeds the amount of P450 2E1 capacity present to activate NDMA in these tissues, minimizing the progression to mutations and cancer in extrahepatic organs, even at the very high doses used in rodents (Figs. 34, 39, and 40).

Furthermore, the rate and capacity of AGT to repair $O^6$-methyl guanine is much greater in humans than rodents, in contrast to the situation with P450 2E1 (Yoo 1988). Pegg (1982) and Hall (1985) have demonstrated that the AGT repair capacity of the human liver is about 10 times greater than rat liver and that the level of $O^6$-methyl guanine damage falls much more rapidly in human


Contains Confidential Information – Subject to Protective Order

liver (Fig. 42). The AGT repair capacity of human and cynomolgus monkey livers are similar, although still greater in humans (Hall 1985). Furthermore, Pegg (1984) and Gerson (1986) showed that the AGT activity in repairing $O^6$-methyl guanine lesions is not only greater in the liver of humans compared to rats and mice, but also in all extrahepatic tissues measured as well (Fig. 43). Pegg (1984) described the AGT "activity found for human tissues was substantially greater than that for the equivalent rat tissues, with mean values of five to twenty times higher, depending on the tissue." Gerson et al. (1986) concluded: "These studies suggest that mouse and rat tissues should be more susceptible than human tissues to the carcinogenic action of agents whose mutagenic potential is mediated by formation of $O^6$-alkylguanine adducts. Although mouse and rat may be sensitive indicators for determining the carcinogenic potential of an agent, mutagenesis in human tissues is not likely to occur at the same dose level as in the mouse and rat since human tissues contain higher levels of $O^6$-alkylguanine-DNA alkyltransferase."

Table 1. Removal of MeGua from DNA upon incubation with human or rat liver fractions

| Protein added, mg | MeGua removed from DNA in 60 min | | | |
|---|---|---|---|---|
| | Human liver | | Rat liver | |
| | pmol | % | pmol | % |
| 0.78 | 0.71 ± 0.12 | 58 | <0.05 | |
| 1.56 | 0.91 ± 0.07 | 75 | <0.08 | |
| 3.12 | 1.06 ± 0.04 | 87 | 0.24 ± 0.01 | 20 |
| 6.25 | 1.11 ± 0.03 | 92 | 0.55 ± 0.19 | 45 |
| 12.50 | 1.15 | 95 | 0.86 ± 0.08 | 71 |
| 18.75 | 1.15 | 95 | 0.89 | 74 |
| 25.00 | 1.16 | 96 | 0.95 | 79 |

Results are shown as mean ± SEM. The percentage is the proportion removed relative to the total initially present.




Removal by human, monkey and rat liver extracts of $O^6$-methyl from alkylated DNA (150 μg) containing 0.33-0.39 pmol of $O^6$-methylguanine

Fig. 42. AGT removal of $O^6$-methyl guanine (MeGua) from DNA in human, monkey and rat liver tissues (Pegg 1982 [left]; Hall 1985 [right]).


Contains Confidential Information – Subject to Protective Order




Fig. 43. AGT removal of $O^6$-methyl guanine from DNA in human, rat and mouse liver and extrahepatic tissues (adapted from Pegg 1984 and Gerson 1986[17]).

The above studies demonstrate that the AGT repair system is exceedingly effective at repairing DNA methylation caused by NDMA exposure at a wide range of doses and that the repair mechanism is even more effective in humans compared to rodents. However, if a very large dose of NDMA is administered, the amount of $O^6$-methyl guanine may be large and overwhelm the AGT system, resulting in mutations (Swenberg 1991). A simple analogy is a shoe repair shop. The owner and other workers can handle a normal, low level of damaged shoes and repair them efficiently. If there is an overwhelming number of shoes brought in to be fixed, it may not be possible to keep up and damaged shoes will accumulate in the community. The above point about overwhelming the DNA repair system fits into the concept of "thresholds" and exposure limits with toxic chemicals. The general concept is that a low dose is tolerable and is not likely to be harmful if this threshold exposure is not exceeded. Even with $O^6$-methyl guanine, there is a

[17] Values reported for humans and rats in both Pegg 1984 and Gerson 1986 were averaged.


Contains Confidential Information – Subject to Protective Order

threshold observed in the work of Swenberg et al., which demonstrated the amount of $O^6$-methyl guanine that correlates with a significant increase in mutations in certain cell types (Sharma 2014).

Importantly, AGT repair is not the only line of defense in the many steps between NDMA-induced DNA methylation and NDMA-induced cancer. At very high doses of NDMA, even if the DNA escapes repair before cell division, more than one mutation is usually required for a cell to become a cancer cell. Furthermore, even if multiple mutations occur, there is a chance the cell dies (apoptosis) instead of forming cancer (Fig. 9, section IV.B.). For instance, Knudson's two-hit theory is able to explain diverse experimental situations and guide specific predictions, including some directly relevant to cancer prevention (Knudson 1971; Bellacosa 2003). The body has extensive repair mechanisms to continually fix or mitigate damage that may progress to cancer. Lastly, as discussed above, $O^6$-methyl guanine is the DNA modification of most concern in the cancers associated with NDMA in rodents. However, there are other repair systems present that repair other DNA methylations associated with NDMA. For instance, $N^7$-methyl guanine and $N^3$-methyl adenine adducts are both repaired by base excision repair (BER) (Gerson 2004).

### D. NDMA-Associated Carcinogenicity in Animals and Relevance to Ranitidine Exposure in Humans

#### i. NDMA-Associated Carcinogenicity

The crucial components in determining the types of cancer that may be associated with NDMA exposure are the: (i) dose, duration, and route of administration, (ii) metabolism of NDMA (both activation and detoxication) by CYP2E1 and the expression levels in various tissues, (iii) repair of DNA $O^6$-methyl guanine by AGT and the expression levels in various tissues, and (iv) interspecies variability. Several long-term carcinogenicity studies on NDMA have been conducted in numerous species and strains of rodents at various doses, durations, and routes of administration.


Contains Confidential Information – Subject to Protective Order

The largest and most comprehensive lifetime rodent carcinogenicity studies on NDMA (and NDEA) were conducted by the British Industrial Biological Research Association (BIBRA) (Peto 1991; Peto 1991a). One thousand, eight hundred rats were administered 15 different daily doses of NDMA in their drinking water (0.033-16.9 ppm[18]) over a lifetime (over two years) and the types of tumors and dose-response relationships were determined compared to 480 control rats. High doses of NDMA were associated with liver tumors, which is consistent with other rodent studies on NDMA and coherent with P450 2E1 expression primarily in the liver. Notably, NDMA was not associated with esophageal, gastric, pancreatic, or bladder tumors, even at the highest dose administered of 0.697 mg/kg/day in male rats and 1.224 mg/kg/day in female rats, which is equivalent to approximately 50 – 85 million nanograms per day for a lifetime in a 70 kg adult.

Although liver tumors are overwhelmingly the most frequently identified tumor following NDMA administration in rodents, instances of lung and kidney tumors have also been reported depending on the rodent species or strain used and the route of administration, dose, and duration of NDMA administration (Pegg 1980; NTP 2021). These other tumors require much higher doses of NDMA in order to overwhelm the liver's ability to metabolize NDMA. Furthermore, mice appear more susceptible to lung tumors (interspecies variability), while kidney tumors appear more prevalent following very high doses of NDMA by injection, which bypasses the first pass metabolism in the liver and demonstrates the importance of route of administration. As described in earlier sections, there are also important differences in the expression of P450 2E1 (NDMA metabolism) and AGT (NDMA DNA repair) across species. While humans have little to no P450 2E1 expression in lung and kidney tissues (Fig. 34), the enzyme is expressed to a much greater degree in lung and kidney tissues of rats and mice, suggesting greater NDMA metabolism to its

[18] Corresponding to approximately 0.001-0.697 mg/kg/day in male rats and 0.002-1.224 mg/kg/day in female rats.


Contains Confidential Information – Subject to Protective Order

reactive metabolite in these extrahepatic tissues of rodents (Human Protein Atlas 2021; Nishimura 2003; Choudhary 2005; Zordoky 2008; Emeigh Hart 1995; Goasduff 1996). On the other hand, humans have much greater AGT repair capacity in all tissues compared to rodents, indicating more extensive and rapid DNA damage repair in humans (Figs. 42 and 43) (Pegg 1982; Pegg 1984; Hall 1985; Gerson 1986). Altogether, this demonstrates that even after considering dose, one cannot simply extrapolate the results in rodents to humans due to extensive metabolism differences.

The National Cancer Institute conducted long-term carcinogenicity studies on nitrosamines in non-human primates (monkeys), which are expected to be more similar models for humans than rodents. Seven monkeys (cynomolgus and rhesus) treated intraperitoneally with 10 mg/kg NDMA (equivalent to a 700,000,000 ng dose in a 70 kg adult) every 2 weeks did not develop any liver or other tumors after long-term treatment, although they all died of liver toxicity (Adamson 1983; Adamson 1989; Thorgeirsson 1994). The average cumulative dose was 7 grams (7 billion ng) (range: 0.06-12.35 g) and the average observation period was 4.5 years (range: 8 months – 9.8 years). Other nitrosamines such as NDEA did produce tumors in these animals under the same conditions, although there was a clear threshold and dose-response relationship observed. As mentioned in the introductory material, animals and humans differ in many regards in terms of metabolism. Hall et al. (1985) found that human and cynomolgus monkey liver fractions have similar capacities in the repair of $O^6$-methyl guanine and are both 8- to 10-fold more active than rat liver fractions.

Differences can also be observed in individual strains of animals. Anderson et al. (1996) administered 0.1 mg/kg NDMA (7,000,000 ng dose in a 70 kg adult) by gavage to patas monkeys and measured $O^6$-methyl guanine DNA adducts in several tissues four hours after administration but did not determine if any went on to develop mutations or tumors. The short time frame between


Contains Confidential Information – Subject to Protective Order

administration of high doses of NDMA and measurement of *O*[6]-methyl guanine adducts also did not allow for complete repair of the adducts by AGT. Because of the difference in experimental design, it is not possible to compare these patas monkey results with the data from cynomolgus monkeys in Hall 1985. Furthermore, as described above, the presence of *O*[6]-methyl guanine DNA adducts does not indicate that tumors would have developed had these monkeys been followed up over an extended time because of extensive defense mechanisms that may prevent the development of cancer.

In conclusion, NDMA is not a "universal" carcinogen in animals, nor am I aware of any single chemical that can cause cancer in every single tissue. Rodent studies have demonstrated that high doses of NDMA are associated primarily with liver tumors, which is consistent with its mechanism of activation. Studies in non-human primates have not demonstrated carcinogenicity from NDMA. Scientific and regulatory organizations, including IARC, U.S. National Toxicology Program (NTP), and U.S. Environmental Protection Agency (EPA), have classified NDMA as a probable human carcinogen (IARC 1987; EPA 2002, 2017) or reasonably anticipated to be a human carcinogen (NTP 2021) based on the positive results observed with high doses in rodent studies.[19] Notably, this classification is based primarily on liver tumors in experimental animals at

[19] The classification categories for the three referenced organizations above are listed here; the category corresponding to the NDMA classification is underlined and the conclusions from those monographs on NDMA are included.
IARC: (1) Group 1: carcinogenic to humans; (2) <u>Group 2A: probably carcinogenic to humans</u>; (3) Group 2B: possibly carcinogenic to humans; Group 3: not classifiable as to its carcinogenicity to humans (IARC 1987, 2019). "There is *sufficient evidence* of a carcinogenic effect of *N*-nitrosodimethylamine in many experimental animal species. Similarities in its metabolism by human and rodent tissues have been demonstrated. Although no epidemiological data were available (and efforts should be directed toward this end), *N*-nitrosodimethylamine should be regarded for practical purposes as if it were carcinogenic to humans" (IARC 1978).
NTP: (1) known to be a human carcinogen, (2) <u>reasonably anticipated to be a human carcinogen</u> (NTP 2021). "*N*-Nitrosodimethylamine is *reasonably anticipated to be a human carcinogen* based on sufficient evidence of carcinogenicity from studies in experimental animals" (NTP 2021).
EPA: (1) Group A: Carcinogenic to Humans; (2) <u>Group B – Probably Carcinogenic to Humans</u> (B1: limited human evidence; <u>B2: little or no human data</u>); (3) Group C: Possibly Carcinogenic to Humans; Group D: Not Classifiable as to Human Carcinogenicity; Group E: Evidence of Non-carcinogenicity for Humans (EPA 2021). Basis for NDMA's B2 classification: "Induction of tumors at multiple sites in both rodents and nonrodent mammals exposed by various routes " (EPA 2002).


Contains Confidential Information – Subject to Protective Order

high doses of NDMA. The experimental animal evidence does not support that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach (IARC 1978; ATSDR 1989; Peto 1991; EPA 2002; NTP 2021). Most importantly, none of these agencies have classified NDMA as a known human carcinogen, acknowledging that there is insufficient evidence of carcinogenicity from studies in humans. Although the exact process of the scientific evaluations may differ among the respective organizations, one commonality is their assessment of hazard rather than risk. As discussed by IARC, "A cancer hazard is an agent that is capable of causing cancer, whereas a cancer risk is an estimate of the probability that cancer will occur given some level of exposure to a cancer hazard.… The distinction between hazard and risk is fundamental. The Monographs identify cancer hazards even when risks appear to be low in some exposure scenarios" (IARC 2019).

It is also noteworthy that humans are commonly exposed to many exposures in the highest category – known human carcinogens – determined by at least one of these organizations. For instance, IARC classifies many common exposures as Group 1 (carcinogenic to humans) including ultraviolet radiation (e.g., sunlight), X-rays, outdoor air pollution, alcohol consumption, certain medications (e.g., hormonal oral contraceptives and menopausal therapy, medications used to treat cancer [cyclophosphamide, melphalan]), and certain occupations and occupational exposures (e.g., painters, diesel engine exhaust, welding fumes, wood dust) (IARC 2021).

**ii. Evidence of a Threshold for NDMA-Associated Carcinogenicity in Rodents**

The lifetime carcinogenicity study by Peto et al. demonstrated a clear dose-response relationship between NDMA and liver tumors in rats at moderate to high doses (Peto 1991; Peto 1991a). However, at the lowest doses tested, there was no dose-response relationship and the incidence of liver tumors was similar to the background rate in the untreated controls (~8%), which

is indicative of a threshold.[20] As the Peto et al. (1991) data is the largest and most comprehensive lifetime rodent carcinogenicity study on NDMA to date, several subsequent publications have reanalyzed the Peto data and provided further evidence for a threshold for liver tumors. As detailed below, the results have been remarkably consistent, with numerous investigators demonstrating a threshold dose for liver tumors of approximately 0.03-0.08 mg (30,000 - 80,000 ng)/kg/day in rats. For a 70 kg human, this would be an exposure of 2,100,000 – 5,600,000 ng of NDMA every day for a lifetime (70 years), or a total lifetime NDMA dose of 54-143 billion ng.

In 2002, the World Health Organization (WHO) reviewed the evidence on NDMA and calculated the tumorigenic dose from the Peto et al. (1991; 1991a) study that causes a 5% increase in liver tumor incidence over the background incidence ($TD_{05}$) was approximately 0.05 mg/kg/day (range: 0.034 – 0.082 mg/kg/day depending on the sex and type of liver tumor). They concluded that "[a]n increased incidence of hepatic tumours was observed at doses as low as approximately 0.1 mg/kg body weight per day in rats" (WHO 2002). This is equivalent to daily lifetime doses of NDMA of approximately 2,400,000 – 7,000,000 ng/day in humans (0.034 – 0.1 mg/kg/day (34,000 – 100,000 ng/kg/day) in a 70 kg adult).

More recently, several investigators have calculated a $BMD_{10}$ value from the Peto et al. data, which is the estimated benchmark dose (BMD) associated with a 10% increase in lifetime tumors after correction for background incidence. It is calculated using a data fitting method

[20] It's important to note that while the Peto et al. authors discussed in the first paper (Peto 1991) that there was "no indication of any 'threshold'" for liver tumors, this appeared to be based on pooling results for (i) NDMA and NDEA together (in which the authors note that NDEA appears to be 2-3 times more potent), (ii) benign and malignant tumors together, and (iii) the lowest doses together, as well as the use of mathematical modeling to extrapolate to the lowest doses (in which the authors admit that "this could not be observed directly in any experiment of realistic size"). However, they importantly conclude in the second paper (Peto 1991a) "that no purely mathematical arguments can yield from these data reliable estimates of the effects of very low doses of nitrosamines." As will be described, more sophisticated modeling using benchmark doses has enabled a clearer depiction of the threshold observed in the Peto et al. study.


Contains Confidential Information – Subject to Protective Order

involving computer algorithms and currently a mixture of models is used and results are pooled. Although the fitting does not define a threshold value per se, it has advantages in that it accounts for dose-response relationships by using all of the data points and also provides estimates of uncertainty (95% confidence intervals (CI)). The risk for doses below the $BMDL_{10}$ (the 95% lower CI of the $BMD_{10}$) is considered negligible (i.e., a point of departure) and similar to a threshold dose. As demonstrated in Table 4 below, the WHO calculated $TD_{05}$ and the calculated $BMDL_{10}$ from several publications (Dybing 2008; Zeilmaker 2010; EC SCCS 2012; EMA 2019; Johnson 2021) are remarkedly consistent, providing an NDMA threshold of approximately 0.03-0.08 mg (30,000 - 80,000 ng)/kg/day, or 2,100,000 – 5,600,000 ng/day for a lifetime in a 70 kg human. The slight differences between the calculated estimates between studies can be attributed to the different models used and selection criteria for inclusion – e.g., malignant liver tumors vs. any liver tumor (malignant + benign), liver tumor incidence vs. mortality, and stratification vs. no stratification for sex and type of liver tumor. Irrespective of the exact selection criteria for the calculation, all estimates were within a similar order of magnitude. A clear illustration of the threshold response is further demonstrated in the dose-response plots provided by Zeilmaker et al. (2010) (Fig. 44) and Johnson et al. (2021) (Fig. 45).

| Citation | Liver Tumor Dose Levels | NDMA – mg/kg of body weight/day for a lifetime in rats (based on Peto 1991 and 1991a) | NDMA – ng/day for a lifetime in a 70 kg person |
|---|---|---|---|
| WHO 2002 | $TD_{05}$ | 0.034 – 0.082 mg/kg/day | 2,380,000 – 5,740,000 ng/day |
| Dybing 2008 | $BMDL_{10}$ | 0.062 – 0.081 mg/kg/day | 4,340,000 –5,670,000 ng/day |
| Zeilmaker 2010 | $BMDL_{10}$ | 0.029 mg/kg/day | 2,030,000 ng/day |
| EC SCCS 2012 | $BMDL_{10}$ | 0.027 – 0.041 mg/kg/day | 1,890,000 – 2,870,000 ng/day |
| EMA 2019 | $BMDL_{10}$ | 0.029 – 0.043 mg/kg/day | 2,030,000 – 3,010,000 ng/day |
| Johnson 2021 | $BMDL_{10}$ | 0.062 – 0.283 mg/kg/day | 4,340,000 – 19,810,000 ng/day |

Table 4. Published $TD_{05}$ and $BMDL_{10}$ values for liver tumors in rats using data from Peto et al. 1991. When a study provided more than one value (e.g., different values for male and female rats), the table shows the range of estimates. EC SCCS: European Commission Scientific Committee on Consumer Safety; EMA: European Medicines Agency.


Contains Confidential Information – Subject to Protective Order




Fig. 44. Dose-response relationship for total rat liver tumors after lifelong exposure to NDMA via drinking water (mg/kg/day) using data from Peto et al. (1991; 1991a). The horizontal dotted line indicates the 10% extra risk level (compared with the estimated background response of 7.3%), the two vertical dotted lines the associated doses (BMDs) for females (triangles) and males (circles). Extra risk is defined as additional risk divided by the non-affected fraction in the control. (adapted from Fig. 4 in Zeilmaker 2010).


Contains Confidential Information – Subject to Protective Order




Fig. 45. BMD analysis of malignant liver tumor data in male rats following exposure to NDMA (Peto 1991; 1991a) as analyzed by Johnson et al. (2021). The seven graphs were generated using different BMD models, an acceptable and common practice in risk assessment studies, and gave very similar results. (Fig. 2 from Johnson 2021)

In analyzing the rat liver tumor data from the Peto study, Johnson et al. (2021) described the "frequency of neoplasms observed at the lowest six doses was indistinguishable from that in the vehicle control animals," supporting the presence of a threshold. As previously described, the FDA acceptable intake (AI) limit for NDMA in pharmaceuticals is 96 ng/day, representing a theoretical acceptable increased cancer risk of 1 in 100,000 after daily exposure to this level over a lifetime (70 years). However, this is a very conservative calculation as the AI limit is based on

the $TD_{50}$ value that uses a linear no-threshold model to estimate a risk dose. The ICH M7 Guidance discusses the use of alternate approaches, including the BMD that accounts for dose-response relationships and thus considered a more realistic risk estimation (FDA/ICH M7 Guidance 2015, 2018 (R1)). The guidance also discusses the calculation of permissible daily exposure (PDE) limits as an alternative acceptable intake value that can be used for mutagenic impurities with evidence of a practical threshold, as is the case for NDMA. Although still considered a conservative value overall, Johnson et al. (2021) used the BMD to calculate a cancer PDE value of 6,200 ng NDMA/day,[21] which is 65-fold higher than the current FDA AI limit of 96 ng/day based on the $TD_{50}$ calculations that utilize a linear no-threshold model.

In addition to the Peto et al. (1991; 1991a) study, several additional rat studies showed a similar threshold for liver tumor incidence with long-term NDMA exposure. Terracini et al. (1967) administered 2-50 ppm of NDMA in the diet of rats for nearly a lifetime (~2 years) and low levels of NDMA treatment showed a threshold region for the incidence of liver tumors around the lowest dose of 2 ppm (2 mg (2,000,000 ng) NDMA/kg in food). While there was only a single tumor among 26 rats at the lowest NDMA dose of 2 ppm, there was clear non-linearity from the higher dose range 5-50 ppm. A similar study by Arai et al. (1979) administered 0.1, 1, and 10 ppm of NDMA in the diet of rats for 96 weeks. Liver tumors were found in rats dosed with 1 and 10 ppm of NDMA, but not in controls or rats dosed with 0.1 ppm of NDMA (Fig. 46). This is indicative of a threshold value between 0.1 ppm and < 1 ppm of NDMA in the diet, which correlates to 20,000 ng to < 200,000 ng NDMA/kg body weight/day or 1,400,000 ng to < 14,000,000 ng

[21] The PDE was calculated by multiplying the $BMDL_{50}$ by an adult bodyweight of 50 kg and dividing by uncertainty factors, which included species extrapolation, interindividual variability, exposure duration, severity of effect, and factors to compensate for database insufficiency.


Contains Confidential Information – Subject to Protective Order

NDMA/day for a 70 kg adult.[22] The authors conclude: “These results show that on long-term oral administration to rats, 1.0 ppm DMN [NDMA] is the minimum carcinogenic dose, while a level of about 0.1 ppm DMN [NDMA] is non-carcinogenic.”




Fig. 46. Liver cancer incidence in rats as a function of NDMA dose (figure created from data from Arai 1979).

Fukushima et al. (2005) reported similar results with 450 rats administered NDMA (0.001-10 ppm) in their drinking water daily for 16 weeks (Fig. 47). The endpoint measured in this study was the “GST-P-positive foci,” which are liver lesions that stain for glutathione *S*-transferase placental form (GST-P), an established early marker of liver cancer and indicator of the likelihood that these will progress to tumors. (This medium-term bioassay system is sometimes used to reduce the time (and expense) of monitoring rats for a lifetime to obtain actual tumor data.) As indicated in Fig. 47, the results are similar to those shown above and demonstrate a threshold for NDMA-induced liver lesions. If 1 ppm is accepted as the threshold (approximately 0.044 mg NDMA/kg body weight assuming the same ppm to mg/kg conversion in Peto et al. (1991; 1991a)), this would

[22] Calculations based on an average body weight of rats of 250 g and average amount of food consumed of 50 g/day based on figures 1-4 in Arai 1979.

correspond to 3,000,000 ng NDMA/day for a 70 kg human. I agree with the authors' conclusion that "the present finding of no-observed effect level on induction of GST-P-positive foci supports our hypothesis that a threshold, at least in practical terms, exists with regard carcinogenesis due to genotoxic agents."




Fig. 47. Induction of GST-P-positive foci (i.e., > 11 cells, size of smallest focus) in the livers of rats treated with NDMA [DMN] (0.001-10 ppm) in drinking water. *$P$<0.01 (vs. non-treated control group). (Fukushima 2005)

From the existence of a very effective DNA repair system (AGT) to the rodent carcinogenicity studies, there is overwhelming evidence of a threshold for the hepatocarcinogenic effect of NDMA. In addition to an existing threshold for NDMA, a threshold has also been demonstrated for NDEA, a nitrosamine that has been shown to be more potent for liver tumor induction in various animal species, including non-human primates in which NDEA, but not NDMA, has been found to be carcinogenic. Both Waddell et al. (2006) and Kobets and Williams (2019) reanalyzed the NDEA data from several rodent studies. The Waddell (2006) replot (which

was further modified by Kobets & Williams 2019) of the Peto 1991 NDEA data, using a Rozman scale and expressing the dose in molecules of NDEA/kg body weight, shows a clear threshold for exposure, below which no tumors are observed (Fig. 48).




Fig. 48. Liver cell tumors in rats dosed with NDEA (data from Peto 1991 and Williams 1999) plotted on a Rozman scale, in terms of cumulative dose in molecules of NDEA/kg (Kobets and Williams 2019; modified from Waddell 2006). A similar plot was obtained for the actual daily dose (Waddell 2006). Also shown is the total human daily dose of NDEA from all sources estimated by Bartsch 1984 and Spiegelhalder 1983.

### iii. Comparison of the NDMA Threshold Dose in Rodents to Potential NDMA Exposure from Ranitidine in Humans

Lifetime studies in rats clearly demonstrate evidence of a threshold for liver tumors, with a threshold dose of approximately 30,000 – 80,000 ng/kg/day (Peto 1991; Peto 1991a). This is equivalent to approximately 2,100,000 – 5,600,000 ng of NDMA every day for a lifetime (70 years) in a 70 kg human, or a total lifetime NDMA dose of 54-143 billion ng. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products. The range of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA

was 3.9-891 ng (n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data.

Furthermore, no patient has taken ranitidine every day for a lifetime (70 years), as it has been on the market for less than 40 years. The intended time course of administration of ranitidine is variable and often used for short-term durations or as needed treatments, often below 300 mg. While it is also often taken for longer term or maintenance treatment, it is unlikely that anyone (or at least not many people) has taken ranitidine every day since it was marketed in the U.S. in 1983, which would be half a lifetime (~35 years). In addition, humans have less P450 2E1 activity (NDMA activation) and greater AGT activity (NDMA repair) in liver and extrahepatic tissues than rats (*vide supra*), indicating that one cannot simply extrapolate the doses and results in rodent studies to humans due to extensive metabolic differences. In other words, it would be expected that higher equivalent doses in humans would be needed to produce the same results in rats, *if at all*, since NDMA is not a *known* carcinogen in humans according to regulatory agencies. The human body has extensive DNA repair processes (e.g., AGT) and other defense mechanisms to protect against DNA damage caused by NDMA and this system should effectively repair any potential damage associated with the low levels of NDMA found in ranitidine.

**iv. NDMA Tumor Initiation vs. Promotion**

As described previously, chemicals may be tumor initiators (initiate the process of changing normal cells to tumorigenic cells) or tumor promoters (promote existing tumorigenic cells to grow) (Fig. 10, section IV.B.). Typically, a chemical does not both initiate and promote tumor formation (Klaunig 2013; National Cancer Institute 2021). NDMA can be a “complete carcinogen” only when used at very high, repetitive doses in rodents (i.e., not requiring a promoter


Contains Confidential Information – Subject to Protective Order

to induce tumors). By definition, NDMA is an initiator and not a promoter, in that a promoter does not cause cancer if given without a previously administered initiator.

NDMA can act as an initiator through the breakdown product of its metabolite (hydroxy NDMA/methyl diazohydroxide) to the methyl diazonium ion, which is an electrophile, meaning it can bind to DNA and can cause DNA damage. According to Smith 2016, these are 2 out of 10 "key characteristics of carcinogens." Plaintiffs' experts point to these and 7 other "key characteristics" to opine that it is biologically plausible that NDMA is a human carcinogen. One of these other "key characteristics," the ability to alter DNA repair or cause genomic instability, is also related to tumor initiation. However, reliable data do not support the view that this is a characteristic of NDMA, including extensive early work by Pegg in the 1970s (*vide supra*). In his expert report, Dr. Panigrahy opined that NDMA alters DNA repair enzymes, though the studies he cited gave no indication of this and one study even noted that the DNA repair enzyme AGT was "rapidly replenished" after administration of high doses of NDMA (Souliotis 2004). Dr. Panigrahy also claimed that "[a] single dose of NDMA can induce the inability of the kidney to rapidly repair DNA methylation," I presume in reference to the potential to overwhelm DNA repair; however, this would only be relevant at extremely high doses of NDMA based on all of the work of Pegg and others. Interestingly, Dr. Panigrahy also discussed the prospect that NDMA can increase levels of alkyladenine DNA glycosylase, another kind of DNA repair enzyme, citing Dechakhamphu 2010. Induction of DNA repair enzymes, while certainly an alteration, is not a carcinogenic process and would actually be beneficial in protecting against genotoxicity.

Plaintiffs' experts have proposed several non-genotoxic mechanisms for NDMA carcinogenicity including epigenetic modification, oxidative stress, inflammation, immunosuppression, cell immortalization, and alteration of cell proliferation, cell death, and


Contains Confidential Information – Subject to Protective Order

nutrient supply. These correspond to 6 out of 10 of the "key characteristics of carcinogens" (Smith 2016). For one "key characteristic of carcinogens," the ability to modulate receptor-mediated effects, Plaintiffs' experts correctly acknowledge it is not present with NDMA. In essence, they use the aforementioned six mechanisms to advance an NDMA promoter theory that can be used to explain short latency periods between the time of initial exposure and diagnosis of cancer. I am not aware of any scientific evidence in which NDMA has ever been reported to work as a promoter, and the literature referenced in Plaintiffs' expert reports does not support this theory.

Plaintiffs' experts opine that NDMA has the "key characteristic" of being able to cause epigenetic alterations. This is a non-genotoxic mechanism that Dr. Panigrahy argues could contribute to both tumor initiation and promotion. In referring to this putative carcinogenic mechanism of NDMA, he incorrectly discussed genotoxic—not epigenetic—events (DNA alkylation). Epigenetic DNA methylation refers to phenomena such as histone modification and 5′-methylation of deoxycytidine (and the conversion of this methyl to a carbinol ($CH_2OH$) and an aldehyde (CHO) by the so-called "tet" enzymes) that are thought to be relevant to gene regulation (Smith 2016). There is no evidence that NDMA causes epigenetic DNA methylation or demethylation events.

Furthermore, the NDMA doses required to observe the other non-genotoxic effects in experimental studies are extremely high, toxic doses. For instance, in his argument that NDMA causes oxidative stress, Dr. Panigrahy cited Ahotupa 1987, where doses of 1 and 10 mg/kg NDMA were used, which are about 1 to 10 million times the FDA Acceptable Intake limit. Cell survival effects observed by Lin 2001 were at 1 mM NDMA, which is around 300,000 times the potential NDMA blood level in a human, with or without ranitidine (Florian 2021). Additional studies Dr. Panigrahy discussed regarding oxidative stress (Kiziltas 2017), inflammation (Dangtakot 2021;

Boonjaraspinyo 2011), immunosuppression (Desjardins 1992; Jeong 1998), and cell immortalization (Wang 2017) similarly used very high doses of NDMA. The $LD_{50}$ for NDMA in rats is 40 mg/kg (ASTDR 1989), and doses of similar magnitude are likely to cause general toxicity. Thus, these effects are most likely to be secondary to general toxicity and not contributing to a carcinogenic mechanism, based on numerous literature precedents, e.g., chloroform (Templin 1998). In addition, the parameters measured for oxidative stress are not the most appropriate ones to use (Kadiiska 2005). These toxic doses are magnitudes higher than the doses needed to induce tumors in rodents, which are already magnitudes higher than the NDMA levels observed in ranitidine products. Therefore, these processes are not informative to the mechanisms of NDMA carcinogenicity at doses less than the "maximum tolerated dose" and particularly near the threshold level, and certainly not relevant to the NDMA levels seen in ranitidine products. In one study in which lower NDMA levels were also used (Desjardins 1992), a threshold was observed for immune effects: "[n]o visible changes in immunological parameters were noted at the 1 ppm NDMA dose." There is overwhelming evidence, as I outlined above, that NDMA-induced liver tumors in rodents is largely a thresholded, genotoxicity issue related to the level of DNA $O^6$-methyl guanine adducts.

I also point out that many of the studies cited in reference to putative tumor-promoting characteristics of NDMA were *in vitro* studies. For instance, studies by Lin et al. (2001; 1999) — which are used by Dr. Panigrahy to argue NDMA alters cell proliferation, cell death, or nutrient supply — used a fibroblast cell line (a cell type derived from connective tissue, not organ tissue). Dr. Panigrahy also stated, without a reference, that NDMA caused increased levels of what he characterized as "pro-tumorigenic" proteins (TNF-α, IL-1, GM-CSF, and VEGF) in a bile duct cell line, though these proteins do not necessarily contribute to tumor formation and to my

knowledge are not generally referred to as "pro-tumorigenic." It is important here to note that cell lines were used. Cell lines are, by definition, genetically modified to exhibit characteristics consistent with several hallmarks of cancer, such as sustained proliferative signaling, resistance to cell death, and the ability to replicate almost indefinitely (immortality) (Hanahan 2011). Cell lines also almost always differ significantly from cells in the body in terms of metabolism, and most are derived from either cancer or fetal cells. For example, P450 2E1 levels or AGT levels may be much higher or much lower in immortalized cells. In sum, there appears to be little relevance of these *in vitro* cell line results to human health in this case.

Overall, none of these studies provide evidence that NDMA actually promotes tumor formation as a result of these observed non-genotoxic effects. More importantly, none of these proposed mechanisms are relevant to the NDMA levels seen in ranitidine products.

### E. Summary on NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure

1. NDMA itself is a chemically inert molecule. NDMA is metabolized by P450 2E1, both activating and detoxicating NDMA.
2. P450 2E1 is expressed primarily in the liver, and oral NDMA up to at least 100,000 ng/kg in rodents, equivalent to up 7,000,000 ng in a 70 kg human and orders of magnitude higher than levels observed in ranitidine products, undergoes nearly complete first pass metabolism in the liver. This signifies that (i) very little (if any) orally ingested or intragastrically formed NDMA will enter systemic circulation, and (ii) only a fraction of the minor amounts that may enter systemic circulation will be activated in extrahepatic tissues as there is minimal P450 2E1 expression outside the liver.


Contains Confidential Information – Subject to Protective Order

3. Much less than 1% of ingested NDMA reacts with DNA in the liver and only a very minor amount (~0.007%) forms $O^6$-methyl guanine adducts, the DNA methylation product of most concern.
4. AGT rapidly repairs DNA $O^6$-methyl guanine, preventing subsequent damage (e.g., mutations and cancer) at low doses, including the very low doses observed in ranitidine products. AGT is produced throughout the body including in the liver, stomach, esophagus, pancreas, and bladder (with the highest amount in the liver). The AGT activity in extrahepatic tissues that can repair NDMA adducts greatly exceeds the P450 2E1 activity in those tissues that can activate NDMA. Even if the DNA escapes repair before cell division and a mutation occurs following very high doses of NDMA, there are extensive defensive mechanisms downstream to continually mitigate damage that may progress to cancer.
5. Liver cancer is the primary cancer observed in rodents administered very high doses of NDMA, which is consistent with P450 2E1 and AGT tissue expression. The experimental animal evidence does not support that NDMA, even at very high doses, causes tumors of the stomach, esophagus, pancreas, or bladder. There is clear evidence of a threshold for liver tumors in rats treated with lifetime doses of NDMA, with a threshold dose of approximately 30,000 – 80,000 ng/kg/day. This is equivalent to approximately 2,100,000 – 5,600,000 ng of NDMA/day for a lifetime in a 70 kg human, or a total lifetime NDMA dose of 54-143 billion ng. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. The range of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA was 3.9-891 ng


Contains Confidential Information – Subject to Protective Order

(n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data.

6. There are also important interspecies differences that further limit the ability to extrapolate from animals to humans. Compared to mice and rats, humans on average have less P450 2E1 activity (NDMA activation) and greater AGT activity (NDMA repair) in liver and extrahepatic tissues, suggesting rodents are more susceptible to the mutagenic potential of NDMA and at lower equivalent doses than would be expected in humans. There is also interspecies variability in P450 2E1 and AGT activity between humans and larger mammals. Despite these differences, no carcinogenicity has been observed in long-term studies on NDMA in non-human primates, which are expected to be more similar models for humans than rodents. Lastly, no scientific or regulatory organization has classified NDMA as a known human carcinogen, underscoring the conclusion that there is insufficient evidence of carcinogenicity from studies in humans.

7. It is my opinion, to a reasonable degree of scientific certainty, that the scientific evidence does not support the conclusion that potential exposure to the low levels of NDMA from ranitidine ingestion causes any type of cancer.

## X. Ranitidine Preclinical Toxicology Studies Relevant to Carcinogenicity

Overall, there have been dozens of preclinical toxicology studies conducted on ranitidine and the evidence does not support a mutagenic or carcinogenic effect of ranitidine under physiologically relevant conditions. This is reflected in the FDA-approved labeling, which states: "There was no indication of tumorigenic or carcinogenic effects in life-span studies in mice and rats at dosages up to 2,000 mg/kg/day. Ranitidine was not mutagenic in standard bacterial tests (*Salmonella* [*typhimurium*], *Escherichia coli*) for mutagenicity at concentrations up to the


Contains Confidential Information – Subject to Protective Order

maximum recommended for these assays. In a dominant lethal assay, a single oral dose of 1,000 mg/kg to male rats was without effect on the outcome of 2 matings per week for the next 9 weeks" (Zantac Tablets Prescribing Information 2018).

### A. Ranitidine Long-Term & Carcinogenicity Animal Studies

Early safety assessment studies at GSK showed that there was no carcinogenicity observed in long-term studies in rats, mice, and dogs treated with ranitidine. As stated by the FDA in the approval for the initial Zantac NDA, a review of the "carcinogenicity studies did not give any indication that ranitidine was tumorigenic" (FDA Summary Basis of Approval for Zantac NDA 18-703).

The safety of ranitidine has been extensively tested in animals. I have reviewed the approximately one dozen studies with hundreds of rats, mice, and dogs — conducted over three decades — which all showed no evidence for cancer resulting from ranitidine. These were robust studies, involved both sexes of animals, and many were done under Good Laboratory Practices (GLP) guidelines. Ranitidine was administered for lifetime (rodents, 2 years) and long-term (dogs, 7 years) durations which is substantially longer than any equivalent exposure in humans. Nevertheless, the rodents did not develop cancer, suggesting whatever dose of NDMA was present was not sufficient to induce cancer in even a sensitive species. The strength of these findings is compelling because the studies are substantially longer than any equivalent exposure in humans. Furthermore, doses were much higher than human therapeutic doses, and in some studies the dose was as high as 2,000 mg ranitidine/kg body weight/day, which is 500-1,000 times higher than human doses (i.e., 150-300 mg ranitidine in a 70 kg adult or 2-4 mg/kg). Other long-term studies have been conducted on dogs which yield consistent results.

The only treatment-related effect observed with long term administration of high doses of ranitidine was gastric carcinoids in some female Sprague-Dawley rats (a species and sex


Contains Confidential Information – Subject to Protective Order

susceptible to this type of lesion) (GSK Report WPT/93/096; GSK Report WPT/94/381; Astra Study 610-184M; Astra Study 610-184S). Gastric carcinoids were also observed with famotidine (H2RA) and omeprazole (proton pump inhibitor (PPI)) treatment and at higher frequencies than seen with ranitidine. This lesion was attributed to prolonged hypergastrinemia, which is a result of the higher stomach pH afforded by all long-term acid suppressive treatments when administered at very high doses and prolonged durations; this also occurs with certain disease states associated with higher stomach pH. In addition to not being a unique consequence of ranitidine treatment, gastric carcinoids are not associated with NDMA carcinogenicity in rats (Peto 1991). In contrast, liver cancer is the primary cancer observed in rodents administered high doses of NDMA, but is not observed in animals administered high doses of ranitidine. In the long-term dog studies, there was no impairment of gastric secretory capacity.

Additionally, some of the ranitidine tablets were stored for 24 months before use in the dog studies, which is relevant to exogenous NDMA formation, with levels increasing over time (*vide supra)*. In many of the animal studies, ranitidine was administered in the diet and water along with nitrite and nitrate, and therefore the carcinogenicity of potential endogenous formation of nitrosamines from ranitidine was assessed in these studies. Furthermore, all of the rodent strains used in these studies are known to be sensitive to the potential carcinogenic effect of nitrosamines (GSK Report PATH/81/269; GSK Report PATH/80/247; Labuc 1982; Klaunig 1988). Table 5 summarizes the long-term animal studies on ranitidine; I have reviewed these files and concur with the conclusions.


Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| **Ranitidine Hydrochloride (Zantac®)** | | | |
| GSK Report PATH/81/269 (Study CAR 009) | C57BL Mice | Oral (diet)<br>200, 450 & 1000 mg/kg/day<br>104-106 weeks (2 years)<br>n=300 | • "No evidence was found to suggest that ranitidine hydrochloride is tumorigenic in mice: in particular, no gastric neoplasia was seen." |
| GSK Report PATH/80/247 (Study CAR 010) | C57BL Mice | Oral (diet)<br>100, 450 & 2000 mg/kg/day<br>114 weeks (2 years)<br>n=300 | • "No evidence was found to suggest that ranitidine HCl is tumorigenic in mice: in particular no gastric neoplasia was seen." |
| GSK Report A&H 88/801075 | Sprague-Dawley Rats | Oral (diet)<br>100, 450 & 2000 mg/kg/day<br>125-129 weeks (2 years)<br>n=300 | • "As a result of administering ranitidine orally to rats at levels of up to 2000 mg/kg/day for their normal lifespan, it was concluded that the compound is neither tumorigenic nor carcinogenic." |
| GSK Report WPT/94/381 (Study R13529) | Sprague-Dawley Rats (female) | Oral (gavage or diet)<br>11.25 & 2000 mg/kg/day<br>104 weeks (2 years)<br>n=160<br><br>[also administered famotidine & omeprazole to 160 rats each] | • Gastric carcinoids observed in ranitidine (0/60 low dose; 4/60 high dose), famotidine (0/60 low dose; 19/60 high dose), and omeprazole (1/60 low dose; 24/60 high dose) treated rats, although the increase was only statistically significant ($p<0.01$) for high dose famotidine and omeprazole.<br>• "This study confirms the association in the rat between acid suppression, hypergastrinaemia and gastric carcinoids. Carcinoids were induced at the low dose of omeprazole and at the high dosage with all three agents. As anticipated, the effects seen were related to the potency and the duration of action of the compounds, and to their method of administration." |
| Astra Study 610-184M [Havu 1990] | Sprague-Dawley Rats (female) | Oral (diet or diet/gavage)<br>2000 mg/kg/day<br>107 weeks (2 years)<br>n=200 | • Gastric carcinoids: 32/200 ranitidine vs. 2/100 controls<br>• "In conclusion, the long-term treatment with ranitidine in rats showed the same ECL cell changes, inclusive carcinoids, as known for studies with other acid secretion inhibitors. It was also considered that these changes were a consequence of prolonged |

[23] In all studies except for GSK Report WPT/89/196, there was also a control group that received no ranitidine. The number treated in the chart reflects ranitidine treated animals and not the additional control group.

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| | | | hypergastrinemia in an animal species predisposed to endocrine ECL cell changes." |
| Astra Study 610-184S | Sprague-Dawley Rats (female) | Oral (diet or diet/gavage)<br>2000 mg/kg/day<br>107 weeks (2 years)<br>n=220 | • Gastric carcinoids: 19/220 ranitidine vs. 0/160 controls<br>• "The present study show that treatment of rats for two years with ranitidine results in the development of gastric ECL-cell carcinoids. The results provide further support for the gastrin mechanism, i.e. that the development of ECL-cell carcinoids in the rat gastric mucosa is a consequence of prolonged hypergastrinaemia and is not a unique effect of any individual acid-inhibiting drug." |
| GSK Report WPT/89/196 (Study SAD098) [Spurling 1989] | Beagle Dogs | Oral (tablets)<br>50 mg/kg/day<br>397 weeks (7.6 years)<br>n=4 | • "No treatment related effects on the gastrointestinal tract were seen; indeed no findings of toxicological significance or tumours were seen in any organ…. No metaplastic or dysplastic changes were seen in any region of the stomach..." |
| GSK Report WPT/89/306 (Study SAD112) [Spurling 1989] | Beagle Dogs | Oral (tablets)<br>10 mg/kg/day<br>372 weeks (7 years)<br>n=12 | • Malignant tumors: 2/12 ranitidine vs. 4/12 controls<br>• "A number of non-neoplastic and neoplastic lesions were seen in treated and control dogs. These were not treatment related and were not unusual in view of the age of the animals…. No metaplastic or dysplastic changes were seen in any region of the stomach…" |
| **Ranitidine Bismuth Citrate (Tritec®)** | | | |
| GSK Report WPT/93/096 (Study R12404) | Sprague-Dawley Rats | Oral (diet)<br>80, 200 & 400-500 mg/kg/day<br>104 weeks (2 years)<br>n=360 | • "The only treatment related neoplasia was a single carcinoid in the fundic stomach in a high dose female. This is considered to be non-genotoxic in origin and to represent no undue hazard in the clinical use of GR122311X [ranitidine bismuth citrate]." |


Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| GSK Report WPT/93/122 (Study M12403) | B6C3F1 Mice | Oral (diet) 160, 400 & 1000 mg/kg/day 104 weeks (2 years) n=360 | • "GR122311X [ranitidine bismuth citrate] was not oncogenic in mice…. Post mortem examination showed no effect on the type or incidence of neoplasia." |
| GSK Report WPT/93/201 (M13040) | B6C3F1 Mice | Oral (diet) 160, 400 & 1000 mg/kg/day 104 weeks (2 years) n=306 | • "GR122311X [ranitidine bismuth citrate] was not oncogenic in mice…. Post mortem examination showed… no effect on the type or incidence of neoplasia." |

Table 5. Summary of Long-Term Animal Studies on Ranitidine.

Plaintiffs' experts have several criticisms of the long-term animal studies on ranitidine in an attempt to explain why carcinogenicity was not observed. For instance, they claim that the use of polymorph 1 form of ranitidine rather than the ultimately marketed polymorph 2 form of ranitidine is a limitation with respect to NDMA formation. In the solid state, ranitidine exists in more than one "polymorph" or "crystal form" based on certain intermolecular bonds. However, there is no evidence that polymorph 1 form has significantly different NDMA levels than polymorph 2 form. Moreover, polymorph 2 was found to be "thermodynamically more stable" than polymorph 1 (GSK Report WAP/86/006). Finally, the polymorphic form of ranitidine is not relevant to potential endogenous formation of NDMA, as the crystal form of a drug does not remain intact once dissolved in liquids such as saliva or gastric juice.

With respect to endogenous formation of NDMA, Plaintiffs' experts opine that because the vitamin E content in the diets of these studies was not taken into account, the potential for inhibition of nitrosamine formation was not considered. Plaintiffs' experts also claim that the vitamin E provided to the animals was especially high, though there is no indication that vitamin E was given in excess of what typically would have been given. Across these eight studies on


Contains Confidential Information – Subject to Protective Order

ranitidine hydrochloride, seven different diets were given. Around the time these studies took place, the recommended dietary level of α-tocopherol (one form of vitamin E) in experimental rat and mouse diets was determined by the Medical Research Council (a UK governmental body) to be 60 mg/kg (Clarke 1977). As these studies were conducted in the UK, I would expect that these various diets' vitamin E levels were formulated to provide about 60 mg/kg in order to prevent deficiencies. Dietary deficiencies in vitamin E would ideally be avoided as they may result in untoward effects, such as reproductive disorders in the rat (Clarke 1977), and potentially interfere with study results.

Because studies have shown that plasma levels of vitamin E in either rats administered 40-60 mg/kg of vitamin E or mice administered 20-30 mg/kg vitamin E do not differ from—or are lower than—the levels in humans (Jiang 2001), it is very unlikely that the mice and rats in the ranitidine carcinogenicity studies absorbed more vitamin E through their diet than a typical person does through his or hers. If vitamin E were inhibiting endogenous nitrosation and NDMA formation in the ranitidine carcinogenicity studies, this inhibition would similarly be occurring in the human body.

Also, in the context of endogenous nitrosation, Plaintiffs' experts discussed the rat carcinogenicity study in which 2.2 mg/kg of nitrite was measured in feed (GSK Report A&H 88/801075). Dr. Melnick used this single value to calculate that the rats—if hypothetically they had eaten an entire day's worth of feed in a single sitting—would achieve no more than 0.23 mM nitrite in their stomachs (note that this concentration is already in the upper range of physiologic nitrite in humans, which is 0.1-0.3 mM). This is inaccurate and would be an underestimation as it fails to take both dietary and drinking water nitrate into account, which Dr. Melnick himself stated can be transformed in the body to nitrite. Additionally, for one mouse carcinogenicity study, nitrite


Contains Confidential Information – Subject to Protective Order

content in food reached levels as high as 7.8 mg/kg (GSK Report PATH/81/269), almost 3-fold higher than this 2.2 mg/kg value Plaintiffs' experts selectively discussed. Thus, again, there is no reason to suspect that any theoretical *in vivo* nitrosation that may have occurred in these carcinogenicity studies would have been any different than what would occur in the human body.

GSK's long-term animal studies provided evidence that ranitidine is not carcinogenic. The studies were comprehensive, and the use of multiple species further ensured sensitivity in detecting tumors. The removal of vitamin E from feed or further addition of nitrate or nitrite to feed or water would not have provided any added value in terms of being informative of human cancer outcomes.

### B. Ranitidine Genotoxicity & Mutagenicity Studies

A summary chart on the genotoxicity and mutagenicity results of ranitidine is included in Appendix B.

#### i. Ranitidine

Several studies have evaluated the mutagenicity of ranitidine, including a battery of tests performed as part of the FDA approval for the initial new drug application (NDA) 18-703. This included an *in vitro* bacterial mutagenicity assay known as the Ames test, which tested ranitidine at high concentrations, with and without metabolic activation, in several bacterial strains (GSK Study D1031/GSK Report PATH/80/240). Ranitidine was not mutagenic at concentrations of 0.09-30 mg/plate (i.e., 0.09-29 mM ranitidine) in *Salmonella typhimurium* strains TA98, TA100, TA1537, and TA1538 or 0.03-9 mg/plate (i.e., 0.03-9 mM ranitidine) in *Escherichia coli* strains WP2 and WP2 uvrA. All concentrations tested were in great excess of the peak blood concentrations of ranitidine (0.0017-0.0034 mM) obtained after a therapeutic 150-300 mg dose (Zantac Tablets Prescribing Information 2018). Inconsistent, weakly positive results were obtained in the Ames test in some experiments at 20-30 mg/plate in *S. typhimurium* TA1535 and at 9-30 mg/plate in *E. coli* WP67, although no mutagenicity was observed in either strain in the more


Contains Confidential Information – Subject to Protective Order

sensitive microtiter fluctuation assay. Sometimes false positives are seen in the Ames test, but the fluctuation test is known to be more accurate and is used to check the reliability in specialized cases.

GSK investigators concluded: "The weak direct mutagenic effect of ranitidine is of no biological significance because of the relatively huge concentrations of drug involved, many thousands of times greater than that attained in human plasma after effective anti-secretory doses of the drug…. There is no reason to believe that ranitidine or any or its metabolites is mutagenic in a way that might be expected to lead to a toxic action of any kind in animals or man." This conclusion is similar to the FDA's in their Summary Basis of Approval: "In the Ames tests for mutagenicity weakly positive results were inconsistently obtained in *S. typhimurium* TA1535 and *E.coli* WP67 at concentrations of 20 to 30 mg/plate, which are in excess of recommended maximum concentrations for these assays (up to 5 mg/plate) and greatly in excess of any concentration that is possible in the human body at therapeutic doses. Also, there was no mutagenicity demonstrable in the more sensitive microtiter fluctuation test using either TA1535 or WP67. The metabolites of ranitidine were negative in the Ames test…" (FDA Summary Basis of Approval for Zantac NDA 18-703). FDA noted the recommended maximum concentrations for these assays is 5 mg/plate (a concentration in which no mutagenicity was observed in any strain), which is supported by FDA and international guidelines (FDA Guidance for Industry ICH S2A 1996 & ICH S2(R1) 2012; Gatehouse 1994). Concentrations > 5 mg can be toxic, and historically few if any compounds have been shown to be mutagenic at > 5 mg but not at the lower concentrations. Furthermore, the weakly positive results were observed in the absence of metabolic activation (S9 mix) and therefore could not be a consequence of NDMA, which requires metabolic activation for its mutagenic effect. In contrast to the ranitidine results, NDMA (in the presence of

metabolic activation) is strongly mutagenic in several strains in the Ames test (Bartsch 1976; Prival 1979; Araki 1984). Additional early studies by GSK found that high doses of ranitidine (up to 16-32 mM) were not mutagenic in several bacterial (Ames and fluctuation tests) and yeast mutagenicity assays (GSK Report PATH/77/153; GSK Report PATH/78/172).

Several additional *in vitro* studies on ranitidine have reported no genotoxic or mutagenic effect, including human cell-based genotoxicity assays (Hastwell 2009), bacterial mutagenicity assays (De Flora 1981 letter/De Flora 1983; Okumura 1984; Franekic 1989), assays measuring bacterial response to genotoxicity (Ozhan 2003), yeast mutagenicity assays (Franekic 1989), DNA fragmentation studies in Chinese hamster ovary cells (Maura 1983; Brambilla 1985), and an unscheduled DNA synthesis assay in rabbit gastric mucosa cells (Fryklund 1992). One study by Martelli et al. evaluated unscheduled DNA synthesis (UDS) in rat liver cell cultures and reported "[r]anitidine (3.3 mM) by itself was weakly positive only in one experiment" out of three experiments (Martelli 1983). The authors acknowledged there was substantial variability in results between experiments for all tested treatments and that this is often observed with this UDS test, which is a limitation of the assay. This highlights the importance of replication and that results must be considered in totality. In addition, the ranitidine concentration used (3.3 mM) was approximately 2,000-fold greater than the maximum blood concentration (0.0017 mM) obtained after a ranitidine 150 mg dose (Zantac Tablets Prescribing Information 2018). Furthermore, NDMA was used as the positive control in the study and had a substantially greater effect on UDS than ranitidine alone (32.3-50.7 grains/nucleus with NDMA vs. 3.0-8.6 grains/nucleus with ranitidine). Overall, this study neither demonstrates a genotoxic effect of ranitidine nor an indication that NDMA was a substantial impurity in ranitidine.


Contains Confidential Information – Subject to Protective Order

GSK also performed several *in vivo* animal mutagenicity and genotoxicity studies. These studies administered high doses of ranitidine to animals (up to 1,000 mg/kg) and subsequently performed genotoxicity assays in certain organ systems following treatment. No evidence of genotoxicity of ranitidine was found in an *in vivo* dominant lethal assay in male rats (GSK Report PATH/79/229), a bacterial mutagenicity assay (Ames test) of mouse urine (GSK Report PATH/80/240), a cytogenetic study in mouse spermatogonial cells (GSK Report WPT/83/037), a micronucleus test in mouse bone marrow cells (GSK Report WPT/83/056), an unscheduled DNA synthesis assay in rat gastric mucosa cells (GSK Report WPT/90/079 (Burlinson 1990)), or a sex-linked recessive lethal study in fruit flies (GSK Report WPT/86/029). Several other *in vivo* studies in mice and rats also demonstrated no genotoxic effect of ranitidine at high doses, including sister chromatid exchange (Brambilla 1983) and micronucleus tests (Okumura 1984) in mouse bone marrow cells and DNA fragmentation studies in rat liver and gastric mucosa cells (Brambilla 1983).

Three *in vivo* human studies have performed bacterial mutagenicity assays of human gastric juice or urine following ranitidine ingestion and have reported no mutagenic effect (GSK Report PATH/80/235; De Flora 1983; O'Connor 1987). In a study conducted by GSK, bacterial mutagenicity assays of gastric juice samples were negative following administration of ranitidine 150 mg to two healthy volunteers (GSK Report PATH/80/235). Urine samples from one of the volunteers was also assayed and showed no mutagenicity. De Flora et al. collected fasting human gastric juice samples from four individuals two hours after ingestion of ranitidine 150 mg tablets and from four untreated individuals (De Flora 1983). The Ames test was conducted using six *S. typhimurium* strains (TA97, TA98, TA100, TA1535, TA1537, and TA1538), with and without S9 mix, and "[g]astric juice samples from fasting individuals treated with ranitidine were devoid of


Contains Confidential Information – Subject to Protective Order

mutagenic activity." O'Connor et al. assessed mutagenicity in fasting gastric juice samples of 18 peptic ulcer patients before and during the final week of treatment with ranitidine 150 mg twice daily (n=10) or cimetidine 400 mg twice daily (n=8) (O'Connor 1987). Individuals were treated for an average of 8 weeks (range: 4-20 weeks) and mutagenicity was assessed using a modified fluctuation test (*S. typhimurium* strains TA98 and TA100) that incorporated stringent experimental procedures. "No significant change was detected in the mutagenic activity of fasting gastric juice following treatment for peptic ulceration with either cimetidine or ranitidine." The authors concluded: "These results provide no evidence that increased intragastric levels of genotoxic chemicals, such as N-nitroso compounds, occur during H2-receptor antagonist therapy." The advantage of the human studies is that they represent realistic conditions following therapeutic doses.

In conclusion, the mutagenicity testing on ranitidine has been extensive and the results do not support a mutagenic effect of ranitidine. Furthermore, because these findings demonstrate that ranitidine was not mutagenic, the studies would not have generated any signal that a mutagenic impurity, including NDMA, was present.

**ii. Ranitidine + Nitrite**

In addition to mutagenicity testing of ranitidine alone, several studies have evaluated the mutagenicity of ranitidine in the presence of nitrite. As part of the initial NDA, GSK evaluated the mutagenicity of ranitidine 10 mM incubated with nitrite 0.15-40 mM in acidic conditions (6% acetic acid, pH 2.6) under WHO Nitrosation Assay Procedure (NAP) standard (nitrite 40 mM) and modified (nitrite 0.15, 1.5, 7.5, and 15 mM) conditions (GSK Study D164 (Brittain 1981)). The WHO recognized that the nitrite levels used in the standard assay (40 mM) were in substantial excess of physiological gastric levels, and the lowest nitrite levels tested by GSK (0.15 mM)


Contains Confidential Information – Subject to Protective Order

represented the upper end of nitrite levels in the stomach after a nitrite rich meal (*vide supra*). The reaction solution of ranitidine 10 mM + nitrite 40 mM was not mutagenic in the Ames test in *S. typhimurium* TA1537 or *E. coli* WP67 and WP2 uvrA. In *S. typhimurium* TA1535 (the most sensitive strain to *N*-nitroso compounds), ranitidine 10 mM + nitrite 40 mM elicited a positive mutagenic response, both in the presence and absence of metabolic activation, at a reaction time of 1 hour, but not 4 hours. Furthermore, there was no mutagenicity observed at lower nitrite concentrations of 0.15-15 mM. When incubated in human gastric juice instead of 6% acetic acid, no mutagenicity was observed until both the ranitidine and nitrite concentrations were increased to 40 mM (GSK Report PATH/80/235).

Based on the results, GSK performed evaluations of the chemical reaction between ranitidine and nitrous acid in weakly acidic conditions and confirmed the chemical structures using X-ray crystallography and thin layer chromatography (GSK Study D164, BIO/80/11, & CR/368/81). At lower nitrous acid concentrations (≤1 molar equivalent), the reaction yielded an unstable nitrolic acid derivative (Fig. 49), which further decomposed to yield a basic furfuryl alcohol and a dihydrothiazine derivative. At excess nitrous acid concentrations, the reaction further yielded a *N*-nitroso nitrolic acid derivative, which was unstable except in the presence of excess nitrous acid and rapidly reverted back to the nitrolic acid. These four products of ranitidine nitrosation were then specially prepared in the laboratory and assayed for mutagenic activity by the Ames test in *S. typhimurium* TA1535 and TA1537. The only mutagenic product was the *N*-nitroso nitrolic acid derivative in *S. typhimurium* TA1535, which was mutagenic without metabolic activation at concentrations of 0.03-0.72 mg/plate but not at lower concentrations of 0.001-0.009 mg/plate.


Contains Confidential Information – Subject to Protective Order




Fig. 49. The reaction between ranitidine and nitrous acid (GSK Study D164; Brittain 1981).

NDMA was not identified as a nitrosation product in these studies. Even if NDMA had formed and was not detected, the positive results could not be contributed to NDMA because mutagenicity was observed in the absence of metabolic activation and further "metabolic activation with liver microsomal enzymes does not affect the result." Under standard WHO NAP conditions (ranitidine 10 mM + nitrite 40 mM for 1 hour) in *S. typhimurium* TA1535, there were 108 revertants (mutations)/plate without S9 mix and 79 revertants/plate with S9 mix (compared to the control of 19.7-23.3 revertants/plate), demonstrating the lack of an added effect of the liver enzymes (GSK Study D164). As described above, mutagenicity from NDMA is only observed in the presence of liver microsomal enzymes (e.g., S9 mix).


Contains Confidential Information – Subject to Protective Order

GSK concluded that the mutagenicity observed from the reaction of ranitidine 10 mM and excess nitrite 40 mM was attributable to the *N*-nitroso nitrolic acid derivative, which "cannot be formed under any probable physiological conditions" and therefore, "there is no reason for supposing that ranitidine is likely to be mutagenic in animals or man as a consequence of its nitrosation in the stomach." FDA's Summary Basis of Approval for ranitidine similarly states: "Although N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine. For this reason, and also because ranitidine was not carcinogenic in life-span studies in rodents, the in vitro nitrosation of ranitidine to a mutagenic nitrosamine does not seem to have practical clinical significance…. The reaction mixture was not mutagenic in *S. typhimurium* TA 1535 when the concentration of sodium nitrite was 15 mM or less… The concentration of 15 mM of sodium nitrite is 50 times the concentration achieved in the human stomach after ingestion of a dose of sodium nitrite six times the avg. daily consumption" (0.3 mM) (FDA Summary Basis of Approval for Zantac NDA 18-703). Overall, although this mutagenic nitrosated product of ranitidine was observed in laboratory settings, the FDA approved ranitidine, acknowledging the nitrite levels needed to generate this product were unrealistically large and clinically insignificant. As described in earlier sections of this report, this can be understood in the context of the two main features of toxicology: (i) hazard identification and (ii) risk characterization (section IV.A).

Several independent investigators have also evaluated the mutagenicity or genotoxicity of ranitidine combined with nitrite. De Flora et al. reported that mixing a high concentration of nitrite with ranitidine (or cimetidine) formed products, possibly *N*-nitrosamines, that produce mutations in the Ames test in some (but not all) *S. typhimurium* and *E. coli* bacterial tester strains (De Flora

1981 letter/De Flora 1983). Although the reaction products were not identified, the production of the mutations in the bacterial system did not require the addition of cytochrome P450 enzymes (e.g., liver S9 fraction), which is required if NDMA were the chemical causing the mutations. The authors discuss their results being inconsistent with the effect of NDMA, stating: "[p]reincubation with bacteria and S-9 mix, which is necessary for demonstrating the mutagenicity of dimethylnitrosamine [NDMA] did not influence the metabolic effects described" (De Flora 1981).

Brittain et al. responded, pointing out that the nitrite level used by De Flora (1981) "of 71 mmol/l [mM] is about 20,000 times that likely to be expected in fasting human juice and 300 times that after a nitrite rich meal" (Brittain 1981). In the fully published study, De Flora et al. "agree[d] about the requirement for a molar excess of nitrite over ranitidine to yield the mutagenic derivative, which appears to be an unrealistic situation in human stomach after administration of the drug" (De Flora 1983). They reported the "optimal reaction occurs in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine," but in the human stomach after a therapeutic dose of ranitidine and a nitrite rich meal, the molar concentration of nitrite (≤ 0.3 mM) would not be expected to exceed the ranitidine concentration (~ 1 mM). The authors also found their findings to be consistent with the presence of the *N*-nitroso nitrolic acid derivative (Fig. 49), shown only to exist following treatment of ranitidine with excess nitrous acid under non-physiological conditions. The De Flora studies on ranitidine also showed mutagenic effects from the reaction of cimetidine and famotidine with nitrite, further illustrating that NDMA was not the predicted product since the chemical structures of cimetidine and famotidine are different from ranitidine (Fig. 17, section V.A.) (De Flora 1981 letter; De Flora 1983; De Flora 1986).

As described above, the De Flora (1983) study also performed mutagenicity assays on samples of fasting gastric juice following ingestion of ranitidine 150 mg tablets in humans. The


Contains Confidential Information – Subject to Protective Order

authors reported: "Gastric juice samples from fasting individuals treated with ranitidine were devoid of mutagenic activity, and the addition of nitrite to these samples was also without a reproducible effect." On the other hand, nitrite itself in human gastric juice was found to be mutagenic in certain bacterial strains (*S. typhimurium* TA1537 and TA97) irrespective of ranitidine treatment, which has also been shown in other studies (Gatehouse 1982). This adds another layer of complexity to these studies because not only does the mutagenic effect of nitrite need to be isolated from that of the drug with nitrite, but also "the resulting risk should be related to the normal background of nitrosated compounds in the gastric environment, since potentially nitrosatable compounds are ubiquitous in the diet" (De Flora 1983).

Several other published studies on ranitidine combined with nitrite have reported mutagenic or genotoxic effects at supraphysiological nitrite concentrations, including *in vitro* bacterial mutagenicity assays (Franekic 1989), assays measuring bacterial response to genotoxicity (Ozhan 2003), yeast mutagenicity assays (Franekic 1989), DNA fragmentation in Chinese hamster ovary (CHO) cells (Maura 1983; Brambilla 1985), and unscheduled DNA synthesis in rat liver cells (Martelli 1983). Similar conclusions were made in *in vivo* studies assessing DNA fragmentation in rat liver and gastric mucosa cells and sister chromatid exchange in mouse bone marrow cells (Brambilla 1983). In contrast to the Ames bacterial mutagenicity test, these other assays measure less generally applied genotoxicity endpoints.

In the *in vitro* studies, genotoxicity of nitrosated ranitidine was largely observed in the absence of metabolic activation, arguing against NDMA as the causative agent. Other than the study conducted by GSK (GSK study D164/Brittain 1981), Maura et al. was the only other study to investigate the specific nitrosated ranitidine product generated (Maura 1983). Using thin layer chromatography (TLC), the authors concluded the nitrosation product formed was likely the *N*-


Contains Confidential Information – Subject to Protective Order

nitroso nitrolic acid derivative and that there was no evidence of NDMA formation. Furthermore, they discussed "the DNA fragmentation observed cannot be attributed to DMN [another abbreviation for NDMA], known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells."

In addition to a lack of a signal for endogenous NDMA formation from these studies, the positive results were dependent on certain conditions, notably an acidic environment (~pH 2-3) and an excess molar ratio of nitrite-to-ranitidine. As the mechanism of action of ranitidine depends on its ability to raise the pH of the stomach, the gastric pH is likely to be higher in treated individuals. Most importantly though, the very high nitrite levels used in these studies, as well as the excess nitrite relative to the ranitidine dose, would not be observed in the human body and therefore the results are not clinically significant. Many of the investigators concluded that the nitrite concentrations used in their studies were substantially higher than physiological levels in the human stomach (on the order of hundreds to thousands) and therefore the nitrosamine formation from ranitidine, and any related mutagenicity, should be absent under therapeutic conditions (see Appendix B) (GSK study D164/Brittain 1981; Brambilla 1983; De Flora 1983; Maura 1983; Martelli 1983; De Flora 1986; Franekic 1989). This is in agreement with my opinion, as well as that of the FDA, who recently stated: "nonclinical mutagenicity studies with ranitidine from the early 1980s had used excessive nitrite concentrations, leading to questionable clinical relevance, as commented on by the authors of those studies" (Gao 2021).

### C. Summary on Ranitidine Preclinical Toxicology Studies

Overall, the preclinical toxicology testing on ranitidine was extensive and the evidence does not support a mutagenic or carcinogenic effect of ranitidine. Based on the recent evidence that NDMA can form from a slow degradation of the ranitidine molecule over time (King 2020), it is likely that NDMA contamination was present in at least some of the ranitidine samples used


Contains Confidential Information – Subject to Protective Order

in these studies. However, the level of NDMA was clearly too low to produce a mutagenic or carcinogenic effect, even in studies in which the animals were dosed for a lifetime with high doses of ranitidine (up to 2,000 mg/kg/day). This correlates with my opinion above that the levels of NDMA recently found in ranitidine products are orders of magnitude lower than the levels associated with liver tumors in rodents. The lack of an observed toxicological effect further adds to the existing data on why exogenous NDMA formation in ranitidine products was not reasonably foreseeable.

While a mutagenic effect was observed in genotoxicity studies on ranitidine with excess nitrite, (i) this only examines the potential endogenous formation of nitrosamines, not exogenous formation; (ii) the positive findings were largely observed in the absence of metabolic activation, implying NDMA could not be the causative agent; and (iii) the unrealistically large amount of nitrite used in these studies was substantially higher than physiological levels in the human stomach and thus not clinically relevant to therapeutic conditions. Furthermore, even if endogenous formation of NDMA were indeed occurring, the long-term animal studies using high ranitidine doses for lifetime durations demonstrate that this does not result in a carcinogenic effect.

It is worthwhile to note that no scientific or regulatory organization has evaluated and classified ranitidine as a known or probable carcinogen in any species (e.g., there is no IARC or NTP monograph on ranitidine) due to the repeated lack of mutagenic or carcinogenic effect observed since it was initially developed. It is my opinion, to a reasonably degree of scientific certainty, that the preclinical toxicology studies do not support the conclusion that clinically relevant doses of ranitidine cause mutations or cancer.


Contains Confidential Information – Subject to Protective Order

## XI. Ranitidine and Potential Endogenous Formation of NDMA

The potential endogenous formation of NDMA after ingestion of ranitidine has been studied in several *in vitro* and human studies. Overall, there is no reliable or consistent evidence that ranitidine can endogenously form NDMA in the human body.

### A. *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid

*In vitro* studies may be used to understand the *potential* for endogenous formation of NDMA in the stomach, "however, *in vitro* nitrosation studies cannot accurately define the conditions under which biological nitrosation takes place in the mammalian body" (WHO Symposium 1978). In simple terms, a test tube cannot be a substitute for the complexities of the human body. These studies often do not account for the pharmacokinetic (ADME) properties or pharmacodynamic interactions (e.g., interactions with other substances in the body that may compete, enhance, or inhibit reactions) of a chemical. They also often use non-physiological conditions, including excess drug and nitrite concentrations, excess nitrite relative to drug, and prolonged reaction times. The drug (10 mM) and nitrite (40 mM) concentrations recommended in the WHO nitrosation assay procedure (NAP) test were intentionally high in order to "provide an adequate excess of nitrite to promote the reaction, and the absolute concentrations are appropriate to the sensitivity of some available methods for quantitative estimation of resulting N-nitroso compounds" (WHO Symposium 1978). In other words, these concentrations were not attempting to simulate realistic conditions. The concentration of a therapeutic oral dose of 150 mg of ranitidine in the stomach is approximately 1 mM when ingested with a meal (gastric juice volume ~500 mL) to 10 mM when ingested during fasting conditions (gastric juice volume ~50 mL) (Tanner 1982 (GSK Report WBP/82/011); Gillatt 1985). Nitrite levels have been measured in human gastric juice and are in the range of 0.001-0.03 mM for fasting conditions and up to a maximum of 0.1-

0.3 mM following a nitrite or nitrate rich meal (Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Mueller 1986; Sobala 1991; Xu 1993; Mowat 1999; Brambilla 2007; Gao 2021). Nitrite levels following ranitidine ingestion (combined fasting/fed) have also been reported, with average concentrations of 0.003-0.03 mM and a range of <0.001-0.22 mM (Garcia del Risco 1984; Thomas 1987; Houben 1996). Therefore, the nitrite-to-ranitidine molar ratio expected in the human stomach after an oral 150 mg dose ranges from a low of 0.001 mM:10 mM in fasting conditions (i.e., 0.0001:1 or 1:10,000) to a conservative maximum of 0.3 mM:1 mM after a nitrite rich meal (i.e., 0.3:1 or 1:3). Thus, under realistic conditions, the nitrite concentrations are below the ranitidine concentrations on a molar basis and usually on the order of hundreds to thousands times lower (unlike the WHO NAP test where nitrite is 4x greater). Furthermore, the pH of the stomach increases following a meal. Thus, a nitrite or nitrate rich meal will raise the gastric pH in addition to the gastric nitrite concentration. As pH increases, the proportion of protonated nitrite ($HNO_2$) decreases, which is the nitrite species necessary for nitrosamines to form (*vide supra*) (Mirvish 1970; Mirvish 1975; Gao 2021). Simply put, a higher nitrite concentration in the setting of a higher pH does *not* mean more NDMA will form since there will be less protonated nitrite available. Lastly, the reaction times for these experiments range from 1-24 hours. Following an oral dose of ranitidine, peak blood levels occur within 1-3 hours and the elimination half-life is 2.5-3 hours (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). Therefore, most of the ranitidine is out of the stomach within a few hours. Even if some of ranitidine is in the stomach 1-3 hours after the dose, certainly the whole dose is not there (which is what these experiments are testing) as a drug is emptied from the stomach throughout the digestive period (Gao 2021).

**i. Tanner 1982**


Contains Confidential Information – Subject to Protective Order

As part of the mutagenicity testing for the initial NDA, GSK evaluated the mutagenicity of ranitidine (10 mM) + nitrite (0.15-40 mM) in acidic conditions and found a mutagenic effect only at the highest nitrite concentrations (40 mM) (*vide supra*) (GSK Study D164; Brittain 1981). Using X-ray crystallography, they determined the nitrosation product formed at the supraphysiological nitrite levels was the *N*-nitroso nitrolic acid derivative. A later independent study by Maura et al. came to the same conclusion regarding this nitrosation product using thin layer chromatography (Maura 1983).

In a subsequent study in 1982, GSK (Glaxo at the time) conducted an *in vitro* study specifically testing whether NDMA can be formed from the reaction of ranitidine with nitrite in acidic conditions (Tanner 1982 (GSK Report WBP/82/011)). This experiment was conducted as there was published literature on the formation of NDMA under certain conditions with nitrite and other drugs containing dimethylamino groups. Ranitidine was incubated with sodium nitrite ($NaNO_2$) in 10 mL of 6% acetic acid or gastric juice for 4 hours at 37 °C. Several concentrations of ranitidine and $NaNO_2$ were tested (Table 6). Control incubations without drug were also carried out with each experiment and NDMA content was determined by gas chromatography-mass spectrometry (GC-MS). The investigators reported: "NDMA was formed in 3.1% yield, based on ranitidine hydrochloride, in the WHO NAP test, (40 mM nitrite, 10 mM ranitidine, 6% acetic acid). The yield decreased to 0.74% when the test conditions were modified by increasing the drug concentration to 40 mM. Further in vitro incubations were carried out in gastric juice at pH 3 and in 6% acetic acid. These reactions simulated the concentrations of ranitidine (1 mM) and nitrite (0.3 mM) expected in the human stomach after oral administration of 150 mg drug and ingestion of a nitrite rich meal. Analyses of the extracts of these incubations gave a weak signal similar to that observed from a control incubation without drug."


Contains Confidential Information – Subject to Protective Order

| Conditions | Ranitidine + Sodium Nitrite | Medium | NDMA Formation |
|---|---|---|---|
| Physiological | 1 mM + 0.3 mM | Gastric Juice (pH 3) | Similar to control |
| | 1 mM + 0.3 mM | 6% Acetic Acid | Similar to control |
| Supraphysiological | 10 mM + 40 mM | 6% Acetic Acid | 232,000 ng (3.1% yield) |
| | 40 mM + 40 mM | 6% Acetic Acid | 219,000 ng (0.74% yield) |

Table 6. *In vitro* NDMA formation from different concentrations of ranitidine and nitrite (Tanner 1982 (GSK Report WBP/82/011))

As described earlier, the WHO NAP conditions intentionally use excess levels of both drug (10 mM) and nitrite (40 mM or at least 133-fold higher than the maximum levels after a nitrite rich meal). Even under these extreme conditions, NDMA was formed at a low yield of 3.1%. When the ranitidine concentration was increased to 40 mM, decreasing the nitrite-to-ranitidine molar ratio from 4:1 to 1:1, the NDMA yield decreased to 0.74% (based on drug). This demonstrates that not only are excess concentrations needed for the reaction to occur, but that an excess molar ratio of nitrite-to-ranitidine is required, which is not seen in physiological conditions. Furthermore, GC-MS was used to determine NDMA concentrations, so values presented are likely overestimated and cannot be accurately relied on (FDA 10/02/19 and 04/01/20; Alshehri 2020). Most importantly, this study found no increase in NDMA formation in simulated gastric conditions using physiological levels of both drug and nitrite.

Another interesting finding in the GSK 1981 Special Report to the Medicines Division was that when 1 mM ranitidine was mixed with 0.3 mM sodium nitrite, there was a loss of nitrite, more pronounced at lower pH. At pH 3, 92% of the nitrite had disappeared after 30 minutes. Thus, ranitidine appears to react very rapidly and irreversibly with nitrous acid below pH 4. The products of the reaction were not identified in this study but are expected to be the nitrolic acid derivative, which further breaks down to the furfuryl alcohol and a dihydrothiazine derivative (Fig. 49, section X.B.), which are all non-mutagenic products. The Tanner 1982 study supports the conclusion that


Contains Confidential Information – Subject to Protective Order

NDMA is not formed at these concentrations. As pointed out in the report, this reaction might be advantageous in terms of removing nitrite from the stomach and preventing its reaction with other amines.

The non-physiological WHO NAP conditions of 10 mM ranitidine + 40 mM nitrite in 6% acetic acid used in this study were the same conditions used in the prior GSK mutagenicity study (GSK Study D164). There are a few possible explanations for why NDMA was not detected in the prior study. First, it is now well established that the use of GC-MS for determining NDMA levels from ranitidine produces artificially high levels of NDMA, so the results from the Tanner 1982 study are unlikely to be accurate representations of the true NDMA levels. Second, if NDMA was present but at low concentrations, it may not have been detected due to less sensitivity of older technologies and/or because NDMA was not specifically looked for in the prior study (i.e., the needle in the haystack issue). However, even if NDMA had formed in the prior study, it could not be the contributor of the mutagenicity observed as an effect was seen in the absence of metabolic activation, which is required for the mutagenic effect of NDMA. In the Summary Basis of Approval for Zantac, the FDA stated: "Although N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine" (FDA Summary Basis of Approval for Zantac NDA 18-703). This same unrealistically large amount of nitrite was needed for NDMA formation in the Tanner 1982 study and under realistic conditions, no NDMA was formed.

**ii. Darkin 1982**

A similar study using WHO NAP conditions was conducted by Smith Kline and French in 1982 (Darkin 1982). Different formulations of ranitidine (10 mM) were incubated with sodium


Contains Confidential Information – Subject to Protective Order

nitrite (40 mM) in an acidic solution (pH 3) at 37 °C for 1, 4, and 24 hours. The molar yield of NDMA detected from ranitidine was 1.3-1.8% at 1 hour, 2.4-2.7% at 4 hours, and 3.8-3.9% at 24 hours. NDMA was also formed under these conditions for other tertiary amine drugs tested (chlorpromazine and oxytetracycline). When the nitrite concentration was reduced to 10 mM (decreasing the nitrite-to-ranitidine molar ratio from 4:1 to 1:1), the NDMA molar yield from ranitidine decreased to 0.007%, 0.04%, and 0.12% at 1, 4, and 24 hours, respectively. All of the comments above about the supraphysiologic and unrealistic conditions of the WHO NAP test apply to this study as well. An incubation time of 24 hours is also unrealistic, particularly given the known pharmacokinetics of ranitidine. Lastly, NDMA was determined using gas chromatography-thermal energy analyzer (GC-TEA) analysis, so values presented for ranitidine are likely overestimated and cannot be accurately relied on since ranitidine is thermally degraded by the heat in the GC method (*vide supra*).

**iii. Gao 2021**

The FDA conducted *in vitro* simulated gastric fluid (SGF) and simulated intestinal fluid experiments to evaluate if ingestion of ranitidine forms NDMA endogenously in the stomach and intestine, respectively. The overall conclusions from the studies were released in 2019, in which the FDA reported the "results of these tests indicate that NDMA is not formed" in the stomach or small intestine (FDA 11/01/19).

The full methodology and results of the FDA study were published in a peer-reviewed journal in June 2021 (Gao 2021). Ranitidine 150 mg tablets were incubated in 50 mL or 250 mL of simulated gastric or intestinal fluid (ranitidine concentration of 9.5 mM and 1.9 mM, respectively) at a range of nitrite concentrations and pH levels for 2 hours at 37 °C. NDMA was analyzed using the FDA's validated LC-HRMS method. In the first set of experiments using


Contains Confidential Information – Subject to Protective Order

supraphysiological nitrite concentrations (10 mM), the level of NDMA formed in simulated gastric fluid decreased with increasing pH, from 11,822 ng at pH 1.2 to 222 ng at pH 5 (Fig. 50A). Even though excess nitrite was used (10 mM), no NDMA was detected in simulated intestinal fluid at a neutral pH of 6.8, which is concordant with the pH dependence of the reaction. Subsequent experiments were performed in simulated gastric fluid at pH 1.2 (the conditions associated with the highest NDMA formation) at varying physiological (0 and 0.1 mM) and supraphysiological (1, 5, and 10 mM) nitrite concentrations. NDMA was not formed until supraphysiological nitrite levels were added – e.g., when 10 mM of nitrite was added to 50 mL of simulated gastric fluid (9.5 mM ranitidine), 15,067 ng of NDMA was detected, and when 5-10 mM of nitrite was added to 250 mL of simulated gastric fluid (1.9 mM ranitidine), 7,353-23,453 ng of NDMA was detected (Fig. 50B).[24]




Fig. 50. *In vitro* NDMA formation from ranitidine with (A) supraphysiologic nitrite concentration (10 mM) and increasing pH (1.2-5.0) in 50 mL of simulated gastric fluid; and (B) pH 1.2 and increasing nitrite concentration (0-10 mM) in 50 mL or 250 mL of simulated gastric fluid (adapted from Gao 2021).

[24] In 50 mL of simulated gastric fluid, NDMA was detected at mean levels of 21-24 ng when 0-5 mM of nitrite was added, which was equivalent to the preformed NDMA amount present in the ranitidine tablets, thus not reflecting an additional endogenous formation. No NDMA was detected in 250 mL of simulated gastric fluid with <5 mM of nitrite. The limit of detection was 0.33 ng/mL.


Contains Confidential Information – Subject to Protective Order

Based on the known chemistry and kinetics of NDMA formation (*vide supra*), the results of this study are exactly what would be expected. Endogenous NDMA formation required a combination of all of the following factors: (i) an excess (or at least an approximate equal) molar ratio of nitrite-to-ranitidine (≥ 1:1), (ii) supraphysiological nitrite levels (≥ 5 mM), and (iii) an acidic pH. Most importantly, this combination of factors would never occur in the human stomach. As described above, under therapeutic conditions, the nitrite concentration in the stomach is not expected to exceed the ranitidine concentration on a molar basis. One of the most notable aspects of the study was FDA's superior effort to systematically review and synthesize the data on nitrite concentrations in the stomach to establish levels that constitute physiologic and supraphysiologic levels at various pH values. Their summary included data from 26 clinical studies reporting simultaneous measurements of gastric pH and nitrite concentration from various patient populations with different disease states, receiving different medications, and tested in fasted and fed states. Many included studies were from the 1970s and 1980s and had patient populations that would be expected to have higher gastric nitrite concentrations than today since nitrite content in many foods was significantly higher then and there was a much higher rate of surgical treatment for ulcers, which resulted in higher gastric nitrite concentrations due to altered gastric anatomy and physiology.

Gao et al. (2021) concluded that the supraphysiological nitrite level (5 mM) needed to promote the reaction was at least 50-fold greater than the conservative upper bound for physiologic gastric nitrite levels (0.1 mM) at acidic pH (pH <6). However, since nitrite and pH levels directly correlate, 5 mM nitrite at pH 1.2 is more accurately at least 600-fold greater than the upper bound of physiologic gastric nitrite levels at pH <2 (<0.01 mM) (Fig. 51) (Gao 2021). Although at higher pH (expected after a meal or with ranitidine therapy) the nitrite levels may increase, they are still

at least 50-fold lower than needed to form NDMA based on experiments conducted at lower pH (Figs. 50B and 51). However, this reaction is much less favored (i.e., less NDMA is formed) at higher pH (Fig. 50A) because the percentage of total nitrite ($NO_2$) that is protonated ($HNO_2$) (i.e., the nitrite species required for nitrosation) decreases with increasing pH. In other words, even if the nitrite concentration increases in the stomach at higher pH, the concentration of protonated nitrite available may remain constant, or decrease below, the levels seen in acidic, fasting conditions (Figs. 25 (section VI.D.) and 52).




Fig. 51. Summary of nitrite concentration and pH in ranitidine simulated gastric fluid studies (Gao 2021; Zeng & Mitch 2016; Braunstein 2021) compared with clinical studies (Hall 1986; Milton-Thompson 1982; Xu & Reed 1993) (Figure adapted from Gao 2021). The light green shaded area represents the region where formation of NDMA was observed in simulated gastric fluid with supplemental nitrite across different pH values. This region is bounded at the bottom by a green dashed horizontal line, which indicates the lowest *in vitro* nitrite concentration (5 mM) with NDMA formation. The nitrite concentration needed to form NDMA is at least 50-fold greater compared to the maximum nitrite concentration found in clinical studies.
a = NDMA detected may be from background amounts in the ranitidine tablets used in the study by Braunstein et al. b = 0 mM nitrite. (Note that this plot is a logarithmic scale).


Contains Confidential Information – Subject to Protective Order




Fig. 52. pH dependence of measured nitrite ($NO_2$) and calculated protonated nitrite ($HNO_2$) concentration from the clinical study by Xu & Reed 1993, which included 457 patients undergoing upper endoscopy for various gastrointestinal conditions. The figure shows that at pH levels of less than 5, increases in total nitrite concentration are offset by the decreased amount of nitrite that is protonated, such that protonated nitrite remains approximately constant. With pH levels greater than 5, protonated nitrite concentration decreases rapidly as pH increases. (Figure adapted from Gao 2021).

As with any *in vitro* study, there is the intrinsic limitation that the study took place in a test tube and not the human body. However, the FDA conducted the Gao 2021 study in concert with a randomized clinical trial in humans (Florian 2021, discussed below) that further supports the conclusion that ranitidine does not form NDMA endogenously in the human body. The Gao 2021 study was a very well-conducted study and the only simulated gastric fluid study on ranitidine that properly considered the simultaneous effect of pH and nitrite on NDMA formation under physiological gastric conditions. While Plaintiffs' experts criticize this study for not considering certain conditions, such as chronic use of ranitidine or a nitrite-rich meal in an obese person with a stomach volume of 2 liters, these conditions would be associated with a higher gastric pH. As

described above, it is well established that less NDMA forms at higher pH. Any theoretical arguments Plaintiffs' experts make that this study did not consider potential accelerators of nitrosation (such as thiocyanate) can similarly be made about potential inhibitors of nitrosation (such as vitamins C and E, which they selectively argue were not considered in *in vivo* studies that do not support an increase in endogenous NDMA formation). At most, the potential effect of nitrosation modulators in the human body is hypothetical since much of this evidence is from experimental studies using supraphysiological concentrations (*vide supra*). In fact, the criticism that Gao should have considered accelerators of nitrosation are undermined by Dr. Najafi's own data which show that incubation of ranitidine with thiocyanate plus physiological levels of nitrite had no effect on NDMA levels, as discussed further below.

In summary, I concur with the FDA's conclusion that "[t]he results of this *in vitro* study suggest that ranitidine does not convert to NDMA in the human stomach or small intestine under physiological conditions." Additional *in vitro* simulated gastric fluid studies on ranitidine have been conducted recently. Overall, while these studies vastly differ in methodological rigor, the results are consistent with the FDA study in that NDMA is not formed unless supraphysiological levels of nitrite are added to the simulated gastric fluid, which would not be expected under human biological conditions.

**iv. Zeng & Mitch 2016**

Zeng and Mitch performed several *in vitro* nitrosation studies on ranitidine (Zeng & Mitch 2016). In the first experiment, the authors used the same conditions as Maura 1983 – a 2:1 nitrite-to-ranitidine molar ratio, pH <1 and incubation at 37 °C – and reaction products were detected using liquid chromatography-high-resolution mass spectrometry (LC-HRMS). Note, the Maura et al. study stated the "twofold molar amount of nitrite [was] a nitrite/ranitidine ratio about 1000

times that likely to occur in gastric juice of treated humans." However, even under these extreme conditions, NDMA was not formed.

Additional experiments were conducted under simulated gastric conditions at a constant ranitidine concentration of 5 mM in 10 mL reaction volume with varying pH (2.03-5.25) and nitrite-to-ranitidine molar ratios (0-10:1 molar ratio using $NaNO_2$ concentrations of 0-50 mM). Reaction mixtures were incubated at 37 °C for 24 hours and NDMA was analyzed using gas chromatography ion trap mass spectrometry (GC-IT-MS). At a constant 5:1 nitrite-to-ranitidine molar ratio (25 mM $NaNO_2$ (a supraphysiologic nitrite concentration) and 5 mM ranitidine), NDMA formation decreased with increasing pH, particularly above pH 3.5. At a constant pH 3.01, NDMA formation increased with increasing nitrite-to-ranitidine molar ratios. Based on the figure in the study, it appears NDMA was first detected at pH 3 at a nitrite-to-ranitidine molar ratio of >1:1 or when >5 mM nitrite was incubated with 5 mM ranitidine. As described above, this is consistent with the Gao 2021 study that found an excess (or at least an approximate equal) molar ratio of nitrite-to-ranitidine (≥ 1:1), supraphysiological nitrite concentrations (≥ 5 mM), and acidic pH were required for NDMA formation from ranitidine. Furthermore, the incubation period of 24 hours is completely unrealistic; not only is ranitidine not in the stomach for 24 hours, it would be completely eliminated from the entire body by 24 hours. Following an oral dose of ranitidine, peak blood levels are achieved within 1-3 hours and the elimination half-life is 2.5-3 hours (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). In addition, NDMA was not formed at higher gastric pH levels (pH >3.5), which often occurs following ranitidine treatment and ingestion of a meal, which is when nitrite levels would be highest.

Finally, the NDMA levels reported are very likely artificially high because GC-MS was used in the latter experiments. As will be described in more detail in section XI.C., this article was


Contains Confidential Information – Subject to Protective Order

retracted by the authors on May 4, 2021, stating: "Recent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable." Gas chromatography was also used in the *in vitro* SGF experiment and the authors discussed in an internal communication that "the acid-nitrite tests might have been influenced in terms of NDMA yields if measured by GC/MS" (Email from Dr. Mitch to Dr. Zeng 10/26/20 [MITCH001204]). I agree that, on top of the unrealistic nitrite levels used, the use of GC methods may have further overestimated the reported NDMA levels. Overall, the Zeng & Mitch 2016 *in vitro* experiments do not provide any reliable evidence that NDMA forms in the human stomach following ranitidine ingestion. Furthermore, since the entire publication was retracted, none of the experiments conducted can be considered valid or reliable.

**v. Valisure**

In the 2019 Valisure Citizen Petition, Valisure conducted simulated gastric and intestinal fluid studies using their low temperature (37 °C) GC-MS methodology (Valisure Citizen Petition 2019). Ranitidine 150 mg tablets were incubated in 100 mL reaction volumes (ranitidine concentration of 4.8 mM) for 1 hour. No NDMA was detected when a 150 mg ranitidine tablet was incubated in simulated intestinal fluid, simulated gastric fluid, or simulated gastric fluid + 10 mM $NaNO_2$. Following incubation in simulated gastric fluid with 25 mM $NaNO_2$ and 50 mM $NaNO_2$, 23,600 ng and 304,500 ng of NDMA was formed, respectively. However, these nitrite levels are on the order of hundreds to thousands times higher than the amount of nitrite found in the human stomach (0.001-0.3 mM).


Contains Confidential Information – Subject to Protective Order

In 2021, Valisure and some researchers from Memorial Sloan Kettering performed additional simulated gastric fluid studies on ranitidine using LC-HRMS. Some of the results were published in a *JAMA Network Open* research letter, and additional results were made available on the medRxiv preprint server[25] (Braunstein 2021 *JAMA Network Open* letter; Braunstein 2021 medRxiv preprint manuscript). In the published letter, ranitidine 150 mg tablets were incubated in 100 mL (4.8 mM ranitidine) of simulated gastric fluid at 37 °C for 2 hours at varying nitrite concentrations (1-50 mM) and pH (1.2-5.5). NDMA formation increased with increasing nitrite levels and decreasing pH (Fig. 53). At 50 mM $NaNO_2$, maximum NDMA levels of 612,000 ng were formed at pH 2.5 and decreased to 3,310 ng at pH 5.5. At a constant pH of 2.5, NDMA levels increased from 947 ng at 1 mM $NaNO_2$ to 320,000 ng at 50 mM. In the Braunstein et al. medRxiv manuscript, additional experiments were performed at a constant pH of 1.2 and varying nitrite concentrations, which generated less NDMA than the experiment at pH 2.5, and at a constant pH of 2.5 with varying nitrite concentrations and incubation times (1-4 hours), which showed more NDMA with increasing time.




Fig. 53. *In vitro* NDMA formation in simulated gastric fluid from ranitidine with varying (A) sodium nitrite concentrations of 1-50 mM (at pH 2.5) and (B) pH levels of 1.2-5.5 (at 50 mM $NaNO_2$) (Figure from Braunstein 2021 *JAMA Network Open* letter).

[25] medRxiv preprints are preliminary manuscripts that have not been evaluated by peer review.

Notably, unlike the other studies discussed so far, the Braunstein articles did not report any experiments at physiological nitrite concentrations (≤ 0.3 mM) despite claiming in their title the study used "physiologic conditions" (without providing a single reference for support). The FDA shared this same concern, stating: "None of the experiments in the study by Braunstein et al included physiological conditions" (Gao 2021). Even the lowest nitrite concentration of 1 mM was still 65-fold higher than the maximum nitrite levels (0.015 mM) detected in clinical studies at pH 2.5 (the only pH tested using 1 mM nitrite) (Fig. 51) (Gao 2021). Furthermore, as the pH increased over 2.5, which often occurs with ranitidine treatment, NDMA levels decreased.

However, early drafts of the Braunstein letter produced in this litigation show that 1 mM nitrite was not the lowest nitrite concentration tested (VAL-BI 00025-00039). The authors also ran experiments using 0, 0.005, 0.01, 0.025, 0.05, 0.25, and 0.5 mM nitrite, and many of these concentrations fall in the physiological range. These data show that the average amount of NDMA detected was approximately the same (~1000 ng) for the nine nitrite concentrations tested between 0-2.5 mM nitrite and that the NDMA levels did not increase until 5 mM of nitrite was added. As shown in Figure 54, when all the data is plotted using the same logarithmic scale utilized in Braunstein 2021 (Fig. 53A), a different picture emerges. This data demonstrates that the constant level of NDMA detected at 0-2.5 mM nitrite represents the background exogenous levels in the tablet and not additional endogenous formation, a fact that was predicted by the FDA (Gao 2021) and now confirmed.[26] Thus, NDMA was not formed until approximately 5 mM of nitrite was

[26] Additional raw data from this experiment produced in this litigation show that the exogenous levels in the Zantac Cool Mint tablets used in this experiment ranged from 1809-2608 ng (n=5), with a mean of 2079 ng (VAL-BI 00310). Based on a comparison between this document and the draft/final Braunstein 2021 *JAMA Network Open* paper, it appears the authors subtracted the mean exogenous levels from the simulated gastric fluid data, which is consistent with the methods they used in the medRxiv paper. However, the mean value does not take into consideration the large variability observed over the 5 samples tested (1809-2608 ng) and explains the ~1000 ng background exogenous levels observed in the experiments using 0-2.5 mM nitrite. This was noted in the medRxiv paper, but not the *JAMA Network*


Contains Confidential Information – Subject to Protective Order

added to the incubation, which is consistent with the FDA experiment (Gao 2021). A nitrite concentration of 5 mM is over 300-fold higher than the maximum nitrite levels (0.015 mM) detected in clinical studies at pH 2.5 (Gao 2021). The omission of this data from the publication and to the public is scientifically misleading and changes the interpretation of the findings.




Fig. 54. *In vitro* NDMA formation in simulated gastric fluid from ranitidine with varying sodium nitrite concentrations of 0-50 mM (at pH 2.5) (Figure created from Table 1.B. in VAL-BI 00025-00039).

### vi. Emery Pharma

Emery Pharma has conducted several simulated gastric fluid studies and WHO NAP tests on ranitidine. None of the results of these experiments are peer-reviewed; some of the results are publicly available as presentations, some are in a draft manuscript produced in this litigation, and some were newly presented in the report of Plaintiffs' expert Dr. Najafi (Emery Pharma's CEO).

*Open* paper, in which the authors stated due to high background NDMA levels in the Cool Mint (CM) tablets, "conditions resulting in relatively low NDMA formation in CM tablets display considerable quantification variability."

In publicly available presentations and a draft manuscript produced in this litigation, Emery Pharma presented the results of a simulated gastric fluid study on ranitidine (Emery Pharma 06/04/20 presentation, 07/14/20 presentation, and Draft Manuscript 2021 [MITCH000424-447]). Ranitidine was incubated at 37 °C for 2 hours and NDMA levels were measured using ultra-high performance liquid chromatography-triple quadruple mass spectrometry (UHPLC-QqQ-MS). When ranitidine was incubated in water, 123 ng of NDMA/150 mg tablet (0.82 ng/mg) was detected, which represents the preformed NDMA levels in the tablet. When ranitidine was incubated in simulated gastric fluid without nitrite at pH 1.2, the amount of NDMA was similar (135 ng/tablet), indicating no additional NDMA formation in standard simulated gastric fluid conditions. However, NDMA levels increased to 602 ng/tablet (4 ng/mg or 479 ng/tablet formed when subtracting the preformed levels) when incubated in SGF + 50 mM $NaNO_2$, which is an exceptionally unrealistic nitrite concentration. Additional simulated gastric fluid experiments were conducted by Emery Pharma on other medications in this study (Emery Pharma Draft Manuscript 2021 [MITCH000424-447]). NDMA levels were detected in cimetidine incubated in both water and SGF + 50 mM $NaNO_2$ (similar amounts in each), and levels were notably higher than ranitidine at approximately 12 ng/mg or 9,600 ng/day for an 800 mg daily cimetidine dose. NDMA was also detected in several drugs with terminal dimethylamino groups under SGF + 50 mM $NaNO_2$ conditions only, including metformin (34.6 ng/mg), chlorpheniramine (1.6 ng/mg), venlafaxine (1.2 ng/mg), diphenhydramine (0.3 ng/mg), doxylamine (15.8 ng/mg), and doxepin (8.1 ng/mg). Again, many of these values were higher than observed for ranitidine, including metformin at 69,200 ng/day for a 2000 mg daily dose.

Results from additional studies conducted by Emery Pharma are presented in Dr. Najafi's expert report. As an overall comment, necessary information on methods and validation were


Contains Confidential Information – Subject to Protective Order

missing from his report for many of these experiments. Furthermore, not all of the results were included for all experiments. The lack of this information made interpreting these studies difficult, if not impossible. Following the submission of Dr. Najafi's report, subsequent files were produced in a rolling manner in relation to his report that had additional results for some experiments discussed in his report, as well as results for experiments not discussed in this report. Since these materials were provided to me shortly before the submission of my report, I reserve the right to supplement my opinions as I continue my review of these materials. As described above (section VIII.B.), there is still vital information missing that is necessary for proper analysis, including raw data, complete and dated protocols, proper validation, and further information on methodology. As will be discussed below, the overall lack of accepted scientific methodology, as well as the inconsistences in these documents, have provided overwhelming evidence of the unreliability of Emery Pharma/Dr. Najafi's data.

Dr. Najafi's report describes a WHO NAP test conducted by Emery Pharma that incubated a 10 mM concentration of ranitidine with 40 mM nitrite in acidic conditions (pH 3-4) at 37 °C for 1 and 4 hours. The molar yield of NDMA detected from ranitidine was 1.4-1.6% at 1 hour and 3.4-3.8% at 4 hours. Emery Pharma chose to do this experiment on ranitidine drug substance, rather than finished drug product, which was an unusual choice because the WHO NAP test relates to the potential for endogenous formation in the stomach; a patient never ingests unformulated drug substance. Given that peak blood levels occur approximately 1-3 hours after oral administration of a ranitidine tablet (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984), the 4 hour incubation time in this experiment is even more unrealistic with drug substances that would dissolve in an acidic solution more quickly than a tablet. In addition, at least one of the samples was expired. Irrespective, the results from this experiment were similar to the prior WHO


Contains Confidential Information – Subject to Protective Order

NAP tests on ranitidine (Tanner 1982; Darkin 1982). As described above, the WHO NAP test was never intended to represent realistic conditions and the 40 mM nitrite concentration is extremely high and clinically irrelevant. Furthermore, it appears Emery Pharma ran additional experiments at lower concentrations – 1 mM ranitidine and 0.3 mM nitrite – similar to the Tanner 1982 study in order to simulate conditions closer to physiologic. This resulted in much lower molar yields: 0.02-0.04% at 1 hour and 0.09-0.10% at 4 hours. However, Dr. Najafi not only failed to report the results of this experiment in his expert report, but he also failed to mention that he even conducted it. Despite these much lower yields, many of the units of concentrations in this produced document are inconsistent, thus making it impossible to verify the actual NDMA levels found.[27]

As described in Dr. Najafi's expert report, Emery Pharma also conducted additional simulated gastric fluid studies that differ from the ones they presented publicly. In "initial SGF trials," they incubated ranitidine 150 mg tablets in SGF at various pH (1.2, 1.5, 2.0, 2.5, 3.0, 3.5, 4.5, and 5.5) and nitrite concentrations (0.001, 0.01, 0.05, 0.1, 0.3, 0.75, 1, 5, 10, 25, and 50 mM). Ranitidine pills were crushed to a powder prior to incubation. This does not "simulate" ingestion of ranitidine since tablets are swallowed whole and dissolve when they reach the stomach. Other SGF studies, including the FDA study (Gao 2021), place intact tablets directly into the SGF solution. Incubation time, number of samples, reaction volumes, baseline NDMA levels in the tablets, and expiration dates were not reported. Emery Pharma reported increasing NDMA levels with increasing nitrite concentrations and decreasing pH, with maximum NDMA formation at 50 mM nitrite and pH 2-2.5. Notably, Dr. Najafi only provided results for nitrite concentrations of 0.3, 0.75, 1, 5, 10, 25, and 50 mM, which largely represents supraphysiologic nitrite concentrations. While it was not clear why results were not presented, or even mentioned, for

---

[27] Najafi file titled "Data_Compiled_Tanner and NAP."


Contains Confidential Information – Subject to Protective Order

physiologic nitrite concentrations of 0.001, 0.01, 0.05, and 0.1 mM in Dr. Najafi's report, the additional produced files reported that NDMA levels were below the limit of detection (LOD) for these physiologic nitrite concentrations.[28] It is completely inappropriate to not present these findings, particularly since they are the most relevant to physiologic conditions. For the results reported in Dr. Najafi's report, there were no error bars on the figures so it is unclear if any of these experiments were replicated (and based on the produced documents, they do not appear to be replicated). Additionally, the NDMA levels were low for nitrite concentrations of 0.3, 0.75, and 1 mM and it would have been vital to know the baseline levels for those experiments to distinguish between exogenous and endogenous formation. Additional SGF experiments that were produced, but the complete results for which are not reported by Dr. Najafi in his expert report, included SGF experiments simulating those conducted by Gao et al. (2021) using 50 and 250 mL reaction volumes and 0, 0.1, 1, 5, and 10 mM nitrite concentrations. In these experiments, there was no appreciable increase in NDMA when incubated with physiologic nitrite concentrations at all time points.[29]

In subsequent SGF testing on ranitidine tablets, Emery Pharma used pH 2.5 with varying incubation times (0, 2, 4, and 8 hours) and nitrite concentrations (0, 0.05, 0.1, 0.5, 1, 5, and 25 mM). In Dr. Najafi's report, he reports more NDMA formation with 0 mM nitrite than 0.05 and 0.1 mM nitrite. This result does not make sense from a chemical standpoint and calls into question the methodology of the experiment. Further, this is inconsistent with Emery Pharma's prior SGF experiments with ranitidine in which no NDMA formed in SGF without nitrite (Emery Pharma 06/04/20 presentation, 07/14/20 presentation, and Draft Manuscript 2021), as well as experiments

[28] Najafi file titled "Data-SGF_pH_nitritetesting." Although the LOD is not defined, it appears to be a level < 45 ng/tablet based on the lowest reported level in that file.
[29] Najafi files titled "Development_Gao_50mL_250mL" and "Notebook No. 078-RC."


Contains Confidential Information – Subject to Protective Order

by other researchers (Gao 2021; Braunstein 2021). For the physiologic nitrite concentrations (0, 0.05, and 0.1 mM) at 2 hours (the most representative incubation time considering ranitidine's pharmacokinetic properties), the NDMA levels did not increase more than 35 ng over baseline levels, which likely represents quantification variability rather than a true increase. Finally, comparison of the average levels reported in Dr. Najafi's report to a produced document (which appears to correlate to this experiment) shows different results for many of the timepoints.[30] Thus, this experiment is completely unreliable and does not provide evidence of endogenous NDMA formation under physiologic conditions.

To investigate the role of potassium thiocyanate, a potential catalyst of nitrosation, Emery Pharma conducted experiments with 10 mM ranitidine HCl drug substance in 6% acetic acid (pH 3.5) with varying concentrations of nitrite (0.1 and 1 mM) and potassium thiocyanate (0, 0.5, and 1 mM). NDMA levels were analyzed at timepoints 0, 0.5, 1, 1.5, 2, and 3 hours. At supraphysiologic nitrite concentrations of 1 mM, NDMA formed only at one timepoint (1.5 hours) and only in the presence of potassium thiocyanate. However, there was no NDMA formation at physiologic nitrite concentrations of 0.1 mM, irrespective of the addition of potassium thiocyanate. These experiments demonstrate that modulation of nitrosation reactions (e.g., acceleration or inhibition) often occurs only at concentrations that are clinically irrelevant to the human body.

Emery Pharma also conducted an SGF study where they added single servings of pulverized, cooked store-bought meats containing different levels of nitrite—sausage, ham, bacon, and hot dogs—to SGF before or after addition of crushed ranitidine 150 mg tablets. Although Dr. Najafi's report states "one serving size of each food item was used," based on additionally

[30] Najafi file titled "Development-SGF_nitriteupto25000uM_8hours." Using 0 µM nitrite as an example, the produced file shows that the NDMA results for the 4 timepoints was 37.8 ng, 74.0 ng, 182.0 ng, and 515.1 ng, while Figure R in Dr. Najafi's report shows that the NDMA results for the 4 timepoints was 11.1 ng, 10.6 ng, 182.0 ng, and 515.1 ng. Thus, only the last two values are the same. There were similar discrepancies for other nitrite concentrations.

produced files, it appears more than one serving was used for all experiments except for ham.[31] "A reaction volume of 250 mL was used to mimic fed conditions in Gao et al."; notably, Dr. Najafi ignored his own criticism that "Gao et al. carefully avoided any discussion of stomach conditions… [in] obese individuals with a larger stomach capacity." The detection limit reported was not very sensitive, i.e., 2.5 ng/mL; thus, only NDMA levels of ≥ 625 ng could be detected in the 250 mL volume. The SGF testing conditions included 37 °C and pH 1.2 and NDMA levels were measured at various timepoints over 4 hours.[32] For each of the four meats, there were five reported experiments: (1) Zantac, then meat 30 minutes later; (2) meat, then Zantac 30 minutes later; (3) Zantac alone (control); (4) meat alone (control); and (5) meat + 500 ng/mL of spiked NDMA (control "for assessing NDMA recovery and stability in the complex meat matrix").

NDMA was detected from the mixture of meat + Zantac and there was no appreciable difference in NDMA levels due to the order of addition (meat then Zantac, or Zantac then meat). In the meat + Zantac mixtures, NDMA was not detected until 1.5 to 2.5 hours after incubation (depending on the specific meat product) and generally increased over time. Detected NDMA levels in 250 mL of SGF from the mixture of meat + Zantac mixtures ranged from 6,850 ng at 2 hours to 17,525 ng at 4 hours for sausage, 5,375 ng at 1.5 hours to 78,500 ng at 4 hours for ham, 6,725 ng at 2 hours to 10,750 ng at 4 hours for bacon, and 725 ng at 4 hours to 1,000 ng at 2.5 hours for hot dogs. NDMA levels were reported to be less than the LOD in experiments on meat alone or Zantac alone.

Overall, this study yielded results that are not informative with respect to the question of whether ranitidine will form NDMA in the human stomach when ingested with food. The methods

---

[31] Najafi files titled "Data_SGF_bacon," "Data_SGF_ham," "Data_SGF_hot dog," and "Data_SGF_sausage."
[32] The above referenced files show that the pH in these experiments remained between 1.2-1.4 throughout the 4-hour experiment.

used in Emery Pharma's SGF food study have not been validated by Emery Pharma or other researchers. Dr. Najafi describes that "each meat item was pulverized to mimic how the food would present in the stomach if chewed," which fails to account for the much more complex process of human digestion. There are accepted models for *in vitro* simulation of gastrointestinal food digestion, as outlined in standardized protocols written through international consensus, and it entails subjecting food to specific physical and chemical conditions meant to simulate the oral milieu, prior to adding food to SGF and specific conditions meant to mimic the gastric milieu (Brodkorb 2019; Mulet-Cabero 2020). Emery Pharma did not adhere to these generally agreed upon methods to simulate human digestion of foods. For example, food encounters different digestive enzymes (not pepsin only) and different pH conditions (not pH 1.2 only) in the mouth and the stomach. Food also gradually enters and empties from the stomach, and the gastric pH gradually changes over that time. There are numerous models available – static, semi-dynamic, and dynamic – with the dynamic models providing the most physiologically relevant conditions. Furthermore, there are published studies of an *in vitro* dynamic GI model specifically for determining intragastric formation of NDMA from food (Krul 2004). The Krul et al. (2004) study demonstrates the very complex formation of NDMA from food in the stomach and how different conditions yield different results. The authors importantly recognized that the pH in the stomach changes with food and started the experiments in the gastric compartment at pH 6.8 to simulate conditions immediately after ingestion of food. Over a three-hour period, they gradually decreased the pH and found that more NDMA formed when gastric pH rapidly decreased rather than slowly decreased. Not surprisingly, most of the NDMA only formed in the Krul study when gastric conditions were acidic ($pH < 3$). Since the stomach continuously empties and oral ranitidine reaches peak blood levels 1-3 hours after administration, neither the entirety of ranitidine nor food


Contains Confidential Information – Subject to Protective Order

would remain in the stomach for 4 hours. In summary, adding crushed ranitidine tablets and pulverized meat products to simulated gastric fluid in a test tube for 4 hours at pH 1.2 does not even come close to simulating the digestion of food and its interaction with ranitidine in the stomach.

There are a number of additional issues related to the methodology, findings, and interpretation of this Emery Pharma SGF study. The method of cooking was not reported; this is noteworthy because the method of cooking (and temperature) affect levels of NDMA detected in the meats (Li 2012). Additionally, it was not reported if any of the meats were seasoned, although produced documents show they were conducting experiments on “Prague salt” (a salt used in curing meats that is a rich source of nitrite), which increased NDMA levels.[33] Nitrite levels were measured from meat “following methods published by Hu, J. et al.” In this reference, Hu and colleagues (2021) determined nitrite from pharmaceuticals, not in meat or any other kinds of foods. It was inappropriate for Emery Pharma to apply Hu and colleagues’ method for nitrite determination in pharmaceuticals for nitrite determination in meats. Additionally, Dr. Najafi did not provide any evidence that they validated this method for meat products. An improper assay of nitrite levels could explain why they found that NDMA formation did not completely correlate with nitrite concentrations, which is known to occur. Furthermore, using their nitrite determination and the serving size of each type of meat, Dr. Najafi calculated the nitrite concentration in 250 mL of SGF. However, as demonstrated in Table 7 below, his calculations are incorrect by several orders of magnitude.

[33] Najafi file titled “Development-SGF_Prague Salt_Arugula.”


Contains Confidential Information – Subject to Protective Order

| Food Product | Food Serving Size (g) | Emery Pharma Nitrite Determination (µg nitrite/g meat) | Emery Pharma Calculation of Nitrite Concentration in SGF (mM) | My Calculation of Nitrite Concentration in SGF (mM)[34] |
|---|---|---|---|---|
| Sausage | 46 [90] | 9.8 | 19.1 | 0.039 [0.077] |
| Ham | 84 | 46.1 | 84.1 | 0.336 |
| Bacon | 13 [28] | 12.2 | 7.4 | 0.014 [0.030] |
| Hot Dog | 50 [100] | 14.7 | 32 | 0.064 [0.128] |

Table 7. Baseline nitrite levels obtained for meat products used in SGF experiments by Emery Pharma. The values are from Table GG in Dr. Najafi's Expert Report, with the exception of (i) the bracketed values which are from the produced files and show a different serving size[35], and (ii) the blue shaded column which are my own calculations.

Dr. Najafi uses his incorrect calculations to conclude: "Considering a 250 mL reaction volume, these equate to 7,400 µM [7.4 mM] (bacon) – 84,100 µM [84.1 mM] (ham) nitrite in SGF, which is plausibly expected in real human stomach after intake of these meat product. Thus, Gao et al.'s suggestion that 1000 µM [1 mM] nitrite should be the absolute upper limit for physiological consideration is extremely conservative. Taken together, the results presented indicate that the interaction of ranitidine with a complex food matrix may not be adequately explained by simple variations of nitrite levels, as is the central premise in Gao et al. It is important to consider real-life implications of food in the stomach to evaluate the propensity for NDMA formation from ranitidine in human stomach." These conclusions are very mistaken. First, Gao 2021 recommended 0.1 mM, not 1 mM, as the upper limit for physiological gastric nitrite, based on their comprehensive review of the relevant scientific literature. Their "central premise" was also not nitrite levels alone; Gao et al. importantly considered the simultaneous effect of nitrite and pH,

[34] Using ham as an example, Dr. Najafi provides a ham serving size of 84 g and the Emery Pharma nitrite determination of 46.1 µg nitrite/g of ham. The molecular weight of nitrite is 46 g/mol (or µg/µmol). 84 g ham × 46.1 µg nitrite/g ham × 1 µmol/46 µg = 84 µmol nitrite in 250 mL of SGF = 336 µmol/L (µM) = 0.336 mM. The difference between my calculations and Dr. Najafi's are by a factor of 250 (using the values in the brackets), meaning his calculations appear to be derived using a 1 mL volume instead of a 250 mL volume. However, nowhere does it state a 1 mL volume was used for this calculation. In contrast, the expert report states in multiple places that the SGF experiment used a 250 mL reaction volume and as noted in the quotation below the table, Dr. Najafi specifically applies these nitrite concentrations incorrectly to the 250 mL volume.

[35] Najafi files titled "Data_SGF_bacon," "Data_SGF_ham," "Data_SGF_hot dog," and "Data_SGF_sausage."



Contains Confidential Information – Subject to Protective Order

which was not considered in the studies by Emery Pharma. Second, using the correct calculations, these nitrite concentrations are in line with Gao's recommendations. Furthermore, not all of the nitrite from a meal would be expected to be in the stomach all at once; it would gradually enter and empty over time. Third, the high gastric pH correlated with a meal would greatly diminish NDMA formation, however, the effect of pH was ignored in this study. Fourth, it is important to note that Dr. Najafi criticizes others for not assessing a "complex food matrix" and "real-life implication" when his own simulation assumes someone would eat *only* plain meat products with ranitidine. In fact, Dr. Najafi violates his own criticism by not testing what would occur on a more balanced human diet, including a diet with essential vitamins needed to sustain life. Thus, I completely disagree that Emery Pharma "consider[ed] real-life implications of food in the stomach to evaluate the propensity for NDMA formation from ranitidine in human stomach."

There were also several issues with their controls and the interpretation of the control data. Regarding the "meat alone" control, Emery Pharma reported that "none of the meat products evaluated inherently contained any detectable NDMA levels." To the contrary, there is vast literature on NDMA content in cured meats going back several decades; also see Table 1 (section VI.B.) in my report from the Stuff 2009a study. While this may have been a detection limit issue, not having adequate data on the controls fundamentally challenges the integrity of the study. Furthermore, additional data from produced documents show NDMA levels were detected in some meat products (e.g., ham and bacon) without ranitidine at an apparent lower limit of detection.[36] Results from the meat spiked with NDMA control showed NDMA levels were around 500 ng/mL at initial time points and decreased over time. Dr. Najafi claims "the observed instability of NDMA in meat suggests that the likely NDMA exposure to consumers is higher than what is apparent"

[36] Najafi files titled "Development-SGF_Ham_Salmon" and "Development-SGF_Prague Salt_Arugula."

from this study. However, this cannot be concluded from this experiment since a control with NDMA only (i.e., without meat) was not presented in the report. However, produced documents show that experiments on NDMA only were conducted and similarly showed NDMA levels decreased in SGF in the absence of meat indicating this was not due to the presence of meat.[37] As mechanistic support for this unfounded claim, Dr. Najafi cited a study by Beard & Swager 2021 stating "given the acidic condition, NDMA can undergo dehydration to lose a water molecule and form a highly reactive methyldiazonium salt." Not only is this possibility not even mentioned by Beard & Swager, there exists no basis for this statement from a chemical standpoint. It is simply impossible to lose water from NDMA itself, and Dr. Najafi cannot reliably provide a viable mechanism without changing the molecule first (i.e., the only oxygen atom is in the nitroso group and the only hydrogens are on the two methyl groups).

Dr. Najafi also states in his report: "Additionally, we considered several 'high-nitrate' food products, e.g., Arugula, but they did not influence NDMA formation from ranitidine. In connection with the SGF food studies, Emery Pharma also considered a possible correlation between NDMA and dimethylamine (DMA) in study samples, however, no obvious correlation was observed." Notably the data and results for these null experiments were not provided in his report. Additional experiments were conducted on smoked salmon, chicken sausage, beef sausage, and pork sausage that were not included in Dr. Najafi's report; many of these experiments reported lower NDMA levels particularly when nitrite was not added.[38]

In summary, neither the methods or results reported by Dr. Najafi for the SGF and NAP test experiments can be considered reliable or valid. Furthermore, he provides no proper validation for these experiments. In addition, researchers at Emery Pharma are the only researchers who have

[37] Najafi files titled "Development-SGF_NDMA_NDMAd6stability" and "Development-SGF_NDMAstability".
[38] Najafi files titled "Development-SGF_Ham_Salmon" and "Development-SGF_Prague Salt_Arugula."


Contains Confidential Information – Subject to Protective Order

performed the methods outlined above for this SGF food + ranitidine study and the only researchers who have come up with such findings. Proper scientific methodology requires that these experiments undergo the necessary peer-review and publication, and thereafter they would further need to be validated, replicated, and reproduced by other laboratories and the reliable evidence across studies would have to be consistent in order for them to be considered valid, true, and generally accepted – and certainly, this has not yet occurred. Finally, Dr. Najafi describes the "nitrite levels per Emery Pharma's tests in these meat products are in line with expected levels per Florian et al." As will be discussed below, the Florian 2021 study was a randomized controlled trial (conducted by the FDA) that administered ranitidine to the test subjects in conjunction with a cured meats diet – i.e., the same type of meat products used in this experiment – and found no increase in urinary excretion or plasma NDMA levels in the individuals given ranitidine.

**vii. Summary on *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid**

In conclusion, the *in vitro* simulated gastric fluid studies consistently show no valid NDMA formation under physiologically relevant gastric conditions (Fig. 51). NDMA only forms when supraphysiological concentrations of nitrite are added to the experiments (on the order of ten to thousands-fold higher). One of the fundamental principles of toxicology is the concept of dose, as discussed earlier in this report. Because a chemical reaction proceeds at a large dose, that does not mean it will occur at a lower, physiological dose at a meaningful rate, and these studies exemplify this concept. The FDA has reached a similar conclusion, cautioning: "As shown in this study and other work, because amine nitrosation reactions, which form nitrosamines, are very dependent on the chemical environment and the presence of a suitably reactive amine group, care should be taken in ascribing observed reactivity under nonphysiologic conditions as evidence for the potential of drugs such as ranitidine to form NDMA in humans…. Gillatt et al highlighted the

importance of the nitrite concentration and noted that reactivity at the higher concentration was not always predictive of nitrosamine formation at the lower concentration." (Gao 2021).

### B. Human Gastric Juice Studies

Several studies have measured nitrosamine levels in human gastric juice after ingestion of acid suppressive agents (H2 receptor antagonists and proton pump inhibitors), including ranitidine. These studies were designed to test a specific proposed hypothesis that acid suppression (irrespective of the particular agent) would increase pH levels and enhance intragastric bacterial growth. The presence of increased nitrate-reducing bacteria, which reduce nitrate ($NO_3^-$) to nitrite ($NO_2^-$), would increase nitrite levels and theoretically increase formation of nitrosamines in the stomach if there were secondary or tertiary amine sources present from an array of exogenous and endogenous sources. However, any endogenously formed NDMA in the stomach would still largely undergo first pass metabolism in the liver, thus limiting systemic circulation of NDMA in the blood to other organs and tissues.

#### i. Garcia del Risco 1984

Garcia del Risco et al. was a randomized, crossover study of four healthy subjects that each received one day treatments of ranitidine 150 mg twice a day and placebo (Garcia del Risco 1984). Treatments were administered at 8 am and 6:30 pm with standardized meals provided during the study and gastric juice samples were collected four times over the course of a 24-hour period at 10 am, 2:30 pm, 8 pm, and 7 am the following day. Volatile nitrosamines (e.g., NDMA) were measured by gas chromatography coupled to a thermal energy analyzer detector (GC-TEA) and non-volatile nitrosamines were assayed by chemiluminescence. The authors reported a significant increase in pH and total bacteria in the stomach following ranitidine treatment, but no significant


Contains Confidential Information – Subject to Protective Order

difference in nitrate-reducing bacteria, nitrate, nitrite, or non-volatile nitrosamine concentrations. There were insignificant quantities of volatile nitrosamines detected regardless of treatment.

#### ii. Thomas 1987

Thomas et al. was a study of 15 patients with peptic ulcer that underwent five 24-hour gastric juice studies: before ranitidine treatment (R1), after 6 weeks treatment with ranitidine 150 mg twice daily (R2), after 3 months (R3) and 9-12 months (R4) treatment with ranitidine 150 mg once nightly (at 9 pm), and 1 month after stopping ranitidine treatment (R5) (Thomas 1987). A comparator group of 11 patients that previously underwent surgical treatment (truncal vagotomy) for duodenal ulcer were also evaluated. Standardized meals were provided to patients on treatment days. *N*-Nitroso compounds were measured during all studies except for study R2 and assayed by measurement of nitrogen oxide (NO) using a chemiluminescence analyzer on samples that were collected hourly between 12 pm (noon) and 9 pm. During treatment with ranitidine, there was a significant increase in gastric pH, total bacteria, nitrate-reducing bacteria, and nitrite concentrations. However, no significant increase in the median concentration of *N*-nitroso compounds (NOC) or the percent of samples with NOC concentrations > 500 nmol/L was found following ranitidine ingestion. The median NOC concentrations before, during, and after ranitidine treatment were 395, 253-330, and 247 nmol/L (nM), respectively, while the percent of samples with NOC concentrations > 500 nmol/L was 43%, 13-40%, and 35%, respectively.

With regards to the nitrogen oxide assay used in the Thomas et al. study, the authors explain: "The assays were restricted to ranitidine free samples because the presence of ranitidine in gastric juice may result in falsely high concentrations of *N*-nitroso compounds being recorded. Unlike cimetidine, the ranitidine molecule contains a C-terminal nitro group (see Fig. 17 in section V.A.) which was shown in preliminary studies to liberate nitrogen oxide under conditions of the

assay, thus responding as if it were an N-nitroso compound." Simply put, the authors appropriately tested samples that did not contain ranitidine in order to prevent falsely high levels generated as an analytical artifact. Although gastric juice samples were not collected until 15 hours after ranitidine administration, this study was designed to test the chronic bacterial formation hypothesis – i.e., that increased nitrites produced from bacteria due to higher stomach pH (which requires ranitidine to leave the stomach, enter the bloodstream, and bind to the H2 receptor) may react with amines present in the stomach to produce nitrosamines, not necessarily that they would react acutely with ranitidine in the stomach. The authors concluded that an acid tide (temporary increase in acid) at some point in each 24-hour study period prevented persistent bacterial colonization of the stomach which would be necessary for this mechanism to occur. Lastly, exclusion of these samples would not be predicted to affect the overall results, as an inverse trend was generally observed with higher NOC levels at lower pH, and earlier samples shortly after ranitidine administration would be expected to have higher pH levels.

**iii. Houben 1996**

Houben et al. was a randomized, crossover, double-blind study of 16 healthy subjects that each received two week treatments of ranitidine 300 mg twice daily, omeprazole 20 mg once daily, omeprazole 40 mg once daily, and placebo (Houben 1996). Fasting gastric juice samples were collected on the morning of the last day of each treatment period and nitrosamines were analyzed by measurement of nitrogen oxide using thermal energy analysis with chemiluminescence detection. Following treatment with high doses of ranitidine or omeprazole, there was a significant increase in the intragastric pH and total bacteria, but no significant increase in the nitrate, nitrite, or total *N*-nitroso compound concentrations. The median NOC concentrations after treatment with ranitidine and placebo were 2,220 nmol/L and 1,950 nmol/L (nM), respectively. The authors


Contains Confidential Information – Subject to Protective Order

concluded that the ideal conditions for intragastric nitrosamine formation was likely at the two ends of the pH spectrum – low pH (<3.0) for chemical nitrosation and high pH (>6.0) for bacterial enzymatic nitrosation. However, both pathways appeared to be suppressed at the intermediate pH levels observed after acid suppressive treatment (median pH 3.7-5.5 for ranitidine and omeprazole).

**iv. Dallinga 1998**

Dallinga et al. was a study of 71 patients undergoing upper gastrointestinal endoscopy (Dallinga 1998). Patients were grouped into five categories based on gastrointestinal condition and treatment, and fasting gastric juice samples were analyzed for nitrosamines by (capillary) gas chromatography-mass spectrometry (GC-MS). In individuals with peptic diseases treated with H2 receptor antagonists (n=12), which included ranitidine, nizatidine, and cimetidine, the mean level of volatile nitrosamines in the gastric juice was 3.88 nmol/L. This was not significantly different compared to patients with untreated peptic diseases (4.19 nmol/L) or patients with no endoscopic findings (4.07 nmol/L) (5/16 patients in this latter group were on H2RAs or PPIs). Volatile nitrosamine concentrations were higher in patients with peptic diseases treated with PPIs (7.28 nmol/L) and those with gastric resections (7.84 nmol/L), although statistical significance was only reached for gastric resection patients for the individual nitrosamine *N*-nitrosodibutylamine (NDBA).

**v. Matsuda 1990**

Matsuda et al. was a study of 72 healthy subjects and 279 patients with gastric ulcer before and after treatment with H2 receptor blockers (51 treated with ranitidine) (Matsuda 1990). NDMA and NDEA were measured in fasting gastric juice samples by gas chromatography combined with a thermal energy analyzer (GC-TEA). Compared to healthy subjects, gastric ulcer patients


Contains Confidential Information – Subject to Protective Order

(irrespective of H2 receptor blocker treatment) had a higher level of NDMA in the stomach. The authors reported a significant increase in the fraction of individuals in which NDMA was detected in the gastric juice following treatment with any of four H2 receptor blockers, the change being an increase from 24.2% to 40.2%. NDMA was detected in 41.2%, 41.8%, 40.0%, and 39.1% of patients treated with ranitidine, famotidine, roxatidine, and cimetidine, respectively, and similar results were observed for NDEA (Fig. 55). The maximum NDMA concentration observed also increased in H2 blocker patients compared to untreated patients; however, this increase was only statistically significant for cimetidine users. The authors discussed that "each $H_2$-blocker showed similar intragastric NA [nitrosamine] levels, which indicated that the effects on gastric nitrosation were the same by regular dosages of these drugs". In addition, the total nitrosamine levels they reported (<20 ng/mL) were lower than reported in other cimetidine studies. The authors concluded that the "calculated maximum formation of NAs [nitrosamines] in human gastric juice are equivalent to 1/5000 of NDMA … which induced malignancies in rats" and "the amounts of NDMA… found in human gastric juice even when patients were given $H_2$-blockers seemed too small to produce carcinogenesis in a short time in man."

| $H_2$-blockers | Number of samples | N-Nitrosodimethylamine | | N-Nitrosodiethylamine | |
|---|---|---|---|---|---|
| | | % detected | maximum ng/ml | % detected | maximum ng/ml |
| Without $H_2$-blockers | 124 | 24.2 | 1.8 | 22.6 | 1.7 |
| Cimetidine | 115 | 39.1[a] | 7.9[c] | 40.9[b] | 9.8[c] |
| Roxatidine | 60 | 40.0[a] | 4.7 | 41.7[a] | 4.7[c] |
| Famotidine | 55 | 41.8[a] | 3.9 | 38.2[a] | 3.9[c] |
| Ranitidine | 51 | 41.2[a] | 6.7 | 37.5[a] | 6.8 |

a: P<0.05 and b: P<0.01 by $\chi^2$-test compared with patients without $H_2$-blockers.
c: P<0.05 by Mann-Whitney test compared with patients without $H_2$-blockers.

Fig. 55. Detection ratios and maximum concentrations of NDMA and NDEA in gastric juice of patients with gastric ulcer with respect to treatment with different H2 blockers (Table 5 in Matsuda 1990)


Contains Confidential Information – Subject to Protective Order

### vi. Krawczynski 2002

Krawczynski et al. was a study of 30 children with chronic gastritis and *Helicobacter pylori* infection and 30 control children without gastroscopy findings (Krawczynski 2002). *H. pylori* was treated for 7 days with amoxicillin 50 mg/kg/day (an antibiotic with an amine group) and nitroimidazole 20 mg/kg/day (an antibiotic medication class containing a nitro group) and for 28 days with ranitidine 5 mg/kg/day. Nitrosamine concentrations in the gastric juice and urine were measured by gas chromatography before treatment and 4-6 weeks after the end of treatment. Nitrosamine levels were higher, although not significantly different, prior to *H. pylori* treatment (gastric juice: 74,000 ng/L; urine: 64,000 ng/L) compared to controls (gastric juice: 63,000 ng/L; urine: 29,000 ng/L). The authors reported a significant increase in total nitrosamine concentrations in both gastric juice (1,031,000 ng/L) and urine (602,000 ng/L) of children 4-6 weeks after *H. pylori* treatment was completed, particularly in boys. NDMA was one of four nitrosamines detected, however, values for individual nitrosamines were not provided so it is unclear if there was a significant increase for NDMA specifically.

It is difficult to interpret the meaning of the study or draw any reliable conclusions because the samples were not collected until 4-6 weeks after the end of treatment. As described previously, both ranitidine and NDMA are eliminated rapidly from the body; ranitidine has an elimination half-life of 2 hours in children (Zantac Tablets Prescribing Information 2018; Blumer 1985) and NDMA has an estimated half-life in humans of approximately 1 hour (Gombar 1987; Gombar 1988; Gombar 1990) (half-life of 23 minutes measured in monkeys, presumed to be similar for humans), meaning they are completely eliminated from the body within 24 hours. Therefore, it is highly implausible that the findings are a consequence of ranitidine treatment since ranitidine, or any potential nitrosamine formation from ranitidine, would have been cleared from the body at


Contains Confidential Information – Subject to Protective Order

least a month before the measurements occurred. To the extent that ranitidine was still in the biological fluids (e.g., possible continued use of the drug after *H. pylori* treatment), the use of GC would have overestimated nitrosamine levels by producing an analytical artifact. Furthermore, there was no control for diet or other nitrosamine sources in this study, which could explain the higher levels if there was an increase in nitrosamine exposure around the time of measurement after treatment. A study recently conducted by the FDA showed that a diet high in nitrates, nitrites, and NDMA was associated with a statistically significant increase in NDMA excretion in the urine compared to a diet low in nitrates, nitrites, and NDMA (Florian 2021).

**vii. Summary of Human Gastric Juice Studies**

Overall, the human gastric juice studies do not consistently or reliably demonstrate an increase in endogenous nitrosamine formation from ranitidine ingestion (Table 8). Several studies have found no significant increase in intragastric nitrosamines (Garcia del Risco 1984; Thomas 1987; Houben 1996; Dallinga 1998). Significant limitations of the Krawczynski 2002 study, particularly the timing of the measurements after treatment, preclude any reliable interpretation of this study. Furthermore, the findings from the Matsuda 1990 study showing a similar increase in intragastric nitrosamines with each of the H2 receptor antagonists examined suggests a potential mechanism common to all acid suppressive agents (i.e., ↑ gastric pH → ↑ growth of nitrate-reducing bacteria → ↑ endogenous nitrosamine formation). Several other studies measuring only cimetidine or omeprazole have also reported significant increases in intragastric nitrosamines (Reed 1981; Stockbrugger 1982; Sharma 1984). Therefore, the mechanism proposed was not related to the unique chemical structure of ranitidine and there would have been no reason to predict exogenous NDMA formation in the ranitidine tablets themselves from these studies. Finally, these studies were testing a different hypothesis of general acid suppression, rather than


Contains Confidential Information – Subject to Protective Order

the hypothesis that ranitidine breaks down in the body and forms NDMA from its chemical structure. Thus, they were imperfectly designed to test the current hypothesis and suffer from various limitations, including the use of GC-based methods in several studies that may overestimate nitrosamine levels through the generation of an analytical artifact.

| Study | Analytical Method | Ranitidine vs. Comparator | NDMA / Nitrosamines in Human Gastric Juice |
|---|---|---|---|
| Garcia del Risco 1984 | GC-TEA | Ranitidine 150 mg twice daily × 1 day vs. placebo | Nitrosamines: NS |
| Thomas 1987 | Nitrogen oxide assay | Ranitidine 150 mg × 9-12 months vs. before treatment | N-nitroso compounds: NS |
| Matsuda 1990 | GC-TEA | Ranitidine (variable dose/ duration) vs. untreated gastric ulcer patients | NDMA – % detected: SS ↑*<br>NDMA – max ng/mL: NS |
| Houben 1996 | Nitrogen oxide assay | Ranitidine 300 mg twice daily × 2 weeks vs. placebo | N-nitroso compounds: NS |
| Dallinga 1998 | GC-MS | H2RAs including ranitidine (variable dose/duration) vs. untreated peptic disease & controls | Volatile nitrosamines: NS |
| Krawczynski 2002 | GC | Ranitidine 5 mg/kg/d × 28 days vs. before treatment & controls | Nitrosamines: SS ↑<br>[tested 4-6 weeks after treatment ended] |

Table 8. Summary of human gastric fluid studies on endogenous NDMA/nitrosamine formation from ranitidine. SS ↑: statistically significant increase; NS: not statistically significant; *similar increase with other individual H2RAs (famotidine, cimetidine, & roxatidine).

### C. Human Plasma and Urinary Excretion Studies

In addition to the gastric juice studies, several studies have evaluated nitrosamine levels in the urine following ranitidine treatment.

#### i. Krawczynski 2002

As described above, Krawczynski et al. reported an increase in total nitrosamine concentrations in both gastric juice and urine of children after treatment with ranitidine (Krawczynski 2002). However, it is not possible to interpret the meaning or implications of this study because the samples were not collected until 4-6 weeks after the end of treatment.


Contains Confidential Information – Subject to Protective Order

### ii. Mitch Studies (2015, 2016, and 2021)

Two studies were published by Zeng and Mitch and have since been corrected (Zeng & Mitch 2015; corrected 03/24/21) or retracted (Zeng & Mitch 2016; retracted 05/04/21) due to the use of gas chromatography (GC) methodology, which can produce artificially high NDMA levels from samples containing ranitidine. In my own extensive experience as a scientific journal editor, complete retraction of a published study (especially by the authors) is relatively rare and occurs when there is clear evidence that the findings are unreliable.

In the course of assays of NDMA in drinking water, Dr. Mitch's laboratory studied potential sources of nitrosamines that could be found in wastewater or precursors that could form NDMA upon wastewater treatment methods (e.g., chloramination). In a 2015 study, Zeng and Mitch reported on the contribution of *N*-nitrosamines and their precursors to domestic sewage by "greywaters" (i.e., water from laundry, showers, and kitchen sinks) and "blackwaters" (i.e., urine and feces) (Zeng & Mitch 2015). Among the various experiments they conducted was a study on ranitidine in which two subjects contributed first-voided morning urine and fecal samples before and after taking one dose of ranitidine 150 mg at bedtime. NDMA was measured by gas chromatography-mass spectrometry (GC-MS). The authors reported no difference in mean NDMA concentrations in fecal samples pre- and post-ranitidine intake (both < 2 ng/L), while mean NDMA concentrations in diluted urine samples increased from none detected to 40 ng/L (or approximately 720 ng/L for the undiluted value) after ranitidine ingestion. However, it is unclear if this was statistically significant as the authors did not present any statistical analysis.

In a subsequent study focusing on ranitidine, Zeng and Mitch repeated their urinary excretion experiment in 10 healthy subjects (Zeng & Mitch 2016). However, the mean NDMA concentrations reported were much higher, increasing from 90 ng/L to 44,750 ng/L following a

150 mg dose of ranitidine. The authors also reported a significant increase in the 24-hour urinary excreted mass of NDMA (110 ng to 47,600 ng). The reasons for the gross lack of agreement of levels between studies (720 ng/L vs. 44,750 ng/L) are unknown and surprisingly uncommented on, even though the second study was performed by the same two investigators and similar methods were used. The 2016 study appears to differ from the 2015 study in that 24-hour mean urine samples were used rather than first-voided samples which, if anything, should have resulted in lower overall concentrations, not higher, given the short half-life of ranitidine.

Irrespective of the differences between the two studies, the high NDMA levels obtained in both studies are a consequence of the GC technique used, which artificially generates very high NDMA levels due to pyrolysis (decomposition due to high temperatures) of ranitidine and the formation of NDMA in the injector port (see Fig. 27, section VII.B. - GC scheme). This phenomenon has been demonstrated in ranitidine studies comparing results obtained by both GC and LC-based methods (Alshehri 2020), and the FDA has repeatedly stated the GC-MS "method is not suitable for testing ranitidine because heating the sample generates NDMA" (FDA Updates on Ranitidine 10/02/19). The FDA has recently critiqued the Zeng and Mitch 2016 study, stating while the "analytical artifact was likely the primary factor; however, other factors could have contributed to falsely high NDMA levels" (Florian 2021). These factors include general study limitations (e.g., no placebo-controlled randomization), no information on control for dietary exposure to NDMA, nitrites, or nitrates, no information on NDMA content in the ranitidine tablet prior to administration, limited details on validation of analytical methods or sample handling, and questionable interpretations regarding DMA.

Because of concern about the accuracy of the NDMA measurements using GC-MS in his previous studies, Dr. Mitch recently collaborated with Emery Pharma to redo his study using LC-


Contains Confidential Information – Subject to Protective Order

MS methodology ("Mitch/Emery Pharma" study). In a February 2020 Institutional Review Board (IRB) study protocol submitted to Stanford University, Dr. Mitch discusses: "Questions have been raised as to whether the NDMA resulted from an analytical artifact associated with GC/MS. The purpose of this application is to obtain additional samples to confirm the occurrence of NDMA in urine after Zantac consumption using liquid chromatography-based analytical techniques that avoid this artifact" (EMERY 0977-1003). In an updated December 2020 protocol, Dr. Mitch informs Stanford University they "have found no NDMA in urine samples of participants before or after consumption of Zantac above the 5 μg/L method reporting limit" and that "the risk associated with Zantac consumption may be lower than previously supposed" (MITCH001548-1569). In a January 2021 draft manuscript authored by Dr. Mitch and Emery Pharma, they describe "all 8 volunteers did not demonstrate any detectable levels of NDMA following consumption of ranitidine throughout the 24-hour collection period" (MITCH000424-447). NDMA levels in 7/8 urinary samples were below the limit of detection (<1 ng/mL), while one sample had minor detectable levels that were below the limit of quantification (<5 ng/mL) (MITCH000283-284, 1204-1208). Based on preliminary findings of the first 4 samples, Dr. Mitch began considering a retraction of his prior study, stating: "I'm getting the sense that, with the exception of a few minor NDMA detections, there may be no strong evidence of a link between Zantac and NDMA excretion in urine. So unless there are startling differences in the results of the remaining samples, I'm planning to retract the 2016 article. Since there is a lot of angst among Zantac patients over this, it seems like we should try to get these results out there in some form to set the record straight" (MITCH001206-1207). Although the LC-MS results conducted by Dr. Mitch and Emery Pharma have not been published to date, the Zeng and Mitch 2015 and 2016 studies using GC-MS have now been officially corrected and retracted, respectively.


Contains Confidential Information – Subject to Protective Order

On March 24, 2021, a correction for the Zeng & Mitch 2015 study was published in *Environmental Science & Technology*, stating: "However, research has since identified the potential for an analytical artifact that could have contributed to the levels of NDMA measured in urine samples containing ranitidine in our study. Specifically, research has demonstrated that ranitidine is thermally unstable, and can convert to NDMA under high temperature conditions, such as might be encountered within GC injection ports. For our GC/MS method, the injection port temperature started at 37 °C but was ramped to 230 °C over the first 20 s after injection. Unfortunately, given the potential for this analytical artifact, our NDMA measurements within urine samples collected after consumption of ranitidine are not reliable, since NDMA could have been formed during the sample analysis from any ranitidine present in the urine. Although the detection of NDMA in these specific urine samples was not reliable, this does not affect the conclusions of the study, since we did not conclude that ranitidine consumption was associated with an important contribution of NDMA or its chloramine- or ozone-reactive precursors to sewage." Since there were many other non-ranitidine experiments in this study, the authors issued a correction for the ranitidine experiment, while the other experiments appeared unaffected and thus a full retraction of the study was not done.

On May 4, 2021, a complete retraction for the Zeng & Mitch 2016 study was published in *Carcinogenesis*, stating: "This article is being retracted at the request of the authors. Recent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable."

### iii. Florian 2021

The FDA has also recently completed a urinary excretion and plasma study on ranitidine and NDMA (Florian 2021). This study was a randomized, double-blind, placebo-controlled, four-period crossover study of 18 healthy subjects. Each subject received (1) ranitidine 300 mg + noncured meats (low nitrate/nitrite/NDMA) diet, (2) placebo + noncured meats diet, (3) ranitidine 300 mg + cured meats (high nitrite/nitrite/NDMA) diet, and (4) placebo + cured meats diet. The noncured meats diet consisted of a diet lower in nitrate, nitrite and NDMA, including noncured meats, organic vegetables/fruits, and distilled water. In contrast, the cured meats diet consisted of a diet higher in nitrate, nitrite and NDMA, including cured meats, conventional vegetables/fruits (likely to have higher nitrates than organic vegetables/fruits since "nitrate containing fertilizers are not used in organic farming"), and tap water ("to increase dietary intake of NDMA and nitrites" compared to distilled water). The experimental diets were devised in such a way that different conditions that may affect potential NDMA formation were accounted for. Subjects were randomized on treatment (ranitidine or placebo), although the noncured meats diet preceded the cured meats diet. There was one washout day between treatment days and the same diet was provided on washout days as the subsequent treatment day. On treatment days, participants received ranitidine or placebo at 0 hours after an overnight fast and began eating breakfast 1 minute later to maximize potential NDMA formation, which is dependent on both acidic conditions (highest during fasting) and nitrite (highest with a meal). The 24-hour urinary excretion and plasma concentration of NDMA, DMA, and ranitidine were measured on each treatment day. The analytical methods are described, using two recommended, validated LC-MS methods for detection of NDMA in biological fluids. The NDMA assays were very sensitive, with lower limits of detection (LOD) and quantification (LOQ) of 0.0078 ng/mL and 0.0156 ng/mL, respectively.


Contains Confidential Information – Subject to Protective Order

There was no statistically significant difference between ranitidine and placebo in 24-hour urinary excretion of NDMA with a noncured meats diet or a cured meats diet (Table 9 and Fig. 56). In contrast, there was a significantly higher 24-hour urinary excretion of NDMA following the cured meats diet compared with the noncured meats diet, irrespective of treatment with ranitidine or placebo. This demonstrates (i) the study design was sufficiently sensitive to detect the relatively small effect of diet on NDMA urinary excretion and (ii) the importance of controlling for diet in studies on NDMA urinary excretion, which no prior study has done.

| **Outcome** | **Diet** | **Ranitidine** | **Placebo** | ***P*-value** |
|---|---|---|---|---|
| NDMA 24-h urinary excretion (ng) | Noncured meats | 0.6 (0-29.7) | 10.5 (0-17.8) | 0.54 |
| | Cured meats | 11.9 (5.6-48.6) | 23.4 (8.6-36.7) | 0.71 |
| NDMA maximum plasma concentration (pg/mL or ng/L) | Noncured meats | 18.9 (0-25.7) | 20.3 (0-33.5) | 0.79 |
| | Cured meats | 29.0 (0-34.5) | 16.2 (0-27.4) | 0.23 |
| DMA 24-h urinary excretion (mg) | Noncured meats | 38.8 (38%) | 41.1 (33%) | 0.92 |
| | Cured meats | 40.7 (52%) | 43.1 (34%) | 0.74 |
| DMA maximum plasma concentration (µg/mL or mg/L) | Noncured meats | 1.51 (25%) | 1.48 (27%) | 0.26 |
| | Cured meats | 1.36 (27%) | 1.41 (26%) | 0.82 |

Table 9. Effect of ranitidine on NDMA and DMA urinary and plasma levels.
NDMA values presented as the median (interquartile range) and DMA values presented as the geometric mean (coefficient of variation). *P*-value <0.05 was considered statistically significant.




Fig. 56. Effect of ranitidine [left] and diet [right] on cumulative excretion of NDMA in urine over 24 hours.


Contains Confidential Information – Subject to Protective Order

In addition, exploratory analyses showed there were no significant differences observed between ranitidine and placebo for NDMA in plasma or dimethylamine (DMA) in plasma or urine. Multiple participants (<50%) had no quantifiable NDMA in either the urine or plasma with either treatment or diet, although the proportion was similar in the two treatment groups. In sensitivity analyses performing different imputations for NDMA urine values below the LLOQ (e.g., assigning all samples below the LLOQ of 0.0156 ng/mL to 0.0156 ng/mL instead of 0 ng/mL), there was still no statistically significant difference in urinary excretion of NDMA with ranitidine. Another interesting point is that the maximum levels of plasma NDMA were ~ 30 ng/L. Using a general value of 5 L blood in a person, that gives a total NDMA level of ~ 150 ng even in placebo individuals eating a noncured meats diet, which is more than the current FDA guidelines allow for added NDMA in drugs. Overall, the FDA study was meticulously designed, utilizing a superior study design (randomized, double-blind, placebo-controlled, crossover study) and rigorous methodology (including validated LC-MS analytical methods, detailed sample handling procedures, and control for diet) to overcome limitations of previous studies.

In light of the null findings in the Florian 2021 study conducted by the FDA, Plaintiffs' experts have numerous criticisms, which I will address here. First, they claim using ranitidine tablets with low levels of baseline, exogenous NDMA affected the results. However, the study was conducted to evaluate whether ranitidine endogenously converts to NDMA in the body, which has nothing to do with the baseline levels in the tablet. As described above, exogenous formation of NDMA and endogenous formation of NDMA are two distinct processes. Furthermore, using tablets with high exogenous NDMA levels could have resulted in elevated levels of NDMA being detected and would have confounded the interpretation of whether the NDMA concentrations measured in the plasma and urine were of exogenous or endogenous origin.

Second, Plaintiffs' experts suggest that results may differ between the healthy volunteers enrolled in the study and patients with GERD, peptic ulcers, or other gastrointestinal conditions. The Florian authors also addressed this, stating: "However, the results support that ranitidine did not significantly increase levels of NDMA or DMA detected in plasma or urine using highly sensitive assays, and the accompanying in vitro gastric fluid study [Gao 2021] indicated that NDMA was not formed until nitrite concentrations were substantially higher than those seen in patients" with gastrointestinal conditions.

Third, Plaintiffs' experts claim that administering ranitidine on a full stomach with dinner, instead of an empty stomach immediately before breakfast, would have resulted in more NDMA formation. As explained above, and by the FDA, "[t]his was done because the formation of NDMA is dependent on having nitrite and acidic conditions. Because gastric acidity is highest in the fasting state and then decreases after eating, this sequence was selected to maximize the 2 factors." The pH and nitrite dependence for NDMA formation has been well established for a half a century and demonstrated in countless studies, including FDA's *in vitro* experiment on ranitidine (Gao 2021). Therefore, this sequence was the most logical method to maximize potential NDMA formation. Furthermore, the statistically significant difference in urinary NDMA between the cured and noncured meat diets demonstrates this study design was adequate to enhance NDMA formation and detect a statistically significant difference in urinary excretion of NDMA, if a difference truly existed. Plaintiffs' experts further claim this administration schedule was inconsistent with the product labeling for ranitidine, stating incorrectly that dosing is usually once a day after dinner or before bedtime. Recommended dosing for prescription ranitidine is often twice daily; when recommended as a once daily treatment, it is usually recommended at bedtime, with only one indication (active duodenal ulcer) stating "evening meal or at bedtime" (Zantac Tablets Prescribing

Information 2018). Taking a medication at bedtime is not synonymous with taking a medication right after a meal. Furthermore, directions for the OTC product include administration at any time in the day to relieve current symptoms, or 30-60 minutes before eating or drinking beverages to prevent heartburn (Zantac OTC Consumer Package Insert 2019). Therefore, ranitidine administration is varied depending on the patient and can occur at any time of the day and in any sequence with meals. Nonetheless, the Florian study used a sequence that was purposely designed to maximize potential NDMA formation.

Fourth, Plaintiffs' experts question the utility of a urinary excretion study given the low excretion of NDMA in the urine. However, this study was primarily conducted to test the validity of the Zeng & Mitch 2016 urinary study, which reported high urinary excretion of NDMA in ranitidine patients in light of inappropriate analytical methods and other limitations. Using rigorous, validated methodology, the Florian study reassuringly found no increase in urinary NDMA excretion with ranitidine. While Plaintiffs' experts primarily rely on the Spiegelhalder 1982 study (*vide supra*) for the premise that NDMA is undetectable in the urine in the absence of alcohol, the methodology is different between the two studies in that Spiegelhalder used GC-chemiluminescence methods and Florian used LC-MS. In addition to the limit of detection for NDMA being 6-fold higher in the Spiegelhalder study (50 ng/L) compared to the Florian study (8 ng/L), the specificity for NDMA is undoubtedly much better in the Florian study, which was conducted nearly 40 years later with improved analytical instrumentation and techniques. Furthermore, a later study by Spiegelhalder (1985) demonstrated that endogenous formation of NDMA from a drug (aminopyrine) was detectable in the urine without alcohol, even despite less sensitive and specific methods. Additionally, this was demonstrated in Spiegelhalder 1985 using radishes as a source of nitrate (which was expected to be reduced to nitrite), whereas the Florian

study used a cured meats diet high in nitrite, nitrate, and NDMA. While most NDMA is metabolized in the liver, a small fraction of NDMA is eliminated in the urine as demonstrated by several studies. The Florian 2021 authors importantly discuss: "The 24-hour urinary excretion of NDMA with placebo in this study was within the range of previously reported results [citing Zeng & Mitch 2016; Garland 1986; van Maanen 1998; van Maanen 1996; Vermeer 1998]. While ranitidine did not have a significant effect on NDMA or DMA values, the cured-meats diet was associated with a significant increase in NDMA urinary excretion, suggesting that the study design and methods were sufficiently sensitive to detect the relatively small effect of diet on NDMA urinary excretion." In addition, urinary excretion of NDMA was not the only parameter assessed by the FDA; they also measured NDMA concentrations in plasma in the Florian study and in simulated gastric fluid in the accompanying Gao 2021 study and found no increase in NDMA formation from ranitidine in physiologic conditions.

Fifth, Plaintiffs' experts claim that the vitamin C (ascorbic acid) and vitamin E (α-tocopherol) content in the diets of participants would have inhibited any NDMA formation from ranitidine. However, this argument falls flat for several reasons:

(i) If it were true that a small amount of vitamin C or E in the diet completely inhibits formation of any endogenous NDMA from ranitidine (rather than the alternative that ranitidine does not form NDMA endogenously in the first place), this fact would be equally true in real-world conditions in which individuals (including those taking ranitidine) ingest vitamins C and E every day. Vitamins C and E are essential nutrients required to live and natural components of the diet. Furthermore, the vitamin intake in the diet of participants in the Florian study was not in excess of the amounts most individuals are exposed to on a daily basis. In addition to diet, sources of vitamins C and E for many people include multivitamins and other dietary supplements.

However, the Florian study excluded this additional source of vitamin intake since participants were not allowed to take any prescription, nonprescription, or alternative medications during or several weeks before the study, with the exception of contraceptives, acetaminophen, or if the study physician prescribed a medication.

(ii) Several studies have examined the effect of vitamins C and E on urinary excretion of NDMA in humans and demonstrated minimal or variable effects. Garland et al. (1986) measured NDMA in urine samples of 24 participants over a five-week period. Compared to the first two weeks with no vitamin supplementation, "[t]reatment of the volunteers with 600 mg of ascorbic acid and 100 IU of α-tocopherol 4 times a day for the final 3 wk of the study did not influence the urinary excretion of NDMA" (mean urinary NDMA excretion of 38.4 ng/day vs. 38.1 ng/day). Therefore, supplementation with high amounts of vitamin C (2,400 mg/day of ascorbic acid) and vitamin E (400 IU/day or ~200 mg/day of α-tocopherol) over a three-week period had no effect on urinary excretion of NDMA. In another study by Vermeer et al. (1999), urinary excretion of NDMA was measured over an 11-week period in 25 participants. Compared to a control diet low in NDMA precursors (low nitrate + no fish), urinary excretion of NDMA significantly increased with a diet high in NDMA precursors (high nitrate + fish rich in amines). When this nitrate- and amine-rich diet was further supplemented with vitamin C doses of 250 mg/day or 1,000 mg/day for one week, urinary excretion of NDMA decreased during days 4-7 of vitamin C supplementation, but not during days 1-3. Thus, this study showed a variable and delayed effect of vitamin C on urinary NDMA excretion. The authors concluded that the "observations [from other studies] and our results indicate that nitrosamine formation in humans is more complex than in vitro studies have shown..." Notably, in both these studies, the vitamin supplementation was in addition to baseline vitamin content participants were already receiving from their diet. Another


Contains Confidential Information – Subject to Protective Order

important point to make is that the same vegetables that are high in nitrates (precursor to NDMA formation) are also high in vitamins (potential inhibitors of NDMA formation) and thiocyanate (potential accelerator of NDMA formation), making the disentanglement of these factors in the real-world difficult. In another study by Vermeer and colleagues (1998), they discuss: "Vegetables contain vitamin C and other antioxidants that might prevent nitrosamine formation. In the present study, nitrosamine formation did increase during nitrate intake in combination with a fish meal, even though the volunteers consumed vegetables…. Thus, the amount of vitamin C and other antioxidants in these vegetables appeared insufficient to prevent nitrosamine formation." Furthermore, not even in *in vitro* experiments, when high concentrations are used and conditions can be more easily manipulated, are the effects of vitamins on ranitidine nitrosation predictable. In an *in vitro* mutagenicity study conducted by GSK on the formation of the *N*-nitroso nitrolic acid derivative from ranitidine with excess nitrite, nitrosation was inhibited by vitamin E and enhanced by vitamin C and potassium thiocyanate (GSK Report PATH/80/235). In other words, the exact opposite reaction of what was expected occurred with the addition of vitamin C. However, since supraphysiologic nitrite concentrations were required for the formation of the *N*-nitroso nitrolic acid derivative, as well supraphysiologic concentrations of the modulating agents in order to exert their effect, there is limited clinical significance of any of these *in vitro* reactions to the conditions in the human body.

(iii) Overall, the potential effect of vitamins C and E in the diet on the endogenous formation of NDMA in humans is complex. The advantage of a randomized, placebo-controlled study is that influence of potential confounding factors is minimized since both the ranitidine and placebo groups are receiving the same diet and in a randomized fashion. However, no difference in urinary NDMA excretion was observed with different treatments (ranitidine vs. placebo). In

contrast, the statistically significant difference in urinary NDMA between the cured and noncured meat diets demonstrates the vitamin content in the diet was not inhibiting endogenous NDMA formation with the cured meats diet; thus, this study design was adequate to enhance NDMA formation and detect a statistically significant difference in urinary excretion of NDMA if one truly existed.

(iv) Lastly, nitrosation must be occurring in order for an inhibitor to block it. One cannot claim there would have been endogenous NDMA formation from ranitidine in the absence of potential inhibitors without adequate evidence that this reaction is occurring in the human body under physiological conditions – in which the evidence is quite to the contrary.

It is noteworthy to mention that many of these criticisms were discussed by Plaintiffs' expert Dr. Najafi, CEO of Emery Pharma and co-author of the Mitch/Emery Pharma study. Incredibly, Dr. Najafi omits *any* discussion of his own urinary study, including the fact that he observed no increase in urinary NDMA excretion with ranitidine ingestion. It is scientifically unsound to only report study results that fit one's own hypothesis and ignore the null findings. Furthermore, in Dr. Najafi's criticisms of the Florian study, a study that was much more controlled, better designed, and larger than the Mitch/Emery Pharma study, he lists many of the same "weaknesses" of his own study (e.g., low baseline levels of NDMA, inadequate control for diet, use of healthy volunteers, small size, failure to consider NDMA metabolism). Clearly, if one thought that such a study design was inadequate or uninformative to endogenous formation of NDMA from ranitidine, one would not spend the time and resources to conduct a similar, less-controlled study.

### iv. Summary on Human Plasma and Urinary Excretion Studies

In conclusion, the initial urinary excretion studies on ranitidine and NDMA are unreliable as they all use the flawed GC-based methodology, which is known to generate high levels of NDMA as an analytical artifact. Accordingly, the Zeng and Mitch 2015 study was corrected and the 2016 study was retracted for this reason. The Krawczynski 2002 study is clearly unreliable and uninterpretable because the urinary samples were not collected until 4-6 weeks after the end of treatment, long after ranitidine and any potentially formed NDMA would be eliminated from the body. As expected, when using the appropriate LC-MS methodology, there was no increase in urinary NDMA excretion after ingestion of ranitidine in the studies by the FDA (Florian 2021) and Mitch/Emery Pharma. Overall, there is no reliable or consistent human evidence that ranitidine endogenously forms NDMA in the stomach or elsewhere in the body, as confirmed by the two recent FDA studies (Florian 2021; Gao 2021). I concur with the FDA's conclusion that "[t]he findings suggested that prior reports had detected falsely high levels of NDMA in ranitidine drug products and human biological fluids" and that "[t]he combined findings from [FDA] CDER's *in vivo* clinical trial and *in vitro* experiments do not support the conclusion that ranitidine is converted to NDMA in humans" (FDA Ensuring the Rigor of Regulatory Science 07/02/21).

### D. Unproven Theory of Endogenous NDMA Formation from the Furoic Acid Metabolite

Plaintiffs' experts have proposed that the furoic acid metabolite of ranitidine is of interest as its formation might be expected to release the compound dimethylamine (DMA) (Fig. 18, section V.B.). DMA is a secondary amine (-NH- structure) and could potentially react with nitrite to generate NDMA at an acidic pH (~3) (Mirvish 1970). The furoic acid metabolite was detected at low levels in some animals (Carey 1984; Eddershaw 1996; Martin 1981a), but not in humans in

most studies (Carey 1981; Carey 1984; Martin 1981; Martin 1981a; Martin 1982; Roberts 1984). It was detected at low levels of 0.8-2.2% of the metabolized ranitidine in one GSK human study (as an ester derivative in the analysis) that used radiolabeling for further characterization (Broom 1986 (GSK Report WMH/85/013)). However, in considering the pathways shown in Fig. 18, it should be noted that the production of the furoic acid metabolite is not necessarily linked to the formation of DMA. If *N*-demethylation occurs, the putative P450-catalyzed *N*-demethylation steps would lead to the release of mono-methylamine or ammonia instead, neither of which can give rise to NDMA. Studies have not characterized the exact pathway in the formation of the furoic acid metabolite or the corresponding byproducts and, from a mechanistic standpoint, the release of mono-methylamine or ammonia must be considered just as likely as the release of dimethylamine.

Dimethylamine is a secondary amine that is normally found in the human body and its presence can be exogenous or endogenous in origin. Dimethylamine is naturally found in the diet, particularly in fish and frozen fish (Mitchell 2008; Smith 1994; Zhang 1995). In addition to DMA, the human diet contains choline, trimethylamine (TMA), and trimethylamine *N*-oxide (TMAO), which may serve as precursors for endogenous DMA formation (Figs. 57 and 58) (Mitchell 2008; Smith, 1994; Zhang 1995).


Contains Confidential Information – Subject to Protective Order




Fig. 57. Metabolism and excretion of methylamines (Smith 1994) (also Fig. 58 for structures). G. I.: gastrointestinal tract; DMA: dimethylamine; TMA: trimethylamine; TMAO: trimethylamine *N*-oxide; MMA: mono-methylamine.




Fig. 58. Structure and metabolism of methylamines (see also Fig. 57).

Zhang et al. studied the kinetic properties of dimethylamine in humans following oral administration of radiolabeled DMA to four volunteers (Zhang 1994). Of the radiolabeled dose,


Contains Confidential Information – Subject to Protective Order

98-99% was recovered; the primary route of excretion was the urine (~94.3%), with minor amounts found in the stool and expired air (~4%). Of the dose excreted in the urine, 95.6% was excreted as unchanged DMA, while 4.4% of DMA was metabolized (demethylated) to mono-methylamine. This study demonstrates that DMA is largely unchanged throughout the body, and the minor portion that is altered is by metabolism to mono-methylamine. Formation of NDMA from DMA was not detected in this study.

Several *in vitro* studies have attempted to estimate the potential NDMA formation in the stomach from dimethylamine exposure (Mirvish 1970; Krul 2004). These studies generally show that endogenous NDMA formation from DMA is dependent on an excess nitrite concentration and an acidic environment (pH ~3). Furthermore, they demonstrate the overall yield of NDMA formation in physiological conditions would be small. For example, Mirvish estimated that in an individual who eats a 300 g meal (~ 2/3 pound) containing 12 mg (12,000,000 ng) of dimethylamine and 60 mg (60,000,000 ng) of sodium nitrite, no more than 0.003 mg (3,000 ng) of NDMA might be formed intragastrically (Mirvish 1970). The chemical reaction was heavily dependent on pH, with an optimal pH of 3.0-3.4 and minimal formation at a pH > 5 (Fig. 59). This demonstrates that while the formation of NDMA from DMA and nitrite may occur in the acidic stomach (if the concentrations are high enough), it would not be expected to occur outside the stomach where the body maintains a neutral pH (~7). It is also important to note that while *in vitro* studies may help elucidate a chemical reaction that may potentially occur, the non-physiological conditions and concentrations used should be considered when making predictions of what will actually occur *in vivo*.


Contains Confidential Information – Subject to Protective Order




Fig. 59. Dependence on pH for NDMA [DMN] formation from DMA (0.02 M) + $NaNO_2$ (0.1 M) (Mirvish 1970)

High levels of DMA are routinely found in the saliva (180 ng/mL), gastric juice (870 ng/mL), blood (910 ng/mL), feces (410 ng/mL), and urine (15,900 ng/mL) of individuals (Hrudey 2013). In one large study of healthy subjects, high levels of DMA were normally excreted in the urine every day, with a mean of 17.4 mg/day (17,400,000 ng/day) and a range of 0.68-109.2 mg/day reported (Zhang 1995), which is in great contrast to NDMA (mean <385 ng/day) (Hrudey 2013). Furthermore, considerable variability in urinary DMA levels is expected, especially from dietary intake. A study investigating the effect of 46 different foods on the urinary DMA levels reported up to a 7-fold increase after consumption of fish, increasing from 6.67 mg (6,670,000 ng) to 48.62 mg (48,620,000 ng) over an 8 hour period (Mitchell 2008). The fact that large amounts of DMA are normally found in the urine is evidence of DMA that is *not* forming NDMA in the body.

Overall, numerous studies have demonstrated that dimethylamine is routinely found in biologic fluids in the body, including gastric juice, blood, and urine. However, the presence of DMA does not equate to formation of NDMA. A small yield of NDMA may be formed from DMA in the stomach in acidic conditions (pH ~3) with sufficient levels of nitrite, although minimal levels would be expected to form outside the stomach. Most NDMA formed in the stomach would still


Contains Confidential Information – Subject to Protective Order

go through first pass metabolism, indicating it would be metabolized in the liver rather than entering the systemic circulation. While the enzymatic reaction for the potential formation of the furoic acid metabolite from ranitidine has not been characterized, the liver is the major site of metabolism for drugs, including ranitidine. Surprisingly, the furoic acid metabolite of ranitidine (Fig. 18, section V.B.), previously reported to be a minor metabolite *in vivo* in rat and dog, was not detected in isolated hepatocyte (liver cell) incubations from either species (Cross 1995). This study does not preclude the possibility that the furoic acid metabolite may be formed in the liver, and it is possible it was not identified because of the minor amount formed and/or methodological limitations (it is apparent from studies in humans and animals that this metabolite is often not detected). Minor extrahepatic sites for drug metabolism include the intestine and kidney. This means any potential formation of DMA from this metabolite would be expected to occur after ranitidine has passed through the stomach where the pH conditions would be too basic to favorably promote the reaction to form NDMA. The possibility exists that the DMA (if formed from the furoic acid metabolite) could enter the bloodstream after exiting the liver and then be subject to nitrosation by nitrite formed from the breakdown of NO produced by the extrahepatic enzyme nitric oxide synthase (NOS) (Fig. 24, section VI.C., Leaf 1989), although the pH profile for nitrosation would strongly mitigate against this (Fig. 59, Mirvish 1970). The stomach is the only organ site acidic enough to make the nitrosation reaction very favorable.

Most importantly, the recent FDA randomized, placebo-controlled, crossover trial reported there were no significant differences observed in the level of plasma or urinary dimethylamine after ingestion of ranitidine (Table 9) (Florian 2021). Following the noncured meats diet, the mean 24-h urinary excretion and maximum plasma concentration was 38.8 mg/day and 1,510 ng/mL after ranitidine and 41.1 mg/day and 1,480 ng/mL after placebo, respectively. Following the cured


Contains Confidential Information – Subject to Protective Order

meats diet, the mean 24-h urinary excretion and maximum plasma concentration was 40.7 mg/day and 1,360 ng/mL after ranitidine and 43.1 mg/day and 1,410 ng/mL after placebo, respectively. On the other hand, diet (irrespective of treatment with ranitidine or placebo) had a significant impact on plasma DMA concentrations, demonstrating the importance of controlling for diet in studies on DMA (as well as NDMA).

Although there is no evidence that ranitidine increases the levels of DMA, the question of the relevance of a hypothetical increased level of DMA to damage of DNA (methylation) should also be considered. In addition to forming $O^6$-methyl guanine, NDMA activation also yields other methylated DNA bases, one of which is $N^3$-methyl adenine (Fig. 33, section IX.A.). This modified base is separated from DNA by DNA repair enzymes and excreted in urine, so that measurements of urinary levels provide an estimate of DNA modification, including $O^6$-methyl guanine. Fay et al. studied humans who consume fresh or frozen fish that contained high levels of dimethylamine (up to 1890 µmol or 85 mg (85,000,000 ng) of DMA) (Fay 1997). Individuals also consumed 325 mg of sodium nitrate, which is converted to nitrite in the body and by bacteria in the saliva and gut. Even under these conditions, no increase in the level of $N^3$-methyl adenine in urine was observed, which “suggests that endogenous formation of NDMA from DMA is insignificant.” For comparison, a cigarette smoker who smoked ½ pack of cigarettes per day had levels 3- to 8-fold higher. The authors concluded “…that consumption of high levels of DMA in fish does not result in detectable levels of NDMA formation and genetic damage…”

Overall, there is no reliable or consistent human evidence that NDMA endogenously forms in the body from ranitidine generally or that this is occurring through formation of the furoic acid metabolite specifically. The proposed pathway from the furoic acid metabolite to NDMA formation is completely theoretical, involving multiple unproven steps, and is not supported by


Contains Confidential Information – Subject to Protective Order

empirical evidence from the FDA's randomized controlled trial (Florian 2021). Furthermore, the furoic acid metabolite is detected in low levels in rats, mice, and dogs (Carey 1984; Eddershaw 1996; Martin 1981a). Therefore, even if a small proportion of the ranitidine dose (~1%) metabolized to the furoic acid derivative and released DMA, and an even smaller proportion of the DMA formed NDMA, an increased risk of cancer has not been observed in the lifetime animal carcinogenicity studies. These studies used larger ranitidine doses and for longer equivalent durations than humans would ever be exposed to.

### E. Unproven Theory of Endogenous NDMA Formation from Ranitidine via the DDAH-1 Enzyme

The Valisure Citizen Petition presents an unproven theory on endogenous NDMA formation from ranitidine that Plaintiffs' experts have adopted. Valisure theorizes that the enzyme dimethylarginine dimethylaminohydrolase-1 (DDAH-1) may liberate the "dimethylamine" group from ranitidine and that this could occur throughout the body. The liberated DMA could then form NDMA when exposed to nitrite. There are numerous scientifically invalid and inaccurate assumptions with this theory. First, the FDA randomized controlled trial demonstrated there were no differences observed in the level of plasma or urinary DMA after ingestion of ranitidine (Florian 2021). Second, even if there were an increase in DMA, the presence of DMA in the body does not equate to NDMA being formed (*vide supra*). Third, this theory is based solely on computational modeling and the scientific evidence available opposes this theory rather than supports this theory, as explained below.

The information in the Valisure Citizen Petition is only based on computational modeling, or "docking." Even if this approach were valid, it would only suggest a potential mechanism, in that enzymes must not only bind their substrates but also perform catalysis. By way of analogy, a


Contains Confidential Information – Subject to Protective Order

baseball pitcher has a glove with a "site" to fit the ball ("bind"), but the pitcher has to do something with the ball (other than catching the ball from the catcher) to be effective, i.e., take it out and pitch to a batter ("catalysis"). In my graduate course on enzyme kinetics and mechanism, I emphasize the distinction between binding and catalysis. In the hypothesis proposed by Valisure and Plaintiffs' experts, they are proposing that DDAH-1 not only binds to ranitidine but that a catalytic reaction takes place cleaving the dimethylamino group.

The difference between binding to a site in an enzyme and a catalytic reaction is exemplified in the search for new drugs, which are inhibitors of enzymes (bind) but not substrates (bind + catalytic reaction). If a structure of an enzyme is available, or even a model of the "active site," then computer-aided searches can be done for molecules to fill that space. Molecules that fit are synthesized and tested as inhibitors, i.e., as compounds that bind but are not modified (acted upon by the enzyme). One would not want to make a drug that was a substrate because it would be eliminated rapidly from the body. Figure 60 shows that both a substrate (S) and an inhibitor (I) have a "Velcro-like" surface that aids in binding to a spot in the enzyme. However, the substrate has a shape that allows interaction with the black dot called the "active site" to give a reaction (i.e., formation of the product P). The inhibitor (I) has the Velcro surface and can also bind (which would be seen in the computational exercise) but it has a different shape and is not poised to interact with the active site (•), so no product is formed.


Contains Confidential Information – Subject to Protective Order




Fig. 60. The difference between enzyme binding of a substrate vs. an inhibitor.

The matter of fitting chemical structures into models of enzyme is part of an overall approach of discovering and developing drugs (Silverman & Holladay 2014a). Many drugs have been developed because they are similar in size and shape to normal enzyme substrates but are resistant to biotransformation (e.g., 17α-ethynylestradiol, an oral contraceptive). In recent years, some software has become available that can predict which cytochrome P450 enzymes will oxidize a new molecule (Tian 2018). However, such software is based on machine learning with large data training sets (over 1600 known compounds in Tian 2018). As pointed out in a very relevant review article on cytochrome P450 enzymes and modeling, "…care must be taken to ensure that the predictive models are based on predicting enzyme-substrate interactions or enzyme-inhibitor interactions" (Tyzack 2018). An older example from my own research involves one of the cytochrome P450 enzymes, P450 2D6. The enzyme binds the drug quinidine very tightly as an inhibitor (Guengerich 1986), and quinidine fits very well into a computer-generated model (Strobl 1993). However, quinidine is not a substrate for P450 2D6, but instead is a substrate for another cytochrome P450 enzyme, P450 3A4 (Guengerich 1986).


Contains Confidential Information – Subject to Protective Order

With regard to DDAH-1, published catalytic reactions of the DDAH-1 enzyme show that the substrate is $N^G$,$N^G$-dimethylarginine (also termed $N^{\gamma}$,$N^{\gamma}$-dimethylarginine) and the products are dimethylamine and citrulline (Ogawa 1989). There have been many efforts to discover drugs that act by inhibiting the DDAH-1 enzyme (Kotthaus 2008; Lluis 2011; Murphy 2016; Burstein-Teitelbaum 2018). Numerous molecules have been prepared that fit into the active site and inhibit the enzyme, but none of these are substrates to my knowledge. Furthermore, there are no publications showing that ranitidine is an inhibitor of the DDAH-1 enzyme, let alone a substrate.

In addition to the theory presented in the final Valisure Citizen Petition, an *in vitro* experiment performed by Valisure was included in a draft version of the Citizen Petition (Draft Valisure Citizen Petition 07/30/19 [VAL 00749-765]). In the *in vitro* experiment, ranitidine was incubated with and without the DDAH-1 enzyme and similar levels of dimethylamine were observed in both experiments. In other words, DMA was formed irrespective of the DDAH-1 enzyme in this experiment. Valisure hypothesized that the methods used "for detection of DMA itself significantly degraded the ranitidine and formed very high levels of DMA." Although the methodology was not described, it is likely they used GC-MS to detect DMA, as they did in their NDMA experiments, generating artificially high results through thermal degradation. Additional information was lacking such as number of replicates and statistical analysis and Valisure stated in the draft that "further research and method development is recommended." However, the fact that Valisure took this experiment out of their final version of the Citizen Petition speaks for itself that even Valisure did not rely on these results and instead decided to omit data that did not support their theory.

Following the Valisure Citizen Petition, GSK conducted an *in vitro* study in 2020 investigating the metabolism of ranitidine by DDAH-1 (GSK Study 20DMW001). Ranitidine (50


Contains Confidential Information – Subject to Protective Order

and 460 ng/mL) was incubated in triplicate with recombinant human DDAH-1 (0.5 µM) at 37 °C for incubation periods of 0, 5, 15, 30, and 60 minutes. Ranitidine depletion and possible formation of DMA (detected as an isothiocyanate derivative) and NDMA was analyzed by UPLC-MS/MS. A positive control experiment was conducted with $N^G$,$N^G$-dimethylarginine (ADMA), the known endogenous substrate of the DDAH-1 enzyme. The investigators concluded: "Depletion of ranitidine, or formation of DMA or NDMA, was not observed at 50 or 460 ng/mL over the incubation period. Based on these results, ranitidine was not a substrate of recombinant human DDAH-1, *in vitro*." This *in vitro* experiment analyzing DMA and NDMA formation from ranitidine incubation with DDAH-1, in addition to the FDA's clinical trial analyzing *in vivo* formation of DMA and NDMA from ranitidine ingestion, both conducted using proper LC-MS methodology, provide consistent empirical support that the theorized metabolism of ranitidine by DDAH-1 is not occurring.

Overall, there is no empirical evidence that (i) the DDAH-1 enzyme binds to ranitidine releasing DMA or (ii) that the DMA liberated from this hypothetical reaction further forms NDMA anywhere in the human body. Furthermore, the DDAH-1 enzyme is also expressed in rats, mice, and dogs (Ogawa 1989; National Center for Biotechnology Information 2021) and therefore if this theoretical pathway was occurring, it has not resulted in an increase in cancer as demonstrated from the lifetime animal carcinogenicity studies.

### F. Summary on Ranitidine and Potential Endogenous Formation of NDMA

1. The *in vitro* simulated gastric fluid studies consistently show no valid NDMA formation under physiologically relevant gastric conditions.
2. The human gastric juice studies do not consistently or reliably demonstrate an increase in endogenous NDMA formation in the stomach from ranitidine ingestion.


Contains Confidential Information – Subject to Protective Order

3. The human urinary excretion studies do not reliably demonstrate an increase in endogenous NDMA formation from ranitidine ingestion. The initial studies used flawed methodology and as such, two of three studies have been retracted or corrected. The recent findings using appropriate LC-MS methodology show no increase in urinary excretion of NDMA following ranitidine ingestion.
4. The combined findings and conclusions from the FDA's *in vivo* clinical trial and *in vitro* experiment, which are the most thorough and rigorously performed studies on endogenous formation conducted to date, demonstrate there is no evidence that ranitidine is converted to NDMA in humans (Florian 2021; Gao 2021).
5. There is no scientific evidence that DMA or NDMA is endogenously formed in the body from either formation of the furoic acid metabolite of ranitidine or the DDAH-1 enzyme.
6. The long-term animal studies on ranitidine using large doses for lifetime durations demonstrate that even if endogenous formation of NDMA were occurring, it does not result in a carcinogenic effect.
7. Overall, there is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.

## XII. Conclusions

My opinions, held to a reasonable degree of scientific certainty, are summarized as follows:

1. Ranitidine is a commonly used drug that has been on the market for approximately 40 years. Its safety has been repeatedly demonstrated, including in preclinical toxicology studies that showed no evidence that ranitidine is carcinogenic or mutagenic.
2. There is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.

3. The recently detected NDMA levels in ranitidine products are very low, particularly in relation to total NDMA exposure from other environmental sources and endogenous formation.
4. No scientific or regulatory organization has classified NDMA as a known human carcinogen. In rodents, very high doses of NDMA have primarily been associated with liver tumors. The experimental animal evidence does not support the claim that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach. This organ site specificity is consistent with the metabolism of NDMA to its active form in the liver. However, even with respect to the liver, at low doses of NDMA, extensive DNA repair processes and other defense mechanisms protect against NDMA-associated DNA damage.
5. The trace levels of NDMA found in ranitidine products are several orders of magnitude lower than the lifetime NDMA doses associated with liver tumors in rodents, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. Therefore, even if NDMA were an established human carcinogen, any achievable dose of NDMA from ranitidine use is too low to plausibly cause cancer because repair mechanisms will reverse any potential DNA damage from NDMA.
6. The non-epidemiological scientific evidence does not support the conclusion that exposure to ranitidine, or the potential exposure to NDMA from ingestion of ranitidine, causes any type of cancer, including bladder, esophageal, gastric, liver, and pancreatic cancers.


Contains Confidential Information – Subject to Protective Order

**References:**


1. Adamson RH, Sieber SM. Chemical carcinogenesis studies in nonhuman primates. Basic Life Sci. 1983;24:129-56.
2. Adamson RH. Induction of hepatocellular carcinoma in nonhuman primates by chemical carcinogens. Cancer Detect Prev. 1989;14(2):215-9.
3. Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological Profile for N-Nitrosodimethylamine. 1989.
4. Agency for Toxic Substances and Disease Registry (ATSDR). What Are U.S. Standards and Regulations for Nitrates and Nitrites Exposure? https://www.atsdr.cdc.gov/csem/nitrate-nitrite/standards.html#:~:text=EPA%20has%20set%20an%20enforceable,to%20cause%20significant%20health%20problems. 2013. Accessed February 15, 2022.
5. Ahotupa M, Bussacchini-Griot V, Béréziat JC, Camus AM, Bartsch H. Rapid oxidative stress induced by N-nitrosamines. Biochemical and Biophysical Research Communications. 1987 Aug 14;146(3):1047-54.
6. Aizawa Y, Tanabe S, Amai H, Watanabe K, Yokoo K. Thermal Environment and Moisture Production in the Bathroom. Healthy Buildings: Creating a Healthy Indoor Environment for People, Proceedings (Conference Paper). 2006.
7. Alshehri YM, Alghamdi TS, Aldawsari FS. HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. J Pharm Biomed Anal. 2020 Nov 30;191:113582.
8. Ames BN, Gold LS. Endogenous mutagens and the causes of aging and cancer. Mutat Res. 1991 Sep-Oct;250(1-2):3-16.
9. American Cancer Society. Lifetime Risk of Developing or Dying From Cancer. https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html. Last revised January 13, 2020. Accessed August 24, 2021.
10. Andersen ME, Krewski D, Withey JR. Physiological pharmacokinetics and cancer risk assessment. Cancer Lett. 1993 Apr 15;69(1):1-14.
11. Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. Int J Cancer. 1996 Mar 28;66(1):130-4.
12. Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T, Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. Gan. 1979 Aug;70(4):549-558.
13. Araki A, Muramatsu M, Matsushima T. Comparison of mutagenicities of N-nitrosamines on *Salmonella typhimurium* TA100 and *Escherichia coli* WP2 uvrA/pKM101 using rat and hamster liver s9. Gan. 1984 Jan;75(1):8-16.
14. Astra Main Study No. 610-184M: Long-term study with H238/92 (ranitidine) in female rats. [MERCK_ZAN_00000940-1970]
15. Astra Satellite Study No. 610-184S: Long-term study with H238/92 (ranitidine) in female rats. [MERCK_ZAN_00001971-3256]
16. Australia TGA. Contamination of ranitidine medicines with the nitrosamine NDMA - TGA laboratory testing. October 22, 2019. https://www.tga.gov.au/tga-laboratories-testing-ranitidine-medicines. Accessed May 25, 2021.
17. Baas J, Boyack K, Ioannidis JPA. August 2021 data-update for Updated science-wide author databases of standardized citation indicators. Mendeley Data, V3, doi: 10.17632/btchxktzyw.3. Published October 19, 2021. https://elsevier.digitalcommonsdata.com/datasets/btchxktzyw/3.




Contains Confidential Information – Subject to Protective Order

18. Bartsch H, Camus A, Malaveille C. Comparative mutagenicity of *N*-nitrosamines in a semi-solid and in a liquid incubation system in the presence of rat or human tissue fractions. Mutation Res. 1976; 37:149-162.
19. Bäumer C, Fisch E, Wedler H, Reinecke F, Korfhage C. Exploring DNA quality of single cells for genome analysis with simultaneous whole-genome amplification. Sci Rep. 2018;8(1):7476.
20. Beard JC, Swager TM. An Organic Chemist's Guide to N-Nitrosamines: Their Structure, Reactivity, and Role as Contaminants. J Org Chem. 2021;86(3):2037-2057.
21. Beck BD, Seeley M, Calabrese EJ. Chapter 2: Use of toxicology in the regulatory process. In: Hayes' Principles and Methods of Toxicology. Hayes AW, Kruger CL (Eds). 6th ed., CRC Press, Boca Raton, FL. 2014. pp 35-87.
22. Bellacosa A. Genetic hits and mutation rate in colorectal tumorigenesis: versatility of Knudson's theory and implications for cancer prevention. Genes Chromosomes Cancer. 2003 Dec;38(4):382-388.
23. Biology Dictionary. Metabolite. https://www.biology-online.org/dictionary/Metabolite. Accessed January 30, 2020.
24. Blumer JL, Rothstein FC, Kaplan BS, Yamashita TS, Eshelman FN, Myers CM, Reed MD. Pharmacokinetic determination of ranitidine pharmacodynamics in pediatric ulcer disease. J Pediatr. 1985 Aug;107(2):301-306.
25. Boonjaraspinyo S, Boonmars T, Aromdee C, Puapairoj A, Wu Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. Parasitology research. 2011 Jan;108(1):7-14.
26. Brambilla G, Cavanna M, Faggin P, Maura A, Pino A, Ricci R, Robbiano L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis. 1983 Oct;4(10):1281-5.
27. Brambilla G, Cajelli E, Finollo R, Maura A, Pino A, Robbiano L. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. J Toxicol Environ Health. 1985;15(1):1-24.
28. Brambilla G, Martelli A. Genotoxic and carcinogenic risk to humans of drug-nitrite interaction products. Mutat Res. 2007 Jan-Feb;635(1):17-52.
29. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766.
30. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv preprint. 2021.
31. Brimblecombe RW, Duncan WA, Durant GJ, Emmett JC, Ganellin CR, Leslie GB, Parsons ME. Characterization and development of cimetidine as a histamine H2-receptor antagonist. Gastroenterology. 1978 Feb;74(2 Pt 2):339-47.
32. Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. Lancet. 1981 Nov 14;2(8255):1119.
33. Brodkorb A, Egger L, Alminger M, Alvito P, Assunção R, Ballance S, Bohn T, Bourlieu-Lacanal C, Boutrou R, Carrière F, Clemente A, Corredig M, Dupont D, Dufour C, Edwards C, Golding M, Karakaya S, Kirkhus B, Le Feunteun S, Lesmes U, Macierzanka A, Mackie AR, Martins C, Marze S, McClements DJ, Ménard O, Minekus M, Portmann R, Santos CN,

Souchon I, Singh RP, Vegarud GE, Wickham MSJ, Weitschies W, Recio I. INFOGEST static in vitro simulation of gastrointestinal food digestion. Nat Protoc. 2019 Apr;14(4):991-1014.

34. Buccitelli C, Selbach M. mRNAs, proteins and the emerging principles of gene expression control. Nature Reviews Genetics. 2020 Oct 1;21(10):630–644.
35. Burlinson B, Morriss SH, Gatehouse DG, Tweats DJ. Genotoxicity studies of gastric acid inhibiting drugs. Lancet. 1990 Feb 17;335(8686):419-20.
36. Burstein-Teitelbaum G, Er JAV, Monzingo AF, Tuley A, Fast W. Dissection, Optimization, and Structural Analysis of a Covalent Irreversible DDAH1 Inhibitor. Biochemistry. 2018 Jul 31;57(30):4574-4582.
37. Calabrese EJ. Chapter 3: Dose–Response: A Fundamental Concept in Toxicology. In: Hayes' Principles and Methods of Toxicology. Hayes AW, Kruger CL (Eds.) 6th Ed. 2014. 89-140.
38. Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. J Chromatogr. 1981 Sep 11;225(1):161-8.
39. Carey PF, Martin LE. High-Performance Liquid Chromatographic Methods for the Determination of Ranitidine and its Metabolites in Biological Fluids. Chromatographia. 1984;19:200-205.
40. Castellano TJ, Schiffman RL, Jacob MC, Loeb JN. Suppression of liver cell proliferation by glucocorticoid hormone: a comparison of normally growing and regenerating tissue in the immature rat. Endocrinology. 1978 Apr;102(4):1107-1112.
41. Cha R.S, Thilly WG, Zarbl H. *N*-Nitroso-*N*-methylurea-induced rat mammary tumors arise from cells with preexisting oncogenic H-*ras*1 gene mutations. Proceedings of the National Academy of Sciences of the United States of America. 1994;91: 3749-3753.
42. Chatterjee N, Walker GC. Mechanisms of DNA damage, repair, and mutagenesis. Environ Mol Mutagen. 2017 Jun;58(5):235-226.
43. Choudhary D, Jansson I, Stoilov I, Sarfarazi M, Schenkman JB. Expression patterns of mouse and human CYP orthologs (families 1-4) during development and in different adult tissues. Arch Biochem Biophys. 2005 Apr 1;436(1):50-61. doi: 10.1016/j.abb.2005.02.001. PMID: 15752708.
44. Chung WG, Park CS, Roh HK, Lee WK, Cha YN. Oxidation of ranitidine by isozymes of flavin-containing monooxygenase and cytochrome P450. Jpn J Pharmacol. 2000 Oct;84(2):213-220.
45. Clarke HE, Coates ME, Eva JK, Ford DJ, Milner CK, O'Donoghue PN, Scott PP, Ward RJ. Dietary standards for laboratory animals: report of the Laboratory Animals Centre Diets Advisory Committee. Laboratory animals. 1977 Jan 1;11(1):1-28.
46. COSMIC: Catalogue of Somatic Mutations in Cancer. https://cancer.sanger.ac.uk/cosmic. Accessed May 3, 2021.
47. Coulston F, Dunne JF. The Potential Carcinogenicity of Nitrosatable Drugs. WHO Symposium, Geneva, June 1978. 1980. 1-134.
48. Coumadin (warfarin sodium) Tablets Prescribing Information. Bristol-Myers Squibb. August 2017.
49. Court MH, Von Moltke LL, Shader RI, Greenblatt DJ. Biotransformation of chlorzoxazone by hepatic microsomes from humans and ten other mammalian species. Biopharm Drug Dispos. 1997 Apr;18(3):213-26.
50. Cross DM, Bell JA, Wilson K. Kinetics of ranitidine metabolism in dog and rat isolated hepatocytes. Xenobiotica. 1995 Apr;25(4):367-375.


Contains Confidential Information – Subject to Protective Order

51. Dallinga JW, Pachen DM, Lousberg AH, van Geel JA, Houben GM, Stockbrügger RW, van Maanen JM, Kleinjans JC. Volatile N-nitrosamines in gastric juice of patients with various conditions of the gastrointestinal tract determined by gas chromatography-mass spectrometry and related to intragastric pH and nitrate and nitrite levels. Cancer Lett. 1998 Feb 27;124(2):119-125.
52. Dangtakot R, Intuyod K, Chamgramol Y, Pairojkul C, Pinlaor S, Jantawong C, Pongking T, Haonon O, Ma N, Pinlaor P. CagA+ *Helicobacter pylori* infection and N-nitrosodimethylamine administration induce cholangiocarcinoma development in hamsters. Helicobacter. 2021 Aug;26(4):e12817.
53. De Bont R, van Larebeke N. Endogenous DNA damage in humans: a review of quantitative data. Mutagenesis. 2004 May;19(3):169-185.
54. De Flora S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. Lancet. 1981 Oct 31;2(8253):993-994.
55. De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genotoxicity of nitrosated ranitidine. Carcinogenesis. 1983;4(3):255-260.
56. De Flora S, Camoirano A, Basso C, Astengo M, Zanacchi P, Bennicelli C. Bacterial genotoxicity of nitrosated famotidine. Mutagenesis. 1986 Mar;1(2):125-130.
57. Dechakhamphu S, Pinlaor S, Sitthithaworn P, Bartsch H, Yongvanit P. Accumulation of miscoding etheno-DNA adducts and highly expressed DNA repair during liver fluke-induced cholangiocarcinogenesis in hamsters. Mutat Res. 2010 Sep 10;691(1-2):9-16.
58. Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. Journal of Toxicology and Environmental Health, Part A Current Issues. 1992 Nov 1;37(3):351-61.
59. Diaz Gomez MI, Swann PF, Magee PN. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. Biochem J. 1977;164(3):497-500.
60. Dunn SR, Pensabene JW, Simenhoff ML. Analysis of human blood for volatile N-nitrosamines by gas chromatography-chemiluminescence detection. J Chromatogr. 1986 Apr 25;377:35-47.
61. Dutton AH, Heath DF. Demethylation of dimethylnitrosamine in rats and mice. Nature. 1956 Sep 22;178(4534):644.
62. Dybing E, O'Brien J, Renwick AG, Sanner T. Risk assessment of dietary exposures to compounds that are genotoxic and carcinogenic--an overview. Toxicol Lett. 2008 Aug 15;180(2):110-7.
63. Eaton DL, Gallagher EP, Vandivort TC. Chapter 1: General Overview of Toxicology. In: Comprehensive Toxicology. McQueen CA (Ed). 3rd Ed. 2018. 1-38.
64. Eaton DL, Gilbert SG. Chapter 2: Principles of Toxicology. In: Casarett and Doull's Toxicology: The Basic Science of Poisons. Klaassen CR (Ed). 8th Ed. 2013. 13-48.
65. Eddershaw PJ, Chadwick AP, Higton DM, Fenwick SH, Linacre P, Jenner WN, Bell JA, Manchee GR. Absorption and disposition of ranitidine hydrochloride in rat and dog. Xenobiotica. 1996 Sep;26(9):947-956.
66. Eisenbrand G, Adam B, Peter M, Malfertheiner P, Schlag P. Formation of nitrite in gastric juice of patients with various gastric disorders after ingestion of a standard dose of nitrate--a possible risk factor in gastric carcinogenesis. IARC Sci Publ. 1984;(57):963-968.
67. Emeigh Hart SG, Cartun RW, Wyand DS, Khairallah EA, Cohen SD. Immunohistochemical localization of acetaminophen in target tissues of the CD-1 mouse: correspondence of covalent binding with toxicity. Fundam Appl Toxicol. 1995 Feb;24(2):260-274.

68. Emery Pharma Citizen Petition. January 2, 2020.
69. Emery Pharma 06/04/20 Slide Presentation – Nandita E, et al. Study of Ranitidine Stability: Quantification of N-Nitrosodimethylamine (NDMA), a Probable Carcinogen in Ranitidine Drug Products and Biological Matrices by UHPLC-MS/MS.
70. Emery Pharma 07/14/20 Slide Presentation – Najafi R. Where is NDMA Coming From? Root Cause Analysis.
71. EMERY 0165-0170
72. EMERY 0574-0585
73. EMERY 0977-1003
74. EPA. About Benchmark Dose Software (BDS). https://www.epa.gov/bmds/about-benchmark-dose-software-bmds#aboutbmds. Last Updated June 16, 2021. Accessed February 9. 2022.
75. EPA. Integrated Risk Information System (IRIS). N-Nitrosodimethylamine; CASRN 62-75-9. 2002. https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0045_summary.pdf.
76. EPA. Technical Fact Sheet – N-Nitroso-dimethylamine (NDMA). November 2017. https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf.
77. EPA. Risk Assessment for Carcinogenic Effects. Lasted Updated December 8, 2021. https://www.epa.gov/fera/risk-assessment-carcinogenic-effects. Accessed January 23, 2022.
78. Espie P, Tytgat D, Sargentini-Maier ML, Poggesi I, Watelet JB. Physiologically based pharmacokinetics (PBPK). Drug Metab Rev. 2009;41(3):391-407.
79. EUPATI. Pharmacokinetics. https://toolbox.eupati.eu/glossary/pharmacokinetics/. Accessed May 3, 2021.
80. European Commission Scientific Committee on Consumer Safety (EC SCCS). Opinion on Nitrosamines and Secondary Amines in Cosmetic Products. SCCS/1458/11. March 27, 2012. https://ec.europa.eu/health/scientific_committees/consumer_safety/docs/sccs_o_090.pdf.
81. European Medicines Agency (EMA) Committee for Medicinal Products for Human Use (CHMP) Assessment Report on Angiotensin-II-Receptor Antagonists (Sartans) Containing a Tetrazole Group. Procedure No. EMEA/H/A-31/1471. February 14, 2019. https://www.ema.europa.eu/en/documents/variation-report/angiotensin-ii-receptor-antagonists-sartans-article-31-referral-chmp-assessment-report_en.pdf.
82. Fan TY, Fine DH. Formation of N-nitrosodimethylamine in the injection port of a gas chromatograph: an artifact in nitrosamine analysis. J Agric Food Chem. 1978;26(6);1471–1472.
83. Fay LB, Leaf CD, Gremaud E, Aeschlimann JM, Steen C, Shuker DE, Turesky RJ. Urinary excretion of 3-methyladenine after consumption of fish containing high levels of dimethylamine. Carcinogenesis. 1997 May;18(5):1039-1044.
84. FDA Ensuring the Rigor of Regulatory Science: CDER Conducts Laboratory and Clinical Studies to Investigate Reports of NDMA Production from Ingested Ranitidine Products. https://www.fda.gov/drugs/news-events-human-drugs/ensuring-rigor-regulatory-science-cder-conducts-laboratory-and-clinical-studies-investigate-reports. July 2, 2021. Accessed July 7, 2021.
85. FDA Guidance for Industry: ICH Q3A Impurities in New Drug Substances. 1996, 2003 (R1), and 2008 (R2).
86. FDA Guidance for Industry: ICH Q3B Impurities in New Drug Products. 1997, 2003 (R1), and 2006 (R2).


Contains Confidential Information – Subject to Protective Order

87. FDA Guidance for Industry (Draft): Genotoxic and Carcinogenic Impurities in Drug Substances and Products: Recommended Approaches. 2008.
88. FDA Guidance for Industry: ICH M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk. 2015 and 2018 (R1).
89. FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs. 2020 and 2021 (R1).
90. FDA Guidance for Industry: Analytical Procedures and Methods Validation for Drugs and Biologics. 2015.
91. FDA Guidance for Industry: ICH S1A The Need for Long-Term Rodent Carcinogenicity Studies of Pharmaceuticals. 1996.
92. FDA Guidance for Industry: ICH S1B Testing for Carcinogenicity of Pharmaceuticals. 1997.
93. FDA Guidance for Industry: ICH S1C Dose Selection for Carcinogenicity Studies for Pharmaceuticals. 1995, 1997 (R1), 2008 (R2).
94. FDA Guidance for Industry (Draft): Statistical Aspects of the Design, Analysis, and Interpretation of Chronic Rodent Carcinogenicity Studies of Pharmaceuticals. 2001.
95. FDA Guidance for Industry: ICH S2A Specific Aspects of Regulatory Genotoxicity Tests for Pharmaceuticals. 1996.
96. FDA Guidance for Industry: ICH S2 Genotoxicity Testing and Data Interpretation for Pharmaceuticals Intended for Human Use. 2012 (R1).
97. FDA Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Last Updated July 20, 2021. Accessed August 24, 2021.
98. FDA Response to Valisure Citizen Petition. April 1, 2020.
99. FDA Summary Basis of Approval for Zantac NDA 18-703. [GSKZAN0000012672-814]
100. FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan). https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan. Accessed April 4, 2021.
101. FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine. Accessed April 4, 2021.
102. Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jun:e219199.
103. Foiles PG, Miglietta LM, Akerkar SA, Everson RB, Hecht SS. Detection of O6-methyldeoxyguanosine in human placental DNA. Cancer Res. 1988 Aug 1;48(15):4184-8.
104. Franekić J, Skupnjak S, Matijasević Z. Genotoxicity of nitrosated ranitidine. Mutat Res. 1989 Sep;227(1):13-16.
105. Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-355.
106. Fryklund J, Falknäs AK, Helander HF. Omeprazole does not cause unscheduled DNA synthesis in rabbit parietal cells in vitro. Scand J Gastroenterol. 1992 Jun;27(6):521-8.
107. Fukushima S, Wanibuchi H, Morimura K, Nakae D, Tsuda H, Imaida K, Shirai T, Tatematsu M, Tsukamoto T, Hirose M, Furukawa F. Lack of potential of low dose N-

nitrosodimethylamine to induce preneoplastic lesions, glutathione S-transferase placental form-positive foci, in rat liver. Cancer Lett. 2005 May 10;222(1):11-5.
108. Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun;4(6):e2118253.
109. Garcia del Risco F, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bergogne-Berezin E, Bonfils S. Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects. Gastroenterol Clin Biol. 1984 Oct;8(10):749-53.
110. Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. Cancer Res. 1986;46(10):5392-400.
111. Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis. 1982;3(5):597-8.
112. Gatehouse D, Haworth S, Cebula T, Gocke E, Kier L, Matsushima T, Melcion C, Nohmi T, Ohta T, Venitt S, et al. Recommendations for the performance of bacterial mutation assays. Mutat Res. 1994 Jun;312(3):217-33.
113. Gerson SL, Trey JE, Miller K, Berger NA. Comparison of O6-alkylguanine-DNA alkyltransferase activity based on cellular DNA content in human, rat and mouse tissues. Carcinogenesis. 1986 May;7(5):745-9.
114. Gerson SL. MGMT: its role in cancer aetiology and cancer therapeutics. Nat Rev Cancer. 2004 Apr;4(4):296-307.
115. Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. Food Chem Toxicol. 1985 Sep;23(9):849-55.
116. Goasduff T, Bellec G, Amet Y, Dreano Y, Menez JF, Berthou F. P450 2E1 expression in liver, kidney, and lung of rats treated with single or combined inducers. Alcohol. 1996 May-Jun;13(3):301-308.
117. Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. Mutat Res. 1998 Nov 9;419(1-3):131-135.
118. Gombar CT, Pylypiw HM Jr, Harrington GW. Pharmacokinetics of N-nitrosodimethylamine in beagles. Cancer Res. 1987;47(2):343-7.
119. Gombar CT, Harrington GW, Pylypiw HM Jr, Bevill RF, Thurmon JC, Nelson DR, Magee PN. Pharmacokinetics of N-nitrosodimethylamine in swine. Carcinogenesis. 1988;9(8):1351-4.
120. Gombar CT, Harrington GW, Pylypiw HM Jr, Anderson LM, Palmer AE, Rice JM, Magee PN, Burak ES. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res. 1990;50(14):4366-4370.
121. Gough TA, Webb KS, Swann PF. An examination of human blood for the presence of volatile nitrosamines. Food Chem Toxicol. 1983 Apr;21(2):151-6.
122. GSK Investigations into the Root Cause for the presence of N-Nitrosodimethylamine (NDMA) in Ranitidine Hydrochloride Drug Substance and associated Drug Products. June 15, 2020. [GSKZAN0000051927-2018]


Contains Confidential Information – Subject to Protective Order

123. GSK: A special report to the medicines division on the potential carcinogenicity and mutagenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach. 1981. [GSKZAN0000084961-8]
124. GSK Study 20DMW001. An in vitro Investigation into the Metabolism of Ranitidine by Human Recombinant Dimethylarginine Dimethylaminohydrolase-1. [GSKZAN0002964352-381]
125. GSK Report WBP/82/01 (Tanner 1982). The Determination of N-Nitrosodimethylamine formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite. [GSKZAN0000084994-5003]
126. GSK Report WMH/85/013 (Broom 1996). A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man. [GSKZAN0000369313-42]
127. GSK Report PATH/77/153: Additional Mutagenicity Tests on Ranitidine [GSKZINDA0000001223-30]
128. GSK Report PATH/78/172: AH19065 (base) and its S-oxide AH20319 mutagenicity testing [GSKZNDAD0000001148-59]
129. GSK Report PATH/79/220. Mutagenicity studies on the nitrosation products of AH19065 and AH22216. (Liquid and agar assays). [GSKZAN0000292368-80]
130. GSK Report PATH/79/224: Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products. [GSKZAN0000917196-254]
131. GSK Report PATH/79/229 (Study TR21): Ranitidine hydrochloride: The effects of ranitidine hydrochloride in male germ cells – a dominant lethal assay (PATH/79/229) [NDA 18-703] [GSKZNDAA0000001825-8; GSKZNDAA0000015349-76]
132. GSK Report PATH/80/235. (III) Nitrosation of ranitidine: Further mutagenicity studies. [GSKZAN0000986964-97]
133. GSK Report PATH/80/240: Further mutagenicity studies on ranitidine (AH19065) and on its N-oxide (AH20199) and S-oxide (AH20319). [GSKZAN0000282822-62]
134. GSK Report WPT/83/037: A Cytogenetic Study in the Spermatogonial Cells of Mice following Oral Administration of Ranitidine. [GSKZAN0000931154-74]
135. GSK Report WAP/86/006: Review of the Standards Achieved in Glaxo Routine Production of Ranitidine Hydrochloride and the Zantac Range of Finished Products and a Comparison with the Standards of Competitor Products. [GSKZAN0001945403-610]
136. GSK Report WPT/83/056. In Vivo Cytogenetic Evaluation of AH 19065 (Ranitidine) Assays. [GSKZAN0000292401-16]
137. GSK Report WPT/86/029: Sex-Linked Recessive Lethal Study on AH19065 HC1 (Ranitidine) Using Drosophila Melanogaster. [GSKZAN0000931137-53]
138. GSK Report WPT/90/079: An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay [GSKZNDAA0000205884-907]
139. GSK Report WPT/89/335 (Study R12011): GR122311X: Micronucleus test in the PVG rat after oral administration. [GSKZNDAL0000105522-52]
140. GSK Report WPT/90/290 (Study V11934). Microbial mutagenicity screen of GR1223117X. [GSKZNDAL0000105275-361]
141. GSK Report WPT/90/411 (Study V11765). GR122311X: Cytogenetic evaluation using cultured human lymphocytes. [GSKZNDAL0000105362-405]

142. GSK Report WPT/90/176 (Pilot Study Y12410). GR88502X (Bismuth Citrate): Cytogenetic evaluation using cultured human lymphocytes. [GSKZNDAL0000105406-33]
143. GSK Report WPT/90/407. GR122311X: In vivo Stomach UDS assay in male PVG rats. [GSKZNDAL0000105556-86]
144. GSK Report WPT/91/276 (Study V12784). GR122311X: Screen for mutagenic activity in the mouse lymphoma, L5178Y assay. [GSKZNDAL0000105434-94]
145. GSK Report A&H 88/801075: Ranitidine Hydrochloride: Potential Tumorigenicity of Ranitidine Hydrochloride in Long Term (Life Span) Dietary Administration to Rats. (125-129 Weeks) [NDA 18-703] [GSKZNDAA0000001725; GSKZNDAA0000013235-14731]
146. GSK Report PATH/81/269 (Study CAR-009): Ranitidine Hydrochloride: 2 Year Oral Tumorigenicity Study in Mice. [NDA 18-703] [GSKZNDAA0000001689-1701; GSKZNDAA0000012654-933]
147. GSK Report PATH/80/247 (Study CAR-010): Ranitidine Hydrochloride: 114 Week Oral Tumorigenicity Study in Mice. [NDA 18-703] [GSKZNDAA0000001702-14; GSKZNDAA0000012937-13231]
148. GSK Report PATH/81/287. Amendment to Report PATH/80/247. AH19065 Hydrochloride (Ranitidine): 114 Week Oral Tumorigenicity Study in Mice (CAR 010). Revised Statistical Analysis. [GSKZINDA0000011033-56]
149. GSK Report WPT/89/196 (Study SAD098): Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, once daily, oral administration to Beagles, for 397 weeks, of doses equivalent to 50 mg ranitidine/kg. [IND 23-073] [GSKZINDC0000000846 – 1057]
150. GSK Report WPT/89/306 (Study SAD112): Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, twice daily, oral administration to Beagles for 372 weeks, of doses equivalent to 5 mg ranitidine/kg. [IND 23-073] [GSKZINDC0000001058 – 1582]
151. GSK Report WPT/94/381 (Study R13529): Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomach of rats. [IND 17-004] [GSKZINDA0000051942-52706]
152. GSK Study WPT/93/096 (Study R124040): GR122311X: Oral (dietary) oncogenicity study in rats [GSKZNDAL0000097436-100222]
153. GSK Study WPT/93/122 (Study M12403): GR122311X: Oral (dietary) oncogenicity study in mice [GSKZNDAL0000091415-4480]
154. GSK Study WPT/93/201 (Study M13040): GR122311X: Oral (dietary) oncogenicity study in mice [GSKZAN0000368567-844; GSKZAN0000705948-6391; GSKZAN0000914868-6099; GSKZAN0000368845-9202]
155. GSK Study BIO/80/11. Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man. [GSKZAN0000369530-45]
156. GSK Study CR/368/81. Ranitidine Nitrosation. [GSKZAN0000290552-67]
157. GSK Study D1031: Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity [NDA 18-703] [GSKZNDAA0000001726-7; GSKZNDAA0000014733-71]
158. GSK Study D164: The reaction between ranitidine and nitrous acid and the mutagenic potential of the reaction products [NDA 18-703] [GSKZNDAA0000001728-30; GSKZNDAA0000014773-90]
159. Guengerich FP, Müller-Enoch D, Blair IA. Oxidation of quinidine by human liver cytochrome P-450. Mol Pharmacol. 1986 Sep;30(3):287-95.


Contains Confidential Information – Subject to Protective Order

160. Guengerich FP. Roles of cytochrome P-450 enzymes in chemical carcinogenesis and cancer chemotherapy. Cancer Res. 1988 Jun 1;48(11):2946-2954.
161. Gushgari AJ, Halden RU. Critical review of major sources of human exposure to N-nitrosamines. Chemosphere. 2018 Nov;210:1124-1136.
162. Hall J, Brésil H, Montesano R. O6-Alkylguanine DNA alkyltransferase activity in monkey, human and rat liver. Carcinogenesis. 1985 Feb;6(2):209-11.
163. Hall CN, Darkin D, Brimblecombe R, Cook AJ, Kirkham JS, Northfield TC. Evaluation of the nitrosamine hypothesis of gastric carcinogenesis in precancerous conditions. Gut. 1986 May;27(5):491-8.
164. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74.
165. Hastwell PW, Webster TW, Tate M, Billinton N, Lynch AM, Harvey JS, Rees RW, Walmsley RM. Analysis of 75 marketed pharmaceuticals using the GADD45a-GFP 'GreenScreen HC' genotoxicity assay. Mutagenesis. 2009 Sep;24(5):455-63.
166. Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion. 1990;45(4):189-95.
167. Haywood PA, Martin-Smith M, Cholerton TJ. Isolation and identification of the hydrolytic degradation products of ranitidine hydrochloride. J Chem Soc Perkin Trans. 1987;951-4.
168. Health Canada. Nitrosamine impurities in medications. https://www.canada.ca/en/health-canada/services/drugs-health-products/compliance-enforcement/information-health-product/drugs/nitrosamine-impurities.html. Accessed December 30, 2021.
169. Herrmann K, Schumacher F, Engst W, Appel KE, Klein K, Zanger UM, Glatt H. Abundance of DNA adducts of methyleugenol, a rodent hepatocarcinogen, in human liver samples. Carcinogenesis. 2013;34(5):1025-1030.
170. Hill J. Cautions Against the Immoderate Use of Snuff. 2nd Ed. Baldwin R, Jackson J. London. 1761.
171. Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrügger RW. Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prev. 1996 Sep;5 Suppl 1:83-7.
172. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208. doi: 10.1111/risa.12070. Epub 2013 Jun 20. Erratum in: Risk Anal. 2014 Mar;34(3):598.
173. Hu J, Christison T, Rohrer J. Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation. Heliyon. 2021 Feb 1;7(2):e06179.
174. Human Protein Atlas. https://www.proteinatlas.org/. Accessed April 4, 2021.
175. IARC. Chemical Agents and Related Occupations. Volume 100 F. A Review of Human Carcinogens. International Agency for Research on Cancer; 2012.
176. International Agency for Research on Cancer (IARC). IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Volume 17. Some N-Nitroso Compounds. N-Nitrosodimethylamine. Lyon, France: IARC; 1978.
177. International Agency for Research on Cancer (IARC). IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Supplement 7. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. Lyon, France: IARC; 1987.

178. International Agency for Research on Cancer (IARC). IARC Monographs on the Identification of Carcinogenic Hazards to Humans, Preamble. Lyon, France: World Health Organization; Amended January 2019. https://monographs.iarc.who.int/wp-content/uploads/2019/07/Preamble-2019.pdf. Accessed June 9, 2021.
179. International Agency for Research on Cancer (IARC). Agents classified by the IARC Monographs, Volumes 1–130. https://monographs.iarc.who.int/list-of-classifications. Last updated December 10, 2021. Accessed February 10, 2022.
180. Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. CA Cancer J Clin. 2018;68(1):31-54.
181. Iwakuma T, Sakumi K, Nakatsuru Y, Kawate H, Igarashi H, Shiraishi A, Tsuzuki T, Ishikawa T, Sekiguchi M. High incidence of nitrosamine-induced tumorigenesis in mice lacking DNA repair methyltransferase. Carcinogenesis. 1997 Aug;18(8):1631-5.
182. Jeong HG, Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. Cancer letters. 1998 Dec 11;134(1):73-9.
183. Jiang Q, Christen S, Shigenaga MK, Ames BN. γ-Tocopherol, the major form of vitamin E in the US diet, deserves more attention. The American journal of clinical nutrition. 2001 Dec 1;74(6):714-22.
184. Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen. 2021;62:293-305.
185. Kadiiska MB, Gladen BC, Baird DD, Germolec D, Graham LB, Parker CE, Nyska A, Wachsman JT, Ames BN, Basu S, Brot N, Fitzgerald GA, Floyd RA, George M, Heinecke JW, Hatch GE, Hensley K, Lawson JA, Marnett LJ, Morrow JD, Murray DM, Plastaras J, Roberts LJ 2nd, Rokach J, Shigenaga MK, Sohal RS, Sun J, Tice RR, Van Thiel DH, Wellner D, Walter PB, Tomer KB, Mason RP, Barrett JC. Biomarkers of oxidative stress study II: are oxidation products of lipids, proteins, and DNA markers of CCl4 poisoning? Free Radic Biol Med. 2005 Mar 15;38(6):698-710.
186. Kamm JJ, Dashman T, Conney AH, Burns JJ. Protective effect of ascorbic acid on hepatotoxicity caused by sodium nitrite plus aminopyrine. Proceedings of the National Academy of Sciences United States of America. 1973 Mar 1;70(3):747-9.
187. Kane SP. Ranitidine, ClinCalc DrugStats Database, Version 21.1. ClinCalc: https://clincalc.com/DrugStats/Drugs/Ranitidine. Updated December 1, 2020. Accessed March 10, 2021.
188. Kang H, Konishi C, Kuroki T, Huh N. Detection of O6-methylguanine, O4-methylthymine and O4-ethylthymine in human liver and peripheral blood leukocyte DNA. Carcinogenesis. 1995 Jun;16(6):1277-80.
189. Kaufman DW, Kelly JP, Rosenberg L, Anderson TE, Mitchell AA. Recent patterns of medication use in the ambulatory adult population of the United States: the Slone survey. JAMA. 2002;287(3):337-344.
190. Kedderis GL. Chapter 1.07: Toxicokinetics: Biotransformation of Toxicants. In: Comprehensive Toxicology. McQueen CA (Ed). 3rd Ed. 2018. 128-142.
191. King FJ, Searle AD, Urquhart MW. Ranitidine – Investigations into the Root Cause for the Presence of N-Nitroso-N,N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. Org Process Res Dev. 2020.


Contains Confidential Information – Subject to Protective Order

192. Kiziltas H, Ekin S, Bayramoglu M, Akbas E, Oto G, Yildirim S, Ozgokce F. Antioxidant properties of *Ferulago angulata* and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. Pharmaceutical Biology. 2017 Jan 1;55(1):888-97.
193. Klaunig JE, Weghorst CM, Pereira MA. Effect of phenobarbital on diethylnitrosamine and dimethylnitrosamine induced hepatocellular tumors in male B6C3F1 mice. Cancer Lett. 1988 Sep-Oct;42(1-2):133-139.
194. Klaunig JE. Chapter 8: Chemical Carcinogenesis. In: Casarett & Doull's Toxicology: The Basic Science of Poisons. 8th ed. McGraw-Hill Publishing; 2013. 393-443.
195. Knudson AG Jr. Mutation and cancer: statistical study of retinoblastoma. Proc Natl Acad Sci U S A. 1971 Apr;68(4):820-823.
196. Kobets T, Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. Chem Biol Interact. 2019 Mar 1;301:88-111.
197. Kotthaus J, Schade D, Muschick N, Beitz E, Clement B. Structure-activity relationship of novel and known inhibitors of human dimethylarginine dimethylaminohydrolase-1: alkenyl-amidines as new leads. Bioorg Med Chem. 2008 Dec 15;16(24):10205-9.
198. Krawczynski M, Ignys I, Borucki M. Nitrozamines in children with chronic gastritis. Pediatria Polska. 2002:77(3):217-224. [GSKZAN0000085209-19]
199. Krul CA, Zeilmaker MJ, Schothorst RC, Havenaar R. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. Food Chem Toxicol. 2004 Jan;42(1):51-63.
200. Kushida H, Fujita K, Suzuki A, Yamada M, Endo T, Nohmi T, Kamataki T. Metabolic activation of N-alkylnitrosamines in genetically engineered Salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase. Carcinogenesis. 2000 Jun;21(6):1227-32.
201. Kwon Y. Chapter 8: Metabolism. In: Handbook of Essential Pharmacokinetics, Pharmacodynamics, and Drug Metabolism for Industrial Scientists. 2002. 121-168.
202. Labuc GE, Archer MC. Comparative tumor initiating activities of N-nitrosomethylbenzylamine and N-nitrosodimethylamine in rat liver. Carcinogenesis. 1982;3(5):519-523.
203. Lakritz L, Kimoto W. N-nitrosamines--contaminants in blood-collection tubes. Food Cosmet Toxicol. 1980;18(1):31-34.
204. Larson AM, Polson J, Fontana RJ, Davern TJ, Lalani E, Hynan LS, Reisch JS, Schiødt FV, Ostapowicz G, Shakil AO, Lee WM; Acute Liver Failure Study Group. Acetaminophen-induced acute liver failure: results of a United States multicenter, prospective study. Hepatology. 2005 Dec;42(6):1364-72.
205. Leaf CD, Wishnok JS, Tannenbaum SR. Mechanisms of endogenous nitrosation. Cancer Surv. 1989;8(2):323-34.
206. Lhasa Carcinogenicity Database. Nitrosodimethylamine. https://carcdb.lhasalimited.org/carcdb-frontend/. Accessed May 3, 2021.
207. Li L, Wang P, Xu X, Zhou G. Influence of various cooking methods on the concentrations of volatile N-nitrosamines and biogenic amines in dry-cured sausages. Journal of Food Science. 2012 May;77(5):C560-5.
208. Lijinsky W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. Cancer Res. 1974 Jan;34(1):255-8.


Contains Confidential Information – Subject to Protective Order

209. Lim GB. Milestone 2: Warfarin: from rat poison to clinical use. Nat Rev Cardiol. 2017 Dec 14.
210. Lim HH, Oh YS, Shin HS. Determination of N-nitrosodimethylamine and N-nitrosomethylethylamine in drug substances and products of sartans, metformin and ranitidine by precipitation and solid phase extraction and gas chromatography-tandem mass spectrometry. J Pharm Biomed Anal. 2020 Sep 10;189:113460.
211. Lin HL, Parsels LA, Maybaum J, Hollenberg PF. N-Nitrosodimethylamine-mediated cytotoxicity in a cell line expressing P450 2E1: evidence for apoptotic cell death. Toxicology and applied pharmacology. 1999 Jun 1;157(2):117-24.
212. Lin HL, Hollenberg PF. N-nitrosodimethylamine-mediated formation of oxidized and methylated DNA bases in a cytochrome P450 2E1 expressing cell line. Chemical research in toxicology. 2001 May 21;14(5):562-6.
213. Lluis M, Wang Y, Monzingo AF, Fast W, Robertus JD. Characterization of C-alkyl amidines as bioavailable covalent reversible inhibitors of human DDAH-1. ChemMedChem. 2011 Jan 3;6(1):81-8.
214. Lorr NA, Tu YY, Yang CS. The nature of nitrosamine denitrosation by rat liver microsomes. Carcinogenesis. 1982;3(9):1039-43.
215. Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. Mutat Res. 1983 Dec;122(3-4):373-6.
216. Martin LE, Oxford J, Tanner RJ. The use of on-line high-performance liquid chromatography-mass spectrometry for the identification of ranitidine and its metabolites in urine. Xenobiotica. 1981 Dec;11(12):831-40.
217. Martin LE, Bell JA, Carey PF, Dallas FAA, Dixon GT, Jenner WN. A review of pharmacokinetics and metabolism of ranitidine in animals and man. Pharmacokinetics and Pharmacodynamics. 1981a;23-31.
218. Martin LE, Oxford J, Tanner RJ. Use of high-performance liquid chromatography-mass spectrometry for the study of the metabolism of ranitidine in man. J Chromatogr. 1982 Apr 9;251(2):215-24.
219. Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. Gastroenterol Jpn. 1990 Apr;25(2):162-8.
220. Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicol Lett. 1983 Aug;18(1-2):97-102.
221. Meier-Bratschi A, Lutz WK, Schlatter C. Methylation of liver DNA of rat and mouse by N-nitrosodimethylamine formed in vivo from dimethylamine and nitrite. Food and Chemical Toxicology. 1983 Jun 1;21(3):285-9.
222. Mico BA, Swagzdis JE, Hu HS, Keefer LK, Oldfield NF, Garland WA. Low-dose in vivo pharmacokinetic and deuterium isotope effect studies of N-nitrosodimethylamine in rats. Cancer Res. 1985;45(12 Pt 1):6280-6285.
223. Miller EC, Swanson AB, Phillips DH, Fletcher TL, Liem A, Miller JA. Structure-activity studies of the carcinogenicities in the mouse and rat of some naturally occurring and synthetic alkenylbenzene derivatives related to safrole and estragole. Cancer Res. 1983;43(3):1124-1134.


Contains Confidential Information – Subject to Protective Order

224. Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW, Moore PJ, Viney N. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. Lancet. 1982 May 15;1(8281):1091-5.
225. Mirvish SS. Kinetics of dimethylamine nitrosation in relation to nitrosamine carcinogenesis. J Natl Cancer Inst. 1970 Mar;44(3):633-9.
226. Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. Toxicol Appl Pharmacol. 1975 Mar;31(3):325-51.
227. Mirvish SS. N-nitroso compounds: their chemical and in vivo formation and possible importance as environmental carcinogens. J Toxicol Environ Health. 1977 Jul;2(6):1267-77.
228. MITCH000283-285
229. MITCH000424-447 (Emery Pharma Draft Manuscript 2021)
230. MITCH001204-1208
231. MITCH001548-1569
232. Mitchell SC, Zhang AQ, Smith RL. Dimethylamine and diet. Food Chem Toxicol. 2008 May;46(5):1734-8.
233. Mowat C, Carswell A, Wirz A, McColl KE. Omeprazole and dietary nitrate independently affect levels of vitamin C and nitrite in gastric juice. Gastroenterology. 1999 Apr;116(4):813-22.
234. Mueller RL, Hagel HJ, Wild H, Ruppin H, Domschke W. Nitrate and nitrite in normal gastric juice. Precursors of the endogenous N-nitroso compound synthesis. Oncology. 1986;43(1):50-3.
235. Mulet-Cabero AI , Egger L , Portmann R , Ménard O , Marze S , Minekus M , Le Feunteun S , Sarkar A , Grundy MM , Carrière F , Golding M , Dupont D , Recio I , Brodkorb A , Mackie A . A standardised semi-dynamic in vitro digestion method suitable for food - an international consensus. Food Funct. 2020;11(2):1702-1720.
236. Muller L, Gocke E, Lavé T, Pfister T. Ethyl methanesulfonate toxicity in Viracept--a comprehensive human risk assessment based on threshold data for genotoxicity. Toxicol Lett. 2009 Nov 12;190(3):317-329.
237. Munro HN, Gray JA. The nucleic acid content of skeletal muscle and liver in mammals of different body size. Comp Biochem Physiol. 1969 Feb;28(2):897-905.
238. Murphy RB, Tommasi S, Lewis BC, Mangoni AA. Inhibitors of the Hydrolytic Enzyme Dimethylarginine Dimethylaminohydrolase (DDAH): Discovery, Synthesis and Development. Molecules. 2016 May 11;21(5):615.
239. Nakatsuru Y, Matsukuma S, Nemoto N, Sugano H, Sekiguchi M, Ishikawa T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proc Natl Acad Sci U S A. 1993 Jul 15;90(14):6468-72.
240. National Cancer Institute (NCI). Tumor Promotion. https://www.cancer.gov/publications/dictionaries/cancer-terms/def/tumor-promotion. Accessed May 2, 2021.
241. National Center for Biotechnology Information. DDAH1. https://www.ncbi.nlm.nih.gov/gene/23576. Accessed May 3, 2021.
242. National Lightning Safety Council. What are the odds of becoming a lightning victim? http://lightningsafetycouncil.org/Odds.pdf. Accessed August 24, 2021.
243. National Oceanic and Atmospheric Administration Global Monitoring Laboratory. Math Application Activity: Understanding ppm and ppb.


Contains Confidential Information – Subject to Protective Order

https://gml.noaa.gov/outreach/info_activities/pdfs/MAA_understanding_ppm_and_ppb.pdf. Accessed August 24, 2021.
244. National Research Council. Risk Assessment in the Federal Government: Managing the Process. Washington, DC: The National Academies Press. 1983.
245. National Toxicology Program (NTP). N-Nitrosodimethylamine. Report on Carcinogens, 15th Ed. U.S. Department of Health and Human Services. 2021.
246. National Toxicology Program (NTP). Methyleugenol. Report on Carcinogens, 14th Ed. U.S. Department of Health and Human Services. 2016.
247. Nishimura M, Yaguti H, Yoshitsugu H, Naito S, Satoh T. Tissue distribution of mRNA expression of human cytochrome P450 isoforms assessed by high-sensitivity real-time reverse transcription PCR. Yakugaku Zasshi. 2003 May;123(5):369-75.
248. O'Connor PJ, Capps MJ, Craig AW. Comparative studies of the hepatocarcinogen N,N-dimethylnitrosamine in vivo: reaction sites in rat liver DNA and the significance of their relative stabilities. Br J Cancer. 1973 Feb;27(2):153-66.
249. O'Connor HJ, Riley SE, Axon AT, Garner RC. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice. Mutat Res. 1987 Jul;188(3):201-8.
250. Ogawa T, Kimoto M, Sasaoka K. Purification and properties of a new enzyme, NG,NG-dimethylarginine dimethylaminohydrolase, from rat kidney. J Biol Chem. 1989 Jun 15;264(17):10205-9.
251. Okumura K, Morita T, Nagaki T, Watanabe Y, Tsuji H. Mutagenicity tests of ranitidine hydrochloride. Oyo Yakuri. 1984;28(1):163-169.
252. Ozhan G, Alpertunga B. Genotoxic activities of drug-nitrite interaction products. Drug Chem Toxicol. 2003 Nov;26(4):295-308.
253. Pegg AE. Alkylation of rat liver DNA by dimethylnitrosamine: effect of dosage on O6-methylguanine levels. J Natl Cancer Inst. 1977 Mar;58(3):681-7.
254. Pegg AE, Hui G. Removal of methylated purines from rat liver DNA after administration of dimethylnitrosamine. Cancer Res. 1978 Jul;38(7):2011-7.
255. Pegg AE, Hui G. Formation and subsequent removal of O6-methylguanine from deoxyribonucleic acid in rat liver and kidney after small doses of dimethylnitrosamine. Biochem J. 1978a;173(3):739-48.
256. Pegg AE. Metabolism of N-nitrosodimethylamine. IARC Sci Publ. 1980;(27):3-22.
257. Pegg AE, Perry W. Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat. Cancer Res. 1981 Aug;41(8):3128-32.
258. Pegg AE, Roberfroid M, von Bahr C, Foote RS, Mitra S, Bresil H, Likhachev A, Montesano R. Removal of O6-methylguanine from DNA by human liver fractions. Proc Natl Acad Sci U S A. 1982 Sep;79(17):5162-5.
259. Pegg AE. Properties of the O6-alkylguanine-DNA repair system of mammalian cells. IARC Sci Publ. 1984;(57):575-80.
260. Pegg AE. Multifaceted roles of alkyltransferase and related proteins in DNA repair, DNA damage, resistance to chemotherapy, and research tools. Chem Res Toxicol. 2011 May 16;24(5):618-39.
261. Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res. 1991;51(23 Pt 2):6415-51.


Contains Confidential Information – Subject to Protective Order

262. Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Res. 1991a;51(23 Pt 2):6452-69.
263. Povey AC, Cooper DP. The development, validation and application of a 32P-postlabelling assay to quantify O6-methylguanine in human DNA. Carcinogenesis. 1995 Jul;16(7):1665-9.
264. Preussmann R, Stewart BW. N-Nitroso Carcinogens. In: Chemical Carcinogens, Vol. 2. Searle CE, Ed. 2nd Ed. American Chemical Society, Wasington, D.C. 1984. pp 643-828.
265. Prival MJ, King VD, Sheldon AT Jr. The mutagenicity of dialkyl nitrosamines in the Salmonella plate assay. Environ Mutagen. 1979;1(2):95-104.
266. Pullen F. The fascinating history of the development of LC-MS; a personal perspective. Chromatography Today. 2010;3(1):4-6.
267. Reed PI, Smith PL, Haines K, House FR, Walters CL. Effect of cimetidine on gastric juice N-nitrosamine concentration. Lancet. 1981 Sep 12;2(8246):553-6.
268. Reitz RH, Mendrala AL, Park CN, Andersen ME, Guengerich FP. Incorporation of in vitro enzyme data into the physiologically-based pharmacokinetic (PB-PK) model for methylene chloride: implications for risk assessment. Toxicol Lett. 1988;43(1-3):97-116.
269. Rendic S, Guengerich FP. Contributions of human enzymes in carcinogen metabolism. Chem Res Toxicol. 2012 Jul 16;25(7):1316-1383.
270. Richards DA. Comparative pharmacodynamics and pharmacokinetics of cimetidine and ranitidine. J Clin Gastroenterol. 1983;5 Suppl 1:81-90.
271. Roberts CJ. Clinical pharmacokinetics of ranitidine. Clin Pharmacokinet. 1984 May-Jun;9(3):211-21.
272. Robinson R. What governs enzyme activity? For one enzyme, charge contributes only weakly. PLoS Biol. 2006 Apr;4(4):e133.
273. Ruddell WS, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric-juice nitrite. A risk factor for cancer in the hypochlorhydric stomach? Lancet. 1976 Nov 13;2(7994):1037-9.
274. Russell PJ. DNA Mutation, DNA Repair, and Transposable Elements. In: iGenetics: A Molecular Approach. 3rd Ed. 2014. 170-211.
275. Rye PT, Delaney JC, Netirojjanakul C, Sun DX, Liu JZ, Essigmann JM. Mismatch repair proteins collaborate with methyltransferases in the repair of O(6)-methylguanine. DNA Repair (Amst). 2008 Feb 1;7(2):170–176.
276. Sharma BK, Santana IA, Wood EC, Walt RP, Pereira M, Noone P, Smith PL, Walters CL, Pounder RE. Intragastric bacterial activity and nitrosation before, during, and after treatment with omeprazole. Br Med J (Clin Res Ed). 1984 Sep 22;289(6447):717-9.
277. Sharma V, Collins LB, Clement JM, Zhang Z, Nakamura J, Swenberg JA. Molecular dosimetry of endogenous and exogenous $O^6$-methyl-dG and $N^7$-methyl-G adducts following low dose [$D_3$]-methylnitrosourea exposures in cultured human cells. Chem Res Toxicol. 2014 Apr 21;27(4):480-2.
278. Silverman RB, Holladay MW. Chapter 1: Introduction. In: The Organic Chemistry of Drug Design and Drug Action. 3rd ed., Elsevier, New York. 2014a, pp 1-17.
279. Silverman RB, Holladay MW. Chapter 8: Drug Metabolism. In: The Organic Chemistry of Drug Design and Drug Action. 3rd ed., Elsevier, New York. 2014, pp 357-422.
280. Simenhoff ML, Dunn SR, Kirkwood RG. Presence of nitrosamines in blood of normal and disease human subjects. In: Nitrosamines and Human Cancer. Magee PN (Ed). 1982. 283-296.


Contains Confidential Information – Subject to Protective Order

281. Skipper PL, Tomera JF, Wishnok JS, Brunengraber H, Tannenbaum SR. Pharmacokinetic model for N-nitrosodimethylamine based on Michaelis-Menten constants determined with the isolated perfused rat liver. Cancer Res. 1983;43(10):4786-4790.
282. Smith Kline and French Report (Darkin 1982). The Formation of N-Nitrosodimethylamine from Ranitidine and Other Marketed Drugs. [GSKZAN0003535392-5]
283. Smith PAS, Loeppky RN. Nitrosative Cleavage of Tertiary Amines. Journal of the American Chemical Society. 1967;89:1147-57.
284. Smith JL, Wishnok JS, Deen WM. Metabolism and excretion of methylamines in rats. Toxicol Appl Pharmacol. 1994 Apr;125(2):296-308.
285. Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert PF, Hecht SS. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. Environmental Health Perspectives. 2016 Jun;124(6):713-21.
286. Sobala GM, Pignatelli B, Schorah CJ, Bartsch H, Sanderson M, Dixon MF, Shires S, King RF, Axon AT. Levels of nitrite, nitrate, N-nitroso compounds, ascorbic acid and total bile acids in gastric juice of patients with and without precancerous conditions of the stomach. Carcinogenesis. 1991 Feb;12(2):193-8.
287. Souliotis VL, Sfikakis PP, Anderson LM, Kyrtopoulos SA. Intra- and intercellular variations in the repair efficiency of O6-methylguanine, and their contribution to kinetic complexity. Mutat Res. 2004 Dec 21;568(2):155-70. Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. IARC Sci Publ. 1982;(41):443-9.
288. Spiegelhalder B, Preussmann R. In vivo nitrosation of amidopyrine in humans: use of 'ethanol effect' for biological monitoring of N-nitrosodimethylamine in urine. Carcinogenesis. 1985;6(4):545-8.
289. Spurling NW, Selway SA, Poynter D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Hum Toxicol. 1989 Jan;8(1):23-32
290. Stockbrugger RW, Cotton PB, Eugenides N, Bartholomew BA, Hill MJ, Walters CL. Intragastric nitrites, nitrosamines, and bacterial overgrowth during cimetidine treatment. Gut. 1982 Dec;23(12):1048-54. doi: 10.1136/gut.23.12.1048.
291. Stratton MR, Campbell PJ, Futreal PA. The cancer genome. Nature. 2009 Apr 1;458(7239):719–24.
292. Strobl GR, von Kruedener S, Stöckigt J, Guengerich FP, Wolff T. Development of a pharmacophore for inhibition of human liver cytochrome P-450 2D6: molecular modeling and inhibition studies. J Med Chem. 1993 Apr 30;36(9):1136-45.
293. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. N-nitroso compounds: assessing agreement between food frequency questionnaires and 7-day food records. J Am Diet Assoc. 2009;109(7):1179-83.
294. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal. 2009a;22(Suppl 1):S42-S47.
295. Sun H, Zhao H. Chapter 12: Drug Elimination and Hepatic Clearance. In: Applied Biopharmaceutics and Pharmacokinetic. Shargel L, Yu ABC (Eds.). 7th Ed. 2016. 309-356.
296. Swenberg JA, Hoel DG, Magee PN. Mechanistic and statistical insight into the large carcinogenesis bioassays on N-nitrosodiethylamine and N-nitrosodimethylamine. Cancer Res. 1991 Dec 1;51(23 Pt 2):6409-14.


Contains Confidential Information – Subject to Protective Order

297. Swenberg JA, Lu K, Moeller BC, Gao L, Upton PB, Nakamura J, Starr TB. Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. Toxicol Sci. 2011 Mar;120 Suppl 1(Suppl 1):S130-45.
298. Taniguchi C, Guengerich FP. Chapter 4: Drug Metabolism. In: Principles of Pharmacology: The Pathophysiologic Basis of Drug Therapy. Golan DE, Tashjian AH, Armstrong EJ, Armstrong A (Eds.). 3rd Ed. 2012. 43-55.
299. Taxak N, Bharatam PV. Drug Metabolism: A Fascinating Link Between Chemistry and Biology. *Reson.* 2014;19:259-282.
300. Templin MV, Constan AA, Wolf DC, Wong BA, Butterworth BE. Patterns of chloroform-induced regenerative cell proliferation in BDF1 mice correlate with organ specificity and dose-response of tumor formation. Carcinogenesis. 1998;19(1):187-193.
301. Teraoka R, Otsuka M, Matsuda Y. Effects of temperature and relative humidity on the solid-state chemical stability of ranitidine hydrochloride. J Pharm Sci. 1993 Jun;82(6):601-4.
302. Terracini B, Magee PN, Barnes JM. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br J Cancer. 1967 Sep;21(3):559-565.
303. Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut. 1987 Jun;28(6):726-38.
304. Thorgeirsson UP, Dalgard DW, Reeves J, Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. Regul Toxicol Pharmacol. 1994 Apr;19(2):130-51.
305. Tian S, Djoumbou-Feunang Y, Greiner R, Wishart DS. CypReact: A Software Tool for in Silico Reactant Prediction for Human Cytochrome P450 Enzymes. J Chem Inf Model. 2018 Jun 25;58(6):1282-1291.
306. Tremmel R, Herrmann K, Engst W, Meinl W, Klein K, Glatt H, Zanger UM. Methyleugenol DNA adducts in human liver are associated with SULT1A1 copy number variations and expression levels. Arch Toxicol. 2017;91(10):3329-3339.
307. Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. Eur J Cancer Prev. 1997 Jun;6(3):226-68.
308. Tyzack JD, Kirchmair J. Computational methods and tools to predict cytochrome P450 metabolism for drug discovery. Chem Biol Drug Des. 2019 Apr;93(4):377-386.
309. VAL 00749-00765
310. VAL 01202-01237
311. VAL-BI 00025-00039
312. VAL-BI 00310
313. Valisure Citizen Petition. September 2019.
314. van Maanen JM, Welle IJ, Hageman G, Dallinga JW, Mertens PL, Kleinjans JC. Nitrate contamination of drinking water: relationship with HPRT variant frequency in lymphocyte DNA and urinary excretion of N-nitrosamines. Environ Health Perspect. 1996;104(5):522-528.
315. van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. Cancer Detect Prev. 1998;22(3):204-212.
316. Vanos JK, Middel A, Poletti MN, Selover NJ. Evaluating the impact of solar radiation on pediatric heat balance within enclosed, hot vehicles. Temperature (Austin). 2018;5(3):276-292.

317. Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. Environ Health Perspect. 1998;106(8):459-463.
318. Vermeer IT, Moonen EJ, Dallinga JW, Kleinjans JC, van Maanen JM. Effect of ascorbic acid and green tea on endogenous formation of N-nitrosodimethylamine and N-nitrosopiperidine in humans. Mutat Res. 1999;428(1-2):353-361.
319. Waddell WJ, Crooks NH, Carmichael PL. Correlation of tumors with DNA adducts from methyl eugenol and tamoxifen in rats. Toxicol Sci. 2004;79(1):38-40.
320. Waddell WJ, Fukushima S, Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. Arch Toxicol. 2006 Jun;80(6):305-309.
321. Wallace JL, Sharkey KA. Chapter 45: Pharmacotherapy of Gastric Acidity, Peptic Ulcers, and Gastroesophageal Reflux Disease. In: Goodman & Gilman's The Pharmacological Basis of Therapeutics. Brunton LL (Ed.). 12th Ed. 2011. 1309-1322.
322. Walters CL, Dyke CS, Saxby MJ. Nitrosation of food amines under stomach conditions. In: Environmental N-Nitroso Compounds Analysis and Formation. Walker EA, et al. (Eds). IARC Sci Publ. 1976;14:181-193.
323. Walters CL, Gillatt PN, Palmer RC, Smith PL, Reed PI. Nitrosation of drugs under in-vivo conditions. IARC Sci Publ. 1987;(84):351-4.
324. Wang HY, Qin M, Dong L, Lv JY, Wang X. Genotoxicity of a low-dose nitrosamine mixture as drinking water disinfection byproducts in NIH3T3 cells. International journal of medical sciences. 2017;14(10):961.
325. Williams GM, Iatropoulos MJ, Jeffrey AM, Duan JD. Methyleugenol hepatocellular cancer initiating effects in rat liver. Food Chem Toxicol. 2013;53:187-196.
326. Wongsena W, Charoensuk L, Dangtakot R, Pinlaor P, Intuyod K, Pinlaor S. Melatonin suppresses eosinophils and Th17 cells in hamsters treated with a combination of human liver fluke infection and a chemical carcinogen. Pharmacological Reports. 2018 Feb 1;70(1):98-105.
327. World Health Organization (WHO). Concise International Chemical Assessment Document 38: N-Nitrosodimethylamine. 2002.
328. World Health Organization (WHO). Guidelines for Drinking-Water Quality, 3rd edition. 2008.
329. World Health Organization (WHO) Model List of Essential Medicines. 22nd List. 2021.
330. Xu GP, Reed PI. N-nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method. Carcinogenesis. 1993;14(12):2547-2551.
331. Yamazaki H, Inui Y, Yun C-H, Guengerich FP, Shimada T. Cytochrome P450 2E1 and 2A6 enzymes as major catalysts for metabolic activation of N-nitrosodialkylamines and tobacco-related nitrosamines in human liver microsomes. Carcinogenesis. 1992;13(10):1789-94.
332. Yoo JS, Guengerich FP, Yang CS. Metabolism of N-nitrosodialkylamines by human liver microsomes. Cancer Res. 1988 Mar 15;48(6):1499-504.
333. Zang H, Fang Q, Pegg AE, Guengerich FP. Kinetic analysis of steps in the repair of damaged DNA by human $O^6$-alkylguanine-DNA alkyltransferase. J Biol Chem. 2005 Sep 2;280(35):30873-30881.
334. Zantac Tablets Prescribing Information. GlaxoSmithKline. June 2018.
335. Zantac OTC Consumer Package Insert. Sanofi. 2019.



Contains Confidential Information – Subject to Protective Order

336. Zarbl H, Sukumar S, Arthur AV, Martin-Zanca D, Barbacid M. Direct mutagenesis of Ha-*ras*-1 oncogenes by *N*-nitroso-*N*-methylurea during initiation of mammary carcinogenesis in rats. Nature. 1985;315:382-385.
337. Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. Toxicol Sci. 2010 Jul;116(1):323-35.
338. Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. 2021 March 24 Correction.
339. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. 2021 May 4 Retraction.
340. Zhang AQ, Mitchell SC, Barrett T, Ayesh R, Smith RL. Fate of dimethylamine in man. Xenobiotica. 1994 Apr;24(4):379-87.
341. Zhang AQ, Mitchell SC, Smith RL. Dimethylamine in human urine. Clin Chim Acta. 1995 Jan 16;233(1-2):81-8.
342. Zordoky BN, Aboutabl ME, El-Kadi AO. Modulation of cytochrome P450 gene expression and arachidonic acid metabolism during isoproterenol-induced cardiac hypertrophy in rats. Drug Metab Dispos. 2008 Nov;36(11):2277-86.



Contains Confidential Information – Subject to Protective Order

# APPENDIX A

## Calculations from Pegg 1977 for Figure 33 (Metabolism of NDMA)

Pegg 1977: used 160 g (0.16 kg) rats

1 mg NDMA/kg body weight data used for calculations below.

0.16 mg NDMA x 1 µmol/0.074 mg = 2.16 µmol NDMA is the dose

A rat liver has 106 mg DNA/kg body wt and 300 mg RNA/kg body wt (Munro 1969, Table 2)

Therefore 17 mg DNA & 48 mg RNA in liver for 0.16 kg rat

NDMA DNA Methylation:

17 mg DNA × (~3 µmol DNA bases/mg DNA) x (¼ is guanine) = 12.8 µmol guanine

For a 1 mg/kg NDMA dose = ~ 12 $O^6$-methyl guanines/$10^6$ guanines in DNA at 4 hours

12.8 µmol guanine × (12 $O^6$-methyl guanines/$10^6$ guanines in DNA) = $154 \times 10^{-6}$ µmol = $1.54 \times 10^{-4}$ µmol $O^6$-methyl guanine

**$1.54 \times 10^{-4}$ µmol $O^6$-methyl guanine/dose of 2.16 µmol NDMA = 0.0071% of dose is $O^6$-methyl guanine in DNA**

For a 1 mg/kg NDMA dose = ~ 30 $N^7$-methyl guanines/$10^5$ guanines in DNA at 4 hours

12.8 µmol guanine × (30 $N^7$-methyl guanines/$10^5$ guanines in DNA) = $384 \times 10^{-5}$ µmol = $3.84 \times 10^{-3}$ µmol $N^7$-methyl guanine

**$3.84 \times 10^{-3}$ µmol $N^7$-methyl guanine/dose of 2.16 µmol = 0.18% of dose is $N^7$-methyl guanine in DNA**

NDMA RNA Methylation: *Assuming same level of modification of RNA as DNA*

48 mg RNA × (3 µmol RNA bases/mg RNA) × (¼ is guanine) = 36 µmol guanine

For a 1 mg/kg NDMA dose = ~ 12 $O^6$-methyl guanines/$10^6$ guanines in RNA

36 µmol guanine × (12 $O^6$-methyl guanines/$10^6$ guanines in RNA) = $432 \times 10^{-6}$ µmol = $4.32 \times 10^{-4}$ µmol $O^6$-methyl guanine

**$4.32 \times 10^{-4}$ µmol $O^6$-methyl guanine/dose of 2.16 µmol NDMA dose = 0.02% of dose is $O^6$-methyl guanine in RNA**

For a 1 mg/kg NDMA dose = ~ 30 $N^7$-methyl guanines/$10^5$ guanines in RNA

36 µmol guanine × (30 $N^7$-methyl guanines/$10^5$ guanines in RNA) = $1080 \times 10^{-5}$ µmol = $1.08 \times 10^{-2}$ µmol $N^7$-methyl guanine



Contains Confidential Information – Subject to Protective Order

**1.08 x $10^{-2}$ µmol $N^7$-methyl guanine/ dose of 2.16 µmol NDMA = 0.5% of dose is $N^7$-methyl guanine in DNA**




TEXT-FIGURE 1.—7-Methylguanine levels in rat liver DNA after administration of various doses of DMN. Results are shown for the amounts of 7-methylguanine present at 4 hours (●——●) and 24 hours (■- - -■) after injection of DMN. Values for doses of DMN varying from 0.25 to 2.5 mg/kg body weight are shown in the main figure and for doses of 1–20 mg/kg in the insert. 7-Methylguanine levels are expressed as moles/$10^5$ moles of guanine.




TEXT-FIGURE 2.—$O^6$-Methylguanine levels in rat liver DNA after administration of various doses of DMN. Results are shown for the amount of $O^6$-methylguanine present at 4 hours (●——●) and 24 hours (■- - -■) after injection of DMN. The main figure shows results for DMN doses of 0.25–2.5 mg/kg body weight; *the insert* shows results for doses of 1.5–20 mg/kg body weight. $O^6$-Methylguanine levels are expressed as moles/$10^6$ moles of guanine.

Figure. Levels of $N^7$-methyl guanine [left] and $O^6$-methyl guanine [right] in rat liver DNA 4 and 24 hours after various doses of injected NDMA [DMN] (0.25-2.5 mg/kg body weight)



Contains Confidential Information – Subject to Protective Order

# APPENDIX B

## Genotoxicity and Mutagenicity Results on Ranitidine ± Nitrite

Results categorized as positive (+), weakly positive (±), negative (—), or equivocal (?).

**Ranitidine**:

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| **RANITIDINE HCl (ZANTAC®)** | | | | |
| ***In Vivo* Human Studies** | | | | |
| GSK Report PATH/80/235 | Ames test w/ *S. typhimurium* TA98, TA1535 & TA1537 of human gastric juice after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | • Dose: physiological |
| | Fluctuation test w/ *S. typhimurium* TA1535 of human gastric juice after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | |
| | Ames test w/ *S. typhimurium* TA1535 of human urine after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | |
| De Flora 1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537 & TA1538 (± S9 mix) of fasting human gastric juice after human ingestion of ranitidine | 150 mg × 1 (oral) | — | • Dose: physiological |
| O'Connor 1987 | Fluctuation test w/ *S. typhimurium* TA98 & TA100 of fasting human gastric juice after human ingestion of ranitidine | 150 mg twice daily × 4-20 weeks (oral) | — | • Dose: physiological |
| ***In Vivo* Animal Studies** | | | | |
| GSK Report PATH/79/229 (Study TR21) | Dominant lethal assay in rats | 1000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (250-500 times human therapeutic dose) |



Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| GSK Report PATH/80/240 | Ames test w/ *S. typhimurium* TA98, TA100, TA1535 & TA1537 of mouse urine | 10, 30, & 100 mg/kg × 1 (IP[39] injection) | — | • Dose: supraphysiological (2.5-50 times human therapeutic dose) |
| GSK Report WPT/83/037 | Cytogenetic study in spermatogonial cells of mice | 100, 300, & 1000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (25-500 times human therapeutic dose) |
| GSK Report WPT/83/056 | Micronucleus test in mouse bone marrow | 3, 10, & 30 mg/kg × 2 (IP injection) | — | • Dose: supraphysiological, except lowest dose (0.75-15 times human therapeutic dose) |
| Okumura 1984 | Micronucleus test in mouse bone marrow | 132, 263, & 525 mg/kg × 1 or 2 (oral) | — | • Dose: supraphysiological (33-263 times human therapeutic dose) |
| Brambilla 1983 | Sister chromatid exchange in mouse bone marrow cells | 175 mg/kg × 1 (oral) | — | • Dose: supraphysiological (44-175 times human therapeutic dose) |
| | DNA fragmentation in rat liver and gastric mucosa cells | 175-350 mg/kg × 1 or 5 (oral) | — | |
| GSK Report WPT/86/029 | Sex-linked recessive lethal study in fruit flies (*Drosophila melanogaster*) | 0.5 & 5 mg/mL (1.6-16 mM) (oral) | — | • Dose: supraphysiological |
| GSK Report WPT/90/079 (Burlinson 1990) | Unscheduled DNA synthesis assay in rat gastric mucosa cells | 50, 100, 200, & 215 mg/kg (oral) | — | • Dose: supraphysiological (12.5-108 times human therapeutic dose)<br>• "the largest oral dose represents approximately 100 times the single therapeutic dose" |
| ***In Vitro* Studies** | | | | |
| GSK Study D1031 (& GSK Report PATH/80/240) | Ames test w/ *S. typhimurium* TA98, TA100, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | 0.03-30 mg/plate (0.03-29 mM) | — | • Dose: supraphysiological<br>• Inconsistent, weak positive results only observed in the Ames test for 2 of 8 bacterial strains tested and at very high ranitidine concentrations (≥ 9 mg/plate, 10 mM), which exceeds the FDA maximum recommended concentrations for these assays (5 mg/plate). No mutagenicity observed in |
| | Ames test w/ *S. typhimurium* TA1535 & *E. coli* WP67 (± S9 mix) | 0.03-30 mg/plate (0.03-29 mM) | ± Ames (≥ 9 mg/plate; TA1535 – S9; WP67 ± S9) | |

[39] IP: intraperitoneal


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| | Fluctuation test w/ *S. typhimurium* TA1535 & *E. coli* WP67 (± S9 mix) | 0.5-2 mg/mL (1.4-5.7 mM) | — | the "more sensitive liquid Microtitre Fluctuation assay method."<br>• "The weak direct mutagenic effect of ranitidine is of no biological significance because of the relatively huge concentrations of drug involved, many thousands of times greater than that attained in human plasma after effective anti-secretory doses of the drug."<br>• Relevance to NDMA: positive results w/o S9 mix cannot be due to NDMA |
| GSK Report PATH/77/153 | Fluctuation test w/ *E. coli* WP2 uvrA (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | • Dose: supraphysiological |
| GSK Report PATH/78/172 | Ames test w/ *S. typhimurium* TA98, TA1537, TA1538 & *E. coli* CM611, WP2 uvrA, WP67 (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | • Dose: supraphysiological |
| | Fluctuation test w/ *S. typhimurium* TA98 & E. *coli* WP2 (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | |
| | Forward mutation assay w/ *Saccharomyces cerevisiae* S9 yeast (± metabolic activation) | 2.5-10 mg/mL (8-32 mM) | — | |
| | Gene conversion assay w/ *S. cerevisiae* D4 (± metabolic activation) | 2.5-10 mg/mL (8-32 mM) | — | |
| De Flora 1981 letter/1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | up to 40 mg/plate (≤ 114 mM) | — | • Dose: supraphysiological |
| | Selective lethality assays in DNA repair-deficient *E. coli* WP2, WP2 uvrA, WP67, CM871, TM1080 | up to 2.5 mg/plate (≤ 143 mM) | — | |
| Okumura 1984 | Ames test w/ *S. typhimurium* TA92, TA94, TA98, TA100, | 0.01-5 mg/plate (0.01-5.3 mM) | — | • Dose: supraphysiological |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| | TA1535, TA1537, TA1538 & *E. coli* WP2 uvrA (± S9 mix) | | | |
| | Rec assay w/ *B. subtilis* & *E. coli* | 0.025-2.5 mg/disc (1.4-143 mM) | — | |
| Franekic 1989 | Ames test w/ *S. typhimurium* TA98, TA100 (± S9 mix) | 0.1 & 3 mM | — | • Dose: supraphysiological |
| | Reverse mutation & gene conversion assays w/ *S. cerevisiae* yeast | 0.1 & 3 mM | — | |
| Ozhan 2003 | *umu*-test w/ *S. typhimurium* TA1535 (± S9) | 1.9 mM | — | • Dose: supraphysiological |
| Hastwell 2009 | GreenScreen HC assay in human lymphoblastoid TK6 cells | 3.0 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Maura 1983 | DNA fragmentation in Chinese hamster ovary cells | 3 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Brambilla 1985 | DNA fragmentation in Chinese hamster ovary cells | 3.3 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Martelli 1983 | Unscheduled DNA synthesis in rat liver cells | 3.3 mM | ? | • Dose: supraphysiological<br>• ? = "weakly positive only in one experiment" out of three |
| Fryklund 1992 | Unscheduled DNA synthesis in rabbit gastric mucosa cells | 0.1-1 mM | — | • Dose: supraphysiological<br>• "[R]anitidine in concentrations 100 times the $IC_{50}$ value for inhibition of acid secretion in the parietal cells" |
| **RANITIDINE BISMUTH CITRATE (TRITEC®)** | | | | |
| ***In Vivo* Animal Studies** | | | | |
| GSK Report WPT/89/335 (Study R12011) | Micronucleus test in bone marrow of rats | 1000 & 2000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (88-175 times human therapeutic daily dose) |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| GSK Report WPT/90/407 | Unscheduled DNA synthesis assay in rat gastric mucosa cells | 100 & 250 mg/kg × 1 (oral) | — | • Dose: supraphysiological (8-22 times human therapeutic daily dose) |
| ***In Vitro* Studies** | | | | |
| GSK Report WPT/90/290 (Study V11934) | Ames test w/ *S. typhimurium* TA98, TA100, TA1535, TA1537 (± S9 mix) | 0.05-5 mg/plate (0.03-2.6 mM[40]) | — TA98, TA1535, TA1537<br>? TA100 | • Dose: supraphysiological<br>• ? = TA100: "As the increases in the first two assays were only small, not dose-related and could not be consistently reproduced, they were considered to be of no biological significance." |
| | Fluctuation test w/ *E. coli* WP2, WP2 uvrA (pKM101), & 343/113 lys 60 (R46) (± S9 mix) | 0.025-1 mg/mL (0.04-1.4 mM) | — | |
| | Gene conversion assay w/ *S. cerevisiae* JD1 (- S9 mix) | 0.005-5 mg/mL (0.007-7 mM) | — | |
| GSK Report WPT/91/276 (Study V12784) | Mouse lymphoma L5178Y assay (± S9 mix) | 0.05-0.5 mg/mL (0.07-0.7 mM) | — | • Dose: supraphysiological |
| GSK Report WPT/90/411 (Study V11765) | Cytogenetic evaluation in cultured human lymphocytes | 0.03-0.3 mg/mL (0.04-0.4 mM) (-S9) | ± (≥200 µg/ml) | • Dose: supraphysiological<br>• Dose-dependent effect seen with both ranitidine bismuth citrate and bismuth citrate only (Report WPT/90/176 (Pilot Study Y12410)).<br>• "Clastogenic activity was seen *in vitro* using human cultured lymphocytes. Bismuth citrate also induced an equivalent clastogenic response in this test. Thus the weak clastogenic effect seen with GR122311X [ranitidine bismuth citrate] can be accounted for as an effect of a bismuth containing compound." |
| | | 0.1-1 mg/mL (0.14-1.4 mM) (+S9) | ? | |

**Ranitidine + Nitrite**:

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| ***In Vivo* Human Studies** | | | | |

40 Assuming 2.7 mL of agar per plate.


Contains Confidential Information – Subject to Protective Order

| **Study** | **Assay** | **Ranitidine (R) + Nitrite (N) Dose** | **Ranitidine + Nitrite Results** | **Comments** |
|---|---|---|---|---|
| De Flora 1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537 & TA1538 (± S9 mix) of fasting human gastric juice after human ingestion of ranitidine | R: 150 mg × 1<br>N: 1-5 mg added to 0.5 mL gastric juice (29-145 mM) | ?<br>"without a reproducible effect" | • Ranitidine dose (to humans): physiological<br>• Nitrite dose (to plate): supraphysiological<br>• ? = "In some assays, a slight increase of revertants or the appearance of toxic effects following preincubation with nitrite, was observed by testing the gastric juice samples from ranitidine-treated individuals in strains TA1535 and TA100 (with S-9 mix)… However, such effects were scanty and poorly reproducible and therefore these assays did not lead to any convincing conclusion." |
| ***In Vivo* Animal Studies** | | | | |
| Brambilla 1983 | DNA fragmentation in rat liver and gastric mucosa cells | 175 + 80 mg/kg (MR 1:2.32)<br>350 + 80 mg/kg (MR 1:1.16) | +<br>(high nitrite & low pH) | • Ranitidine & nitrite dose: supraphysiological<br>• Molar ratios (MR): supraphysiological (except 1:0.58 – physiological for nitrite rich meal)<br>• Positive results dependent on excess nitrite (high molar ratios) and low pH.<br>• "It remains to be established whether ranitidine nitrosation could represent a significant risk in humans. Undoubtedly, the situation of patients taking ranitidine is quite different from the experimental conditions forcefully employed to overcome the limits of sensitivity of the methods used. Firstly, therapeutic doses of ranitidine are on the body weight basis ~ 100 times lower; in second place, the final molar ratio ranitidine/nitrite can be considered in human gastric juice in the order of 500:1. As a consequence, predicting from experimental data until now available to what extent nitrosation of ranitidine could take place in the stomach of patients assuming therapeutic doses of this drug is impossible." |
| | | 350 + 40 mg/kg (MR 1:0.58) | —<br>(lower nitrite & higher pH) | |
| | Sister chromatid exchange in mouse bone marrow cells | 175 + 80 mg/kg (MR 1:2.32) | + | |
| ***In Vitro* Studies** | | | | |
| GSK Reports D164, PATH/79/220, PATH/79/224, | Ames test w/ *S. typhimurium* TA1537 & *E. coli* WP67, WP2 uvrA (± S9 mix) | 10 mM + 40 mM in 6% acetic acid | — | • Ranitidine dose: supraphysiological at higher doses (>10 mM)<br>• Nitrite dose: supraphysiological (except 0.15 mM – physiological for nitrite rich meal) |
| | Ames test w/ *S. typhimurium* TA1535 (± S9 mix) | 2-40 mM + 0.15-40 mM in 6% | — | |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| & PATH/80/235 (Brittain 1981) | | acetic acid or 30 mM HCl | (≤ 10 mM + <40 mM)<br><br>+<br>(10-40 mM + 40 mM; ± S9 mix) | • Molar ratio: supraphysiological<br>• D164:"Since [*N*-nitroso nitrolic acid] cannot be formed under any probable physiological conditions and since the other nitrosation products of ranitidine are not mutagenic in micro-organisms, there is no reason for supposing that ranitidine is likely to be mutagenic in animals or man as a consequence of its nitrosation in the stomach."<br>• PATH/80/235: "The nitrosation reaction does not occur to any great extent in human gastric juice "in vitro"… The nitrosation of ranitidine to the dinitroso product is unlikely to occur in the human stomach, where the pH and nitrite concentration are considerably less than optimum for such a reaction."<br>• Relevance to NDMA:<br>o X-ray crystallography: identified *N*-nitroso nitrolic acid derivative with excess nitrite, not NDMA<br>o Positive results w/o S9 mix cannot be due to NDMA |
| | Ames test w/ *S. typhimurium* TA1535 (no S9 mix) | 2-40 mM + 7.5-40 mM in basal or pentagastrin stimulated human gastric juice | —<br>(40 mM + 40 mM in pentagastrin; <40 + < 40 mM in basal or pentagastrin)<br><br>+<br>(40 mM + 40 mM in basal) | |
| De Flora 1981 letter/1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | 0-5 mg/plate + 5 mg/plate (0-14.3 mM + 72 mM) | — TA98, TA1537, TA1538<br><br>+ TA97, TA100, TA1535, WP2, WP2 uvrA (± S9 mix) | • Ranitidine dose: supraphysiological at higher doses<br>• Nitrite dose: supraphysiological<br>• Molar ratio: supraphysiological – "optimal reaction occurs in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine"<br>• pH: optimal 2-3; negligible > 5<br>• Brittain 1981 re: De Flora 1981: "the nitrite concentration of 71 mmol/l is about 20 000 times that likely to be expected in fasting human juice and 300 times that after a nitrite rich meals…"<br>• De Flora 1983: "… we also agree about the requirement for a molar excess of nitrite over ranitidine to yield the mutagenic derivative, which appears to be an unrealistic situation in human stomach after administration of the drug."<br>• Relevance to NDMA: positive Ames test results w/o S9 mix cannot be due to NDMA |
| | Selective lethality assays in DNA repair-deficient *E. coli* WP2, WP2 uvrA, WP67, CM871, TM1080 | 2.5 mg/plate + 2.5 mg/ plate (143 mM + 725 mM) | — WP2, WP2 uvrA, TM1080<br>± WP67<br>+ CM871 | |



Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| | | | | • Mutagenic effects with nitrite also observed for cimetidine. |
| De Flora 1986 | Ames test w/ *S. typhimurium* TA100, TA102 | 0.04-0.3 mg/plate + 5 mg/plate (0.23-1.8 mM + 145 mM) | + (± S9 mix) | • Nitrite dose: supraphysiological<br>• Molar ratio: supraphysiological<br>• De Flora 1986: "In comparison with the human situation, it should be noted that the nitrite concentrations used *in vitro* were far higher than those present in gastric juice."<br>• Relevance to NDMA: positive Ames test results w/o S9 mix cannot be due to NDMA<br>• Mutagenic effects with nitrite also observed for cimetidine and famotidine. |
| Franekic 1989 | Ames test w/ *S. typhimurium* TA98, TA100 (± S9 mix);<br><br>Reverse mutation & gene conversion assays w/ *S. cerevisiae* D7 yeast | 0.1 mM + 0.4 mM | — | • Nitrite dose: supraphysiological<br>• Molar ratio (1:4): supraphysiological<br>• "In comparison with doses used for humans, it should be noted that the nitrite concentrations used in this study were higher than those present in gastric juice. Consequently, because nitrosation of amines depends on the square of the concentration of nitrite in patients treated with this drug, the yield of nitroso derivatives should be minimal or even absent."<br>• Relevance to NDMA: positive results w/o S9 mix cannot be due to NDMA |
| | | 3 mM + 13 mM | +<br>(± S9 mix) | |
| Ozhan 2003 | *umu*-test w/ *S. typhimurium* TA1535 (± S9) | Nitrosated product: 4-8 mg/mL | + (+S9)<br>— (-S9) | • Nitrosation reaction used 1.9 mM ranitidine + 0.13 mM nitrite<br>  ○ Doses: physiological (stomach/prandial)<br>  ○ Molar ratio (1:0.07): physiological (stomach/prandial)<br>• This assay does not report genotoxicity per se, but a response to genotoxicity in bacteria. |


Contains Confidential Information – Subject to Protective Order

| **Study** | **Assay** | **Ranitidine (R) + Nitrite (N) Dose** | **Ranitidine + Nitrite Results** | **Comments** |
|---|---|---|---|---|
| | | | | • Relevance to NDMA: positive results only w/ S9 mix<br>• Positive response with nitrite observed for 22/28 drugs tested, including cimetidine. |
| Maura 1983 | DNA fragmentation in Chinese hamster ovary cells | Nitrosated product: 0.27-2.7 mM | + | • Nitrosation reaction used 250 mM ranitidine + 500 mM nitrite<br>  o Doses: supraphysiological<br>  o Molar ratio (1:2): supraphysiological<br>• "Ranitidine… reacted under acid conditions with a twofold molar amount of nitrite (a nitrite/ranitidine ratio about 1000 times that likely to occur in gastric juice of treated humans)."<br>• "[B]ecause the rate of nitrosation is at least proportional to nitrite concentration, it must be emphasized that in human gastric juice the concentration of nitrite, although greatly variable, is several thousand times lower than that (0.5 M) used in our nitrosation procedure. Therefore, in therapeutic conditions nitrosation of ranitidine should be either minimal or absent."<br>• Relevance to NDMA:<br>  o Thin layer chromatography: NDMA not identified<br>  o "[T]he DNA fragmentation observed cannot be attributed to DMN [NDMA], known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells." |
| Brambilla 1985 | DNA fragmentation in Chinese hamster ovary cells | Nitrosated product: 0.627 mM | + | • Nitrosation reaction used 50 mM ranitidine + 200 mM nitrite<br>  o Doses: supraphysiological<br>  o Molar ratio (1:4): supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay<br>• Positive response with nitrite observed for 22/57 drugs tested. |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| Martelli 1983 | Unscheduled DNA synthesis in rat liver cells | Nitrosated product: 0.016-0.217 mM | + | • Nitrosation reaction used 50 mM ranitidine + 200 mM nitrite<br>o Doses: supraphysiological<br>o Molar ratio (1:4): supraphysiological<br>• "Obviously, the ratio nitrite/ranitidine presumably occurring in the human stomach is enormously lower than that used in our experimental conditions. Consequently, because the nitrosation rate of amines depends on the square of the concentration of nitrite, in patients treated with this drug the yield of *NO*-ranitidine should be minimal or even absent."<br>• Relevance to NDMA: "On a molar basis, *NO*-ranitidine was markedly more potent than *N*-nitrosodimethylamine". [NDMA used as a positive control] |

**References for Physiological Doses:**

| Study Type | Ranitidine HCl | Ranitidine Bismuth Citrate | Nitrite |
|---|---|---|---|
| ***In vivo* human studies** | 150-300 mg/day | 400 mg twice daily | Stomach levels:<br>Fasting: 0.001-0.03 mM<br>Nitrite/nitrate rich meal: up to 0.1-0.3 mM |
| ***In vivo* animal studies** | 150-300 mg/day in adults (~70 kg) = 2-4 mg/kg/day | 800 mg/day in adults (~70 kg) = 11.4 mg/kg | Acceptable daily dietary nitrite intake (ATSDR 2013): 0.07 mg/kg/day |
| ***In vitro* studies (ranitidine only)** | Peak blood levels:<br>0.0017 – 0.0034 mM (150 mg-300 mg) | Peak blood levels (400 mg dose):<br>0.0014 mM | |
| ***In vitro* studies (ranitidine + nitrite)** | Stomach levels:<br>Fasting: 10-20 mM (150 mg-300 mg in 50 mL gastric juice)<br>Prandial (with meal): 1-2 mM (150 mg-300 mg in 500 mL gastric juice) | | Stomach levels:<br>Fasting: 0.001-0.03 mM<br>Nitrite/nitrate rich meal: up to 0.1-0.3 mM |


Contains Confidential Information – Subject to Protective Order

# EXHIBIT

# 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

---

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# RULE 26 EXPERT REPORT OF BENJAMIN HATTEN, M.D., M.P.H.

Date: March 7, 2022

Benjamin Hatten, M.D., M.P.H.

CREDENTIALS, EXPERTISE, AND EXPERIENCE .................... 2
SUMMARY OF MY OPINIONS .................... 3
INTRODUCTION .................... 3
CAUSATION .................... 4
POTENTIAL NDMA EXPOSURE FROM RANITIDINE USE .................... 9
Endogenous Formation of NDMA .................... 9
Exogenous Formation of NDMA .................... 14
RANITIDINE USE IS NOT A CAUSE OF ESOPHAGEAL, GASTRIC, PANCREATIC, LIVER, OR BLADDER CANCER IN HUMANS .................... 16
Human Studies .................... 17
Esophageal Cancer .................... 17
Gastric Cancer .................... 19
Liver Cancer .................... 21
Pancreatic Cancer .................... 23
Bladder Cancer .................... 24
All Cancers Combined .................... 26
Other Studies .................... 27
Summary .................... 28
Nonclinical Studies .................... 28
Ranitidine Carcinogenicity Studies .................... 28
Ranitidine Genotoxicity Studies .................... 32
Summary .................... 51
NDMA STUDIES .................... 51
NDMA Epidemiologic Studies .................... 52
NDMA Non-Clinical Studies .................... 55
CAUSATION ANALYSIS .................... 62
SUMMARY .................... 65
REFERENCES .................... 67

**CREDENTIALS, EXPERTISE, AND EXPERIENCE**

By way of introduction, I am a medical toxicologist, emergency physician, and epidemiologist. I am currently an Associate Professor at the University of Colorado School of Medicine with a primary appointment in the Section of Medical Toxicology, Department of Emergency Medicine. In addition, I am an attending physician at the Rocky Mountain Poison and Drug Center as well as a member of Toxicology Associates, Prof. LLC, - a hospital based, single specialty medical group dedicated solely to medical toxicology. I am board certified in both emergency medicine and medical toxicology, and I actively practice both emergency medicine and medical toxicology. Medical toxicology is an American Board of Medical Specialties recognized sub-specialty that deals specifically with human disease associated with any potentially toxic exposure. As a medical toxicologist, I specialize in the assessment, diagnosis, and treatment of adverse effects of pharmaceuticals, other chemicals, natural toxins, envenomations, and any other potential toxicants or toxicological conditions.

I received my M.D. at the University of Texas - Southwestern Medical Center in Dallas, Texas. After completion of this degree, I entered residency in emergency medicine at Denver Health Medical Center in Denver, Colorado. Following this, I worked as faculty in the emergency medicine residency program at Denver Health Medical Center and the University of Colorado School of Medicine for a single year. Subsequently, I entered medical toxicology fellowship training at Oregon Health and Science University in Portland, Oregon. During my fellowship, I simultaneously obtained a Masters in Public Health in epidemiology and biostatistics. Upon completion of my Fellowship and M.P.H. degree, I returned to Denver in 2013 and joined the faculty at the University of Colorado School of Medicine, the Rocky Mountain Poison and Drug Center, and Toxicology Associates.

In my role at the University of Colorado School of Medicine and the Rocky Mountain Poison and Drug Center, I provide case based teaching, didactic instruction, and supervision of clinical care provided by medical and pharmacy students, residents, and medical toxicology fellows-in-training. In addition, I am actively involved in research through the University of Colorado School of Medicine and the Rocky Mountain Poison and Drug Center. Furthermore, I have an active practice primarily caring for patients through Toxicology Associates. In all these capacities, I routinely evaluate and treat patients who present with both acute and chronic toxicologic issues. I have evaluated and treated thousands of patients with toxicologic conditions during my career.

A copy of my Curriculum Vitae including a list of my publications is attached as Exhibit A. I am being compensated at my usual rate of $675 per hour in connection with this proceeding. My compensation is in no way dependent on the opinions I express or on the outcome of the case. Over the past four years, I have provided sworn testimony (trial or deposition) in 3 cases: Jami Borgmann, et al. v. Weyerhaeuser Company (2018) (The United States District Court for the District of Colorado), Downey v. Atrium (2019) (New Hampshire Superior Court: Hillsborough County Southern District), and Byers v. Lawson (2021) (6th Judicial District: Wyoming (Campbell County)).

## SUMMARY OF MY OPINIONS

I have been retained on behalf of the Defendants (Boehringer Ingelheim (BI), Sanofi, Pfizer, and GlaxoSmithKline (GSK)) to provide opinions as to whether there is reliable evidence demonstrating that therapeutic ranitidine use is a cause of esophageal, gastric, pancreatic, liver, or bladder cancer in humans. In forming my opinions and preparing this report, I considered epidemiological data, animal data, and in vitro data. The materials I considered in forming my opinions are cited and listed in this report, as well as the material listed in Exhibit B. I have also relied on my extensive knowledge, training and experience as a medical toxicologist in forming my opinions. In addition, I reviewed Plaintiffs' expert reports. My opinions are stated to a reasonable degree of medical and scientific certainty. A summary of my opinions is as follows:

-Therapeutic use of ranitidine is not a cause of esophageal, gastric, pancreatic, liver, or bladder cancer in humans.

-NDMA exposure in humans via ranitidine is limited to exogenous formation without evidence to support endogenous formation. At most, the exposure to NDMA from ranitidine is similar to exposure in a western diet.

-Based on current evidence, NDMA exposure has not been established as a cause of any type of cancers in humans.

## INTRODUCTION

Ranitidine is a histamine$_2$ receptor antagonist ($H_2$ blocker) that was developed by a predecessor entity to GlaxoSmithKline and introduced to the US market in 1983. Ranitidine was the second $H_2$ blocker developed following cimetidine's introduction in 1977. Subsequently, multiple other $H_2$ blockers, including famotidine and nizatidine, were developed in the 1980s. Ranitidine was initially available as a prescription-only branded drug (Zantac) until the mid-1990s when it became available as an over-the-counter medication in the United States. $H_2$ blockers are primarily used to suppress acid production in the gastric environment and are used to treat gastric and duodenal ulcers, gastroesophageal reflux disease ("GERD"), peptic ulcer disease ("PUD"), and excess gastric acidity.

In 2019, NDMA was reported to be detected in ranitidine products, sometimes at levels above the permissible daily intake set by regulators (96 ng/day). As a result of NDMA detection, ranitidine products were withdrawn from the market, and numerous studies have been performed to determine whether NDMA in ranitidine products increases the risk of specific cancers in humans.

**CAUSATION**

Prior to discussing individual studies analyzing the association between ranitidine exposure and different types of cancer, it is first important to explain how a medical toxicologist determines general causation, i.e., is a particular exposure a cause of a specific outcome in humans. Since the 1960s, in particular following Sir Bradford Hill's 1965 address, the scientific community has recognized the need for a structured discussion to determine whether an observed or proposed association of interest is causal. A stepwise approach offers the most robust and clear means of performing a causation determination, detailed in the following paragraphs.

To begin, an explicit exposure-outcome relationship must be defined prior to any analysis. The discussion requires a distinct exposure and clearly determined outcome. In the context of medical toxicology, the exposure definition needs to involve distinguishing factors beyond simply the name of the substance of interest, including but not limited to timing, chronicity and route of exposure, dosing range, and chemical formulation, in order to analyze proposed causal associations. Likewise, defining the outcome of interest requires sufficient detail with respect to organ, tissue, or metabolic processes affected as well as whether the proposed causal pathway is limited to subpopulation(s) or occurs in all humans. For example, the question: "do estrogens cause cancer in humans?", does not allow for analysis of a single causal pathway as estrogen exposure occurs in many forms with various studied cancer outcomes of concern via distinctive pathways such as:

- Lifetime endogenous estrogen production and increased growth and development of adenocarcinoma of the breast
- In utero diethylstilbestrol (DES) exposure in the form of maternal prenatal oral dosing regimens and increased development of clear cell adenocarcinoma of the vagina in postpubertal premenopausal women
- Chronic Oral DES exposure at <1mg/day and reduced growth and development of advanced prostate cancer

Each of these is a well-defined exposure-outcome relationship representing a distinct, causal association via independent pathways, and none would provide the same answer to the poorly formed proposed causal question: "do estrogens cause cancer in humans?" Furthermore, given that each represents a distinct causal pathway, each is a separate general causation question that is not appropriate to be lumped in with the others given the distinct causal chain and pathologically divergent outcomes.

Once the proposed exposure-outcome relationship is sufficiently defined, a robust search of the human literature is performed. Following this, evidence surrounding the proposed exposure-outcome relationship is analyzed systematically. In the field of medical toxicology, the most necessary evidence comes from human studies, either randomized control trials or

epidemiological studies, examining the exposure and outcome of interest. These studies must be critically evaluated with respect to individual study design and along with assessing the totality of the body of literature. Additional evidence is obtained from animal and in vitro studies. It is important to note that nonhuman data alone is insufficient to establish causation in humans. Moreover, where the outcome of interest involves a common and well-studied outcome such as cancer of a specific type (e.g., esophageal cancer), reliable and consistent human epidemiological evidence is required to determine causation. Additionally, as a scientific principle, a lack of causality is assumed for any observed association, with the requirement to assemble a convincing and comprehensive body of evidence to reject such an assumption before accepting causation.

As mentioned, a demonstrated association may or may not be causal. Rather, the presence of a measured association needs to be examined for the roles of bias, chance and confounding. One consideration in such a discussion is whether bias inappropriately identifies an association that is not there. Biases generally fall into one of two categories: selection, where the populations of exposed and unexposed are not interchangeable, or information, where outcome measurements of exposed and unexposed differ due to factors other than the exposure of interest. Detailed examination may reveal biases that are non-differential, reducing the magnitude of estimates of association toward the null (i.e., no association), but not the direction that an association is measured, or differential, where the true presence (or lack thereof) of an association is no longer presumed to be present as originally observed. Relevant examples of selection bias and information bias are as follows:

(1) a subject may be more likely to be prescribed ranitidine for epigastric pain caused by a yet undiagnosed gastric cancer, with protopathic bias (also known as reverse causation - a specific type of selection bias) then causing a differential impact on study results.

(2) a subject with a cancer diagnosis may be more likely to report ranitidine exposure after hearing of a proposed link between ranitidine exposure and cancer outcomes, or may be more likely to recall such exposure compared to someone without a cancer diagnosis, with information bias then causing a differential impact on study results.

Although differing from bias, confounding that is not fully accounted for may also impact measures of association. For example, patients being treated for underlying conditions like GERD may be more likely to develop specific types of cancer (e.g., gastric cancer) than subjects who do not have such a condition. This is an example of confounding by indication, causing a substantial impact on study results.

Properly randomized and blinded experiments are designed to eliminate bias by distributing the population into exposed and unexposed without control over which group each subject is assigned or knowledge of which group the subject was a member while measuring outcomes. In observational studies, study design, proper matching of subjects, and statistical adjustment attempt to methodologically account for the underlying differences between the exposed and unexposed populations.

Along with a robust analysis of bias, the possibility that the association of interest occurred by chance rather than truly representing the underlying population must be considered. Proper consideration typically takes the form of an examination of study methodology in concert with statistical significance testing to examine this possibility. It is imperative that the study design be formulated prior to conducting any analysis and be directed toward a primary outcome, as “significant” secondary outcomes are often reported due to crossing statistical thresholds even though the analysis plan is properly oriented to a single outcome. Furthermore, proper biostatistical methods dictate that the statistical analysis is oriented to a single exposure-outcome relationship, given that increasing numbers of comparisons make the identification of statistically significant outcome more and more likely. In addition, proper study design requires that each hypothesis be tested individually, with a design tailored to answer the specific question. Statistical corrections are available to attempt to adjust for multiple comparisons, but they do not fully account for the methodological critique that a study analysis is designed for a single primary outcome. In addition, examining multiple hypotheses in a single study may tempt investigators to make post-hoc determinations of primary aims in order to agree with a measured association. Such flaws may bias the published literature toward an overrepresentation of chance findings at the extreme of the population. Thus, while the proper role of significance testing is to examine the likelihood that chance findings are being reported as representative of the population of interest rather than as sole determinant of causation, methodological flaws must also be considered in evaluating statistically significant findings.

If an association is still thought to exist, after accounting for effects of bias and chance, an investigation looking for reverse causation or unmeasured confounders is important. Confounders can be known and unknown. The presence of reverse causation represents a failure to appreciate that the outcome of interest is actually a cause of the exposure of concern. It requires an exercise of considering a reversal of the presumed causal flow. If the measured association is due to reverse causation, revision of the proposed exposure-outcome relationship and redesign of the study is necessary.

In addition, presence of an unmeasured confounder should always be considered as a potential reason why the observed association exists, or is inappropriately masked. Adjustment for known confounders typically occurs via modeling or subgroup analysis in modern biostatistics. However, older studies may not adequately account for subsequently recognized confounders, and adjustment for confounding may be incomplete despite modern methodology. In such instances, determining the estimated degree of impact of unaccounted for confounders (or poorly adjusted if recognized) determines whether such methodological flaws are disqualifying. Furthermore, unmeasured confounders may also impact quantitative measures of association. Consequently, it is incumbent to consider the impact of confounders on the observed strength of association.

In addition, it is obligatory to perform an ongoing thought exercise that continually considers possible confounders not accounted for in the literature but that have the potential to distort the association of interest. Once the scientist is satisfied that a true association exists between the exposure of interest and the outcome of concern, then it is appropriate to evaluate whether the association is causal.

The evaluation of whether a causal relationship exists employs the elements of the "The Hill Criteria." As expressed in his original address, Hill correctly cautioned against the use of these factors as a checklist or point system rather than as factors to consider (Hill 1965). "The Hill Criteria" have been generally accepted by and applied to the field of toxicology (Adami 2011; Guzelian 2005).

This begins with assessment of quantitative measures of association, starting with quantifiable measures such as relative risk, in the context of a critical appraisal of the consistency of such measures within subpopulations in each study as well as between populations analyzed in various studies. The presence of robust (e.g., RR>10) strengths of association provides substantial weight towards causality, although no quantitative measure can replace critical appraisals of bias, chance, reverse causation, and confounding. However, when effect sizes are consistently weak (e.g., RR<2.0), the likelihood that unmeasured confounders have not been fully accounted for or that the association (if one exists) is only causal in specific subpopulations becomes more likely, necessitating additional scrutiny of any general causation claim. The assessment of strength of association necessarily involves examining the robustness of the methods employed in the underlying studies.

Additional points of discussion, as suggested by Sir Austin Bradford Hill, include temporality, dose-response gradient, biological plausibility, coherence, and analogy. For a causation analysis within toxicology, consistency and dose-response are likely the most robust remaining factors, while analogy is less useful.

Evidence for an outcome associated with an exposure of interest relies on a very clear hierarchy of evidence. The primary level of evidence is human data, with randomized and controlled experimental trials providing the greatest evidence of causation as proper randomization and adequate controls account for chance, bias, and potential confounders. For many potential toxic exposures, such trial data is often not available. Thus, human epidemiology data is frequently the highest level of evidence that is available for analysis. However, the drug approval process requires human trial data for pharmaceutical products, frequently providing a more robust body of literature. Additional human data such as pharmacokinetic studies or other observational data using intermediate outcomes may also be contributory, though it is not methodologically sound to reach a causal conclusion based on this level of evidence alone without experimental or epidemiologic human data. It is also not possible to quantify the minimum number of human studies required to determine causation, although certainty is dramatically strengthened when there is consistency amongst multiple studies in various populations from different investigators utilizing different study designs. Much lower levels of data are available through large and small mammalian or other animal experiments of varying relevance to human populations, and an even lower level of data may be provided by cell line or theoretical modeling. However, animal and cell line data are insufficient to provide evidence of a true causal association in humans, and simply serve to more fully develop our understanding of biological plausibility. Efforts to determine causality in humans based solely on animal data are generally futile, as there is insufficient certainty in the translation of animal evidence to humans (Adami 2011; Guzelian 2005).

This distinction between experimental or epidemiologic human data and the other types of evidence is often of primary importance when considering the use of information derived from testing designed to satisfy regulatory requirements. The purpose of such testing methodologies is to serve as a screen to identify potential harms in humans prior to the drug reaching market or to analyze conditions that are atypical for general human use, such as dosing extremes. These are meant to be exploratory analyses searching for extreme outcomes and not experiments designed to provide knowledge of causation in humans. Consequently, data suggesting harm that is based on cell line or animal data exclusively may open the door to further analysis in humans but does not provide sufficient evidence of causation in the human population. Furthermore, the absence of consistent evidence of harm in well conducted animal studies, particularly in both large animal and rodent (and even more convincingly if primate studies are available), suggests that there is a very low likelihood of a latent harm to humans when exposed to the compound of interest. Plaintiffs' expert, Dr. Melnick, opined that the value of animal data "is based on the fact that all known human carcinogens that have been studied adequately in experimental animals produce positive carcinogenic results." However, the most salient question related to animal data is, "how reliable is animal carcinogenicity data as a predictor of cancer in humans?" The answer is that demonstration of tumor formation in animals is not a reliable predictor of cancer in humans. About half of the chemicals tested (whether natural or synthetic) are rodent carcinogens, in part due to the excess doses used, which, as discussed in my report, is also a major issue in the NDMA animal studies (Ames 1990). Animal models are useful as a screen for potential carcinogenicity, with negative testing providing more confidence that cancer is not a risk in humans, and in elucidating biological pathways, but one cannot reliably determine that a chemical is a human carcinogen based on animal studies.

Of note, hazard identification with NDMA as the exposure of interest is an inappropriate basis for the causation analysis of ranitidine exposure and outcomes of specific types of cancer. Hazard identification for NDMA is the assessment of whether NDMA can cause a particular outcome (e.g., liver cancer) ***at any level of exposure in some model***. In other words, NDMA can be identified as a hazard even if all of the supporting evidence involves exposures to that compound well above that seen in real-world conditions. The level of NDMA exposure following therapeutic use of ranitidine is not without limit, and any real-world NDMA exposure is inherently accounted for only in ranitidine specific studies, which is the appropriate exposure of interest. The question of if NDMA is a hazard for any type of cancer in animal systems does not, and cannot, reliably inform a causation analysis of therapeutic ranitidine exposure and outcomes of specific types of cancer.

Risk levels such as the acceptable intake (AI) limit that are derived exclusively from animal data are also an inappropriate basis for the causation analysis of ranitidine exposure and different types of cancer. These risk levels are often conservatively formulated by regulatory and public health agencies with an intent to avoid potential harms in humans rather than to indicate certainty regarding a causal level of exposure in humans. Furthermore, assumptions made are frequently oriented toward the most extreme possible relationship when considering threshold vs. no-threshold extrapolation, uncertainty factors, and interspecies variation along with other areas of uncertainty. While such assumptions may be appropriate for the purpose of regulatory

development, they provide an unreliable basis when employed as a foundation of a causation analysis. For instance, FDA's daily acceptable intake (AI) limit of 96 ng/day of NDMA in ranitidine drug product is derived from a simple linear extrapolation from the NDMA dose giving a 50% tumor incidence in the most sensitive site of the most sensitive animal species (i.e., rat liver) to a one in 100,000 incidence (FDA 2020). This method is "considered to be very conservative," and the use of the one in 100,000 incidence "is a highly hypothetical concept that should not be regarded as a realistic indication of the actual risk" (FDA/ICH M7 2018). To reiterate, assumptions employed in regulatory risk assessment are necessarily conservative and fail to provide scientifically reliable evidence of causation. Consequently, it is appropriate to reject causation arguments inappropriately derived from risk based regulatory methodologies (e.g., National Research Council Risk Assessment) (NRC 1983).

## POTENTIAL NDMA EXPOSURE FROM RANITIDINE USE

### Endogenous Formation of NDMA

Human studies do not support the formation of NDMA from ranitidine inside the human body. Zeng published a study in 2016 that reported 400-fold increases in urinary NDMA following ingestion of ranitidine by study participants (Zeng 2016). However, the gas chromatography methodology utilized to measure NDMA was determined to be unreliable and the study has since been retracted (Zeng 2016 retracted in 2021). The NDMA levels in the urine of two subjects following ranitidine ingestion were also measured in another study by the same group using the same gas chromatography methodology (Zeng 2015). That part of their 2015 study has also been withdrawn (Zeng 2015 corrected in 2021). A similar study with more robust study design and valid methodology was conducted by Florian (2021) as part of an FDA investigation of the issue of in vivo NDMA formation related to ranitidine use. This study analyzed the NDMA level in the urine or plasma of healthy human volunteers following (1) oral administration of 300 mg ranitidine with a low nitrite diet, (2) oral administration of 300 mg ranitidine with a high nitrite diet, (3) placebo with a low nitrite diet, and (4) placebo with a high nitrite diet (Florian 2021). While ranitidine use did not affect 24-hour urinary levels of NDMA or the maximum plasma concentration of NDMA, there was a statistically significant increase in urinary NDMA associated with the high nitrite diet.

Plaintiffs' experts relied on a study conducted in the early 1980s to allege that no difference was detected because only a small portion of NDMA ingested orally could be detected in the urine (Spiegelhalder 1982). This study was conducted 40 years ago based on primitive NDMA detection technique with low sensitivity by today's standard. The technique used in the Florian study was able to detect NDMA as low as 0.0078 ng/ml. Assuming a human excretes 2000 ml urine in 24 hours, the technique used in the Florian study was able to detect NDMA in the urine if at least 16 ng of NDMA was excreted in 24 hours. The observation of an increase in urinary NDMA following the high nitrite diet in the absence of ranitidine confirmed the sensitivity of the technique used.

Furthermore, in contrast to the Spiegelhalder study or the Zeng 2016 study, plasma concentrations of NDMA were also measured in the Florian study. Because NDMA exerts its mutagenic effect in animal models through its metabolite, methyldiazonium ion, an unstable and reactive compound not able to affect tissues beyond where it is generated, identification of NDMA plasma concentration is an indicator of widespread in vivo exposure to the potential mutagenic effect of NDMA (Pegg 1980). The observation that ranitidine use did not alter the maximum plasma concentration of NDMA fails to support the hypothesis that ranitidine use causes specific cancers through in vivo formation of NDMA. Moreover, in the Florian study, ranitidine was administered in the morning, one minute before breakfast to maximize the gastric condition for ranitidine nitrosation. Gao showed that because NDMA yield increases with the increasing availability of protonated nitrite, which decreases with the increase in pH, the NDMA yield at pH 5 is less than 2% of that at pH 1.2 (Gao 2021). Given that gastric pH is the lowest in the morning, and meal ingestion increases gastric pH and total nitrite availability (not the availability of protonated nitrite), this dosing schedule would create the optimal gastric condition for potential endogenous NDMA formation from ranitidine consumption in humans. No evidence of NDMA formation from ranitidine was observed. Finally, criticisms raised by Plaintiffs' experts suggesting that factors impacting ranitidine nitrosation are different between the high and low nitrite diets are without merit. The rationale for employing this design was to investigate whether diets presumed to have different effects on endogenous NDMA formation can affect measured NDMA formation when exposed to ranitidine. There is also no reliable evidence that ranitidine nitrosation is affected by vitamin C or vitamin E under physiological conditions. It was demonstrated that treatment of 600 mg of ascorbic acid or 100 IU of vitamin had no effect on urinary NDMA levels in humans (Garland 1986). The finding that diet, but not ranitidine exposure, affected endogenous NDMA levels further supports the conclusion that NDMA is not formed from ranitidine endogenously.

Another in vivo study attempted to measure NDMA following ranitidine treatment (Matsuda 1990). In this study, the concentrations of nitrosamines, NDMA and NDEA, in gastric juice were analyzed both in healthy subjects and in gastric ulcer patients with and without treatment with individual H2RAs (ranitidine, cimetidine, famotidine and roxatidine). Compared to healthy subjects, the detection ratio and maximum concentration of NDMA (and NDEA) were higher in gastric ulcer patients with and without H2RA treatment, with a detection ratio and the maximum NDMA concentrations were similar across all H2RAs evaluated (39.1% and 7.9 ng/mL, 40.0% and 4.7 ng/mL, 41.8% and 3.9 ng/mL, and 41.2% and 6.7 ng/mL for cimetidine, roxatidine, famotidine and ranitidine, respectively). This study does not provide support for alleged in vivo formation of NDMA following ranitidine administration. First, NDMA was measured using gas chromatography (GC) at high temperatures (200 °C), the same issue that resulted in the retraction of the study by Zeng et al. (i.e., artificial formation of NDMA due to heat). Second, each H2RA evaluated produced similar increases in NDMA concentrations, without a differential excess following ranitidine exposure. Were ranitidine capable of inducing endogenous NDMA formation, such a result would not be expected. This does not support Plaintiffs' experts' opinion that the chemical structure of ranitidine is uniquely primed to form NDMA within the body, as compared to other drugs in the class.

Matsuda (1990) was one of the studies conducted in the 1980s and 1990s that tested the hypothesis that treatment with ranitidine can induce the growth of nitrate reducing bacteria by increasing the gastric pH and therefore increase nitrosamine formation in the stomach. This hypothesis is not unique to ranitidine or any other acid inhibition drugs. The other studies also do not support the endogenous NDMA formation theory. As a matter of outcome specificity, none of the other studies measured NDMA. Three studies reported no increase in the total concentration of nitrosamines in the gastric juice following ranitidine treatment (Garcia del Risco 1984; Thomas 1987; Houben 1996). One study reported increases in total nitrosamine concentrations in both the gastric juice and urine of pediatric patients with chronic gastritis 4-6 weeks after the completion of H. pylori eradication treatment with a combination of ranitidine, and the antibiotics amoxicillin and nitroimidazol, particularly in boys (Krawczynski 2002). Due to the long period between the last dose of ranitidine and sample collection, the measurement would not have resulted from NDMA formed either endogenously or exogenously from ranitidine.

Finally, another study measured a specific nitrosamine, NPRO, in the urine as the biomarker for total nitrosamines formed in the stomach (Elder 1984). In this study, the subjects were given proline and nitrate rich food before and after ranitidine treatment. Because proline can react with nitrite in the stomach to form NPRO and because NPRO is excreted almost quantitatively unchanged in the urine, this study was designed to test whether ranitidine could increase nitrosamine formation in the stomach by promoting the growth of bacteria capable of reducing nitrate to nitrite. There was a statistically insignificant reduction in NPRO following ranitidine treatment. The study authors identified another nitrosamine, NTCA, in the samples collected, and reported an increase in this nitrosamine following ranitidine treatment. However, the study authors noted that NTCA is not mutagenic and its biological significance is unknown. Dr. Melnick opined that because NTCA formation requires aldehyde and aldehyde is a trace level impurity in ranitidine, the increase was due to ranitidine use. Dr. Melnick's opinion appears to be based on a misunderstanding of the chemical nomenclature and unit of measurement. The "aldehyde" proposed for the formation of NTCA is formaldehyde or acetaldehyde (Mirvish 1995). The "aldehyde" that has been identified as a trace impurity in ranitidine drug substance is the ranitidine molecule whose vinyl nitro group is replaced by the aldehyde group. In the Elder study, the 24-hour urinary NTCA excretion was 16-17 µg during ranitidine treatment. By contrast, the trace impurity in the ranitidine samples was at the level of low ppm even when the samples were stressed (GSK RCA 2020). Even assuming this trace impurity could somehow form NTCA and the conversion efficiency was 100%, a ranitidine dose orders of magnitude more than the maximum daily dose (300 mg) would be required for NTCA to form at such levels. Dr. Marletta relied on the Elder study design to opine that NPRO could be used as a surrogate for measuring endogenously formed NDMA from ranitidine because proline is "a chemical trap for the nitrosating agent generated from NDMA." As explained above, his opinion is not supported by the study design. If the concern was whether treatment with ranitidine can induce the growth of nitrate reducing bacteria by increasing the gastric pH and therefore increase nitrosamine formation in the stomach, Elder properly tested this hypothesis and the results do not support this theory. If the concern was whether NDMA could be formed from ranitidine endogenously

or exogenously, the study design could not address this issue because NPRO does not form from the reaction of ranitidine and nitrite.

The findings of the FDA human study (Florian 2021) regarding the lack of NDMA formation from ranitidine after ingestion are supported by in vitro studies. Gao (2021) complemented the FDA investigation with a study of ranitidine added to simulated gastric fluid with varying levels of nitrites. The objective of in vitro nitrosation studies is to properly control factors suspected to affect nitrosation and assess these factors individually. Thus, in vitro studies provide increased understanding as to the conditions ranitidine can react with nitrite to form NDMA. This informs the biologic plausibility of potential ranitidine induced generation of NDMA in the human stomach. Building on prior studies, Gao identified potential factors that can affect drug nitrosation in general and ranitidine nitrosation in particular leading to NDMA formation: drug (e.g., ranitidine) concentration, nitrite concentration, and pH. Gao first controlled nitrite concentrations at 10 mM to examine the effect of pH on NDMA formation, finding that as the pH increased, the NDMA yield decreased rapidly. This result is as expected because ranitidine nitrosation is directly dependent on the concentration of protonated nitrite, not total nitrite concentrations. When the nitrite concentration remains constant, as pH increases, the concentration of protonated nitrite decreases rapidly, which explains the rapid decline of NDMA yield. Next, Gao et al. held the pH constant at the optimum condition for NDMA formation (1.2) to examine the effect of nitrite concentrations on NDMA formation, finding that NDMA was not formed until 5 mM nitrite was introduced. An extensive review of literature within this paper reported nitrite levels observed in the human stomach under both fasting and fed conditions in both healthy subjects and in patients with gastric diseases. The literature demonstrates that the upper range of gastric nitrite levels is approximately 0.1 mM and decreases along with decreases in pH. Gao et al. also demonstrated that while the total gastric nitrite level tends to increase with the increase of pH, the gastric level of protonated nitrite (a portion of total gastric nitrite level) actually decreases with the increase of pH. This suggests that if endogenous NDMA formation from ranitidine were to occur, it would most likely occur during the fasting state when the gastric pH is the lowest. I have examined literature reporting gastric nitrite levels in humans, including those reviewed by Gao and those discussed by Plaintiffs' experts. Based on the available literature, the physiologic range of gastric nitrite levels is consistent with that recognized by Gao. Gao rightly points out that the other recently published in vitro studies also reported no NDMA formation under physiological conditions (Gao 2021 figure 4). Specifically, both Zeng et al. and Braunstein et al. found that in vitro NDMA formation occurs only at nitrite concentrations of 5 mM or higher (Gao 2021; Zeng 2016; Braunstein 2021; Braunstein Dep. 167:14-17). The possibility of NDMA formation from gastric combination of ranitidine and nitrite was already considered in the 1980s. It was examined in the 1980s by both GSK and Smith Kline & French (a different company from GSK at that time) (WBP/82/011; SKF 1982). The results from those studies also do not support NDMA formation in gastric fluid at physiologic conditions. Consequently, based on the current literature, there is no support for the hypothesis of in vivo formation of NDMA following ranitidine administration.

**Figure 4. Nitrite ($NO_2$) Concentration and pH in Ranitidine Simulated Gastric Fluid Studies Compared With Clinical Studies**




Lines connect the data points observed in the different clinical and nonclinical studies included in the plot. The light green shaded area represents the region where formation of NDMA was observed in simulated gastric fluid with supplemental nitrite across different pH values. This region is bounded at the bottom by a green dashed horizontal line, which indicates the lowest in vitro nitrite concentration (5000 µmol/L) with NDMA formation. Clinical nitrite concentrations from different clinical studies are plotted at pH midpoints (ie, results at pHs 2 to <3 are plotted at pH 2.5). Compared with the clinical nitrite concentration at pH levels of 1 to less than 2 (as tested in this study), the 5000 µmol/L value is approximately 600-folder greater than the 95th percentile clinical nitrite concentration values calculated from the Hall et al[17] (8.2 µmol/L, combined fed and fasting), 3300-fold greater than the maximum clinical nitrite concentration measured by Milton-Thompson et al[19] (1.5 µmol/L fasting), and 9000-fold greater than the 95th percentile clinical nitrite concentration calculated in the study by Xu and Reed[11] (0.56 µmol/L, fasting). At the pH tested in Zeng and Mitch[8] or Braunstein et al,[7] the differences are approximately 350-fold (14.5 µmol/L, Hall et al[17]), 340-fold (14.9 µmol/L, Milton-Thompson et al[19]), and 8800-fold (0.57 µmol/L, Xu and Reed[11]).

[a] NDMA detected may be from background amounts in the ranitidine tablets used in the study by Braunstein et al.[7]

[b] 0 µmol/L.

(Gao 2021)

Plaintiffs' experts opined that when ranitidine is metabolized into a furoic acid analogue, it provides DMA to react with nitrite to form NDMA in the human stomach. Their opinion is not supported by the scientific evidence. The furoic acid analogue was first identified as a metabolite of ranitidine in mice, rats and rabbits (BIO/81/23). Such cross species finding suggest that if Plaintiffs' experts' theory were operative in humans, it would also be operative in rodents. However, the negative results in the rodent carcinogenicity studies (described below) do not support their theory. Furthermore, despite extensive research by GSK to characterize the metabolites of ranitidine, the furoic acid analogue was not identified as a human metabolite until study WMH/85/013 (Carey 1984; WMH/85/013). This study showed that following an oral or iv dose of 150 mg ranitidine, the human urinary furoic acid analogue accounted for 0.8 to 2.2% of the administered ranitidine, irrespective of the route. This indicates that ranitidine is not metabolized in the stomach or GI tract to form the furoic acid analogue given that equal amounts were detected following oral and IV dosing. Therefore, it is not available to provide DMA to react with nitrite to form NDMA in the GI tract. Moreover, the formation of furoic acid analogue does not mean DMA is also formed in the same process. The furoic acid analogue can be formed via several pathways some of which do not result in DMA formation as a byproduct. No one pathway has been confirmed as the mechanism by which the furoic acid analogue is formed. Finally, and importantly, the formation of DMA from ranitidine after ingestion was thoroughly evaluated by FDA (Florian 2021). The agency found no evidence that DMA was increased after ranitidine ingestion, either in urine or in plasma. There is no reliable body of evidence supporting the theories that either DMA or NDMA is formed from ranitidine after ingestion.

Plaintiffs' experts relied on Valisure's unpublished "computer modeling" to opine that the enzyme, dimethylarginine dimethylaminohydrolase (DDAH-1), liberates the DMA group from ranitidine. DDAH-1 has extremely high substrate specificity, and I am not aware of any study demonstrating that ranitidine is a substrate of DDAH-1 (Ogawa 1989). In the GSK study Dr. Melnick cited, ranitidine was incubated at 37 °C at concentrations of 50 ng/mL and 460 ng/mL with 0.5 µM recombinant human DDAH-1 enzyme for periods of 0, 5, 15, 30, and 60 minutes (20DMW001 GSKZNDAA0000637323). Samples were assessed for depletion of ranitidine and formation of DMA and NDMA by LC-MS/MS. As a control, DDAH-1 was also incubated with its endogenous substrate, (NG,NG) dimethylarginine, to ensure the metabolic competency of the enzyme preparations. No quantifiable results were observed for DMA or NDMA in any of the ranitidine incubations. There was also no evidence of ranitidine depletion over the full 60-minute incubation periods. Based on these findings, GSK concluded there was no evidence ranitidine is metabolized by human DDAH-1. Dr. Melnick's criticisms of this study are not supported by the scientific evidence. He first opined that this study is flawed because "nitrite was not added to the incubation media to enable the formation of NDMA." This is not a nitrite related study. Rather, this study examined whether ranitidine can be metabolized by DDAH-1 to form DMA. He then opined that this study is flawed because "the methods do not indicate that adequate precautions were taken to prevent volatile loss of DMA during the incubations with ranitidine and prior to the analysis by LC/MS. It does not appear that analyses were performed on samples spiked with DMA to evaluate the efficiency of recovery, while DMA was apparently not measured in the incubations with dimethylarginine." Calibration solutions of DMA were used as the internal standard for the quantification of DMA. The lack of DMA formation was corroborated with the lack of ranitidine depletion. Finally, he opined that "since it is likely that DDAH-1 has a greater binding affinity for its endogenous substrate than it does for ranitidine, the testing of the positive control at 155 µM concentration compared to ranitidine at 0.16 and 1.5 µM does not provide an adequate evaluation as to whether ranitidine is a substrate for human DDAH-1." Whether ranitidine can be metabolized by human DDAH-1 was examined by measuring the concentrations of ranitidine (no depletion) and DMA (no formation) in the reaction solution in which no positive control was present. The positive control was used in another set of experiments to examine whether the DDAH-1 used in this study was functional (it was). The binding affinity of the positive control has nothing to do with whether this study is adequate to evaluate whether ranitidine is a substrate for human DDAH-1. Dr. Melnick's criticisms lack scientific merit.

**Exogenous Formation of NDMA**

Additional concerns have been raised regarding potential NDMA formation during storage of ranitidine parent compound. Testing of GSK's ranitidine drug product revealed NDMA concentrations greater than the FDA daily acceptable intake (AI) limit in some samples with the range from 0.24 ppm to 7.6 ppm (FDA's AI limit is 0.32 ppm assuming daily exposure to ranitidine at the maximum dose of 300 mg) (King 2020). Testing of 180 product samples "purchased from the marketplace, collected by FDA inspectors, or received in response to information requests" by the FDA also revealed concentrations greater than the FDA daily acceptable intake limit in some cases (ranging from 0.013 to 2.97 ppm) (FDA Response to Emery Pharma's Citizen Petition; FDA ranitidine test results). Of note, none of the samples tested were manufactured by GSK. As

NDMA levels exceeded the FDA limit, this led to a recall and cessation of distribution of ranitidine in the US. However, the FDA has stated that "we have found levels of NDMA in ranitidine that are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats" (FDA ranitidine test results).

As noted above, FDA's acceptable daily intake limit of 96 ng/day of NDMA in ranitidine drug product represents a hypothetical increased cancer risk of 1 in 100,000 if the exposure occurs daily for an entire life (70 years), calculated by linearly extrapolating the TD50 value (doses giving a 50% tumor incidence: equivalent to a cancer risk of 1 in 2) of NDMA in the most sensitive site of the most sensitive animal species (i.e., rat liver) assuming a no threshold model (FDA/ICH M7 2018; FDA 2020). This does not imply that exposures above this level increase the frequency of or function as a cause of cancers in humans, nor that the assumptions used in establishing the limit are accurate. Rather, this is a theoretical, highly conservative limit established to avoid any theoretical chance of harm due to ranitidine use in the population. It should not be regarded as a realistic indication of the actual cancer risk (FDA/ICH M7 2018).

In sum, because the available data do not support endogenous formation of NDMA from ranitidine, the NDMA that may be present in a ranitidine product is also the total NDMA exposure from ranitidine use. Therefore, the relevant question is whether NDMA can cause specific types of cancers in humans at levels detected in ranitidine product. It is important to note that NDMA also exists in air, water and foodstuffs as well as being formed in human bodies, with daily exposures from exogenous sources in the sub-µg to µg range and from endogenous sources in the sub-mg to mg range, which is orders of magnitude higher than those detected in ranitidine (NTP 2021; Liteplo 2002; Stuff 2009; Fristachi 2007; Hrudey 2013; Gushgari 2018; Zheng 2019). Thus, based on current evidence, any alleged exposures to NDMA from ranitidine tablets is a small fraction of the NDMA exposure from other exogenous sources and endogenous formation.

I also reviewed the in vitro simulated gastric fluid (SGF) experiments and purportedly "real-world" analysis of NDMA levels in ranitidine drug product described in Dr. Najafi's expert report. These studies were neither published nor peer-reviewed. Concerningly, Dr. Najafi provided insufficient information for analyzing the data he reported, which appear to be inconsistent with his conclusions. For instance, although Dr. Najafi relied on his SGF study to purportedly show that NDMA can be formed from ranitidine at physiologic levels of nitrite, the data he reported actually showed no NDMA formation when ranitidine was incubated with nitrite in SGF until the nitrite concentration was increased to 5 mM and above, which is consistent with the other in vitro studies discussed above. 5 mM nitrite or above does not represent physiologic conditions. Furthermore, Dr. Najafi also incubated ranitidine with various foodstuffs in SGF to purportedly evaluate ranitidine's potential for endogenous NDMA formation. Such an experiment does not provide substantive information. Incubating ranitidine with various foodstuffs in 250 mL SGF for four hours ignores the pharmacokinetics of ranitidine and the dynamics of food digestion in the stomach. There was nothing "physiologic" about this experiment and such conditions are not representative of real-world use. As mentioned above, the purpose of conducting in vitro nitrosation studies is solely to assess factors that can affect ranitidine nitrosation in a controlled manner. There was no control of nitrite concentrations or any factor that can affect ranitidine

nitrosation. In table GG of his report, Dr. Najafi reported the nitrite levels in the foodstuffs added to the SGF and the nitrite concentrations in the SGF. In order for these two sets of data to be consistent with each other, the volumes of the SGF should be 0.5 mL for sausage, bacon and hot dog, and 1 mL for ham, which are different from the 250 mL reaction volume Dr. Najafi reported. Incubating ranitidine with one serving size of these foodstuffs in 0.5 or 1 mL solution does not represent physiologic conditions. This is just one of the flaws in the data Dr. Najafi provided. Such flaws, as well as the non-peer reviewed nature of the data and lack of reproducibility, render the information provided by Dr. Najafi noncontributory in any analysis of NDMA formation following ranitidine administration.

The data provided by Dr. Najafi are also inconsistent with those provided by the FDA or in the published literature. For instance, the NDMA levels in ranitidine samples reported by Dr. Najafi are substantially higher than those obtained by the FDA or published in peer-reviewed literature (FDA Response to Emery Pharma's Citizen Petition; FDA ranitidine test results; King 2020). Moreover, while data related to purported endogenous and exogenous NDMA formation from ranitidine relate to NDMA exposure, they do not represent increased risk of cancer. Furthermore, the data generated by Dr. Najafi, even if true, do not change my opinion that there is no reliable evidence to support the biological plausibility of NDMA exposure from ranitidine use causing specific cancers in humans. Likewise, my opinion that therapeutic use of ranitidine is not a cause esophageal, gastric, pancreatic, liver, or bladder cancer in humans is not dependent on experimental quantification of ranitidine related NDMA formation under varying conditions.

To summarize the literature, there is no reliable evidence that NDMA is generated via endogenous formation following ranitidine exposures. Consequently, any NDMA exposure related to ranitidine use occurred due to exogenous formation. NDMA concentrations in ranitidine have been measured at levels similar to daily western dietary and environmental exposures, meaning any excess NDMA exposure due to ranitidine is indistinguishable from daily background exposures, and likely is much lower than NDMA exposure that occurs through natural physiologic processes irrespective of ranitidine use.

## RANITIDINE USE IS NOT A CAUSE OF ESOPHAGEAL, GASTRIC, PANCREATIC, LIVER, OR BLADDER CANCER IN HUMANS.

Although the outcome of interest in this case is development of different types of cancer in humans, "cancer" is a very non-specific outcome and is not biologically coherent. There is no known general cancer promoter or universal carcinogen in humans. The closest example that I am aware of is exposure to ionizing radiation that causes both blood borne and solid tumors. However, that is a very unique form of exposure that directly damages DNA within exposed cells throughout the body. I am not aware of additional exposures that are defined as "general cancer promoters" or have a status as a "universal carcinogen," though multiple cell lines may serve as targets for an exposure with similar underlying mechanisms. Consequently, such a generic discussion is not scientifically plausible without a more specific consideration of a specific type of cancer or cell line that is affected. In the interest of the broadest possible consideration of the

data given the widespread use of ranitidine in the population, an examination of multiple types of cancer as outcomes will follow. Moreover, irrespective of whether NDMA exposure is related to exogenous or endogenous NDMA formation, epidemiologic studies examining actual human use of ranitidine represent the "real-world" assessment of any cancer risk from NDMA via ranitidine exposure.

**Human Studies**

The available human experimental data do not demonstrate an increased risk of cancer in an exposed population compared to an unexposed population. I am not aware of controlled trials designed to examine the association between ranitidine use and specific types of cancer. Consequently, we have no direct experimental evidence to inform the causation analysis. However, given that ranitidine has been in widespread use since the early 1980s, there is a relatively robust body of human epidemiology literature examining the risk of cancer related to ranitidine use.

One of the earliest studies to analyze a potential association between ranitidine use and the risk of cancer was conducted by Penston in 1990. In this cohort study of 436 patients, the authors found no association with up to 9 years of use of ranitidine and various cancers such as gastric, lung, colorectal, lymphoma, prostate, bladder and melanoma. Since then, multiple analyses have examined the proposed associations between ranitidine use and various types of cancer. As discussed below, there has been no consistent differential association between cancer outcomes and ranitidine, particularly when compared to other $H_2$ receptors blockers or proton pump inhibitors. The contributory evidence pertaining to each distinct cancer outcome of interest is discussed below.

*Esophageal Cancer*

In 1995, Chow and colleagues conducted a case-control study using medical records of 196 cases matched 1:1 from the Southern California Kaiser Foundation Health Plan. The study investigated the association between adenocarcinomas of the esophagus and gastric cardia (AEC) and gastroesophageal conditions and treatments, including H2RAs. When analyzed as a group, the use of H2RAs (cimetidine, ranitidine, nizatidine, and famotidine) was not associated with a risk of AEC. Although measures of association specific to ranitidine were not explicitly presented, the authors noted that findings for ranitidine and cimetidine were similar to those for the combined group, indicating a lack of association between ranitidine exposure and AEC development.

In 2000, Habel investigated whether cimetidine was associated with various types of cancers, comparing both to non-use and ranitidine exposure. Utilizing Northern California Kaiser records, the study population included 922 individuals who were prescribed ranitidine as a comparator. Risk factor information was not available, and potential confounders were not accounted for. After analyzing 11 different cancer types and total cancers, the authors reported an association between ranitidine use and esophageal and gastric adenomas in a crude analysis - one not adjusting for confounders or lagging for time since prescription (RR 2.42, 95%CI 1.07-5.49). However, the association with esophageal and gastric adenomas disappeared for both cimetidine

and ranitidine when adjusted for time since the prescription began, although ranitidine specific RR was not explicitly reported. In other words, no association was observed when the analysis was lagged to account for protopathic bias. Furthermore, the observed association was similar for cimetidine and ranitidine, indicating a class rather than ranitidine specific finding unrelated to potential NDMA exposure and presumably representing treatment of early symptoms of AEC or precursor conditions.

In 2018, Tan performed a case-control analysis of a Veterans Affairs longitudinal dataset that included 300 cases of oesophageal adenocarcinoma (OAC) in patients with Barrett's esophagus using H2RAs and PPIs. The analysis adjusted for age, race, BMI, smoking, number of esophagogastroduodenoscopies after Barrett's esophagus diagnosis, statin use, NSAID use, aspirin use, and PPI use. When analyzed as an individual agent, ranitidine use was not associated with development of OAC (aOR 0.71, 95% CI 0.50-1.0). Similar effects were seen for all H2RAs, as well as PPI use. An inverse dose response was demonstrated with daily dose of >150mg of ranitidine exhibiting a protective effect (aOR 0.17, 95% CI 0.09-0.32), which supports the hypothesis that acid control may protect against Barrett's esophagus progressing to esophageal cancer.

A 2021 cohort study analyzing a database of 73 million US individuals (IBM Explorys) by Kim YD examined the association of any gastrointestinal cancer, including cancer of the esophagus, with ranitidine use. Patients were followed up to 10 years. Adjustment for the three most common risk factors for each type of cancer as well as a separate analysis adjusting for demographic characteristics + one key cancer risk factor were included in 1-year lagged regression analyses. For esophageal cancer, these risk factors were tobacco use, alcohol use, and Barret's esophagus. Ranitidine exposure was found to be associated with lower odds of esophageal cancer compared to the active comparators in the analysis adjusting for risk factors: famotidine (aOR 0.51, 95% CI 0.43-0.60) and omeprazole (aOR 0.62, 95% CI 0.52-0.72). Similar results were seen in the analysis adjusting for demographic factors + one key cancer risk factor compared to famotidine (aOR 0.56, 95% CI 0.45-0.70) and omeprazole (aOR 0.80, 95% CI 0.65-0.97). Of note, ranitidine users had lower prevalence of some risk factors, potentially attenuating the protective effect of ranitidine if fully adjusted, although unlikely to reverse the direction of effect. The use of active comparators assists in accounting for the possibility of confounding by indication noted in earlier studies.

A similar analysis of a cohort consisting of the entire Danish population (5.8 million persons) was performed by Adami (2021) with 103,565 new ranitidine prescriptions examined. The median follow-up time in this study was 14 years. Active comparators in the form of other H2RAs and PPIs were analyzed using propensity scores for a stabilized inverse-probability-of-treatment to emulate a randomized control with statistical adjustment. For esophageal cancers, there was no overall association observed comparing ranitidine to other H2RAs HR 1.09; 95% CI 0.91-1.29) or comparing ranitidine to PPIs (HR 1.01; 95% CI 0.90-1.14). A statistically significant increased risk of espophageal adenocarcinoma (HR 1,30; 95% CI 1.01-1.68), but not squamous cell carcinoma (HR 1.07; 95%CI 0.80-1.44) compared to other H2RAs. Similar results were seen in the comparison to PPIs. When restricted to those with the largest number of prescriptions (10 or

more) and the longest period of follow up (10 or more years) in order to identify latent cancers, the results were similar when compared to other H2RAs (HR 1.32, 95 % CI 0.66-2.62) and PPIs (HR 1.07, 95 % CI 0.65-1.77). This latter analysis is particularly relevant to a causation analysis as there was no evidence of a dose-response effect.

*Gastric Cancer*

As described above, Habel (2000) investigated whether cimetidine was associated with various types of cancers, comparing both to non-use and ranitidine exposure. Utilizing Northern California Kaiser records, the study population included 922 individuals who were prescribed ranitidine as a comparator. Risk factor information was not available, and potential confounders were not accounted for. After analyzing 11 different cancer types and total cancers, the authors reported an association between ranitidine use and esophageal and gastric adenomas in a crude analysis - one not adjusting for confounders or lagging for time since prescription (RR 2.42, 95%CI 1.07-5.49). However, the association with esophageal and gastric adenomas disappeared for both cimetidine and ranitidine when adjusted for time since the prescription began, although ranitidine specific RR was not explicitly reported. In other words, no association was observed when the analysis was lagged to account for protopathic bias. Furthermore, the observed association was similar for cimetidine and ranitidine, indicating a class rather than ranitidine specific finding unrelated to potential NDMA exposure and presumably representing treatment of early symptoms of AEC or precursor conditions.

Several other recent studies have investigated the risk of gastric cancer in users of ranitidine and other acid suppressing medicines. Using data from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database, Liu 2020 performed a nested case-control study with 1119 cases of gastric cancer matched 5:1. The authors reported an increased risk of gastric cancer in ranitidine users compared to non-users when using a 1-year lag (aOR 1.42, 95% CI 1.02-2.01). However, the association disappeared when applying 2- (aOR 1.22, 95 % CI 0.89-1.67) and 3- (aOR 1.17, 95% CI 0.81-1.68) year lags. As the authors note, this indicates that protopathic bias is almost certainly responsible for the observed association with 1-year lag. In other words, the data suggest that some patients were prescribed ranitidine for symptoms of gastric cancer near to the cancer diagnosis. Consequently, ranitidine exposure in many cases of gastric cancer was likely due to symptoms related to the outcome of interest rather than ranitidine being causally associated with the outcome of interest. Identical findings occurred when cimetidine and PPI use were examined, strengthening this conclusion. The authors further note that the study was also unable to account for confounding by indication related to *H. Pylori* infection. Of note, the same authors performed a second study reported within the same paper. This was a cohort study involving the UK Biobank, with 471,779 participants. H2RAs were not examined individually, but there was no association between their use as a class and gastric cancer with a 1-year lag (aOR 0.49, 95% CI 0.16-1.56).

Iwagami (2021) performed a retrospective cohort analysis of new ranitidine or nizatidine users in the Japanese Medical Data Center claims database, encompassing 3% of the Japanese population. 113,745 new ranitidine/nizatidine users were compared to 503,982 new users of

other H2RAs as an active comparator to account for protopathic bias. No association with ranitidine/nizatidine and gastric cancer was observed (aHR 1.09, 95% CI 0.96-1.24) when compared to other H2RAs. To assess dose and duration, the authors evaluated cumulative dose, and evaluated cancer risk in the first 5 years after the first prescription, and beyond 5 years after the first prescription. There was no evidence that either higher doses of ranitidine/nizatidine or that longer duration resulted in higher risk of cancer. The authors concluded that their study had "no evidence of an increased risk of cancer in people receiving ranitidine and nizatidine compared with people receiving other H2 blockers overall, by follow-up length, by cumulative dose, or by cancer site." This study was limited by a lack of information regarding potential confounders, an upper age limit of 75 years in the database, and a limited portion of the cohort followed for greater than 5 years.

In a nationwide Korean cohort by Kim S (2021), the authors used 1:1:1 propensity score matching on demographics and risk factors to compare 13629 ranitidine users to those using other H2RAs as well as non-H2RA controls. No association between gastric cancer and users of ranitidine was identified (aHR 1.01, 95% CI 0.86-1.18). The authors note that the study was also unable to account for confounding by indication related to *H. Pylori* infection. In addition, the follow-up period was 5 years, which may be insufficient to identify latent cancers.

Yoon (2021) performed another nationwide Korean cohort study using the Health Insurance Review and Assessment (HIRA) database that includes information for almost the entire national population of South Korea (52 million persons). Ranitidine users (40,488) were matched to famotidine users (10,122) as an active comparator in a 4:1 ratio on age, sex, diabetes mellitus, and cumulative exposure to drug. No association between ranitidine exposure and gastric cancer was identified (HR 1.06, 95% CI 0.86-1.31). There was also no association when analyzed according to the cumulative duration of exposure to ranitidine. Of note, higher rates of cancer occurred in the treatment group compared to the general population, suggestive of protopathic bias and again stressing the importance of using active controls in such an analysis. Adjustment for confounders was not possible, although there is no reason to suspect that ranitidine users would substantially differ from famotidine users on the basis of relevant confounders.

A similar analysis of a cohort consisting of the entire Danish population (5.8 million persons) was performed by Adami (2021) with 103,565 new ranitidine prescriptions examined. The median follow-up time in this study was 14 years. Active comparators in the form of other H2RAs and PPIs were analyzed using propensity scores for a stabilized inverse-probability-of-treatment to emulate a randomized control with statistical adjustment. For stomach/gastric cancers, there was no increased risk related to ranitidine exposure compared to other H2RAs (HR 0.98, 95% CI 0.84-1.14) or PPIs (HR 1.03, 95% CI 0.92-1.16). When restricted to those with the largest number of prescriptions (10 or more) and the longest period of follow up (10 or more years) in order to identify latent cancers, the results were similar when compared to other H2RAs (HR 1.53, 95 % CI 0.79-2.99) and PPIs (HR 1.62, 95 % CI 0.99-2.66). This latter analysis is particularly important as there was no evidence of a dose-response effect. Adami further analyzed the relationship between ranitidine exposure and gastric cancers by location, finding no increased risk of proximal cancers compared to other H2RAs (HR 0.96, 95% CI 0.76-1.21) or PPIs (HR 1.02, 95% CI 0.86-1.22)

and even finding a protective effect for distal cancers compared to other H2RAs (HR 0.72, 95% CI 0.54-0.97) but no association with PPIs (HR 0.98, 95% CI 0.77-1.24).

Two studies have reported statistically significant decreased risks for gastric cancer. A 2021 cohort study analyzing a database of 73 million US individuals (IBM Explorys) by Kim YD examined the association of any gastrointestinal cancer, including cancer of the stomach, with ranitidine use. Patients were followed up to 10 years. Adjustment for the three most common risk factors for each type of cancer as well as a separate analysis adjusting for demographic characteristics + one key cancer risk factor were included in 1-year lagged regression analyses. For gastric cancer, these risk factors were atrophic gastritis, tobacco use, and obesity. Ranitidine exposure was found to be associated with lower odds of gastric cancer compared to the active comparators in the analysis adjusting for risk factors: famotidine (aOR 0.43, 95% CI 0.36-0.51) and omeprazole (aOR 0.58, 95% CI 0.49-0.68). Similar results were seen in the analysis adjusting for demographic factors + one key cancer risk factor compared to famotidine (aOR 0.49, 95% CI 0.40-0.60) and omeprazole (aOR 0.93, 95% CI 0.76-1.13). Of note, ranitidine users had a lower prevalence of some risk factors, potentially attenuating the protective effect of ranitidine if fully adjusted, although unlikely to reverse the direction of effect. The use of active comparators assists in accounting for the possibility of confounding by indication.

Kumar (2021) performed a retrospective analysis of the Veterans Health Administration (VHA) Corporate Data Warehouse, containing all VHA records since 1994. The cohort consisted of 279,505 patients with *Helicobactor pylori (HP)* undergoing long-term acid suppression. HP is a known risk factor for gastric cancer development. Non-ranitidine H2RA use was associated with an increase in gastric cancer when compared to ranitidine use (HR 1.83, 95% CI 1.36-2.48). In other words, ranitidine use was protective against gastric cancer development compared to use of other H2RAs in this cohort of patients with HP. PPI use was not associated with an increased rate of gastric cancer compared to ranitidine use (HR 0.92, 95% CI 0.82-1.04). Additionally, time specific subgroup analysis did not reveal any period where ranitidine use was associated with gastric cancer. One limitation is that group assignment occurred according to the first prescription received by the patient and switching therapies was not accounted for in the analysis.

*Liver Cancer*

In a similar design to Liu 2020's analysis of gastric cancer, Tran (2018) performed a nested case-control study utilizing the PCCIU with 434 cases of liver cancer matched 5:1. The authors reported a lack of association between liver cancer and ranitidine prescription when using a 1-year lag (aOR 1.41, 95% CI 0.91-2.15). Of note, the same authors performed a second study reported within the same paper. This was a cohort study involving the UK Biobank, with 471,851 participants with 182 cases of liver cancer. Ranitidine was again not associated with liver cancer (aOR 1.82, 95% CI 0.87-3.79). Both the case-control and cohort studies employed an analysis adjusting for demographics and known risk factors for liver cancer but compared with non-users rather than active controls.

Several other analyses of the risk of liver cancer were then published using active comparator groups. Kantor (2021) separately analyzed the UK Biobank with their cohort consisting of 459,204 participants and 262 cases of liver cancer. Participants were asked if they were regular users of ranitidine, taking it “most days of the week for the past 4 weeks.” Models were adjusted for some demographics and risk factors. In an exploratory analysis, the authors found an increase in liver cancer in ranitidine users when compared to non-users (aOR 1.91, 95% CI 1.09-3.36). However, no increased risk was identified when an active comparator analyses (versus omeprazole users) using this dataset was performed (aOR 1.15, 95% CI 0.58-2.26). This discrepancy may reflect residual confounding by indication or another jointly related unrecognized confounder. The exploratory analysis does not support increased risk from NDMA exposure via ranitidine given the attenuation of effect when analyzed with an active comparator.

Yoon (2021) performed a nationwide Korean cohort study using the Health Insurance Review and Assessment (HIRA) database that includes information for almost the entire national population of South Korea (52 million persons). Ranitidine users (40,488) were matched to famotidine users (10,122) as an active comparator in a 4:1 ratio on age, sex, diabetes mellitus, and cumulative exposure to drug. No association between ranitidine exposure and liver cancer was identified (HR 0.85, 95% CI 0.69-1.05). There was also no association when analyzed according to the cumulative duration of exposure to ranitidine. Of note, higher rates of cancer occurred in the treatment group compared to the general population, suggestive of protopathic bias and again stressing the importance of using active controls in such an analysis. Adjustment for confounders was not possible, although there is no reason to suspect that ranitidine users would substantially differ from famotidine users on the basis of relevant confounders.

Adami (2021) conducted a cohort study of a database including the entire Danish population (5.8 million persons) with 103,565 new ranitidine prescriptions examined. The median follow-up time in this study was 14 years. Active comparators in the form of other H2RAs and PPIs were analyzed using propensity scores for a stabilized inverse-probability-of-treatment to emulate a randomized control with statistical adjustment. For hepatocellular carcinoma, there was no increased risk related to ranitidine exposure compared to other H2RAs (HR 0.89, 95% CI 0.72-1.10) or PPIs (HR 0.86, 95% CI 0.71-1.05). When restricted to those with the largest number of prescriptions (10 or more) and the longest period of follow up (10 or more years) in order to identify latent cancers, the results were similar when compared to other H2RAs (HR 0.61, 95 % CI 0.04-8.37) and PPIs (HR 0.75, 95 % CI 0.23-2.48). This latter analysis is particularly important as there was no evidence of a dose-response effect.

A 2021 cohort study analyzing a database of 73 million US individuals (IBM Explorys) by Kim YD examined the association of any gastrointestinal cancer, including hepatocellular cancer, with ranitidine use. Patients were followed up to 10 years. Adjustment for the three most common risk factors for each type of cancer as well as a separate analysis adjusting for demographic characteristics + one key cancer risk factor were included in 1-year lagged regression analyses. For hepatocellular cancer, these risk factors were cirrhosis, obesity, and chronic viral hepatitis. Ranitidine exposure was found to be associated with lower odds of hepatocellular cancer compared to the active comparators in the analysis adjusting for risk factors: famotidine (aOR

0.39, 95% CI 0.36-0.41) and omeprazole (aOR 0.81, 95% CI 0.76-0.86). Similar results were seen in the analysis adjusting for demographic factors + one key cancer risk factor compared to famotidine (aOR 0.38, 95% CI 0.34-0.42) and omeprazole (aOR 0.97, 95% CI 0.88-1.07). Of note, ranitidine users had a lower prevalence of some risk factors, potentially attenuating the protective effect of ranitidine if fully adjusted, although unlikely to reverse the direction of effect. The use of active comparators assists in accounting for the possibility of confounding by indication.

*Pancreatic Cancer*

In 2000, Habel investigated whether cimetidine was associated with various types of cancers, comparing both to non-use and ranitidine exposure. Utilizing Northern California Kaiser records, the study population included 922 individuals who were prescribed ranitidine as a comparator. Risk factor information was not available, and potential confounders were not accounted for. After analyzing 11 different cancer types and total cancers, the authors reported an association between ranitidine use and pancreatic cancer in a crude analysis - one not adjusting for confounders or lagging for time since prescription (RR 2.60, 95% CI 1.06-6.38). Early symptoms of pancreatic cancer, such as upper abdominal pain, may overlap with gastritis and ulcer symptoms for which ranitidine is routinely prescribed. Ranitidine exposure was not the primary exposure of interest for this study, and additional information or sensitivity analyses are not available.

Another study, McDowell 2021, is somewhat similar to Tran's (2018) liver cancer and Liu's (2020) gastric cancer analysis of the PCCIU (McDowell 2021a). McDowell performed an exploratory nested case-control study utilizing the PCCIU with 1069 cases of pancreatic cancer matched up to 5:1 with 4729 control. The analysis was not specifically focused on H2RAs or ranitidine, rather 13 medications of varying classes were examined. The authors reported a statistically significant association between pancreatic cancer and any use of ranitidine when compared to non-users in a comorbidity adjusted analysis (aOR 1.37, 95% 1.10-1.70). Although ranitidine was weakly associated with pancreatic cancer in this exposure analysis, there was an inverse association between intensity of exposure and the cancer outcome. This means that an above average number of prescriptions for ranitidine was not associated with pancreatic cancer (aOR 1.24, 95% CI 0.91-1.69) while a lower than average number of prescriptions was weakly associated with pancreatic cancer (aOR 1.49, 95% CI 1.12-1.99). Such a finding does not support a valid association. For example, H2RAs are often trialed for epigastric pain of uncertain etiology that ultimately may be discovered to be caused by chronic/recurrent pancreatitis. The presumed mechanism of carcinogenicity in this analysis was chronic/recurrent pancreatitis causing chronic inflammation leading to cancer, rather than a direct carcinogenic mechanism of the drug itself or the presence of NDMA. The pathway to cancer via chronic pancreatitis is not relevant to the causal pathway involving NDMA.

There have been two studies published that specifically analyze whether ranitidine use is associated with pancreatic cancer. First, Adami (2021) conducted a cohort study of a database including the entire Danish population (5.8 million persons) with 103,565 new ranitidine

prescriptions examined. The median follow-up time in this study was 14 years. Active comparators in the form of other H2RAs and PPIs were analyzed using propensity scores for a stabilized inverse-probability-of-treatment to emulate a randomized control with statistical adjustment. For pancreatic cancer, there was no increased risk related to ranitidine exposure compared to other H2RAs (HR 0.97, 95% CI 0.87-1.10) or PPIs (HR 0.99, 95% CI 0.89-1.09). When restricted to those with the largest number of prescriptions (10 or more) and the longest period of follow up (10 or more years) in order to identify latent cancers, the results were similar when compared to other H2RAs (HR 0.46, 95 % CI 0.24-0.88) and PPIs (HR 0.59, 95 % CI 0.31-1.12). This latter analysis is particularly important as there was no evidence of a dose-response effect.

Second, Kim YD A 2021 performed a cohort study analyzing a database of 73 million US individuals (IBM Explorys) examining the association of any gastrointestinal cancer, including pancreatic cancer, with ranitidine use. Patients were followed up to 10 years. Adjustment for the three most common risk factors for each type of cancer as well as a separate analysis adjusting for demographic characteristics + one key cancer risk factor were included in 1-year lagged regression analyses. For pancreatic cancer, these risk factors were tobacco use, diabetes mellitus, and obesity. Ranitidine exposure was found to be associated with lower odds of pancreatic cancer compared to the active comparators in the analysis adjusting for risk factors: famotidine (aOR 0.54, 95% CI 0.49-0.62) and omeprazole (aOR 0.68, 95% CI 0.60-0.76). Similar results were seen in the analysis adjusting for demographic factors + one key cancer risk factor compared to famotidine (aOR 0.50, 95% CI 0.42-0.59) and omeprazole (aOR 0.84, 95% CI 0.71-0.99). Of note, ranitidine users had a lower prevalence of some risk factors, potentially attenuating the protective effect of ranitidine if fully adjusted, although unlikely to reverse the direction of effect. The use of active comparators assists in accounting for the possibility of confounding by indication noted in earlier studies.

*Bladder Cancer*

Several studies have reported on the relationship between ranitidine use and bladder cancer risk. In 2000, Habel investigated whether cimetidine was associated with various types of cancers, comparing both to non-use and ranitidine exposure. Utilizing Northern California Kaiser records, the study population included 922 individuals who were prescribed ranitidine as a comparator. Risk factor information was not available, and potential confounders were not accounted for. After analyzing 11 different cancer types and total cancers, the authors reported no association between ranitidine use and kidney/bladder cancer in a crude analysis - one not adjusting for confounders or lagging for time since prescription (RR 1.56, 95%CI 0.74-3.30). Ranitidine exposure was not the primary exposure of interest for this study and additional information or sensitivity analyses are not available.

Michaud (2004) performed a cohort study examining the association between duodenal and gastric ulcers and bladder cancer. A secondary analysis examining the relationship between H2RAs and bladder cancer was performed as part of this study. Outcomes were not separated by specific H2RA (including but not limited to ranitidine). H2RA use was not associated with bladder cancer in a multivariate model (RR 1.46, 95% CI 0.85-2.50). Furthermore, the association

with gastric ulcers remained even when accounting for H2RA use, indicating that the presence of gastric ulcers is independently associated with bladder cancer. Given the wide confidence intervals and lack of differentiation of individual H2RA agents, these findings are not informative in determining if ranitidine is associated with bladder cancer.

Yoon (2021) performed a nationwide Korean cohort study using the Health Insurance Review and Assessment (HIRA) database that includes information for almost the entire national population of South Korea (52 million persons). Ranitidine users (40,488) were matched to famotidine users (10,122) as an active comparator in a 4:1 ratio on age, sex, diabetes mellitus, and cumulative exposure to drug. No association between ranitidine exposure and bladder cancer was identified (HR 1.41, 95% CI 0.88-2.24). There was also no association when analyzed according to the cumulative duration of exposure to ranitidine. Of note, higher rates of cancer occurred in the treatment group compared to the general population, suggestive of protopathic bias and again stressing the importance of using active controls in such an analysis. Adjustment for confounders was not possible, although there is no reason to suspect that ranitidine users would substantially differ from famotidine users on the basis of relevant confounders.

Kantor (2021) analyzed the UK Biobank with a cohort consisting of 459,204 participants and 554 cases of bladder cancer. Participants were asked if they were regular users of ranitidine, taking it "most days of the week for the past 4 weeks." Models were adjusted for some demographics and risk factors. In an exploratory analysis, the authors found no increase in bladder cancer in ranitidine users when compared to non-users (aOR 1.22, 95% CI 0.74-2.01). In addition, no increased risk was identified when an active comparator analysis (versus omeprazole users) using this dataset was performed (aOR 1.30, 95% CI 0.69-2.46). Although an exploratory analysis, this large study does not indicate an association between regular ranitidine use and bladder cancer.

McDowell performed a large number of screens using a series of nested case-control studies of the PCCIU (McDowell 2021b). This screening analysis reported a number of statistically significant findings, including between ranitidine use and bladder cancer in a model adjusted for comorbidities and smoking using a 1-year lag but no active comparators (aOR 1.26, 95% CI 1.10-1.44). Confounding by indication was not adjusted for as there was a lack of active controls or sophisticated modeling. Given that this analysis was designed as a series of screens for possible signals, the reported findings may have resulted from the large number of comparisons performed. The authors state that "more detailed analyses of specific medicine-cancer associations identified within PCCIUR data are of value."

A more detailed analysis of the same database has been performed. Cardwell 2021 is another nested case-control study of the PCCIU, similarly utilized by Tran (2018) for liver cancer, Liu (2020) for gastric cancer, and McDowell (2021a) for pancreatic cancer. 3260 cases were matched up to 5:1 with 14037 controls. The analysis consisted of a conditional logistic regression adjusting for multiple demographic and risk factors with a 1-year lag. The study revealed a slightly elevated OR for bladder cancer comparing ranitidine to non-use (aOR 1.22, 95% CI 1.06-1.40) and to PPI use (aOR 1.20, 95% CI 1.04-1.39). However, there was no difference when directly compared to

cimetidine (aOR 1.05, 95% CI 0.86-1.28), suggesting a common unmeasured confounder in those taking H2RAs.

Accessing the same database as Adami (2021) and using a similar analysis plan, Norgaard 2021 conducted a cohort study of a database including the entire Danish population (5.8 million persons) with 31393 new ranitidine prescriptions examined. Median follow up for ranitidine exposed patients was 14 years. Active comparators in the form of other H2RAs and PPIs were analyzed using propensity scores for a stabilized inverse-probability-of-treatment to emulate a randomized control with statistical adjustment for demographic factors, comorbidities, and other potential confounders. Lag times of 1, 5 and 10 years were used, although the results did not differ substantially. There was no increased risk of bladder cancer when ranitidine users were compared to users of other H2RAs (RR 1.11, 95% CI 0.95-1.29). When ranitidine users were compared to users of PPIs, there was a slight increased risk of bladder cancer (RR 1.24, 95% CI 0.72-1.10). When restricted to those with the largest number of prescriptions (10 or more) and the longest period of follow up (10 or more years) in order to identify latent cancers, the results were similar when compared to other H2RAs (HR 0.75, 95% CI 0.44-1.28) and PPIs (HR 0.73, 95% CI 0.46-1.15). This latter analysis is particularly important as there was no evidence of a dose-response or duration effect. Overall, the authors reported that they "did not observe any consistent or substantial increase in risks of bladder cancer."

*All Cancers Combined*

Cancer is not a single condition, therefore it is not biologically coherent to study all cancers as an outcome of interest. Consequently, studies reporting on purported associations between ranitidine use and all cancers as a group do not reliably inform the causation analysis. Still, despite the inappropriateness of using all cancers as an outcome, the available literature does not demonstrate consistent or conclusive associations between ranitidine use and all cancers.

As noted above, Habel (2000) investigated whether cimetidine was associated with various types of cancers, comparing both to non-use and ranitidine exposure. Utilizing Northern California Kaiser records, the study population included 922 individuals who were prescribed ranitidine as a comparator. Risk factor information was not available, and potential confounders were not accounted for. After analyzing 11 different cancer types and total cancers, the authors reported a weak association between ranitidine use and all cancers in a crude analysis - one not adjusting for confounders or lagging for time since prescription (RR 1.26, 95% CI 1.01-1.58). Ranitidine exposure was not the primary exposure of interest for this study, and additional information or sensitivity analyses are not available.

Three larger studies, Iwagami 2021, Kantor 2021, and Yoon 2021, all reported no association between cancers as a group and ranitidine use. Iwagami (2021) performed a retrospective cohort analysis of new ranitidine users in the Japanese Medical Data Center claims database, encompassing 3% of the Japanese population. 46771 new ranitidine users were compared to 503,982 new users of other H2RAs as an active comparator to account for protopathic bias. No association with ranitidine/nizatidine and all cancers was observed (aHR 1.01, 95% CI 0.95-1.08) when compared to other H2RAs. This study was limited by a lack of information regarding

potential confounders, an upper age limit of 75 years in the database, and a limited portion of the cohort followed for greater than 5 years.

Kantor (2021) analyzed the UK Biobank with a cohort consisting of 459,204 participants and 26230 cancers. Participants were asked if they were regular users of ranitidine, taking it "most days of the week for the past 4 weeks." Models were adjusted for some demographics and risk factors. The authors found no increase in overall cancer risk in ranitidine users when compared to non-users (aOR 1.01, 95% CI 0.93-1.09). In addition, no increased risk was identified when an active comparator analysis (versus omeprazole users) using this dataset was performed (aOR 0.94, 95% CI 0.85-1.04).

Yoon (2021) performed a nationwide Korean cohort study using the Health Insurance Review and Assessment (HIRA) database that includes information for almost the entire national population of South Korea (52 million persons). Ranitidine users (40,488) were matched to famotidine users (10,122) as an active comparator in a 4:1 ratio on age, sex, diabetes mellitus, and cumulative exposure to drug. No association between ranitidine exposure and overall cancer risk was identified (HR 0.99, 95% CI 0.91-1.07). There was also no association when analyzed according to the cumulative duration of exposure to ranitidine (p=0.716). Of note, higher rates of cancer occurred in the treatment group compared to the general population, suggestive of protopathic bias and again stressing the importance of using active controls in such an analysis. Unfortunately, adjustment for confounders was not possible, although there is no reason to suspect that ranitidine users would substantially differ from famotidine users on the basis of relevant confounders.

*Other Studies*

A recent paper attempted to analyze differential reporting of cancer outcomes following ranitidine exposure compared to other H2 blockers and PPIs to the FDA Adverse Events Reporting System (McGwin 2021). It reported "signals" related to ranitidine exposure and pharyngeal, esophageal, gastric, colorectal, liver, and pancreatic cancers. No conclusions can be drawn from such an analysis due to the nature of the database as a collection of voluntary reported outcomes. Selection bias is so likely in such a database that comparisons are not methodologically valid. Furthermore, the comparisons are the number of self-reported events, without an assessment of the number exposed. Finally, the reporting dataset includes the period after concerns over NDMA contamination were publicized, making it likely that some persons diagnosed with cancers who had taken ranitidine at some point in the past, then reported their illness only after hearing about the possible association. Other exploratory/screening studies have not reached similar conclusions. An exploratory analysis of the Danish health system revealed only an association between gastric adenocarcinoma and ranitidine of a similar magnitude to other acid suppressing medications (H2RA/PPI) again suggesting confounding by indication (Pottegard 2016). Nevertheless, taking the results at face value as presented by McGwin would merely hypothesize that there is a possible unrecognized association prompting well conducted epidemiologic studies with ranitidine as the exposure of interest and said cancers

as an outcome. Such studies have already been performed and are described above, rendering the concerns raised in this manuscript moot.

*Summary*

Despite multiple analyses of multiple organ systems and types of cancer over the past 30 years, there is no consistent reliable association between ranitidine use and any type of cancer. The literature base, while necessarily imperfect as occurs with any group of epidemiologic studies, demonstrates point estimates that cluster around the null when evaluated in multiple population by multiple investigators utilizing various study designs. Consequently, there is no reliable or sufficient evidence to assert that such an association exists. Rather, these results are exactly as would be expected if no true association exists. At this time, there is a lack of evidence to support a reliable, consistent association between therapeutic ranitidine use and cancers of interest given that multiple studies in varied populations have regularly demonstrated a lack of association.

**Nonclinical Studies**

Given the robust analysis of potential ranitidine associated cancers in multiple cohorts by multiple investigators without evidence for a true association, there is currently no evidence to suggest that human exposure to ranitidine is a cause of cancer. Despite the lack of association demonstrated in human data, non-human data will also be considered for completeness.

*Ranitidine Carcinogenicity Studies*

In connection with the original new drug application (NDA) of Zantac, GSK conducted two mouse (CAR009 and CAR010) and one rat (A&H88/801075) carcinogenicity studies. A summary of the study design is provided in the table below. The C57BL mouse was selected because of its good general health, low and known spontaneous tumor incidence, and sensitivity to known rodent carcinogens including nitrosamines administered by various routes (CAR009 at GSKZNDAA0000012666; CAR010 at GSKZNDAA0000012949). Of note, the C57BL mouse has been successfully used to demonstrate the carcinogenic effect of NDMA in mice through the oral route (Griciute 1981). The Sprague-Dawley rat is a very common rat strain used in nonclinical studies including carcinogenicity studies. The dosing period covered the lifespan of the testing animals (the average lifespan of rats and mice is approximately two years). The doses used in these studies are 1-2 orders of magnitude higher than those for therapeutic use (150 or 300 mg/day, which is equivalent to 3 or 6 mg/kg/day assuming a 50 kg human bodyweight) on a bodyweight basis, resulting in a basal plasma level of ranitidine in the mid- and high-dose groups even higher than the peak plasma level of ranitidine (440-545 ng/ml) following a 150 mg dose (Zantac labeling).

| Study | Species & Strain | Route | Animals per Group | Duration (weeks) | Dose (mg/kg/day)* | Basal plasma level of ranitidine (ng/ml) |
|---|---|---|---|---|---|---|
| CAR009 | | Diet | | 104-106 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | C57BL Mouse | | 50 males + 50 females | | 200 | 53-140 |
| | | | | | 450 | 245-860 |
| | | | | | 1000 | 300-1490 |
| CAR010 | C57BL Mouse | Diet | 50 males + 50 females | 110-115 | 0 | 0 |
| | | | | | 100 | 34-101 |
| | | | | | 450 | 190-568 |
| | | | | | 2000 | 720-5320 |
| A&H88/801075 | Sprague-Dawley Rat | Diet | Control: 100 + 100 Treated: 50+50 | 125-129 | 0 | 0 |
| | | | | | 100 | N.A. |
| | | | | | 450 | 2258 |
| | | | | | 2000 | 9159 |

* The doses were set at 0, 25, 50 and 100 mg/kg/day for the first 16 weeks in CAR009, 0, 50, 320 and 2000 mg/kg/day for the first 11 weeks in CAR010, and 0, 50, 300 and 2000 mg/kg/day for the first 16 weeks in A&H88/801075.

No evidence of tumorigenicity or carcinogenicity attributable to ranitidine administration was identified in these studies. In CAR010, pulmonary tumors occurred in two females in the high dose group but none occurred in the control. This finding is of no biological significance because pulmonary tumors occur spontaneously in the mouse strain tested and there was no similar finding in the males or in the other mouse study (CAR009). In fact, pulmonary tumors occurred in one male in the control group and one male in the high dose group in CAR010. After reviewing these three studies, the FDA concluded, "[t]he carcinogenicity studies did not give any indication that ranitidine was tumorigenic. Specifically, the drug did not produce any neoplasia, intestinal metaplasia, or dysplasia of the gastric mucosa, effects seen with some other H-2 receptor antagonists, nor did it increase the frequency of Leydig cell tumors, as does cimetidine" (FDA's Summary Basis of Approval of NDA 18-703 at GSKZAN0000012676). The FDA's assessment of the evidence available is consistent with my understanding of these experiments. These studies were also summarized in a published article (Poynter 1982).

Moreover, these studies utilized reliable and appropriate methodology to assess whether ranitidine could cause cancer in rodents through in vivo formation of nitrosation products (Validation of the carcinogenicity studies performed with ranitidine; CAR009 at GSKZNDAA0000012668; CAR010 at GSKZNDAA0000012952; A&H88/801075 at GSKZNDAA0000013249). First, animals were exposed to nitrites and nitrates at levels similar to human exposure on a bodyweight basis. Second, bacteria capable of reducing nitrate to nitrite were identified in the testing animals. Third, these species have been demonstrated to be an appropriately sensitive model to screen for the potential carcinogenic effects of nitrosamines. Thus, GSK's rodent studies do not support the hypothesis that ranitidine is carcinogenic by itself or through nitrosation, even at ranitidine doses orders of magnitude higher than those experienced in therapeutic human use.

Plaintiffs' experts appear to suggest the animals used in the ranitidine carcinogenicity studies were restricted from nitrate and nitrite intakes. This is incorrect. A standard rodent diet was given to these animals. Plaintiffs' experts cited to one carcinogenicity study in which some

nitrosable drugs were co-administered with excess nitrite to opine that GSK should have done the same (Lijinsky 1984). The clinical relevance of such a study design is uncertain. For example, while this study reported an increase in liver neoplasms in some of the drug plus excess nitrite groups, it also reported an increase in liver neoplasms in the excess nitrite only group. More importantly, the objective of ranitidine carcinogenicity studies was to examine the carcinogenic potential of ranitidine use, not the use of ranitidine and excess nitrite, in animals. Compared to dosing animals with excess nitrites, testing with nitrites similar to human exposures is more appropriate as it examines whether such a hazard may be present in exposures of the species at interest (humans). In addition, other GSK in-vitro and animal testing did not demonstrate concerns that would have necessitated additional investigation with excess nitrites.

Plaintiffs' experts including Drs. Melnick, Michaels, Panigrahy and Salmon, raised several additional concerns regarding the validity of these three carcinogenicity studies. First, they argued that because vitamin E inhibits ranitidine nitrosation, the use of animal feed containing Vitamin E masked the carcinogenic effect of ranitidine nitrosation. This opinion is without merit. Plaintiffs' experts based their opinion on GSK's in vitro study PATH/80/235. That study showed that (1) the reaction solution of ranitidine and nitrite was not mutagenic until the nitrite concentration was increased to 40 mM, and (2) while the reaction solution of 10, 20 or 40 mM ranitidine and 40 mM nitrite was mutagenic, when 60 mM α-tocopherol (the most prevalent isoforms of vitamin E in mammalian plasma and tissues) was added, the reaction solution was mutagenic only when 40 mM ranitidine and 40 mM nitrite were used (PATH /80/235). The study authors concluded that the inhibitory effect of α-tocopherol is due to its ability to reduce the amount of nitrite available for ranitidine nitrosation. 40 mM nitrite is 400 times higher than the upper range of physiological gastric nitrite levels. Ranitidine mutagenicity and nitrosation studies consistently demonstrated that mutagenic nitrosation products including NDMA are formed only in the presence of supra-physiologic levels of nitrite. "Supra-physiologic" means the nitrite level has not been shown to be achieved in the human stomach. As a result, α-tocopherol would not have inhibited in vivo formation of NDMA from ranitidine that could not have occurred in the first place, given that such conditions are not encountered in real-world use. Moreover, the concentration of α-tocopherol used in study PATH/80/235 (60 mM) is not achievable in rodents even if they are fed a diet containing vitamin supplements. According to the National Research Council of National Academy of Sciences, the vitamin E requirement for rats and mice is 18 mg and 22 mg RRR-α-tocopherol per kg diet, respectively (NAS-NRC 1995). In the US, the American Institute of Nutrition in 1977 developed AIN-76A, the first widely accepted diet formula for rodents (American Institute of Nutrition 1977). Prior to that there was no standard formula for rodents. In the 1990s, a slightly modified formula called AIN-93 was developed by the US Department of Agriculture (Reeves 1997). The AIN93 formula contains 75 mg α-tocopherol per kg diet (Reeves 1997; Baxter 2012). In CAR009 and CAR010, the food consumption of the mice was approximately 4 g/day. In A&H88/801075, the food consumption of the rats was approximately 20 g/day. The stomach capacity is approximately 0.4 and 3.4 ml for mice and rats, respectively (McConnell 2008). If the diets used in these three studies contained α-tocopherol at levels similar to that in AIN93, assuming the worst-case scenario that is physiologically impossible (the daily intake of food takes place all at once and does not increase the stomach volume), the highest theoretical gastric concentration of α-tocopherol would be approximately

2 and 1 mM in mice and rats, respectively. These values are still 1-2 orders of magnitude lower than 60 mM. Such estimates are probably much higher than the real-world situations because researchers have reported plasma and liver concentrations of α-tocopherol at much lower levels even when excess α-tocopherol was administrated to rodents. For instance, the plasma and liver concentrations of α-tocopherol are below 0.01 and 0.2 mM in mice following the administration of α-tocopherol as high as 20,000 mg/diet (Baxter 2012). Likewise, the plasma and liver concentrations of α-tocopherol were below 0.1 mM and 1 mM in rats following the administration of α-tocopherol as high as 2500 mg/diet (Eder 2017). Thus, dietary α-tocopherol would not be sufficient to impact ranitidine nitrosation.

Second, Plaintiffs' experts speculated that while the polymorphic form 1 of ranitidine was used in early clinical trials, form 2 was marketed by GSK, suggesting that form 1 was also used in these three carcinogenicity studies. Based on this speculation, they then allege that GSK's carcinogenicity studies are consequently irrelevant in assessing the carcinogenic potential of ranitidine marketed by GSK. Plaintiffs' experts' opinions appear to rest on the premise that form 1 ranitidine would have contained less NDMA as an impurity and therefore been inadequate to assess the carcinogenic potential of ranitidine due to exogenous formation of NDMA. This opinion is, again, without merit.

Ranitidine polymorphism refers to the phenomenon whereby ranitidine in the solid state exists in more than one crystal form depending on the intermolecular arrangements. In other words, form 1 ranitidine has a different crystal structure than form 2. Form 1 was manufactured and used in early clinical trials; form 2 was the only ranitidine polymorphic form commercially manufactured and marketed by GSK (Harvey Dep. Ex. 4716). Of note, form 2 ranitidine has two crystal morphologies: columnar and irregular (GSK RCA 2020). According to GSK's historical testing, form 1 ranitidine "proved to be the thermodynamically less stable" structure while form 2 "absorbs and retains moisture less readily" (WAP/86/006; Harvey Dep. Ex. 4716). According to GSK's root cause analysis (RCA), contributing factors resulting in exogenous NDMA formation include heat and humidity (King 2020; GSK RCA 2020). Thus, although no dedicated NDMA testing was conducted on form 1 ranitidine, the current understanding of the product suggests that form 1 ranitidine would be more likely to form NDMA exogenously than form 2 ranitidine due to its less stable structure and increased absorption and retention of moisture. Moreover, because the crystal structure of ranitidine disappears after it is administrated and dissolved in biological fluids (e.g., saliva, gastric juice and blood), the presence of polymorphic forms does not impact ranitidine's interaction with the body, including its potential reaction with nitrites. This conclusion is supported by a clinical comparison of Zantac tablets made with each form that showed similar bioequivalence and bioavailability (WAP/86/006). Thus, the existence of ranitidine polymorphism does not impact the validity of GSK's carcinogenicity studies designed to assess whether ranitidine could cause cancer through in vivo formation of nitrosation products including NDMA. If anything, testing that utilized form 1 would be more sensitive for examining potential NDMA related carcinogenicity.

Third, Plaintiffs' experts alleged that because exogenous NDMA formation from ranitidine increases over time, GSK's carcinogenicity studies are inadequate in assessing the carcinogenic

potential of ranitidine due to the use of "fresh" batches. Once again, this opinion is without merit. The description that only "fresh" batches were used is not accurate. GSK disclosed the analytical results of 31 of the 40 batches of ranitidine used in GSK's carcinogenicity studies (IND 17-004 vol. 1). Of these 31 batches, the median interval between the date a batch was manufactured and the date it was used is 100 days. More importantly, since the objective of ranitidine carcinogenicity studies was to investigate the carcinogenic potential of ranitidine use in animals, ranitidine used in these studies should meet quality specifications, rather than containing impurities at levels as high as possible. The study authors reported that the analytical results of ranitidine used in these studies were considered satisfactory (CAR009; CAR010; A&H88/801075).

The results in rodents were replicated in two dog studies conducted by GSK (WPT/89/196 and WPT/89/306; both published in Spurling 1989). In WPT/89/196, two male and two female beagle dogs were treated with ranitidine once daily orally at 50 mg/kg prior to the provision of food for 397 weeks (no control group in this study). The peak plasma level of ranitidine ranged from 9230 to 16970 ng/mL, one order of magnitude higher than the peak plasma level of ranitidine (440-545 ng/ml) following a 150 mg dose (Zantac labeling). No evidence of toxicologically significant findings, including tumors in any organ, was identified. In WPT/89/306, six male and six female beagle dogs were treated with ranitidine 5 mg/kg and placebo twice daily prior to the provision of food for 372 weeks, respectively. The peak plasma level of ranitidine ranged from 640 to 1870 ng/mL, similar to or slightly higher than human exposures. Tumors occurred in both the control and treatment groups and were not attributable to ranitidine administration. I agree with the study authors' finding that "after more than 7 years administration to beagle dogs of doses in excess of the normal daily therapeutic dose, the stomachs showed no changes attributable to treatment and their secretory capacity was unimpaired" (Spurling 1989).

Several additional rodent studies are also relevant to the assessment of the carcinogenic potential of ranitidine use (WPT/93/122; WPT/93/201; WPT/93/096; WPT/94/381; Havu 1990). Enterochromaffin-like (ECL) cell hyperplasia that occurred in mouse studies (WPT/93/122; WPT/93/201) and gastric carcinoid tumors that occurred in rat studies (WPT/93/096; WPT/94/381; Havu 1990) were reported. Both of these outcomes are known effects of all acid suppressing medications if given in such a manner to induce prolonged acid inhibition (WPT/94/381). The effect of prolonged acid inhibition in inducing ECL cell hyperplasia and carcinoids is not relevant to the NDMA mechanism alleged by Plaintiffs' experts. These additional rodent studies consistently failed to reveal evidence of tumorigenicity or carcinogenicity of ranitidine.

*Ranitidine Genotoxicity Studies*

Testing has failed to demonstrate consistent evidence of genotoxicity that has clinical significance, even in intentionally nitrosated ranitidine samples. The following is my review of these studies, specifically GSK's genotoxicity testing on ranitidine and its metabolites, GSK's genotoxicity testing on ranitidine nitrosation, and genotoxicity testing on ranitidine and/or ranitidine nitrosation by independent researchers.

a) GSK's genotoxicity testing on ranitidine and its metabolites

PATH/77/153

This study examined whether ranitidine is mutagenic in bacteria *Escherichia coli* using the Ames assay. The Ames assay, developed by Bruce Ames in the 1970s, is a widely employed method to assess whether a compound can cause DNA mutations in genetically engineered DNA-repair deficient bacteria. Specifically, this study examined the mutagenic potential of ranitidine because it has the furan and nitro groups and several compounds with these functional groups were demonstrated to be mutagenic. Two such compounds were tested as positive controls in this study. The maximum concentration of ranitidine tested was 5 mg/ml. This study showed no mutagenic activity of ranitidine.

PATH/78/171

This study examined the genotoxic potential of one of ranitidine's metabolite, ranitidine N-oxide, in various bacterial strains of *Salmonella typhimurium* and *E. coli* and haploid eukaryotic yeast *S. cerevisiae* with and without rat liver enzymes (S-9). Of note, because NDMA requires metabolic activation by human or rodent liver enzymes to exert its mutagenic effect and bacteria and yeast do not have such enzymes, mutagenic activity observed in bacteria or yeast without liver enzymes is not attributable to NDMA. The maximum concentration of ranitidine N-oxide tested was 8 mg/ml. Negative results were obtained in all test systems except for one experiment, in which mutagenic activity was observed without metabolic activation. Thus, this mutagenic activity was not due to NDMA formation. This mutagenic activity was also not due to ranitidine N-oxide, but impurities in the ranitidine N-oxide batch used in this experiment. The study authors noted "the mutagenicity of [this batch] has no bearing on the N-oxide as formed as a degradation product in particular ranitidine formulations."

PATH/78/172

This study examined the genotoxic potential of ranitidine and another metabolite of ranitidine, ranitidine S-oxide, using testing systems similar to those employed in PATH/78/171. The maximum concentration of ranitidine and ranitidine S-oxide tested was 10 and 8 mg/ml, respectively. This study showed no mutagenic activity of ranitidine or ranitidine S-oxide.

PATH/80/240

This study examined the mutagenic potential of ranitidine, ranitidine N-oxide and ranitidine S-oxide in various bacterial strains of *S. typhimurium* and *E. coli*. Compared to PATH/77/153, PATH/78/171 and PATH/78/172 discussed above, PATH/80/240 used more bacterial strains, examined more test material concentrations, and used mouse rat liver enzymes in addition to rat liver enzymes (S-9 mix), with more repetitions. In addition, PATH/80/240 also examined whether the urine in rats treated with ranitidine was mutagenic. Ranitidine was not mutagenic in *S. typhimurium* strains TA1538, TA98, TA100 or TA1537 at concentrations as high as 30 mg/plate,

with or without rat liver enzymes. Ranitidine was also not mutagenic in *E. coli* strains WP2 or WP2 uvrA at concentrations as high as 9 mg/plate, with or without rat liver enzymes.

In the initial experiments using *S. typhimurium* TA 1535 and *E. coli* WP67, ranitidine was weakly mutagenic in *S. typhimurium* TA 1535 at 30 mg/plate without rat liver enzymes and in *E. coli* WP67 at 9 mg/plate with rat liver enzymes. The study authors noted that "[t]hese results are consistent with the presence of a weak alkylating species." To understand these results, the same strains were retested. The first set of retests showed negative results for both strains using the same testing conditions. The second set of retests showed that ranitidine was weakly mutagenic in *E. coli* WP67 at 9 mg/plate and higher without rat liver enzymes and 30 mg/plate with rat liver enzymes. The third set of retests using a pure reference sample showed that ranitidine was weakly mutagenic in *S. typhimurium* TA 1535 and *E. coli* WP67 at 20 mg/plate and higher without rat liver enzymes. Because similar results were obtained using the pure sample, the study investigators concluded that "[t]he activity detectable at this dose level was due to the compound itself and not to mutagenic impurities." Moreover, since this mutagenic activity was not affected by rat liver enzymes and NDMA requires metabolic activation by liver enzymes to exert its mutagenic effect, it was not due to NDMA formation. Thus, the study result contradicts Plaintiffs' experts' opinion that this study showed that ranitidine contains a mutagenic alkylating agent as an impurity and the mutagenic response is consistent with the presence of NDMA. Using a more sensitive method (liquid Microtitre Fluctuation Test), ranitidine was not mutagenic in *S. typhimurium* TA 1535 or *E. coli* WP67, illustrating the weakness of the observed mutagenic activity.

The study investigators concluded that: "In conclusion the weak alkylation effects observed with ranitidine are of no biological significance to animals or man for the following reasons: a) They are only reproducibly obtainable at exceedingly high dose levels, 20,000 - 30,000 µg/plate; such concentrations are only attainable through the extreme solubility of the drug. In the human patient a single 150mg dose of the drug, produces a peak plasma concentration of the order of 500-700 ng/ml. Thus, mutagenicity is only reproducibly obtained at concentrations many thousands of times higher than those attained in human plasma. The use of extremely high doses in mutagenicity testing has been recommended on the basis of the demonstrable weak activity of known chemical carcinogens in these assays (eg urethane, procarbazine). In these cases 'S9-mix' is also essential to obtain the mutagenic effect. This is not the case with ranitidine, where the weak alkylation effect is unmodified by 'S9-mix' incorporation at any level. b) The results are transient, and not always reproducible. Even when present, the response is only just statistically significant, representing at the most a 2-3 fold increase over the spontaneous mutation level. c) The alkylation effects' are not enhanced by the incorporation of 'S9-mix' at any level, nor by the elimination of agar from the test system. In the 'Microtitre' Fluctuation Test, where the agar is completely absent, no significant mutagenic activity could be detected at up to 2000 µg/ml either with or without 'S9-mix' in the sensitive test strains. d) The effects seen at very high levels in these tests have no reflection in the intact animal. At present, two carcinogenicity tests in mice (CAR 009, CAR 010) are complete and there is no indication of tumorigenicity. A rat test in which animals have been treated for 130 weeks is also completed again with no indication of tumorigenicity. In all of these studies the top dose level was 2000 mg/kg giving basal drug plasma

levels of the order of 1.2 to 8.9 µg/ml. e) A direct alkylation effect of this nature is not an indication of potential risk to patients, since it is only manifest at concentrations which will never be approached in the clinic." I agree with their conclusions.

Ranitidine was also not mutagenic in *S. typhimurium* TA98, TA1537 or TA1535 at concentrations as high as 15 mg/plate with mouse liver enzymes. Ranitidine S-oxide and ranitidine O-oxide were not mutagenic in *S. typhimurium* TA1538, TA98, TA100, TA1537 or TA1538 at concentrations as high as 30 mg/plate or in *E. coli* WP2, WP2 uvrA or WP67 at concentrations as high as 9 mg/plate, with or without rat liver enzymes. Finally, in the urine study, male mice were treated with 10, 30 or 100 mg/kg ranitidine intraperitoneally, and urine samples were collected continuously for 8 hours after the treatment and tested for mutagenicity in various *S. typhimurium* strains in the Ames assay. The urine samples were not mutagenic, suggesting that ranitidine and its metabolites in mice (ranitidine S-oxide, ranitidine O-oxide, desmethl ranitidine and furoic acid analogue) are not mutagenic in mice.

D1031

The results reported in PATH/80/240 were submitted to the FDA in the original NDA 18-703 (except for the mouse urine study). This report also included mutagenic testing on another metabolite of ranitidine, desmethl ranitidine, using similar methods as those employed in PATH/80/240. Desmethl ranitidine was not mutagenic in *S. typhimurium* TA1538, TA98, TA100, TA1537 or TA1538 at concentrations as high as 30 mg/plate or in *E. coli* WP2, WP2 uvrA or WP67 at concentrations as high as 9 mg/plate, with or without rat liver enzymes. Of note, prior to the submission of D1031 to the FDA in the original NDA 18-703, most of the results reported in D1031 were submitted to the FDA in a preliminary report (RA/10/80).

The study authors noted that "[t]he weak direct mutagenic effect of ranitidine is of no biological significance because of the relatively huge concentrations of drug involved, many thousands of times greater than that attained in human plasma after effective anti-secretory doses of the drug. No evidence of carcinogenicity has been seen in the long term studies in the rat and mouse" and that "[t]here is no reason to believe that ranitidine or any of its metabolites is mutagenic in a way that might be expected to lead to a toxic action of-any kind in animals or man" (D1031 at GSKZNDAA0000014735).

After reviewing this study, the FDA noted that "[i]n the Ames tests for mutagenicity weakly positive results were inconsistently obtained in S. typhimurium TA 1535 and E. coli WP67 at concentrations of 20 to 30 mg/plate, which are in excess of recommended maximum concentrations for these assays (up to 5 mg/plate) and greatly in excess of any concentration that is possible in the human body at therapeutic doses. Also, there was no mutagenicity demonstrable in the more sensitive microtiter fluctuation test using either TA1535 or WP67. The metabolites of ranitidine were negative in the Ames test..." (FDA Summary Basis for Approval for NDA 18-703, GSKZAN0000012676). I agree with GSK and the FDA that ranitidine and its metabolites are not mutagenic in the bacterial species and strains at concentrations up to the maximum recommended for these assays and the weak direct mutagenic effect of ranitidine is of no biological significance.

Also submitted in the original NDA 18-703 is a rat dominant lethal mutation study, which showed that ranitidine has no effect suggestive of mutational changes during spermatogenesis in rats (PATH/79/229).

WPT/83/037

This study examined the genotoxic potential of ranitidine in inducing chromosomal damage in the germ cells of mice. In this study, mice were given a single oral dose of ranitidine of 100, 300 or 1000 mg/kg, and were sacrificed 24 hours later for spermatogonial metaphase analysis. Ranitidine did not induce an increase in chromatid or chromosome damage in the germ cells of male mice in vivo. By contrast, significant chromatid and chromosome damage was induced by the positive control, mitomycin C. Thus, this study showed that ranitidine has no clastogenic effect in the germ cells of male mice.

WPT/83/055

This is another genotoxicity testing on ranitidine using haploid eukaryotic yeast *S. cerevisiae* with and without rat liver enzymes (S-9). The maximum concentration of ranitidine tested was 10 mg/ml. This study showed no genotoxic activity of ranitidine.

WPT/83/056

This study examined the genotoxic potential of ranitidine in inducing micronuclei (indication of induced chromosome damage, a clastogenic effect) in the mouse bone marrow cells. In this study, mice were given two doses of ranitidine of 0, 3, 10, of 30 mg/kg intraperitoneally within 24 hours and were sacrificed 6 hours after the last dose for the analysis of their bone marrow cells. There was no increase in the proportion of polychromatic (immature) erythrocytes containing micronuclei in the ranitidine groups compared to the control. There was also no increase in the ratio of mature to immature erythrocytes in the low- and high-dose ranitidine groups. The marginal increase in the mid-dose group probably arose by chance because there was no increase in the high-dose group and the corresponding ratio in the control group was unusually low. The study investigators noted in the lab notebook that they did not consider this result biologically significant. By contrast, cyclophosphamide monohydrate (positive control compound) induced a significantly high level of micronuclei and a significant increase in the proportion of mature to immature erythrocytes. The study investigators concluded that "no biologically significant activity was detected" and ranitidine "was negative in this in vivo study." I agree with their conclusions.

WPT/86/029

This study examined the mutagenic potential of ranitidine in inducing gene mutations or chromosome damage in male fruit fly germ cells. In this study, flies were fed with 0, 0.5, or 5 mg/ml ranitidine through sucrose solution for 24 hours, and gene mutations or chromosome damage were assessed using the sex-linked recessive lethal assay. The results were negative at the doses tested.

WPT/90/065, WPT/90/079, WPT/90/158, Burlinson 1990 and Burlinson 1991

WPT/90/065 is a preliminary report for WPT/90/079, and WPT/90/158 reported the same data as those in WPT/90/079 and data on purified omeprazole. These data were also reported in two abstracts, Burlinson 1990 and Burlinson 1991. My analysis is based on data reported in WPT/90/079. These study reports and publications reported a genotoxicity study that used ranitidine and cimetidine as comparators to examine the genotoxic potential of omeprazole and loxitidine. In this study, rats were given a single oral dose of ranitidine, cimetidine, omeprazole, or loxitidine, up to 100-fold higher than the likely therapeutic dose, and stomach samples were collected 12-14 hours later for the measurement of unscheduled DNA synthesis (UDS) in the gastric mucosal cells. UDS reflects DNA repair as a result of DNA exposure to genotoxic agents. By contrast, replicative DNA synthesis (RDS) occurs during normal cell replications. Because thymidine is used in DNA synthesis, the measurement of UDS in this study was achieved by giving the rats radioactive [3H]-thymidine one hour before the collection of stomach samples and measuring the radioactivity in the gastric mucosal cells. Since thymidine is used in both UDS and RDS, the measurement of UDS can be confounded by RDS. RDS was minimized by only isolating superficial mucosa lacking cells capable of undergoing normal cell replications. In addition, a group of rats were administered with 250 µg/kg pentagastrin instead of one of the four drugs. Since 250 µg/kg pentagastrin was known to be optimal for inducing a trophic response (i.e., normal cell replications) in the gastric tissue, if the samples had been contaminated by cells capable of undergoing normal cell replications (i.e., RDS), there would have been an increase in radioactivity in the pentagastrin group. While ranitidine (50, 100 and 200 mg/kg), cimetidine (150, 300 and 600 mg/kg) and loxitidine (50, 100, 200, and 500 mg/kg) showed no effect in the UDS assay, omeprazole induced increases in UDS at 15 mg/kg and above. The radioactivity was not increased in the pentagastrin group. Thus, this study showed that ranitidine does not induce UDS within the gastric mucosa of treated rats and thus is not genotoxic towards this tissue.

Hastwell 2009

This study examined genotoxic potential of 75 drugs including ranitidine in an assay using the human lymphoblastoid TK6 cell line, giving positive results for mutagens, aneugens and clastogens. Ranitidine was analyzed with doses up to 2.9 mM. No genotoxicity was identified for ranitidine as opposed to 18 other compounds. The study authors suggest that this assay is more predictive of genotoxicity and genotoxic carcinogenicity compared to traditional screening mechanisms.

Ranitidine bismuth citrate

GSK conducted a battery of in vitro and in vivo genotoxicity studies on ranitidine bismuth citrate. The testing systems include bacteria and yeast (WPT/90/290), cultured mouse lymphoma L5178Y cells (WPT/91/277 and WPT/91/276), cultured human peripheral lymphocytes (WPT/90/176 and WPT/90/411), rats for the measurement of bone marrow cell micronuclei (indication of chromosome damage) (WPT/89/335), and rats for the measurement of unscheduled DNA synthesis (UDS) in the pyloric mucosal cells (WPT/91/247 and WPT/90/407). All of these studies showed negative results except for a clastogenic effect (structural breakage of chromosomes)

observed in WPT/90/411 without rat liver enzymes. Thus, this effect was not due to NDMA formation. A similar effect was induced by bismuth citrate alone, suggesting that this effect was due to bismuth citrate, not ranitidine.

Intermediates in the synthesis of ranitidine

PATH/78/192 examined the mutagenic potential of eight intermediates in the synthesis of ranitidine in various bacterial strains of *S. typhimurium* and *E. coli* with and without rat liver enzymes (S-9). Two of these intermediates (AH21031 and monomethylamine) showed weak mutagenic activity in one *S. typhimurium* strain. One intermediate, bis-s-methyl compound (AH22022X) showed mutagenic activity in two *S. typhimurium* strains only without metabolic activation. The mutagenic activity was due to an impurity in the AH22022X batch tested. Since this mutagenic activity occurred without metabolic activation, it was not due to NDMA formation. The study authors also reported that "although Dimethylamine was found to be without activity in earlier tests, recent reports in the literature indicate weak alkylating activity after activation." None of the compounds discussed above was identified as impurities in ranitidine drug product during the standard impurity testing or GSK's root cause analysis (RCA) (2015N264356; GSK RCA). GSK continued the investigation of the mutagenic activity observed in the bis-s-methyl compound (AH22022X) batches in PATH/80/230 and PATH/81/314. These studies confirmed that the mutagenic activity observed without metabolic activation was due to an impurity in the AH22022X batches. This impurity was not identified due to its insolubility and low volatility, but it was discovered that recrystallization is extremely efficient in producing non-mutagenic batches of AH22022X. WPT/82/086 examined the mutagenic potential of a potential intermediate in the synthesis of ranitidine, N-methyl-1-(methylthio)-2-nitroethenamine (GR31159X), in various bacterial strains of *Salmonella typhimurium* and haploid eukaryotic yeast *S. cerevisiae* with and without rat liver enzymes (S-9). GR31159X was considered to be uniformly negative in all the mutagenicity assays conducted. WPT/83/051 examined the mutagenic potential of a potential impurity of ranitidine, $N,N^{11}$-[Methylene bis(thio-2,1-ethanediyl]-bis[$N^1$-methyl-2-nitro-1,1-ethenediamine] (GR35178X), in various bacterial strains of *Salmonella typhimurium* and haploid eukaryotic yeast *S. cerevisiae* with and without rat liver enzymes (S-9). GR35178X was negative in all the mutagenicity assays conducted.

Of note, GSK also investigated the toxicity of several of the intermediates tested in PATH/78/192 in mice given a single oral dose of these intermediates (Tox 17; Tox 18; Tox 19; Tox 20; Tox 21; Tox 22). Dr. Panigrahy's reliance on these studies to opine that ranitidine is mutagenic, genotoxic, clastogenic, and toxic is without validity. The materials tested in these studies were not ranitidine, but the intermediates in the synthesis of ranitidine. The endpoints measured were toxicity, not carcinogenicity or genotoxicity. If these studies were somehow relevant to the evaluation of the carcinogenic and genotoxic potential of ranitidine (i.e., toxicity is not the same as carcinogenicity and genotoxicity, and what ranitidine users took was not ranitidine, but the intermediates in the synthesis of ranitidine), the doses at which toxicity was induced in these studies were orders of magnitude higher than the therapeutic doses of ranitidine. Of note, GSK did conduct toxicity studies on ranitidine, including acute studies in mice and rats, subacute studies in rats and dogs, and chronic studies in rats and dogs as part of the preclinical study

program (which also included the carcinogenicity and genotoxicity studies discussed above). The FDA reviewed these preclinical studies for NDA 18-703 and concluded that "[t]he sponsor has conducted a reasonable number of studies in animals to characterize the preclinical pharmacology and toxicology of Ranitidine. The results offer reasonable support for the clinical use of the drug" (FDA's Pharmacologist Review of NDA 18-703 at GSKZAN0000012814).

b) GSK's genotoxicity testing on ranitidine nitrosation

It is useful to provide some background information on nitrosation to understand GSK's genotoxicity testing on ranitidine nitrosation. Nitrosation is a process of converting an organic compound into a nitroso compound, an organic compound containing the nitroso (NO) group. Nitroso compounds are divided into N-nitroso, C-nitroso, S-nitroso, and O-nitroso compounds according to the atom that is bonded to the NO group (i.e., nitrogen, carbon, sulfur and oxygen atoms). The process of forming N-nitroso, C-nitroso, S-nitroso, and O-nitroso compounds are called N-nitrosation, C-nitrosation, S-nitrosation, and O-nitrosation, respectively. N-nitroso compounds can be further divided into nitrosamides, nitrosamidines and nitrosamines, which are derivatives of amides, amidines and amines, respectively. NDMA is one type of nitrosamine.

Under acidic conditions, nitrosation of an organic compound involves the conversion of nitrite into protonated nitrite (i.e., nitrous acid) and then into an active nitrosating species, followed by an electrophilic attack of the active nitrosating species on an electronegative center in the organic compound (Coulston 1980; GSK GSKZAN0000243053). This attack generally occurs at the most electronegative center in the organic compound, which can be a secondary or tertiary amine structure or other structures in the organic compound. As described above, the limiting factor of such nitrosation reactions is the concentration of protonated nitrite.



Ranitidine

As a compound with both secondary (orange arrow) and tertiary amine (the DMA group; red arrow) structure, ranitidine's nitrosation potential was extensively studied by GSK during its development. This began with a chemistry study (reported in CR/295/79 and CR/368/81) that investigated the chemical reaction between ranitidine and nitrite at supra-physiologic levels under aqueous conditions and two mutagenicity studies (reported in PATH/79/220 and PATH/79/224) that investigated whether ranitidine can react with nitrite to form mutagenic product under the standard and modified WHO Nitrosation Assay Procedure (NAP) conditions. After the two mutagenicity studies showed evidence of mutagenicity when ranitidine was incubated with supra-physiologic levels of nitrite, further chemistry studies (reported in CR/368/81 and BIO/80/11) were conducted to better elucidate the underlying nitrosation pathway and identify the mutagenic nitrosation product. After the mutagenic compound was identified (C,N-dinitrosated ranitidine (AH23729) or N-nitroso-nitrolic acid), another mutagenicity study (reported in PATH/80/235) was conducted to further characterize the mutagenic activity of this compound and to consider ranitidine's mutagenic potential through studies in humans. These studies are discussed below.

CR/295/79 (The results were also reproduced in CR/368/81)

In the initial chemistry study, ranitidine (5 mmol in 15 ml solution - 333 mM) was mixed in water with an equivalent amount of sodium nitrite and hydrochloric acid (5 mmol in 15 ml solution - 333 mM) at various pH levels. The compounds in the reaction solution were separated by thin layer chromatography (TLC). TLC showed that when the reaction was conducted at pH 1-6, two major compounds and one minor compound were formed. There was no indication that compounds were formed when the pH was above 6 or when sodium nitrite was not used. The two major compounds were identified as thiazine (AH22888 or oxime) and amino-alcohol (AH18961 or furanmethanol).

Initially, the study investigators could not identify the minor compound, so they developed two model compounds and examined their nitrosation potential under similar conditions. The first model compound contained only the right side of the ranitidine molecule and was used to examine whether the observed nitrosation of ranitidine occurred at this side. The second model compound, phthalimide, was the same as the ranitidine molecule except for the right side, which was replaced by a structure that does not react with nitrite. Phthalimide was used to examine whether the observed nitrosation of ranitidine occurred at the left side of the molecule. This is the side where the tertiary amine structure (red arrow) is located, and the reaction of this site would presumably form NDMA. The study investigators found that the first model compound underwent C-nitrosation (i.e., the nitrosation occurred at the terminal carbon atom (blue arrow)) forming a C-nitroso model compound. The study investigators also found that "[u]nder the nitrosating conditions successfully used for ranitidine, the phthalimide gave no reaction (369/116). This demonstrated that the left-hand side tertiary amine would not readily react under mild nitrosating conditions." Eventually, the minor compound was purified and identified as C-nitroso ranitidine (AH23720 or nitrolic acid). C-nitroso ranitidine is unstable and irreversibly decomposes to form thiazine and amino-alcohol. Thiazine and amino-alcohol cannot reform C-nitroso ranitidine under the same conditions.



Ranitidine Model Compound 1 Model Compound 2 (Phthalimide) C-nitroso ranitidine

PATH/79/220

This study examined the potential mutagenic effects of ranitidine nitrosation. First, 10 mM ranitidine was incubated with 40 mM nitrite at 37° C in 6% acetic acid (pH 3) for 1 hour. This is referred to as the WHO NAP test. The WHO NAP assay (10 mM drug + 40 mM sodium nitrite in acidic condition at 37° C for one or four hours), proposed in 1978, was designed to rank the relative nitrosatability of different drugs by optimizing nitrosation reactions and the detection of resulting N-nitroso compounds (Coulston 1980). Since the assay condition does not mimic gastric conditions, it is not used to investigate the nitrosation potential of a drug under physiological conditions in the human stomach (Gatehouse 1982; Gillatt 1985; Walters 1987). Second, mutagenic activity of the reaction solution was tested in various bacterial species/strains using the Ames assay with and without liver enzymes (S-9 mix). NDMA requires metabolic activation

by rat liver enzymes to exert its mutagenic effect. Ranitidine itself was not found to be mutagenic. The reaction solution was mutagenic in one strain of *S. typhimurium* TA1535 that reveals base-pair substitutions with and without metabolic activation, but not in *S. typhimurium* TA1537 that are sensitive to frameshift mutagens or E. coli.

PATH/79/224

Following PATH/79/220, this study examined the potential mutagenic effects of ranitidine nitrosation in *S. typhimurium* TA1535 under standard modified NAP conditions (i.e., ranitidine 10 or 40 mM + nitrite 0.15, 1.5, 7.5, 15 or 40 mM at 37° C in 6% acetic acid (pH 3) or hydrochloric acid (pH 3) for 1 or 4 hours). Without metabolic activation, the reaction solution was mutagenic when 10 or 40 mM ranitidine was incubated with 40 mM nitrite in 6% acetic acid for 1 hour and when 40 mM ranitidine was incubated with 15 or 40 mM nitrite in 6% acetic acid for 4 hours. The replacement of 6% acetic acid with hydrochloric acid had little effect on the observed mutagenic effect. The observed mutagenic effect after 4 hours was lower than that after 1 hour. This study also examined the mutagenicity of the C-nitrosation products identified in the initial chemistry study (thiazine, amino-alcohol, C-nitroso ranitidine, and C-nitroso model compound). None of these compounds was mutagenic. As a result, the observed mutagenic activity could not be explained by the initial chemistry study. Because the mutagenic activity was observed without metabolic activation, which is required for nitrosamines such as NDMA, the study investigators reasoned that the mutagenic activity was due to the formation of nitrosamide. However, the structure of this compound was not identified at this time.

CR/368/81

A further chemistry study was carried out to explain the mutagenic activity observed in PATH/79/220 and PATH/79/224. This study followed the procedure in the initial chemistry study, but ranitidine (50 mmol in 30 ml solution - 1667 mM) was instead mixed in water with two equivalent amount of sodium nitrite and hydrochloric acid (100 mmol in 30 ml solution - 3333 mM)). TLC showed that as the first equivalent amount of nitrite was added to the mixture, C-nitroso ranitidine was again observed. When the second equivalent amount of nitrite was added, TLC showed that C-nitroso ranitidine was converted into another compound, which was purified and identified as C,N-dinitrosated ranitidine. TLC also revealed a very minor compound, which was believed to be an isomer of C,N-dinitrosated ranitidine (i.e., it shares the same molecular formula with C,N-dinitrosated ranitidine but has a slightly different arrangement of atoms). C,N-dinitrosated ranitidine was unstable and decomposed quickly to C-nitroso ranitidine, which in turn, decomposed to thiazine and amino-alcohol. There was no indication of the formation of NDMA or compounds, which would suggest NDMA formation such as ranitidine molecule without the DMA group.

C,N-dinitrosated ranitidine is formed due to N-nitrosation of C-nitroso ranitidine occurring at the nitrogen atom on the right side of the C-nitroso ranitidine molecule (orange arrow). This used to be a secondary amine structure in the ranitidine molecule, but becomes an amidine structure in the C-nitroso ranitidine molecule due to C-nitrosation. C,N-dinitrosated ranitidine is thus a

nitrosamidine, not nitrosamine. This is consistent with the finding in the mutagenicity study PATH/79/224.




GSK provided an explanation why C-nitrosation occurs before N-nitrosation:

> "Under any expectable conditions in the human stomach the reaction between ranitidine and nitrous acid is quite different from the corresponding reaction with cimetidine because **the most reactive negative site in ranitidine is the terminal carbon atom in the side chain**. Nitrosation occurs very rapidly at this atom and the resultant product rearranges to form a nitrolic acid [C-nitroso ranitidine]. From the data in Table 2 it is clear that nitrosation of ranitidine is most rapid and complete under in vitro conditions at pH 2-3 which simulate those found in the human stomach. This reaction may be important since it effectively removes nitrous acid from the stomach and must, therefore, prevent other nitrosation reactions." (GSK GSKZAN0000243053; emphasis added).

BIO/80/11

This study characterized the ranitidine nitrosation products formed under the standard and modified NAP conditions. In the first set of experiments, after 10 mM ranitidine was incubated with supra-physiologic levels of nitrite (10, 20 or 40 mM) at 37° C in 6% acetic acid (pH 3) for 1 hour, the study investigators found (1) no unchanged ranitidine in the reaction solution, (2) similar amount of C-nitroso ranitidine and thiazine at each nitrite concentration and (3) an increase in the amount of C,N-dinitrosated ranitidine with the increase of the nitrite concentration, confirming that the mutagenic activity observed in the reaction solution of 10 mM ranitidine and 40 mM nitrite was due to the formation of C,N-dinitrosated ranitidine, not C-nitroso ranitidine. In the second set of experiments, 1 mM ranitidine was incubated with 0, 0.3, 0.5, 1, 5, 10, or 100 mM nitrite in 6% acetic acid (pH 3) or human gastric juice (pH 1.1) at 37 °C for one hour. The study investigators found (1) unchanged ranitidine in the reaction solution when 0.3 and 0.5 mM nitrite were used in both acetic acid and gastric juice incubations, (2) the presence of C-nitroso ranitidine at all nitrite concentrations in both acetic acid and gastric juice incubations, and (3) the presence of C,N-dinitrosated ranitidine at nitrite concentrations of 5, 10 and 100 mM only in the acetic acid incubations. The study investigators concluded that "[t]he present nitrosation studies have shown that under the conditions prevailing in human stomach, chemical N-nitrosation of ranitidine does not occur." I agree with their conclusions.

PATH/80/235

This study characterized the mutagenic effect of C,N-dinitrosated ranitidine in *S. typhimurium* TA1535. First, purified C,N-dinitrosated ranitidine was mutagenic without metabolic activation, indicating that the mutagenic activity observed in PATH/79/220 and PATH/79/224 was due to the formation of C,N-dinitrosated ranitidine. Second, this study tested the effects of potassium thiocyanate on C,N-dinitrosated ranitidine formation and mutagenic activity. Potassium thiocyanate had no effect on mutagenic activity when the pH of the reaction solution of ranitidine and nitrite was 3 (i.e., no mutagenic activity until the nitrite concentration was increased to 40 mM). By contrast, when the pH of the reaction solution was 1.6, mutagenic activity was observed at nitrite concentrations as low as 7.5 mM. Since 7.5 mM nitrite is 75 times higher than the upper range of physiological gastric nitrite levels and is not plausibly able to be achieved in the human stomach, this finding has no clinical significance. Third, this study tested the effects of ascorbic acid on C,N-dinitrosated ranitidine formation and mutagenic activity. Ascorbic acid enhanced mutagenic activity obtained by 40 mM nitrite. Fourth, this study tested the effects of α-tocopherol (the most prevalent isoforms of vitamin E in mammalian plasma and tissues) on C,N-dinitrosated ranitidine formation and mutagenic activity. While the reaction solution of 10, 20 or 40 mM ranitidine and 40 mM nitrite was mutagenic, when 60 mM α-tocopherol was added, the reaction solution was mutagenic only when 40 mM ranitidine and 40 mM nitrite were used. Thus, α-tocopherol showed some inhibitory effect on the mutagenic activity that could not occur until the nitrite concentration was increased to 40 mM. Since the reaction solution of ranitidine and nitrite was not mutagenic until the nitrite concentration was increased to 40 mM (PATH/79/224) and 40 mM nitrite is 400 times higher than the upper range of physiological gastric nitrite levels and not plausibly able to be achieved in the human stomach, this finding has no clinical significance. Fifth, this study tested the effects of acidifying agents (6% acetic acid (pH 3), 30 mM hydrochloric acid (pH 3), basal gastric juice, and pentagastrin stimulated gastric juice) on C,N-dinitrosated ranitidine formation and mutagenic activity. The nitrosation of ranitidine leading to mutagenic activity occurred less readily in the human gastric juice. No mutagenic activity was observed in any of these acidifying agents until the nitrite concentration was increased to 40 mM. Sixth, this study examined the mutagenicity of the gastric and urine samples of two volunteers before and after the administration of 150 mg ranitidine. These samples were not mutagenic even after they were concentrated for C,N-dinitrosated ranitidine.

D164

GSK conducted comprehensive testing to evaluate ranitidine's mutagenic potential through nitrosation. The mutagenicity studies showed no mutagenic activity until a supra-physiologic level of nitrite was used. The chemistry studies identified the compound the observed mutagenic activity is attributable to and other non-mutagenic nitrosation products. The mutagenicity studies further characterized the mutagenic potential of these products. The findings in these studies were submitted in the original NDA as well as being published in Brittain 1981 (D164). Specifically, GSK reported that ranitidine reacted rapidly with sodium nitrite under acidic conditions to form C-nitroso ranitidine, which, in the presence of 40 mM nitrite, reacted to form the mutagenic C,N-dinitrosated ranitidine. No mutagenic activity was observed at nitrite levels of 15 mM or below. GSK concluded that "[s]ince [the N-nitroso-nitrolic acid derivative] cannot be formed under any probable, physiological conditions and since the other nitrosation products

of ranitidine are not mutagenic in micro-organisms, there is no reason for supposing that ranitidine is likely to be mutagenic in animals or man as a consequence of its nitrosation in the stomach. This conclusion is fully confirmed by the lack of oncogenicity in the long-term animal studies with ranitidine, including life-long administration to mice and rats." After reviewing this study, the FDA noted, "[t]he concentration of 15 mM of sodium nitrite is 50 times the concentration achieved in the human stomach after ingestion of a dose of sodium nitrite six times the avg. daily consumption (FDA Pharmacologist Review for NDA 18-703 at GSKZAN0000012806). The FDA concluded, "[a]lthough N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine. For this reason, and also because ranitidine was not carcinogenic in life-span studies in rodents, the in vitro nitrosation of ranitidine to a mutagenic nitrosamine—does not seem to have practical clinical significance" (FDA's Summary Basis of Approval of NDA 18-703 at GSKZAN0000012677). I agree with the FDA's assessment as expressed above. Of note, prior to the submission of D164 to the FDA in the original NDA 18-703, the results reported in D164 were also submitted to the FDA in a preliminary report (RA-10-80).

c) Genotoxicity testing on ranitidine and/or ranitidine nitrosation by independent researchers

Independent researchers also investigated the genotoxic potential of ranitidine and ranitidine nitrosation and consistently showed that ranitidine is not genotoxic, that ranitidine nitrosation under physiological conditions did not lead to mutagenic activity, and that the mutagenic activity observed after the nitrosation of ranitidine under supra-physiologic conditions was not attributable to NDMA (De Flora 1981; De Flora 1983; Brambilla 1983; Maura 1983; Martelli 1983; Okumura 1984; Morris 1984; Brambilla 1985; De Flora 1986; Bichet 1987; O'Connor 1987; Franekić 1989; Fryklund 1992; Özhan 2003). My review of these studies is as follows:

De Flora 1981

This study examined the potential mutagenic effects of ranitidine and ranitidine nitrosation. Varying amount of ranitidine (0 - 31 mM) was incubated with 71 mM nitrite in the human gastric juice (pH 1 - 4.3) for one hour at 37°C. The mutagenic activity of the reaction solution was tested by neutralizing the reaction solution and mixing it with bacterial culture (Ames assay) with and without liver enzymes (S-9 mix). The study authors reported that their method can detect mutagenic activity resulting from NDMA if the bacterial culture is preincubated with S-9 mix. Ranitidine, by itself, was neither mutagenic nor toxic in the bacterial strains tested. The optimal pH for ranitidine to react with nitrite was 2-3, and the reaction solution was mutagenic and toxic only for the bacterial strains revealing base-pair substitutions (i.e., *Salmonella typhimurium* TA1535 and TA100). The addition of S-9 mix (no preincubation) allowed a better expression of the mutagenic response because it reduced the toxic effect of the reaction solution (more bacteria were available for mutation because less were killed). The study authors noted, "[p]reincubation with bacteria and S-9 mix, which is necessary for demonstrating the mutagenicity of dimethylnitrosamine [NDMA] did not influence the metabolic effects described."

Thus, the observed mutagenic activity is not attributable to NDMA. Because the level of nitrite used in this study is supra-physiologic and unlikely to be achieved in the human stomach, the observed mutagenic activity is of no clinical significance.

De Flora 1983

This is the follow-up study to De Flora 1981 using similar methods. The first set of experiments reproduced the results reported in De Flora 1981. The second set of experiments tested the effects of pH (1-7), temperature (4, 20 and 37 °C) and incubation period (0 - 60 min) on mutagenic activity by incubating 4 mM ranitidine with 71 mM nitrite. The optimal pH to generate mutagenic activity was 2-3, the mutagenic effect was slightly greater at 4°C, and the top levels of mutagenicity were achieved within the first 15 min of the incubation of ranitidine and nitrite. The third set of experiments tested the effects of nitrite and ranitidine concentrations on mutagenic activity by incubating 4 mM ranitidine with various concentrations of nitrite (0, 9, 18, 36, 71, 142 and 284 mM) and by incubating various concentrations of ranitidine (0, 0.03, 0.06, 0.12, 0.25, 0.50, 1, 2, 4, 8 and 16 mM) with 71 mM nitrite in acidified solutions (pH 2.5) for one hour at 37 °C. The study authors reported, "the optimal reaction occurs in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine." The test conditions involving a molar excess of 10 to 20 fold of nitrite over ranitidine included 71 mM nitrite and 4 mM ranitidine, 71 mM nitrite and 8 mM ranitidine, and 36 mM nitrite and 4 mM ranitidine. The fourth set of experiments examined the differences between human, rat and mouse liver enzymes (S-9 mix) in mutagenic activity by incubating 1 or 2 mM ranitidine with 71 mM nitrite in human gastric juice at pH 2.88 for one hour at 37 °C. Similar to the results in De Flora 1981, the addition of S-9 mix (no preincubation) from the three sources all afforded a better expression of the mutagenic response because it reduced the toxic effect of the reaction solution of ranitidine and nitrite. The S-9 mix from humans showed more potent metabolic effects than those from rats and mice. In other words, the S-9 mix from humans was more effective in reducing the toxic effect of the reaction solution of ranitidine and nitrite, allowing more bacteria to survive for the observation of mutagenic activity. Similar to the results in De Flora 1981, S-9 from none of these three sources, when preincubated with bacteria, influenced metabolic effects. As the study authors noted, this process is necessary for demonstrating the mutagenicity of NDMA. The fifth set of experiments tested the mutagenic potential of eight samples of gastric juice from fasting humans (pH 1.12 - 2.27). Four samples were from individuals having received an oral tablet of ranitidine (150 mg) two hours before collection. No sample was mutagenic in any of the Salmonella strains tested with or without the presence of liver enzymes. When the samples were preincubated with 29-145 mM nitrite, three ranitidine-treated and three untreated samples exhibited a direct mutagenic effect in S. typhimurium TA 1537 and TA 97. The sixth set of experiments tested the effects of ascorbic acid on genotoxic activity resulting from incubating 2 mM ranitidine with 36 mM nitrite. The addition of ascorbic acid resulted in a dose-related inhibition of genotoxic activity. Because the level of nitrite used in this study is supra-physiologic and unlikely to be achieved in the human stomach, the observed genotoxic activity is of no clinical significance. After reviewing their findings, the study authors noted: "Our findings seem to be consistent with the indications of these chemical analyses [conducted by GSK and reported in Brittain 1981]." In sum, the observed mutagenic activity is not attributable to NDMA, and because the level of nitrite used in this study is unlikely

to be achieved in the human stomach, the observed mutagenic activity is also of no clinical significance.

Brambilla 1983

This study examined whether ranitidine can react with supra-physiologic levels of nitrite in the rodent stomach to yield nitrosated ranitidine capable of inducing DNA fragmentation in the liver and gastric mucosa and/or sister chromatid exchange (SCE) in bone marrow cells. Increased frequency of SCE indicates DNA damage. In the liver, DNA fragmentation occurred only when the rats were given single doses of ranitidine and nitrite at 175 and 80, or 350 and 80, mg/kg in settings where the gastric pH was 1.5-2 or 2-3. The levels of DNA fragmentation in all scenarios were lower than that of rats treated with 1.2 mg/kg NDMA as the positive control. In the gastric muscosa, DNA fragmentation occurred only when the rats were given single doses of ranitidine and nitrite at 175 and 80 (pH = 1.5-2 or 2-3), 350 and 80 (pH = 1.5-2 or 2-3) or 350 and 40 mg/kg (pH = 1.5-2). SCE frequency in the bone marrow cells was increased in mice treated with a single dose of ranitidine (175 mg/kg) and nitrite (80 mg/kg), but not with ranitidine or nitrite alone. The study authors noted: "In brief, the major (or the only) nitrosation product is likely to be the mutagenic N-nitroso nitrolic acid derivative obtained by Brittain et al. by reacting ranitidine with a large excess of nitrite." The study authors commented, "predicting from experimental data until now available to what extent nitrosation of ranitidine could take place in the stomach of patients assuming therapeutic doses of this drug is impossible. On the other hand, this problem can be solved by measuring the concentration of nitrosated ranitidine in the gastric juice of ranitidine-treated patients." As discussed, multiple studies examined gastric samples from subjects taking ranitidine and found no mutagenic activity attributable to ranitidine (PATH/80/235; de Flora 1983; O'Connor). Because the level of nitrite used in this study is supra-physiologic and unlikely to be achieved in the human stomach, the results from this study are of no clinical significance. In fact, using supra-physiologic levels of nitrite is a major limitation of the historical genotoxicity studies of ranitidine nitrosation discussed in this subsection of my report, from which no reliable evidence can be obtained to examine NDMA formation from ranitidine use in humans. My opinion is also consistent with that of the FDA, stating "[t]he importance of assessing physiologic relevance extends to other settings. A rodent study [Brambilla 1983] has been cited as preliminary evidence of ranitidine being associated with cancer. While that study found that co-dosing ranitidine and sodium nitrite to 2-month old rats could be genotoxic, it involved extremely high ranitidine (175 or 350 mg/kg) and sodium nitrite (80 mg/kg) doses while fasting animals for 60 hours to reduce gastric pH. This vastly exceeds human ranitidine doses (≈2-4 mg/kg), and the sodium nitrite dose was close to the median lethal dose in rats" (Florian 2021).

Maura 1983

This study examined the potential genotoxic effects of ranitidine nitrosation in cultured CHO-K1 cells from Chinese hamster ovary. First, 250 mM ranitidine was incubated with 500 mM nitrite in acidic conditions. Then, the reaction solution was extracted and added to the cultured CHO-K1 cells. Of note, the cultured CHO-K1 cells do not contain liver enzymes, which are necessary

for NDMA to be metabolized and exert a mutagenic effect. The extract induced a dose-dependent DNA fragmentation in the cultured CHO-K1 cells. As a control, neither ranitidine (3 mM) nor nitrite (3 mM) induced DNA fragmentation. Chemical analysis by the study authors revealed only one major ranitidine nitrosation product in the extract. The study authors concluded that the N-nitroso nitrolic acid derivative identified in Brittain 1981 "is likely to be the one formed in our nitrosation conditions." The study authors also considered NDMA formation in their study and ruled out NDMA as the source of the DNA fragmentation observed in their study. The study authors stated "[b]ecause of the presence in ranitidine molecule of a dimethylamino group, in analogy with the nitrosation pattern of other tertiary amines DMN [NDMA] formation should be also expected. However, we suppose that only a very small amount, if any, of DMN could have been formed, because chromatography revealed only one major nitroso-derivative spot with RF different from that of DMN. On the other hand, the DNA fragmentation observed cannot be attributed to DMN, known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells." Because the cultured CHO-K1 cells were exposed to ranitidine nitrosation product generated by nitrite at a level that is supra-physiologic and unlikely to be achieved in the human stomach, the results from this study are of no clinical significance.

Martelli 1983

This study examined the potential genotoxic effects of ranitidine and ranitidine nitrosation in cultured rat liver cells. Ranitidine (3.3 mM) by itself was "weakly positive" only in one of the three experiments. As the study authors acknowledged, substantial variability is a limitation of the assay they used. Thus, this result does not suggest that ranitidine is genotoxic. As discussed in this section, the lack of genotoxic activity of ranitidine was demonstrated in multiple studies by both GSK and independent researchers in multiple testing systems (PATH/77/153; PATH/78/172; PATH/80/240; D1031; WPT/83/037; WPT/83/055; WPT/83/056; WPT/86/029; WPT/90/079; Hastwell 2009; De Flora 1981; De Flora 1983; Okumura 1984; Franekić 1989; Fryklund 1992; Özhan 2003). In the nitrosation experiments, 50 mM ranitidine was incubated with 200 mM nitrite in acidic conditions. Then the reaction solution was diluted and added to the cultured rat liver cells. The reaction solution elicited a dose-dependent DNA repair in the cultured rat liver cells (suggestive of DNA damage). Because the cultured cells were exposed to ranitidine nitrosation product generated by nitrite at a level that is supra-physiologic and unlikely to be achieved in the human stomach, the results from this study are of no clinical significance.

Okumura 1984

This study examined the potential genotoxic effects of ranitidine. Ranitidine was not mutagenic in the Ames assay at concentrations of 10-5000 µg/plate in various *Salmonella typhimurium* and *Escherichia coli* with and without rat liver enzymes (required for NDMA to be metabolized to exert its mutagenic effects). Ranitidine was not mutagenic in the rec-assay at concentrations of 25 to 2500 µg/disc in *Bacillus sublills* and *Escherichia coli*. In the bone marrow micronucleus assay, there was no significant increase of micronucleated polychromatic erythrocytes

(indication of induced chromosome damage, a clastogenic effect) in mice treated with ranitidine at doses of 132-525 mg/kg (1/2 LD50 (dose causing the death of 50% animals)).

Morris 1984

This study examined the mutagenic potential of the gastric juice samples from normal subjects, patients with various gastric diseases and patients treated with ranitidine or cimetidine in Ames assay. For patients treated with ranitidine or cimetidine, gastric juice samples were collected either one to three hours or 12 hours after ingestion. While the mutagenicity of 12-hour gastric juice samples did not differ from the mutagenicity of saline solutions, the mutagenicity of one to three hour gastric juice samples was significantly increased compared with saline controls with no difference between ranitidine and cimetidine treatment. However, it is unclear whether the observed mutagenicity was attributable to exposure to ranitidine and cimetidine, because the study authors did not measure the mutagenicity of the gastric juice samples of these patients before ranitidine and cimetidine treatment. As the study authors reported, the gastric samples of gastric ulcer patients were also mutagenic compared to saline solutions. Another limitation of this study is the lack of control of histidine in the gastric juice samples. In the Ames assay, genetically engineered bacteria require histidine to grow, but the medium lacks histidine. If bacterial growth occurs, it indicates that the bacteria are mutated such that they no longer require histidine to grow. If the gastric juice samples contained histidine, it would be difficult to determine whether bacterial growth was due to normal growth following exposure to histidine or due to a mutation. This study showed that histidine levels were higher in mutagenic gastric juice samples. These limitations were recognized by O'Connor et al., who also studied the mutagenic potential of the gastric juice samples from subjects treated with ranitidine in Ames assay (discussed below). O'Connor et al. noted "Morris et al. (1984), using the Ames test, have reported a transient increase in mutagenic activity after H2RA therapy but unfortunately, their pre- and post-therapy gastric aspirates were obtained from different patient groups, and experimental procedures to control prospectively for the effects of extraneous histidine were not used" (O'Connor 1987). In sum, this study provides no reliable evidence as to the assessment of NDMA formation following ranitidine use.

Brambilla 1985

This study examined the potential genotoxic effects of 57 theoretically nitrosatable drugs including ranitidine in cultured CHO-K1 cells from Chinese hamster ovary. The study design is similar to that of Maura 1983 (discussed above). Specifically, 50 mM ranitidine was incubated with 250 mM nitrite in acidic conditions. The reaction solution was then extracted and added to the cultured CHO-K1 cells. Of note, the cultured CHO-K1 cells do not contain liver enzymes, which are necessary for NDMA to be metabolized and exert its mutagenic effect. Unlike Maura 1983, no attempt was made to identify the product(s) of the nitrosation reaction. There was also no attempt to delineate the structural features of drugs more likely to yield nitroso compounds. Nitroso compounds were present in varying yield in the nitrosation mixture of 47 drugs including ranitidine (yield 16-22 %). Twenty-two drugs including ranitidine formed direct-acting nitroso compounds capable of producing DNA fragmentation. As previously mentioned, NDMA is not a

direct-acting nitroso compound and needs to be metabolized to exert its mutagenic effects. In sum, because the cultured CHO-K1 cells were exposed to ranitidine nitrosation product generated by nitrite at a level that is supra-physiologic and unlikely to be achieved in the human stomach, the results from this study are of no clinical significance.

De Flora 1986

This study used ranitidine as a comparator to test the mutagenic potential of nitrosated famotidine. The results in de Flora 1981 and 1983 obtained using supra-physiologic levels of nitrite were repeated in this study. Addition of liver enzymes (S-9 mix) resulted in a slight decrease of mutagenic activity of nitrosated ranitidine at low doses, and a better expression of the mutagenic response at high doses due to the effect of S-9 mix in reducing the toxic effect of the reaction solution of ranitidine and nitrite, allowing more bacteria to survive for the observation of mutagenic activity. The study authors noted "[a]ll the mutagenic effects were due to the production of direct acting compounds." NDMA is not a direct-acting nitroso compound and needs to be metabolized to exert its mutagenic effects. Similar to De Flora 1981 and 1983, the observed mutagenic activity is not attributable to NDMA. Because the level of nitrite used in this study is supra-physiologic and unlikely to be achieved in the human stomach, the observed mutagenic activity is also of no clinical significance.

Bichet 1987

This is a non-peer-reviewed abstract. I did not rely on this study for my opinions. This study used ranitidine as a comparator to test the potential genotoxic effects of Sanofi's CM 57755 in cultured rat liver cells. The study authors reported that ranitidine alone was "weakly positive" and nitrosated ranitidine elicited a significant dose-dependent increase in DNA repair synthesis. However, the study authors provided no information on the testing methods and conditions such as the ranitidine and nitrite doses used. As a result, it is impossible to assess the reliability and clinical significance of this study.

O'Connor 1987

This study examined the mutagenic potential of the fasting gastric juice samples from patients treated with ranitidine or cimetidine in Ames assay. Unlike Morris 1984, histidine in the gastric juice samples was controlled in this study. The study authors reported that "[n]o significant change was detected in the mutagenic activity of fasting gastric juice following treatment for peptic ulceration with either cimetidine or ranitidine." Of the 10 patients who received ranitidine, the gastric juice samples of 7 were mutagenic before treatment, and the gastric juice samples of 9 were mutagenic after treatment. Of the 8 patients who received cimetidine, the gastric juice samples of 8 of them were mutagenic before the treatment, and the gastric juice samples of 5 of them were mutagenic after the treatment. Changes in mutagenic activity were similar between the treatment groups and unrelated to the duration of treatment, changes in gastric pH or ulcer healing. The study authors concluded that "[r]ecent epidemiological, analytical and clinical evidence suggests that the genotoxic substances producing mutagenic activity in gastric juice are likely to be N-nitroso compounds (Mirvish, 1983). If this is so, our

results suggest that H2RA therapy has no significant effect on their intragastric concentrations. On the contrary, the marked variations in mutagenic activity suggest that intragastric concentrations of N-nitroso compounds may vary widely and bear little relationship to cimetidine- or ranitidine-induced changes in the intragastric milieu." I agree with their conclusions.

Franekić 1989

This study examined the potential mutagenic effects of ranitidine and ranitidine nitrosation in the Ames assay with and without rat liver enzymes (required for NDMA to be metabolized to exert its mutagenic effects) and diploid eukaryotic yeast *S. cerevisiae* D7 without rat liver enzymes. The study authors reported that "ranitidine was negative in both systems." For the nitrosation experiments, the study authors present only therapeutic dose [i.e., 0.1 mM ranitidine incubated with 0.4 mM nitrite] as well as the dose which showed significant mutagenicity [i.e., 3 mM ranitidine incubated with 13 mM nitrite]. 13 mM nitrite is supra-physiologic and unlikely to be achieved in the human stomach, was positive in both systems. The study authors concluded that "[i]n comparison with doses used for humans, it should be noted that the nitrite concentrations used in this study were higher than those present in gastric juice. Consequently, because nitrosation of amines depends on the square of the concentration of nitrite in patients treated with this drug, the yield of nitroso derivatives should be minimal or even absent." I agree with their conclusions. Of note, since mutagenic activity was observed both with and without rat liver enzymes in the Ames assay and without rat liver enzymes in yeast, it was not attributable to NDMA.

Fryklund 1992

This study examined the potential genotoxic effects of ranitidine and omeprazole in cultured rabbit gastric mucosa parietal cells. Neither omeprazole nor ranitidine, at concentrations that totally inhibited stimulated acid secretion (100 and 1000 µM, respectively) in the parietal cells, induced unscheduled DNA synthesis (UDS), which reflects DNA repair as a result of DNA exposure to genotoxic agents.

Özhan 2003

This study examined mutagenic potential of 28 drugs including ranitidine and their nitrosation products in *Salmonella typhimurium* 1535/pSK 1002 using the "umu test," which is not the usual Ames assay. Ranitidine by itself was not mutagenic. The reaction solution of 1.9 mM ranitidine and 0.13 mM sodium nitrite incubated at 37 °C for one hour was mutagenic only in the presence of rat liver enzymes. The mutagenic response was not dose dependent. This is an exploratory study of uncertain significance that deserves replication given the intermediate genotoxic findings at near physiologic conditions.

Given the overall lack of nonclinical evidence for carcinogenicity or genotoxicity as an outcome following experimental ranitidine exposure at physiologic conditions, there is a severe lack of biological plausibility that would suggest ranitidine use as potentially causally associated with

cancer in humans. Even if we were solely to consider the nonclinical data in this case, there would still be a lack of evidence to suggest a causal association between ranitidine exposure and cancer in humans. Furthermore, during drug development, the potential for ranitidine nitrosation was specifically considered and studied without concerning findings. Consequently, the coherent combination of the lack of association identified in human epidemiology data and the lack of demonstrated association in nonclinical data represents an absence of biological plausibility or dose-response effect. This body of literature offers added confidence that exposure to the ranitidine parent compound is not a cause of esophageal, gastric, pancreatic, liver, or bladder cancer, or cancer generally, in humans.

**Summary**

To summarize, we are faced with an exposure (therapeutic ranitidine use) and an outcome (cancers of a particular type) without a demonstrated reliable association in human or nonclinical studies. Currently the evidence is sufficient to opine that:

- There is a lack of association between ranitidine exposure and esophageal, gastric, pancreatic, liver, or bladder cancer in humans

- There is a lack of association between ranitidine exposure and cancers of interest to humans in a variety of animal species in a wide range of doses with and without high-risk diets with life span monitoring

- Flowing from the evidence generating these opinions, we can then determine long-term exposure to ranitidine at therapeutic doses in humans is not a cause of esophageal, gastric, pancreatic, liver, or bladder cancer in humans

## NDMA STUDIES

Given that ranitidine use at therapeutic doses in humans has not been shown to be a cause of esophageal, gastric, pancreatic, liver, or bladder cancer in humans, we can also conclude that potential NDMA exposure from therapeutic use of ranitidine is not a cause of these specific types of cancer in humans. Thus, epidemiologic studies of ranitidine and cancer outcomes are also studies of NDMA exposure via ranitidine and cancer outcomes of interest. The studies on ranitidine use discussed above provide sufficient evidence of lack of causal association because these studies inherently account for the level of NDMA exposure related to ranitidine use. Nevertheless, the separate body of NDMA literature will also be considered to ensure that a proposed causal relationship is not inappropriately dismissed.

**NDMA Epidemiologic Studies**

Presently, there is no human experimental data or controlled trials examining exposure to NDMA and any cancer outcomes of which I am aware. Consequently, we have a lack of direct experimental data to inform causation analysis.

Human epidemiologic data from varying sources is available. There has been no reliable, consistent association identified between NDMA ingestion in humans and cancer outcomes. Epidemiologic studies are of varying quality, many involving dietary surveys. Data surrounding dietary factors is complex in that multiple nitrates are typically included, methodologies employing dietary surveys raise inherent concerns over survey accuracy and recall bias, and any observed associations tend to be very weak and inconsistent.

Associations between NDMA exposure and specific cancers have been examined in dietary studies, and the findings are not compelling. For overall cancers, Loh 2011 found a statistically significant association when NDMA intake was analyzed as a continuous variable, but not at the mean intake. The findings on esophageal or other upper aerodigestive cancers are also mixed. Rogers 1995 reported an increased risk for upper aerodigestive tract cancers combined, but not for esophageal cancer, specifically. Loh 2011 reported no association between dietary NDMA intake and esophageal cancer. De Stefani 2012 and Keszei 2013 both reported associations with esophageal cancer. The relationship between dietary NDMA exposure and gastric cancer has been reported in several studies without consistent results. Some have reported positive associations with gastric cancer (La Vecchia 1995; Pobel 1995; De Stefani 1998; Larsson 2006; and Keszei 2013), while many others have failed to identify an association (Risch 1985; Chyou 1990; Knekt 1999; De Stefani 2001; Palli 2001; Jakszyn 2006; and Loh 2011). For pancreatic cancer, Zheng 2019 reported no association between pancreatic cancer and NDMA intake from all dietary sources. However, an association was identified when NDMA from plant sources was analyzed separately, indicating the inconsistency of observed associations. Jakszyn 2011 found no association between dietary NDMA intake and bladder cancer.

Thus, despite scattered identification of NDMA exposure as a risk factor in case-control studies, increased rates of cancer are not consistently evident in cohort studies, dose response relationship is rarely demonstrated, there is a high degree of heterogeneity demonstrated suggesting a lack of generalizability, and findings are not consistent across populations (Song 2015). Furthermore, there is often inadequate or incomplete adjustment for relevant confounders, especially smoking and H. Pylori infection (in gastric cancer). At present, there has been no consistent association identified between NDMA and cancers in these dietary studies.

Additional data on NDMA as a possible cause of cancer in humans has been suggested to come from analysis of those consuming nitrite-heavy diets, thought to be a source of NDMA in humans. These studies are far removed from exposures to NDMA via ranitidine and provide evidence so indirect as to not be germane to the general causation question at hand. Furthermore, these diets are typically high in smoked meats, preserved foods, and alcoholic beverages, all of which may carry independent cancer risks. Notwithstanding the lack of relevance, no consistent association between nitrite heavy diets and cancers have been demonstrated in humans,

including liver cancer, pancreatic cancer, esophageal cancer, stomach cancer, and bladder cancer (WCRF/AICR 2018).

To summarize the human epidemiology data on dietary exposure, there is a lack of direct evidence of an association between NDMA exposure in humans and cancer. Data surrounding dietary factors is somewhat more complex in that multiple nitrates are analyzed, dietary surveys raise concerns over survey accuracy and recall bias, and any observed associations tend to be very weak and unreliable. Furthermore, there is a lack of consistent association identified between NDMA and cancers in these dietary studies. Based on the current direct epidemiologic literature, there is not sufficient evidence to support an association between NDMA exposure from dietary sources and cancer in humans.

Another category of oral NDMA epidemiologic studies examines the potential association between the exposure to non-ranitidine medications found to contain NDMA and cancer related outcomes. Presumed NDMA exposure with valsartan use is generally greater than that measured in ranitidine samples. An analysis of a cohort of valsartan users did not reveal an association between the use of NDMA contaminated valsartan and cancer in humans (Pottegard 2018). A similar analysis of valsartan users was reported by Gomm 2021. The authors found a small, but statistically significant increase in the risk of liver cancer among users of potentially contaminated valsartan. However, they observed no dose-dependent effect for higher exposures. These authors analyzed several other cancer types, including bladder cancer, colorectal cancer, kidney cancer, lung cancer, pancreatic cancer, and prostate cancer, and found no association (Gomm 2021). Another cohort study reported no increased risk in overall cancer or specific cancer types (breast, colorectal, lung, prostate, liver, stomach and non-Hodgkin lymphoma) associated with valsartan use (Chan 2022). The study authors noted that “follow-up of more than ten years of the study provides the reassurance that an increase in cancer risk is unlikely.” Given the lack of association between NDMA contaminated valsartan and cancer outcomes, even with prolonged follow up periods, such a finding provides additional evidence that NDMA contained in ranitidine is unlikely to be associated with cancers in humans.

The third category of NDMA epidemiologic studies is related to analysis of estimated inhalational NDMA exposure in occupational settings, though this body of literature is not relevant to the general causation question at hand due to lack of relevance given that potential NDMA exposure via ranitidine does not occur through inhalation. Only one occupational study specifically evaluated NDMA (Hidajat 2019), in connection with cancer mortality overall and specific cancer sites. Other studies examined nitrosamines as a group, noting that NDMA was among exposures measured (Straif 2000, Blum 1979, Cocco 1994, Cocco 1998, Cocco 1999, Krstev 2005, Fritschi 2015). Reported associations are sporadic and inconsistent, as well as being dependent on accurate estimates of NDMA exposure based on job roles, adequate control of confounders, and sufficient differentiation between NDMA exposure and exposure to other carcinogens, which is frequently lacking in these studies. Moreover, the studies often rely on assumptions regarding length of time the participants remained in the same occupational settings, and assumptions regarding levels of nitrosamines or NDMA over time within such settings. Importantly, the workers in the studies are not exposed solely to NDMA. Rather, other nitrosamines and

additional potential hazards are encountered in these work environments. Given these limitations, there is only weak and inconsistent evidence for a potential association between inhalational NDMA exposures and mortality due to various cancers. Such studies do not reliably answer the question of whether potential NDMA exposure resulting from ranitidine use is associated with any type of cancer.

Furthermore, the inhalational route is not the exposure of interest in this analysis, and any evidence from these studies is indirect at best, and not informative of potential cancer risk from use of ranitidine. Inhalational exposures do not involve first pass metabolism in the liver, unlike oral exposures. In addition, "reliable quantitative information on the absorption of NDMA following inhalation" is not available (Liteplo 2002). Any conclusions from this body of literature do not provide a reliable scientific basis to draw inferences about oral exposure to NDMA, as such exposures have not been demonstrated to be equivalent and no reliable conversion factor is available.

In sum, there is no reliable, consistent association identified between NDMA exposure and cancer outcomes. My assessment is consistent with that of various public health and regulatory organizations, none of which concluded that NDMA exposure is a human carcinogen. Each of these agencies rely upon and require human experimental or epidemiologic data to establish an exposure as a cause of cancer in humans.

| | |
|---|---|
| National Toxicology Program (NTP) | Reasonably anticipated to be a human carcinogen. |
| Environmental Protection Agency (EPA) | Probable human carcinogen |
| International Agency for Research on Cancer (IARC) | Probably carcinogenic to humans |
| Occupational Safety and Health Administration (OSHA) | Identified as a potential occupational carcinogen. |
| American Conference of Governmental Industrial Hygienists | Confirmed animal carcinogen with unknown relevance to humans |
| World Cancer Research Fund (WCRF) | Limited evidence - no conclusion for dietary NDMA as a cause of gastric cancer. Insufficient evidence to evaluate for esophageal, liver, pancreatic, and bladder cancers. |

**NDMA Non-Clinical Studies**

Animal and in-vitro studies may assist in elucidating a coherent theory of biologic plausibility. These studies, however, are not able to provide sufficient evidence for hazard identification in humans. This is illustrated by the assessments of NDMA by IARC, NTP and EPA discussed above. Their conclusions were based on hazard identification analysis (IARC 2019; NTP 2021 introduction; EPA 2021). While all of these agencies concluded that NDMA is carcinogenic in some animals, none determined that NDMA is a human carcinogen. For example, IARC notes that IARC "has focused on hazard identification" and that "[t]he categories of the classification refer to the strength of the evidence that an exposure is carcinogenic and not to the risk of cancer from particular exposures. The terms probably carcinogenic and possibly carcinogenic have no quantitative significance and are used as descriptors of different strengths of evidence of carcinogenicity in humans; probably carcinogenic signifies a greater strength of evidence than possibly carcinogenic" (IARC 2019). Under this framework, IARC classifies NDMA as "probable human carcinogen" based on sufficient animal data and no adequate human data (IARC 1978; IARC 1987). Since NDMA animal and in-vitro studies are not able to provide sufficient evidence to determine whether NDMA can cause cancer in humans at any exposure level (i.e., hazard identification), they are also unable to provide sufficient evidence to determine whether NDMA can cause cancer in humans at levels presumably resulting from ranitidine use. As discussed in the methodology section, while extrapolating from non-clinical NDMA studies to derive human risk may be appropriate for the purpose of regulatory development, it is not a valid approach for determining causation. NDMA non-clinical data will be reviewed below for the purpose of evaluating biological plausibility.

We are able to have more confidence in the lack of association identified in human data related to NDMA exposure and cancer as an outcome given that animal data also does not support NDMA as a cause of cancer in animals at levels similar to those in ranitidine drug product. The most relevant animal data are the NDMA carcinogenicity studies that measured the relationship between NDMA exposure and outcome of interest (i.e., tumors) directly. The NDMA animal carcinogenicity studies do not provide reliable evidence to support the biological plausibility that NDMA exposure from ranitidine use can cause cancer of various types in humans.

First, increased tumor incidence is not seen in non-human primates whose physiology is nearly identical to human physiology (Adamson 1983; Thorgeirsson 1994). The monkeys were dosed with NDMA 7250 µg/kg biweekly through intraperitoneal injection. The observation period ranged from 8 to 118 months, and the average cumulative NDMA dose was 7 g (7,000,000 µg). All of the monkeys died of cirrhosis or hepatitis, but none developed liver tumors. By contrast, the same study demonstrated that NDEA is a hepatocarcinogen in monkeys with a carcinogenic cumulative dose of 2.18 g and latency as short as 6 months.

Plaintiffs' experts erroneously relied on NDMA mechanistic studies in monkeys to opine that NDMA also causes cancer in primates (Anderson 1996). Anderson et al. showed that NDMA induced the promutagenic O6-methylguanine DNA adducts (O6-meG) in all tissues following administration of 100 µg/kg NDMA orally. The outcome measured in this study cannot be

regarded as the surrogate for tumors because (1) DNA adducts simply reflect DNA damage but do not account for repair mechanism capacity and (2) even if DNA adducts are left unrepaired and lead to inheritable mutations, there are still many steps between mutations and tumor formation. These protective mechanisms are discussed in detail below. There is no means of correlating the presence of adducts with cancer risk. In fact, the study described above showed no evidence of carcinogenicity (Adamson 1983; Thorgeirsson 1994).

Second, the lifespan carcinogenicity studies in the most well studied animal models (i.e., rats and mice) showed that the carcinogenic effect of NDMA is limited to the liver, lungs, and brain in mice, and the liver, lungs, kidneys, and testis in rats (Terracini 1973; Griciute 1981; Anderson 1992; Terracini 1967; Terao 1978; Arai 1979; Angsubhakorn 1981; Lijinsky 1984; Lijinsky 1987; Peto 1984; Peto 1991a; Peto 1991b). More importantly, these studies only showed that NDMA can induce these specific types of cancer in rats and mice at levels much higher than those resulting from ranitidine use.

The Peto study is by far the largest NDMA carcinogenicity study (it is also the largest NDEA carcinogenicity study) (Peto 1991a). Consequently, it has been the focus of animal-to-human extrapolation for risk assessment conducted by scientists and regulatory bodies. It is also the Plaintiffs' experts' basis to opine that NDMA exposure from ranitidine use can cause cancer in humans. As discussed before, this animal-to-human extrapolation is an invalid approach to determining causation. In fact, Peto et al. cautioned against using their data for animal-to-human extrapolation because it "does not provide reliable information as the effects of ppb nitrosamine concentrations on humans, and it would be a serious distortion of these experimental results to suggest otherwise" (Peto 1991a). Bruce Ames, the inventor of the Ames mutagenicity testing and one of the founders of the CPDB, noted that "[q]uantitative extrapolation from rodents to humans, particularly at low doses, is guesswork that we have no way of validating" (Ames 1987).

The Peto study was published in Peto 1991a and Peto 1991b, the former focused on a crude dose-response analysis of liver tumors and esophageal tumors (NDEA only) and statistical significance tests of any apparent effects on other sites, and the latter focused on a more precise characterization of the liver and esophageal (NDEA only) dose-response relationships. This study consisted of a control group (240 male and 240 female rats) and 15 treatment groups (60 male and 60 female rats in each group) in which the animals were dosed with 0.033 to 16.896 ppm NDMA in drinking water (equivalent to 1 to 697 µg/kg/day NDMA in males and 2 to 1224 µg/kg/day NDMA in females). These are among the lowest doses tested in NDMA carcinogenicity studies, but are still orders of magnitude (22-72,000 times) higher than the highest NDMA level according to GSK's and FDA's testing (7.6 and 2.97 ppm, which are equivalent to 0.046 and 0.018 µg/kg/day assuming 50 kg human bodyweight and 300 mg maximum daily dose of ranitidine) (King 2020; FDA Response to Emery Pharma's Citizen Petition; FDA ranitidine test results). Ten percent of the animals were sacrificed after 12 and 18 months, respectively, and the remaining ones were allowed to live their full life span (median survival 2.5 years) unless they were apparently dying or had palpable liver lumps. The Peto study reported a dose-related increase in liver tumors in the higher dose groups and a potential increase in lung tumors but no clear evidence of tumors of other sites. The doses at which liver tumor incidence was increased in the

Peto study are among the lowest doses that have been demonstrated to induce tumors in animals. Nonetheless, these doses are still orders of magnitude higher than NDMA levels detected by FDA in ranitidine drug product.

Three approaches have been used to extrapolate the Peto data to estimate the tumor risk in rats at very low doses of NDMA. The first approach is the most conservative and involves the linear extrapolation from dose giving 50% tumor incidence. According to the Carcinogenic Potency Database (CPDB) (now housed in the Lhasa Carcinogenic Database), the TD50 of rat liver tumors is 96 μg/kg/day (Carcinogenic Potency Database – NDMA). Extrapolating from this TD50 linearly, the NDMA dose associated with a 1 in 100,000 lifetime cancer risk in rats is 1.92 ng/kg/day. Of note, the FDA used this approach and further assumed that 1.92 ng/kg/day is also the 1 in 100,000 lifetime cancer risk in humans. After multiplying 1.92 ng/kg/day by the assumed human bodyweight (50 kg), the FDA determined that 96 ng/day is the acceptable intake (AI) limit of NDMA (FDA 2020). The approach of linear extrapolation from TD50 assumes that the carcinogenic effect of NDMA has no threshold and that the dose-response curve is linear from TD50 to 0 μg/kg/day NDMA. However, the dose-response curve is not linear at the doses tested in the Peto study including those near TD50 (Peto 1991a; Zeilmaker 2010). While a linearly extrapolated no threshold model may be the most prudent approach from a public health and regulatory perspective, it is not necessarily an accurate assessment of the true impact of a potential toxic exposure in humans. As discussed below, NDMA mechanistic data provide evidence consistent with a threshold mechanism.

The second approach involves the linear extrapolation from the liver tumor data obtained at the low doses tested in the Peto study (Peto 1991b). This approach is based on the observation that the risk of liver tumors calculated by mathematical modeling "appears" to be proportional to a range of low doses (below 100 μg/kg/day) and a no threshold assumption. Using this approach, Peto et al. estimated that the liver tumor incidence in rats would be in the order of 0.03% for males and 0.04% for females per μg NDMA per kg bodyweight. Applying these slopes, 3 and 4 ng/kg/day NDMA would correspond to a 1 in 100,000 lifetime cancer risk in male and female rats, respectively.

This approach is unreliable in estimating the cancer risk in rats at doses below those tested in the Peto study. First, the conclusion is derived from mathematical modeling, for which Peto et al. noted that "no purely mathematical arguments can yield from these data reliable estimates of the effects of very low doses of nitrosamines" (Peto 1991b). Peto et al. also noted that "no statistical analysis of any experimental or epidemiological dose-response relationship can ever validly exclude the possibility of approximate 'linearity' (i.e., proportionality between risk and dose) emerging not far below the range of doses the effects of which have been measured reasonably accurately" (Peto 1991b). In other words, mathematical modeling can neither provide reliable evidence regarding the carcinogenic potential of NDMA in animals at low doses nor be used to test the validity of risk estimate at such doses. Second, their mathematical modeling was based on pooling all the liver tumor data at the lower doses. However, there does not appear to be an increase in liver tumor incidence at these doses. More importantly, the overall liver tumor data include non-malignant tumors or even non-neoplastic lesions. Third, as

described above, such modeling employs the incorrect assumption that the carcinogenic effect of NDMA has been demonstrated at such doses.

Of note, in the other Peto publication, the authors used a similar linear extrapolation and reported that because an “apparent” increase in liver lesions occurred at a dose of only 0.3 ppm and a dose-response was observed at the four lowest doses, the cancer risk is linearly proportional to dose with no indication of any "threshold” (Peto 1991a). However, this extrapolation is also unreliable. Of relevance to this discussion, the conclusion is based on the combination of NDMA and NDEA data. The Peto study showed that NDEA and NDMA are different in terms of both the dose-response curve and potency (i.e., NDEA has a stronger carcinogenic effect). Moreover, the z-value of the combined dose response of NDEA and NDMA is 2.16, which falls into the range that requires one to question the conclusion: “how likely it is that treatment really did cause the disease of interest becomes more difficult and may depend more on biological than on statistical considerations” (Peto 1991a). As discussed below, there is no reliable biological evidence to support such a linear, no threshold extrapolation, although it may be appropriately conservative from a regulatory perspective.

The third approach involves identifying mathematical models that fit the entire dose-response curve reported in the Peto study and using such models to calculate the cancer risk in rats at doses below those tested in the Peto study. Zeilmaker et al. used various mathematical models to fit the dose-response curve of the liver tumors reported in the Peto study (Zeilmaker 2010). Among the models that resulted in an acceptable fit, a model, which has a linear behavior at low doses, yielded 3.9 ng/kg/day as the dose corresponding to a 1 in 100,000 lifetime cancer risk in rats, and another model, which has a nonlinear behavior at low doses, yielded 3400 and 1400 ng/kg/day as the doses corresponding to a 1 in 1,000 and 1 in 1,000,000 lifetime cancer risk in rats, respectively. The authors noted that “[b]ecause both models adequately describe the available dose-response data, this illustrates that even for this excellent data, it cannot be decided whether the dose-response at the lower end is in fact linear or not” (Zeilmaker 2010). In fact, both mathematical models assumed no threshold, but if a threshold assumption was made for these two models, they would have also adequately described the available dose-response data. Thus, for the same reasons described above, such approach does not provide reliable evidence regarding the carcinogenic potential of NDMA in rats at doses below those tested in the Peto study. This is not to challenge the use of linear extrapolation by regulatory agencies, given that their charge is typically public safety. Consequently, such groups necessarily err on conservative side when modeling, in order to not inadvertently expose persons to a toxic dose when human safety data is unavailable. However, such modeling is not supportive of a causation argument.

In sum, while the Peto study showed an increase in liver tumor incidence in the higher dose groups, which are orders of magnitude higher than NDMA levels detected in the ranitidine product, it does not provide reliable evidence to support the conclusion that NDMA can also induce tumors in rats at doses lower than those high doses. The other lifespan rodent carcinogenicity studies, which are much smaller compared to the Peto study, also do not provide reliable evidence to support that NDMA can induce tumors in rats at very low doses, exposures

still above those potential encountered via ranitidine. Only one of these studies examined doses as low as those used in the Peto study (Arai 1979). In that study, the authors found that the minimum carcinogenic dose for NDMA is 50 µg/kg/day.

Of note, a recent modeling study also used data from the Peto study, but took a different approach, and calculated 6.2 µg/day as the permissible daily exposure (PDE) for NDMA in humans (Johnson 2021). PDE is used for compounds with a dose response that is nonlinear or has a practical threshold (FDA/ICH M7 2018). To derive the PDE, Johnson et al. first calculated a benchmark dose lower bound 10 (BMDL10) of 62 µg/kg/day as the point of departure (PoD) of the liver tumor data reported in the Peto study. PoD is an estimated dose near the lower end of the tested dose range without significant extrapolation to lower doses. BMDL10, which is the lower 95% confidence limit of a dose corresponding to a 10% increase in tumor incidence, is the preferable PoD under that modeling scheme (Zeilmaker 2010; Johnson 2021). Next, Johnson et al. divided the BMDL10 by uncertainty factors to make the animal-to-human extrapolation and calculate the PDE. Uncertainty factors are values arbitrarily, but conservatively, set to account for factors likely to impact the animal-to-human extrapolation. The uncertainty factors used in the Johnson study were employed to account for species extrapolation, inter-individual variability, exposure duration, severity of effect and database insufficiency. Similar to the other animal-to-human extrapolations, this study also cannot reliably assess the carcinogenic potential of NDMA exposure from ranitidine use. However, because the assumptions in the Johnson study (nonlinear, threshold) are consistent with biological data, it provides further support for the notion that the NDMA carcinogenicity studies do not provide reliable evidence to support the biological plausibility that NDMA exposure from ranitidine use can cause cancer of any type in humans.

The assumption of no threshold has not been demonstrated to be an accurate representation of human biology (Wiltse 2000; Calabrese 2011; Fedak 2015). The existence of a threshold even for many genotoxic carcinogens is supported by multiple studies, and is now widely accepted by toxicologists (Thomas 2013; Nohmi 2018; Calabrese 2019; Kobets 2019). In addition to the Peto study that showed no apparent increase in tumor incidence at the lower doses tested, NDMA carcinogenicity studies in large mammals and NDMA mechanistic data also provide evidence consistent with a threshold mechanism. For instance, one rat study showed that following 9 doses of NDMA at 0, 200, 600, 2000, or 6000 µg/kg over a period of 12 days, there was no increase in genetic mutations in the two genes examined in the 200 and 600 µg/kg groups (Gollapudi 1998).

Of utmost importance, NDMA requires metabolism by the enzyme CYP2E1 to exert its mutagenic effect through one of its metabolites, methyldiazonium ion, which is too reactive to affect cells and tissues beyond where it is generated (Pegg 1980; Fujita 2001). When a “small” dose of NDMA (40 µg/kg or lower) is ingested orally by rats, NDMA is metabolized extensively by the liver through first pass metabolism, thereby preventing NDMA from reaching other organs (Gomez 1977; Pegg 1980; Pegg 1981). This also prevents the generation of the methyldiazonium ion in other organs. The pharmacokinetics of NDMA in rats suggest that oral NDMA exposure “leads to, for all practical purposes, liver exposure only” (Skipper 1983). This effect is also likely to occur

in humans because the overwhelming majority of CYP2E1 is located in the liver in humans (Human Protein Atlas; Nishimura 2003). Of note, another enzyme, CYP2A6, may also be able to activate NDMA, but only at 1% of the capacity of CYP2E1 (Kushida 2000; Chowdhury 2010). Similar to CYP2E1, CYP2A6 is primarily expressed in the liver (Human Protein Atlas).

Plaintiffs' experts cited to in vitro studies in human tissues to suggest extrahepatic metabolism of NDMA leading to the formation of O6-meG. However, these studies are irrelevant to the assessment of NDMA metabolism at levels presumably resulting from ranitidine use. For instance, in the study Dr. Melnick relied on, the human pancreas explants cultured in vitro were soaked in medium containing 20 µg/ml NDMA for six hours (Parsa 1987). In other words, every gram of pancreatic tissues used in this study were exposed to 20 µg NDMA. By contrast, even if a person took 300 mg ranitidine containing the maximum amount of NDMA detected by GSK or FDA, the total NDMA exposure from ranitidine use would be 2.28 µg or 0.89 µg (King 2020; FDA Response to Emery Pharma's Citizen Petition; FDA ranitidine test results). Even so, Parsa et al. concluded "except for a small subset (2-3%) the majority of pancreatic parenchymal cells are able to repair the [NDMA]-induced lesions."

Of note, Plaintiffs' experts opine that because the bioavailability of NDMA (for NDMA ingested orally and/or formed in the stomach, bioavailability approximately represents the proportion of NDMA absorbed by the body but not metabolized in the liver through the first pass metabolism) is higher in larger mammals (e.g., pigs, dogs, monkeys) compared to rats, NDMA can lead to extrahepatic tumors in these large mammals, which is also expected to occur in humans. Their opinion is not supported by the very study these experts relied upon, which noted "there was not a uniformly predictable relationship between body weight and bioavailability" (Gombar 1990). Furthermore, there is no reliable evidence to support the conclusion that NDMA is carcinogenic in those large mammals. As described above, the primate carcinogenicity study showed no tumor development. The carcinogenicity study in pigs showed that (1) pigs were resistant to intoxication of NDMA, and (2) no cancer developed from cumulative ingestion of up to 583 mg/kg NDMA (Koppang 1974). Moreover, the bioavailability of NDMA in humans is unlikely to affect where NDMA ingested orally and/or formed in the stomach is metabolized in humans. Because the overwhelming majority of CYP2E1 is located in the liver in humans, the majority of the proportion of NDMA that is not metabolized through the first pass effect is likely to be excreted out of the body unchanged or metabolized by the liver after recirculation.

The Plaintiffs' experts' opinion that humans resemble pigs the most and therefore the NDMA pharmacokinetics in pigs should be used as proxies for humans actually supports the conclusion that the FDA Florian study is sensitive enough to detect NDMA exposure from ranitidine at the AI limit of 96 ng/day or lower and does not support NDMA exposure from ranitidine at such levels. The NDMA mechanistic data showed that after oral ingestion of NDMA, NDMA reached its maximum plasma level after 23 minutes in pigs with bioavailability of 67% (Gombar 1988). Assuming these values were the same for humans, as suggested by Plaintiffs' experts, if a subject was exposed to 96 ng NDMA from oral ingestion of ranitidine, the NDMA level in his/her plasma would reach 64 ng after 23 minutes. In Florian 2021, blood samples were collected 0, 0.5, 1, 1.5, 2, 3, 4, 5, 6, 9, 11, 14, and 24 hours after treatment with ranitidine or placebo, and the limit of

NDMA quantification in the plasma is 0.0156 ng/mL. Assuming the subjects enrolled in the Florian study have 5 L blood, 55% of which is plasma, the lowest NDMA level that can be detected in the plasma in the Florian study is 43 ng. Thus, the Florian study was able to detect NDMA exposure from ranitidine use at levels more than 50% below the AI limit of 96 ng. Yet, the Florian study showed that the NDMA plasma level was not different between the ranitidine and placebo groups, suggesting that NDMA exposure from ranitidine ingestion (both exogenously and endogenously) is well below 50% of the AI limit of 96 ng. Thus, even with twice daily dosing of ranitidine, real-world exposure to NDMA from ranitidine would be below the AI limit.

Another line of evidence consistent with a threshold mechanism is related to the repair mechanism of DNA damage induced by the methyldiazonium ion. The methyldiazonium ion can induce protumagenic O6-methylguanine DNA adducts (O6-meG), which, if not removed, may lead to DNA mispairing (Liteplo 2002). However, the enzyme $O^6$-alkylguanine-DNA alkyltransferase/methylguanine DNA methyltransferase (AGT/MGMT) removes O6-meG (Souliotis 1995; Gerson 2004). In mice, tumor incidence is significantly decreased when AGT/MGMT is overexpressed, and significantly increased in AGT/MGMT deficient animals (Nakatsuru 1993; Fahrer 2013; Fahrer 2015). The role of AGT/MGMT in removing O6-meG is also supported by the observation that DNA damage is significantly increased in bacterial strains lacking AGT/MGMT (Arimoto-Kobayashi 1997). While *Salmonella typhimurium* TA1535 lacking AGT/MGMT showed dose-related increases in mutagenic activity induced by NDMA, the same doses of NDMA did not induce mutagenic activity in *S. typhimurium* TA1535 with AGT/MGMT (Sofuni 2000). The study authors concluded that "[t]he finding that TA1535 has a non-response range, in contrast to strains lacking DNA repair capacity, suggests that the strains with normal DNA repair capacity have a biological threshold to alkylating agents that act directly DNA." A similar threshold effect of AGT/MGMT was observed in Chinese Hamster Ovary (CHO) exposed to N-methyl-N'-nitro-N-nitrosoguanidine (MNNG) (Kaina 2007). In humans, in contrast to CYP2E1, although the liver has the highest level of AGT/MGMT expression, it is also expressed at substantial levels in the other organs including the esophagus, stomach, pancreas and bladder (Human Protein Atlas; Christmann 2011). There is also evidence suggesting that the human AGT/MGMT is more efficient than that of rats in removing O6-meG (Pegg 1982; Pegg 1984; Hall 1985). Of note, while the methyldiazonium ion can induce DNA adducts other than O6-meG, and NDMA metabolism can generate byproducts such as formaldehyde, their contribution to the overall mutagenic effect of NDMA is likely negligible (Liteplo 2002). The mutagenic effect of NDMA is generally considered due to the formation of O6-meG (WHO 2008). Moreover, the generation of protumagenic DNA adducts are not sufficient for the complicated process of cancer development (Hanahan 2011). Even if O6-meG is left unrepaired, additional cytoprotective mechanisms such as apoptosis and immune response serve to prevent cancer at low dose levels (Thomas 2015).

## CAUSATION ANALYSIS

The relevant general causation question is as follows: Is therapeutic use of ranitidine a cause of esophageal, gastric, liver, pancreatic, or bladder cancer in humans?

To begin, a literature search identified 19 human epidemiologic studies that assess the proposed exposure-outcome relationship. Multiple studies were available for each type of cancer. These studies do not demonstrate a reliable or valid association between ranitidine exposure and any of the individual cancer outcomes. Study designs were appropriate, with appropriate attempts to mitigate potential bias and control for confounders. In addition, statistical analysis provided relatively narrow confidence intervals, with point estimates for measures of association clustered around the null in the analysis of each cancer, with sporadic outliers, which is to be expected in any body of epidemiologic literature of this magnitude. The minimal scattering of measures of association and consistent spreads of confidence intervals are as expected due to chance when no true association exists in the populations studied.

A causation discussion summarizing the relevant factors per the Hill criteria is as follows. No human **experimental** data is available to assess the relationship between ranitidine exposure and the five cancers of interest in humans. In the human epidemiological studies, there is no measurable strength of association, as described above, for any specific cancer, explicitly including analyses of stomach, esophageal, liver, pancreatic, and bladder. This remained true even for analyses when different doses and different durations of exposure were evaluated. Furthermore, there is remarkable **consistency** with similar findings of lack of association in various populations and within subgroups. The lack of a strong association and consistency of results provides substantial confidence that no true association exists between ranitidine exposure and any specific type of cancer. Additionally, there is no evidence of a **dose-response** relationship in the studies that differentiated by number of prescriptions or degree of exposure. Concerns over **reverse causation** due to ranitidine administration to treat the effects were mitigated by lagging the analysis in many studies. The lack of association between ranitidine exposure and each cancer of interest is supported by the lack of **biological plausibility** for NDMA contamination at levels measured in ranitidine samples to cause cancer, given the lack of proof establishing that NDMA itself is a cause of any cancer in humans, the inability to confidently identify excess cancers caused by NDMA exposures in animals except at doses much higher than reasonably expected to be encountered via ranitidine, and the lack of cancer development in lifetime animal experiments with ranitidine. Furthermore, ranitidine exposures are **analogous** to NDMA-contaminated valsartan exposures, another compound that the epidemiology literature has not identified as a cause of cancer via NDMA contamination, despite measured concentrations in excess of those found in ranitidine. The evidence described in the above report provides a **coherent** picture of an exposure (therapeutic ranitidine use) unrelated to the outcomes of interest (cancers of the esophagus, stomach, liver, pancreas, and bladder) without human data to support such an association, and there is no reason doubt the human data that demonstrates a lack of association. Consequently, I am confident that ranitidine exposure is not a cause of esophageal, gastric, liver, pancreatic, or bladder cancer in humans.

Nevertheless, when considering a question of general causation, it is incumbent to examine alternate explanations for the lack of association identified to avoid improperly dismissing a causal association that truly exists but is not apparent on first assessment of the literature. In this case, Plaintiffs have proposed setting aside ranitidine epidemiology literature and instead focusing on NDMA, with the bulk of evidence contained within in vitro and animal studies. These types of studies can never provide sufficient evidence of causation in humans; rather, they help elucidate suspected biological pathways and generate hypotheses for human studies.

In his expert report, Dr. Salmon attempted to translate human dietary and occupational NDMA studies into an assessment of expected risk of specific cancers following regular ranitidine use. Numerous fatal flaws are present in this analysis. First, he relies upon Emery's "consumer experience" studies. Specifically, he relies on Emery's NDMA testing in (1) unexpired and expired ranitidine samples, (2) ranitidine samples subject to "50 cycles" of "shade/sun/shower," and (3) the value of 2.5 "observed in Emery Pharma's zone experiments." The reliability of Dr. Salmon's report is dependent on the reliability of Emery's analytical data and the assumptions that the conditions used in Emery's "consumer experience" studies represent how ranitidine users would have stored their medicine. In other words, if the reliability of Emery's analytical data and these assumptions is lacking, Dr. Salmon's causation analysis is unreliable. Moreover, he uses estimates of possible NDMA association with specific cancers from NDMA dietary surveys that may or may not accurately reflect NDMA exposure given inherent issues with estimation of NDMA content and recall of diet. For other cancers, he employs occupational inhalational NDMA studies that have no verified correlation with chronic oral exposure of NDMA or ranitidine use. Applying these literature bases to ranitidine exposures require substantial assumptions that lack scientific merit, and cannot be reliably applied to exposure to ranitidine, which as described above has been repeatedly studies in large, recent analyses specifically designed to assess whether ranitidine increases the risk of cancer. Finally, his calculations of patterns of ranitidine use are unrealistic for the majority of consumers, with short term, sporadic use much more common for most consumers than chronic, high dose use (Ciociola 2001; Yoon 2021; Sentinel 1; Sentinel 2). Moreover, given the distribution of CYP2E1 and AGT/MGMT in humans, as well as the first pass metabolism in the liver and other mechanistic evidence discussed above, it is unlikely that the cumulative NDMA dose required to cause liver cancer is approximately 4 times higher than that required to cause gastric and esophageal cancer and two times higher than that required to cause bladder and pancreatic cancer, as opined by Dr. Salmon. At best, Dr. Salmon's analysis is hypothesis generating for evaluating the question of whether exposure to 3.18, 6.42, 7.94 or 22.60 mg NDMA from exhalation or dietary sources over a period of 10 years can cause gastric, esophageal, bladder, pancreatic or liver cancer in humans. As noted above, no organization worldwide has concluded that such an effect from NDMA exists.

However, this is not the question at hand. The question here is whether ranitidine use can cause gastric, esophageal, bladder, pancreatic or liver cancer in humans. Because the ranitidine literature inherently accounted for the level of NDMA exposure following therapeutic use of ranitidine, there is no need to rely on "consumer experience" studies to guess (nor would such guess be reliable) the levels of NDMA exposure from ranitidine use. There is a large body of ranitidine literature that examined the potential association between ranitidine use and specific

types of cancer using active comparators. Confounding, bias and chance including those specific for ranitidine use were considered and properly addressed in these studies. Thus, it makes no scientific sense (nor would it be reliable) to selectively examine certain NDMA occupational and dietary studies that do not provide a valid association between NDMA exposure and specific types of cancer, nor are translatable to potential NDMA exposure from ranitidine use. Dr. Salmon's concern of a potential association between chronic ranitidine use and gastric, esophageal, bladder, pancreatic or liver cancer has been effectively evaluated within the ranitidine literature. These have been performed in multiple distinct populations and fail to provide evidence for a valid association, much less a causal association.

For esophageal cancer, Adami (2021) performed a subgroup analysis of those with at least 10 prescriptions followed for at least 10 years and found no association when compared to other H2RAs (HR 1.32, 95 % CI 0.66-2.62) and PPIs (HR 1.07, 95 % CI 0.65-1.77). In addition, Kim YD (2021) observed a protective effect with ranitidine use associated with lower odds of esophageal cancer compared to the active comparators: famotidine (aOR 0.51, 95% CI 0.43-0.60) and omeprazole (aOR 0.62, 95% CI 0.52-0.72). In this study, cancer incidence fell year after year of follow up without a shift to an increasing slope in the final years toward the end of follow up. Such a signal would have provided early warning signs of a potential missing tranche of latent cancers that would have been identified with a longer follow-up period, and is inconsistent with Dr. Salmon's hypothesis about NDMA exposure and purported cancer risk from ranitidine.

Similar results were obtained for gastric cancer. Adami (2021) performed a subgroup analysis of those with at least 10 prescriptions followed for at least 10 years and found no association when compared to other H2RAs (HR 1.53, 95 % CI 0.79-2.99) and PPIs (HR 1.62, 95 % CI 0.99-2.66). As with esophageal cancer, Kim YD (2021) observed a protective effect with ranitidine use associated with lower odds of gastric cancer compared to the active comparators: famotidine (aOR 0.43, 95% CI 0.36-0.51) and omeprazole (aOR 0.93, 95% CI 0.76-1.13). In this study, cancer incidence fell year after year of follow up without a shift to an increasing slope in the final years toward the end of follow up. Such a signal would have provided early warning signs of a potential missing tranche of latent cancers that would have been identified with a longer follow up period. Kumar (2021) also examined the relationship between ranitidine exposure and gastric cancer, following a Veterans Affairs cohort for 15 years with non-ranitidine H2RA use (HR 1.83, 95% CI 1.36-2.48) but not PPI use (HR 0.92, 95% CI 0.82-1.04) compared to ranitidine use found to be associated with gastric cancer. Time specific subgroup analysis did not reveal any period of follow up where ranitidine use was associated with gastric cancer. All of these analyses are inconsistent with Dr. Salmon's hypothesis about NDMA exposure and purported cancer risk from ranitidine.

For liver cancer, Adami (2021) analyzed a nationwide Danish cohort for the association between ranitidine use and hepatocellular carcinoma, performing a subgroup analysis of those with at least 10 prescriptions followed for at least 10 years and found no association when compared to other H2RAs (HR 0.61, 95 % CI 0.04-8.37) and PPIs (HR 0.75, 95 % CI 0.23-2.48). In addition, Kim YD (2021) observed a protective effect with ranitidine use associated with lower odds of liver cancer compared to an active comparator: famotidine (aOR 0.38, 95% CI 0.34-0.42) although not omeprazole (aOR 0.97, 95% CI 0.88-1.07). In this study, cancer incidence fell year after year of

follow up without a shift to an increasing slope in the final years toward the end of follow up. Such a signal would have provided early warning signs of a potential missing tranche of latent cancers that would have been identified with a longer follow-up period. All of these analyses are inconsistent with Dr. Salmon's hypothesis about NDMA exposure and purported cancer risk from ranitidine.

Studies of pancreatic cancer provided similar results. In 2021, Adami analyzed a nationwide Danish cohort for the association between ranitidine use and pancreatic cancer, performing a subgroup analysis of those with at least 10 prescriptions followed for at least 10 years and found a protective effect when compared to other H2RAs (HR 0.46, 95 % CI 0.24-0.88) and no association when compared to PPIs (HR 0.59, 95 % CI 0.31-1.12). In addition, Kim YD (2021) observed a protective effect with ranitidine use associated with lower odds of pancreatic cancer compared to active comparators: famotidine (aOR 0.54, 95% CI 0.49-0.62) and omeprazole (aOR 0.68, 95% CI 0.60-0.76). In this study, cancer incidence fell year after year of follow up without a shift to an increasing slope in the final years toward the end of follow up. Such a signal would have provided early warning signs of a potential missing tranche of latent cancers that would have been identified with a longer follow-up period.

There is only a single study of bladder cancer with long-term follow-up with a different author examining the same nationwide Danish cohort utilized by Adami. In this study, (Norgaard 2021) a subgroup analysis of those with at least 10 prescriptions followed for at least 10 years and found no association compared to other H2RAs (HR 0.75, 95 % CI 0.44-1.28) and PPIs (HR 0.73, 95 % CI 0.46-1.15).

As demonstrated in the human epidemiology literature examining the association between ranitidine and cancers of interest, no associations (or even occasional reduced risks) are seen between long-term use of ranitidine and esophageal, gastric, liver, pancreatic, or bladder cancers, even when limiting the literature to cohort studies with at least 10 years of follow up. Thus, the current literature effectively rejects the hypotheses generated by Dr. Salmon's exposure and risk assessment. Furthermore, a hazard risk assessment is not equivalent to a causation analysis. It serves as a hypothesis generating exercise from a scientific perspective and a conservative estimate that may inform policymakers whose goal is to avoid potential but unproven hazard exposures. Consequently, we can remain confident that no relationship exists between ranitidine use and esophageal, gastric, liver, pancreatic, or bladder cancer in humans.

## SUMMARY

In sum, at present there is no consistent association identified in the published literature between ranitidine exposure and esophageal, gastric, pancreatic, liver, or bladder cancer in humans. The human body of evidence includes analysis of multiple populations for very long periods of observation. Confidence in the lack of association is strengthened by the lack of animal data showing any carcinogenic effect from ranitidine exposure. Furthermore, despite concerns of the presence of certain and varying amounts of NDMA in some ranitidine samples as a cause

of cancer in humans, there is no evidence of a biologically significant exposure from this source. In addition, the amounts of NDMA identified in certain samples of ranitidine are only slightly higher than amounts permitted by the FDA, which is a theoretical, conservative limited based on modeling that does not represent actual increased risk. For context, this amount is much lower than NDMA estimated to be formed in the human body by normal physiologic processes without the presence of ranitidine. Moreover, there is a lack of evidence to justify identification of NDMA itself as a cause of esophageal, gastric, pancreatic, liver, or bladder cancer in humans. Thus, based on the current scientific evidence, there is no reliable basis supporting that either ranitidine or NDMA exposure from ranitidine causes esophageal, gastric, pancreatic, liver, or bladder cancer in humans.

The opinions herein are to a reasonable degree of medical and scientific certainty. They are based on my education, experience and training as a medical toxicologist, emergency physician, and epidemiologist, as well as peer-reviewed literature. I reserve the right to amend or supplement this report, should new or additional information or data become available. I may use graphics or other exhibits to further address the matters discussed in this report.

Benjamin Hatten, M.D., M.P.H.

**REFERENCES**

Adami HO, Berry SC, Breckenridge CB, Smith LL, Swenberg JA, Trichopoulos D, Weiss NS, Pastoor TP. Toxicology and epidemiology: improving the science with a framework for combining toxicological and epidemiological evidence to establish causal inference. Toxicol Sci. 2011 Aug;122(2):223-34.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Sørensen HT. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Dec;30(12):2302-2308.

Adamson RH, Sieber SM. Chemical carcinogenesis studies in nonhuman primates. Basic Life Sci. 1983;24:129-56.

American Conference of Governmental Industrial Hygienists. NDMA. https://www.acgih.org/n-nitrosodimethylamine/

American Institute of Nutrition. Report of the American Institute of Nurtition ad hoc Committee on Standards for Nutritional Studies. J Nutr. 1977 Jul;107(7):1340-8.

Ames BN, Magaw R, Gold LS. Ranking possible carcinogenic hazards. Science. 1987 Apr 17;236(4799):271-80.

Anderson LM, Carter JP, et al: Characterization of ethanol's enhancement of tumorigenesis by N-nitrosodimethylamine in mice. Carcinogenesis 1992;13:21077-2111.

Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. Int J Cancer. 1996 Mar 28;66(1):130-4.

Angsubhakorn S, Bhamarapravati N, et al: Enhancing effects of dimethylnitrosamine on aflatoxin B hepatocarcinogenesis in rats. Int J Cancer 1981;28:621-626.

Arai M, Aoki Y, et al: Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. Gann 1979;70:549-558.

Arimoto-Kobayashi S, Kaji K, Sweetman GM, Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. Carcinogenesis. 1997 Dec;18(12):2429-33.

Baxter LL, Marugan JJ, Xiao J, Incao A, McKew JC, Zheng W, Pavan WJ. Plasma and tissue concentrations of α-tocopherol and δ-tocopherol following high dose dietary supplementation in mice. Nutrients. 2012 Jun;4(6):467-90.

Bichet N, Gouy D, Manara L, Mazue G, Vic P. Non-genotoxicity of CM 57755 a new histamine-H2 receptor antagonist, to hepatocytes in primary culture with and without nitrite-enriched human gastric juice. Abstract 1987;56:334.

Blum S, Arp EW, Smith AH, and Tyroler HA (1979) Stomach Cancer Among Rubber Workers: An Epidemiologic Investigation, Pathotox Publishers, Dusts and Disease

Brambilla G, Cajelli E, et al: Formation of DNA-damaged nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. J Toxicol Enviro Health 1985;15:1-24.

Brambilla G, Cavanna M, et al: Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis 1983;4:41281-1285.

Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766.

Brittain RT, Harris DM, et al: Safety of ranitidine. Lancet 1981:1119.

Burlinson B, Morriss S, et al: Comparative studies on the gastric acid inhibiting drugs (loxtidine, ranitidine, cimetidine and omeprazole) using the in vivo stomach UDS assay. Mut Res 1991;252:165-220.

Burlinson B, Morriss SH, et al: Genotoxicity studies of gastric acid inhibiting drugs. The Lancet 1990;335:419-420.

Butterworth BE, Templin MV, et al: Long-term mutagenicity studies with chloroform and dimethylnitrosamine in female lacl transgenic B6C3F mice. Enviro Molecular Mutagenesis 1998;31:248-256.

Calabrese EJ. Muller's Nobel lecture on dose-response for ionizing radiation: ideology or science? Arch Toxicol. 2011 Dec;85(12):1495-8.

Carcinogenic Potency Database (CPDB) (now housed in the Lhasa Carcubnogenicity Database). Lhasa Carcinogenicity Database Report on NDMA.

Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol. 2021 May 21.

Carey, P.F., Martin, L.E. & Evans, M.B. High-performance liquid chromatographic methods for the determination of ranitidine and its metabolites in biological fluids. Chromatographia 19, 200–205 (1984).

Chan et al. 2022: Hon Chan T, Fung Tsoi M, Yung Cheung BM. Cancer Risk of Angiotensin II Receptor Blocker Valsartan: Population-based Study. J Cardiovasc Pharmacol. 2022 Jan 6.

Chow W-H, Finkle WD, et al: The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. JAMA 1995;274:474-477.

Christmann M, Verbeek B, Roos WP, Kaina B. O(6)-Methylguanine-DNA methyltransferase (MGMT) in normal tissues and tumors: enzyme activity, promoter methylation and immunohistochemistry. Biochim Biophys Acta. 2011 Dec;1816(2):179-90.

Chyou P-H, Nomura AMY, et al: A case-cohort study of diet and stomach cancer. Cancer Res 1990;50:7501-7504.

Ciociola AA, Sirgo MA, Pappa KA, McGuire JA, Fung K. A study of the nonprescription drug consumer's understanding of the ranitidine product label and actual product usage patterns in the treatment of episodic heartburn. Am J Ther. 2001 Nov-Dec;8(6):387-98.

Cocco P, Palli D, Buiatti E, Cipriani F, DeCarli A, Manca P, Ward MH, Blot WJ, Fraumeni JF Jr. Occupational exposures as risk factors for gastric cancer in Italy. Cancer Causes Control. 1994 May;5(3):241-8.

Cocco P, Ward MH, Dosemeci M. Occupational risk factors for cancer of the gastric cardia. Analysis of death certificates from 24 US states. J Occup Environ Med. 1998 Oct;40(10):855-61.

Cocco P, Ward MH, Dosemeci M. Risk of stomach cancer associated with 12 workplace hazards: analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. Occup Environ Med. 1999 Nov;56(11):781-7.

Coulston, Frederick., and John F. Dunne. “The Potential Carcinogenicity of Nitrosatable Drugs : WHO Symposium, Geneva, June 1978 .” Norwood, N.J: Ablex Pub. Corporation, 1980.

De Flora S, Bennicelli C, et al: Genotoxicity of nitrosated ranitidine. Carcinogenesis 1983;4:255-260.

De Flora S, Camoirano A, et al: Bacterial genotoxicity of nitrosated famotidine. Mutagenesis 1986;1:125-130/

De Flora S: Cimetidine, ranitidine and their mutagenic nitroso derivatives. The Lancet, October 31, 1981. Pgs 993-994.

De Stefani E, Boffetta P, et al: Dietary nitrosamines, heterocyclic amines and risk of gastric cancer: a case-control study in Uruguay. Nutr Cancer 1998;30:158-162.

De Stefani E, Ronco A, et al: Meat consumption and risk of stomach cancer in Uruguay: A case-control study. Nutr Cancer 2001;40:103-107.

De Stefani E, Deneo-Pellegrini H, et al: Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutr and Cancer 2012;64:294-299.

Eder K, Siebers M, Most E, Scheibe S, Weissmann N, Gessner DK. An excess dietary vitamin E concentration does not influence Nrf2 signaling in the liver of rats fed either soybean oil or salmon oil. Nutr Metab (Lond). 2017 Nov 16;14:71.

Elder JB, Burdett K, Smith PL, Walters CL, Reed PI. Effect of H2 blockers on intragastric nitrosation as measured by 24-hour urinary secretion of N-nitrosoproline. IARC Sci Publ. 1984;(57):969-74.

FDA Response to Emery Pharma's Citizen Petition

EPA. Risk Assessment for Carcinogenic Effects. 2021. https://www.epa.gov/fera/risk-assessment-carcinogenic-effects

Fahrer J, Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. Carcinogenesis. 2013 Nov;34(11):2435-42.

Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. Emerg Themes Epidemiol. 2015 Sep 30;12:14.

FDA ranitidine test results. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine

FDA Guidance for Industry. Control of Nitrosamine Impurities in Human Drugs. September 2020.

FDA Guidance for Industry. ICH M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk. March 2018.

Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jul 20;326(3):240-249.

Franekic J, Skupnjak S, et al: Genotoxicity of nitrosated ranitidine. Mut Res 1989;227:13-16.

Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-55.

Fritschi L, Benke G, Risch HA, Schulte A, Webb PM, Whiteman DC, Fawcett J, Neale RE. Occupational exposure to N-nitrosamines and pesticides and risk of pancreatic cancer. Occup Environ Med. 2015 Sep;72(9):678-83.

Fryklund J, Falknas AK, et al: Omeprazole does not cause unscheduled DNA synthesis in rabbit parietal cells in vitro. Scan J Gastroenterol 1992;27:521-528.

Fujita K, Kamataki T. Role of human cytochrome P450 (CYP) in the metabolic activation of N-alkylnitrosamines: application of genetically engineered Salmonella typhimurium YG7108

expressing each form of CYP together with human NADPH-cytochrome P450 reductase. Mutat Res. 2001 Nov 1;483(1-2):35-41.

Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun 1;4(6):e2118253. doi: 10.1001/jamanetworkopen.2021.18253. Erratum in: JAMA Netw Open. 2021 Jul 1;4(7):e2123189.

Garcia Del Risco F, Rolin O, et al: Effect of ranitidine on gastric juice nitrite, nitrate, n-nitrosamine concentrations and gastric bacterial flora. Gastroenterol Clin Biol 1984;8:749-753.

Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis. 1982;3(5):597-8.

Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. Food Chem Toxicol. 1985 Sep;23(9):849-55.

Gombar CT, Harrington GW, Pylypiw HM Jr, Anderson LM, Palmer AE, Rice JM, Magee PN, Burak ES. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res. 1990 Jul 15;50(14):4366-70.

Gombar CT, Harrington GW, Pylypiw HM Jr, Bevill RF, Thurmon JC, Nelson DR, Magee PN. Pharmacokinetics of N-nitrosodimethylamine in swine. Carcinogenesis. 1988 Aug;9(8):1351-4.

Gomez MI, Swann PF, Magee PN. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. Biochem J. 1977 Jun 15;164(3):497-500.

Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int. 2021 May 28;118(21):357-362

Griciute L, Castegnaro M, et al: Influence of ethyl alcohol on carcinogenesis with N-nitrosodimethylamine. Cancer Letters 1981;13:345-352.

Gushgari AJ, Halden RU. Critical review of major sources of human exposure to N-nitrosamines. Chemosphere. 2018 Nov;210:1124-1136.

Guzelian P, Victoroff M, et al: Evidence-based toxicology: a comprehensive framework for causation. Hum Exp Toxicol 2005; 24; 161-201

Habel LA, Levin TR, et al: Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol and Drug Safety 2000;9:149-155.

Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74.

Hastwell PW, Webster TW, Tate M, Billinton N, Lynch AM, Harvey JS, Rees RW, Walmsley RM. Analysis of 75 marketed pharmaceuticals using the GADD45a-GFP 'GreenScreen HC' genotoxicity assay. Mutagenesis 2009;24(5):455-63.

Havu N, Mattsson H, et al: Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion 1990;45:189-195.

Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW, de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 2019 Apr;76(4):250-258.

Hill A: "The Environment and Disease: Association or Causation?". Proceedings of the Royal Society of Medicine 1965; 58: 295–300.

Houben GM, Hooi J, et al: Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prevent 1996;5(S1):83-87.

Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208.

Human Protein Atlas. https://www.proteinatlas.org

IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. 1987.

IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Some N-Nitroso Compounds. Volume 17. 1978

IARC Monographs on the Identification of Carcinogenic Hazards to Humans Premable. 2019

Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf. 2021 Mar;44(3):361-371.

Jakszyn P, Bingham S, et al: Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the EPIC-EURGAST study. Carcinogenesis 2006;27:149701501.

Jakszyn P, Gonzalez CA, et al: Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the EPIC. Cancer Epi Biomarkers Prev 2011;20:555=559.

Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen. 2021 Jun;62(5):293-305.

Kaina B, Christmann M, Naumann S, Roos WP. MGMT: key node in the battle against genotoxicity, carcinogenicity and apoptosis induced by alkylating agents. DNA Repair (Amst). 2007 Aug 1;6(8):1079-99.

Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology. 2021 Apr;160(5):1856-1859.e5.

Keszei AP, Goldbohm RA, et al: Dietary N-nitroso compounds, endogenous nitrosation and the risk 9of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. Am J Clin Nutr 2013;97:135-146.

Kim SM, Lee S, Hong JY, Ko I, Kim JY, and Kim D-K. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare. 2021, 9, 1071

Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther. 2021 Sep;54(5):606-615.

King FJ, Searle AD, Urquhart MW. Ranitidine - investigations into the root cause for the presence of N-nitroso-N,N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products. Org Process Res Dev 2020:0c00462.

Knekt P, Jarvinen R, et al: Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: A follow-up study. Int J Cancer 1999;80:852-856.

Koppang N:P Dimethylnitrosamine – formation in fish meal and toxic effects in pigs. Am J Pathol 1974;74:95-108.

Krawczynski M, Ignys I, et al: Nitrozamines in children with chronic gastritis. Pediatria Polskja 2002:217-226.

Krstev S, Dosemeci M, Lissowska J, Chow WH, Zatonski W, Ward MH. Occupation and risk of stomach cancer in Poland. Occup Environ Med. 2005 May;62(5):318-24.

Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci. 2021 Apr 15.

Larsson SC, Bergkvist L, et al: Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. Int J Cancer 2006;118:915-919.

La Vecchia C, D'Avanzo B, et al: Nitrosamine intake and gastric cancer risk. European J Cancer Prevent 1995;4:469-474.

Lijinsky W, Kovatch RM, et al: Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters. Cancer Res 1987;47:3968-3972.

Lijinsky W, Reuber MD: Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. Cancer Letters 1984;22:83-88.

Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-nitrosodimethylamine. World Health Organization; 2002.

Liu P, McMeramin UC, et al: Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. British J Cancer 2020.

Loh YH, Jakszyn P, et al: N-nitroso compounds and cancer incidence: The EPIC-Norfolk Study. Am J Clin Nutr 2011;93:1053-1061.

Martelli A, Fugassa E, et al: Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. Mutation Res 1983;122:373-376.

Matsuda J, Hinuma K, et al: N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2 receptor antagonists. Gastroenterol Jpn 1990;25:162-168.

Maura A, Pino A, et al: DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicolog Letters 1983;18:97-102.

McConnell EL, Basit AW, Murdan S. Measurements of rat and mouse gastrointestinal pH, fluid and lymphoid tissue, and implications for in-vivo experiments. J Pharm Pharmacol. 2008 Jan;60(1):63-70.

McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021a Apr;71(Pt A):101880.

McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med. 2021b Jan 26;19(1):22.

McGwin G. The association between ranitidine use and gastrointestinal cancers. Cancers 2021, 13, 24.

Michaud DS, Mysliwiec PA, et al: Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epi, Biomarkers & Prevention 2004;13:250-254.

Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. Cancer Lett. 1995 Jun 29;93(1):17-48.

Morris DL, Youngs D, et al: Mutagenicity in gastric juice. Gut 1984;25:723-727.

Nakatsuru Y, Matsukuma S, Nemoto N, Sugano H, Sekiguchi M, Ishikawa T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proc Natl Acad Sci U S A. 1993 Jul 15;90(14):6468-72.

NAS-NRC (National Academy of Sciences-National Research Council). Nutrient Requirements of Laboratory Animals, Fourth Revised Edition, 1995.

Nishimura M, Yaguti H, Yoshitsugu H, Naito S, Satoh T. Tissue distribution of mRNA expression of human cytochrome P450 isoforms assessed by high-sensitivity real-time reverse transcription PCR. Yakugaku Zasshi. 2003 May;123(5):369-75.

Nørgaard M, Andersen IT, Heide-Jørgensen U, Erichsen R, Rees JR, Karagas MR, Sorensen HT. Ranitidine and risk of bladder and kidney cancer: a population based cohort study. Cancer Epidemiol Biomarkers Prev. 2021 Oct 14:cebp.0737.2021

NRC (National Research Council). Risk Assessment in the Federal Government: Managing the Process (1983).

NTP (National Toxicology Program). 2021. Report on Carcinogens - Introduction. 15th ed. https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html

NTP (National Toxicology Program). 2021. Report on Carcinogens - NDMA. 15th ed. https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html

O'Connor HJ, Riley SE, et al: Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice. Mutation Res 1987;188:201-208.

Okumura K, Morita T, et al: Ranitidine hydrochloride. 1984;28:163-169.

OSHA. OSHA Occupational Chemical Database N-Nitrosodimethylamine. https://www.osha.gov/chemicaldata/459

Ozhan G, Alpertunga B: Genotoxic activities of drug-nitrite interaction products. Drug and Chem Toxicol 2003;26:295-308.

Palli D, Russo A, et al: Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. Cancer Causes and Control 2001;12:163-172.

Pegg AE. Metabolism of N-nitrosodimethylamine. IARC Sci Publ. 1980;(27):3-22.

Pegg AE, Perry W. Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat. Cancer Res. 1981 Aug;41(8):3128-32.

Pegg AE, Roberfroid M, von Bahr C, Foote RS, Mitra S, Bresil H, Likhachev A, Montesano R. Removal of O6-methylguanine from DNA by human liver fractions. Proc Natl Acad Sci U S A. 1982 Sep;79(17):5162-5.

Penston JG: Medical events occurring in patients with duodenal ulcer disease during maintenance treatment with ranitidine. Scand J Gastroenterol 1990;25S177:87-97.

Peto R, Gray R, et al: Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Res 1991;51:6452-6469.

Peto R, Gray R, et al: Effects of 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: A detailed dose-response study. Cancer Res 1991;51:6415-6451.

Peto R, Gray R, et al: Nitrosamine carcinogenesis in 5120 rodents: Chronic administration of 16 different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats with parallel studies of NDEA alone of the effect of age of starting 93,6 or 20 weeks) and of species (rats, mice or hamsters) IARC Sci Publ 1984;57:627-666.

Pobel D, Riboli E, et al: Nitrosamine, nitrate and nitrite in relation to gastric cancer: A case-control study in Marseille, France. Eur J Epidemiology 1995;11:67-73.

Pottegård A, Friis S, Christensen Rd, Habel LA, Gagne JJ, Hallas J. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine 2016 May;7:73-9. [

Pottegard A, Kristensen KB, et al: Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. Br Med J 2018;362:1-14.

Poynter D, Pick CR, et al: Evaluation of ranitidine safety. In Misiewicz JJ, Wormsley KG, eds. The Clinical Use of Ranitidine. Oxford: Medicine Publishing Foundation 1982:49-57.

Reed PI, Summers K, et al: Effect of ranitidine (RAN) treatment of intragastric bacteria, nitrite and N-nitroso compounds. Abstracts of papers submitted to the American Gastroenterological Association. May 1985:1551.

Reeves PG. Components of the AIN-93 diets as improvements in the AIN-76A diet. J Nutr. 1997 May;127(5 Suppl):838S-841S.

Risch HA, Jain M, et al: Dietary factors and the incidence of cancer of the stomach. Am J Epi 1985;122:947-960.

Rogers MAM, Vaughan TL, et al: Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epi, Biomarks & Preven 1995;4:29-36.

Sentinel Modular Program Report: Ranitidine Drug Utilization Patterns, Report 1

Sentinel Modular Program Report: Ranitidine Drug Utilization Patterns, Report 2

Song P, Wu L, et al: Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A Meta-analysis. Nutrients 2015;7:9872-9895.

Skipper PL, Tomera JF, Wishnok JS, Brunengraber H, Tannenbaum SR. Pharmacokinetic model for N-nitrosodimethylamine based on Michaelis-Menten constants determined with the isolated perfused rat liver. Cancer Res. 1983 Oct;43(10):4786-90.

Sofuni T, Hayashi M, Nohmi T, Matsuoka A, Yamada M, Kamata E. Semi-quantitative evaluation of genotoxic activity of chemical substances and evidence for a biological threshold of genotoxic activity. Mutat Res. 2000 Jan 3;464(1):97-104.

Souliotis VL, Chhabra S, Anderson LM, Kyrtopoulos SA. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. Carcinogenesis. 1995 Oct;16(10):2381-7.

Spurling NW, Selway SAM, et al: An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Human Toxicol 1989;8:23-32.

Straif K, Keil U, Taeger D, Holthenrich D, Sun Y, Bungers M, Weiland SK. Exposure to nitrosamines, carbon black, asbestos, and talc and mortality from stomach, lung, and laryngeal cancer in a cohort of rubber workers. Am J Epidemiol. 2000 Aug 15;152(4):297-306.

Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal. 2009 Dec 1;22(Suppl 1):S42-S47.

Tan MC, El-Serag HB, et al: Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 2018;48:469-477.

Terao K, Aikawa T, et al: A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats. Fd Connect Toxicol 1978;16:591-596. Pergamon Press Ltd. Great Britain

Terracini B, Magee PN, Barnes JM. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br J Cancer. 1967 Sep;21(3):559-65.

Terracini B, Testa MC, et al: The effects of long-term feeding of DDT to BALB/c mice. Int J Cancer 1973;11:747-764.

Thomas JM, Misiewicz JJ, et al: Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut 1987;28:726-738.

Thomas AD, Fahrer J, Johnson GE, Kaina B. Theoretical considerations for thresholds in chemical carcinogenesis. Mutat Res Rev Mutat Res. 2015 Jul-Sep;765:56-67.

Thorgeirsson UP, Dalgard DW, et al: Tumor incidence in a chemical carcinogenesis study of nonhuman primates. Reg Tox and Pharmacol 1994;19:130-151.

Tran KT, McMenamin UC, et al: Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther 2018;48:55-64.

Walters CL, Gillatt PN, Palmer RC, Smith PL, Reed PI. Nitrosation of drugs under in-vivo conditions. IARC Sci Publ. 1987;(84):351-4.

WHO. Guidelines for Drinking-Water Quality: NDMA. Third Edition including 1st and 2nd addenda. 2008.

Wiltse JA, Dellarco VL. U.S. Environmental Protection Agency's revised guidelines for carcinogen risk assessment: evaluating a postulated mode of carcinogenic action in guiding dose-response extrapolation. Mutat Res. 2000 Jan 3;464(1):105-15.

World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and bladder cancer. Revised 2018.

World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and esophageal cancer. Revised 2018.

World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and liver cancer. Revised 2018.

World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and pancreatic cancer. Revised 2018.

World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and stomach cancer. Revised 2018.

Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med. 2021 Jan 5;10(1):153.

Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. Toxicol Sci. 2010 Jul;116(1):323-35. doi: 10.1093/toxsci/kfq093. Epub 2010 Mar 29.

Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. doi: 10.1021/acs.est.5b04254. Epub 2015 Nov 5. Erratum in: Environ Sci Technol. 2021 Apr 20;55(8):5602.

Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. doi: 10.1093/carcin/bgw034. Epub 2016 Mar 18. Retraction in: Carcinogenesis. 2021 Jul 16;42(7):1008.

Zheng J, Stuff J, et al: Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis 20019;40:254-262.

CAR009 (PATH/81/269). "Ranitidine Hydrochloride: 2 year oral tumorigenicity study in mice." GSKZNDAA0000012654

CAR010 (PATH/80/247). "Ranitidine Hydrochloride: 114 week oral tumorigenicity study in mice." GSKZNDAA0000012937

A&H88/801075. "Ranitidine Hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks)." GSKZNDAA0000013235

Validation of the carcinogenicity studies performed with ranitidine. NDA 18-703. GSKZNDAA0000001680.

IND 17004 Vol 1. GSKZINDA0000000001

SAD098 (WPT/89/196). "Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, once daily, oral administration to Beagles, for 397 weeks, of doses equivalent to 50 mg ranitidine/kg." GSKZINDC0000000846

SAD112 (WPT/89/306). "Ranitidine hydrochloride (H2 receptor antagonist): the effect of repeated, twice daily, oral administration to beagles for 372 weeks, of doses equivalent to 5mg ranitidine/kg." GSKZINDC0000001058

WPT/94/381. "Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomach of rats (Study No. R13529)." GSKZINDA0000051942

WPT/93/122. "GR122311X: Oral (dietary) oncogenicity study in mice." GSKZNDAL0000091418

WPT/93/096. "GR122311X: Oral (dietary) oncogenicity study in rats." GSKZNDAL0000097439

WPT/93/201. "GR122311X: Oral (dietary) oncogenicity study in mice." Volume 1: GSKZAN0000368567; Volume 2: GSKZAN0000705948; Volume 3: GSKZAN0000914868; Volume 4: GSKZAN0000915306; Volume 5: GSKZAN0000915610; Volume 6: GSKZAN0000368845

PATH/77/153. GSKZINDA0000001223

PATH/78/171. "N-oxide of AH19065 (AH20199) mutagenicity testing." GSKZNDAD0000001139

PATH/78/172. "AH19065 (base) and its S-oxide AH20319 mutagenicity testing." GSKZNDAD0000001148

PATH/80/240. "Further mutagenicity studies on rantidine (AH19065) and on its N-oxide (AH20199) and S-oxide (AH20319)." GSKZAN0000282822

D1031. "Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity." GSKZNDAA0000014733

RA/10/80. "Tests on ranitidine, its metabolites in man, and its nitrosation products, for mutagenic activity in micro-organisms." GSKZINDA0000008562

PATH/79/229. "Ranitidine Hydrochloride: The effects of ranitidine hydrochloride in male germ cells - a dominant lethal assay." GSKZNDAA0000015349

WPT/83/037. "A Cytogenetic Study in the Spermatogonial Cells of Mice following Oral Administration of Ranitidine." GSKZAN0000931154

WPT/83/055. "Mutagenicity Testing on AH 19065 (Base) using Two Different Yeast Assays. (Gene Conversion Assay, Forward Mutation Assay CAN S-Can R)." GSKZAN0000290610

WPT/83/056. "In Vivo Cytogenetic Evaluation of AH 19065 (Ranitidine Assays)." GSKZAN0000292401; GSKZAN0002772111.

WPT/86/029. "Sex-Linked Recessive Lethal Study on AH19065 HC1 (Ranitidine) Using Drosophila Melanogaster." GSKZAN0000931137

WPT/90/079. "An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay." GSKZNDAA0000205884

WPT/90/065. "An evaluation of the potential genotoxicity of selected Ha-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. - preliminary report." GSKZAN0000292197

WPT/90/158. "An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay; plus the effects of loxtidine and omeprazole on serum gastrin levels." GSKZAN000060292211

PATH/79/220. "Mutagenicity studies on the nitrosation products of AH19065 and AH22216. (Liquid and agar assays)." GSKZAN00002292368

PATH/79/224. “Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products.” GSKZAN0000917196; GSKZAN0000917222

PATH/80/235. “(III) Nitrosation of ranitidine: Further mutagenicity studies.” GSKZAN0000986964.

D164. “The reaction between ranitidine and nitrous acid: the mutagenic potential of the reaction products.” GSKZNDAA0000014773

PATH/78/192. “Mutagenicity testing of the chemical intermediates of AH 19065.” GSKZNDAD0000001160

WPT/82/086. “Microbial Mutagenicity Screen on GR 31159X (N-methy1-1- (methylthio)-2 nitroethenamine, a Potential Intermediate in the Synthesis of Ranitidine.” GSKZAN0000369554

PATH/80/230. “Mutagenicity testing on various batches of 'bis-s-methyl' compound (AH22022X), an intermediate in the synthesis of AH19065.” GSKZAN0000917266

PATH/81/314. “Mutagenicity testing on: 1) 26 batches of AH 22022X (BIS-S-METHYL) 2) Samples derived from the purification of the mutagenic impurity within AH 22022X.” GSKZAN0000917248

WPT/83/051. “Microbial mutagenicity screen: GR 35178X (Ranitidine contaminant).” GSKZAN0000917283

WPT/90/290. “Microbial mutagenicity screen of GR1223117X.” GSKZNDAL0000105275

WPT/91/276. “GR122311X: Screen for mutagenic activity in the mouse lymphoma L5178Y/TK+/- assay (V12784).” GSKZNDAL0000105434

WPT/91/277. Preliminary report of WPT/91/276. GSKZNDAL0000105495

WPT/90/411. “GR122311X: Cytogenetic evaluation using cultured human lymphocytes: V11765.” GSKZNDAL0000105362

WPT/90/176. Preliminary report of WPT/90/411. GSKZNDAL0000105406

WPT/89/335. “GR122311X: Micronucleus test in the PVG rat after oral administration: R12011.” GSKZNDAL0000105522

WPT/90/407. “GR122311X: In vivo Stomach UDS assay in male PVG rats.” GSKZNDAL0000105556

WPT/91/247. Preliminary report of WPT/90/407. GSKZNDAL0000105553

CR/295/79. “Nitrosation of Ranitidine.” GSKZAN0000290568

CR/368/81. "Ranitidine Nitrosation." GSKZAN000290552

BIO/80/11. "Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man." GSKZAN0000369530

GSK. "A Brief Account of the Nitrosation of Cimetidine, Ranitidine and Tiotidine and the Possible Toxicological Significance of the Reaction Products." GSKZAN0000243053

WBP/82/011. "The determination of N-nitrosdimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite." GSKZAN0000230102

SKF 1982. The formation of N-nitrosodimethylamine from ranitidine and other marketed drugs. GSKZAN0003535392.

2015N264356. GSKZAN0000444847

GSK RCA (2020). GSKZAN0000051927

BIO/81/23. "The isolation and identification of FRM, a minor metabolite of ranitidine produced in animal species." GSKZNDAA0000010714

WMH/85/013. "A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man." GSKZAN0000369313

FDA's Pharmacologist Review of NDA 18-703

FDA's Summary Basis of Approval of NDA 18-703. GSKZAN0000012672.

WAP/86/006. GSKZAN0001945403

Harvey Dep. Ex. 4716. GSKZAN0002598574

Tox 17. GSKZAN0003567709

Tox 18. GSKZAN0003567699

Tox 19. GSKZAN0003567701

Tox 20. GSKZAN0003567694

Tox 21. GSKZAN0003567697

Tox 22. GSKZAN0003567704

Braunstein deposition (10/25/2021)

Expert report of Dr. Davis (01/24/2022)

Expert report of Dr. Le (01/24/2022)

Expert report of Dr. Marlettan (01/24/2022)

Expert report of Dr. McTiernan (01/24/2022)

Expert report of Dr. Melnick (01/24/2022)

Expert report of Dr. Michaels (01/24/2022)

Expert report of Dr. Moorman (01/24/2022)

Expert report of Dr. Najafi (01/24/2022)

Expert report of Dr. Panigrahy (01/24/2022)

Expert report of Dr. Phiroz (01/24/2022)

Expert report of Dr. Salmon (01/24/2022)

Expert report of Dr. Zeiger (01/24/2022)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

BENJAMIN HATTEN, PH.D.

# Exhibit A
# Curriculum Vitae

# CURRICULUM VITAE

| NAME | Benjamin W. Hatten, MD MPH | DATE | 11/28/2021 |
|---|---|---|---|

## I. PRESENT POSITION AND ADDRESS


**Academic Rank:** Associate Professor

**Department:**
Section of Medical Toxicology,
Department of Emergency Medicine &
Division of Clinical Pharmacology and Toxicology,
Department of Medicine
University of Colorado School of Medicine

**Professional Addresses:**

University of Colorado School of Medicine
Anschutz Medical Campus
Department of Emergency Medicine
Leprino Building, 7th Floor
Campus Box B-215
12401 E. 17th Avenue
Aurora, CO 80045
Office: 720-848-6867
Fax: 720-848-7374

Toxicology Associates
26 W Dry Creek Circle
Suite 325
Littleton, CO 80120
Office: 720-477-2500
Fax: 720-598-0409

Rocky Mountain Poison and Drug Safety
777 Bannock Street
MC 0180
Denver, CO 80204
Office: (303) 389-1100

**E-Mail Addresses:** benjamin.hatten@cuanschutz.edu

## II. EDUCATION

UNDERGRADUATE

| | |
|---|---|
| 1998 – 2002 | Bachelor of Arts<br>Hendrix College<br>Conway, Arkansas |

MEDICAL SCHOOL

| | |
|---|---|
| 2002 – 2006 | Doctor of Medicine<br>University of Texas-Southwestern Medical School<br>Dallas, Texas |

GRADUATE EDUCATION

| | |
|---|---|
| 2011- 2013 | Master of Public Health<br>Epidemiology and Biostatistics Track<br>Oregon Master of Public Health Program<br>Oregon Health and Science University<br>Portland, Oregon |

INTERNSHIP/RESIDENCY:

| | |
|---|---|
| 2006 – 2010 | Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |

FELLOWSHIP:

| | |
|---|---|
| 2011- 2013 | Medical Toxicology Fellowship<br>Oregon Health and Science University<br>Portland, Oregon |

## III. ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2010-2011 | Clinical Instructor of Emergency Medicine &<br>Attending Physician<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2010-2011 | Attending Physician<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |

| | |
|---|---|
| 2011-2013 | Attending Physician<br>Department of Emergency Medicine<br>Portland Veterans Affairs Medical Center<br>Portland, Oregon |
| 2011-2014 | Adjunct Assistant Professor of Emergency Medicine & Attending Physician<br>Department of Emergency Medicine<br>Oregon Health and Science University<br>Portland, Oregon |
| 2013-Present | Faculty<br>University of Colorado School of Public Health<br>Aurora, Colorado |
| 2013-Present | Consulting Attending Physician<br>Department of Emergency Medicine<br>Children's Hospital of Colorado<br>Aurora, Colorado |
| 2013-Present | Consulting Attending Physician<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2013-Present | Attending Physician & Medical Toxicologist<br>Rocky Mountain Poison and Drug Center<br>Denver, Colorado |
| 2013-2014 | Clinical Instructor & Attending Physician<br>Department of Emergency Medicine<br>Department of Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2014-Present | Assistant Professor<br>Department of Emergency Medicine<br>Department of Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |

**IV: NON-ACADEMIC PROFESSIONAL POSITIONS**

POSITION

| | |
|---|---|
| 2008 | Physician<br>Nextcare Urgent Care<br>Aurora, Colorado |
| 2008-2010 | Physician<br>Lone Tree Acute Care Center<br>Lone Tree, Colorado |
| 2009 | Physician<br>ResortMed<br>Aspen, Colorado |
| 2009-2011 | Emergency Physician<br>EmCare<br>Dallas, TX |
| 2013-2014 | Emergency Physician<br>Emergency Physicians at Porter Hospitals<br>Englewood, Colorado |
| 2013-Present | Medical Toxicologist<br>Toxicology Associates<br>Denver, Colorado |

HOSPITAL PRIVILEGES

| | |
|---|---|
| 2009-2010 | Emergency Physician<br>St. Thomas More Hospital<br>Canon City, Colorado |
| 2009-2011 | Emergency Physician<br>Prowers Medical Center<br>Lamar, Colorado |
| 2013-2014 | Emergency Physician<br>Castle Rock Adventist Hospital<br>Castle Rock, Colorado |
| 2013-2014 | Emergency Physician<br>Parker Adventist Hospital<br>Parker, Colorado |
| 2013-2014 | Emergency Physician |

| | |
|---|---|
| | Porter Adventist Hospital<br>Denver, Colorado |
| 2013-2014 | Emergency Physician<br>Littleton Adventist Hospital<br>Littleton, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Porter Adventist Hospital<br>Denver, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Littleton Adventist Hospital<br>Littleton, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Swedish Medical Center<br>Englewood, Colorado |
| 2019-Present | Medical Toxicology Consultant<br>UCHealth Highlands Ranch Hospital<br>Highlands Ranch, Colorado |

**V. HONORS**

| | |
|---|---|
| 2013 | Alpha Omega Alpha Honor Society |
| 2018 | Fellow of the American College of Emergency Physicians (FACEP) |
| 2020 | Fellow of the American College of Medical Toxicology (FACMT) |

**VI. MEMBERSHIPS**

| | |
|---|---|
| 2002 – Present | American Medical Association<br>Positions Held:<br>President, UT-SW Chapter<br>Alternate Delegate, House of Delegates |
| 2002-2006 | Texas Medical Association<br>Positions Held:<br>President, UT-SW Chapter |

| | |
|---|---|
| 2002-2006 | Emergency Medicine Student's Association<br>Positions Held:<br>President, UT-SW Chapter<br>Liaison, Emergency Medicine Residents' Association |
| 2003 – Present | American College of Emergency Physicians<br>Positions Held:<br>Chair, Excited Delirium Task Force<br>Member, Clinical Policies Committee<br>Member, Academic Affairs Committee<br>Member, Trauma and Injury Prevention Section<br>Member, Toxicology Section |
| 2003 – Present | Emergency Medicine Residents' Association<br>Positions Held:<br>Representative, ACEP Clinical Policies Committee<br>Representative, ACEP Academic Affairs Committee<br>Liaison, UT-SW Emergency Medicine Interest Group |
| 2006 – Present | Society for Academic Emergency Medicine |
| 2006 – 2011<br>2013-Present | Colorado Chapter<br>American College of Emergency Physicians |
| 2006 – 2011 | Colorado Medical Society |
| 2011-2013 | Oregon Chapter<br>American College of Emergency Physicians |
| 2011-2013 | Oregon Medical Society |
| 2011-Present | American Academy of Clinical Toxicology |
| 2011-Present | American College of Medical Toxicology |

**VII. SERVICE**

ORGANIZATIONS

INTERNATIONAL

| | |
|---|---|
| 2016-present | Voting Group Member & Methodologist<br>Clinical Toxicology Recommendations<br>Collaboration: QT prolongation<br>AACT/EAPCCT joint guideline |

NATIONAL

| | |
|---|---|
| 2003 | Alternate Delegate<br>Texas Delegation<br>House of Delegates<br>American Medical Association<br>Chicago, Illinois |
| 2007 – 2008 | Member<br>Academic Affairs Committee<br>American College of Emergency Physicians<br>Irving, Texas |
| 2008 – 2010<br>2014-Present | Member<br>Clinical Policies Committee<br>-Procedural Sedation Subcommittee (2012-2014)<br>-TIA Subcommittee (2014-2016)<br>-Opioid Subcommittee Chair (2016-2020)<br>-Process Working Group Chair (2020-Present)<br>American College of Emergency Physicians<br>Irving, Texas |
| 2011-2012 | Working Group Member<br>Developing an Education Research Consortium<br>Consensus Conference<br>Society for Academic Emergency Medicine |
| 2018-2019 | Emergency Medicine Representative<br>Antibiotics Guideline Panel<br>American Dental Association |
| 2018-2019 | Emergency Medicine Representative<br>Small Bowel Obstruction<br>Appropriateness Criteria<br>American College of Radiology |
| 2018-present | Emergency Medicine Representative |

| | |
|---|---|
| | Workup of Pleural Effusion or Pleural Disease<br>Appropriateness Criteria<br>American College of Radiology |
| 2020-2021 | Chair<br>Excited Delirium Task Force<br>American College of Emergency Physicians<br>Irving, Texas |

REGIONAL

| | |
|---|---|
| 2010-2011 | Annual Meeting Planning Committee Member<br>Western Regional Society of Academic Emergency Medicine<br>Co-Director Back Bowls Trivia |

DEPARTMENTAL

| | |
|---|---|
| 2006 – 2007<br>2017-Present | Member<br>Wellness Committee<br>Residency in Emergency Medicine<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2008 – 2010 | Member<br>Compliance Committee<br>Residency in Emergency Medicine<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2014-present<br>2018-present | Faculty Member<br>Secondary Reviewer<br>Case Review Committee<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2016 | Member<br>Zoning and Staffing RPM<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |

| | |
|---|---|
| 2017-Present | Member<br>Clinical Competency Committee: PGY3<br>Denver Health Residency in Emergency Medicine<br>Denver, Colorado |
| 2016-2017 | Member<br>Incentive Revision Committee<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2017-Present | Member<br>Art Chaos Ethics and Science (ACES)<br>Residency in Emergency Medicine<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2018-Present | Medication Assisted Therapy (MAT) Provider<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2021 | Member<br>Staffing RPM<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |

PUBLICATIONS/WORK PRODUCTS
QUALITY ASSURANCE PROJECTS

1. **Hatten B.** Emergency Department Thoracotomies: 2008-2009. Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2010.

CLINICAL PROTOCOLS

1. **Hatten B**. Methotrexate Policy. Oregon Poison Center, Oregon Health and Science University. 2012.

2. **Hatten B.** Lowenstein S. Syncope Pathway. Department of Emergency Medicine, University of Colorado School of Medicine. 2016

3. **Hatten B.** Lowenstein S. Low Back Pain Pathway. Department of Emergency Medicine, University of Colorado School of Medicine. 2016

ADMINISTRATION

1. Emergency Medicine Coding Matrix. 2015.

PUBLIC EVENTS

MEDIA INTERACTIONS

| | |
|---|---|
| February 16, 2012 | Arsenic in baby formula and energy foods<br>Video Interview.<br>KOIN Channel 6 News.<br>Portland, Oregon. |
| February 1, 2017 | A swig of hydrogen peroxide — promoted by alternative-health devotees — can kill you<br>Print Interview<br>Washington Post<br>Washington, DC |
| February 3, 2017 | Cleansing Benefits from Peroxide?<br>Video Interview<br>KCWY Channel 13 News<br>Casper, WY |
| February 9, 2017 | Drinking peroxide as 'natural' cure leads to dangerous blood clots<br>Interview<br>HealthDay<br>New York, NY |
| February 20, 2017 | Ingesting hydrogen peroxide can be fatal, researchers say<br>Interview<br>CNN<br>Atlanta, GA |

COMMUNITY OUTREACH

| | |
|---|---|
| October 17, 2012 | Designer Drugs<br>Expert Panel<br>Multnomah County Health Department<br>Portland, Oregon |

| | |
|---|---|
| 2017-2019 | Exposure Protocol<br>Denver Zoo<br>Denver, CO |

**VIII. LICENSURE & CERTIFICATIONS**

LICENSES

| | |
|---|---|
| 2007 – Present | Unrestricted Medical License<br>State of Colorado<br>License Number Available Upon Request<br>Expires 04/30/2021 |
| 2011- Present | Unrestricted Medical License<br>State of Oregon<br>License Number Available Upon Request<br>Expires 12/31/2023 |

CERTIFICATIONS

| | |
|---|---|
| 2007 – Present | Controlled Substance Registration Certificate & X-waiver<br>United States Department of Justice<br>Drug Enforcement Administration<br>License Number Available Upon Request<br>Expires 10/31/2022 |
| 2011-Present | Emergency Medicine Board Certification<br>American Board of Emergency Medicine<br>License Number Available Upon Request<br>Expires 12/2026 |
| 2014-Present | Medical Toxicology Board Certification<br>American Board of Emergency Medicine<br>License Number Available Upon Request<br>Expires 12/2024 |

**IX. INVENTIONS/PATENTS**

N/A

**X. REVIEW/REFEREE WORK**

JOURNAL PEER REVIEWER

| | |
|---|---|
| 2013-Present | *Clinical Toxicology* |
| 2013-Present | *Journal of Medical Toxicology* |
| 2015-2016 | *EM Practice* |
| 2015-Present | *Academic Emergency Medicine* |

GUIDELINE PEER REVIEWER

1. 2011 ACCF/AHA Focused Update of the Guidelines for the Management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction (Updating the 2007 Guideline) A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Wright RS, Anderson JL, Adams CD, Bridges CR, Casey DE Jr, Ettinger SM, Fesmire FM, Ganiats TG, Jneid H, Lincoff AM, Peterson ED, Philippides GJ, Theroux P, Wenger NK, Zidar JP.
   *J Am Coll Cardiol.* 2011 Mar 23.
   *Circulation.* 2011 Mar 28.

2. ACOEM practice guidelines: opioids for treatment of acute, subacute, chronic, and postoperative pain. Hegmann KT, Weiss MS, Bowden K, Branco F, DuBrueler K, Els C, Mandel S, McKinney DW, Miguel R, Mueller KL, Nadig RJ, Schaffer MI, Studt L, Talmage JB, Travis RL, Winters T, Thiese MS, Harris JS; American College of Occupational and Environmental Medicine.
   *J Occup Environ Med.* 2014 Dec;56(12):e143-59.

**XI. INVITED PRESENTATIONS**

RESEARCH PRESENTATIONS
INTERNATIONAL:

| | |
|---|---|
| 2014 | Factors associated with prehospital naloxone use in the United States: 2010.<br>Poster Presentation<br>34th International Congress of the European Association of Poisons Centres and Clinical Toxicologists (EAPCCT)<br>Brussels, Belgium |
| 2015 | Toxic exposures in young children resulting in tracheal intubation<br>Oral and Poster Presentations<br>35th International Congress of the European |

Association of Poisons Centres and Clinical Toxicologists (EAPCCT)
St. Julian's, Malta

2015 | Outcomes Following Nerve Agent Exposure Reported in the ToxIC Registry
Poster Presentation
8th Mediterranean Emergency Medicine Congress
Rome, Italy

2015 | Outcomes Following Brodifacoum Exposure Reported in the ToxIC Registry (2010-2013)
Oral Presentation
8th Mediterranean Emergency Medicine Congress
Rome, Italy

2015 | Outcomes Following Cyanide Exposure Reported in the ToxIC Registry (2010-2013)
Oral Presentation
8th Mediterranean Emergency Medicine Congress
Rome, Italy

2017 | Plant and fungi exposures reported to the Toxicology Investigators Consortium (ToxIC)
Poster Presentation
North American Congress of Clinical Toxicology
Vancouver, Canada

2018 | Racial and ethnic characteristics in cases of intentional pharmaceutical exposure with concern for toxicity.
Poster Presentation.
38th International Congress of the European Association of Poison Centres and Clinical Toxicologists (EAPCCT)

2018 | Kratom: natural painkiller or herbal enemy?
Poster Presentation.
38th International Congress of the European Association of Poison Centres and Clinical Toxicologists (EAPCCT)

2019 | Back pain and muscle stiffness: a case of

valbenazine-associated neuroleptic malignant syndrome
Poster Presentation.
39th International Congress of the European Association of Poison Centres and Clinical Toxicologists (EAPCCT)

NATIONAL PRESENTATIONS:

2004 — Can Midlevel Providers Perform Ultrasonography on Superficial Abscesses?
Poster Presentation
American College of Emergency Physicians Research Forum
San Francisco, California

2004 — A Prospective Study Comparing Standard Laryngoscopy to the Trachview Videoscope System for Orotracheal Intubation by Emergency Medicine Residents and Medical Students.
Poster Presentation
American College of Emergency Physicians Research Forum
San Francisco, California

2009 — Assessing Residency Review Committee Compliance with an Electronic Survey
Poster Presentation
Society for Academic Emergency Medicine Annual Meeting
New Orleans, Louisiana

2011 — Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales
Poster Presentation
Society for Academic Emergency Medicine Annual Meeting
Boston, Massachusetts

2011 — What Does Service Obligation" Or "Clinical Education" Mean?"
Poster Presentation
Council of Residency Directors

| | |
|---|---|
| | Academic Assembly<br>San Diego, California |
| 2011 | What Does Service Obligation" Or "Clinical Education" Mean?"<br>Poster Presentation<br>Society for Academic Emergency Medicine Annual Meeting<br>Boston, Massachusetts |
| 2012 | The Spatial Epidemiology of Toxic Mushroom Ingestions in the United States: 2001-2011<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology Annual Meeting<br>San Diego, California |
| 2012 | Characteristics of Salicylate Poisoned Patients with an Elevated INR<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology Annual Meeting<br>San Diego, California |
| 2012 | Change in Major Trauma Following a Law to Allow Expansion of Alcohol Sales<br>Poster Presentation<br>American College of Medical Toxicology Annual Meeting<br>San Diego, California |
| 2012 | Change in Ethanol Related Visits and Alcohol Withdrawal Visits to the Emergency Department Following a Law to Allow Expansion of Alcohol Sales<br>Poster Presentation<br>Society for Academic Emergency Medicine Annual Meeting<br>Chicago, Illinois |
| 2012 | The epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011.<br>Platform Presentation |

| | |
|---|---|
| | North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Arginine Hydrochloride overdose in an infant.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Severe pediatric lead toxicity after ingestion of three intact rifle cartridges.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei).<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Cinnamania: 15 seconds of internet fame, 3 days in the ICU.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency Department.<br>Poster Presentation<br>American College of Emergency Physicians<br>Research Forum<br>Denver, Colorado |
| 2013 | High Concentration Peroxide Ingestions: 2001-2011<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology<br>Annual Meeting<br>San Juan, Puerto Rico |
| 2013 | Major Bleeding Events in Salicylate Toxicity<br>Poster Presentation<br>American College of Medical Toxicology |

| | |
|---|---|
| | Annual Meeting<br>San Juan, Puerto Rico |
| 2013 | Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes<br>Oral Presentation<br>Society for Academic Emergency Medicine Annual Meeting<br>Atlanta, Georgia |
| 2013 | Outcomes following high concentration peroxide ingestions.<br>Platform Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |
| 2013 | Caustic injuries following high concentration peroxide ingestions: 2001-2011.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |
| 2013 | Utility of CT and HBO therapy following high concentration peroxide ingestions: 2001-2011.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |
| 2013 | What's the cost of better joints? move free advanced leading to hepatotoxicity.<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>Atlanta, Georgia |
| 2013 | Predictors of Coagulopathy and Hemorrhage in Salicylate Toxicity<br>Poster Presentation<br>American College of Emergency Physicians Research Forum<br>Seattle, Washington |
| 2014 | Aspirin and Fanconi syndrome: are there risk factors for its development? |

| | |
|---|---|
| | Poster Presentation<br>North American Congress of Clinical Toxicology<br>New Orleans, Louisiana |
| 2015 | Chemical Threat Agents Reported in the ToxIC Registry (2010-2013)<br>Poster Presentation<br>American College of Medical Toxicology Annual Meeting<br>Clearwater Beach, Florida |
| 2015 | Medical Toxicology Consult Service at a Tertiary Care Children's Hospital<br>Poster Presentation<br>American College of Medical Toxicology Annual Meeting<br>Clearwater Beach, Florida |
| 2015 | Prescription Opioid Exposures and Outcomes Among Older Adults<br>Oral Presentation<br>Society for Academic Emergency Medicine Annual Meeting<br>San Diego, California |
| 2015 | QRS Widening Associated with Quetiapine Toxicity<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>San Francisco, California |
| 2017 | Hydrogen Peroxide Exposures Reported to the Toxicology Investigators Consortium (ToxIC)<br>Poster Presentation<br>American College of Medical Toxicology Annual Meeting<br>San Juan, Puerto Rico |
| 2017 | Muscimol and ibotenic acid containing mushrooms exposures: US National Poison Data System 2001-2011<br>Poster Presentation<br>American College of Medical Toxicology |

| | |
|---|---|
| | Annual Meeting<br>San Juan, Puerto Rico |
| 2017 | Parenteral Lidocaine to Treat Symptomatic Nephrolithiasis<br>Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Orlando, Florida |
| 2018 | Monomethylhydrazine (MMH) Containing Mushroom Exposures: US National Poison Data System<br>Poster Presentation<br>American College of Medical Toxicology<br>Annual Meeting<br>Washington, District of Columbia |
| 2018 | ToxIC Extracorporeal Therapies SubRegistry: Update 2017<br>Poster Presentation<br>American College of Medical Toxicology<br>Annual Meeting<br>Washington, District of Columbia |
| 2019 | Racial and Ethnic Patterns of Intentional Overdose<br>Poster Presentation<br>American College of Medical Toxicology<br>Annual Meeting<br>San Francisco, California |
| 2019 | Brief Asystole in a Four-Year-Old Following Ingestion of Cannabis Edibles<br>Poster Presentation<br>American College of Medical Toxicology<br>Annual Meeting<br>San Francisco, California |
| 2019 | The ToxIC Sodium Bicarbonate Subregistry: Treatment Recommendations and Clinical Outcomes on Behalf of the ToxIC Investigators Consortium (ToxIC)<br>Poster Presentation |

| | |
|---|---|
| | North American Congress of Clinical Toxicology<br>Nashville, Tennessee |
| 2020 | Applications of Machine Learning Within Clinical Toxicology: a Review.<br>Poster Presentation<br>American College of Medical Toxicology<br>Annual Meeting<br>New York, New York (virtual) |
| 2020 | Outcomes of Hyperbaric Oxygen Treatment Following Hydrogen Peroxide Ingestion: A Systematic Review<br>Poster Presentation<br>North American Congress of Clinical Toxicology<br>San Francisco, California (virtual) |
| 2020 | Timing of embolic phenomena after hydrogen peroxide exposure: a systematic review<br>Oral and Poster Presentation<br>North American Congress of Clinical Toxicology<br>San Francisco, California (virtual) |
| 2020 | Evaluation of Parenteral Lidocaine for Nephrolithiasis-Induced Renal Colic in the ED.<br>Oral and Poster Presentation<br>Society for Critical Care Medicine<br>(virtual) |

REGIONAL PRESENTATIONS:

| | |
|---|---|
| 2011 | Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales<br>Lightening Oral Abstract Presentation<br>Society for Academic Emergency Medicine<br>Western Regional Meeting<br>Keystone, Colorado |

<u>SPEAKING ENGAGEMENTS/INVITED PROFESSORSHIPS</u>

INTERNATIONAL PRESENTATIONS:

| | |
|---|---|
| 2017 | Alpha-2 Agonist Toxicity<br>North American Congress of Clinical Toxicology |

Vancouver, Canada

NATIONAL PRESENTATIONS:

2008 Medical Student Symposium
Society for Academic Emergency Medicine
Annual Meeting
Washington, DC

2008 Suture Workshop
Keystone Nurse Practitioner Conference
Keystone, Colorado

2012 What's New at Alpha-2
American College of Medical Toxicology
National Teleconference

2013 Valproic Acid
ERCAST/EMCrit

2014 Hill Criteria and Causal Analysis
Western Fellows
Portland, Oregon

2015 Physostigmine
ERCAST/EMCrit

2015 The Mile High Club: The Effects of Marijuana
Legalization in Colorado
Society for Academic Emergency Medicine
Annual Meeting
San Diego, California

2017 Clinical Policy: Neuroimaging and Decision
Making in Adult Mild Traumatic Brain Injury in the Acute
Setting

Rocky Mountain Trauma and Emergency Medicine
Beaver Creek, Colorado

REGIONAL PRESENTATIONS:

2008 Altered Mental Status
Denver Fire Department CME
Denver, Colorado

| | |
|---|---|
| 2008 | Suture Workshop<br>Emergency Medicine Interest Group<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009 | Hyperthermia<br>Denver Fire Department CME<br>Denver, Colorado |
| 2009 | Hypothermia<br>Denver Fire Department CME<br>Denver, Colorado |
| 2009 | Environmental Emergencies<br>Denver Health Paramedic School<br>Denver, Colorado |
| 2018 | Clinical Policies: Seizures & Asymptomatic Hypertension<br>Colorado Association of Physicians Assistants<br>Copper Mountain, Colorado |

**XII. TEACHING RECORD**

PRESENTATIONS
UNDERGRADUATE/MEDICAL STUDENTS

| | |
|---|---|
| 2009, 2010 | Wilderness Envenomations<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2010, 2011 | Outdoor Sporting Activities<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Moab, Utah |
| 2010, 2011 | Envenomations<br>SURG 8031<br>Wilderness Medicine |

| | |
|---|---|
| | University of Colorado School of Medicine<br>Estes Park, Colorado |
| 2018 | Medical Toxicology Evaluation<br>EMED 6620<br>History of Pharmacology and Toxicology<br>University of Colorado School of Medicine<br>Aurora, Colorado |

GRADUATE STUDENTS/GRADUATE MEDICAL EDUCATION

| | |
|---|---|
| 2007 | Etomidate for RSI in Sepsis<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2008 | Wide Complex Tachycardia<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2008 | Heparin in ACS: A Question of Harm<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2009 | Morbidity and Mortality Conference<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2009 | Bad for Business: Public Policy and Injury Prevention<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2010 | Envenomations<br>Denver Health Residency in Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2011-2012 | Introduction to Toxicology |

| | |
|---|---|
| | Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2012 | Morbidity and Mortality Conference<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2012 | Rock n' Roll Toxicology<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2012 | Agitated Patient<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2012 | Severe Alcohol Withdrawal<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2013 | Envenomations<br>Emergency Medicine Residency<br>Oregon Health and Science University<br>Portland, Oregon |
| 2014, 2019 | Dermal Toxicology<br>Environmental and Occupational Toxicology 6616<br>University of Colorado School of Public Health<br>Aurora, Colorado |
| 2014, 2019 | Ophthalmic Toxicology<br>Environmental and Occupational Toxicology 6616<br>University of Colorado School of Public Health<br>Aurora, Colorado |
| 2015, 2018, 2020 | Aspirin and NSAIDS<br>Denver Health Residency in Emergency Medicine<br>University of Colorado School of Medicine<br>Denver, Colorado |

| | |
|---|---|
| 2015, 2018 | Digoxin (Cardiac Glycosides)<br>Denver Health Residency in Emergency Medicine<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2015, 2018, 2020 | Seizures<br>Denver Health Residency in Emergency Medicine<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2015 | Iron<br>Denver Health Residency in Emergency Medicine<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2017-2018 | Note Writing<br>Denver Health Residency in Emergency Medicine<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2017-Present (yearly) | Consultant Note Writing and Clinical Billing<br>Medical Toxicology Fellowship<br>Rocky Mountain Poison and Drug Safety<br>Denver Health Medical Center |
| 2017-Present (yearly) | Aspirin and NSAIDS<br>Medical Toxicology Fellowship<br>Rocky Mountain Poison and Drug Safety<br>Denver Health Medical Center |
| 2017-Present (yearly) | Causation<br>Medical Toxicology Fellowship<br>Rocky Mountain Poison and Drug Safety<br>Denver Health Medical Center |
| 2018 | Introduction to Clinical Toxicology<br>History of Pharmacology and Toxicology<br>University of Colorado School of Medicine<br>Aurora, Colorado |

EDUCATION POSITIONS

| | |
|---|---|
| 2007-2011 | Instructor<br>SURG 8006<br>MSIV Emergency Medicine Rotation<br>University of Colorado Hospital and<br>Denver Health Medical Center<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2008-2011 | Instructor<br>IDPT 7031<br>MSIII Emergency Medicine Rotation<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2011 | Instructor<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2011 | Instructor<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2010-2011<br>2013-Present | Preceptor<br>IDPT 6000<br>Foundations of Doctoring<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2011-2014 | Instructor<br>ETOX 709X<br>Medical Toxicology<br>Oregon Health & Science University School of Medicine<br>Portland, Oregon |
| 2013-Present | Attending Physician/Instructor<br>EMED 8004/8006<br>MSIV Emergency Medicine Rotations<br>University of Colorado Hospital and |

| | |
|---|---|
| | Denver Health Medical Center<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2013-Present | Attending Physician/Instructor<br>IDPT 7031<br>MSIII Emergency Medicine Rotation<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2013-Present | Attending Physician/Instructor<br>EMED 8024<br>Medical Toxicology<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2014-Present | Instructor/Lecturer<br>Environmental and Occupational Toxicology 6616<br>University of Colorado School of Public Health<br>Aurora, Colorado |
| 2017-Present | Instructor<br>EMED 6620<br>History of Pharmacology and Toxicology<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2017-Present | Developer and Lead Facilitator<br>Forensic Curriculum<br>Medical Toxicology Fellowship<br>Rocky Mountain Poison and Drug Center<br>Denver, Colorado |

ATTENDING DUTIES

| | |
|---|---|
| 2010-2011 | Supervision and bedside teaching of residents and medical students<br>Emergency Department-9 hours/week<br>Denver Health Medical Center<br>Denver, Colorado |
| 2010-2011 | Supervision and bedside teaching of residents and medical students |

| | |
|---|---|
| | Emergency Department-14 hours/week<br>University of Colorado Hospital<br>Aurora, Colorado |
| 2011-2013 | Supervision and bedside teaching of residents and medical students<br>Emergency Department-9 hours/week<br>Oregon Health and Science University<br>Portland, Oregon |
| 2011-2013 | Supervision and bedside teaching of residents and medical students<br>Emergency Department- 5 hours/week<br>Veteran's Administration Hospital<br>Portland, Oregon |
| 2013-present | Supervision and bedside teaching of residents and medical students<br>Emergency Department- 25 hours/week<br>University of Colorado Hospital<br>Aurora, Colorado |
| 2013-present | Supervision and bedside teaching of fellows<br>Medical Toxicology Consults - 36 hours/week<br>University of Colorado Hospital & Children's Hospital of Colorado<br>Aurora, Colorado |
| 2013-present | Supervision and bedside teaching of fellows<br>Medical Toxicology Consults - 12 hours/week<br>Denver Health Medical Center & Rocky Mountain Poison and Drug Center<br>Denver, Colorado |

ADMINISTRATIVE POSITIONS

| | |
|---|---|
| 2014-Present | Practicum Site Director<br>Occupational Medicine Residency<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2017-Present | Clinical Competency Committee: PGY3<br>Denver Health Residency in Emergency Medicine |

Denver, Colorado

CURRICULUMS

1. **Hatten B.** Rosen's Reading Schedule, Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2008.

2. **Hatten B,** Houghland J, Moreira M. Elective Tracks, Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2008.

3. **Hatten B,** Cleveland N. Research Track, Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2008.

4. **Hatten B,** Armstrong L, Block B, Bookman K, Davis C, Jacquet G, Hurtado T. Wilderness Medicine Track. Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2008.

5. **Hatten B**. Forensic Curriculum. Medical Toxicology Fellowship. Rocky Mountain Poison and Drug Center. 2019.

**XIII. GRANT SUPPORT**

| | |
|---|---|
| 2012 | American College of Medical Toxicology Spring Conference Travel Award $500. |

**XIV. BIBLIOGRAPHY**
* mentee

PUBLICATIONS

Original Research

1. Roppolo LP, White PF, **Hatten B**, Hynan LS, Pepe PE. Use of the TrachView videoscope as an adjunct to direct laryngoscopy for teaching orotracheal intubation. *Eur J Emerg Med.* 2012 Jun;19(3):196-9. PMID 21817909. doi: 10.1097/MEJ.0b013e328349edb2
2. Wang GS, Monte A, **Hatten** B, Brent J, Buchanan J, Heard KJ. Initiation of a medical toxicology consult service at a tertiary care children's hospital. *Clin Toxicol*. 2015 May;53(4):192-4. PMID: 25686099. doi: 10.3109/15563650.2015.1013196.
3. Beauchamp GA*, Hendrickson RG, **Hatten BW**; Toxicology Investigators Consortium (ToxIC). Endotracheal Intubation for Toxicologic Exposures: A Retrospective Review of Toxicology Investigators Consortium (ToxIC) Cases. *J*

*Emerg Med.* 2016 Oct;51(4):382-388.e11. PMID 27480352. doi: 10.1016/j.jemermed.2016.05.056

4. **Hatten BW**, French LK, Horowitz BZ, Hendrickson RG. Outcomes After High Concentration Peroxide Ingestions. *Ann Emerg Med.* 2017 Jun;69(6):726-736. PMID 28153539. doi: 10.1016/j.annemergmed.2016.11.022
5. **Hatten BW**, Hendrickson RG. Coagulopathy and bleeding associated with salicylate toxicity. *Clin Toxicol.* 2020 Jan;58(1):16-19. Epub 2019 Mar 22. PMID 30900477. doi: 10.1080/15563650.2019.1593432.
6. Berling I, **Hatten BW**, Hoffman RS, Othong R, Roberts DM, Mustafa RA, Yates C, Cormier M, Gosselin S. Guidelines for reporting case studies and series on drug-induced QT interval prolongation and its complications following acute overdose. *Clin Toxicol.* 2020 Jan;58(1):20-28. Epub 2019 Apr 24. PMID 31018700. doi: 10.1080/15563650.2019.1605077.
7. Levine M, Ruha AM, Wolk B, Caravati M, Brent J, Campleman S, Wax P; **ToxIC North American Snakebite Study Group.** When It Comes to Snakebites, Kids Are Little Adults: a Comparison of Adults and Children with Rattlesnake Bites. J Med Toxicol. 2020 May 11. PMID: 32394223. doi: 10.1007/s13181-020-00776-6.
8. Greene S, Ruha AM, Campleman S, Brent J, Wax P; **ToxIC Snakebite Study Group.** Epidemiology, Clinical Features, and Management of Texas Coral Snake (Micrurus tener) Envenomations Reported to the North American Snakebite Registry. J Med Toxicol. 2020 Aug 14. PMID: 32803694. doi: 10.1007/s13181-020-00806-3.

Systematic Review/ Evidence Based Practice Guideline

9. Howell et al. **Oversight Committee Member**. Clinical policy: Critical issues in the evaluation and management of emergency department patients with suspected appendicitis. *Ann Emerg Med.* 2010 Jan;55(1):71-116. PMID 20116016. doi: 10.1016/j.annemergmed.2009.10.004
10. Diercks et al. **Oversight Committee Member**. Clinical policy: critical issues in the evaluation of adult patients presenting to the emergency department with acute blunt abdominal trauma. *Ann Emerg Med.* 2011. 57(4):387-404. PMID 21453818. doi: 10.1016/j.annemergmed.2011.01.013
11. Fesmire et al. **Oversight Committee Member**. Critical issues in the evaluation and management of adult patients presenting to the emergency department with suspected pulmonary embolism. *Ann Emerg Med.* 2011. 57(6):628-652. PMID 21621092. doi: 10.1016/j.annemergmed.2011.01.020
12. Godwin SA, Burton JH, Gerardo CJ, **Hatten BW**, Mace SE, Silvers SM, Fesmire FM. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Procedural Sedation and Analgesia. Clinical policy: procedural sedation and analgesia in the emergency department. *Ann Emerg Med.* 2014; 63(2):247-258. PMID 24438649. doi: 10.1016/j.annemergmed.2013.10.015
13. Brown et al. **Oversight Committee Member**. Clinical Policy: Use of Intravenous

Tissue Plasminogen Activator for the Management of Acute Ischemic Stroke in the Emergency Department. *Ann Emerg Med.* 2015 Sep;66(3):322-333. PMID 26304253. doi: 10.1016/j.annemergmed.2015.06.031

14. Hildreth AF, Takhar S, Clark MA, **Hatten B**. Evidence-Based Evaluation And Management Of Patients With Pharyngitis In The Emergency Department. *Emerg Med Pract.* 2015 Sep;17(9):1-16. PMID 26276908.
15. Mace et al. **Oversight Committee Member**. Clinical Policy for Well-Appearing Infants and Children Younger Than 2 Years of Age Presenting to the Emergency Department With Fever. *Ann Emerg Med.* 2016 May;67(5):625-639. PMID 28395922. doi: 10.1016/j.annemergmed.2016.01.042
16. Lo BM, Carpenter CR, **Hatten BW**, Wright BJ, Brown MD. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Suspected Transient Ischemic Attack. Clinical Policy: Critical Issues in the Evaluation of Adult Patients With Suspected Transient Ischemic Attack in the Emergency Department. *Ann Emerg Med.* 2016 Sep;68(3):354-370. PMID 27568419. doi: 10.1016/j.annemergmed.2016.06.048
17. Wolf et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Evaluation and Management of Adult Patients Presenting to the Emergency Department With Acute Carbon Monoxide Poisoning. *Ann Emerg Med.* 2017 Jan;69(1):98-107. PMID 27993310. doi: 10.1016/j.annemergmed.2016.11.003
18. Hahn et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Initial Evaluation and Management of Patients Presenting to the Emergency Department in Early Pregnancy. *Ann Emerg Med.* 2017 Feb;69(2):241-250. PMID 28126120. doi: 10.1016/j.annemergmed.2016.11.002
19. Nazarian et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Diagnosis and Management of the Adult Psychiatric Patient in the Emergency Department. *Ann Emerg Med.* 2017 Apr;69(4):480-498. PMID 28335913. doi: 10.1016/j.annemergmed.2017.01.036
20. Promes et al. **Oversight Committee Member**. Clinical Policy: Emergency Department Management of Patients Needing Reperfusion Therapy for Acute ST-Segment Elevation Myocardial Infarction. *Ann Emerg Med.* 2017 Nov;70(5):724-739. PMID 29056206. doi: 10.1016/j.annemergmed.2017.09.035
21. Tomaszewski et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Evaluation and Management of Emergency Department Patients With Suspected Non-ST-Elevation Acute Coronary Syndromes. *Ann Emerg Med.* 2018 Nov;72(5):e65-e106. PMID 30342745 doi: 10.1016/j.annemergmed.2018.07.045.
22. Godwin et al. **Oversight Committee Member**. Clinical Policy: Critical Issues in the Evaluation and Management of Adult Patients Presenting to the Emergency Department With Acute Headache. *Ann Emerg Med.* 2019 Oct;74(4):e41-e74. PMID 31543134. doi: 10.1016/j.annemergmed.2019.07.009.
23. Lockhart PB, Tampi MP, Abt E, Aminoshariae A, Durkin MJ, Fouad AF, Gopal P, **Hatten BW**, Kennedy E, Lang MS, Patton LL, Paumier T, Suda KJ, Pilcher L,

Urquhart O, O'Brien KK, Carrasco-Labra A. Evidence-based clinical practice guideline on antibiotic use for the urgent management of pulpal- and periapical-related dental pain and intraoral swelling: A report from the American Dental Association. *J Am Dent Assoc.* 2019 Nov;150(11):906-921.e12. PMID 31668170. doi: 10.1016/j.adaj.2019.08.020.

24. Tampi MP, Pilcher L, Urquhart O, Kennedy E, O'Brien KK, Lockhart PB, Abt E, Aminoshariae A, Durkin MJ, Fouad AF, Gopal P, **Hatten BW**, Lang MS, Patton LL, Paumier T, Suda KJ, Cho H, Carrasco-Labra A. Antibiotics for the urgent management of symptomatic irreversible pulpitis, symptomatic apical periodontitis, and localized acute apical abscess: Systematic review and meta-analysis-a report of the American Dental Association. *J Am Dent Assoc*. 2019 Dec;150(12):e179-e216. PMID 31761029. doi: 10.1016/j.adaj.2019.09.011.
25. Expert Panel on Gastrointestinal Imaging, Chang KJ, Marin D, Kim DH, Fowler KJ, Camacho MA, Cash BD, Garcia EM, **Hatten BW**, Kambadakone AR, Levy AD, Liu PS, Moreno C, Peterson CM, Pietryga JA, Siegel A, Weinstein S, Carucci LR. ACR Appropriateness Criteria® Suspected Small-Bowel Obstruction. J Am Coll Radiol. 2020 May;17(5S):S305-S314. PMID: 32370974. doi: 10.1016/j.jacr.2020.01.025.
26. **Hatten BW**, Cantrill SV, Dubin JS, Ketcham EM, Runde DP, Wall SP, Wolf SJ. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Opioids. Clinical Policy: Critical Issues Related to Opioids in Adult Patients Presenting to the Emergency Department. Ann Emerg Med. 2020 Sep;76(3):e13-e39. PMID: 32828340. doi: 10.1016/j.annemergmed.2020.06.049.
27. Smith et al. **Oversight Committee Member.** Clinical Policy: Critical Issues in the Management of Adult Patients Presenting to the Emergency Department With Community-Acquired Pneumonia. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Community-Acquired Pneumonia. Ann Emerg Med. 2021 Jan;77(1):e1-e57. PMID: 33349374. doi: 10.1016/j.annemergmed.2020.10.024.
28. **Hatten BW**, Bonney C*, Dunne RB, Hail SL, Ingalsbe GS*, Levy MK, Millin M, Myers BJ, Shih RD, Goodloe JM. ACEP Task Force Report on Hyperactive Delirium with Severe Agitation in Emergency Settings. American College of Emergency Physicians. June 23 2021. https://www.acep.org/globalassets/new-pdfs/education/acep-task-force-report-on-hyperactive-delirium-final.pdf

Medical Education

29. Newgard CD, Beeson MS, Kessler CS, Kuppermann N, Linden JA, Gallahue F, Wolf S, **Hatten B**, Akhtar S, Dooley-Hash SL, Yarris L. Establishing an emergency medicine education research network. *Acad Emerg Med.* 2012 Dec;19(12):1468-75. PMID 23279253. doi: 10.1111/acem.12028

Case Reports

30. **Hatten B**, Browne V. Retinal detachment. *Emerg Med J*. 2011 Jan;28(1):83. PMID 20378746. doi: 10.1136/emj.2009.074344
31. **Hatten BW**, Bryant E. Bleeding scrotal arteriovenous malformation. *J Emerg Med*. 2012 Jun;42(6):e133-5. PMID 19682823. doi: 10.1016/j.jemermed.2009.05.026
32. Kusin S, Tesar J, **Hatten B**, Horowitz BZ, Hendrickson R, Leman R, Buser G. Severe methemoglobinemia and hemolytic anemia from aniline purchased as 2C-E (4-ethyl-2,5-dimethoxyphenethylamine), a recreational drug, on the Internet - Oregon, 2011. Centers for Disease Control and Prevention (CDC). *MMWR Morb Mortal Wkly Rep*. 2012 Feb 10;61:85-8. PMID 22318470. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6105a1.htm
33. **Hatten BW**, Bueso A*, French LK, Hendrickson RG, Horowitz BZ. Envenomation by the Great Lakes Bush Viper (Atheris nitschei). *Clin Toxicol.* 2013 Feb;51(2):114-6. PMID 23327286. doi: 10.3109/15563650.2012.763134
34. **Hatten BW**, Bueso A*, Craven P, Hendrickson RG, Horowitz BZ. Lead toxicity and endoscopic removal of ingested firearm cartridges. *Clin Toxicol.* 2013 Jun; 51(5):448-50. PMID 23641934. doi: 10.3109/15563650.2013.792114
35. Bonney CF*, **Hatten B**, Wang GS. Toxicity From Unintentional Pediatric Ingestion of a Performance-Enhancing Drug: A Case Report With Review of Clenbuterol Toxicity and Treatment. J Emerg Med. 2019 Sep 4. PMID 31493966. doi: 10.1016/j.jemermed.2019.06.016.

<u>Editorials and Letters</u>

36. **Hatten BW**, Hendrickson RG. Reply to "In response to "Coagulopathy and bleeding associated with salicylate toxicity" ". *Clin Toxicol*. 2019 Aug 15:1. PMID 31416368. doi: 10.1080/15563650.2019.1650939.

BOOKS

1. Brent J, Burkhart K, Dargan P, **Hatten B**, Megarbane B, Palmer R. Critical Care Toxicology, 2nd Edition. Springer. 2017.

BOOK CHAPTERS/NON-PEER REVIEWED PUBLICATIONS

1. Verification of Endotracheal Tube Placement. Policy Statement. American College of Emergency Physicians. 2009. Replaced by 2016 revision.
2. **Hatten B**, Krzyzaniak S*, Saghafi O*. Pharyngitis: Current Guidelines For Emergency Clinicians. *EM Practice Guidelines Update.* 2011; 3(10)
3. Verification of Endotracheal Tube Placement. Policy Statement. American College of Emergency Physicians. 2016. https://www.acep.org/patient-care/policy-statements/verification-of-endotracheal-tube-placement/
4. Reversal of Non-Vitamin K Antagonist Oral Anticoagulants (NOACs) in the Presence of Major Life-Threatening Bleeding. Ann Emerg Med. 2017.

Dec;70(6):944-945. PMID: 29157712. doi: 10.1016/j.annemergmed.2017.08.037.

5. **Hatten B**. Aspirin and Nonsteroidal Agents. In Walls, et al. Rosen's Emergency Medicine, 9th Edition. Elsevier. 2017.

ABSTRACT PRESENTATIONS

1. Roppolo LP, Krackover B, Miller AH, **Hatten B**. Can Midlevel Providers Perform Ultrasonography on Superficial Abscesses? Poster Presentation. *Ann Emerg Med* 2004; 44(4):S83-S84.
2. Roppolo LP, Brockman CR, **Hatten B**, Hynan LS. A Prospective Study Comparing Standard Laryngoscopy to the Trachview Videoscope System for Orotracheal Intubation by Emergency Medicine Residents and Medical Students. Poster Presentation. *Ann Emerg Med* 2004; 44(4):S117-S118.
3. Vogel J, **Hatten B**, Druck J. Assessing Residency Review Committee Compliance with an Electronic Survey. Poster Presentation. *Acad Emerg Med* 2009; 16(4):S44-45.
4. **Hatten B**, Liao M, Byyny R, Caruso E, Haukoos J. Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales. Poster Presentation. *Acad Emerg Med* 2011; 18(5):S61.
5. **Hatten B**, Sande M, Druck J. What Does "Service Obligation" or "Clinical Education" Mean? Poster Presentation. *Acad Emerg Med* 2011; 18(5):S59.
6. **Hatten B,** Liao M, Caruso E, Haukoos J. Change in Ethanol Related Visits and Alcohol Withdrawal Visits to the Emergency Department Following a Law to Allow Expansion of Alcohol Sales**.** Poster Presentation. *Acad Emerg Med* 2012; 19(4):S355.
7. **Hatten BW,** McKeown NJ, Hendrickson RG, Horowitz BZ. The spatial epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011**.** Plenery Presentation. *Clin Toxicol* 2012; 50(7):574-575.
8. **Hatten BW,** McKeown NJ, Hendrickson RG. Arginine Hydrochloride overdose in an infant**.** Poster Presentation. *Clin Toxicol* 2012; 50(7):595-596.
9. **Hatten BW,** Bueso A*, Horowitz BZ. Severe pediatric lead toxicity after ingestion of three intact rifle cartridges**.** Poster Presentation. *Clin Toxicol* 2012; 50(7):597-598.
10. Williams BT, Schlein S, Caravati M, **Hatten B**. Botulism outbreak in a state prison from "pruno". Platform Presentation. *Clin Toxicol* 2012; 50(7):611-612.
11. **Hatten BW**, Bueso A*, French LK. First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei). Poster Presentation. *Clin Toxicol* 2012; 50(7):648.
12. Kusin S, Pizarro-Osilla C, **Hatten BW**, Hendrickson RG, West PL. Cinnamania: 15 seconds of internet fame, 3 days in the ICU. Poster Presentation. *Clin Toxicol* 2012; 50(7):655.
13. **Hatten B**, Kaplan B, Kim H, Ginde A. Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency

Department. Poster Presentation. *Ann Emerg Med* 2012; 60(4):S33.

14. **Hatten BW**, Lewis ME*, Russell JW*, Hendrickson RG. Major Bleeding Events in Salicylate Toxicity. Poster Presentation. *J Med Toxicol* 2013; 9(1) 82-105.
15. **Hatten BW**, Hendrickson RG, McKeown NJ, Freeman MD, Horowitz BZ. Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes. Oral Presentation. *Acad Emerg Med* 2013; 20(s1):S121.
16. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Outcomes following high concentration peroxide ingestions**.** Plenery Presentation. *Clin Toxicol* 2013; 51(7):582-583.
17. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Caustic injuries following high concentration peroxide ingestions: 2001-2011**.** Poster Presentation. *Clin Toxicol* 2013; 51(7):632.
18. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Utility of CT and HBO therapy following high concentration peroxide ingestions: 2001-2011**.** Poster Presentation. *Clin Toxicol* 2013; 51(7):632-633.
19. Lopez AM, Kusin S, **Hatten BW**, Horowitz BZ. What's the cost of better joints? move free advanced leading to hepatotoxicity**.** Poster Presentation. *Clin Toxicol* 2013; 51(7):638.
20. Kusin S, **Hatten BW,** Giffin S, Horowitz BZ. Participation and response times of U.S. poison centers in a nationwide chart review. Oral Presentation. *Clin Toxicol* 2013; 51(7):705-706.
21. Russell JW, **Hatten BW**, Lewis ME, Hendrickson RG. Predictors of Coagulopathy and Hemorrhage in Salicylate Toxicity. Poster Presentation. *Ann Emerg Med* 2013; 62(4):S123.
22. **Hatten BW,** Hendrickson RG, Daya M, Fu R, Newgard C. Factors associated with prehospital naloxone use in the United States: 2010. Poster Presentation. *Clin Toxicol* 2014; 52(4):295-443.
23. Lopez AM, **Hatten BW,** French LK, Hendrickson RG. Aspirin and Fanconi syndrome: are there risk factors for its development? Poster Presentation. *Clin Toxicol* 2014; 52(7):682-818.
24. **Hatten BW,** Brent JA, Wax PM. On behalf of the ACMT Toxicology Investigators Consortium (ToxIC). Chemical Threat Agents Reported in the ToxIC Registry (2010-2013). Poster Presentation. *J Med Toxicol* 2015; 11: 2-47.
25. Wang GS, Monte AA, **Hatten B**, Brent J, Buchanan J, Heard K. Medical Toxicology Consult Service at a Tertiary Care Children's Hospital. Poster Presentation. *J Med Toxicol* 2015; 11: 2-47.
26. **Hatten BW**, West NA, Severtson SG, Green JL, Dart RC. Prescription Opioid Exposures and Outcomes Among Older Adults. Oral Presentation. *Acad Emerg Med* 2015; 22(s1):S138-139.
27. **Hatten BW,** Beauchamp GA*. On behalf of the ACMT Toxicology Investigators Consortium (ToxIC). Toxic exposures in young children resulting intracheal intubation. Oral & Poster Presentations. *Clin Toxicol* 2015; 53(4):299.
28. **Hatten BW**. QRS widening associated with quetiapine toxicity. Poster

Presentation. *Clin Toxicol* 2015; 53(7):639-777.
29. **Hatten BW**. On behalf of the ACMT Toxicology Investigators Consortium (ToxIC). Hydrogen Peroxide Exposures Reported to the Toxicology Investigators Consortium (ToxIC). Poster Presentation. *J Med Toxicol* 2017 Mar; 13(1): 31.
30. Moss M*, Hendrickson R, **Hatten B**. Muscimol and ibotenic acid containing mushrooms exposures: US National Poison Data System 2001-2011. Poster Presentation. *J Med Toxicol* 2017 Mar; 13(1): 17-18.
31. Won KJ*, Jacknin G, **Hatten BW**. Parenteral Lidocaine to Treat Symptomatic Nephrolithiasis. Poster Presentation. *Acad Emerg Med* 2017 May;24 Suppl 1:S264.
32. Vo T*, Hendrickson R, **Hatten B**. Plant and fungi exposures reported to the Toxicology Investigators Consortium (ToxIC). Poster Presentation. *Clin Toxicol* 2017 Aug;55(7):689-868.
33. Prince G*, **Hatten B**. Monomethylhydrazine (MMH) Containing Mushroom Exposures: US National Poison Data System. Poster Presentation. *J Med Toxicol* 2018 14:3–67.
34. King J, Rege S, Murphy C, **Hatten B**, Haynes A. ToxIC Extracorporeal Therapies SubRegistry: Update 2017. Poster Presentation. *J Med Toxicol* 2018 14:3–67.
35. Camarena-Michel A*, **Hatten B**. Racial and ethnic characteristics in cases of intentional pharmaceutical exposure with concern for toxicity. Poster Presentation. *Clin Toxicol* 2018 June;56(6): 453–608
36. Noori M*, Hendrickson R, **Hatten B**. Kratom: natural painkiller or herbal enemy? Poster Presentation. *Clin Toxicol* 2018 June;56(6): 453–608
37. Camarena-Michel A*, **Hatten B**. Racial and Ethnic Patterns of Intentional Overdose. Poster Presentation. *J Med Toxicol.* 2019 Mar 1:53-107.
38. Halmo L*, Bonney C*, **Hatten B**. Brief Asystole in a Four-Year-Old Following Ingestion of Cannabis Edibles. Poster Presentation. *J Med Toxicol.* 2019 Mar 1:53-107.
39. Noori MR*, Boroughf WJ, **Hatten BW.** Back pain and muscle stiffness: a case of valbenazine-associated neuroleptic malignant syndrome. *Clin Toxicol.* Published online: 16 Apr 2019
40. Bruccoleri R, Davey M, Spyres M, Manini A, Dela Cruz M, Levine M, Carey J, **Hatten B**, Burns M. The ToxIC Sodium Bicarbonate Subregistry: Treatment Recommendations and Clinical Outcomes on Behalf of the ToxIC Investigators Consortium (ToxIC). *Clin Toxicol.* 2019 57:10, 870-1052.
41. Matsler N*, Hoyte C, **Hatten B.** Applications of Machine Learning Within Clinical Toxicology: a Review. *J Med Toxicol.* 2020 Feb 21 (online).
42. Fee M*, Akers K, Reed B, **Hatten B**, and King A. Outcomes of Hyperbaric Oxygen Treatment Following Hydrogen Peroxide Ingestion: A Systematic Review. *Clin Toxicol.* 2020 58:11, 1075-1280. (online)
43. Fee M*, Akers K, **Hatten B**, and King A. Timing of embolic phenomena after hydrogen peroxide exposure: a systematic review *Clin Toxicol.* 2020 58:11, 1075-1280. (online)

44. Won KJ*, Jacknin G, Kiser T, Mueller S, Fish D, Maclaren R, **Hatten BW.** Evaluation of Parenteral Lidocaine for Nephrolithiasis-Induced Renal Colic in the ED. *Critical Care Medicine.* 2021. 49(1):1-50. (online)

ABSTRACTS PUBLISHED:
(Abstract authored on previously published articles for the *Journal of Emergency Medicine* Abstract Section)

1. **Hatten B**. "Estimated Risk of Cancer Associated With Radiation Exposure From 64-Slice Computed Tomography Coronary Angiography: Einstein AJ, Henzlova MJ, Rajagopalan S. *JAMA* 2007; 298:317–23" J *Emerg Med*. 2007; 33(4): 443-444.
2. **Hatten B. "**What Causes Prolonged Fatigue after Infectious Mononucleosis: And Does It Tell Us Anything about Chronic Fatigue Syndrome? White PD. *J Infect Dis* 2007; 196:4–5." *J Emerg Med*. 2007; 33(4): 444-445.
3. **Hatten B.** "Risk Factors of Symptomatic Intracerebral Hemorrhage After tPA Therapy for Acute Stroke: Lansberg MG, Thijs VN, Bammer R, et al. *Stroke* 2007; 38:2275–8." *J Emerg Med*. 2007; 33(4): 446-447.
4. **Hatten B.** "Accuracy of Ultrasonography in Diagnosis of Testicular Rupture After Blunt Scrotal Trauma: Guichard G, El Ammari J, Del Coro C, et al. *Urology* 2008; 1:52–6." *J Emerg Med*. 2008; 35(1): 112.
5. **Hatten B. "**Who Survives from Out-of-Hospital Pulseless Electrical Activity? Vayrynen T, Kuisma M, Maatta T, Boyd J. *Resuscitation* 2008; 76:207–13." *J Emerg Med*. 2008; 35(1): 113.
6. **Hatten B.** "Early Risk of Stroke After Transient Ischemic Attack: A Review and Meta-Analysis: Wu CM, McLaughlin K, Lorenzetti DL, et al. *Arch Intern Med* 2007; 167:2417–22." *J Emerg Med*. 2008; 35(1): 115.
7. **Hatten B.** "Hyponatremia and Hypokalaemia During Intravenous Fluid Administration: Armon K, Riordan A, Playfor S, et al. *Arch Dis Child* 2008; 93:285–7." *J Emerg Med*. 2008; 35(3): 351.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

**BENJAMIN W. HATTEN, M.D.**

# Exhibit B
# Materials Considered

***In Re: Zantac (Ranitidine) Products Liability Litigation***
***MDL No. 2924***

**BENJAMIN HATTEN M.D.**
**LIST OF MATERIALS CONSIDERED**

## Literature and Public Sources

| |
|---|
| Abanobi SE, Farber E, Sarma DSR. Persistence of DNA damage during development of liver angiosarcoma in rats fed dimethylnitrosamine. *Cancer Res* 1979;39:1592-96. |
| Abe, Y., Yamamoto, E., Yoshida, H., Usui, A., Tomita, N., Kanno, H., ... & Okuda, H. (2020). Temperature-dependent formation of N-nitrosodimethylamine during the storage of ranitidine reagent powders and tablets. Chemical and Pharmaceutical Bulletin, c20-00431. |
| Adami HO, Berry SC, Breckenridge CB, Smith LL, Swenberg JA, Trichopoulos D, Weiss NS, Pastoor TP. Toxicology and epidemiology: improving the science with a framework for combining toxicological and epidemiological evidence to establish causal inference. Toxicol Sci. 2011 Aug;122(2):223-34. |
| Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Toft Sorensen H. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Oct 7:cebp.0831.2021. doi: 10.1158/1055-9965.EPI-21-0831. |
| Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Sørensen HT. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Dec;30(12):2302-2308. |
| Adamson RH, Sieber SM. Chemical carcinogenesis studies in nonhuman primates. Basic Life Sci. 1983;24:129-56. doi: 10.1007/978-1-4684-4400-1_7. |
| Ames BN, Magaw R, Gold LS. Ranking possible carcinogenic hazards. Science. 1987;236(4799):271-280. doi:10.1126/science.3563506 |
| Ames, Bruce N., and Lois Swirsky Gold. "Chemical carcinogenesis: too many rodent carcinogens." Proceedings of the National Academy of Sciences 87.19 (1990): 7772-7776. |
| Anderson LM, Carter JP, Logsdon DL, Driver CL, Kovatch RM. Characterization of ethanol's enhancement of tumorigenesis by N-nitrosodimethylamine in mice. *Carcinogenesis* 1992;13:2107-111. |
| Anderson, L. M., Souliotis, V. L., Chhabra, S. K., Moskal, T. J., Harbaugh, S. D., & Kyrtopoulos, S. A. (1996). N-nitrosodimethylamine-derived O6-methylguanine in DNA of |

| |
|---|
| monkey gastrointestinal and urogenital organs and enhancement by ethanol. International journal of cancer, 66(1), 130-134. |
| Angsubhakorn, S., Bhamarapravati, N., Romruen, K., and Sahaphong, S. Enhancing effects of dimethylnitrosamine on aflatoxin B1 hepatocarcinogenesis in rats. *Int J Cancer* 1981; 28: 621-626. |
| Arai M, Aoki Y, Nakanishi K, et al. Long-term experiment of maximal noncarcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gann* 1979;70:549-58. |
| Araki A, Muramatsu M, Matsushima T. Comparison of mutagenicities of N-nitrosamines on salmonella typhimurium TA100 and Escherichia coli WP2 UVRA/PKM101 using rat and hamster liver S9. *Gann* 1984;75:8-16. |
| Arimoto-Kobayashi, Sakae, et al. "Mutation and formation of methyl-and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation." Carcinogenesis 18.12 (1997): 2429-2433. |
| Armbrecht, U., Seeberg, S., and Stockbrügger, RW. Hydrogen (H2) breath excretion in peptic disease before and during treatment with ranitidine. *Scand J Gastroenterol* 1987;22(10):1211-6. |
| Barnard J, Bavin, PMG, Gastric Juice, Nitrite, and Nitroso Compounds, Banbury Report 12, 1983 369-377. |
| Baxter, Laura L., et al. "Plasma and tissue concentrations of α-tocopherol and δ-tocopherol following high dose dietary supplementation in mice." Nutrients 4.6 (2012): 467-490. |
| Bichet N, Gouy D, Manara L, Mazue G, Vic P. Non-genotoxicity of CM 57755 a new histamine-H2 receptor antagonist, to hepatocytes in primary culture with and without nitrite-enriched human gastric juice. Abstract 1987;56:334. |
| Blum S, Arp EW, Smith AH, Tyroler HA. Stomach Cancer Among Rubber Workers: An Epidemiologic Investigation. In: *Dusts and Disease*. (Lemen R & Dement JM, Eds.) Park Forest South, IL: Pathotox Publishers; 1979:325-334. |
| Boeing H, Schlehofer B, Blettner M, Wahrendorf J. Dietary carcinogens and the risk for glioma and meningioma in Germany. *Int J Cancer* 1993 Feb;53(4):561-5. |
| Brambilla G, Cajelli E, Finollo R, Maura A, Pino A, Robbiano L. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. *J Toxicol Environ Health* 1985;15:1-24. |
| Brambilla G, Cavanna M, Faggin P, Maura A, Pino A, Ricci R, Robbiano L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* 1983;4(10):1281-85. |

| |
|---|
| Brambilla G, Martelli A. Genotoxic and carcinogenic risk to humans of drug-nitrite interaction products. *Mutation Res* 2007;635:17-52. |
| Brambilla G, Martelli A. Update on genotoxicity and carcinogenicity testing of 472 marketed pharmaceuticals. *Mutation Res* 2009;681:209-229. |
| Brambilla G, Mattioli F, Martelli A. Genotoxic and carcinogenic effects of gastrointestinal drugs. *Mutagenesis* 2010;25(4):315-26. |
| Brantom, PG 1983. Dose-response relationships in nitrosamine Carcinogenesis. University of Surrey. Dissertation. |
| Braun R, Schöneich J, Ziebarth D. In vivo formation of N-nitroso compounds and detection of their mutagenic activity in the host-mediated assay. Cancer Res. 1977 Dec;37(12):4572-9. |
| Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv Preprint. 2021. https://www.medrxiv.org/content/10.1101/2021.01.27.21250656v1 |
| Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766. doi: 10.1001/jamanetworkopen.2020.34766. |
| Brittain RT, Bradshaw J, Clitherow JW, Daly MJ, Jack D, Price BJ, Stables R. Ranitidine (AH 19065): a new potent, selective histamine $H_2$-receptor antagonist. *Br J Pharmacol* 1979;66(3)464P. |
| Brittain RT, Daly MJ. A review of the animal pharmacology of ranitidine - a new, selective histamine $H_2$-antagonist. *Scand J Gastroenterol Suppl* 1981;69:1-9. |
| Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. *Lancet* 1981;1119. |
| Brittain RT, Jack D. Histamine $H_2$-antagonists-past, present and future. *J Clin Gastroenterol* 1983;5 (Suppl 1);71-79. |
| Bunin GR, Kuijten RR, Boesel CP, Buckley JD, Meadows AT. Maternal diet and risk of astrocytic glioma in children: a report from the Childrens Cancer Group (United States and Canada). *Cancer Causes Control* 1994 Mar;5(2):177-87. |
| Bunin GR, Kuijten RR, Buckley JD, Rorke LB, Meadows AT. Relation between maternal diet and subsequent primitive neuroectodermal brain tumors in young children. *N Engl J Med* 1993 Aug;329(8):536-41. |

| |
|---|
| Burlinson B, Morris S, Gatehouse D, Tweats DJ. Comparative studies on the gastric acid inhibiting drugs (loxtidine, ranitidine, cimetidine and omeprazole) using the in vivo stomach UDS assay. Mutation Research 1991;252:184. |
| Burlinson B, Morris SH, Gatehouse DG, Tweats DJ. Genotoxicity studies of gastric acid inhibiting drugs. Lancet 1990;335:419-420. |
| Butterworth BE, Templin MV, Constan AA, Sprankle CS, Wong BA, Pluta LF, Everitt JI, Recio L. Long-term mutagenicity studies with chloroform and dimethylnitrosamine in female lac I transgenic B6C3F mice. *Environmental and Molecular Mutagenesis*. 1998;31:248-56. |
| Calabrese EJ. Muller's Nobel lecture on dose-response for ionizing radiation: ideology or science? Arch Toxicol. 2011 Dec;85(12):1495-8. |
| Carcinogenic Potency Database (CPDB) (now housed in the Lhasa Carcubnogenicity Database). Lhasa Carcinogenicity Database Report on NDMA. |
| Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol. 2021 May 21. doi: 10.14309/ajg.0000000000001310. |
| Carey PF, Martin LE, Evans MB. High-performance liquid chromatographic methods for the determination of ranitidine and its metabolites in biological fluids. Chromatographia. 1984 Jan;19(1):200-5. |
| Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. *J Chromatography* 1982;225:161-68. |
| Cheng, Guang, et al. "Formation of Formaldehyde Adducts in the Reactions of DNA and Deoxyribonucleosides with α-Acetates of 4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), 4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL), and N-Nitrosodimethylamine (NDMA)." Chemical research in toxicology 21.3 (2008): 746-751. |
| Choi NW, Miller AB, Fodor JG, Jain M, Howe GR, Risch HA, Ruder AM. Consumption of precursors of N-nitroso compounds and human gastric cancer. *IARC Sci Publ* 1987;(84):492-6. |
| Chow W-H, Finkle WD, et al: The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. JAMA 1995;274:474-477. |
| Christmann M, Verbeek B, Roos WP, Kaina B. O6-Methylguanine-DNA methyltransferase (MGMT) in normal tissues and tumors: enzyme activity, promoter methylation and immunohistochemistry. Biochimica et Biophysica Acta (BBA)-Reviews on Cancer. 2011 Dec 1;1816(2):179-90. |

| |
|---|
| Chyou PH, Nomura AM, Hankin JH, Stemmermann GN. A case-Cohort Study of diet and stomach cancer. *Cancer Research* 1990;50:7501-04. |
| Ciociola AA, Sirgo MA, Pappa KA, McGuire JA, Fung K. A study of the nonprescription drug consumer's understanding of the ranitidine product label and actual product usage patterns in the treatment of episodic heartburn. Am J Ther. 2001 Nov-Dec;8(6):387-98. |
| Clapp NK, Toya RE Sr. Effect of cumulative dose and dose rate on dimethylnitrosamine oncogenesis in RF mice. *J Nat Cancer Inst* 1970;45:495-98. |
| Cocco P, Palli D, Buiatti E, Cipriani F, DeCarli A, Manca P, Ward MH, Blot WJ, Fraumeni JF Jr. Occupational exposures as risk factors for gastric cancer in Italy. Cancer Causes Control. 1994 May;5(3):241-8. |
| Cocco P, Ward MH, Dosemeci M. Occupational risk factors for cancer of the gastric cardia. Analysis of death certificates from 24 US states. J Occup Environ Med. 1998 Oct;40(10):855-61. |
| Cocco P, Ward MH, Dosemeci M. Risk of stomach cancer associated with 12 workplace hazards: analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. Occup Environ Med. 1999;56(11):781-787. doi:10.1136/oem.56.11.781. |
| Couch DB, Friedman MA. Suppression of dimethylnitrosamine mutagenicity by sodium nitrite. Mutat Res. 1974 Oct;26(5):371-6. |
| Coulston, Frederick, and John F. Dunne. The Potential Carcinogenicity of Nitrosatable Drugs: WHO Symposium, Geneva, June 1978. Ablex Pub. Corporation, 1980. |
| Cui J, Guo XM, Bao HL, Tan JB. Relationship between N-nitrosodimethylamine and risk of digestive tract cancers: a meta analysis based on cohort studies. *PubMed Abstract* 2016;37(5):725-9. doi: 10.3760/cma.j.issn. |
| De Bernardinis G, Guadagni S, Pistoia MA, Amicucci G, Masci C, Agnifili A, Carboni M. Gastric juice nitrite and bacteria in gastroduodenal disease and resected stomach. Tumori. 1983 Jun 30;69(3):231-7. |
| De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genetoxicity of nitrosated ranitidine. *Carcinogenesis* 1983;4(3):225-60. |
| De Flora S, Camoirano A, Basso C, Astengo M, Zanacchi P, Bennicelli C. Bacterial genotoxicity of nitrosated famotidine. *Mutagenesis* 1986;1(2):125-30. |
| De Flora S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. *Lancet* 1981;993-4. |

| |
|---|
| De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. Nutrition and Cancer 1998;30(2):158-62. |
| De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. *Cancer Epidemiol Biomarkers Prev* 1996 Sep;5(9):679-82. |
| De Stefani E, Deneo-Pellegrini H, Ronco AL, Boffetta P, Correa P, Aune D, Mendilaharsu M, Acosta G, Silva C, Landó G, Luaces ME. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. *Nutr Cancer* 2012;64(2):294-9. |
| De Stefani E, Ronco A, Brennan P, Boffetta P. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. *Nutr Cancer* 2001;40(2):103-7. |
| Diet, Cereal Based, Unrefined Diet, and N. P. Diet. "Report of the American Institute of Nutrition ad hoc committee on standards for nutritional studies." J Nutr 107 (1977): 1340. |
| Eder K, Siebers M, Most E, Scheibe S, Weissmann N, Gessner DK. An excess dietary vitamin E concentration does not influence Nrf2 signaling in the liver of rats fed either soybean oil or salmon oil. Nutr Metab (Lond). 2017 Nov 16;14:71. |
| Elder JB, Burdett K, Smith PL, Walters CL, Reed PI. Effect of H2 blockers on intragastric nitrosation as measured by 24-hour urinary secretion of N-nitrosoproline. IARC Sci Publ. 1984;(57):969-74. |
| Emery Pharma. (2020, January 2). Emery Pharma Citizen Petition (Docket No. FDA-2020-P-0042). |
| Environmental Protection Agency. Guidelines for Carcinogen Risk Assessment. (March 2005). |
| Environmental Protection Agency. Risk Assessment for Carcinogenic Effects. (2021). Available at https://www.epa.gov/fera/risk-assessment-carcinogenic-effects |
| Environmental Protection Agency.Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2017 (EPA 505-F-17-005). https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf |
| Fahrer J, Kaina B. O 6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. Carcinogenesis. 2013 Nov 1;34(11):2435-42. |
| Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. Emerg Themes Epidemiol. 2015 Sep 30;12:14. |

| |
|---|
| Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jul 20;326(3):240-249. |
| Food and Drug Administration. (2018, March). Guidance for Industry - M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk |
| Food and Drug Administration. (2019, December 4). Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availaiity/fda-updates-and-press-announcements-ndma-zantac-rantitidine |
| Food and Drug Administration. (2019, December 6). Statement from Janet Woodcock, M.D., director of FDA's Center for Drug Evaluation and Research, on impurities found in diabetes drugs outside the U.S. Available at https://www.fda.gov/news-events/press-announcements/statement-janet-woodcock-md-director-fdas-center-drug-evaluation-and-research-impurities-found |
| Food and Drug Administration. (2019, November 1). Laboratory analysis of ranitidine and nizatidine products. Available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine |
| Food and Drug Administration. (2019, November 1). Statement on new testing results, including low levels of impurities in ranitidine drugs. Available at https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs |
| Food and Drug Administration. (2019, October 17). Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Method for the Determination of NDMA in Ranitidine Drug Substance and Solid Dosage Drug Product. Available at https://www.fda.gov/media/131868/download |
| Food and Drug Administration. (2019, October 2). Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availaiity/fda-updates-and-press-announcements-ndma-zantac-rantitidine |
| Food and Drug Administration. (2019, October 23). Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availaiity/fda-updates-and-press-announcements-ndma-zantac-rantitidine |
| Food and Drug Administration. (2019, September 13). Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product. Available at https://www.fda.gov/media/130801/download |

| |
|---|
| Food and Drug Administration. (2019, September 13). Statement alerting patients and health care professionals of NDMA found in samples of ranitidine. Available at https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine |
| Food and Drug Administration. (2019, September 24). FDA announces voluntary recall of Sandoz ranitidine capsules following detection of an impurity. Available at https://www.fda.gov/news-events/press-announcements/fda-announces-voluntary-recall-sandoz-ranitidine-capsules-following-detection-impurity |
| Food and Drug Administration. (2020, April 1). All Ranitidine Products (Zantac): Press Release – FDA Requests Removal. Available at https://www.fda.gov/safety/medical-product-safety-information/all-ranitidine-products-zantac-press-release-fda-requests-removal |
| Food and Drug Administration. (2020, April 1). Media Briefing on FDA's Request for the Removal of All Ranitidine Products (Zantac) from the Market [Transcript]. Available at https://www.fda.gov/media/136672/download |
| Food and Drug Administration. (2020, April 1). Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). Available at https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |
| Food and Drug Administration. (2020, April 1). Response to Emery Pharma (Docket No. FDA-2020-P-0042) |
| Food and Drug Administration. (2020, April 1). Response to Valisure, LLC (Docket No. FDA-2019-P-4281) |
| Food and Drug Administration. (2020, April 16). FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine |
| Food and Drug Administration. (2020, February 3). FDA Information about Nitrosamine Impurities in Medications. Available at https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications |
| Food and Drug Administration. (2020, May 5). FDA Nitrosamines Webinar. |
| Food and Drug Administration. (2020, May 21). Clinical Study to Investigate the Urinary Excretion of N-nitrosodimethylamine (NDMA) After Ranitidine Administration. Available at https://clinicaltrials.gov/ct2/show/NCT04397445 |
| Food and Drug Administration. (2020, May 28). Partial Response Letter from FDA CDER to Valisure, LLC (Docket No. FDA-2020-P-0978) |

| |
|---|
| Food and Drug Administration. (2020, September). Guidance for Industry. Control of Nitrosamine Impurities in Human Drugs. Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs |
| Food and Drug Administration. (2021, February). Guidance for Industry. Control of Nitrosamine Impurities in Human Drugs. Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs |
| Franekic J, Skupnjak S, Matijasevic Z. Genotoxicity of nitrosated ranitidine. *Mutation Res* 1989;227:13-16. |
| Friedman GD, Udaltsova N, Chan J, Quesenberry CP Jr, Habel LA. Screening pharma-ceuticals for possible carcinogenic effects: initial positive results for drugs not previously screened. Cancer Causes Control. 2009 Dec;20(10):1821-35. |
| Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-55. |
| Fritschi L, Benke G, Risch HA, Schulte A, Webb PM, Whiteman DC, Fawcett J, Neale RE. Occupational exposure to N-nitrosamines and pesticides and risk of pancreatic cancer. Occup Environ Med. 2015 Sep;72(9):678-83. |
| Fryklund J, Falknas AK, Helander HF. Omeprazole does not cause unscheduled DNA synthesis in rabbit parietal cells in vitro. *Scand J Gastroenterol* 1992;27:521-28. |
| Fujita KI, Kamataki T. Role of human cytochrome P450 (CYP) in the metabolic activation of N-alkylnitrosamines: application of genetically engineered Salmonella typhimurium YG7108 expressing each form of CYP together with human NADPH-cytochrome P450 reductase. Mutation Research/Fundamental and Molecular Mechanisms of Mutagenesis. 2001 Nov 1;483(1-2):35-41. |
| Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun 1;4(6):e2118253. doi: 10.1001/jamanetworkopen.2021.18253. Erratum in: JAMA Netw Open. 2021 Jul 1;4(7):e2123189. |
| Garcia del Risco F, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bergogne-Berezin E, Bonfils S. Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects. Gastroenterologie Clinique et Biologique. 1984 Oct 1;8(10):749-53. |
| Gatehouse DG, Delow GF. The development of a "Microtitre" fluctuation test for the detection of indirect mutagens, and its use in the evaluation of mixed enzyme induction of the liver. Mutat Res. 1979;60(3):239-252. |

| |
|---|
| Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis 1982;3(5):597-98. |
| Giles GG, McNeil JJ, Donnan G, Webley C, Staples MP, Ireland PD, Hurley SF, Salzberg M. Dietary factors and the risk of glioma in adults: results of a case-control study in Melbourne, Australia. *Int J Cancer* 1994 Nov;59(3):357-62. |
| Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. 1985 Food Chem Toxicol. Sep;23(9):849-55. |
| Gombar, C. T., Harrington, G. W., Pylypiw, H. M., Anderson, L. M., Palmer, A. E., Rice, J. M., ... & Burak, E. S. (1990). Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer research, 50(14), 4366-4370. |
| Gombar, C. T., Harrington, G. W., Pylypiw, H. M., Pharmacokinetics of N-nitrosodimethylamine in Swine. Carcinogenesis, 1988 Vol. 9, No. 8, pp. 1351-1354. |
| Gomez MI, Swann PF, Magee PN. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. Biochem J. 1977 Jun 15;164(3):497-500. |
| Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int. 2021 May 28;118(21):357-362. |
| Gonzalez CA, Riboli E, Badosa J, Batiste E, Cardona T, Pita S, Sanz JM, Torrent M, Agudo A. Nutritional factors and gastric cancer in Spain. *Am J Epidemiol* 1994;139(5):466-73. |
| Goodman MT, Hankin JH, Wilkens LR, Kolonel LN. High-fat foods and the risk of lung cancer. *Epidemiology* 1992 Jul;3(4):288-99. |
| Griciute L, Castegnaro M, Bereziat JC. Influence of ethyl alcohol on carcinogenesis with N-nitrosodimethylamine. *Cancer Lett* 1981;13:345-52. |
| Guadagni S, Walters CL, Smith PL, Verzaro R, Valenti M, Reed PI. N-nitroso compounds in the gastric juice of normal controls, patients with partial gastrectomies, and gastric cancer patients. Journal of surgical oncology. 1996 Dec;63(4):226-33. |
| Gushgari AJ, Halden RU. Critical review of major sources of human exposure to N-nitrosamines. Chemosphere. 2018 Nov 1;210:1124-36. |
| Guzelian P, Victoroff M, et al: Evidence-based toxicology: a comprehensive framework for causation. Hum Exp Toxicol 2005; 24; 161-201. |
| Habel LA, Levin TR, et al: Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol and Drug Safety 2000;9:149-155. |

| |
|---|
| Haggerty HG, Holsapple MP. Role of metabolism in dimethylnitrosamine-induced immunosuppression: a review. *Toxicology* 1990;63:1-23. |
| Hall CN, Darkin D, Brimblecombe R, Cook AJ, Kirkham JS, Northfield TC. Evaluation of the nitrosamine hypothesis of gastric carcinogenesis in precancerous conditions. Gut. 1986 May;27(5):491-8. doi: 10.1136/gut.27.5.491. PMID: 3699560; PMCID: PMC1433484. |
| Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74. |
| Hans-Olov Adami, Sir Colin, Toxicology and Epidemiology: Improving the Science with a Framework for Combining Toxicological and Epidemiological Evidence to Establish Casual Inference, Toxicological Sciences, Volume 122, Issue 2, August 2011, Pages 223–234. |
| Hastwell PW, Webster TW, Tate M, Billinton N, Lynch AM, Harvey JS, Rees RW, Walmsley RM. Analysis of 75 marketed pharmaceuticals using the GADD45a-GFP 'GreenScreen HC' genotoxicity assay. *Mutagenesis* 2009;24(5):455-63. |
| Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. *Digestion* 1990;45:189-95. |
| Haywood PA, Martin-Smith M, Cholerton TJ. Isolation and identification of the hydrolytic degradation products of ranitidine hydrochloride. *J Chem Soc Perkin Trans* 1987;951-954. |
| Hidajat M, McElvenny DM, Mueller W, Ritchie P, Cherrie JW, Darnton A, Agius RM, Kromhout H, de Vocht F. Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. Occup Environ Med. 2019 Apr;76(4):259-267. [exposure assessment] |
| Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW, de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 2019 Apr;76(4):250-258. |
| Hill A: "The Environment and Disease: Association or Causation?". Proceedings of the Royal Society of Medicine 1965; 58: 295–300. |
| Hon Chan, T., Fung Tsoi, M., & Yung Cheung, B. M. (2022). Cancer Risk of Angiotensin II Receptor Blocker Valsartan: Population-based Study. *Journal of cardiovascular pharmacology*, 10.1097/FJC.0000000000001217. Advance online publication. https://doi.org/10.1097/FJC.0000000000001217. |
| Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrugger RW. Are intragastric *N*-nitroso compounds elevated after short-term acid suppression? *Eur J Cancer Prevention* 1996;5(1):83-7. |

| |
|---|
| Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208. doi: 10.1111/risa.12070. Erratum in: Risk Anal. 2014 Mar;34(3):598. PMID: 23786353. |
| Human Protein Atlas. Available at https://www.proteinatlas.org. |
| IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. 1987. |
| IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Some N-Nitroso Compounds. Volume 17. 1978 |
| IARC Monographs on the Identification of Carcinogenic Hazards to Humans Premable. 2019. |
| Ikeuchi T, Sasaki M. Differential inducibility of chromosome aberrations and sister-chromatid exchanges by indirect mutagens in various mammalian cell lines. *Mutat Res* 1981;90: 149-161. |
| Ishidate M Jr, Yoshkiawa K. Chromosome aberration tests with Chinese hamster cells in vitro with and without metabolic activation: A comparative study on mutagens and carcinogens. In: Further studies in the assessment of toxic actions. *Arch Toxicol Suppl* 1980;4:41-44. |
| Ito N, Fukushima S, Tsuda H, et al. Induction of preneoplastic and neoplastic lesions in rats treated N-nitroso compounds. *IARC Sci Publ* 1982;41:597-601. |
| Iwagami M 2020 ICPE abstract PO-3925 Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the japan medical data center claims database. |
| Iwagami M 2020 ICPE audio PO-3925 Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the japan medical data center claims database. |
| Iwagami M 2020 ICPE poster PO-3925 Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the japan medical data center claims database. |
| Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf. 2021;44(3):361-371. |
| Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf* [Epub Nov 27, 2020]. |
| Jakszyn P, Allen NE, Lujan-Barroso L, et al Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. *Cancer Epidemiol Biomarkers Prev* 2012 Mar;21(3):547-51. |

| |
|---|
| Jakszyn P, Bingham S, Pera G, Agudo A, Luben R, Welch A, Boeing H, Palli D, et al. Endogenous versus exogenous exposure to *N*-nitroso compounds and gastric cancer risk in the European prospective investigation into cancer and nutrition (EPIC-EURGAST) Study. *Carcinogenesis* 2006;27(7):1497-1501. |
| Jakszyn P, Gonzalez CA, Lujan-Barroso L, Ros MM, Roswall N, Tjonneland Am, Buckner FL, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European prospective investigation into cancer and nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev* 2011;20(3):555-59. |
| Jiao J, Douglas GR, Gingerich JD, Soper LM. Analysis of tissue-specific IacZ mutations induced by N-nitrosodibenzylamine in transgenic mice. *Carcinogenesis* 1997;18(11):2239-45. |
| Johnson AG, Jick SS, et al: Histamine-2 receptor antagonists and gastric cancer. Epidemiol 1996;7:434-436. |
| Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen. 2021 Jun;62(5):293-305. |
| Joung KI, Hwang JE, Oh I-S, Cho S-I, Shin J-Y. Use of ranitidine with potential NDMA impurities and risk of cancer: A nationwide propensity score-matched cohort study. [poster] 2021 ICPE. |
| Kaina B, Christmann M, Naumann S, Roos WP. MGMT: key node in the battle against genotoxicity, carcinogenicity and apoptosis induced by alkylating agents. DNA repair. 2007 Aug 1;6(8):1079-99. |
| Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology. 2021 Apr;160(5):1856-1859.e5. doi: 10.1053/j.gastro.2020.12.037. |
| Keefer LK, Lijinsky W, Garcia H. Deuterium isotope effect on the carcinogenicity of dimethylnitrosamine in rat liver. *J Natl Cancer Inst* 1973;51:299-302. |
| Keighley MR, Youngs D, Poxon V, Morris D, Muscroft TJ, Burdon DW, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW. Intragastric N-nitrosation is unlikely to be responsible for gastric carcinoma developing after operations for duodenal ulcer. Gut. 1984 Mar 1;25(3):238-45. |
| Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. *Am J Clin Nutr* 2013 Jan;97(1):135-46. |
| Kim S, Lee S, Hong J, Ko I, Kim J-Y, Kim D-K. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare. 2021; 9(8):1071. https://doi.org/10.3390/healthcare9081071. |

| |
|---|
| Kim SM, Lee S, Hong JY, Ko I, Kim JY, and Kim D-K. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare. 2021, 9, 1071. |
| Kim YD, Wang J, Fass R. Is chronic use of ranitidine associated with an increased risk of developing gastrointestinal malignancies*? Digestive Disease Week*. May 2020. [Poster]. |
| Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther. 2021 Sep;54(5):606-615. |
| King FJ, Searle AD, Urquhart MW. Ranitidine - investigations into the root cause for the presence of N-nitroso-N,N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products. Org Process Res Dev 2020:0c00462. |
| Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. *Int J Cancer* 1999 Mar;80(6):852-6. |
| Koppang N, Rimeslatten H. Toxic and carcinogenic effects of nitrosodimethylamine in mink. *IARC Sci Publ* 1976;14:443-52. |
| Koppang N. (1974). Dimethylnitrosamine--formation in fish meal and toxic effects in pigs. *The American journal of pathology*, *74*(1), 95–108. |
| Koppang, N. The toxic effects of dimethylnitrosamine in sheep . Acta Vet. Scan 1974;15:533-543. |
| Koppang, N. Toxic effects of dimethylnitrosamine in cows. *J Nat Cancer* 1974;52:523-531. |
| Krawczyński M, Ignyś I, Borucki M. Nitrozamines in children with chronic gastritis. *Pediatr Pol* 2002;77(3):217-224. |
| Krstev S, Dosemeci M, Lissowska J, Chow WH, Zatonski W, Ward MH. Occupation and risk of stomach cancer in Poland. Occup Environ Med. 2005 May;62(5):318-24. |
| Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori [published online ahead of print, 2021 Apr 15]. Dig Dis Sci. 2021;10.1007/s10620-021-06972-w. doi:10.1007/s10620-021-06972-w. |
| Kumar, S., Goldberg, D.S. & Kaplan, D.E. Ranitidine Use and Gastric Cancer Among Persons with *Helicobacter pylori*. *Dig Dis Sci* (2021). |
| Kyrtopoulos SA, Daskalakis G, Legakis NI, Konidaris N, Psarrou E, Bonatsos G, Golematis B, Lakiotis G, Bliouras N, Outram JR. Studies in gastric carcinogenesis. II. Absence of elevated concentrations of N-nitroso compounds in the gastric juice of Greek hypochlorhydric individuals. Carcinogenesis. 1985 Aug 1;6(8):1135-40. |

| |
|---|
| La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. *Eur J Cancer Prev* 1995 Dec;4(6):469-74. |
| La Vecchia C, Tavani A: A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. Eur J Cancer Prevent 2002;11:117-123. |
| Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. *Int J Cancer* 2006 Aug;119(4):915-9. |
| Lhasa Carcinogenicity Database Report. 12/21/2021. Lhasa Carcinogenicity Database - Study Information (lhasalimited.org) |
| Lijinsky W, Kovatch RM, Riggs CW. Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters. *Cancer Res* 1987;47:3968-72. |
| Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett* 1984;22:83-88. |
| Lijinsky W. Induction of tumours in rats by feeding nitrosatable amines together with sodium nitrite. Food and chemical toxicology. 1984 Sep 1;22(9):715-20. |
| Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-nitrosodimethylamine. World Health Organization; 2002. |
| Liu, P., McMenamin, Ú.C., Johnston, B.T. et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer 123, 307–315 (2020). |
| Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-nitroso compounds and cancer incidence: the European prospective investigation into cancer and nutrition (EPIC) - Norfolk Study. *Am J Clin Nutr* 2011;93:1053-61. |
| Magee PN and Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer* 1956 Mar;10(1):114-22. |
| Magee PN, Barnes JM. Carcinogenic nitroso compounds. Adv Cancer Res. 1967;10:163-246. |
| Marostica M, Arcari DP, Bartchewsky W, Trevisan M, Ribeiro MR, Pedrazzoli J, Heohr NF, Gambero A. Effects of a one-week treatment with acid gastric inhibitors on helicobacter pylori-infected mice. *Scand J Gastroenterol* 2007;42:12:1404-12. |
| Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. *Mutation Res* 1983;122:373-76. |
| Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Epidemiol Biomarkers Prev 2008;17(1):67-72. |

| |
|---|
| Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine $H_2$-receptor antagonists. *Gastroenterol Jpn* 1990;25:162-68. |
| Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. *Toxicology Letters* 1983;18:97-102. |
| McConnell EL, Basit AW, Murdan S. Measurements of rat and mouse gastrointestinal pH, fluid and lymphoid tissue, and implications for in-vivo experiments. J Pharm Pharmacol. 2008 Jan;60(1):63-70. |
| McConnell, Emma L., Abdul W. Basit, and Sudaxshina Murdan. "Measurements of rat and mouse gastrointestinal pH, fluid and lymphoid tissue, and implications for in-vivo experiments." Journal of Pharmacy and Pharmacology 60.1 (2008): 63-70. |
| McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med. 2021 Jan 26;19(1):22. |
| McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021 Apr;71(Pt A):101880. |
| McGwin G. The association between ranitidine use and gastrointestinal cancers. *Cancers* 2021, 13, 24. |
| Mehta R, Silinskas KC, Zucker PF, Ronen A, Heddle JA, Archer MC. Micronucleus formation induced in rat liver and esophagus by nitrosamines. *Cancer letters* 1987;35: 313–320. |
| Michaud DS, Holick CN, Batchelor TT, Giovannucci E, Hunter DJ. Prospective study of meat intake and dietary nitrates, nitrites, and nitrosamines and risk of adult glioma. *Am J Clin Nutr* 2009 Sep;90(3):570-7. |
| Michaud DS, Mysliwiec PA, et al: Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epi, Biomarkers & Prevention 2004;13:250-254. |
| Miller AB, Choi BC, Howe GR, Burch JD, Sherman GJ. Epidemiological assessment of risk to humans from exposure to nitrosamines. *IARC Sci Publ* 1984;(57):929-36. |
| Milton-Thompson GJ, Ahmet Z, Lightfoot NF, Hunt RH, Barnard J, Brimblecombe RW, Moore PJ, Bavin PM, Darkin DW, Viney N. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. The Lancet. 1982 May 15;319(8281):1091-5. |

| |
|---|
| Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. Toxicol Appl Pharmacol 1975 Mar;31(3):325-51. |
| Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. Cancer letters. 1995 Jun 29;93(1):17-48. |
| Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. *Digestive Disease Week*. May 2020. [Poster]. |
| Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. Gastroenterology 2020 May; 158(6):S-1073. [AGA Abstract]. |
| Morris DL, Poxon V, Youngs D, Michael K. Gastric juice factors after Roux-Y reconstruction compared with Billroth II partial gastrectomy. The American journal of surgery. 1988 Jul 1;156(1):21-5. |
| Morris DL, Youngs D, Muscroft TJ, Cooper J, Rojinski C, Burdon DW, Keighley MR. Mutagenicity in gastric juice. *Gut* 1984;25:723-27. |
| Mowat C, Carswell A, Wirz A, McColl KE. Omeprazole and dietary nitrate independently affect levels of vitamin C and nitrite in gastric juice. Gastroenterology. 1999 Apr 1;116(4):813-22. |
| Nakatsuru Y, Matsukuma S, Nemoto N, Sugano H, Sekiguchi M, Ishikawa T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proceedings of the National Academy of Sciences. 1993 Jul 15;90(14):6468-72. |
| NAS-NRC (National Academy of Sciences-National Research Council). Nutrient Requirements of Laboratory Animals, Fourth Revised Edition, 1995. |
| NAS-NRC. National Academies Press. Science and Decisions: Advancing Risk Assessment. (2009). doi: 10.17226/12209 |
| NAS-NRC. National Research Council Nutrient requirements of laboratory animals. Fourth Revised Edition (1995). |
| NAS-NRC. National Research Council. Risk Assessment in the Federal Government: Managing the Process (1983). |
| National Toxicology Program. 15th Report on Carcinogens 2021. https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html |

| |
|---|
| Nishimura, M., Yaguti, H., Yoshitsugu, H., Naito, S., & Satoh, T. (2003). Tissue Distribution of mRNA Expression of Human Cytochrome P450 Isoforms Assessedby High-Sensitivity Real-Time Reverse Transcription PCR. Yakugaku zasshi, 123(5), 369-375. |
| Norgaard M 2020 abstract PO-4168 Use of ranitidine and risk of bladder cancer. |
| Norgaard M 2020 audio PO-4168 Use of ranitidine and risk of bladder cancer. |
| Norgaard M 2020 poster PO-4168 Use of ranitidine and risk of bladder cancer. |
| Norgaard M, Andersen IT, Heide-Jorgensen U, Erichsen R, Rees JR, Karagas MR, Sorensen HT. Ranitidine and risk of bladder and kidney cancer: a population based cohort study. Cancer Epidemiol Biomarkers Prev. 2021 Oct 14:cebp.0737.2021. doi: 10.1158/1055-9965.EPI-21-0737. |
| Nørgaard M, Andersen IT, Heide-Jørgensen U, Erichsen R, Rees JR, Karagas MR, Sørensen HT. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev. 2022 Jan;31(1):45-50. |
| O'Connor HJ, Riley SE, Axon AR, Garner RC. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juices. *Mutation Res* 1987;188:201-08. |
| Okumura K, Morita T, Nagaki T, Watanabe Y, Tsuji H. Ranitidine hydrochloride. Mutagenicity test of ranitidine hydrochloride. 1984;28(1):163-69. |
| OSHA. OSHA Occupational Chemical Database N-Nitrosodimethylamine. https://www.osha.gov/chemicaldata/459. |
| Otsuka H, Kuwahara A. Hemangiomatous lesions of mice treated with nitrosodimethylamine. *Gann* 1971;62:147-56. |
| Ozhan G, Alpertunga B. Genotoxic activities of drug-nitrite interaction products. *Drug Chem Toxicol* 2003;26(4):295-308. |
| Palli D, Russo A, Decarli A. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. *Cancer Causes Control* 2001 Feb;12(2):163-72. |
| Pegg AE, Roberfroid M, Von Bahr C, Foote RS, Mitra S, Bresil H, Likhachev A, Montesano R. Removal of O6-methylguanine from DNA by human liver fractions. Proceedings of the National Academy of Sciences. 1982 Sep 1;79(17):5162-5. |
| Pegg AE. Metabolism of N-nitrosodimethylamine. IARC Sci Publ. 1980;(27):3-22. |
| Pegg, Anthony E., and Wayne Perry. Alkylation of Nucleic Acids and Metabolism of Small Doses of DimethyInitrosamine in the Rat. *Cancer research* 41.8 (1981): 3128-3132. |

| |
|---|
| Penston JG: Medical events occurring in patients with duodenal ulcer disease during maintenance treatment with ranitidine. Scand J Gastroenterol 1990;25S177:87-97. |
| Peto R, Gray R, Brantom P, et al. Nitrosamine carcinogenesis in 5120 rodents: Chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). *IARC Sci Publ* 1984;57:627-66. |
| Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Research* 1991b;51:6452-69. |
| Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Research 1991a;51:6415-51. |
| Pignatelli B, Malaveille C, Rogatko A, Hautefeuille A, Thuillier P, Munoz N, Moulinier B, Berger F, De Montclos H, Lambert R, Correa P. Mutagens, N-nitroso compounds and their precursors in gastric juice from patients with and without precancerous lesions of the stomach. European Journal of Cancer. 1993 Jan 1;29(14):2031-9. |
| Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. *Eur J Epidemiol* 1995 Feb;11(1):67-73. |
| Pottegård A, Friis S, Christensen Rd, Habel LA, Gagne JJ, Hallas J. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine 2016 May;7:73-9. Supplemental tables. |
| Pottegard A, Kristensen KB, et al: Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. Br Med J 2018;362:1-14. |
| Poynter D, Pick CR, Harcourt RA, Sutherland MF, Spurling NW. Ainge G, Cook J, Gatehouse D. Evaluation of ranitidine safety. *Clinical Use of Ranitidine* 1982;49-57. |
| Reed PI, Summers K, et al: Effect of ranitidine (RAN) treatment of intragastric bacteria, nitrite and N-nitroso compounds. Abstracts of papers submitted to the American Gastroenterological Association. May 1985:1551. |
| Reeves, Philip G. "Components of the AIN-93 diets as improvements in the AIN-76A diet." The Journal of nutrition 127.5 (1997): 838S-841S. |
| Retraction to: Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2021 May 4:bgab029. doi: 10.1093/carcin/bgab029. |

| |
|---|
| Risch HA, Jain M, Choi NW, Fodor JG, Pfeiffer CJ, Howe GR, Harrison LW, Craib JK, Miller AB. Dietary factors and the incidence of cancer of the stomach. *Am J Epidemiol* 1985;122(6):947-59. |
| Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. *Cancer Epidemiol Biomarkers Prev* 1995 Jan-Feb;4(1):29-36. |
| Ruddell WS, Blendis LM, Walters CL. Nitrite and thiocyanate in the fasting and secreting stomach and in saliva. Gut. 1977 Jan 1;18(1):73-7. |
| Ruddell WS, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric-juice nitrite. A risk factor for cancer in the hypochlorhydric stomach?. Lancet. 1976;2(7994):1037-1039. doi:10.1016/s0140-6736(76)90962-4. |
| Rudell WS, Bone ES, Hill MJ, Walters CL. Pathogenesis of gastric cancer in pernicious anemia. Lancet. 1978;1:521-3. |
| Schlag P, Böckler R, Peter M. Nitrite and nitrosamines in gastric juice: risk factors for gastric cancer?. Scandinavian Journal of Gastroenterology. 1982 Jan 1;17(1):145-50. |
| Schlag P, Ulrich H, Merkle P, Böckler R, Peter M, Herfarth C. Are nitrite and N-nitroso compounds in gastric juice risk factors for carcinoma in the operated stomach?. The Lancet. 1980 Apr 5;315(8171):727-9. |
| Scott D, Reuben M, Zampighi G, Sachs G. Cell isolation and genotoxicity assessment in gastric mucosa. *Dig Dis Sci* 1990 Oct;35(10):1217-25. |
| Sentinel Modular Program Report: Ranitidine Drug Utilization Patterns, Report 1. |
| Sentinel Modular Program Report: Ranitidine Drug Utilization Patterns, Report 2. |
| Skipper, Paul L., et al. "Pharmacokinetic model for N-nitrosodimethylamine based on Michaelis-Menten constants determined with the isolated perfused rat liver." Cancer research 43.10 (1983): 4786-4790. |
| Sobala GM, Pignatelli B, Schorah CJ, et al. Levels of nitrite, nitrate, N-nitroso compounds, ascorbic acid and total bile acids in gastric juice of patients with and without precancerous conditions of the stomach. Carcinogenesis. 1991;12(2):193-198. doi:10.1093/carcin/12.2.193. |
| Sofuni T, Hayashi M, Nohmi T, Matsuoka A, Yamada M, Kamata E. Semi-quantitative evaluation of genotoxic activity of chemical substances and evidence for a biological threshold of genotoxic activity. Mutation Research/Genetic Toxicology and Environmental Mutagenesis. 2000 Jan 3;464(1):97-104. |
| Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients* 2015 Dec;7(12):9872-95. |

| |
|---|
| Souliotis, V. L., Chhabra, S., Anderson, L. M., & Kyrtopoulos, S. A. (1995). Dosimetry of O 6 in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. Carcinogenesis, 16(10), 2381-2387. |
| Spiegelhalder, B., Eisenbrand, G., & Preussmann, R. (1982). Urinary excretion of N-nitrosamines in rats and humans. IARC scientific publications, (41), 443-449. |
| Spurling, N.W., Selway S.A.M., and Poynter D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs N. W. Human Toxicol 1989;8:23-32. |
| Stockbrugger RW, Cotton PB, Eugenides N, Bartholomew BA, Hill MJ, Walters CL. Intragastric nitrites, nitrosamines, and bacterial overgrowth during cimetidine treatment. Gut. 1982 Dec 1;23(12):1048-54. |
| Straif K, Keil U, Taeger D, Holthenrich D, Sun Y, Bungers M, Weiland SK. Exposure to nitrosamines, carbon black, asbestos, and talc and mortality from stomach, lung, and laryngeal cancer in a cohort of rubber workers. Am J Epidemiol. 2000 Aug 15;152(4):297-306. |
| Straif K, Weiland SK, Bungers M, Holthenrich D, Taeger D, Yi S, Keil U. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. Occup Environ Med. 2000 Mar;57(3):180-7. |
| Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal. 2009;22(Suppl 1):S42-S47. doi:10.1016/j.jfca.2009.01.008. |
| Sulc M, Hodek P, Stiborova M. The binding affinity of carcinogenic N-nitrosodimethylamine and N-nitrosomethylaniline to cytochromes P450 2B4, 2E1 and 3A6 does not dictate the rate of their enzymatic N-demethylation. *Gen Physiol Biophys* 2010;29:175-85. |
| Suzuki H, Iijima K, Moriya A, McElroy K, Scobie G, Fyfe V, McColl KE. Conditions for acid catalysed luminal nitrosation are maximal at the gastric cardia. Gut. 2003 Aug 1;52(8):1095-101. |
| Takayama S, Oota K. Induction of malignant tumors in various strains of mice by oral administration of N-nitrosodimethylamine and N-nitrosodiethylamine. *Gann* 1965;56:189-99. |
| Tan MC, El-Serag HB, et al: Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 2018;48:469-477. |
| Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 2018;48:469-77. |

| |
|---|
| Tari A, Kodama K, Sumii M, Tani H, Sumii K, Chayama K. Does intragastric nitrite concentration reflect gastric carcinogenesis in Japanese Helicobacter pylori-infected patients?. Digestive diseases and sciences. 2003 Sep;48(9):1730-6. |
| Terao K, Aikawa T, Kera K. A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats. *Fd Cosmet Toxicol* 1978;16:591-96. |
| Terracini B, Palestro G, Ramella GM, et al. Carcinogenicity of dimethylnitrosamine in Swiss mice. *Br J Cancer* 1966;20:871-76. |
| Terracini, B., Magee, P. N., and Barnes, J. M. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br. J. Cancer 1967;20: 559-565 |
| Terracini, B., Testa, M. C., Cabral, J. R., and Day, N. The effects of long-term feeding of DDT to BALB/c mice. *Int J Cancer* 1973;11: 747-764. |
| Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. *Gut* 1987;28:726-38. |
| Thomas, Adam D., et al. "Theoretical considerations for thresholds in chemical carcinogenesis." *Mutation Research/Reviews in Mutation Research* 765 (2015): 56-67. |
| Thorens J, Froehlich F, Schwizer W, Saraga E, Bille J, Gyr K, Duroux P, Nicolet M, Pignatelli B, Blum AL, Gonvers JJ. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: a prospective randomised double blind study. Gut. 1996 Jul 1;39(1):54-9. |
| Thorgeirsson UP, Dalgard DW, Reeves J et al. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol* 1994;19:130–151. |
| Tran KT, McMenamin UC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iverson L, Johnston BT, Lee AJ, Cardwell CR. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther 2018;48:55-64. |
| Valisure. (2019, September 9). Valisure Citizen Petition on Ranitidine (Docket No. FDA-2019-P-4281). |
| Valisure. (2020, March 2). Valisure Citizen Petition on Metformin with Attachments (Docket No. FDA-2020-P-0978). |
| Verdu E, Viani F, Armstrong D, Fraser R, Siegrist HH, Pignatelli B, Idström JP, Cederberg C, Blum AL, Fried M. Effect of omeprazole on intragastric bacterial counts, nitrates, nitrites, and N-nitroso compounds. Gut. 1994 Apr 1;35(4):455-60. |
| Vermeer IT, Van Maanen JM. Nitrate exposure and endogenous formation of carcinogenic nitrosamines in humans. Reviews on environmental health. 2001 Apr 1;16(2):105-16. |

| |
|---|
| Vu BD, Paul JL, Gaudric M, Guerre J, Younger J, Ekindjian OG. N-nitroso compounds, nitrite and pH in human fasting gastric juice. Carcinogenesis. 1994 Nov 1;15(11):2657-9. |
| Walters CL, Carr FP, Dyke CS, Saxby MJ, Smith PL, Walker R. Nitrite sources and nitrosamine formation in vitro and in vivo. Food and Cosmetics Toxicology. 1979 Oct 1;17(5):473-9. |
| Walters CL, Dyke CS, Saxby MJ. Nitrosation of food amines lnder stomach conditions. IARC scientific publications. 1976(14):181-93. |
| Walters, C.L., Gillatt, P.N., Palmer, R.C., Smith, P.L. and Reed, P.I., 1987. Nitrosation of drugs under in-vivo conditions. IARC scientific publications, (84), pp.351-354. |
| Watt PC, Sloan JM, Donaldson J, Campbell G, Kennedy TL. Relation between gastric histology and gastric juice pH and nitrite and N-nitroso compound concentrations in the stomach after surgery for duodenal ulcer. Journal of clinical pathology. 1984 May 1;37(5):511-5. |
| Watt PC, Sloan JM, Donaldson JD, Patterson CC, Kennedy TL. Relationship between histology and gastric juice pH and nitrite in the stomach after operation for duodenal ulcer. Gut. 1984 Mar 1;25(3):246-52. |
| White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. *JAMA.* Published online June 28, 2021. doi:10.1001/jama.2021.10043. |
| WHO. Guidelines for Drinking-Water Quality: NDMA. Third Edition including 1st and 2nd addenda. 2008. |
| WHO. NDMA Geneva. 2002. |
| Wiltse JA, Dellarco VL. U.S. Environmental Protection Agency's revised guidelines for carcinogen risk assessment: evaluating a postulated mode of carcinogenic action in guiding dose-response extrapolation. Mutat Res. 2000 Jan 3;464(1):105-15. |
| World Cancer Research Fund/American Institute for Cancer Research. Summary of Third Expert Report. 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Judging the Evidence. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and bladder cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and esophageal cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and liver cancer. Revised 2018. |

| |
|---|
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and pancreatic cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and stomach cancer. Revised 2018. |
| World Health Organization. Concise International Chemical Assessment Document 38. N-Nitrosodimethylamine. 2002. |
| Xu GP, Reed PI. N-nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method. Carcinogenesis. 1993 Dec 1;14(12):2547-51. |
| Yoo, Jeong-Sook, Guengerich, Yang, Metabolism of N-Nitrosodialkylamines by Human Liver Microsomes, Cancer Research, 88, 1988 1499-1504 |
| Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med. 2021 Jan 5;10(1):153. doi: 10.3390/jcm10010153. |
| Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. Toxicol Sci. 2010 Jul;116(1):323-35. doi: 10.1093/toxsci/kfq093. Epub 2010 Mar 29. |
| Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. doi: 10.1021/acs.est.5b04254. Epub 2015 Nov 5. Erratum in: Environ Sci Technol. 2021 Apr 20;55(8):5602. |
| Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. doi: 10.1093/carcin/bgw034. Epub 2016 Mar 18. Retraction in: Carcinogenesis. 2021 Jul 16;42(7):1008. |
| Zhao C, Zhou J, Gu Y, et al., Urinary exposure of Nitrosamines and associated risk of esophageal cancer in a high incidence area in China. Science of the Total Environment. https://doi.org/10.1016/j.scitotenv.2020.139713. |
| Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis* 2019 Apr;40(2):254-62. |
| Zhu Y, Wang PP, Zhao J, Green R, Sun Z, Roebothan B, Squires J, Buehler S, Dicks E, Zhao J, Cotterchio M, Campbell PT, Jain M, et al. Dietary *N*-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada. *Brit J Nutrition* 2014;111:1109-1117. |

**Other Materials**

| |
|---|
| A Brief Account of the Nitrosation of Cimetidine, Ranitidine and Tiotidine and the Possible Toxicological Significance of the Reaction Products. GSKZAN0000243053. |
| BIO/80/11. "Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man." GSKZAN0000369530. |
| BIO/81/23. "The isolation and identification of FRM, a minor metabolite of ranitidine produced in animal species." GSKZNDAA0000010714 |
| CAR009 (PATH/81/269). "Ranitidine Hydrochloride: 2 year oral tumorigenicity study in mice." GSKZNDAA0000012654. |
| CAR010 (PATH/80/247). "Ranitidine Hydrochloride: 114 week oral tumorigenicity study in mice." GSKZNDAA0000012937. |
| CR/79/295. "Nitrosation of Ranitidine." GSKZAN0000290568. |
| CR/81/368. "Ranitidine Nitrosation." GSKZAN000290552. |
| D810112. "A special report to the medicines division on the potential carcinogenicity and mutagenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach." GSKZAN0000084961. |
| Deposition of Lior Braunstein (October 25, 2021) |
| Expert Report of Anne McTiernan |
| Expert Report of Dr. Andrew Salmon |
| Expert Report of Dr. Charles Davis |
| Expert Report of Dr. Dipak Panigrahy |
| Expert Report of Dr. Errol Zeiger |
| Expert Report of Dr. Jennifer Le |
| Expert Report of Dr. Michael Marletta |
| Expert Report of Dr. Paul Michaels. |
| Expert Report of Dr. Ron Najafi |
| Expert Report of Dr. Ronald Melnick |

| |
|---|
| Expert Report of Dr. Zal Phiroz |
| Expert Report of Patricia Moorman, PhD |
| FDA's Pharmacologist Review of NDA 18-703. GSKZAN0000012786-790, 806-814. |
| FDA's Summary Basis of Approval of NDA 18-703. GSKZAN0000012672. |
| GSK RCA (2020). GSKZAN0000051927. |
| GSKZAN0000444847-920 (2015N264356). |
| GSKZAN0002598574 – GSKZAN0002598576 (EX 4716 James Harvey 092921). |
| GSKZAN0002772111 (WPT-83-056). |
| GSKZAN0003535320 -24. – GSKZAN0003535392 - 96 (SKF -92334 Tablet NDA Supplement 7/19/1982. Ranitidine nitrosation study). |
| GSKZAN0003567694 (Tox 20). |
| GSKZAN0003567697 (Tox 21). |
| GSKZAN0003567699 (Tox 18) |
| GSKZAN0003567701 (Tox 19). |
| GSKZAN0003567704 (Tox 22). |
| GSKZAN0003567709 (Tox 17). |
| GSKZNDAA0000001132 NDA 18703 (03/09/1982) Study Overview. |
| GSKZNDAA0000001362 NDA 18703 (03/09/1982) Study Overview. |
| GSKZNDAA0000001673 NDA 18703 (03/09/1982) Study Overview. |
| GSKZNDAA0000001680 Validation of the carcinogenicity studies performed with ranitidine. NDA 18-703. |
| GSKZNDAA0000001689 CAR009 Ranitidine hydrochloride : 2 year oral tumorigenicity study in mice_Summary. |
| GSKZNDAA0000001702 CAR010 Ranitidine hydrochloride: 114 week oral tumorigenicity study in mice_Summary. |

| |
|---|
| GSKZNDAA0000001715 A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks)_Summary. |
| GSKZNDAA0000001726 D1031 Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity_Summary. |
| GSKZNDAA0000001728 D164 The reaction between ranitidine and nitrous acid and the mutagenic potential of the reaction products_Summary. |
| GSKZNDAA0000001825 TR21 A dominant lethal assay of ranitidine hydrochloride in AHA rats_Summary. |
| GSKZNDAA0000013235 A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks)_Report Vol. 1. |
| GSKZNDAA0000013594 A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks)_Report Vol. 2. |
| GSKZNDAA0000013949 A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks) _Report Vol. 3. |
| GSKZNDAA0000014306 A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks) _Report Vol. 4. |
| GSKZNDAA0000014661 A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks) _Report Vol. 5. |
| GSKZNDAA0000014733 D1031 Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity_Report. |
| GSKZNDAA0000014773 D164 The reaction between ranitidine and nitrous acid and the mutagenic potential of the reaction products_Report. |
| GSKZNDAA0000017014 (BIO 81-23 NDA 18-703 Vol 27) |
| IND 17004 Vol. 1. GSKZINDA0000000001 |
| Martin LE, Tanner RJN. 1982 The Determination of N-Nitrosodimethylamine Formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite. (GSKZAN000084994-85003). |

| |
|---|
| McIsaac & Summers 1985. "Ranitidine: Effects on the In-tragastric Milieu, N-nitrosamines, and the Risk of Gastric Cancer." GSKZAN0000931175. |
| Overall summary of mutagenicity studies. GSKZNDAL0000087179. |
| Overall summary of subchronic/chronic/carcinogenicity studies. GSKZNDAL0000087112-87123. |
| PATH/77/153. GSKZINDA0000001223. |
| PATH/78/171. Mutagenicity screening: in-vitro and microsomal techniques. GSKZNDAD0000001139-1147. |
| PATH/78/172. Mutagenicity screening: in-vitro and microsomal techniques. GSKZNDAD0000001148-1159. |
| PATH/78/192. Mutagenicity testing of the chemical intermediates of AH 19065. GSKZNDAD0000001160-1189. |
| PATH/79/220. "Mutagenicity studies on the nitrosation products of AH19065 and AH22216. (Liquid and agar assays)." GSKZAN00002292368. |
| PATH/79/224. "Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products." GSKZAN0000917196; GSKZAN0000917222. |
| PATH/79/229. "Ranitidine Hydrochloride: The effects of ranitidine hydrochloride in male germ cells - a dominant lethal assay." GSKZNDAA0000015349. |
| PATH/80/230. "Mutagenicity testing on various batches of 'bis-s-methyl' compound (AH22022X), an intermediate in the synthesis of AH19065." GSKZAN0000917266. |
| PATH/80/235. "(III) Nitrosation of ranitidine: Further mutagenicity studies." GSKZAN0000986964. |
| PATH/80/240. "Further mutagenicity studies on rantidine (AH19065) and on its N-oxide (AH20199) and S-oxide (AH20319)." GSKZAN0000282822. |
| PATH/81/287. "Ranitidine Hydrochloride: 114 week oral tumorigenicity study in mice." GSKZINDA0000011033. |
| PATH/81/314. "Mutagenicity testing on: 1) 26 batches of AH 22022X (BIS-S-METHYL) 2) Samples derived from the purification of the mutagenic impurity within AH 22022X." GSKZAN0000917248. |
| RA/10/80. "Tests on ranitidine, its metabolites in man, and its nitrosation products, for mutagenic activity in micro-organisms." GSKZINDA0000008562. |

| |
|---|
| Sectional summary and study reports of mutagenicity studies (GSKZNDAL0000105243-105587). |
| Sectional summary of mutagenicity studies. GSKZNDAL0000105250-105273. |
| Sectional summary of subchronic/chronic/carcinogenicity studies. GSKZNDAL0000090474-90638. |
| WAP 86-006. Review of the standards achieved in Glaxo routine production of Ranitidine Hydrochloride and the Zantac range of finished products – and a comparison with the standards of competitor products. GSKZAN0001945404 – GSKZAN0001945610. |
| WAP/86/006. GSKZAN0001945403. |
| WBP/82/011. "The determination of N-nitrosdimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite." GSKZAN0000230102. |
| WMH/85/013. "A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man." GSKZAN0000369313 – 369342. |
| WPT/82/086. "Microbial Mutagenicity Screen on GR 31159X (N-methy1-1- (methylthio)-2 nitroethenamine, a Potential Intermediate in the Synthesis of Ranitidine." GSKZAN0000369554 |
| WPT/83/037. "A Cytogenetic Study in the Spermatogonial Cells of Mice following Oral Administration of Ranitidine." GSKZAN0000931154. |
| WPT/83/051. "Microbial mutagenicity screen: GR 35178X (Ranitidine contaminant)." GSKZAN0000917283. |
| WPT/83/055. "Mutagenicity Testing on AH 19065 (Base) using Two Different Yeast Assays. (Gene Conversion Assay, Forward Mutation Assay CAN S-Can R)." GSKZAN0000290610. |
| WPT/83/056. "In Vivo Cytogenetic Evaluation of AH 19065 (Ranitidine Assays)." GSKZAN0000292401. |
| WPT/86/029. "Sex-Linked Recessive Lethal Study on AH19065 HC1 (Ranitidine) Using Drosophila Melanogaster." GSKZAN0000931137. |
| WPT/89/196. 397 week toxicology study in beagles. (GSKZINDC0000000846). |
| WPT/89/306. 7 year toxicology study in beagles. Volumes 1 and 2 (GSKZINDC0000001058 and GSKZINDC0000001492). |
| WPT/89/335: GR122311X: micronucleus test in the PVG rat after oral administration (R12011) GSKZINDH0000002012. Summary: GSKZNDAL0000087190. Study report: GSKZNDAL0000105522-105552. |

| |
|---|
| WPT/90/065. "An evaluation of the potential genotoxicity of selected Ha-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. - preliminary report." GSKZAN0000292197. |
| WPT/90/079: An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay (GSKZNDAA0000205884). |
| WPT/90/158. "An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay; plus the effects of loxtidine and omeprazole on serum gastrin levels." GSKZAN000060292211. |
| WPT/90/176: GR88502X (bismuth citrate): cytogenetic evaluation using cultured human lymphocytes (study no. Y12410) (GSKZINDH0000006657). |
| WPT/90/176: GR88502X (bismuth citrate): cytogenetic evaluation using cultured human lymphocytes (study no. Y12410) GSKZINDH0000006657. Summary: GSKZNDAL0000087187. Study report: GSKZNDAL0000105406-105433. |
| WPT/90/290: GR122311X: microbial mutagenicity study (GLP study no. V11934) (GSKZINDH0000001925). |
| WPT/90/290: GR122311X: microbial mutagenicity study (GLP study no. V11934) GSKZINDH0000001925. Summary: GSKZNDAL0000087180-185. Study report: GSKZNDAL0000105275-105361. |
| WPT/90/335: GR122311X: micronucleus test in the PVG rat after oral administration (R12011) (GSKZINDH0000002012). |
| WPT/90/407: GR122311X: in vivo stomach UDS assay in male PVG rats (GSKZINDH0000006685). |
| WPT/90/407: GR122311X: in vivo stomach UDS assay in male PVG rats. GSKZINDH0000006685. Summary: GSKZNDAL0000087191. Study report: GSKZNDAL0000105556-586. |
| WPT/90/411: GR122311X: cytogenetic evaluation using cultured human lymphocytes (study no. V11765) (GSKZINDH0000006613). |
| WPT/90/411: GR122311X: cytogenetic evaluation using cultured human lymphocytes (study no. V11765) GSKZINDH0000006613. Summary: GSKZNDAL0000087186. Study report: GSKZNDAL0000105362-105405. |
| WPT/91/003. GR122311X: 93 days oral (gavage) toxicity preliminary to an oncogenicity study in mice (Study No. M12402). Summary: GSKZNDAL0000087126. Study report: GSKZNDAL0000091126-91414. |

| |
|---|
| WPT/91/004. GR122311X: 37 or 93 days oral (dietary) toxicity preliminary to an oncogenicity study in mice (Study No. M12473). Summary: GSKZNDAL0000087125. Study report: GSKZNDAL0000090688-91122. |
| WPT/91/005. GR122311X: 37 and 92 days oral (dietary) toxicity preliminary to an oncogenicity study in rats (Study No. R12472). Summary: GSKZNDAL0000087143. Study report: GSKZNDAL0000096911-97334. |
| WPT/91/208. GR122311X: Pilot dietary absorption study in rats (Study No. R12675). Study report: GSKZNDAL0000097335-97435. |
| WPT/91/247. GR122311X: A pilot study to investigate its induction of replicative DNA synthesis in the gastric mucosa of male PVG rats. Study report: GSKZNDAL0000105553-105555. |
| WPT/91/276. GR122311X: Screen for mutagenic activity in the mouse lymphoma, L5178Y assay (V12784). Summary: GSKZNDAL0000087189. Study report: GSKZNDAL0000105434-105494. |
| WPT/91/277. GR88502X: Serum for mutagenic activity in the mouse lymphoma, L5178Y assay (T12799, Pilot study). Summary: GSKZNDAL0000087188. Study report: GSKZNDAL0000105495-105521. |
| WPT/92/280. GR122311X and GR88502X: Pilot 28 day study in the rat to determine whether dietary administration is feasible and whether GR88502X causes gastric mineralisation when administered in the diet or by oral gavage (Study No R12467). Summary: GSKZNDAL0000087142. Study report: GSKZNDAL0000096862-96910. |
| WPT/92/281. GR122311X: Pilot dietary palatability study in mice (Study No. M12466). Summary: GSKZNDAL0000087124. Study report: GSKZNDAL0000090640-90687. |
| WPT/93/096. GR122311X: Oral (dietary) oncogenicity study in rats (Study No. R12404). Summary: GSKZNDAL0000087144-87150. Study report: GSKZNDAL0000097439-100222. |
| WPT/93/122. GR122311X: Oral (dietary) oncogenicity study in mice (Study No. M12403). Summary: GSKZNDAL0000087127-87134. Study report: GSKZNDAL0000091418-94400. |
| WPT/93/201. “GR122311X: Oral (dietary) oncogenicity study in mice.” Volume 1: GSKZAN0000368567; Volume 2: GSKZAN0000705948; Volume 3: GSKZAN0000914868; Volume 4: GSKZAN0000915306; Volume 5: GSKZAN0000915610; Volume 6: GSKZAN0000368845. |
| WPT/94/381: Ranitidine (AH19065AB), Famotidine (GR40965X) and OmeprazoIe (GR61456X): 104 week oral study of effects on the stomach of rats (Study No. R13529) (Volume 1 of 2) (GSKZINDA0000051942). |

| |
|---|
| WPT/94/381: Ranitidine (AH19065AB), Famotidine (GR40965X) and OmeprazoIe (GR61456X): 104 week oral study of effects on the stomach of rats (Study No. R13529) (Volume 2 of 2) (GSKZINDA0000052269). |

# EXHIBIT

# 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# RULE 26 CORRECTED REBUTTAL EXPERT REPORT

# MIRA M. HIDAJAT, PHD

Date: April 12, 2022

[signature]
Mira Hidajat, PhD

## Table of Contents

***Credentials, Expertise, and Experience*** **.......... 2**

***Statement of interest*** **.......... 2**

***Research Question*** **.......... 3**

***Project Information*** **.......... 4**

**Project Title: Cancer mortality and incidence in the British Rubber industry - a 49 year follow-up ....5**

**Abstract..........5**

***Report Outline*** **.......... 6**

***I. Cohort Data*** **.......... 7**

**Table 1. Number of deaths from selected causes ..........8**

***II. Exposure Data: Source and Validation*** **.......... 10**

***III. Methodology: Exposure Assessment*** **.......... 14**

***IV. Methodology: Cancer Mortality Analysis*** **.......... 17**

***V. Assumption of Continuous Employment*** **.......... 19**

***VI. Smoking as a confounder*** **.......... 21**

***VII. Exposures to other known carcinogens*** **.......... 23**

**Rubber Dust..........23**

**Asbestos..........24**

**Benzene..........24**

**Alpha-naphthylamine and beta-naphthylamine..........25**

**Rubber Fumes..........26**

**Co-exposures of carcinogens..........26**

***Conclusion*** **.......... 28**

***References*** **.......... 30**

***Appendix A. Biographies of Investigators*** **.......... 35**

**Frank de Vocht, Ph.D. (Principal Investigator)..........35**

**John W. Cherrie, Ph.D. (Co-Investigator)..........35**

**Raymond Agius, LCRP (Lond) MCRS (Eng), MCRP, AFOM, MD, MFOM, FFOM, FCRP (Edin), FCRP (Lond), Doctorate in Medicine (Co-Investigator)..........36**

**Damien McElvenny, Ph.D. (Co-Investigator)..........37**

## Credentials, Expertise, and Experience

I am Senior Research Associate Medical Statistics and Health Data Science at the Medical Research Council Integrative Epidemiology Unit and Population Health Science Institute in Bristol Medical School, University of Bristol, United Kingdom. The University of Bristol is internationally recognized as a leading research institution in methodological and applied epidemiology. Prior to coming to Bristol in 2015, I was Medical Research Specialist at the Center for Population Health at the Texas Department of State Health Services from 2013-15.

I have a Ph.D. in Demography and Sociology (Dual-Title) from the Pennsylvania State University, awarded in 2010. I was Postdoctoral Fellow at the Institute of Public and International Affairs at the University of Utah in 2010-12. I was Institutional Research Analyst at the University of Texas in 2012-13.

My research in occupational epidemiology has focused on associations between occupational exposures and mortality from cancer and non-cancer diseases among UK rubber workers, heart disease mortality among nuclear fuel cycle workers, and occupational zoonoses in Southeast Asia. I have published a chapter in the Encyclopedia of Gerontology and Population Aging titled "Lifetime Primary Occupation and Health/Longevity in Old Age." More recently, my research has focused on disparities in COVID-19 outcomes in the UK by race/ethnicity and in the presence of multi-morbidities. I have also conducted a quantitative evaluation of a public health intervention program using a natural experiment design.

I have published 21 papers (12 as lead author) in peer-reviewed academic journals as well as 8 book chapters/reports. I have been an instructor or lecturer in 3 medical school courses on evidence-based medicine, risk in population health and social sciences, and introduction to rates and survival analysis. I have consulted on population health matters for the Ministry of Planning of Cambodia (National Institute of Statistics and International Affairs) and the Pew Forum on Religion and Public Life (Washington, D.C.). I have reviewed manuscripts for leading journals in epidemiology, gerontology, and sociology including Occupational Medicine, American Journal of Public Health, Journals of Gerontology: Social Sciences, European Journal of Aging, BMC Medical Research Methodology, BMC Geriatrics, Research on Aging, Journal of Comparative Family Studies, Journal of Religion and Health.

## Statement of interest

I was first contacted by Plaintiffs' counsel on October 28, 2020, after my work on the UK rubber factory worker cohort was completed and published. Prior to that I was not aware of this litigation. I was retained mid-November 2020. My hourly rate is $450. I have never testified nor participated in any litigation prior to this case.

In performing my analysis, I used the same degree of scientific rigor that I would in submitted a paper for peer review and publication, using accepted and reliable scientific methods. Any opinions expressed herein are stated with a reasonable degree of scientific certainty.

## Research Question

I have been presented with various questions raised regarding the Hidajat et al. (2019b) cancer mortality study for which I was the lead author. The study title is "Lifetime exposure to rubber dusts, fumes and n-Nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up." It was published in one of the leading peer-reviewed academic journals in occupational epidemiology, *Occupational and Environmental Medicine*. The questions were raised in reports prepared for the defendants in this litigation by Drs. Chan, Terry, Witte and Wang. The epidemiology questions broadly fall into several categories which can be summarized as follows:

1. The cohort had multiple exposures to cancer causing agents
2. Only birth year was adjusted in this study, job information was available only for a single year
3. The dataset was missing potential lifestyle confounders like smoking
4. Comparisons to another study from our group on the same cohort (McElvenny 2018) did not find parallel associations
5. Reliability of exposure estimates were questioned

Naturally, the authors of Hidajat et al. (2019b) were aware of these possibilities before the study design was presented for grant review. While we had an extensive and reliable dataset, no data set is perfect. The study was designed to account for all of these potential criticisms. In fact, some of these questions came up in the peer review for grant funding and the additional peer review before publication of the results. In both instances, the peer reviewers were satisfied that our methods would produce a reliable result. I have attached as Appendix A the qualifications of the study investigators to help demonstrate the breadth of experience and expertise that went into this study.

## Project Information

The project titled "Cancer mortality and incidence in the British Rubber industry - a 49 year follow-up" was funded by a grant from Cancer Research UK. Project information and abstract describing the purpose, analysis plan, and potential benefits of the study are listed below. The funding for this project began in November 2013, before I joined the study team in July 2015.

Two main studies were proposed as part of this grant. The first study is an external analysis comparing the cancer mortality of UK rubber worker cohort to the general population as a reference using the same methods as previous studies on this cohort. The rationale is that it would present a continuation of previous studies with an update of the follow-up period to 49 years. This study became the McElvenny et al. (2018) study. The second study uses a quantitative assessment of exposure that had never been done before for this cohort which would allow for an estimation of dose-response relationships between occupational exposures and cancer mortality. This approach focuses internally within the cohort, comparing risks for cancer mortality in workers with low exposures to higher exposures. This study became the Hidajat et al. (2019b) study. In Section I, I discuss at length the limitations of the external analysis design used in previous studies of rubber worker cohorts including McElvenny et al. (2018) and why it was necessary for an internal analysis design such as Hidajat et al. (2019b) to be able to examine associations between specific occupational exposures and cancer mortality.

The first phase of the study began with record linkage of death certificates to the cohort data conducted at the Institute of Occupational Medicine in Edinburgh Scotland. Separate grant funding was obtained to partially fund this record linkage effort from the UK Health and Safety Executive (Grant ID PrJ787). I was hired by the study team to first conduct exposure assessment through Job Exposure Matrix (JEM) using data from the EXASRUB database, a multi-country database of occupational exposures in the rubber industry funded by the European Union. This is described in detail in Section III. After the record linkage was completed, I was responsible for linking the JEMs to the cohort data, now with the full 49-years of mortality follow-up, and for statistical analysis of these data to examine associations between occupational exposures in the rubber industry on cancer mortality. After the completion of statistical analyses, I drafted 3 manuscripts for submission to *Occupational and Environmental Medicine*, one of the leading peer-reviewed academic journals in occupational epidemiology: the exposure assessment study (Hidajat et al. 2019a), the cancer mortality study (Hidajat et al. 2019b), and the non-cancer causes of death study (Hidajat et al., 2020). All co-authors participated in the revision of these manuscripts and final approval for publication. I also participated as a co-author in McElvenny et al. (2018). The initial submission for the exposure assessment study was on April 10, 2018, revision was submitted on December 10, 2018, and accepted for publication on December 31, 2018. The initial submission for the cancer mortality study was on April 10, 2018, revision was submitted on December 11, 2018, and accepted for publication on December 31, 2018. Prior to publication, preliminary results from this project were presented at international occupational epidemiology conferences: UK & Ireland Occupational and Environmental Epidemiology Conference (2018), UK and Ireland Exposure Science Meeting (2018) and International Symposium on Epidemiology in Occupational Health (EPICOH) (2017), Epidemiology in

Occupational Health Conference (2016), and at the Annual Meetings of the International Society for Environmental Epidemiology (2015).

## Project Title: Cancer mortality and incidence in the British Rubber industry - a 49 year follow-up

Funder: Cancer Research UK
Grant number: CRUK-A16521
Funding period: 1 November 2013 – 29 February 2016

## Abstract

Working in the industry that has manufactured rubber and rubber products has been determined to be carcinogenic. However, given the complex nature of the chemicals present or in use, the phasing out of the use of certain chemicals, and the trend in reduction in exposures, there remains a great deal of uncertainty about the nature of the risks, if any, encountered by workers in industry today. We have at our disposal a large retrospective cohort study of over 40,000 workers who were aged 35 or over in 1967 and which was last followed up to 1976. This is the largest and statistically most powerful cohort of its type anywhere in the world. We propose to carry out an updated analysis of the cancer mortality in this cohort to determine which cancers are in excess, the extent to which they are in excess and, via a detailed occupational exposure assessment, determine the nature of the dose-response relationships for the most important known and suspected carcinogens. Furthermore, the work will complement an ongoing pooling of European rubber workers' cohorts coordinated by the International Agency for Research on Cancer (IARC) but in which, despite its importance, the UK is not included. This analysis will add substantially to our knowledge of the risks associated with the chemicals present in the industry in the UK and importantly also the developing world. It has the very real potential to fill an important gap in scientific knowledge identified by IARC to influence policy and work practices as a result of better risk assessments in the industry throughout the world both now and in the future.

Reproduced verbatim from: https://app.dimensions.ai/details/grant/grant.5135289

## Report Outline

In this report, I discuss in-depth the Hidajat et al. (2019b) cancer mortality study, an occupational epidemiological study on a cohort of UK rubber factory workers. This review will focus on occupational exposures to NDMA. Exposures to other agents will be discussed whenever relevant. First, I provide background information on the cohort of UK rubber factory workers used in Hidajat et al. (2019b) and discuss previous studies on cancer mortality that have been published using this cohort as well as other rubber industry studies. This discussion will clarify the limitations of previous studies in examining the relationship between specific agents, particularly NDMA, and cancer mortality and why the Hidajat et al. (2019b) study was needed to solidify evidence on the association between occupational exposure to NDMA in the rubber industry and cancer mortality. Second, I discuss the NDMA exposures used in Hidajat et al. (2019b) which was based on the EXASRUB database, a multi-country database of occupational exposures in the rubber industry funded by the European Union. Third, I discuss the statistical modeling of the exposures, construction of the Job-Exposure Matrix (JEM) and the calculation of lifetime cumulative exposure for the UK rubber worker cohort. This discussion will establish the internal validity of the exposure assessment used in our study. Fourth, I discuss the statistical methodology for the cancer mortality analysis. Fifth, I discuss the sensitivity analyses for length of employment. Sixth, I discuss the issue of smoking as a confounder. Seventh, I discuss issues relating to exposures to other carcinogens.

## I. Cohort Data

Our study used data from a census of male rubber factory workers in the UK (Hidajat et al., 2019b). The census was conducted by the predecessor of the UK Health and Safety Executive (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974), a UK government organization which is responsible for the enforcement of occupational health and safety regulations, for the purpose of studying mortality, particularly mortality from cancer, within the UK rubber industry. The formation of this cohort was precipitated by previous studies in the UK that found excess mortality from bladder cancer among rubber factory workers or in areas where the residents predominantly worked in rubber factories, particularly after exposure to known carcinogen beta-naphthylamine, e.g., Case and Hosker (1954); Veys (2004). In fact, the cohort in our study “was designed to test the hypothesis that the bladder tumour hazard had been removed by 1950 and to identify those sectors of the industry in which a hazard may have persisted after that date” (Baxter & Werner, 1980, p. 2).

The census identified 40,867 men who were employed for at least 1 year, age at least 35 years on February 1, 1967, and were successfully traced to the National Health Service Central Registers, a registry of patients in the National Health Service (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974). This cohort encompassed workers in all 381 companies operating in the UK at the time. The companies were contacted by the UK Factory Inspectorate, a UK government agency established to enforce labor laws, for the purposes of setting up this occupational cohort and all of them participated (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974). Women were not included in the study cohort because of low numbers who worked in the rubber industry at the time (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974). The original cohort data were linked with death certificates and emigration records and followed up in 1971 (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974). Within this 4-year follow-up, 2,029 deaths occurred (5% mortality). Subsequent studies extended the mortality follow-up to 1974 and 1976 (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974). These follow-ups observed 4,079 and 5,773 deaths, or 10% and 14% mortality respectively. Our study, as well as McElvenny et al. (2018), retraced the original census cards that were still available as of 2015, which encompassed 37,626 (92%) of the original cohort. After excluding workers who emigrated, cancelled their registrations with the National Health System (NHS), or had duplicated/inconsistent records (exclusion criteria described in detail in McElvenny et al. (2018)), the final sample size for the Hidajat et al. (2019b) cancer mortality analysis was 36,441.

Death certificate linkage in our study was conducted up to December 31, 2015, extending the mortality follow-up to 49 years. By the end of this lengthy follow-up period, the youngest member of the cohort would have been 84 years old and most older members of the cohort would have died prior to this date. In contrast to earlier studies of the same cohort mentioned above, our study observed 34,181 deaths, or a 94% mortality rate. In comparing specific causes of deaths, our study is a clear improvement on previous studies of the same UK rubber worker cohort. Table 1 lists the number of deaths from selected causes. Deaths from bladder cancer, for example, increased from 23 deaths after 4 years of follow-up to 73 deaths after 10-years of

follow-up. However, after a 49-year follow-up, we observed 417 deaths. The lengthy follow-up period made our study particularly suitable to examine mortality from diseases with long latency periods such as cancer, which could take decades to develop and would often be missed in studies with shorter follow-up periods. Furthermore, because death certification is mandatory by law, this minimized the proportion of the cohort that was lost to follow-up, a common problem in longitudinal cohort studies (Ahrens & Pigeot, 2014). With the large sample size and a lengthy follow-up period, our study is able to adequately detect deaths from specific causes such as bladder cancer, stomach cancer, esophageal cancer, lung cancer, pancreatic cancer, and liver cancer in comparison to earlier studies of the same cohort or other epidemiological cohorts with shorter follow-up periods.

Table 1. Number of deaths from selected causes

| Selected causes of deaths | Hidajat et al. (2019) and McElvenny et al. (2018) | Fox et al. (1974) | Fox et al. (1976) | Werner and Baxter (1980) |
|---|---|---|---|---|
| Follow-up period | 49 years | 4 years | 7 years | 10 years |
| N deaths (%) | 34,181 (94%) | 2,029 (5%) | 4,079 (10%) | 5,773 (14%) |
| Bladder cancer | 417 | 23 | 37 | 73 |
| Stomach cancer | 768 | N/A | 153 | 216 |
| Esophageal cancer | 333 | 10 | 20 | 35 |
| Liver cancer | 122 | 1 | 5 | 9 |
| Pancreatic cancer | 328 | N/A | N/A | 66 |
| Lung cancer | 3377 | N/A | 585 | 822 |

Previous studies on this occupational cohort, including McElvenny et al. (2018) compared mortality of the rubber factory workers to a reference population, commonly referred to in occupational epidemiology as an “external comparison”. The reference population usually comes from the national population, matched to the cohort by age group, sex, and cause of death. In contrast, our study focuses on comparing between the lowest-exposed workers to workers with higher exposures to NDMA, commonly referred to in occupational epidemiology as an “internal comparison”. Another example of an internal comparison study design is a study on smoking and mortality among British doctors by Doll et al. (2004), which incidentally also examined a similar-sized cohort (N=34,439) with a similar length of follow-up time as our study (50 years). Doll et al. (2004) compared the mortality of doctors who are current smokers and ex-smokers to those who never smoked. One advantage of an internal analysis focusing on doctors is that it would minimize potential bias from unmeasured socioeconomic status because relative to the general population, doctors would all have similarly high level of education, income, and occupational status.

The external comparison study design is more susceptible to bias than the internal comparison study design. Because the external comparison design uses two different groups of people, there may be fewer similarities between the study cohort and the reference population in terms of unmeasured risk factors for disease such as smoking, dietary habits, or socioeconomic status. This is often characterized as the "healthy worker effect", which is "a bias in occupational epidemiology studies that is typically characterized by lower relative mortality and morbidity rates from all causes combined and from selected causes in an occupational cohort, possibly masking an increased risk of the disease under study. The HWE occurs because less healthy individuals are more likely to be unemployed than are healthy individuals" (Kirkeleit et al., 2013, p. 1218). Lower cancer mortality and lower incidences of cancers of the of bladder, lung, esophagus, and pancreas resulting from a healthy worker effect have been documented in a large study of Norwegian workers (Kirkeleit et al., 2013). The Standardized Mortality Ratio, which summarizes results of these external comparison studies, has been described as "a biased estimate of the effect of any risk factor" (Ahrens & Pigeot, 2014, p. 270). The influence of the healthy worker effect on internal comparison studies would be minimal because the reference/comparison group comes from within the same sample and thus are more homogeneous compared to the general population. In our study, the cohort members all work in the same industry, many work in the same factories, and have more similar risk factors than an external comparison study. It is noteworthy that despite these limitations, all external comparison studies of the UK rubber factory worker cohort found higher mortality from bladder cancer, stomach cancer, and lung cancer in the rubber worker cohort compared to the reference population (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974; McElvenny et al., 2018).

## II. Exposure Data: Source and Validation

In contrast to previous studies of the same cohort (Baxter & Werner, 1980; Fox & Collier, 1976; Fox et al., 1974; McElvenny et al., 2018) and other rubber industry studies (for example, (Sorahan et al., 1989; Straif et al., 2000) which used job titles or departments as proxies of occupational exposures to NDMA, Hidajat et al. (2019a) used NDMA levels directly measured in rubber factories and collated in a database specifically developed to capture occupational exposures in rubber factories (de Vocht et al., 2005). The EXASRUB database ("Improved Exposure Assessment for Prospective Cohort Studies and Exposure Control in the Rubber Manufacturing Industry") compiles rubber industry occupational exposures data from European countries (UK, Germany, Poland, Netherlands, and Sweden) which "could be used to develop a common method of exposure assessment for epidemiological studies, to provide information on trends in occupational exposures to a number of chemical agents, and to disseminate information on occupational control hygiene measures that were recently implemented in the European rubber industry" (de Vocht et al., 2005, p. 692). Funding for this database was provided by the European Union Concerted Action 5th framework, in the Quality of Life and Management of Living Resources Programme (Grant ID: QLK4-CT-2001-00160, https://cordis.europa.eu/project/id/QLK4-CT-2001-00160). The members of the EU-EXASRUB consortium included renowned occupational epidemiologists from each data-contributing country mentioned above as well as a UK rubber industry representative (de Vocht et al., 2005). The EXASRUB database, particularly NDMA data from the UK and Germany, was the source for the occupational exposure measurements used in the Hidajat et al. (2019a), Hidajat et al. (2019b), and Hidajat et al. (2020) studies.

The central organizing institution was in the Netherlands where the lead PIs (de Vocht and Kromhout) and developers of the database were based at the time, specifically at the Environmental and Occupational Health Division, Institute for Risk Assessment Sciences, at Utrecht University. This database was modeled after a previous database on occupational exposures in the asphalt industry that was constructed by some of the same researchers (Burstyn et al., 2000). Each participating country received a satellite version of the database for data entry. Database was sent to each country's participating institution, staff received training on using the database and entering data into the database. Measurements that have been collected previously were entered into this database either manually or by converting the electronically stored data into this database format. After data have been entered, each participating institution sent the database to the coordinating center in the Netherlands.

The sources of measurements for NDMA in the EXASRUB database that were used in Hidajat et al. (2019a) were from Germany and the UK. Data from Germany are from the "Measurement data relating to workplace exposure to hazardous substances" (MEGA) exposure database (Stamm et al. 2001), which is maintained by the Institute for Occupational Safety and Health (IFA), a non-profit institute part of the German social security system. UK measurements were originally collected by the British Rubber Manufacturer's Association, an industry group, as well as from the National Exposure Database, a UK government repository of occupational exposure data.

Quality control was conducted by randomly sampling a subset of measurements from each country and recoding the measurements again. Quality control checks on data from Germany found 100% agreement between the two coders for the data elements measured: industrial sector, factory, department, process, general dilution ventilation, open doors or windows, local exhaust ventilation, and respirator. An additional step of quality control checks was performed on a subset of measurements from the UK. The original datasheets for these measurements were sent to the Netherlands and recoded there. Agreement ranged between 97-100% for intra-center coders and 67 (for factory-specific processes) – 100% for inter-center coders. The lower levels of agreement in several data elements in the UK data were determined to be a result of "lack of information on the original datasheets, or because information was very hard to identify on a datasheet. Furthermore, original coders who were familiar with the situation, i.e. the factory or the specific process, can use their expertise to supplement information not directly available on the datasheet, and thus not available to the second coder" (de Vocht et al., 2005, p. 699). This kind of disagreement was resolved in the database by preferring the data entered by the original coder because "it is more likely that the assessment by the original coder (familiar with workplace where the data originated) can be expected to be more accurate" (de Vocht et al., 2005, p. 699).

In the EXASRUB database, there were 18,619 Nitrosamines measurements from Germany and 595 from the UK. Out of all the Nitrosamines measured, 11% of the measurements are for NDMA. Hidajat et al. (2019a) used 1,942 NDMA measurements from Germany and 81 measurements from the UK. Samples of all agents from Germany were from 1974-2003 and UK were from 1977-2002. However, most Nitrosamines samples from Germany were from the 1980s onwards and most UK samples were from the late 1990's. Sampling strategies for Germany (99.7%) and UK (99.9%) were representative of typical working conditions as opposed to worst-case scenario exposures. The worst-case scenario sampling method, although traditionally used in occupational hygiene to measure the maximum harm that workers could face, tends to "produce incomplete and upwardly biased pictures of exposure concentrations" (Kromhout, 2002, p. 350). Thus, representative exposure sampling would provide a more accurate assessment of the typical occupational exposure throughout the workday. Measurement method was similar in all countries using Thermosorb/N sorbent tubes. However, the desorption method was different. Samples from Germany were desorbed "using a 25%/75% mixture of methanol and dichloromethane" while UK samples were desorbed with dichloromethane (de Vocht et al., 2007, p. 254). Sampling types consisted of either personal samplers worn by the factory workers (50% in Germany and 68% in the UK) or stationary samplers (49% in Germany and 32% in the UK). A small proportion of the measurement from Germany were source-oriented samplers (0.4%) and not used in the Hidajat et al. (2019a) study. Recognizing these differences, the statistical modeling in Hidajat et al. (2019a) controls for the desorption method through using the country variable as the source of measurement and for sampling type, whether sampling type was a personal or stationary sample.

de Vocht et al. (2007) compared NDMA measurements in the EXASRUB database to previously published NDMA levels found in rubber factories. The overall level of NDMA in the EXASRUB

database was 0.51 μg/m$^3$ (arithmetic mean), which is comparatively slightly lower than previously-published levels discussed below.

First, compared to Spiegelhalder and Preussmann (1983) which reported a mean concentration between 1-10 μg/m$^3$ (range 0.1 - 380 μg/m$^3$ measured using personal monitoring), NDMA levels in the EXASRUB database were within range but lower overall. Spiegelhalder and Preussmann (1983)'s study was conducted in Germany 1979-1983 in 19 factories from 14 different companies, involving 25 separate sample collections. One reason for the difference in NDMA concentrations in the EXASRUB database is that measurements of NDMA in Spiegelhalder and Preussmann (1983)'s study were collected several decades earlier at a time prior to the introduction of occupational exposure limit for total nitrosamines in Germany in 1988, whereas most of the NDMA measurements in the EXASRUB database were from after 1980s. Another reason is that most measurements in the EXASRUB database came from factories without salt bath curing facilities, thereby having lower concentrations of NDMA. A small sub-analysis of the EXASRUB database showed that "total N-nitrosamine concentrations during salt bath curing were on average 7 times higher than in other curing processes" (de Vocht et al., 2007, p. 258).

Second, a study conducted by NIOSH reported the following NDMA levels: 0.4 – 9.3 μg/m$^3$ in curing and 0.1-2.0 μg/m$^3$ in areas far from curing (Reh et al. (2000). The results showed higher levels of NDMA exposure with closer distance to the salt bath curing area. Workers with no exposure to salt bath curing were found to have non-detectable levels of NDMA. Some of these results controlled for confounders such as age and BMI. NDMA levels in the EXASRUB database are again in line with this USA study.

Third, a study conducted in rubber factories in Italy reported NDMA levels ranging from non-detectable to 0.35 μg/m$^3$ (Iavicoli and Carelli (2006). This study captured NDMA levels in the air on the factory floor using stationary sampling. NDMA concentrations in this study were only a little bit lower than de Vocht et al. (2007).

Fourth, a study conducted in Germany reported declining median NDMA levels in rubber factories starting from 0.19 μg/m$^3$ in 1989 to <0.05 μg/m$^3$ in 1999 (Brueur and van Gelder (2001), as cited in de Vocht et al. (2007)). Although these levels are lower than the overall mean in the EXASRUB database, levels of NDMA from Germany captured in the EXASRUB database is similar, at 0.13 μg/m$^3$ (IARC, 2012). Furthermore, de Vocht et al. (2007) found a similar general decline in exposure values from Germany post-1990 in the EXASRUB database. Germany had instituted an occupational exposure limit (OEL) in 1988 for total nitrosamines exposure at 2.5 μg/m$^3$ in the curing department of the rubber manufacturing industry and 1 μg/m$^3$ in other situations (de Vocht et al., 2007). de Vocht et al. (2007) explained that "since the 1990 average levels of individual nitrosamines have fallen below 0.12 μg/m$^3$. In addition, neither individual NDMA nor NMor measurements above 2.5 μg/m$^3$ have been detected since 1995. The reduction of NDMA-levels in tire production can to some extent be attributed to the fact that NDPhA, which was one of the major retarders in this industry up to the 1980s, has been gradually replaced by PVI (cyclohexylthiophthalimide), which greatly reduces NDMA formation.

In the GRG industry, the situation is more complex because of the wide variety of production methods and the use of numerous additives" (p. 257).

In summary, NDMA levels in the EXASRUB database, which compiled measurements of occupational exposures in rubber factories across five countries in Europe, have been found to be comparable to previous rubber industry studies. These measurements have undergone rigorous internal checks using random sampling and multiple coders. Protocols for the construction and quality control of the EXASRUB database have undergone peer review at multiple levels, first during the grant application process with the European Union and again during the publication of de Vocht et al. (2005). NDMA measurements specifically were validated and published after peer review (de Vocht et al., 2007). The EXASRUB database was highlighted in the IARC report: "the long timespan and the presence of longitudinal data from several countries provide insight into long-term temporal trends in exposure concentrations in the rubber-manufacturing industry" (IARC, 2012, p. 543). There is a high degree of confidence that NDMA measurements in the EXASRUB database used by Hidajat et al. (2019a) are representative of occupational exposures to NDMA.

## III. Methodology: Exposure Assessment

NDMA measurements from the EXASRUB database were linked to the UK rubber factory worker cohort data through a job-exposure matrix (JEM), which is a widely-used and generally-accepted tool in occupational epidemiology to summarize and document occupational exposure data (Checkoway et al., 2004). In Hidajat et al. (2019a), the JEM contains estimated NDMA levels that workers were exposed to in each industry sector, job department, and year of employment. The industry sectors for our cohort are tire and general rubber goods (GRG). Job departments were aggregated from the British Rubber Manufacturing Association coding system to combine job departments that have similar tasks and thus the workers would be exposed to similar agents. They are as follows, presented in order of the typical rubber production process:

1. Raw Materials and Mixing = BRMA job codes 1 (crude materials and storage) and 2 (compounding and mixing)
2. Pre-processing and Assembly = BRMA job codes 3 (solutions, cements, latex and foam processing), 4 (extrusion, calendaring and stock preparation), and 5 (component building and assembly)
3. Curing/Vulcanizing = BRMA job code 6 (curing or vulcanizing)
4. Finishing, Assembly and Miscellaneous = BRMA job codes 7 (inspection, painting, finishing repairs), 8 (storage of finished goods, packing, dispatch), 9 (site workers, drivers, cleaners, laboratory control), 10 (engineering services, building maintenance) and 11 (non-process workers in the factory environment)

NDMA levels for each industry sector, job department, and year of employment were estimated using a mixed effects regression to model the exposure measurements from the EU-EXASRUB dataset. A mixed effects model is "an extension of simple linear model" (UCLA Advanced Research Computing, 2021) such as linear regression. It is widely used and generally accepted by numerous disciplines to analyze datasets that have hierarchical structures such as the EXASRUB dataset where there are multiple measurements from each factory over time. Measurements from the same factory may be more correlated with each other compared to measurements from different factories. This means that measurements from the same factories would not be completely independent from one another, violating the independence assumption of linear regression, which would lead to a possible bias in the standard errors. This is often referred to as positive serial correlation, when the estimated standard errors are smaller than the true standard errors due to the non-independence of the measurements. This could "[lead] to the conclusion that the parameter estimates are more precise than they really are. There will be a tendency to reject the null hypothesis when it should not be rejected" (Williams, 2015, p. 1). Mixed effects regression was developed precisely to deal with this issue. It accounts for variability in measurements within factories as well as between factories.

Parameters of the mixed effects regression model include variables that are important for determining the level of exposure to NDMA such as year of measurement, industry sector, whether the measurement was taken using a personal monitoring device or a stationary device sampling method, and country of measurement (UK or Germany). The model also accounts for

each individual factory through a random intercept. A random intercept is used here to allow for the initial values of NDMA levels to vary between factories. Analyses were conducted separately for each job department.

After running the models for each department, the resulting model coefficients were used estimate the average exposure for each department and industry per year. The estimates were extrapolated backward to the earliest year that the cohort of rubber workers began working, which is 1915, and projected forward to 2015. Because the backward extrapolation to 1915 resulted in impossibly high estimates, NDMA estimates "were capped at twice the highest estimate of average exposures for a year with measurements." (Hidajat et al., 2019a, p. 3). In other words, the highest measurement value in the EXASRUB database was doubled and used as a cap for the occupational exposure level. These decisions were made within the study team, drawing on the expertise of senior members in the fields of JEM methodology (Dr. Frank de Vocht, Dr. Hans Kromhout, Dr. John Cherrie) and UK rubber industry exposures (Dr. Raymond Agius, Dr. Damien McElvenny, Dr. John Cherrie). The full methodology for the JEM construction was peer-reviewed and published in *Occupational and Environmental Medicine* (Hidajat et al., 2019a).

The estimated values of NDMA exposure by year, department, and industry are then used to populate the JEMs. After the JEMs were completed, each rubber factory worker is assigned exposure values matching the year, department and industry sector that they worked in. After applying the occupational exposures in the JEMs to the cohort, we then calculated lifetime cumulative exposure (LCE) for each worker by summing the annual estimates of occupational exposures. LCE values in linear form is typically used in occupational epidemiology to model dose-response relationships (Checkoway et al., 2004) where a one unit increase in exposure dose is associated with a one unit increase in risk for disease. This approach was used in Hidajat et al. (2019b). A second form of LCE, in quartile groupings based on level of LCE, was also used in the analyses. The quartile grouping is useful when distributions of a variable is skewed because it minimizes the effects of extremely high exposure values.

The main advantage of a quantitative JEM approach is that it enables assessment of dose-response relationships which would not be possible through indirect/proxy measures of exposures like job titles or departments used in previous studies. Some studies have formalized a qualitative JEM approach (for example, De Matteis et al. 2012), which uses expert ratings of exposure in category form (for example, high/medium/low). However, there is some controversy regarding this approach because expert ratings of exposures may be subjective (Taeger et al. 2013). Another advantage of the quantitative JEM approach used in Hidajat et al. (2019a) is that it uses measurements taken by either a stationary sampling device located in the factory floor, or a personal sampler worn by workers throughout the workday. These measurements are objective and would not be subject to recall bias such as in studies using workers' self-reports of exposures and work histories. One limitation to a quantitative JEM approach such as ours is that an average level of NDMA for each year, department, and industry sector is assigned to workers matching these characteristics which means there is no variability in exposure from one worker to another. This is known to be unrealistic because

variability in exposure has been documented in prior studies (Checkoway et al., 2004). The ideal exposure assessment would be to have every member of the cohort wear a personal sampling device for their entire careers. However, this is not possible given occupational data have already been collected decades ago. Given this limitation, the gold standard would be to compare several different approaches to exposure assessments and select the most objective approach. As mentioned above, other exposure assessment approaches in previous rubber studies used subjective measures that could be affected by recall bias. Even JEMs based on expert ratings could be subjective. Thus, among the available approaches to exposure assessment, the quantitative JEM approach used in Hidajat et al. (2019a) would be the most objective and least subject to recall bias. Furthermore, the JEM construction methodology used in Hidajat et al. 2019a has been widely used in occupational epidemiology to model long-term occupational exposures to a variety of agents in many countries. For example, occupational exposures to asbestos, chromium-VI, nickel, polycyclic aromatic hydrocarbons and respirable crystalline silica in Europe and Canada (Peters et al. 2016), benzene in China (Friesen et al. 2012), inhalable dust in Canada (Friesen et al. 2006), and bitumen and polycyclic aromatic hydrocarbons in Europe and Israel (Burstyn et al. 2000). Additionally, one earlier peer-reviewed study for an occupational cohort from Poland using a similar JEM construction methodology was conducted by the PI of our study (de Vocht et al. 2009) and funded by the European Union Transfer of Knowledge in Molecular and Epidemiology of Occupational and Environmental Cancer (Grant number MTKD-CT-2004-509829, https://cordis.europa.eu/project/id/509829).

## IV. Methodology: Cancer Mortality Analysis

To examine the association between NDMA exposure and cancer mortality Hidajat et al. (2019b), competing risk survival analysis was used, specifically the Fine-Gray method (Fine & Gray, 1999). Survival analysis is a set of statistical methods developed to model time-to-death data. When the goal of the analysis is to examine a particular cause of death (instead of all-cause mortality) and the mortality rate in the cohort is high, such as in our case, a special class of survival analysis (competing risk survival analysis) is needed.

The main reason for this is that in conventional survival analysis, study drop-outs are treated the same way regardless of the reason for dropping out. For example, if a cohort member is still alive when he dropped out of the study, he would be considered to still be at risk for dying from the cause of interest, but the study would not be able to observe it because he has dropped out. The assumption is that if the study was extended, he would have died from this cause of death. In a different drop-out scenario when a cohort member leaves the study due to another cause of death, he would never be able to die from the cause of interest in the future because he is already dead. However, these two exit scenarios are treated the same way statistically, meaning that they are considered to have the same risk of dying from the cause of interest at the time of exit. Conventional survival analysis assumes that these drop-outs are random and independent from one another, commonly referred to as non-informative censoring (Austin et al., 2016). Under many conditions such as a low mortality rate, it may not make much of a difference to treat these two exit scenarios the same way. However, under certain conditions, one of them being a high mortality rate in the cohort, this becomes problematic for two reasons. One is that it violates the assumption of non-informative censoring, which is that cohort members who have died from other causes are similar to cohort members who are still alive. This assumption is problematic when the cause of death is associated with factors such as age. The second problem is that the interpretation of the results of the analysis is modified under a competing risk scenario and becomes the hazard of dying if no other deaths occurred. This would be an incorrect interpretation of the results when there is a 94% mortality rate such as in our cohort.

The Kaplan-Meier estimator for survival analysis is also not suitable for data with competing events because this approach does not distinguish between leaving the study through drop-out and dying from a competing cause, as described above. Instead, the Kaplan-Meier estimator "treats competing events as if they were censored. That is, subjects that experience competing events are treated as if they could later experience the event of interest, even though that is impossible" (StataCorp, 2017b, p. 5). Because competing events are treated the same way as censored events, statisticians (Gooley et al., 1999) have pointed out that the Kaplan-Meier estimator is biased in estimating the "probability that you will observe the event of primary interest before a given time" (also called the "cumulative incidence function", or the "CIF") (StataCorp, 2017a, p. 3), specifically "biased upwards, regardless of whether the competing events are independent of one another" (Austin et al., 2016, p. 601).

In a standard Cox proportional hazard model, competing risks are not treated as distinct from censored events (dropping out of the study while still alive). Instead, they are generally treated as censored and grouped together with subjects who were alive at the time they dropped out of the study, similar to the Kaplan-Maier estimator approach. Statisticians suggest that this approach is acceptable when the proportion of competing risks are small. However, "in the presence of strong competing risks, as with frail or elderly populations, standard survival predictions may substantially overestimate the absolute risk of the event of interest because subjects with a competing (and thus censored) event are treated as if they could experience the event of interest in the future" (Wolbers et al., 2009). The overestimation occurs because this approach removes the censored observations out of the at-risk pool, thus making the risk estimate larger. The UK rubber factory worker cohort used in Hidajat et al. (2019b) has 94% mortality, which means that there is a substantial proportion of competing risks due to death, thus it would be inappropriate to use a Cox proportional hazard model to analyze our sample.

It is possible to apply a Cox proportional hazard model to a competing risks framework by running the analysis on each cause of interest and considering deaths to competing causes as censored. This approach is commonly referred to as "cause-specific proportional hazards model". One reason the cause-specific approach is still problematic for our high mortality dataset is because of the censoring issue. The cause-specific approach "is exactly the same as conducting a regular proportional hazards model in which individuals with the competing event are censored at that time point" (Lau et al., 2009). Furthermore, because of this treatment of the competing risk as censored, the interpretation of the hazard changes to "the hazards of dying if no other deaths occurred, which is untenable in a cohort with 94.1% mortality rate" (p. 251). Indeed, Austin et al. (2016) recommend: "In general, the greater the percentage of competing events, the greater the potential for bias in treating competing events as censoring events. Absolute percentages of competing events of >10% merit serious consideration, demanding careful attention to the scientific objectives of the analysis and the appropriate choice of end point and method of analysis" (p. 608).

Due to the issues described above, we chose to use the Fine-Gray sub-distribution hazard approach (subhazard, in short). Instead of removing individuals who died from a competing cause out of the at-risk pool, the Fine-Gray approach constructs an at-risk pool which incorporates both individuals who are still alive and those who already died from competing causes. The presence of those who have already died from competing causes is thought of as a "place holder" "for the proportion of the population that cannot have the event of interest" (Lau et al. 2009, p. 247). These individuals are included in the at-risk pool using a weight which is applied using a technique called inverse probability of censoring weighting. The application of this weighting technique to the sub-distribution hazard approach was validated in Fine and Gray's (1999) paper. This approach's hazard function is defined as "the probability of the event given that an individual has survived up to time *t* without any event or has had the competing event prior to time *t*" (Lau et al. 2009, p. 247). The interpretation of the sub-hazard ratio (SHR) is the same as a conventional hazard ratio where values greater than 1 indicate excess risks and values less than 1 indicate lowered risks.

## V. Assumption of Continuous Employment

From the JEM, each worker is assigned annual estimates of occupational exposures starting from the start of employment to end of employment. The rubber worker census took place in February 1967 and recorded information on the start of employment, birth year, current industry sector, and current job department. It was possible to determine starting age of employment from this information. However, full work histories were unavailable since the census occurred only once, only one data point on job department and industry sector was available. Thus, to assign exposures from 1967 onwards, an assumption had to be made for when each worker leaves employment.

The study team's decision was to assign continuous employment until age 70 with sensitivity analyses based on employment patterns found in similar cohorts. This decision was based on several factors.

First, there was substantial employment among men into their 60s in our cohort, who was born between 1902-1932 (Johnson, 1994). Retirement age was set at 70 years old in the 1908 Pensions Act in the UK and although it was lowered to age 65 shortly after World War 2 with the National Insurance Act of 1946, the amount of pension given was very low, "at around one-fifth of average male manual [occupation] earnings" (Johnson, 1994, p. 123). Furthermore, "older workers were encouraged to continue working and two thirds of men decided to carry on rather than take up their pension" (The National Archives, 2022).

Second, the issue of job changes post-1967 was raised in the grant application peer-review process. Although job changes most certainly do occur, employment patterns in two similar rubber factory cohorts have been found to be quite stable. Data from another British Rubber Manufacturing Association cohort, which has overlaps with the cohort that we use in our study, show that throughout their careers, 54% of those employed in 1967 were found to have only 1 job code in their employment history, while 31% had 2 job codes, and 15% had more than 2 job codes (Sorahan et al. 1989). The rubber industry in Poland, which has similarities to the UK in terms of rubber manufacturing processes, factory floorplans, and management also show a stable employment pattern: 63% of had 1 job code in their employment history and 37% had more than 1 job code. Out of the group with more than 1 job code, 42% of the job codes were in the same department. Consequently, because a large proportion of job changes occur within department where workers have similar levels of exposures, job changes may not have a major impact on occupational exposures (de Vocht et al., 2006; de Vocht et al., 2008a).

The stable employment patterns found in the rubber industry cohorts reflect the wider trend found in British society at the time. Almost half of UK men born before 1941 have held at most five jobs by 1990 when the youngest of this cohort would have been 49 years old, with "over half of all job changes [in Britain] occurred before the age of 30." (Booth et al. 1999, p. 45). The UK rubber factory worker cohort used in our study was at least 35 years old at baseline, so based on this, job changes from this point onwards are likely to be minimal. Moreover, British workers up to 1990 were found to change jobs at half the rate as their American counterparts

and are more like workers in Germany in this regard (Booth et al., 1999). Lower levels of job mobility indicate less flexibility in the job market where there may not be as many job opportunities available. Furthermore, education level was quite low at the beginning of the 20th century in the UK, not just for the rubber factory worker cohort. One analysis found that "among boys born in the period 1913-22, only 1.8 percent entered higher education…thirty years later, 8.5 percent of boys from the 1943-52 birth cohort went to university" (Crafts et al., 2007, p. 99). Lower levels of education coupled with very high employment rates in these cohorts translate to less job mobility and more stable employment throughout the life course (Crafts et al., 2007).

Along with stable employment patterns, an analysis of UK weekly working hours since the beginning of the 20th century estimated that full-time production workers in non-agricultural jobs worked around 49 hours per week in 1938 (Huberman & Minns, 2007). This pattern has been steadily declining from a high of 56 hours per week in 1913. After World War 2, working hours continued to decline to around 46 hours per week in 1950 but did not reach 40 hours per week until 1980. The high level of working hours coupled with an inflexible labor market suggests that it would be unlikely for workers to have had multiple jobs at the same time.

To sum up, data from other rubber factory worker cohorts and employment patterns observed in British society at the time suggest that there is a relatively stable employment throughout the life course into older ages. Nevertheless, the study team designed a sensitivity analysis based on the work history data of the BRMA cohort (Sorahan et al., 1989) to test the assumption of continuous employment until age 70. In this related-cohort, 47% was employed for at least 10 years following 1967 and 12% were employed for at least 18 years. From Hidajat et al. 2019b: "Ten simulated employment durations for each worker were generated from log-normal distributions (mean=2.355, SD=0.470) that for the whole sample had similar characteristics to this cohort; the 47th percentile of the distribution have 10 years of employment and 88th percentile have 18 or more years. Log-normal distributions were chosen over other functional forms because they provided the best fit to these parameters" (p. 252). These simulated employment durations were then assigned to each worker at random. If a worker receives a simulated employment duration that exceeds their death date, the death date supersedes the simulated employment duration, the end of employment is reduced to one month prior to the death date. Statistical analyses were then conducted for each simulated employment duration following the main analysis for mortality from all cancers, bladder cancer, lung cancer, stomach cancer, multiple myeloma, and leukemia. Results of the sensitivity analyses mostly supported the main analysis: NDMA exposure was found to be associated with higher risks for mortality from bladder cancer (quartiles 3 and 4 of exposures), stomach cancer (Q3), lung cancer (Q2, Q3, Q4), multiple myeloma (Q2, Q3, Q4), leukemia (Q3 and Q4), and all cancers (Q2, Q3, Q4).

## VI. Smoking as a confounder

The issue of smoking as an unmeasured confounder was discussed in Hidajat et al. (2019b). The connection between smoking and cancer mortality has been firmly established in previous studies. It would have been ideal to have data on the smoking status of our cohort, however the rubber worker census did not capture smoking status. Thus, we conducted a sensitivity analysis to assess the potential impact of missing smoking information on the results of our study. We selected a widely used sensitivity analysis technique specifically developed to address the issue of missing smoking by renowned statisticians and epidemiologists Kyle Steenland and Sander Greenland (2004). This technique utilizes previously published information on: “1) the exposure-lung cancer rate ratio after adjustment for smoking; 2) the rate ratio for the effect of smoking on lung cancer, taken from the literature; and 3) the estimated proportions of smokers in exposed and nonexposed populations, taken from surveys” (Steenland & Greenland, 2004, p. 385) to estimate the bias from missing smoking information as well as how different the cohort would have to be to have a significant impact on the results of the main analysis. This sensitivity analysis found a small bias of 1.6% compared to the general population. As to the latter, we found that “to achieve as much as 10% (attenuating) bias internally, 12% - 14% more smokers and 12% - 14% fewer never smokers would have to be present in Q4 compared with Q1 (data not shown), which seems unlikely; suggesting that confounding by smoking in this cohort was likely not a significant confounding factor” (p. 257).

This sensitivity analysis used smoking rates from more recent rubber factory entrants (1982-1991) which is lower than the smoking rates in our cohort who was born before 1932. The estimated smoking prevalence among the general UK male population is somewhere between 89% in 1938 to 68% in 1967 (Forey et al., 2002). The lower smoking rate was chosen for the sensitivity analysis over the population smoking prevalence estimate because it came from a rubber factory worker cohort which could have implications for healthy worker selection factor, meaning that they could be healthier than the general population. Furthermore, because we used an internal analysis study design which compares within the cohort, the cohort is expected to be more homogenous in terms of smoking and other risk factors compared to an external analysis design that used the general population as a reference population. Thus, using a lower smoking prevalence where there would be more room for variability would constitute a more conservative approach for this sensitivity analysis. Moreover, a study of bladder cancer among US rubber factory workers showed that confounding from smoking had little impact on the study results (Carreón et al. 2014).

In addition to a quantitative assessment of potential bias from smoking which showed that confounding from smoking is unlikely to be significant in our cohort, a theoretical argument with evidence from prior research on occupational cohorts can be made that under certain scenarios, smoking would not meet the criteria for a confounder, which distorts the association between exposure and disease. Three conditions are necessary for a variable to be considered a confounder: a variable must be associated with the outcome, it must be associated with the

exposure, and it must not lie in the causal pathway between exposure and outcome (for example, Checkoway et al., 2004; Greenland & Morgenstern, 1989; McNamee, 2003).

The first condition is clearly met, smoking is related to cancer mortality.

Under the second condition, when a confounder is associated with the exposure, if we were to examine the proportions of smokers across the four quartiles of NDMA exposure, we would see that certain exposure categories would have higher proportions of smokers compared to other exposure categories. If there was no difference in proportions of smokers across the quartiles, this means that there is no association between smoking and NDMA exposure. Smoking rates have been found to be unrelated to levels of occupational exposures (Siemiatycki et al., 1988). Internal analyses of occupational cohorts, by definition, selects a more homogeneous population which could have implications for risk factors such as smoking. That is, people who are in the same occupation may have more similar smoking habits, particularly under very high smoking prevalence situations such as our cohort. Internal analyses are then less susceptible to confounding compared to external analysis which uses the general, less homogeneous population as the reference population.

Lastly, there is a temporal order condition where "a confounder must be associated with exposure in the source population *at the start of follow-up (i.e., at baseline)*" (Checkoway et al., 2004, p. 90, emphasis added). This is because if a risk factor occurred after exposure started, it would lie in the causal pathway and could have been affected by the exposure, instead of the risk factor affecting exposure. In this case then "a variable that is affected by the exposure—that is, an intermediate in the causal pathway between exposure and disease—should not be treated as a confounder because to do so could introduce serious bias into the results" (Checkoway et al., 2004, p. 90). In our UK rubber factory worker cohort who was born before 1932, employment likely started around ages 15-16, which were the ages when compulsory education ended prior to 1972 (Mandler, 2022) and prevalence of higher education in boys born before 1952 was less than 10 percent (Crafts et al., 2007). It is unclear what age smoking uptake began in these cohorts, but if the initiation of smoking began after the teenage years and presumably after the start of employment, then smoking would not meet the third condition of being a confounder.

Although an examination of confounder criteria suggests that smoking may not be pose strong confounding bias in our study, we are unable to directly test these conditions due to the lack of smoking data in available in the census. Nevertheless, the results of the sensitivity analysis described above as well as a previous study on rubber factory workers (Carreón et al. 2014) provide support that smoking likely did not significantly impact the results of our study.

## VII. Exposures to other known carcinogens

Employment in the rubber industry has been classified as carcinogenic to humans (Group 1) by IARC based on evidence from animal experiments and previous rubber industry studies (IARC, 2012). However, the relationship between specific agents and cancer as well co-exposures to the carcinogens found in the rubber industry have been less clearly defined by previous studies. Previous rubber industry cancer/cancer mortality studies reviewed by IARC have often lacked quantitative measurements of exposures and instead relied on indirect measures such as job department, job titles, and industry sector coupled with expert judgement as exposure proxies. The most recent IARC report concluded that quantitative exposures are needed to measure dose-response relationships in humans (IARC, 2012). This report specifically mentioned the EXASRUB database as a resource for these types of studies (IARC, 2012, p. 546). The EXASRUB the database is precisely what was used in Hidajat et al. (2019a) to assess exposure for the UK rubber factory worker cohort study in Hidajat et al. (2019b), the longest and largest rubber industry cohort to date.

Hidajat et al. (2019b) examined exposures in the rubber industry that have been associated with cancer incidence/mortality: rubber dust, rubber fumes, total nitrosamines, NDMA, and NMor. Following convention in previous occupational exposure studies, these exposures were modeled as single-pollutant models, which means that each agent is analyzed separately. There are two issues that need to be addressed in trying to disentangle the association between exposures to specific agents and cancer mortality: exposures to other chemicals and co-exposures between these agents. The primary reason that other previously-identified occupational exposures in the rubber industry were not analyzed in this study is lack of data to be able to accurately measure exposure trends over time. However, we can evaluate the potential impact of these agents by examining their usage in the rubber production process.

Rubber industry exposures to NDMA and nitrosamines in general are highest in the curing/vulcanizing process where “heat is applied to the product, usually by use of steam, in a curing mould, press, or autoclave. Operators working in the area are exposed both to heat from the presses and to fumes from the heated rubber products” (IARC, 2012, p. 542). The vulcanizing process, using chemicals such as tetramethyl thiuram disulfide, zinc-diethyldithiocarbamate and morpholinomercaptobenzothiazole, is where nitrosamines are formed (IARC, 2012). In terms of specific nitrosamines, IARC reports that NDMA “was the most frequently encountered nitrosamine (detected in 98% of the remaining 629 samples) and represented the most important fraction of the total nitrosamines concentration” (p. 544). Thus, exposures to other nitrosamines during the curing process are not expected to have a significant impact on the results for NDMA.

### Rubber Dust

Exposures to rubber dust have also been associated with higher risks for cancer (Dost et al., 2000). The highest levels of rubber dust have been found at the start of the rubber production process where raw materials along with various chemicals are placed into a mixer. This process is similar to putting together a dough for baked goods. It involves handling the raw materials,

weighing the ingredients, and mixing them together with an industrial mixer. Towards the end of rubber manufacturing, during the inspection and finishing process, rubber dust is generated again in tasks like "grinding, trimming, repair, painting, and cleaning" (IARC, 2012, p. 542). Exposures to rubber dust and NDMA do not extensively overlap. In fact, Hidajat et al. (2019a) show that the lowest levels of rubber dust concentrations are estimated to be in the curing and vulcanizing process where NDMA concentrations are highest. Therefore, although some cross-contamination may occur depending on the factory layout and workers' movements, rubber dust exposure is not expected to have a significant impact on the association between NDMA exposure and cancer mortality.

### Asbestos

Asbestos, a known carcinogen, has reportedly been found in the rubber production process from contaminated talc which was used as "a filling material and detackifier" to keep rubber products from sticking, or used during milling and calendering (IARC, 1982). This process is the next step after the raw materials are mixed together. The milling process is where "uncured rubber compound usually passes to one or more milling machines, where it is thoroughly blended to ensure an even dispersion of its chemical constituents. At this stage, considerable heat is generated, and although many technical improvements have been introduced in recent years, the job of mill operator still involves a considerable degree of physical exertion and exposure to fumes arising from the heated compound" (IARC, 2012, p. 542). The calendering process is where "extruders force the rubber compound through a die into various forms, which are then cut to appropriate lengths. Strips of softened rubber compound are fed into multiple-roll milling machines (calenders) to form rubber sheeting, or to apply the rubber directly onto woven textile fabric, which can then be wound off onto a roll. During such manufacturing operations, fumes are often generated" (IARC, 2012, p. 542). This process is analogous to making pasta from scratch where after the dough has been formed, it is cut into smaller pieces, rolled out, then fed into the pasta maker to create sheets such as lasagna sheets. The use of talc in this process is analogous to dusting flour over each lasagna sheet so that they can be stacked on top of each other without sticking.

After milling, extruding, and calendering which are considered "front processing" (Kogevinas et al., 1998, p. 1) in the rubber production process, the typical rubber manufacturing process goes through another step, which is component assembly and building, before entering the curing process. The curing process is considered "back processing," and is where the highest exposures to NDMA have been reported to occur. Although some cross-contamination could occur depending on the factory layout and workers' movements throughout the day, because exposure to asbestos occurs in a different area than exposure to NDMA, it is not expected to significantly impact the association between NDMA exposure and cancer mortality.

### Benzene

Benzene, a known carcinogen, is one of a number of solvents used in rubber manufacturing during the component assembly and building stage of the process (IARC, 2012). After the components of the final products have been made, they are assembled together and shaped

into the final product. In the case of tire manufacturing, the different components such as the tread, sidewall, inner liner, and many other components, are assembled together to create a finished tire that is called a “green tire” because it has not yet been cured. Solvents are used in this process to pre-treat rubber products prior to entering the curing process. Workers with the highest exposure to benzene have been reported to be in the pre-treating department, although high variability between factories have also been documented (Kromhout et al., 1994). Benzene exposure, occurring in a different area from where NDMA exposure predominantly takes place, is not expected to have a significant impact on the association between NDMA exposure and cancer mortality, other than some cross-contamination that could occur depending on the factory layout and workers’ movements.

### Alpha-naphthylamine and beta-naphthylamine

Excess bladder cancers were observed in rubber factory workers in the UK in the 1950’s (Case & Hosker, 1954). This set off a wave of attention on exposures to toxic chemicals in rubber factories. It was later discovered that these excess bladder cancers appear to be due to two antioxidants that were contaminated with alpha-naphthylamine and beta-naphthylamine (AN/BN) (Nonox S and Agerite Resin) at an estimated level of 2500 parts per million (ppm) between January 1934 to October 1949 (Veys, 2004). After this discovery, AN/BN-contaminated antioxidants were withdrawn from use in rubber factories.

Previous rubber worker cohort studies from the UK have used 1949 as a cutoff date for assessing cancer incidence or mortality, including the study by McElvenny et al. (2018) which is from the same study team as Hidajat et al. (2019b). McElvenny et al. (2018) found that “SMRs [Standardized Mortality Rates] were significantly increased for bladder cancer only among those who worked in factories that used 1-naphthylamine and 2-naphthylamine prior to 1949 (n=156) (1.32, 95% CI 1.13 to 1.54). No increase was evident for those who started work in such factories after 1949 (n=165) (1.07, 95% CI 0.92 to 1.25), nor in facilities in which those substances had never been used (n=96) (1.10, 95% CI 0.90 to 1.34)” (p. 850). These results are consistent with an earlier study of a smaller UK cohort (Veys, 2004) and a study of Polish rubber factory workers (Szeszenia-Dabrowska et al., 1991).

In addition to time, it is also important to account for the job department where exposures occur. Antioxidants, which are used to protect rubber products from degradation due to oxygen exposure, are added during the compounding stage, which occurs at the beginning of the rubber production process, part of the raw materials handling, weighing, and mixing stage. It is possible that workers employed before 1949 may not have been exposed to AN/BN (or had low exposure) if they were not working in the department where AN/BN contamination primarily occurred. A study of US rubber factories found that the farther away a department is from a contaminated site, the lower the concentration of the contaminant in that department (Reh et al., 2000).

McElvenny et al. (2018) and Veys (2004) did not simultaneously examine job department and pre-/post-1949 employment in their respective analyses. Szeszenia-Dabrowska et al. (1991)’s study did examine associations by department, but the mixing, milling, and curing/vulcanizing

departments were aggregated. Thus, none of these studies were able to separate the associations by department.

Although these results appear to indicate that Hidajat et al. (2019b)'s results could be confounded because pre-1949 employment was not used as a control, in the development of the JEMs for Hidajat et al. (2019a), occupational exposures were estimated for each department, industry sector, and year worked. Therefore, although Hidajat et al. (2019b) does not control for pre-1949 employment in the statistical models for cancer mortality, both time and place (as well as sector) have been accounted for in the exposure assessment. Moreover, a majority of the cohort (over 60%) started employment after 1950 and would not have been exposed to AN/BN contamination.

### Rubber Fumes

Rubber fumes are generated in heating and curing rubber products. It is typically measured through the cyclohexane-soluble fraction (CSF) of total particulate matter which is "used as an indicator for fume contamination in the areas in which the samples were taken" (IARC, 2012, p. 544). Since heating is used in multiple stages of the rubber production process, exposures to rubber fumes were highest in the raw materials stage as well as in curing/vulcanizing (Hidajat et al. 2019a). Nevertheless, the concentration of rubber fumes in the raw materials department is magnitudes higher than in the curing/vulcanizing department (in 1965, 4 times higher in the tire sector and 3 times higher in the general rubber goods sector). The concentration of NDMA is highest in the curing department, and by magnitudes higher than in the raw materials department (in 1965, 23 times higher in the tire sector and 9 times higher in the general rubber goods sector) (Hidajat et al. 2019a). Although there seems to be a small overlap between these two exposures, historical trends in concentrations of these two agents show differing patterns. CSF levels declined by 9% per year between 1977-2003 in the curing department (de Vocht et al., 2008b; IARC, 2012) while NDMA exposure declined around 2-5 fold between 1980-2000 (de Vocht et al., 2007; IARC, 2012). Taken together, these patterns indicate that rubber fumes would not have a significant impact on the association between NDMA exposure and cancer mortality.

### Co-exposures of carcinogens

Co-exposures to multiple carcinogens in the rubber industry is clearly a possibility given that hundreds of chemicals are used and heated in the rubber production process. However, misspecification of the relationships between exposures can significantly impact the results and possibly lead to incorrect conclusions. Our team was well aware of this possibility and designed the study to address this using a reliable standard approach. We used a single-pollutant model because in the dataset, it was possible to reasonably separate NDMA exposure and examine the exposure-disease relationship. The statistical modeling of co-exposures, often referred to as multi-pollutant models, exposure mixtures, or complex environmental mixtures, is still an emerging area of research in environmental health (for example, Gennings, 2021; Gibson et al., 2019a; Gibson et al., 2019b; Gibson et al., 2019c; Keil et al., 2020; Luo et al., 2019; Weisskopf et al., 2018). As such, recently-proposed methods have not been extensively evaluated and there

is no consensus at this point on the best methodology to model complex mixtures. Many proposed methods were developed to answer specific questions and would not be applicable to a wide range of research questions. Moreover, the benefits of complex mixture models over single-pollutant models have not been established. Until reliable and valid exposure mixture models have been developed for analysis of historical rubber industry cohorts, single-pollutant models are currently generally accepted and the most widely used methodology in assessing exposure-disease relationships in occupational epidemiology. Hence, this method was in Hidajat et al. (2019b).

## Conclusion

In this report, I discussed in-depth the "Cancer mortality and incidence in the British Rubber industry - a 49 year follow-up" project and the two main outputs from it, the Hidajat et al. (2019a) and Hidajat et al. (2019b) studies in the context of occupational exposure to NDMA. The main contribution of these studies is to use standard, reliable, and widely accepted occupational epidemiological methods to quantitatively assess exposure to NDMA, for the first time for this cohort, and examine associations with cancer mortality. Hidajat et al. (2019b) found that occupational exposures to NDMA are associated with statistically significant higher risks for mortality from any cancer and cancers of the bladder, stomach, lung, multiple myeloma, and leukemia. These associations were supported by the sensitivity analyses that were performed. There were other statistically significant findings for cancer mortality for which we did not conduct sensitivity analyses on: non-Hodgkin's lymphoma, esophageal cancer, pancreatic cancer, liver cancer and prostate cancer. Potential for exposures to other carcinogens are not expected to have a significant impact on these results. The induction of tumors in multiple sites through inhalation, ingestion, or intratracheal instillation has been observed in animal experiments (Peto et al., 1991a, 1991b; World Health Organization, 2002). There is evidence of higher risks for gastric cancers due to NDMA exposure in dietary studies. A meta-analysis of dietary NDMA intake and gastric cancer reviewed 11 studies and, subject to the limitations and confounders in the underlying studies, found that high consumption of NDMA can increase the risk of stomach cancer (Song et al., 2015). Taken together, based on the totality of the evidence, it is my professional opinion within a reasonable degree of scientific certainty that NDMA can cause cancer.

## Considered Materials Statement

All of the materials that I considered and relied upon to formulate my opinions in this report can be found in the references contained herein.

## References

Ahrens, W., & Pigeot, I. (2014). *Handbook of epidemiology* (Second edition. ed.). New York: Springer.

Austin, P. C., Lee, D. S., & Fine, J. P. (2016). Introduction to the Analysis of Survival Data in the Presence of Competing Risks. *Circulation, 133*(6), 601-609. doi:10.1161/CIRCULATIONAHA.115.017719

Baxter, P., & Werner, J. (1980). *Mortality in the British Rubber Industries 1967-76*. London: UK Health and Safety Executive.

Booth, A. L., Francesconi, M., & Garcia-Serrano, C. (1999). Job Tenure and Job Mobility in Britain. *Industrial and Labor Relations Review, 53*(1), 43-70.

Brueur, D., & van Gelder, R. (2001). Nitrosamine in Arbeitsbereichenein gelostes Problem? *Gefahrstoffe — Reinhaltung der Luft, 61*(1/2), 49-55.

Burstyn, I., Kromhout, H., Cruise, P. J., & Brennan, P. (2000). Designing an international industrial hygiene database of exposures among workers in the asphalt industry. *Ann Occup Hyg, 44*(1), 57-66.

Case, R. A., & Hosker, M. E. (1954). Tumour of the urinary bladder as an occupational disease in the rubber industry in England and Wales. *Br J Prev Soc Med, 8*(2), 39-50. doi:10.1136/jech.8.2.39

Checkoway, H., Pearce, N., & Kriebel, D. (2004). *Research methods in occupational epidemiology* (2nd ed.). New York: Oxford University Press.

Crafts, N. F. R., Gazeley, I., & Newell, A. (2007). *Work and pay in twentieth-century Britain*. New York: Oxford University Press.

de Vocht, F., Burstyn, I., Straif, K., Vermeulen, R., Jakobsson, K., Nichols, L., . . . Kromhout, H. (2007). Occupational exposure to NDMA and NMor in the European rubber industry. *J Environ Monit, 9*(3), 253-259. doi:10.1039/b615472g

de Vocht, F., Huizer, D., Prause, M., Jakobsson, K., Peplonska, B., Straif, K., & Kromhout, H. (2006). Field comparison of inhalable aerosol samplers applied in the european rubber manufacturing industry. *Int Arch Occup Environ Health, 79*(8), 621-629. doi:10.1007/s00420-006-0087-6

de Vocht, F., Sobala, W., Peplonska, B., Wilczynska, U., Gromiec, J., Szeszenia-Dabrowska, N., & Kromhout, H. (2008a). Elaboration of a quantitative job-exposure matrix for historical exposure to airborne exposures in the Polish rubber industry. *Am J Ind Med, 51*(11), 852-860. doi:10.1002/ajim.20615

de Vocht, F., Straif, K., Szeszenia-Dabrowska, N., Hagmar, L., Sorahan, T., Burstyn, I., . . . Kromhout, H. (2005). A database of exposures in the rubber manufacturing industry: design and quality control. *Ann Occup Hyg, 49*(8), 691-701. doi:10.1093/annhyg/mei035

de Vocht, F., Vermeulen, R., Burstyn, I., Sobala, W., Dost, A., Taeger, D., . . . consortium, E.-E. (2008b). Exposure to inhalable dust and its cyclohexane soluble fraction since the 1970s in the rubber manufacturing industry in the European Union. *Occup Environ Med, 65*(6), 384-391. doi:10.1136/oem.2007.034470

Doll, R., Peto, R., Boreham, J., & Sutherland, I. (2004). Mortality in relation to smoking: 50 years' observations on male British doctors. *British Medical Journal (BMJ), 328*(7455), 1519. doi:10.1136/bmj.38142.554479.AE

Dost, A. A., Redman, D., & Cox, G. (2000). Exposure to rubber fume and rubber process dust in the general rubber goods, tyre manufacturing and retread industries. *Ann Occup Hyg, 44*(5), 329-342. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/10930497

Fine, J. P., & Gray, R. J. (1999). A Proportional Hazards Model for the Subdistribution of a Competing Risk. *Journal of the American Statistical Association, 94*(446), 496-509.

Forey, B., Hamling, J., Lee, P., & Wald, N. (2002). *International Smoking Statistics: A collection of historical data from 30 economically developed countries*. Oxford: Oxford University Press.

Fox, A. J., & Collier, P. F. (1976). A survey of occupational cancer in the rubber and cablemaking industries: analysis of deaths occurring in 1972-74. *Br J Ind Med, 33*(4), 249-264. doi:10.1136/oem.33.4.249

Fox, A. J., Lindars, D. C., & Owen, R. (1974). A survey of occupational cancer in the rubber and cablemaking industries: results of five-year analysis, 1967-71. *Br J Ind Med, 31*(2), 140-151. doi:10.1136/oem.31.2.140

Gennings, C. (2021). Comment on "A Quantile-Based g-Computation Approach to Addressing the Effects of Exposure Mixtures". *Environ Health Perspect, 129*(3), 38001. doi:10.1289/EHP8739

Gibson, E. A., Goldsmith, J., & Kioumourtzoglou, M. A. (2019a). Complex Mixtures, Complex Analyses: an Emphasis on Interpretable Results. *Curr Environ Health Rep, 6*(2), 53-61. doi:10.1007/s40572-019-00229-5

Gibson, E. A., Nunez, Y., Abuawad, A., Zota, A. R., Renzetti, S., Devick, K. L., . . . Kioumourtzoglou, M. A. (2019b). An overview of methods to address distinct research questions on environmental mixtures: an application to persistent organic pollutants and leukocyte telomere length. *Environ Health, 18*(1), 76. doi:10.1186/s12940-019-0515-1

Gibson, E. J., Bucknall, M. P., Golebiowski, B., & Stapleton, F. (2019c). Comparative limitations and benefits of liquid chromatography - mass spectrometry techniques for analysis of sex steroids in tears. *Exp Eye Res, 179*, 168-178. doi:10.1016/j.exer.2018.11.015

Gooley, T. A., Leisenring, W., Crowley, J., & Storer, B. E. (1999). Estimation of failure probabilities in the presence of competing risks: new representations of old estimators. *Stat Med, 18*(6), 695-706. doi:10.1002/(sici)1097-0258(19990330)18:6<695::aid-sim60>3.0.co;2-o

Greenland, S., & Morgenstern, H. (1989). Ecological bias, confounding, and effect modification. *Int J Epidemiol, 18*(1), 269-274. doi:10.1093/ije/18.1.269

Hidajat, M., McElvenny, D. M., Mueller, W., Ritchie, P., Cherrie, J. W., Darnton, A., . . . de Vocht, F. (2019a). Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. *Occup Environ Med, 76*(4), 259-267. doi:10.1136/oemed-2018-105182

Hidajat, M., McElvenny, D. M., Ritchie, P., Darnton, A., Mueller, W., Agius, R. M., . . . de Vocht, F. (2020). Lifetime cumulative exposure to rubber dust, fumes and N-nitrosamines and non-cancer mortality: a 49-year follow-up of UK rubber factory workers. *Occup Environ Med, 77*(5), 316-323. doi:10.1136/oemed-2019-106269

Hidajat, M., McElvenny, D. M., Ritchie, P., Darnton, A., Mueller, W., van Tongeren, M., . . . de Vocht, F. (2019b). Lifetime exposure to rubber dusts, fumes and N-nitrosamines and

cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med, 76*(4), 250-258. doi:10.1136/oemed-2018-105181

Huberman, M., & Minns, C. (2007). The times they are not changin': Days and hours of work in Old and New Worlds, 1870–2000. *Explorations in Economic History, 44*(4), 538-567.

IARC. (1982). The rubber industry. *IARC Monographs on the Identification of Carcinogenic Hazards to Humans, 28*, 1-486.

IARC. (2012). Chemical Agents and Related Occupations: Occupational exposures in the rubber manufacturing industry. *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*(100F), 541-562.

Iavicoli, I., & Carelli, G. (2006). Evaluation of occupational exposure to N-nitrosamines in a rubber-manufacturing industry. *J Occup Environ Med, 48*(2), 195-198. doi:10.1097/01.jom.0000200938.96781.64

Johnson, P. (1994). The Employment and Retirement of Older Men in England and Wales, 1881-1981. *The Economic History Review, 47*(1), 106-128.

Keil, A. P., Buckley, J. P., O'Brien, K. M., Ferguson, K. K., Zhao, S., & White, A. J. (2020). A Quantile-Based g-Computation Approach to Addressing the Effects of Exposure Mixtures. *Environ Health Perspect, 128*(4), 47004. doi:10.1289/EHP5838

Kirkeleit, J., Riise, T., Bjorge, T., & Christiani, D. C. (2013). The healthy worker effect in cancer incidence studies. *Am J Epidemiol, 177*(11), 1218-1224. doi:10.1093/aje/kws373

Kogevinas, M., Sala, M., Boffetta, P., Kazerouni, N., Kromhout, H., & Hoar-Zahm, S. (1998). Cancer risk in the rubber industry: a review of the recent epidemiological evidence. *Occup Environ Med, 55*(1), 1-12. doi:10.1136/oem.55.1.1

Kromhout, H. (2002). Design of measurement strategies for workplace exposures. *Occup Environ Med, 59*(5), 349-354; quiz 354,286. doi:10.1136/oem.59.5.349

Kromhout, H., Swuste, P., & Boleij, J. S. (1994). Empirical modelling of chemical exposure in the rubber-manufacturing industry. *Ann Occup Hyg, 38*(1), 3-22. doi:10.1093/annhyg/38.1.3

Lau, B., Cole, S. R., & Gange, S. J. (2009). Competing risk regression models for epidemiologic data. *Am J Epidemiol, 170*(2), 244-256. doi:10.1093/aje/kwp107

Luo, L., Hudson, L. G., Lewis, J., & Lee, J. H. (2019). Two-step approach for assessing the health effects of environmental chemical mixtures: application to simulated datasets and real data from the Navajo Birth Cohort Study. *Environ Health, 18*(1), 46. doi:10.1186/s12940-019-0482-6

Mandler, P. (2022). Secondary Education and Social Change in the United Kingdom since 1945. In. Cambridge University, United Kingdom: UK Economic and Social Research Council.

McElvenny, D. M., Mueller, W., Ritchie, P., Cherrie, J. W., Hidajat, M., Darnton, A. J., . . . de Vocht, F. (2018). British rubber and cable industry cohort: 49-year mortality follow-up. *Occup Environ Med, 75*(12), 848-855. doi:10.1136/oemed-2017-104834

McNamee, R. (2003). Confounding and confounders. *Occup Environ Med, 60*(3), 227-234; quiz 164, 234. doi:10.1136/oem.60.3.227

Peto, R., Gray, R., Brantom, P., & Grasso, P. (1991a). Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res, 51*(23 Pt 2), 6452-6469. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/1933907

Peto, R., Gray, R., Brantom, P., & Grasso, P. (1991b). Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res, 51*(23 Pt 2), 6415-6451. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/1933906

Reh, B. D., DeBord, D. G., Butler, M. A., Reid, T. M., Mueller, C., & Fajen, J. M. (2000). O(6)-methylguanine DNA adducts associated with occupational nitrosamine exposure. *Carcinogenesis, 21*(1), 29-33. doi:10.1093/carcin/21.1.29

Siemiatycki, J., Wacholder, S., Dewar, R., Cardis, E., Greenwood, C., & Richardson, L. (1988). Degree of confounding bias related to smoking, ethnic group, and socioeconomic status in estimates of the associations between occupation and cancer. *J Occup Med, 30*(8), 617-625. doi:10.1097/00043764-198808000-00004

Song, P., Wu, L., & Guan, W. (2015). Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients, 7*(12), 9872-9895. doi:10.3390/nu7125505

Sorahan, T., Parkes, H. G., Veys, C. A., Waterhouse, J. A., Straughan, J. K., & Nutt, A. (1989). Mortality in the British rubber industry 1946-85. *Br J Ind Med, 46*(1), 1-10. doi:10.1136/oem.46.1.1

Spiegelhalder, B., & Preussmann, R. (1983). Occupational nitrosamine exposure. 1. Rubber and tyre industry. *Carcinogenesis, 4*(9), 1147-1152. doi:10.1093/carcin/4.9.1147

StataCorp. (2017a). *Stata 15 Base Reference Manual: ST Glossary*. College Station, TX: Stata Press.

StataCorp. (2017b). *Stata 15 Base Reference Manual: STCRREG*. College Station, TX: Stata Press.

Steenland, K., & Greenland, S. (2004). Monte Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *Am J Epidemiol, 160*(4), 384-392. doi:10.1093/aje/kwh211

Straif, K., Keil, U., Taeger, D., Holthenrich, D., Sun, Y., Bungers, M., & Weiland, S. K. (2000). Exposure to nitrosamines, carbon black, asbestos, and talc and mortality from stomach, lung, and laryngeal cancer in a cohort of rubber workers. *Am J Epidemiol, 152*(4), 297-306. doi:10.1093/aje/152.4.297

Szeszenia-Dabrowska, N., Wilczynska, U., Kaczmarek, T., & Szymczak, W. (1991). Cancer mortality among male workers in the Polish rubber industry. *Pol J Occup Med Environ Health, 4*(2), 149-157. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/1799640

The National Archives. (2022). 1940's Origins of the Welfare State. Retrieved from https://www.nationalarchives.gov.uk/cabinetpapers/alevelstudies/1940-origins-welfare-state.htm

UCLA Advanced Research Computing. (2021). Introduction to Linear Mixed Models. Retrieved from https://stats.oarc.ucla.edu/other/mult-pkg/introduction-to-linear-mixed-models/

Veys, C. A. (2004). Bladder tumours in rubber workers: a factory study 1946-1995. *Occup Med (Lond), 54*(5), 322-329. doi:10.1093/occmed/kqh010

Weisskopf, M. G., Seals, R. M., & Webster, T. F. (2018). Bias Amplification in Epidemiologic Analysis of Exposure to Mixtures. *Environ Health Perspect, 126*(4), 047003. doi:10.1289/EHP2450

Williams, R. (2015). Serial Correlations. Retrieved from https://www3.nd.edu/~rwilliam/stats2/l26.pdf

Wolbers, M., Koller, M. T., Witteman, J. C., & Steyerberg, E. W. (2009). Prognostic models with competing risks: methods and application to coronary risk prediction. *Epidemiology, 20*(4), 555-561. doi:10.1097/EDE.0b013e3181a39056

World Health Organization. (2002). *N-Nitrosodimethylamine.* Concise international chemical assessment document 38. Geneva.

# Appendix A. Biographies of Investigators

## Frank de Vocht, Ph.D. (Principal Investigator)

Frank de Vocht is Professor in Epidemiology and Public Health, and joined the Centre for Public Health, which is part of Population Health Sciences at Bristol Medical School, in 2014. He is funded by the NIHR School for Public Health Research and NIHR Applied Research Collaboration West (ARC West).

He obtained his PhD from Utrecht University in the Netherlands and subsequently worked at the International Agency for Research on Cancer in Lyon, France, and the Centre for Epidemiology/Centre for Occupational and Environmental Health at the University of Manchester, before coming to Bristol.

He has over 120 peer-review publications broadly covering the areas of public health, exposure measurements and assessment, and radiation, environmental and occupational epidemiology. He has contributed to book chapters on epidemiology, exposure assessment and the effects of electromagnetic fields on humans. His work is funded by NIHR, the European Union and several charities, and he specializes in epidemiology of lifestyle, environmental, and occupational risk factors. His current research interests are two-fold: the evaluation of natural experiments in public health, specifically in the context of alcohol policies, and secondly the effects of ionising and non-ionizing radiation on human health.

Frank de Vocht is a Committee Member of the UK Committee on Medical Aspects of Radiation in the Environment (COMARE) and of the EMF Committee of the Health Council of the Netherlands (Gezondheidsraad).

Reproduced verbatim from: https://research-information.bris.ac.uk/en/persons/frank-de-vocht

## John W. Cherrie, Ph.D. (Co-Investigator)

John W. Cherrie is Principal Scientist at Institute of Occupational Medicine in Edinburgh, Scotland and Emeritus Professor at the School of Engineering & Physical Sciences at Heriot Watt University in Edinburgh, Scotland. He received his PhD in occupational hygiene from University of Aberdeen, Scotland. He was formerly President of the British Occupational Hygiene Society (2007-08) and Professor of Human Health in the School of Life Sciences at Heriot-Watt University. He is a Chartered Fellow of the Faculty of the British Occupational Hygiene Society (CFFOH). In 2014, he was awarded the Bedford Medal for outstanding contributions of an individual to the improvement of worker health protection by the British Occupational Hygiene Society. In 2012, he gave the Jeffrey S. Lee Lecture, a lecture series “established to pay tribute to the late Dr. Lee whose unswerving dedication and immeasurable contributions to occupational health and safety worldwide will long serve as a legacy and an inspiration for

those who serve in the profession." Awarded by the American Conference of Governmental Industrial Hygienists (https://www.acgih.org/foundation/programs/jeffrey-s-lee-lectureship-progra/).

He has over 200 peer-reviewed publications in occupational and environmental epidemiology. His research interests include exposure science and the exposome, health impact assessment, occupational carcinogens, exposure modelling, dermal exposure to chemicals, occupational causes of neurodegenerative disease, and air pollution.

He has served on the numerous UK governmental advisory boards, such as the Industrial Injuries Advisory Council (current), Health and Safety Executive - Workplace Health Expert Committee (current) and Committee on Fibre Measurement (1992-present), Department of Environment, Food and Rural Affairs - Advisory Committee on Pesticides (2002-2008), Department of Environment, Food and Rural Affairs - Expert Panel on Air Quality Standards (1994-2003), and Veterinary Medicines Directorate - Appraisal Panel For Human Suspected Adverse Reactions To Veterinary Medicines (1998-2002). He is a member of the Editorial Board for the following academic journals: *Annals of Work Exposures and Health*, *Particle and Fibre Toxicology*, and *International Journal of Environmental Research and Public Health*.

Partially restructured and edited for clarification from the following sources:
https://www.iom-world.org/research/our-scientists/prof-john-cherrie/
https://researchportal.hw.ac.uk/en/persons/john-w-cherrie

### Raymond Agius, LCRP (Lond) MCRS (Eng), MCRP, AFOM, MD, MFOM, FFOM, FCRP (Edin), FCRP (Lond), Doctorate in Medicine (Co-Investigator)

Raymond Agius, LRCP (Lond) MRCS (Eng), MRCP, AFOM, MD, MFOM, FFOM, FRCP (Edin), FRCP (Lond), Doctorate in Medicine, is Emeritus Professor of Occupational and Environmental Medicine, School of Medicine, University of Manchester, UK. He is also an honorary consultant in the Central Manchester and Manchester Children's Hospitals NHS Trust and at South Manchester University Hospitals NHS Trust. His previous appointments included Director of the Centre for Occupational and Environmental Health at the School of Medicine, University of Manchester, UK, Senior Lecturer in Occupational and Environmental Health at the University of Edinburgh, Scotland, and Director of Medical Services at the Institute of Occupational Medicine in Edinburgh, Scotland.

He has over 300 peer-reviewed publications and academic conference presentations in occupational epidemiology, environmental epidemiology, occupational medicine, and industrial toxicology. His is research interests have ranged widely from occupational to environmental ill health including respiratory and cardiovascular disease, stress and back pain, and audit and quality in the delivery of occupational health services. He has particular research interests in the incidence of occupational disease and work related ill health, in air pollution epidemiology

and in methods of predicting new hazards - with a view to appropriate preventive measures. He has a special interest in education in occupational medicine especially utilizing the internet and other innovative approaches. His book 'Practical Occupational Medicine' is now in its second edition.

He is a Fellow of the Royal Colleges of Physicians of London and of Edinburgh, a Fellow of the Faculty of Occupational Medicine of the Royal College of Physicians of London and an Honorary a Fellow of the Faculty of Occupational Medicine of the Royal College of Physicians of Ireland. He serves or has served on several national and international committees, governmental and non-governmental bodies, and is a past president of the British Occupational Hygiene Society.

His 'eponymous' lectures or orations include the Donald Hunter lecture (Faculty of Occupational Medicine, Royal College of Physicians of London), the Smiley lecture (Faculty of Occupational Medicine, Royal College of Physicians of Ireland), the Ferguson Glass oration (Australasian Faculty of Occupational Medicine, Royal Australasian College of Physicians) and the Heijermans lecture (University of Amsterdam).

Partially restructured and edited for clarification from the following sources:
http://agius.com/raymond/index.htm
https://www.researchgate.net/profile/Raymond-Agius/

## Damien McElvenny, Ph.D. (Co-Investigator)

Damien McElvenny, Ph.D. is a Principal Epidemiologist at the Institute of Occupational Medicine in Edinburgh, Scotland and Senior Research Fellow at the Thomas Ashton Institute for Risk and Regulatory Research at the University of Manchester and UK Health and Safety Executive. He was previously Professor of Epidemiology at the University of Central Lancashire and Principal Scientific Officer at the UK Health and Safety Executive.

He obtained his Ph.D. in epidemiology from the London School of Hygiene and Tropical Medicine. He is a chartered statistician. He has over 30 years' experience working in a variety of roles relating to the statistical analysis of health data in the public and private sector. He joined IOM in 2011 and has successfully led many research projects including those related to cancer in the lead, rubber and hard-metal industries as well as projects on shift work and cancer and trauma and cancer. He has led a number of consultancy projects, including medico-legal reports on clinical and occupational epidemiology. Damien is IOM's lead for the BRAIN and HEADING studies that are examining the effect of concussion and heading football on elite and professional sportsmen. He is the Science Communication Officer for the OMEGA-NET project, part of the European Union Cooperation in Science and Technology to “create a network to optimize and integrate occupational, industrial, and population cohorts at the European level, and to provide a foundation for an enhanced evidence base for the identification of health risks and gains related to occupation and employment to foster safe and healthy preventive strategies and policies” (https://omeganetcohorts.eu/).

He is an honorary member of the Society of Occupational Medicine, member of the Royal Statistical Society, and member of the International Commission on Occupational Health (ICOH). ICOH is “an international non-governmental professional society whose aims are to foster the scientific progress, knowledge and development of occupational health and safety in all its aspects… recognised by the United Nations as a non-governmental organisation (NGO) and has close working relationships with ILO and WHO” (http://www.icohweb.org/site/about-icoh.asp).

He serves as Secretary for the UK/Ireland Occupational and Environmental Epidemiology Society and Secretary for the Scientific Committee on Epidemiology in Occupational Health (EPICOH) Management Committee. EPICOH is one of the scientific committees of the ICOH. He is an Associate Editor for *Occupational and Environmental Medicine* and Assistant Editor for *Occupational Medicine*.

Partially restructured and edited for clarification from the following sources:
https://www.iom-world.org/research/our-scientists/prof-damien-mcelvenny/
https://uk.linkedin.com/in/damien-mcelvenny-6bb70a8
https://www.research.manchester.ac.uk/portal/damien.mcelvenny.html

# EXHIBIT
# 9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

*This Document Relates To: All Actions*

# RULE 26 EXPERT REPORT OF

# Craig W. Lindsley, Ph.D.

Dated: March 7, 2022

Craig W. Lindsley, Ph.D.

## Contents

I. QUALIFICATIONS AND EXPERIENCE ........ 1

II. SCOPE OF MY OPINIONS ........ 4

III. SUMMARY OF OPINIONS ........ 4

IV. FDA'S REGULATORY LIMIT FOR NDMA IN DRUG PRODUCTS ........ 5

V. ANALYTICAL CHEMISTRY METHODOLOGY ........ 7

A. Preparation of the Sample (Extraction) ........ 8

B. Separation & Quantification ........ 8

C. Identification ........ 11

D. The Importance of Proper Validation of Analytical Methods ........ 13

E. The Importance of Proper Documentation ........ 14

VI. CHEMISTRY OF RANITIDINE ........ 15

A. GSK's Root Cause Analysis Found That NDMA formed as a Degradation Product of Ranitidine through a Highly Disfavored Chemical Process ........ 17

B. Hydrolysis and Degradation of Ranitidine ........ 26

C. Pharmacokinetics (Metabolism) of Ranitidine ........ 27

D. Chloramination of Ranitidine ........ 29

VII. DETECTION OF NDMA IN RANITIDINE DRUG PRODUCT AND DRUG SUBSTANCE ........ 32

A. Valisure Citizen Petition Used an Unvalidated and Inaccurate Analytical Method ........ 32

B. FDA Used a Validated Analytical Method and Found Only Small Amounts of NDMA in Ranitidine Drug Products ........ 33

C. Emery Pharma Citizen Petition Showed NDMA Levels in Ranitidine Increased with Increasing Heat ........ 34

D. Other Validated Methods Have Found Only Small Amounts of NDMA in Ranitidine Drug Substance and Drug Products ........ 36

VIII. IN VITRO STUDIES OF NITROSATION OF RANITIDINE ........ 37

A. WHO Nitrosation Assay Procedure (NAP) ........ 37

B. Nitrosation Studies of Ranitidine Do Not Provide Evidence of NDMA Formation Under Physiological Conditions ........ 39

1. De Flora 1981 ........ 39

2. Brittain 1981 ........ 40

3. Tanner 1982 .......... 41

4. SKF Study 1982 .......... 42

5. Cholerton 1985 .......... 43

6. Maura 1983 .......... 44

7. De Flora 1983 .......... 45

8. Martelli 1983 .......... 45

9. Brambilla 1983 .......... 45

10. Braunstein 2021 .......... 46

11. Neither Valisure's nor Zeng's In Vitro Nitrosation Studies Found NDMA formation under physiological conditions. .......... 46

12. FDA Found No NDMA Formation from Ranitidine Under Physiological Conditions .. 47

IX. HUMAN STUDIES OF IN VIVO FORMATION OF NDMA .......... 48

A. FDA's Clinical Study .......... 48

B. The Zeng & Mitch Study That Purported to Demonstrate Endogenous NDMA Formation From Ranitidine Used an Unreliable Analytical Method and Has Been Withdrawn by the Authors .......... 51

X. RELIABLE EVIDENCE DOES NOT SUPPORT APPRECIABLE AMOUNTS OF THE CARCINOGENIC METABOLITE OF NDMA BEING GENERATED FROM RANITIDINE .......... 52

XI. PLAINTIFFS' EXPERTS' OPINIONS .......... 55

A. Report of Michael Marletta, PhD .......... 55

B. Partial Response to Ron Najafi, PhD .......... 71

C. Response to Ronald Melnick, PhD .......... 73

XII. CONCLUSION .......... 75

INTRODUCTION

1. I, Craig W. Lindsley, Ph.D., submit this expert report on behalf of Defendants GlaxoSmithKline ("GSK"), Boehringer Ingelheim ("BI"), Pfizer, and Patheon. I understand that plaintiffs claim that therapeutic use of Zantac/ranitidine causes esophageal, gastric, pancreatic, liver, and bladder cancers.

2. I have been asked to provide a statement of my opinions based on my experience, education, training, knowledge of the literature, and materials reviewed. In addition, if asked, I may respond to the opinions and testimony of Plaintiffs' witnesses regarding issues within my area of expertise. I understand that one of plaintiffs' experts is producing additional materials associated with his expert report and that I will be asked to file a supplement report following receipt of those materials. I reserve the right to amend or supplement this report should additional material become available at a later date.

3. In forming my opinions and preparing this report, I reviewed and considered the materials cited in this report and the materials listed in Exhibit A to this report. I have also relied upon my knowledge, education, and training as described below and in my *curriculum vitae*, attached to this report as Exhibit B.

4. I am being compensated for my time at an hourly rate of $400.

5. In the last 4 years, I have given testimony, either by deposition or at trial, in the following matters:

- Wyeth LLC, Wyeth Pharmaceutical Inc., et al., V. Alembic Pharmaceuticals, LTD., et al. [Botsutinib patent litigation], 2019.

6. I hold all opinions in this report to a reasonable degree of scientific certainty.

## I. QUALIFICATIONS AND EXPERIENCE

7. I am currently one of only five University Professors at Vanderbilt, with tenure across the School of Medicine and the School of Arts and Sciences. I also hold the William K. Warren, Jr. Chair in Medicine. I also hold the titles of Professor of Pharmacology, Professor of Chemistry; Co-Director and Director of Medicinal Chemistry and Drug Metabolism and Pharmacokinetics, Vanderbilt Center for Neuroscience Drug Discovery; Associate Director of



Contains Confidential Information – Subject to Protective Order

Therapeutics, Vanderbilt Institute of Chemical Biology; and Director of Drug Discovery, Human Chemical Sciences Institute (Scripps-Vanderbilt).

8. In addition to my academic responsibilities, I am actively engaged in drug discovery, and have licensed twenty projects to pharmaceutical partners while at Vanderbilt.

9. I received my Ph.D. in Chemistry in 1996 from the University of California, Santa Barbara. I then went to Harvard University for a postdoctoral fellowship. Thereafter, I spent several years in the pharmaceutical industry developing candidates for drug development. As a medicinal chemist, my responsibilities included the design and synthesis of novel compounds, optimizing compounds to selectively engage a molecular target, optimize the drug metabolism and pharmacokinetic profile of leading compounds and the analysis and identification of drug product and impurities. For every drug candidate, it was necessary to develop an appropriate analytical method with the necessary limit of quantitation and resolving power to identify and quantify the concentration of the parent, impurities and/or metabolites. There is no 'one size fits all' when it comes to developing the appropriate analytical method. At Parke-Davis, I worked on oncology programs developing new compounds directed at serine/threonine kinase proteins associated with different types of cancer, and the preparation of new rasta resins to expedite compound synthesis. I then moved to Eli Lilly and worked on a number of Central Nervous System (CNS) drug development programs targeting agonists and antagonists of G-protein coupled receptors ("GPCRs"). I was then recruited to Merck to lead a new effort in their medicinal chemistry department.

10. While at Merck, I worked on a number of kinase, nuclear hormone, ion channel GPCR, and transporter projects, focused heavily on CNS drug discovery. Also while at Merck, I co-developed the field of GPCR allosteric modulators, delivering the first positive allosteric modulators (PAMs) of $M_1$ and $mGlu_5$ receptors, showing unprecedented selectivity and critical target validation, which is very important in drug development. While at Merck, I delivered six drug development candidates for IND-enabling studies and clinical studies.

11. After Merck, I joined Vanderbilt in 2006 as an Associate Professor and Director of Medicinal Chemistry and Drug Metabolism and Pharmacokinetics for the Vanderbilt Center for Neuroscience Drug Discovery. I was subsequently promoted to Full Professor, and in 2018,



Contains Confidential Information – Subject to Protective Order

University Professor. During my 15 years thus far at Vanderbilt, I have received numerous awards for excellence in medicinal chemistry/drug discovery and have been named one of the World's Most Influential Scientific Minds, and routinely appear on the most cited researcher lists. In 2021, I was named to the ACS Division of Medicinal Chemistry Hall of Fame for outstanding contributions to medicinal chemistry through research, teaching, and division service. I am also the recipient of the Robert M. Scarborough Award for Excellence in Medicinal Chemistry (ACS MEDI division), the ASPET John J. Abel Award in Pharmacology, and the ASPET Scientific Achievement Award in Drug Discovery and Development.

12. I am a member of a number of professional organizations, including the American Chemical Society, American Society for Pharmacology and Experimental Therapeutics, American Association for the Advancement of Science and the Royal Society of Chemistry, and in the case of the latter two, I am Fellow. I was also inducted as a Fellow of the National Academy of Inventors. I have been a grant reviewer for the NIH and have served on a number of NIH panels. I regularly peer-review articles for professional journals, such as *Nature*, *Cell*, *Journal of the American Chemical Society* and *Journal of Medicinal Chemistry*. I am the founding Editor-in Chief of *ACS Chemical Neuroscience* (2010-2020), was named interim Editor-in-Chief of *ACS Pharmacology & Translational Science* (2020-2021), and in December of 2020, was named the Editor-in-Chief of the *Journal of Medicinal Chemistry*, the international flag-ship journal of medicinal chemistry and drug discovery. I have also held elected positions within AAAS, ASC Division of Medicinal Chemistry and served as the Neuroscience Section Editor for *Medicinal Chemistry Reviews* (another ACS publication).

13. I have published over 565 manuscripts in journals such as the *Journal of Medicinal Chemistry*, *Neuron*, *Cell*, *Neuropsychopharmacology*, *Journal of the American Chemical Society*, *Drug Metabolism & Disposition*, *Biological Psychiatry*, *Proceeding of the National Academy of Sciences* and have been an inventor on 112 issued US patents and over 225 published patent applications.

14. Other accomplishments, awards, and professional memberships are noted in my *curriculum vitae*, which is attached as Exhibit B.



Contains Confidential Information – Subject to Protective Order

## II. SCOPE OF MY OPINIONS

15. I have been asked to address the following:

16. The chemistry of ranitidine, its degradation products, and metabolites in relation to the potential formation and metabolism of nitrosamines and specifically the primary nitrosamine of interest is *N*-nitrosodimethylamine (NDMA);

17. The appropriate analytical methods for detecting NDMA in ranitidine drug product (the finished dosage form, i.e. the tablet, or capsule, etc.) and drug substance (the active pharmaceutical ingredient (API)), as well as in biological matrices (such as plasma or urine) containing ranitidine;

18. The analytical methods used by GSK to detect impurities in ranitidine drug product and drug substance at the time of development and at present;

19. The analytical methods used to detect NDMA in ranitidine and in biological matrices containing ranitidine by regulatory agencies and other authors in the published literature;

20. The adequacy of the available evidence to support the hypothesis of *in vivo* formation of NDMA from ingested ranitidine; and

21. The scientifically validity of certain conclusions and opinions expressed in plaintiffs' expert reports. I have not been asked to evaluate statements and opinions in those reports relating to conduct or state of mind of GSK or any of the defendant manufacturers.

22. I have also been asked to address the scientific validity of testing conducted by Emery Pharma and summarized in a report by Dr. Ron Najafi, but those opinions are deferred to a supplemental report following receipt of additional materials from the plaintiff that are necessary to conduct a scientific evaluation of the analyses performed by Emery Pharma.

## III. SUMMARY OF OPINIONS

23. As noted above, my opinions are based on my knowledge, training and experience in the field of medicinal chemistry and drug discovery, as well as materials that I reviewed and I hold all of the opinions expressed in this report to a reasonable degree of scientific certainty.

24. The following is a summary of my opinions:



Contains Confidential Information – Subject to Protective Order

25. Small amounts of NDMA can form in ranitidine over time as a result of an unusual and slow chemical reaction that occurs primarily in the solid state. This process may be accelerated by the application of high heat and high relative humidity.

26. GSK's Root Cause Analysis (RCA) in 2019 into the potential for formation of NDMA in ranitidine drug product and substance was thorough and used appropriate analytical methods. The results of GSK's RCA comport with the findings of regulatory agencies and published studies using appropriate analytical methods that small amounts of NDMA may form in ranitidine over time.

27. Prior to 2019, GSK and others thoroughly evaluated the chemistry of ranitidine and its degradation products. These studies did not provide any evidence of the potential for NDMA formation as a degradation product of ranitidine. Accordingly, it would not have been reasonably predicted that NDMA could form in ranitidine products or drug substance.

28. Certain testing of ranitidine products and drug substance by third-parties in relation to NDMA formation, both exogenous and endogenous, was not scientifically appropriate and artificially increased the amount of NDMA purportedly quantified.

29. There is no reliable evidence that therapeutic use of ranitidine leads to the formation of excess amounts of NDMA under physiological conditions.

30. *In vitro* studies of the metabolism and nitrosation of ranitidine did not provide any evidence to support the formation of NDMA from ingestion of ranitidine at physiological levels of added nitrite. Based on these studies, endogenous formation of NDMA from ranitidine would not be reasonably predicted.

## IV. FDA'S REGULATORY LIMIT FOR NDMA IN DRUG PRODUCTS

31. All pharmaceutical API has some degree of impurities that are not separable from the parent drug, and for this reason the material used in IND-enabling studies in preclinical species must contain equivalent or lower levels of these impurities to ensure safety prior to human studies. The FDA has set limits for impurities, and above certain thresholds, the impurities must be characterized and potentially profiled. The same is true for degradation products noted for API and final drug products (tablets/capsules), and the FDA has also set



Contains Confidential Information – Subject to Protective Order

acceptable limits and thresholds. Thus the process impurities and degradation products of ranitidine are not unique, and the FDA anticipates these with defined thresholds.

32. FDA has determined that a lifetime (70 years) daily exposure to NDMA from drug products of 96 ng/day is reasonably safe for humans with respect to potential cancer risk.

33. The FDA's regulatory limit for NDMA was set in accordance with ICH M7 (FDA Guidance for Industry on Nitrosamines 2021). According to the FDA/ICH M7 guidelines, compound-specific acceptable intakes (AIs) can be calculated based on rodent carcinogenicity potency data such as $TD_{50}$ values (doses giving a 50% tumor incidence equivalent to a cancer risk probability level of 1:2) identified in the public literature in the most sensitive species. Linear extrapolation to a probability of 1 in 100,000 (i.e., the accepted lifetime risk level used) is achieved by simply dividing the $TD_{50}$ by 50,000. The AI (in mg/kg/day units) can then be converted to mg/day by multiplying by the human body weight (50 kg is the assumed body weight identified in the referenced guidance). Linear extrapolation from a $TD_{50}$ value is considered appropriate to derive a highly conservative AI for M7 Class 1 impurities (known mutagenic carcinogens) unless there is evidence demonstrating a threshold mechanism. In other words, if there are data showing that there are levels of exposure that do not cause an increased risk of cancer, i.e., a threshold), the extrapolation of an AI for humans should take the threshold into account and the linear model should not be used.

34. In the case of NDMA specifically, NDMA was identified as a mutagenic carcinogen in several species and is identified as a probable human carcinogen by the Environmental Protection Agency's (EPA's) Integrated Risk Information System (IRIS) program and the International Agency for Research on Cancer (IARC). $TD_{50}$ values for NDMA in the rat are 0.0959 mg/kg/day (Peto 1991) and 0.189 mg/kg/day in the mouse (NIH Carcinogenicity Potency Database). For the AI calculation, the lowest, and most conservative value is employed, e.g., the rat at 0.0959 mg/kg/day. Thus, an AI associated with a 1 in 100,000 cancer risk over 70 years of exposure is calculated by dividing the $TD_{50}$ by 50,000 and then multiplying by 50 (assuming a 50-kg (110-lb) body weight patient), resulting in 0.0000959 mg/day NDMA, or approximately 96 ng/day NDMA. Therefore, daily lifetime intake of 96 ng/day of NDMA correlates to a theoretical cancer risk of 1 in 100,000 and is considered to be reasonably safe.



Contains Confidential Information – Subject to Protective Order

The recommended daily dose of ranitidine is 150 mg every 12 hours or 300 mg per day. To convert the acceptable daily intake of NDMA (96 ng/day) to parts per million (PPM), one can simply divide the 96 ng limit of daily NDMA by the 300 mg recommended daily dose of ranitidine. Because there are 1,000,000 nanograms in a milligram, the division below provides you the acceptable intake of NDMA in ranitidine at the part per million level.

$$\frac{96\, ng\ (NDMA)}{300\, mg\ (daily\ Zantac)} = 0.32 \frac{ng}{mg} = 0.32\ PPM$$

*Parts per million may be expressed in ng/mg (nanograms per milligram), µg/g (micrograms per gram), or mg/kg (milligrams per kilogram).*

## V. ANALYTICAL CHEMISTRY METHODOLOGY

35. There are a number of different techniques that can be used to identify and quantify the compounds to be found in a sample; all have strengths and limitations. It is imperative to employ the right analytical testing method for a specific inquiry (analysis of a specific pharmaceutical agent) in order to generate accurate data. One must consider the thermal stability of a compound, its boiling point, if it is a salt, and its solubility. These physiochemical attributes of a particular compound dictate what analytical method that should be employed for its analysis. There is no "one method fits all."

36. For an inquiry to be considered reliable, the analytical method must be validated as being accurate, sensitive, specific, and reproducible for the specific compound of inquiry, considering impurities, metabolites and even residual solvents at acceptable levels in API. Accuracy means that the test will identify and quantify the actual compound in the sample. Sensitivity means that the method will accurately, and quantitatively, measure all of the chemical species in the sample. Specificity means that the method will not misidentify other compounds as the compound of interest. Reproducibility means that similar results will be obtained from similar samples, and by different labs using the prescribed analytical method.

37. Analytical methods generally have three separate steps. Preparation of the sample (extraction), separating and quantifying the compounds in the sample, and identifying the compounds. Each step must be validated for the specific compound and inquiry.



Contains Confidential Information – Subject to Protective Order

### A. Preparation of the Sample (Extraction)

38. Extraction is a necessary step when there are multiple compounds in a sample that could interact to give a false reading. For example, ranitidine is subject to conversion to NDMA at the extreme heat used in some analytical methods, such as gas chromatography. To accurately quantify the amount of NDMA in a sample containing ranitidine, the NDMA must be extracted from the ranitidine before a separation and quantitation step that involves heating the sample, such as gas chromatography. If ranitidine is not separated from the sample prior to the separation and quantification step, it can be converted to NDMA during the analytical process and thus invalidate the results. Similar situations arise with other compounds and inquiries, which is why appropriate and validated extraction methods are an important part of any chemical analysis (Shaik 2022).

39. Of note, extraction methods must also be validated as appropriate for the solution in which the samples are contained. Methods appropriate for compounds in water require different handling than compounds in biological matrices such as blood or urine. Interestingly, the need for removal of organic components that could artificially skew NDMA level findings by capillary column gas chromatography was known as far back as 2004. The EPA's Method 521 called for water samples to be subjected to solid phase extraction prior to GC analysis for detection of nitrosamines such as NDMA for precisely this reason. (EPA Method 521). Importantly, EPA has not validated this method for the detection of nitrosamines in biological matrices such as blood or urine.

### B. Separation & Quantification

40. There are a number of methods to separate the compounds in a sample so that they can be identified and measured. Different methods are appropriate for different compounds, inquiries, and extraction methods. The primary method in drug development to separate compounds is a technique called chromatography. To describe chromatography very simply, the sample passes through a chamber designed such that different compounds pass through at different rates. The sample can be a mixture in a gas phase or in solution or liquid phase. When a sample is introduced as a gas, the technique is called gas chromatography (GC) and when it's introduced as a liquid, the technique is called high-performance liquid



Contains Confidential Information – Subject to Protective Order

chromatography (HPLC). As the sample moves through the chamber, the individual compounds reach a detector and can be detected and/or quantified. It is important to understand, however, that any of these methods have strengths and weaknesses and must be chosen and validated for a specific purpose.

41. Gas chromatography (GC) is an analytical chromatography technique employed to resolve and quantify the components of a sample ***if*** it can be fully vaporized without decomposition. An illustration of the GC technique is provided below.[1] Typically, a sample is dissolved in a volatile solvent and injected into the sample port at a temperature of 250-300°C (482-572°F) to fully vaporize the sample into the gas phase. The vaporized sample is carried through the chromatography column by an inert carrier gas, usually helium or nitrogen. The stationary phase or column is coated such that different compounds in the mixture will take different times to move through or elute. Accordingly, individual compounds can be separated by different elution times and quantified by a detector. Internal standards and/or calibration curves for a given compound are used to determine the limit of detection (LOD) and the limit of quantification (LOQ). The limit of detection is defined as the lowest concentration that can be detected consistently; the limit of quantification is smallest amount or concentration that is possible to be measured by a given analytical method.

[1] https://microbenotes.com/gas-chromatography/



Contains Confidential Information – Subject to Protective Order




42. GC is an appropriate analytical technique to determine the amount of NDMA in certain substances, as NDMA has a boiling point of 151°C (303.8°F), and will be vaporized at the injection port temperature of 250-300°C (482-572°F). For example, GC has been used to determine the extent of NDMA in water samples. However, GC is *NOT* an appropriate analytical technique to inject a sample of ranitidine and attempt to determine quantitatively the concentration of NDMA in that drug product or API sample. There are several reasons for this: (1) Ranitidine has a boiling point of 437.1°C (818.8°F) and it will not vaporize upon injection; (2) Ranitidine has a melting point between 133-134°C (271-273°F), and upon injection in the CG port, the non-vaporized ranitidine will "melt" and begin to thermally degrade/decompose; and (3) NDMA will be formed at the injection port as one of the decomposition products of ranitidine. These factors lead to artificially high levels of NDMA being detected as an artifact of the analytical process. To employ GC analysis to detect and/or quantify NDMA in samples of ranitidine is to remove the ranitidine from the sample prior to injection using an appropriately validated extraction method **(Lim 2020)**.

43. High-Performance Liquid Chromatography (HPLC) is the gold standard analytical tool to detect and quantify components in a mixture. For IND applications to the FDA, all purity qualifiers of API, and the quantified levels of impurities, are determined by HPLC. An



Contains Confidential Information – Subject to Protective Order

illustration for HPLC is provided below.[2] Unlike GC, HPLC does not require a physical state change, i.e., solid to gas phase, for a sample. Instead, the sample is dissolved into a solvent, injected onto a chromatography column. As the sample moves through the column different compounds elute at different rates. For a high boiling point compound like ranitidine, known to decompose at extreme temperatures, HPLC is the only reliable technique to quantify both NDMA present in a drug product or API. Both of the analytical methods for detecting NDMA in ranitidine samples published by the FDA are HPLC methods that have been specifically validated to accurately measure the NDMA present in the sample.




## C. Identification

44. Once the compounds in the sample have been separated and quantified, they must be identified. The most common methods for identification are based on mass spectroscopy. A highly simplified diagram is included below.[3] The individual compounds from the chromatography step are added one at a time to the mass spectrometer at the inlet. It is then bombarded with electrons (or "smashed") to break up the compound into smaller pieces

[2] https://microbenotes.com/high-performance-liquid-chromatography-hplc/
[3] How a Mass Spectrometer Sorts and Weighs Molecules - dummies



Contains Confidential Information – Subject to Protective Order

that are separated by the sorter. The detector is able to determine, with high accuracy, the molecular weight of each piece. By using this information, the compound can be identified.




The basic parts of a mass spectrometer

45. ***In the present case, the only instances where NDMA has been detected in ranitidine samples have been when analytical methods specifically designed for detection of trace levels of NDMA were applied to ranitidine samples. Unless impurities are present in reasonable concentrations, and do not happen to co-elute with other impurities or solvent peaks, a very low level impurity, like NDMA, may not be detected using the methods approved by the FDA for detection, quantification, and identification of impurities. To reliably quantify NDMA in ranitidine, robust and validated analytical methods with appropriate HPLC resolution and sufficient mass accuracy and the correct mass tolerance settings for mass spectroscopy must be used***.

46. Of importance, the need for specific validated analytical methods is not unique to ranitidine and NDMA. Recently scientists at the FDA published an article entitled, "A Cautionary Tale: Quantitative LC-HRMS Analytical Procedures for the Analysis of N-Nitrosodimethylamine in Metformin" (Yang 2020). This article pointed to artificially inflated levels of NDMA detected by a private company in a Citizen Petition wherein 16 of 38 metformin drug products allegedly had NDMA levels above the allowable intake, or AI (96 ng/day). FDA testing on the same 38 drug samples found only 8 (not 16) had NDMA levels above the AI, and all samples analyzed had far lower levels than those reported in the Citizen Petition. In this case, residual solvent (DMF) in the drug product (at levels within the ICH Q3C(R6) guideline for the product), co-eluted on the HPLC (same retention time) with NDMA, and due to the lack of sufficient mass accuracy and the correct mass tolerance settings during mass spectrometry, the



Contains Confidential Information – Subject to Protective Order

private lab reported high and inaccurate levels of NDMA in the metformin drug product. In their conclusion, the FDA scientists cautioned:

> The results of the study described here indicate that care must be taken to ensure analytical procedure specificity in the presence of potential interfering substances in the development and validation of analytical tests for drugs like metformin. Often, extensive knowledge of the drug substance and drug product properties, manufacturing processes, and the potential impurities that could interfere with an analytical measurement are required to assure sufficient analytical specificity.

47. Although not mentioned in the published article by name, publicly available documents show that the private lab filing the metformin Citizen Petition was Valisure, the same private lab that reported unrealistically elevated levels of NDMA in ranitidine, which the FDA determined were the result of an inappropriate and unvalidated analytical method. I discuss the Valisure Citizen Petition in more detail elsewhere in this report.

### D. The Importance of Proper Validation of Analytical Methods

48. Method validation is essential for accurate data. The FDA evaluated multiple HPLC methods to chromatographically separate trace NDMA from ranitidine, and send only pure drug fraction through the splitter to the LCMS to accurately quantify (by generating standard concentration curves) of each chemical species. The importance of this process is reflected in the 2015 FDA Guidance, *Analytical Procedures and Methods Validation for Drugs and Biologics*, which describes the steps necessary to develop and validate, for a particular drug, assays to determine proper identity, quality, purity, strength, and/or potency for that drug. As noted by the FDA (4/1/20 Letter to Valisure) in rejecting the testing methods in the Valisure Citizen Petition relating to ranitidine:

> To be considered an appropriate analytical test, FDA recommends that the tester provide data to demonstrate that a test procedure meets proper standards of accuracy, sensitivity, specificity and reproducibility, and is suitable for its intended purpose. FDA also recommends that a quantitative analytical method be validated for its intended use through the demonstration of certain characteristics that are applicable for all types of tests. Typical validation



Contains Confidential Information – Subject to Protective Order

> characteristics are: specificity, linearity, accuracy, precision (repeatability, intermediate precision and reproducibility), range, and quantitation and detection limits. Developing and validating a method requires the selection of appropriate analytical techniques, optimization of operation conditions, designing strategies for sample and standard preparations, and evaluating their stabilities. **A method developed and validated for certain types of drugs or formulations is not appropriate for use on other drugs or formulations without separate validation.** (Emphasis supplied.)

49. As illustrated by the FDA, validation of an analytical method to test a specific compound for a specific parameter is a non-trivial task. It is an important part of ensuring the reliability and robustness of any data procured from the testing; in the absence of a validated testing method, data are not scientifically reliable. This has been demonstrated by the withdrawal from publication of a paper by Drs. Zeng and Mitch in 2021 that had reported excess NDMA in the urine of subjects taking ranitidine, but had used an inappropriate and unvalidated analytical method (see discussion below).

50. The FDA has identified two different methods appropriate and validated for use in identifying and quantifying NDMA in ranitidine (9/13/19 FDA LC-HRMS; 10/17/19 FDA LC-MS/MS). Similarly, they have published different validated methodologies for testing for NDMA in valsartan and metformin. Any suggestion that there is one analytical method applicable to all drugs other than ranitidine is scientifically incorrect.

## E. The Importance of Proper Documentation

51. One of the most important procedures in any scientific analytical laboratory is proper documentation of the work conducted from method development through interpretation of results to form conclusions. For experimental results to be submitted to FDA in support of a new drug, they must be conducted in such a manner as to conform to the requirements of Good Manufacturing Practices and Good Laboratory Practices (GMP/GLP). These are a set of stringent requirements for lab practices and documentation. Importantly, they require the submitting laboratory to maintain both data and documentation of how the analyses were conducted so that they can be forwarded to FDA at any time: "There shall be archives for orderly storage and expedient retrieval of all raw data, documentation, protocols,



Contains Confidential Information – Subject to Protective Order

specimens, and interim and final reports." (Code of Federal Regulations, Title 21, Chapter 1, Subchapter A, Part 58).

52. In my laboratory and others at which I have worked, even experiments not conducted pursuant to GMP/GLP standards are documented in a similar way. Many peer-reviewed scientific journals have stringent requirements that data and other documentation must be provided expeditiously should a reviewer make a request for those materials. For any laboratory work to be considered scientifically valid, it should be documented in such a way that a reviewer to understand and evaluate each of the steps leading to the conclusion to be put forth by the scientist. As noted by the World Health Organization, "[E]valuation should take into consideration all data, including atypical, suspect or rejected data." (WHO Guidance on Good Data and Record Management Practices, pp. 174, 187.) This requires more than raw data as machine output must be interpreted by a scientist. A reviewer must be able to see what the analyzing scientist saw on an instrument readout or computer screen, not just the data extracted to be reported. Without full documentation of the method development and validation, the manner in which the analyses were actually performed, and all data as compiled and reviewed by the scientist, including both the data on which the scientist relied and the data not chosen by the scientist. Without this information and without any indicia of reliability, such as certification of GMP/GLP, no experiment can be deemed to be scientifically valid or reliable, and any conclusions put forth based on those experiments should be disregarded.

## VI. CHEMISTRY OF RANITIDINE

53. Ranitidine (**1**, Zantac) is an organic molecule held together by very strong covalent bonds that require significant energy to break (**Figure 1**). The fact that ranitidine is a marketed drug with FDA approval owes to the fact that ranitidine (1) is a very stable compound *in vitro* and *in vivo*. Ranitidine (1) contains various moieties or different parts of the molecule. For instance, ranitidine contains an *N,N*-dimethylamine moiety, circled on the left side of Figure 1, as well as a vinyl nitro ($NO_2$) moiety (highlighted on the right side). A vinyl moiety is simply a part of the molecule that is attached to a double-bonded carbon which is illustrated with the two parallel lines adjacent to the circled $NO_2$ group. Both of these moieties are chemically stable in their attachment to the rest of the molecule, and in the case of the vinyl nitro moiety,



Contains Confidential Information – Subject to Protective Order

quite unreactive and resistant to chemical reaction via nucleophilic attack (displacement). Also shown is the chemical structure of NDMA (**2**), which is comprised of an *N,N*-dimethylamine moiety and a *nitrogen*-linked nitroso (NO) moiety. The NO moiety of NDMA is in a different oxidation state than the nitro ($NO_2$) moiety[4] of ranitidine (**1**). In other words, the vinyl nitro ($NO_2$) moiety in ranitidine (1) must undergo a chemical reaction before it can potentially become part of NDMA (**2**). It has only recently been determined that, under certain conditions, it is possible for NDMA to be formed as a ranitidine degradant, but it is a chemically disfavored reaction that produces only trace amounts of NDMA. [GSKZAN0000052019]




**Figure 1.**

54. When Valisure filed the Citizen Petition with the FDA (9/19/19 Valisure Citizen's Petition) that alleged that ranitidine (**1**) samples tested by the Valisure laboratory contained NDMA (**2**), they drew the image of ranitidine (**1**) above with the *N,N*-dimethylamine moiety and well as the vinyl nitro ($NO_2$) moiety highlighted in their report and stated that the elements necessary to assemble NDMA were present. This is an oversimplification, and it was inaccurate (as was their method of analysis (e.g., GC/MS, *vide infra*). The Valisure petition inaccurately states: "The ranitidine molecule contains both a nitrite and a dimethylamine ("DMA") group which are well known to combine to form NDMA." This is scientifically incorrect. As noted above the correct chemical identities of the moieties at the ends of the ranitidine molecule are an *N,N*-dimethylamine moiety and a vinyl nitro ($NO_2$) moiety. As further described in this report, it is not chemically predictable that these two moieties might be removed from the

[4] Moiety and functional groups are terms used in organic chemistry to denote identifiable groups of atoms that appear in multiple molecules with similar chemical properties across molecules.



Contains Confidential Information – Subject to Protective Order

ranitidine molecule and then recombine, followed by a change on oxidation state, to form NDMA.

55. I also note that the plaintiffs' Second Amended Personal Injury Complaint filed on August 2, 2021, contains an image of the chemical structure of ranitidine that is incorrect. The diagram in the Complaint (below as Figure 2) shows ranitidine as having a terminal nitroso moiety (-NO) rather than the vinyl nitro (-$NO_2$) that is shown in Figure 1 of the Citizen Petition. The diagram in the Complaint is inaccurate and misleading.




Figure 2. Diagram of ranitidine molecule from page 32 of the Second Amended Personal Injury Complaint.)

## A. GSK's Root Cause Analysis Found That NDMA formed as a Degradation Product of Ranitidine through a Highly Disfavored Chemical Process

56. Following the observation of trace amounts of NDMA in ranitidine products, GSK undertook an in-depth Root Cause Analysis (RCA) between September 2019 and April 2020. This rigorous investigation concluded that the presence of NDMA in ranitidine drug substance is due to a slow degradation reaction occurring primarily in the solid state, the rate of which is influenced by heat, humidity, and the crystal morphology of ranitidine drug substance (i.e., ranitidine hydrochloride). Specifically, degradation reactions occur independently in two parts of the ranitidine molecule, the dimethylamino group and the vinyl nitro group, at very slow rates, likely a result of an interaction with trace water molecules. Due to the close proximity of the two parts in adjacent ranitidine molecules within the crystal structure of ranitidine in the solid state, the degradation product of the dimethylamino group in one ranitidine molecule



Contains Confidential Information – Subject to Protective Order

combines with the degradation product of the vinyl nitro group in the adjacent ranitidine molecule to produce NDMA. The exact chemical process by which this occurs, however, remains unelucidated.

57. As part of its Root Cause Analysis (RCA), GSK undertook, through contract laboratories, an analysis of NDMA levels in multiple batches of API and finished product, sources from retained samples at a number of manufacturing facilities. All testing of NDMA in ranitidine samples used validated analytical methods consistent with the methods recommended by FDA: (1) LGC—a validated LC-MS/MS reversed phase, gradient HPLC method; (2) Intertek—a validated LC-HMRC reversed phase, gradient HPLC method; and (3) GSK Stevenage—a validated LC-HMRC reversed phase, gradient HPLC method. Additionally, any deviations from GMP/GLP standards were noted in the report and accompanying documents. As FDA expects, compliance with GMP/GLP standards provides certain indicia of the reliability of the results.

58. In one study in the RCA of API retained samples, batches of ranitidine manufactured by Dr Reddy's Laboratories Ltd. (Dr Reddy's), prior to April 2017, and by Saraca Laboratories Ltd. (Saraca) after April 2017, along with a small number of batches that were manufactured at the GSK Jurong factory in 2014 just prior to ceasing supply from this facility were evaluated for the presence of NDMA. Saraca (2017) had lower levels than Dr. Reddy's (2014), but the GSK Jurong product (2014) showed negligible NDMA (<0.2 µg/g). Using the validated analytical methods described supra, the amount of NDMA observed in the samples tested varied from ≤0.2 µg/g (ppm) to 40 µg/g (ppm).

59. The conclusions of the RCA are supported by the testing of numerous batches of ranitidine drug substance and drug products that demonstrates a slow degradation reaction resulting in trace amounts of NDMA. The testing of ranitidine drug substance showed that batches manufactured in GSK Jurong have the slowest rate of NDMA formation (0.18-0.52 ppm formed over five years) and batches from other sources have higher rates with the worst-case scenario of 40 ppm NDMA formed over five years. (GSKZAN0000883508). With regard to drug products, the testing in 2019 showed that ranitidine film-coated tablets manufactured in 2016 from GSK Jurong drug substance manufactured in 2014 contain 0.24-0.35 ppm NDMA.



Contains Confidential Information – Subject to Protective Order

(GSKZAN0000883508). Of all the drug products tested, the NDMA levels range from 0.24-7.6, 0.52-2.1, 0.24-1.1, and below limit of detection to 2.7 ppm for film-coated tablets, effervescent tablets, IV solution, and syrup, respectively. (King 2020). These NDMA levels are much lower than the impurity reporting thresholds for drug products per the FDA Q3B guidelines (0.05% or 500 ppm), identification (0.1% or 1000 ppm) and qualification (0.15% or 1500 ppm) thresholds for drug substance per FDA Q3A Guidance and the impurity reporting (0.1% or 1000 ppm), identification (0.2% or 2000 ppm) and qualification (0.2% or 2000 ppm) thresholds for drug products per FDA Q3B Guidance.

60. Accelerated stress testing of drug substance and product demonstrated that the rate of NDMA formation could be accelerated by increased temperature and humidity (GSK RCA at GSKZAN0000051947). At extreme humidity, however, lower levels of NDMA were observed, likely due to deliquescence of the ranitidine (loss of crystalline structure) and/or the predominance of alternative, more chemically favored, pathways forming degradation products other than NDMA (GSK RCA at GSKZAN0000052011).

61. One of the key findings in the RCA was that the rate of NDMA formation was correlated with the method of crystallization used during synthesis of the drug substance and the ensuing crystalline morphology. It was determined that ranitidine crystals with a columnar structure were more stable with respect to NDMA formation than crystals with a more irregular or "lumpy" structure.



Contains Confidential Information – Subject to Protective Order




62. It was discovered that GSK ranitidine, manufactured at Jurong had a more crystalline structure which correlated with the very slow rate of NDMA formation observed. The process operated by GSK Jurong to manufacture ranitidine drug substance did not change over the time of manufacture at Jurong (GSK RCA at GSKZAN0000051953).

63. It was additionally determined that one manufacturer, Saraca, manufactured ranitidine using two different methods. Stressing studies showed Saraca Grade 3 batches (the more columnar crystals) produced lower NDMA levels than Saraca Grade 1 batches (the more irregular crystals). (GSK RCA at GSKZAN0000051964-965). Recrystallization of Saraca Grade 1 results in ranitidine drug substance exhibiting a hybrid morphology (both irregular and columnar) with NDMA levels produced on stress testing also in between the levels from Grade 1 and Grade 3. (GSK RCA at GSKZAN0000051969).

64. It is important to note that standard HPLC impurity testing did not reveal NDMA or impurities that would indicate the presence of NDMA.[5] (GSK RCA at GSKZAN0000051955). Consequently, trace analysis of impurities in ranitidine drug substance was conducted to

[5] Standard HPLC impurity testing was also used by GSK to characterize the impurity profile of ranitidine drug substance and drug products per regulatory request. (e.g., GSK studies 2015N264355 and 2015N264356). As expected, this regulatory compliant testing did not detect trace levels of NDMA or impurities that would indicate the presence of NDMA.



Contains Confidential Information – Subject to Protective Order

understand how the dimethylamino and vinyl nitro groups degrade to form NDMA. This analysis was conducted by predicting what impurities may be formed in connection with NDMA formation and employing a very sensitive LC/MS method to specifically look for such impurities at trace levels. (GSK RCA at GSKZAN0000051977).

65. As would be expected, this specific LC/MS analysis identified several trace level impurities in a series of drug substance batches analyzed. Many of these (alcohol, AH22756X, and the corresponding aldehyde and ethers) could be generated from a reaction that resulted in loss of the dimethylamino group. Two impurities, urea, (AH18937AA) and a related unsaturated aldehyde could be generated from loss of the nitro group. In only one case, the urea impurity, did the amount of the impurity correlate with the amount of NDMA in the sample. While the correlation is suggestive, no direct chemical route of NDMA synthesis involving this impurity has been elucidated.

66. Stress testing of isotopically labelled and unlabelled batches provided conclusive evidence that NDMA forms via an <u>inter</u>molecular reaction in contrast to the <u>intra</u>molecular reaction suggested by the Valisure Citizen's Petition.

67. In these radiolabeling experiments, the six $^{1}H$ (hydrogen atom with molecule weight of 1 g/mol) in the dimethylamino group and the single $^{14}N$ (nitrogen atom with molecule weight of 14 g/mol) in the vinyl nitro group of the ranitidine molecule were replaced with $^{2}D$ (hydrogen atom with molecule weight of 2 g/mol (known as Deuterium)) and $^{15}N$ (nitrogen atom with molecule weight of 15 g/mol), respectively. This allowed the tracking of the dimethyl amino group and the nitro group from the ranitidine molecule to the NDMA molecule because an NDMA molecule composed from the dimethylamino group and the nitro group from the ranitidine molecule would be 7 g/mol heavier than one made from unlabeled ranitidine. Similarly, if only the dimethylamino group from ranitidine was incorporated into the NDMA, the resulting NDMA would be 6 g/mol heavier than unlabeled NDMA and if only NDMA's nitroso group derived from labeled ranitidine, the NDMA molecule would be 1 g/mol heavier than if it were entirely unlabeled. It is important to note, however, that these experiments tracked only the nitrogen from the vinyl nitro group and not the fate of the two oxygen molecules. Thus, the origin of the oxygen molecule in NDMA remains unelucidated.



Contains Confidential Information – Subject to Protective Order

68. Stress testing under extreme (not real world) conditions allowed for accelerated formation of NDMA from the radiolabeled ranitidine. Under real world conditions, the formation of NDMA would be too slow to produce appreciable levels of NDMA to allow for readout of data within an experimental time frame.

69. Stress testing of labeled ranitidine showed that all of the NDMA generated from the extreme conditions were 7 g/mol heavier than unlabeled NDMA, indicating that all of the NDMA molecules originated from labeled ranitidine's dimethylamino and vinyl nitro groups.

70. Stress testing of a 1:1 blend of labeled and unlabeled ranitidine drug substance showed the formation of NDMA with four different molecule weights, 0, 1, 6, and 7 g/mol heavier than NDMA formed from materials not radiolabeled. This demonstrated that each NDMA molecule originated from the dimethylamino group of one ranitidine molecule and the vinyl nitro group of another ranitidine molecule. If the reaction had proceeded via an intramolecular pathway, only the +7 and unlabelled NDMA would have been formed and detected.




71. Additional supportive evidence showed that (1) while the dimethylamino and vinyl nitro groups of adjacent ranitidine molecules within a crystal structure (solid state) are in close proximity, the two groups within the same ranitidine molecule are not, and (2) no impurity indicating that degradation had occurred at both groups of the same molecule were identified. (GSK RCA at GSKZAN0000052004). Importantly, this also supports the conclusion that NDMA formation is primarily, if not wholly, a solid state phenomenon and does not occur



Contains Confidential Information – Subject to Protective Order

to any appreciable extent when the ranitidine is in solution, such as in the injectable formulation or once the pill has dissolved *in vivo*.

72. Based on these data and the identification of the urea impurity, a Nef reaction and a retro Henry reaction, both of which require water to chemically react with the vinyl nitro group, were proposed as potential mechanisms by which the vinyl nitro group is degraded and converted to a nitrosating agent. (GSK RCA at GSKZAN0000051987-1988).




73. Moreover, the lowest energy state modeling of the solid-state crystal structure places a water molecule perfectly positioned above the nitro alkane moiety to add in (Nef reaction), and poised for a retro Henry reaction to afford a nitrosating source (as shown in the model below).



74. This proposed mechanism, however, was not borne out by the empirical evidence, which is not uncommon in medicinal chemistry. Many reactions can be proposed based on general chemical principles and/or modeling, but these hypotheses must then be tested to determine if the reaction actually occurs. This is the process that GSK undertook in



Contains Confidential Information – Subject to Protective Order

the RCA and despite extensive research, the scientists were unable to pinpoint the precise mechanism of NDMA formation due to conflicting results from different experiments.

75. Specifically, as shown above crystallographic modelling suggested that the lowest energy position on the crystal surface of ranitidine where water is predicted to interact is adjacent to the vinyl nitro group, which is the point where water would attack in a Nef reaction and close to the point where water would attack in the retro Henry reaction. (GSK RCA at GSKZAN0000052012). Additionally, spiking ranitidine drug substance with radiolabeled nitromethane, a byproduct of the retro Henry reaction, yielded radiolabeled NDMA, supporting the retro Henry reaction hypothesis. (GSK RCA at GSKZAN0000052012). Conversely, experiments with radiolabeled water showed that water was not incorporated into the urea impurity or the related unsaturated aldehyde, as it would be if Nef and/or retro Henry reactions were the mechanism of formation. (GSK RCA at GSKZAN0000052012). Although a different mechanism that did not require the incorporation of water was then proposed, experiments produced no evidence that it actually occurred (GSK RCA at GSKZAN0000051990-1991). Despite extensive empirical experimentation, the GSK RCA could only hypothesis that, given that NDMA formation increases with the increase in humidity, water likely played a role in the formation of NDMA. It was further hypothesized that this could occur through chemical reactions not yet identified or physical interactions, such as disruption of the crystal surface leading to instability of the substance. (GSK RCA at GSKZAN0000052012). In sum, despite GSK's extensive research, the precise mechanism by which ranitidine's vinyl nitro group is degraded and converted to a nitrosating agent cannot be determined.

76. Regardless of the crystal morphology, all of the ranitidine drug substance samples tested in connection with GSK's RCA were of polymorphic form II. (GSK RCA at GSKZAN0000051976). Ranitidine polymorphic form I was the initial form developed by GSK. Form I may have been used in some early nonclinical studies and clinical trials, but was never commercialized. The two forms differed slightly in some physical properties, but were otherwise biologically equivalent. Comparisons of the two forms showed that form I ranitidine is more likely to form NDMA compared to form II ranitidine. First, form I ranitidine absorbs and retains moisture more readily than form II. (Harvey Dep. Ex. 4716). Second, form I ranitidine is



Contains Confidential Information – Subject to Protective Order

thermodynamically less stable than form II. (WAP/86/006). Third, form I crystals were more irregular than the more columnar (and more stable) crystals of GSK-manufacturer form II.

77. Recently, Sanofi, through Uquifa, also evaluated the factors that can influence the formation of NDMA from ranitidine drug substance and drug products. While the Sanofi root cause analysis focusses on different topics than the GSK RCA, the conclusions of the Sanofi RCA are not inconsistent with the GSK RCA.

78. Similar to GSK's RCA, Sanofi also found that NDMA formation increases under elevated heat and humidity. (Sanofi RCA). Sanofi also stated that they "have found evidence that a mechanism involving iron species and oxygen could generate a nitroso group from nitro group of Ranitidine HCl, and this nitroso group that would generate NDMA in combination with the dimethylamino moiety already present in Ranitidine HCl structure." (Sanofi RCA at SANOFIZANMDL0000722486). Based on their conclusion, Sanofi proposed a mechanism by which the vinyl nitro group of ranitidine is converted to a nitrosating agent to form NDMA through the catalysis of iron. (SANOFIZANMDL0000722361). This mechanism is similar to the Nef reaction proposed by GSK. No study was conducted by Sanofi to investigate whether this is the precise mechanism. In sum, Sanofi provided some preliminary evidence to suggest that iron may also be involved in NDMA formation, which if true, would not be inconsistent with GSK's RCA.

79. In summary, GSK's RCA demonstrated that ranitidine produced by the manufacturing process used by legacy GSK were of a different crystal morphology than those of other manufacturers tested and the GSK batches afforded little to no increase in NDMA levels even under forcing conditions. Although the crystal structure was determined to correlate with rates of NDMA formation, the exact chemical reaction leading to formation of NDMA could not be determined despite extensive experimentation. Accordingly, there is no reason that GSK would have, or should have, investigated the possible formation of NDMA by ranitidine degradation prior to the RCA.



Contains Confidential Information – Subject to Protective Order

### B. Hydrolysis and Degradation of Ranitidine

80. To obtain FDA approval drugs must go through extensive stability and degradation studies. In the case of Zantac (ranitidine), these studies demonstrated the stability of the product (Padfield 1982).

81. A comprehensive series of hydrolytic degradation studies, published in 1987 by Haywood and colleagues fully characterized, by NMR (and X-ray crystal structure), the degradation products of ranitidine across a broad range of pH (<1 to >9). Of the FDA required forced degradation studies for a pharmaceutical, hydrolytic degradation is one of the most commonplace. In this type of testing, an aqueous solution of the pharmaceutical is heated using a range of acidic and basic conditions to ionize pendant functional groups in the molecule (i.e., basic amines or acidic moieties) and is monitored for degradants. The Haywood study used reflux temperatures—keeping the solution at its boiling point—until degradation products could be identified. This required different periods for solutions at different pH values. Hydrolysis testing is used to force potential degradation reactions by subjecting the compound to extreme conditions of heat, humidity, and atmospheric gases (Haywood 1987). It is not intended to replicate real world conditions.

82. There were several key finding from this study. At neutral pH (~7), ranitidine and the eastern 2-nitro—1,1-vinyldiamino moiety, are stable; moreover, under neutral conditions, the hydrolysis of ranitidine occurs at a very slow rate -- **<5% after two years at 30 ºC (86°F)**. Even under reflux conditions (~100°C; ~212°F) in the near-neutral pH range (5-8), degradation remains slow and none of the degradation products suggested the production or presence of NDMA. Note, this is the approximate pH of the intestine (~6 to 7.4), blood/plasma (~7.35 to 7.45), liver (~7) and urine (~6 to 6.5), as well as gastric pH after ranitidine ingestion. (Proksch 2018) Thus, throughout the body at physiological pH (i.e. largely neutral), it is expected that ranitidine would be stable based on these findings.

83. At low pH (<1), ranitidine is almost completely resistant to hydrolysis, even with heating for prolonged periods of time, and this pH is that of the stomach (pH = 1 to 2). (Proksch 2018). Even assuming an increased pH (between pH 4 and 6), as might be expected from the pharmacological effects of ranitidine, at reflux temperature none of the identified degradation



Contains Confidential Information – Subject to Protective Order

products suggested the formation of NDMA. (Hedenstrom 1997) Thus, in view of these data, ranitidine would be expected to be stable upon ingestion and dissolution in stomach gastric juices. (Haywood 1987)

84. At higher pH (>9), which is not the normal state in any compartment of the human body, hydrolysis is rapid (4h) at refluxing temperatures (~100 °C, ~212 °F), which is also non-physiological (physiological temperature is ~37 °C, ~98.6 °F) to yield four products **9-12fd** (**Figure 3**). Here, NDMA was not detected as a hydrolytic degradation product, neither the *N,N*-dimethylamino group nor the vinyl nitro group are released, and the 4 resulting products do not react chemically to produce NDMA.




**Figure 3.**

85. The Investigational New Drug (IND) Application that was submitted to the FDA for review and approval characterized and identified the degradation products of both the API (active pharmaceutical ingredient, also called drug substance) and final drug product under multiple conditions – including high temp and humidity, and for long periods of storage, and no NDMA was detected. The data provided raised no cautionary flags to the FDA regarding NDMA, and the agency did not find it necessary for GSK to develop analytical method to investigate the presence of NDMA.

## C. Pharmacokinetics (Metabolism) of Ranitidine

86. Pharmacokinetics is the study of how a drug is processed in and eliminated from the body following administration. As a part of this process, enzymes in the liver may make



Contains Confidential Information – Subject to Protective Order

chemical alterations to the drug molecule. These altered products are called metabolites. During the development and approval process, the metabolism of ranitidine was studied in a number of animal species and humans. There are four identified human metabolites: ranitidine-*N*-oxide, ranitidine-S-oxide, *N*-desmethylranitidine, and a furoic acid analog (see Figure 4 (below), which is taken from GSK study WMH-85-013).




**Figure 4**. Metabolism study performed by GSK (from GSK study WMH-85-013).

87. In all four of the metabolites, the vinyl nitro moiety remains a part of the larger molecule; in two of the metabolites (ranitidine-*N*-oxide and ranitidine-S-oxide), the *N,N*-dimethylamine moiety remains a part of the larger molecule. In the *N*-desmethylranitidine metabolite, one methyl group has become dissociated from the *N,N*-dimethylamine moiety with the nitrogen and second methyl group remaining a part of the larger molecule. The production of these metabolites neither allows for nor suggests the potential formation of NDMA from ranitidine in the body. The structure of the furoic acid analog shows that the nitrogen and methyl groups forming the *N,N*-dimethylamine moiety have become dissociated from the molecule and a carboxyl group has formed in its place. The presence of this metabolite, however, does not suggest that the *N,N*-dimethylamine moiety dissociates as a



Contains Confidential Information – Subject to Protective Order

whole to form dimethylamine. While the term "oxidative deamination" in the diagram describes the chemical outcome, it is not a statement of the mechanism of formation. Accordingly, the presence of the furoic acid as a minor metabolite of ranitidine does not provide evidence in support of the hypothesis of endogenous formation of ranitidine.

88. A total balance study by GSK (WMH-85-013) confirmed that most ranitidine is excreted from the body unchanged and the furoic acid analog is very minor metabolite. Following oral administration, 61.4% to 69.9% of the administered dose was excreted in the urine and 24.5% to 28.4% was excreted in the feces. Further examination of the urine revealed that 34.3% to 37.1% was excreted as unchanged ranitidine. The *N*-oxide metabolite made up 6.1% to 7.3%; the S-oxide made up 1.8% to 2.4%; and the desmethyl made up 1.9% to 3.2%. The furoic acid analog represented only 1.1% to 2.2% of the administered dose. The study was able to rule out any other major (>2%) metabolites. The small amount of the furoic acid metabolite is consistent with other studies showing a lack of endogenous formation of NDMA from ranitidine (e.g., Florian 2021, Gao 2021).

### D. Chloramination of Ranitidine

89. Multiple groups have published studies showing the production of NDMA from the chloramination of ranitidine, to mimic waste water/drinking water treatment; importantly, these are non-physiological conditions. These studies emerged from concerns over pharmaceuticals containing tertiary amines that might end up in the water supply, and could form NDMA by the harsh 'bleach-like' conditions, akin to adding chlorine to your swimming pool. It is critically important to point out that these studies are *in vitro* experiments employing excessively high, non-physiological concentrations of chloramine, $NH_2Cl$, at room temperature (~27°C or 80°F) and neutral pH (7.0), and in no way constitute reliable evidence of NDMA formation from ranitidine via either a degradation or a nitrosation process, and have no bearing on *in vivo* conversion in a human being because the conditions are too dissimilar. These studies were prompted to examine nitrosation of pharmaceuticals and other compounds containing tertiary amines during the established procedures used to treat domestic drinking water. In 2003, Mitch et al. hypothesized that compounds containing a dimethylamine moiety such as fungicides, pesticides, and herbicides that are formulated as dimethylamine salts, as



Contains Confidential Information – Subject to Protective Order

well as ranitidine, could be precursor molecules for the formation of NDMA during chloramination, but did not provide any empirical data to support this supposition. (Mitch 2003)

90. Shen et al. published experimental results on the incubation of ranitidine and chloramine in 2011 showing the formation of NDMA under the experimental conditions. Using varying concentrations of the reagents, Shen incubated ranitidine and chloramine for one hour at room temperature (~27°C or 80°F) and neutral pH (7.0). After stopping the reaction, NDMA was extracted from the solution with dichloromethane and analyzed using a gas chromatography mass spectrometry analytical method. In all of the experiments, Shen et al. used a vast excess of chloramine compared to ranitidine. Moreover, the concentration of ranitidine used in the experiments was an order of magnitude larger than the concentration that has been observed in the *ex vivo* environment. In any event, this experiment does not represent a reaction that would occur *in vivo* following ingestion of ranitidine and tap water as chloramine would rapidly decay in the acidic environment of the stomach (EPA Drinking Water Criteria Document for Chloramines. March 1994).

91. In 2012, Le Roux and co-workers published a paper on NDMA formation by the chloramination of ranitidine, using high performance liquid chromatography as their analytical method. The mechanism proposed for the formation of NDMA from ranitidine under these conditions is shown in **Figure 5**, which demonstrates the requirement for chloramine ($NH_2Cl$) to initiate the reaction. It additionally shows that the vinyl nitro group of the ranitidine molecule is not the nitrosating agent participating in the reaction.



Contains Confidential Information – Subject to Protective Order




**Figure 5.** Proposed mechanism for the formation of NDMA (**2**) from ranitidine (**1**) under chloramination conditions.

92. Similarly to Shen, Le Roux et al. used an excess of chloramine ($NH_2Cl$) (> 500 mM to 1,000 μM), relative to 167 μM of ranitidine, when exposed for two hours at pH 8 in aqueous buffer. As mentioned previously, in most of the body, pH is ~6-7.4, and in the stomach, pH is 2-3, and elevated to pH 5-6 after ranitidine ingestion. In other studies in this paper, the authors employ 2,500 μM of $NH_2Cl$ with 12 μM of ranitidine. One cannot achieve this concentration of chloramine in a human and it would readily decompose *in vivo* to other species in the acidic gastric environment and be toxic. (integrachem.com). Moreover, chloramine is "harmful or fatal if swallowed. Toxic if introduced into the blood." (integrachem.com) Thus, these data are uninformative to the case in hand, and only reflect *ex vivo* conditions potentially related to water treatment.

93. In 2014, Liu published a computational study on the chloramination of tertiary amines, including ranitidine and detailed in silico parameters. The authors used EPA 521



Contains Confidential Information – Subject to Protective Order

analytical method, which calls for solid-phase extraction using coconut charcoal tubes followed by GC/MS analysis. Based on their computational results, Liu proposed a novel possible mechanism for the creation of NDMA from the chloramination of tertiary amines, including ranitidine. Again, this was study based on non-physiological concentrations of $NH_2Cl$ and under neutral to basic conditions, not acidic as would be found in the stomach, and so is not informative as to endogenous formation of NDMA from ranitidine.

## VII. DETECTION OF NDMA IN RANITIDINE DRUG PRODUCT AND DRUG SUBSTANCE

### A. Valisure Citizen Petition Used an Unvalidated and Inaccurate Analytical Method

94. A Citizen's Petition filed with the FDA by Valisure employed gas chromatography (GC) and gas chromatography mass spectrometry (GCMS) to purportedly quantify the amount of NDMA in commercial samples of Ranitidine and reported unrealistically high levels of NDMA in ranitidine products. (9/9/19 Valisure Citizen's Petition) Valisure allegedly chose this method because it had been validated by the FDA for use in testing valsartan, a different medication, for the presence of NDMA. As noted above the use of an analytical method for one drug cannot be used for another without proper validation. (04/01/2020 Letter from FDA to Valisure) Accordingly, the unrealistic amounts of NDMA reported in the Valisure Citizen's Petition were created as an artifact of an inappropriate analytical method and do not in any way accurately represent, or accurately quantify, NDMA content in ranitidine. Numerous other studies with ranitidine and GC/MS analysis have shown the necessity to remove the API by various extraction protocols prior to analysis in order to accurately measure NDMA levels present in API (*vide infra*).

95. Although it is claimed in the Valisure Citizen's Petition that their GC/MS data are valid to demonstrate the inherent instability of ranitidine, this is not the case. The method used by Valisure required the heating of the sample to 130 °C (266°F) is not a temperature that ranitidine would encounter in the real world.

96. In brief, the GC/MS headspace method is a specific GC/MS technique used to analyze volatile/semi-volatile compounds, such as NDMA. Under this protocol, a sample is placed in a closed sampling vessel with a high boiling solvent (e.g., N-methylpyrrolidone (NMP),



Contains Confidential Information – Subject to Protective Order

b.p. 202 °C, 396°F), heated using a known temperature profile (e.g., b.p. of NDMA, 151 °C, 304°F), and the vapor (above the solvent) in the vessel is sampled for analysis of the target compound. To obtain accurate measurements, all materials must be thermally stable at the temperatures used.

97. Recognizing the shortcomings of the GC/MS analytical method described above, Valisure claimed to have developed a GC/MS process that only heated the sample to 37°C (98.6°F). Other than providing the lower limit of detection of 100 ng, Valisure's CP failed to include sufficient details about their "low temperature" testing to be able to evaluate or validate it. In any event, Valisure failed to detect any NDMA in ranitidine tablets with or without solvent using this new "low temperature" analytical method, without the application of non-physiological concentrations of exogenous sodium nitrite (25 to 50 mM).

98. FDA's criticisms of Valisure's analytical method comport with my own opinions. The FDA specifically noted, "Petition indicates that Valisure used FDA's GC-MS headspace analysis method FY19-005-DPA for the determination of NDMA levels in ranitidine or other products. Even though this test method is appropriate for angiotensin II receptor blockers (ARBs) like valsartan, this method is not suitable for ranitidine. This method utilizes a heat source, which leads to degradation of ranitidine and produces these artificially high levels of NDMA." (4/1/20 Letter from FDA to Valisure.) Unlike ranitidine, the molecular structures of ARBs do not contain the functional groups that could form NDMA if dissociated from the molecule by heat. I am in full agreement with the FDA that the GC/MS headspace methodology employed by Valisure was inappropriate and itself caused the excessively high levels of NDMA detected as an artifact of the extreme temperature required.

### B. FDA Used a Validated Analytical Method and Found Only Small Amounts of NDMA in Ranitidine Drug Products

99. FDA identified, validated, and used appropriate analytical methods to test samples of ranitidine for the presence of NDMA. First, on September 13, 2019, FDA published a liquid chromatography-high resolution mass spectrometry (LC-HRMS) method for the detection of NDMA in ranitidine products or drug substance. Then on October 17, 2019, FDA published a second validated testing method, using a complimentary, orthogonal protocol based on LC-



Contains Confidential Information – Subject to Protective Order

MS/MS (a more standard methodology for pharmaceutical product analysis). Both methods were validated for ranitidine drug substance and certain types of ranitidine drug products and have a limit of quantitation of 0.033 ppm of NDMA in drug products and a limit of detection of 0.011 ppm of NDMA. Similar results were obtained with both orthogonal analytical procedures (both have column temperatures of 30°C), providing high confidence in the results.

100. With the LC-HRMS method, the NDMA is chromatographically separated from ranitidine prior to the split to the mass spectrometer. Standard analytical concentration curved were generated for each chemical species, and the quantitation of each chemical species is based on this. Thus, the only NDMA quantified is that for the HPLC retention time peak for NDMA, and the ranitidine quantification does not quantify NDMA from a thermal degradation at the mass spectrometer source. In other words, the NDMA and ranitidine are not introduced into the mass spectrometer at the same time, so the temperature of the mass spectrometer does not lead to invalid results. This is fundamentally different than the GC-MS methods, where the entire sample (ranitidine and NDMA together) is injected into a port at 250-300 °C (482-572°F), and the ranitidine samples does not volatilize, but deposits and begins to thermally degrade, generating NDMA and false results.

101. FDA published the results of its testing, using the LC-HRMS method, on November 1, 2019, FDA found NDMA in a variety of samples in amounts ranging from 0.02 to 2.85 ppm, which translates to 0.02 to 2.85 µg/g (ppm) oral dose. I note, however, that there were no GSK products among those tested. Although the levels of NDMA in some products exceeded the regulatory limit of 0.096 µg/daily dose, FDA reported that the amounts were "similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats."

## C. Emery Pharma Citizen Petition Showed NDMA Levels in Ranitidine Increased with Increasing Heat

102. Emery Pharma likewise found only trace amounts of NDMA in ranitidine products and drug substance. (1/1/20 Emery Pharma Citizen's Petition) Independent of the FDA, Emery developed an LC-MS/MS method similar to the one later disseminated by the FDA, as Emery acknowledged that the GC-MS methodology of Valisure was leading to artificially high



Contains Confidential Information – Subject to Protective Order

levels of NDMA due to thermal decomposition of ranitidine under the extreme conditions of the analytical method.

103. Emery Pharma, under extreme conditions, found that the formation of NDMA in ranitidine could be accelerated. However, under normal storage conditions, very low (below the FDA acceptable level (96 ng)) levels were detected.

104. FDA stated that they had also found that the formation of NDMA increased over time (4/1/20 FDA Questions and Answers), but did not provide details or results of their testing. The phenomenon was also noted in GSK's own Root Cause Analysis, as was the observation that the finished drug product was more thermally stable than API.

105. It is important to recognize that accelerated stability testing is used to create a situation in which the compound being tested will degrade within a reduced period. For example, the 70°C used by Emery in the graph above is equivalent to 158°F. This is well in excess of the permissible storage conditions for Zantac which is between 4° and 25°C (39° and 77°F) (Zantac prescribing information). Moreover, 158°F is a highly unlikely temperature for ranitidine to be exposed to at all, let alone on a regular basis or for a prolonged period (Vanos 2018). I also note that the Emery testing discussed in the Citizen Petition, particularly for the finished product, occurred after shipping and storage, yet the samples all had very low levels of NDMA at baseline. For these reasons, it is generally accepted that the results of accelerated stress testing are not intended to represent real-world conditions.

106. I have been provided with certain materials that Emery Pharma produced for litigation related to the testing in the Citizen Petition. Importantly, these data demonstrate that Emery chose to report only some of the results they obtained in their Citizen Petition. Dr. Najafi also discusses the Citizen Petition testing in his report along with the testing Emery conducted of behalf of the plaintiffs. As discussed later in this report, I understand that I have not been provided with all supporting material for the testing in his report. Accordingly, I am reserving my opinions regarding the Citizen Petition testing until I have an opportunity to review all of the underlying documents to be produced by the plaintiffs.



Contains Confidential Information – Subject to Protective Order

## D. Other Validated Methods Have Found Only Small Amounts of NDMA in Ranitidine Drug Substance and Drug Products

107. Lim 2020 developed and validated a new analytical method to identify and quantify NDMA in ranitidine samples. As with other validated methods, they found only small amounts of NDMA in ranitidine substance. The authors recognized the limitations of the GC-MS/MS approach: "GC-MS/MS is recognized as an efficient analytical equipment for [N-nitrosamine] analysis due to its advantages, including low interference, high sensitivity and reasonable price. *Because ranitidine thermally degrades to NDMA in a GC instrument*, GC analysis is *inappropriate* for analysis of NDMA in ranitidine. In order to prevent interference and thermal degradation, a clean-up method is required to completely remove the drug substances such as sartans, ranitidine and metformin." For ranitidine, Lim 2020 showed that activated charcoal purification removed the drug product and allowed accurate GC-MS/MS analysis of NDMA. When a 0.10 g sample was used, the range of the lower limit of detection was 0.07−0.3 μg/kg, and the range of the lower limit of quantification was 0.3−0.9 μg/kg. The precision was in the range of 0.4–2.7 % for NDMA and the accuracy was in the range of 95.0–105 % for NDMA. NDMA was detected at 0.009 and 0.012 mg/kg in a ranitidine product (0.009 to 0.012 ppm, below FDA 0.32 ppm guideline).

108. Similarly, Alshehri 2020 developed and validated an alternative analytical method for quantifying NDMA in ranitidine. The researchers employed an HS-SPME-GC-MS method which stands for headspace–solid phase microextraction-gas chromatography-mass spectrometer. This analytical method by Alshehri and coworkers involves a solid-phase microextraction to remove ranitidine prior to sample injection. First, the researchers confirmed in their own lab, the FDA LC-MS/MS method (MS/MS is a high resolution technique to fragment selected ions (also referred to as precursor ions) into fragments (also referred to as product ions) which inform details of the chemical structure of the selected ion, in this case NDMA) , and employed calibration curve utilizing NDMA concentrations of 1 to 100 μg/L revealed that the method was able to detect and quantify NDMA at LOD of 0.3 μg/L and Limit of Quantitation (LOQ) of 1 μg/L. Here, they found different ranitidine brands had detectable levels of NDMA (0.04 μg/g and 0.24 μg/g or 0.04 ppm and 0.24 ppm, below FDA guidelines of 0.32 ppm).



Contains Confidential Information – Subject to Protective Order

Alternatively, direct liquid injection into the GC-MS led to 3.3 μg/g (3.3 ppm) of NDMA detected (versus 0.04 ppm via LC-MS/MS), and the headspace GC-MS protocol employed by Valisure, afforded 34.1 μg/g (34 ppm) from the same drug product. This further highlights the invalidity of the Valisure protocol. Here, the same ranitidine product that displays only 0.004 ppm of NDMA via the FDA LC-MS/MS method, shows only 0.03 ppm of NDMA using their HS-SPME-GC-MS protocol. Thus, it is essential to either remove ranitidine prior to GC-MS/MS analysis for NDMA, or employ the industry standard LC-MS/MS method.

109. In 2021, Giménez-Campillo and co-workers reported on the monitoring of *N*-nitrosamines impurities in ranitidine pharmaceuticals using microextraction (to remove parent ranitidine prior to GC-MS analysis) and gas chromatography-mass spectrometry. Seven pharmaceutical products containing two different amounts of ranitidine (150 and 300 mg) were analyzed. None of the samples contained NEMA, NDEA, NPYR, NMOR, NDPA or NPIP, while NDMA, NDBA (*N*-nitrosodi-*n*-butylamine) and NDPhA (*N*-nitrosodiphenylamine) were found in three products. In 4 other samples of ranitidine, 3 were free of all *N*-nitrosoamine contaminants and 1 showed only NDPhA. While ranitidine can thermally decompose to afford NDMA, the drug product does not contain the chemical components to generate NDBA or NDPhA as a degradation product.

## VIII. IN VITRO STUDIES OF NITROSATION OF RANITIDINE

### A. WHO Nitrosation Assay Procedure (NAP)

110. In 1978, the World Health Organisation (WHO) Symposium in Geneva met to consider the potential carcinogenicity of nitrosatable drugs (Coulston 1978). From this symposium, a single, rapid in vitro test was recommended, the WHO Nitrosation Assay Procedure or NAP test. The purpose of this test was use a consistent protocol to rank-order orally administered drugs on a reactivity scale for their ability to form *N*-nitroso derivatives. The NAP test involved incubation of the drug (10 mM) with sodium nitrite (40 mM, 400-fold higher than the upper limit of physiologic nitrite as identified by Gao 2021) for 1-4 hours at 37 °C (98.6°F) in an acidic environment (pH 3-4). These conditions are <u>recommendations</u> by the WHO to allow for easy comparison among different compounds. There are no regulatory or scientific requirements that <u>mandate</u> these conditions. In fact, the WHO itself recognized that



Contains Confidential Information – Subject to Protective Order

certain factors, notably the time of the incubation, might be altered if necessary to obtain informative results.

111. The relative concentrations of the test substance and nitrite were chosen to ensure a sufficient excess of nitrite to drive a reaction; the absolute concentrations were chosen to produce sufficient yield to be detected with common methods. These parameters were not intended to represent physiological conditions as the WHO acknowledged that nitrite in a fasting human stomach was in the range of 1 to 10 ppm with a maximum likely concentration of 200 ppm. Reaction times were chosen to afford time for slower reactions to occur and the need to vary the times in some circumstances was acknowledged.

112. Based on the yield of *N*-nitroso derivatives, the intent was that the drugs could be rank ordered with respect to their reactivity to nitrite and their ability to form potentially mutagenic *N*-nitroso derivatives. Drugs at the more reactive end of the scale could then be investigated for mutagenicity and carcinogenicity. The NAP was not intended to represent physiological conditions, and it was acknowledged that "results obtained in the chemical test for nitrosatability (NAP test) cannot be extrapolated directly to in vivo conditions." (Coulston 1978).

113. Multiple authors have concurred that the WHO NAP protocol is not predictive of what might occur in vivo due to the use of highly supra-physiological levels of nitrite.

114. In a 1982 paper by Gatehouse and Tweats, they offer an ideal summary of the NAP test: "The concentrations of sodium nitrite recommended by the WHO were ***not intended to be physiologically realistic***. Although this test may be valid for ranking nitrosatable drugs in relationship to each other, it should not be used as the final arbiter in any risk-benefit studies on orally administered amine containing drugs. Not only has the WHO nitrite level been exceeded by other investigators but the data generated have been misused in risk-benefit assessments [emphasis supplied]." Using human fasting gastric juice alone, the authors demonstrated that the addition of nitrite under the conditions of the NAP test resulted in a solution with mutagenic properties in certain bacteria.

115. In 1985, Gillatt performed in vitro nitrosation studies similar to the NAP test, but attempted to mimic the fasting stomach, keeping the nitrite concentration as close to 25 μM



Contains Confidential Information – Subject to Protective Order

(normal physiological condition ). Here, the level of nitrosation of the same list of drugs varied widely, but all to a far less degree than that reported by Gates (who employed 40 mM, 400-fold higher than physiologically possible). Under physiological conditions, the production of nitrosamines from pharmaceutical is dramatically reduced. Walters et al. 1987 obtained similar results under physiological conditions, commenting, "[i]t is apparent from the 30,000-fold variation in the ratio of the percentage conversion to putative N-nitroso compounds under simulated gastric conditions to those related to the NAP test that the latter dose does not represent a valid criterion as a measure of the nitrosatability of a drug when a realistic dose is employed and the nitrite level is comparable with the range encountered in vivo."

116. In 1987, Walters et al. demonstrated that experiments using a maximal physiological concentration of nitrite with a variety of potentially nitrosatable compounds, generated a different rank ordering of ease of nitrosation than did experiments using the WHO NAP protocol.

117. Most recently, scientists from the FDA (Gao 2021) conducted an exhaustive search of the literature on the physiological levels of nitrite in fasting and non-fasting gastric compartments. They reported a conservative upper bound of physiological nitrite to be 100 µM as opposed to the 40 mM (40,000 µM) suggested by the NAP protocol.

## B. Nitrosation Studies of Ranitidine Do Not Provide Evidence of NDMA Formation Under Physiological Conditions

### 1. De Flora 1981

118. In 1981, De Flora described how their unpublished data showed that ranitidine is nether mutagenic not toxic for *Salmonella typhimurium* strains, at either neutral or acidic environments, with or without metabolic activation with S-9. Only when ranitidine is preincubated with exogenous nitrite (71 mM, or ~20,000 the concentration expected in fasting human gastric juice, and >300-times the levels of a nitrite rich meal (see Brittain 1981 citing Walters 1976)) is toxic and mutagenic effects noted in bacterial strains. The authors state that "these adverse effects have only been observed *in vitro*." As in other literature discussed, high, non-physiological nitrite levels are necessary for any adverse pharmacology, and thus do not support the *in vivo* formation of NDMA in humans following therapeutic use of ranitidine.



Contains Confidential Information – Subject to Protective Order

### 2. **Brittain 1981**

119. In response to the De Flora study, Brittain and co-workers (also in 1981), determined the products formed following the reaction of nitrous acid with ranitidine in fasting human gastric juice at pH 1-2 to produce a nitrolic acid derivative. Mutagenic effects of this derivative were investigated on multiple bacterial strains (*Salmonella typhimurium* TA 1535 and TA 1537 and in *Escherichia coli* WP67 and WP2uvr A). This chemical species was not mutagenic to any strain, and decomposed to other non-toxic and non-mutagenic species. Importantly, the concentration of sodium nitrite in this study ranged from 2 to 20 mmol/L (or 20 to 200 times expected in gastric juice as based on Gao 2021). When nitrite levels were increased to 40 mmol/L, a N-nitroso nitrolic acid derivative was formed, that was mutagenic to bacterial strains, but the nitrite levels are ~400-fold above those possible in fasted gastric juice. Based on these super-physiological levels of nitrite necessary to produce a mutagenic species the authors state that, "we cannot conceive the conditions whereby the *N*-nitroso nitrolic acid derivative could be formed in the human stomach. This conclusion is in complete accord with our findings that aspirated gastric juice from volunteers taking the recommended therapeutic dose of 150 mg was not mutagenic and with the lack of oncogenicity in the long-term animal studies with ranitidine including life-span administration to mice and rats." Furthermore, the authors detail their animal studies wherein "Our oncogenic studies used huge oral doses of ranitidine (up to 2 g/kg daily) in the mouse and rat. The stomachs of these animals contained bacteria known to be capable of nitrate reduction. Estimated water and dietary intakes of nitrate and nitrite were comparable with those ingested by man. Careful examinations of all parts of the rodent stomach failed to detect either gastric carcinoma, or metaplastic or dysplastic changes such as might herald malignancy." Finally, the authors conclude that "***no mutagenic nitrosated product of ranitidine is likely to be formed in man under any conceivable physiological condition***." These data support my opinion that, high, non-physiological nitrite levels are necessary for any adverse pharmacology, and thus do not support the *in vivo* formation of NDMA in humans following therapeutic use of ranitidine.



Contains Confidential Information – Subject to Protective Order

3. **Tanner 1982**

120. An internal GSK study by Tanner in 1982 examined the ability of ranitidine to react with nitrite in simulated gastric fluid to produce NDMA. For purposes of illustrating the discussion, I created figure 6 in reference to Tanner. In Tanner, in a non-physiological modified WHO NAP test (40 mM nitrite, 10 mM ranitidine in 6% glacial acetic acid) GCMS analysis found a 3.1% yield of NDMA. Note, the nitrite concentration is excessively high, as 0.3 mM nitrite represent the nitrite concentration in the human stomach after a nitrite rich meal, and this is 133.3-fold excess (to achieve this super-caloric quantities of nitrite-rich foods would have to be consumed). In my opinion, it is not possible to achieve these nitrite levels in a human for a prolonged period time without serious health risk due to the nitrite levels alone. When the concentration of ranitidine was increased to 40 mM (ranitidine:nitrite, 1:1), the level of NDMA produced dropped to 0.74%. Finally, when 1 mM ranitidine (comparable to a 150 mg tablet) was dissolved in either gastric juice at pH = 3, or 6% glacial acetic acid, with a high, but physiologically achievable level of nitrite (0.3 mM), the NDMA signal was low and comparable to control gastric fluid without ranitidine. Thus, these data suggest there is a very low, to no-risk, of ranitidine forming NDMA in human patients. These data support my opinion that, high, non-physiological nitrite levels are necessary for any adverse pharmacology, and thus do not support the *in vivo* formation of NDMA in humans following therapeutic use of ranitidine.

121. For this study, GSK uses a gas chromatography-mass spectroscopy (GCMS) analytical method, following an extraction procedure. The observation that NDMA was not detected in the sample using a nitrite concentration akin to physiological levels provides evidence of the efficacy of the extraction procedure.



Contains Confidential Information – Subject to Protective Order




**Figure 6.** Structures of two nitrosation, and subsequent break-down, products of ranitidine.

### 4. **SKF Study 1982**

122. On July 19, 1982, Dr, Lipicky issues a report for SKF on Tagament (i.e., cimetidine) and an in vitro, as well as in vivo nitrosation study. Here, SKF sponsored a trial that "measured the concentration of nitrite and nitroso compounds, pH and bacterial counts in gastric juice sampled during 24-hour periods (half-hourly during the day and hourly overnight) in healthy volunteers before, during and after cimetidine treatment." Importantly, they found that there was "no significant differences in intragastric nitrite or nitroso compounds or in bacterial counts were found as a result of cimetidine therapy." They also state that "high nitrite concentrations do not necessarily lead to high concentrations of nitroso compounds in gastric juice" and that concentrations of nitrites in gastric juice of surgical patients following vagotomy were much higher than those found in controls; however, nitroso compound concentrations did not differ



Contains Confidential Information – Subject to Protective Order

between the groups." This is key, as all the expert witnesses (Marletta, Najafi and Melnick) focus on this point and here, actual experimental data from humans refutes many of their major assertions. This is further debunked by the Challis study where they conclude that "that only small amounts of nitroso compounds are synthesized in the stomach of healthy subjects even when nitrite concentrations are higher than average." This is key to the challenges to the FDA Florian clinical trial, and the plaintiff's experts arguing about the nitrite-rich diets not being sufficient. SKF then looked at the nitrosation of ranitidine in vitro at high nitrite concentrations, and in perfect alignment with Tanner and the new Najafi Emery work, SKF found 1.2 molar % NDMA at 1 hr, 2.4 molar % NDMA at 1 hr and 3.8 molar % NDMA at 1 hr. When reduced to physiological levels, led to far lower NDMA (0.007 molar % NDMA at 1 hr, 0.04 molar % NDMA at 4 hr and 0.12 molar % NDMA at 24 hr) production (again, there was a 1:4 ratio of ranitidine to sodium nitrite at pH 3.0 (in vivo gastric pH rises to 5-6 after ranitidine ingestion). The team concludes that "It is recognized that, in the case of ranitidine and of any other tertiary amine, results obtained in vitro may not be readily extrapolated to situations in vivo." For their analysis, they extracted the samples to remove ranitidine prior to GC analysis (*as ranitidine decomposes at the GC injector port, and for this reason, they properly omitted ranitidine from blank reference solutions*). From their in vivo study, even very high nitrite levels did not correlate with NDMA formation in vivo. In vitro studies do not mimic the in vivo situation. The SKF report also ends with epidemiology studies where they conclude there was no link between cimetidine uses and gastric cancer.

### 5. **Cholerton 1985**

123. In 1985, Glaxo scientists, led by Dr. Cholerton, detailed their work in support of an intensive toxicological program on ranitidine, and prepared the chemical species formed when ranitidine undergoes nitrosation. Here, they describe two nitrosated products of ranitidine and characterize these by both NMR and single X-ray crystallography. In this work, treatment of ranitidine with nitrous acid ($NaNO_2$ and HCl) yields the same nitrolic acid as described by Brittain and an amino furylmethanol (Note, no nitrosation of the tertiary amine.). However, they found nitrolic acid to be unstable in acidic media, and rapidly decomposes to form a thiazin-2-one oxime, for which a single X-ray structure was obtained, unambiguously



Contains Confidential Information – Subject to Protective Order

assigning the structure. When excess nitrous acid was employed, ranitidine exclusively forms *C,N*-dinitrosated ranitidine, a product that does not result in the release of either the DMA or the nitro groups.

6. **Maura 1983**

124. In 1983, Maura and co-workers reported a similar study reporting DNA damage induce by nitrosated ranitidine in cultured CHO cells. This in vitro study employed a nitrite/ranitidine ratio >1,000-times greater than likely to occur in gastric juice in humans. The Authors themselves conclude that "However, because the rate of nitrosation is at least proportional to nitrite concentration, it must be emphasized that in human gastric juice the concentration of nitrite, although greatly variable, is several thousand times lower than that (0.5 M) used in our nitrosation procedure. ***Therefore, in therapeutic conditions nitrosation of ranitidine should be either minimal or absent***." These data support my opinion that, high, non-physiological nitrite levels are necessary for any adverse pharmacology, and thus do not support the *in vivo* formation of NDMA in humans following therapeutic use of ranitidine.

125. Maura et al. also specifically considered the possible formation of NDMA (called DMN in the study) and concluded that the mutagenicity observed was most likely due to the *N*-nitroso nitrolic acid compound identified by Brittain 1981:

> This N-nitroso compound is likely to be the one formed in our nitrosation conditions. Because of the presence in ranitidine molecule of a dimethylamino group. in analogy with the nitrosation pattern of other tertiary amines DMN [NDMA] formation should be also expected. However, we suppose that only a very small amount, if any, of DMN could have been formed, because chromatography revealed only one major nitroso-derivative spot with RF different than that of DMN [NDMA]. On the other hand, the DNA fragmentation observed cannot be attributed to DMN [NDMA], known to be active only in the presence of a suitable metabolic activation system. which is absent in CHO cells.

126. Thus, the suggestion that Maura 1983 provides evidence NDMA formation as a nitrosation product of ranitidine is in conflict with the results and conclusions of the authors. This study does not support *in vivo* formation of NDMA from ranitidine.



Contains Confidential Information – Subject to Protective Order

7. **De Flora 1983**

127. Also in 1983, De Flora once again explored the genotoxicity of nitrosated ranitidine. Here as before, in order to generate nitrosated products, non-physiological and excessive concentrations of nitrite were needed to be exogenously added. Importantly, gastric juice samples from fasting individuals taking ranitidine were devoid of mutagenic activity, as were these same sample when treated with nitrite. Interestingly, gastric juices under the same conditions from both ranitidine-treated and untreated individuals, induced different genetic mutations as a result of the nitrosation of endogenous/physiological components of gastric juice. In considering the formation of NDMA specifically, the authors noted that the mutagenic effect of the nitrite-ranitidine sample was not enhanced by the addition of liver enzymes required to transform NDMA into a genotoxic metabolite. As with the Maura study, these data do not support the *in vivo* formation of NDMA in humans following therapeutic use of ranitidine.

8. **Martelli 1983**

128. Martelli in 1983 examined DNA synthesis induced by nitrosated ranitidine in rat hepatocyte primary cultures. Here, the in vitro nitrosation utilized 0.1 mmol of ranitidine and 0.4 mmol of NaNO2 in 2 mL of water, per the NAP protocol. Under these in vitro conditions, nitrosated ranitidine elicited DNA-repair synthesis. The authors do state the conclusion that "Obviously, the ratio nitrite/ranitidine presumably occurring in the human stomach is enormously lower than that used in our experimental conditions." and that "Consequently, because the nitrosation rate of amines depends on the square of the concentration of nitrite, in patients treated with this drug the yield of NO-ranitidine should be minimal or even absent." Once again, these in vitro studies employ non-physiological concentrations of nitrate, do not mirror normal therapeutic use of ranitidine, and do not provide evidence of NDMA formation.

9. **Brambilla 1983**

129. Also in 1983, Brambilla published a manuscript detailing genotoxic effects in rodents that were treated with high oral doses of both ranitidine and sodium nitrite. The aim here was to assess if ranitidine could react with exogenously supplied nitrite in the GI of a rat to



Contains Confidential Information – Subject to Protective Order

afford nitrosated species and DNA damage. The doses were extremely high (ranitidine 175 to 350 mg/kg/day and 80 mg/kg/day of sodium nitrite) which would correlate to a human dose range of 12.25 to 24.5 g/day of ranitidine (standard dose is 150 to 300 mg/day) and 5.6 g/day of sodium nitrite – neither are physiologically relevant human doses. While the study found that these super non-physiological doses did induce DNA damage, the effect was dependent on both the molar ratio of drug/nitrite and pH. DNA damage only occurred when the pH level was lowered to 2-3 from 5.5. DNA fragmentation was minimal when the ratio was 1:1.1.6 to 1:2.23, and the ratio 1:4 is the protocol recommended ratio. The authors state "Undoubtedly, the situation of patients taking ranitidine is quite different from the experimental conditions forcefully employed to overcome the limits of sensitivity of the methods used. Firstly, therapeutic doses of ranitidine are on the body weight basis ~100 times lower; in second place, the final molar ratio ranitidine/nitrite can be considered in human gastric juice in the order of 500:1." Thus again, not physiologically or therapeutically possible with these doses of drug and sodium nitrite.

### 10. **Braunstein 2021**

130. Despite unsupported claims of using physiologically relevant conditions, Braunstein in 2021 employed non-physiological, excessive levels of nitrite (2.5 mM to 50 mM) at various pH ranges in simulated gastric fluid, and detected NDMA production at pH 2.5 and at the higher nitrite levels (10 to 50 mM). This is not an unexpected result based on prior non-physiological conditions. Note, as noted by Gao et al. 2021, the upper concentration limit of physiologic nitrite in humans is ~100 µM (0.1 mM) (even considering in vivo replenishing from saliva), and the Braunstein study begins at 1mM (1000 µM), which is ~10-fold over the physiological concentration of nitrite, and significant levels of NDMA are not detected until 10 mM (10,000 µM) (or ~100-fold higher than physiological levels).

### 11. **Neither Valisure's nor Zeng's In Vitro Nitrosation Studies Found NDMA formation under physiological conditions.**

131. Similarly, both Valisure and Zeng conducted in vitro nitrosation testing of ranitidine using low temperature analytical methods. Neither study detected the formation of



Contains Confidential Information – Subject to Protective Order

NDMA from nitrosated ranitidine until the levels of added nitrite reached non-physiological levels.

132. Using their "Low Temperature GC/MS" analytical method, Valisure conducted a number of nitrosation tests on ranitidine incubated with varying levels of nitrite in simulated gastric fluid (SGF). NDMA was not detected in samples of ranitidine in (1) SGF alone; (2) simulated intestinal fluid (SIF); or (3) SGF with 10 mM of added sodium nitrite. NDMA was detected only when incubated in SGF with 25 mM and 50 mM sodium nitrite. Moreover, insufficient information about this analytical method is provided in the Citizen Petition to allow me to evaluate its propriety with respect to the analysis of NDMA as a nitrosation product of ranitidine.

133. In addition to their urine testing following ranitidine ingestion by volunteers, Zeng & Mitch, in their retracted 2016 paper (discussed elsewhere in this report), also reported on a number of in vitro nitrosation experiments. For these experiments, unlike the urine analyses, the authors used a liquid chromatography quadrupole-time-of-flight high-resolution mass spectrometry (LC-QToF-HRMS) analytical method, which would be expected to avoid the artifactual problems of gas chromatography. Consistent with the results of other nitrosation experiments, Zeng failed to observe NDMA formation from ranitidine in the absence of a significant excess of nitrite.

### 12. FDA Found No NDMA Formation from Ranitidine Under Physiological Conditions

134. In the June 28, 2021, *JAMA Network Open* (e2118253) Gao and co-workers reported on the ability of ranitidine to form NDMA in simulated gastric fluid under a range of fluid volumes, pH levels, and nitrite concentrations. In this manuscript, the authors also discuss the related works by Braunstein in simulated gastric fluid and note that the exogenous levels of nitrite employed were 1,000 to 50,000 µL/mol, or 10- or 500-fold above the upper range of physiological nitrite levels, and thus irrelevant. In the present, carefully controlled studies, the FDA authors found that under physiological conditions, no NDMA was detected above the background amount present in the ranitidine tablet employed (they correctly analyzed the drug product for background NDMA levels prior to their studies). In this work, in 50 mL of simulated



Contains Confidential Information – Subject to Protective Order

gastric fluid at pH 1.2 with no added nitrite, only 22 ng of NDMA was detected (which was the background in the ranitidine sample employed). When exogenous nitrite added to reflect the upper physiological level (100 μL/mol), as well as at levels 50- and 100-fold above, only background levels of NDMA were detected (21 mg, 24 mg and 24 mg, respectively). When increasing the volume of fluid to 250 mL, no NDMA above background was detected at the upper physiological range or at 10-fold above. Here, only at 50-fold above the upper limit of physiological nitrite (5,000 μL/mol) was NDMA concentration increased (7353 ng). In this work, the proper work-up and LC-HRMS analysis protocols were employed. ***Thus, the FDA authors concluded that ranitidine is not converted to NDMA in gastric fluid at both normal, and the upper bounds of, physiological conditions.*** These data, in conjunction with the human clinical trial data (vide supra) all strongly support that ranitidine is not converted into NDMA in vivo.

## IX. HUMAN STUDIES OF IN VIVO FORMATION OF NDMA

### A. FDA's Clinical Study

135. Published on June 28, 2021, in *JAMA* Florian and co-workers, in response to the Valisure 2019 citizen petition and the now retracted Zeng & Mitch 2016 article), the FDA performed a carefully controlled human clinical trial to determine if ingestion of ranitidine led to urinary excretion of NDMA. The trial was a randomized, double-blind, placebo-controlled crossover clinical trial performed with 18 healthy volunteers (standard Phase I safety/tolerability assessment trail) measuring NDMA levels in both urine and plasma. As with the earlier in vitro study, the FDA first assessed the background levels of NDMA in the drug lot employed (on 3 separate occasions), and found NDMA concentrations below the acceptable daily limit (6.3 ng, 7.5 ng prior to the study and 10.5 mg after study completion, as compared to the daily limit of 96 ng) for a 300 mg dose. The assay detection was very sensitive (lower limit of quantitation (LLOQ) of 0.0156 ng/mL) using the FDA-approved HPLC methods. The 18 randomized volunteers represented males and females and different ethnicities; volunteers received either a non-cured meat diet with distilled water, or a cured meat diet with tap water, the latter to maximize the potential for NDMA formation. The median 24-hour urinary excretion of NDMA for ranitidine and placebo for the non-cured meat/distilled water diet was 0.6 ng and 10.5 ng of NDMA, respectively (far below the 96 ng daily intake). Similarly, the cured



Contains Confidential Information – Subject to Protective Order

meat/tap water diet, designed to maximize potential for NDMA formation (higher nitrites) yielded 11.9 ng and 23.4 ng of NDMA, respectively (far below the 96 ng daily intake). Importantly, there was no statistical difference in NDMA concentrations between ranitidine and placebo in 24-hour urinary excretion in either diet, and no quantifiable NDMA in plasma across the groups. There were no adverse events reported. The authors conclude that "***these findings do not support that ranitidine is converted to NDMA in a general, healthy population***."

136. The FDA authors also opined in this manuscript on the necessity of relevance in studies related to NDMA production from ranitidine. They also discussed the non-physiological nitrite concentrations in the Braunstein study. They further commented on the Gao study, where NDMA did not form until nitrite levels were 50-fold higher than the upper physiological range. They then discuss relevance for in vivo studies and cite the Brambilla *et. al.* rodent study employed as primary evidence that ranitidine is associated with cancer. Here, co-dosing ranitidine and sodium nitrite in young rats was genotoxic. Once again, physiological relevance is key. The dose of ranitidine was incredibly high (175 or 300 mg/kg), compare to human at ~2-4 mg/kg) and sodium nitrite at 60 mg/kg (close to median rat $LD_{50}$) all the while fasting animals for 60 hours to reduce gastric pH. This was a contrived, non-physiological study without merit.

137. Based on a review of the reliable science and data, the two FDA studies, in vitro and a human clinical trial, clearly demonstrate the lack of evidence for the hypothesis that ranitidine converts to NDMA upon ingestion in humans.

138. In the same issue of JAMA that the FDA studies were reported, an Editorial was published by White and Hernandez, in an attempt to identify limitations of the human trial. (White 2021) Here, they mention the fasting-breakfast protocol as opposed to a nitrite-rich dinner could shift NDMA production by more nitrite release. They also commented that the trial used healthy volunteers and that patients with chronic reflux disorders or ulcers may have altered gastric pH, and thus greater conversion of ranitidine to NDMA. They do agree with the irrelevance of the non-physiological studies mentioned throughout my report, as well as the retraction of the Zeng & Mitch paper. Overall, their points are mere speculation. The fact that the trial, even under conditions to maximize NDMA production, was statistically the same for



Contains Confidential Information – Subject to Protective Order

placebo and both ranitidine diet groups clearly shows that there is no appreciable production of NDMA from ranitidine.

139. These new in vivo data agree well with the SKF in vivo study discussed previously, and agree with the Thomas work (Thomas 1987). Thomas followed 15 patients with peptic ulcers (an argument made by the plaintiff's experts that only healthy volunteers – not patients on a drug like ranitidine were enrolled) that underwent 24 hour studies of gastric contents before, and while taking, 150 mg of ranitidine twice daily for 9-12 months, and then for one month after stopping drug treatment. All patients ate identical meals at identical times, except for half of the patients were given an extra 300 mg of nitrate to ensure high nitrate diet. Gastric samples were taken at 1200 and 2100 h to control for variability over a 24 hour period. Levels of detection and multiple analytical techniques were employed to quantify levels of nitrate and *N*-nitroso compounds. Statistical analysis "were summarized for each 24 hour study in each patient using median values. The median was used because it gives an average value which can accommodate responses recorded as less than the lower limit of detection, and they split out the two dietary subgroups There were no significant differences between the standard diet group R1 and the nitrate rich diet R4 for ay variable, including production of NDMA. Here, they found that "Treatment with ranitidine or vagotomy was associated with significant positive correlations among pH, nitrate concentration and bacterial counts." and that "During treatment with ranitidine median 24 hour intragastric pH, nitrate concentration, and counts of total and nitrate reducing bacteria increased significantly regardless of dietary nitrate content; there was no significant increase in the median day time concentration of *N*-nitroso compounds." Importantly, and in as performed in the Florian/FDA trial "Because of the overriding need to be certain that ranitidine present in gastric juice would not be assayed as if it were a *N*-nitroso compound, aspirates of juice were only used for *N*-nitroso compound analysis at times when ranitidine was absent." This is excellent, thoughtful science to avoid confounding data (as documented with multiple investigators employing GC and acquiring erroneous and high levels of NDMA). Finally, "Twice daily treatment with ranitidine 150 mg was associated in the present investigation with significant increases of pH, nitrite concentration and TB and NRB counts, while during night-time maintenance dosage (150 mg) pH and nitrite



Contains Confidential Information – Subject to Protective Order

concentrations were raised. Day time concentrations of *N*-nitroso compounds arising from food and gastric juice precursors were not raised during maintenance treatment with ranitidine. These data fully support the Florian trial, and also refute the expert reports of Marletta, Najafi and Melnick that unfairly criticized the FDA's design, methodology, analysis and quantification. Overall, the Florian/FDA trials and the Thomas work conclusively in my opinion demonstrate that there is *no significant risk of NDMA formation in vivo after ingestion of ranitidine* in patients or healthy human volunteers, and the plaintiff's fixation of non-physiological in vitro studies and attacks on the current FDA trial are unwarranted and without merit.

### B. The Zeng & Mitch Study That Purported to Demonstrate Endogenous NDMA Formation From Ranitidine Used an Unreliable Analytical Method and Has Been Withdrawn by the Authors

140. Prior to the correction retracting the results with respect to ranitidine, I reviewed the 2015 study by Zeng.[6] The authors, who are environmental/civil engineers, analyzed greywater and blackwater samples, as well as the urine of two volunteers (1 male and 1 female) after ingesting one 150 mg (150,00,000 ng) ranitidine tablet. The volunteer urine was analyzed by GCMS on an Agilent 7890A GC/Agilent 240 Ion Trap MS system, and the mean NDMA concentration in diluted raw urine was found to be 40±15 ng/L (or 0.00004 ppm). The author's analyses with ranitidine are fundamentally flawed on multiple levels, but a clear problem was the use of the GCMS, as the ranitidine and its metabolites in urine were not removed from the urine sample prior to GCMS analysis. As previously discussed, thermal decomposition of ranitidine at the extreme temperatures required for the analytical method could skew findings in terms of NDMA detection metabolism in humans. Importantly, months after I rendered my opinion regarding the invalidity of this work, ***the authors issued a correction to this paper*** (*Environ. Sci. Technol.* 2021, 55, 8, 5602) stating that the GCMS method used to detect NDMA in ranitidine-containing urine was unreliable, leading to artificially higher levels of NDMA than were actually present.

[6] Zeng, T. and Mitch, W.A. Contribution to N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. *Environ. Sci. Technol.* 2015, 49, 13158-13167.



Contains Confidential Information – Subject to Protective Order

141. A subsequent publication in 2016 from the same group by Zeng[7] investigating urinary NDMA excretion following oral ranitidine is also confounded by urine sample collection, processing and analysis, most notably the use of a GCMS analytical method. As with their earlier paper, **the authors *retracted* the *Carcinogenesis* paper in May of 2021.** Because of the analytical flaw neither of the Zeng papers provided any reliable evidence in support of in vivo formation of NDMA from ingested ranitidine.

## X. RELIABLE EVIDENCE DOES NOT SUPPORT APPRECIABLE AMOUNTS OF THE CARCINOGENIC METABOLITE OF NDMA BEING GENERATED FROM RANITIDINE.

142. Importantly, NDMA itself (**2**) is not the carcinogenic species resulting from NDMA ingestion. NDMA is metabolized in the ***liver*** through two separate pathways. (ATSDR 2022 Draft) In one pathway, catalyzed by CYP450 2E1, NDMA is transformed through a multistep process beginning with α-hydroxylation to form a methylating agent that may alkylate DNA/RNA (i.e., create DNA adducts) (**Figure 7)**. The other process, denitrosation, is also mediated through the CYP450 2E1 system to form formaldehyde and methylamine (**Figure 7**). Denitrosation is generally considered to be a detoxifying process as the reliable scientific evidence identifies the methyldiazonium ion, the product of the α-hydroxylation pathway, as being the cause of NDMA's toxicity and carcinogenicity.

[7]Zeng, T. and Mitch, W.A. Oral intake of ranitidine increases urinary excretion of *N*-nitrosodimethylamine. *Carcinogenesis* **2016**, *37*, 625-634.



Contains Confidential Information – Subject to Protective Order




**Figure 7.**

143. In the α-hydroxylation pathway (**Figure 8**), catalyzed by CYP450 2E1, NDMA (**2**) is hydroxylated to from α-hydroxymethylnitrosamine (**8**), which eliminates formaldehyde (HCHO) to produce tautomeric species (**9**) (*N*-nitrosomethylamine (top) and methyldiazohydroxide (bottom)) . Loss of water produces a methyldiazonium ion (**10**). This ion is extremely reactive in cellular conditions, easily donating its methyl group ($-CH_3$) to nearby proteins or nucleic acids (RNA or DNA). Given this reactivity, few of these ions, which are created in the cytoplasm, survive long enough to move into the nucleus to methylate[8] (donate its methyl group) DNA (11), which is the required (but not sufficient) step for carcinogenesis. Because of this, tissues with little to no functional CYP450 2E1 would not be exposed to appreciable amounts of the

[8] Methylation is a specific type of alkylation involving a methyl group ($-CH_3$). Another type of alkylation involves the donation of an ethyl group ($-CH_2CH_3$).



Contains Confidential Information – Subject to Protective Order

mutagenic species from NDMA.




Figure 8.

144. The denitrosation process creates formaldehyde, methylamine, and nitric oxide. This process has been shown in rats to account for approximately 20% of NDMA metabolism. While several of plaintiffs' experts identify formaldehyde as being categorized by IARC as a human carcinogen, that categorization is misplaced in this instance. First, IARC has not determined formaldehyde to cause liver or any of the other cancers alleged in this litigation. IARC has concluded that there is sufficient evidence that formaldehyde causes cancer of the nasopharynx and leukaemia in humans, neither of which are relevant to the litigation. Second, the normal biological process of obtaining energy through oxidative metabolism creates formaldehyde as a by-product. Formaldehyde is also found some foods, including fruits. Accordingly, the body has developed means of detoxifying the compound leading a very short half-life.

145. Further, ranitidine (**1**) is 50% orally bioavailable, meaning half of an ingested dose would be absorbed in the gut for transport through the hepatic portal vein to the liver and then onto the systemic circulation. Accordingly, on 50% of the ranitidine dose would be theoretically available for conversion to NDMA in the gastric compartment. Of the 50% in circulation, 30-70% is excreted in the kidneys--mostly as unchanged ranitidine with small amounts of metabolites, with an elimination $t_{1/2}$ of only 2-3 hours. This makes very little ranitidine available for conversion to NDMA outside the gastric compartment as is postulated to be possible by plaintiffs' experts.

146. Equally implausible is the hypothesis put forth in the Valisure Citizen Petition that NDMA could be formed from ranitidine throughout the body through the action of the dimethylarginine dimethylaminohydrolase ("DDAH") enzyme, which they claim is expressed throughout the body. The purpose of this enzyme is to catalyze the separation of a



Contains Confidential Information – Subject to Protective Order

dimethlyamino group from dimethylarginine. As discussed elsewhere in this report, enzymatic catalysis is necessary to provide the energy necessary to break covalent bonds. Valisure hypothesizes that ranitidine could dock with DDAH and undergo the same enzymatic reaction as dimethlyarginine. This hypothesis does not support the formation of NDMA from ranitidine throughout the body for a number of reasons. First, there is no empirical evidence to suggest that DDAH would work on ranitidine. Valisure puts forth a drawing from an alleged computer model showing that ranitidine could fit into the active cleft of the enzyme. Valisure does not provide sufficient evidence to analyze the results presented. Thus, there is no way to determine the validity of their claimed results. Second, in any event, computer models such as that purportedly used by Valisure are hypothesis generating only. Such models are highly dependent on the parameters chosen as input. The scientific community does not consider them to be evidence that such a reaction actually occurs in vivo. Third, any liberated DMA would need to undergo a second reaction – combination with nitrite – to form NDMA. DDAH is only active at near neutral pH (Ogawa 1989); the formation of NDMA from DMA and nitrite occurs most readily at acidic pH (e.g., Coulston 1978). Even if DMA were to be generated by interaction of ranitidine and DDAH, it would not readily react to form NDMA. Fourth, as noted above, NDMA itself must be metabolized to create the mutagenic methyldiazonium ion by the enzyme CYP450 2E1, which is expressed only minimally throughout the body.

## XI. PLAINTIFFS' EXPERTS' OPINIONS

147. I have reviewed the reports of plaintiffs' experts Michael Marletta, PhD; and Ronald Melnick, PhD, and they contain a number of statements that require further discussion.

### A. Report of Michael Marletta, PhD

148. Dr. Marletta opens his expert report with the principal opinion that "ranitidine is a highly unstable molecule." This is simply not true. Ranitidine has been synthesized at a multi-kilogram scale since the late 1970s by GSK and then multiple pharmaceutical companies to high degrees of purity (>99.4%) and with certificate of analyses to support this (and submitted to the FDA and approved). No company would receive regulatory approval to sell a highly unstable drug, nor would multiple independent manufacturers commit to manufacturing



Contains Confidential Information – Subject to Protective Order

and selling the product. In fact, many of the references cited in his report state that the purity of the ranitidine employed in their studies (which they obtained commercially after packaging, shipping, and shelf-life) was found to be >99.4% (e.g., Yokoo 2021; Zhou 2006; Liu 2021).

149. Moreover, ranitidine does not demonstrate "inherent instability." As determined in the GSK RCA and as previously discussed in this report, ranitidine in the solid state can undergo an unusual and chemically disfavored reaction with water to form NDMA. Nevertheless, during any period in which consumers would come into contact with the product, levels of NDMA would remain in trace amounts, and only showed modest increases over prolonged periods of storage, albeit some above the regulatory ADI set by the FDA as described previously. The observation that NDMA formation can be accelerated with excess heat and humidity underscores a general chemical principle that "instability" and "reactivity" are relative terms that depend on the conditions under which the observation is being made. A molecule may be highly reactive under some conditions while being stable under other conditions. To this point, the substituted 1,1'-diamino-2-nitroethene moiety (circled in red in the diagram below from Dr. Marletta's report) has not been experimentally shown to be "inherently unstable."

150. This principle was clearly demonstrated with respect to ranitidine in Haywood 1987 (discussed previously in this report. In this hydrolysis study, under reflux conditions (~100°C; ~212°F) ranitidine was extremely stable at very low pH and neutral pH. At moderately low pH and high pH ranitidine broke down by different pathways respectively. Under none of the conditions in in this study were DMA or NDMA observed as degradation products and none of the observed degradation products had released either the DMA group or the nitro group necessary to form NDMA.

151. Moreover, recent studies by Yokoo et al. with both the parent and synthetic impurities containing the 1,1'-diamino-2-nitroethene moiety were found to be stable when heated up to 100 $^{o}$C (212 $^{o}$F). As recognized in GSKZAN0001945756, p. -45781, this moiety might be expected to be involved under conditions in which the ranitidine molecule might undergo degradation and/or reaction with another molecule. More to the point, reactivity involving the substituted 1,1'-diamino-2-nitroethene moiety does not necessarily imply that the



Contains Confidential Information – Subject to Protective Order

terminal nitro group of that moiety is reactive by itself or is released by such reactions. Nor does it imply that the formation of NDMA would be expected or be likely.

152. Moreover, the vast majority of known process impurities also retain this chemical moiety, and drug supplies purchased and analyzed in numerous studies indicate ranitidine is 99.4% pure with only the low levels of impurities that one would expect from an FDA approved drug product. For example, from the list of impurities from the USP (referenced by Dr. Marletta) only two impurities demonstrated reactivity of this moiety (impurities D and G, which were less than 0.05%) in the Yokoo study. I also note that, as I've discussed elsewhere in this report, in all the isolated and quantified metabolites in preclinical species and in man, this moiety is intact as well. In other words, metabolization of ranitidine by enzymes in the liver, plasma or kidneys has not been empirically demonstrated to release either the DMA or the nitro group .The pharmacokinetics of ranitidine are discussed in more detail elsewhere in this report. All of these facts contradict the broad and unqualified statement made by Dr. Marletta that the diamino nitroethene moiety demonstrates the "inherent instability" of ranitidine.

153. On page 7 of his report, Dr. Marletta states, "It has been noted by GSK that the nitrogen in the nitro group is not in the oxidation state of the nitrogen in nitrous acid, the acid that will nitrosate amines. That is true; however, after the complex chemistry noted above begins, there is no way GSK would not know with certainty that a redox reaction was part of that chemistry and that the redox chemistry then led to a change in the oxidation state of the nitrogen." This is speculation and without experimental basis in fact. The USP and GSK accounted for impurities down to 0.05%, and none of these displayed this speculative redox chemistry. There was no basis to predict this. In drug development, there will always be trace (less than 0.5%) of unidentified impurities (and remember, ranitidine was developed in the late 1970s, and analytical techniques and resolution power were not what they are today), and impurities were identified by GSK to the resolution possible at the time and approved by the FDA (0.1 – 0.5%). One could speculate on hypothetical reaction sequences for any process chemistry route, but that does not mean they occur or could be observed to any appreciable degree.



Contains Confidential Information – Subject to Protective Order

154. Different experimental, forcing conditions would likely generate slightly different ratios or composition of impurities – this is well known in the field. There is no practical way to impose a "zero-tolerance" policy on impurities or potential reactions in drug development, as nothing would ever be approved or developed. The same is true for accelerated conditions of heat and humidity, i.e., accelerated conditions. For example, one drug product HCl salt form may undergo deliquescence (a phase transition from solid to solution), and a highly related, but distinct HCl chemotype can be incredibly stable to deliquescence under the most forcing conditions of heat and humidity. Moreover, the deliquescence of an API as a salt form can be different than the drug product (the API salt formulated with glidant, lubricant and over other non-active ingredients to from the tablet). In addition, some tablet coatings are more sensitive to deliquescence than the API salt or the drug product prior to coating, gel cap, etc…addition of the outside layer of the finished product. These compounds are all distinct entities with unique properties. It is well documented that many drug API and excipients deliquescence at percentages comparable to, and exceeding that of, ranitidine HCl (Mauer 2010).

155. Drugs are often developed as a salt form to improve aqueous solubility, which impacts absorption in the stomach/small intestine and, as a result, oral bioavailability. While this can be essential to achieve therapeutic drug exposure, many salts are hydroscopic and cause both the API and final drug product to deliquescence. This is a slow process wherein moisture/water vapor is absorbed onto the surface of the drug product, and surface dissolution slowly occurs to form an 'oily' surface on the tablet (this can be a thin nM layer). Over time, more water vapor is absorbed, and an outer ring of an oily liquid phase develops encapsulating a solid API/excipient core. In extreme cases and with extended times at high humidity and temperatures, the tablet can convert completely to a solution. The latter has not been reported for ranitidine HCl. Overall, this degradation of deliquescence is common among drug products that are salts versus free bases, and the observation of Zantac tablets is not unusual and is not correlated with the API or drug product being 'highly unstable'. Moreover, the drug form/morphology, harkening back to the GSK RCA, also plays a key role in API deliquescence.

156. In the Abe work, they evaluated nitrite ion concentration in ranitidine samples after high pressure storage for eight weeks at ether 40 $^{o}$C/75% RH or 50 $^{o}$C/75% RH. For both



Contains Confidential Information – Subject to Protective Order

drug product tablets and API, nitrite levels at day 0 were between 9.2 and 25.4 ppm. (Abe 2020) By day 8, nitrite had increased non-uniformly. Tablets ranged 155 to 300 ppm nitrite, while API ranged 58.5 to 117.9 ppm. These levels are far, far below the high, non-physiological nitrite concentrations used in vitro (300 µM to 50000 µM, depending on the study). In other words, there is not enough nitrite present in ether API or drug product to generate any NDMA from reaction with ranitidine. This is in agreement with the GRK RCA, wherein nitrite impurity in either API or drug product were too low to correlate with NDMA formation.

157. The ICH Harmonized Tripartite Guidelines for impurities in new drug products (https://database.ich.org/sites/default/files/Q3B_R2__Guideline.pdf#:~:text=This%20guideline%20addresses%20only%20those%20impurities%20in%20new,degradation%20products%20%28see%20ICH%20Q6A%20guideline%20on%20specifications%29) lists reporting, identification and qualification thresholds for degradation products and impurities based on the maximum daily dose of the drug. For ranitidine, the maximum daily dose would fall under the < 1 g category and the reporting threshold would be 0.1%, the identification threshold would be 0.2%, and the qualification threshold would be 0.2%. This means that all impurities found at concentrations above 0.1% must be reported, impurities above 0.2% must be identified, and impurities above 0.2% must be analyzed with respect to safety.

158. The impurities in the drug substance (API) were reported by Yokoo and co-workers in 2021 (Yokoo 2021) in accordance with filed data with the Ph. Eur. and the USP, and they evaluated as possible sources of NDMA production. The ranitidine obtained for this work was 99.4% pure, and contained trace levels of 11 impurities most (9) in amounts less than 0.05%, and impurity B (0.24%) and impurity H (0.06%). Thus, all the thresholds are aligned and accurately reported disclosed to the appropriate agencies.

159. In the Yokoo work, heating ranitidine at 50 °C (122 °F) led to no NDMA formation, and only 0.01% at 110 °C (230 °F). It is important to note that these temperatures are considered "forcing" temperatures. In other words, they are designed to destabilize molecular structures to cause chemical reactions to occur. While they provide some information as to possible reactions from the degradation of the compound, they are not predictive of what might actually occur under the less extreme conditions of actual storage and



Contains Confidential Information – Subject to Protective Order

transport of a compound. Another point to keep in mind is that Yokoo et al. measured the potential for ranitidine impurities to form NDMA by subjecting samples of each impurity by itself to the extreme conditions noted above. This is no way represents the real-world or physiological conditions of the impurity within ranitidine API or drug product.

160. The results obtained by Yokoo demonstrate the stability of ranitidine and the impurities tested. NDMA was not detected in the batches of any of the compounds prior to testing – demonstrating stability under real-world conditions. The authors used an LC-MS/MS analytical method that had a limit of detection of 0.01 ppm and a limit of quantification of 0.03 ppm. Thus they would have been able to identify and quantify trace quantities of NDMA will below the FDA limit (0.32 ppm) for NDMA. In the solid state, neither ranitidine or any of the six impurities afforded NDMA (Figure 2A and Table 1, Yokoo 2021) when heated for 1 hour at 50 °C (122 °F), and only low percentages at 110 $^{o}$C (230 $^{o}$F) (ranitidine itself only forming NDMA at 0.01% at this extreme, non-physiological temperature). It was only after heating the samples for 1 hour at 110°C (230°F) that ranitidine and 6 of the 11 impurities formed NDMA, and this was more pronounced in oily liquid phases than crystalline forms. At this extreme temperature, these findings have little relevance to real-world and/or physiological conditions.

161. Marletta states that Impurity G above is a nitrosating reagent that will react with DMA to form NDMA. This was speculated by Haywood (1987) where he studies the hydrolytic degradation products of ranitidine HCl. However, as discussed in this rebuttal, there is no evidence DMA is generated in vivo, and if it were, it would be in the plasma, diluted, bound to plasma proteins and there is no PK data for Impurity G. Due to its polarity and charge, it may not be absorbed to ever encounter trace DMA (which has not been shown in any study to be produced). In the empirical and definitive work of Yokoo the agent above, Imp G in the manuscript, did not produce NDMA. In this work, a ranitidine sample containing 2.7% (area/area) of impurity G did not increase NDMA formation under storage conditions of 60 °C, 10% relative humidity for 3 days. These experimental data refute Marletta's assumption that impurity G is a nitrosating agent, and there are no empirical studies that demonstrate this. As he states, DMA would also have to be present – there is no DMA present. Yokoo's work discounts this assertion all together. His statement that GSK should have concluded that the



Contains Confidential Information – Subject to Protective Order

oxime is unimportant is wrong. There was no basis to consider this as a nitrosating agent and there was no DMA to react if it were. There are many drugs that contain oximes and they are not nitrosating agents – some even harbor a tertiary amine like Lundbeck's mGlu4 PAM. This is a non-issue and experimentally discounted.

162. Marletta spends time discussing a water layer theory, which I previously discussed in terms of deliquescence of APIs, API salts and final drug product (Mauer 2010). Teroka et al. (Teroka 1993) studied the effects of temperature and relative humidity on the solid-state chemical stability of ranitidine. Negligible degradation of ranitidine HCl was noted for relative humidity below 50%. The critical relative humidity was found to be 67%, and above this threshold, the amount of water absorbed onto the surface of the sample 'was proportional to the RH level. As stated earlier and referenced (Mauer 2010), this loss of integrity at high RH is common amongst many drug API and drug products sold as salt forms, especially HCl salts. This does imply an 'inherent instability' of ranitidine, and quite common (e.g., diphenylhydramine HCl, meclofenoxate HCl, thiamine HCl, metformin HCl and even sodium chloride.). The GSK RCA also acknowledges the role of water in the formation of NDMA, and is not in opposition to the water layer theory advanced by Marletta. As deliquesence of ranitidine HCl proceeds, water can react in the oily liquid phase on the surface of the tablet to liberate trace NDMA. However, as the GSK RCA showed with isotopically labeled ranitidine that the formation of NDMA is intermolecular between two molecules of ranitidine. For this to happen during deliquesence, the drug would still need to be partially in the solid state to enable this reaction to occur. In solution, dilution and solvation would disfavor this intermolecular reaction. I strongly agree with GSK RAC that water absorbed into the surface and within the crystal lattice of API leads to the trace NDMA generated.

163. Marletta make numerous statements regarding storage, appearance and odor of drug product after being subjected to forcing, rather than normal, prescribed storage conditions. First, NDMA is a yellow liquid with 'no distinct odor' (https://www.epa.gov/sites/default/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf). The discussion that the odor of drug product after exposed to high temperature and humidity was characteristic of



Contains Confidential Information – Subject to Protective Order

NDMA, and that GSK should have zeroed in on the odor as evidence of NDMA formation is not accurate. Also, Teraoka et al. (Teraoka 1993) demonstrated excellent stability at RH <50%, which would account for the bulk of normal drug storage during use. Nothing about these experiments, including GSK's early work (Marletta page 10), indicates that (1) ranitidine is "inherently unstable" under normal usage conditions; (2) ranitidine is somehow unique among drug products in terms of instability; or (3) changing states, color, odor suggests anything about the presence or absence of NDMA. Also, as stated earlier, many drugs products and APIs would show decomposition be accelerated by heat and humidity, and these observations are not a red flag about ranitidine specifically. I find it unlikely that a patient would take tablets that had changed color drastically or showed significant deliquescence to an oily goo.

164. The postulated, complex structure highlighted on page 12 of Dr. Marletta's report does potentially indicate a complex product can be generated by the fusion of two molecules of ranitidine. However, no data exists to show this plays any deleterious role, and I note that the DMA moieties are intact in this chemical species.

165. Dr. Marletta's criticisms of the GSK RCA rely on making sweeping statements that are not supported by evidence or, more often, reiterating old claims (e.g., humidity accelerates NDMA formation) to sound like they are new, different, and important findings. Overall, he is not pointing out anything that is not covered in the RCA. Importantly, the GSK RCA was published in the peer reviewed ACS journal ORPD (King 2020), a respected Journal that specializes in process chemistry and RCAs such as this. Clearly, the reviewers and the editors felt the science, experimental studies/design and data supported the RCA conclusions. Dr. Marletta is an exceptional scientist, but he is a not a drug discovery and development scientist as evidenced by his comments on the RCA and his discussion of metabolism, etc….

166. Dr. Marletta's comments "Knowing there were color changes in formulated products should have immediately triggered concern that led to testing to determine what was taking place. Color change is always indicative of chemical change in the substance." This is not accurate. A well-known view of chemists is "a little color goes a long way." Based on the compound, a free base could have a different color than a salt, and different salt forms of the same API could have different colors or hues. Color alone does not



Contains Confidential Information – Subject to Protective Order

indicate that a deleterious chemical change has occurred. A hydrate could also have a different appearance and morphology than the parent.

167. Dr. Marletta's statement "The FDA and other regulatory agencies provide that with genotoxic carcinogens, like NDMA, any exposure even at very low doses is sufficient for tumor formation. GSK agrees. In its September 2019 NDMA Hazard Assessment Report GSK states: NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible." (GSKZAN0000236640) This is a highly erroneous and misleading statement. Very low doses of NDMA have not been shown to be sufficient for tumor formation – studies employ excessively high doses in non-human studies, and is a 'probable' carcinogen in man. Obviously, once identified, and organization would seek to limit exposure of a probable carcinogen, but to say GSK agrees with his inaccurate statement is a gross mischaracterization of the data.

168. The table Dr. Marletta includes on page 18 of his report to object to the RCA conclusions regarding NDMA in API versus drug product shows values likely within standard experimental error of each other, e.g., 0.34 versus 0.54, 1.7 versus 1.8, etc…

169. The RCA found that crystal morphology played a role in NDMA formation. Form 2, which was the form sold to the public, was found to exist in two distinct crystal morphologies – irregular (allotriomorphic) and columnar (idiomorphic for a defined crystal shape). Distinct crystal morphologies are well appreciated in the pharmaceutical industry to impart unique physiochemical properties and govern stability, hardness and the ability to react with atmospheric moisture and resistance to phase changes due to temperature. Marletta states repeatedly that Saraca Grade 3 was never commercialized – true, the point of using it in the RCA was that it had the columnar crystal morphology and this was a key difference to investigate versus the irregular crystal forms. The data presented in the RCA and published in ORPD, shows that the columnar crystal morphology is more resistant to water intake, and hence less NDMA produced. The argument on page 21 regarding recrystallization of Grade 3 following the protocol for crystallization of grade 1 proceeded through an oiling phase (undesirable) and showed irregular form and 'agglomerated columns. This 'form' was more stable than Grade 1, and Marletta then states that is inconsistent with the GSK RCA. It is not.



Contains Confidential Information – Subject to Protective Order

This is new crystal form with unique physiochemical properties. The observation of a agglomerated columnar morphology to the new form agree with the GSK RCA, shows this new 'form' is more resistant than the irregular form. I understand why these data were excluded from the RCA, as the recrystallization effort did not produce a uniform crystal lattice, and thus the result was not definitive as the columnar vs. irregular forms, with this new form being a hybrid. There was nothing improper here, as implied by Marletta. Overall, crystal morphology does play a role in water absorption and deliquescence, leading to NDMA formation – that is clear. Overall, Marletta rehashes that heat and humidity generate low levels of NDMA form ranitidine HCl, once again just reiterating old claims.

170. There are no studies to support that ranitidine produces NDMA in vivo, and it is my opinion based on all the published, peer-reviewed data that the only NDMA present in vivo is that ingested. The FDA clinical study measured urinary and plasma NDMA levels in subjects following ranitidine or placebo treatment with a cured meat diet high in nitrates, nitrites and NDMA or a non-cured meat diet low in those constituents (Florian 2021). The FDA found that while ranitidine treatment did not affect urinary or plasma NDMA levels, the cured meat diet was associated with an increase in 24-hour urinary levels of NDMA. The FDA also found that ranitidine treatment did not affect urinary or plasma DMA levels. The in vitro nitrosation studies consistently, repeatedly showed that NDMA was not formed from ranitidine until the nitrite concentration was increased to 5 mM or above (WBP/82/011; SKF study; Zeng 2016; Braunstein 2021; Braunstein Dep. 167:14-17; Gao 2021). Because the upper range of gastric nitrite levels is 0.1 mM above pH 4 and decreases with the decrease in pH, these in vitro studies suggest that ranitidine is not converted to NDMA in gastric fluid at physiologic conditions (Gao 2021).

171. Dr. Marletta's opinion that NDMA is formed from ranitidine in the human stomach is based on his criticisms of the FDA clinical study and the in vitro nitrosation studies and his speculations on how NDMA can be formed from ranitidine in the human stomach. Discounting actual evidence and replacing it with his speculations are simply insufficient to support his opinion. A closer examination showed that his criticisms and speculations are not supported by the scientific evidence.



Contains Confidential Information – Subject to Protective Order

172. Dr. Marletta's criticisms on the FDA clinical study focused on three aspects. First, he opined that "it would be unlikely that any significant endogenous NDMA formation would be detectable in the urine." Dr. Marletta's opinion is based on a study conducted in 1982 that reported low urinary excretion rates of NDMA in humans (Spiegelhalder 1982). Techniques used at that time to detect NDMA in biological fluids are primitive with low sensitivity. The LC-MS technique used in the FDA clinical study could quantify NDMA in the urine and plasma at levels as low as 0.0156 ng/mL. The FDA detected NDMA in the urine regardless of the treatment or the type of diet. In fact, the FDA was able to demonstrate that the cured meat diet was associated with an increase in 24-hour urinary levels of NDMA. Moreover, the FDA also measured NDMA in the plasma 0, 0.5, 1, 1.5, 2, 3, 4, 5, 6, 9, 11, 14, and 24 hours after treatment with ranitidine or placebo. Ranitidine treatment did not affect plasma NDMA levels.

173. Second, Dr. Marletta questioned the dosing schedule in the Florian study. As noted by the study authors, the dosing schedule was selected "because the formation of NDMA is dependent on having nitrite and acidic conditions. Because gastric acidity is highest in the fasting state and then decreases after eating, this sequence was selected to maximize the 2 factors." Nitrosation actually depends on the concentration of protonated nitrite, not nitrite, and the concentration of protonated nitrite in the human gastric juice increases with the decrease in pH (Gao 2021). It was demonstrated that the optimal pH for ranitidine nitrosation to form NDMA is 1.2 (Gao 2021). Thus, the dosing schedule was optimal for NDMA formation.

174. Third, Dr. Marletta opined that "[t]he ability of vitamin E to accumulate and inhibit the nitrosation reaction calls into question the central conclusion in the Florian paper." There have been no controlled studies showing vitamin C or E influences the formation of NDMA from ranitidine. GSK did examine the effect of vitamin E on ranitidine nitrosation (PATH/80/235). GSK showed that ranitidine could react with nitrite to generate mutagenic activity only when 40 mM nitrite was used and that 60 mM vitamin E could inhibit this reaction. Since 40 mM nitrite is above what can be achieved in the human stomach, this inhibitory effect has no clinical significance. 60 mM vitamin E is approximately 26 ng vitamin E per milliliter solution, which is orders of magnitude higher than the vitamin E level in the human stomach with normal gastroduodenal histology (3-16 ng vitamin E per milligram tissue) (Phull 1996).



Contains Confidential Information – Subject to Protective Order

Moreover, even assuming Dr. Marletta's estimate (the vitamin E level in the cured meat diet is 2.3 times higher than that in the non-cured meat diet) is accurate, it is unclear why it is a major flaw that the FDA did not match the vitamin E level in both diets. As discussed above, NDMA was detected in the subjects in both diet groups with and without ranitidine treatment, and while diet affected NDMA levels, ranitidine treatment did not.

175. Dr. Marletta's criticism on the in vitro nitrosation studies is that these studies do not reflect all aspects of human physiology. The purpose of in vitro studies is to investigate factors that can affect ranitidine nitrosation in vivo such as pH and nitrite concentrations under controlled conditions. As noted by Dr. Marletta, one of the objectives of the FDA in vitro study was to "provide a method for assessing the potential for physiologic nitrite reactions with drugs in the gastric fluid to lead to NDMA formation." This study and the other in vitro nitrosation studies consistently, repeatedly demonstrated that NDMA was not formed from ranitidine until the nitrite concentration was increased to levels above what was reported in the human stomach. Dr. Marletta opined that the gastric nitrite levels are highly variable, but he (and Plaintiffs' other experts) could not identify a single study that reported human gastric nitrite levels similar to or above the lowest nitrite concentration demonstrated to form NDMA with ranitidine in vitro. The upper range of gastric nitrite levels determined by the FDA takes into account the "variability" by considering data in healthy subjects and patients with gastric diseases and in the fasting and fed state. Dr. Marletta questioned, "[w]hat is clear for a comparison of studies over many years that address in vitro (simulated gastric conditions) and in vivo studies lead to results that sometimes appear contradictory. Why is this?" The ranitidine in vivo and in vitro studies are not contradictory. They are consistent with each other. As the FDA noted, "[t]hese findings [in Gao 2021] suggest that ranitidine is not converted to NDMA in gastric fluid at physiologic conditions and are further supported by the results of a recent clinical trial [Florian 2021]."

176. With respect to how NDMA can be formed from ranitidine in the human stomach, Dr. Marletta speculated about five hypotheses. First, he opined that the furoic acid analogue, a metabolite of ranitidine, is derived from cytochrome P450 hydroxylation releasing DMA "free to react with nitrite in the stomach to form NDMA." His speculation is not



Contains Confidential Information – Subject to Protective Order

supported by the scientific evidence. It has not been shown in any study that DMA is liberated or is a metabolite of ranitidine. The furoic acid analogue could be generated by a second oxidative dealklyation of the known *N*-desmethyl metabolite, which would liberate methylamine, and not DMA. Further, the furoic acid analogue is formed in the liver by the metabolism of either parent ranitidine liberating DMA (not demonstrated) or by metabolism of the *N*-desmethyl metabolite (known) to liberate methylamine. The drug in the stomach is dissolved and absorbed into the hepatic portal vein and then into the liver for first pass oxidative metabolism. Regardless of which oxidative dealkylation step occurs, these metabolites and the resultant amine would then enter systemic plasma circulation, not somehow re-enter the GI. Renal excretion occurs with a transfer from the blood/plasma to the kidney and into the urine. These metabolites would not re-enter the stomach or GI, and thus there is no way DMA, if generated, would be present in the stomach to react with nitrite to form NDMA. This is supported by the study Dr. Marletta relied on, which showed that equal amount of the furoic acid analogue was detected following oral and IV dosing (WMH/85/013). Moreover, the FDA clinical study showed that ranitidine treatment did not affect urinary or plasma DMA levels.

177. Dr. Marletta's second hypothesis is "a direct chemical reaction between secondary amino compounds and nitrite." Ranitidine is not nitrite. The DMA group of ranitidine is a tertiary, not secondary, amine structure. There is no mechanistic evidence demonstrating that ranitidine reacts directly with nitrite to form NDMA endogenously.

178. Dr. Marletta's third hypothesis "is related to bacterial overgrowth in the gut due to decreased acidity." This hypothesis relates to ranitidine's pharmacological effect in reducing gastric pH, which may promote the growth of nitrate reducing bacteria and thereby increase the gastric nitrite level. As a result, nitrite may react with amines in the stomach to form nitrosamines in general. This hypothesis is not unique to ranitidine or NDMA. Rather, it is relevant to all acid inhibition drugs. This hypothesis as related to ranitidine was investigated in several studies including those relied by Dr. Marletta. Specifically, Dr. Marletta relied on three in vivo studies and two mutagenicity studies to support his opinion (Thomas 1987; Garcia del Risco 1984; Ruddell 1980; Morris 1984; O'Connor 1987). Two of the three in vivo studies



Contains Confidential Information – Subject to Protective Order

reported no increase in nitrosamines in the gastric juice following ranitidine treatment (Thomas 1987; Garcia del Risco 1984). The other in vivo study did not examine ranitidine (Ruddell 1980). In Morris 1984, the gastric juice samples of patients treated with ranitidine or cimetidine were mutagenic in some bacterial strains, but the mutagenic activity was not different between ranitidine and cimetidine, inconsistent with Dr. Marletta's opinion that ranitidine's molecule structure is unique in forming NDMA. Further, because the mutagenic activity was not measured before the treatment, it is unclear whether the gastric juice of these patients was already mutagenic without the treatment. Moreover, the results were likely false positives due to the limitations of the method. In fact, the other study Dr. Marletta relied on (O'Connor 1987) was similar to Morris 1984 but with a better study design. The study authors reported no significant change in the mutagenic activity of gastric samples from patients treated with ranitidine or cimetidine. As summarized by O'Connor et al., "our results suggest that H2RA therapy has no significant effect on [] intragastric concentrations of [N-nitroso compounds]. On the contrary, the marked variations in mutagenic activity suggest that intragastric concentrations of N-nitroso compounds may vary widely and bear little relationship to cimetidine- or ranitidine-induced changes in the intragastric milieu."

179. Of note, Dr. Marletta opined that N-nitrosoproline is a chemical trap for the nitrosating agent generated from NDMA, the methyl diazonium ion, and can be used as a surrogate to measure endogenous formation of NDMA from ranitidine (Elder 1984). In that study, proline and nitrate rich food were given to subjects before and after ranitidine treatment, and urinary N-nitrosoproline levels were measured. Since proline can react with nitrite to form N-nitrosoproline, the purpose of that study was to use N-nitrosoproline as a biomarker to examine whether ranitidine treatment can lead to endogenous formation of nitrosamines in general by increasing the amount of nitrate reducing bacteria and thereby increasing gastric nitrite levels. This study has nothing to do with N-nitrosoproline as a chemical trap for the nitrosating agent generated from NDMA the methyl diazonium ion (it is not). Because ranitidine cannot react with nitrite to form N-nitrosoproline, N-nitrosoproline formation cannot be reliably correlated with NDMA formation from ranitidine. In any event, this study showed a statistically insignificant reduction in N-nitrosoproline following ranitidine



Contains Confidential Information – Subject to Protective Order

treatment, which does not support the hypothesis that ranitidine can lead to endogenous formation of nitrosamines in general by promoting bacteria overgrowth. Dr. Marletta also opined that the detection of another nitrosamine (NTCA) in the urine showed that "ranitidine generated a nitrosating agent in vivo." This opinion is nothing but pure speculation. The measurement of NTCA is not evidence of how it can be formed (by ranitidine generating a nitrosating agent according to Dr. Marletta). Dr. Marletta did not even speculate as to how NTCA is formed. Of note, the study authors noted that the biological significance of NTCA is unknown.

180. Dr. Marletta's fourth hypothesis is that his hypothesized pathways leading to the formation of NDMA in the ranitidine drug substance and drug product are also operative in the stomach. As discussed above, Dr. Marletta's hypothesized pathways are speculations without supporting data. Even assuming his hypothesized pathways were operative, the trace amount of nitrosating agents formed from ranitidine would be negligible compared to the amount of nitrite in the human stomach. Furthermore, Thomas and co-workers (Gut 1987, 28, 726) found that in a study of one year's treatment with ranitidine and truncal vagotomy on gastric contents that "Correlations between pH and *N*-nitroso compound concentration and between concentrations of nitrite and *N*-nitroso compounds were not significant." These empirical data from patients overrides these speculative statements of Dr. Marletta.

181. Dr. Marletta's fifth hypothesis is that "[n]itrite present in a ranitidine sample could also participate in the nitrite / ranitidine reaction." The trace amount of nitrite in ranitidine samples is negligible compared to the amount of nitrite in the human stomach, which has been demonstrated to be insufficient to form NDMA with ranitidine.

182. Dr. Marletta's other opinions regarding in vivo and in vitro studies are also flawed. When Dr. Marletta discussed NDMA metabolism, he only discussed one of two known metabolic pathways. He cited the dealkylation pathway leading to the genotoxic methyl diazonium ion, but there is a detoxification pathway (14-45% of NDMA metabolism) via an enzymatic denitrosation. This second pathway leads to experimentally shown, non-toxic species (Streeter 1990) including trace NO production (Lee 1996). As metabolism occurs in hepatocytes by CYP 2E1, ingested NDMA has to survive the acidic gastric compartment, be



Contains Confidential Information – Subject to Protective Order

absorbed, enter the hepatic portal vein, be metabolized in the liver by the two competing pathways, and then the genotoxic methyl diazonium ion, not NDMA itself, would have to be distributed in plasma and portioned into tissues. Another consideration is the bacteria in the GI. Bacteria metabolize NDMA differently than eukaryotes. It is possible that bacteria in the GI can metabolize NDMA, via T4MO, to non-genotoxic species (Fournier 2006).

183. Dr. Marletta also opined that formaldehyde is formed when ranitidine is metabolized into desmethyl ranitidine. Dr. Marletta postulates that formaldehyde is part of the carcinogenic mechanism for ranitidine to cause cancer. As discussed in the section on the NDMA metabolism detoxification mechanism, there is no empirical evidence to support this suggestion.

184. Finally, Dr. Marletta opined that "Martelli et al. reported a dose-dependent response of solution from the incubation when unscheduled DNA synthesis was measured. The important conclusion from this study is that pure ranitidine under simulated gastric conditions generates a mutagenic response." This study was conducted in cultured rat liver cells, which do not simulate gastric conditions (Martelli 1983). Since only one concentration of ranitidine was tested, there could not be a dose response. This study showed no reliable evidence that ranitidine was genotoxic in cultured rat liver cells because only one of the three tests showed "weakly positive" results. Dr. Marletta also opined that figure 9 in de Flora 1983 demonstrated that "an excess of nitrite is not an absolute requirement to produce a mutagen from ranitidine even under conditions much less acidic that that of gastric juice. The implications of this are that the reaction of nitrite and ranitidine to produce a mutagen does not have to take place in the stomach and only requires that they are present in a milieu that allows diffusion, so essentially in any compartment of the human body." His opinion is simply not supported by the study he relied on. In the experiment shown in figure 9, two paper disks containing ranitidine and nitrite were deposited onto a petri dish at pH 2.4. This pH does not occur in "any compartment of the human body." As both ranitidine and nitrite diffused towards each other, mutagenic activity was observed in the bacteria added to the petri dish. However, the concentrations of ranitidine and nitrite were not measured. As a result, this experiment could not be used to examine whether an excess of nitrite is required to produce a mutagen from



Contains Confidential Information – Subject to Protective Order

ranitidine. Contrary to Dr. Marletta, the study authors concluded "the potential risk linked with [the] use [of ranitidine or cimetidine] is probably negligible, especially if balanced with the health benefits resulting from histamine H2-receptor antagonists."

### B. Partial Response to Ron Najafi, PhD

185. In addition to opinions based on published literature and other documents, which I comment on below, the report of Dr. Najafi summarizes a number of analyses performed by Emery Pharma on samples of ranitidine API and product from the defendants, ranitidine products purchased on eBay, and tablets manufactured by Emery from API provided by the defendants. Although Dr. Najafi's report refers to 18 separate analyses (some of which have multiple subparts), fewer than half of the pages of his report are devoted to summarizing these experiments at a superficial level, which is inadequate to allow me to evaluate the methods, results, and interpretations of these studies. The analysis and conclusions were presented without providing detailed descriptions of the studies, calibration curves, raw data or sufficient information to do an independent analysis or for one skilled in the art to repeat the studies performed. The information needed for such an evaluation would be the same information and data that Dr. Najafi considered in his evaluation of the data generated by Emery, including information, such as SOPs, available to him as the CEO of Emery Pharma that he did not necessarily explicitly review in preparing his report. This information should be compiled and kept by any legitimate laboratory in the ordinary course of business.

186. Although I have received additional information about the Emery analyses on a rolling basis since February 24, 2022, my evaluation has been hampered by the failure of Dr. Najafi to produce even basic scientific information for all of his analyses with his report on January 24, 2022.

a. 02/24/22 – SEM images, instrument printouts, SEM specifications, and SOP for SEM (I understand these documents were provided to defense counsel the night of 02/23/22)
b. 02/24/22 – 380 photographs of sample containers
c. 02/25/22 – 19 multipage documents containing experimental data and 14 multipage "development" documents containing data and analyses



Contains Confidential Information – Subject to Protective Order

d. 02/26/22 – 5 lab notebooks (I understand these documents were provided to defense counsel the night of 02/25/22)

e. 02/28/22 – 2 validation protocols and 2 validation reports

f. 02/28/22 – Certain chain of custody documents for samples from BI, GSK, Sanofi, and Patheon

187. Further, I understand that additional materials are to be provided. As these documents are cumulative, I am unable to thoroughly evaluate the large number of tests undertaken by Emery without a full production of the appropriate materials. Accordingly, I will be submitting a supplemental report to address all Emery testing and Dr. Najafi's opinions about that testing.

188. With respect to Dr. Najafi's opinions that do not rely on his own testing, I note that many of his opinions are expressed broadly and without sufficient scientific support. Dr. Najafi's opinions are largely similar to Dr. Marletta's and are dealt with elsewhere in my report. I highlight a few of the more troubling of Dr. Najafi's opinions below.

189. Like Dr. Marletta, Dr. Najafi opens his expert report with the principal opinion that "ranitidine is an unstable molecule." For the reason I explained earlier in this report, this statement is simply not true.

190. Similar to Dr. Marletta, Dr. Najafi only discusses one of two routes of NDMA metabolism. He cites the dealkylation pathway leading to the genotoxic methyl diazonium ion, but fails to discuss the second pathway leading to experimentally shown, non-toxic species as I discussed in my response to Dr. Marletta.

191. Unlike Marletta, Najafi seems to agree with GSK's findings that the oxime impurity and nitrite are not likely to be a root cause of NDMA formation.

192. Dr. Najafi spends a great deal of time on the WHO NAP performed by Tanner in 1982, in which, at 4 hours under the WHO NAP SOP, NDMA was formed on 3.1% chemical yield (using excessive, non-physiological nitrite levels). When ratio of ranitidine to nitrite was 1:1, NDMA yield decreased to only 0.74% and when nitrite was lowered to more physiological levels, only a weak signal for NDMA was found, 'similar to that observed from a control incubation without drug." Najafi's issue here is that Tanner did not take a 1 hour time point in



Contains Confidential Information – Subject to Protective Order

addition to the reported 4 hour time point, and argues this was a deviation from the WHO NAP test procedure. When SK&F performed the WHO NAP test with 1, 4 and 24 hour time points, NDMA levels at 1 hour were consistently lower than the 4 hour time point (So, Tanner did not miss any NDMA by omitting the 1 hr time point), and the levels at 4 hours matched those of Tanner. Recently, Najafi repeated the WHO NAP test with exactly the same results at both 1 and 4 hours, and the 1 hour time point showed consistently about 1/3 the level of NDMA as the 4 hour time point. Overall, when ranitidine is treated with a non-physiological excess of nitrite in an artificial system, NDMA can form, but with very low conversion. Brambilla did similar studies and states "…only a very small amount could have been formed and conclude therapeutic conditions nitrosation of ranitidine should be either minimal or absent." While he criticizes the Tanner work extensively, the data derived from SK&F and Najafi himself is comparable, challenging his statements that the Tanner work was "un-trustworthy and worthless." 40 years later and with modern analytical technology, Najafi obtained the same results as Tanner: Najafi measured 3.4 to 3.8% yield of ranitidine at 4 hours, whereas Tanner measured 3.1%. These results are the same. It is indeed notable that the Tanner study is exceptional for achieving the same level of quantitation/results with archaic technology, relative to that of Najafi. Dr. Najafi's attacks on Tanner are unwarranted and invalid.

## C. Response to Ronald Melnick, PhD

193. I have reviewed the expert report of Ronald Melnick, Ph.D., and provide this rebuttal response to his principal opinions and assertions. As many of the points have already been refuted in my rebuttal to the Marletta and Najafi reports, I will focus this document on items not previously addressed.

194. His statement "Ranitidine 's instability at elevated temperatures enables the dimethylamine group to react with the nitro group of the ranitidine molecule to form the carcinogenic N-nitroso compound, NDMA" which suggests an intramolecular reaction (likely based on the misleading drawing by Valisure) has been shown to be untrue by GSK's experimentation with labeled substrates .

195. On Page 22/23, while HPLC was available at the time that ranitidine was developed, the sensitivity was not what it is today. NDMA does not have a strong chromaphore



Contains Confidential Information – Subject to Protective Order

for a diode array detector on an HPLC to detect, and the companion LC-MS/MS (not broadly available for years afterwards) would have been necessary to identify NDMA by tuning for that mass and/or using an isotopically labeled sample. As is noted in the GSK RCA, in none of the samples of ranitidine in which NDMA was identified based on analytical methods specifically designed to look for NDMA, was NDMA detected using the state of the art screening HPLC methods. Also, Melnick relies on hindsight to suggest GSK should have considered NDMA as a potential impurity. There are an unlimited number of potential impurities, and without the benefit of hindsight, there was no rationale to develop HPLC methods to look for NDMA.

196. On page 26, Melnick writes “Ranitidine’s discoloration and odor issues continued for the almost 40 years that ranitidine was on the market. Yet, no ranitidine manufacturers fully explored these complaints or identified and evaluated the degradation products including NDMA.” There was no reason to associate color change or odor with NDMA. NDMA is odorless and a pale-yellow liquid. Neither of these physical characteristics would have been an alarm to specifically investigate NDMA.

197. On page 50, Melnick states “In addition, because the tablets were stored in open dishes during these stability studies (GSKZAN0000177496), it is likely that volatile impurities such as DMA (boiling point: 7 $^{o}$C) had been lost during the storage of ranitidine at 45$^{o}$C. The methodology used for these stability studies (storage in open dishes and applying the 0.2% threshold for characterizing impurities) was deficient for the detection of NDMA because DMA is a precursor compound for NDMA formation.” This is not technically correct. Zantac tablets are ranitidine HCl, if DMA were liberated upon degradation, this basic molecule would be the HCl salt of DMA (with a boiling point of 171.5 $^{o}$C) and would not be lost in open dishes. This criticism of the GSK study is incorrect.

198. For reasons detailed in the Marletta rebuttal, the statement on page 53 “The release of the dimethylamino group during storage indicates that NDMA formation would also be expected to occur in vivo in the presence of other nitrosation sources, such as nitrite in the diet.” is also incorrect.

199. On pages 70-72, the issue of nitrite concentration again emerges and the ability of ranitidine to produce NDMA at various drug:nitrite ratios, but at low pH (2-4). Again, these



Contains Confidential Information – Subject to Protective Order

arguments ignore the facts stated in the Marletta and Najafi reports that resting gastric pH in man is 3, and upon ingestion of ranitidine, pH increases to 6, and stay there for 2-4 hours. Physiological pH is orders of magnitude less acidic than these in vitro studies, and in vitro work at pH 6 shows very little NDMA formation.

200. On page 80, once again the ratio question arises, but the studies were run at pH 3, but upon ingestion of ranitidine, pH increases to 6, and stay there for 2-4 hours. Melnick then states "The formation of NDMA when the molar ratio of nitrite to ranitidine in the incubation mixture was 1:1 disproves any claims that the molar ratio of nitrite to ranitidine must be greater than one to detect NDMA formation by nitrosation of ranitidine." The amount detected was significantly lower than when nitrite in 4-fold excess. For example, 96-133 µg vs. 0.5 µg, 177 µg vs. 3 µg, 288 µg vs. 9.0 µg, indicating that the ratio of nitrite has to be greater than 1 to generate appreciable NDMA.

201. The other major points in the Melnick report have already been addressed in the rebuttal reports to Marletta and Najafi.

## XII. CONCLUSION

202. In conclusion, the summary of my opinions, held to a reasonable degree of scientific certainty are as follows:

203. Recent studies by GSK, regulatory agencies, and others have shown that trace amounts of NDMA can form in ranitidine over time as a result of an unusual and slow chemical reaction that occurs primarily in the solid state. Although reliable and validated analyses have detected NDMA levels above the regulatory threshold in some ranitidine products, these levels still remain at trace levels. This process may be accelerated by the application of high heat and high relative humidity. Nevertheless, reliable evidence demonstrates that under realistic conditions humans would be exposed only to trace amounts of NDMA from therapeutic use of ranitidine.

204. Prior to 2019, GSK and others thoroughly evaluated the chemistry, degradation, metabolism, and nitrosation. These studies did not provide evidence of the potential for NDMA formation either as a degradation product of ranitidine or from *in vivo* nitrosation of ranitidine.



Contains Confidential Information – Subject to Protective Order

Accordingly, it would not have been reasonably predicted that NDMA could form in ranitidine products or drug substance.

205. GSK's Root Cause Analysis (RCA) in 2019 into the potential for formation of NDMA in ranitidine drug product and substance was thorough and used appropriate analytical methods. The formation of NDMA as a degradation product of ranitidine occurs as a chemically disfavored and unusual pathway that is, even now, not fully understood.

206. Certain testing of ranitidine products and drug substance by third-parties in relation to NDMA formation, both exogenous and endogenous, was not appropriate and artificially increased the amount of NDMA purportedly quantified.

207. There is no reliable evidence that therapeutic use of ranitidine leads to the formation of NDMA under physiological conditions in humans.



Contains Confidential Information – Subject to Protective Order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

THIS DOCUMENT RELATES TO: ALL ACTIONS

CRAIG W. LINDSLEY, PH.D.

# Exhibit A
# Curriculum Vitae

# Dr. Craig W. Lindsley, FRSC

[redacted]

**Laboratory Address:**
WCNDD – Cool Springs
Innovation Park
393 Nichol Mills Road
Franklin, TN 37067

A creative, innovative scientist (project leader, director, inventor and editor) with over 25 years experience in drug discovery and development in both industry (Eli Lilly, Merck) and academia (Vanderbilt, WCNDD). A proven track record of delivering results; involved in the discovery of over 15 preclinical candidates, with 6 successfully entering clinical trials and several still in various stages of clinical development. At Merck, I was responsible for a group of 22 BS/MS/PhD medicinal chemists and delivered six preclinical candidates for CNS and oncology programs. Currently, I am the Director of the WCNDD (a clinical stage biotech within VU), and oversee 95 BS/MS/PhD scientists across medicinal chemistry, molecular pharmacology, DMPK, behavioral pharmacology and biomarkers, as well as a >$25 million dollar annual budget (which I raise). While a leader in the WCNDD, I delivered 12 clinical candidates (with 3 more to be declared in 2022). Inventor of 113 issued US patents and 251 patent applications, author of >550 scientific journal papers and invited speaker at over 100 international conferences. Founding Editor-in-Chief of *ACS Chemical Neuroscience* (2009-2020), interim Editor-in-Chief of *ACS Pharmacology & Translational Science* (2020-2021) and current Editor-in-Chief of *Journal of Medicinal Chemistry* (2020-). Recipient of major awards from ACS and ASPET, including induction into the ACS MEDI Hall of Fame (2021), and named a **Fellow** of the Royal Society for Chemistry, the National Academy of Inventors and the American Association for the Advancement of Science.

**E-mail:** craig.lindsley@vanderbilt.edu; phone (office): 615-322-8700
**Web sites:** www.lab.vanderbilt.edu/lindsleylab; www.wcndd.org; www.appellopharma.com
**Citizenship:** US
**Date of Birth:** February 7, 1970
**Marital status:** Married (Stacey), six children: Cameron (16), Jayma (14), Paige (12), Madison (9), Logan (6), Luke (5)

**Education:**

| | |
|---|---|
| 1997 – 1999 | Postdoctoral Fellow, Harvard University, Cambridge, MA |
| 1992 - 1996 | Ph.D., University of California, Santa Barbara, Santa Barbara, CA |
| 1988 - 1992 | B.S., Chemistry, California State University, Chico, Chico, CA |

## Academic Appointments, Industrial Positions, Leadership Roles and Research Experience:

04/2021 – present

**Director, Warren Center for Neuroscience Drug Discovery (at Vanderbilt)**
**University Professor of Chemistry, University Professor of Pharmacology, University Professor of Biochemistry**
**William K. Warren, Jr. Chair in Medicine**
**Site Head, WCNDD Cool Springs Innovation Park**
**Editor-in-Chief, *Journal of Medicinal Chemistry***
**Adjunt Professor (Research), in Drug Discovery Biology, Faculty of Pharmacy and Pharmaceutical Sciences at Monash University**
**Founder, Appello Pharmaceuticals**
**Founder, Lindsley Records, LLC**
*Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center, Vanderbilt Center for Addiction Research*, Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

12/2020 – 04/2021

**Director, Warren Center for Neuroscience Drug Discovery (at Vanderbilt)**
**University Professor of Chemistry, University Professor of Pharmacology, University Professor of Biochemistry**
**William K. Warren, Jr. Chair in Medicine**
**Site Head, WCNDD Cool Springs Innovation Park**
**Editor-in-Chief, *Journal of Medicinal Chemistry***
**Editor-in-Chief (interim), *ACS Pharmacology & Translational Science***
**Adjunt Professor (Research), in Drug Discovery Biology, Faculty of Pharmacy and Pharmaceutical Sciences at Monash University**
**Founder, Appello Pharmaceuticals**
**Founder, Lindsley Records, LLC**
*Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center, Vanderbilt Center for Addiction Research*, Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

05/2020-11/2020

**University Professor of Chemistry, University Professor of Pharmacology, University Professor of Biochemistry, William K. Warren, Jr. Chair in Medicine, Co-Director and Director of Medicinal Chemistry and DMPK, Warren Center for Neuroscience Drug Discovery (at Vanderbilt); Site Head, WCNDD Cool Springs Innovation Park; Editor-in-Chief, *ACS Chemical Neuroscience*; Editor-in-Chief (interim), *ACS Pharmacology & Translational Science;* Adjunt Professor (Research), in Drug Discovery Biology, Faculty of Pharmacy and Pharmaceutical Sciences at Monash University**
**Founder, Appello Pharmaceuticals**
*Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center, Vanderbilt Center for Addiction Research*, Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

05/2019-4/2020

**University Professor of Chemistry, University Professor of Pharmacology, University Professor of Biochemistry, William K. Warren, Jr. Chair in Medicine, Co-Director and Director of Medicinal Chemistry and DMPK, Vanderbilt Center for Neuroscience Drug Discovery; Site Head, VCNDD Cool Springs Innovation Park; Editor-in-Chief, *ACS Chemical Neuroscienc*; Adjunt Professor (Research), in Drug Discovery Biology, Faculty of Pharmacy and Pharmaceutical Sciences at Monash University**
**Founder, Appello Pharmaceuticals**
*Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center, Vanderbilt Center for Addiction Research*, Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

01/2018-04/2019

**University Professor of Chemistry, University Professor of Pharmacology, University Professor of Biochemistry William K. Warren, Jr. Chair in Medicine, Co-Director and Director of Medicinal Chemistry and DMPK, Vanderbilt Center for Neuroscience Drug Discovery; Site Head, VCNDD Cool Springs Innovation Park; Editor-in-Chief, *ACS Chemical Neuroscience*; Founder, Appello Pharmaceuticals**
*Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center, Vanderbilt Center for Addiction Research*
Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

| | |
|---|---|
| 01/2011-12/2017 | **William K. Warren, Jr. Chair in Medicine, Professor of Pharmacology, Professor of Biochemistry, Professor of Chemistry; Co-Director and Director of Medicinal Chemistry and DMPK, Vanderbilt Center for Neuroscience Drug Discovery (formerly Vanderbilt Program in Drug Discovery); Associate Director of Therapeutics, Vanderbilt Institute of Chemical Biology, Director of Drug Discovery, Human Chemical Sciences Institute (Scripps-Vanderbilt); PI, Vanderbilt MLPCN Specialized Chemistry Center; Editor-in-Chief, *ACS Chemical Neuroscience*** <br> *Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center, Vanderbilt Center for Addiction Research* <br> Vanderbilt University School of Medicine, Vanderbilt University <br> (*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*) |
| 04/2010-01/2011 | **Professor of Pharmacology, Professor of Chemistry; Director of Medicinal Chemistry, Vanderbilt Program in Drug Discovery; PI, Vanderbilt MLPCN Specialized Chemistry Center; Editor-in-Chief, *ACS Chemical Neuroscience*** <br> *Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center* <br> Vanderbilt University School of Medicine, Vanderbilt University <br> (*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*) |
| 05/08-04/2010 | **Associate Professor of Pharmacology (*with tenure*), Associate Professor of Chemistry; Director of Medicinal Chemistry, Vanderbilt Program in Drug Discovery; PI, Vanderbilt MLPCN Specialized Chemistry Center; Co-Director, VICB Synthesis Facility, Editor-in-Chief, *ACS Chemical Neuroscience.*** *Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center*, Vanderbilt University School of Medicine, Vanderbilt University <br> (*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*) |
| 09/06 – 05/08 | **Associate Professor of Pharmacology, Associate Professor of Chemistry; Director of Medicinal Chemistry, Vanderbilt Program in Drug Discovery; Director, Vanderbilt MLSCN Chemistry Molecular Probe Center; Co-Director, VICB Synthesis Facility** <br> *Member, Vanderbilt Institute of Chemical Biology, VU-Ingram Cancer Center* <br> Vanderbilt University School of Medicine, Vanderbilt University <br> (*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*) |
| 07/05-09/06 | **Senior Research Fellow/Group Leader** <br> **(Medicinal Chemistry Department)** <br> Merck Research Laboratories, Merck & Co., West Point, PA <br> Supervise a group of 20 Ph.D. and B.S./M.S. scientists <br> *(Neuroscience, Antiviral, Cardiovascular, Cancer, Small Molecule PPIs)* |
| 08/02-07/05 | **Research Fellow/Group Leader** <br> **(Medicinal Chemistry Department)** <br> Merck Research Laboratories, Merck & Co., West Point, PA <br> *(Cancer, Neuroscience, Antiviral)* |
| 06/01-08/02 | **Senior Research Chemist/Group Leader** <br> **(Medicinal Chemistry Department)** <br> Merck Research Laboratories, Merck & Co., West Point, PA |

*(Cancer, Neuroscience, Antiviral)*

05/00-6/01 **Senior Organic Chemist (Chemistry Research Technologies)**
Eli Lilly & Co., Indianapolis, IN
*Lead Discovery ($H_3$ antagonists, $MC_4$ agonists)*

04/99-05/00 **Senior Scientist (Medicinal Chemistry)**
Parke-Davis Pharmaceuticals, Ann Arbor, MI
*Anti-Viral (HIV), Anti-Bacterial, SERM and Rasta resin research.*

05/97-04/99 **Postdoctoral Research with Professor Matthew D. Shair**
Harvard Institute of Chemistry and Cell Biology (ICCB)/Department of Chemistry & Chemical Biology; Harvard University, Cambridge, MA
*Biomimetic Solid Phase Synthesis of Benzoxanthenone Unnatural Products*
*Novel Organometallic and Solid Phase Methodologies.*

06/92-11/96 **Graduate Research with Professor Bruce Lipshutz,**
University of California, Santa Barbara, Santa Barbara, CA
*Organometallic Methodology, Novel Bi-Directional Polyene Linchpins for All-E Polyene Synthesis, Development of New Protecting Groups.*

06/91-05/92 **Undergraduate Research with Professor David Ball,**
California State University, Chico, Chico, CA
*Progress Towards the Total Synthesis of Borrellidin.*

Summer 1991 **NSF Summer Undergraduate Research Fellowship with Professor Phillip Cruz**
University of California, Santa Cruz, Santa Cruz, CA
*Isolation, Purification and Characterization of Secondary Sponge Metabolites.*

## Teaching Experience

Fall 2006 – present **University Professor of Pharmacology, Chemistry & Biochemistry**
Vanderbilt University Medical Center/Vanderbilt University
Pharm 327 *Modern Drug Discovery*
Chem 324 *Heterocyclic Chemistry/ Heterocyclic Chemistry Short Course*
IGP 300B: *Small Molecule Design for Biologists*
Chem 4720/5720 *Drug Discovery and Development*

Fall 2004 **Adjunct Faculty**
Villanova University
Chem 398 *Graduate Course on Medicinal/Combinatorial Chemistry*

2000-2001 **Part-time Instructor/Lecturer**
Indiana University/Purdue University at Indianapolis (IUPUI)
*General and Organic Chemistry lectures and laboratory*

1992-1996 **Graduate Teaching Assistant**
University of California, Santa Barbara
*Organic Laboratory, Honors Organic lab, NMR lab*

**Professional Organizations:**

- American Chemical Society (ACS), 1991-present
- American Society of Pharmacology and Experimental Therapeutics (ASPET), 2009-present
- American Association for the Advancement of Science (AAAS Fellow), 2012-present
- Society for Neuroscience (SFN), 2009-present
- Royal Society of Chemistry (Fellow), 2018-present
- National Academy of Inventors (Fellow), 2018-present

**Professional Activities:**

**Intramural:**

- Center Director, Warren Center for Neuroscience Drug Discovery
- School of Medicine Basic Sciences (VBS) leadership team, Vanderbilt University
- School of Medicine Executive Faculty, Vanderbilt University
- School of Medicine Executive Committee of the Executive Faculty (ECEF), Vanderbilt University

Thesis Committees:

| | | |
|---|---|---|
| J. Phillip Kennedy | Chemistry | 2007-2010, Chair |
| R. Nathan Daniels | Chemistry | 2007-2010, Chair |
| Sameer Sharma | Chemical & Physical Biology | 2007-2009, Member |
| Leslie Aldrich | Chemistry | 2008-2012, Chair |
| Olgubeminiyi Fadeyi | Chemistry | 2008-2012, Chair |
| Michael Schulte | Chemistry | 2009-2103, Chair |
| Gordon Lemmon | Chemical & Physical Biology | 2008-2010, Chair |
| Paige Selvey | Pharmacology | 2007-2011, Chair |
| Sydney Stoops | Pharmacology | 2008-2012, Member |
| Nicole Miller | Pharmacology | 2008-2010, Member |
| Jonathan Hemphill | Chemistry | 2008-2012, Member |
| Sean Deguire | Chemistry | 2008-2013, Member |
| Evan Lebois | Pharmacology | 2008-2010, Member |
| Thomas Bridges | Pharmacology | 2007-2010, Member |
| Steve Townsend | Chemistry | 2007-2011, Member |
| Robert Lavieri | Pharmacology | 2007-2014, Member |
| Uyen Le | Chemical & Physical Biology | 2009-2011, Member |
| John Brogan | Chemical & Physical Biology | 2009-2013, Member |
| Matthew O'Reilly | Chemistry | 2010-2014, Chair |
| Kris Hahn | Chemistry | 2010-2012, Chair |
| Tim Senter | Chemistry | 2010-2014, Chair |
| Joshua Bruner | Chemistry | 2011-2012, Chair |
| Patrick Gentry | Chemical & Physical Biology | 2011-2014, Member |
| Craig Goodwin | Pharmacology | 2011-2015, Chair |
| Nina Collins | Chemistry | 2011-2013, Member |
| Zack Zurawski | Pharmacology | 2011-2016, Member |
| Cody Wenthur | Pharmacology | 2011-2015, Member |
| Cierra Spencer | Pharmacology | 2011-2014, Member |
| Brandon Vara | Chemistry | 2011-2015, Member |
| Cynthia Bollinger | Chemistry | 2012-2014, Chair |
| Britney Bates | Chemical & Physical Biology | 2012-2013, Member |
| Pedro Garcia | Chemical & Physical Biology | 2013-2016, Member |
| Alex Geanes | Chemistry | 2014-2016, Member |
| Kellie Nance | Chemistry | 2014-2017, Chair |
| Brendan Dutter | Chemical & Physical Biology | 2012-2016, Chair |
| Shane Rainey | Chemistry | 2014-2015, Chair |

| | | |
|---|---|---|
| Andrea Mccollum | Chemistry | 2015-2016, Chair |
| Mark Fulton | Chemistry | 2016-2019, Chair |
| Adam Metts | Chemistry | 2016-2017, Chair |
| Daniel Jeffries | Chemistry | 2016-2019, Chair |
| Mabel Seto | Pharmacology | 2016-2019, Chair |
| Jeanette Bertron | Chemistry | 2016-2020, Chair |
| Carson Reed | Chemistry | 2017-2019, Chair |
| Jacob Kalbfleisch | Chemistry | 2019-present, Chair |
| Caitlin Kent | Chemistry | 2019-2020, Chair |

**Extramural:**

NIH, grant reviewer and/or ad hoc on 8 NIH panels including Synthetic Chemistry and Biology A. Standing member of NIH Drug Discovery Review Panel.
Reviewer for: *Organic Letters, Journal of Organic Chemistry, Journal of Medicinal Chemistry, Journal of the American Chemical Society, Bioorganic and Medicinal Chemistry Letters, Journal of Neuroscience, Neuropharmacology, Neuropsychopharmacology* and *Current Topics in Medicinal Chemistry*

*Scientific Advisory Board:* Haystack Biosciences, Blue Therapeutics, Delix Therapeutics, Septerna, Escentia
*Board Observer*: Appello Pharmaceuticals
Medicinal Chemistry Consultant for: Ono, Amgen, AbbVie, Eisai, Michael J. Fox Foundation, Orexia,
External Advisory Committees: AbbVie, The Moody Foundation, St. Jude's Chemical Biology & Therapeutics (CBT) Program, Institute for Research in Immunology and Cancer (University of Montreal)
Co-Chair, Chemistry Coordination Committee, MLPCN (2007-2011)
Chairman, NIH Molecular Libraries Network, 2012-2014.
ACS Pharma Leaders (2010-2015)
ACS Expert (2014-onward)
ACS Medicinal Chemistry Division Long Range Planning Committee, 2012-2014
Academic Councilor, ACS MEDI, 2015-2017 (Nationally elected position, MEDI Executive Committee)
ASPET Executive Committee (Molecular Pharmacology division), 2014-2016
ASPET Executive Committee (Drug Discovery division), 2018-2021.
Faculty, Drew University Residential School on Medicinal Chemistry, 2010-2018
Faculty, Medicinal Chemistry India, 2013-2017
Faculty, NIH Blueprint for Neuroscience-ASENT Training Program in Neurotherapeutics Discovery and Development, 2013-2016.
Chair, 2018 National Medicinal Chemistry Symposium
Chair-Elect of the Section on Pharmaceutical Science (AAAS), 2019 (nationally elected position)
NAI Fellows Advisory Committee, 2019-present

## Editorial Positions:

- Editor-in-Chief, *Journal of Medicinal Chemistry* – 2021-onward
- Editor-in-Chief (interim), *ACS Pharmacology & Translational Science* – 2020-2021.
- Editor-in-Chief (Founding Editor), *ACS Chemical Neuroscience* – 2009-2020.
- CNS Section Editor, *Medicinal Chemistry Reviews* (ACS-MEDI) – 2016-2020.
- Associate Editor, *Current Topics in Medicinal Chemistry* – 2007-2009.
- International Advisory Board of *ChemMedChem* – 2014-2020.
- Editorial Advisory Boards: *Journal of Combinatorial Chemistry*, *Current Topics in Medicinal Chemistry, International Journal of High-Throughput Screening, ACS Combinatorial Science.*
- Guest Editor, *Curr. Top. Med. Chem.*, issue on Small Molecule Protein-Protein Inhibitors (2006/2007)
- Guest Editor, *Curr. Top. Med. Chem.*, issue on Metabotropic Glutamate Receptors (2004/2005)

## Awards, Honors, Review Positions and Advisory Boards:

- ACS MEDI Hall of Fame, 2021

- Endowment of the Center, Warren Center for Neuroscience Drug Discovery (WCNDD), 2020
- The Robert M. Scarborough Award for Excellence in Medicinal Chemistry (ACS MEDI division), 2019
- ASPET Executive Committee (Drug Discovery division), 2018-2021.
- Expert Witness, patent litigation (29 cases)
- Adjunt Professor (Research) in Drug Discovery Biology, Faculty of Pharmacy and Pharmaceutical Sciences (Monash University), 2019.
- ASPET Scientific Achievement Award in Drug Discovery and Development, 2019
- Fellow, National Academy of Inventors, 2018
- Promoted to University Professor of Pharmacology, Chemistry & Biochemistry, Vanderbilt, 2018
- Founder, Appello Pharmaceuticals, 2018
- J.D. Smith/Larry Winter Memorial Lecture (Virginia Commonwealth University), 2018
- Fellow, Royal Society of Chemistry, 2018
- Chair-Elect of the Section on Pharmaceutical Science (AAAS), 2019-2021 (nationally elected position)
- 41st Sato Memorial International Award (Pharmaceutical Society of Japan), 2018
- 22nd Smissman Memorial Lecturer (KU Department of Medicinal Chemistry), 2018
- 2017 Clarivate Analytics Highly Cited Researcher (Pharmacology & Toxicology)
- Sigma-Xi, the Scientific Research Honor Society, 2017
- John A. Oates Award for Outstanding Contributions to Research, 2017; VU School of Medicine
- Pharmacia-ASPET Award in Experimental Therapeutics, 2017
- Fellow of the American Association for the Advancement of Science (AAAS), 2016
- Haystack Sciences LLC, SAB Member, 2016-2020
- Meeting Chair and Local Organizer, 2018 National Medicinal Chemistry Symposium
- Innovator to Vanderbilt ten preclinical candidates: **VU220** (schizophrenia), **VU988** (dystonia), **VU472/AP-472** (Parkinson's disease), **VU8055/AF98943** (Schizophrenia), **VU319/AC-319** (Alzheimer's disease/schizophrenia); **VU238** (Parkinson's disease/depression); **VU521** (Parkinson's disease); **VU957** (Parkinson's disease); Vanderbilt/JNJ preclinical candidate (NME) **JNJ212** (Schizophrenia); Vanderbilt/Seaside preclinical candidate: **STX110** (Fragile X Syndrome)
- 2016 Thomson Reuters Highly Cited Researcher (Pharmacology & Toxicology)
- Philip S. Portoghese Distinguished Lecture in Medicinal Chemistry (U. Minnesota), 2015
- 2015 Thomson Reuters World's Most Influential Scientific Minds (Pharmacology & Toxicology)
- 2015 Thomson Reuters Highly Cited Researcher (Pharmacology & Toxicology)
- John J. Abel Award in Pharmacology (ASPET), 2014
- Academic Councilor, ACS MEDI, 2014-2018 (nationally elected position)
- *ACS Chem. Neurosci.* ref. 261. ACS Editor's Choice
- *ACS Chem. Bio.* ref. 247. ACS Editor's favorite paper of 2014.
- *ACS Chem. Bio.* ref. 247. ACS Editor's Choice, featured in C&E News (9-9-2014)
- ACS Experts Program, 2014-onward.
- ASPET Executive Committee (Molecular Pharmacology division), 2014-2016.
- Distinguished Alumni (College of Natural Sciences), California State University, Chico, 2014.
- The Philip S. Portoghese *Journal of Medicinal Chemistry*/ACS Division of Medicinal Chemistry Joint Lectureship Award, 2013.
- Sidney P. Colowick Award for research that serves as a platform for discovery in diverse areas, 2013: Vanderbilt Medical Center Faculty Award.
- Awarded an Endowed Chair, the William K. Warren, Jr. Chair in Medicine, 2012.
- Chairman, NIH Molecular Libraries Network, 2012-2014.
- ACS Medicinal Chemistry Division Long Range Planning Committee, 2012-2014.
- Innovator/key contributer to six MERCK preclinical candidates (2001-2006): **MK-7816** (insomnia), **MK-2637** (schizophrenia), **MK-1832** (atrial fibrillation), **MK-6673** (oncology), **MK-2206** (oncology) and [$^{18}$F]**MK-6577** (schizophrenia tracer).
- Vanderbilt Medical Center Faculty Award 2011: Vanderbilt Leadership of a Multi-Investigator Team Award for Two or More Faculty Working Collaboratively or in a Multidisciplinary Manner to Address Important Biological Processes and/or Diseases, 2011.

- Chair, Chemical Neuroscience Session (ORGN), ACS 243th National Meeting 2012.
- 'Most Cited Article' *Curr. Top. Med. Chem.* (review ref. 5)
- 'Most Cited Article 2003-2010' *Bioorg. Med. Chem. Lett.* (ref. 26)
- Top 50 'Most Cited Articles 2003-2010' *Bioorg. Med. Chem. Lett.* (ref. 40)
- Invited Instructor, Drew University Medicinal Chemistry Short Course, 2010-2018
- ASPET-Astellas Award for Translational Pharmacology, 2010
- Organizer, Keystone Symposia on 'Early Stage Drug Discovery', 2011.
- Thomson Reuters *Essential Science Indicators*$^{SM}$ Hot New Paper, Most Cited in Field of Pharmacology 2008/2009 (Review ref. 28)
- 6th Most Accessed and Downloaded Manuscript in 2009, *ChemMedChem* (ref. 70)
- Co-Chair, Allosteric Modulator Session (MEDI), ACS 238th National Meeting 2009.
- Most Read and Cited Article 2008, *Journal of Combinatorial Chemistry* (Review ref. 23)
- Most Read and Cited Article 2008, *ACS Chemical Biology* (Review ref. 27)
- Abbott - medicinal chemistry consultant, 2010-2014
- Eisai - medicinal chemistry consultant, 2008-2010
- Amgen – medicinal chemistry consultant, 2007-2009
- Reuter's – medicinal chemistry consultant, 2007-2012
- Most Cited Paper 2005-2008 Award, *Bioorg. Med. Chem. Lett.* (reference 27).
- Assessor – Michael J. Fox Foundation for Parkinson's Research, 2006-onward
- Scientific Advisory Board Member. NIH Chemical Genomics Center, 2004-2012
- NIH SEP Pilot Library Grant Review Committee – 2005-2007
- Early Development Team (EDT) Chemistry Representative MK-2637
- Merck Research Labs (MRL) Chemistry Representative: Schizophrenia and Neuroscience Target Area Group (TAGs)
- Most Cited Paper 2003-2006 Award, *Bioorg. Med. Chem. Lett.* (reference 26).
- 3rd most downloaded and 2nd most cited manuscript in 2005, *Bioorg. Med. Chem. Lett.* (reference 26)
- Top 25 most downloaded manuscripts in 2005, *Bioorg. Med. Chem. Lett.* (reference 27)
- Merck Research Labs (MRL) Quarterly Stock Grant Award: 1Q2005, 4Q2005, 1Q2006 (2)
- LHS Alumni Hall of Honor Inductee, 2005
- TES lead optimization paradigm featured in Genetic Engineering News, Vol. 25(14), 2005
- Aldrich commercialized our Rasta resins utilizing our MAOS protocol – 2005
- Our MAOS research featured in C&E NEWS, Vol. 82 (50), Exclusive Online – 2004
- Merck Award for Excellence, Merck Research Laboratories, 2002, 2005, 2006 (3)
- 'Change the World' Award, Eli Lilly & Co., 2001
- Parke-Davis/University of Michigan Mentor/Instructor, 1999-2000
- Harvard Institute of Chemistry and Cell Biology Postdoctoral Fellowship Recipient, 1997-1999
- Robert H. DeWolfe Award for Excellence in Undergraduate Instruction, UCSB, 1995-1996
- Outstanding Graduating Senior in Chemistry, CSUC, 1992
- American Institute of Chemists Award for Outstanding Senior in Chemistry, CSUC, 1992
- President, Student Affiliates of the American Chemical Society, CSUC chapter, 1991-1992
- NSF Summer Undergraduate Research Fellowship Recipient, 1991

**STUDENTS SUPERVISED:**

Over 60 rotation and 50 summer UG students (Pharmacology, Chemistry and Chemical & Physical Biology)
Trained over 65 graduate students and postdoctoral fellows since 2006.

J. Phillip Kennedy - Chemistry Graduate Student (2006-2010); currently Sr. Research Manager, Revance
R. Nathan Daniels - Chemistry Graduate Student (2006-2010); Assistant Professor, Lipscomb University
Olgubeminiyi Fadeyi - Chemistry Graduate Student (2007-2011); Sr. Scientist (Pfizer); Director (Merck)
Michael Schulte - Chemistry Graduate Student (2009-2013); postdoc in Manning lab (VU); Research Assistant professor, VCNDD; now Assistant Professor in Radiology, IUPUI

Leslie Aldrich - Chemistry Graduate Student (2008-2012); postdoc in Schreiber lab (Broad); currently Assistant Professor, UIC
Sydney Stoops - Pharmacology Graduate Student (2007-2011); postdoc in Kodadek lab (SCRIPPS); Sr. Scientist at Incyte Pharmaceuticals
Thomas Bridges - Pharmacology Graduate Student (2006-2010); currently Drug Discovery Scientist II, VCNDD
Evan Lebois - Pharmacology Graduate Student (2008-2010); currently Sr. Scientist (Pfizer), now BROAD
Robert Lavieri - Pharmacology Graduate Student (2007-2014); currently scientist at VICTR
Sameer Sharma – CPB Graduate Student (2007-2009); currently in VU MBA Program
Uyen Le – CPB Graduate Student (2009-2011); currently in Pharmacy School (UT)
John Brogan - CPB Graduate Student (2009-2013); Biogen-IDEC; now Regulatory CMC Manager at Seattle Genetics
Matthew O'Reilly- Chemistry Graduate Student (2010-2014); postdoc with Blackwell (WIS); assistant professor, UWRF; now Professor, Villanova
Patrick Gentry - CPB Graduate Student (2011-2014); postdoc with Christopoulos (Monash)
Tim Senter - Chemistry Graduate Student (2010-2014); postdoc with Steven Buchwald (MIT); now Vertex
Kris Hahn - Chemistry Graduate Student (2010-2012); M.S., currently Medicinal Chemist at Morphic
Josh Bruner - Chemistry Graduate Student (2010-2012); M.S., currently Bus. Dev. at Triumvirate
Cynthia Bollinger - Chemistry Graduate Student (2011-2014), currently medicinal chemist at Janssen
Cody Wenthur - Pharmacology Graduate Student (2011-2015); postdoc with Kim Janda (SCRIPPS); Assistant Professor, Univeristy of Wisconsin-Madison
Brittney Bates - CPB Graduate Student (2011-2013); Technology License Officer, CTTC; currently Pharmacist
Pedro Garcia - CPB Graduate Student (2013-2016); postdoc with Tim Jamison (MIT); now Vertex
Kellie Nance - Chemistry Graduate Student (2014-2017); postdoc with Meier (NIH/NCI)
Alexander Geanes - Chemistry Graduate Student (2014-2016); National Lab (Seattle)
Shane Rainey- Chemistry Graduate Student (2014-2015); currently, Test America
Andrea Mccollum- Chemistry Graduate Student (2014-2015); Surgical Critical Care Medicine Physician Assistant at Shands Teaching Hospital And Clinics, Inc.
Mark Fulton - Chemistry Graduate Student (2016-2019); postdoc with Matthew Shair (Harvard); now Senior Consultant, Prescient Healthcare Group.
Daniel Jeffries - Chemistry Graduate Student (2016-2019); postdoc with Matthew Shair (Harvard); now Senior Analyst, Roivant Sciences.
Mabel Seto - Pharmacology Graduate Student (2016-2019); Vanderbilt Memory & Alzheimer's center
Jeanette Bertron - Chemistry Graduate Student (2017-2020); postdoc with Jason Gestwicki (UCSF); currently, Scientists I, Nurix Pharmaceuticals
Carson Reed - Chemistry Graduate Student (2017-2019); currently Drug Discovery Scientist I in WCNDD
Jacob Kalbfleish - Chemistry Graduate Student (2019-)
Caitlin Kent - Chemistry Graduate Student (2019-2021); currently, Scientist, Integrated Drug Discovery, Sanofi

**POSTDOCTORAL FELLOWS SUPERVISED (39):**
Jana Lewis (2007-2009); currently Sr. Scientist at Living Proof, Inc.
Jason Buck (2007-2008); currently staff scientist, VU Imaging Center
Ya Zhou (2007-2009); currently Drug Discovery Scientist I in VCNDD
Dustin Haddenham (2010- 2011); currently, Scientist at Boehringer-Ingelheim (Process Chemistry)
Steven Townsend (2010-2011); postdoc at Sloan-Kettering (Danishefsky); currently, Assoc. Prof. Vanderbilt
Chris Tarr (2010-2011); currently Drug Discovery Scientist I, VUMC Oncology Drug Discovery
Margie Mattmann (2010- 2012); currently scientist at Biomatrica
Kimberly Lovell (2011- 2012); second postdoc at SCRIPPS (Bohn); KU Clinical Trial
Mark Turlington (2011-2013); currently Associate Professor of Chemistry at Berry College
Thomas Matthews (2011-2014); scientist with the Center for Disease Control (CDC)
Joseph Panarese (2011-2012); postdoc with Matt Shair (Harvard); currently, Director at Enanta
Leah Konkol (2012-2012); currently Sr. Scientist, Incyte
Changho Han (2013-2014); currently Drug Discovery Scientist II, VCNDD
Kyuk Yeon (2013-2014); currently Drug Discovery Scientist I, VUMC Oncology Drug Discovery
Karl Voigtritter (2014-2015); currently Assistant Professor at CSU, Chico
Kayla Temple (2014-2016); currently Drug Discovery Scientist II in VCNDD
Kevin McGowan (2015-present); currently, Sr. Scientist, St. Judes

Josh Wieting (2016-2017); currently Sr. Scientist, Pharamceutical Product Development.
Aaron Bender (2016-present); currently Drug Discovery Scientist II in WCNDD
Rachel Crouch (2016-2017); Assistant Professor, Lipscomb University School of Pharmacy
Christopher Brassard (2016); Sr. Scientist, Leidos; currently Scientists III, ThermoFisher
Shahrina Alam (2016); second postdoc at UT
Dexter Davis (2017-2018); Sr. Scientist, Enanta Pharmacueticals
Elizabeth Childress (2017-2019); currently Drug Discovery Scientist I, WCNDD
Aaron Garrison (2018-2019); Sr. Scientist, AstraZeneca (Sweden)
Christopher Presley (2018-2019); current Drug Discovery Scientist I, WCNDD
Charles Perry (2018-2020), current, Sr. Scientist II, Broad Institute
Anthony Nastase (2019); scientific advisor, Wilson, Sonsini, Goodrich & Rosati
Kwaku Kyei-Baffour (2019-2021); current, Sr. Scientist, Broad Institute
Douglas Orsi (2019-2020), current, Sr. Scientist, Broad Institute
Jingmin Li (2019-2021); currently Drug Discovery Scientist I, WCNDD
Scott Henderson (2019-2020); Sr. Scientist, Benevolent AI (UK)
Lisa Barbaro (2019-2021); currently Drug Discovery Scientist I, WCNDD
Anthony Scruse (2020-2021); Sr. Scientist, Pfizer
Joseph Bungard (2020-present)
Melissa Korkmaz (2020-2021); currently, Scientist I Med Chem, LifeMine Therapeutics
Katie Crocker (2020-2021); currently Drug Discovery Scientist I, WCNDD
Cori Malinky (2020-2022); currently, Scientist I Med Chem, Cogent Therapeutics
Caleb Jones (2021-2022); currently Drug Discovery Scientist I, WCNDD
Jacob Murray (2021-present)
Jeremy Coleman (2021-2022); currently Drug Discovery Scientist I, WCNDD
Upendra Rathnayake (2021-2022); currently Drug Discovery Scientist I, WCNDD

**MERCK:** Supervised a group of 20 Medicinal Chemists (4 Ph.D.s, 16 B.S./M.S.)
**WCNDD/MLPCN STAFF SCIENTISTS SUPERVISED:** Oversee, as Center Director, a staff of 95 FTEs across medicinal chemistry, molecular pharmacology, drug metabolism & disposition, behavioral pharmacology and pre-clinical/clinical development.

## Funding

### Endowment

- GET300064 'Warren Center for Neuroscience Drug Discovery' ($20 million)

### Active (Grants):

- 1R01MH124671-01 'Development of mGlu7 receptor allosteric modulators for neurologic and psychiatric disorders' ($3.53 million), co-PI, 09/21/2020 – 06/30/2025, 10% effort
- 4UH3NS116218-01 'Novel $mGlu_5$ negative allosteric modulators as first-in-class non-addictive analgesic therapeutics' ($573 K), co-PI, 09/01/2021-08/31/2023, 15% effort
- 1R61HD099742-01 'Development of Novel Nonsteroidal Contraceptive Methods' ($3.3 million), co-PI, 07/01/2019-06-30-2021, 1% effort
- 1R01 DK120821-01A1 'Development of Distal Nephron Diuretics Targeting Kir4.1/5.1 Heteromeric Potassium Channels' ($1.2 million), co-PI, 09/10/2019-09/09/2022, 1% effort
- PR180732 (DoD) 'Optimization of selective $M_4$ muscarinic receptor antagonists for treatment of dystonia' ($2.99 million), co-PI, 07/01/2019-06/30/2022
- 1R01MH119673-01 'Discovery of mGlu receptor PAMs for the treatment of schizophrenia'($2.27 million), co-PI, 02/15/2019-02/14/2024

### Funding (Corporate Partnerships):

- SRA00000038, Neumora Therapeutics ($1.65 million), PI, 02/10/2022 – 02/09/2023
- U0057213, Prothena Biosciences, Inc. ($2.75 million), PI, 12/13/2021 – 12/13/2022
- UNIV61909, Soleno Pharmaceuticals ($825K), PI, 03/01/2021-02/27/2023
- UNIV61505, Acadia Pharmaceuticals ($8.25 million), PI, 03/01/2020-02/27/2023
- UNIV60533, Boehringer Ingelheim Pharmaceuticals ($8.80 million), PI, 11/15/2018-12/31/2022
- VUMC54551, Ono Pharmaceuticals ($12.85 million), PI, 11/11/2015 – 11/31/2023

**Completed**

- 1UG3NS116218-01 'Novel $mGlu_5$ negative allosteric modulators as first-in-class non-addictive analgesic therapeutics' ($1.98 million), co-PI, 09/17/2019-09/16/2021, 15% effort
- UNIV60628, Ancora Innovation ($6.75 million), co-PI, 01/08/2019-06/31/2021
- UNIV60542, Boehringer Ingelheim Pharmaceuticals ($7.7 million), PI, 11/15/2018-06/14/2021
- UNIV60623, Ancora Innovation ($5.9 million), PI, 01/08/2019-01/07/2021
- 1R01MH113543-01 'Development of a Selective Metabotropic Glutamate Receptor 7 Allosteric Modulator Probe' ($1.2 million), co-PI, 08/01/2017-05/31/2020, 12% effort.
- PR160102 (DoD) 'The Role of Metabotropic Glutamate 7 in the Etiology and Treatment of Rett Syndrome' ($1.19 million), co-PI, 07/01/2017-06/30/2020, 12% effort.
- 1R01MH108498-01 'Development of an $mGlu_{2/4}$ heterodimer-selective allosteric modulators' ($1.49 million), co-PI, 12/10/2015-11/30/2018, currently in NCE, 2% effort.
- UNIV60006, Lundbeck Pharamceuticals ($6.2 million), PI, 12/20/2017 – 03/31/2021
- VUMC65362, Bayer Pharmaceuticals ($22.5 million), co-PI, 09/15/2017-09/14/2019
- 1U19MH106839-01 'M1 PAM Optimization and Clinical Development' ($3.93 million), co-PI, 09/10/2015-09/09/2018, 10% effort.
- 2RO1MH082867-06 'Sel. M1 mAChR Allost. Mod. for Schizophrenia' ($1.12 million), PI, 07/01/2008-06/30/2018, 15% effort.
- 1RO1DA037207-01 'Discovery of mAChR5 modulators for use in rodent models of drug addiction' ($1.07 million), PI, 04/01/2015-03/31/2018, 10% effort.
- VUMC 55115 (WKWF Drug Discovery Award) 'Supporting IND-Enabling Studies of Novel MDD Therapeutics' ($2.25 million), PI, 07/01/2015-06/30/2017, 5% effort.
- VUMC 53205 (WKWF Drug Discovery Award) 'Novel Schizophrenia Therapies' ($5 million), PI, 10/01/2014-09/30/2017, 10% effort.
- UNIV58493 (WKWF Drug Discovery Award) 'Novel Schizophrenia Therapies - II' ($1 million), PI, 09/01/2016-08/31/2017, 10% effort.
- S10 OD021734-01 'Fluorescent and Luminescent Kinetic Imaging Plate Reader' ($679,818), PI, no effort.
- 1RO1GM106232-01 'Allost. Modulators of the GLP-1 receptor' ($1.1 million), co-PI, 02/01/2014-01/31/2017, 7% effort.
- DRMF07721 'Development of novel reagents to augment cholinergic signaling in dystonia' ($200K), co-PI, 08/01/2014-07/31/2016, 5% effort.
- VUMC40457, AstraZeneca, $M_4$ PAM ($8.75 million), co-PI, 12/21/12 – 08/15/2016.
- VUMC43294, LaJolla Pharmaceuticals ($1.16 million), co-PI, 11/21/2014-06/20/2016.
- 1RO1DA023947-01 'Partial Antag. of mGluR5 for the Treatment of Cocaine Addiction ($1.36 million), PI, 06/01/2008-05/31/2014, 20% effort; currently in NCE until 05-30-2015.
- 1U54MH084659-01 'Vanderbilt Spec. Chem. Center for Accel. Probe Dev.' ($28.9 million), PI, 09/01/2008-05/31/2014, 25% effort; currently in NCE until 05-30-2015.
- 1U01MH087965-01 'Vanderbilt NCDDDG for Discovery of Novel Treatments for Schizophrenia' ($11.3 million), co-PI, 12/01/2009-11/30/2014, 15% effort; currently in NCE until 05-30-2015.
- 1U19MH097056-01 'Development of mGluR5 NAMS for Treatment of Major Depression' ($3.75 million), co-PI, Project 1, PI, 01/08/2013-11/30/2015, 10% effort.
- 3U54MH084659-S01 'Development of novel, $M_4$ muscarinic Negative Allosteric Modulators (NAMs).' ($488K), PI, 05/01/2013 – 05/30/2015, no effort.
- 3U54MH084659-S02 'Development of novel, $M_5$ muscarinic Negative Allosteric Modulators (NAMs).' ($499.6K), PI, 05/01/2013 – 05/30/2015, no effort.
- 3U54MH084659-S03 'Development of novel $D_4$ antagonists and progress towards a PET tracer' ($512K), PI, 05/01/2013 – 05/30/2015, no effort.
- VUMC39328, Bristol Myers Squibb, $mGlu_4$ PAM, ($8.0 million), co-PI, 9/19/12 – 3/18/15.
- McDonnell Foundation, VUMC220020246 'PLD Inhibitors for the Treatment of Cancer'($450K), co-PI, 08/01/2010 – 07/31/2013, no effort.
- VUMC34998, Johnson & Johnson 'mGluR5 Positive Allosteric Modulators for Schizophrenia' ($11 million), co-PI, 12/01/2008-12/31/2012, 1% effort.

- VUMC36176, Seaside Therapeutics 'M1 Antagonists for the Treatment of FXS' ($5.0 million), co-PI, 01/01/2010-12/31/2012, 1% effort.
- 1U54MH084659-S01 'Design and synthesis of libraries of small molecule protein-protein inhibitors' ($1 million), PI, 06/01/2010 – 05/31/2012, no effort.
- 1U54MH084659-S02 'DMPK Profiling and Optimization of MLPCN Probes'($1 million), PI, 06/01/2010 – 05/31/2012, no effort.
- VUMC33842, Seaside Therapeutics 'mGluR5 Partial Antagonists for the Treatment of FXS' ($4.5 million), co-PI, 12/01/2007-6/31/2011, 1% effort.
- VU Therapeutic Discovery Grant 'mGluR4 PAMs for Parkinson's Disease' ($4.5 million), co-PI, 01/01/2007-02/28/2010, 0% effort.
- Michael J. Fox Foundation LEAPS Award 'mGluR4 PAMs for PD' ($4.4 million), co-PI, 01/01/2008 - 12/31/2011, 10% effort.
- Alzheimer Association IIRG-07-57131 'Novel Muscarinic Therapeutics for AD' ($239 K), PI.
- VICB Pilot Project Grant 'M1 PAMs for Alzheimer's Disease' ($45K), PI
- VICB Pilot Project Grant 'GLP-1 PAMs for Diabetes' ($45K), co-PI
- ACS-IRG 'Allosteric Akt and PDK1 inhibitors' ($20K), PI
- 3U54 MH074427-02S1, NIH/MLSCN Chemistry Core Supplement ($500K), PI
- Vanderbilt UCDPG Infrastructure Grant 'Preparative Chiral HPLC' ($174,600), co-PI

**Bilbiometrics** (based on Web of Science Database)
- Total citations (1994-2021): 20,076
- Average citations per manuscript: 21.89; Average citations per year: 707.11
- h-index: 71
- i10-index: 388

**Bilbiometrics** (based on Google Scholar)
- Total citations (1994-2021): 28,130
- h-index: 85
- i10-index: 463

**Publications:**

**In Press/submitted**

10. Cikowski, J.; Holt, C.; Arthur, B.; Smooth, M.; Gonzales, S.; Lindsley, C.W.; Niswender, C.M.; Gogliotti, R.G. 'Optimized administration of the $M_4$ PAM VU0467154 demonstrates broad efficacy, but limited effective concentrations in *Mecp2*$^{+/-}$ mice' *ACS Chem. Nueurosci., submitted.*

9. Reed, C.W.; Rodriguez, A.L.; Kalbfleisch, J.J.; Seto, M.; Jenkins, M.T.; Blobaum, A.L.; Chang, S.; Lindsley, C.W.; Niswnder, C.M. 'Devleopment and profiling of $mGlu_7$ NAMs with a range of in vitro efficacies' *Bioorg. Med. Chem. Lett., submitted.*

8. Garrison, A.; Orsi, D.; Capstick, R.; Whomble, D.; Carter, T.R.; Felts, A.; Vinson, P.; Rodriguez, A.; Fu, A.; Hajai, K.; Cho, H.P.; Teal, L.B.; Ragland, M.G.; Ghamari-Langroudi, M.; Bubser, M.; Chnag, S.; Schnetz-Boutaud, N.; Blobaum, A.; Foster, D.J.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Jones, C.K.; Han, C. 'Development of VU6019650: a potent, highly selective and systemically active orthosteric antagonist of the $M_5$ muscarinic acetylcholine receptor for the treatment of Opioid Use Disorder' *J. Med. Chem., submitted.*

7. Luessen, D.J.; Gallinger, I.M.; Ferranti, A.S.; Foster, D.J.; Melancon, B.J.; Lindsley, C.W.; Niswender, C.M.; Conn, P.J. '$mGlu_1$-Mediated Restoration of Prefrontal Cortex Inhibitory Signaling Reverses Social and Cognitive Deficits in an NMDA Hypofunction Model' *Neuropsychopharmcology, submitted.*

6. Joffe, M.E.; Maksymetz, J.; Luschinger, J.L.; Dogra, S.; Ferranti, A.S.; Luessen, D.J.; Gallinger, I..M.; Branthwaite, H.; Melugin, P.R.; Williford, K.M.; Centanni, S.W.; Shields, B.C.; Lindsley, C.W.; Calpari, E.S.; Siciliano, C.A.; Niswender, C.M.; Tadross, M.R.; Winder, D.G.; Conn, P.J. 'Acute stress usurps prefrontal cortex

circuit function through $mGlu_5$ receptor plasticity on somatostatin-expressing interneurons' *Neuron, in press.*

5. McCleanahan, S.J.; Kent, C.N.; Kharade, S.V.; Greshman, R.; Isaeva, O.; Lazarenko, R.; Days, E.; Bauer, J.; Sulikowski, G.; Strauschenko, A.; Lindsley, C.W.; Denton, J.S. 'VU6036720: The first potent and selective small-molecule inhibitor of heteromeric Kir4.1/5.1 potassium channels' *Mol. Pharmacol., in press.*

4. Dwomoh, L.; Rossi, M.; Scarpa, M.; Khajehali, E.; Molloy, C.; Herzyk, P.; Bottrill, A.R.; Sexton, P.M.; Christopoulos, A.; Conn, P.J.; Lindsley, C.W.; Bradley, S.J.; Tobin, A.B. 'Activation of $M_1$ muscarinic receptors reduce pathology and slow progression of neurodegenerative disease' *Sci. Signal, submitted.*

3. Vuckovic, Z.; Wang, J.; Mobbs, J.; Belousoff, M.J.; Bhattarai, A.; Burger, W.A.C.; Thompson, G.; Yeasmin, M.; Nawarante, V.; Leach, K.; van der Westhuizen, E.T.; Khajehali, E.; Liang, Y-L.; Glukhova, A.; Wootten, D.; Lindsley, C.W.; Tobin, A.B.; Sexton, P.M.; Danev, R.; Valant, C.; Miao, Y.; Christopoulos, A.; Thal. D.M. 'Structural and dynamic mechanisms of allostery at the $M_4$ muscarinic acetylcholine receptor' *Cell, submitted.*

2. Smith, M.; Arthur, B.; Cikowski, J.; Holt, C.; Gonzalez, S.; Fisher, N.M.; Vermudez, S.A.; Lindsley, C.W.; Conn, P.J.; Niswender, C.M.; Gogliotti, R.G. 'Clinical and preclinical evidence for $M_1$ muscarinic acetylcholine receptor potentiation as a novel therapeutic approach for Rett syndrome' *Biol. Psychiatry, submitted.*

1. Zucca, S.; Dao, M.T.; Dunn, H.A.; Sutton, L.P.; Maza, N.A.; Crynen, G.; Lindsley, C.W.; Niswender, C.M.; Luján, R.; Martemyanov, K.A. 'Rewiring cholinergic circuits in the nucleus accumbens orchestrates opioid reward' *Neuron, submitted.*

**Primary Literature**

558. Thomsen, M.; Crittenden, J.R.; Graybiel, Lindsley, C.W. 'Effects of acute and repeated administration of the $M_4$-selective muscarinic receptor positive allosteric modulator VU0152099 on cocaine vs. food choice in male rats' *Addiction Biology* **2022**, *27*, e13145.

557. Bogan, C.; Kaczmarek, J.; Pierce, J.; Tao, Y.; Chen, S-C.; Boyd, K.; Calcutt, M.W.; Bridges, T.M.; Lindsley, C.W.; Nadelmann, J.B.; Liao, A.; Hsieh, T.; Abramson, D.H.; Francis, J.H.; Friedman, D.; Richmond, A.; Daniels, A. 'Evaluation of intravitreal topotecan dose levels, toxicity, and efficacy for retinoblastoma vitreous seeds: A preclinical and clinical study' *Br. J. Ophthalmology* **2022**, *106*, 288-296.

556. Tyler, R.E.; Bluitt, M.; Engers, J.L.; Lindsley, C.W.; Besheer, J. 'The effects of predator odor (TMT) exposure and $mGlu_3$ NAM pretreatment on behavioral and NMDA receptor adaptations in the brain' *Neuropharmacology* **2022**, *207*, 108943.

555. Bender, A.M.; Carter, T.R.; Rodriguez, A.L.; Dickerson, J.W.; Rook, J.M.; Chang, S.; Engers, D.W.; Harp, J.R.; Bridges, T.M.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'Synthesis and Characterization of Chiral 6-Azaspiro[2.5]Octanes as Potent and Selective Antagonists of the $M_4$ Muscarinic Acetylcholine Receptor' *Bioorg. Med. Chem. Lett.* **2022**, *56*, article 128479.

554. Bertron, J.L.; Duvernay. M.T.; Mitchell, S.G.; Smith, S.T.; Maeng, J.G.; Blobaum, A.L.; David, D.C.; Meiler, J.; Hamm, H.E.; Lindsley, C.W. 'Discovery and optimization of a novel series of competitive and CNS penetrant Protease Activated Receptor 4 (PAR4) inhibitors' *ACS Chem. Neurosci.* **2021**, *12*, 4524-4534.

553. Barbaro, L.; Rodriguez, A.L.; Bevins, A.N.; Dickerson, J.W.; Boutaud, O.; Rook, J.L.; Niswender, C.M.; Conn, P.J.; Engers, D.W.; Lindsley, C.W. 'Discovery of 'Molecular Switches' within a series of $mGlu_5$ allosteric ligands driven by a 'magic methyl' effect affording both PAMs and NAMs with in vivo activity, derived from an $M_1$ PAM' *ACS Bio. & Med. Chem. Au.* **2021**, *1*, 21-30.

552. Kaczmarek, J.; Bogan, C.; Pierce, J.; Tao, Y.; Chen, S-C.; Boyd, K.; Calcutt, M.W.; Bridges, T.M.; Lindsley, C.W.; Friedman, D.; Richmond, A.; Daniels, A. 'Intravitreal HDAC inhibitor, Belinostat, effectively eradicates vitreous seeds without retinal toxicity in vivo in a rabbit retinoblastoma model' *Investig. Ophthalmol. Vis. Sci.* **2021**, *62*, article 8.

551. Long, M.F.; Capstick, R.A.; Spearing, P.K.; Engers, J.L.; Gregro, A.R.; Bollinger, S.R.; Chang, S.; Luscombe, V.B.; Rodriguez, A.L.; Cho, H.P.; Niswender, C.M.; Bridges, T.M.; Conn, P.J.; Lindsley, C.W.; Engers, D.W.; Temple, K.J. 'Development of structurally distinct tricyclic $M_4$ positive allosteric modulator (PAM) chemotypes – Part 2' *Bioorg. Med. Chem. Lett.* **2021**, *53*, article 128416.

550. Maksymetz, J.; Byun, N.E.; Luessen, D.J.; Li, B.; Barry, R.L.; Gore, J.C.; Niswender, C.M.; Lindsley, C.W.; Joffe, M.E.; Conn, P.J. '$mGlu_1$ potentiation enhances prelimbic somatostatin interneuron activity to rescue schizophrenia-like physiological and cognitive deficits' *Cell Reports* **2021**, *37*, article 109950.

549. Yosuke, Y.; Gilliland, K.; Xiang, X.; Haymer, D.; Crocker, K.; Loch, M.T.; Schulte, M.L.; Rodriguez, A.L.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Melancon, B.M. 'Positive allosteric modulators (PAMs) of the group II metabotropic glutamate receptors: Design, synthesis and evaluation as ex-vivo tool compounds' *Bioorg. Med. Chem. Lett.* **2021**, *50*, article 128342.

548. Walker, L.C.; Huckstep, K.L.; Chen, N.A.; Hand, L.J.; Lindsley, C.W.; Langmead, C.J.; Lawrence, A.J. 'Muscarinic $M_4$ and $M_5$ receptor subtypes in the ventral subiculum differentially modulate alcohol seeking vs consumption in male alcohol preferring rats' *Br. J. Pharmacol.* **2021**, *178*, 3730-3746.

547. Dogra, S.; Stansley, B.J.; Xiang, Z.; Qian, W.; Gogliotti, R.G.; Nicoletti F.; Lindsley, C.W.; Niswender, C.M.; Joffe, M.E.; Conn, P.J. 'Activating $mGlu_3$ metabotropic glutamate receptors rescues schizophrenia-like cognitive deficits through metaplastic adaptations within the hippocampus' *Biol. Psychiatry* **2021**, *90*, 385-398.

546. Malinky, C.A.; Lindsley, C.W.; Han, C. 'DARK Classics in Chemical Neuroscience: Loperamide' *ACS Chem. Neurosci.* **2021**, *12*, 2964-2973.

545. Burger, W.A.C.; Gentry, P.R.; Berizzi, A.E.; Vuckovic, Z.; van der Westhuizen, E.T.; Thompson, G.; Yeasmin, M.; Lindsley, C.W.; Sexton, P.M.; Langmead, C.J.; Tobin, A.B.; Christopoulos, A.; Valant, C.; Thal, D.M. 'Idenitfication of a novel allosteric site at the $M_5$ muscarinic acetylcholine receptor' *ACS Chem. Neurosci.* **2021**, *12*, 3112-3123.

544. Spock, M.; Carter, T.R.; Bollinger, K.A.; Han, C.; Baker, L.; Rodriguez, A.L.; Peng, L.; Dickerson, J.W.; Qi, A.; O'Neil, J.C.; Watson, K.J.; Chang, S.; Bridges, T.M.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Bender, A.M. 'Discovery of VU6028418: A Highly Selective and Orally Bioavailable $M_4$ Muscarinic Acetylcholine Receptor Antagonist Preclinical Candidate for the Treatment of Dystonia' *ACS Med. Chem. Lett.* **2021**, *12*, 1342-1349.

543. Moehle, M.S.; Bender, A.M.; Dickerson, J.W.; Foster, D.J.; Donsante, C.; Peng, W.; Bryant, Z.; Bridges ,T.M.; Chang, S.; Watson, K.J.; O'Neil, J.C.; Peng, L.; Rodriguez, A.L.; Niswender, C.M.; Lindsley, C.W.; Hess, E.J.; Conn, P.J.; Rook, J.M. 'Discovery of the first selective $M_4$ muscarinic acetylcholine receptor antagonists with *in vivo* anti-parkinsonian and anti-dystonic efficacy' *ACS Pharmacol. Trans. Sci.* **2021**, *4*, 1306-1321.

542. Holter, K.M.; Lekander, A.D.; Norman, N.L.; Sands, L.P.; Lindsley, C.W.; Jones, C.K.; Gould, R.W. 'Partial $mGlu_5$ negative allosteric modulator M-5MPEP demonstrates antidepressant-like effects on sleep without affecting cognition or quantitative EEG' *Front. Neurosci.* **2021**, *15*, article 700822.

541. Spearing, P.K.; Bridges, T.M.; Cho, H.P.; Luscombe, V.B.; Blobaum, A.L.; Boutuad, O.; Engers, D.W.; Rodriguez, A.L.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Bender, A.M.; Discovery of a Novel Class of Heteroaryl-Pyrrolidinones as Positive Allosteric Modulators of the Muscarinic Acetylcholine Receptor $M_1$' *Bioorg. Med. Chem. Lett.* **2021**, *47*, article 128193.

540. Kim, K.; Christov, P.P.; Romaine, I.; Tian, J.; Jana, S.; Lamers, A.P.; Dutter, B.; Scaggs, T.; Jeon, K.O.; Guttentag, B.; Weaver, C.D.; Lindsley, C.W.; Waterson, A.G.; Sulikowski, G.A. 'Chemical Synthesis in Support of Chemical Biology: Ten-Year Retrospective of the Vanderbilt Institute of Chemical Biology Chemical Synthesis Core' *ACS Chem. Bio.* **2021**, *16*, 787-793.

539. Xiang, Z.; Yohn, S.E.; Lv, X.; Lin, X.; O'Brien, D.E.; Altman, M; Lindsley, C.W.; Javitch, J.A.; Niswender, C.M.; Conn, P.J. 'Input-specific regulating glutamatergic synaptic transmission in medial prefrontal cortex by $mGlu_{2/4}$ heterodimers' *Sci. Signal.* **2021**, *14*, eabd2319.

538. Fisher, N.M.; Alhashim, A.; Buch, A.B.; Badivuku, H.; Samman, M.; Lindsley, C.W.; Conn, P.J.; Gogliotti, R.G.; Niswender, C.M. 'A GRM7 mutation associated with developmental delay reduces $mGlu_7$ expression and produces neurological phenotypes' *JCI Insights* **2021**, *6*, e143324.

537. Kent, C.N.; Fulton, M.G.; Stillwell, K.J.; Dickerson, J.W.; Loch, M.T.; Rodriguez, A.L.; Blobaum, A.L.; Boutaud, O.; Rook, J.P.; Niswender, Conn, P.J.; Lindsley, C.W. 'Discovery and optimization of a novel CNS

penetrant series of $mGlu_4$ PAMs based on a 1,4-thiazepane core with in vivo efficacy in a preclinical Parkinsonian model' *Bioorg. Med. Chem. Lett.* **2021**, *37*, article 127838.

536. Davis, D.C.; Bungard, J.D.; Chang, S.; Rodriguez, A.L.; Blobaum, A.L.; Boutaud, O.; Melancin, B.J.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'Lead optimization of the VU0486321 series of $mGlu_1$ PAMs. Part 4: SAR reveals positive cooperativity across multiple mGlu receptor subtypes leading to subtype *un*selective PAMs' *Bioorg. Med. Chem. Lett.* **2021**, *37*, article 127724.

535. Khajehali, E.; Bradley, S.; Van Der Westhuizen, E.; Molloy, C.; Valant, C.; Finlayson, L.; Lindsley, C.W.; Sexton, P.M.; Tobin, A.B.; Christopoulos, A. 'Restoring function at a chemogenetically modified $M_1$ muscarinic acetylcholine receptor' *ACS Chem. Neurosci.* **2020**, *11*, 4270-4279.

534. Ringuette, A.E.; Spock, M.; Lindsley, C.W.; Bender, A.M. 'DARK Classics in Chemical Neuroscience: Carfentanil' *ACS Chem. Neurosci.* **2020**, *11*, 3955-3967.

533. Kyei-Baffour, K.; Lindsley, C.W. 'DARK Classics in Chemical Neuroscience: U-47700' *ACS Chem. Neurosci.* **2020**, *11*, 3928-3936.

532. Trombley, T.A.; Capstick, R.A.; Lindsley, C.W. 'DARK Classics in Chemical Neuroscience: Gamma-Hydroxybutyric acid (GHB)' *ACS Chem. Neurosci.* **2020**, *11*, 3850-3859.

531. Walker, L.C.; Berizzi, A.E.; Chen, N.A.; Rueda, P.; Perreau, V.M.; Huckstep, K.; Srisontiyakul, J.; Lindsley, C.W.; Jones, C.K.; Christopoulos, A.; Langmead, C.J.; Lawrence, A.J. 'Acetylcholine muscarinic $M_4$ receptors as a therapeutic target for alcohol use disorder: Converging evidence from humans and rodents' *Biol. Psych.* **2020**, *88*, 898-909.

530. Gould, R.W.; Russell, J.K.; Nedelcovych, M.T.; Bubser, M.; Bridges, T.M.; Newhouse, P.A.; Lindsley, C.W.; Conn, P.J.; Nader, M.A.; Jones, C.K. 'Modulation of arousal and sleep/wake architecture by $M_1$ PAM VU0453595 across young and aged rodent and non-human primate' *Neuropsychopharmacology,* **2020**, *45*, 2219-2228.

529. Yohn, S.E.; Foster, D.J.; Covey, D.P.; Moehle, M.S.; Galbraith, L.; Garcia-Barrantes, P.M.; Joeff, M.E.; Cho, H.P.; Blobaum. A.L.; Cheer, J.P.; Lindsley, C.W.; Conn, P.J. 'Activation of the $mGlu_1$ metabotropic glutamate receptor has antipsychotic-like effects and is required for efficacy of $M_4$ muscarinic receptor allosteric modulators' *Mol. Psych.* **2020**, *25*, 2786-2799.

528. Fisher, N.M.; Gould, R.W.; Gogliotti, R.G.; McDonald, A.J.; Badivuku, H.; Chennareddy, S.; Moore, A.; Jenkins, M.T.; Lindsley, C.W.; Jones, C.K.; Conn, P.J.; Niswender, C.M. 'Phenotypic profiling of $mGlu_7$ knockout mice reveals new implications for neurodevelopmental disorders'*Genes, Brain and Behavior* **2020**, *19*, e12654.

527. Reed, C.W.; Kalbfleisch, J.L.; Wong, M.J.; Washecheck, J.P.; Hunter, A.; Rodriguez, A.L.; Blobaum, A.L.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W. 'Discovery of VU6027459: a first-in-class selective and CNS penetrant $mGlu_7$ PAM tool compound' *ACS Med. Chem. Lett.* **2020**, *11*, 1773-1779.

526. Kalbfleisch, J.L.; Reed, C.W.; Park, C.; Spearing, P.K.; Quitlag, M.C.; Jenkins, M.T.; Rodriguez, A.L.; Blobaum, A.L.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W. 'Synthesis and SAR of a series of $mGlu_7$ NAMs based on an ethyl-8-methoxy-4-(4-phenylpiperazin-1-yl)quinolone carboxylate core**'** *Biorg. Med. Chem. Lett.* **2020**, *30*, article 127529.

525. Engers, D.W.; Bolinger, S.R.; Felts, A.S.; Vadukoot, A.K.; Williams, C.; Blobaum, A.L.; Lindsley, C.W.; Hong, C.C.; Hopkins, C.R. 'Discovery, synthesis and characterization of a series of 7-aryl-imidazo[1,2-*a*]pyridine-3-ylquinolines as activin-like kinase (ALK) inhibitors' *Biorg. Med. Chem. Lett.* **2020**, *30*, article 127418.

524. Kent, C.N.; Park, C.; Lindsley, C.W. 'Classics in Chemical Neuroscience: Baclofen' *ACS Chem. Neurosci.* **2020**, *11*, 1740-1755.

523. Fulton, M.G.; Loch, M.T.; Rodriguez, A.L.; Lin, X.; Javitch, J.A.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W. 'Synthesis and pharmacological evaluation of bivalent tethered ligands to target the $mGlu_{2/4}$ heterodimeric receptor results in a compound with $mGlu_{2/2}$ homodimer selectivity' *Biorg. Med. Chem. Lett.* **2020**, *30*, article 127212.

522. Turkett, J.A.; Ringuette, A.E.; Lindsley, C.W.; Bender, A.M. 'Synthesis of substituted 6,7-dihydro-5*H*-pyrrolo[2,3-*c*]pyridazines/pyrazines via catalyst-free, tandem hydroamination-aromatic substitution' *J. Org. Chem.* **2020**, *85*, 6123-6130.

521. Nunes, N.J.; Rupprecht, L.E.; Foster, D.J.; Lindsley, C.W.; Conn, P.J.; Addy, N. 'Examining the role of muscarinic M5 receptors in VTA cholinergic modulation of depressive-like and anxiety-related behaviors in rats' *Neuropharmacology* **2020**, *171*, article 108089.

520. Temple, K.J.; Long, M.F.; Gregro, A.R.; Watson, K.J.; Chang, S.; Luscombe, V.B.; Rodriguez, A.L.; Niswender, C.M.; Bridges, T.M.; Conn, P.J.; Engers, D.W.; Lindsley, C.W. 'Development of structurally distinct tricyclic $M_4$ positive allosteric modulator (PAM) chemotypes' *Bioorg. Med. Chem. Lett.* **2020**, *30*, article 126811.

519. Joffe, M.E.; Santiago, C.I.; Oliver, K.H.; Harris, N.A.; Engers, J.L.; Lindsley, C.W.; Winder, D.G.; Conn, P.J. '$mGlu_2$ and $mGlu_3$ negative allosteric modulators divergently potentiate thalamocortical transmission and exert rapid antidepressant-like effects' *Neuron* **2020**, *105*, 45-59.

518. Long, Q.; Jeffries, D.J.; Lin, S.; Chen, X.; He, W.; Wang, Y.; Deng, Z.; Lindsley, C.W.; Tao, M. 'RedH and PigC catalyse the biosynthesis of hybrubins via phosphorylation of 4′-methoxy-2,2′-bipyrrole-5′-carbaldehyde' *Appl. Environ. Microbiol.* **2020**, *86*, e02331-19.

517. Temple, K.J.; Engers, J.L.; Long, M.F.; Gregro, A.R.; Watson, K.J.; Chang, S.; Luscombe, V.B.; Rodriguez, A.L.; Cho, H.P.; Niswender, C.M.; Bridges, T.M.; Conn, P.J.; Engers, D.W.; Lindsley, C.W. 'Discovery of novel 2,3-dimethylimidazo[1,2-*a*]pyrazine-6-carboxamide $M_4$ positive allosteric modulators' *Bioorg. Med. Chem. Lett.* **2020**, *30*, article 126812.

516. Jeffries, D.E.; Borza, C.M.; Blobaum, A.L.; Pozzi, A.; Lindsley, C.W. 'Discovery of VU6015929: A selective dual discoidin domain 1/2 (DDR1/2) inhibitor to explore the role of DDR1 in anti-fibrotic therapy' *ACS Med. Chem. Lett.* **2020**, *11*, 29-33.

515. Vuckovic, Z.; Gentry, P.R.; Berizzi, A.; Hirata, K.; Johnson, S.; Thompson, G.; Xu, J.; van der Westhuizen, E.T.; Burger, W.A.C.; Gunzburg, M.; Chen, H.; Valant, C.; Langmead, C.; Lindsley, C.W.; Baell, J.; Tobin, A.B.; Sexton, P.M.; Christopoulos, A.; Thal, D.M. 'Multiple allosteric sites within the $M_5$ muscarinic acetylcholine receptor' *Proc. Natl. Acad. Sci. USA* **2019**, *116*, 26001-26007.

514. Bridges, T.M.; Gregory, K.J.; Gogliotti, R.G.; Stauffer, S.R.; Noetzel, M.J.; Jones, C.K.; Lindsley, C.W.; Conn, P.J.; Niswender, C.M. '*In vitro* to *in vivo* translation of allosteric modulator concentration-effects: relationships: implications for drug discovery' *ACS Pharmacol. Transl. Sci.* **2019**, *2*, 442-452.

513. Moran, S.P.; Xiang, Z.; Doyle, C.A.; Maksymetz, J.; Lv, X.; Faltin, S.; Niswender, C.M.; Rook, J.M.; Lindsley, C.W.; Conn, P.J. 'Biased $M_1$ positive allosteric modulators reveal novel role of phospholipase D in $M_1$-dependent rodent cortical plasticity' *Sci. Signal.* **2019**, *12*, eeax2057.

512. Fulton, M.G.; Loch, M.T.; Cuoco, C.A.; Rodriguez, A.L.; Days, E.; Vinson, P.N.; Kozek, K.A.; Weaver, C.D.; Blobaum, A.L.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W. 'Challenges in the discovery and optimization of $mGlu_{2/4}$ heterodimer positive allosteric modulators' *Lett. Drug Design & Dev.* **2019**, *16*, 1387-1394.

511. Bender, A.M.; Garrison, A.T.; Lindsley, C.W. 'The muscarinic acetylcholine receptor $M_5$: Therapeutic implications and allosteric modulation' *ACS Chem. Neurosci.* **2019**, *10*, 1025-1034.

510. Temple, K.J.; Engers, J.L.; Long, M.F.; Gregro, A.R.; Watson, K.J.; Chang, S.; Luscombe, V.B.; Rodriguez, A.L.; Cho, H.P.; Niswender, C.M.; Bridges, T.M.; Conn, P.J.; Engers, D.W.; Lindsley, C.W. 'Discovery of a novel 3,4-dimethylcinnoline carboxamide $M_4$ positive allosteric modulator (PAM) chemotype via scaffold hopping' *Bioorg. Med. Chem. Lett.* **2019**, *29*, article 126678.

509. Fulton, M.G.; Bertron, J.L.; Reed, C.W.; Lindsley, C.W. 'Formal total synthesis of pericoannosin A' *J. Org. Chem.* **2019**, *84*, 12187-12191.

508. Reed, C.W.; Lindsley, C.W. 'A general, enantioselective synthesis of 2-substituted thiomorpholines and thiomorpholine 1,1-dioxides' *Tetrahedron Lett.* **2019**, *60*, 151104.

507. Perry, C.K.; Fulton, M.E.; Lindsley, C.W. 'Total synthesis of violaceimides A-E and consideration of the reported stereochemistry' *Tetrahedron Lett.* **2019**, *60*, 151103.

506. Yamada, Y.; Yohn, S.E.; Gilliland, K.; Loch, M.T.; Schulte, M.L.; Rodriguez, A.L.; Blobaum, A.L.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'Further exploration of an *N*-aryl phenoxyethoxy pyridinone-based series of $mGlu_3$ NAMs: Challenging SAR, enantiospecific activity and *in vivo* efficacy' *Bioorg. Med. Chem. Lett.* **2019**, *29*, 2670-2674.

505. Gould, R.W.; Gunter, B.W.; Bubser, M.; Matthews, R.T.; Teal, L.B.; Bridges, T.M.; McGowan, K.M.; Bender, A.; Winder, D.G.; Lindsley, C.W.; Jones, C.K. 'Negative allosteric modulation of $M_5$ muscarinic acetylcholine receptors inhibit oxycodone self-administration and cue-induced reactivity with no effect on analgesia' *ACS Chem. Neurosci.* **2019**, *10*, 3740-3750.

504. Butkiewicz, M.; Rodriguez, A.L.; Venable, D.F.; Rainey, S.E.; Weiting, J.; Luscombe, V.B.; Stauffer, S.R.; Lindsley, C.W.; Conn, P.J.; Meiler, J. 'Identification of novel allosteric modulators of $mGlu_5$ acting at a distinct site related to CPPHA binding' *ACS Chem. Neurosci.* **2019**, *10*, 3427-3436.

503. Perry, C.K.; Lindsley, C.W. 'Total synthesis of punicagranine' *Tetrahedron Lett.* **2019**, *60*, 150989.

502. Kharade, S.V.; Sanchez-Andres, J.V.; Fulton, M.G.; Shelton, E.L.; Engers, D.W.; Hoffman, C.S.; Dadi, P.K.; Jacobson, D.A.; Lindsley, C.W.; Denton, J.S. 'Structure-activity relationships, pharmacokinetics, and pharmacodynamics of the Kir6.2/SUR1-specific channel opener, VU0071063' *J. Pharmacol. Exp. Ther.* **2019**, *370*, 350-359.

501. Chopko, T.C.; Han, C.; Gregro, A.R.; Engers, D.W.; Felts, A.S.; Poslusney, M.S.; Bollinger, K.A.; Morrison, R.D.; Bubser, M.; Lamsal, A.; Luscombe, V.B.; Cho, H.P.; Schnetz-Boutaud, N.C.; Rodriguez, A.L.; Chang, S.; Daniels, J.S.; Stec, D.F.; Niswender, C.M.; Jones, C.M.; Wood, M.R.; Wood, M.W.; Duggan, M.E.; Brandon, N.J.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W.; Melancon, B.J. 'SAR driven by aldehyde oxidase (AO) metabolism: Discovery of novel, CNS penetrant tricyclic $M_4$ PAMs' *Bioorg. Med. Chem. Lett.* **2019**, *16*, 2224-2228.

500. Presley, C.C.; Perry, C.K.; Childress, E.S.; Mulder, M.J.; Luscombe, V.B.; Rodriguez, A.L.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'Evaluation of synthetic cytochrome $P_{450}$-mimetic metalloporphyins to facilitate 'biomimetic' biotransformation of a series of $mGlu_5$ allosteric ligands' *ACS Omega* **2019**, *4*, 12782-12789.

499. Ceddia, R.P.; Downey, J.D.; Morrison, R.D.; Kraemer, M.P.; Davis, S.E.; Wu, J.; Lindsley, C.W.; Yin, H.; Daniels, J.S.; Breyer, R.M. 'The effect of the EP3 antagonist DG-041 on male mice with diet-induced obesity' *Prostaglandins & Other Lipid Mediators* **2019**, *144*, 106353.

498. Xiang, Z.; Lv, X.; Maksymetz, J.; Stansley, B.J.; Ghosal, A.; Gogliotti, R.G.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J. '$mGlu_5$ Positive allosteric modulators facilitate LTP via disinhibition mediated by $mGlu_5$-endocannoabinoid signalling' *ACS Pharmacol. Transl. Sci.* **2019**, *2*, 198-209.

497. Maksymetz, J.; Joffe, M.E.; Moran S.P.; Stansley, B.J.; Li, B.; Temple, K.; Engers, D.W.; Lawrence, J.J.;

Lindsley, C.W.; Conn, P.J. 'M$_1$ muscarinic receptors modulate fear-related inputs to the prefrontal cortex: Implications for novel treatments of posttraumatic stress disorder' *Biol. Psychiatry* **2019**, *85*, 989-1000.

496. Engers, D.W.; Melancon, B.J.; Gregro, A.R.; Bertron, J.L.; Bollinger, S.R.; Felts, A.S.; Konkol, A.C.; Wood, M.R.; Luscombe, V.B.; Rodriguez, A.L.; Jones, C.K.; Bubser, M.; Yohn, S.E.; Wood, M.W.; Brandon, N.J.; Duggan, M.E.; Niswender, C.M.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W. 'VU6005806/AZN-00016130, an advanced M$_4$ positive allosteric modulator (PAM) profiled as a potential preclinical development candidate' *Bioorg. Med. Chem. Lett.* **2019**, *29*, 1714-1718.

495. Joffe, M.E.; Santiago, C.I.; Engers, J.L.; Lindsley, C.W.; Conn, P.J. 'Metabotropic glutamate receptor subtype 3 gates acute stress-induced dysregulation of amygdalo-cortical function' *Mol. Psych.* **2019**, *24*, 916-927.

494. Iwaki, Y.; Yashiro, K.; Kokubo, M.; Mori, T.; Bridges, T.M.; Engers, D.W.; Denton, J.S.; Kurata, H.; Lindsley, C.W. Towards a TREK-1/2 (TWIK-Related K+ Channel1 and 2) dual activator tool compound multi-dimensional optimization of BL-1249' *Bioorg. Med. Chem. Lett.* **2019**, *29*, 1601-1604.

493. Childress, E.S.; Garrison, A.T.; Sheldon, J.R.; Skaar, E.P.; Lindsley, C.W. 'Total synthesis of Hinduchelins A-D, stereochemical revision of Hinduchelin A and biological evaluation of natural and unnatural analogs' *J. Org. Chem.* **2019**, *84*, 6459-6464.

492. Jeffries, D.E.; Lindsley, C.W. 'Asymmetirc synthesis of natural and unnatural dibenzylbutane lignans from a common intermediate' *J. Org. Chem.* **2019**, *84*, 5974-5979.

491. Garrsion, A.T.; Childress, E.S.; Davis, D.C.; Lindsley, C.W. Preparation of 1,5-dihydropyrazolo[3',4':5,6] pyrano[3,4-*b*] pyridines via a microwave-assisted, palladium-catalyzed regioselective C-H heteroarylation of electron-rich pyrazoles' *J. Org. Chem.* **2019**, *84*, 5855-5862

490. Reed, C.W.; Washecheck, J.P.; Quitalig, M.C.; Jenkins, M.T.; Rodriguez, A.L.; Engers, D.W.; Blobaum, A.L.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W. 'Surveying heterocycles as amide bioisosteres within a series of mGlu$_7$ NAMs: discovery of VU6019278' *Bioorg. Med. Chem. Lett.* **2019**, *29*, 1211-1214.

489. Abney, K.A.; Bubser, M.; Bridges, T.M.; Lindsley, C.W.; Daniels, J.S.; Morrison, R.D.; Wickman, K.; Hopkins, C.R.; Jones, C.K.; Weaver, C.D. 'Analgesic effects of the GIRK Activator, VU0466551, alone and in combination with morphine in acute and persistent pain models'*ACS Chem. Neurosci.* **2019**, *10*, 1294-1299.

488. Zhou, B.; Cao, W.S.; Guan, Z.; Pascual, C.; Xie, J.l; Xiao, K.; Xie, J.; Kayser, F.; Lindsley, C.W.; Weaver, C.D.; Fang, J.; Xie, X.S. 'Direct activation of G-protein-gated inward rectifying $K^+$ channels (GIRKs) promote sleep in rodents" *Sleep*, **2019**, *42*, zsy244.

487. Engers, J.L.; Bender, A.M.; Kalbfleisch, J.J.; Cho, H.P.; Ligenfelter, K.S.; Luscombe, V.B.; Han, C.; Melancon, B.J.; Blobaum, A.L.; Dickerson, J.W.; Rook, J.M.; Niswender, C.M.; Emmitte, K.A.; Conn, P.J.; Lindsley, C.W. 'Discvoery of tricyclic triazolo- and imidazopyridine lactams as M$_1$ positive allosteric modulators' *ACS Chem. Neurosci*. **2019**, *10*, 1035-1042.

486. Panarese, J.D.; Engers, D.W.; Wu, Y-J.; Bronson, J.J.; Macor, J.E.; Chun, A.; Rodriguez, A.L.; Felts, A.S.; Engers, J.L.; Emmitte, K.A.; Castelhano, A.L.; Kates, M.J.; Jones, C.K.; Blobaum, A.L.; Conn, P.J.; Niswender, C.M.; Hopkins, C.R.; Lindsley, C.W. 'Discovery of VU2957 (Valiglurax): An mGlu$_4$ Positive Allosteric Modulator Evaluated as a Preclinical Candidate for the Treatment of Parkinson's Disease' *ACS Med. Chem. Lett.* **2019**, *10*, 255-260.

485. Rigg, R.A.; Healy, L.D.; Chu, T.T.; Ngo, A.T.P.; Mitrugno, A.; Zilberman-Rudenko, J.; Aslan, J.E.; Hinds, M.T.; Vecchiarelli, L.D.; Morgan, T.K.; Bruber, A.; Temple, K.J.; Lindsley, C.W.; Duvernay, M.T.; Hamm, H.E.; McCarthy, O.J.T. 'Protease-activated receptor 4 (PAR4) activity promotes platelet granule release and platelet-leukocyte interactions' *Platelets* **2019**, *30*, 126-135.

484. Reed, C.W.; Fulton, M.G.; Nance, K.D.; Lindsley, C.W. 'Total synthesis of natural (-)- and unnatural

(+)-Melearoride A' *Tetrahedron Lett.* **2019**, *60*, 743-745.

483. Reed, C.W.; Yohn, S.E.; Washecheck, J.P.; Roenfanz, H.F.; Luscombe, V.B.; Loch, M.T.; Rodriguez, A.L.; Engers, D.W.; Blobaum, A.L.; Conn, Niswender, C.M.; Lindsley, C.W. 'Discovery of an orally bioavailable and CNS penetrant $mGlu_7$ Negative Allosteric Modulator (NAM) *in vivo* tool compound: *N*-(2-(1*H*-1,2,4-triazol-1-yl)-5-(trifluoromethoxy)phenyl)-4-(cyclopropylmethoxy)-3-methoxybenzamide (VU6012962)' *J. Med. Chem.* **2019**, *62*, 1690-1695.

482. Poslusney, M.S.; Salovich, J.M.; Wood, M.R.; Melancon, B.J.; Bollinger, K.A.; Engers, D.W.; Bridges, T.M.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'Novel $M_4$ positive allosteric modulators derived from questioning the role and impact of a presumed intramolecular hydrogen-bonding motif in β-amine carboxamide-harboring ligands' *Bioorg. Med. Chem. Lett.* **2019**, *29*, 362-366.

481. Childress, E.S.; Wieting, J.M.; Felts, A.S.; Luscombe, V.B.; Rodriguez, A.L.; Cho, H.P.; Blobaum, A.L.; Niswender, C.M.; Emmitte, K.A.; Conn, P.J.; Lindsley, C.W. 'Discovery of novel CNS penetrant $mGlu_2$ Negative Allosteric Modulators (NAMs) based on functionalized pyrazolo[1,5-*a*]pyrimidine-5-carboxamide and thieno[3,2-*b*]pyridine-5-carboxamide cores' *J. Med. Chem.* **2019**, *62*, 378-384.

480. Bolinger, S.R.; Engers, D.W.; Panarese, J.D.; West, M.; Engers, J.L.; Loch, M.T.; Rodriguez, A.L.; Blobaum, A.L.; Jones, C.K.; Thompson, A.D.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'The discovery, SAR and biological characterization of a novel series of 6-((1*H*-pyrazolo[4,3-*b*]pyridin-3-yl)amino)-benzo[*d*]isothiazole-3-carboxamides as $mGlu_4$ positive allosteric modulators' *J. Med. Chem.* **2019**, *62*, 342-358.

479. Panarese, J.D.; Engers, D.W.; Wu, Y-J.; Chun, A.; Gregro, A.R.; Bender, A.M.; Capstick, R.A.; Wieting, J.M.; Bronson, J.J.; Macor, J.E.; Engers, J.L.; Felts, A.S.; Rodriguez, A.L.; Emmitte, K.A.; Jones, C.K.; Blobaum, A.L.; Conn, P.J.; Niswender, C.M.; Hopkins, C.R.; Lindsley, C.W. 'The discovery of VU0652957 (VU2957, Valiglurax): SAR and DMPK challenges en route to an $mGlu_4$ PAM devleopment candidate'*Bioorg. Med. Chem. Lett.* **2019**, *29*, 342-346.

478. Felts, A.S.; Bollinger, K.A; Brassard, C.J.; Rodriguez, A.L.; Morrsion, R.D.; Daniels, J.S.; Blobaum, A.L.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Emmitte, K.A.; Lindsley, C.W. Discovery of 4-alkoxy-6-methylpicolinamide negative allosteric modulators of metabotropic glutamate receptor subtype 5' *Bioorg. Med. Chem. Lett.* **2019**, *29*, 47-50.

477. Joffe, M.E.; Santiago, C.I.; Stansley, B.J.; Maksymetz, J.; Gogliotti, R.G.; Engers, J.L.; Nicoletti, F.; Lindsley, C.W.; Conn, P.J. 'Mechanisms underlying prelimbic prefrontal cortex $mGlu_3$/$mGlu_5$-dependent plasticity and reversal learning deficits following acute stress' *Neuropharmacology* **2019**, *144*, 19-28.

476. Fisher, N.M.; Seto, M.; Lindsley, C.W.; Niswender, C.M. 'Metabotropic Glutamate Receptor 7: A New Therapeutic Target in Neurodevelopmental Disorders' *Front. Mol. Neurosci.* **2018**, *11*, article 387.

475. Bertron, J.M.; Seto, M.; Lindsley, C.W. 'DARK Classics in Chemical Neuroscience: Phencyclidine (PCP)' *ACS Chem. Neurosci.* **2018**, *9*, 2459-2474.

474. Presley, C.C.; Lindsley, C.W. 'DARK Classics in Chemical Neuroscience: Opium, a historical perspective' *ACS Chem. Neurosci.* **2018**, *9*, 2503-2518.

473. Chopko, T.C. and Lindsley, C.W. 'Classics in Chemical Neuroscience: Risperidone' *ACS Chem. Neurosci.* **2018**, *9*, 1520-1529.

472. Waterson, A.G.; Scott, S.A.; Kett, N.R.; Blobaum, A.L.; Brown, H.A.; Lindsley, C.W. 'Isoform selective PLD inhibition by novel, chiral 2,8-diazaspiro[4.5]decan-1-one derivatives' *Bioorg. Med. Chem. Lett.* **2018**, *28*, 3670-3673.

471. Friggeri, L.; Hargrove, T.; Rachakonda, G.; Blobaum, A.L.; Fisher, P.; da Silva, G.M.O.C.; Soeiro, M.N.C.; Nes,

W.D.; Lindsley, C.W.; Villatlta, F.; Guengerich, F.P.; Lepesheva, G.I. 'Sterol 14α-demethylase structure-based optimization of drug candidates for human infections with the protozoan trypanosomatide' *J. Med. Chem.* **2018**, *61*, 10910-10921.

470. Stansley, B.J.; Fisher, N.M.; Gogliotti, R.G.; Lindsley, C.W.; Conn, P.J.; Niswender, C.M. 'Contextual fear extinction induces a hippocampal metaplasticity mediated by metabotropic glutamate receptor 5' *Cereb. Cortex* **2018**, *28*, 4291-4304.

469. Praell III, F.J.; Chen, R.; Zhilin Li, Z.; Reed, C.W.; Lindsley, C.W.; Weaver, C.D.; Swale, D.R. 'Use of chemical probes to explore the toxicological potential of the $K^+/Cl^-$ Cotransporter (*kcc)* as a novel insecticide target to control the vector of Dengue and Zika virus, *Aedes aegypti'* *Pest. Biochem. Physiol.* **2018**, *151*, 10-17.

468. Moran, S.P.; Cho, H.P.; Maksymetz, J.; Remke, D.; Hanson, R.; Niswender, C.M.; Lindsley, C.W.; Rook, J.M.; Conn, P.J. 'PF-06827443 displays robust allosteric agonist and positive allosteric modulator activity in high receptor reserve and native systems' *ACS Chem. Neurosci*. **2018**, *9*, 1572-1581.

467. Engers, J.L.; Childress, E.S.; Long, M.F.; Capstick, R.A.; Luscombe, V.B.; Cho, H.P.; Dickerson, J.W.; Rook, J.M.; Blobaum, A.L.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'VU6007477, a novel $M_1$ PAM based on a pyrrolo[2,3-*b*]pyridine carboxamide core devoid of cholinergic side effects' *ACS Med. Chem. Lett.* **2018**, *9*, 917-922.

466. Rook, J.M.; Betron, J.L.; Cho, H.P.; Garcia-Barrantes, P.M.; Moran, S.P.; Maksymetz, J.T.; Panarese, J.D.; Salovich, J.M.; Luscombe, V.B.; Dickerson, J.W.; Chang, S.; Harp, J.R.; Blobaum, A.L.; Niswender, C.M.; Stauffer, S.R.; Conn, P.J.; Lindsley, C.W. 'A novel $M_1$ PAM VU0486846 exerts efficacy in cognition models without displaying agonist activity or cholinergic toxicity' *ACS Chem. Neurosci.* **2018**, *9*, 2274-2285.

465. Turner, B.D.; Rook, J.M.; Lindsley, C.W.; Conn, P.J.; Grueter, B.A. '$mGlu_1$ and $mGlu_5$ modulate distinct excitatory inputs to the nucleus accumbens shell' *Neuropsychopharmacology* **2018**, *43*, 2075-2082.

464. Gunter, B.; Gould, R.; Bubser, M.; McGowan, K.M.; Bridges, T.M.; Cho, H.P.; Lindsley, C.W.; Jones, C.K. 'Selective modulation of $M_5$ muscarinic acetylcholine receptors attenuates cocaine self-administration in rats' *Addiction Biology* **2018**, *23*, 1106-1116.

463. Engers, D.W.; Bollinger, S.R.; Engers, J.L.; Panarese, J.D.; Breiner, M.M.; Gregro, A.D.; Blobaum, A.L.; Bronson, J.J.; Wu, Y-J.; Macor, J.E.; Rodriguez, A.L.; Zamorano, R.; Liang, S.; Venable, D.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Discovery and characterization of *N*-(1,3-dialkyl-1*H*-indazol-6-yl)-1*H*-pyrazolo[4,3-*b*]pyridin-3-amine scaffold as $mGlu_4$ positive allosteric modulators that mitigate CYP1A2 induction liability' *Bioorg. Med. Chem. Lett.* **2018**, *28*, 2641-2646.

462. Kharade, S.V.; Kurata, H.; Bender, A.M.; Blobaum, A.L.; Figueroa, E.; Duran, A.; Kramer, M.; Days, E.; Vinson, P.; Flores, D.; Satlin, L.M.; Meiler, J.; Weaver, C.D.; Lindsley, C.W.; Hopkins, C.R.; Denton, J.S. 'Discovery, characterization, and effects on renal fluid and electrolyte excretion of the Kir4.1 potassium channel pore blocker, VU0134992' *Mol. Pharmacol.* **2018**, *94*, 926-937.

461. Berizzi, A.E.; Bender, A.M.; Conn, P.J.; Lindsley, C.W.; Sexton, P.M.; Langmead, C.J.; Christopoulos, A. 'Structure-activity relationships of *pan*-$G\alpha_{q/11}$ coupled muscarinic acetylcholine receptor positive allosteric modulators' *ACS Chem. Neurosci.* **2018**, *9*, 1181-1828.

460. Bender, A.M.; Cho, H.P.; Nance, K.D.; Lingenfelter, K.S.; Luscombe, V.B.; Gentry, P.R.; Voigtritter, K.; Berizzi, A.E.; Sexton, P.M.; Langmead, C.J.; Christopoulos, A.; Locuson, C.W.; Bridges, T.M.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W. 'Discovery and Optimization of Potent and CNS Penetrant $M_5$-Preferring PAMs Derived From a Novel, Chiral *N*-(Indanyl)piperidine Amide Scaffold' *ACS Chem. Neurosci.* **2018**, *9*, 1572-1581.

459. Friggeri, L.; Hargrove, T.; Wawrzak, Z.; Blobaum, A.L.; Rachakonda, G.; Lindsley, C.W.; Villatlta, F.; Nes, W.D.; Botta, M.; Guengerich, F.P.; Lepesheva, G.I. 'Sterol 14α-Demethylase Structure-Based Design of VNI ((*R*)-*N*-(1-(2,4-Dichlorophenyl)-2-(1*H*-imidazol-1-yl)ethyl)-4-(5-phenyl-1,3,4-oxadiazol-2-yl)benzamide)) Derivatives To Target Fungal Infections: Synthesis, Biological Evaluation, and Crystallographic Analysis' *J. Med. Chem.* **2018**, 61, 5679-5691.

458. Moran, S.P.; Dickerson, J.W.; Plumley, H.C.; Xiang, Z.; Maksymetz, J.; Remke, D.H.; Doyle, C.A. Niswender, C.M.; Engers, D.W.; Lindsley, C.W.; Rook, J.M.; Conn, P.J. '$M_1$ positive allosteric modulators lacking agonist activity provide the optimal profile for enhancing congnition' *Neuropsychopharmacology* **2018**, *43*, 1763-1771.

457. Betron, J.L.; Cho, H.P.; Garcia-Barrantes, P.M.; Panarese, J.D.; Salovich, J.M.; Luscombe, V.B.; Engers, D.W.; Bridges, T.M.; Blobaum, A.L.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'The discovery of VU0486846: steep SAR from a series of $M_1$ PAMs based on a novel benzomorpholine core' *Bioorg. Med. Chem. Lett.* **2018**, *28*, 2175-2179.

456. Khajehali, E.; Valant, C.; Tobin, A.B.; Conn, P.J.; Lindsley, C.W.; Sexton, P.M.; Scammels, P.J.; Christopoulos, A. 'Probing the binding site of novel selective positive allosteric modulators at the $M_1$ mAChR' *Biochem. Pharmacol.* **2018**, *154*, 243-254.

455. Berizzi, A.E.; Perry, C.J.; Shackleford, D.; Lindsley, C.W.; Jones, C.K.; Chen, N.A.; Sexton, P.M.; Langmead, C.J.; Christopoulos, A.; Lawrence, A.J. 'Muscarinic $M_5$ receptors modulate ethanol seeking in rats' *Neuropsychopharmacology* **2018**, *43*, 1510-1517.

454. Felts, A.S.; Rodriguez, A.L.; Morrsion, R.D.; Blobaum, A.L.; Venable, D.F.; Byers, F.W.; Daniels, J.S.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of 6-(pyrimidin-5-ylmethyl)quinoline-8-carboxamide negative allosteric modulators of metabotropic glutamate receptor subtype 5' *Bioorg. Med. Chem. Lett.* **2018**, *28*, 1679-1685.

453. O'Brien, D.E.; Shaw, D.M.; Cho, H.P.; Cross, A.J.; Wesolowski, S.S.; Felts, A.S.; Bergare, J.; Elmore, C.S.; Lindsley, C.W.; Niswender, C.M.; Conn, P.J. 'Differential pharmacology and binding of $mGlu_2$ allosteric modulators' *Mol. Pharmacol.* **2018**, *93*, 526-540.

452. Gogliotti, R.G.; Fisher, N.M.; Stansley, B.; Jones, C.K.; Lindsley, C.W.; Conn, P.J.; Niswender, C.M. 'Total RNA-sequencing of Rett Syndrome Autopsy Samples Identifies the $M_4$ Muscarinic Receptor as a Novel Therapeutic Target' *J. Pharmacol. Exp. Ther.* **2018**, *365*, 291-300.

451. Stoll, K.; Hart, R.; Lindsley, C.W.; Thomsen, M. 'Effects of muscarinic $M_1$ and $M_4$ acetylcholine receptor stimulation on extinction and reinstatement of cocaine seeking in male mice, independent of extinction learning' *Psychopharmacology* **2018**, *235*, 815-827.

450. Daniels, A.B.; Froehler, M.T.; Pierce, J.M.; Nunnally, A.H.; Calcutt, M.W.; Bridges, T.M.; LaNeve, D.C.; Williams, P.E.; Boyd, K.L.; Reyzer, M.L.; Lindsley, C.W.; Friedman, D.L.; Richmond, A. Pharmacokinetics, tissue localization, toxicity and treatment efficacy in the first small animal (Rabbit) model of intra-arterial chemotherapy of retinoblastoma' *Invest. Opthall. & Vis. Sci.* **2018**, *59*, 446-454.

449. Gould, R.W.; Grannan, M.; Ball, J.; Bubser, M.; Bridges, T.M.; Wess, J.; Brandon, N.J.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J.; Jones, C.K. Cognitive enhancement and antipsychotic-like activity with repeated dosing of the selective $M_4$ PAM VU0467154' *Neuropharmacology* **2018**, *128*, 492-502.

448. Di Menna, L.; Joffe, M.E.; Iacovelli, L.; Orlando, R.; Lindsley, C.W.; Mairesse, J.; Gressens, P.; Cannella, M.; Caraci, F.; Copani, A.; Bruno, V.; Battaglia, G.; Conn, P.J.; Nicoletti, F. 'Functional partnership between $mGlu_3$ and $mGlu_5$ metabotropic glutamate receptors in neurons' *Neuropharmacology* **2018**, *128*, 301-313.

447. Moehle, M.S.; Pancani, T.; Byun, N.; Remke, D.; Xiang, Z.; Wess, J.; Niswender, C.M.; Jones, C.K.; Lindsley, C.W.; Rook, J.M.; Conn, P.J. 'Cholinergic projections to the SNr inhibit dopamine modulation

of basal ganglia motor function through activation of the $M_4$ muscarinic receptor' *Neuron* **2017**, *96*, 1358-1372.

446. Reed, C.W.; McGowan, K.M.; Spearing, P.K.; Stansley, B.J.; Roenfanz, H.F.; Engers, D.W.; Rodriguez, A.L.; Engelberg, E.M.; Luscombe, V.B.; Loch, M.T.; Rook, J.L.; Blobaum, A.L.; Conn, Niswender, C.M.; Lindsley, C.W. 'VU6010608, a novel $mGlu_7$ NAM from a series of *N*-(2-(1*H*-1,2,4-triazol-1-yl)-5-(trofluormethoxy)phenyl)benzamides' *ACS Med. Chem. Lett.* **2017**, *8*, 1326-1330.

445. Padmanabhan, C.; Rellinger, E.J.; Zhu, J.; An, H.; Chung, D.; Waterson, A.G.; Lindsley, C.W.; Means, A.; Beauchamp, R.D. 'cFLIP critically modulates apoptotic resistance in epithelial-to-mesenchymal transition' *Oncotarget* **2017**, *8*, 101072-101086.

444. Tarr, J.C..; Wood, M.R.; Noetzel, M.J.; Melancon, B.J.; Luscombe, V.; Rodriguez, A.L.; Byers, F.W.; Chang, S.; Cho, H.P.; Jones, C.K.; Niswender, C.M.; Wood, M.W.; Brandon, N.J.; Duggan, M.E.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W. 'Challenges in the development of an $M_4$ PAM preclinical candidate: The discovery, SAR, and biological characterization of a series azetidine-derived tertiary amides' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 5179-5184.

433. Walker, A.; Sheffler, D.; Lewis, A.; Dickerson, J.; Foster, D.; Klar, R.; Xiang, Z.; Rook, J.; Emmitte, K.A.; Lindsley, C.W.; Conn, P.J. 'Co-activation of metabotropic glutamate receptor 3 and β-adrenergic receptors on astrocytes modulates cyclic-AMP, long-term potentiation and disrupts memory reconsolidation' *Neuropsychopharmacology* **2017**, *42*, 2553-2566.

432. Felts, A.S.; Rodriguez, A.L.; Morrison, R.D.; Bollinger, K.A.; Blobaum, A.L.; Venable, D.F.; Luscombe, V.B.; Byers, F.W.; Thompson, A.D.; Rook, J.M.; Daniels, J.S.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of imidazo[1,2-*a*]-, [1,2,4]triazolo[4,3-*a*]-, and [1,2,4]triazolo[1,5-*a*]pyridine-8-carboxamide negative allosteric modulators of metabotropic glutamate receptor subtype 5' *Bioorg. Med. Chem. Lett.* **2017**, *21*, 4858-4866.

431. Crouch, R.D.; Blobaum, A.L.; Felts, A.S.; Jones, C.K.; Conn, P.J.; Lindsley, C.W. 'Species-specific involvement of aldehyde oxidase and xanthine oxidase in the metabolism of the pyrimidine-containing $mGlu_5$ negative allosteric modulator VU0424238 (auglurant)' *Drug Metab. & Disp.* **2017**, *45*, 1245-1259.

430. Rellinger, E.J.; Padmanbhan, C.; Qiao, J.; Craig, B.T.; An, H.; Zhu, J.; Waterson, A.G.; Lindsley, C.W.; Beauchamp, D.; Chung, D.H. 'Isoxazole compound ML327 blocks MYC expression and tumor formation in neuroblastoma' *Oncotarget* **2017**, *8*, 91040-91051.

429. Long, M.; Engers, J.L.; Chang, S.; Weiner, R.L.; Luscombe, V.B.; Rodriguez, A.L.; Cho, H.P.; Niswender, C.M.; Bridges, T.M.; Conn, P.J.; Engers, D.W.; Lindsley, C.W. 'Discovery of a novel 2,4-dimethylquinoline-6-carboxamide $M_4$ positive allosteric modulator (PAM) chemotype via scaffold hopping' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 4999-5001.

428. Bender, A.M.; Chopko, T.C.; Bridges, T.M.; Lindsley, C.W. 'Preparation of unsymmetrical 1,2,4,5-tetrazines via a mild Suzuki cross-couling reaction' *Org. Lett.* **2017**, *19*, 5693-5696.

427. Felts, A.S.; Rodriguez, A.L.; Morrison, R.D.; Bollinger, K.A.; Blobaum, A.L.; Venable, D.F. Luscombe, V.B.; Byers, F.W.; Thompson, A.D.; Rook, J.M.; Daniels, J.S.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of imidazo[1,2-*a*]-, [1,2,4]triazolo[4,3-*a*]-, and [1,2,4]triazolo[1,5-*a*]pyridine-8-carboxamide negative allosteric modulators of metabotropic glutamate receptor subtype 5' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 4858-4866.

426. Ghosal, A.; Moran, S.; Dickerson, J.; Joffe, M.; Grueter, B.; Xiang, Z.; Lindsley, C.W.; Rook, J.L.; Conn, P.J. 'Role of $mGlu_5$ receptors and inhibitory neurotransmission in $M_1$ dependent muscarinic LTD in the prefrontal cortex: implications in schizophrenia' *ACS Chem. Neurosci.* **2017**, *8*, 2254-2265.

425. Abe, M.; Seto, M.; Gogliotti, R.G.; Loch, M.T.; Bollinger, K.A.; Chang, S.; Engelberg, E.M.; Luscombe, V.B.; Harp, J.M.; Bubser, M.; Engers, D.W.; Jones, C.K.; Rodriguez, A.L.; Blobaum, A.L.; Conn, P.J.; Niswender, C. M.; Lindsley, C.W. 'Discovery of VU6005649, a CNS penetrant $mGlu_{7/8}$ receptor PAM derived from a series of pyrazolo[1,5-*a*]pyrimidines' *ACS Med. Chem. Lett.* **2017**, *8*, 1110-1115.

424. Bollinger, K.A.; Felts, A.S.; Brassard, C.J.; Engers, J.L.; Rodriguez, A.L.; Weiner, R.L.; Cho, H.P.; Chang, S.; Bubser, M.; Jones, C.K.; Blobaum, A.L.; Niswender, C.M.; Conn, P.J.; Emmitte, K.A.; Lindsley, C.W. 'Design and synthesis of $mGlu_2$ NAMs with improve potency and CNS penetration based on a truncated picolinamide core' *ACS Med. Chem. Lett.* **2017**, *8*, 919-924.

423. Engers, J.L.; Bollinger, K.A.; Weiner, R.L.; Rodriguez, A.L.; Long, M.F.; Breiner, M.M.; Chang, S.; Bollinger, S.R.; Bubser, M.; Jones, C.K.; Morrison, R.D.; Bridges, T.M.; Blobaum, A.L.; Niswender, C.M.; Conn, P.J.; Emmitte, K.A.; Lindsley, C.W. Design and synthesis of *N*-aryl phenoxyethoxy pyridinones as highly selective and CNS penetrant $mGlu_3$ NAMs with improved physiochemical properties' *ACS Med. Chem. Lett.* **2017**, *8*, 925-930.

422. Bewley, B.R.; Spearing, P.K.; Weiner, R.L.; Luscombe, V.B.; Zhan, X.; Chang, S.; Cho, H.P.; Rodriguez, A.L.; Niswender, C.M.; Conn, P.J.; Bridges, T.M.; Engers, D.W.; Lindsley, C.W.'Discovery of a novel, CNS penetrant $M_4$ PAM chemotype based on a 6-fluoro-4-(piperidin-1yl)quinolone –3-carbonitrile core' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 4274-4279.

421. Gogliotti, R.G.; Klar, R.; Fisher, N.M.; Adams, J.; Zamorano, R.; Walker, A.G.; Blobaum, A.L.; Engers, D.W.; Hopkins, C.R.; Daniels, J.S.; Lindsley, C.W.; Xiang, Z.; Conn, P.J.; Niswender, C.M. '$mGlu_7$ potentiation rescues cognitive, social, and respiratory phenotypes in a mouse model of Rett syndrome' *Sci. Trans. Med.* **2017**, *9*, eaai7459.

420. Rellinger, E.J.; Padmanabhan, C.; Qiao, J.; Appert, A.; Waterson, A.G.; Lindsley, C.W.; Beauchamp, R.D.;

Chung, D.H. 'ML327 induces apoptosis and sensitizes Ewing Sarcoma cells to TNF-related apoptosis-inducing ligand' *Biochem. Biohys. Res. Commun.* **2017**, *491*, 463-468.

419. David, T.K.; K., P.; M., R.; Pallalu, D.; Castelhano, A.L.; Kates, M.J.; Blobaum, A.L.; Jones, C.K.; Emmitte, K.A.; Conn, P.J.; Lindsley, C.W. 'Development and Kilogram-Scale Synthesis of $mGlu_5$ Negative Allosteric Modulator VU0424238 (Auglurant)' *Tetrahedron Lett.* **2017**, *58*, 3554-3558.

418. Bender, A.M.; Weiner, R.L.; Luscombe, V.B.; Cho, H.P.; Ajmeras, S.; Niswender, C.M.; Engers, D.W.; Bridges, T.M.; Conn, P.J.; Lindsley, C.W. 'Discovery and optimization of 3-(4-aryl/heteroarylsulfonyl) piperazin-1-yl)-6-(piperidin-1-yl)pyridazines as novel, CNS penetrant *pan*-muscarinic antagonists' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 3576-3581.

417. Felts, A.S.; Rodriguez, A.L.; Blobaum, A.L.; Morrison, R.D.; Bates, B.S.; Thompson, A.D.; Rook, J.M.; Byers, F.W.; Chang, S.; Venable, D.F.; Luscombe, V.B.; Tamagnan, G.D.; Bridges, T.M.; Niswender, C.M.; Daniels, J.S.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of *N*-(5-fluoropyridin-2-yl)-6-methyl-4-(pyrimidin-5-yloxy)picolinamide (VU0424238): A novel negative allosteric modulator of metabotropic glutamate receptor subtype 5 selected for clinical development' *J. Med. Chem.* **2017**, *60*, 5072-5085.

416. Lebois, E.P.; Schroeder, J.P.; Esparza, T.J.; Bridges, T.M.; Lindsley, C.W.; Conn, P.J.; Brody, D.L.; Daniels, J. S.; Levey, A.I. 'Disease-Modifying effects of $M_1$ muscarinic acetylcholine receptor activation in an Alzheimer's Disease mouse model' *ACS Chem. Neurosci.* **2017**, *8*, 1177-1187.

415. Tarr, J.C..; Wood, M.R.; Noetzel, M.J.; Bertron, J.; Weiner, A.L.; Rodriguez, A.L.; Lamsal, A.; Byers, F.W.; Chang, S.; Cho, H.P.; Jones, C.K.; Niswender, C.M.; Wood, M.W.; Brandon, N.J.; Duggan, M.E.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W. 'Challenges in the development of an $M_4$ PAM preclinical candidate: The discovery, SAR, and *in vivo* characterization of a series of 3-aminoazetidine-derived amides' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 2990-2995.

414. Bender, A.M.; Weiner, R.L.; Luscombe, V.B.; Cho, H.P.; Niswender, C.M.; Engers, D.W.; Bridges, T.M.; Conn, P.J.; Lindsley, C.W. 'Synthesis and evaluation of 4,6-disubstituted pyrmidines as CNS penetrant *pan*-muscarinic antagonists with a novel chemotype' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 2479-2483.

413. Melancon, B.J.; Wood, M.R.; Noetzel, M.J.; Nance, K.D.; Han, C.; Lamsal, A.; Chang, S.; Cho, H.P.; Byers, F.W.; Bubser, M.; Jones, C.K.; Niswender, C.M.; Wood, M.W.; Engers, D.W.; Brandon, N.J.; Duggan, M.E.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W. **'**Optimization of $M_4$ positive allosteric modulators (PAMs): The discovery of VU0476406, a non-human primate *in vivo* tool compound for translational pharmacology' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 2296-2301.

412. Pulley, J.M.; Shirey-Rice, J.K.; Lavieri, R.R.; Jerome, R.N.; Zaleski, N.M.; Aronoff, D.M.; Holroyd, K.J.; Roden, D.M.; Skaar, E.P.; Niswender, C.M.; Marnett, L.J.; Lindsley, C.W.; Ekstron, L.B.; Bentley, A.R.; Bernard, G.R.; Hong, C.C.; Denny, J.C. 'Accelerating Precision Drug Development and Drug Repurposing by Leveraging Human Genetics' *Assay Drug Dev. Technol.* **2017**, *15*, 113-119.

411. Rook, J.M.; Abe, M.; Cho, H.P.; Nance, K.D.; Luscombe, V.B.; Adams, J.J.; Dickerson, J.W.; Remke, D.H.; Garcia-Barrantes, P.M.; Engers, D.W.; Engers, J.L.; Chang, S.; Foster, J.J.; Blobaum, A.L.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W. 'Diverse Effects on $M_1$ Signaling and Adverse Effect Liability within a Series of $M_1$ Ago-PAMs' *ACS Chem. Neurosci.* **2017**, *8*, 866-883.

410. Lv, X.; Dickerson, J.W.; Rook, J.M.; Lindsley, C.W.; Conn, P.J.; Xiang, Z. '$M_1$ muscarinic activation induces long-lasting increase in intrinsic excitability of striatal projection neurons' *Neuropharmacology* **2017**, *118*, 209-222.

409**.** Cherian, A.K.; Kucinsk, A.; Pitchers, K.; Yegla, B.; Parikh, V.; Kim, Y.; Valuskova, P.; Gurnan, S.; Blakely, R.D.; Lindsley, C.W.; Sarter, M. 'Unresponsive choline transporter as a trait neuromarker and a causal mediator of bottom-up attentional biases' *J. Neurosci.* **2017**, *37*, 2947-2959.

408. McGowan, K.M.; Nance, K.D.; Cho, H.P.; Bridges, T.M.; Conn, P.J.; Jones, C.K.; Lindsley, C.W.

'Continued optimization of the $M_5$ NAM ML375: Discovery of VU6008667, an $M_5$ NAM with high CNS penetration and a desired short half-life in rat for addiction studies' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 1356-1359.

407. Borza, C.M.; Tran, T-L.; Su, Y.; Yu, L.; Steyns, N.; Temple, K.J.; Skwark, M.J.; Meiler, J.; Lindsley, C.W.; Hicks, B.R.; Leitinger, B.; Zent, R.; Pozzi, A. 'Discoidin Domain Receptor 1 Kinase activity is required for regulating collagen IV synthesis' *Matrix Biol.* **2017**, *57-58*, 258-271.

406. Nance, K.D.; Cho, H.P.; Niswender, C.M.; Blobaum, A.L.; Niswender, K.D.; Lindsley, C.W. 'Discovery of a novel series of orally bioavailable and CNS penetrant Glucagon-Like Peptide 1 (GLP-1) Non-competitive antagonists based on a 1,3-disubstituted-7-aryl-5,5-bis(trifluoromethyl)-5,8-dihydropyrimido[4,5-*d*]pyrimidine-2,4(1*H*,3*H*)-dione core' *J. Med. Chem.* **2017**, *60*, 1611-1616.

405. Wood, M.R.; Noetzel, M.J.; Melancon, B.J.; Nance, K.D.; Poslunsey, M.S.; Hurtado, M.A.; Luscombe, V.B.; Weiner, R.L.; Rodriguez, A.L.; Lamsal, A.; Chang, S.; Bubser, M.; Blobaum, A.L.; Engers, D.W.; Niswender, C.M.; Jones, C.K.; Brandon, N.J.; Wood, M.W.; Duggan, M.E.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W. 'Discovery of VU0467485: An $M_4$ Positive Allosteric Modulator Evaluated as a Preclinical Candidate for the Treatment of Schizophrenia' *ACS Med. Chem. Lett.* **2017**, *8*, 233-238.

404. Garcia-Barrantes, P.M.; McGowan, K.; Ingram, S.W.; Lindsley, C.W. 'One pot synthesis of unsymmetrical ketones from carboxylic and boronic acids via PyClU-mediated acylative Suzuki coupling' *Tetrahedron Lett.* **2017**, *58*, 898-901.

403. Wolkenberg, S.E.; Nolt, M.B.; Bilodeau, M.T.; Trotter, B.W.; Manley, P.J.; Kett, N.R.; Nanda, K.K.; Wu, Z.; Cato, M.J.; Kane, S.A.; Kiss, L.; Spencer, R.H.; Wang, J.; Lynch, J.J.; Regan, C.P.; Stump, G.L.; Li, B.; White, R.; Yeh, S.; Dinsmore, C.J.; Lindsley, C.W.; Hartman, G.D. 'Discovery of MK-

1832, a Kv1.5 inhibitor with improved selectivity and pharmacokinetics' *Bioorg. Med. Chem. Lett.* **2017**, *27*, 1062-1069.

402. Wood, M.R.; Noetzel, M.J.; Poslunsey, M.S.; Melancon, B.J.; Tarr, J.C.; Lamsal, A.; Chang, S.; Luscombe, V.B.; Weiner, R.L.; Cho, H.P.; Bubser, M.; Jones, C.K.; Niswender, C.M.; Wood, M.W.; Brandon, N.J.; Engers, D.W.; Duggan, M.E.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W. Challenges in the development of an $M_4$ PAM in vivo tool compound: The discovery of VU0467154 and unexpected DMPK profiles of close analogs. *Bioorg. Med. Chem. Lett.* **2017**, *27*, 171-175.

401. Jeffries, D.E.; Lindsley, C.W. 'Total synthesis and biological evaluation of hybrubuin A' *J. Org. Chem.* **2017**, *82*, 431-437.

400. Alam, S.; Lingenfelter, K.S.; Bender, A.M.; Lindsley, C.W. 'Classics in Chemical Neuroscience: Memantine' *ACS Chem. Neurosci.* **2017**, *8*, 1823-1829.

399. Lindsley, C.W.; Hopkins, C.R. 'The return of $D_4$ dopamine receptor antagonists in drug discovery' *J. Med. Chem.* **2017**, *60*, 7233-7243. (invited Perspective)

398. Brown, H.A.; Thomas, P.G.; Lindsley, C.W. 'Therapeutic Targeting of Infectious Diseases, Cancers, Neurodegenerative Disorders, and Beyond through Allosteric Modulators of Phospholipase D' *Nat. Rev. Drug Discov.* **2017**, *16*, 351-367.

397. Bender, A.M.; Jones, C.K.; Lindsley, C.W. 'Classics in Chemical Neuroscience: Xanomeline' *ACS Chem. Neurosci.* **2017**, *8*, 435-443.

396. Jeffries, D.E.; Lindsley, C.W. 'A one-pot, multi-component reaction cascade for the rapid synthesis of diversely functionalized heteroaryl methyl substrates' *Tetrahedron Lett.* **2017**, *58*, 112-116.

395. Duvernay, M.T.; Temple, K.J.; Maeng, J.G.; Blobaum, A.L.; Stauffer, S.R.; Lindsley, C.W.; Hamm, H.E. 'Contributions of PAR1 and PAR4 to thrombin induced GPIIbIIIa activation in human platelets' *Mol. Pharm.*

**2017**, *91*, 39-47.

394. Grannan, M.D.; Mielnik, C.A.; Moran, S.P.; Gould, R.W.; Ball, J.; Bubser, M.; Ramsey, A.J.; Abe, M.; Cho, H. P.; Nance, K.D.; Blobaum, A.L.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Jones, C.K. 'Prefrontal cortex mediated impairments in a genetic model of NMDA receptor hypofunction are reversed by the novel $M_1$ PAM VU6004256' *ACS Chem. Neurosci.* **2016**, *7*, 1706-1716.

393. Jeffries, D.E.; Witt, J.O.; McCollum, A.L.; Temple, K.J.; Hurtado, M.A.; Harp, J.M.; Blobaum, A.L.; Lindsley, C.W.; Hopkins, C.R. 'Discovery, characterization and biological evaluation of a novel (*R*)- 4,4-difluoropiperidine scaffold as dopamine receptor 4 (D4R) antagonists' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 5757-5764.

392. Galvan, A.; Devergnas, A.; Pittard, D.; Jeyaraj, G.; Vuong, J.; Daniels, J.S.; Lindsley, C.W.; Morrison, R.D.; Wichmann, T. 'Evaluation of the potential antiparkinsonian effects of systemic injections of the specific T-type calcium channel blocker ML218 in MPTP-treated monkeys' *ACS Chem. Neurosci.* **2016**, *7*, 1244-1252.

391. Temple, K.J.; Duvernay, M.T.; Maeng, J.G.; Blobaum, A.L.; Stauffer, S.R.; Hamm, H.E.; Lindsley, C.W. 'Identification of the minimum PAR4 inhibitor pharmacophore and optimization of a series of 2-methoxy-6-arylimidazo[2,1-*b*][1,3,4]thiadiazoles' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 5481-5486.

390. Gogliotti, R.G.; Klar, B.; Rook, J.M.; Ghosal, A.; Zamorano, R.; Malosh, C.; Stauffer, S.R.; Bridges, T.M.; Bartolome, J.M.; Lindsley, C.W.; Conn, P.J.; Niswender, C.M. '$mGlu_5$ Positive allosteric modulation normalizes synaptic plasticity defects and motor phenotypes in a mouse model of Rett Syndrome' *Hum. Mol. Gen.* **2016**, *25*, 1990-2004.

388. Foster, D.J.; Wilson, J.M.; Wess, J.; Jones, C.K.; Xiang, Z.; Lindsley, C.W.; Rook, J.M.; Conn, P.J. '$M_4$ activation reduces striatal dopamine release and has antipsychotic-like effects via a $CB_2$ cannabinoid

receptor-dependent mechanism' *Neuron* **2016**, *91*, 1244-1252.

387. Engers, D.W.; Gogliotti, R.D.; Cheung, Y-Y.; Salovich, J.M.; Garcia-Barrantes, P.M.; Daniels, J.S.; Morrison, R.; Jones, C.K.; Blobaum, A.L.; Macor, J.E.; Bronson, J.J.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Discovery, synthesis and pre-clinical characterization of *N*-(3-chloro-4-fluorophenyl)-1*H*-pyrazolo[4,3-*b*]pyridin-3-amine (VU0418506), a novel positive allosteric modulator of the metabotropic glutamate receptor 4 ($mGlu_4$)' *ACS Chem. Neurosci.* **2016**, *7*, 1192-1200.

386. Niswender, C.M.; Jones, C.K.; Bubser, M.; Gray, A.T.; Blobaum, A.L.; Engers, D.W.; Altman, M.K.; O'Brien, D.E.; Rook, J.M.; Rodriguez, A.L.; Loch, M.T.; Daniels, J.S.; Lindsley, C.W.; Hopkins, C.R.; Conn, P.J. 'Development of VU0418506, a positive allosteric modulator that differentiates metabotropic glutamate receptor 4 ($mGlu_4$) homomeric receptors from $mGlu_{2/4}$ heteromers' *ACS Chem. Neurosci.*, **2016**, *7*, 1201-1211.

385. Bertron, J.L.; Ennis, E.A.; Tarr, C.J.; Dickerson, J.W.; Wright, J.; Locuson, C.W.; Blobaum, A.L.; Rook, J.M.; Blakely, R.D.; Lindsley, C.W. 'Optimization of the Choline Transporter (CHT) inhibitor ML352: Development of VU6001221, an improved *in vivo* tool compound' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 4637-4640.

384. Temple, K.J.; Duvernay, M.T.; Young, S.E.; Wen, W.; Wu, W.; Maeng, J.G.; Blobaum, A.L.; Stauffer, S.R.; Hamm, H.E.; Lindsley, C.W. 'Development of a series of (1-Benzyl)-3-(6-methoxypyrimidin-3-yl)-5-(trifluoromethoxy)-1*H*-indol-2-yl)methanols as selective protease activated receptor 4 (PAR-4) antagonists with in vivo utility and activity against γ-thrombin' *J. Med. Chem.* **2016**, *59*, 7690-7695.

383. Geanes, A.R.; Cho, H.P.; Nance, K.D.; McGowan, K.M.; Conn, P.J.; Jones, C.K.; Meiler, J.; Lindsley, C.W. 'Ligand-based virtual screen for the discovery of novel $M_5$ inhibitor chemotypes' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 4487-4491.

382. Wood, M.R.; Noetzel, M.J.; Tarr, J.C.; Rodriguez, A.L.; Lamsal, A.; Chang, S.; Foster, J.J.; Smith, E.; Chase, P.; Hodder, P.S.; Engers, D.W.; Niswender, C.M.; Brandon, N.J.; Wood, M.W.; Duggan, M.E.; Conn, P.J.; Bridges, T.M.; Lindsley, C.W. 'Discovery and SAR of a novel series of potent, CNS penetrant $M_4$ PAMs based on a non-enolizable ketone core: Challenges in disposition' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 4282-4286.

381. Garcia-Barrantes, P.M.; Lindsley, C.W. 'Total synthesis of gombamide A' *Org. Lett.* **2016**, *18*, 3810-3813.

380. Swale, D.R.; Karuto, H.; Kharade, S.V.; Sheehan, J,; Raphemot, R.R.; Voigtritter, K.R.; Meiler, J.; Blobaum, A.L.; Lindsley, C.W.; Hopkins, C.R.; Denton, J.S. 'ML418: The first selective, sub-mircromolar pore blocker of Kir7.1 potassium channels' *ACS Chem. Neurosci.* **2016**, *7*, 1013-1023.

379. Panarese, J.D.; Cho, H.P.; Adams, J.J.; Nance, K.D.; Garcia-Barrantes, P.M.; Chang, S.; Morrison, R.D.; Blobaum, A.L.; Niswender, C.M.; Stauffer, S.R.; Conn, P.J.; Lindsley, C.W. 'Further optimization of the M1 PAM VU0453595: Discovery of novel heterobicyclic core motifs with improved CNS penetration' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 3822-3825.

378. Crouch, R.D.; Morrison, R.D.; Byers, F.W.; Akers, W.S.; Lindsley, C.W.; Emmitte, K.A.; Daniels, J.S. 'Evaluating the disposition of a mixed aldehyde oxidase/cytochrome P450 substrate in rats with attenuated P450 activity' *Drug Metab. & Disp.* **2016**, *44*, 1296-1303.

377. Balu, D.T.; Yan, Li.; Takagi, S.; Rook. J.M.; Jones, C.K.; Lindsley, C.W.; Conn, P.J.; Bolshakov, V.Y.; Coyle, J.T. 'mGluR5 Positive Allosteric Modulation Rescues the Neuroplasticity Deficits in a NMDA Receptor Hypofunction Mouse Model of Schizophrenia' *Neuropsychopharmacology* **2016**, *41*, 2052-2061.

376. Wood, M.R.; Noetzel, M.J.; Engers, J.L.; Bollinger, K.A.; Melancon, B.J.; Tarr, J.C.; Han, C.; West, M.; Gregro, A.R.; Lamsal, A.; Chang, S.; Ajmera, S.; Smith, E.; Chase, P.; Hodder, P.S.; Bubser, M.; Jones, C.K.; Hopkins, C.R.; Emmitte, K.A.; Niswender, C.M.; Wood, M.W.; Duggan, M.E.; Conn, P.J.;

Bridges, T.M.; Lindsley, C.W. 'Discovery and optimization of a novel series of highly CNS penetrant $M_4$ PAMs based on a 5,6-dimethyl-4-(piperdin-1-yl)thieno[2,3-*d*]pyrimidine core' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 3029-3033.

375. Gogliotti, R.D.; Blobaum, A.L.; Morrison, R.D.; Daniels, J.S.; Salovich, J.M.; Cheung, Y-Y.; Rodriguez, A.L.; Loch, M.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Discovery and characterization of a novel series of *N*-phenylsulfonyl-1*H*-pyrrole picolinamides as positive allosteric modulators of the metabotropic glutamate receptor 4 ($mGlu_4$)' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 2984-2987.

373. Lindsley, C.W.; Emmitte, K.A.; Hopkins, C.R.; Bridges, T.M.; Gregory, K.A.; Niswender, C.M.; Conn, P.J. 'Practical strategies and concepts in GPCR allosteric modulator discovery: Recent advances with metabotropic glutamate receptors' **2016**, *116*, 6707-6741 *(invited).*

372. Gogliotti, R.D.; Engers, D.W.; Garcia-Barrantes, P.M.; Panarese, J.D.; Gentry, P.R.; Blobaum, A.L.; Morrison, R.D.; Daniels, J.S.; Thompson, A.D.; Jones, C.K.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W.; Hopkins, C.R. 'Discovery of 3-aminopicolinamides as metabotropic glutamate receptor subtype 4 (mGlu4) positive allosteric modulator warheads engendering CNS exposure and *in vivo* efficacy' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 2915-2919.

371. Garcia-Barrantes, P.M.; Lindsley, C.W. 'Total synthesis of actinophenathroline A' *Tetrahedron Lett.* **2016**, *57*, 2194-2196.

370. Kharade, S.V.; Flores, D.; Daniels, J.S.; Lindsley, C.W.; Satlin, L.M.; Denton, J.S. 'ROMK inhibitor action in the nephron probed with diuretics' *Am. J. Physiol. Renal Physiol.* **2016**, *310*, F732-F737.

369. Witt, J.O.; McCollum, A.L.; Hurtado, M.A.; Huseman, E.D.; Jeffries, D.E.; Temple, K.A.; Plumley, H.C.; Blobaum, A.L.; Lindsley, C.W.; Hopkins, C.R. 'Synthesis and characterization of a series of chiral alkoxymethyl morpholine analogs as dopamine receptor 4 ($D_4R$) antagonists' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 2481-2488.

368. Garcia-Barrantes, P.M.; Cho, H.P.; Starr, T.M.; Niswender, C.M.; Blobaum, A.L.; Conn, P.J.; Lindsley, C.W. 'Re-exploration of the $mGlu_1$ PAM Ro 07-11401 scaffold: Discovery of analogs with improved CNS penetration despite steep SAR' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 2289-2292.

367. Felts, A.S.; Rodriguez, A.L.; Morrison, R.D.; Venable, D.F.; Blobaum, A.L.; Byers, F.W.; Daniels, J.S.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of VU0467558: A negative allosteric modulator of $mGlu_{1/5}$ with CNS exposure in rodents' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 1894-1900.

366. Garcia-Barrantes, P.M.; Cho, H.P.; Niswender, C.M.; Blobaum, A.L.; Conn, P.J.; Lindsley, C.W. 'Lead optimization of the VU0486321 series of $mGlu_1$ PAMs. Part 3. Engineering plasma stability by discovery and optimization of isoindolinone analogs' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 1869-1872.

365. Gould, R.W.; Amato, R.J.; Bubser, M.; Joffe, M.E.; Nedelcovych, M.T.; Nickols, H.H.; Zhan, X.; Felts, A.S.; Rodriguez, A.L.; Venable, D.F.; Byers, F.W.; Rook, J.M.; Daniels, S.C.; Niswender, C.M.; Conn, P.J.; Emmitte, K.A.; Lindsley, C.W.; Jones, C.K. 'Partial $mGlu_5$ negative allosteric modulators attenuate cocaine self-administration, demonstrate antidepressant- and anxiolytic-like activity and lack psychotomimetic effects' *Neuropsychopharmacology* **2016**, *41*, 1166-1178.

364. Devergans, A.; Chen, E.; Ma, Y.; Hamada, I.; Pittard, D.; Kammermeirer, S.; Mullin, A.; Faundez, V.; Lindsley, C.W.; Jones, C.K.; Yoland, S.; Wichmann, T. 'Anatomical Localization of $CaV_{3.1}$ Calcium Channels and Electrophysiological Effects of T-type Calcium Channel Blockade in the Thalamus of MPTP-Treated Monkeys' *J. Neurophys.* **2016**, *115*, 470-485.

363. Garcia-Barrantes, P.M.; Cho, H.P.; Niswender, C.M.; Blobaum, A.L.; Conn, P.J.; Lindsley, C.W. 'Lead optimization of the VU0486321 series of $mGlu_1$ PAMs. Part 2. SAR of alternative 3-methyl heterocycles

and progress towards an *in vivo* tool' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 751-756.

362. Conde-Ceide, S.; Alcázar, J.; Alonso de Diego, S.A.; López, S.; Martín-Martín, M.L.; Martinez- Viturro, C.M.; Martínez-Viturro, C.M.; Tong, H.M.; Lavreysen, H.; Mackie, C.; Bridges, T.M.; Daniels, S.J.; Niswender, C.M.; Jones, C.K.; Macdonald, G.J.; Steckler, T.; Conn, P.J.; Stauffer, S.R.; Lindsley, C.W.; Bartolome-Nebreda, J.M. 'Preliminary investigation of 6,7-dihydropyrazolo[1,5- *a*]pyrazin-4-one derivatives as a novel series of $mGlu_5$ receptor positive allosteric modulators with efficacy in preclinical models of schizophrenia' *Bioorg. Med. Chem. Lett.* **2016**, *26*, 429-434.

361. Wu, Y.; Stauffer, S.R.; Stanfield, R.L.; Tapia, P.H.; Ursu, O.; Fisher, G.W.; Szent-Gyorgyi, C.; Evangelisti, A.; Waller, A.; Strouse, J.J.; Carter, M.C.; Bologa, C.; Gouveia, K.; Poslunsey, M.; Waggoner, A.S.; Lindsley, C.W.; Jarvik, J.W.; Sklar, L.A. 'Discovery of Small Molecule Non-Fluorescent Inhibitors of Fluorogen-Fluorogen Activating Protein Binding Pair' *J. Biomol. Screening* **2016**, *21*, 74-87.

360. Gould, R.W.; Nedelcovych, M.T.; Gong, X.; Tsai, E.; Bridges, T.M.; Wood, M.R.; Buber, M.; Daniels, J.S.; Duggan, M.E.; Brandon, N.J.; Dunlop, J.; Wood, M.W.; Ivarsson, M.; Noetzel, M.J.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J.; Jones, C.K. 'State-Dependent Alterations in Sleep/Wake Architecture elicited by the $M_4$ PAM VU0467154: Relation to antipsychotic-like drug effects' *Neuropharmacology* **2016**, *102*, 244-253.

359. Nickols, H.H.; Yuh, J.P.; Gregory, K.; Morrison, R.; Bates, B.S.; Stauffer, S.; Emmitte, K.; Bubser, M.; Peng, W.; Nedelcovych, M.T.; Thompson, A.; Daniels, J.S.; Lindsley, C.W.; Jones, C.K.; Conn, P.J. 'VU0477573: Partial negative allosteric modulator of the subtype 5 metabotropic glutamate receptor with high *in vivo* efficacy' *J. Pharmacol. Exp. Ther.* **2016**, *356*, 123-136.

358. Ghoshal, A.; Rook, J.; Dickerson, J.; Roop, G.; Morrison, R.; Jalan-Sakrikar, N.; Lamsal, A.; Noetzel, M.; Poslunsey, M.; Stauffer, S.R.; Xiang, Z.; Daniels, J.S.; Niswender, C.M.; Jones, C.K.; Lindsley,C.W.; Conn, P.J. 'Selective potentiation of $M_1$ muscarinic receptors reverses deficits in plasticity and negative and cognitive symptoms in repeated phencyclidine treated mouse model of schizophrenia' *Neuropsychopharmacology* **2016**, *41*, 598-610.

357. Felts, A.S.; Rodriguez, A.L.; Smith, K.A.; Engers, J.L.; Morrison, R.D.; Byers, F.W.; Blobaum, A.L.; Locuson, C.W.; Chang, S.; Venable, D.F.; Niswender, C.M.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Design of 4-Oxo-1-aryl-1,4-dihydroquinoline-3-carboxamides as selective negative *allosteric modulators of metabotropic glutamate receptor subtype 2'* J. Med. Chem. ***2015***, 58, 9027-9040.

356. Shen, W.; Plotkin, J.L.; Francardo, V.; Ko, W.K.D.; Xie, Z.; Li, Q.; Fieblinger, T.; Wess, J.; Newbig, R.R.; Lindsley, C.W.; Conn, P.J.; Greengard, P.; Bezard, E.; Cenci, M.A.; Surmeier, D.J. '$M_4$ muscarinic receptor signaling ameliorates striatal plasticity deficits in models of L-DOPA-induced dyskensia' *Neuron* **2015**, *88*, 762-773.

355. Pancani, T.; Foster, D.J.; Bichell, T.; Bradley, E.; Bridges, T.M.; Klar, R.; Daniels, J.S.; Jones, C.K.; Bowman, A.B.; Lindsley, C.W.; Xiang, Z.; Conn, P.J. 'Allosteric activation of $M_4$ mAChR reverses pathological and physiological changes associated with Huntington's disease' *Proc. Natl. Acad. Sci.USA* **2015**, *112*, 14078-14083.

354. Malosh, C.; Turlington, M.; Noetzel, M.J.; Bridges, T.M.; Vinson, P.N.; Steckler, T.; Lavreysen, H.; Mackie, C.; Bartolome-Nebreda, J.M.; Macdonald, G.J.; Daniels, J.S.; Jones, C.K.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Acyl dihydropyrazolo[1,5-*a*]pyrimidinones as metabotropic glutamate receptor 5 positive allosteric modulators' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 5115-5120.

353. Garcia-Barrantes, P.M.; Cho, H.P.; Niswender, C.M.; Blobaum, A.L.; Conn, P.J.; Lindsley, C.W. 'Lead optimization of the VU0486321 series of $mGlu_1$ PAMs. Part 1. SAR of modifications to the central aryl core' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 5107-5110.

352. Gould, R.W.; Dencker, D.; Grannan, M.; Bubser, M.; Zhan, X.; Wess, J.; Xiang, Z.; Locuson, C.; Lindsley,

C.W.; Jones, C.K. 'A role for the $M_1$ muscarinic acetylcholine receptor on top-down processing in a touchscreen visual discrimination task in mice' *ACS Chem. Neurosci*. **2015**, *6*, 1683-1695.

351. Garcia-Barrantes, P.M.; Cho, H.P.; Niswender, C.M.; Locuson, C.W.; Blobaum, A.L.; Conn, P.J.; Lindsley, C.W. 'Development of novel, CNS penetrant positive allosteric modulators metabotropic glutamate receptor subtype 1 ($mGlu_1$) based on an *N*-(3-chloro-4-(oxoisindolin-2-yl)phenyl)-3- methylfuran-2-carboxamide scaffold that potentiate both wild type and mutant $mGlu_1$ receptors found in schizophrenics' *J. Med. Chem.* **2015**, *58*, 7959-7971.

350. Ahowesso, C.; Black, P.N.; Nipun, S.; Montefuusco, D.; Chekal, J.; Malosh, C.; Lindsley, C.W.; Stauffer, S.R.; DiRusso, C. 'Chemical inhibition of fatty acid absorption and cellular uptake limits lipotoxic cell death' *Biochem. Pharmacol.* **2015**, *98*, 167-181.

349. Mitchener, M.M.; Hermanson, D.J.; Rouzer, C.A.; Shockley, E.M.; Lopez, C.F.; Brown, H.A.; Lindsley, C.W.; Reese, J.; Marnett, L.J. 'Competition and allostery govern substrate selectivity of cyclooxygenase-2' *Proc. Natl. Acad. Sci. USA* **2015**, *112*, 12366-12371.

348. Blobaum, A.L.; Byers, F.W.; Bridges, T.M.; Locuson, C.W.; Conn, P.J.; Lindsley, C.W.; Daniels, J.S. 'A screen of approved drugs identifies the androgen receptor antagonist flutamide, and its pharmacologically active metabolite, 2-hydroxyflutamide, as heterotropic activators of CYP 3A *in vitro* and *in vivo*' *Drug Metab. & Disp.* **2015**, *43*, 1718-1726.

347. Engers, J.L.; Rodriguez, A.L.; Konkol, L.C.; Morrison, R.D.; Thompson, A.D.; Byers, F.W.; Blobaum, A.L.; Chang, S.; Loch, M.T.; Niswender, C.M.; Daniels, J.S.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of VU0650786: A selective and CNS penetrant negative allosteric modulator of metabotropic glutamate receptor subtype 3 with antidepressant and anxiolytic activity in rodents' *J. Med. Chem.* **2015**, *58*, 7485-7500.

346. Duvernay, M.T.; Lindsley, C.W.; Hamm, H.E. 'Platelet lipidomic profiling: novel insight into $cPLA_2$ activity and its role in human platelet activation' *Biochemistry* **2015**, *54*, 5578-5588.

345. Brogan, J.T.; Stoops, S.L.; Brady, S.; Hanbing, A.; Weaver, C.; Daniels, J.S.; Beauchamp, R.D.; Lindsley, C.W.; Waterson, A.G. 'Optimization of a small molecule probe that restores e-cadherin expression' *Bioorg. Med. Chem. Lett*. **2015**, *25*, 4260-4264.

343. An, H.; Stoops, S.L.; Deane, N.G.; Zhu, J.; Zi, J.; Weaver, C.; Waterson, A.G.; Zijlstra, A.; Lindsley, C.W.; Beauchamp, R.D. 'Small molecule/ML327 mediated transcriptional de-repression of E-cadherin and inhibition of epithelial-to-mesenchymal transition' *Oncotarget* **2015**, *6*, 22934-22948.

342. Halambage, U.D.; Wong, J.P.; Melancon, B.J.; Lindsley, C.W.; Aiken, C. A High-Throughput Screening assay for identifying small molecules that bind a specific intersubunit interface within the assembled HIV-1 capsid' *Antimicrob. Agents Chemother.* **2015**, *59*, 5190-5195.

341. Zhou, Y.; Malosh, C.; Conde-Ceide, S.; Martinez-Viturro, C.M.; Alcazar, J.; Lavreysen, H.; Mackie, C.; Bridges, T.M.; Daniels, S.J.; Menges, A.; Niswender, C.M.; Jones, C.K.; Macdonald, G.J.; Steckler, T.; Conn, P.J.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Lindsley, C.W. 'Further optimization of the $mGlu_5$ PAM clinical candidate VU0409551/JNJ-46778212: progress and challenges towards a back-up compound' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 3515-3519.

340. Smith, E.; Chase, P.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Madoux, F.; Acosta, M.; Scampavia, L.; Spicer, T.; Hodder, P. 'Application of parallel multiparametric cell-based FLIPR detection assays for the identification of modulators of the GPCR muscarinic receptor 4 ($M_4$)' *J. Biomol. Screening* **2015**, *20*, 858-868.

339. Du, Y.; Days, E.; Romaine, I.; Kaufmann, K.; Stauffer, S.R.; Lindsley, C.; Sulikowski, G.; Weaver, C.D. 'Development and validation of a thallium flux-based functional assay for the sodium channel $NaV_{1.7}$ and its utility for lead discovery and compound profiling' *ACS Chem. Neurosci.* **2015**, *6*, 871-878.

338. Conde-Ceide, S.; Martin-Martin, M.L.; Alcazar, J.; Manka, T.; Tong, H.M.; Garcia-Barrantes, P.M.;

Lavreysen, H.; Mackie, C.; Vinson, P.N.; Daniels, S.J.; Menges, A.; Niswender, C.M.; Jones, C.K.; Macdonald, G.J.; Steckler, T.; Conn, P.J.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Lindsley, C.W. 'Discovery of VU0409551/JNJ-46778212: An $mGlu_5$ Positive Allosteric Modulator Clinical Candidate Targeting Schizophrenia' *ACS Med. Chem. Lett.* **2015**, *6*, 716-720.

337. Schreiber, S.L.; Kotz, J.D.; Li, M.; Aube, J.; Austin, C.P.; Reed, J.C.; White, E.L.; Sklar, L.A.; Lindsley, C.W.; Foley, M.A.; Palmer, M.; Bittker, J.; De Souza, A.; Clemons, P.A.; McManus, O.; Wu, M.; Zou, B.; Yu, H.; Golden, J.E.; Schoenen, F.J.; Simeonov, A.; Jadhav, A.; Jackson, M.R.; Pinkerton, A.B.; Chung, T.D.Y.; Griffin, P.R.; Cravatt, B.F.; Chung, D-H.; Jonsson, C.B.; Noah, J.W.; Severson, W.E.; Ananthan, S.; Edwards, B.; Opera, T.I.; Conn, P.J.; Hopkins, M.R.; Stauffer, S.R.; Emmitte, K.A. 'Advancing biological understanding and therapeutics discovery with small-molecule probes' *Cell* **2015**, *161*, 1252-1265.

336. Taylor, H.E.; Simmons, G.E.; Matthews, T.P.; Khatua, A.K.; Popik, W.; Lindsley, C.W.; D'Aquila, R.T.; Brown, H.A.; 'Phospholipase D1 couples $CD4^+$ T cell activation to *c*-Myc-dependent deoxyribonucleotide pool expansion and HIV-1 replication.' *PLoS Pathogens* **2015**, *11*, e1004864.

335. Senter, T.J.; Gogliotti, R.D.; Han, C.; Locuson, C.W.; Morrison, R.D.; Daniels, J.S.; Cierpicki, T.; Grembecka, J.; Lindsley, C.W.; Stauffer, S.R. 'Progress towards small molecule Menin-Mixed Lineage Leukemia (MLL) interaction inhibitors with in vivo utility' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 2720-2725.

334. Rook, J.M.; Xiang, Z.; Lv, X.; Ghosal, A.; Dickerson, J.; Bridges, T.M.; Johnson, KA.; Bubser, M.; Gregory, K.J.; Vinson, P.N.; Byun N.; Stauffer, S.R.; Daniels, J.S.; Niswender, C.M.; Lavreysen, H.; Mackie, C.; Conde-Ceide, S.; Alcazar, J.; Bartolome, J.M.; Macdondald, G.J.; Steckler, T.; Jones, C.K.; Lindsley, C.W.; Conn, P.J. 'Biased $mGlu_5$ positive allosteric modulators provide in vivo efficacy without potentiating $mGlu_5$ modulation of NMDAR currents' *Neuron* **2015**, *86*, 1029-1040.

333. Matthew, T.P.; Hill, S.; Rose, K.L.; Lindsley, C.W.; Brown, H.A. 'Human phospholipase D regulates pyrimidine biosynthesis in malignant glioma' *ACS Chem. Bio.* **2015**, *10*, 1258-1268.

332. Klar, R.; Walker, A.G.; Ghose, D.; Grueter, B.A.; Engers, D.W.; Hopkins, C.R.; Lindsley, C.W.; Ziang, Z.; Conn, P.J.; Niswender, C.M. 'Activation of metabotropic glutamate receptor 7 is required for induction of long term potentiation at SC-CA1 synapses in the hippocampus' *J. Neurosci.* **2015**, *35*, 7600-7615.

331. Bollinger, S.R.; Engers, D.W.; Ennis, E.A.; Wright, J.; Wu. M.; Ruggiero, A.M.; McManus, O.B.; Lin, Z.; Huang, X.; Li, M.; Lindsley, C.W.; Blakley, R.D.; Hopkins, C.R. 'Synthesis and structure-activity relationships of a series 4-methoxy-3-(piperidin-4-yl)oxy benzamides as novel inhibitors of the presynaptic choline transporter' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 1757-1760.

330. Iderberg, H.; Maslava, N.; Thompson, A.D.; Bubser, M.; Niswender, C.M.; Hopkins, C.R.; Lindsley, C.W.; Conn, P.J.; Jones, C.K.; Cenci, M.A. 'Pharmacological stimulation of metabotropic glutamate receptor type 4 in a rat model of Parkinson's disease and L-DOPA-induced dyskinesia: comparison between a positive allosteric modulator and an orthosteric agonist' *Neuropharmacology* **2015**, *95*, 121-129.

329. Burkett, J.A.; Benson, A.D.; Green, T.L.; Rook, J.M.; Lindsley, C.W.; Conn, P.J.; Deutsch, S.I. 'Effects of VU0410120, a novel GlyT1 inhibitor, on measures of sociability, cognition and stereotypic behaviors in a mouse model of autism' *Prog. Neuropsychopharmacol. Biol. Psychiatry* **2015**, *61*, 10-17.

328. Nedelcovych, M.T.; Gould, R.W.; Zhan, X.; Bubser, M.; Gong, X.; Grannan, M.; Thompson, A.T.; Ivarsson, M.; Lindsley, C.W.; Conn, P.J.; Jones, C.K. 'A rodent model of traumatic stress induces lasting sleep and quantitative electroencephalographic disturbances' *ACS Chem. Neurosci.* **2015**, *6*, 485-493.

327. Ennis, E.A.; Wright, J.; Retzlaff, C.L.; McManus, O.B.; Lin, Z.; Huang, X.; Wu, M.; Li, M.; Daniels, J.S.; Lindsley, C.W.; Hopkins, C.R.; Blakely, R.D. 'Identification and characterization of ML352: A novel, noncompetitive inhibitor of the presynaptic choline transporter' *ACS Chem. Neurosci*. **2015**, *6*, 417-427. (ACS Editor's Choice, featured *C&E News*).

326. Martin-Martin, M.L.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; Alonso, S.A.; Lopez, S.; Martinez-Viturro,

C.M.; Tong, H.M.; Lavreysen, H.; Macdonald, G.J.; Steckler, T.; Mackie, C.; Daniels, S.J.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Discovery and SAR of novel series of imidazopyrimidinones and dihydroimidazopyrimidinones as positive allosteric modulators of the metabotropic glutamate receptor 5 ($mGlu_5$)' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 1310-1317.

325. Scott, S.A.; Spencer, C.T.; O'Reilly, M.C.; Brown, K.A.; Lavieri, R.R.; Cho, C-H.; Jung, D-I.; Larock, R.C.; Brown, H.A.; Lindsley, C.W. 'Discovery of the first universal inhibitors of divergent mammalian, *Pseudomonas aeruginosa* and NAPE Phospholipase D (PLD) enzymes by a common desketoraloxifene scaffold' *ACS Chem. Bio.* **2015**, *10*, 421-432.

324. Senter, T.J.; O'Reilly, M.C.; Lindsley, C.W. 'General, enantioselective synthesis of *N*-alkyl terminal aziridines and C2-functionalized azetidines via organocatalysis' *Tetrahedron Lett.* **2015**, *56*, 1276-1279.

323. Walker, A.G.; Wenthur, C.J.; Xiang, Z.; Rook, J.M.; Emmitte, K.A.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J. 'Metabotropic glutamate receptor 3 ($mGlu_3$) activation is required for group II mGlu long-term depression in the medial prefrontal cortex and fear extinction learning' *Proc. Natl. Acad. Sci. USA* **2015**, *112*, 1196-1201.

322. Rook, J.M.; Tantawy, M.N.; Ansari, M.S.; Felts, A.S.; Stauffer, S.R.; Emmitte, K.A.; Kessler, R.M.; Niswender, C.M.; Daniels, J.S.; Jones, C.K.; Lindsley, C.W.; Conn, P.J. 'Relationship between in vivo receptor occupancy and efficacy of metabotropic glutamate receptor subtype 5 allosteric modulators with different in vitro binding profiles' *Neuropsychopharmacology* **2015**, *40*, 755-765.

321. Kurata, H.; Gentry, P.R.; Kokubo, M.; Cho, H.P.; Bridges, T.M.; Niswender, C.M.; Byers, F.W.; Wood, M.R.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W. 'Further optimization of the $M_5$ NAM MLPCN probe ML375: Tactics and challenges' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 690-694.

320. Wen, W.; Wang, Y.; McManus, O.B.; Wu, M.; Li, M.; Lindsley, C.W.; Dong, X.; Hopkins, C.R. 'Discovery and characterization of (2-cylclopropanesulfonamido)-*N*-(2-ethoxy)benzamide, ML382: a potent and selective positive allosteric modulator of MrgX1' *ChemMedChem* **2015**, *10*, 57-61.

319. Han, C.; Chatterjee, A.; Noetzel, M.J.; Panarese, J.D.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Stauffer, S. R. 'Discovery and SAR of muscarinic receptor subtype 1 ($M_1$) allosteric activators from a molecular libraries high throughput screen. Part I: 2,5-dibenzyl-2*H*-pyrazolo[4,3-*c*]quinolin-3(5*H*)- ones as positive allosteric modulators.' *Bioorg. Med. Chem. Lett.* **2015**, *25*, 384-388.

318. Jalan-Sakrikar, N.; Field, J.R.; Klar, R.; Mattman, M.E.; Walker, A.G.; Zamorano, R.; Byers, C.F.; Blobaum, A.L.; Engers, D.W.; Bollinger, S.R.; Weaver, C.D.; Days, E.; Utley, T.J.; Acher, F.; Melancon, B.J.; Daniels, J.S.; Wood, M.R.; Lindsley, C.W.; Conn, P.J.; Xiang, Z.; Hopkins, C.R.; Niswender, C.M. 'Identification of positive allosteric modulators VU0155094 (ML397) and VU0422288 (ML396) reveals new insights into the biology of metabotropic glutamate receptor 7' *ACS Chem. Neurosci.* **2014**, *5*, 1221-1237.

317. Morris, L.C.; Nance, K.D.; Gentry, P.R.; Days, E.L.; Weaver, C.D.; Niswender, C.M.; Thompson, A.D.; Jones, C.K.; Locuson, C.W.; Morrison, R.D.; Daniels, J.S.; Niswender, K.D.; Lindsley, C.W. 'Discovery of (*S*)-2-cyclopentyl-*N*-((1-isopropylpyrrolidin2-yl)-9-methyl-1-oxo-2,9-dihydro-1*H*- pyrrido[3,4-*b*]indole-4-carboxamide (VU0453379): a novel, CNS penetrant GLP-1 positive allosteric modulator (PAM)' *J. Med. Chem.* **2014**, *57*, 10192-10197.

316. O'Reilly, M.C.; Scott, S.A.; Brown, H.A.; Lindsley, C.W. 'Further evaluation of novel structural modifications to scaffolds that engender PLD isoform selective inhibition' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 5553-5557.

315. O'Reilly, M.C.; Oquin, III, T.H.; Scott, S.A.; Thomas, P.G.; Locuson, C.W.; Morrison, R.D.; Daniels, J.S.; Brown, A.H.; Lindsley, C.W. 'Discovery of a highly selective PLD2 inhibitor, VU0468809 (ML395): a new probe with improved physiochemical properties and broad spectrum antiviral activity against influenza strains' *ChemMedChem* **2014**, *9*, 2633-2637.

314. Tsugawa, D.; Oya, Y.; Masuzaki, R.; Ray, K.; Engers, D.W.; Dib, M.; Kuramitsu, K.; Ho, K.; Yu, P.B.; Bloch, K.D.; Lindsley, C.W.; Hopkins, C.R.; Hong, C.C.; Karp, S.J. 'Specific Alk3 inhibitors enhance liver

regeneration' *J. Pharmacol. & Exp. Ther.* **2014**, *351*, 549-558.

313. Cho, H.P.; Garcia-Barrantes, P.M.; Brogan, J.T.; Hopkins, C.R.; Niswender, C.M.; Rodriguez, A.L.; Venable, D.; Morrison, R.D.; Bubser, M.; Daniels, J.S.; Jones, C.K.; Conn, P.J.; Lindsley, C.W. 'Chemical modulation of mutant $mGlu_1$ receptors derived from deleterious *GRM1* mutations found in Schizophrenics.' *ACS Chem. Bio.* **2014**, *9*, 2334-2346 (ACS Editor's Choice, featured *C&E News*).

312. Wen, W.; Wu, W.; Lindsley, C.W.; Weaver, C.D. 'Discovery of Potent and Selective GIRK1/2 modulators via 'Molecular Switches' within a series of 1-(3-cyclopropyl-1-phenyl-1*H*-pyrazol-5-yl)ureas' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 5102-5106.

311. Bubser, M.; Bridges, T.M.; Thorbeck, D.D.; Gould. R.W.; Grannan, M.; Noetzel, M.J.; Niswender, C.M.; Daniels, J.S.; Melancon, B.J.; Tarr, J.C.; Wess, J.; Duggan, M.E.; Brandon, N.J.; Dunlop, J.; Wood, M.W.; Wood, M.R.; Lindsley, C.W.; Conn, P.J.; Jones C.K. 'Selective activation of $M_4$ muscarinic acetylcholine receptors reverses MK-801-induced behavioral impairments and enhances associative learning in rodents' *ACS Chem. Neurosci.* **2014**, *5*, 920-942.

310. Lindsley C.W. 'Pharmacoeconomics and the medicinal chemist' *ACS Med. Chem. Lett.* **2014**, *5*, 1066-1068.

309. Gentry, P.R.; Kokubo, M.; Bridges, T.M.; Byun, N.; Cho, H.P.; Smith, E.; Hodder, P.S.; Niswender, C.M.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Development of a Highly Potent, Novel $M_5$ Positive Allosteric Modulator (PAM) Demonstrating CNS Exposure: 1-((1*H*-indazol-5-yl)sulfoneyl)-*N*-ethyl-*N*-(2-(trifluoromethyl)benzyl)piperidine-4-carboxamide (ML380)' *J. Med. Chem.* **2014**, *57*, 7804-7810.

308. Wen, W.; Young, S.E.; Duvernay, M.T.; Schulte, M.L.; Nance, K.D.; Melancon, B.J.; Engers, J.; Locuson, C.W.; Wood, M.R.; Daniels, J.S.; Wu, W.; Lindsley, C.W.; Hamm, H.E.; Stauffer, S.R. 'Substituted indoles as selective protease activated receptor 4 (PAR4) antagonists: discovery and SAR of ML354' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 4708-4713.

307. Oguin, T.; Sharma, S.; Stuart, A.D.; Jones, C.K.; Daniels, J.S.; Lindsley, C.W.; Thomas, P.G.; Brown, H.A. 'Phospholipase D facilitates efficient entry of influenza virus allowing escape from innate immune inhibition' *J. Biol. Chem.* **2014**, *289*, 25405-25417.

306. Berry, C.G.; Bubser, M.; Jones, C.J.; Hayes, J.P.; Wepy, J.A.; Locuson, C.W.; Daniels, J.S.; Lindsley,C.W.; Hopkins, C.R. 'Discovery and characterization of ML398, a potent and selective antagonist of the $D_4$ receptor

with in vivo activity' *ACS Med. Chem. Lett.* **2014**, *5*, 1060-1064.

305. Bruntz, R.C.; Lindsley, C.W.; Brown, H.A. 'Phospholipase D and phosphatidic acid signaling pathways as targets for therapeutics: Roles in cancer' *Pharmacol. Rev.* **2014**, *66*, 1033-1079. *(invited).*

304. Lindsley, C.W. '2013 Philip S. Portoghese Medicinal Chemistry Lectureship: Drug Discovery Targeting Allosteric Sites' *J. Med. Chem.* **2014**, *57*, 7485-7498. *(invited Award Perspective.)*

303. Conn, P.J.; Lindsley, C.W.; Meiler, J.; Niswender, C.M. 'Opportunities and challenges in the discovery of allosteric modulators of GPCRs for the treatment of CNS disorders' *Nat. Rev. Drug Discov.* **2014**, *13*, 692-708.

302. Scott, S.A.; Matthews, T.P.; Ivanova, P.T.; Lindsley, C.W.; Brown, H.A. 'Chemical modulation of glycerolipid signaling and metabolic pathways' *Biochimica et Biophysica Acta – Molecular and Cell Biology of Lipids* **2014**, *1841*, 1060-1084.

301. MacDonald, G.J.; Lindsley, C.W. 'A unique industrial-academic collaboration towards the next generation of schizophrenia therapeutics' *Curr. Topics in Med. Chem.* **2014**, *14*, 304-312.

300. Wenthur, C.J.; Bennett, M.R.; Lindsley, C.W. 'Classics in Chemical Neuroscience: Fluoxetine (Prozac)' *ACS Chem. Neurosci*. **2014**, *5*, 14-23.

299. Wenthur, C.J.; Gentry, P.R.; Mathews, T.P.; Lindsley, C.W. 'Drugs for allosteric sites on receptors' *Annu. Rev. Pharmacol. Toxicol.* **2014**, *54*, 165-184.

289. Gentry, P.R.; Kokubo, M.; Bridges, T.M.; Cho, H.P.; Smith, E.; Chase, P.; Hodder, P.S.; Utley, T.J.; Rajapakse, A.; Byers, F.; Niswender, C.M.; Morrison, R.D.; Daniels, J.S.; Wood, M.R.; Conn, P.J.; Lindsley, C.W. 'Discovery, synthesis and characterization of a highly muscarinic acetylcholine receptor (mAChR)-selective $M_5$-orthosteric antagonist, VU0488130 (ML381): A novel molecular probe' *ChemMedChem* **2014**, *9*, 1677-1682.

288. Cho, H.P.; Engers, D.W.; Venable, D.F.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J.; Emmitte, K.A.; Rodriguez, A.L. 'A novel class of succinimide-derived negative allosteric modulators of metabotropic glutamate receptor subtype 1 provides insight into a disconnect in activity between rat and human receptors' *ACS Chem. Neurosci.* **2014**, *5*, 597-610.

287. Turlington, M.; Noetzel, M.J.; Bridges, T.M.; Vinson, P.N.; Steckler, T.; Lavreysen, H.; Mackie, C.; Bartolome, J.M.; Conde-Ciede, S.; Tong, H.M.; MacDonald, G.J.; Daniels, J.S.; Jones, C.K.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Discovery and SAR of a novel series of metabotropic glutamate receptor 5 positive allosteric modulators with high ligand efficiency' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 3641-3646.

286. Bates, B.S.; Rodriguez, A.L.; Felts, A.S.; Morrison, R.D.; Venable, D.F.; Blobaum, A.L.; Byers, F.W.; Lawson, K.P.; Daniels, J.S.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of VU0431316: A negative allosteric modulator of $mGlu_5$ with activity in a mouse model of anxiety' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 3307-3314.

285. Turlington, M.; Malosh, C.; Jacobs, J.; Manka, J.T.;Vinson, P.N.; Gogi, K.; Jadhav, S.; Herman, E.J.; Lavreysen, H.; Mackie, C.; Bartolome, J.M.; Macdonald, G.J.; Steckler, T.; Daniels, J.S.; Weaver, C.D.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Tetrahydronaphthyridine and dihydronapthyridinone ethers as positive allosteric modulators of the metabotropic glutamate receptor 5 ($mGlu_5$)' *J. Med. Chem.* **2014**, *57*, 5620-5637.

284. Morris, L.C.; Days, E.L.; Turney, M.; Mi, D.; Lindsley, C.W.; Weaver, C.D.; Niswender, K.D. 'A duplexed high-throughput screen to identify allosteric modulators of the glucagon-like peptide 1 and glucagon receptor' *J. Biomol. Screening* **2014**, *19*, 839-846.

283. Cipriano, R.; Bryson, B.L.; Bruntz, R.C.; Scott, S.A.; Lindsley, C.W.; Brown, H.A.; Jackson, M.W. 'Hyperactivation of EGFR and downstream phospholipase D1 by oncogenic FAM83B' *Oncogene,* **2014**, *33*, 3298-3306.

282. Saunders, C.; Siuta, M.; Robertson, S.D.; Kocalis, H.E.; Davis, A.R.; Sauer, J.; Matthies, H.J.G.; Gresch, P.; Airey, D.; Lindsley, C.W.; Schetz, J.A.; Niswender, K.D.; Veenstra-Vanderweel, J.M.; Gali, A. 'Neuronal ablation of p-Akt at Ser473 leads to altered $5\text{-}HT_{1A/2A}$ receptor function' *Neurochem. Int.* **2014**, *73*, 113-121.

281. Byun, N.E.; Grannan, M.; Bubser, M.; Barry, R.L.; Thompson, A.; Rosanelli, J.; Gowrishnakar, R.; Kelm, N.D.; Damon, S.; Bridges, T.M.; Melancon, B.J.; Tarr, J.C.; Brogan, J.T.; Avison, M.J.; Deutch, A.Y.; Wess, J.; Wood, M.R.; Lindsley, C.W.; Gore, J.C.; Conn, P.J.; Jones C.K. 'Antipsychotic drug-like effects of the selective $M_4$ muscarinic acetylcholine receptor positive allosteric modulator VU0152100' *Neuropsychopharmacology* **2014**, *39*, 1578-1593.

280. Wenthur, C.J.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of substituted pyrazolo[1,5-*a*] quinazolines as dual $mGlu_2/mGlu_3$ NAMs' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 2693-2698.

279. Gregory, K.J.; Nguyen, E.D.; Malosh, C.; Mendenhall, J.L.; Zic, J.Z.; Bates, B.S.; Noetzel, M.J.; Squire, E.F.; Turner, E.M.; Hietschold, P.; Emmitte, K.A.; Stauffer, S.R.; Lindsley, C.W.; Meiler, J.; Conn, P.J. 'Identification of specific ligand-receptor interactions that govern binding and cooperativity of diverse modulators to a common metabotropic glutamate receptor 5 allosteric site' *ACS Chem. Neurosci.* **2014**, *5*, 282-

295.

278. Pancani, T.; Bolarinwa, C.; Smith, Y.; Lindsley, C.W.; Conn, P.J.; Xiang, Z. 'M$_4$ mAChR-mediated modulation of glutamatergic transmission at corticostriatal synapses' *ACS Chem. Neurosci.* **2014**, *5*, 318-324.

277. Foster, D.J.; Gentry, P.R.; Lizardi-Oritz, J.E.; Bridges, T.M.; Wood, M.R.; Niswender, C.M.; Sulzer, D.; Lindsley, C.W.; Xiang, Z.; Conn, P.J. 'M$_5$ receptor activation produces opposing physiological outcomes in dopamine neurons depending on the receptor's location' *J. Neurosci.* **2014**, *34*, 3253-3262.

276. Free, B.R.; Conroy, J.L.; Roof, R.A.; Doyle, T.; Han, Y.; Donthamsetti, P.; Javitch, J.A.; Southall, N.; Emmitte, K.A.; Lindsley, C.W.; Ferrer, M.; Sibley, D.R. 'High-throughput screening for modulators of the D$_2$ receptor yields unique and selective pharmacological chemotypes' *Cathecholamine Res. In the 21st Century* **2014**, 115.

275. He, S.; Senter, T.J.; Pollock, J.; Han, C.; Upadhyay, S.U.; Purohit, T.; Gogliotti, R.D.; Lindsley, C.W.; Cierpicki, T.; Stauffer, S.R.; Grembecka, J. 'High-affinity small molecule inhibitors of the menin-Mixed Lineage Leukemia (MLL) interaction closely mimic a natural protein-protein interaction' *J. Med. Chem.* **2014**, *57*, 1543-1556.

274. Sheffler, D.J.; Nedelovych, M.T.; Williams, R.; Turner, S.C.; Duerk, B.B.; Robbins, M.R.; Jadhav, S.B.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Daniels, R.N.; Lindsley, C.W. 'Novel GlyT1 inhibitor chemotypes by scaffold hopping. Part 2. Development of a [3.3.0]-based series and other piperidine bioisosteres' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 1062-1066.

273. Jones, C.K.; Sheffler, D.J.; Williams, R.; Jadhav, S.B.; Felts, A.D.; Morrison, R.D.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W. 'Novel GlyT1 inhibitor chemotypes by scaffold hopping. Part 1. Development of a potent and CNS penetrant [3.1.0]-based lead' *Bioorg. Med. Chem. Lett.* **2014**, *24*, 1067-1070.

272. Bruntz, R.C.; Taylor, H.E.; Lindsley, C.W.; Brown, H.A. 'Phospholipase D2 mediates survival signaling through direct regulation of Akt in glioblastoma cells' *J. Bio. Chem.* **2014**, *289*, 600-616. *(Paper of the Week)*

271. Schaldecker, T.; Kim, S.; Tarabanis, C.; Tian, D.; Hakroush, S.; Castonguay, P.; Ahn, W.; Wallentin, H.; Heid, H.; Hopkins, C.R.; Lindsley, C.W.; Riccio, A.; Buvall, L.; Weins, A.; Greka, A. 'Inhibition of the TRPC5 ion channel protects the kidney filter' *J. Clin. Invest.* **2013**, *123*, 5298-5309.

270. Gentry, P.R.; Kokubo, M.; Bridges, T.M; Kett, N.R.; Harp, J.M.; Cho, H.P.; Smith, E.; Chase, P.; Hodder, P.S.; Niswender, C.M.; Daniels, S.J.; Conn, P.J.; Wood, M.R.; Lindsley, C.W. 'Discovery of the first M$_5$-selective and CNS Penetrant negative allosteric modulator (NAM) of a muscarinic acetylcholine receptor: (*S*)-9b-(4-chlorophenyl)-1-(3,4-difluorobenzoyl)-2,3-dihydro-1*H*-imidazo[2,1-*a*]isoindol-5(9b*H*)-one (ML375), an M$_5$ selective NAM' *J. Med. Chem.* **2013**, *56*, 9351-9355.

269. Blobaum, A.L.; Bridges, T.M.; Byers, F.W.; Mattmann, M.E.; Morrsion, R.D.; Mackie, C.; Lavreysen, H.; Bartolome, J.M.; MacDondald, G.J.; Steckler, T.; Jones, C.K.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Daniels, J.S. 'Heterotropic activation of the midazolam hydroxylase activity of P450 3A by a positive allosteric modulator of metabotropic glutamate receptor 5: *In Vitro* to *In Vivo* translation and potential impact on clinically relevant drug-drug interactions' *Drug Metab. & Dispos.* **2013**, *41*, 2066-2075.

268. Turlington, M.L.; Noetzel, M.J.; Chun, A.; Zhou, Y.; Goglitotti, R.D.; Nguyen, E.D.; Gregory, K.J.; Vinson, P.N.; Rook, J.M.; Gogi, K.K.; Xiang, Z.; Bridges, T.M.; Daniels, J.S.; Jones, C.K.; Niswender, C.M.; Meiler, J.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Exploration of Allosteric Agonism Structure-Activity Relationships within an Acetylene Series of Metabotropic Glutamate Receptor 5 (mGlu$_5$) Positive Allosteric Modulators (PAMs): discovery of 5-((3-fluorophenyl)ethynyl)-*N*-(3-methyloxetan-3-yl)picolinamide (ML254)' *J. Med. Chem.* **2013**, *56*, 7976-7996.

267. Gregory, K.J.; Herman, E.J.; Ramsey, A.S.; Hammond, A.S.; Byun, N.E.; Stauffer, S.R.; Manka, J.T.; Jadhav, S.; Weaver, C.D.; Niswender, C.M.; Steckler, T.; Drinkenburg, W.H.; Ahnaou, A.; Laverysen, H.; MacDonald,

G.; Bartolome, J.M.; Mackie, C.; Caron, M.; Daigle, T.; Lindsley, C.W.; Conn, P.J.; Jones, C.K. '*N*-Aryl piperazine metabotropic glutamate receptor 5 positive allosteric modulators possess efficacy in preclinical models of NMDA hypofunction and cognitive enhancement' *J. Pharmacol. & Exp. Ther*. **2013**, *347*, 438-457.

266. Schmitz, Y.; Barnard, C.; Lizardi-Oritz, J.; Mrejeru, A.; Klein, Z.; Lindsley, C.W.; Sulzer, D.'Glycine transporter 1 inhibition promotes striatal axon sprouting via NMDA receptors in dopamine neurons' *J. Neurosci*. **2013**, *33*, 16778-16789.

265. Turlington, M.; Chun, A.; Tokars, V.; Jacobs, J.; Daniels, J.S.; Dawson, E.; Saldanha, A.; Chase, P.; Eggler, A.; Baez-Santos, Y.M.; Tomar, S.; Mielech, A.M.; Baker, S.C.; Lindsley, C.W.; Hodder, P.; Mesecar, A.; Stauffer, S.R. 'Discovery of *N*-benzyo[1,2,3]triazol-1-yl)-*N*-(benzyl)acetimido)phenyl) carboxamides as severe acute respiratory syndrome coronavirus (SARS-CoV) 3CLpro inhibitors: identification of ML300, structure-based optimization and non-covalent nanomolar inhibitors with a unique induced fit binding mode' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 6172-6177.

264. Felts, A.S.; Rodriguez, A.L.; Morrison, R.D.; Venable, D.F.; Bates, B.S.; Manka, J.T.; Blobaum, A.L.; Byers, F.W.; Santomango, T.S.; Daniels, J.S.; Jones, C.K.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Aryl ether negative allosteric modulators of mGlu5: Discovery of a new tool compound VU0409106 with activity in a mouse model of anxiety that correlates with unbound fraction in the brain' *Bioorg. Med.Chem. Lett.* **2013**, *23*, 5779-5785.

263. Storaska, A.J.; Mei, J.P.; Wu, M.; Li, M.; Wade, S.M.; Blazer, L.L.; Sjogren, B.; Hopkins, C.R.; Lindsley, C.W.; Lin, Z.; Babcock, J.J.; McManus, O.; Neubig, R.R. 'Reversible inhibitors of regulators of G-protein signaling identified in a high-throughput cell-based calcium assay' *Cellular Signaling* **2013**, *25*, 2848-2855.

262. Bartolome-Nebreda, J.M.; Conde-Ceide, S.; Delgado, F.; Pastor, J.; Pena, M.A.; Trabanco, A.A.; Tresadern, G.; Wassvik, C.M.; Stauffer, S.R.; Jadhav, S.; Days, E.; Weaver, C.D.; Lindsley, C.W.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Rombouts, F.; Lavreysen, H.; Macdonald, G.J.; Mackie, C.; Steckler, T. 'Dihydrothiazolopyridone derivatives as a novel family of positive allosteric modulators of the mGlu5 receptor' *J. Med. Chem.* **2013**, *56*, 7243-7259.

261. Kauffman, K.; Days, E.; Roamine, I.; Du, Y.; Sliwoski, G.; Morrison, R.; Denton, J.; Niswender, C.M.; Daniels, J.S.; Sulikowski, G.; Xie, S.; Lindsley, C.W.; Weaver, C.D. 'VU0456810 (ML297), the first potent and selective activator of GIRK potassium channel displays anti-epileptic properties in mice' *ACS Chem. Neurosci.* **2013**, *4*, 1278-1286.

260. Schulte, M.L.; Turlington, M.L.; Phatak, S.S.; Harp, J.M.; Stauffer, S.R.; Lindsley, C.W. 'Total synthesis of stemaphylline *N*-Oxide and related 9a epimeric unnatural analogs' *Chem. Eur. J.* **2013**, *19*, 11847-11852.

259. Ramos-Hunter, S.J.; Engers, D.W.; Kaufmann, K.; Du, Y.; Lindsley, C.W.; Weaver, C.D.; Sulikowski, G.A. 'Discovery of a novel series of GIRK1/2 and GIRK1/4 activators' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 5195-5198.

258. Manka, J.T.; Rodriguez, A.L.; Venable, D.F.; Morrison, R.D.; Venable, D.F.; Plumley, H.C.; Blobaum, A.L.; Daniels, J.S.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Octahydropyrrolo[3,4-*c*]pyrrole negative allosteric modulators of $mGlu_1$' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 5091-5096.

257. Amato, R.J.; Felts, A.S.; Rodriguez, A.L.; Venable, D.F.; Morrison, R.D.; Byers, F.W.; Daniels, J.S; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Jones, C.K.; Emmitte, K.A. 'Substituted 1-phenyl-3-(pyridin-2-yl)urea negative allosteric modulators of $mGlu_5$: Discovery of a new tool compound VU0463841 with activity in rat models of cocaine addiction' *ACS Chem. Neurosci.* **2013**, *4*, 1217-1228.

256. Bridges, T.M.; Rook, J.M.; Noetzel, M.J.; Morrison, R.D.; Zhou, Y.; Gogliotti, R.D.; Vinson, P.N.; Jones, C.K.; Niswender, C.M.; Lindsley, C.W.; Stauffer, S.R.; Conn, P.J.; Daniels, J.S. 'Biotransformation of a novel positive allosteric modulator of metabotropic glutamate receptor subtype 5 contributes to seizures in rats involving a receptor agonism-dependent mechanism' *Drug Metab. & Dispos.* **2013**, *41*, 1703-1714.

255. Xu, J.; Zhu, Y.; Kraniotis, S.; Stauffer, S.R.; Lindsley, C.W.; Conn, P.J.; Contractor, A. 'Potentiating mGluR5 function with a positive allosteric modulator enhances adaptive learning' *Learning & Memory* **2013**, *20*, 438-445.

254. Wen, W.; Wu, W.; Kaufmann, K.; Du, Y.; Sulikowski, G.A.; Weaver, C.D.; Lindsley, C.W. 'Discovery of 'Molecular Switches' within a GIRK activator scaffold that afford the first selective GIRK inhibitors' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 4562-4566.

253. Scott, S.A.; Xiang, Y.; Matthews, T.P.; Plumley, H.C.; Myers, D.S.; Armstrong, M.D.; Tallman, K.A.; O'Reilly, M.C.; Lindsley, C.W.; Brown, H.A. 'Regulation of phospholipase D an phosphatidic acid production following purinergic (P2Y6) receptor stimulation' *J. Biol. Chem.* **2013**, *288*, 20477-20487.

252. Aldrich, L.N.; Berry, C.B.; Bates, B.S.; Konkol, L.C.; So, M.; Lindsley, C.W. 'Towards the synthesis of marineosin A: Construction of the macrocyclic pyrrole and an advanced, functionalized spiroaminal model' *Eur. J. Org. Chem.* **2013**, *20*, 4215-4218.

251. Wenthur, C.J.; Niswender, C.M.; Morrison, R.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W.'Discovery of (*R*)-(2-fluoro-4-((4-methoxyphenyl)ethynyl)phenyl)(3-hydroxypiperidin-1-yl)methanone (ML337), an $mGlu_3$ selective and CNS penetrant negative allosteric modulator (NAM)' *J. Med. Chem.* **2013**, *56*, 3713-3718.

250. Young, S.E.; Duvernay, M.T.; Lindsley, C.W.; Hamm, H.E. 'Synthesis and characterization of indole-derived protease activated receptor-4 (PAR4) antagonists' *PLOS One* **2013**, *8*, e65528.

249. Lovell, K.M.; Felts, A.S.; Rodriguez, A.L.; Venable, D.F.; Morrison, R.D.; Byers, F.W.; Daniels, J.S.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. '*N*-acyl-*N'*-arylpiperazines as negative allosteric modulators of $mGlu_1$: Identification of VU0469650, a potent and selective tool compound with CNS exposure in rats' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 3713-3718.

248. O'Reilly, M.C.; Lindsley, C.W. 'A general, enantioselective synthesis of chiral β- and γ-fluoroamines' *Tetrahedron Lett.* **2013**, *54*, 3627-3629.

247. Yu, H.; Lin, Z.; Mattmann, M.E.; Zou, B.; Wu, M.; McManus, O.B.; Lindsley, C.W.; Hopkins, C.R.; Li, M. 'Dynamic subunit stoichiometry confers a progressive continuum of pharmacological sensitivity by KNCQ channels, *Proc. Natl. Acad. Sci. USA.* **2013**, *110*, 8732-8737.

246. Engers, D.W.; Frist, A.Y.; Lindsley, C.W.; Hong, C.H.; Hopkins, C.R. 'Synthesis and structure-activity relationships of a novel and selective bone morphogenic receptor (BMP) inhibitor derived from the pyrazolo[*1,5-a*]pyrimidine scaffold of dorsomorphin: The development of ML347 as an ALK2 versus ALK3 selective MLPCN probe' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 3248-3252.

245. Gentry, P.R.; Bridges, T.M.; Lamsal, A.; Vinson, P.N.; Smith, E.; Chase, P.; Hodder, P.S.; Engers, J.L.; Niswender, C.M.; Daniels, J.S.; Conn, P.J.; Wood, M.R.; Lindsley, C.W. 'Discovery of ML326: The first sub-micromolar, selective $M_5$ PAM' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 2996-3000.

244. Gregory, K.J.; Dong, E.N.; Reiff, S.D.; Squire, E.F.; Lindsley, C.W.; Niswender, C.M.; Meiler, J.; Conn, P.J. 'Probing the $mGlu_5$ positive allosteric modulator (PAM) binding pocket: discovery of point mutations that engender a "molecular switch" in $mGlu_5$ PAM pharmacology' *Mol. Pharm.* **2013**, *83*, 991-1006.

243. Panarese, J.D.; Konkol, L.C.; Berry, C.B.; Bates, B.S.; Aldrich, L.N.; Lindsley, C.W. 'Spiroaminal model systems of the marineosins with final step pyrrole incorporation' *Tetrahedron. Lett.* **2013**, *54*, 2231-2234.

242. Noetzel, M.J.; Gregory, K.J.; Vinson, J.T.; Manka, S.R.; Stauffer, S.R.; Daniels, S.J.; Lindsley, C.W.; Niswender, C.M.; Xiang, Z.; Conn, P.J. 'A novel metabotropic glutamate receptor 5 positive allosteric modulator acts at a unique site and confers stimulus bias to $mGlu_5$ signaling' *Mol. Pharm.* **2013**, *83*, 835-847.

241. O'Reilly, M.C.; Scott, S.A.; Brown, K.A.; Oquin III, T.H.; Thomas, P.G.; Daniels, J.S.; Morrison, R.; Brown, H.A.; Lindsley, C.W. 'Development of dual PLD1/2 and PLD2 selective inhibitors from a common 1,3,8-

triazaspiro[4.5]decane core; Discovery of ML298 and ML299 that decrease invasive migration in U87-MG glioblastoma cells' *J. Med. Chem.* **2013**, *56*, 2695-2699.

240. Poslunsey, M.S.; Melancon, B.J.; Gentry, P.R.; Tarr, J.C.; Mattmann, M.E.; Bridges, T.M.; Utley, T.J.; Sheffler, D.J.; Daniels, J.S.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Spirocyclic replacements for the isatin moiety in the highly selective muscarinic $M_1$ PAM ML137:the continued optimization of an MLPCN probe' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 1860-1864.

239. Rook, J.M.; Noetzel, M.J.; Pouliot, W.A.; Bridges, T.M.; Vinson, P.N.; Cho, H.P.; Zhou, Y.; Gogliotti, R.D.; Manka, J.T.; Gregory, K.J.; Stauffer, S.R.; Dudek, F.E.; Xiang, Z.; Niswender, C.M.; Daniels, J.S.; Jones, J.K.; Lindsley, C.W.; Conn, P.J. 'Unique signaling profiles of positive allosteric modulators of $mGlu_5$ determine differences in in vivo activity' *Biol. Psychiatry* **2013**, *73*, 501-509.

238. Senter, T.J.; Schulte, M.J.; Konkol, L.C.; Wadzinski, T.E.; Lindsley, C.W. 'A general, enantioselective synthesis of 1-azabicylco[m.n.0]alkane ring systems' *Tetrahedron Lett.* **2013**, *54*, 1645-1648.

237. Jacobs, J.; Grum-Tokars, V.; Zhou, S.; Turlington, M.; Saldanha, S.A.; Chase, P.; Eggler, A.; Dawson, E.; Baez-Santos, Y.M.; Tomae, S.; Mielech, A.N.; Baker, S.C.; Lindsley, C.W.; Hodder, P.; Mesecar, A.; Stauffer, S.R. 'Discovery, synthesis, and structure-based optimization of a series of N-(tert-Butyl)-2-(N-arylamido)-2-(pyridin-3-yl) acetamides (ML188) as potent noncovalent small molecule inhibitors of the severe acute respiratory syndrome coronavirus (SARS-CoV) 3CL *protease'* J. Med. Chem. **2013**, 56, *534-546.*

236. D'Amore, V.; Santolini, I.; van Rijn, C.M.; Biagioni, F.; Molinaro, G.; Prete, A.; Conn, P.J.; Lindsley, C.W.; Zhou, Y.; Vinson, P.N.; Rodriquez, A.L.; Jones, C.K.; Stauffer, S.R.; Nicoletti, F.; van Luijtelaar, G.; Ngomba, R.T. 'Potentiation of mGlu5 receptors with the novel enhancer, VU0360172, reduces spontaneous absence seizures in WAG/Rij rats' *Neuropharmacology* **2013**, *66*, 330-338.

235. Kiritoshi, T.; Sun, H.; Ren, W.; Stauffer, S.; Lindsley, C.W.; Conn, P.J.; Neugebauer, V. 'Modulation of pyramidal cell output in the medial prefrontal cortex by $mGlu_5$ interacting with $CB_1$' *Neuropharmacology* **2013**, *66*, 170-178.

234. Poslunsey, M.S.; Melancon, B.J.; Gentry, P.R.; Tarr, J.C.; Mattmann, M.E.; Bridges, T.M.; Utley, T.J.; Sheffler, D.J.; Daniels, J.S.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Isatin replacements applied to the highly selective, muscarinic $M_1$ PAM ML137: the continued optimization of an MLPCN probe molecule' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 412-416.

233. Le, U.; Melancon, B.J.; Bridges, T.M.; Utley, T.J.; Lamsal, A.; Vinson, P.N.; Sheffler, D.J.; Jones, C.K.; Morrison, R.; Wood, M.R.; Daniels, J.S.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W.; Hopkins, C.R. 'Discovery of a selective M4 positive allosteric modulator based on the 3-amino-thieno[2,3-*b*]pyridine-2-carboxamide scaffold: development of ML253, a potent and brain penetrant compound that avoids species bias'

*Bioorg. Med. Chem. Lett.* **2013**, *23*, 346-350.

232. Sheffler, D.J.; Sevel, C.; Le, U.; Lovell, K.M.; Tarr, J.C.; Cho, H.P.; Digby, G.J.; Niswender, C.M.; Conn, P.J.; Hopkins, C.R.; Wood, M.R.; Lindsley, C.W. 'Further exploration of $M_1$ allosteric agonists. Subtle structural changes abolish $M_1$ allosteric agonism and result in *pan*-mAChR orthosteric antagonism' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 223-227.

231. Melancon, B.J.; Tarr, J.C.; Panarese, J.D.; Wood, M.R.; Lindsley, C.W. 'Allosteric modulation of the $M_1$ muscarinic acetylcholine receptor: improving cognition and a potential treatment for schizophrenia and Alzheimer's disease' *Drug Discov. Today* **2013**, *18*, 1185-1199.

230. Wenthur, C.J.; Lindsley, C.W. 'Classics in Chemical Neuroscience: Clozapine' *ACS Chem. Neurosci.* **2013**, *4*, 1018-1025.

229. Engers, D.W.; Lindsley, C.W. 'Allosteric modulation of Class C GPCRs: A novel approach for the treatment of CNS disorders' *Drug Discov. Today: Technol.* **2013**, *10*, e269-e276 *(invited).*

228. Menniti, F.S.; Lindsley, C.W.; Conn, P.J.; Pandit, J.; Zagouras. P.; Volkmann, R.A. 'Allosteric modulation for the treatment of schizophrenia: Targeting glutamatergic networks' *Curr. Topics in Med. Chem.* **2013**, *13*, 26-54.

227. Lindsley, C.W.; Stauffer, S.R. 'Metabotropic glutamate receptor 5 ($mGlu_5$) positive allosteric modulators (PAMs) for the treatment of schizophrenia: An historical perspective and a review of the patent literature' *Pharm. Patent Anal.* **2013**, *2*, 93-108.

226. Downey, J.; Saleh, S.; Bridges, T.M.; Morrison, R.; Daniels, S.J.; Lindsley, C.W.; Breyer, R. 'Development of an in vivo active, dual $EP_1$ and $EP_3$ selective antagonist based on a novel acylsulfonamide bioisostere' *Bioorg. Med. Chem. Lett.* **2013**, *23*, 37-41.

225. Digby, G.J.; Utley, T.J.; Lamsal, A.; Sevel, C.; Sheffler, D.J.; Lebois, E.P.; Bridges, T.M.; Wood, M.R.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J. 'Chemical modification of the $M_1$ agonist VU0364572 reveals molecular switches in pharmacology as well as a bitopic binding mode' *ACS Chem. Neurosci.* **2012**, *3*, 1025-1036.

224. Rodriguez, A.L.; Zhou, Y.; Williams, R.; Venable, D.; Vinson, P.N.; Daniels, J.S.; Dawson, E.S.; Steckler, T.; Laverysen, H.; Mackie, C.; Bartolome, J.M.; MacDonald, G.J.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Discovery and optimization of a novel series of non-MPEP site $mGlu_5$ PAMs based on an aryl glycine sulfonamide scaffold' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 7388-7392.

223. Potet, F.; Lornic, A.; Chaigne, S.; Hopkins, C.R.; Lewis, L.M.; Venkataraman, R.; Siderov, V.; Engers, D.W.; Zhou, B.; Balser, J.R.; Li, M.; Baudenbacher, F.; Lindsley, C.W.; Weaver, C.D.; Kupershmidt, S. 'Identification and characterization of a compound that protects cardiac tissue from human ether-a-go-go (hERG)-related, drug-induced arrhythmias' *J. Biol. Chem.* **2012**, *287*, 39613-39625.

222. Tarr. J.C.; Turlington, M.L.; Reid. P.R.; Utely, T.J.; Sheffler, D.J.; Cho, H.P.; Klar, R.; Pancani, T.; Klein, M.T.; Bridges, T.M.; Morrison, R.D.; Xiang, Z.; Daniels, S.J.; Niswender, C.M.; Conn, P.J.; Wood, M.R.; Lindsley, C.W. 'Targeting selective activation of $M_1$ for the treatment of Alzheimer's disease: further chemical optimization and pharmacological characterization of the $M_1$ positive allosteric modulators ML169' *ACS Chem. Neurosci.* **2012**, *3*, 884-895.

221. Panarese, J.D.; Lindsley, C.W. 'Biomimetic synthesis and biological evaluation of aplidiopsamine A' *Org. Lett.* **2012**, *14*, 5808-5810.

220. Poslunsey, M.S.; Utley, T.J.; Sevel, C.; Bridges, T.M.; Morrison, R.D.; Sheffler, D.J.; Niswender, C.M.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Synthesis and biological characterization of a series of novel $M_1$ antagonists' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 6923-6928.

219. Gregory, K.J.; Noetzel, M.J.; Rook, J.M.; Vinson, P.N.; Stauffer, S.R.; Rodriguez, A.L.; Emmitte, K.A.; Zhou, Y.S.; Manka, J.T.; Felts, A.S.; Chauder, B.A.; Lindsley, C.W.; Niswender, C.M.; Conn, P.J. 'Investigating mGlu5 allosteric modulator cooperativity, affinity and agonism: enriching structure-function studies and structure-activity relationships' *Mol. Pharm.* **2012**, *82*, 860-875.

218. Manka, J.; Zhou, Y.; Williams, R.; Weaver, C.D.; Dawson, E.S.; Steckler, T.; Lavreysen, H.; Mackie, C.; Bartolome, J.M.; MacDonald, G.J.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.'Optimization of an ether series of $mGlu_5$ positive allosteric modulators: molecular determinants of MPEP-site interaction cross-over' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 6481-6485.

217. Brogan, J.T.; Stoops, S.L.; Lindsley, C.W. 'Total synthesis and biological evaluation of phidianidines A and B uncovers unique pharmacological profiles at CNS targets' *ACS Chem. Neurosci.* **2012**, *3*, 658-664.

216. Mueller, R.; Dawson, E.S.; Niswender, C.M.; Mariusz, B.; Weaver, C.D.; Lindsley, C.W.; Conn, P.J.; Meiler, J. 'Iterative experimental and virtual high-throughput screening identifies metabotropic glutamate receptor subtype 4 positive allosteric modulators' *J. Mol. Mod.* **2012**, *18*, 4437-4446.

215. Mattman, M.E.; Yu, H.; Lin, Z.; Huang, X.; Long,S.; Wu, M.; McManus, O.B.; Engers, D.W.; Le, U.M.; Li, M.; Lindsley, C.W.; Hopkins, C.R. 'Identification of (*R*)-*N*-(4-(4-methoxyphenyl)thiazol-2-yl)-1-tosylpiperidine-2-carboxamide, ML277, as a novel, potent and selective Kv7.1 (KCNQ1) potassium channel activator' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 5936-5941.

214. Voss, J.; Ebert, A.; Wolfe, M.; Lindsley, C.W.; Cookson, M.; Deane, R. 'Ask the Experts: The future of neurodegenerative diseases: emerging targets, treatments and technologies' *Future Med. Chem.* **2012**, *4*, 1661-1669.

213. Lindsley, C.W. 'Drug Discovery and Development Interface: Academic Perspective' *AAPS Newsmagazine* July 2012, 25-26.

212. Lindsley, C.W.; Hopkins, C.R. 'Metabotropic glutamate receptor 4 (mGlu4) positive allosteric modulators for the treatment of Parkinson's disease: historical perspective and review of the patent literature' *Exp. Opin. Ther. Patent* **2012**, *22*, 461-481.

211. Melancon, B.J.; Hopkins, C.R.; Wood, M.R.; Emmitte, K.A.; Niswender, C.M.; Christopoulos, A.; Conn, P.J.; Lindsley, C.W. 'Allosteric Modulation of 7 Transmembrane Spanning Receptors: Theory, Practice and Opportunities for CNS Drug Discovery' *J. Med. Chem.* **2012**, *55*, 1445-1464. *(invited Perspective.)*

210. Morrison, R.D.; Blobuam, A.L.; Byers, F.W.; Santomango, T.S.; Bridges, T.M.; Stec, D.; Sanchez-Ponce, R.; Corlew, M.M.; Rush, R.; Felts, A.S.; Manka, J.; Bates, B.; Venable, D.; Rodriguez, A.L.; Jones, C.K.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Daniels, J.S. 'The role of aldehyde oxidase in the biotransformation of a novel negative allosteric modulator of $mGlu_5$'*Drug Met. & Dispos.* **2012**, *40*, 1834-1845.

209. Conrad, K.L.; Davis, A.R.; Silberman, Y.; Sheffler, D.; Shields, A.D.; Saleh, S.; Matthies, H.J.G.; Conn, P.J.; Lindsley, C.W.; Winder, D.G. 'Yohimbine depresses excitatory transmission in BNST and impairs extinction of cocaine place preference through orexin-dependent, norepinephrine-independent processes' *Neuropsychopharmacology* **2012**, *37*, 2253-2266.

208. Cheung, Y-Y.; Yu, H.; Xu, K.; Zou, B.; Wu, M.; McManus, O.B.; Li, M.; Lindsley, C.W.; Hopkins, C.R. 'Discovery of a Series of 2-phenyl-*N*-(2-(pyrrolidin-1-yl)phenyl)acetamides as Novel Molecular Switches that Modulate Modes of $K_v$7.2 (KCNQ2) Channel Pharmacology: Identification of (*S*)-2-phenyl-*N*-(2-(pyrrolidin-1-yl)phenyl)butanamide (ML252) as a Potent, Brain Penetrant $K_v$7.2 Channel Inhibitor' *J. Med. Chem.* **2012**, *55*, 6975-6979.

207. Salovich, J.M.; Sheffler, D.J.; Vinson, P.N.; Lamsal, A.; Utley, T.J.; Blobaum, A.L.; Bridges, T.M.; Le, U.; Jones, C.K.; Wood, M.R.; Daniels, J.S.; Conn, P.J.; Niswender, C.M.; Lindsley, C.W.; Hopkins, C.R. 'Discovery of N-(4-methoxy-7-methylbenzo[*d*]thiazol-2-yl)isonicatinamide, ML293, as a novel, selective and brain penetrant positive allosteric modulator of the muscarinic 4 ($M_4$) receptor' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 5084-5088.

206. Melancon, B.J.; Utley, T.J.; Sevel, C.; Mattmann, M.E.; Cheung, Y-Y.; Bridges, T.M.; Morrison, R.D.; Sheffler, D.J.; Niswender, C.M.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Development of novel $M_1$ antagonist scaffolds through the continued optimization of the MLPCN probe ML012' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 5035-5040.

205. Delpire, E.; Baranczak, A.; Waterson, A.G.; Kim, K.; Kett, N.; Morrison, R.D.; Daniels, J.S.; Weaver, C.D.; Lindsley, C.W. 'Further optimization of the K-Cl cotransporter KCC2 antagonist ML077: Devleopment of a highly selective and more potent in vitro probe' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 4532-4535.

204. Digby, G.J.; Noetzel, M.J.; Bubser, M.; Utley, T.J.; Walker, A.G.;Byun, N.B.; LeBois, E.P.; Xiang, Z.; Sheffler, D.J.; Niswender, C.M.; Plumley, H.C.; Davis, A.A.; Nemirovsky, N.E.; Mennenga, S.; Camp, B.W.; Bimonte-Nelson, H.A.; Morrison, R.; Daniels, S.; Lindsley, C.W.; Olive, M.F.; Conn, P.J. 'Novel allosteric agonists of the $M_1$ muscarinic acetylcholine receptor induce brain region-specific responses and correspond with behavioral effects in animal models' *J. Neurosci.* **2012**, *32*, 8532-8544.

203. Hahn, K.N.; Fadyei, O.O.; Cho, H.P.; Lindsley, C.W. 'Total Synthesis and biological evaluation of cremastrine' *Tetrahedron Lett.* **2012**, *53*, 3577-3580.

202. O'Reilly, M.C.; Lindsley, C.W. 'A general, enantioselective synthesis of protected morpholine and piperazines' *Org. Lett.* **2012**, *14*, 2910-2913.

201. Sheffler, D.J.; Wenthur, C.J.; Bruner, J.A.; Carrington, S.J.S.; Blobaum, A.L.; Morrison, R.D.; Daniels, J.S.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W. 'Development of a novel, CNS penetrant metabotropic glutamate receptor 3 ($mGlu_3$) NAM probe (ML289) derived from a closely related $mGlu_5$ PAM' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 3921-3925.

200. Fadeyi, O.O.; Senter, T.J.; Hahn, K.N.; Lindsley, C.W. 'A versatile enantioselective synthesis of azabicyclic ring systems: A concise total synthesis of (+)-grandisine D and unnatural analogues' *Chem. Eur. J.* **2012**, *18*, 5826-5831.

199. Melancon, B.J.; Gogliotti, R.D.; Tarr, J.C.; Saleh, S.A.; Chauder, B.A.; LeBois, E.P.; Cho, H.P.; Utley, T.J.; Sheffler, D.J.; Bridges, T.M.; Daniels, J.S.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Continued optimization of the MLPCN probe ML071 into highly potent agonists of the hM1 muscarinic acetylcholine receptor' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 3467-3472.

198. Senter, T.J.; Fadeyi, O.O.; Lindsley, C.W. 'Enantioselective total synthesis of amabiline' *Org.Lett.* **2012**, *14*, 1869-1871.

197. Thomsen, M.; Lindsley, C.W.; Conn, P.J.; Wessell, J.; Fulton, B.S.; Wess, J.; Caine, S.B. 'Contribution of both $M_1$ and $M_4$ receptors to muscarinic agonist-mediated attenuation of the cocaine discriminative stimulus in mice' *Psychopharmacology* **2012**, *220*, 673-685.

196. Mueller, R.; Dawson, E.S.; Meiler, J.; Chauder, B.A.; Bates, B.S.; Felts, A.S.; Lamb, J.P.; Menon, U.N.; Jadhav, S.B.; Kane, A.S.; Jones, C.K.; Rodriguez, A.L.; Conn, P.J.; Olsen, C.M.; Winder, D.G.; Emmitte, K.A.; Lindsley, C.W.; Discovery of 2-(2-benzoxazolylamino)-4-aryl-5-cyanopyrimidines as negative allosteric modulators (NAMs) of metabotropic glutamate receptor 5 ($mGlu_5$) NAMs: From artificial neural network screen to in vivo tool compound' *ChemMedChem* **2012**, *7*, 406-414.

195. O'Reilly, M.C.; Lindsley, C.W. 'Enantioselective synthesis of C2-functionalized, *N*-protected morpholines and orthogonally *N,N*'-protected piperazines via organocatalysis' *Tetrahedron Lett.* **2012**, *53*, 1539-1542.

194. Xiang, Z.; Thompson, A.D.; Jones, C.K.; Lindsley, C.W.; Conn, P.J. 'Roles of $M_1$ muscarinic acetylcholine receptor subtype regulation of basal ganglia function and implications for the treatment of Parkinson's disease' *J. Pharmacol. & Exp. Ther.* **2012**, *340*, 595-603.

193. Jones, C.K.; Bubser, M.; Thompson, A.D.; Dickerson, J.W.; Blobaum, A.L.; Bridges, T.M.; Morrsion, R.D.; Daniels, S.J.; Jadhav, S.; Engers, D.W.; Italiano, K.; Bode, J.; Daniels, J.S.; Lindsley, C.W.; Hopkins, C.R.;

Conn, P.J.; Niswender, C.M. 'The $mGlu_4$ positive allosteric modulator VU0364770 produces efficacy alone and in combination with L-DOPA or an adenosine $A_{2A}$ antagonist in preclinical rodent models of Parkinson's disease' *J. Pharmacol. & Exp. Ther.***2012**, *340*, 404-421.

192. Noetzel, M.J.; Rook, J.M.; Vinson, P.N.; Cho, K.P.; Days, E.; Zhou, Y.; Rodriguez, A.L.; Lavreysen, H.; Stauffer, S.R.; Niswender, C.M.; Xiang, Z.; Daniels, J.S.; Lindsley, C.W.; Weaver, C.D.; Conn, P.J. 'Functional impact of allosteric agonist activity of selective allosteric modulators of $mGlu_5$ in regulating CNS function' *Mol. Pharm.* **2012**, *81*, 120-133.

191. Wells, C.A.; Betke, K.M.; Lindsley C.W.; Hamm, H.E. 'Label-free detection of G-protein-SNARE interactions and screening for small molecule modulators' *ACS Chem. Neurosci.* **2012**, *3*, 69-78.

190. Melancon, B.J.; Bridges, T.M.; Lamers, A.P.; Sulikowski, G.A.; Sheffler, D.J.; Niswender, C.M.; Noetzel, M.J.; Utley, T.J.; Morrison, R.D.; Daniels, S.J.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Development

of a More Highly Selective $M_1$ Antagonist from the Continued Optimization of the MLPCN Probe ML012' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 1044-1048.

189. Theriault, J.R.; Felts, A.S.; Bates, B.S.; Perez, J.; Palmer, M.; Gilbert, S.R.; Dawson, E.S.; Engers, J.L.; Lindsley, C.W.; Emmitte, K.A. 'Discovery of a New Molecular Probe ML228: An Activator of the Hypoxia Inducible Factor (HIF) Pathway' *Bioorg. Med. Chem. Lett.* **2012**, *22*, 76-81.

188. Reed, J.C.; White, L.; Aube, J.; Lindsley, C.; Li, M.; Sklar, L.; Schreiber, S. 'The NIH's role in accelerating translational sciences' *Nat. Biotechnol.* **2012**, *30*, 16-19.

187. Lindsley C.W.; Brown, H.A. 'Phospholipase D as a therapeutic target in brain disorders' *Neuropsychopharmacology* **2012**, *37*, 301-302.

186. Xiang, Z.; Thompson, A.D.; Brogan, J.T.; Schulte, M.L., Mi, D.; Lewis, L.M.; Yang, L.; Zhou, B.; Melancon, B.J.; Morrison, R.; Santomango, T.; Byers, F.; Brewer, K.; Aldrich, J.S.; Yu, H.; Dawson, E.S.; Li, M.; McManus, O.; Jones, C.K.; Daniels, J.S.; Conn, P.J.; Xie, X.; Weaver, C.D.; Lindsley, C.W. 'Scaffold Hopping Affords a Novel, Centrally Active T-Type Calcium Channel Inhibitor: the discovery and characterization of ML218' *ACS Chem. Neurosci.* **2011**, *2*, 730-742.

185. Raphemont, R.; Lonergan, D.L.; Nguyen, T.T.; Utley, T.; Lewis, L.M.; Kadakia, R.; Weaver, C.D.; Gogliotti, R.; Hopkins, C.R.; Lindsley, C.W.; Denton, J.S. 'Discovery, characterization and structure-activity-relationships of an inhibitor of inward rectifier potassium ($K_{ir}$) channels with preference for $K_{ir}2.3$, $K_{ir}3.x$ and $K_{ir}7.1$' *Front. in Pharmacol.* **2011**, *2*(75), 1-18.

184. Brogan, J.T.; Stoops, S.L.; Crews, B.C.; Marnett, L.M.; Lindsley, C.W. 'Total synthesis of (+)-7-Bromotrypargine: Biological evaluation and the synthesis of unnatural analogs' *ACS Chem. Neurosci.* **2011**, *2*, 633-639.

183. Utley, T.; Haddenham, D.; Salovich, J.M.; Zamorano, R.; Vinson, P.N.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M. 'Synthesis and SAR of a novel metabotropic glutamate receptor 4 ($mGlu_4$) antagonist: Unexpected 'molecular switch' from a closely related $mGlu_4$ PAM scaffold' *Bioorg. Med. Chem. Lett.* **2011**, *21*, 6955-6959.

182. Jones, C.K.; Engers, D.W.; Thompson, A.D.; Field, J.R.; Blobaum, A.L.; Lindsley, S.R.; Zhou, Y.; Gogliotti, R.D.; Jadhav, S.; Zamorano, R.; Daniels, J.S.; Morrison, R.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Discovery, Synthesis, SAR Development of a Series of *N*-4-(2,5-dioxopyrrolidin-1-yl)-phenylpicolinamides: Characterization of VU0195 (ML182) as a Centrally Active Positive Allosteric Modulator of Metabotropic Glutamate Receptor 4 ($mGlu_4$) with Oral Efficacy in an anti-Parkinsonian Animal Model' *J. Med. Chem.* **2011**, *54*, 7639-7647.

181. Yu, H.; Wu, M.; Townsend, S.D.; McManus, O.B.; Li, M.; Lindsley, C.W.; Hopkins, C.R. 'Discovery, synthesis and structure activity relationship of a series of *N*-aryl-bicyclo[2.2.1]heptanes-2-carboxamides: Characterization of ML213 as a novel KCNQ2 and KCNQ4 potassium channel opener' *ACS Chem. Neuriosci*. **2011**, *2*, 572-577.

180. Schulte, M.L.; Lindsley, C.W. 'Highly diasteroselective and general synthesis of primary β-fluoroamines' *Org. Lett.* **2011**, *13*, 5684-5687.

179. LeBois, E.P.; Sheffler, D.J.; Digby, G.J.; Melancon, B.J.; Tarr, J.C.; Cho, H.P.; Morrison, R.; Bridges, T.M.; Xiang, Z.; Daniels, J.S.; Wood, M.R.; Conn, P.J.; Lindsley, C.W. 'Development of a Highly Selective, Orally Bioavailable and CNS Penetrant $M_1$ Agonist Derived from the MLPCN Probe ML071' *Bioorg. Med. Chem. Lett.* **2011**, *21*, 6451-6455.

178. Speedy, N.; Saunders, C.; Davis, A.R.; Owens, W.A.; Matthies, H.J.G.; Saadat, S.; Kennedy, J.P.; Vaughan, R.A.; Neve, R.; Lindsley, C.W.; Russo, S.J.; Daws, L.C.; Niswender, K.; Galli, A. 'Impaired Striatal Akt Signaling Disrupts Dopamine Homeostasis and Increases Feeding' *PLoS ONE* **2011**, *6*, e25169.

177. Miller, M.; Shi, J.; Zhu, Y.; Kustov, M.; Tian, J-B.; Wu, M.; Xu, J.; Yang, P.; Zholos, A.V.; Hopkins, C.R.;

Lindsley, C.W.; McManus, O.; Li, M.; Zhu, M.X. 'Identification of ML204 – a novel potent antagonist that selectively modulates TRPC4/C5 channels' *J. Biol Chem.* **2011**, *286*, 33436-33446.

176. Lindsley, C.W.; Bates, B.S.; Menon, U.N.; Jadhav, S.B.; Kane, A.S.; Jones, C.K.; Conn, P.J.; Olsen, C.M.; Winder, D.G.; Emmitte, K.A. '(3-Cyano-5-fluorophenyl)biaryl non-competitive antagonists of $mGlu_5$: Discovery of a new tool compound with activity in mouse models of anxiety and addiction' *ACS Chem. Neurosci.* **2011**, *2*, 471-482.

175. Wang, H-R.; Wu, M.; Yu, H.; Long, S.; Stevens, A.; Engers, D.W.; Sakin, H.; Daniels, J.S.; Dawson, E.S.; Hopkins, C.R.; Lindsley, C.W.; Li, M.; McManus, O.B. 'Selective inhibition of the $K_{ir}2$ family of inward rectifier potassium channels by a small molecule probe: the discovery, SAR and pharmacological characterization of ML133' *ACS Chem. Bio.* **2011**, *6*, 845-856.

174. Norton, L.J.; Zhang, Q.; Saquib, K.M.; Schrewe, H.; Anderson, K.E.; Lindsley, C.W.; Brown, A.; Rudge, S.A.; Wakelam, M.J.O. 'PLD1, rather than PLD2, regulates phorbol ester-, adhesion dependent-, and Fcγ receptor-stimulated reactive oxygen species production in neutrophils' *J. Cell Sci.* **2011**, *124*, 1973-1983.

173. Stoops, S.L.; Pearson, S.A.; Weaver, C.; Waterson, A.G.; Days, E.; Farmer, C.; Brady, S.; Weaver, C.D.; Beauchamp, R.D.; Lindsley, C.W. 'Identification and optimization of small molecules that restore E-cadherin expression and reduce invasion in colorectal cells' *ACS Chem. Bio.* **2011**, *6*, 452-465.

172. Lamb, J.A.; Engers, D.W.; Niswender, C.M.; Venable, D.; Conn, P.J.; Lindsley, C.W. 'Discovery of molecular switches within the ADX-47273 $mGlu_5$ PAM scaffold that modulate modes of pharmacology to afford potent $mGlu_5$ NAMs, PAMs, and partial antagonists' *Bioorg. Med. Chem. Lett.* **2011**, *21*, 2711-2714.

171. Reid, P.R.; Bridges, T.M.; Sheffler, D.A.; Cho, H.P.; Lewis, L.M.; Days, E.; Daniels, J.S.; Jones, C.K.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Wood, M.R. 'Discovery and optimization of a novel, selective and brain penetrant $M_1$ positive allosteric modulator (PAM): the development of ML169, an MLPCN Probe' *Bioorg. Med. Chem. Lett.* **2011**, *21*, 2697-2701.

170. Wolkenberg, S.E.; Zhao, Z.; Thut, C.; Maxwell, J.W.; McDonald, T.P.; Kinose, F.; Reilly, M.; Lindsley, C.W.; Hartman, G.D. 'Design, synthesis and evaluation of novel 3,6-diaryl-4-aminoalkoxyquinolines as selective agonists of somatostatin receptor subtype 2' *J. Med. Chem.* **2011**, 54, 2351-2358.

169. Cheung, Y.Y.; Zamorano, R.; Blobaum, A.L.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Solution-phase parallel synthesis and SAR of homopiperazinyl analogs as positive allosteric modulators of $mGlu_4$' *ACS Combi. Sci.* **2011**, *13*, 159-165.

168. Williams, R.; Manka, J.T.; Rodriguez, A.L.; Vinson, P.N.; Niswender, C.M.; Weaver, C.D.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Synthesis and SAR of centrally active $mGlu_5$ positive allosteric modulators based on an aryl acetylenic bicyclic lactam scaffold' *Bioorg. Med. Chem. Lett.* **2011**, *21*, 1350-1353.

167. Engers, D.W.; Field, J.R.; Le, U.; Zhou, S.; Bolinger, J.D.; Zamorano, R.; Blobaum, A.L.; Jones, C.K.; Jadhav, S.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R.'Discovery, Synthesis, and SAR Development of a Series of *N*-(4-acetamido)-phenylpicolinamides as Positive Allosteric Modulators of Metabotropic Glutamate Receptor 4 ($mGlu_4$) with CNS exposure in Rats' *J. Med. Chem.* **2011**, *54*, 1106-1110.

166. Selvy, P.E.; Lavieri, R.; Lindsley, C.W.; Brown, H.A. 'Phospholipase D: enzymology, signaling, and chemical modulation. *Chem. Rev.* **2011**, *111*, 6064-6119 *(invited).*

165. Mattmann, M.E.; Stoops, S.L.; Lindsley, C.W. 'Inhibition of Akt with small molecules and biologics: historical perspective and current status of the patent landscape' *Exp. Opin. Ther. Pat.* **2011**, *21*, 1309-1338 *(invited).*

164. Robichaud, A.J.; Engers, D.W.; Lindsley, C.W.; Hopkins, C.R. 'Recent Progress in the Identification of Metabotropic Glutamate 4 Receptor Ligands and Their Potential Utility as CNS Therapeutics' *ACS Chem. Neurosci.* **2011**, *2*, 433-449.

163. Wood, M.R.; Hopkins, C.R.; Brogan, J.T.; Conn, P.J.; Lindsley, C.W. ''Molecular switches' on allosteric ligands that modulate modes of pharmacology' *Biochemistry* **2011**, *50*, 2403-2410.

162. LeBois, E.P.; Jones, C.K.; Lindsley, C.W. 'The Evolution of Histamine $H_3$ Antagonists/Inverse Agonists' *Curr. Topics in Med. Chem.* **2011**, *11*, 648-660.

161. Hamill, T.G.; Eng, W.; Jennings, A.S.R.; Lewis, R.T.; Thomas, S.; Wood, S.; Street, L.J.; Wisnoski, D.D.; Wolkenberg, S.W.; Lindsley, C.W.; Sanabria-Bohorquez, S.M.; Patel, S.; Ryan, C.; Cook, J.; Sur, C.; Burns, H.D.; Hargreaves, R. 'The synthesis and preclinical evaluation in rhesus monkey of [$^{18}$F]MK-6577 and [$^{11}$C]CMPyPB, glycine transporter 1 (GlyT1) PET radiotracers' *Synapse* **2011**, *65*, 261-270.

160. Dunaway, C.M.; Hwang, Y.; Lindsley, C.W.; Cook, R.S.; Wu, J.Y.; Boothby, M.; Chen, J.; Brantley-Sieders, D.M. 'Cooperative signaling between Slit2 and Ephrin-A1 regulates a balance between angiogenesis and angiostasis' *Mol. Cell Bio.* **2011**, *31*, 404-416.

159. Kang, D.W.; Park, M.H.; Lindsley, C.; Brown, H.A.; Min, D.S. 'Autoregulation of phospholipase D activity is coupled to selective induction of phospholipase D1 expression to promote invasion of breast cancer cells' *Int. J. Cancer,* **2011**, *128*, 805-816.

158. Bhave, G.; Chauder, B.A.; Liu, W.; Dawson, E.S.; Kadakia, R.; Nguyen, T.T.; Lewis, L.M.; Meiler, J.; Weaver, C.D.; Satlin, L.M.; Lindsley, C.W.; Denton, J.S. 'Development of a selective small-molecule inhibitor of $Kir_{1.1}$, the renal outer meduallary potassium channel' *Mol. Pharm* **2011**, *79*, 42-50.

157. Rodriguez, A.L.; Grier, M.D.; Jones, C.K.; Herman, E.J.; Kane, A.S.; Smith, R.L.; Williams, R.; Zhou, Y.; Marlo, J.E.; Days, E.L.; Blatt, T.N.; Jadhav, S.; Menon, U.; Vinson, P.N.; Rook, J.M.; Stauffer, S.R.; Niswender, C.M.; Lindsley, C.W.; Weaver, C.D.; Conn, P.J. 'Discovery of novel allosteric modulators of metabotropic glutamate receptor subtype 5 reveals chemical and functional diversity and in vivo activity in rat behavioral models of anxiolytic and antipsychotic activity' *Mol. Pharm.* **2010**, *78*, 1105-1123.

156. Zhou, Y.; Manka, J.; Rodriguez, A.L.; Weaver, C.D.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. '*N*-Aryl piperazines as selective $mGlu_5$ potentiators with improved physiochemical properties and efficacy in a rodent model predictive of antipsychotic activity' *ACS Med. Chem. Lett.* **2010**, *1*, 433-438.

155. Hammond, A.S.; Rodriguez, A.L.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J. 'Discovery of a novel chemical class of allosteric ligands of metabotropic glutamate receptor subtype 5 indicates distinct modes of efficacy as well as a unique interaction with the receptor' *ACS Chem. Neurosci.* **2010**, *1*, 702-716.

154. Lavieri, R.; Scott, S.A.; Selvy, P.E.; Brown, H.A.; Lindsley, C.W. 'Design, Synthesis and Biological Evaluation of Halogenated *N*-(2-(4-Oxo-1-phenyl-1,3,8-triazasprio[4.5]decan-8-yl)ethylbenzamides: Discovery of an Isoform Selective Small-Molecule Phospholipase D2 (PLD2) Inhibitor' *J. Med. Chem.* **2010**, *53*, 6706-6719.

153. Bridges, T.M.; Kennedy, J.P.; Hopkins, C.R.; Conn, P.J.; Lindsley, C.W. 'Heterobiaryl and heterobiaryl ether derived $M_5$ positive allosteric modulators' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 5617-5622.

152. Ansari, M.; Rook, J.; Conn, P.J.; Felts, A.; Lindsley, C.W.; Alagille, D.; Tamagnan, G.; Kessler, R.; Baldwin, R. 'Microwave synthesis of [$^{18}$F]FPEB in a semi-automated synthesis module' *J. Nucl. Med.* **2010**, *51*, 141-142.

151. Robertson, S.D.; Owens, A.W.; Matthies, H.J.G.; Sathananthan, V.; Christianson, N.S.B.; Kennedy, J.P.; Lindsley, C.W.; Daws, L.C.; Galli, A. 'Insulin reveals Akt signaling as a novel regulator of norepinephrine transporter trafficking and norepinephrine homeostasis' *J. Neurosci.* **2010**, *30*, 11305-11316.

150. Davis, A.A.; Heilman, C.J.; Brady, A.E.; Miller, N.R.; Fuerstenau-Sharpo, M.; Hanson, B.J.; Lindsley, C.W.; Conn, P.J.; Lah, J.J.; Levey, A.I. 'Differential effects of allosteric $M_1$ muscarinic acetylcholine receptor agonists on receptor activation, arrestin 3 recruitment, and receptor downregulation' *ACS Chem. Neurosci.* **2010**, *1*, 542-551.

149. Aldrich, L.N.; Stoops, S.L.; Crews, B.C.; Marnett, L.J.; Lindsley, C.W. 'Total synthesis and biological evaluation of tabjamine K and a library of unnatural analogs' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 5207-5211.

148. Engers, D.W.; Gentry, P.R.; Williams, R.; Bolinger, D.L.; Weaver, C.D.; Menon, U.N.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Synthesis and SAR of novel, 4-(phenylsulfamoyl)phenylacetamide mGluR4 PAMs identified by functional HTS' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 5175-5178.

147. Felts, A.S.; Lindsley, S.R.; Lamb, J.P.; Rodriguez, A.L.; Menon, U.N.; Jadhav, S.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. '3-Cyano-5-fluoro-*N*-arylbenzamides as negative allosteric modulators of $mGlu_5$: Identification of easily prepared tool compounds with CNS exposure in rats' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 4390-4394.

146. Digby, G.J.; Conn, P.J.; Lindsley, C.W. 'Orthosteric- and allosteric-induced ligand-directed trafficking at G protein-coupled receptors' *Curr. Opin. Drug Disc. & Dev.* **2010**, *13*, 577-586.

145. Bridges, T.M.; LeBois, E.P.; Hopkins, C.R.; Wood, M.R.; Jones, J.K.; Conn, P.J.; Lindsley, C.W. 'Antipsychotic potential of muscarinic allosteric modulation' *Drug News & Perspect.* **2010**, *23*, 229-240.

144. Lindsley, C.W. 'The Akt/PKB Family of Protein Kinases: A Review of Small Molecule Inhibitors and Progress Towards Target Validation: A 2009 Update' *Curr. Topics in Med. Chem.* **2010**, *10*, 458-477.

143. Speed, N.R.; Matthies, H.J.G.; Kennedy, J.P.; Vaughan, R.A.; Javitch, J.A.; Russo, S.J.; Lindsley, C.W.; Niswender, K.A.; Galli, A. 'Akt Dependent and Isoform Specific Regulation of the Dopamine Transporter Cell Surface Expression' *ACS Chem. Neurosci.* **2010**, *1*, 476-481.

142. Fadeyi, O.; Schulte, M.; Lindsley, C.W. 'Rapid, general access to chiral *N*-alkyl terminal aziridines via organocatalysis' *Org. Lett.* **2010**, *12*, 3276-3278.

141. Siuta, M.A.; Robertson, S.D.; Kocalis, H.; Saunders, C.; Gresch, P.J.; Khatri, V.; Chiyo Shiota, C.; Kennedy, J.P.; Lindsley, C.W.; Daws, L.C.; Polley, D.B.; Veenstra-Vanderweele, J.; Stanwood, G.D.; Magnuson, M.A.; Niswender, K.D.; Galli, A. 'Dysregulation of the norepinephrine transporter sustains cortical hypodopaminergia and schizophrenia-like behaviors in neuronal rictor null mice' *PLoS Biology* **2010**, *8*, e1000393.

140. Salovich, J.A.; Lindsley, C.W.; Hopkins, C.R. 'Synthesis of 2,3-diarylsubstituted indazole utilizing a Suzuki cross-coupling/deprotection/*N*-arylation sequence' *Tetrahedron Lett.* **2010**, *51*, 3796-3799.

139. Williams, R.; Zhou, Y.; Niswender, C.M.; Luo, Q.; Conn, P.J.; Lindsley, C.W.; Hopkins, C.R. 'Re-exploration of the PHCCC scaffold: Discovery of improved positive allosteric modulators of mGluR4' *ACS Chem. Neurosci.* **2010**, *1*, 411-419.

138. Smith, B.J.; Qu, T.; Mulder, M.; Lindsley, C.W.; Sulikowski, G.A. 'Synthesis and bioactivity of (±)-dihydrohaliclonacyclamine A' *Tetrahedron* **2010**, *66*, 4805-4810.

137. Mueller, R.; Rodriguez, A.; Dawson, E.S.; Butkiewicz, M.; Oleskiewicz, S.; Bleckmann, A.; Weaver, C.D.; Lindsley, C.W.; Conn, P.J.; Meiler, J. 'Identification of metabotropic glutamate receptor subtype 5 potentiators using virtual high-throughput screening' *ACS Chem. Neurosci.* **2010**, *1*, 288-305.

136. Kennedy, J.P.; Lindsley, C.W. 'Progress towards the synthesis of piperazimycin A: synthesis of the non-proteogenic amino acids and elaboration into di- and tri-peptides, including the first piperazic acid-piperazic acid peptide coupling' *Tetrahderon Lett.* **2010**, *51*, 2493-2496.

135. Miller, N.R.; Daniels, R.N.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of *N*-(4-(4-alklylpiperazin-1-yl)phenyl)benzamides as muscarnic acetylcholine subtype 1 ($M_1$) antagonists' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 2174-2177.

134. Bridges, T.M.; Kennedy, J.P.; Cho, H.P.; Conn, P.J.; Lindsley, C.W. 'Chemical optimization of an $M_1$, $M_3$, $M_5$

positive allosteric modulator (PAM) lead. Part II. Development of a highly selective $M_1$ PAM' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 1972-1975.

133. Aldrich, L.A.; Dawson, E.S.; Lindsley, C.W. 'Evaluation of the biosynthetic proposal for the synthesis of Marineosins A and B' *Org. Lett.* **2010**, *12*, 1048-1051.

132. Thomsen, M.; Boon, J.Y.; Fulton, B.; Wess, J.; Fink-Jensen, A.; Conn, P.J.; Lindsley, C.W.; Caine, S.B. 'Attenuation of Cocaine's Reinforcing and Discriminative Stimulus Effects via Muscarinic $M_1$ Acetylcholine Receptor Stimulation' *J. Pharm. & Exp. Ther.* **2010**, *332(3)*, 959-969.

131. Hao, J.; Ho, J.N.; Lewis, J.A.; Karim, K.A.; Daniels, R.N.; Gentry, P.R.; Hopkins, C.R.; Lindsley, C.W.; Hong, C.C. 'In Vivo Structure Activity Relationship (SAR) Study Identifies Dorsomorphin Analogs that Selectively Inhibit VEGF and BMP Signalling' *ACS Chem. Bio.* **2010**, *5*, 245-253.

130. Lebois, E.P.; Bridges, T.M.; Dawson, E.S.; Kennedy, J.p.; Xiang, Z.; Jadhav, S.B.; Yin, H.; Meiler, J.; Jones, C.K.; Conn, P.J.; Weaver, C.D.; Lindsley, C.W. 'Discovery and development of novel subtype-selective $M_1$ allosteric agonists for the investigation of $M_1$ receptor function' *ACS Chem. Neurosci.* **2010**, *1*, 104-121.

129. Bridges, T.M.; Kennedy, J.P.; Cho, H.P.; Conn, P.J.; Lindsley, C.W. 'Chemical optimization of an $M_1$, $M_3$, $M_5$ positive allosteric modulator (PAM) lead. Part I. Development of a highly selective $M_5$ PAM' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 558-562.

128. Yang, F.V.; Shipe, W.D.; Bunda, J.L.; Nolt, M.B.; Wisnoski, D.D.; Zhao, Z.; Barrow, J.C.; Ray, W.J.; Ma, L.; Wittman, M.; Seager, M.; Koeplinger, K.; Hartman, G.D.; Lindsley, C.W. 'Parallel synthesis of *N*-Biaryl Quinolone Carboxylic Acids as selective $M_1$ positive allosteric modulators'*Bioorg. Med. Chem. Lett.* **2010**, *20*, 531-536.

127. Miller, T.; Forbes, J.; Shah, C.; Wyatt, S.; Manning, C.H.; Olivares, M.; Sanchez, V.; Dugger, T.; Narasanna, A.; Muraoka-Cook, R.; Kennedy, J.P.; Lindsley, C.W.; Artega, C.L. 'Inhibition of mammalian target of rapamycin is required for optimal antitumor effect of HER2 inhibitors against HER2-overexpressing cancer cells' *Clin. Cancer Res.* **2009**, *15*, 7266-7276.

126. Felts, A.S.; Saleh, S.A.; Le, U.; Rodriguez, A.L.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery and SAR of 6-substituted-4-anilinoquinazolines as non-competitive antagonists of $mGlu_5$' *Bioorg. Med. Chem. Lett.* **2009**, *19*, 6623-6626.

125. Lewis, L.M.; Bhave, G.; Chauder, B.A.; Banerjee, S.; Lornsen, K.A.; Fallen, K.; Lindsley, C.W.; Weaver, C.D.; Denton, J.S. 'High-throughput screening reveals a small-molecule inhibitor of ROMK and Kir7.1' *Mol. Pharm.* **2009**, *76*, 1094-1103.

124. Kennedy, J.P.; Breininger, M.L.; Lindsley, C.W. 'Total synthesis of eudistomins $Y_1$-$Y_6$' *Tetrahedron Lett.* **2009**, *50*, 7067-7069.

123. Fadeyi, O.; Lindsley, C.W. 'Total synthesis of brevisamide' *Org. Lett.* **2009**, *11*, 3950-3952.

122. Shirey, J.K.; Brady, A.E.; Jones, P.J.; Davis, A.A.; Bridges, T.M.; Jadhav, S.B.; Menon, U.; Christain, E.P.;

Doherty, J.J.; Quirk, M.C.; Snyder, D.H.; Levey, A.I.; Watson, M.L.; Nicolle, M.M.; Lindsley, C.W.; Conn, P.J. 'A selective allosteric potentiator of the $M_1$ muscarinic acetylcholine receptor increases activity of medial prefrontal cortical neurons and can restore impairments of reversal learning' *J. Neurosci*. **2009**, *29*, 14271-14286.

121. Engers, D.W.; Niswender, C.M.; Weaver, C.D.; Jadhav, S.; Menon, U.; Conn, P.J.; Lindsley, C.W.; Hopkins, C.R. 'Synthesis and Evaluation of a Series of Heterobiaryl Amides that are Centrally Penetrant Metabotropic Glutamate Receptor 4 (mGluR4) Positive Allosteric Modulators (PAMs)' *J. Med. Chem.* **2009**, *52*, 4115-4118.

120. Lindsley, C.W.; Emmitte, K.A. "Recent progress in the development of negative allosteric modulators of mGluR5' *Curr. Opin. Drug Discov. & Dev.* **2009**, *12*, 446-457 (invited).

119. Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Hopkins, C.R. 'Recent progress in the development of mGluR4 positive allosteric modulators for the treatment of Parkinson's disease' *Curr. Topics in Med. Chem.* **2009**, *9*, 949-963 (invited).

118. Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M. 'mGluR4 Positive Allosteric Modulation as a Potential Treatment for Parkinson's Disease' *Front. In Med. Chem.* **2009**, *1*, 501-513.

117. Conn, P.J.; Jones, C.; Lindsley, C.W. 'Subtype selective allosteric modulators of muscarinic receptors for the treatment of CNS disorders' *Trends in Pharm. Sci.* **2009**, *30*, 148-156.

116. Weaver, C.D.; Sheffler, D.J.; Lewis, L.M.; Bridges. T.M.; Williams, R.; Nalywajko, N.T.; Kennedy, J.P.; Mulder, M.M.; Jadhav, S.; Aldrich, L.A.; Jones, C.K.; Marlo, J.E.; Niswender, C.M.; Mock, M.M.; Zheng, F.; Conn, P.J.; Lindsley, C.W. 'Discovery and development of a potent and highly selective small molecule muscarinic acetylcholine receptor subtype I (mAChR1 or M1) antagonist in vitro and in vivo probe' *Curr. Topics in Med. Chem.* **2009**, *9*, 1217-1227.

115. Conn, P.J.; Lindsley, C.W.; Jones, C. 'Allosteric modulation of metabotropic glutamate receptors as a novel approach for the treatment of schizophrenia' *Trends in Pharm. Sci.* **2009**, *30*, 25-31.

114. Conn, P.J.; Christopolous, A.; Lindsley, C.W. 'Allosteric Modulators of GPCRs as a Novel Approach to Treatment of CNS Disorders' *Nat. Rev. Drug Discov.* **2009**, *8*, 41-54.

113. Lindsley, C.W.; Weaver, D.; Bridges, T.M.; Kennedy, J.P. 'Lead Optimization in Drug Discovery' *Wiley Encyclopedia of Chemical Biology* **2009**, *2*, 511-519 (invited).

112. Williams, R.; Johnson, K.A.; Gentry, P.R.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Hopkins, C.R. 'Synthesis and SAR of a novel positive allosteric modulator (PAM) of the metabotropic glutamate receptor 4 (mGluR4)' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 4967-4970.

111. Zhou, Y.; Rodriguez, A.L.; Williams, R.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of Novel, Non-MPEP Chemotype mGluR5 NAMs Identified by Functional HTS' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 6502-6506.

110. Fadeyi, O.; Daniels, R.N.; DeGuire, S.; Lindsley, C.W. 'Total synthesis of Polemannone B and C' *Tetrahedron Lett*. **2009**, *50*, 3084-3087.

109. Bridges, T.M.; Marlo, J.E.; Niswender, C.M.; Jones, J.K.; Jadhav, S.B.; Gentry, P.R.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Discovery of the first highly $M_5$-preferring muscarinic acetylcholine receptor ligand, an $M_5$ positive allosteric modulator derived from a series of 5-trifluoromethoxy *N*-benzyl isatins' *J. Med. Chem.* **2009**, *52*, 3445-3448.

108. Kennedy, J.P.; Conn, P.J.; Lindsley, C.W. 'A novel class of $H_3$ antagonists derived from the natural product guided synthesis of unnatural analogs of the marine bromopyrrole alkaloid dispyrin' *Bioorg. Med. Chem. Lett.* **2009**, *19*, 3304-3307.

107. Ma, L.; Seager, M.; Wittman, M.; Bickel, N.; Burno, M.; Jones, K.; Graufelds, V.K.; Xu, G.;Pearson, M.; McCampbell, A.; Gaspar, R.; Shughrue, P.; Danzinger, A.; Regan, C.; Garson, S.; Doran, S.; Kreatsoulas, C.; Veng, L.; Lindsley, C.W.; Shipe, W.; Kuduk, S.; Jacobson, M.; Sur, C.; Kinney, G.; Seabrook, G.R.; Ray, W.J. 'Selective activation of the M1 muscarinic acetylcholine receptor achieved by allosteric potentiation' *Proc. Natl. Acad Sci. USA* **2009**, *106*, 15950-15955.

106. Sharma, S.; Kedrowski, J.; Rook, J.M.; Smith, J.M.; Jones, C.K.; Rodriguez, A.L.; Conn, P.J.; Lindsley, C.W. 'Discovery of Molecular Switches that Modulate Modes of mGluR5 Pharmacology *In Vitro* and *In Vivo* Within a Series of Functionalized 5-(phenylethynyl)pyrimidines' *J. Med. Chem.* **2009**, *52*, 4103-4106.

105. Rodriguez, A.L.; Williams, R.; Zhou, S.; Lindsley, S.R.; Le, U.; Conn, P.J.; Lindsley, C.W. 'Discovery and SAR of Novel mGluR5 Non-Competitive Antagonists not based on an MPEP Chemotype' *Bioorg. Med. Chem. Lett.*

**2009**, *19*, 3209-3212.

104. Lavieri, R.; Lewis, J.A.; Scott, S.A.; Selvy, P.E.; Buck, J.; Armstrong, M.D.; Brown, H.A.; Lindsley, C.W. 'Design and synthesis of isoform-selective phospholipase D (PLD) inhibitors. Part II: PLD2 selectivity by virtue of a triazaspirone privileged structure' *Bioorg. Med.Chem. Lett.* **2009**, *19*, 2240-2244.

103. Lewis, J.A.; Scott, S.A.; Lavieri, R.; Buck, J.R.; Selvy, P.E.; Stoops, S.L.; Armstrong, M.D.; Brown, H.A.; Lindsley, C.W. 'Design and synthesis of isoform-selective phospholipase D (PLD) inhibitors. Part I: Impact of alternative halogenated privileged structures on PLD1 specificity'*Bioorg. Med.Chem. Lett.* **2009**, *19*, 1916-1919.

102. Ayala, J.E.; Chen, Y.; Banko, J.L.; Sheffler, D.J.; Williams, R.; Xiang, Z.; Zhang, Y.; Jones, P.J.; Watson, N.L.; Telk, A.N.; Lindsley, C.W.; Olive, M.F.; Conn, P.J. 'mGluR5 positive allosteric modulators facilitate both hippocampal LTP and LTD and enhance spatial learning' *Neuropsychopharmacology* **2009**, *34*, 2057-2071.

101. Delpire, E.; Days, E.; Mi, D.; Lewis, M.; Lindsley, C.W.; Weaver, C.D. 'Small molecule screen identifies novel inhibitors of the neuronal K-Cl cotransporter KCC2' *Proc. Natl. Acad Sci. USA*, **2009**, *106*, 5383-5388.

100. Wolkenberg, S.E.; Zhao, Z.; Wisnoski, D.D.; Leister, W.H.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Gibson, C.; Ma, B.K.; Polsky-Fisher, S.L.; Lindsley, C.W.; Hartman, G.D. 'Discovery of GlyT1 inhibitors with improved pharmacokinetic properties' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 1492-1495.

99. Zhao, Z.; Leister, W.H.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Hartman, G.D.; Lindsley, C.W.; Wolkenberg, S.E. 'Discovery of *N*-{[1-(propylsulfonyl)-4-pyridin-2-ylpiperidin-4-yl]methyl}benzamides as novel, selective and potent GlyT1 inhibitors' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 1488-1491.

98. Williams, R.; Niswender, C.; Luo, Q.; Le, U.; Conn, P.J.; Lindsley, C.W. 'Positive allosteric modulators of the metabotropic glutamate receptor subtype 4 (mGluR4). Part II: Challenges in lead optimization due to shallow SAR across multiple confirmed HTS hits' *Bioorg. Med. Chem. Lett*, **2009**, *19*, 962-965.

97. Kennedy, J.P.; Bridges, T.M.; Gentry, P.R.; Brogan, J.T.; Brady, A.E.; Shirey, J.K.; Jones, C.K.; Conn, P.J.; Lindsley, C.W. 'Synthesis and structure-activity-relationships of allosteric potentiation of the $M_4$ muscarinic acetylcholine receptor' *ChemMedChem.* **2009**, *4*, 1600-1607.

96. Engers, D.W.; Rodriguez, A.L.; Oluwatola, O.; Hammond, A.S.; Venable, D.F.; Williams, R.; Sulikowski, G.A.; Conn, P.J.; Lindsley, C.W. 'Synthesis, SAR and unanticipated pharmacological profiles of analogs of the mGluR5 ago-potentiator ADX-47273' *ChemMedChem.* **2009**, *4*, 505-511.

95. Daniels, R.N.; Melancon, B.J.; Wang, E.A.; Crews, B.S.; Marnett, L.M.; Sulikowski, G.A.; Lindsley, C.W. 'Progress towards the total synthesis of Lucentamycin A: Total synthesis a biological evaluation of 8-*epi*-Lucentamycin A' *J. Org. Chem.* **2009**, *74*, 8852-8855.

94. Marlo, J.E.; Niswender, C.M.; Luo, Q.; Brady, A.E.; Shirey, J.K.; Rodriguez, A.L.; Bridges, T.M.; Williams, R.; Days, E.; Nalywajko, N.T.; Austin, C.; Williams, M.; Xiang, Y.; Orton, D.; Brown, H.A.; Kim, K.; Lindsley, C.W.; Weaver, C.D.; Conn, P.J. 'Identification and characterization of novel allosteric potentiators of $M_1$ muscarinic receptors reveals multiple modes of activity' *Mol. Pharm*. **2009**, *75(3)*, 577-588.

93. Fadeyi, O.; Lindsley, C.W. 'Rapid, general access to chiral β-flouroamines and β,β-difluoroamines via organocatalysis' *Org. Lett*. **2009**, *11*, 943-946.

92. Scott, S.A.; Selvy, P.E.; Buck, J.; Cho, H.P.; Criswell, T.L.; Thomas, A.L.; Armstrong, M.D.; Arteaga, C.; Lindsley, C.W.; Brown, H.A. 'Design of isoform-selective phospholipase D inhibitors that modulate cancer cell invasiveness' *Nat. Chem. Bio.* **2009**, *5*, 108-117.

91. Sheffler, D.J; Williams, R.; Bridges, T.M.; Lewis, L.M.; Xiang, Z.; Zheng, F.; Kane, A.S.; Byum, N.E.; Jadhav, S.; Mock, M.M.; Zheng, F.; Lewis, L.M.; Jones, C.K.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; Lindsley,

C.W.; Conn, P.J. 'Novel Selective Muscarinic Acetylcholine Receptor Subtype 1 ($M_1$ mAChR) Antagonist Reduces Seizures without Impairing Hippocampal-Dependent Learning' *Mol. Pharmacol.* **2009**, *76*, 356-368.

90. Miller, T.W.; Perez-Torres, M.; Wu, H.; Shyr, Y.; Guix, M.; Jiang, A.; Stal, O.; Kennedy, J.P.;Lindsley, C.W.; Arteaga, C.L. 'Loss of Phosphatase and Tensin Homologue Deleted on Chromosome 10 engages ErbB3 and Insulin-Like Growth Factor I Receptor signaling to promote anti-estrogen resistance in breast cancer' *Cancer Res.* **2009**, *69*, 4192-4201.

89. Aldrich, L.; LeBois, E.P.; Lewis, L.M.; Nalywajko, N.T.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'MAOS protocols for the general synthesis and lead optimization of 3,6-disubstituted-[1,2,4]triazolo[4,3-*b*]pyradazines' *Tetrahedron Lett.* **2009**, *50*, 212-216.

88. Hammond, A.; Rodriguez, A.; Lindsley, C.W.; Conn, P.J. "Members of a novel benzamide structural class act as positive allosteric modulators of metabotropic glutamate receptor subtype 5 by binding to a site other than that of 2-methyl-6-(phenylethynyl)-pyridine and its analogs' *Neuropsychopharmacology* **2009**, *55* (4), 601-612.

87. Lindsley, C.W. Development of novel, centrally active GlyT1 inhibitors that further validate the NMDA hypofunction hypothesis of schizophrenia in preclinical animal models' *Schizophrenia Bull.* **2007**, *33* (2), 475.

86. Pawluczyk, J.M.; McClain, R.T.; Denicola, C.; Mulhearn, J.J., Jr.; Rudd, D.J.; Lindsley, C.W. **'**Microwave-initiated living free radical polymerization: optimization of the preparative scale synthesis of Rasta resins. *Polymer Preprints* **2008**, *49*(2), 928-929.

85. Niswender, C.M.; Lebois, E.P.; Luo, Q.; Kim, K.; Muchalski, H.; Yin, H.; Conn, P.J.; Lindsley, C.W. 'Positive allosteric modulators of the metabotropic glutamate receptor subtype 4 (mGluR4). Part I: Discovery of pyrazolo[3,4-*d*]pyrimidines as novel mGluR4 positive allosteric modulators' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 5626-5629.

84. Miller, N.R.; Daniels, N.R.; Bridges, T.M.; Brady, A.E.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of analogues of the $M_1$ allosteric agonist TBPB. Part II. Amides, sulfonamides ands ureas: the effect of capping the distal basic piperidine nitrogen' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 5443-5446.

83. Bridges, T.M.; Brady, A.E.; Kennedy, J.P.; Daniels, N.R.; Miller, N.R.; Kim, K.; Breininger, M.L.; Gentry, P.R.; Brogan, J.T.; Jones, J.K.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of analogues of the $M_1$ allosteric agonist TBPB. Part I. Exploration of alternative benzyl and privileged structure moieties' *Bioorg. Med. Chem. Lett.*, **2008**, *18*, 5439-5442.

82. Yang, Z.-Q.; Barrow, J.C.; Shipe, W.D.; Schlegel, K.S.; Shu, Y.; Yang, F.V.; Lindsley, C.W.; Rittle, K.E.; Bock, M.G.; Hartman, G.D.; Uebele, V.N.; Nuss, C.E.; Fox, S.V.; Kraus, R.L.; Doran, S.M.; Connolly, T.M.; Tang, C.; Ballard, J.E.; Kuo, Y.; Adarayan, E.D.; Prueksaritanont, Y.; Zrada, M.M.; Marino, M.J.; DiLella, A.G.; Reynolds, I.J.; Vargas, H.M.; Bunting, P.B.; Woltman, M.M.; Koblan, K.S.; Renger, J.J. 'Discovery of 1,4-substituted piperidines as potent and selective inhibitors of T-type calcium channels' *J. Med. Chem.* **2008**, *51*, 6471-6477.

81. Kim, K.; Miller, N.R.; Sulikowski, G.A.; Lindsley, C.W. 'A new multi-gram synthetic route to labeling precursors for the $D_{2/3}$ PET agent $^{18}$F-fallypride' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 4467-4470.

80. Lewis, J.A.; Daniels, N.R.; Lindsley, C.W. 'Total synthesis of ciliatimides A-C: stereochemical revision and the natural product-guided synthesis of unnatural analogs' *Org. Lett.* **2008**, *10*, 4545-4548.

79. Daniels, N.R.; Fadeyi, O.; Lindsley, C.W. 'A new catalytic Cu(II)/sparteine oxidant system for β,β-phenolic couplings of styrenyl phenols: total synthesis of carpanone and unnatural analogues' *Org. Lett.* **2008**, *10*, 4097-4100.

78. Kennedy, J.P.; Brogan, J.T.; Lindsley, C.W. 'Total synthesis and biological evaluation of the marine bromopyrrole alkaloid dispyrin: elucidation of discrete molecular targets with therapeutic potential' *J. Nat. Prod.* **2008**, *71*, 1783-1788.

77. Brady, A.; Jones, C.K.; Bridges, T.M.; Kennedy, P.J.; Thompson, A.D.; Breininger, M.L.; Gentry, P.R.; Yin, H.; Jadhav, S.B.; Shirey, J.; Conn, P.J.; Lindsley, C.W. 'Centrally active allosteric potentiators of the $M_4$ muscarinic acetylcholine receptor reverse amphetamine-induced hyperlocomotion behavior in rats' *J. Pharm. & Exp. Ther.* **2008**, *327*, 941-953.

76. Niswender, C.M.; Myers-Johnson, K.A.; Weaver, C.D.; Jones, C.K.; Luo, Q.; Rodriguez, A.L.; Marlo, J.E.; de Paulis, T.; Thompson, A.; Days, E.; Nalywajko, N.T.; Austin, C.; Williams, M.; Ayala, J.E.; Williams, R.; Lindsley, C.W.; Conn, P.J. 'Discovery, characterization and antiparkinsonian effect of novel positive allosteric modulators of metabotropic glutamate receptor 4' *Mol. Pharm.* **2008**, *74*, 1345-1358.

75. Jones, C.K.; Brady, A.E.; Davis, A.A.; Xiang, Z.; Bubser, M.; Tantawy, M.N.; Kane, A.; Bridges, T.M.; Kennedy, J.P.; Bradley, S.R.; Peterson, T.; Baldwin, R.M.; Kessler, R.; Deutch, A.; Lah, J.L.; Levey, A.I.; Lindsley, C.W.; Conn, P.J. 'Novel selective allosteric activator of the $M_1$ muscarinic acetylcholine receptor reduces amyloid processing and produces antipsychotic-like activity in rats' *J. Neurosci.* **2008**, *28*(41), 10422-10433.

74. Sharma, S.; Rodriguez, A.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of a mGluR5 allosteric partial antagonist lead: Unexpected modulation of pharmacology with slight structural modifications to a 5-(phenylethynyl)pyrimidine scaffold' *Bioorg. Med. Chem. Lett.*, **2008**, *18*, 4098-4101.

73. Shipe, W.D.; Barrow, J.C.; Yang, Z.-Q.; Lindsley, C.W.; Yang, F.V.; Schlegel, K.S.; Shu, Y.; Rittle, K.E.; Zrada, M.M.; Bock, M.G.; Hartman, G.D.; Tang, C.; Ballard, J.E.; Kuo, Y.; Adarayan, E.D.; Prueksaritanont, Y.; Uebele, V.N.; Nuss, C.E.; Connolly, T.M.; Doran, S.M.; Fox, S.V.; Kraus, R.L.; Marino, M.J.; Graufelds, V.K.; Vargas, H.M.; Bunting, P.B.; Hasbun-Manning, M.; Evans, R.M.; Koblan, K.S.; Renger, J.J. 'Design, synthesis and evaluation of novel 4-aminomethyl-fluoropiperidine as a T-Type $Ca^{2+}$ antagonist' *J. Med. Chem.* **2008**, *51*, 3692-3695.

72. Kennedy, J.P.; Brogan, J.T.; Lindsley, C.W. 'Progress towards the total synthesis of piperazimycin A: exploration of the synthesis of γ-hydroxy and γ-chloropiperazic acids' *Tetrahedron Lett.* **2008**, *49*, 4116-4118.

71. Zeng, Z.; O'Brien, J.A.; Leimare, W.; O'Malley, S.S.; Miller, P.J.; Zhao, Z.; Wallace, M.A.; Raab, C.; Lindsley, C.W.; Sur, C.; Williams, D.L. Jr. 'A novel radioligand for glycine transporter 1 (GlyT1): characterization and use in autoradiography studies and *in vivo* brain occupancy studies' *Nuc. Med. and Bio.* **2008**, *35*, 315-325.

70. Lewis, L.M.; Sheffler, D.; Williams, R.; Bridges, T.A.; Kennedy, J.P.; Brogan, J.T.; Mulder, M.J.; Williams, L.; Nalywajko, N.T.; Niswender, C.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of selective muscarinic acetylcholine receptor subtype 1 ($M_1$ mAChR) antagonists' *Bioorg. Med. Chem. Lett.*, **2008**, *18*, 885-889.

69. Zhao, Z.; Wolkenberg, S.E.; Lu, M.; Munshi, V.; Moyer, G.; Feng, M.; Carella, A.V.; Ecto, L.T.; Gabryelski, L.J.; Lai, M.-T.; Prasad, S.; Yan, Y.; McGaughey, G.B.; Miller, M.D.; Lindsley, C.W.; Hartman, G.D.; Vacca, J.P.; Williams, T.M. 'Novel indole-3-sulfonamides as potent HIV non-nucleotide reverse transcriptase inhibitors (NNRTIs)' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 554-557.

68. Zhao, Z.; Robinson, R.G.; Barnett, S.F.; Defeo-Jones, D.; Jones, R.J.; Hartman, G.D.; Huber, M.E.; Lindsley, C.W. 'Development of potent, allosteric Akt1 and Akt2 dual inhibitors with improved physical properties and cell activity' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 49-53.

67. Bridges, T.M.; Lindsley, C.W. 'G-protein coupled receptors: From classical modes of modulation to allosteric mechanisms' *ACS Chem. Biol.* **2008**, *3*, 530-542.

66. Conn, P.J.; Tamminga, C.; Schoepp, D.D.; Lindsley, C. 'Schizophrenia: Moving Beyond Monoamine Antagonists' *Mol. Intervent.* **2008**, *8*, 99-105 (invited).

65. Bridges, T.M.; Lindsley, C.W. 'Accelerating Lead Optimization: A Technology-Enabled Approach' *Preclinical World 2008*, **2008**, 42-46.

64. Bridges, T.M.; Williams, R.; Lindsley, C.W. 'Design of potent GlyT1 inhibitors: *in vitro* and *in vivo* profiles' *Curr. Opin. Mol. Ther*. **2008**, *10*, 591-604 (invited).

63. Kennedy, J.P.; Williams, L.; Bridges, T.M.; Daniels, R.N.; Weaver, D.; Lindsley, C.W. 'Application of combinatorial chemistry science on modern drug discovery' *J. Comb. Chem.* **2008**, *10*, 345-354 (invited Perspective).

62. Lewis, J.A.; Lebois, E.P.; Lindsley, C.W. 'Allosteric modulators of kinases and GPCRs. Design principles and structural diversity' *Curr. Opin. Chem. Biol.*, **2008**, *12*, 269-279 (invited).

61. Lindsley, C.W.; Barnett, S.F.; Layton, M.E.; Bilodeau, M.T. 'The PI3K/Akt pathway: Recent progress in the development of ATP-competitive and allosteric Akt kinase inhibitors' *Curr. Cancer Drug Targets* **2008**, *8*, 7-24. (invited).

60. Daniels, R.N.; Kim, K.; Lewis, J.A.; Lebois, E.P.; Muchalski, H.; Lindsley, C.W. 'Microwave-assisted protocols for the expedited synthesis of pyrazolo[1,5-*a*] and [3,4-*d*]pyrimidines.' *Tetrahedron Lett.* **2008**, *49*, 305-308.

59. Zhao, Z.; Wisnoski, D.D.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Wittman, M.; Ha, S.; Schaffhauser, H.; Sur, C.; Pettibone, D.J.; Duggan, M.E.; Conn, P.J.; Hartman, G.D.; Lindsley, C.W. 'Challenges in the development of mGluR5 positive allosteric modulators: the discovery of CPPHA' *Bioorg. Med. Chem.Lett.* **2007**, *17*, 1386-1389.

58. Layton, M.E.; Barnett, S.F.; Bilodeau, M.T.; Lindsley, C.W. 'Recent progress in the development of ATP-competitive and allosteric Akt kinase inhibitors' *Curr. Topics in Med. Chem.*, **2007**, *7*, 1349-1360 (invited).

57. Lindsley, C.W., Guest Editor. 'Small molecule inhibition of protein-protein interactions: An emerging paradigm in drug design' *Curr. Topics in Med.Chem.*, **2007**, *7*, issue 10; editorial: 921.

56. Dudkina, A.; Lindsley, C.W. 'Small molecule protein-protein inhibitors (SMPPIs) for the p53-MDM2 interaction: A review of recent progress' *Curr. Topics in Med. Chem.*, **2007**, *10*, 955-966

55. Pawluczyk, J.M.; McClain, R.T.; Denicola, C.; Mulhearn, J.J.; Rudd, D.J.; Lindsley, C.W. Microwave-initiated living free radical polymerization: Optimization of the preparative scale synthesis of Rasta resins' *Tetrahedron Lett*. **2007**, *48*, 1497-1500.

54. Lindsley, C.W.; Weaver, D.; Conn, P.J.; Marnett, L. 'Preclinical Drug Discovery Research and Training at Vanderbilt' *ACS Chem. Biol.* **2007**, *2*, 17-21.

53. Shipe, W.D.; Yang, F.; Zhao, Z.; Wolkenberg, S.E.; Nolt, M.B.; Lindsley, C.W. 'Convenient and general microwave-assisted protocols for the expedient synthesis of heterocycles' *Heterocycles* **2006**, *70*, 665-679 (invited).

52. Zhao, Z.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Sur, C.; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Hartman, G.D.; Lindsley, C.W. 'Synthesis and SAR of GlyT1 inhibitors derived from a series of *N*-((4-(morpholine-4-carbonyl)-1-(propylsulfonyl)piperidin-yl)methyl)benzamides' *Bioorg. Med. Chem.Lett.* **2006**, *16*, 5968-5971.

51. Nanda, K.K.; Nolt, M.B.; Cato, M.J.; Kane, S.A.; Kiss, L.; Spencer, R.H.; Jixin Wang, J.; Lynch, J.L.; Regan, C.P.; Stump, G.L.; Li, B.; White, R.; Yeh, S.; Bogusky, M.J.; Bilodeau, M.T.; Dinsmore, C.J.; Lindsley, C.W.; Hartman, G.D.; Scott Wolkenberg S.E.; Trotter, B.W. 'Potent antagonists of the atrial $I_{Kur}$/Kv1.5 potassium channel: synthesis and evaluation of analogous *N,N*-diisopropyl-2-(pyridine-3-yl)acetamides' *Bioorg. Med. Chem.Lett.* **2006**, *16*, 5897-5901.

50. Wolkenberg, S.E.; Zhao, Z.; Kapitskaya, M.; Webber, A.L.; Pertukhin, K.; Tang, Y.S.; Dean, D.C.; Hartman, G.D.; Lindsley, C.W. 'Identification of potent agonists of Photoreceptor Specific Nuclear Receptor (NR2E3) and preparation of a radioligand' *Bioorg. Med. Chem.Lett.* **2006**, *16*, 5001-5005.

49. Lindsley, C.W.; Wolkenberg, S.E.; Kinney, G.G. 'Progress in the preparation and testing of glycine transporter type-1 (GlyT1) inhibitors' *Curr. Topics in Med. Chem.*, **2006**, *8*, 1883-1894 (invited).

48. Lindsley, C.W.; Shipe, W.D.; Wolkenberg, S.E.; Theberge, C.R.; Williams, D.L. Jr.; Sur, C.; Kinney, G.G. 'Progress towards validating the NMDA receptor hypofunction hypothesis of schizophrenia' *Curr. Topics in Med. Chem.*, **2006**, *8*, 771-784 (invited).

47. Lindsley, C.W.; Zhao, Z.; Leister, W.H.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Chen, T-B.; Chang, R.S.L.; Burno, M.; Jacobson, M.A.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Tsou, N.N.; Duggan, M.E.; Conn, P.J.; Hartman, G.D. 'Design, synthesis and *in vivo* efficacy of novel glycine transporter-1 (GlyT1) inhibitors derived from a series of [4-Phenyl-1(propylsulfonyl)piperidin-4-yl] methyl benzamides' *ChemMedChem* **2006**, *1*, 807-812.

46. Jesudason, C.D.; Beavers, L.S.; Cramer, J.W.; Dill, J.; Finley, D.R.; Lindsley, C.W.; Stevens, F.C.; Gadski, R.A.; Oldham, S.W.; Pickard, R.T.; Siedem, C.S.; Sindelar, D.K.; Singh, A.; Watson, B.; Hipskind, P.A. 'Synthesis and SAR of novel histamine H3 receptor antagonists' *Bioorg. Med. Chem.Lett.* **2006**, *16*, 3415-3418.

45. Nolt, M.B.; Smiley, M.A.; Varga, S.L.; McClain, R.T.; Wolkenberg, S.E.; Lindsley, C.W. 'Convenient preparation of substituted 5-amino oxazoles via a microwave-assisted Cornforth rearrangement' *Tetrahedron* **2006**, *62*, 4698-4705; Tetrahedron Symposia-in-Print MAOS (invited).

44. Lindsley, C.W.; Bogusky, M.J.; Leister, W.H.; McClain, R.T.; Robinson, R.; Barnett, S.F.; Defeo-Jones, D.; III Ross, C.W.; Hartman, G.D. 'Synthesis and biological evaluation of unnatural canthine alkaloids' *Tetrahedron Lett*. **2005**, *46*, 2779-2782.

43. Defeo-Jones, D.; Barnett, S.F.; Fu, S.; Hancock, P.J.; Haskell, K.M.; Leander, K.R.; McAvoy, E.; Robinson, R.G.; Duggan, M.E.; Lindsley, C.W.; Zhao, Z.; Huber, H.E.; Jones, R.E. 'Tumor cell sensitization to apoptotic stimuli by selective inhibition of specific Akt/PKB family members'*Mol. Cancer Ther.* **2005**, *4*(2), 271-279.

42. Kinney, G.G.; O'Brien, Lemaire, W.; Burno, M.' Bickel, D.J.; Clements, M.K.; Wisnoski, D.D.; Lindsley, C.W.; Tiller, P.R.; Smith, S.; Jacobson, M.A.; Sur, C.; Duggan, M.E.; Pettibone, D.J.; Williams, Jr., D.W. 'A novel selective allosteric modulator of metabotropic glutamate receptor subtype 5 (mGluR5) has an antipsychotic profile in rat behavioral models' *J. Pharmacol. Exp. Therapeut.* **2005**, *313*(1), 199-208.

41. Zhao, Z.; Duggan, M.E.; Barnett, S.F.; Defeo-Jones, D.; Huber, H.E.; Huff, J.R.; Hartman, G.D.; Leister, W.; Kral, A.; Fu, S.; Hancock, P. J.; Haskell, K.A.; Jones, R.E.; Robinson, R.; Lindsley, C.W. 'Discovery of 2,3,5-trisubstituted pyridine derivatives as potent Akt1 and Akt2 dual inhibitors' *Bioorg. Med. Chem.Lett.*, **2005** *15*, 905-908.

40. Lindsley, C.W.; Zhao, Z.; Leister, W.H.; Robinson, R.G.; Barnett, S.F.; Defeo-Jones, D.; Jones, R.E.; Hartman, G.D.; Huff, J.R.; Huber, H.E.; Duggan, M.E. 'Allosteric Akt (PKB) kinase inhibitors. Discovery and SAR of isozyme selective inhibitors'*Bioorg. Med. Chem Lett.* **2005**, *15*, 761-765.

39. Kim, D.; Cheng, G.Z.; Lindsley, C.W.; Yang, H.; Cheng, J.Q. 'Targeting phosphatidylinositol-kinase/Akt pathway for cancer therapy' *Curr. Opin. In Invest. Drugs* **2005**, *6*, 1250-1262 (invited).

38. Cheng, J.Q.; Lindsley, C.W.; Cheng, G.Z.; Sun, M.; Yang, H.; Nicosia, S.V. 'The Akt/PKB pathway: molecular target for cancer therapy' *Oncogene*, **2005**, *24*, 7482-7489 (invited).

37. Wolkenberg, S.E.; Shipe, W.D.; Lindsley, C.W.; Guare, J.P; Pawluczyk, J. 'Applications of microwave assited organic synthesis on the multigram scale' *Curr. Opin. in Drug Disc. & Dev.* **2005**, *8*, 701-712 (invited).

36. Lindsley, C.W., Guest Editor. 'Metabotropic glutamate receptors: medicinal chemistry and therapeutic implications' *Curr. Topics in Med. Chem.*, **2005**, *5*, issue 9.

35. Williams, D.L., Jr.; Lindsley, C.W. 'Positive allosteric modulators of metabotropic glutamate receptor subtype 5 (mGluR5)' *Curr. Topics in Med. Chem.*, **2005**, *5*, 825-838.

34. Fesuton, B.P.; Chakravorty, S.J.; Conway, J.F.; Culberson, C.; Forbes, J.; Kraker, B.; Lennon, P.A.; Lindsley, C.; McGaughey, G.B.; Mosley, R.; Sheridan, R.; Valenciano, M.; Kearsley, S.K. 'Web enabling technology for design, enumeration, optimization and tracking of compound libraries' *Curr. Topics in Med. Chem.*, **2005**, *5*, 773-783 (invited).

33. Lindsley, C.W.; Wolkenberg, S.E.; Shipe, W.; Williams, D.L. Jr. 'Recent advances in positive allosteric modulators of metabotropic glutamate receptors (mGluRs)', *Curr. Opin. in Drug Disc. & Dev.*, **2005**, *8*(4), 449-457 (invited).

32. Lindsley, C.W.; Wolkenberg, S.E.; Shipe, W. 'Accelerating lead development by microwave-enhanced medicinal chemistry' *Drug Discovery Today: Technologies*, **2005**, *2*, 155-161 (invited).

31. Hodges, J.C.; Lindsley, C.W. 'TEMPO-methyl-polystyrene resin' *Handbook of Reagents for Organic Synthesis*: *Reagents for High-Throughput Solid-Phase and Solution-Phase Synthesis*, Wipf, P. Ed., John Wiley & Sons Ltd., **2005**, pp.317-318 (Invited).

30. Barnett, S.F.; Bilodeau, M.T.; Lindsley, C.W. 'The Akt/PKB family of protein kinases: A review of small molecule inhibitors and progress towards target validation *Curr. Topics in Med. Chem.* **2005**, *5(2)*, 109-125 (Invited).

29. Lindsley, C.W.; Wisnoski, D.D.; Leister, W.H.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Burno, M.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; iller, P.R.; Smith, S.; Duggan, M.E.; Hartman, G.D.; Conn, P.J.; Huff, J.R. 'Discovery of positive allosteric modulators for the metabotropic glutamate receptor subtype 5 from a series of *N*-(1,3-Diphenyl-1*H*-pyrazol-5-yl)benzamides that potentiate receptor function *in vivo*' *J. Med. Chem.* **2004**, *47*, 5825-5828.

28. Zhao, Z.; Wisnoski, D.D.; Wolkenberg, S.E.; Leister, W.; Wang, Y; Lindsley, C.W. 'A General microwave-assisted protocol for the expedient preparation of quinoxalines and heterocyclic pyrazines' *Tetrahedron Lett.* **2004**, *45*, 4873-4876.

27. Wolkenberg, S.E.; Wisnoski, D.D.; Leister, W.H.; Zhao, Z.; Wang, Y.; Lindsley, C.W. 'Efficient synthesis of imidazoles from aldehydes and 1,2-diketones using microwave irradiation' *Org. Lett.* **2004**, *6*, 1453-1456.

26. Wolkenberg, S.W.; Lindsley, C.W. 'MAOS: A 'diversity engine' for parallel synthesis' *Discovery developments* **2004**, *4*, 1-4.

25. Ball, D.B.; Wood, M.; Lindsley, C.; Mollard, P.; Buzard, D.J.; Vivian, R.; Mahoney, M.; Taft, B.R. 'Research, teaching and professional development at a comprehensive university' *J. Chem. Edu.* **2004**, *81*, 1796-1781.

24. Lindsley, C.W. 'Mastering medicinal chemistry: strategies, issues and success stories' *Drug Discovery Today*, **2004**, *9*(16), 695.

22. O'Brien, J.A.; Lemaire, W.; Wittmann, M.; Jacobson, M.A.; Ha, S.N.; Wisnoski, D.D.; Lindsley, C.W.; Schaffhauser, H.J.; Sur, C.; Duggan, M.E.; Pettibone, D.J.; Conn, J.; Williams, D.L.'A novel selective allosteric modulator potentiates the activity of the native metabotropic glutamate receptor subtype 5 (mGluR5) in rat forebrain' *J. Pharmacol. Exp. Ther.* **2004**, *309*(2), 568-579.

22. O'Brien, J.A.; Lemaire, W.; Chen, T-B.; Chang, R.S.L.; Jacobson, M.A.; Ha, S.N.; Lindsley, C.W.; Sur, C.; Pettibone, D.J.; Conn, J.; Wiliams, D.L. 'A family of highly selective allosteric modulators of the metabotropic glutamate receptor subtype 5 (mGluR5)' *Mol. Pharmacol*. **2003**, *64*, 731-741.

21. Lindsley, C.W.; Wisnoski, D.D.; Leister, W.H., Wang, Y.; Zhao, Z. 'A 'one pot' microwave-mediated synthesis of the basic canthine skeleton: expedient access to unnatural β-carboline alkaloids' *Tetrahedron Lett*. **2003**, *44*, 4495-

4498.

20. Wisnoski, D.D.; Leister, W.H.; Strauss, K.A.; Zhao, Z.; Lindsley, C.W. 'Microwave-initiated living free radical polymerization: rapid formation of Rasta resins' *Tetrahedron Lett*. **2003**, *44*, 4321-4324.

19. Williams, D. L. Jr., O'Brien, J. A., Lemaire, W., Chen, Tsing-Bau, Chang, Raymond S.L., Jacobson, M. A., Ha, Sookhee N., Wisnoski, D. D., Lindsley, C.W., Sur, C., Duggan, M. E.; Pettibone, D. J., Conn, P.J. 'Difference in mGluR5 interaction between positive allosteric modulators from two structural classes' *Glutamate and Disorders of Cognition and Motivation*, Annals of the New York Academy of Sciences, Vol. 1003, Moghaddam, B. and Wolf, M.E., Eds., NY, **2003**, pp. 481-490.

18. Leister, W.H.; Strauss, K.A.; Wisnoski, D.D.; Zhao, Z.; Lindsley, C.W. 'Development of a custom high-throughput preparative liquid chromatography/mass spectrometer platform for the preparative purification and analytical analysis of compound libraries.' *J. Comb. Chem.* **2003**, *5*, 322-329.

17. Zhao, Z.; Leister, W.H.; Strauss, K.A.; Wisnoski, D.D.; Lindsley, C.W. 'Broadening the scope of 1,2,4-triazine synthesis by the application of microwave technology' *Tetrahedron Lett*. **2003**, *44*, 1123-1127.

16. Lindsley, C.W.; Zhao, Z.; Leister, W.H.; Strauss, K.A. 'Fluorous-tethered amine bases for organic and parallel synthesis: scope and limitations' *Tetrahedron Lett*. **2002**, *43*, 6319-6323.

15. Lindsley, C.W.; Zhao, Z.; Newman, R.C.; Leister, W.H.; Strauss, K.A. 'A general Staudinger protocol for solution phase parallel synthesis' *Tetrahedron Lett*. **2002**, *43*, 4467-4470.

14. Lindsley, C.W.; Zhao, Z.; Leister, W.H. 'Fluorous-tethered quenching reagents for solution phase parallel synthesis' *Tetrahedron Lett*. **2002**, *43*, 4225-4428.

13. Tallarico, J.A.; Depew, K.M.; Pelsih, H.E.; Westwood, N.J.; Lindsley, C.W.; Shair, M.D.; Schreiber, S.L.; Foley, M.A. 'An alkylsilyl-tethered, high capacity solid support amenable to diversity-oriented synthesis for one-bead, one-stock solution chemical genetics' *J. Comb. Chem.*, **2001**, *3*, 312-321.

12. McAlpine, S.R.; Lindsley, C.W.; Hodges, J.C.; Leonard, D.M.; Filzen, G.F. 'Determination of functional group distribution within Rasta resins utilizing optical analysis' *J. Comb. Chem*. **2001**, *3*, 1-7.

11. Lindsley, C.W.; Hodges, J.C.; Filzen, G.F.; Watson, B.M.; Geyer, A.G. 'Rasta silanes: new silyl resins with novel macromolecular architecture via living free radical polymerization' *J. Comb. Chem*. **2000**, *2*, 550-557.

10. Lindsley, C.W.; Chan, L.K.; Goess, B.C.; Joseph, R.; Shair, M.D. 'Solid-phase biomimetic synthesis of carpanone-like molecules' *J. Am. Chem. Soc*. **2000**, *122*, 422-423.

9. Lipshutz, B.H.; Ullman, B.; Lindsley, C.; Pecchi, S.; Buzard, D.J.; Dickson, D. 'A new bromotrienyne:synthesis of all-*E* conjugated tetra-, penta-, and hexaenes common to oxopolyene macrolide antibiotics' *J. Org. Chem*. **1998**, *63*, 6092-6093.

8. Lipshutz, B.H.; Lindsley, C. 'A streamlined route to highly conjugated, all-*E* polyenes characteristic of oxo polyene macrolide antibiotics' *J. Am. Chem. Soc*. **1997**, *119*, 4555-4556.

7. Lipshutz, B.H.; Buzard, D.J.; Carrico, I.; Dickson, D.; James, B.; Lindsley, C.; Pecchi, S.;Vance, S.; Ullman, B. 'New organometallic solutions to problems in polyene natural and unnatural products synthesis' *Org. Synth. Organomet., Proceedings of the Symposium, 5th*,Helmchen, G. Ed., Vieweg, **1997**, pp. 361-376.

6. Lipshutz, B.H.; Mollard, P.; Lindsley, C.; Chang, V. 'cyclo-SEM: A new carbonyl protecting group' *Tetrahedron Lett*. **1997**, *38*, 1873-1876.

5. Lipshutz, B.H.; Wood, M.R.; Lindsley, C. 'Spectroscopic experiments on the role of TMSCl in lithium dialkylamide deprotonations' *Tetrahedron Lett*. **1995**, *36*, 4385-4328.

4. Lipshutz, B.H.; Lindsley, C.; Susfalk, R.; Gross, T. 'A convenient preparation of triisopropylsilyl acyl silanes' *Tetrahedron Lett*. **1994**, *35*, 8999-9002.

3. Lindsley, C.; DiMare, M. 'Metal alkoxide catalysis of catecholborane and borane reductions. Mechanistic Studies' *Tetrahedron Lett*. **1994**, *35*, 5141-5143.

2. Lipshutz, B.H.; Lindsley, C.; Bhandari, A. 'Expanding the versatility of Schwartz' reagent: hydrozirconation of vinylic and acteylenic acyl silanes' *Tetrahedron Lett*. **1994**, *35*, 4669-4672.

1. Lipshutz, B.H.; Bhandari, A.; Lindsley, C.; Keil, R.; Wood, M. 'New synthetic methods based on organozirconium and organocopper chemistry' *Pure Appl. Chem*. **1994**, *66*, 1493-1501. (invited).

**Book Chapters**

11. Lindsley, C.W. 'Lipophilicity' In *Encyclopedia of Psychopharmacology*, 2nd ed., Stolerman, I.P. and Price, L.H., Eds., Springer, Singapore, **2015**, 905-909.

10. Konkol, L.C.; Senter, T.J.; Lindsley, C.W. 'Case study 1: Scaffold Hopping for T-Type Calcium Channel and Glycine Transporter Type 1 inhibitors' in Scaffold Hopping in Medicinal Chemistry, Brown, N. Ed., Wiley VCH-Verlag GmbH & Co., **2014**, pp. 247-258.

9. Lindsley, C.W.; Weaver, C.D.; Bridges, T.M.; Kennedy, J.P. 'Lead Optimization in Drug Discovery'in *Chemical Biology: Approaches to Drug Discovery and Development to Targeting Diseases*, Civjan, N., Ed., John Wiley & Sons, **2012**, pp. 65-81.

8. Jones, C.K.; Conn, P.J.; Lindsley, C.W. 'Glutamate Approaches Towards the Treatment of Mood Disorders' in *Drug Discovery for Psychiatric Disorders*, Rankovic, Z.; Bingham, M.; Hargreaves, R.; Nestler, E., Eds., Royal Society of Chemistry, London, UK, **2012**, pp.258-275 (invited).

7. Fadeyi, O.O.; Lindsley, C.W. 'The discovery and synthesis of brevisamide' in *Studies in Natural Products Synthesis*, Vol. 37, Atta-ur-Rahman, Ed., Elsevier, **2012**, pp. 37-51 (Invited).

6. Schulte, M.L.; Lindsley, C.W. 'Tropane-based alkaloids as muscarinic antagonists for the treatment of asthma, obstructive pulmonary disease and motion sickness' in *Bioactive Heterocyclic Compound Classes: Pharmaceuticals and Agrochemicals*, Lamberth, N. and Dinges, J., Eds. Wiley-VCH Verlag GmbH & Co., **2012**, pp. 23-36 (Invited).

5. Lindsley, C.W.; Hopkins, C.R.; Sulikowski, G.A. 'Biomimetic synthesis of ligans and neolignans' in *Biomimetic Organic Synthesis*, Poupon, E. and Nay, B., Eds. Wiley-VCH Verlag GmbH & Co., **2011**, pp. 677-694. (Invited)

4. Lindsley, C.W. and Leister, W.H. 'Fluorous Scavengers' in *Handbook of Fluorous Chemistry*, Gladysz, J.A.; Curran, D.P.; Horvath, I.T., Eds. Wiley-VCH, N.Y., **2004**, pp. 236-246. (Invited)

3. Lindsley, C.W. and Zhao, Z. '4-Aminobenzoic acid. The Staudinger Reduction with a fluorous phosphine' in *Handbook of Fluorous Chemistry*, Gladysz, J.A.; Curran, D.P.; Horvath, I.T., Eds. Wiley-VCH, N.Y., **2004**, pp. 370. (Invited).

2. Lindsley, C.W. and Zhao, Z. '1,2-Diethyl-6a,10-dimethoxy-1,6a,11b,11c-tetrahydro-2*H*-benzo[k]xanthen-4-one. β,β-Phenolic coupling reactions to access unnatural carpanone analogs with a fuorous diacetoxy iodobenzene (F-DAIB) reagent' in *Handbook of Fluorous Chemistry*, Gladysz, J.A.; Curran, D.P.; Horvath, I.T., Eds. Wiley-VCH, N.Y., **2004**, pp. 371. (Invited)

1. Lindsley, C.W. and Layton, M.E. 'Product subclass 2: 1, 2, 4-triazines' in *Science of Synthesis*, Vol. 17, Weinreb, S.W., Ed., Georg Thieme Verlag, N.Y., **2004**, pp.357-447 (Invited).

**Editorials for *ACS Chemical Neuroscience, Journal of Medicinal Chemistry* and other ACS Journals**

88. Lindsley, C.W.; Hooker, J.M.; Liotta, D.C. 'Giving credit where it is due' *ACS Med. Chem. Lett.* **2021**, *12*, 669.

87. Lindsley, C.W.; Hooker, J.M.; Liotta, D.C. 'Giving credit where it is due' *ACS Chem. Neurosci.* **2021**, *12*, 1465.

86. Lindsley, C.W.; Hooker, J.M.; Liotta, D.C. 'Giving credit where it is due' *J. Med. Chem.* **2021**, *64*, 5225.

85. Lindsley, C.W.; Schwarz, J.B. 'The Philip S. Portoghese *Journal of Medicinal Chemistry*/Division of Medicinal Chemistry Joint Lectureship Awards' *J. Med. Chem.* **2021**, *64*, 2311.

84. Lindsley, C.W. '2021: A New Year and New Direction for the *Journal of Medicinal Chemistry*' *J. Med. Chem.* **2021**, *64*, 1.

83. Lindsley, C.W. 'Farewell' *ACS Chem. Neurosci.* **2020**, *11*, 3995.

82. Lindsley, C.W. 'NeuroChat with Professor Thomas E. Prisinzaro' *ACS Chem. Neurosci.* **2020**, *11*, 3393-3394.

81. Lindsley, C.W. 'Welcome to Professor Hsin-Yi Lai, the Newest Associate Editor at *ACS Chemical Neuroscience*' *ACS Chem. Neurosci.* **2020**, *11*, 1519.

80. Lindsley, C.W.; Gregory, K.J. 'NeuroChat with Dr. Karen Gregory' *ACS Chem. Neurosci.* **2020**, *11*, 1373-1375.

79. Lindsley, C.W. 'Chronic Traumatic Encephalopathy (CTE): A Virtual Issue Dedicated to Advavances in Understanding, Diagnosing and Potentially Treating Tauopathies'' *ACS Chem. Neurosci.* **2020**, *11*, 994.

78. Lindsley, C.W. '2020 – A Year of Growth for ACS Chemical Neuroscience' *ACS Chem. Neurosci.* **2020**, *11*, 225.

77. Lindsley, C.W. 'NeuroChat with Professor Kyle Emmitte' *ACS Chem. Neurosci.* **2020**, *11*, 99-100.

76. Lindsley, C.W. 'NeuroChat with Professor P. Jeffrey Conn' *ACS Chem. Neurosci.* **2020**, *11*, 1-2.

75. Lindsley, C.W. 'NeuroChat with Professor Danny Winder' *ACS Chem. Neurosci.* **2019**, *10*, 4766-4767.

74. Lindsley, C.W. 'NeuroChat with Martin Paulus, M.D.' *ACS Chem. Neurosci.* **2019**, *10*, 4183-4184.

73. Lindsley, C.W. 'NeuroChat with Professor Catherine Abbott' *ACS Chem. Neurosci.* **2019**, *10*, 4185-4186.

72. Lindsley, C.W. 'NeuroChat with Professor Philippe Derreumaux' *ACS Chem. Neurosci.* **2019**, *10*, 3334.

71. Lindsley, C.W. 'NeuroChat with Professor Ulf Dettmer' *ACS Chem. Neurosci.* **2019**, *10*, 3335-3336.

70. Lindsley, C.W. 'NeuroChat with Professor W. Michael Caudle' *ACS Chem. Neurosci.* **2019**, *10*, 2625-2627.

69. Lindsley, C.W. 'NeuroChat with Professor Erin Calipari' *ACS Chem. Neurosci.* **2019**, *10*, 2623-2624.

68. Lindsley, C.W. 'NeuroChat with Professor Cody Wenthur' *ACS Chem. Neurosci.* **2019**, *10*, 2085-2086.

67. Lindsley, C.W. 'NeuroChat with Professor Kathryn Commons' *ACS Chem. Neurosci.* **2019**, *10*, 2084.

66. Lindsley, C.W. 'NeuroChat with Professor Steven Townsend' *ACS Chem. Neurosci.* **2019**, *10*, 2082-2083.

65. Lindsley, C.W. 'Predicitions and statistics for the best –selling drugs globally in the United States in 2018 and a look forward to 2024 projections' *ACS Chem. Neurosci.* **2019**, *10*, 1115.

64. Lindsley, C.W. 'Call for papers: Strategies and tactics in CNS drug synthesis' *ACS Chem. Neurosci.* **2019**, *10*, 1116.

63. Lindsley, C.W; Abbot, C.M.; Andrews, A.M.; Hooker, J.M.; Zhou, J. 'Editors' favorites: Best of 2018' *ACS Chem. Neurosci.* **2019**, *10*, 1-4.

62. Lindsley, C.W; Hooker, J.M. 'Beyond the amyloid hypothesis of Alzheimer's disease: Tau pathology takes center stage' *ACS Chem. Neurosci.* **2018**, *9*, 2519.

61. Lindsley, C.W. 'Welcome to the DARK Side: Dark Classics in Chemical Neuroscience' *ACS Chem. Neurosci.* **2018**, *9*, 2097-2098.

60. Lindsley, C.W. 'What papers are people citing and what are people reading?' *ACS Chem. Neurosci.* **2018**, *9*, 2097-2098.

59. Lindsley, C.W. '2018: A new impact factor and an expanded cast of associate editors' *ACS Chem. Neurosci.* **2018**, *9*, 1517.

58. Lindsley, C.W. 'New 2017 data and statistics for pharmaceutical products' *ACS Chem. Neurosci.* **2018**, *9*, 1518-1519.

57. Lindsley, C.W. 'Genetic and rare diseases of the CNS. Part II: Holoprosencephaly (HPE)' *ACS Chem. Neurosci.* **2018**, *9*, 626-627.

56. Lindsley, C.W. 'Genetic and rare diseases of the CNS. Part I: Fatal familial insomnia (FFI)' *ACS Chem. Neurosci.* **2017**, *8*, 2570-2572.

55. Lindsley, C.W. 'A possible repeal of the orphan drug tax credit?' *ACS Chem. Neurosci*. **2017**, 8, 2569.

54. Lindsley, C.W. 'Embarking on a five year journaey to highlight genetic and rare diseases of the central nervous system' *ACS Chem. Neurosci*. **2017**, 8, 2349.

53. Lindsley, C.W. 'Feeling rejected? ACS Chemical Neurosceince can help you get your science to the neuroscience community as quickly as possible' *ACS Chem. Neurosci*. **2017**, 8, 2348.

52. Lindsley, C.W. 'ACS Chemical Neuroscience: Most cited papers in 2016' *ACS Chem. Neurosci*. **2017**, 8, 2097-2098.

51. Lindsley, C.W. 'Call for papers: DARK classics in chemical neuroscience' *ACS Chem. Neurosci*. **2017**, 8, 1812.

50. Lindsley, C.W. 'Emerging data strengthens the argument that the microbiome is the 5th horseman of the apocalypse'' *ACS Chem. Neurosci*. **2017**, 8, 1813.

49. Lindsley, C.W. 'Chronic Traumatic Encephalopathy (CTE): A brief historical overview and recent focus on NFL players' *ACS Chem. Neurosci*. **2017**, 8, 1629-1631.

48. Lindsley, C.W. 'New 2016 data and statistics for global pharmaceutical products and projections through 2017' *ACS Chem. Neurosci*. **2017**, 8, 1635-1636.

47. Lindsley, C.W. 'ACS Chemical Neuroscience: Most cioted Papers in 2015' *ACS Chem. Neurosci*. **2017**, 8, 1633-1634.

46. Lindsley, C.W. 'Torn form the Headlines: Angiostrongylus cantonensis (rat lungworm) is established in Florida' *ACS Chem. Neurosci.* **2017**, *8*, 1632.

45. Conrad, J.A.; Lindsley, C.W. 'Is the microbiome the 5th horseman of the apocalypse in drug discovery? Implications for the gut-brain axis' *ACS Chem. Neurosci.* **2017**, *8*, 1430.

44. Lindsley, C.W. 'Reflections on 2016 and Projecting Forward' *ACS Chem. Neurosci.* **2017**, *8*, 1117.

43. Aldrich, C.; Bertozzi, C.; Georg, G.I.; Kiessling, L.; Lindsley, C.W.; Liotta, D.; Merz, K.M.; Schepartz, A.;

Wang, S. 'The ecstacy and agony of assay interference compounds' *ACS Chem. Neurosci.* **2017**, 8, 420-423. Editorial also published in: *Biochemistry* **2017**, *56*, 1363-1366; *J. Med. Chem.* **2017**, *60*, 2165-2168; *ACS Med. Chem. Lett.* **2017**, 8, 379-382; *J. Chem. Inf. Mod.* **2017**, 57, 387-390; *ACS Chem. Bio.* **2017**, 12, 575-578; *ACS Infect. Dis.* **2017**, *3*, 259-262; *ACS Cent. Sci.* **2017**, *3*, 143-147.

42. Lindsley, C.W.; Hooker, J.M.; Cunningham, K.A.; Andrews, A.M. 'Editors' favorites of 2016' *ACS Chem. Neurosci.* **2017**, *8*, 1-3.

41. Lindsley, C.W. 'A call to action on mental illness from the World Health Organization' *ACS Chem. Neurosci.* **2016**, *7*, 1620-1621.

40. Lindsley, C.W. 'ACS Editor's Choice: Providing recognition to authors and open access to the community' *ACS Chem. Neurosci.* **2016**, *7*, 1311.

39. Lindsley, C.W. 'Virtual Issue: "Behavioral Research in Chemical Neuroscience"' *ACS Chem. Neurosci.* **2016**, *7*, 1311.

38. Lindsley, C.W. 'PhRMA: Placing prescription drug cost into context' *ACS Chem. Neurosci.* **2016**, *7*, 1312.

37. Lindsley, C.W. 'Torn form the Headlines: Surviving the "Brain-Eating Amoeba"' *ACS Chem. Neurosci.* **2016**, *7*, 1313.

36. Lindsley, C.W. 'Call for papers for the "Classics in Chemical Neuroscience" series' *ACS Chem. Neurosci.* **2016**, *7*, 1174.

35. Lindsley, C.W. 'Novel drug approvals in 2015 and thus far in 2016' *ACS Chem. Neurosci.* **2016**, *7*, 1175-1176.

34. Lindsley, C.W. 'Lost in Translation: The death of basic science' *ACS Chem. Neurosci.* **2016**, *7*, 1024.

33. Lindsley, C.W. '2015: A new impact factor for *ACS Chemical Neuroscience* and new topline data for global pharmaceutical products' *ACS Chem. Neurosci.* **2016**, *7*, 842-843.

32. Lindsley, C.W. '2016: Onward and upward' *ACS Chem. Neurosci.* **2016**, *7*, 1.

31. Lindsley, C.W. 'The 2014 impact factor: ACS Chemical Neuroscience continues to rise'*ACS Chem. Neurosci.* **2015**, *6*, 1271.

30. Lindsley, C.W. '2014 prescription medications in the United States: Tremendous growth, speciality/orphan drug expansion and CNS dispensed prescriptions continue to increase' *ACS Chem. Neurosci.* **2015**, *6*, 811-812.

29. Lindsley, C.W. '2014 Global prescription medications statistics: Strong growth and CNS well represented' *ACS Chem. Neurosci.* **2015**, *6*, 505-506.

28. Lindsley, C.W. '2013 Trends and statistics for prescription medications in the United States: CNS highest ranked and record number of prescriptions dispensed' *ACS Chem. Neurosci.* **2015**, *6*, 356-357.

27. Lindsley, C.W. 'Momentum is building' *ACS Chem. Neurosci.* **2015**, *6*, 207.

26. Lindsley, C.W. 'New statistics on the cost of new drug development and the trouble with CNS drugs' *ACS Chem. Neurosci.* **2014**, *5*, 1142.

25. Lindsley, C.W. 'Elevating standard for discoveries reported in *ACS Chemical Neuroscience*: New criteria to enhance reproducibility, experimental transparency, and the value of negative data' *ACS Chem. Neurosci.* **2014**, *5*, 868-869.

24. Lindsley, C.W. 'A new impact factor: the upward momentum continues' *ACS Chem. Neurosci.* **2014**, *5*, 616.

23. Lindsley, C.W. '2013 Statistics for global prescription medications: CNS therapeutics maintain a leading position among small molecules' *ACS Chem. Neurosci.* **2014**, *5*, 250-251.

22. Lindsley, C.W. 'ACS Chemical Neuroscience in 2014' *ACS Chem. Neurosci.* **2014**, *5*, 81.

21. Lindsley, C.W. 'The end of an era and new beginnings for the editorial leadership of ACS Chemical Neuroscience' *ACS Chem. Neurosci.* **2013**, *4*, 1415.

20. Lindsley, C.W. '2012 Trends and statistics for prescription medicines in the United States: CNS therapeutics continue to hold leading positions' *ACS Chem. Neurosci.* **2013**, *4*, 1133-1135.

19. Lindsley, C.W. 'A new impact factor and new directions for ACS Chemical Neuroscience' *ACS Chem. Neurosci.* **2013**, *4*, 1016.

18. Lindsley, C.W. 'The top prescription drugs of 2012 globally: Biologics dominate, but small molecule CNS drugs hold on to top spots' *ACS Chem. Neurosci.* **2013**, *4*, 905-907.

17. Lindsley, C.W. 'New hope for multiple sclerosis patients' *ACS Chem. Neurosci.* **2013**, *4*, 368.

16. Lindsley, C.W. 'ACS Chemical Neuroscience and neuroscience drug discovery as 2012 comes to a close' *ACS Chem. Neurosci.* **2012**, *3*, 988.

15. Lindsley, C.W. 'Alzheimer's disease: Development of Disease-Modifying Treatments is the Challenge for Our Generation' *ACS Chem. Neurosci.* **2012**, *3*, 804-805.

14. Lindsley, C.W. 'The Top Prescription Drugs of 2011 in the United States: Antipsychotics and Antidepressants Once Again Lead CNS Therapeutics' *ACS Chem. Neurosci.* **2012**, *3*, 630-631.

13. Lindsley, C.W. 'ACS Chemical Neuroscience in 2012: Opportunities and Challenges' *ACS Chem. Neurosci.* **2012**, *3*, 1.

12. Lindsley, C.W. 'Special Issue on the Pharmacology and Medicinal Chemistry of Allosteric Modulators of Metabotropic Glutamate Receptors (mGluRs)' *ACS Chem. Neurosci.* **2011**, *2*, 379.

11. Lindsley, C.W. 'The Top Prescription Drugs of 2010 in the US: Antipsychotics Show Strong Growth' *ACS Chem. Neurosci.* **2011**, *2*, 276-277.

9. Lindsley, C.W. 'The Last Issue of Our Inaugural Year: Reflections and a View to the Future' *ACS Chem. Neurosci.* **2010**, *1*, 770-771.

8. Lindsley, C.W. 'Horner's Syndrome and Neuroblastoma: Our Family's Odyssey with Disorders of the Sympathetic Nervous System' *ACS Chem. Neurosci.* **2010**, *1*, 649-651.

7. Lindsley, C.W. '(S)-(+)-Mecamylamine (TC-5214): A Neuronal Nicotinic Receptor Modulator Enters Phase III Trials as an Adjunct Treatment for Major Depressive Disorder (MDD)' *ACS Chem. Neurosci.* **2010**, *1*, 530-531.

6. Lindsley, C.W. 'The Top Prescription Drugs of 2009 in the US: CNS Therapeutics Rank among Highest Grossing' *ACS Chem. Neurosci.* **2010**, *1*, 407-408.

5. Lindsley, C.W. 'Torn from the Headlines: AstraZeneca Fined for Illegal Marketing of SEROQUEL' *ACS Chem. Neurosci.* **2010**, *1*, 343.

4. Lindsley, C.W. '*ACS Chemical Neuroscience* Molecule Spotlight' *ACS Chem. Neurosci.* **2010**, *1*, 257.

3. Lindsley, C.W. 'GlyT1 – Up from the Ashes. The importance of not condemning a mechanism based on a single chemotype' *ACS Chem. Neurosci.* **2010**, *1*, 165-166.

2. Lindsley, C.W. 'Screening and Beyond: New Opportunities to Advance Neuroscience Discovery' *ACS Chem. Neurosci.* **2010**, *1*, 84.

1. Lindsley, C.W. Editorial, *ACS Chem. Neurosci.* **2010**, *1*, 1.

**'Molecule of the Month' in *Current Topics in Medicinal Chemistry (while an Associate Editor)***

26. Lindsley, C.W. 'Hitting cancer with a one-two punch: An unusual collaboration between Merck and AstraZeneca' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2009**, *9*, 464.

25. Lindsley, C.W. 'New, isozyme selective tools to study PLD function' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2009**, *9*, 416.

24. Lindsley, C.W. '2008 Drug Approvals by the FDA: A Much Needed Upswing' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2009**, *9*, 320.

23. Lindsley, C.W. 'FDA approves new treatment for fibromyalgia' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2009**, *9*, 225.

22. Lindsley, C.W. 'The 'skinny' on CB1 antagonists/inverse agonists: controversial obesity drugs will not go to FDA for approval' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 1553.

21. Lindsley, C.W. 'Tumor Necrosis Factor (TNF) blockers ignite FDA inquiry over cancer concerns' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 1158.

20. Lindsley, C.W. 'The most prescribed and top selling drugs of 2007: expansion of generics and, of course, Lipitor™' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2008**, *8*, 1100.

19. Lindsley, C.W. 'FDA probes Singulair™ suicide link' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 935.

18. Lindsley, C.W. '*In vivo* inhibition of BACE-1 leads to Aβ lowering and increased APPα processing without effect on Neuregulin' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 839.

17. Lindsley, C.W. 'FDA approval of atypical antipsychotic drugs specifically for adolescents' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 725.

16. Lavieri, R.R.; Lindsley, C.W. 'Genistein, modest optimization of a natural product yields increase in antioxidant activity' for *Molecule of the Month* in *Curr.Topics in Med.Chem.* **2008**, *8*, 615.

15. Lindsley, C.W. 'Discovery of mAChR subtype selective M4 positive allosteric modulators' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 531.

14. Lindsley, C.W. 'Is Zetia™ a 'Do Nothing' Drug?' for *Molecule of the Month* in *Curr. Topics in Med. Chem.*, **2008**, *8*, 434.

13. Lavieri, R.R.; Lindsley, C.W. 'Halopemide, a phospholipase D2 inhibitor identified by high-throughput screening'

for *Molecule of the Month* in *Curr.Topics in Med. Chem.* **2008**, *8*, 365.

12. Bridges, T.M.; Lindsley, C.W. 'UCI-30002 – a novel nAChR negative allosteric modulator' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2008**, *8*, 268.

11. Lindsley, C.W. 'CHF5074 – A novel NSAID-derived γ-secretase modulator that reduces brain β-amyloid pathology without peripheral toxicity' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2008**, *8*, 171.

10. Thomas, A.L.; Lindsley, C.W. 'Overcoming resistance: The Iressa™ story.' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 62.

9. Lindsley, C.W. 'An orally bioavailable MC4 antagonist with *in vivo* efficacy in animal models of cachexia' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1829.

8. Bolinger, J.D. and Lindsley, C.W. 'The most prescribed and top selling drugs of 2006: generics, biologics and, of course, Lipitor™.' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1643.

7. Sharma, S. and Lindsley, C.W. 'A new high affinity PET tracer for the metabotropic glutamate receptor subtype 5 (mGluR5)' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1542.

6. Breininger, M.L.; Lindsley, C.W. 'Chantix™ - the first non-nicotine-containing medication for smoking cessation' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1330.

5. Kennedy, J.P.; Lindsley, C.W. 'New FDA approval for Cymbalta™ for Generalized Anxiety Disorder' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1248.

4. Daniels, N.R..; Lindsley, C.W. 'A new, non-SSRI mechanism of action for Prozac™' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1039.

3. Moore, M.; Lindsley, C.W. 'ABT-737: Bad news for cancer' for *Molecule of the Month* in *Curr. Topics in Med. Chem.* **2007**, *7*, 919.

2. Lindsley, C.W. 'Emerging from the shadow of Vioxx™' for *Molecule of the Month* in *Curr. Topics in Med, Chem.* **2007**, *7*, 739.

1. Lindsley, C.W. 'Viagra™: Not just for impotence anymore' for *Molecule of the Month* in *Curr.Topics in Med. Chem.* **2007**, *7*, 637.

**PATENTS**

**Issued US Patents**

114. Conn, P.J.; Lindsley, C.W.; Felts, A.S. 'Isoquinoline amine compounds as mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' US 11,242,342, **2022**.

113. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M.; Temple, K.A. 'Substituted octahydropyrrolo[3,4-*b*]pyrroles as antagonists of the muscarinic acetylcholine receptor $M_4$' US 1,225,484, **2022**.

112. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M.; Engers, J.L. 'Antagonists of the muscarinic acetylcholinre receptor M4' US 11,149,022, **2021**.

111. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bollinger, S.; Tarr, J.C.; Spearing, P.; Engers, J.L.; Long, M.; Bridges, T.M.. 'Positive allosteric modulators of the muscarinic acetylcholinre receptor M1' US 11,142,532, **2021**.

110. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bollinger, K.A.; Engers, J.L. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M1' US 11,111,251, **2021**.

109. Lindsley, C.W.; Wieting, J.M.; McGowan, K.M.; Denton, J.S.; Yashiro, K.; Kurata, H.; Sekioka, Y.; Mori, T.; Iwaki, Y. 'Activator of TREK (TWIK RElated K.sup.+ channels) channels' US 11,046,683, **2021**.

108. Lindsley, C.W.; Engers, D.W.; Conn, P.J.; Bollinger, S.R.; Engers, J.L.; 'Positive allosteric modulators of the muscarinic acetylcholinre receptor M4' US 11,008,335, **2021**.

107. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Blobaum, A.L. 'Isoquinoline ether compounds as mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' US 10,968,227, **2021**.

106. Lindsley, C.W.; Engers, D.W.; Conn, P.J.; Bollinger, K.A.; Capstick, R.; Spearing, P.K.; Bollinger, S.R. 'Positive allosteric modulators of the muscarinic acetylcholinre receptor M4' US 10,961,253, **2021**.

105. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Long, M.E. 'Positive allosteric modulators of the muscarinic acetylcholinre receptor M4' US 10,934,276, **2021**.

104. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Gregro, A.R.; Temple, K.; Spearing, P.K.; Engers, J.L. 'Positive allosteric modulators of the muscarinic acetylcholinre receptor M4' US 10,927,126, **2021**.

103. Lindsley, C.W.; Conn, P.J.; Bollinger, K.A.; Engers, D.W.; Blobaum, A.L.; Engers, J.L.; Rook, J.M. 'Positive allosteric modulators of the muscarinic acetylcholinre receptor M1' US 10,889,759, **2021**.

102. Hopkins, C.R.; Ritter, M.; Hong, C.C.; Vadukoot, A.; Engers, D.W.; Lindsley, C.W. 'Inhibition of BMP signaling, compounds, compositions and uses thereof' US 10,745,400, **2020**.

101. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' US 10,736,898, **2020**.

100. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Felts, A.S.; Bender, A.M. 'Isoquinoline amide and isoquinoline amide-substituted compounds as mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' US 10,710,997, **2020**.

99. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancin, B.J.; Poslusney, M.S.; Engers, D.W. 'Substituted 2-(4-heterocyclylbenzyl)isoindolin-1-one analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M1' US 10,654,847, **2020**.

98. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Fetls, A.S.; Bolinger, K.A. '4,5-Substituted picolinamide and picolinonitrile metaboptropic glutamate receptor 2 negative allosteric modualtors' US 10,538,491, **2020**.

97. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Niswender, C.M.; Capstick, R.A.; Spearing, P.K.; Bollinger, S.R.

‘Indazole compounds as mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction’ US 10,508,105, **2019**.

96. Lindsley, C.W.; Niswender, K. ‘Positive allosteric modualtors of GLP-1’ US 10,487,087, **2019**.

95. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Engers, J.L.; Bollinger, K.A. ‘Negative allosteric modualtors of metabotropic glutamate receptor 3’ US 10,399,948, **2019**.

94. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Jones, C.K.; Bridges, T.M.; Han, C.; Felts, A.S. ‘Positive allosteric modulators of the muscarinic acetylcholine receptor M4’ US 10,342,782 **2019**.

93. Conn, P.J.; Lindsley, C.W.; Felts, A.S. ‘Benzomorpholine and benzomorpholine-substituted compounds as $mGluR_4$ allosteric potentiators, compositions, and methods of treating neurological dysfunction’ US 10,294,222, **2019**.

92. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bollinger, S.; Tarr, J.C.; Spearing, P.; Engers, J.L.; Long, M.; Bridges, T.M. ‘Positive allosteric modulators of the muscarinic acetylcholine receptor M4’ US 10,239,887, **2019**.

91. Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R.; Bronson, J.; Wu, Y-J.; Emmitte, K.A.; Panarese, J.; Engers, D.W.; Engers, J.L. ‘Isoquiniline and napthalene-substituted compounds as mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction’ US 10,227,343, **2019**.

90. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Bollinger, S. ‘Benzothiazole and benzisothiazole-substituted compounds as mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction’ US 10,221,172, **2019**.

89. Conn, P.J.; Lindsley, C.W. Emmitte, K.A.; Han, C.; Engers, J.L.; Bender, A.M. ‘Substituted pyrrolo[3,4-e]indolizines, imidazo[1,2-*a*]pyrrolo[3,4-*e*]pyridines, pyrrolo[3,4-*e*][1,2,4]triazolo[1,5-*a*]pyridines and pyrrolo[3,4-*e*][1,2,4]triazolo[4,3-*a*]pyridines as positive allosteric modulators of muscarinic acetylcholine receptor M1’ US 10,221,175, **2019**.

88. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. ‘Fused heterocyclic compounds as selective BMP inhibitors’ US 10,196,392, **2019**.

87. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Melancon, B.J.; Gregro, A.R. ‘Positive allosteric modulators of the muscarinic acetylcholine receptor M4’ US 10,189,857, **2019**.

86. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Panarese, J.; Bolinger, S.; Engers, J. ‘Benzoisoxazole-substituted compounds as mGluR4 allosteric potentiators, compositions and Methods of treating neurological dysfunction’ US 9,980,945, **2018**.

85. Hamm, H.E.; Stauffer, S.R.; Lindsley, C.W.; Duvernay, M.T.; Temple, K.J. ‘Substituted 5-membered heterocyclic analogs as protease activated receptor 4 (PAR-4) antagonists’ US 9,963,466, **2018**.

84. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Tarr, J.C.; Salovich, J.M.; Poslunsey, M.S. ‘Substituted 5-aminothieno[2,3-*c*]pyridazine-6-carboxamide analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M4’ US 9,868,746, **2018**.

83. Emmitte, K.A.; Lindsley, C.W.; Conn, P.J.; Felts, A.S.; Rodriguez, A.L.; Smith, K.A.; Jones, C.K. ‘Substituted imidazopyridine and triazolopyridine compounds as negative allosteric modulators of $mGlu_5$’ US 9,844,542, **2017**.

82. Lindsley, C.W.; Waterson, A.G.; Beauchamp, R.D. ‘Small molecule mediated transcriptional induction of

E-cadherin' US 9,783,510, **2017**.

81. Cone, R.D.; Sebag, J.A.; Pantel, J.; Williams, S.Y.; Weaver, D.C.; Sulikowski, G.A.; Lindsley, C.W.;

Portonova, P.S.; Zhang, C. 'Positive allosteric modulaotrs for the melanocortin receptors' US 9,774,171 **2017**.

80. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. 'Fused heterocyclic compounds as selective BMP' US 9,738,636, **2017**.

79. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted 4-benzyl-3,4-dihydro-2*H*-benzo[*B*][1,4]oxazine-2-carboxamide analogs as positive allosteric modulators of muscarinic acetycholine receptor M1' US 9,708,278, **2017**.

78. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Engers, J.L.; Konkol, L.C. 'Substituted pyrazolo[1,5-*a*]pyrazines as negative allosteric modulators of metabotropic glutamate receptor 3' US 9,676,782, **2017**.

77. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Poslusney, M.S.; Tarr, J.C.; Melancon, B.J. 'Substituted thieno[2,3-*c*]pyridazine-6-carboxamide analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M4' US 9,637,498, **2017**.

76. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancon, B.J.; Poslusney, M.S.; Engers, D.W. 'Substituted 2-(4-heterocyclylbenzyl)isoindolin-1-one analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M1' US 9,586,964, **2017**.

75. Hamm, H.E.; Stauffer, S.R.; Lindsley, C.W.; Wen, W.; Young, S.E.; Duvernay, M.T.; Temple, K.J. 'Substituted indoles as selective protease activated receptor 4 (PAR-4) antagonists' US 9,572,794, **2017**.

74. Emmitte, K.A.; Lindsley, C.W.; Conn, P.J.; Felts, A.S.; Smith, K.A. 'Substituted 6-aryl-imidazopyridine and 6-aryl-triazolopyridine carboxamide analogs as negative allosteric modulators of mGluR5' US 9,550,778, **2017**.

73. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted quinazolin-4(3*H*)-ones, pyrido[3,4-*d*]pyrimidin-4(3*H*)-ones, pyrido[3,2-*d*]pyrimidin-4(3*H*)-ones and pyrido[2,3-*d*]pyrimidin-4(3*H*)-ones as positive allosteric modulators of muscarinic acetycholine receptor M1' US 9,540,371, **2017**.

72. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Felts, A.S. 'Substituted bicyclic heteroaryl carboxamide analogs as mGluR5 negative allosteric modulators' US 9,533,982, **2017**.

71. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted 1-benzylquinoxalin-2(1*H*)-one analogs as positive allosteric modulators of muscarinic acetylcholine receptor M1' US 9,527,834, **2017**.

70. Lindsley, C.W.; Waterson, A.G.; Beauchamp, R.D. 'Isoxazole analogs as mediators of transcriptional induction of E-cadherin' US 9,505,729, **2016**.

69. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Tarr, J.C.; Salovich, J.M.; Poslusney, M.S. 'Substituted 5-aminothieno[2,3-*c*]pyridazine-6-carboxamide analogs as positive allosteric modulators of the muscarinic acetylcholine receptor $M_4$' US 9,493,481, **2016**.

68. Lindsley, C.W.; Brown, H.A. 'Antiviral therapies with phospholipase D inhibitors' US 9,453,017, **2016**.

67. Conn, P.J.; Lindsley. C.W.; Emmitte, K.A.; Felts, A.S.; Bollinger, K.A. Negative allosteric modulators of metabotropic glutamate receptor 2' US 9,382,208, **2016**.

66. Conn, P.J.; Lindsley. C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Deide, S.; Macdonald, G.; Tong, H.M.; Jones, C.K. 'Substituted pyrazolo[1,5-*a*]pyrazines as mGlu5 receptor modulators' US

9,255,103, **2016**.

65. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D.; Salovich, J.M.; Engers, D.W.; Cheung, Y-Y. 'Heterocyclic sulfone mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' US 9,192,603, **2015**.

64. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D. 'mGluR4 allosteric potentiators, compositions and methods of treating neurological dysfunction' US 9,180,192, **2015**.

63. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D.; Salovich, J.M.; Engers, D.W.; Cheung, Y-Y. 'Pyrazolopyridine, pyrazolopyrazine, pyrazolopyrimidine, pyrazolothiophene and pyrazolothiazole compounds as mGluR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' US 9,163,015, **2015**.

62. Brown, H.A.; Lindsley, C.W.; Waterson, A.G.; Scott, S.A. 'Isoform selective phospholipase D inhibitors' US 9,127,005, **2015**.

61. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D.; Salovich, J.M.; Engers, D.W.; Cheung, Y-Y. 'Pyrazolopyridine, pyrazolopyrazine, pyrazolopyrimidine, pyrazolothiophene and pyrazolothiazole compounds as MGLUR4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' US 9,108,963, **2015**.

60. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Jones, C.K.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; Macdonald, G.J.; Alcazar Vaca, M.J. 'Bicyclic oxazole and thiazole compounds and their use as allosteric modulators of mGluR5 receptors' US 9,090,632, **2015**.

59. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.; Chauder, B.A. '6-alkyl-*N*-(pyridin-2-yl)-4-aryloxypicolinamide analogs as mGluR5 negative allosteric modulators and methods of making and using the same' US 9,085,562, **2015**.

58. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancon, B.J.; Poslusney, M.S. 'Substituted benzylspiroindolin-2-one analogs as positive allosteric modulators of the muscarinic acetylcholine receptor $M_1$' US 9,073,935, **2015**.

57. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Salovich, J.M.; Melancon, B.J. 'Substituted 1*H*-pyrazolo[3',4',4,5]thieno[2,3-*b*]pyridin-3-amine analogs as positive allosteric modulators of the muscarinic acetylcholine receptor $M_4$' US 9,056,876, **2015**.

56. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Salovich, J.M. 'Substituted pyrazolo[3',4':4,5]thieno[2,3-*c*]pyridazin-3-amine analogs as positive allosteric modulators of the muscarinic acetylcholine receptor $M_4$' US 9,056,875, **2015**.

55. Hong, C.C.; Hopkins, C.R.; Hatzopoulos, A.K.; Lindsley, C.W.; Hao, J. 'Compounds and methods useful for directing stem cell differentiation' US 9,040,694, **2015**.

54. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Poslunsey, M.S.; 'Substituted 1-benzylindolin-2-one analogues as positive allosteric modulators of muscarinic acetylcholine $M_1$ receptors' US 9,029,563, **2015**.

53. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M.; Pena-Pinon, M.A.; Alcazar-Vacal; M.J.; Andres-Gil; J.I. 'Substituted bicyclic alkoxy pyrazole analogs as allosteric modulators of mGlu5 receptors.' US 9,029,366, **2015**.

52. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Poslunsey, M.S.; Tarr, J.C. 'Substituted 4-(1*H*-pyrazol-4-yl)benzyl analogues as positive allosteric modulators of mAChR $M_1$ receptors' US 9,012,445, **2015**.

51. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Zhou, Y.; Manka, J.; MacDonald, G.J.; Bartolome-Nebreda, J.M. 'Substituted 6-methylnicotinamides as $mGlu_5$ positive allosteric modulators'US 8,969,389, **2015**.

50. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Engers, D.W. 'Benzisoxazoles and aza-benzisoxazoles as mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfunction' US 8,916,584, **2014**.

49. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Cheung, Y-Y. 'Aryl and heteroaryl sulfones as mGlu4 allosteric potentiators, compositions and methods of treating neurological disorders' US 8,912,336, **2014**.

48. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M.; Pena-Pinon, M.A.; Alcazar-Vacal; M.J.; Andres-Gil; J.I. 'Substituted bicyclic alkoxy pyrazole analogs as allosteric modulators of mGlu5 receptors.' US 8,901,125, **2014**.

47. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Conde-Ceide, S.; Jones, C.K.; Martin-Martin, M.L.; Tong, H.M. 'Substituted imidazopyrimidin-5(6*H*)-ones as allosteric modulators of mGlu5 receptors.' US 8,865,725, **2014**.

46. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Manka, J.; Rodriguez, A.L.; Jacobs, J.; Zhou, Y.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Conde-Ceide, S.; Jones, C.K. 'Naphthyridinone analogs as mGlu5 positive allosteric modulators.' US 8,853,237, **2014**.

45. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Benzamide mGlu5 positive allosteric modulators and methods of making and using same.' US 8,853,392, **2014**.

44. Hong, C.C.; Hopkins, C.R.; Hatzopoulos, A.K.; Lindsley, C.W.; Hao, J. 'Compounds and methods useful for directing stem cell differentiation.' US 8,822,684, **2014**.

43. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S. 'Substituted benzamide analogs as mGlu5 negative allosteric modulators and methods of making and using the same.' US 8,796,295, **2014**.

42. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D. 'mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfunction' US 8,779,157, **2014**.

41. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Tarr, J.C.; Bridges, T.M. 'Indole compounds as positive allosteric modulators of the muscarinic receptor' US 8,772,509, **2014**.

40. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Engers, D.W. 'Substituted dioxopiperidines and dioxopyrrolidines as mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfucntion' US 8,759,377, **2014**.

39. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Manka, J.; Jacobs, J.; Zhou, Y.; Bartolome-Nebreda, J.M.; Macdonald, G.J.; Conde-Ceide, S.; Dawson, E.S. 'Dihydronaphthyridinyl(organo)methanone analogs as positive allosteric mglur5 modulators'US 8,710,074, **2014**.

38. Conn, P.J.; Lindsley, C.W.; Jones, C.K.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Conde-Ceide, S.; Tong, H.M.'Substituted pyrazolo[1,5-*a*]pyrazine compounds as allosteric modulators of mGluR5 receptors' US 8,703,946, **2014**.

37. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Cheung, Y-Y. 'Substituted (1-(methylsulfonyl)azetidin-3-yl)(heterocycloalkyl)methanone analogs as antagonists of muscarinic acetylcholine M1 receptors' US 8,697,888, **2014**.

36. Conn, P.J.; Lindsley, C.W.; Wood, M.R.; Gogliotti, R.D.; Niswender, C.M.; Melancon, B.J.; Lebois, E.P. 'Alkyl 3-((2-amidoethyl)amino)-8-azabicyclo[3.2.1]octane-8-carboxylate analogs as selective M1 agonists and methods of making and using same' US 8,697,691, **2014**.

35. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Gogliotti, R.D.; Engers, D.W. **'**Substituted 1,1,3,3-tetraoxidobenzo[*d*][1,3,2]dithiazoles as mglur4 allosteric potentiators, compositions, and methods of treating neurological dysfunction**'** US 8,658,650, **2014**.

34. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.

'Substituted heteroarylamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' US 8,598,345, **2013**.

33. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M.; Jones, C.K.; Alcazar-Vaca; M.J.; Andres-Gil; J.I.; Malosh, C. 'Bicyclic triazole and pyrazole lactams as allosteric modulators of mGluR5 receptors' US 8,592,422, **2013**.

32. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.; 'Substituted heteroarylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' US 8,569,308, **2013**.

31. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z.; Wisnoski, D.D. '4-Fluoro-Piperdine T-Type Calcium Channel Antagonists' US 8,501,773, **2013**.

30. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.; Chauder, B.A. 'Substituted phenylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' US 8,501,757, **2013**.

29. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. '3.1.0 Bicyclic GlyT1 inhibitors, methods for making same, and using same' US 8,497,289 **2013**.

28. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Sulfonyl-piperidin-4-yl methylamine amide analogs as GlyT1 inhibitors, methods for making same, and use of same in treating psychiatric disorders' US 8,436,019, **2013**.

27. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Alkylsulfonyl-2,3-dihydrospiro[indene-1,4'-piperidine] analogs as GlyT1 inhibitors, methods for making same, and use of same in treating psychiatric disorders' US 8,431,700, **2013**.

26. Shipe, W.D.; Lindsley, C.W.; Hallett, D. 'Quinolone $M_1$ receptor positive allosteric modulators' US 8,389,545, **2013**.

25. Lindsley, C.W.; Conn, P.J.; Williams, R.; Sheffler, D.J. '3.3.0 Bicyclic GlyT1 inhibitors and methods of making and using the same' US 8,211,933, **2012**.

24. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Sulfonyl-azetidin-3-yl-methylamine amide analogs as GlyT1 inhibitors, methods for making same, and use of same in treating psychiatric disorders' US 8,207,155, **2012**.

23. Lindsley, C.W.; Shipe, W.D.; Yang, F.; Bunda, J.L. 'Benzyl-substituted quinolone $M_1$ receptor positive allosteric modulators' US 8,178,667, **2012**.

22. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Bicyclic mGluR5 positive allosteric modulators and methods of making and using same' US 8,034,806, **2011**.

21. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Tyrosine kinase inhibitors' US 8,008,295, **2011**.

20. Hallett, D.; Lindsley, C.W.; Naylor, E.M.; Zhao, Z.; Theberge, C.R.; Wolkenberg, S.E.; Nolt, M.B. 'Piperidine glycine transporter inhibitors' US 7,947,714, **2011**.

19. Beavers, L.S.; Gadski, R.A.; Hipskind, P.A.; Jesudason, C.D.; Lobb, K.L.; Pickard, R.T.; Lindsley, C.W. 'Histamine H3 receptor antagonists, preparations and therapeutic uses' US 7,902,191, **2011**.

18. Burns, H.D.; Hamill, T.G.; Lindsley, C.W. 'Radiolabeled glycine transporter inhibitors' US 7,834,031, **2010**.

17. Blackaby, W.; Duggan, M.E.; Hallett, D.; Hartman, G.D.; Jennings, A.S.; Leister, W.H.; Lewis, R.T.; Lindsley, C.W.; Naylor, E.; Street, L.J.; Wang, Y.; Wisnoski, D.D.; Wolkenberg, S.E.; Zhao, Z. 'Heteroaryl piperidine glycine transporter inhibitors' US 7,825,135, **2010**.

16. Lindsley, C.W.; Wisnoski, D.D.; Wolkenberg, S.E. 'Cyclopropyl piperidine glycine transporter inhibitors' US 7,776,886, **2010**.

15. Lindsley, C.W.; Wisnoski, D.D. 'Synthesis of functional polymers for use in organic synthesis and combinatorial chemistry' US 7,592,392, **2009**.

14. Cosford, N.D.P.; Layton, M.E.; Liang, J.; Lindsley, C.W.; Sanderson, P.E.; Zhao, Z. 'Inhibitors of Akt activity' US 7,589,068, **2009**.

13. Bilodeau, M.T.; Duggan, M.E.; Hartnett, J.C.; Lindsley, C.W.; Wu, Z.; Zhao, Z. 'Inhibitors of Akt activity' US 7,579,355, **2009**.

12. Lindsley, C.W.; Wolkenberg, S.E.; Zhao, Z. 'Morpholinyl piperidine glycine transporter inhibitors' US 7,576,083, **2009**.

11. Lindsley, C.W.; Hallett, D.; Wokenberg, S.E. 'Azetidine glycine transporter inhibitors' US 7,572,792, **2009**.

10. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Tyrosine kinase inhibitors' US 7,560,546, **2009**.

9. Duggan, M.E.; Lindsley, C.W.; Zhao, Z. 'Substituted pyrazine inhibitors of AKT' US 7,524,850, **2009**.

8. Duggan, M.E.; Lindsley, C.W.; Wisnoski, D.D. 'Benzamide modulators of metabotropic glutamate receptors US 7,507,836, **2009**.

7. Duggan, M.E.; Lindsley, C.W.; Wu, Z.; Zhao, Z.; Hartnett, J.C. 'Substituted pyridine compounds as inhibitors of protein kinase Akt activity for treating cancer' US 7,414,055, **2008**.

6. Duggan, M.E.; Lindsley, C.W.; Zhao, Z. 'A preparation of thieno[3,4-*b*]pyrazine derivatives useful as inhibitors of Akt activity' US 7,399,764, **2008**.

5. Lindsley, C.W.; Zhao, Z. 'Preparation of *N*-[4-(3-phenylquinoxalin-2-yl)benzyl] substituted sulfonamides as inhibitors of Akt activity' US 7,396,832, **2008**.

4. Beavers, L.S.; Gadski, R.A.; Hipskind, P.A.; Lindsley, C.W.; Lobb, K.L.; Nixon, J.A.; Pickard, R.T.; Shaus, J.M.; Takakuwa, T.; Watson, B.M. **'**Preparation of non-imidazole aryl alkylamines as histamine H3 receptor antagonists' US 7,314,937, **2008**.

3. Bilodeau, M.T.; Lindsley, C.W.; Zhao, Z. 'Triazine moiety-containing compounds as inhibitors of Akt kinase activity, and use for the treatment of cancer' US 7,304,063, **2007**.

2. Lindsley, C.W.; Zhao, Z. 'Preparation of fused quinoxaline derivatives as inhibitors of Akt activity for treating cancer' US 7,273,869, **2007**.

1. Bilodeau, M.T.; Duggan, M.E.; Hartnett, J.C.; Lindsley, C.W.; Manley, P.J.; Wu, Z. Zhao, Z. 'Preparation of 2,3-diphenylquinoxaline derivatives as inhibitors of Akt activity for treating cancer' US 7,223,738, **2007**.

## Published Patent Applications

257. Lindsley, C.W.; Conn, P.J.; Engers, J.L.; Gregro, A.R.; Long, M.F. 'Positive allosteric modualtors of the muscarinic acetylcholine receptor M1' WO 0041606, **2022**.

256. Lindsley, C.W.; Bridges, T.M.; Conn, P.J.; Bender, A.M.; Engers, D.W. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 0048913, **2022**.

255. Lindsley, C.W.; Conn,P.J.; Engers, D.W.; Gregro, A.R.; Temple, K.A.; Long, M.F.; Ringuette, A.E.; Baker, L.A.; Jensen, T. '7-(Piperidin-1-yl)-4*H*-pyrimido[1,2-*b*]pyridazine-4-one derivatives as positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 01988, **2022**.

254. Felts, A.; Han, C.; Capstick, R.A.; Orsi, D.L.; Whomble, D.L.; Lindsley, C.W.; Conn, P.J. 'Arylsulfonyl derivatives and their use as muscarinic acetylcholine receptor M5 inhibitors' WO 257977, **2021**.

253. Lindsley, C.W.; Jones, C.J.; Conn, P.J.; Han, C.; Felts, A.; Orsi, D.L.; Engers, J.L.; Li, J.; Capstick, R.A.; Whomble, D.L.; Temple, K.A. 'Competitive and noncompetitive inhibitors of the muscarinic acetylcholine receptor m5' WO 237038, **2021**.

252. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M.; 'Positive allosteric modualtors of the muscarinic acetylcholine receptor M1' WO 0355114, **2021**.

251. Lindsley, C.W.; Wieting, J.M.; McGowan, K.M.; Denton, J.S.; Yashiro, K.; Kurata, H.; Sekioka, Y.; Mori, T.; Iwaki, Y. 'ACTIVATOR OF TREK (TWIK RELATED K+ CHANNELS) CHANNELS' WO 0347773, **2021**.

250. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Bender, A.M.; Long, M. 'Positive allosteric modualtors of the muscarinic acetylcholine receptor M1' WO 0261526, **2021**.

249. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M.; Bollinger, K.A.; Engers, J.L.; 'Positive allosteric modualtors of the muscarinic acetylcholine receptor M1' WO 0230180, **2021**.

248. Lindsley, C.W.; Conn, P.J.; Bender, A.M.; Bollinger, K.A.; Carter, T.R.; Rook, J.M.; Dickerson, J.W.; Engers, J.L.; Templae, K.A.; Han, C. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 119265, **2021**.

247. Lindsley, C.W.; Conn, P.J.; Bender, A.M.; Spock, M. Han, C. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 119254, **2021**.

246. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M.; Engers, J.L.; 'Antagonists of the muscarinic acetylcholine receptor M4' WO 0188811, **2021**.

245. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Temple, K.J.; Bender, A.M.; Baker, L.A. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 0188820, **2021**.

244. Lindsley, C.W.; Conn, P.J.; Bollinger, K.A.; Engers, D.W.; Blobaum, A.L.; Engers, J.L.; Rook, J.M. ''Positive allosteric modualtors of the muscarinic acetylcholine receptor M1' WO 0130348, **2021**.

243. Lindsley, C.W.; Engers, D.W.; Childress, E.S.; Bollinger. S.R.; Schmitt, J.; Garrison, A.T.; Perry, C.K.; Denton, S.; Tanaka, M.; 'Pyrazole derivatives as modualtors of TREK channel function in the treatment of disease, WO 080015, **2021**.

242. Lindsley, C.W.; Engers, D.W.; Childress, E.S.; Bollinger. S.R.; Schmitt, J.; Chopko, T.C.; Denton, S.; Tanaka, M.; Kurata, H. 'N-Pyridinylbenzamide derivatives as inhibitors of TREK channel function, WO 080013, **2021**.

241. Lindsley, C.W.; Conn, P.J.; Bender, A.M.; Spock, M.; Han, C. 'Preparation of substituted hexahydro-1*H*-cyclopenta[*c*]pyrrole compounds as antagonists of the muscarinic acetylcholine receptor M4' WO 067696, **2021**.

240. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Temple, K.J. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 0369666, **2020**.

239. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 0369650, **2020**.

238. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Temple, K.J. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 0339547, **2020**.

237. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L. 'Positive allosteric modualtors of the muscarinic acetylcholine receptor M4' WO 0323857, **2020**.

236. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Nisweder, C.M.; Capstick, R.A.; Spearing, P.K.; Bollinger, S.R. Indazole compounds as mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfucntion' WO 0291019, **2020**.

235. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancon, B.J.; Poslunsey, M.S. 'Substituted 2-(4-heterocycylbenzyl)isoindolin-1-one analogs as positive allosteric modulators of muscarinic acetylcholine receptor M1' WO 0231592, **2020**.

234. Lindsley, C.W.; Engers, D.W.; Conn, P.J.; Bollinger, S.R.; Engers, J.L.; Long, M.F. 'Positive allosteric modualtors of the muscarinic acetylcholine receptor M4' WO 0181166, **2020**.

233. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Niswender, C.M.; Capstick, R.A.; Spearing, P.A.; Bolinger, S.R. 'Pyridine quinolone compounds as $mGlu_4$ allosteric potentiators, compositions, and methods of treating neurological dysfucntion' WO0165232, **2020**.

232. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M. 'Benzo[*d*][1,3]dioxole-4-carboxamides as positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 0086864, **2020**.

231. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Long, M.F.; Bender, A.M. 'Azolopyridines carboxamides as positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 01311800, **2020**.

230. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M. 'Quinolone carboxamides as positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 0131159, **2020**.

229. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Long, M.F. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 0079756, **2020**.

228. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.E. 'Fused heterocyclic compounds as selective BMP inhibitors' WO 0054643, **2020**.

227. Lindsley, C.W.; Conn, P.J.; Bollinger, K.A.; Engers, D.W.; Blobaum, A.L.; Engers, J.L.; Rook, J.M. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 0024275, **2020**.

226. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Blobaum, A. L. 'Isoquinoline amine compounds as $mGlu_4$ allosteric potentiators, compositions, and methods of treating neurological dysfucntion' WO 0367506, **2019**.

225. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Blobaum, A. L. 'Isoquinoline ether compounds as $mGlu_4$ allosteric potentiators, compositions, and methods of treating neurological dysfucntion' WO 0359615, **2019**.

224. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Spearing, P.; Bender, A.M. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 0330226, **2019**.

223. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Gregro, A.R.; Temple, K.A.; Spearing, P.; Long, M.A.; Engers, J.L. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 0330231, **2019**.

222. Lindsley, C.W.; Engers, D.W.; Conn, P.J.; Bollinger, K.A.; Capstick, R.; Spearing, P.; Bollinger, S.R. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 0330225, **2019**.

221. Lindsley, C.W.; Wieting, J.M.; McGowan, K.M.; Denton, J.S.; Yashiro, K.; Kurtata, H.; Sekioka, Y.; Mori, T.; Iwaki, Y. 'Activator of TREK (TWIK Related K+ Channels) Channels' WO 0322662, **2019**.

220. Hopkins, C.R.; Ritter, M.; Hong, C.D.; Vadulkoot, A.; Engers, D.; Lindsley, C.W. Inhibition of BMP Signaling Compounds, Compositions and Uses Thereof' WO 0284183, **2019**.

219. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Bender, A.M. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 152809, **2019**.

218. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. 'Inhibition of BMP Signaling Compounds, Compositions and Uses Thereof' WO 0218214, **2019**.

217. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 0167688, **2019**.

216. Hamm, H.E.; Stauffer, S.R.; Lindsley, C.W.; Duvernay, M.T.; Temple, K.A. 'Substituted and fused 6-membered protease activated receptor 4 (PAR-4) antagonists' WO 0119300, **2019**.

215. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Temple, K.J. 'Antagonists of the muscarinic acetylcholine receptor M4' WO 089796, **2019**.

214. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Temple, K.J.; Bender, A.M.; Baker, L.A. 'Hexahydro-1H-cyclopenta[c]pyrrole derivatives as antagonists of the muscarinic acetylcholine receptor M4' WO 079783, **2019**.

213. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bender, A.M.; Engers, J.L. 'Azasprio[3.5]nonane derivatives as antagonists of the muscarinic acetylcholine receptor M4' WO 079410, **2019**.

212. Hamm, H.E.; Stauffer, S.R.; Lindsley, C.W.; Duvernay, M.T.; Temple, K.A. 'Substituted and fused 6-membered protease activated receptor 4 (PAR-4) antagonists. WO 0119300, **2019**.

211. Conn, P.J.; Lindsley, C.W.; Felts, A.; Niswender, C.M.; Capstick, R.A.; Spearing, P.K.; Bollinger, S. 'Indazole compounds as $mGlu_4$ allosteric potentiators, compositions, and methods of treating neurological dysfucntion' WO 036534, **2019**.

210. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Temple, K.J. 'Preparation of pyrrolopyrroles as antagonists of the muscarinic acetylcholine receptor $M_4$' WO 032654, **2019**.

209. Lindsley, C.W.; Bridges, T.M.; Conn, P.J.; Bender, A.M.; Engers, D.W. 'Antagonists of the muscarinic acetylcholine receptor $M_4$' WO 014427, **2019**.

208. Lindsley, C.W.; Niswender, K.D. 'Positive allosteric modulators of the GLP-1 receptor' WO 0010162, **2019**.

207. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Niswender, C.M.; Capstick, R.A.; Spearing, P.K.; Bollinger, S. 'Pyridine quinolone compounds as mGlu4 allosteric potentiators, and methods of treating neurological dysfunction' WO 0006157, **2019**.

206. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. 'Fused heterocyclic compounds as selective BMP inhibitors' WO 136634, **2018**.

205. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Engers, J.L.; Long, M.F. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 112312, **2018**.

204. Lindsley, C.W.; Wieting, J.M.; McGowan, K.D.; Denton, J.S.; Yashiro, K.; Kurata, H.; Sekioka, Y.; Mori, T.; Iwaki, Y. 'Activator of trek (twik realted K+ channels) channels' WO 110669, **2018**.

203. Conn, P.J.; Lindsley, C.W.; Felts, A.S.; Blobaum, A.L. 'Isoquinoline ethers as mGlu4 allosteric potentiators,

compositions, and methods of treating neurological dysfunction' WO 089546, **2018**.

202. Conn, P.J.; Lindsley, C.W.; Felts, A.S. 'Isoquinoline amides as mGlu4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 089544, **2018**.

201. Lindsley, C.W.; Conn, P.J.; Bollinger, K.A.; Engers, D.W.; Blobaum, A.L.; Engers, J.L.; Rook, J.M. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 063552, **2018**.

200. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Melancon, B.J.; Gregro, A.R. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 0086776, **2018**.

199. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. 'Inhibition of bone morphogenic protein (BMP) signaling using un(substituted) imidazo[1,2-*a*]pyridines and methods of use thereof in the treatment of cancer and othr diseases. WO 053126, **2018**.

198. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Felts, A.S.; Bolinger, K.A. 'Negative allosteric modulators of metbotropic glutamate receptor 2' WO 0072674, **2018**.

197. Conn, P.J.; Lindsley, C.W.; Hokpins, C.R.; Felts, A.S.; Bender, A.M. 'Isoquinoline amide and isoquinoline amide-substituted compounds as mGlu4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 0057491, **2018**.

196. Conn, P.J.; Lindsley, C.W.; Felts, A.S. 'Benzomorpholine and benzomorpholine-substituted compounds as mGlu4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 0057490, 2018.

195. Lindsley, C.W.; Conn, P.J.; Niswender, C.M.; Jones, C.K.; Bridges, T.M.; Engers, D.W.; Gregro, A.; Bolinger, S. 'Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 035444, **2018**.

194. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Jones, C.K.; Bridges, T.M.; Han, C.; Felts, A.S. 'Azolothienopyridinecarboxamides as positive allosteric modulators of the muscarinic acetylcholine receptor M4 and their preparation' WO 0028501, **2018**.

193. Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R.; Engers, D.W.; Panarese, J.; Bronson, J.; Wu, Y-Y.; Guernon, J. 'Indazole and azaindazole-substituted compounds as mGlu4 allosteric

potentiators, compositions, and methods of treating neurological dysfunction' WO 0022745, **2018**.

192. Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R.; Bronson, J.; Wu, Y-Y.; Emmitte, K.A.; Panarese, J.; Engers, D.W.; Engers, J. 'Isoquioline and napthalene-substituted compounds as mGlu4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 0022745, **2018**.

191. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Panarese, J.; Bollinger, S.; Engers, J.L. 'Benzothiazole and benzisoxazole-substituted compounds as mGlu4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 0022744, **2018**.

190. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Panarese, J.; Bollinger, S.; Engers, J.L. 'Benzisoxazole-substituted compounds as mGlu4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 0021312, **2018**.

189. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Engers, J.L.; Bollinger, K.A.; Breiner, M.M. 'Negative allosteric modulators of metbotropic glutamate receptor 3' WO 0022712, **2018**.

188. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bollinger, S.; Tarr, J.C.; Spearing, P.; Engers, J.L.; Long, M.; Bridges, T.M. Positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO 0369505, **2018**.

187. Brown, H.A.; Lindsley, C.W. Methods comprising Akt inhibitors and/or phospholipase inhibitors'

WO 0319611, **2017**.

186. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. 'Fused heterocyclic compounds as selective BMP inhibitors' WO 0313701, **2017**.

185. Hamm, H.E.; Stauffer, S.R.; Lindsley, C.W.; Duvernay, M.T.; Temple, K.A. 'Substituted and fused 6-membered protease activated receptor 4 (PAR-4) antagonists' WO 184520, **2017**.

184. Hamm, H.E.; Stauffer, S.R.; Lindsley, C.W.; Duvernay, M.T.; Temple, K.A. 'Substituted 5-membered heterocyclic analogs as protease activated receptor 4 (PAR-4) antagonists' WO 0253617, **2017**.

183. Lindsley, C.W.; Conn, P.J.; Engers, D.W.; Bollinger, K.A.; Engers, J.L. 'Preparation of substituted thienopyridine, pyrrolopyridine and pyrazolopyridine analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 143041, **2017**.

182. Emmitte, K.A.; Lindsley, C.W.; Conn, P.J.; Felts, A.S.; Bollinger, K.A. 'Substituted 4-alkoxypicolinamide analogs as mGLu5 negative allosteric modulators and methods of making and using the same' WO 0247366, **2017**.

181. Lindsley, C.W.; Niswender, K.D. 'Positive allosteric modulators od the glp-1 receptor' WO 117556, **2017**.

180. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancon, B.J.; Poslunsey, M.S. 'Substituted 2-(4-heterocycylbenzyl)isoindolin-1-one analogs as positive allosteric modulators of muscarinic acetylcholine receptor M1' WO 0129889, **2017**.

179. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Tarr, J.C.; Salovich, J.M.; Poslunsey, M.S. 'Substituted 5-aminothieno[2,3-*c*]pyridazine-6-carboxamide analogs as positive allosteric modulators of muscarinic acetylcholine receptor M4' WO 0022216, **2017**.

178. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted 4-benzyl-3,4-dihydro-2*H*-benzo[*b*][1,4]oxazine-2-carboxamide analogs as positive allosteric modulators of muscarinic acetylcholine receptor M1' WO 0022173, **2017**.

177. Bender, A.M.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Han, C.; Engers, J.L. 'Substituted imidazopyridine and triazolopyridine analogs as positive allosteric modulators of muscarinic acetylcholine receptor M1' WO172547, **2016**.

176. Emmitte, K.A.; Lindsley, C.W.; Conn, P.J.; Felts, A.S.; Rodriguez, A.L.; Smith, K.A.; Jones, C.K. 'Substituted imidazopyridine and triazolopyridine compounds as negative allosteric modulators of $mGlu_5$' WO 0289227, 2016.

175. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Felts, A.S.; Bollinger, K.A. 'Pyridine derivative as negative allosteric modulators of metabotropic glutamate receptor 2 and their preparation' WO149324, **2016**.

174. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Felts, A.S.; Bollinger, K.A. 'Negative allosteric modulators of metabotropic glutamate receptor 2' WO0214940, **2016**.

173. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Engers, J.A.; Bollinger, K.A.; Breiner, M.M. 'Negative allosteric modulators of metabotropic glutamate receptor 3' WO130652, **2016**.

172. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Emmitte, K.A.; Bronson, J.; Wu, Y-J.; Panarese, J.; Engers, D.W.; Engers, J. L. 'Isoquinoline and naphthalene-substituted compounds as mglur4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO123627, **2016**.

171. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Panarese, J.; Bollinger, S.B.; Engers, J. L.; Bronson, J.; Wu, Y-J.; Guernon, J. 'Indazole and azaindazole substituted compounds as mglur4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO123629, **2016**.

170. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Poslusney, M.S.; Tarr, J.C.; Melancon, B.J. 'Substituted thieno[2,3-*b*]pyridazine-2-carboxamide analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO0207935, **2016**.

169. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Poslusney, M.S.; Melancon, B.J. 'Substituted thieno[2,3-*b*]pyridine-2-carboxamide analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M4' WO200733, **2016**.

168. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Panarese, J.; Bollinger, S.B.; Engers, J. L. 'Benzoisoxazole-substituted compounds as mglur4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO115282, **2016**.

167. Conn, P.J.; Hopkins, C.R.; Lindsley, C.W.; Niswender, C.M.; Engers, D.W.; Bollinger, S.B. 'Benzothiazole and benzisothiazole-substituted compounds as mglur4 allosteric potentiators, compositions and methods of treating neurological dysfunction' WO115272, **2016**.

166. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted 3-benzylquinoxalin-4(3*H*)-one analogs as positive allosteric modulators of muscarinic acetylcholine receptors' WO0102090, **2016**.

165. Emmitte, K.A.; Lindsley, C.W.; Conn, P.J.; Felts, A.S.; Smith, K.A. 'Substituted 6--aryl-imidazopyridine and 6-aryl-triazolopyridine carboxamide analogs as negative allosteric modulators of $mGlu_5$' WO 0096833, **2016**.

164. Hamm, H.E.; Stauffer, S.R; Lindsley, C.W.; Wen, W.; Young, S.E.; Duvernay, M.T.; Temple, K.J. 'Substituted indoles as selective protease activated receptor 4 (PAR-4) antagonists' WO008336, **2016**.

163. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted 1-benzoquinoxalin-2(1*H*)-analogs as positive allosteric modulators of muscarinic acetylcholine receptors' WO0075690, **2016**.

162. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. 'Fused heterocyclic compounds as selective BMP inhibitors' WO0068525, **2016**.

161. Lindsley, C.W.; Waterson, A.G.; Beauchamp, D.R. 'Isoxazole analogs as mediators of transcriptional induction of E-cadherin' WO 0052896, **2016**.

160. Lindsley, C.W.; Waterson, A.G.; Beauchamp, D.R. 'Small molecule mediated transcriptional induction of E-cadherin' WO 0052895, **2016**.

159. Emmitte, K.A.; Conn, P.J.; Lindsley, C.W.; Felts, A.S. 'Substituted 4-alkoxypicolinamide analogs as mglur5 negative allosteric modulators' WO 200682, **2015**.

158. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Engers, J.A.; Konkol, L.C. 'Negative allosteric modulators of metabotropic glutamate receptor 3' WO 0361081, **2015**.

157. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Felts, A.S. 'Substituted bicyclic heteroaryl carboxamide analogs as mGluR5 negative allosteric modulators' WO0266866, **2015**.

156. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; Macdonald, G.M.; Tong, M.; Alcazar-Vaca, M.J.; Andres-Gil, J.I.; Pena-Pinon, M.A. 'Substituted bicyclic alkoxy pyrazole analogs as allosteric modulators of mGlu5 receptors' WO0216863, **2015**.

155. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted 4-benzyl-2*H*-benzo[*b*][1,4]oxazine-2-carboxamide analogs as positive allosteric modulators of muscarinic acetylcholine receptor $M_1$' WO 080904, **2015**.

154. Emmitte, K.A.; Lindsley, C.W.; Conn, P.J.; Felts, A.S.; Rodriguez, A.L.; Smith, K.A.; Jones, C.K. 'Substituted imidazopyridine and triazolopyridine compounds as negative allosteric modulators of mGluR5' WO 077246, **2015**.

153. Lindsley, C.W.; Shipe, W.D. 'Imidazolyl methylpiperidine T-Type calcium channel antagonists' WO 0051248, **2015**.

152. Lindsley, C.W.; Brown, H.A. Antiviral therapies with phospholipase D inhibitors' WO 0025041, **2015**.

151. Cone, R.D.; Sebag, J.A.; Pantel, J.; Williams, S.Y.; Weaver, D.C.; Sulikowski, G.A.; Lindsley, C.W.; Portonova, P.S.; Zhang, C. 'Positive allosteric modulators for melanocortin receptors' WO0018371, **2015**.

150. Brown, H.A.; Lindsley, C.W. 'Methods and compositions comprising Akt inhibitors and/or phospholipase D inhibitors' WO 0378524, **2014**.

149. Conn, P.J.; Lindsley, C.W.; Wood, M.R.; Hopkins, C.R.; Salovich, J.M.; Melancon, B.J. 'Substituted pyrazolo[3',4',4,5]thieno[2,3-*c*]pyridazin-3-amine analogs as positive allosteric modulators of the muscarinic receptor M4' WO0364409, **2014**.

148. Conn, P.J.; Lindsley, C.W.; Wood, M.R.; Hopkins, C.R.; Salovich, J.M.; Melancon, B.J. 'Substituted 1*H*-pyrazolo[3',4',4,5]thieno[2,3-*b*]pyridine-3-amine analogs as positive allosteric modulators of the muscarinic receptor M4' WO0357615, **2014**.

147. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Quinazolinone and pyridopyrimidone derivatives analogs as positive allosteric modulators of muscarinic acetycholine receptor $M_1$ and their preparation and use for the treatment of neurological and psychiatric disorders' WO179237, **2014**.

146. Lindsley, C.W.; Conn, P.J.; Stauffer, S.R.; Panarese, J.D. 'Substituted 1-benzylquinoxalin-2(2*H*)-one analogs as positive allosteric modulators of muscarinic acetylcholine receptor $M_1$' WO179226, **2014**.

145. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Macdonald, G.M.; Conde-Ceide, S.; Jones, C.K.; Martin-Martin, M.L.; Tong, H.M. 'Substituted imidazopyrimidin-5-(6*H*)-ones as allosteric modulators of $mGlu_5$ receptors' WO0329838, **2014**.

144. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancon, B.J.; Poslusney, M.S.; Engers, D.W. Substituted 2-(4-(heterocyclylbenzyl)isoindolin-1-one analogs as positive allosteric modulators of the muscarinic acetylcholine receptor M1' WO 0288084, **2014**.

143. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; Macdonald, G.M.; Tong, H.M.; Jones, C.K. 'Bicyclic pyrazole compounds as allosteric modulators of $mGlu_5$ receptors' WO0213593, **2014**.

142. Conn, P.J.; Lindsley, C.W.; Emmittee, K.A.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.; Chauder, B.A. '6-Alkyl-N-(pyridine-2-yl)-4-aryloxypicolinamide analogs as mGlu5 negative allosteric Modulators and methods of making and using the same' WO 0206707, **2014**.

141. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Poslusney, M.S.; Tarr, C.J. 'Substituted 4-(1*H*-pyrazol-4-yl)benzyl analogues as positive allosteric modulators of mAChR M1 receptors' WO 0206676, **2014**.

140. Brown, H.A.; Lindsley, C.W. 'Methods and compositions comprising Akt inhibitors and/or phospholipase D inhibitors for treating viral infections or disorders of uncontrolled proliferation' WO 093557, **2014**.

139. Brown, H.A.; Lindsley, C.W. 'Methods and compositions of treating HIV infection' WO 0163055, **2014**.

138. Hopkins, C.R.; Hong, C.C.; Lindsley, C.W.; Engers, D.W. 'Fused heterocycles as selective BMP inhibitors' WO 051698, **2014**.

137. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Poslunsey, M.S.; Bridges, T.M.; Daniels, J.S. 'Substituted 3-aminothieno[2,3-*c*]pyridine-2-carboxamides as positive allosteric modulators' WO 035829, **2014**.

136. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M.; Jones, C.K.; Alcazar-Vaca, M.J.; Andres-Gil, J.I.; Malosh, C. 'Bicyclic triazole and pyrazole lactams as allosteric modulators of mGluR5 receptors' WO 0057870, **2014**.

135. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M.; Pena-Pinon, M.A.; Alcazar-Vaca, M.J.; Andres-Gil, J.I. 'Substituted bicyclic alkoxy pyrazole analogs as allosteric modulators of mGluR5 receptors' WO 0345206, **2013**.

134. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M.; Alcazar-Vaca, M.J.; Andres-Gil, J.I. 'Substituted bicyclic alkyl pyrazole lactam analogs as allosteric modulators of mGluR5 receptors' WO 0345205, **2013**.

133. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M. 'Substituted bicyclic cycloalkyl lactam pyrazole analogs as allosteric modulators of mGluR5 receptors' WO 0345204, **2013**.

132. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Tong, H.M.; Pena-Pinon, M.A.; Alcazar-Vaca, M.J.; Andres-Gil, J.I. 'Substituted bicyclic alkoxy pyrazole analogs as allosteric modulators of mGluR5 receptors' WO 0345203, **2013**.

131. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M. 'mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfunction' WO0338154, **2013**.

130. Lindsley, C.W.; Shipe, W.D. 'Imidazolyl methyl piperidine T-type calcium channel antagonists' WO148640, **2013**.

129. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Cheung, Y-Y. 'Substituted (1-(methylsulfonyl)azetidin-3-yl)(heterocycloalkyl)methanone analogs as antagonists of muscarinic acetylcholine m1 receptors' WO0178458, **2013**.

128. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Jones, C.K.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Conde-Ceide, S.; Alcazar Vaca, M.J. 'Bicyclic oxazole and thiazole compounds and their use as allosteric modulators of mGlu5 receptors' WO0261107, **2013**.

127. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Conde-Ceide, S.; Martin-Martin, M.L. 'Bicyclic oxazole lactams as allosteric modulators of mGlu5 receptors' WO0252943, **2013**.

126. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Conde-Ceide, S.; Jones, C.K.; Martin-Martin, M.L.; Tong, H.M. 'Substituted imidazopyrimidin-5(6*H*)-one analogs as allosteric modulators of mGlu5 receptors' WO0245043, **2013**.

125. Cone, R.D.; Sebag, J.A.; Pantel, J.; Williams, S.Y.; Weaver, C.D.; Sulikowski, G.A.; Lindsley, C.W.; Portonova, P.S.; Zhang, C. 'Positive allosteric modulators for melanocortin receptors'

WO134376, **2013**.

124. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Conde- Ceide, S.; Martin-Martin, M.L. 'Bicyclic oxazole lactams as allosteric modulators of mGlu5 receptors' WO130639, **2013**.

123. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Salovich, J.M.; Melancon, B.J.; Tarr, C.J.; Poslunsey, M. 'Substituted 5-aminothieno[4,3-c]pyridazine-6-carboxamide analogs as positive allosteric modulators of the muscarinic acetycholine receptor $M_4$' WO126856, **2013**.

122. Lindsley, C.W. 'Indole compounds as positive allosteric modulator of the muscarinic receptor' WO0210773, **2013**.

121. Lindsley, C.W.; Conn, P.J.; Niswender, C.M.; Wood, M.R.; Chauder, B.; Lebois, E.P. 'Heterocyclyl-azabicyclo[3.2.1]octane analogs as selective M1 agonists and methods of making and using same' WO197027, **2013**.

120. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Poslunsey, M.S.; Tarr, C.J. 'Substituted 4-(1*H*-pyrazol-4-yl)benzyl analogs as positive allosteric modulators of mAChR $M_1$ receptors' WO106795, **2013**.

119. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Poslunsey, M.S. 'Substituted 1-benzylindolin-2-one analogs as positive allosteric modulators of the muscarinic acetylcholine $M_1$ receptor' WO103931, **2013.**

118. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Melancon, B.J.; Cheung, Y-Y. 'Substituted (1-(methylsulfonyl)azetidin-3-yl)(heterocycloalkyl)methanone analogs as antagonists of muscarinic acetylcholine $M_1$ receptors' WO0178458, **2013**.

117. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D.; Salovich, J.M.; Engers, D.W.; Cheung, Y-Y. 'Heterocyclic sulfones mGlu4 allosteric potentiators, compositions, and methods of treating neurological disease' WO0158078, **2013**.

116. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancon, B.J.; Poslunsey, M.S. 'Substituted benzylspiroindolin-2-one analogs as positive allosteric modulators of the muscarinic acetylcholine receptor $M_1$' WO123236, **2013**.

115. Lindsley, C.W.; Conn, P.J.; Wood, M.R.; Hopkins, C.R.; Melancon, B.J.; Poslunsey, M.S.; Engers, D.W. 'Substituted 2-(4-heterocyclylbenzyl)isoindolin-1-one analogs as positive allosteric modulators of the muscarinic acetylcholine receptor $M_1$' WO063549, **2013**.

114. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D.; Salovich, J.M.; Engers, D.W.; Cheung, Y-Y. 'Pyrazolopyridine, Pyrazolopyrazine, Pyrazolopyrimidine, Pyrazolothiophene and Pyrazolothiazole Compounds as mGluR4 Allosteric Potentiators, Compositions, and Methods of Treating Neurological Dysfunction' WO0096110, **2013**.

113. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Zhou, Y.; Bartolome-Nebreda, J.M.; MacDonald, G.J.; Gogliotti, R.D.; Turlington, M. 'Substituted 5-(prop-1-yn-1-yl)picolinamide analogs as allosteric modulators of $mGlu_5$' WO049255, **2013**.

112. Lindsley, C.W.; Brown, H.A. 'Antiviral therapies with phospholipase D inhibitors' WO049773, **2013**.

111. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Engers, D.W. 'Benzisoxazoles and azabenzisoxazoles as $mGlu_4$ Allosteric Potentiators, Compositions, and Methods of Treating Neurological Dysfunction' WO0079366, **2013**.

110. Conn, P.J.; Lindsley, C.W.; Wood, M.R.; Hopkins, C.R.; Salovich, J.M.; Melancon, B.J. 'Substituted 1*H*-pyrazolo[3',4',4,5]thieno[2,3-*b*]pyridin-3-amine analogs as positive allosteric modulators of the muscarinic acetycholine receptor $M_4$' WO040534, **2013**.

109. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D.; Salovich, J.M.; Engers, D.W.; Cheung, Y-Y. 'Pyrazolopyridine, Pyrazolopyrazine, Pyrazolopyrimidine, Pyrazolothiophene and Pyrazolothiazole Compounds as mGluR4 Allosteric Potentiators, Compositions, and Methods of Treating Neurological Dysfunction' WO0065895, **2013**.

108. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D. 'mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfunction' WO0040944, **2013**.

107. Conn, P.J.; Lindsley, C.W.; Jones, C.K.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; McDonald, G.J.; Conde-Ceide, S.; Tong, H.M. 'Bicyclic pyrazole compounds as allosteric modulators of $mGlu_5$ receptors' WO 295913, **2012**.

106. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Chauder, B.A.; Gogliotti, R.; Wood, M.R. 'Substituted 1*H*-pyrrolo[3,2-*c*]quinolin-4(5*H*)-one analogs as positive allosteric modulators of the muscarinic acetylcholine receptor $M_4$' WO 154731, **2012**.

105. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Engers, D.W.; Gentry, P.R.; Chueng, Y.Y.; Salovich, J.M.; Gogliotti, R.D. 'mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfunction' WO0245153, **2012**.

104. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Cheung, Y-Y. 'Aryl and heteroaryl sulfones as mGlu4 allosteric potentiators, compositions and methods of treating neurological dysfunction' WO0245185, **2012**.

103. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; Macdonald, G.J.; Tong, H.M.; Jones, C.K.; Alcazar-Vaca, M.J.; Andres-Gil; J.I.; Malosh, C. 'Bicyclic triazole and pyrazole lactams as allosteric modulators of mglu5 receptors' WO0225844, **2012**.

102. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.;

Chauder, B.A. '6-Alkly-*N*-(pyridine-2-yl)-4-aroxypicolinamide analogs as $mGlu_5$ negative allosteric modulators and methods of making and using the same' WO118563, **2012**.

101. Brown, H.A.; Lindsley, C.W.; Waterson, A.G.; Scott, S.A. 'Isoform selective phospholipase D inhibitors' WO 0214832, **2012**.

100. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Cheung, Y-Y. 'Substituted benzoimidazolesulfonamides and substituted indolesulfonamides as $mGlu_4$ potentiators' WO 0184556, **2012**.

99. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Manka, J.; Jacobs, J.; Zhou, Y.; Bartolome-Nebreda, J.M.; Macdonald, G.J.; Conde-Ceide, S.; Dawson, E.S. 'Dihydronaphthyridinyl(organo)methanone analogs as positive allosteric mglur5 modulators' WO178776, **2012**.

98. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Manka, J.; Jacobs, J.; Zhou, Y.; Bartolome-Nebreda, J.M.; Macdonald, G.J.; Jones, C.K. 'Naphthyridone analogs as allosteric modulators of mglu5 receptors' WO092530, **2012**.

97. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; Macdonald, G.J.; Tong, H.M.; Jones, C.K.; Alcazar-Vaca, M.J.; Andres-Gil, J.I. 'Bicyclic triazole and pyrazole lactams as allosteric modulators of mglu5 receptors' WO0083224, **2012**.

96. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Jones, C.K.; Conde-Ceide, S.; Tong, H.M.; Bartolome-Nebreda, J.M.; Macdonald, G.J. 'Bicyclic pyrazole compounds as allosteric modulators of mglu5 receptors' WO0078817, **2012**.

95. Lindsley, C.W.; Conn, P.J.; Weaver, C.D.; Niswender, C.M.; Lebois, E.P.; Bridges, T.M. 'Aminobipiperidinecarboxylate M1 allosteric agonists, analogs and derivatives thereof and methods of making and using same' WO0088791, **2012**.

94. Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Jones, C.K.; Bartolome-Nebreda, J.M.; Conde-Ceide, S.; MacDonald, G.J.; Alcazar, V.; Manuel, J. 'Bicyclic oxazole and thiazole compounds and their use as allosteric modulators of mGlu5 receptors' WO031024, **2012**.

93. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Bicyclic $mGlu_5$ positive allosteric modulators and methods of making and using same' WO 269933, **2012**.

92. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Bicyclic $mGlu_5$ positive allosteric modulators and methods of making and using same' WO 269977, **2012**.

91. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Gogliotti, R.D.; Engers, D.W. 'Substituted 1,1,3,1-tetraoxidobenzo[*d*][1,3,2]dithiazoles as mGlu4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 146909, **2011**.

90. Lindsley, C.W.; Conn, P.J.; Wood, M.R. Tarr, J. C.; Bridges, T.M. 'Indole compounds as positive allosteric modulators of the $M_1$ muscarinic receptor' WO 163280, **2011**.

89. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Stauffer, S.R.; Zhou, Y.; Manka, J.; MacDonald, G.; Bartolome-Nebreda, J.M. 'Substituted 6-methylnicotinamides as mGlu5 positive allosteric modulators' WO149963, **2011**.

88. Armstrong, D.J.; Goto, Y.; Hashihayata, T.; Kato, T.; Kelly, M.J.; Layton, M.E.; Lindsley, C.W.; Ogino, Y.; Onozaki, Y.; Rodzinak, K.J.; Rossi, M.A.; Sanderson, P.E.; Wang, J.; Yaroschack,

M.M. 'Inhibitors of Akt activity' WO 147392, **2011**.

87. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Gogliotti, R.D.; Cheung, Y-Y.; Salovich, J.M.; Engers, D.W. 'Heterocyclic sulfone mGlu4 allosteric potentiators, compositions, and methods for treating neurological dysfunction' WO 143466, **2011**.

86. Lindsley, C.W.; Conn, P.J.; Niswender, C.M.; Wood, M.R.; Chauder, B.A.; Lebois, E.P. 'Heterocyclyl-azabicyclo[3.2.1]octane analogs as selective $M_1$ agonists and methods of making and using the same' WO 112825, **2011**.

85. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Engers, D.W. 'Benzisoxazoles and azabenzisoxazoles as mglur4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 100614, **2011**.

84. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D.; Salovich, J.M.; Engers, D.W.; Cheung, Y-Y. 'Pyrazolopyridine, pyrazolopyrazine, pyrazolopyrimidine, pyrazolothiophene and pyrazolothiazole compounds as mglur4 allosteric potentiators, compounds, and methods of treating neurological dysfunction' WO 100607, **2011**.

83. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Stauffer, S.R.; Williams, R.; MacDonald, G.; Zhou, Y.; Bartolome-Nebreda, J.M. '*O*-Benzyl nicotinamide analogs as mGlu5 positive allosteric modulators' WO0183980, **2011**.

82. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.; Chauder, B.A. 'Substituted heteroarylamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 0172248, **2011**.

81. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.; Chauder, B.A. 'Substituted heteroarylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 0172247, **2011**.

80. Conn, P.J.; Lindsley, C.W.; Wood, M.R.; Gogliotti, R.D.; Niswender, C.M.; Melancon, B.J.; Lebois, E.P. 'Alkyl 3-((2-amidoethyl)amino)-8-azabicyclo[3.2.1]octane-8-carboxylate analogs as selective M1 agonists and methods of making and using same' WO0172227, **2011**.

79. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S.; Chauder, B.A. 'Substituted phenylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 0166158, **2011**.

78. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K. 'Substituted benzamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 0152299, **2011**.

77. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Engers, D.W. 'Substituted dioxopiperidines and dioxopyrrolidines as mGluR4 allosteric potentiators, compositions and methods of treating neurological disease' WO 0124663, **2011**.

76. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Cheung, Y-Y. 'Aryl and heteroaryl sulfones as mGluR4 allosteric potentiators, compositions and methods of treating neurological disease' WO 057208, **2011**.

75. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D; Salovich, J.M. '$mGlu_4$ allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 050316, **2011**.

74. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D. 'mGlu$_4$ allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 050305, **2011**.

73. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D. 'Substituted phenylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035214, **2011**.

72. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S. 'Substituted benzamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035209, **2011**.

71. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S. 'Substituted heteroarylamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035186, **2011**.

70. Conn, P.J.; Lindsley, C.W.; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S. 'Substituted heteroarylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035174, **2011**.

69. Conn, J.P.; Lindsley, C.W.; Weaver, C.D.; Stauffer, S.; Williams, R.; Mcdonald, G.; Bartolome-Nebreda, J.M.; Zhou, Ya 'O-benzyl nicotinamide analogs as mglur5 positive allosteric modulators' WO 035324, **2011**.

68. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Engers, D.W.; Gentry, P.R.; Cheung, Y-Y; Salovich, J.M.; Gogliotti, R.D. 'Imidazolidinone derivatives and related compounds as mGluR4 allosteric potentiators, compositions and methods of treating neurological dysfunction' WO 029104, **2011**.

67. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Cheung, Y-Y. 'Substituted benzoimidazolesulfonamides and substituted indolesulfonamides as mGluR4 potentiators' WO 011722, **2011**.

66. Brown, H.A.; Lindsley, C.W.; Waterson, A.G.; Scott, S.A. 'Isoform selective phospholipase D inhibitors' WO 011680, **2011**.

65. Shipe, W.D.; Lindsley, C.W.; Hallett, D. 'Quinolone M1 Receptor Positive Allosteric Modulators' WO 0317692, **2010**.

64. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Sulfonyl-piperidin-4-yl-methylamine amide analogs as GlyT1 inhibitors, methods for making same, and use of same in treating psychiatric disorders' WO 0256186, **2010**.

63. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Sulfonyl-azetidin-3-yl-methylamine amide analogs as GlyT1 inhibitors, methods for making same, and use of same in treating psychiatric disorders' WO 0261696, **2010**.

62. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Alkylsulfonyl-2,3-dihydrospiro[indene-1,4'-piperidine] analogs as GlyT1inhibitors, methods for making same and use of same in treating psychiatric disorders' WO 0249167, **2010**.

61. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z. '3-Fluoro-Piperdine T-Type Calcium Channel Antagonists' WO 0222387, **2010**.

60. Wolkenberg, S.E.; Zhao, Z.; Lindsley, C.W. 'Non-Nucleoside Reverse Transcriptase Inhibitors' WO 0222322, **2010**.

59. Lindsley, C.W.; Conn, J.P.; Weaver, C.D.; Niswender, C.M.; Lebois, E.P.; Bridges, T.M. 'Amidobipiperidinecarboxylate $M_1$ allosteric agonists, analogs and derivatives thereof, and methods of making and using same' WO 096703, **2010**.

58. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z.; Wisnoski, D.D. '4-Fluoro-Piperdine T-Type Calcium Channel Antagonists' WO 0216841, **2010**.

57. Armstrong, D.J.; Goto, Y.; Hashihayata, T.; Kato, T.; Kelly, M.J.; Layton, M.E.; Lindsley, C.W.; Ogino, Y.; Onozaki, Y.; Rodzinak, K.J.; Rossi, M.A.; Sanderson, P.E.; Wang, J.; Yaroschak, M.M. 'Preparation of diphenyl substituted naphthyridine compounds as inhibitors of Akt activity' WO 088177, **2010**.

56. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Gogliotti, R.D.; Engers, D.W. 'Substituted 1,1,3,3-tetraoxidobenzo[*d*][1,3,2]dithiazoles as mglur4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 088406, **2010**.

55. Lindsley, C.W.; Leister, W.H.; Wolkenberg, S.E. 'Non-Nucleoside Reverse Transcriptase Inhibitors' WO 0179122, **2010**.

54. Lindsley, C.W.; Conn, P. J.; Weaver, C.D.; Niswender, C.M.; Williams, R.; Jones, C.K.; Sheffler, D.J. '3.1.0 GlyT1 inhibitors and methods of making and using the same' WO 0256192, **2010**.

53. Wolkenberg, S.E.; Lindsley, C.W.; Zhao, Z.; Williams, T.M. 'Non-Nucleoside Reverse Transcriptase Inhibitors' WO 0168097, **2010**.

52. Lindsley, C.W.; Conn, P. J.; Weaver, C.D.; Niswender, C.M.; Williams, R.; Jones, C.K.; Sheffler, D.J. '3.3.0 GlyT1 inhibitors and methods of making and using the same' WO 0261773, **2010**.

51. Bilodeau, M.T.; Kett, N.R.; Lindsley, C.W.; Manley, P.J.; Melamed, J.Y.; Paone, D.V.; Trotter, W.B.; Wu, Z. 'Decahydroquinoline analogs as CB2 receptor modulators, useful in the treatment of pain, respiratory and non-respiratory disease' WO 099673, **2010**.

50. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Tyrosine kinase inhibitors' WO 0041652, **2010**.

49. Lindsley, C.W.; Shipe, W.D.; Yang, F.; Bunda, J.L. 'Benzyl-substituted quinolone M1 receptor positive allosteric modulators' WO 0009962, **2010**.

48. Lindsley, C.W.; Conn, P.J.; Kennedy, J.P.; Brogan, J.T. 'Unnatural dispyrin analogues, preparation and uses thereof' WO 0152107, **2009**.

47. Burns, H.D.; Hamill, T.G.; Lindsley, C.W. 'Radiolabeled Glycine Transporter Inhibitors'WO 0269278, **2009**.

46. Hallett, D.; Lindsley, C.W.; Naylor, E.M.; Zhao, Z.; Theberge, C.R.; Wolkenberg, S.E.; Nolt, B.M. 'Piperidine Glycine Transporter Inhibitors' WO 0270451, **2009**.

45. Conn, J.P.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Bicyclic mGluR5 positive allosteric modulators and methods of making and using same' WO 0270362, **2009**.

44. Eastman, B.; Lindsley, C.W.; Wolkenberg, S.E.; Zhao, Z. 'Somatostatin agonists' WO 0258853, **2009**.

43. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Tyrosine kinase inhibitors' WO 0186871, **2009**.

42. Bergman, J.M.; Coleman, P.J.; Cox, C.D.; Hartman, G.D.; Lindsley, C.W.; Mercer, S.P.; Roecker, A.J.; Whitman, D.B. 'Proline bis-amide orexin receptors' WO 0118200, **2009**.

41. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Benzamide derivatives as mGluR5 positive allosteric modulators and their preparation, pharmaceutical compositions and use in the treatment of diseases' WO 151184, **2008**.

40. Bilodeau, M.T.; Kett, N.R.; Lindsley, C.W.; Manley, P.J.; Melamed, J.Y.; Paone, D.V.; Trotter, B. W.; Wu, Z. 'Decahydroquinoline analogs as $CB_2$ receptor modulators' WO 088744, **2008**.

39. Eastman, B.; Lindsley, C.W.; Wolkenberg, S.E.; Zhao, Z. 'Preparation of quinoline derivatives as somatostatin agonists' WO 051272, **2008**.

38. Lindsley, C.W.; Shipe, W.D.; Yang, F.; Bunda, J.L. 'Benzyl-substituted quinolone M1 receptor positive allosteric modulators' WO 002621, **2008**.

37. Shipe, W.D.; Lindsley, C.W.; Hallett, D. 'Quinolone M1 receptor positive allosteric modulators' WO 100366, **2007**.

36. Shipe, W. D.; Lindsley, C.W.; Hallett, D. 'Quinolone derivatives, processes for preparing them, pharmaceutical compositions containing them, and their use as M1 receptor positive allosteric modulators' WO 067489, **2007**.

35. Hallett, D.; Lindsley, C.W.; Naylor, E.M.; Zhao, Z.; Theberge, C.R.; Wolkenberg, S.E.; Nolt, B.M. 'Piperidine glycine transporter inhibitors' WO 053400, **2007**.

34. Burns, H.D.; Hamill, T.G.; Lindsley, C.W. 'Preparation of radiolabeled benzoic acid piperidinylalkylamide GlyT1 glycine transporter inhibitors for diagnostic imaging' WO 041025, **2007**.

33. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z. 'Preparation of 3-fluoropiperidine compounds as T-Type calcium channel antagonists' WO 002361, **2007**.

32. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z.; Wisnoski, D. 'Preparation of 4-fluoropiperidine derivatives as T-type calcium antagonists' WO 002884, **2007**.

31. Wolkenberg, S.E.; Zhao, Z.; Lindsley, C.W. 'Preparation of indolesulfonamides as non-nucleoside HIV reverse transcriptase inhibitors for the treatment of HIV infection and AIDS' WO 002368, **2007**.

30. Lindsley, C.W.; Leister, W.H.; Wolkenberg, S.E. 'Preparation of sulfonylindoles as non- nucleoside HIV reverse transcriptase inhibitors for the treatment of HIV infection and AIDS'WO 002481, **2007**.

29. Wolkenberg, S.E.; Lindsley, C.W.; Zhao, Z.; Williams, T.M. 'Preparation of indole derivatives as non-nucleoside reverse transcriptase inhibitors' WO 002458, **2007**.

28. Bergman, J.M.; Coleman, P.J.; Cox, C.; Hartman, G.D.; Lindsley, C.W.; Mercer, S.P.; Roecker, A.J.; Whitman, D.B. 'Proline bis-amide orexin receptor antagonists' WO 127550, **2006**.

27. Cosford, N.D.P.; Layton, M.E.; Liang, J.; Lindsley, C.W.; Sanderson, P.E. 'Preparation of quinoxaline and naphthyridine compounds as inhibitors of Akt kinases for the treatment of cancer activity' WO 091395, **2006**.

26. Arrington, K.L.; Fraley, M.E.; Garbaccio, R.M.; Huang, S.Y.; Lindsley, C.W.; Steen, J.T.; Yang, F. 'Preparation of indolylindazole derivatives as inhibitors of checkpoint kinases' WO 086255, **2006**.

25. Barnett, S.F.; Bogusky, M.J.; Leister, W.H.; Lindsley, C.W. 'Canthine analog inhibitors of Akt kinase activity, and use in the treatment of cancer' WO 068796, **2006**.

24. Lindsley, C.W.; Wisnoski, D.D.; Wolkenberg, S.E. 'Cyclopropyl piperidine glycine transporter inhibitors for of neurological and psychiatric disorders' WO 039221, **2006**.

23. Lindsley, C.W.; Hallet, D.;Wolkenberg, S.E. 'Azetidines as glycine transporter inhibitors, their preparation, pharmaceutical compositions, and use in treatment of schizophrenia. WO110983, **2005**.

22. Lindsley, C.W.; Wolkenberg, S.E.; Zhao, Z. 'Morpholinyl piperidine derivative glycine transporter GlyT1 inhibitors, their preparation and their use for treatment of neurological and psychiatric disorders' WO 107469, **2005**.

21. Blackaby, W.;Duggan, M.E.;Hallett, D.;Hartman, G.D.;Jennings, A.S.;Leister, W.H.;Lewis, R.T.; Lindsley, C.W.; Naylor, E.;Street, L.J.;Wang,Y.;Wisnoski, D.D.;Wolkenberg, S.E.; Zhao, Z. 'Preparation of heteroaryl-substituted piperidine glycine transporter inhibitors for the treatment of psychiatric disorders' WO 094514, **2005**.

20. Beavers, L.S.; Gadski, R.A.; Hipskind, P.A.; Jesudason, C.D.; Lindsley, C.W.; Lobb, K.; Pickard, R.T. 'Preparation of tetralin derivatives as histamine H3 receptor antagonists' WO 082893, **2005**.

19. Lindsley, C.W.; Wisnoski, D.D.; Zhao, Z. '4-Phenylpiperidine derivative glycine transporter inhibitors for the treatment of neurological and psychiatric disorders' WO 046601, **2005**.

18. Lindsley, C.W.; Wisnoski, D.D. 'Pyrazole modulators of metabotropic glutamate receptors' WO 030128, **2005**.

17. Duggan, M.E.; Lindsley, C.W.; Wu, Z.; Zhao, Z.; Hartnett, J. 'Substituted pyridine compounds as inhibitors of protein kinase Akt activity for treating cancer' WO 096135, **2004**.

16. Bilodeau, M.T.; Duggan, M.E.; Hartnett, J.; Lindsley, C.W.; Wu, Z.; Zhao, Z. Preparation of azaheterocyclyl-substituted diphenylpyridines as Akt inhibitors for the treatment of cancer' WO 096131, **2004**.

15. Bilodeau, M.T.; Lindsley, C.W.; Zhao, Z. 'Triazine moiety-containing compounds as inhibitors of Akt kinase activity, and use for the treatment of cancer' WO 096129, **2004**.

14. Lindsley, C.W.; Wisnoski, D.D. 'Synthesis of functional polymers for use in organic synthesis and combinatorial chemistry' WO 089857, **2004**.

13. Duggan, M.E.; Lindsley, C.W.; Wisnoski, D.D. 'Benzamide modulators of metabotropic glutamate receptors' WO 087048, **2004**.

12. Duggan, M.E.; Lindsley, C.W.; Zhao, Z. 'A preparation of thieno[3,4-*b*]pyrazine derivatives useful as inhibitors of Akt activity' WO 041162, **2004**.

11. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Preparation of substituted sulfonyl indoles as novel tyrosine kinase inhibitors' WO 014851, **2004**.

10. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Preparation of indolesulfonamides as tyrosine kinase inhibitors, in particular insulin-like growth factor 1 receptor (IGF-1R) inhibitors' WO 014300, **2004**.

9. Lindsley, C.W.; Zhao, Z. 'Preparation of fused quinoxaline derivatives as inhibitors of Akt activity for the treatment of cancer' WO 086404, **2003**.

8. Lindsley, C.W.; Zhao, Z. 'Preparation of *N*-[4-(3-phenylquinoxalin-2-yl)benzyl] substituted sulfonamides as inhibitors of Akt activity' WO 086403, **2003**.

7. Bilodeau, M.T.; Duggan, M.E.;Hartnett, J.C.; Lindsley, C.W.; Manley, P.J.; Wu, Z. Zhao, Z. 'Preparation of 2,3-diphenylquinoxaline derivatives as inhibitors of Akt activity for treating cancer' WO 086394, **2003**.

6. Duggan, M.E.; Lindsley, C.W.; Zhao, Z. 'Preparation of 2,3-diphenylpyrazine derivatives as inhibitors

of Akt activity for treating cancer' WO 086279, **2003**.

5. Barnett, S.F.; Defeo-Jones, D.; Haskell, K.M.; Huber, H.E.; Nahas, D.D.; Lindsley, C.W.; Zhao, Z.; Hartman, G.D. 'Preparation of triazolo[3,4-*b*]pyridazines and 2,3-diarylquinazolines for the treatment of cancer' WO 084473, **2003**.

4. Trotter, W.B.; Bell, I.M.; Zartman, B.C.; Lindsley, C.W.; Zhao, Z. 'Preparation of 2-carboxypyrroles as tyrosine kinase inhibitors' WO 035615, **2003**.

3. Beavers, L. S.; Gadski, Robert A.; Hipskind, P. A.; Lindsley, C.W.; Lobb, K. L.; Nixon, J.A.; Pickard, R.T.; Schaus, J. M.; Takakuwa, T.; Watson, B.M. 'Preparation of non-imidazole aryl alkylamines as histamine H3 receptor antagonists' WO 0276925, **2002**.

2. Hodges, J.C.; Lindsley, C.W.; Harikrishnan, H. 'Solid-supported initiators and functional polymers for use in organic synthesis and combinatorial chemistry' WO 0078740, **2000**.

1. Lindsley, C.W.; Chen, C.; Shair, M.D.; Westwood, N.; Pelish, H.; Sheehan, S.; Goess, B.; Layton, M. 'Biomimetic combinatorial synthesis of polycyclic natural products' WO 9964379, **1999**.

**Presentations**

163. Lindsley, C.W. 'Adventures in Allosteric drug discovery' 258th ACS National Meeting & Exposition, San Diego, CA, United States, August 27, 2019 (ACS MEDI Robert M. Scarborough Award Lecture).

162. Lindsley, C.W. 'Considerations for optimizing CNS penetration and successful programs' 258th ACS National Meeting & Exposition, San Diego, CA, United States, August 26, 2019.

161. Lindsley, C.W. 'The value of small molecule probes to drive translation' VICB Summer Research Symposium, Nashville, TN, August 8, 2019.

160. Lindsley, C.W. 'Academic drug discovery' UNC Seminars in Chemical Biology and Bioorganic Chemistry program, August 21, 2019.

159. Lindsley, C.W. 'Discovery and development of PLD inhibitors' NCI Chemical Biology Consortium, Nashville, TN, July 10, 2019.

158. Lindsley, C.W. **'**Translational Drug Discovery in an Academic Setting', ASPET 2019 Annual Meeting at Experimental Biology, Orlando, FL, April 8, 2019 (Scientific Achievement Award in Drug Discovery and Development Lecture).

157. Lindsley, C.W. 'Discovery and Development of $M_1$ positive allosteric modulators' Peking University, December 4, 2018 (ACS Publications Innovation Symposium).

156. Lindsley, C.W. '$M_1$ positive allosteric modulators – from concept to clinic' Virginia Commonwealth University, October 4, 2018 (J. Doyle Smith/Larry Winter Joint Chemistry/Medicinal Chemistry Seminar).

155. Lindsley, C.W. 'The rebirth of $mGlu_1$ for the treatment of schizophrenia' University of Kansas, September 21, 2018.

154. Lindsley, C.W. 'Beside to bench and back again – Drug discovery within the VCNDD' University of Kansas, September 20, 2018 (2018 Edward E. Smissman Memorial Lecture).

153. Lindsley, C.W. 'Allosteric modulation of muscarinic acetylcholine receptors' University of Kansas, September 20, 2018.

152. Lindsley, C.W. '$M_1$ PAMs for the treatment of schizophrenia' Ono Pharmaceuticals, Kyoto, Japan March 26, 2018.

151. Lindsley, C.W. 'Recent advances with GPCR allosteric modulators for the treatment of schizophrenia' Japanese Pharmaceutical Society, Kanazawa, Japan March 27, 2018 (41st Sato Memorial International Award Lecture).

150. Lindsley, C.W. 'Allosteric modulation of GPCRs' Vertex Pharmaceuticals, Boston, MA, September 29, 2017.

149. Lindsley, C.W. 'The curious caseof $mGlu_1$ PAMs – the forgotten mGluR with new life' Frontiers in Biochemistry Series, Department of Biochemistry, Vanderbilt University, August 25, 2017.

148. Lindsley, C.W. 'Discovery, development, mechanistic insights and therapetuic potential of M4 PAMs' 254th ACS National Meeting (MEDI 243), Washington DC, August 22, 2017.

147. Lindsley, C.W. 'Leveraging foundation, corporate and NIH support for academic drug discovery' The 35th National Medicinal Chemistry Symposium, Chicago, IL, June 29, 2016.

146. Lindsley, C.W. 'Academic Drug Discovery in an Academic Environment' 2016 Annual Texas Drug Discovery Symposium, University of Texas, San Antonio, San Antonio, TX, June 9, 2016. (Plenary/Key Note Speaker).

145. Lindsley, C.W. 'Allosteric modulation of GPCRs: Leveraging signal bias' University of Illinois, Chicago, Chicago, IL, April 26, 2016

144. Lindsley, C.W. 'Allosteric modulation of GPCRs: Leveraging signal bias' Ono Pharmaceuticals, Osaka, Japan, March 29, 2016.

143. Lindsley, C.W. 'Allosteric modulation of GPCRs: Leveraging signal bias' 136th Annual Meeting of the Pharmaceutical Society of Japan, Yokohama, Japan, March 28, 2016 (Plenary Speaker).

142. Lindsley, C.W. 'Allosteric Modulation: From Preclinical Concepts to Clinical Candidates and Beyond' UT Southwestern Medical Center, Dallas, TX, November 12, 2015.

141. Lindsley, C.W. 'Allosteric modulation of mGlu5 and PLD: New insights and therapeutic potential' The 2015 Philip S. Portoghese lecture, University of Minnesota, Minneapolis, MN, September 15, 2015.

140. Lindsley, C.W. 'Small changes (Molecular Switches) that change either the mode of pharmacology

or subtype selectivity within GPCR allosteric modulators 250th ACS National Meeting, Boston, MA, August 19, 2015.

139. Lindsley, C.W. 'HTS to IND-enabling studies at the Vanderbilt Center for Neuroscience Drug Discovery'

Great Lakes/Central Michigan 46th Regional ACS Meeting, Grand Rapids, MI, May 28, 2015.

138. Lindsley, C.W. 'Allosteric Modulation of Muscarinic Receptors', 12th Medicinal and Bioorganic Chemistry Conference, Steamboat Springs, CO, January 24, 2015.

137. Lindsley, C.W. 'Academic Drug Discovery Targeting Allosteric Modulation', University of Notre Dame, Southbend, IN, December 19, 2014.

136. Lindsley, C.W. 'Academic Drug Discovery Targeting Allosteric Modulation', Washington University, St. Louis, MS, December 11, 2014.

135. Lindsley, C.W. 'Allosteric modulation of GPCRS and other Targets' Gilead Pharmaceuticals, San Francisco, CA, August 21, 2014.

134. Lindsley, C.W. 'Allosteric modulation of phospholipase D: Oncology, Virology and Beyond' World Pharma Congress, Mastering Medicinal Chemistry, Boston, MA, May 21, 2014.

133. Lindsley, C.W. 'Exploiting allosteric sites for target modulation' Experimental; Biology (ASPET) 2014, San Diego, CA, April 28, 2014 (John J. Abel Award Lecture).

132. Mathews, T.P.; Rose, K.L.; Lindsley, C.W.; Brown, H.A. 'Phospholipase D regulates deoxy-riboncleotide biosynthesis through pyrimidine metabolic intermediates' 247th ACS National Meeting, Dallas, TX, March 16-20, 2014.

131. Lindsley, C.W. 'Talking neuroscience drug discovery in an academic environment' Applied Pharmaceutical Chemistry 2014 (the Boston Society), Broad Institute, March 4, 2014 (plenary speaker).

130. Lindsley, C.W. 'Allosteric modulation of GPCRs for the treatment of CNS disorders' St. Jude Children's Research Hospital, Chemical Biology & Therapeutics Department, Memphis, January 9, 2014.

129. Lindsley, C.W. 'Allosteric modulation of GPCRs for the treatment of CNS disorders' University of Mississippi, Oxford, MS, November 5, 2013.

128. Lindsley, C.W. 'Allosteric modulation of GPCRs for the treatment of CNS disorders' UT Medical Branch, Galveston, TX, September 20, 2013.

127. Dawson, E.S.; Stauffer, S.R.; Lindsley, C.W. 'Development of the BioAssay Research Database (BARD): A User Friendly perspective based on active participation from biologists and chemists' 246th ACS National Meeting Indianapolis, IN, September 8, 2013.

126. Hopkins, C.R.; Engers, D.W.; Frist, A.Y.; Lindsley, C.W.; Hong, C.H. 'Development of a potent and ALK2 selective bone morphogenetic protein receptor (BMP) inhibitor' 246th ACS National Meeting Indianapolis, IN, September 11, 2013.

125. Gentry, P.R.; Lindsley, C.W. 'Discovery of ML326: The First Sub-micromolar, Selective $M_5$ PAM' 246th ACS National Meeting Indianapolis, IN, September 11, 2013.

124. Engers, D.W.; Ennis, E.A.; Ruggerio, A.M.; Blakely, R.D.; Hopkins, C.R.; Lindsley, C.W. 'Discovery and Structure-Activity Relationship of a Novel Choline Transporter Inhibitor (ML352)' 246th ACS National Meeting Indianapolis, IN, September 9, 2013.

123. Lindsley, C.W. 'Adventures in Allosteric Drug Discovery' Portoghese Award Lecture, 246th ACS National Meeting, Indianapolis, IN, September 10, 2013.

122. Lindsley, C.W. 'Development of allosteric inhibitors of phospholipase D: engineering isoform selectivity and emerging therapeutic applications' Medicinal Chemistry Gordon Research Conference, New London, NH, August 5, 2013.

121. Lindsley, C.W. 'Allosteric modulation of GPCRs' Merck Research Laboratories, Rahway, NJ, May 1, 2013.

120. Lindsley, C.W. 'Chemical Optimization of Direct Inhibitors of Phospholipase D (PLD)' 245th ACS National Meeting, New Orleans, LA, April 9, 2013.

119. Guha, R.; Lahr, D.; Bittker, J.; Chung, T.D.; Southern, M.; Chatwin, S.; Yang, J.J.; Ursu, O.; Bologa, C.G.; Oprea, T.I.; Dawson, E.; Stauffer, S.R.; Lindsley, C.W.; Vempati, U.; Kucuk, H.; Schurer, S.C.; Brudz, S.; Clemons, P.A.; de Souza, A.; Southall, N.; Nguyen, D-T.; Braisted, J.; Peryea, T. 'BioAssay Research Database: A platform to support collection, management and analysis of chemical biology data' 245th ACS National Meeting, New Orleans, LA, April 9, 2013.

118. Panarese, J.D.; Lindsley, C.W. 'Biomimetic synthesis and biological evaluation of Aplidiopsamine A and unnatural analogs' 245th ACS National Meeting, New Orleans, LA, April 8, 2013.

117. Lindsley, C.W. 'Novel, non-dopaminergic approaches for the treatment of schizophrenia' William K. Warren, Jr. Frontiers in Neuroscience Conference, LIBR Institute, Tulsa, OK, November 13, 2012.

116. Morrsion, R.D.; Byers, F.W.; Burleigh, J.; Blobaum, A.L.; Niswender, C.M.; Jones, C.K.; Emmitte, K.A.; Lindsley, C.W.; Conn, P.J.; Mutlib, A.; Daniels, J.S. 'Evaluating the in vivo clearance of a novel mGlu5 NAM employing selective inhibition of aldehyde oxidase and cytochrome P450' 18th North American Regional ISSX Meeting, Dallas, TX, October 14-18, 2012.

115. Bridges, T.M.; Rook, J.M.; Noetzel, M.J.; Morrison, R.D.; Blobaum, A.L.; Byers, F.W.; Stauffer, S.R.; Lindsley, C.W.; Jones, C.; Niswender, C.M.; Conn, P.J.; Daniels, J.S. 'Biotransformation of a novel positive allosteric modulator of mGlu5 produces adverse events in rats: evidence for receptor agonism-dependent seizures induced by oxidative metabolism' 18th North American Regional ISSX Meeting, Dallas, TX, October 14-18, 2012.

114. Blobaum, A.L.; Bridges, T.M.; Byers, F.W.; Mattmann, M.E.; Morrison, R.D.; Mackie, C.; Lavreysen, H.; Bartolome, J.M.; MacDonald, G.J.; Steckler, T.; Jones, C.K.; Niswender, C.M.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R.; Daniels, J.S. 'The heterotropic activation of the midazolam hydroxylase activity of P450 3A by a GPCR allosteric modulator' 18th North American Regional ISSX Meeting, Dallas, TX, October 14-18, 2012. 113.

113. Grannan, M.D.; Bubser, M.; Mulder, M.J.; Byun, N.E.; Bridges, T.M.; Wood, M.R.; Lindsley, C.W.; Conn, P.J.; Jones, C.K. 'The role of the M4 positive allosteric modulator VU0152100 in reversing psychostimulant-induced dopamine release and behaviors' Neuroscience 2012, New Orleans, LA, October 13-17, 2012.

112. Byun, N.E.; Barry, R.L.; Damon, S.M.; Avison, M.J.; Bridges, T.M.; Lindsley, C.W.; Conn, P.J.; Gore, J.C.; Jones, C.K. 'The M4 muscarinic acetylcholine receptor positive allosteric modulator VU0152100 modulates dopaminergic network activity: a functional connectivity study' Neuroscience 2012, New Orleans, LA, October 13-17, 2012.

111. Dickerson, J.W.; Nedelcovych, M.T.; Stauffer, S.R.; Hopkins, C.R.; Niswender, C.M.; Lindsley, C.W.; Jones, C.K.; Conn, P.J. 'Effect of metabotropic glutamate receptor activation on neuroinflammation' Neuroscience 2012, New Orleans, LA, October 13-17, 2012.

110. Ghoshal, A.; Pouget, P.; Byun, N.; Stauffer, S.R.; Rook, J.M.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Lindsley, C.W.; Conn, P.J. 'Role of mGlu5 on sensory processing in vivo: effect of mGlu5 PAM VU0360172 on spontaneous neural physiology' Neuroscience 2012, New Orleans, LA, October 13-17, 2012.

109. Rook, J.M.; Noetzel, M.J.; Pouliot, W.A.; Bridges, T.M.; Vinson, P.N.; Zhou, Y.; Gogliotti, R.D.;

Manka, J.T.; Stauffer, S.R.; Niswender, C.M.; Dudek, F.E.; Daniels, J.S.; Jones, C.K.; Lindsley, C.W.; Conn, P.J. 'Molecular actions of positive allosteric agonists of mGlu5 determine efficacy versus adverse liability in animal models' Neuroscience 2012, New Orleans, LA, October 13-17, 2012.

108. Amato, R.J.; Joffe, M.E.; Morrison, R.D.; Rodriguez, A.L.; Felts, A.S.; Emmitte, K.A.; Daniels, J.S.; Conn, P.J.; Lindsley, C.W.; Jones, C.K. 'Potential of partial negative allosteric modulators of the metabotropic glutamate receptor subtype 5 for reversal of cocaine self-administration' Neuroscience 2012, New Orleans, LA, October 13-17, 2012.

107. Manka, J.; Jacobs, J.; Zhou, Y.; Vinson, P.N.; Jadhav, S,; Herman, E.J.; Lavreysen, H.; Mackie, C.; Bartolome, J.M.; MacDonald, G.J.; Steckler, T.; Daniels, J.S.; Weaver, C.D.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Bicyclic tetrahydronaphthyridine ethers as positive allosteric modulators of mGlu5' 244th ACS National Meeting, Philadelphia, PA August 21, 2012.

106. O'Reilly, M. C.; Scott, S.A.; Lavieri, R.; Brown, H.A.; Lindsley, C.W. 'Design, synthesis and biological significance of potent, isoform selective inhibitors of phospholipase D2' 244th ACS National Meeting, Philadelphia, PA August 20, 2012.

105. Lindsley, C.W. 'mGlu4 PAMs for the treatment of Parkinson's disease; 244th ACS National Meeting, Philadelphia, PA August 20, 2012.

104. Malosh, C.F.; Manka, J.; Zhou, Y.; Williams, R.; Vinson, P.N.; Gregory, K.J.; Jadhav, S.; Herman, E.J.; Lavreysen, H.; Mackie, C.; Bartolome, J.M.; MacDonald, G.J.; Steckler, T.; Daniels, J. S.; Weaver, C. D.; Niswender, C.M.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. 'Investigation of monocyclic ethers as positive allosteric modulators of mGlu5' 244th ACS National Meeting, Philadelphia, PA August 21, 2012.

103. Chun, A.; Jacobs, J.; Zhou, Y.; Tokars, V.; Saldanha, S.A.; Chase, P.; Eggler, A.; Dawson, E.S.; Baez, Y.; Lindsley, C.W.; Hodder, P.; Mesecar, A.; Stauffer, S.R. 'Discovery of the noncovalent SARsS-CoV 3CLpro proteinase inhibitor ML188 and further optimization of the *N*-anilido P2 subgroup' 244th ACS National Meeting, Philadelphia, PA August 21, 2012.

102. Lindsley, C.W. 'Molecular switches on mGluR allosteric ligands that modulate modes of pharmacology and/or selectivity'243rd ACS National Meeting, San Diego, CA, March 29, 2012.

101. Lindsley, C.W.; MacDonald, G. 'Development of novel reagents for the treatment of schizophrenia' 243rd ACS National Meeting, San Diego, CA, March 29, 2012.

100. Senter, T.J.; Fadeyi, O.O.; Lindsley, C.W. 'A General and Stereoselective Approach for the Construction of Azabicyclic Compounds: Applications in the Synthesis of Alkaloid Natural Products' 63rd ACS Regional Meeting, Richmond, VA, October 26-29, 2011.

99. Lindsley, C.W. 'Molecular Switches on mGluR Allosteric Ligands that Modulate Modes of Pharmacology and/or Subtype Selectivity' 7th Int. Meeting on mGluRs, Taromina, Sicily, October 3, 2011.

98. Lindsley, C.W. 'Development of Allosteric Modulators for Psychiatric and Neurological Disorders' Purdue University, August 31, 2011.

97. Lindsley, C.W. 'Development of Allosteric Modulators for Psychiatric and Neurological Disorders' BIOGEN IDEC, June 9, 2011.

96. Lindsley, C.W. 'Development of $M_4$ Allosteric Modulators for Psychiatric Disorders' Keystone Conference on Early Stage Drug Discovery, Snowbird, Utah, April 2, 2011.

95. Fadeyi, O.O.; Lindsley, C.W. 'Application of organocatalysis to the synthesis of pharmacological relevant scaffolds: Chiral β-fluoroamines and aziridines' 241st ACS National Meeting, March 27-31, 2011.

94. Lindsley, C.W. 'Development of $M_4$ Allosteric Modulators for Psychiatric Disorders' University of Minnesota, February 15, 2010.

93. Lindsley, C.W. 'Development of Allosteric Modulators for Psychiatric and Neurological Disorders' Broad Institute, December 1, 2010.

92. Lindsley, C.W. 'Modulation of Glutamate Signaling at Multiple Levels for Treatment of Positive Symptoms and Cognitive Disturbances in Schizophrenia' ACNP 2010, December 6, 2010.

91. Lindsley, C.W. 'Development of Allosteric Modulators for Psychiatric and Neurological Disorders' ACNP 2010, December 7, 2010.

90. Lindsley, C.W. 'Discovery and Optimization of allosteric activators of M1 and M5: Efficacy in preclinical AD models' ICAD 2010, Honolulu, HI, July 13, 2010.

89. Lindsley, C.W. ''Molecular Switches' on allosteric ligands that modulate modes of pharmacology' Gordon Research Conference on High Throughput Chemistry and Chemical Biology, Les Diableres, Switzerland, June 20, 2010.

88. Lindsley, C.W. 'Development of allosteric modulators of GPCRS, kinases and lipases' Merck Pharmaceuticals (Legacy Schering), July 22, 2010.

87. Lindsley, C.W. 'Development of allosteric modulators of GPCRS, kinases and lipases' Abbott Pharmaceuticals, June 11, 2010.

86. Lindsley, Craig W. ' Development of positive allosteric modulators of mAChRs 1, 4 and 5' Abstracts of Papers, 238th ACS National Meeting, Washington, DC, United States, August 16-20, 2009.

85. Reger, T.S.; Yang, Z-Q.; Schlegel, K-A. S.; Shu, Y.; Cube, R.V.; Mattern, C.; Rittle, K.E.; Ngo, P.L.; Shipe, W. D.; Yang, V.; Lindsley, C.W.; Barrow, J.; Coleman, P.; Hartman, G.D.; Tang, C.; Ballard, J.; Kuo, Y.; Prueksaritanont, T.; Kane, S.A.; Urban, M.O.; Liang, A.; Sain, N.M.; Uebele, V.N.; Nuss, C. E.; Doran, S.M.; Garson, S.L.; Fox, S.V.; Kraus, R.L.; Renger, J.J. 'Evaluation of potent and selective T-Type calcium channel antagonists in models of pain and insomnia' Abstracts of Papers, 237th ACS National Meeting, Salt Lake City, UT, United States, March 22-26, 2009

84. Felts, A.S.; Lindsley, C.W. 'Development of novel chemotypes for negative allosteric modulation of mGluR5' Abstracts of Papers, 237th ACS National Meeting, Salt Lake City, UT, United States, March 22-26, 2009.

83. Robertson, S.D.; Matthies, H.; Bibus-Christianson, N.; Kennedy, J.P.; Lindsley, C.W.; Blakely, R.D.; Galli, A. 'Insulin regulation of the norepinephrine transporter (NET)' Society for Neuroscience, Washington, D.C., November 15-19, 2008.

82. Speed, N.; Owens, W.A.; Matthies, H.; Saunders, C.; Situ, M.; Kennedy, J.P.; Vaughan, R.; Lindsley, C.W.; Niswender, K.; Daws, L.C.; Galli, A. 'Insulin regulation of the dopamine transporter' Society for Neuroscience, Washington, D.C., November 15-19, 2008.

81. Oluwatola, O.O.; Engers, D.W.; Sulikowski, G.A.; Lindsley, C.W. 'Advances in the Development of Positive Allosteric Modulators for Metabotropic Glutamate Receptor Subtype 5 (mGluR5)' 60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN, United States, November 12-15, 2008.

80. Kennedy, J.P.; Lindsley, C.W. 'Progress toward the Total Synthesis of Piperazimycin A' 60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN, United States, November 12-15, 2008.

79. Lewis, J.A.; Daniels, R.N.; Lindsley, C.W. 'Total Synthesis of Ciliatamides A - C: Stereochemical Revision and Unnatural Analogs' 60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN, United States, November 12-15, 2008.

78. Wang, E.A.; Daniels, R.N.; Melancon, B.J.; Sulikowski, G.A.; Lindsley, C.W. 'Efforts toward the Ethylideneproline Core of Lucentamycins A-D. 60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN, United States, November 12-15, 2008.

77. Daniels, R.N.; Lindsley, C.W. 'Total Synthesis of Lucentamycins A-D' Abstracts, 60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN, United States, November 12-15, 2008.

76. Davis, A.A.; Brady, A.E.; Heilman, C.J.; Gurevich, V.V.; Lindsley, C.W.; Conn, P.J.; Lah, J.J.; Levey, A.I. 'The novel allosteric agonist TBPB activates M1 muscarinic acetylcholine receptors without inducing arrestin recruitment or functional desensitization' Society for Neuroscience, Washington, DC, Nov. 15-19th, 2008.

75. Lindsley, C.W. 'An Allosteric Approach for the Modulation of Class A GPCRs: Potential New Therapeutics for Schizophrenia and Alzheimer's Disease' NYAS Novel Approaches to 7-Transmembrane Receptor Therapeutics, New York, NY September 23, 2008.

74. Lewis, J.A.; Jaboin, J.; Tu, T.; Daniels, R.N.; Wiley, C.D.; Lindsley, C.W.; Hallahan, D.E. 'Development of Radiation Sensitizers that Inhibit Bone Marrow X Kinase' Radiation Research Society Meeting, Boston, MA September 21-25, 2008.

73. Hammond, A.S.; Rodriguez, A.L.; Engers, D.W.; Jones, C.K.; Ayala, J.; Chen, Y.; Venable, D.F.; Oluwatola, O.; Lindsley, C.W.; Conn, P.J. 'Optimization of mGluR5 PAMs related to ADX47273' 6th International Meeting on Metabotropic Glutamate Receptors, Taormina, Sicily – Italy, September 14-19, 2008.

72. Lindsley, C.W. 'Challenges in the development of mGluR allosteric ligands: Medicinal chemistry strategies to address confounding structure-activity-relationships' 6th International Meeting on Metabotropic Glutamate Receptors, Taormina, Sicily – Italy, September 14-19, 2008.

71. Hammond, A.S.; Rodriguez, A.L.; Lindsley, C.W.; Conn, P.J. 'Members of a novel benzamide structural class act as positive allosteric modulators of metabotropic glutamate receptor subtype 5 by binding to a site other than that of 2-methyl-6-(phenylethynyl)pyridine and its analogs' 6th International Meeting on Metabotropic Glutamate Receptors, Taormina, Sicily – Italy, September 14-19, 2008.

70. Hamill, T.G.; Jennings, A.S.R.; Lewis, R.T.; Pike, A.; Thomas, S.; Wood, S.; Street, L.; Patel, S.; Wisnoski, D.; Wolkenberg, S.E.; Lindsley, C.W.; Zhao, Z.; Krause, S.M.; Ryan, C.; Michener, M. ;Williams, D.; Zeng, Z.; Miller, P.; Riffel, K.; Eng, W.; Gibson, R.E.; Sur, C.; Hargreaves, R.; Burns, H.D. 'Synthesis and characterization of glycine transporter (GlyT1) PET ligands' 236th ACS National Meeting, Philadelphia, PA, August 17-21, 2008.

69. Pawluczyk, J.M.; McClain, R.T.; Mulhearn, J.J., Jr.; Rudd, D.J.; Denicola, C.; Lindsley, C.W. 'Microwave initiated living free radical polymerization: Optimization of the preparative scale synthesis of Rasta resins. 236th ACS National Meeting, Philadelphia, PA, August 17-21, 2008.

68. Lindsley, C.W. 'Discovery of Centrally Active M1 and M4 Positive Allosteric Modualtors' Gordon Research Conference on Medicinal Chemistry, New London, NH, August 4-8, 2008 (invited Speaker).

67. Lindsley, C.W. 'Development of allosteric ligands of Class A and Class C GPCRs Boston University's 9th Annual Symposium on Chemical Synthesis: Advances and Applications' Boston University, Boston, MA, June 27, 2008 (invited speaker).

66. Speed, N.; Owens, W.A.; Williams, J.M.; Saunders, C.; Siuta, M.; Kennedy, J.P.; Lindsley, C.W.; Niswender, K.; Avison, M.J.; Daws, L.C.; Galli, A. 'How sweet is DAT: insulin regulation of dopamine transporter activity' ACNP 47th Annual Meeting, Scottsdale, AZ, December 7-11, 2008.

65. Doughty, S.E.; Bibus-Christianson, N.; Kennedy, P.; Lindsley, C.; Blakely, R.D.; Galli, A. 'Insulin regulation of the norepinephrine transporter' Society for Neuroscience, Washington, DC, November 15-19, 2008 .

64. Lindsley, C.W. 'Discovery and development of allosteric modulators of Class A and Class C GPCRs'235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008 (invited speaker).

63. Lewis, L.M.; Sheffler, D.; Williams, R.; Bridges, T.M.; Kennedy, J.P.; Brogan, J.T.; Mulder, M.J.; Williams, L.; Nalywajko, N.T.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Discovery and development of of a highly selective and centrally active M1 antagonist' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008.

62. Bridges, T.M.; Jones, C.K.; Brady, A.; Marlo, J.E.; Rodriguez, A.L.; Niswender, C.M.; Sheffler, D.; Kennedy, P.; Williams, R.; Orton, D.; Kim, K.; Williams, L.; Mulder, M.; Lewis, M.; Shirey, J.K.; Davis, A.A.; Lah, J.J.; Levey, A.I.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Subtype-selective allosteric modulation of the M1 and M4 muscarinic receptors' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008.

61. Le, U.M.; Iwamoto, H.; Yuan, H.; DeFelice, L.; Lindsley, C.W. 'Targeting serotonin transporter channel activity aids in the development of therapeutic drugs for clinical depression' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008.

60. Sharma, S.; Williams, R.; Rodriguez, A.L.; Niswender, C.M.; Weaver, C.D.; Conn, P. J.; Lindsley, C.W. 'Synthesis and SAR of a partial mGluR5 antagonist lead: Unexpected modulation of pharmacology with slight structural modifications to a 5-(phenylethynyl)pyrimidine scaffold' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008

59. Daniels, R.N.; Lindsley, C.W. 'Total synthesis of lucentamycins' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008.

58. Thomsen, M.; Conn, P.J.; Lindsley, C.W.; Fink-Jensen, A.; Caine, S.B. 'Modulation of cocaine discrimination by muscarinic ligands in mice' Experimental Biology 2008, San Diego, CA, April 5-9, 2008.

57. Bridges, T.M.; Jones, C.K.; Brady, A.; Marlo, J.E.; Rodriguez, A.L.; Niswender, C.M.; Sheffler, D. Kennedy, P.; Williams, R.; Orton, D.; Kim, K.; Williams, L.; Mulder, M.; Lewis, M.; Shirey, J.K.; Davis, A.A.; Lah, J.J.; Levey, A.I.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Discovery and characterization of novel, highly-selective agonists and antagonists of mAChR1: *In vitro* and *in vivo* profiles relevant to Alzheimer's disease and schizophrenia' ASPET Centennial Meeting, Experimental Biology 2008, San Diego, CA, April 5-9, 2008.

56. Brady, A.E.; Bridges, T.M.; Thompson, A.D.; Yin, H.; Shirey, J.K.; Lindsley, C.W.; Conn, P.J. 'Characterization of novel and selective positive allosteric modulators (PAMs) of the M4 muscarinic acetylcholine receptor (mAChR)' ASPET Centennial Meeting, Experimental Biology 2008, San Diego, CA, April 5-9, 2008.

55. Lindsley, C.W. 'De novo design of potent GlyT1 inhibitors: *In vitro* and *in vivo* profiles' ASPET Centennial Meeting, Experimental Biology 2008, San Diego, CA, April 5-9, 2008 (invited speaker).

54. Ray. W.J.; Seager, M.; Ma, L.; Wittman, M.; Getty, K.; Marlatt, M.; Crouthamel, M-C.; Wu, G.; Sankaranarayananan, S.; Simon, A.; Burno, M.; Jones, K.; Graufileds, V.K.; Bickel, D.; Posavec, D.; Cook, J.; Veng, L.; Kuduk, S.; Sur, C.; Shipe, W.; Lindsley, C.; Kinney, G.; Pascarella, D. Jacobson, M.; Seabrook, G. 'Allosteric potentiation of the M1 muscarinic receptor provides unprecedented selectivity and a novel therapeutic strategy for the treatment of Alzheimer's Disease' Keystone Symposium on Alzheimer's Disease (C7), Keystone, CO, March 24-27, 2008.

53. Myers-Johnson, K.A.; Niswender, C.M.; Luo, Q.; Ayala, J.E.; Rodriguez, A.L.; Marlo, J.E.; Days, E.L.; Nalawajko, N.T.; Lornsen, K.A.; Williams, M.; Lewis, M.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Discovery, synthesis and SAR of a series of novel positive allosteric modulators of metabotropic glutamate receptor subtype 4' Society for Neuroscience, San Diego, CA November 6, 2007.

52. Miller, T.W.; Perez-Torres, M.; Guix, M.; Lindsley, C.W.; Arteaga, C.L. 'Loss of PTEN confers hormone-independent and anti-estrogen resistance to hormone receptor-positive human breast cancer cells' AACR special conf. on breast cancer, San Diego, CA, October 17-20, 2007.

51. Buck, J.; Williams, R.; Marlo, J.; Brady, A.; Conn, P.J.; Lindsley, C.W. 'Development of M1 muscarinic receptor modulators' ACS WRM, San Diego, CA, October 9-13, 2007.

50. Lewis, J.A.; Orton, D.; Fu, A.; Lindsley, C.W.; Hallahan, D.E. 'Development of phosphatidylinostitol-3 kinase inhibitors as cancer therapeutics' ACS WRM, San Diego, CA, October 9-13, 2007.

49. Barrow, J.; Yang, Q.; Shipe, W.D.; Lindsley, C.W.; Ynag, F.V.; Bieber, K.; Shu, Y.; Rittle, K.E.; Zrada, M.M.; Hartman, G.D.; Tang, C.; Ballard, J.; Kuo, Y.; Adarayan, E.D.; McLoughlin, D.; Prueksartitanot, T.; Uebele, V.N.; Nuss, C.E.; Doran, S.; Fox, S.; Kraus, R.L.; Vargas, H.M.; Bunting, P.; Woltmann, R.; Magee, M.; Koblan, K.; Renger, J.J. 'Discovery and optimization of selective, brain-penetrant T-type calcium channel antagonists' ACS-EFMC Frontiers in CNS and Oncology Medicinal Chemistry, Sienna, Italy, October 7-9, 2007.

48. Bridges, T.; Brady, A.; Shirey, J.; Marlo, J.; Jones, C.K.; Conn, P.J.; Lindsley, C.W. 'Sub-type selective allosteric modualtion of the M1 and M4 muscarinic receptors: novel agonists and potentiators relevant to Alzheimer's disease and schizophrenia' ACS-EFMC Frontiers in CNS and Oncology Medicinal Chemistry, Sienna, Italy, October 7-9, 2007 (voted best poster).

47. Lindsley, C.W. 'Natural Product Guided Synthesis: Total Synthesis, Molecular Editing and Biological Evaluation of Natural Products' ICCA X, Nashville, TN, August 12-15, 2007 (invited speaker).

46. Williams, R.; Jones, C.; Brady, A.; Conn, P.J.; Lindsley, C.W. 'Development of M1 muscarinic modulators' Gordon Research Conference on Combinatorial Chemistry, New London, NH, June 3-7, 2007.

45. Lindsley, C.W. 'Preclinical Drug Discovery in an Academic Setting - It is Possible' Gordon Research Conference on Combinatorial Chemistry, New London, NH, June 3-7, 2007 (invited speaker).

44. Zhao, Z.; Nolt, M.B.; McDonald, T.P.; Maxwell. J.W.; Kinose, F.; Thut, C.; Lindsley, C.W.; Wolkenberg, S.E. 'Discovery of selective agonists of somatostatin receptor subtype 2 (SSTR2): application of an iterative analogue library approach' ACS MARM 2007, Ursinus College, Collegeville, PA May 16, 2007.

43. Lindsley, C.W. 'Development of novel, centrally active GlyT1 inhibitors that further validate the NMDA hypofunction hypothesis of schizophrenia in preclinical animal models' International Congress on Schizophrenia Research (ICOSR), Colorado Springs, CO, March 28-May1, 2007.

42. Lindsley, C.W. 'Progress towards validation of the NMDA hypofunction hypothesis of schizophrenia: discovery and development of centrally active glycine transporter (GlyT1) inhibitors'

American College of Neuropsychopharmacology 45th Annual Meeting, Hollywood, FL, December 3-7, 2006.

41. Zeng, Z.; Lemaire, W.; O'Malley, S.S.; O'Brien, J.A.; Miller, P.J.; Zhao, Z.J.; Wisnoski, D.D.; Lindsley, C.W.; Raab, C.E.; Williams, D.L.; Sur, C. 'Localization of GlyT1 in CNS tissues of rat and rhesus monkey by in vitro quantitative autoradiography using a novel GlyT1 radioligand' Society For Neuroscience 2006\ Meeting, Atlanta, Georgia, October 10, 2006.

40. Wolkenberg, S.E.; Zhao, Z.; Nolt, B.M.; Wisnoski, D.D.; Nanda, K.; Trotter, B.W.; Leister, W.H.; Hartman, G.D.; Lindsley, C.W. 'Application of an iterative analogue library approach to cardiovascular and neuroscience programs' Gordon Research Conference on Combinatorial Chemistry, Oxford, UK, August 20-25, 2006. (Voted Best Poster).

39. Lindsley, C.W. 'Discovery and development of the first centrally active mGluR5 positive allosteric modulators' Gordon Research Conference on Medicinal Chemistry, New London, NH, August 6-11, 2006 (invited speaker).

38. Nanda, K.K.; Trotter, B.W.; Nolt, M.B.; Wolkenberg, S.E., Lindsley, C.W.; Kiss, L.; Spencer, R.H.; Wang, J.; Cato, M.J.; White, R.B.; Yeh, S.; Lynch, J.J.; Regan, C.P.; Stump, G.L. 'Synthesis and characterization of a series of 2,3-diarylbutanamide Kv1.5 potassium channel antagonists' Medicinal Chemistry 30th National Symposium, Seattle, WA., June 25, 2006.

37. Dudkina, A.; Lindsley, C.W.; McClain, R.T.; Cox, A.L.; Wang, Y., Denicola, C.J. 'Toward fully automated analytical support for high-throughput medicinal chemistry' High Performance Liquid Phase Separations 30th International Symposium (HPLC 2006), San Francisco, California, May 17-24, 2006.

36. Jesudason, C.D.; Beavers, L.S.; Cramer, J.W.; Dill, J.; Finley, D.R.; Gleason, S.D.; Hemrick-Leuke, S.K.; Lindsley, C.W.; Nelson, D.L.G.; Stevens, F.C.; Gadski, R.A.; Oldham, S.W.; Pickard, R.T.; Siedem, C.S.; Sindelar, D.K.; Singh, A.; Watson, B.M.; Witkin, J.M.;Hipskind, P.A. '(3-Piperidin-1-yl-propoxy)-tetrahydroisoquinolines and tetrahydrozaepines: A novel series of selective H3 antagonists' 35th European Histamine Research Society Meeting, Delphi, Greece, May 10-13, 2006.

35. Wang, Y.; McClain, R.T.; Dudkina, A.; Cox, A.L.; Denicola, C.J.; Lindsley, C.W. 'Automated purification and post purification support in a high throughput synthesis group' Prep 19th International Symposium, Baltimore, Maryland, May 14-17, 2006.

34. McClain, R.T.; Varga, S.L.; Wolkenberg, S.E.; Lindsley, C.W.; Smiley, M.A.; Nolt, M.B. 'Convenient preparation of substituted 5-amino oxazoles via a microwave-assisted Cornforth rearrangement' Cambridge Health Institute: Chemistry Enabled Drug Design Meeting, San Diego, CA April 23-26, 2006.

33. Yang, F.V.; Shipe, W.D.; Lindsley, C.W. 'General microwave-assisted protocol for the expedient synthesis of quinoxalinones' Microwaves In Chemistry 4th International Conference, Orlando, FL. March 10, 2006.

32. Wisnoski, D.D.; Lindsley, C.W.; Williams Jr., D.L.; Sur, C. 'Discovery and development of the first centrally active mGluR5 positive allosteric modulators' Gordon Research Conference on Combinatorial Chemistry, Andover, NH, August 21-26, 2005 (invited poster).

31. Lindsley, C.W. 'Lead optimization driven by iterative analogue library synthesis: development of of novel allosteric Akt kinase inhibitors' Gordon Research Conference on Combinatorial Chemistry, Andover, NH, August 21-26, 2005 (invited speaker).

30. Lindsley, C.W. 'Hit-to-Lead-to-Proof of Concept: Akt kinase inhibitors and mGluR5 positive allosteric modulators' World Pharmaceutical Congress - Hit-to-Lead: Streamling Lead Generation to Enhance Downstream Success, Philadelphia, PA May 24-25, 2005 (invited speaker).

29. Lindsley, C.W. 'Discovery and development of the first centrally active mGluR5 positive allosteric modulators' ACS Mid-Atlantic Regional Meeting, Rutgers University, New Brunswick, NJ, May 23, 2005 (invited speaker).

28. Lindsley, C.W. 'Technology Enabled Synthesis: A new paradigm for lead optimization' ACS ProSpectives on Medicinal Chemistry, Boston, MA, May 15-18, 2005 (invited speaker).

27. Zhao, Z.; Leister, W.H.; Wisnoski, D.D.; Wang, Y.; Wolkenebrg, S.E.; Lindsley, C.W. 'Microwave-assisted organic synthesis of quinoxalines and 5,6-diphenylpyrazin-2(1*H*)-one libraries as isoyzme selective Akt inhibitors' ACS ProSpectives on Medicinal Chemistry, Boston, MA, May 15-18, 2005.

26. Lindsley, C.W. 'Technology enhanced medicinal chemistry: development of allosteric Akt kinase inhibitors' The Royal Society of Chemistry – High Throughput Medicinal Chemistry, London, UK, May 10, 2005 (invited speaker).

25. Lindsley, C.W. 'Technology Enabled Synthesis: application to the development of the first centrally active mGluR5 positive allosteric modulators' Vanderbilt Institute of Chemical Biology Nashville, TN, February 9, 2005 (invited speaker).

24. Huber, H.E.; Barnett, S.F.; Defeo-Jones, D.; Hancock, P.J.; Haskell, K.M.; Jones, R.E.; Leander, K.R.; Lindsley, C.W.; Robinson, R.G.; Zhao, Z.J. 'Akt inhibitors as chemosensitizers' Nature Biotechnology 2005 Winter Symposium, Miami, FL, February 5-9, 2005.

23. Lindsley, C.W. 'Application of microwave-assisted organic synthesis (MAOS) for lead optimization' LabAutomation 2005, San Jose, CA, February 3, 2005 (invited speaker).

22. Wang, Y.; Leister, W.; McClain, R.; Dudkina, A.; Wolkenberg, S.W.; Lindsley, C.W. 'Automated post-purification sample handling in a high-throughput medicinal chemistry group' LabAutomation 2005, San Jose, CA, February 3, 2005.

21. Zhao, Z.; Wisnoski, D.D.; Leister, W.H.; Wang, Y.; Wolkenberg, S.E.; Lindsley, C.W. 'Microwave-assisted organic synthesis of quinoxaline and 5,6-diphenylpyrazin-2(1*H*)-one libraries as Akt inhibitors' Microwave User Group Meeting, Princeton, New Jersey, October 26, 2004.

20. Balitza, A.E.; Barnett, S.F.; Bilodeau, M.T.; Defeo-Jones, D.; Hartman, G.D.; Hoffman, J.M.; Huber, H.E. Jones, R.E.; Kral, A.M.; Lindsley, C.W.; Manley, P.J.; Robinson, R.G.; Smith, A.M. 'Development of diaryl-naphthyridine inhibitors of Akt kinase' American Chemical Society 228th National Meeting, Philadelphia, Pennsylvania, August 22-28, 2004.

19. Lindsley, C.W. 'Establishing an effective lead discovery and development operation' The National Institute of Health, Bethesda, MD., August 27, 2004 (invited speaker).

18. Defeo-Jones, D.; Barnett, S.F.; Hancock, P.J.; Haskell, K.M.; Leander, K.R.; Fu, S.; Robinson, R.G.; Huber, H.E.; Jones, R.E.; Zhao, Z.; Duggan, M.E.; Lindsley, C.W. 'Tumor cell sensitization to apoptotic stimuli by selective inhibition of specific Akt/PKB family members'Gordon Research Conference on Cancer Models and Mechanisms, Salve Regina University, New Port, RI, August 1-6, 2004.

17. Lindsley, C.W. 'Development pleckstrin homology domain dependent and isozyme selective Akt kinase inhibitors' Gordon Research Conference on Medicinal Chemistry, New London, NH, August 1-6, 2004 (invited speaker).

16. Defeo-Jones, D.; Barnett, S.F.; Hancock, P.J.; Haskell, K.M.; Leander, K.R.; Fu, S.; Robinson, R.G.; Huber, H.E.; Jones, R.E.; Zhao, Z.; Duggan, M.E.; Lindsley, C.W. 'Tumor cell sensitization to apoptotic stimuli by selective inhibition of specific Akt/PKB family members' Anti-Cancer Drug Discovery and Development, 6th Annual Summit, Philadelphia, PA July 21-23, 2004.

15. Leister, W.H.; Lindsley, C.W. 'Complete high throughput analytical support for drug discovery: from customization of a preparative liquid chromatograph/mass spectrometer to plating samples for screening' World Pharmaceutical Congress - Hit-to-Lead: Streamlining Lead Generation to Enhance Downstream Success, Philadelphia, PA May 18-19, 2004.

14. Lindsley, C.W. 'The challenges of establishing an effective lead discovery and development group' World Pharmaceutical Congress - Hit-to-Lead: Streamling Lead Generation to Enhance Downstream Success, Philadelphia, PA May 18-19, 2004 (invited speaker).

13. Duggan, M.E.; Lindsley, C.W.; Leister, W.H.; Strauss, K.A.; Wang, Y.; Wisnoski, D.D.; Zhao, Z. 'Application of enabling technologies to expedite drug discovery' Advances in Synthetic, Combinatorial and Medicinal Chemistry International Symposium, Moscow, Russia May 5-8, 2004.

12. Lindsley, C.W. 'Technology enhanced medicinal chemistry' CHI's Molecular Medicine Triconference: Mastering Medicinal Chemistry, San Francisco, CA March 26, 2004 (invited speaker).

11. Lindsley, C.W. 'Target and diversity-oriented organic synthesis employing microwave technology' 2nd International Microwaves in Chemistry Conference, Orlando, FL, March 5, 2004 (invited speaker).

10. Williams, D.L., O'Brien, J. A., Lemaire, W., Wittmann, M., Chen, T., Chang, R.S.L., Jacobson, M.A., Ha, S.N., Wisnoski, D.D., Lindsley, C.W., Sur, C., Duggan, M.E., Pettibone, D.J., Conn, P.J. 'Actions of a novel allosteric potentiator of mGluR5 in recombinant and native systems' Society for Neuroscience, New Orleans, LA, November 8-12, 2003.

9. Lindsley, C.W. 'Methodology and tools to expedite the synthesis and purification of analog libraries' 35th ACS Central Regional Meeting, Pittsburgh, PA, October 22, 2003 (invited speaker).

8. Lindsley, C.W. 'Microwave-assisted organic synthesis: A powerful approach for small molecule construction and the expedient development of new materials' Mid-Atlantic Fall Symposium on Microwave-Assisted Organic Synthesis, Iselin, NJ, October 16, 2003 (invited speaker).

7. Lindsley, C.W. 'Technology enhanced medicinal chemistry – practical tools to accelerate lead discovery and development' Presented at Meeting the Challenges of Modern Medicinal Chemistry East Brunswick, NJ, October 2, 2003 (invited speaker).

6. Lindsley, C.W. 'Microwave-mediated synthesis: A powerful approach for small molecule construction and the expedient development of new materials' Mid-Atlantic Symposium on Microwave-Assisted Organic Synthesis, King of Prussia, PA, June 19, 2003 (invited speaker).

5. Williams, D.L. Jr.; O'Brien, J.A; Lemaire, W. Chen, T.B. Chang, R.S.L.; Jacobson, M.A., Ha, S.N.; Wisnoski, D. D.; Lindsley, C. W.; Sur, C.; Duggan, M.E.; Pettibone, D.J.; Conn, P. J. 'Difference in mGluR5 interaction between positive allosteric modulators from two structural classes' New York Academy of Sciences Meeting on Glutamate and Disorders of Cognition and Motivation, New Haven CT, 13-15 April 2003.

4. Lindsley, C.W. 'Fluorous technology for solution phase parallel synthesis' University of Pittsburgh, Departmental Seminar, Pittsburgh, PA, September 17, 2002 (invited speaker).

3. Lindsley, C. W. 'West Point's Technology Enabled Synthesis (TES) group: A targeted library approach to chemical lead development for nascent programs' Merck Chemistry Council Medicinal Chemistry Conference, La Sapiniere Resort, Val David, Quebec, Canada, June 15-19, 2002.

2. Lindsley, C. W. 'Biomimetic solid-phase synthesis of benzoxanthenone unnatural products', University of California, Santa Barbara, Departmental Seminar, Santa Barbara, CA, November 17, 1998 (invited speaker).

1. Lindsley, C. W. 'Novel bi-directional organometallic linchpins for all-E polyene synthesis

   Chemistry Alumni Research Symposium (CARS), California State University, Chico, Chico, CA 1997

**Webinars**

1. Lindsley, C.W. 'A New Resurgence of Neuroscience R&D' WuXi AppTec, March 27, 2014.

2. Lindsley, C.W. 'Lead Optimization' ACS Webinars, 2014 Drug Discovery Series, May 29, 2014.

3. Lindsley, C.W. 'Multiple Models for Academic-Industrial Collaborations' C&E News Webinar Series, September 24, 2014.

4. Lindsley, C.W. 'Lab of Today: Tips for Setting Up Great Research Labs' C&E News Webinar Series, June 22, 2017.

5. Lindsley, C.W. 'How to Optimize Central Nervous System Therapeutics: Med Chem Strategies, Tactics, and Workflows' ACS Webinar Series, July 26, 2018.

**References**

Prof. Matthew D. Shair
Harvard University
12 Oxford St.
Cambridge, MA 02138
(617) 495-5008
shair@chemistry.harvard.edu

Prof. Bruce Lipshutz
UC Santa Barbara
Dept. of Chemistry.
Santa Barbara, CA 93106
(805) 893-2521
lipshutz@chem.ucsb.edu

Prof. Stuart Schreiber
Broad Institute
12 Oxford St.
Cambridge, MA 02138
(617) 495-1426
sls@slsiris.harvard.edu

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

THIS DOCUMENT RELATES TO: ALL ACTIONS

**CRAIG LINDSLEY, PH.D.**

# Exhibit B
# Materials Considered

*In Re: Zantac (Ranitidine) Products Liability Litigation*
*MDL No. 2924*

**CRAIG W. LINDSLEY, PH.D.**
**LIST OF MATERIALS CONSIDERED**

**Literature and Public Sources**


| |
|---|
| Abe Y, Yamamoto E, Yoshida H, Usui A, Tomita N, Kanno H, Masada S, Yokoo H, Tsuji G, Uchiyama N, Hakamatsuka T, Demizu Y, Izutsu KI, Goda Y, Okuda H. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. Chem Pharm Bull (Tokyo). 2020 Oct 1;68(10):1008-1012. |
| Ainge G, Poynter D. H2 receptor antagonists: ultrastructure of canine parietal cells after long term treatment with ranitidine. Scand J Gastroenterol Suppl 1981;70:143-54. |
| Alshehri YM, Alghamdi TS, Aldawsari FS. HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. J Pharm Biomed Anal 2020 Nov 30;191:113582. |
| Angrish P, Mani C, Banerjee S. Development of a validated method of testing for NDMA in ranitidine. Pharm Tech 2020;42-47. |
| ATSDR – Public Health Statement for n-Nitrosodimethylamine. Available at https://wwwn.cdc.gov/TSP/PHS/PHS.aspx?phsid=882&toxid=173 |
| ATSDR – Toxicological Profile for N-Nitrosodimethylamine (NDMA). Draft for public comment, January 2022. Accessed at https://wwwn.cdc.gov/TSP/ToxProfiles/ToxProfiles.aspx?id=884&tid=173 |
| Australian Therapeutic Goods Administration ranitidine NDMA testing. Available at TGA Laboratories testing of ranitidine medicines \| Therapeutic Goods Administration (TGA) |
| Bell JA, Dallas FA, Jenner WN, Martin LE. The metabolism of ranitidine in animals and man. Biochemical Society Transactions 1980;8:93. |
| Bharate SS. Critical Analysis of Drug Product Recalls due to Nitrosamine Impurities. J Med Chem. 2021 Mar 25;64(6):2923-2936. doi: 10.1021/acs.jmedchem.0c02120. Epub 2021 Mar 11. PMID: 33706513.DruzbickiK2018p4671 |
| Billedeau, Stanley M.; Heinze, Thomas M.; Wilkes, Jon G.; Thompson, Harold C., Jr. Application of the particle beam interface to high-performance liquid chromatography-thermal energy analysis and electron impact mass spectrometry for detection of non-volatile N-nitrosamines. Journal of Chromatography A (1994), 688(1 + 2), 55-65. |

| |
|---|
| Brambilla G, Cajelli E, Finollo R, Maura A, Pino A, Robbiano L. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screen for detecting potentially hazardous drugs. J Toxicol Environ Health 1985;15(1):1-24. |
| Brambilla G, Cavanna M, Faggin P, Maura A, Pino A, Ricci R, Robbiano L. Genetoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis 1983;4(10):1281-1285. |
| Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766. doi: 10.1001/jamanetworkopen.2020.34766. PMID: 33512515; PMCID: PMC7846938. |
| Brittain RT, Bradshaw J, Clitherow JW, Daly MJ, Jack D, Price BJ, Stables R. Ranitidine (AH 19065): a new potent, selective histamine H2-receptor antagonist. Br J Pharmacol 1979;66(3)464P. |
| Brittain RT, Daly MJ, Jack D, Martin LE, Stables R, Sutherland M. The outline of the animal pharmacology of ranitidine. The Medicine Publishing Foundation. The Clinical Use of Ranitidine; Symposium Series 5. 1982:1-10. |
| Brittain RT, Daly MJ. A review of the animal pharmacology of ranitidine - a new, selective histamine H2-antagonist. Scand J Gastroenterol Suppl 1981;69:1-9. |
| Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. Lancet 1981;1119. |
| Brittain RT, Jack D. Histamine H2-antagonists-past, present and future. J Clin Gastroenterol 1983;5 (Suppl 1);71-79. |
| Brogden RN, Carmine AA, Heel RC, Speight TM, Avery GS. Ranitidine: a review of its pharmacology and therapeutic use in peptic ulcer disease and other allied diseases. Drugs 24 1982:267-303. |
| C. Giménez-Campillo, M. Pastor-Belda, N. Campillo, M. Hernández-Córdoba, P. Viñas, Monitoring N-Nitrosamines impurities in ranitidine pharmaceuticals using microextraction and gas chromatography-mass spectrometry. Talanta https://doi.org/10.1016/j.talanta.2020.121659. |
| Carey PF, Martin LE, Evans MB. High-performance chromatographic methods for the determination of ranitidine and its metabolites in biological fluids. Chromatographia 1984;(19) 200-205. |
| Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. J Chromatography 1982;225:161-68. |

| |
|---|
| Cassens, Robert G. Use of Sodium Nitrite in Cured Meats Today. Food Technology July 1995 72-80. |
| Chauhan A, Kohn E, DelRivero J. Neuroendocrine tumors - less well known, often misunderstood, and rapidly growing in incidence. JAMA Oncology 2019;Nov epub. |
| Chen Z, Valentine RL. Formation of N-nitrosodimethylamine (NDMA) from humic substances in natural water. Environ Sci Technol 2007 Sep 1;41(17):6059-65. |
| Cholerton TJ preparation, characterisation, and breakdown products of two nitrosation products J. Chem. Soc., Perkin Trans. 2, 1985, 250-1. |
| Cholerton TJ, Clitherow J, Hunt JH, Mackinnon JW, Martin-Smith M, Price BJ, Murray-Rust J, Murray-Rust P. Preparation, characterisation, and breakdown products of two nitrosation products of ranitidine. J Chem Res (S) 1985;250-51. |
| Cholerton TJ, Hunt JH, Klinkert G, Martin-Smith M. Spectroscopic studies on ranitidine - its structure and the influence of temperature and pH. J Chem Soc Perkin Trans II 1984;1762-66. |
| Cholerton TJ, Hunt JH, Klinkert, G, Martin-Smith M. Spectroscopic Studies on Ranitidine – its Structure and the Influence of Temperature and pH. J. Chem. Soc., Perkin Trans. 2, 1984, 1761-6 |
| Code of Federal Regulations: Title 21, Chapter I, Subchapter A, Part 58. Good Laboratory Practice for Nonclinical Laboratory Studies. Accessed March 2, 2022. Available at https://www.ecfr.gov/current/title-21/chapter-I/subchapter-A/part-58 |
| Coulston F 1978. The Potential Carcinogenicity of Nitrosatable Drugs. WHO Symposium, June 1978 |
| Creutzfeldt W. The achlorhydria-carcinoid sequence: role of gastrin. Digestion 1988;39:61-79. |
| Cross, D. M., Bell, J. A., & Wilson, K. (1995). Kinetics of ranitidine metabolism in dog and rat isolated hepatocytes. *Xenobiotica*, *25*(4), 367-375. |
| Daly MJ, Price BJ. Ranitidine and other H2-receptor antagonists: recent developments. Progress in Medicinal Chemistry 1983;20:337-68. |
| De Bernardinis G, Guadagni S, Pistoia MA, Amicucci G, Masci C, Agnifili A, Carboni M. Gastric juice nitrite and bacteria in gastroduodenal disease and resected stomach. Tumori. 1983 Jun 30;69(3):231-7. PMID: 6868141. |
| De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genetoxicity of nitrosated ranitidine. Carcinogenesis 1983;4(3):225-60. |

| |
|---|
| De Flora S. Cimeditine, ranitidine, and their mutagenic nitroso derivatives. Lancet 1981;993-4. |
| Decktor DL, Pendleton RG, Kellner AT, Davis MA. Acute effects of ranitidine, famotidine and omeprazole on plasma gastrin in the rat. J Pharmacol Exp Ther 1989;249(1):1-5. |
| del Risco FG, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bergogne-Berezin E, Bonfils S. Influence de la ranitidine Durant une periode de 24 heures sur la teneur en nitrites, nitrates, nitrosamines et sur la flore bacterienne du suc gastrique du sujet sain. Gastroenterol Clin Biol 1984;8:749-53. |
| Dixon GT, Fowler PA, Maconochie JG. Preclinical volunteer studies with ranitidine. The Clinical Use of Ranitidine: Symposium Series 5. Pharmacology and Basic Studies. 1982:11-17. |
| Eddershaw PJ, Chadwick AP, Higton DM, Fenwick SH, Linacre P, Jenner WN, Bell A, Manchee GR. Absorption and disposition of ranitidine hydrochloride in rat and dog. Xenobiotica 1996;26(9):947-56. |
| Elder JB, Burdett K. Effect of H2 blockers on intragastric nitrosation as measured by 24-hour urinary secretion of N-nitrosoproline. IARC Sci Publ 1984;57:969-74. |
| Emery Pharma. (2020, January 2). Emery Pharma Citizen Petition (Docket No. FDA-2020-P-0042). |
| Environmental Protection Agency. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2014 (EPA 505-F-14-005). |
| EPA Drinking Water Criteria Document for Chloramines, March 1994. Accessed March 2, 2022. Available at https://www.epa.gov/sites/default/files/2015-09/documents/dwchloramine.pdf |
| EPA Method 521. Accessed March 2, 2022. Available at: https://cfpub.epa.gov/si/si_public_record_report.cfm?Lab=NERL&dirEntryId=103912 |
| FDA, U., & CBER, I. (1995). ICH-Q2A. Guideline for Industry. Text on Validation of Analytical Procedures. |
| Fine DH, Rounbehler DP. Trace analysis of volatile N-nitroso compounds by combined gas chromatography and thermal energy analysis. J Chromatogr. 1975 Jun 18;109(2):271-9. |
| Fine DH, Rufeh F, Lieb D, Rounbehler DP. Description of the thermal energy analyzer (TEA) for trace determination of volatile and nonvolatile N-nitroso compounds. Anal Chem. 1975 Jun;47(7):1188-91. |
| Fine DH, Rufeh F, Lieb D. Group analysis of volatile and non-volatile N-nitroso compounds. Nature. 1974 Feb 1;247(5439):309-10. |

| |
|---|
| Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. Published online June 28, 2021. doi:10.1001/jama.2021.9199. Supplementary Online Content 1 - 5. |
| Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jul 20;326(3):240-249. doi: 10.1001/jama.2021.9199. PMID: 34180947; PMCID: PMC8240005. |
| Food and Drug Administration (2019 September 16) Laboratory analysis of valsartan products. Available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products |
| Food and Drug Administration (2019, January 28) Combined N-nitrosodimethylamine (NDMA) and N-nitrosodiethylamine (NDEA) impurity assay by GC/MS-headspace. Available at https://www.fda.gov/media/117843/download |
| Food and Drug Administration. (2015, July). Guidance for Industry. Analytical procedures and methods validation for drugs and biologics. Available at https://www.fda.gov/files/drugs/published/Analytical-Procedures-and-Methods-Validation-for-Drugs-and-Biologics.pdf. |
| Food and Drug Administration. (2019, April 19) Combined direct injection N-nitrosodimethylamine (NDMA), N-nitrosodiethylamine (NDEA), N-nitrosoethylisopropylamine (NEIPA), N-nitrosodiisopropylamine (NDIPA), and N-nitrosodibutylamine (NDBA) impurity assay by GC-MS/MS. Available at https://www.fda.gov/media/123409/download |
| Food and Drug Administration. (2019, January 28). Combined n-nitrosodimethylamine (NDMA) and n-nitrosodiethylamine (NDEA) impurity assay by GC/MS-Headspace. Available at https://www.fda.gov/media/117843/download |
| Food and Drug Administration. (2019, November 1). Laboratory analysis of ranitidine and nizatidine products. Available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine |
| Food and Drug Administration. (2019, November 1). Statement on new testing results, including low levels of impurities in ranitidine drugs. Available at https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs |
| Food and Drug Administration. (2019, November 4). Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). Available at https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |

| |
|---|
| Food and Drug Administration. (2019, October 17). Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Method for the Determination of NDMA in Ranitidine Drug Substance and Solid Dosage Drug Product. Available at https://www.fda.gov/media/131868/download |
| Food and Drug Administration. (2019, October 2). Updates and Press Announcements on NDMA in Zantac (Ranitidine) Available at https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine |
| Food and Drug Administration. (2019, October 23). Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availaiity/fda-updates-and-press-announcements-ndma-zantac-rantitidine |
| Food and Drug Administration. (2019, September 13). Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product. Available at https://www.fda.gov/media/130801/download |
| Food and Drug Administration. (2020, April 1). All Ranitidine Products (Zantac): Press Release – FDA Requests Removal. Available at https://www.fda.gov/safety/medical-product-safety-information/all-ranitidine-products-zantac-press-release-fda-requests-removal |
| Food and Drug Administration. (2020, April 1). Media Briefing on FDA's Request for the Removal of All Ranitidine Products (Zantac) from the Market [Transcript]. Available at https://www.fda.gov/media/136672/download |
| Food and Drug Administration. (2020, April 1). Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). Available at https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |
| Food and Drug Administration. (2020, April 1). Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). Available at https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |
| Food and Drug Administration. (2020, April 1). Response to Emery Pharma (Docket No. FDA-2020-P-0042) |
| Food and Drug Administration. (2020, April 1). Response to Valisure, LLC (Docket No. FDA-2019-P-4281) |
| Food and Drug Administration. (2020, February 3). FDA Information about Nitrosamine Impurities in Medications. Available at https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications |
| Food and Drug Administration. (2020, May 21). Clinical Study to Investigate the Urinary Excretion of N-nitrosodimethylamine (NDMA) After Ranitidine Administration. Available at https://clinicaltrials.gov/ct2/show/NCT04397445 |

| |
|---|
| Food and Drug Administration. (2021, February). Guidance for Industry. Control of Nitrosamine Impurities in Human Drugs. Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs |
| Foster AB, et al. Structure and Reactivity of Nitrosocimetidine. Cancer Lett 1980 47-52. |
| Fournier D, Hawari J, Streger SH, McClay K, Hatzinger PB. Biotransformation of N-nitrosodimethylamine by Pseudomonas mendocina KR1. Appl Environ Microbiol. 2006 Oct;72(10):6693-8. doi: 10.1128/AEM.01535-06. |
| Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021;4(6):e2118253. doi:10.1001/jamanetworkopen.2021.18253. Including all of the references. |
| Garcia del Risco F, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bergogne-Berezin E, Bonfils S. Influence de la ranitidine durant une période de 24 heures sur la teneur en nitrites, nitrates, nitrosamines et sur la flore bactérienne du suc gastrique du suject sain [Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects]. Gastroenterol Clin Biol. 1984 Oct;8(10):749-53. French. PMID: 6098505. |
| Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. Cancer Res 1986 Oct;46(10):5392-400. |
| Gas Chromatography- Definition, Principle, Parts, Steps, Uses. https://microbenotes.com/gas-chromatography/ |
| Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis 1982;3(5):597-98. |
| Gillatt PN, Hart RJ, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under standardized chemical conditions. Food Chem Toxicol. 1984 Apr;22(4):269-74. |
| Gillatt PN, Hart RJ, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under standardized chemical conditions. Food Chem Toxicol. 1984 Apr;22(4):269-74. doi: 10.1016/0278-6915(84)90005-x. PMID: 6539274. |
| Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. 1985 Food Chem Toxicol. Sep;23(9):849-55. |
| Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. Food Chem Toxicol. 1985 Sep;23(9):849-55. doi: 10.1016/0278-6915(85)90286-8. PMID: 4043885. |

| |
|---|
| Giménez-Campillo C, Pastor-Belda M, Campillo N, Hernández-Córdoba M, Viñas P. Development of a new methodology for the determination of N-nitrosamines impurities in ranitidine pharmaceuticals using microextraction and gas chromatography-mass spectrometry. Talanta. 2021 Feb 1;223(Pt 2):121659. |
| Gough TA, Sugden K. Dual column gas chromatographic system for use in mass spectral determination of nitrosamines. J Chromatogr. 1975 Jun 18;109(2):265-9. |
| Goyal RK, Guo Y, Mashimo H. Advances in the physiology of gastric emptying. Neurogastroenterol Motil. 2019 Apr;31(4):e13546. doi: 10.1111/nmo.13546. Epub 2019 Feb 10. PMID: 30740834; PMCID: PMC6850045. |
| Guideline, I. C. H. Q2B (1996): Validation of analytical procedures: methodology–(CPMP/ICH 281/95) November Geneva. |
| Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf 2000;9:149-55. |
| Hall CN, Darkin D, Brimblecombe R, Cook AJ, Kirkham JS, Northfield TC. Evaluation of the nitrosamine hypothesis of gastric carcinogenesis in precancerous conditions. Gut. 1986 May;27(5):491-8. doi: 10.1136/gut.27.5.491. PMID: 3699560; PMCID: PMC1433484. |
| Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion 1990;45:189-95. |
| Haywood PA, Martin-Smith M, Cholerton TJ. Isolation and identification of the hydrolytic degradation products of ranitidine hydrochloride. J Chem Soc Perkin Trans 1987;951-954. |
| Hedenström H, Alm C, Kraft M, Grahnén A. Intragastric pH after oral administration of single doses of ranitidine effervescent tablets, omeprazole capsules and famotidine fast-dissolving tablets to fasting healthy volunteers. Aliment Pharmacol Ther. 1997 Dec;11(6):1137-41. |
| Hoffmann D, Adams JD, Brunnemann KD, Hecht SS. Assessment of tobacco-specific N-nitrosamines in tobacco products. Cancer Res. 1979 Jul;39(7 Pt 1):2505-9. |
| Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrugger RW. Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prevention 1996;5(1):83-7. |
| HPLC- Definition, Principle, Parts, Types, Uses https://microbenotes.com/high-performance-liquid-chromatography-hplc/ |
| Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208. doi: 10.1111/risa.12070. Epub 2013 Jun 20. Erratum in: Risk Anal. 2014 Mar;34(3):598. PMID: 23786353. |

| |
|---|
| Hu J, Christison T, Rohrer J. Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation. Heliyon. 2021 Feb 19;7(2):e06179. doi: 10.1016/j.heliyon.2021.e06179. PMID: 33665410; PMCID: PMC7907779. |
| Hu, J, Rohrer, J 2021 Determination of nitrite in pharmaceuticals. ThermoScientific. |
| IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Some N-Nitroso Compounds. Volume 17. 1978. |
| ICH Q3B (R2). (2006). Impurities in new drug products. Geneva, Switzerland: International Conference on Harmonisation. |
| Integra Chemical MSDS – Chloramine safety datasheet. Accessed March 2, 2020. Available at http://www.integrachem.com/msds/C434_25403_101.pdf |
| Jennifer K. Vanos, Ariane Middel, Michelle N. Poletti & Nancy J. Selover (2018) Evaluating the impact of solar radiation on pediatric heat balance within enclosed, hot vehicles, Temperature, 5:3, 276-292, DOI: 10.1080/23328940.2018.1468205 |
| Keeton, JT. History of Nitrite and Nitrate in Food. Chapter 7. Department of Nutrition and Food Science, Texas A&M University. N.S. Bryan, J. Loscalzo (eds.), Nitrite and Nitrate in Human Health and Disease, Nutrition and Health,DOI10.1007/978-3-319-46189-2_7, © Springer International Publishing AG 2017. |
| Keighley MR, Youngs D, Poxon V, Morris D, Muscroft TJ, Burdon DW, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW, et al. Intragastric N-nitrosation is unlikely to be responsible for gastric carcinoma developing after operations for duodenal ulcer. Gut. 1984 Mar;25(3):238-45. doi: 10.1136/gut.25.3.238. PMID: 6698439; PMCID: PMC1432290. |
| King FJ, Searle AD, and Urquhart, MW. Organic Process Research & Development 2020 24 (12), 2915-2926 DOI: 10.1021/acs.oprd.0c00462. |
| Klein S. The use of biorelevant dissolution media to forecast the In Vivo performance of a drug. AAPS Journal 2010;12(3):397-406. |
| Koch KM, Parr AF, Tomlinson JJ, Sandefer EP, Digenis GA, Donn KH, Powell JR. Effect of sodium acid pyrophosphate on ranitidine bioavailability and gastrointestinal transit time. Pharmaceutical Research 1993;10(7):1027-30. |
| Kodama K, Sumii K, Kawano M, et al. Gastric juice nitrite and vitamin C in patients with gastric cancer and atrophic gastritis: is low acidity solely responsible for cancer risk?. Eur J Gastroenterol Hepatol. 2003;15(9):987-993. doi:10.1097/00042737-200309000-00008. |

| |
|---|
| Kodamatani H, Sugihara K, Tanisue T, Kanzaki R, Tomiyasu T. Contamination, Decomposition, and Formation of N-Nitrosodimethylamine in Water Samples at the ng/L Level of Determination. Anal Sci 2020 Nov 10;36(11):1393-1399. |
| Krasner SW, Mitch WA, McCurry DL, Hanigan D, Westerhoff P. Formation, precursors, control, and occurrence of nitrosamines in drinking water: a review. Water Res 2013 Sep 1;47(13):4433-50. |
| Krawczynski M, Ignys, I, Borucki M. Nitrozamines in children with chronic gastritis. Journal of the Polish Paediatric Society. (GSKZAN0000235261-271). |
| Kyrtopoulos SA, Daskalakis G, Legakis NI, Konidaris N, Psarrou E, Bonatsos G, Golematis B, Lakiotis G, Bliouras N, Outram JR. Studies in gastric carcinogenesis. II. Absence of elevated concentrations of N-nitroso compounds in the gastric juice of Greek hypochlorhydric individuals. Carcinogensis vol. 6 (8) 1135-1140 Aug. 1985. |
| Lacey LF, Keene ON, Pritchard JF, Bye A. Common noncompartmental pharmacokinetic variables: are they normally or log-normally distributed? J Biopharmaceutical Statistics 1997;7(1):171-78. |
| Lant MS, Martin LE, Oxford J. Qualitative and quantitative analysis of ranitidine and its metabolites by high-performance liquid chromatography-mass spectrometry. J Chromatography 1985;323:143-52. |
| Lanzon-Miller S, Pounder RE, Hamilton MR, Ball S, Chronos NA, Raymond F, Olausson M, Cederberg C. Twenty-four-hour intragastric acidity and plasma gastrin concentration before and during treatment with either ranitidine or omeprazole. Aliment Pharmacol Therap 1987;1:239-51. |
| Le Roux J, et al. NDMA formation by chloramination of ranitidine: kinetics and mechanism. Environ Sci Technol 2012 Oct 16;46(20):11095-103. |
| Le Roux J, Gallard H, Croue JP. Chloramination of nitrogenous contaminants (pharmaceuticals and pesticides): NDMA and halogenated DBPs formation. Water Res 2011;45(10):3164-74. |
| Lee DH, Hwang SH, Park S, et al. A solvent-free headspace GC/MS method for sensitive screening of N-nitrosodimethylamine in drug products. Anal Methods. 2021;13(30):3402-3409. doi:10.1039/d1ay01036k. |
| Lee HK, Kim H, Kim HK, et al. The relationship between gastric juice nitrate/nitrite concentrations and gastric mucosal surface pH. Yonsei Med J. 2012;53(6):1154-1158. doi:10.3349/ymj.2012.53.6.1154 |
| Lee HS. Exposure estimates of nitrite and nitrate from consumption of cured meat products by the U.S. population. Food Addit Contam Part A Chem Anal Control Expo Risk Assess. 2018 |

| |
|---|
| Jan;35(1):29-39. doi: 10.1080/19440049.2017.1400696. Epub 2017 Nov 27. PMID: 29095117. |
| Lee VM, Keefer LK, Archer MC. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. Chem Res Toxicol. 1996 Dec;9(8):1319-24. |
| Lijinsky W, Conrad E, Van De Bogart R. Carcinogenic Nitrosamines formed by Drug/Nitrite Interactions. Nature Vol. 239 Sep. 15, 1972. |
| Lijinsky W, Conrad E, Van de Bogart R. Carcinogenic nitrosamines formed by drug-nitrite interactions. In:N-Nitroso compounds, Analysis and Formation, IARC Scientific Publication No. 3:130-133. 1972. |
| Lijinsky W, Conrad E, Van de Bogart R. Carcinogenic nitrosamines formed by drug-nitrite interactions. Nature. 1972 Sep 15;239(5368):165-7. |
| Lim, H. H., Oh, Y. S., & Shin, H. S. (2020). Determination of N-nitrosodimethylamine and N-nitrosomethylethylamine in drug substances and products of sartans, metformin and ranitidine by precipitation and solid phase extraction and gas chromatography-tandem mass spectrometry. Journal of pharmaceutical and biomedical analysis, 189, 113460. https://doi.org/10.1016/j.jpba.2020.113460 |
| Lin HC, Hsu HY, Lin HL, Uang YS, Ho Y, Wang LH. Association Between Acid-Suppressive Agents' Use and Risk of Hepatocellular Carcinoma. Dose-Response 2020:1-8. |
| Liu YD, Selbes M, Zeng Z, Zhong R, Karanfil T. Formation mechanism of NDMA from ranitidine, trimethylamine, and other tertiary amines during chloramination: a computational study. Environ Sci Technol 2014;48(15):8653-63. |
| Liu, J., Zhao, Z., Yang, X., Jin, Y., Liu, X., Wang, C., & Zhang, Z. (2021). Determination of N-nitrosodimethylamine in Ranitidine Dosage Forms by ESI-LC-MS/MS; Applications for Routine Laboratory Testing. Iranian journal of pharmaceutical research : IJPR, 20(4), 255–264. https://doi.org/10.22037/ijpr.2021.115222.15258 |
| López-Rodríguez R, McManus JA, Murphy NS, Ott MA, Burns MJ. Organic Process Research & Development 2020, 24, 1558-1585 DOI: 10.1021/acs.oprd.0c00323rg. |
| Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. Mutat Res. 1983 Dec;122(3-4):373-6. |
| Martin LE, Bell JA, Carey PF, Dallas FA, Dixon GT, Jenner WN. A review of pharmacokinetics and metabolism of ranitidine in animals and man. Pharmacokinetics and Pharmacodynamics 1982:23-31. |

| |
|---|
| Martin LE, Bell JA, Carey PF, et al. A review of pharmacokinetics and metabolism of ranitidine in animals and man. |
| Martin LE, Oxford J Tanner RJN. The use of on-line high-performance liquid chromatography-mass spectrometry for the identification of ranitidine and its metabolites in urine. Xenobiotica, 11 (1981) 831. |
| Martin LE, Oxford J Tanner RJN. Use of high-performance liquid chromatography-mass spectrometry for the study of the metabolism of ranitidine in man. Chromatogr 251 (1982) 215. |
| Martin LE, Tanner RJN. 1982 The Determination of N-Nitrosodimethylamine Formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite. (GSKZAN0000230102-111) (GSKZAN0000084994) |
| Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Cancer Epidemiol Biomarkers Prev 2008;17(1):67-72. |
| Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. Gastroenterol Jpn 1990;25:162-68. |
| Mauer LJ, Taylor LS. Deliquescence of pharmaceutical systems. Pharm Dev Technol. 2010 Dec;15(6):582-94. |
| Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicology Letters 1983;18:97-102. |
| Maziarz M and Rainville P. 2020 Tech Brief entitled, Reliable HPLC/UV quantification of nitrosamine impurities in valsartan and ranitidine drug substances. |
| Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. The safety of ranitidine in over a decade of use. Aliment Pharmacol Ther 1997;11:129-37. |
| Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW, Moore PJ, Viney N. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. Lancet. 1982 May 15;1(8281):1091-5. doi: 10.1016/s0140-6736(82)92277-2. PMID: 6122891. |
| Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. Toxicol Appl Pharmacol 1975 Mar;31(3):325-51. |
| Mirvish SS. Kinetics of dimethylamine nitrodation in relation to nitrosamine carcinogenesis. J Nat Cancer Inst 1970;44:633-639 |

| |
|---|
| Misiewicz JJ, Wormsley KG, eds. The clinical use of ranitidine; the second international symposium on ranitidine. Oxford UK: The Medicine Publishing Foundation. 1982; 23-31. |
| Mitch, William A., et al. "N-nitrosodimethylamine (NDMA) as a drinking water contaminant: a review." *Environmental engineering science* 20.5 (2003): 389-404. |
| Monajjemzadeh, F., & Robertson, T. A. (2021). Influencing Factors in N-nitrosodimethylamine (NDMA) Impurity Detection in Ranitidine and Possible Reactivity of other Histamine H2 Receptor Antagonists. *Journal of Pharmaceutical Innovation*, 1-9. |
| Morris DL, Poxon V, Youngs D, Keighley M. Gastric juice factors after Roux-Y reconstruction compared with Billroth II partial gastrectomy. Am J Surg. 1988 Jul;156(1):21-5. doi: 10.1016/s0002-9610(88)80162-4. PMID: 3394888. |
| Morris, D. L., Youngs, D., Muscroft, T. J., Cooper, J., Rojinski, C., Burdon, D. W., & Keighley, M. R. (1984). Mutagenicity in gastric juice. *Gut*, *25*(7), 723-727. |
| Mowat C, Carswell A, Wirz A, McColl KE. Omeprazole and dietary nitrate independently affect levels of vitamin C and nitrite in gastric juice. Gastroenterology. 1999 Apr;116(4):813-22. doi: 10.1016/s0016-5085(99)70064-8. Erratum in: Gastroenterology 1999 Jun;116(6):1507. PMID: 10092303. With Erratum 1507. |
| Mowat C, McColl KE. Alterations in intragastric nitrite and vitamin C levels during acid inhibitory therapy. Best Pract Res Clin Gastroenterol. 2001 Jun;15(3):523-37. doi: 10.1053/bega.2000.0196. PMID: 11403544. |
| Mudie DM, Murray K, Hoad CL, Pritchard SE, Garnett MC, Amidon GL, Gowland PA, Spiller RC, Amidon GE, Marciani L. Quantification of gastrointestinal liquid volumes and distribution following a 240 mL dose of water in the fasted state. Mol Pharm. 2014 Sep 2;11(9):3039-47. doi: 10.1021/mp500210c. Epub 2014 Aug 19. PMID: 25115349. |
| Musson DG, Sternson LA. Analysis of nitrosamines in aqueous and biological fluids based on measurement of photochemically liberated nitrite. J Pharm Sci. 1979 Sep;68(9):1159-62. |
| NDA 18703 Vol. 1.1 GSKZNDAA0000000023 |
| NDA 18703 Vol. 1.2 GSKZNDAA0000000495 |
| NIH Carcinogenicity Database. Accessed March 2, 2022 Available at https://www.nlm.nih.gov/databases/download/cpdb.html |
| N-nitrosodimethylamine (NDMA) impurity assay for native and treated ranitidine by GC/MS-Headspace. VAL 01038-01135. |
| Nuñez De González MT, Osburn WN, Hardin MD, Longnecker M, Garg HK, Bryan NS, Keeton JT. Survey of residual nitrite and nitrate in conventional and organic/natural/uncured/indirectly cured meats available at retail in the United States. J Agric |

| |
|---|
| Food Chem. 2012 Apr 18;60(15):3981-90. doi: 10.1021/jf204611k. Epub 2012 Apr 5. PMID: 22414374. |
| O'Connor, H. J., Riley, S. E., Axon, A. T. R., & Garner, R. C. (1987). Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice. *Mutation Research/Genetic Toxicology*, *188*(3), 201-208. |
| Ogawa T, Kimoto M, Sasaoka K. Purification and properties of a new enzyme, NG, NG-dimethylarginine dimethylaminohydrolase, from rat kidney. J Biological Chemistry 1989;264(17):10205-9. |
| Padfield JM, Winterborn IK, Clough D, Rue PJ. Pharmaceutical development of Zantac tablets and injection. Pharmacology and Basic Studies 1982:18-22. |
| Parees DM. Determination of N-Nitrosodimethylamine in Dimethylamine by Gas Chromatography with Nitrogen Selective Detection and Nitrosamine Selective Detection. Analytical Chem. 1979 51(11):1675-79. |
| Pensabene, John W.; Fiddler, Walter; Dooley, Calvin J.; Doerr, Robert C.; Wasserman, Aaron E. Spectral and gas-chromatographic characteristics of some N-nitrosamines. Journal of Agricultural and Food Chemistry (1972), 20(2), 274-7. |
| Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Research 1991a;51:6415-51. |
| Phull PS, Price AB, Thorniley MS, Green CJ, Jacyna MR. Vitamin E concentrations in the human stomach and duodenum—correlation with Helicobacter pylori infection. Gut. 1996 Jul; 39(1):31-5. Doi: 10.1136/gut.39.1.31. |
| Pignatelli B, Malaveille C, Rogatko A, Hautefeuille A, Thuillier P, Muñoz N, Moulinier B, Berger F, De Montclos H, Lambert R, et al. Mutagens, N-nitroso compounds and their precursors in gastric juice from patients with and without precancerous lesions of the stomach. Eur J Cancer. 1993;29A(14):2031-9. doi: 10.1016/0959-8049(93)90467-t. PMID: 8280498. |
| Poynter D, Pick CR, Harcourt RA, Sutherland MF, Spurling NW. Ainge G, Cook J, Gatehouse D. Evaluation of ranitidine safety. Clinical Use of Ranitidine 1982;49-57. |
| Ranitidine Drug Usage Statistics, United States, 2008 – 2018 |
| Reed PI, Haines K, Smith PL, House FR, Walters CL. Gastric juice n-nitrosamines in health and gastroduodenal disease. Lancet 1981;55-552. |
| Reed PI, Summers K, Smith PL, Haines K, House FR, Walters CL. Effect of ranitidine (Ran) treatment on intragastric bacteria, nitrite and N-nitroso compounds. Abstracts of Papers 1985;1551. |

| |
|---|
| Roux JL, Gallard H, Croué JP, Papot S, Deborde M. NDMA formation by chloramination of ranitidine: kinetics and mechanism. Environ Sci Technol 2012 Oct 16;46(20):11095-103. |
| Roux JL, Gallard H, Croué JP, Papot S, Deborde M. NDMA formation by chloramination of ranitidine: kinetics and mechanism. Environ Sci Technol 2012 Oct 16;46(20):11095-103. |
| Ruddell WS, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric-juice nitrite. A risk factor for cancer in the hypochlorhydric stomach? Lancet. 1976 Nov 13;2(7994):1037-9. doi: 10.1016/s0140-6736(76)90962-4. |
| Ruddell WS, Bone ES, Hill MJ, Walters CL. Pathogenesis of gastric cancer in pernicious anaemia. Lancet. 1978 Mar 11;1(8063):521-3. doi: 10.1016/s0140-6736(78)90550-0. PMID: 76069. |
| Ruddell, W. S. J., Axon, A. T. R., Findlay, J. M., Bartholomew, B. A., & Hill, M. J. (1980). Effect of cimetidine on the gastric bacterial flora. *The Lancet*, *315*(8170), 672-674. |
| Sakai A, Inoue T, Tanimura A. Formation of volatile nitrosamines by drug-nitrite interactions under physiological conditions. Gan 1984;75(3):245-52. |
| Schlag P, Böckler R, Peter M. Nitrite and nitrosamines in gastric juice: risk factors for gastric cancer?. Scand J Gastroenterol. 1982;17(1):145-150. doi:10.3109/00365528209181060. |
| Schlag P, Böckler R, Ulrich H, Peter M, Merkle P, Herfarth C. Are nitrite and N-nitroso compounds in gastric juice risk factors for carcinoma in the operated stomach? Lancet. 1980 Apr 5;1(8171):727-9. doi: 10.1016/s0140-6736(80)91229-5. PMID: 6103154. |
| Sewing KF. Pharmacodynamics and pharmacokinetics of ranitidine in man. Pharmacokinetics and Pharmacodynamics 1982:32-40. |
| Sgroi M, Vagliasindi FG, Snyder SA, Roccaro P. N-nitrosodimethylamine (NDMA) and its precursors in water and wastewater: a review on formation and removal. Chemosphere 2018;19:685-703. |
| Shaik, Khaja Moinuddin, et al. "Regulatory updates and analytical methodologies for nitrosamine impurities detection in sartans, ranitidine, nizatidine, and metformin along with sample preparation techniques." Critical reviews in analytical chemistry 52.1 (2022): 53-71. |
| Shen R, Andrews SA. Demonstration of 20 pharmaceuticals and personal care products (PPCPs) as nitrosamine precursors during chloramine disinfection. Water Res 2011;45:944-52. |
| Shen R, Andrews SA. Formation of NDMA from ranitidine and sumatriptan: the role of pH. Water Res 2013;47:802-10. |
| Smith PAS, Loeppky RN. Nitrosative Cleavage of Tertiary Amines. J Am Chem Soc 1967;89(5):1147-57 |

| |
|---|
| Sobala GM, Pignatelli B, Schorah CJ, Bartsch H, Sanderson M, Dixon MF, Shires S, King RF, Axon AT. Levels of nitrite, nitrate, N-nitroso compounds, ascorbic acid and total bile acids in gastric juice of patients with and without precancerous conditions of the stomach. Carcinogenesis. 1991 Feb;12(2):193-8. doi: 10.1093/carcin/12.2.193. |
| Spiegelhalder, B., Eisenbrand, G., & Preussmann, R. (1982). Urinary excretion of N-nitrosamines in rats and humans. *IARC Scientific Publications*, (41), 443-449. |
| Stockbrugger RW, Cotton PB, Eugenides N, Bartholomew BA, Hill MJ, Walters CL. Intragastric nitrites, nitrosamines, and bacterial overgrowth during cimetidine treatment. Gut. 1982 Dec;23(12):1048-54. doi: 10.1136/gut.23.12.1048. |
| Streeter AJ, Nims RW, Sheffels PR, Heur YH, Yang CS, Mico BA, Gombar CT, Keefer LK. Metabolic denitrosation of N-nitrosodimethylamine in vivo in the rat. Cancer Res. 1990 Feb 15;50(4):1144-50. |
| Suzuki H, Iijima K, Moriya A, McElroy K, Scobie G, Fyfe V, McColl KE. Conditions for acid catalysed luminal nitrosation are maximal at the gastric cardia. Gut. 2003 Aug;52(8):1095-101. doi: 10.1136/gut.52.8.1095. PMID: 12865265; PMCID: PMC1773739. |
| Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 2018;48:469-77. |
| Tanaka S, Guth PH, Paulsen G, Kaunitz JD. Gastroprotective effect of ranitidine bismuth citrate is associated with increased mucus bismuth concentration in rats. Gut 1996;39:164-71. |
| Tari A, Kodama K, Sumii M, Tani H, Sumii K, Chayama K. Does intragastric nitrite concentration reflect gastric carcinogenesis in Japanese Helicobacter pylori-infected patients? Dig Dis Sci. 2003 Sep;48(9):1730-6. doi: 10.1023/a:1025438827070. PMID: 14560992. |
| Teraoka, R., Otsuka, M., & Matsuda, Y. (1993). Effects of temperature and relative humidity on the solid-state chemical stability of ranitidine hydrochloride. Journal of pharmaceutical sciences, 82(6), 601-604. |
| The Health Effects of Nitrate, Nitrite, and N-Nitroso Compounds, Part 1 of 2 study by the the committee on Nitrite and Alternative Curing Agents in Food. National Research Council 1981. |
| Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut 1987;28:726-38. |
| Thorens J, Froehlich F, Schwizer W, Saraga E, Bille J, Gyr K, Duroux P, Nicolet M, Pignatelli B, Blum AL, Gonvers JJ, Fried M. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: a prospective randomised double blind study. Gut. 1996 Jul;39(1):54-9. doi: 10.1136/gut.39.1.54. PMID: 8881809; PMCID: PMC1383231. |

| |
|---|
| Tran KT, McMenamin UC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iversen L, Johnston BT, Lee AJ, Cardwell CR. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther 2018;48:55-64. |
| Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. Eur J Cancer Prev. 1997 Jun;6(3):226-68. PMID: 9306073. |
| Valisure. (2019, September 9). Valisure Citizen Petition on Ranitidine (Docket No. FDA-2019-P-4281). |
| Verdu E, Viani F, Armstrong D, Fraser R, Siegrist HH, Pignatelli B, Idström JP, Cederberg C, Blum AL, Fried M. Effect of omeprazole on intragastric bacterial counts, nitrates, nitrites, and N-nitroso compounds. Gut. 1994 Apr;35(4):455-60. doi: 10.1136/gut.35.4.455. PMID: 8174980; PMCID: PMC1374790. |
| Vermeer IT, van Maanen JM. Nitrate exposure and the endogenous formation of carcinogenic nitrosamines in humans. Rev Environ Health. 2001 Apr-Jun;16(2):105-16. doi: 10.1515/reveh.2001.16.2.105. PMID: 11512627. |
| Volmer DA, Lay JO Jr, Billedeau SM, Vollmer DL. 1996 Detection and confirmation of N-nitrosodialkylamines using liquid chromatography–electrospray ionization coupled on-line with a photolysis reactor. Analytical chemistry, 68:546–552. |
| Vu BD, Paul JL, Gaudric M, Guerre J, Yonger J, Ekindjian OG. N-nitroso compounds, nitrite and pH in human fasting gastric juice. Carcinogenesis. 1994 Nov;15(11):2657-9. doi: 10.1093/carcin/15.11.2657. PMID: 7955121. |
| Walters CL, Carr FP, Dyke CS, Saxby MJ, Smith PL, Walker R. Nitrite sources and nitrosamine formation in vitro and in vivo. Food Cosmet Toxicol. 1979 Oct;17(5):473-9. doi: 10.1016/0015-6264(79)90006-3. PMID: 520980. |
| Walters CL, Downes M J, Edwards M W & Smith L R (1978) Determination of a non-volatile N-nitrosoamines on a food matrix. Analyst Lond 103, 1127. |
| Walters CL, Dyke, Caroline S., Saxby MJ. Nitrosation of Food Amines Under Stomach Conditions. IARC Sci Publ 1976;(14):181-93. |
| Walters, C. L., et al. "Nitrosation of drugs under in-vivo conditions." *IARC Scientific Publications* 84 (1987): 351-354. |
| Watt PC, Sloan JM, Donaldson J, Campbell G, Kennedy TL. Relation between gastric histology and gastric juice pH and nitrite and N-nitroso compound concentrations in the stomach after surgery for duodenal ulcer. J Clin Pathol. 1984 May;37(5):511-5. doi: 10.1136/jcp.37.5.511. PMID: 6725597; PMCID: PMC498771. |
| Watt PC, Sloan JM, Donaldson JD, Patterson CC, Kennedy TL. Relationship between histology and gastric juice pH and nitrite in the stomach after operation for duodenal ulcer. |

| |
|---|
| Gut. 1984 Mar;25(3):246-52. doi: 10.1136/gut.25.3.246. PMID: 6698440; PMCID: PMC1432297. |
| White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. JAMA. Published online June 28, 2021. doi:10.1001/jama.2021.10043. |
| WHO Annex 5, Guidance on good data and record management practices – Available at https://www.who.int/medicines/publications/pharmprep/WHO_TRS_996_annex05.pdf |
| Xu GP, Reed PI. N-nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method. Carcinogenesis. 1993 Dec;14(12):2547-51. doi: 10.1093/carcin/14.12.2547. PMID: 8269625. |
| Yamashita S, Kataoka M, Higashino H, Sakuma S, Sakamoto T, Uchimaru H, Tsukikawa H, Shiramoto M, Uchiyama H, Tachiki H, Irie S. Measurement of drug concentration in the stomach after intragastric administration of drug solution to healthy volunteers: analysis of intragastric fluid dynamics and drug absorption. Pharm Res. 2013 Apr;30(4):951-8. doi: 10.1007/s11095-012-0931-1. Epub 2012 Nov 21. PMID: 23179782. |
| Yang J, Marzan TA, Ye W, Sommers CD, Rodriguez JD, Keire DA. A Cautionary Tale: Quantitative LC-HRMS Analytical Procedures for the Analysis of N-Nitrosodimethylamine in Metformin. AAPS J. 2020 Jul 1;22(4):89. |
| Yang, H., Wang, H., & Andersson, U. (2020). Targeting inflammation driven by HMGB1. Frontiers in immunology, 11, 484. |
| Yokoo H, Yamamoto E, Masada S, Uchiyama N, Tsuji G, Hakamatsuka T, Demizu Y, Izutsu KI, Goda Y. N-Nitrosodimethylamine (NDMA) Formation from Ranitidine Impurities: Possible Root Causes of the Presence of NDMA in Ranitidine Hydrochloride. Chem Pharm Bull (Tokyo). 2021;69(9):872-876. |
| Yoon, H. J., Kim, J. H., Seo, G. H., & Park, H. (2021). Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. Journal of clinical medicine, 10(1), 153. https://doi.org/10.3390/jcm10010153 |
| Zeldis JB, Friedman LS, Isselbacher KJ. Ranitidine: a new H2-receptor antagonist. N Engl J Med. 1983 Dec 1;309(22):1368-73. doi: 10.1056/NEJM198312013092206. PMID: 6314139. |
| Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. doi: 10.1021/acs.est.5b04254. Epub 2015 Nov 5. Erratum in: Environ Sci Technol. 2021 Apr 20;55(8):5602. |
| Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. doi: 10.1093/carcin/bgw034. |

| |
|---|
| Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. doi: 10.1093/carcin/bgw034. Epub 2016 Mar 18. Retraction in: Carcinogenesis. 2021 Jul 16;42(7):1008. |
| Zhang X, Kim D, Freedman DL, Karanfil T. Impact of biological wastewater treatment on the reactivity of N-Nitrosodimethylamine precursors. Water Res 2020 Nov 1;186:116315. |
| Zhou Q, Ruan ZR, Yuan H, Jiang B, Xu DH. Pharmacokinetics and bioequivalence of ranitidine and bismuth derived from two compound preparations. World J Gastroenterol 2006; 12(17): 2742-2748. |


**Other Materials**

| |
|---|
| "A Brief Account of the Nitrosation of Cimetidine, Ranitidine and Tiotidine and the Possible Toxicological Significance of the Reaction Products." GSKZAN0000243053. |
| 104_SANOFI ZAN MDL 0000722995. |
| 105_SANOFI ZAN MDL 0000723004. |
| 1981-11-24 MacFarlane letter to Zimmerman re: Zantac tablets NDA submitted November 2, 1981 with NDA submission (GSKZNDAA0000000753-962). |
| 2020-06-15 Full RCA Report by A. Searle (2020N435741_00) – GSKZAN0000052019 including references. |
| 2020-07-23 Dr. Eshani Nandita of Emery Pharma- stability study of ranitidine (audio). |
| 2020-12-02 A four week accelerated stability study of zantac tablets under exposed conditions. Authored by A. Searle & D. Morrin (2015N264355_00). |
| 2020-12-04 The characterisation and toxicological risk assessment of impurities present in degraded zantac tablets. Authored by A. Searle & D. Newall (2015N264356_00). |
| A Four Week Accelerated Stability Study of Zantac Tablets under Exposed Conditions GSKZAN0000441719 – 441741. |
| Bell JA, et al. The metabolism of ranitidine in animals and man. Biochemical Society Transactions. 1980; 8:93. |
| BIO/80/11. "Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man." GSKZAN0000369530. |

| |
|---|
| Carey PF, Martin LE. A high performance liquid chromatography method for the determination of ranitidine in plasma. Journal of Liquid Chromatography. 1979; 2(9):1291-1303. |
| Compounds which represent Real or Theoretical Impurities and/or Degration Products of Ranitidine Hydrochloride GSKZAN0002493214 – 3215. |
| CR/368/81. "Ranitidine Nitrosation." GSKZAN000290552. |
| D164. "The reaction between ranitidine and nitrous acid: the mutagenic potential of the reaction products." GSKZNDAA0000014773. |
| Deposition of James Harvey (2021, September 29) Exhibit 4716. |
| Deposition transcript of David Light 2.10.2022 & 2.11.2022. |
| Deposition transcript of Lior Braunstein 10/25/2021. |
| Deposition transcript of William Mitch. 11/9/2021 & 11/10/2021. |
| Emery 0574-0585. |
| Emery 2553-2639. |
| Expert Report of Charles S. Davis, PhD (1/24/2022). |
| Expert Report of D. Michael Marletta (1/24/2022). |
| Expert Report of Dr. Le (01/24/2022). |
| Expert Report of Dr. Melnick (01/24/2022). |
| Expert Report of Dr. Najafi (01/24/2022). |
| FDA reviews of NDA 18-703. GSKZAN0000012672-814. |
| FDA's Guidance ICH M7. |
| FDA's Guidance ICH Q3A. |
| FDA's Guidance ICH Q3B. |
| FDA's Guidance, Q1A(R2) Stability Testing of New Drug Substances and Products. |
| GSK SKF 1982 ranitidine nitrosation study GSKZAN000353520. |

| |
|---|
| GSK studies 2015N264355 and 2015N264356. |
| GSKZAN0000051953. |
| GSKZAN0000052019. |
| GSKZAN0000236640. |
| GSKZAN0000290568 – 290586. |
| GSKZAN0000766123. |
| GSKZAN0000772645 – 772793. |
| GSKZAN0000989991 – 990146. |
| GSKZAN0001945756. |
| GSKZAN0003261475. |
| GSKZAN0003261477. |
| GSKZAN0003261479. |
| GSKZAN0003261481. |
| GSKZAN0003261490. |
| GSKZAN0003266551. |
| GSKZNDAA0000636701. |
| GSKZNDAA0000636707. |
| GSKZNDAA0000636877. |
| GSKZNDAA0000636880. |
| GSKZNDAA0000636892. |
| GSKZNDAA0000636895. |
| GSKZNDAA0000636932. |
| GSKZNDAA0000636935. |

| |
|---|
| GSKZNDAA0000637323. |
| GSKZNDAA0000637397. |
| GSKZNDAA0000637401. |
| GSKZNDAA0000637411. |
| GSKZNDAA0000637425. |
| GSKZNDAA0000637495. |
| Health Canada ranitidine NDMA testing.. |
| IARC monographs of the evaluation of carcinogenic risk of chemicals to man. Volume 1. 1972. |
| IARC monographs of the evaluation of carcinogenic risk of chemicals to humans. Supplement 7. 1987. |
| IARC Monographs on the Identification of Carcinogenic Hazards to Humans. Preamble. 2019. |
| IND 17004 Vol 1 GSKZINDA0000000001. |
| Najafi Appendix B-Testing. |
| Najafi testing production materials; sets 1-6. |
| NDA 18-703. 1.3.5.1 Studies on 'FRM' an unidentified metabolite of ranitidine produced in animal species. GSKZNDAA0000010682-713. |
| NDA 18-703. 1.3.5.2 The isolation and identification of FRM, a minor metabolite of ranitidine produced in animal species. BIO/81/23. GSKZNDAA0000010714-759. |
| PATH/79/224. “Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products.” GSKZAN0000917196; GSKZAN0000917222. |
| PATH/80/235. “(III) Nitrosation of ranitidine: Further mutagenicity studies.” GSKZAN0000986964. |
| Plaintiffs’ Second Amended Personal Injury Complaint – 08/02/2021. |
| Sanofi patent application. SANOFI_MDL_085. |

| |
|---|
| Sanofi RCA at SANOFIZANMDL0000722486. |
| Sanofi RCA. |
| SANOFIZANMDL0000722361. |
| The Characterisation and Toxicological Risk Assessment of Impurities present in Degraded Zantac Tablets GSKZAN0000228973 – 229046. |
| Walters CL, Gillatt PN, Palmer RC, Smith PL, Reed PI. Nitrosation of drugs under in-vivo conditions. IARC Sci Publ. 1987;(84):351-4. |
| WAP 86-006. Review of the standards achieved in Glaxo routine production of Ranitidine Hydrochloride and the Zantac range of finished products – and a comparison with the standards of competitor products. GSKZAN0001945404 – GSKZAN0001945610. |
| WMH/85/013. "A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man." GSKZAN0000369313. |
| WMH-85-013 A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man. Broom Study. GSKZAN0000369313 – 369342. |

# EXHIBIT

# 10

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 2924
20-MD-2924

# RULE 26 EXPERT REPORT OF ANNE MCTIERNAN, MD, PHD

Date: January 23, 2022

Anne McTiernan, MD, PhD

Table of Contents

Mandate ........ 7
Credentials, Expertise, and Experience ........ 7
Overall Approach and Methodology ........ 12
Executive Summary ........ 15
Reports, Documents, Commentaries from Governmental Agencies and Cancer Organizations ........ 17
U.S. Food and Drug Administration (FDA) ........ 17
U.S. National Toxicology Program (NTP) ........ 18
International Agency for Research on Cancer (IARC) ........ 19
World Health Organization (WHO) ........ 20
American Cancer Society ........ 20
U.S. Environmental Protection Agency (EPA) ........ 21
The Science of Epidemiology ........ 22
Terminology and Concepts in Epidemiological Studies ........ 23
Disease incidence and rate: ........ 23
Risk: ........ 23
Risk factor: ........ 24
Exposures: ........ 24
Association: ........ 25
Etiology: ........ 25
Multi-factorial etiology: ........ 25
Generalizability: ........ 25
Latency period: ........ 26
Exposure measurement: ........ 26
Diagnosis and classification of disease outcome: ........ 27
Relative risk, odds ratio, and hazard ratio: ........ 28
Statistical analyses: ........ 29
Sample size: ........ 31
Standardized incidence ratio and standardized mortality ratio: ........ 32
Dose-response: ........ 32
Bias: ........ 34



CONFIDENTIAL INFORMATION

Confounding: 34

Effect modification: 35

Ranitidine, NDMA, and Cancer Risk 36

Types of Epidemiologic Studies on Cancer and Exposure to Ranitidine and NDMA 38

Critical Components to Both Case-control and Cohort Studies 39

Case-control Studies 41

Cohort Studies 42

Meta-analyses 43

Possible Sources of Bias in Epidemiologic Studies 44

Ecologic Studies 44

FDA Adverse Events Reports 44

Measurement of Exposure to Ranitidine and Other Sources of NDMA 47

Table 1: Ranitidine and Other NDMA Exposures* 48

Measurement of ranitidine use exposure 49

Exposure to other sources of NDMA: occupation, diet, and water 50

Measurement of NDMA from occupational exposure 51

Measurement of NDMA exposure from diet 52

Measurement of NDMA exposure from water 57

Exposure measurement 58

Doses of NDMA in Different Sources 61

Ranitidine exposure 61

Occupational exposure 62

Food and water 62

Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer 64

Missing data bias 64

Missing Data on Ranitidine Use or other NDMA Exposure 64

Missing Data on Cancer Occurrence 64

Incomplete Case Ascertainment 64

Incomplete Follow-up due to Latency Period of Cancer Development 65

Publication bias 66

Cancer process affecting likelihood of exposure (indication bias) 66

Confounding bias 67

Channeling bias 67




CONFIDENTIAL INFORMATION

Recall bias ... 67
Non-response bias ... 68
Table 2: Effects of Biases on Relative Risks in Epidemiologic Studies ... 69
Differential results of cohort versus case-control studies: ... 72
Population-based case-control versus hospital-based case-control studies: ... 72
Pharmacoepidemiology ... 73
Occupational Epidemiology ... 81
Nutritional Epidemiology ... 82
Plausibility/ Biological Mechanisms ... 83
Common Misconceptions in Interpretation of Epidemiologic Research ... 84
Causal Inference in Epidemiology ... 91
Methods Used for this Report ... 96
Systematic Search ... 97
Data Extraction ... 98
Descriptions of Studies ... 98
Causal Inference Methods ... 98
Epidemiologic Evidence on the Association between Ranitidine Use and Cancer Risk ... 99
Table 3: Evidence available for ranitidine and other sources of NDMA and risk of cancer ... 100
Evaluation of Observational Studies to Determine Risk of Developing Cancer from Use of Ranitidine . 101
Defined Study Questions ... 101
Defined population studied ... 101
Exposure measurement methods ... 103
Outcomes measurement ... 104
Availability and Quality of Data on Covariates – Confounders and Effect Modifiers ... 105
Sample Sizes ... 106
Study Conduct ... 106
Data Analyses and Interpretation ... 107
Epidemiologic Studies of Ranitidine and Risk of Multiple Cancers ... 109
Cohort Studies, including Nested Case-control Studies, of Ranitidine and Several Cancers ... 110
UK Biobank Cohort Study ... 110
Group Health Cooperative Health Maintenance Organization ... 112
Electronic Health Record and Pharmaceutical Databases ... 113
Nationwide Commercial Electronic Health Record Database - IBM Explorys ... 115




CONFIDENTIAL INFORMATION

Denmark Pharmaceutical and Medical Record Database .......... 121
South Korean Health Insurance Review Database .......... 132
Japanese Medical Data Center Claims Database .......... 136
Scottish Primary Care Clinical Informatics Unit Research .......... 142
Kaiser (California) Pharmaceutical Database .......... 147
Table 4: Comparators, Doses, Missing Data, and Follow-up in Studies on Ranitidine and Cancer Risk .......... 151
Clinical Trials of Ranitidine .......... 155
Occupational Studies of NDMA, Nitrate, and Risk of Multiple Cancers .......... 156
Rubber Manufacturing NDMA Exposure and Cancer Risk .......... 156
German Rubber Industry Cohort (Straif) .......... 156
UK Rubber Industry Cohort (Hidajat) .......... 160
Nitrate Manufacturing and Cancer Risk .......... 164
Epidemiologic Studies of Dietary Exposure to NDMA, Nitrate, and Nitrite and Risk for Multiple Cancers .......... 167
NDMA Exposure and Risk for Multiple Cancers .......... 167
European Prospective Investigation into Cancer (EPIC) .......... 168
Netherlands Cohort Study .......... 174
Finnish Cohort Study .......... 179
Bladder Cancer .......... 183
Ranitidine .......... 183
Occupational Studies .......... 189
Rubber Manufacturing .......... 189
Nitrate Fertilizer Workers .......... 190
Dietary NDMA Exposure .......... 192
Dietary Nitrate, Nitrite, or Combined Nitrosamines .......... 192
Water Sources of Nitrate and Nitrite Exposure .......... 196
Summary of Findings on Bladder Cancer: Weight of the Evidence/Bradford Hill Analysis .......... 199
Esophagus Cancer .......... 206
Ranitidine .......... 207
Occupational Exposures to NDMA .......... 212
Rubber Manufacturing .......... 212
Wood Screw Manufacturing Nitrite Exposure .......... 213
Nitrate Fertilizer Manufacturing .......... 213



CONFIDENTIAL INFORMATION

Dietary NDMA Exposure ........ 214

Nitrate and Nitrite ........ 215

Water Nitrate Exposure ........ 217

Biological Mechanisms Linking NDMA to Esophagus Cancer ........ 218

Summary of Findings on Esophageal Cancer: Weight of the Evidence/Bradford Hill Analysis ........ 218

Liver Cancer ........ 225

Ranitidine ........ 225

Occupational Exposure to NDMA ........ 230

Rubber Manufacturing ........ 230

Dietary NDMA Exposure ........ 231

Dietary Nitrite and Nitrate ........ 232

Biological Mechanisms Linking NDMA to Liver Cancer ........ 232

Summary of Findings on Liver Cancer: Weight of the Evidence/Bradford Hill Analysis ........ 233

Pancreas Cancer ........ 238

Ranitidine ........ 238

Occupational Sources of NDMA ........ 243

Rubber Manufacturing ........ 244

Nitrate Fertilizer Manufacturing ........ 245

Dietary Nitrite, Nitrate, Nitrosamines ........ 245

Water Sources of Nitrate/Nitrite/NDMA ........ 248

Biological Mechanisms Linking NDMA to Pancreas Cancer ........ 250

Summary of Findings on Pancreas Cancer: Weight of the Evidence/Bradford Hill Analysis ........ 250

Stomach (gastric) Cancer ........ 257

Ranitidine ........ 258

Occupational Exposure to NDMA ........ 265

Rubber Manufacturing ........ 265

Nitrate Fertilizer Manufacturing ........ 266

Dietary NDMA Exposure ........ 267

Dietary Nitrite and Nitrate ........ 273

Water Nitrate/Nitrite/NDMA Exposure ........ 277

Biological Mechanisms Linking NDMA to Stomach Cancer ........ 279

Summary of Findings on Stomach Cancer: Weight of the Evidence/Bradford Hill Analysis ........ 279

Ranitidine Dose Level that Can Cause Cancer ........ 286




CONFIDENTIAL INFORMATION

Table 5: Relative risks of specific cancers associated with ranitidine use by "dose" .......................... 287

Minimal Dose of NDMA in other Sources that Can Cause Cancer .......................................................... 291

Table 6: Relative risks of specific cancers associated with dietary NDMA intake by dose .................. 295

References ............................................................................................................................. 299

Table 7: Epidemiological Studies of NDMA and Cancer Risk, by Source of NDMA.............................. 318



CONFIDENTIAL INFORMATION

## Mandate

I have been retained to review the current state of the scientific literature regarding ranitidine and N-Nitroso-dimethylamine (NDMA) and risk of cancer, to evaluate the scientific evidence, undertake a causal assessment of the evidence, and offer opinions on whether it is likely that ranitidine (and the NDMA forming in and from ranitidine) is capable of causing human cancer, and if so, which cancers. When I refer to ranitidine in this report, I am referring to oral prescription and over-the-counter medication and all constituent elements contained within. All my opinions in this report are based upon a reasonable degree of scientific and medical certainty. My time was billed at $450-$500 per hour for the literature review and preparation of this report, and will be charged at $800 per hour for testifying and $250 per hour for travel time.

Credentials, Expertise, and Experience

I am a Full Professor at the Fred Hutchinson Cancer Research Center in Seattle, Washington, Division of Public Health Sciences, Program in Epidemiology. I am also a Full Research Professor at the University of Washington School of Public Health, Department of Epidemiology, and the University of Washington School of Medicine, Department of Medicine, Division of Geriatrics. I am an elected member of the American College of Epidemiology, the Obesity Society, and the American College of Sports Medicine. From 2002-2012, I directed the Fred Hutchinson Cancer Research Center's Prevention Center.

I have received several prestigious awards for my research work including: the American College of Sports Medicine Wolffe Lecture, 2018, the American College of Sports Medicine Citation Award, 2012; the McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011; Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012; the University of Washington Roger E. Moe Award for Translational Research 2009; and the Joan P. Liman MD Award, Recipient, New York Medical College, 1989.

I received my PhD in Epidemiology in 1982 from the University of Washington, and my MD degree in 1989 from New York Medical College. I completed Internal Medicine residency training from the University of Washington in 1992. For over 30 years, I have focused on epidemiologic research, primarily



CONFIDENTIAL INFORMATION

in cancer and women's health. My research studies used the methodology employed in the studies of cancer risk and NDMA in ranitidine and other sources, namely, cohort studies, case-control studies, and meta-analyses. In addition, I have had leadership positions for several randomized controlled trials testing interventions to prevent cancer. I have published over 400 scientific manuscripts in peer-reviewed medical and scientific journals, have contributed to several academic texts, and have edited two academic texts. In the past year, I have been invited to author three editorial commentaries in prestigious medical journals.

I have held several leadership positions in scientific U.S. Government work. Most recently, I was a member of the 2018 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee and was a member of the 2008 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee. I served as chair of the Cancer subcommittees for both Committees. I have served on, or chaired, grant review panels for the U.S. Department of Defense Congressionally Directed Medical Research Programs and the National Institutes of Health, and serve as a program reviewer for NCI intramural epidemiologic research branches and for NCI comprehensive cancer centers.

I have served on editorial boards for the American Association for Cancer Research Cancer Prevention Journal, the Journal of Women's Health, and Medscape Women's Health. I have performed peer review for over a dozen prestigious journals including: JAMA, Journal of the National Cancer Institute, Archives of Internal Medicine, American Journal of Epidemiology, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, Nutrition, and Medicine & Science in Sports & Exercise.

My research funding has been provided by the U.S. National Cancer Institute, the National Institutes of Health, the National Heart Lung & Blood Institute, Komen for the Cure, the Breast Cancer Research Foundation, National Cancer Institute Canada, and various pharmaceutical companies and other foundations. I have been Principal Investigator of several randomized clinical trials testing effects of various agents in relation to prevention of cancers, including exemestane, raloxifene, tamoxifen, aspirin, and vitamin D. In addition, I have been Principal Investigator of four randomized clinical trials testing effects of weight loss and exercise on biomarkers of several cancers. I am co-investigator of a National



CONFIDENTIAL INFORMATION

Cancer Institute funded trial testing the effect of exercise on quality of life in women with ovarian cancer. I was Principal Investigator of the Seattle site of a prospective cohort study of 1100 breast cancer survivors that investigated associations of hormones, inflammation, diet, exercise, obesity, and breast cancer survival. I was Principal Investigator of a case-control study of thyroid cancer and hormones in women, and co-investigator of a case-control study of breast cancer in men. I have published on data from other case-control studies including studies on breast cancer, pituitary tumors, melanoma, and colorectal adenomas. I have collaborated in several prospective cohort studies, resulting in lead, senior, and co-authorship of several epidemiologic manuscripts. These included the Women's Health Initiative Observational Study, the Tromso study, the Carotene and Retinol Efficacy Trial cohort, the VITAL cohort, and the Pancreatic Cancer Cohort Consortium.

I have extensive experience in pharmacoepidemiology, both observational studies and clinical trials. I was project director and co-investigator for the Women's Health Initiative hormone therapy trials and calcium and vitamin D trial, which recruited over 60,000 women from across the United States. I also was Principal Investigator of trials testing aspirin, exemestane, tamoxifen, and vitamin D on breast cancer incidence and risk factors for various cancers. I have authored over 70 peer-reviewed scientific papers on the effects of medications and supplements on cancer risk, and on cancer risk factors, including menopausal hormones, antihypertensive medications, oral contraceptives, statins, aspirin, aromatase inhibitors, tamoxifen, metformin, bisphosphonates, vitamin D, supplements, and others.

I have published on several cancers including breast, colorectal, pancreas, ovarian, endometrial, melanoma, lung, thyroid, and prostate cancers.

I have worked in nutritional epidemiology for decades, which is relevant because NDMA is contained in foods linked to increased risk of several cancers. I have been Principal Investigator of several National Institutes of Health and foundation grants on nutrition and cancer risk, including grants related to diet and breast and other cancers as well as diet and cancer survivorship. I have authored over 130 peer-reviewed scientific papers on nutrition or dietary factors and cancer risk and survivorship. I have served on advisory boards, committees, and working groups related to nutrition and cancer, including for the American Cancer Society, the World Cancer Research Fund, and the International Agency for Research on Cancer, among others.



CONFIDENTIAL INFORMATION

My international work in epidemiology has included work with the International Association for Research in Cancer (IARC), the World Cancer Research Fund, and the Norwegian Tromso and EBBA studies. For IARC, I chaired a working group on mechanisms for a monograph on obesity, physical activity, and cancer risk (IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1). For the World Cancer Research Fund, I have been a member of the advisory panel of experts that guides interpretation of meta-analyses and systematic reviews of nutrition, physical activity, obesity, and risk for many cancers including bladder, breast, colorectal, endometrial, esophagus, gallbladder, kidney, liver, lung, oropharynx, ovary, pancreas, prostate, and stomach cancers (http://wcrf.org/sites/default/files/Ovarian-Cancer-2014-Report.pdf).

From 1992 to 1997, I was the Project Director for clinical work at the Women's Health Initiative Clinical Coordinating Center. I held this role from the inception of the Women's Health Initiative, and therefore directed all aspects of development and implementation of the three clinical trials and observational study.

As Project Director, I oversaw development of the protocol and procedures for ascertainment and adjudication of cancer outcomes. I also oversaw development and implementation of a drug database for which women were asked to bring all prescription and over-the-counter medications to clinic and staff entered the medications into a dedicated database. My oversight also included development and implementation of an interview questionnaire and protocol for ascertaining lifetime use of oral contraceptives and menopausal hormone therapy. When I stepped down as Project Director (to lead my own National Cancer Institute funded studies), I retained leadership of the outcomes work for the Women's Health Initiative through 2005. This outcomes work entailed identifying cases of specific diseases such as cancer, collecting medical records, and classifying cases according to standardized criteria.

While my expertise is in the area of epidemiology, primarily cancer research, I regularly consider the reports and studies from different scientific and medical fields including pathology, oncology, physiology, molecular biology, and toxicology, and therefore, I have experience and expertise to consider evidence presented by experts in these fields, as I do when I prepare scientific manuscripts and grant proposals, when I review grants and manuscripts for government and private funding agencies,



CONFIDENTIAL INFORMATION

and when I do peer-reviewing for scientific and medical journals. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

Attached as Exhibit B to this report is a list of my prior testimony as an expert witness and Exhibit C is a list of the materials I considered.



CONFIDENTIAL INFORMATION

## Overall Approach and Methodology

The foundation for this report is based upon my education, expertise, and years of experience in designing, conducting, and interpreting epidemiologic studies, as well as my medical training in Internal Medicine. I drew upon my years of experience with synthesizing and interpreting large numbers of epidemiologic studies for comprehensive reports including work for the U.S. government, the World Health Organization International Agency for Research on Cancer (IARC), and the World Cancer Research Fund. My opinions are based on the published epidemiologic evidence including original case-control and cohort studies, systematic reviews, and meta-analyses on the topic of ranitidine, NDMA, and cancer. In reviewing the epidemiologic literature, I used my experience as a researcher in evaluating study quality, and in determining evidence of association between ranitidine, NDMA, and cancer. I drew upon my almost 40 years as a PhD-trained epidemiologist and MD-trained clinical scientist.

In developing my opinions in this report, I applied the same rigor and standards as I utilize in my academic and research work. In addition to my review of epidemiologic studies, I also considered and reviewed clinical, pathological, and biologic and mechanistic evidence regarding ranitidine, NDMA, and cancer development.

On April 1, 2020, the FDA withdrew ranitidine from the U.S. market, citing the presence of unacceptably high levels of the carcinogen NDMA in the medication and produced as a byproduct of the medication. While the major question of interest is to determine the causal relationship between ranitidine use and risk for cancer, the epidemiologic data on the association between NDMA exposure and risk for cancer provide considerable clarity on the role of NDMA exposure in causing cancer in humans. As stated on the FDA website, "FDA has set the acceptable daily intake limit for NDMA at 0.096 micrograms or 0.32 ppm for ranitidine." (ttps://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 10/17/2021) Furthermore, the FDA's website states: "FDA has determined that the levels of NDMA in ranitidine and nizatidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats." It follows that ranitidine, with similar NDMA amounts as processed meats, would also increase cancer risk, and that a review of the associations between NDMA intake from food (and occupation) and cancer risk would inform the science on ranitidine and cancer risk.



CONFIDENTIAL INFORMATION

## How much NDMA is in Ranitidine and How that Relates to Exposure in Epidemiological Studies

The FDA reported testing found that ranitidine contains as much as 360 nanograms in a single 150 mg size pill. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 10/17/2021). FDA testing showed that NDMA was "consistently" detected in ranitidine. (FDA letter to Emery Pharma April 1, 2020, Docket no. FDA-2020-P-0042)

I understand that there will be evidence presented at trial that testing by manufacturers and by FDA confirmed the formation of NDMA in tablets (finished dose) as detailed below:

FDA tested Sanofi's Zantac 75 mg tablets to have a range of 10 nanograms to 40 nanograms of NDMA (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.) and 150 mg tablets tested at between 10 nanograms to 360 nanograms NDMA (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.). Sanofi's own tests found between 0 and 105 nanograms NDMA (75 mg) and 0 to 420 nanograms (150 mg) NDMA to have formed in tablets (SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586).

GSK's testing found NDMA levels ranging from 24.75 nanograms to 195 nanograms per tablet in 75 mg tablets, 36 nanograms to 435 nanograms in 150 mg tablets, 168 nanograms to 330 nanograms in 300 mg tablets, and below detectable limits to 405 nanograms in 150 mg syrup (GSKZAN0000883508).

The FDA tested Boehringer Ingelheim (BI's) Zantac tablets to have NDMA levels ranging from 18.225 nanograms to 41.175 nanograms in 75 mg tablets, and a range of 16.2 nanograms to 62.25 nanograms per 150 mg tablet (SANOFI_ZAN_MDL_0000065220.). Sanofi tested BI's 150 mg tablets to have NDMA levels with a range of 11.1 nanograms to 420.15 nanograms (SANOFI_ZAN_MDL_0000065220.).

Dr. Reddy's tested its Ranitidine products and confirmed the presence of NDMA ranging from 13.335 nanograms to 109.838 nanograms in 75 mg tablets (DRLMDL0000070416 - DRLMDL0000070418.), a



CONFIDENTIAL INFORMATION

range from 28.185 nanograms to 122.16 nanograms in 150 mg tablet (DRLMDL0000070416 - DRLMDL0000070418.), and from 360 nanograms to 840 nanograms per 300 mg tablet (DRLMDL0000022940).

I have based my causation opinions on the above testing information. However, I also understand that heat and humidity accelerate the degradation process to form more NDMA and that some ranitidine products "stored at room temperature can increase with time to unacceptable levels." (FDA letter to Emery Pharma April 1, 2020, Docket no. FDA-2020-P-0042).

I understand that substantially higher levels of NDMA in tablets was found when tested by Emery Pharma, a lab retained by plaintiffs, which tested under various conditions. Specifically, I have been provided with a spreadsheet of the results of Emery Pharma baseline testing of numerous samples of ranitidine tablets manufactured by GSK, Sanofi and Boehringer Ingelheim and have been advised by plaintiffs' counsel that these results will be presented as evidence at trial. Significant among these many results are the following:

1. Base testing showed an average of approximately 1100 nanograms of NDMA was formed in 75, 150 and 300 mg tablets, all of which were within the expiration date. The range of NDMA content in the 150 mg pill was 97.1 ng (Batch/Lot AL5814B) for the lowest and 14,029 ng (Batch/Lot 960738) for the highest per pill. Both lots were "regular Zantac."
2. 182 of 254 batches tested showed more than 400 ng. per 150 mg. pill average.
3. Substantially more NDMA was found in the "Cool Mint" as compared with other formulations.
4. NDMA levels varied based on date since manufacture, generally increasing until 4 years. For tablets between 2 and 2.5 years from manufacture, NDMA levels were over 1800 ng, and for 3-3.5 years, Emery found over 2500 ng of NDMA. The NDMA levels were under 1000 ng for 4 years or more.
5. It is my understanding that the amount of NDMA in ranitidine is increased if the drug is exposed to higher heat and/or humidity. (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market).

The Emery Lab testing results strengthen my causation opinions, but my opinions are not predicated on these higher levels.



CONFIDENTIAL INFORMATION

As I describe below, there is some evidence that daily intake of just 47 nanograms of NDMA from foods is enough to elevate risk of cancer.(Loh et al. 2011) The elevation of risk for all cancer combined is 6%, and the risk increases directly with each additional 47 nanograms per day intake, so that eating approximately 150 nanograms per day of NDMA increases risk of all cancer by 19% (relative risk 1.19).(Loh et al. 2011). Four slices of bacon contain about 150 nanograms of NDMA. (Lee 2019) Eating this amount of bacon per day, therefore could increase risk of all cancers combined by about 19%.(Loh et al. 2011) The consistently elevated risks seen with high dietary intake of processed meats has led several national and international cancer organizations to warn individuals to avoid or limit intake of processed meats. (Rock et al. 2020) (Thompson et al. 2018)(https://www.wcrf.org/dietandcancer/limit-red-and-processed-meat/) (accessed 10/17/2021) (https://www.cancer.org/healthy/eat-healthy-get-active/acs-guidelines-nutrition-physical-activity-cancer-prevention/guidelines.html) (accessed 10/17/2021) Given that this amount of daily NDMA is enough to raise cancer risk as reflected in studies on processed meats and cancer risk, the dietary studies of NDMA are highly relevant.

Therefore, my analysis for this report included studies of the association between ranitidine and cancer, as well as studies on the associations of other sources of NDMA and cancer risk. Studies on these other sources include worksite exposure (especially rubber manufacturers and nitrate fertilizer manufacturers), and diet (foods and beverages that contain NDMA). As supporting evidence, studies on occupational, dietary, and water sources of nitrosamines unspecified, nitrites or nitrates, which form NDMA in vitro, were also reviewed. A full discussion of the exposure evidence is in a separate section of my report.

## Executive Summary

This review assessed relevant published epidemiologic evidence on the association between use of ranitidine, exposure to other sources of NDMA, and risk of developing cancer. In reviewing the evidence on associations between ranitidine and cancer risk, and between other sources of NDMA and cancer risk, I looked at all specific types of cancer. After this exhaustive review, I determined that evidence was stronger for some cancers than others. That does not mean that ranitidine and NDMA do not cause the other cancers, rather that there was not sufficient evidence at the time of my review to form an opinion



CONFIDENTIAL INFORMATION

that NDMA is a cause of the other cancers. I did the exact same analysis of the scientific literature to determine the association of ranitidine use and the inevitable NDMA exposure that accompanies that use and the risk of breast, prostate, kidney, lung and colorectal cancer. While there is evidence in the literature to support an association of ranitidine use with those 5 cancers, applying a Bradford Hill analysis, the evidence was not sufficient to support an opinion that the use of ranitidine can cause breast, prostate, kidney, lung or colorectal cancer.

This report, then, in reviewing evidence for specific cancers, focuses in depth on five types: bladder, esophagus, liver, pancreas, and stomach cancer. Data on other cancers abstracted from studies is included in the tables at the end of the report.

The epidemiologic evidence in total, along with the biological and pathological evidence, fits the Bradford Hill aspects of causation(Hill 1965), namely: strength, consistency, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy. The weight of the evidence related to ranitidine, NDMA, and cancer development demonstrates a consistent increased risk for bladder, esophagus, liver, pancreas, and stomach cancer.

In my opinion, as an epidemiologist and physician, stated to a reasonable degree of medical and scientific certainty, use of ranitidine can cause cancer, and this report addresses a number of specific cancers. I base this opinion on the elevated risk estimates (relative risk, odds ratios) for use of ranitidine as well as for other sources of NDMA, the pathological evidence, the consistency of results across geographic areas and in different race/ethnic groups, the evidence of a positive dose-response effect, and the plausible biological mechanisms.



CONFIDENTIAL INFORMATION

# Reports, Documents, Commentaries from Governmental Agencies and Cancer Organizations

That NDMA is a human carcinogen, and that NDMA comes from several sources, is underscored by documents and statements produced by several governmental agencies and cancer organizations, as described below. These organizations have evaluated the NDMA content in ranitidine, have looked at available human and animal studies on NDMA and cancer, and have taken actions or advised public action regarding avoiding ranitidine and other sources of NDMA because of the danger of carcinogenicity.

## U.S. Food and Drug Administration (FDA)

On April 1, 2020, the FDA withdrew ranitidine from the U.S. market, citing the presence of unacceptably high levels of the carcinogen NDMA in the medication and produced as a byproduct of the medication. (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market (accessed 1/1/2022). As stated on the FDA website, “FDA has set the acceptable daily intake limit for NDMA at 0.096 micrograms or 0.32 ppm for ranitidine.” (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 10/17/2021)

The FDA testing found that ranitidine contains as much as 860 nanograms in a single 300-mg size pill, and as much as 360 nanograms in a single 150mg size pill. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 10/17/2021)

Furthermore, the FDA’s website states: “FDA has determined that the levels of NDMA in ranitidine and nizatidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats.” (However, the website does not mention amount of processed meat intake, and indeed, national and international cancer organizations recommend that individuals limit or eliminate intake of processed meats because of their cancer risk.(Fund 2018; Rock et al. 2020)



CONFIDENTIAL INFORMATION

Of note, the FDA monitors levels of volatile nitrosamines in processed meats (including NDMA since it is the most prevalent), because of carcinogenicity.(Lee 2019) The comparison of processed meats to ranitidine NDMA content is exemplified using the FDA's compilation, which estimates 5 micrograms per kilogram of fried bacon. Assuming a serving size of two slices of bacon, which would weigh 30 grams or 0.03 kilograms, the amount of NDMA in those two slices of bacon would be .15 micrograms of NDMA for a serving of bacon, or 150 nanograms. In one cohort study, each 47 nanograms increase in dietary NDMA intake increased risk for gastrointestinal cancers by 13%.(Loh et al. 2011) The FDA has found NDMA in ranitidine pills as high as 860 nanograms per pill (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 1/1/22). With daily ranitidine intake of a pill with 860 nanograms of NDMA, the risk would be more than five times greater than from a daily serving of bacon.

## U.S. National Toxicology Program (NTP)

Since 1978, the U.S. Congress has legislated that the U.S. Department of Health and Services publish a report identifying environmental causes of cancer. This report is prepared by the National Toxicology Program. In 2016, the National Toxicology Program provided information on nitrosamines including NDMA.(Ntp 2016) The National Toxicology Program identifies carcinogens by reviewing studies in humans, animals, and other scientific reports to determine the carcinogenic properties of substances. The National Toxicology Program also considers results of carcinogen identification work by the World Health Organization International Agency for Research on Cancer, the Environmental Protection Agency of the State of California, and the U.S. Environmental Protection Agency (EPA). In its 2016 report, the National Toxicology Program stated that "The most applicable evidence for establishing a relationship between exposure to any given substance and cancer in humans comes from epidemiologic studies…"(Ntp 2016) In addition, the National Toxicology Program reviews studies of carcinogenicity testing in experimental animals, and toxicological, toxicokinetic, and mechanistic studies. To be listed in a National Toxicology Program Report of Cancer, a substance or exposure circumstance is identified as known or reasonably anticipated to be a human carcinogen (and therefore a potential hazard). The 2016 report lists NDMA as being reasonably anticipated to be a human carcinogen based on sufficient evidence of carcinogenicity in experimental animals. The report stated that NDMA caused tumors in numerous species of experimental animals, in diverse tissues, and by different routes of exposure (oral ingestion, inhalation, subcutaneous injection, and others). Cancers formed included liver, bile duct, respiratory tract, kidney, blood vessels, digestive glands, hematopoietic systems, and ovaries. The



CONFIDENTIAL INFORMATION

National Toxicology Program report also described NDMA exposures and formation from food, water, and air, and relies on several of the epidemiological studies of diet and cancer risk that were available before 2016 and that I reference in my report.

## International Agency for Research on Cancer (IARC)

The International Agency for Research on Cancer (IARC), which is the cancer branch of the World Health Organization, classified NDMA as a class 2A carcinogen (i.e., probably carcinogenic to humans) in 1987.

In the 1978 IARC monograph, IARC summarized the literature on NDMA (from any known source at the time) and cancer risk. ('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds' 1978) That 1978 IARC monograph stated that NDMA is carcinogenic in all animal species tested, including mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs. The report states that NDMA induces benign and malignant tumors by various routes, including ingestion and inhalation, in various organs, and in various species. The monograph states that in several studies, dose-response relationships were established. The monograph did not report on human epidemiologic studies of NDMA and cancer risk citing lack of such studies at that time. In 1987, IARC designated NDMA as probably carcinogenic to humans (2A classification). ('Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42' 1987) At the time of the IARC monograph work, the NDMA content of ranitidine was not known, and therefore ranitidine was not included as a source of NDMA exposure. In my opinion, if IARC were to review the human epidemiologic studies that exist today, NDMA would be designated Group 1 (Carcinogenic to Humans).

In a 2018 monograph, IARC reviewed the epidemiologic evidence of processed meats (and other meats) and cancer, and classified processed meats as Carcinogenic to Humans (Group 1)(Humans 2018) and listed NDMA content (and other N-nitrosamine contents) of processed meat as a potential mechanism linking processed meat to cancer risk.

IARC relies strongly on nutritional epidemiologic studies to assess the relationships between diet, nutrition, and cancer risk, and uses this type of human data in assigning the highest level of carcinogenicity to chemicals, foods, occupations, and other carcinogenic exposures. In addition, IARC



CONFIDENTIAL INFORMATION

developed and continues to coordinate a nutritional epidemiologic cohort study with over a half million European participants. (https://epic.iarc.fr/index.php) (accessed 1/8/22) IARC's significant allocation of resources to nutritional epidemiology shows its past and ongoing support to this science.

## World Health Organization (WHO)

In 2002, the World Health Organization (WHO) issued a report which stated that "NDMA is a genotoxic carcinogen."(Liteplo, Meek, and Windle 2002) The report noted that 'tumours have been induced in all species examined at relatively low doses," and concluding that "NDMA is clearly carcinogenic." As relates to human risk, WHO stated that because "metabolism appears to be similar in humans and animals" it is "highly likely that NDMA is carcinogenic to humans, potentially at low levels of exposure." (Liteplo, Meek, and Windle 2002) In addition to relying on animal experimental studies and toxicological studies, the report relied on several epidemiological studies of NDMA intake from food and risk for several cancers. It is important to note that the WHO report was published in 2002. In the twenty years following this report, the number of published epidemiologic studies on dietary NDMA and cancer risk has grown significantly, including studies from the well-validated EPIC cohort.(Loh et al. 2011) The WHO report stated that "There appears to be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA", and cite a case of NDMA poisoning in a human, with evidence of liver DNA methylation as well as pancreatic cell culture studies.

## American Cancer Society

The American Cancer Society states on their website: **"**In general, the American Cancer Society does not determine if something causes cancer (that is, if it is a carcinogen). Instead, we rely on the determinations of other respected agencies, such as the International Agency for Research on Cancer (IARC) and the US National Toxicology Program (NTP). Not only does the American Cancer Society rely on IARC and NTP's review of evidence including dietary epidemiology, it (Calle et al. 2002) also conducts several ongoing cohort studies of diet and risk for cancer. The American Cancer Society does recommend that individuals limit or eliminate intake of processed meats because of risk of cancer.(Rock et al. 2020)



CONFIDENTIAL INFORMATION

## U.S. Environmental Protection Agency (EPA)

The U.S. Environmental Agency classifies NDMA as a B2 carcinogen (probably human carcinogen) based on the induction of tumors at multiple sites in different mammal species exposed to NDMA by various routes (EPA IRIS 2002 https://iris.epa.gov/static/pdfs/0045_summary.pdf) (https://www.epa.gov/sites/default/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf) (accessed 1/7/2022).



CONFIDENTIAL INFORMATION

## The Science of Epidemiology

Epidemiology is the science of diseases in human populations. Epidemiologists study patterns of disease occurrence within populations to determine causes of the disease of interest, with the goal of finding ways to prevent the disease. Observational epidemiologic studies use and compare data collected on individuals within populations. By comparing these data on such variables as health factors, medications, demographics, diet, and other lifestyle factors, with risk of disease, epidemiologists can identify associations that may be causal.

In epidemiologic observational studies, an exposure is a factor that may influence the risk of disease. For assessing effects of some exposures, epidemiologists may conduct randomized controlled clinical trials, but for exposures that have possible adverse effects with little known benefit, such studies would be unethical. For example, the effects of vitamin supplements have been tested in large-scale clinical trials to determine effects on risk for several cancers. This was considered ethical because the expectation was that the vitamin supplements could have benefit, and were unlikely to have risk, for study participants. For carcinogen exposures, however, with little expectation of benefit to offset possible adverse effects, observational studies will usually be the only available epidemiological evidence.

Much public health knowledge derives from epidemiology. For example, observational epidemiological studies show us that individuals who drink excessive amounts of alcohol have a high risk for developing liver failure and other diseases. Such studies have shown that persons with obesity have a high risk for developing diabetes and that smokers have high risk for developing lung cancer. Similarly, the effects of toxic agents on risk for several diseases have been identified through observational epidemiological studies. Examples include the effect of lead paint on cognitive development in children; the effect of radium exposure on bone health, blood abnormalities, and cancers; and the effect of second-hand smoke on risk for lung cancer in nonsmokers. When epidemiologists study effects of medications and other therapeutics, it is referred to as pharmacoepidemiology (see Pharmacoepidemiology section below).



CONFIDENTIAL INFORMATION

The associations between ranitidine and NDMA exposure and risk for cancer have been studied in two types of epidemiologic studies—cohort and case-control —and therefore this description of epidemiologic methodology below is limited to those types of studies.

In describing the science of epidemiology, its terminology, concepts, and methods, I have relied on epidemiology texts, reports, and my own experience.(Rothman 2008; Celentano 2019; Research. 2007) In addition, I reference journal articles relevant to individual topics in epidemiology. My use of a reference does not mean that all parts of that reference are relevant to the epidemiology of ranitidine and cancer risk or to the epidemiology of other sources of NDMA and cancer risk.

## Terminology and Concepts in Epidemiological Studies

### Disease incidence and rate:

The incidence of a disease is the number of new cases that occur. An incidence rate is the number of new cases that occur per number of persons over an interval of time. In cohort studies, where people are identified at one point in time (called study baseline or study entry), data are collected, and individuals are followed over time to look at incidence of specific diseases. The incidence in persons exposed to a carcinogen is then calculated, and an incidence rate of number of cases that occurred per year in a given size population or exposed (for example, 100 cases per 1000 study participants per year). Also calculated is the incidence in persons not exposed to that carcinogen.,

Disease incidence (can be called the background rate) is the incidence of disease in the overall population. Typically, for cancer, incidence rates per 100,000 individuals per year are determined. The incidence rates for select cancers in the U.S. for 2020-2021 as provided by the U.S. National Cancer Institute and the American Cancer Society are provided in this report's descriptions of individual cancers.(https://seer.cancer.gov/statfacts/). The incidence rate of disease in a population can also be called the "background rate" of that population. In this report, I examine numerous studies that compare the incidence rate of cancer in people exposed to ranitidine or NDMA and defined cohorts of unexposed people (as estimates of background rate).

### Risk:

The risk of a disease refers to likelihood of its occurrence. In epidemiological studies, risk is usually used in relative terms, that is, the risk of developing cancer in one group versus the risk in another

group. In cancer epidemiology, the risk almost exclusively refers to risk of incident cancer, that is, risk of a new cancer occurrence.

Risk factor: The World Health Organization defines a risk factor as any attribute, characteristic or exposure of an individual that increases the likelihood of developing a disease or injury (http://www.who.int/topics/risk_factors/en/). Risk factors can be inherent, such as sex, age, and genetics; lifestyle-related such as diet, physical activity, or smoking; health related such as medication use, menstrual factors, reproductive history, or history of infectious diseases; or toxic exposures such as minerals, metals, chemicals, or radiation. NDMA falls into the toxic exposure category, but its vehicle for delivery can be a medication (e.g., ranitidine), diet, water, or occupational contamination.

Exposures: In epidemiology, an exposure is something that may increase or decrease the risk of developing disease. In this report, use of ranitidine or ingestion of NDMA from other sources (diet, occupation) are the exposures investigated. Assessment of exposure often results in incomplete or inaccurate information, because individuals or records over- or under-report use of ranitidine, dietary NDMA intake, or occupational exposure.

Studies that use pharmaceutical databases to determine use of ranitidine often do not provide dose of ranitidine used, nor how long the drug was used, and how often, if at all, the drug was ingested. Pharmaceutical databases (which were sources of ranitidine exposure in several reviewed studies) do not capture all sources of ranitidine use (such as changes in use patterns over time, use of alternative sources like over-the-counter formulations, or switching among medications for the same medical conditions), and therefore underestimate exposure. Some studies that use pharmaceutical databases also have obtained information on use only for discrete periods of time, and therefore have incomplete information on length of time the medication was used.

Cohort studies ask participants to complete dietary intake questionnaires when they enter the study. Most of these diet questionnaires were self-administered, while those administered by trained interviewers provide opportunities for more complete and detailed information.(Bowling 2005) If cohort studies do not repeat collection of dietary information again in the study, total exposure to NDMA in diet will be underestimated.



CONFIDENTIAL INFORMATION

Occupational studies can also make inaccurate estimates of NDMA exposure because it is difficult to measure exposures at all times on the job and to determine the amount absorbed from sources such as workspace air and skin contamination.

The underestimation of ranitidine or dietary or occupational NDMA exposure will result in bias to the null.(Copeland et al. 1977) If a study collects information in such a way that exposure is overestimated regardless in both cases and non-cases, that will also drive the relative risk toward the null value.(Copeland et al. 1977). This type of nondifferential misclassification, i.e., underestimating (or overestimating) exposure to ranitidine or other sources of NDMA, biases the relative risk toward the null value. That is, it would likely underestimate the relative risk, suggesting that true effects of ranitidine or dietary or occupational sources of NDMA is stronger than reported in epidemiologic studies.

Association: Epidemiologists use the term association to describe how a disease occurrence varies as a result of the effect of an exposure. A positive association indicates that the exposure increases risk of the outcome; a negative association indicates that the exposure decreases risk of the outcome.

Etiology: The etiology is the cause or origin of a disease or condition.

Multi-factorial etiology: Very few cancers occur as a result of only one cause. Most, on the other hand, have several likely causes, each with different levels of effect. The most common risk factor for cancer is age, as older persons have increased risk for developing most of the common cancers. For example, even though certain human papilloma viruses increase risk for head and neck cancers, their effect is most often seen with increasing age despite individuals acquiring the virus at a young age. For some cancers, exposures add to the effects of other exposures, or even multiply their effects. For example, both smoking and alcohol use increase risk for squamous cell carcinoma of the esophagus, but individuals who both smoke and drink have a risk of this cancer that is greater than what would be expected by adding the effects of the two exposures.

Generalizability: The goal for epidemiologic research is to identify causes of disease that can be applicable to all populations. Most modern-day case-control studies attempt to do this by conducting population-based studies. That is, they identify all cases of a cancer occurring in a population and



CONFIDENTIAL INFORMATION

attempt to include as many of those cases as possible. They also identify a similar sample of persons from the same population who do not have cancer and recruit as many of those as possible. Many of the case-control studies of ranitidine or NDMA identified cases through population-based cancer registries, which register almost 100% of cases of cancer occurring in the population served by the registry. These population-based studies are better able to produce results that are generalizable to the whole population. Hospital-based case-control studies of include all cases of cancer that present to a hospital and compare them to a comparable group of hospitalized patients without cancer. While the comparisons between cases and controls can be valid, the generalizability of the results to the population can be low if patients from the recruiting hospital differ from the population as a whole.

Generalizability can be more of an issue for cohort studies, depending on how the study participants were recruited. Most cohort studies, especially ones in the U.S., represent just a small fraction of the population, and most include few Blacks, Latinx, Asian-American, Native Americans, Pacific Islanders, and other race/ethnic groups.

Latency period: The length of time between when a person is exposed to a causal agent and when their cancer is first diagnosed is called the latent period. This period is typically years to decades, and may differ between cancers and between causal factors. For exposures that continue over time, it may not be possible to determine the latency period of that cancer in relation to that exposure. Many of the cohort studies on ranitidine and cancer risk follow participants for less than 10 years—not long enough for cancer to develop. This lack of complete follow-up to include a full latency period will underestimate the relative risk. That is, it will falsely bias the relative risk toward the null value of "no association." Note that the latency period is separate from the length of use of a medication, or length of other NDMA exposure. Rather, latency refers to the period of time between when a carcinogen initiates the cancer process and the cancer is diagnosed.

Exposure measurement: Defining whether a person is exposed to a potentially causal agent is important to the science of epidemiology. For many exposures, we must rely on what the individual can tell us about their medications, diet, health habits, lifestyle, work history, and use of products. Recall of these variables can be challenging. Epidemiologists, therefore, often have interviewers use tools to jog participants' memories, such as anchoring around particular ages and life events. The most thorough epidemiologic studies queried about both frequency and duration of use of medications and dietary and



CONFIDENTIAL INFORMATION

water intake habits. Details on measurement of exposures to ranitidine and other sources of NDMA (occupation, diet, water) are given later in this report.

Diagnosis and classification of disease outcome: "Outcome" refer to the disease or health condition of interest; in this report, any type of cancer is the outcome.

Determination of outcomes (which are usually diseases such as cancer) is a critical part of epidemiologic research. If cases of a disease are over- or under-counted, results of exposure-disease associations will be skewed. If the source of cases differs from the source of controls, comparisons between cases and controls may be biased. In case-control studies, researchers try to include all cases that were newly diagnosed with the disease in a defined population within a set period. Population-based cancer studies often identify cases through population-based cancer registries. Hospital-based studies, conversely, identify cases that were newly diagnosed in one or more hospitals. Whichever method is used, researchers try to include as high a proportion as possible of identified cases, to reduce chances of biased results. Some studies, such as occupational cohort studies, identified only cases of cancer that resulted in death (i.e., cancer mortality). For cancers with high mortality, such as pancreas cancer, cancer mortality can be a reasonable proxy of cancer occurrence. For many other cancers, such as breast cancer, most patients survive for decades, and therefore cancer mortality is a significantly underestimate of cancer occurrence. Most of the studies of NDMA and cancer included cancer incidence (new diagnoses of cancer), rather than cancer mortality, as the study outcome. For those that did not, such as the occupational studies in rubber workers, (Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000) this needs to be considered in the interpretation of study results as relates to risk of developing (not dying from) specific cancers from ranitidine.

For cohort studies, the length of follow-up time is critical because most cancers take many years to decades to develop and to be diagnosed after exposure to a carcinogen.(Rothman 2008)

For epidemiologic studies of cancer, it is important to identify, at the minimum, the type of cancer. Sometimes, researchers also identify the subtype of cancer, such as the particular cell types involved in the cancer. Using pathologists' reports from medical records, trained coders classify patients into the correct categories depending on the pathology and other medical records.



CONFIDENTIAL INFORMATION

Relative risk, odds ratio, and hazard ratio: Epidemiologists use various ways to measure the strength of an association between disease occurrence and exposure to a risk factor. The most common term is the relative risk, which is the ratio of disease occurrence in persons with an exposure to disease occurrence in persons without that exposure. Relative risk can be measured directly in prospective cohort studies. In case-control studies, relative risk is estimated with the odds ratio, which measures how much higher the odds of exposure are among cases than among controls. For rare diseases like cancer, the odds ratio is an accurate approximation of the relative risk. In cohort studies, the hazard ratio can also be calculated, and is the chance of disease occurring in the exposed group divided by the chance of the disease occurring in the unexposed group, taking into account time intervals. Relative risks, odds ratios, and hazard ratios greater than 1.0 indicate an increased risk, while those below 1.0 indicate a protective effect. For example, a relative risk of 1.2 means that the exposed group has a 20% increased risk compared with the unexposed group. Any relative risk other than 1.0 indicates an association, whether positive or negative, regardless of the results of statistical tests used with the relative risk (see below). There are no standardized definitions of what constitute “small,” “weak,” “moderate,” “large,” or “strong” relative risks, odds ratios, or hazard ratios.

Ideally, the relative risk compares the incidence rate in the population in persons exposed to the risk factor of interest to the incidence rate (or background rate) in the population in persons who are not exposed to that risk factor. In cohort studies, the disease incidence rate in unexposed persons ideally represents the population incidence rate in unexposed persons (background rate). In case-control studies, the odds ratio is used to estimate the relative risk. In population-based case-control studies, the exposure in controls ideally represents what the exposure would be in the population from which the controls were selected. In occupational cohort studies, the population incidence rate (background rate) is used to calculate the number of cases that would be expected in the population that does not have the occupational exposure. That “expected” number is then compared with the “observed” number of cases in the occupational cohort.

There is no scientifically accepted cut point to accept or reject a relative risk as supporting a causal relationship. A “large” relative risk is not synonymous with “causal” and a “small” or “weak” relative risk does not rule out causation. There is no pre-defined level of relative risk that defines an association as clinically or biologically relevant. The size of a relative risk reflects many things including: 1) unit of measure (such as relative risk associated with taking 150 mg ranitidine per day for a year); 2) size of the



CONFIDENTIAL INFORMATION

association; 3) presence of other cancer risk factors in a population; and 4) level of error in measurement of exposure or disease.(Rothman and Greenland 2005) In pharmacoepidemiology, the time course of use of a drug may be relevant, as well as dose, in determining the relative risk seen between drug and risk of a disease such as cancer. (Suissa and LeLorier 2020)

In reviewing the studies for the report below, I interpreted data results as presented in the data tables in the papers. Thus, if a relative risk was presented as “1.10,” I interpreted that as a 10% increase in risk. I did not give qualifiers to relative risks, such as “small” “moderate” or “large,” because there are no scientifically accepted levels of relative risk that fall into such categories. To state that one relative risk of “1.10” shows no association but that another relative risk of “1.10” shows a positive association, based on differences in confidence intervals (see below) shows a lack of understanding of relative risk and epidemiologic relationships.(Rothman 2014) Furthermore, the level of relative risk depends on the unit change in the variable being tested. For example, nutritional epidemiology studies may measure the relative risk associated with a 50-gram portion increase in intake of a certain food. If they instead use a unit of 100-grams, the relative risk could look larger, but in fact the impact is the same. If the units of measure are grams or micrograms, depending on nutrients, the relative risks could be much lower.

Another issue to consider is comparison of levels of relative risks across exposures. A common example is the relative risk for lung cancer in smokers versus nonsmokers. However, those relative risks typically are for individuals who smoked 2 or more packs of cigarettes for 30 years or more. In the case of ranitidine and cancer risk, there are no studies that had data for 30 years. In general, the studies of ranitidine followed patients on average for less than 15 years, some as short as 1 year, during which time cancers would not have time to develop (see section on latency period below).

Statistical analyses: Epidemiologists use several types of statistical analyses to determine the likelihood relationships occurring among variables in sets of data. As described above, the most common measures of risk in observational studies are the relative risk, odds ratio, and hazard ratio. These estimates are calculated in individual studies. Sometimes, they are computed in pooled studies in which individual-level data from several studies are combined. Or, they can be calculated from meta-analyses, in which relative risks are averaged from the relative risks in several individual published studies.



CONFIDENTIAL INFORMATION

To determine the likelihood of relative risks, odds ratios, and hazard ratios being true estimates of risk, rather than just occurring by chance, epidemiologists perform statistical testing. For the relative risk, odds ratio, and hazard ratio, they calculate a confidence interval (CI), which shows the range of values that the true risk estimate likely represents. Most commonly, they use 95% CI, which means they are 95% sure that a true relative risk or odds ratio lies within that interval of numbers. If a confidence interval includes the number 1.0, then we say the association between the exposure and the disease could be null, although it could be either positive or negative. In fact, the most likely scenario is that the observed relative risk in that study represents the most likely estimate of association whether or not a confidence interval contains the null value.

Another statistic is the p-value, which estimates how likely the observed association is due to chance. The term just refers to the likelihood of a chance finding, and should not be used to determine whether or not an exposure is causally related to disease occurrence.(Amrhein, Greenland, and McShane 2019)

In recent years, the American Statistical Association has provided leadership on the issue of statistical testing. The association provided a statement on statistical significance and p-values, that "a p-value is the probability under a specified statistical model that a statistical summary of the data (e.g., the sample mean difference between two compared groups) would be equal to or more extreme than its observed value."(Wasserstein, Schirm, and Lazar 2019) The statement provides several principles: 1) P-values can indicate how incompatible the data are with a specified statistical model; 2) P-values do not measure the probability that the studied hypothesis is true, or the probability that the data were produced by random chance alone; 3) Scientific conclusions and business or policy decisions should not be based only on whether a p-value passes a specific threshold; 4) Proper inference requires full reporting and transparency; 5) A p-value, or statistical significance, does not measure the size of an effect or the importance of a result; and 6) By itself, a p-value does not provide a good measure of evidence regarding a model or hypothesis.(Wasserstein and Lazar 2016)

The equations used to determine the p-value are the same as those used to calculate confidence intervals, and therefore the issues of one are similar to both.

Both confidence intervals and p-values depend largely on the size of the population studied. Therefore, while the information from statistical tests should be considered when assessing the weight to be given



CONFIDENTIAL INFORMATION

to the study results, it is not appropriate to dismiss relative risks that show increased risk from an exposure, based on a confidence interval that includes 1.0 or a p-value greater than 0.05.(Amrhein, Greenland, and McShane 2019). It is also a misconception to describe studies as "inconsistent" if some have relative risks with confidence intervals that include 1.0 or p-values greater than 0.05, while others do not.(Rothman and Greenland 2005) The consistency of studies, rather, is a reflection of associations between exposure and disease seen across studies, depicted by epidemiologic measures such as relative risk, odds ratio, or hazard ratio.

It is critically important to note that the measures of statistical significance do not change the measures of association. A relative risk of 1.3 shows a 30% increased risk regardless of what p-value is calculated for it, and regardless of what confidence intervals are calculated. The American Statistical Association and individual statisticians recently called for abandoning the term "statistically significant," because there is no bright line for a statistical test that rules in or out the presence of association between exposure and disease (Wasserstein, Schirm, and Lazar 2019; Amrhein, Greenland, and McShane 2019)

In terms of causal inference, statistical testing results should be considered just to examine how well the data fit a model. The results of statistical testing (confidence intervals, p-values) should never be used to determine a causal effect, nor should they be used to discard or include studies in the totality of evidence.

A newer method of adjusting for potential confounding variables is through propensity scoring, in which potential confounding factors are given a score for individual patients, and the scores are the adjustment variable when comparing exposure and disease relationships.(Stürmer et al. 2014) However, it still requires the presence of data for the confounding variables—it cannot substitute for them. In this sense then, it is simply another way of adjustment. Some reports state that it is a way to approximate a randomized controlled trial for observational data, but there is no randomization with this method so it cannot substitute for the gold standard for testing pharmaceuticals' effects.(King and Nielsen 2019)

Sample size: Epidemiologists strive to determine the likelihood that an association between an exposure and disease occurred by chance. If the study is designed appropriately, the chance of random occurrences explaining observed associations is reduced. One way to assess this is through statistical testing. Common tests include confidence intervals and p-values. Greenland et al. describe statistical



CONFIDENTIAL INFORMATION

testing as " A more refined goal of statistical analysis is to provide an evaluation of certainty or uncertainty regarding the size of an effect."(Greenland et al. 2016) The sample size of a study is chosen to maximize the chance of estimates of effects and the statistical testing around them being representative of what would be seen if all known cases and noncases of disease could be counted. The larger the sample size, the greater the chance of "statistically significant" estimates of effect (relative risk, odds ratio). Smaller studies may show "non-statistically significant" relative risks that simply reflect the size of the sample. It does not mean that the relative risk is inaccurate, just that the study sample was small.

Standardized incidence ratio and standardized mortality ratio: In some epidemiologic studies, only exposed persons are available for study. This is a common occurrence in studies of occupations with high levels of exposures to carcinogens, such as NDMA in rubber manufacture workers. Researchers may then compare the incidence (or mortality) in the exposed cohort with the incidence in the general population (i.e., background rate) from which the exposed cohort is drawn. The standardized incidence ratio compares the actual versus expected number of cases of a disease, using the population data to determine expected numbers. Similarly, the standardized mortality ratio compares actual versus expected numbers of cause-specific or overall deaths. The standardized incidence ratio and standardized mortality ratio are similar to relative risks, and 95% confidence intervals are often calculated. (Note that it is not a requirement for occupational studies to compare incidence rates in exposed workers to that in the general population. For example, if other, unexposed, workers are available from the same factories, they might be chosen as the comparison group. Alternatively, workers with low levels of exposure could serve as the comparison group. An example is Hidajat et al.)(Hidajat, McElvenny, Ritchie, et al. 2019)

Dose-response: "Dose response" refers to a change in the effect of an exposure on disease risk according to the amount of exposure. The demonstration of a biological gradient adds weight to evidence that an exposure is causal. Classifying amount of exposure depends on the risk factor. For medications, the amount ideally includes the medication dose, the frequency of use, and the duration of use. For dietary factors, the dose ideally includes the amount of food or nutrient, the frequency ingested, and the duration ingested. Some of the medication epidemiologic studies used pharmaceutical databases, which track individual patient prescriptions.



CONFIDENTIAL INFORMATION

Dose-response information is based on assessing the amount of exposure (daily dose, frequency of use and duration of use). Studies using pharmaceutical databases or other records of prescriptions typically assume that patients were compliant in use of prescribed ranitidine. To the extent that patients were not compliant, this assumption will tend to overstate the use of the medication. Also, to the extent that use of over-the-counter (U.S.) ranitidine was not tracked in a study, the use of ranitidine is likely to be underestimated. Underestimation of exposure will likely drive the relative risks toward the null value (i.e., toward 1.0).(Copeland et al. 1977) The utility of pharmaceutical databases, advantages and disadvantages, are described in more detail below in the “Pharmacoepidemiology” section.

Dose response effects may take different shapes. They may be linear, where an increase in the exposure increases risk of disease at each level of increase in the exposure. A common example is the relationship between average packs/day and years of cigarette smoking and risk for lung cancer. Alternatively, there may be a ‘threshold’ above which an effect of exposure on disease is seen. An example is the association between exposure to menopausal hormone therapy; use for short periods has little effect on risk of breast cancer, but risk consistently increases for five years’ or longer use.

There are other ways in which an exposure may affect disease. An exposure may influence risk one way at both low and high levels of exposure, but the other way at intermediate levels of exposure, shown as ‘J’- or ‘U’-shaped curves. In such cases, the exposure is evidently beneficial or harmful only within certain ranges. For example, intake of alcohol at small amounts has been related in some studies to lower risk of cardiovascular disease, whereas heavy intake increases risk.

Epidemiologists can report data on variables in continuous or discrete categories. This is usually done to increase statistical power by grouping individual data, but can obscure true relationships.

If a study collects data only on whether an individual ever or never used a medication, it will not be possible to test whether a dose-response relationship exists. The study may not collect dose information, or may lump together all doses (for ranitidine, daily doses range from 75 mg to 300 mg or more, depending on the disease being treated and patient response). If a cohort study asks about use at one time, such as at study entry, but fails to update exposure information, the person could be incorrectly labeled as a nonuser even if they begin use at a later date. If either case-control or cohort



CONFIDENTIAL INFORMATION

studies do not obtain a history of medication use, participants would also be incorrectly classified for lifetime use.

Bias: A systematic error in the study design, recruitment, data collection or statistical analysis that results in false estimations of the true effect of the exposure on disease. There are several types of biases that can be present in epidemiologic studies, that can affect estimates of associations between exposure and disease.

Confounding: This type of bias occurs when a third variable interferes with a true relationship between an exposure and an outcome. A confounding variable is one that is related to the risk of disease and to the exposure in the particular study. It is not by itself a cause of the disease and does not lie in the pathway between the exposure and disease. In analyzing data, epidemiologists assess the effect of variables on relative risk. Variables that are shown to be confounders are then adjusted for in the final analyses. Most of the epidemiologic studies reviewed for this report adjusted for some confounding factors. However, several of the studies using pharmaceutical databases had limited data on health characteristics or other risk factors for disease, and therefore didn't fully assess the potential effects of possible confounding variables.(Yoon et al. 2021; Iwagami et al. 2021) Similarly, smoking and alcohol use were not adjusted for in the rubber manufacturing occupational studies on NDMA exposure and cancer risk or mortality.(Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000) An empiric investigation of the effects of alcohol and tobacco use within occupational cohorts showed that lack of adjustment for these lifestyle factors may alter relative risks, although the amount of alteration may depend on size of the relative risk and whether dose-response relationships are being assessed.(Siemiatycki, Wacholder, Dewar, Cardis, et al. 1988; Siemiatycki, Wacholder, Dewar, Wald, et al. 1988)

Some health factors such as tobacco smoking, alcohol use, obesity, and insufficient exercise increase risk for several types of cancer, and therefore studies of carcinogen exposure and risk for cancer ideally take into account individuals' exposure to these factors. In some studies, researchers have looked separately at risk of ranitidine or NDMA and cancer risk in persons with or without an exposure (such as in smokers versus nonsmokers). In other studies, researchers adjusted for these variables in analyses. In some studies, however, other health variables were unknown or not mentioned in the journal article. If the



CONFIDENTIAL INFORMATION

health factor is either related to ranitidine use, or to other exposure to NDMA, relationships between ranitidine exposure or other NDMA exposure and cancer could be confounded by the health factor.

Effect modification: In some groups, an exposure increases risk of disease while in others it has no effect, has a smaller effect, or may even reverse the effect. This is called effect modification. An example is that obesity has a larger effect on risk for colon cancer in men than in women. In this case, sex is an effect modifier on the relationship between obesity and risk of colon cancer.

## Ranitidine, NDMA, and Cancer Risk

In April 2020, the U.S. FDA withdrew ranitidine from the U.S. market, and released the following statement in a press release: "The U.S. Food and Drug Administration today announced it is requesting manufacturers withdraw all prescription and over-the-counter ranitidine drugs from the market immediately. This is the latest step in an ongoing investigation of a contaminant known as N-Nitrosodimethylamine (NDMA) in ranitidine medications (commonly known by the brand name Zantac). The agency has determined that the impurity in some ranitidine products increases over time and when stored at higher than room temperatures and may result in consumer exposure to unacceptable levels of this impurity. As a result of this immediate market withdrawal request, ranitidine products will not be available for new or existing prescriptions or OTC use in the U.S." (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) accessed 2/23/2021.

The International Agency for Research on Cancer (IARC), which is the cancer branch of the World Health Organization, has classified NDMA as a class 2A carcinogen (i.e., probably carcinogenic to humans). In the 1978 IARC monograph, IARC summarized the literature on NDMA (from any known source at the time) and cancer risk. ('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds' 1978) That 1978 IARC monograph stated that NDMA is carcinogenic in all animal species tested, including mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs. The report states that NDMA induces benign and malignant tumors by various routes, including ingestion and inhalation, in various organs, and in various species. Furthermore, IARC stated that NDMA primarily causes tumors of the liver, kidney and respiratory tract. Finally, the monograph states that in several studies, dose-response relationships were established. The monograph did not report on human epidemiologic studies of NDMA and cancer risk.

In 1987, IARC designated NDMA as probably carcinogenic to humans (2A classification). ('Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42' 1987) At the time of



CONFIDENTIAL INFORMATION

the IARC monograph work, the NDMA content of ranitidine was not known, and therefore ranitidine was not included as a source of NDMA exposure.

The 2002 WHO report stated that "NDMA is a genotoxic carcinogen," also noting that 'tumours have been induced in all species examined at relatively low doses," and concluding that "NDMA is clearly carcinogenic." As relates to human risk, WHO stated that because "metabolism appears to be similar in humans and animals" it is "highly likely that NDMA is carcinogenic to humans, potentially at low levels of exposure." (Liteplo, Meek, and Windle 2002) The FDA has stated that NDMA is a probable human carcinogen, and for this reason, withdrew ranitidine from market because of its NDMA content. (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 1/16/22) Furthermore, FDA has stated that NDMA is genotoxic. (https://www.fda.gov/media/141720/download) (accessed 1/16/22)

This review of the epidemiologic science of ranitidine and cancer risk includes a review of the epidemiologic science on NDMA and cancer risk, in order to provide a full picture of the effect of NDMA in ranitidine in causation of cancer. While the studies of ranitidine and cancer risk would have the highest validity in assessing the causal role of ranitidine and cancer in humans, many of the existing epidemiologic studies are missing key epidemiologic elements that preclude them from being definitive or informative. Therefore, epidemiologic studies of other sources of NDMA and risk for cancer provide additional evidence on the role of the carcinogen NDMA and cancer risk in humans. The statements by the FDA and other authoritative bodies establish that it is generally accepted that NDMA is both genotoxic and carcinogenic in humans.



CONFIDENTIAL INFORMATION

## Types of Epidemiologic Studies on Cancer and Exposure to Ranitidine and NDMA

Epidemiologists have assessed the relationships between use of ranitidine and risk of cancer development, using several types of epidemiologic studies. These have included case-control and prospective cohort studies of ranitidine use and risk of various types of cancer. I have reviewed these studies and discuss them in this report.

The main sources of NDMA exposure are ingested and airborne. Ingestion can come through medications, diet, or occupational contamination. Airborne exposure has been documented in certain occupations such as rubber manufacturing. Dietary exposure to NDMA occurs primarily through intake of processed foods, especially cured meats, with some exposure from drinking beer and eating some vegetables.(Rogers et al. 1995; Jakszyn, Agudo, et al. 2006) I reviewed studies of NDMA exposure that looked at ranitidine and other exposures of NDMA: occupation (in rubber manufacturers) and diet. It is difficult to determine dose of ingested NDMA from airborne contamination, although scientists have examined blood and urine levels within occupational groups.

I also reviewed epidemiologic studies on nitrates and nitrates (from fertilizer manufacturing occupational studies, diet, and water) and cancer risk, because nitrates and nitrites are sources of NDMA production once introduced in the body.

Studies of ranitidine and other NDMA-contaminated exposure and cancer risk included case-control and prospective cohort designs. Some studies of rubber and fertilizer manufacturer occupational exposure were of longitudinal design, with comparison of cancer incidence or mortality in workers to that of the general population, or comparison of high- versus low-exposure on risk of cancer. Others were prospective cohort or case-control studies. The studies of diet and water exposure to NDMA and cancer risk were prospective cohort and case-control studies.

Finally, after several epidemiologic studies were published, researchers combined data from these studies using meta-analyses. All of these studies contribute to the science of the epidemiologic evidence relating exposure to ranitidine or other sources of NDMA and risk of cancer development. As I reviewed these studies, I considered strengths and limitations of different study types, different methods of



CONFIDENTIAL INFORMATION

exposure assessment, and different sources and doses of NDMA. The totality of evidence on the causal effect of ranitidine, NDMA, and cancer development relies on data from epidemiologic studies, and biological evidence linking NDMA with carcinogenesis.

## Critical Components to Both Case-control and Cohort Studies

1) The accurate and complete ascertainment of cases. In case-control studies, this means that all cases of cancer should be identified in a given population and as high percent of them should be included in the study as possible. The controls should be free of cancer and should be as similar as possible to the cases except for the exposure under study. In cohort studies, this means that all individuals should be followed over time to determine how many did or did not develop cancer. For both types of studies, cases should be confirmed by medical record and pathological report review.

2) Accurate determination of exposure. In both case-control and cohort studies, both cases and non-cases should have completed questionnaires about their current and past exposure to ranitidine or other sources of NDMA, including how often they were exposed, when their exposure began, and number of years of exposure. In case-control studies, this is often done with the help of a trained interviewer. In cohort studies, which typically involve larger numbers of participants because only a small fraction will go on to develop specific diseases, questionnaires are usually self-administered without the assistance of an interviewer. In cohort studies, exposures should ideally be updated after the baseline assessments, to ensure that changes in exposure can be captured. For an exposure like diet, lifetime use would be relevant for determining total exposure. For both case-control and cohort studies, determining early life exposures depend on participants' ability to recall typical exposure. Interviewer-administered surveys would typically include prompts to help participants recall past habits. Self-administered questionnaires may include some printed prompts, but these are usually minimal.

In some studies, exposure data is obtained from outside sources, such as medical records, pharmaceutical databases, work exposure databases, or other sources. These types of sources may have high accuracy for some variables, such as the name of a prescription given to a patient, the type of disease experienced by a patient, or the occupational exposure of a worker. There are limitations to these types of data however. The patient may never fill the prescription, the medical record may have



CONFIDENTIAL INFORMATION

errors in disease attribution, and a worker may have had more or less exposure than estimated in an occupational database.

Most studies of ranitidine or dietary NDMA did not have complete lifetime exposure. That is, most queried participants about ranitidine use or diet at one point at time. Since a carcinogen can initiate or promote cancer at any time in a person's lifespan, it is ideal to know the lifetime exposure history. This is rarely accomplished in epidemiologic studies, however, but some effort to determine exposure patterns at various time points is often made. Having exposure information over long periods accomplishes several things: 1) It increases the precision of exposure measurement. If someone is classified as a "ranitidine user" "ranitidine nonuser," having information on decades-long use patterns will more likely classify that person into the correct category; 2) It provides data for determining dose-response effects, since "dose" for most medications is the product of pill dose, frequency of ingestion, and time period of use; 3) It reduces measurement error, which in turn reduces biased estimates of association (relative risk).

In the reviewed cohort studies, exposure measurement was usually performed at the time of study entry. In case-control studies, it was typically obtained by asking participants about exposure 1-2 years before diagnosis (for cases), or a comparable date (for controls). If an individual changed intake of ranitidine or diet over time, their NDMA exposure could be under-estimated or over-estimated. Calculations of the relative risk of cancer from NDMA exposure are likely to under-estimate the true impact of the carcinogen (regression to the null) when exposure is either under-estimated or over-estimated. In case-control studies, there is a possibility of cases remembering their exposures differently than controls, in which case the relative risks/odds ratios could be artificially either over-estimated or under-estimated. . For more detailed discussion, see "bias" section above.

For a rare endpoint like cancer, a cohort must be followed for decades in order for a sufficient number of cases to accrue to determine effects of particular exposures. Since exposure was not updated in the epidemiologic studies, the exposure would be over-estimated or under-estimated, and there would therefore be bias of the relative risk toward the null value.(Copeland et al. 1977)



CONFIDENTIAL INFORMATION

(3) For both case-control and cohort studies, the populations should be well-characterized, so that any potential confounding variables can be accounted for in comparing exposure rates of cases and non-cases.

## Case-control Studies

In case-control studies, newly diagnosed (incident) individuals with cancer (cases) are compared with those without cancer (controls).(Research Washington DC: AICR, 2007) Case-control studies typically look at specific kinds of cancer or cancers, such as a case-control study of bladder cancer, although some are designed to study multiple types of cancer. Ideally, the control group is selected from the same population as the cases. The control group also provides estimates of how the exposures are distributed in that population. Case-control studies should be designed such that controls are similar to the cases on all variables other than the exposure under question. Epidemiologists often match controls to cases on such variables as age, race, and ethnicity, but matching is not required if the study has a large enough number of participants to allow for adjustment for these and other potential confounding variables.

Case-control studies can enroll a large number of cases, are usually less expensive than cohort studies, and can be completed over shorter periods of time. Case-control studies are designed to answer specific questions related to particular exposure-cancer relationships.

Case-control studies can have limitations, including recall bias, which can occur when participants' reports of various exposures are differentially affected by whether they are cases or controls in the study. Relevant to this report, if exposures are collected such that participants are not the sole source of information (such as use of medical records), recall bias can be avoided. "Nested" case-control studies, in which data are collected before someone is identified as a case or control are also not subject to recall bias. Studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(Coughlin 1990) Selection bias can also be a problem if participation rates among case and control groups is much less than 100 percent, and where participation may be related to exposures being studied.



CONFIDENTIAL INFORMATION

## Cohort Studies

In prospective cohort studies, the exposures of a large group of people are assessed, and the group is followed over time. During follow-up, some individuals will develop cancer (cases), while others will not (non-cases). The study investigators will then compare people who do or do not develop cancer with respect to various exposures. Cohort studies need to have methods to follow members to avoid loss-to-follow-up, must be very large (up to hundreds of thousands of individuals), and follow participants for decades, to have sufficient statistical power to identify factors that increase cancer risk by 20 or 30 percent. The long-term follow-up is also important for allowing enough time for the latent period between exposures and cancer development.(Rothman 1981) Importantly, cohort studies identify exposures when participants are enrolled into the study, in order to determine effect of the exposures on eventual development of the outcome of interest. Because many cohort studies are designed to look at multiple outcomes such as cancers, cardiovascular diseases, mortality, and other diseases, information collected on exposures tends to be minimal, to pertain to current levels of exposure, not updated during follow-up, and to lack data on exposures earlier in the individuals' lives. Many of the recent cohort studies on medications and cancer risk are set within databases set up for medical billing purposes rather than for research purposes, which limits the scientific validity of these studies. These are discussed in detail below in later sections of this report.

In some cohort studies, researchers obtain repeated assessments of participants' exposures at regular intervals, which may improve the assessment of the exposures. However, for this to happen, the investigators need to have planned for repeated measures of the exposure so that: 1) errors in measurement can be minimized and 2) long-term, preferably lifetime, exposure can be estimated. Some pharmacy database studies did include ranitidine prescription records for a few years. In the studies that failed to update ranitidine exposure information, the participants could be incorrectly classified as ever having been exposed to ranitidine vs never having been exposed, and dose information could also be erroneous.  In published cohort studies of diet and cancer risk, few repeated measures of diet were reported. In some diet studies, repeated measured have been collected for subsamples of participants. Analyses of data from these subsamples has been used to show the reliability of diet data to measure intake over time. These repeated measures of food frequency questionnaires show that data reflect at least 5 years of dietary intake. (Goldbohm et al. 1995)



CONFIDENTIAL INFORMATION

Failure to update exposure information can result in errors in estimating amount of ranitidine or other NDMA ingested. This under-estimation or over-estimation of exposure in cohort studies is a type of nondifferential misclassification, which drives the relative risk toward the null value. (Copeland et al. 1977) ("Nondifferential" means misclassification does not depend on whether someone was a case or a non-case, that is anyone in the study might have errors in their medical or diet history data, regardless of whether or not they have cancer.)

In cohort studies, the ascertainment and adjudication of cancer outcomes can be accomplished by directly asking participants about illnesses and hospitalizations and requesting medical records for reviewing these events. If many participants are lost to follow-up, do not accurately report their illnesses or hospitalizations, or hospitals do not provide documentation, cancer occurrences can be under-reported. Ascertainment of disease events by linking to a cancer registry is one way to improve ascertainment of cancer cases, but only if the cancer diagnoses are close to 100% registered for people in the cohort. Key to adjudication of cancer cases are the pathology reports, which will verify the site and subtypes of cancers. Registries obtain pathology reports (or data from pathology reports) in order to register a cancer case. The pathology report is important because a medical record may include a diagnosis of a cancer site that turns out to be a metastasis from another site. The pathology report documents that a pathologist has examined tissue from the tumor to determine what body tissue the tumor originated from. (Occasionally, it is not possible to determine the site of cancer, in which case it is classified as undetermined.) If individuals move around between medical care systems, as is common in the U.S., having a cancer diagnosis may not be captured in an electronic health record database if it does not link to all medical systems those individuals use or does not include pathology reports.

## Meta-analyses

Meta-analysis is a method used to combine the statistical results of several studies to produce an average estimate of effect of an exposure on an outcome of interest. These summary estimates can provide evidence regarding the presence or absence of an association and can allow examination of dose-response relationships. Several meta-analyses have been published for dietary sources of NDMA, nitrite, or nitrate and risk for specific cancers. (Song, Wu, and Guan 2015; Essien et al. 2020; Zhang et al. 2019; Hosseini et al. 2020; Xie et al. 2016)



CONFIDENTIAL INFORMATION

## Possible Sources of Bias in Epidemiologic Studies

It is important to criticality evaluate epidemiologic studies for both strengths and potential limitations in order to determine the totality of evidence. Limitations in epidemiologic studies are often characterized as biases.(Delgado-Rodríguez and Llorca 2004) As listed below, these biases include: information (misclassification), selection, non-response, exclusion, confounding, recall, indication for use (for drug exposures), and publication. The presence of bias does not render an epidemiologic study invalid. Rather, biases are issues that should be carefully considered when assessing how much weight should be given to individual studies, and what conclusions can be drawn from them. Different types of epidemiologic studies are prone to varied types of bias, and there are some biases that apply to all epidemiologic study designs. The present review of NDMA and cancer risk necessitated review of several fields of epidemiologic study: pharmacoepidemiology, occupational epidemiology, and nutritional epidemiology. These literatures all included cohort and case-control studies, with the biases that are relevant to those study types, plus biases that are relevant to the particular field of study.

## Ecologic Studies

Ecologic studies are another type of study has been employed in the field of NDMA and cancer risk, in particular water sources of nitrate (which then can form NDMA). (Cantor 1997) In these studies, the exposure in a whole population (e.g., quantity of nitrate per unit volume of water) is measured, the rate of overall or specific cancer is determined in that same population, and the two metrics are assessed for correlations. However, this type of study is prone to biases. The most important one is called the "ecological fallacy," in which characteristics of a group are ascribed to members even if they do not as individuals possess those characteristics(Celentano 2019) This is where factors that drive exposures are also related to incidence of cancer, and thereby create a false appearance of correlation between the exposure and risk of cancer. These studies cannot account for individual exposures to NDMA, nitrite, or nitrate, and cannot control for potential individual-level confounding factors, and therefore did not count in my causation analysis.

## FDA Adverse Events Reports



CONFIDENTIAL INFORMATION

The U.S. Food and Drug Association (FDA) invites and collects reports of potential adverse events and reactions to medications in the U.S. Data from this reporting system is compiled into the FDA Adverse Event Reporting System (FAERS) database and made available for research (https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers) (accessed 11/26/2021). FAERS is a centralized computerized information database used by the FDA and other experts for post-marketing drug safety surveillance.(Hoffman et al. 2014) Governments and other organizations also use FAERS to assess post-approval drug safety. In 2021, McGwin published results of a study using the FAERS database to address cancer adverse effects related to use of ranitidine.(McGwin 2020) He analyzed 13,856 adverse event reports for ranitidine through 2020, and compared them to 128,107 reports associated with use of other H2 antagonists or proton pump inhibitors. More than two thirds (68.4%) of the ranitidine reports were made by consumers, compared with 43.5% of the other H2 blockers and proton pump inhibitors combined. Approximately 64% of those reporting were female. The numbers of reports increased yearly between 2012 and 2019 with similar proportions per year for ranitidine users as for the comparator drug group. Proportional reporting ratios (PRR) associated with ranitidine use for several cancers were elevated: pharynx, 9.24 (95% CI 1.87–45.80); esophagus, 3.56 (95% CI 2.54–4.98); stomach, 1.48 (95% CI 1.08–2.01); colorectum, 16.31 (95% CI 12.58–21.14); liver, 2.64 (95% CI 1.76–3.96); pancreas, 2.18 (95% CI 1.34–3.54); anus, 4.62 (0.42–50.98); and gallbladder, 4.62 (0.85–25.24). Strengths of the study were as follows. It uses data from the FDA FAERS, a primary data source for FDA determination of post-marketing safety. The database is readily accessible for research. The study focused on ranitidine, which the FDA has determined contains a probable human carcinogen (NDMA) and has recalled from the market. Finally, the study attempted to minimize bias by indication by comparing ranitidine users to all users of other H2 blockers and proton pump inhibitors, combined. There were several weaknesses. The reports of adverse events are self-propelled (or physician propelled); the consumer (or physician) decision to report likely varies by demographic, health, or other variables that are not accounted for in the FAERS database. The reports of cancers do not account for all possible cancers caused by ranitidine, and therefore there could be underreporting bias. (Of note, the authors state that the majority of reports were submitted prior to media reports of NDMA-contaminated ranitidine drugs, and cite research that such notoriety bias does not lead to over-reporting in the FAERS and has minimal impact on measures of association. (Neha et al. 2021)) Users of ranitidine or other drugs could have previously used other drugs in the class, thereby diluting differences between ranitidine and the group of other medications. Since the numbers of persons using ranitidine and the comparator medications was not available, incidence rates could not be



CONFIDENTIAL INFORMATION

calculated. However, the statistics used—proportional reporting ratios—are widely used in pharmacoepidemiology according to the author.(McGwin 2020) The proportional reporting ratios were not adjusted for potential confounders. There was no dose-response analysis. Finally, only gastrointestinal cancers were included. While this study does not provide data on incidence of cancers in ranitidine users and nonusers, its signals support the epidemiologic data that show positive associations between use of ranitidine and risk for several cancers as discussed later in this report.



CONFIDENTIAL INFORMATION

## Measurement of Exposure to Ranitidine and Other Sources of NDMA

The U.S. FDA has set the acceptable level of NDMA per pill or tablet to be no more than 96 ng (0.096 µg).(White 2020) In 2019, the FDA released results of its testing of ranitidine tablets and syrups from 12 manufacturers (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 9/30/2021). NDMA was found in all tested samples, ranging up to .36 micrograms (360 nanograms) in 150 milligram tablets to .86 micrograms (860 nanograms) in 300 milligram tablets.

Manufacturer-tested results have found even higher levels of NDMA. In particular, GSK testing found 1,140 nanograms in a 150 tablet of ranitidine (GSKZNDAD000314027 at 314040). For individuals taking 2 tablets per day (for example, as recommended for duodenal ulcer treatment(Farley et al. 1985), or 4 tablets per day (recommended for erosive esophagitis)(Silver et al. 1996), the daily ingested dose would be even higher.

I have been advised that there will be evidence at trial that ranitidine also forms NDMA under physiological gastric conditions over and above the amount in the original tablet. There have been published studies addressing this issue. For example, in one study a 300 milligram tablet of ranitidine produced extremely high levels of NDMA.(Braunstein et al. 2021) However, other studies, for example (Gao et al. 2021; Florian et al. 2021) have provided conflicting results. I have been asked to assume this issue will be addressed by others at trial. My opinions in this case are not dependent on NDMA formation endogenously, but to the extent that does occur, it would strengthen my causation opinions.

Since NDMA can come from sources other than ranitidine ingestion, and because many of the ranitidine epidemiologic studies have very limited value for the reasons detailed in this report, the totality of evidence on NDMA as causing cancer must include all sources of NDMA including ranitidine, food, occupation, and sources of nitrites and nitrates (food, water, occupation). Table 1 gives the range of amount of NDMA exposure that may come from dietary sources. It should be noted that determining the exact level of exposure to NDMA is difficult, as such accounting would require detailed information on the dose, frequency, and duration of intake. Furthermore, while most exposure comes through ingestion (medications, food, water), certain occupations are associated with high levels of NDMA through inhalation as well as ingestion.



CONFIDENTIAL INFORMATION

## Table 1: NDMA Exposures from Foods & Beverages*

| Exposure | Type | Maximum Measured Amount of NDMA | Notes |
|---|---|---|---|
| Processed meats(Park et al. 2015) | Ingestion | Up to 10 micrograms/kg (10,000 nanograms /kg) | Exposure measured per kg food ingested. For 3 slices bacon (25 gm), dose is 250 nanograms NDMA. |
| Beer(Massey et al. 1990) | Ingestion | Up to 1.2 micrograms /kg (1200 nanograms /kg) | Exposure measured per kg food ingested NDMA content of beer has decreased in past decades |
| Vegetables & Fruits(Park et al. 2015) | Ingestion | Up to 6 micrograms /kg (up to 6,000 nanograms/kg) | Exposure measured per kg food ingested |

*References in Exposure column are sources for these estimates

NDMA in food is produced from nitrites and nitrates during processing, preserving, and preparation.(Tricker and Preussmann 1991) This process can be inhibited to some degree by vitamins C or E.(Tannenbaum, Wishnok, and Leaf 1991; Mergens et al. 1978; Bartsch, Ohshima, and Pignatelli 1988) Therefore, vegetable and fruit sources of nitrates or nitrites may produce less NDMA than other foods to which nitrates or nitrites are added without these vitamins (such as processed meats or fish). Many epidemiologic studies of diet and cancer have estimated the amount of diet sources of NDMA based on individuals' reports of typical diets. Other studies estimate amounts of nitrites or nitrates. Since these latter two are the main sources of NDMA from food sources, their epidemiology is of interest to the question of NDMA and cancer risk.

Some, but not all, epidemiologic studies adjusted for intakes of vitamin C or E in presenting associations between nitrites, nitrates, or NDMA and cancer risk. This misclassification of exposure to NDMA could cause an underestimate of relative risk of cancer by level of NDMA in diet.



CONFIDENTIAL INFORMATION

## Measurement of ranitidine use exposure

Ranitidine is an H2 blocker that, before being removed from the U.S. market by the FDA, was prescribed in the treatment of gastroesophageal reflux disease (GERD), gastric and duodenal ulcers, erosive esophagitis, and Zollinger-Ellison syndrome.(White 2020) Ranitidine contains a nitrite group and a dimethylamine group; the nitrosation of ranitidine creates NDMA under pH conditions similar to the human stomach, (White 2020)

As stated above, the U.S. FDA has set an acceptable level of NDMA in tablets or capsules at 96 ng/day. ( https://www.fda.gov/media/141720/download) FDA testing found doses of NDMA to be unacceptably high, with doses up to 860 ng/tablet. (https://www.fda.gov/news-events/press-announcements/statement-janet-woodcock-md-director-fdas-center-drug-evaluation-and-research-impurities-found) (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) In April 2020, the FDA issued a withdrawal request to manufacturers. ( https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 9/30/21). Since people often took two or more ranitidine tablets per day,(Simon et al. 1986) (https://www.drugs.com/dosage/zantac.html) (accessed 10/19/2021) and used the medication for years, the potential exposure is very large. Note that different doses and dose schedules are recommended for different conditions and may be so prescribed by treating physicians. For example, 300 mg ranitidine once per day at nighttime was shown to be equally efficacious as 150 mg twice per day for gastroduodenal ulcer treatment.(Farley et al. 1985) Therefore, for the same conditions, patients could be prescribed different formulations even though the total daily dose is identical. Maintenance therapy for duodenal ulcer at 150 mg ranitidine nightly has been shown to be efficacious for two years. (Ruszniewski et al. 1993) Higher dose treatment (300 mg per day) may have been used for maintenance for higher-risk patients.(Lee, Hardman, and Jaderberg 1991) Patients with erosive esophagitis could have been treated with 300 mg ranitidine twice per day, or with 150 mg four times per day.) (Silver et al. 1996) However, patients may alter the prescribed dosing schedule, or the scheduling may change over time (such as increased dose for persistent or worsening symptoms, or reduced dose (or medication stopped) for cessation of symptoms. Clearly, the amount of ranitidine ingested can vary by pill, by number of pills taken, and by length of time the medication was used. Individuals who take, for example, a 300 mg pill of ranitidine daily for maintenance therapy for many years will have high levels of exposure. The pharmaceutical databases, however, do not provide this level of detail. Some just give a snapshot of what a group of patients were using at one time,



CONFIDENTIAL INFORMATION

some provide a duration of use by providing number of prescriptions patients received (usually without giving information on length of that prescription), and often without showing whether prescriptions were actually filled.

Until 1996, ranitidine was available in the U.S. only with a prescription.(Cohen 2003) Since that time, it has been available over-the-counter in doses of 75 (twice daily for heartburn and acid indigestion)(Cohen 2003). Since 2004 it has been available over-the-counter150 mg (up to twice daily for heartburn). (https://www.accessdata.fda.gov/drugsatfda_docs/label/2004/21698lbl.pdf) (accessed 11/29/21)

Epidemiologic studies that ascertain ranitidine use only through prescription drug databases, therefore, will underestimate the use of this drug. Individuals who never received a prescription for ranitidine but obtained it over-the-counter will be erroneously classified as “never users.” Individuals who received prescriptions for ranitidine for one period of time, but later changed to over-the-counter medication, will be misclassified in terms of duration of use of this medication, i.e., their duration of use will be underestimated. In some studies, individuals who took a different type of H2blocker at one point, and ranitidine at another, were deleted from analyses. The result of all of these types of exposure misclassification is an under-estimate of ranitidine use and a likely under-estimate of the association between ranitidine use and cancer (bias toward the null). Alternatively, relying only on prescription records assumes that all patients given a prescription did take the medication, which would over-estimate exposure to ranitidine to the extent people who are prescribed ranitidine do not take it.(Rothman 2008) This systematic error would also bias the relative risk or odds ratio to the null. In other words, systematic misclassification of exposure in either direction results in bias of the relative risk toward the null value of 1.0.(Copeland et al. 1977)

## Exposure to other sources of NDMA: occupation, diet, and water

Other than exposure to NDMA from ranitidine and select occupations, primary sources of NDMA exposure are food and beverages. The study of associations between occupational and dietary exposure to NDMA are relevant to the science of ranitidine and cancer risk, because NDMA is a carcinogen known to be present in ranitidine after manufacture or storage (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 9/30/21), and may also be produced in the human body after ingestion of ranitidine (Braunstein et al. 2021) but there is contrary evidence. (Gao et al. 2021) This is an issue that I understand will be addressed by other expert witnesses in their reports.



CONFIDENTIAL INFORMATION

## Measurement of NDMA from occupational exposure

The study of occupational exposure to NDMA in relation to cancer risk is relevant to the issue of ranitidine NDMA exposure and risk of cancer, because it provides evidence of carcinogenicity of NDMA in humans. Some occupations expose workers to high and/or prolonged levels of NDMA or to nitrates or nitrites (which can convert to NDMA once ingested). One challenge is that it is not clear how the amount of NDMA inhaled relates to the amount ingested through ranitidine or food/drink. Toxicologists and other specialists have methods for calculating an exposure conversion rate from inhalation to ingestion, but this is outside my area of expertise.

While some of the occupational NDMA exposure is through inhalation or skin, ingestion occurs as well through contamination of mouth and hands.(Gorman Ng et al. 2012) For example, nitrate fertilizer workers have been shown to have high levels of nitrate in saliva.(Hagmar et al. 1991) In rodents, NDMA can be detected in urine after inhalation exposure.(Klein et al. 1991; Klein and Schmezer 1984) Regardless of route, NDMA enters the blood stream where it can pass through the body and reach any organ. This was shown in an experiment in Sprague-Dawley rats in which the researchers administered NDMA through a breathing apparatus to some animals, and by the oral route to other animals, while controls received no NDMA. The doses administered via both routes were identical (ranging from 0.1-1.0 mg/kg). The animals were sacrificed one hour after NDMA administration, organs were removed, and cells were examined. After the NDMA administration, DNA damage was seen in liver cells in both inhalation- and oral- administered rats, compared to cells in control rats. There was also a dose-response effect; the higher the inhaled (or oral) dose of NDMA, the higher the DNA damage. The dose-response effect was as strong, or stronger than, the NDMA administered through the oral route. (Pool-Zobel et al. 1992).

While determining exact amount of NDMA exposure received on the job is difficult, examining associations between estimated exposure levels and cancer risk can inform whether there is a gradient of risk—do higher doses produce higher rates of cancer (dose-dependent relationship)? Additionally, it can answer questions about whether people exposed on the job to NDMA have higher cancer rates than the general population in which the workers reside.



CONFIDENTIAL INFORMATION

Exposure levels have been estimated for various occupations within the manufacturing companies, and therefore dose-response relationships have been studied. By studying the associations of varying dose of NDMA on risk for cancer, parallels can be drawn to the role of NDMA in ranitidine in causing cancer. Classifying occupational exposure requires knowledge of average exposures within workspaces, in particular job categories, and the temporal trajectories of each of these. It also requires history of individual workers' job categories and duration at each, which are often available from worker records. A job exposure matrix was developed for occupational epidemiology research for rubber worker exposures including NDMA that was based on measurements conducted in different countries, factories, and job areas.(Hidajat, McElvenny, Mueller, et al. 2019) However, the measurements were compiled from various sources (compliance testing, research, worker complaints), the numbers of measurements varied by factory, exhaust ventilation was not recorded, and safety measures placed over time varied exposure levels. Of these sources of measurement error, the authors state that: "…the use of group-based estimates of exposure for workers will have likely resulted in epidemiological findings containing Berkson-type error rather than classical errors, resulting in reduced statistical power rather than significant bias in the results."(Hidajat, McElvenny, Mueller, et al. 2019) The major issue with occupational NDMA exposure, however, is that exposures have been measured in air, without assessment of inhaled, absorbed, or ingested from that air exposure. Therefore, the animal experimental research on effect of NDMA inhalation on genotoxicity provides information for understanding why occupational NDMA exposure leads to increased risk of cancer development.

## Measurement of NDMA exposure from diet

Assessment of dietary intake of NDMA, and the nitrates and nitrites that can form NDMA, relies on asking individuals about their usual diet. Epidemiologists typically determine usual dietary patterns via food frequency questionnaires or via diet recording for several days.(Patterson et al. 1999) The most common—food frequency questionnaires—list 100 or more individual foods and beverages, and participants are asked to indicate which items they eat or drink, how much they have, and how often.(Patterson et al. 1999) Food frequency questionnaires are designed specific to geographic regions or cultures. Researchers use nutrient databases to assign amounts of NDMA (or nitrites of nitrates) contained or produced from a particular food, and add all of those together into an estimate of average daily intake of NDMA, nitrate, or nitrite. The main dietary sources of NDMA, nitrates, and nitrites are processed meats and fish, other preserved foods, vegetables, and beer.(Hord, Tang, and Bryan 2009)



CONFIDENTIAL INFORMATION

The estimation of NDMA intake relies on accurate reporting of whether the person ate a particular food, how much they ate a time, how often they ate that food, and the number of years they ate the food. There are many sources of error in dietary measurement: 1) the questionnaire may not include all the foods eaten; 2) individuals may not accurately report whether they ate a particular food, nor how much or how often; 3) the dietary databases may not accurately reflect NDMA content of all foods; 4) or NDMA content of specific foods and beverages may vary by time, geographic area, and preparation that is not reflected in nutrition databases. Therefore, estimating the "dose," of NDMA, nitrate, or nitrite ingested through diet may not be precise. This lower accuracy of exposure estimates biases studies to the null.

In cohort studies, food frequency questionnaires are typically completed by participants when they are enrolled in the study. Although some cohort studies repeat these questionnaires over time, most reports have relied on data from only the baseline questionnaire. However, reliability studies indicate that the patterns of dietary intake calculated from food frequency questionnaire reflect patterns for at least a five year period.(Goldbohm et al. 1995) Therefore, the estimate of NDMA intake from food frequency questionnaires likely reflects a longer period.

While the primary dietary exposure of interest is NDMA, dietary exposure to nitrate and nitrite also can be considered related to NDMA exposure. This is because nitrate and nitrite in diet (and water) can form NDMA. An experimental study in 25 women showed that a one-week diet with nitrate at the World Health Organization acceptable daily intake (in combination with an amine-rich diet) increases urinary excretion of both NDMA and nitrate. (Vermeer et al. 1998) Adding control and experimental data together, there was a high linear correlation (correlation coefficient 0.68, p=0.0001) between urinary nitrate and NDMA. There was also a high correlation between salivary nitrate levels and urinary NDMA levels (correlation coefficient 0.48, p= 0.0001). The authors estimate that, since urinary excretion of NDMA is just a very small percentage of the amount produced in the human body, the actual NDMA present in the experimental condition is comparable to the load that is carcinogenic in rodents.(Peto et al. 1984) However, urinary excretion as a measurement of NDMA in the body seems to be highly dependent on individual variables such as diet and other conditions.



CONFIDENTIAL INFORMATION

The measurement of dietary sources of NDMA is complicated. Not all nitrite or nitrate convert to nitrosamines, and of the conversions, not all of the resulting nitrosamines are NDMA.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010)

While fruits and vegetables contain nitrates and nitrites, they also contain vitamin C and other micronutrients that counteract the conversion of nitrites and nitrates to NDMA.(Loh et al. 2011) Foods that do not contain these counteracting micronutrients, such as processed meats, convert nitrites or nitrates to NDMA unchecked. The epidemiologic data, unsurprisingly, show much larger associations between processed meats and risk for several cancers than do vegetables or fruits. The risk of processed meats is high enough that the World Cancer Research Fund recommends that individuals avoid intake of processed meat. (https://www.wcrf.org/diet-and-cancer/cancer-prevention-recommendations/) (accessed 7/13/21).

In analyzing data on NDMA, nitrate, or nitrite exposure from dietary or water sources, investigators typically divide study samples into equal size groups and determine risk for that group compared with those with the lowest level of exposure. Usual divisions are tertiles (three equal size groups), quartiles (four equal size groups), or quintiles (5 equal size groups). The actual exposure levels in each of the groups varies by study. So, for example, the top quintile in one study may represent very different exposure levels compared with the top quintile in another study. Therefore, care needs to be taken in assessing risk across studies by exact level of exposure.

It could be argued that there are other components of high-NDMA foods such as processed meats (other than NDMA) that could be responsible for the increased cancer risk. The meat itself could be the carcinogen, and increased red meat intake has been linked to increased risk for cancers such as colorectal cancer.(Veettil et al. 2021) However, IARC gave processed meats the highest grade of carcinogenicity—Group 1 ("carcinogenic to humans), while it gave red meat a grade of Group 2A ("probably carcinogenic to humans)". https://www.wcrf.org/wp-content/uploads/2021/02/Colorectal-cancer-report.pdf (accessed 1/9/22) Furthermore, the World Cancer Research Fund assigned a higher grade of evidence for processed meats than for red meat for increasing risk for colorectal cancer and recommends that people avoid eating processed meats (https://www.wcrf.org/wp-content/uploads/2021/02/Colorectal-cancer-report.pdf) (accessed 1/8/22)



CONFIDENTIAL INFORMATION

There are other nitrosamines in processed meats than NDMA, although NDMA is the most prevalent of the nitrosamines. Some studies addressed this by estimating NDMA, other nitrosamines, nitrite and nitrate, and assessed relationships between each while adjusting for others. This likely resulted in over-adjustment however, because they are highly correlated. Loh et al looked separately at dietary intake of NDMA, a composite index of nitrosamines, and nitrite, and found significant associations between NDMA and cancer risk but not with the other two measures.(Loh et al. 2011) Similarly, Knekt et al. looked at risk of head and neck, stomach, and colorectal cancers by level of NDMA, nitrite, and nitrate, and found higher risk for two of the cancers with increased NDMA but not with increased nitrite or nitrate.(Knekt et al. 1999)

While most of the dietary studies reviewed for this report estimated NDMA (or nitrite or nitrate) contents from all food types as gathered in food frequency questionnaires, a small number of studies measured these compounds only in processed meats.(Catsburg et al. 2014; De Stefani, Ronco, et al. 1998; Freedman et al. 2010; Wilkens et al. 1996) It may be questioned why the NDMA content is postulated as the mechanism linking processed meats to cancer risk, rather than some other component of the processed meats. The following offers an explanation.

1. Processed meat is not the only source of dietary NDMA in most of the studies that have looked at NDMA exposure and cancer risk. Other significant NDMA exogenous (external) sources include beer, cured cheese, and processed fish, and other foods contain NDMA but at much lower levels than these high-content foods.(Dich et al. 1996; Jakszyn, Agudo, et al. 2006; Park et al. 2015; Tricker and Preussmann 1991)
2. Importantly, the calculated total amount of dietary NDMA has been related to risk for several cancers, regardless of source, as described in the case-specific sections later in this report.
3. Some processed meat is made from red meat (e.g., beef, lamb, pork), and red meat is related to risk for several cancers.(Humans 2018) Therefore, it could be argued that red meat and its contents are the true carcinogens. However, when NDMA is used in pure form in the laboratory setting, it is clearly genotoxic and, and causes many types of cancers in animals.('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds' 1978) NDMA has been acknowledged as a carcinogen in animals and a probable human carcinogen by IARC and other organizations (see beginning of this report). Furthermore,



CONFIDENTIAL INFORMATION

red meat forms endogenous nitrosamines including NDMA, so the red meat content in some processed meat does not negate the carcinogenic capacity of NDMA.(Bingham et al. 1996)

4. One of the potential carcinogens contained in red meat—heme iron—forms N-nitroso compounds in humans after being ingested.(Cross, Pollock, and Bingham 2003) Therefore, there is no contradiction in both processed meat and red meat being considered group 1 and 2A carcinogens, respectively, by IARC.
5. Even if other carcinogens are present in processed meat, it does not negate the effect of NDMA as causing cancer. For example, DeStefani et al. studied the associations between levels of NDMA, PhIP (a heterocyclic amine formed from barbecuing meat), and both, and found that each significantly increased risk of stomach cancer by factors of 3 – 4 fold increases, with the greatest risk when both were high.(De Stefani, Boffetta, et al. 1998)
6. The biological mechanism for processed meats conveying large amounts of NDMA exposure are that processed meats are "cured" with nitrites and/or nitrates, which interact with the meat amines and amides necessary for endogenous formation of nitrosamines including NDMA (the most prevalent nitrosamine).(Ferrucci et al. 2010)
7. A meta-analysis of red and processed meats and risk for bladder cancer notes other reasons processed meat causes cancer but states, "The most established mechanism involves the formation of endogenous nitrosamines from nitrites that are particularly abundant in processed meats."(Crippa et al. 2018)
8. In a paper describing their meta-analysis of nitrites, nitrates, nitrosamines and stomach cancer risk, Song et al. state: "A high consumption of processed meats is linked to an increased gastric cancer risk, and many people consider nitrates/nitrites as the main reason for that. (Larsson, Orsini, and Wolk 2006) Nitrosamines are produced by chemical reactions of nitrates, nitrites and other proteins. N-nitrosodimethylamine (NDMA) is one of the most frequently occurring nitrosamines in our dietary foods.(Tricker et al. 1991; Jakszyn, Agudo, et al. 2006) NDMA is a potent carcinogen, capable of inducing malignant tumors in various animal species in a variety of tissues, including liver, lung, and stomach.(Tricker and Preussmann 1991; Anderson et al. 1996)"
9. Finally, organizations focusing on nutrition and cancer have considered mechanisms linking processed meats with cancer risk, such as dietary fat, heme, and heterocyclic amines from high temperature cooking. Notably, IARC does not list dietary fat or heme as carcinogens. IARC does list as group 2A carcinogens both "nitrate or nitrite (ingested) under conditions that induce

endogenous nitrosation" and "frying, emissions from high temperature." (https://monographs.iarc.who.int/list-of-classifications/) (Accessed 1/19/22) The World Cancer Research Fund meta-analyses did not find strong associations between increased dietary fat and cancer risk of any site.(Research. 2007) The World Cancer Research Fund did find a strong association between processed meat intake and risk of colorectal cancer, and mention several potential mechanisms including N-nitroso compounds, high temperature cooking causing heterocyclic amines and polycyclic aromatic hydrocarbons, and weak evidence in humans for synthesis of secondary bile acids from fat content. https://www.wcrf.org/dietandcancer/meat-fish-and-dairy/

## Measurement of NDMA exposure from water

NDMA can contaminate drinking water through run-off from NDMA-producing factories (such as rubber manufacturers), sewage, and treatment of drinking water (chlorination). (https://www.epa.gov/sites/default/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf) (accessed 12/1/21). Water sources of NDMA contribute only a small percent of overall NDMA exposure in the U.S.(Fristachi and Rice 2007) Further, epidemiologic studies on water contamination with NDMA and cancer risk have not published. However, since nitrates in water form NDMA (Ward et al. 2018), and have been studied in relation to cancer risk, epidemiologic studies on water nitrate and cancer risk have been included in this report.



CONFIDENTIAL INFORMATION

## Exposure measurement

### *Ranitidine*

Determining whether, how much, and for how long individuals were exposed to ranitidine or other sources of NDMA is difficult. Studies may only ascertain use of medications or dietary habits at one timepoint. Individuals may not remember whether they used ranitidine, and may not accurately recall what they ate. Occupational studies may have inaccurate work histories or inexact estimates of exposure to NDMA. For any of these NDMA exposure sources, the dose and length of exposure may not have been accurately ascertained if at all.

To determine total exposure to ranitidine, it is important to ascertain dose, frequency of intake, and duration of use.(Pottegård, Friis, et al. 2018) Before it was pulled from the U.S. market, ranitidine was available in 75, 150, or 300 mg tablets or capsules. Depending on the medical condition for which ranitidine was prescribed, (Morgan KA, Ahlawat R. Ranitidine. [Updated 2021 Mar 20]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2021 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK532989/) patients were advised to take the dose once a day, once every 12 hours, or once every 6 hours. (https://medlineplus.gov/druginfo/meds/a601106.html) (accessed 10/20/2021) Patients were usually advised to take their prescribed medication every day for the length of time prescribed. For some patients, this length of time could have been limited to the period of time until their condition resolved. Or, patients may have taken the medication for a period of time, stopped for a while, and begun taking again as symptoms return. For other patients, the dose could have varied, either being increased or decreased depending on symptom change with treatment. Some patients may have used ranitidine for some period, then switched to another H2 blocker (or vice versa), or may have switched to a proton pump inhibitor.

However, patients do not always take medication as prescribed.(Neiman et al. 2017) Without ascertaining doses, patterns of use, frequency of use, and duration of use, directly from the individual patients, the estimates of exposure to ranitidine will not be accurate. This type of imprecision in exposure measurement will result in an underestimate of effect of the exposure on risk of



CONFIDENTIAL INFORMATION

disease.(Copeland et al. 1977) That is, it will drive the relative risk (or odds ratio) toward the null value of "no effect." Another importance of determining accurate dose exposure is so that dose-response effects can be studied.

Most of the epidemiologic studies on ranitidine and risk of cancer ascertained ranitidine use at one period of time. Most recorded no information on dose used. Most recorded only whether or not the individual used the medication, or received a prescription for the medication. Duration of use was not obtained, nor frequency, although some contained multiple prescriptions over a time period for individual patients. Therefore, the exposure data on ranitidine exposure was poor across studies. This will result in an underestimate of the effect of ranitidine on cancer risk. It will also reduce the accuracy of dose-response estimates, because assessment of dose-response in pharmacoepidemiology requires knowledge of medication dose, frequency of use, and duration of use.

Before 1995, ranitidine was available in the U.S. only with a prescription. After that, it became available over-the-counter. (Cohen 2003) If a U.S.-based study ascertained ranitidine exposure after 1995, but obtained data only on prescription use, it will significantly underestimate the use of this drug and thereby bias the relative risk/odds ratio to the null. Many of the reviewed studies were conducted outside of the U.S., with varying patterns of prescriptions and over-the-counter availability, and that information was not typically provided within the article.

It has been argued that the dose of NDMA conferred on humans (estimated from the FDA measure of amount of NDMA per ranitidine pill) is much lower than the doses in animal carcinogenicity studies.(Yoon et al. 2021) However, in animal experiments, the animals receive carcinogen in large doses, and are followed for relatively small lengths of time, at which they are sacrificed and examined to determine numbers of tumors. If they are dosed with "chronic" carcinogens, they are still sacrificed at a prespecified timepoint and their remains are searched for tumors. The animals, therefore, do not live out a lifespan until their tumors cause symptoms as would happen with humans. In humans, the NDMA content in ranitidine could be lower per kg per day, but the dose is chronic with daily dosing over years to decades. In other words, the animal experiments do not mirror the experience of humans from ingesting carcinogens. Furthermore, the FDA testing has not explored the effects of patients' storing and handling of ranitidine once it is brought into the home. Therefore, the actual daily dose of NDMA from ranitidine could be much higher than the published FDA testing.



CONFIDENTIAL INFORMATION

## *Dietary Sources of NDMA*

Determination of dietary sources of NDMA is done through collecting data from individuals' reports of intake of foods and drinks, and correlating types and amounts of foods and drinks to amount of NDMA (or nitrate or nitrite) present in that food or drink. Studies typically use national food databases to assign NDMA/nitrate/nitrite levels to individual foods and drinks.(Jakszyn et al. 2004) Optimally, the study will have collected a comprehensive set of food and drink items, as well as information on amount of food or drink ingested.

The most common method of dietary intake measurement in epidemiologic studies is called the food frequency questionnaire. (Bailey 2021) These are pre-printed questionnaires that ask participants to recall their usual diet within a defined time period. The individual food and drink items are listed on the form, along with selections for how much (portion size, depicted by pictures, household measures, or units) and how often the participant ate or drank that item. These questionnaires are usually self-administered, although interviewers may administer them. Food frequency questionnaires can be comprehensive, attempting to ascertain complete dietary intake patterns. Such types of questionnaires usually contain over 100 separate food and drink items. Food frequency questionnaires can be more focused, however, such as asking only about intake of particular foods or nutrients. Since diet varies by geographic region and culture, food frequency questionnaires typically reflect the usual food and drink items in a particular area or population. The studies in this report did not use more modern methods of dietary assessment (via computer or mobile device), so those are not described here.

Nutrition scientists validate food frequency questionnaires by asking a group of individuals to complete a food frequency questionnaire for the same period of time for which the complete more intensive diet assessment methods such as keeping complete diet diaries of all items eaten or drunk over several days to a week, or undergoing interviews in which they are asked to recall their diet over the previous 24 hours.(Freedman et al. 2017) Additional validation measures include biological measures, such as checking blood values of a vitamin and correlating those with intake of foods and drinks containing that vitamin on the food frequency questionnaire.(Neuhouser et al. 2021) Studies using double-labelled water have validated energy intake from food frequency questionnaires.(Freedman et al. 2014)



CONFIDENTIAL INFORMATION

### *Occupational Sources of NDMA*

The measurement of occupational sources of NDMA is provided in detail in the section of the report on studies of occupational exposures and cancer risk or mortality. In brief, NDMA exposure has been described in several manufacturing facilities, but has been most studied in the rubber industry. (Hidajat, McElvenny, Mueller, et al. 2019)

## Doses of NDMA in Different Sources

It is very difficult to determine precise doses of NDMA exposure. The U.S. FDA has set 96 nanograms per day as the upper limit of acceptable daily intake from medications.(Adamson and Chabner 2020) However, many individuals who used ranitidine took more than one tablet per day, which could result in exceeding the 96 nanogram limit even if each individual ranitidine tablet met the acceptable limits. (https://medlineplus.gov/druginfo/meds/a601106.html) (accessed 10/20/2021)

The FDA explained the rationale for choice of 96 nanograms per day as the amount that daily intake over 70 years in a 50 kg person would cause 1 cancer for every 100,000 persons. There are approximately 330 million persons in the U.S., so this would translate into 3,300 Americans developing a cancer who would not otherwise develop it. https://www.fda.gov/media/141720/download The FDA describes this as a theoretical risk. If an individual also is inadvertently exposed to NDMA from other sources such as diet, the addition of more NDMA from a daily pill could put their risk at a higher level. In addition, many of the ranitidine pills tested by the FDA and other labs have contained much higher amounts of NDMA.

## Ranitidine exposure

In 2019, the U.S. FDA tested several preparations and doses of ranitidine for presence of NDMA, of which half exceeded the upper limit of safe daily intake from medications. Since some of the formulations would be taken more than once per day (such as 150 milligram tablet morning and night for gastric ulcer treatment),(Brogden et al. 1982) and some would typically be used for years or decades (such as for chronic GERD maintenance treatment),(Lipsy, Fennerty, and Fagan 1990) the amount of NDMA exposure in this medication is considerable.



CONFIDENTIAL INFORMATION

## Occupational exposure

Prior to evidence of extremely high levels of NDMA in ranitidine, the highest measured exposure to nitrosamine has been in the rubber industry.(Straif et al. 2000) This exposure decreased over time in measured UK workers,(Hidajat, McElvenny, Mueller, et al. 2019) but the elevated risk of several cancers seen in studies of these workers reflects high historical levels. Hidajat et al devised a matrix to estimate NDMA exposure in specific job categories in the rubber industry over time.(Hidajat, McElvenny, Mueller, et al. 2019) In 1915, the exposures ranged from 0.06 to 71.42 micrograms/$m^3$. In 2002, the exposures ranged from 0.08 to 0.58 micrograms/$m^3$.

## Food and water

The average infant, child, and adult consume an estimated average of 70, 100, and 110 nanograms/day, respectively, of NDMA from food and water sources.(White 2020) As summarized by Tricker et al.(Tricker and Preussmann 1991), there is considerable variation in NDMA intake by country, sex, and survey. For example, in 1978, the estimated micrograms/day for the UK was 0.53 (530 nanograms), although that did not include beer. At a similar date, the estimated micrograms/day for The Netherlands, which includes beer, was 0.38 (380 nanograms). In Japan, the mean intake ranged from 0.5-1.8 micrograms/day (500 – 1,800 nanograms). In Germany, the mean microgram/day intake for men was 1.02 (1020 nanograms), but was 0.57 (570 nanograms) for women.

The World Health Organization has set the acceptable limit of NDMA in water at 100 nanograms/L with an average intake of 1.9 L/day of water.(White 2020) NDMA from water can be higher in some geographic areas, especially where contaminated by agricultural fertilizers.(Barry et al. 2020) Well water can also have high levels of NDMA.(Barry et al. 2020)

Certain foods, especially cured, smoked, or salted meats salted fish, have high NDMA content.(Tricker and Preussmann 1991; Park et al. 2015) The amount of NDMA exposure to individuals depends on particular type of food, quantity consumed, and frequency consumed. Furthermore, there is evidence that vitamin C intake negates some of the carcinogenic potential of NDMA. (Tannenbaum, Wishnok, and Leaf 1991; Mergens et al. 1978; Bartsch, Ohshima, and Pignatelli 1988) Therefore, individuals with high



CONFIDENTIAL INFORMATION

vitamin C intake may have less carcinogenic effect from NDMA. It is very difficult to determine this in human studies, as the exact amount of vitamin C needed to counteract the carcinogenic properties of NDMA is not known. Some studies attempted to account for this by adjusting for vitamin C intake when studying associations between NDMA intake and risk for cancer development.(Loh et al. 2011)

A study in the UK showed levels of NDMA in beer that ranged from below 0.1 up to 1.2 micrograms (100 to 1200 nanograms) per kilogram.(Massey et al. 1990) An analysis for IARC, Scanlan et al found NDMA in 56% of U.S. and Canadian beers (detection level, 0.05 microgram/kg), at a mean level of 0.074 microgram/kg.(Scanlan and Barbour 1991) While leafy green vegetables may have high levels of nitrites or nitrates (both of which can form NDMA), the concurrent higher intake of vitamin C in high vegetable diets may lower the resulting production of NDMA.

While it is difficult to map exact doses from these various sources of NDMA and NDMA from ranitidine, studying the epidemiology of other sources of NDMA and risk for cancer provides important information. First, it shows, as described in detail in the individual cancers' sections, that increased NDMA exposure is associated with increased risk for several cancers. Second, for several cancers, data were available to show a dose-response relationship that is not determined by a particular threshold. Third, as described in this report, regular intake of NDMA in the amounts measured in ranitidine tablets has been found to increase risk for several cancers. Therefore, extrapolating from dietary and occupational exposures allows interpolation to doses that may result from ranitidine exposure.



CONFIDENTIAL INFORMATION

## Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer

There are several types of biases that may affect the relative risks or other measures of association in epidemiologic studies. Below and in Table 2 are several types of biases that may affect the types of studies reviewed for this report.

### Missing data bias

#### Missing Data on Ranitidine Use or other NDMA Exposure

Epidemiologic studies can suffer from missing data. If the exposure data are missing (i.e., use of ranitidine or other intake of NDMA), then the estimated relative risks/odds ratios will likely be biased toward the null value (toward 1.0). This is an example of nondifferential bias, which causes relative risks/ratios to move closer to the null value.(Copeland et al. 1977) Copeland et al. explained that errors in exposure information, whether they are over-estimates of exposure or under-estimates of exposure, result in artificial lowering of relative risk toward the null value.(Copeland et al. 1977) In the case of missing exposure data, exposure would be underestimated. Further, for cohort studies, if the background rate (incidence rate) of the disease is low, missing exposure data has an even stronger effect on pushing the relative risk artificially toward the null.(Copeland et al. 1977)

### Missing Data on Cancer Occurrence

#### Incomplete Case Ascertainment

If, in cohort studies, the cases of cancer are not identified, i.e., the cancer data are missing, the statistical power to detect statistically significant effects will be decreased. Both of these conditions would likely mean the true association between ranitidine or other NDMA exposure and risk of cancer is actually higher, or has stronger statistical significance, than what is observed in the epidemiologic studies.



CONFIDENTIAL INFORMATION

If cases are not completely identified in a hospital or community from which a case-control study draws, the cases in the study may not represent the diversity of cases of that cancer. Similarly, if cases do not agree to participate in the study, the remaining cases may present an issue of bias.

### Incomplete Follow-up due to Latency Period of Cancer Development

In cohort studies, participants are identified at one point in time, while healthy, and followed over time to determine who develops cancer and who does not. Since exposure to a carcinogen can take years to decade to result in a diagnosed cancer, it is critical for studies to follow patients for long periods in order to detect the rate of cancer developing in exposure persons versus that occurring in unexposed persons. Pharmacy database studies that identified persons using ranitidine in one period of time, and then follow the "cohort" for 5-10 years thereafter will not have followed patients long enough to observe cancer development in response to that exposure.

The method through which carcinogens work is important to consider in relation to latency period. For carcinogens that work by causing DNA damage to target cells, the period of cancer development can be years to decades. If, on the other hand, the carcinogen works by promoting growth of the cancer, the latency period may be shorter. Some carcinogens, such as estrogen, work both to initiate cancer (e.g. damage DNA) and promote growth. (Russo and Russo 2006) Evidence from animal studies support the role of NDMA as a cancer initiator (REFS), and therefore, the latency period of carcinogenesis from NDMA exposure would be expected to be long. Therefore, the longer that cohort studies have followed participants to allow time for development of cancers in response to NDMA exposure, the more reliable will be the results.

In some occupational cohort studies, individuals were followed for decades, by which time most of the cohort had died. This gives the opportunity for complete case ascertainment. If the study uses cause of death as the proxy for cancer occurrence, the results will be reliable if the cause of death is ascribed to that cancer. However, for some cancers with more benign courses, the listed cause of death may not be due to that cancer. Therefore, there could be an undercounting of cancer occurrence for the less lethal cancers, even with long follow-up.



CONFIDENTIAL INFORMATION

## Publication bias

The publication of epidemiologic studies depends on several factors. The investigators must have developed hypotheses about certain questions and designed the study accordingly, including asking the correct questions about the exposure and potential confounding variables, and collecting information from a sufficient number of participants. The investigators then need to perform statistical analyses, develop scientific manuscripts, and submit for journal publication. It may be difficult to find a journal that will accept null results (i.e., where an exposure is shown to not be related to an outcome).(Sridharan and Greenland 2009; Rising, Bacchetti, and Bero 2008)

## Cancer process affecting likelihood of exposure (indication bias)

If individuals use ranitidine or change diet due to symptoms from an early cancer process, results of studies could be biased. The term “indication” refers to the medical condition, set of symptoms, or disease for which a medication is prescribed, or for which an individual chooses to take a medication “over-the-counter” if available. Indication bias can occur if the symptoms or disease that prompts use of a medication are similar to those associated with the cancer of interest. Epidemiologists use several methods to reduce the potential impact of this bias. Cohort studies often guard against this by eliminating cases that develop within a short time of study enrollment. Case-control studies guard against this by asking participants to recall exposures one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview). First, studies that are specifically designed to examine the associations between use of a medication and risk for cancer will collect information on the study participants’ current and past history of symptoms and medical conditions that could be related both to use of the medication and to development of the disease, and adjust for these factors in the analyses. Second, cohort studies may not count cases that develop within a short time of study enrollment. Similarly, case-control studies may ask participants to recall exposures that occurred one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview). Third, epidemiologists may choose, as comparators, persons who are prescribed or choose to use medications for these health conditions. However, if the persons who are prescribed nonrelated medications differ in other ways compared with those prescribed the medication of interest, indication bias could result.



CONFIDENTIAL INFORMATION

## Confounding bias

Variables related to both use of ranitidine or other sources of NDMA exposure and risk of cancer could mask the true relationship between these variables. Epidemiologists handle this by adjusting in the analysis for these potential confounding variables. Typically, epidemiologists test for presence of potential confounders within a dataset, by calculating relative risks (or odds ratios) with and without adjustment for the potential confounding variable(s). If adjustment does not materially change the size of the relative risk (often 10% is used as a cut-off), then the final presented relative risks will not be adjusted for that variable. However, it is important to note that adjusting an analysis for a variable that is not actually confounding in the particular dataset leads to overadjustment bias which can considerably affect relative risk estimates and/or precision of the estimate (e.g., changing p-values or confidence intervals).(Schisterman, Cole, and Platt 2009; Breslow 1982)

## Channeling bias

A particular type of confounding bias is seen in pharmacoepidemiology. Channeling bias is a form of allocation bias, where drugs with similar therapeutic indications are prescribed to groups of patients with prognostic differences.(Petri and Urquhart 1991) Channeling bias is a particular problem when studies compare individuals prescribed ranitidine to individuals prescribed other acid suppressing medications (e.g. other H2 blockers or proton pump inhibitors).

## Recall bias

For the case-control studies, media reports of associations between ranitidine and cancer risk could have influenced cases such that they recalled use of ranitidine to a greater degree than controls. However, information about NDMA in ranitidine was first reported in 2019 (https://www.valisure.com/wp-content/uploads/Valisure-Ranitidine-FDA-Citizen-Petition-v4.12.pdf) (accessed 10/10/21), and the FDA withdrew ranitidine from the market in 2020 (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 10/10/21), whereas the published case-control studies collected data prior to that time. However, recall bias has little impact on the totality of evidence on ranitidine



CONFIDENTIAL INFORMATION

and cancer risk, because very few case-control studies were published on ranitidine and cancer. Some used pharmacy data recorded prior to selection of cases or controls in nested case-control studies (Cardwell et al. 2021; McDowell et al. 2021a; Tan et al. 2018) or other case-control designs (Rossing et al. 2000), recorded medications from medical charts by abstractors blinded to case-control status (Chow, Finkle, McLaughlin, Franki, et al. 1995), used structured in-person interviews in 1997-2004 recording use of all H2 blockers going back 20 years (Mathes et al. 2008).Recall bias could be a factor in diet studies, as cases may report diet components and patterns differently because of their cancer diagnosis. As mentioned above, recall bias is a theoretical bias; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(Coughlin 1990)

## Non-response bias

Case-control studies with low levels of response in cases or controls can be biased, in that the non-responding cases and controls could differ with respect to use of ranitidine or on diet habits, or on other sources of NDMA.



CONFIDENTIAL INFORMATION

## Table 2: Effects of Biases on Relative Risks in Epidemiologic Studies

| Type of Bias | Source of Bias | Effect on Relative Risk or Statistical Testing | Type of Studies Affected |
|---|---|---|---|
| Non-response | Willingness or ability to join a study affects exposure-disease relationship | Bias toward or away from null (Delgado-Rodríguez and Llorca 2004) | Case-control |
| Exclusion | Exclusion status affects exposure-disease relationship | Bias toward or away from null (Delgado-Rodríguez and Llorca 2004) | Cohort or case-control |
| Nondifferential misclassification: outcomes | Equal misclassification of outcome status in exposed & unexposed persons | Bias to null (Copeland et al. 1977) | Cohort or case-control |
| Nondifferential misclassification: exposure | Exposure status misclassified in persons with or without cancer | Bias to null (Copeland et al. 1977) | Cohort or case-control |
| Differential misclassification: exposure (recall bias is an example) | Exposure measured differently in cases vs. noncases<br><br>Exposure measured differently in exposed vs. nonexposed | Bias either toward or away from null (Rothman 2008) | Case-control or cohort |
| Confounding bias | Third variable(s) affect exposure-outcome relationship | Bias either toward or away from null (Delgado-Rodríguez and Llorca 2004) | Cohort or case-control |
| Overadjustment bias | Adjusting for a variable that is | Bias either toward or away from null; | |



CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| | not actually a confounder | reduced precision, affecting confidence intervals or p-values (Schisterman, Cole, and Platt 2009) | |
| Indication bias (type of confounding bias in pharmacoepidemiology) | Indication for taking a drug related to risk of specific cancer | Bias either toward or away from null (Psaty et al. 1999) | Cohort or case-control |
| Channeling bias | Drugs with similar therapeutic indications are prescribed to groups of patients with prognostic differences | Bias either toward or away from null(Petri and Urquhart 1991) | Cohort or case-control |
| Healthy worker effect | Workers compared with general population instead of other workers | Bias toward null (Pearce, Checkoway, and Kriebel 2007) | Occupational cohort studies |
| Hospital patient bias | Controls hospitalized for exposure related to cancer of interest | Bias to null, reduced precision, affecting confidence intervals or p-values (Schisterman, Cole, and Platt 2009) | Hospital-based case-control |
| Loss to follow-up | Those who drop out of a study have different exposure-disease relationship | Bias either toward or away from null; reduced precision, affecting confidence intervals or p-values (Schisterman, Cole, and Platt 2009) | Cohort |



CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| Publication bias | Authors or journals choose to publish certain results | Bias either toward or away from null (Delgado-Rodríguez and Llorca 2004) | Cohort or case-control |



CONFIDENTIAL INFORMATION

## Differential results of cohort versus case-control studies:

Ideally, results of case-control and cohort studies would be similar for the relationship between an exposure and risk of disease. However, there could be several reasons for discrepancy in results between case-control and cohort studies. The exposure measurement may differ in the two types of studies. For example, cohort studies may measure exposure at study entry without updating and without ascertaining lifetime exposure. The study would then have only one time point of an exposure that could significantly attenuate the observed associations between exposure and disease.

## Population-based case-control versus hospital-based case-control studies:

In the ideal case-control study, cases and controls will be similar to each other on all variables other than the one under study. For some exposure-disease relationships, population-based case control studies are the most valid method of comparing risk for exposed versus non-exposed persons because the controls resemble the cases for most factors and therefore reduce the likelihood of confounding by other variables. For others, however, hospital-based case control studies may provide important information because controls with illnesses may be more likely to recall exposures compared with healthy controls from the community, and therefore recall bias can be reduced.



CONFIDENTIAL INFORMATION

## Pharmacoepidemiology

The study of effects of pharmaceutical products in human populations is called pharmacoepidemiology. The effects studied can be beneficial or adverse. The randomized clinical trial is the preferred method of testing potential benefits of a medication, in which individuals are randomly assigned (i.e. by chance) to receive either the medication under investigation or to another treatment.(Caparrotta et al. 2019) The comparison treatment can be another medication, or a "standard of care" treatment, or a placebo. To determine adverse effects of a medication, such as cancer incidence in persons who are free of cancer when entering the trial, the trial would have to include many thousands of individuals followed for decades. Since that is not feasible, not required for FDA approval of a medication, and not considered ethical unless benefits are expected to outweigh risks, this type of large-scale, long-term trial is rarely conducted.

Observational studies are the usual modality for studying adverse effects of a medication on risk for cancer or other diseases or adverse effects. The optimal observational studies for pharmacoepidemiology, as described below, are either cohort or case-control in design. Observational studies are also useful for studying long term benefits of medications, where randomized controlled trials do not follow patients long-term.

An important issue in the pharmacoepidemiology of drug-cancer associations stems from the long period of cancer development. (Pottegård, Friis, et al. 2018) There may be a period of several decades between when an individual is first exposed to a carcinogen (cancer-causing agent) and the time point where the carcinogenic process has led to tumors large enough or significant enough to be diagnosed. Studies of the associations between taking a medication and being diagnosed with cancer should ascertain drug exposure for many years prior to diagnosis, and preferably for lifetime of use. While carcinogen exposures may initiate some cancers with short-term use, they may also promote cancer growth over time. A study that examines only a short period of exposure may thereby miss the cancer-promoting effects of a carcinogen.



CONFIDENTIAL INFORMATION

The relatively low incidence of most cancers means that very large populations or sample sizes need to be studied in order to determine the association between use of a drug and risk of its causing cancer. Studies that do not have sufficient sample size, studies that do not account for the full extent of usage and studies that do not account for the long period of cancer development will understate the risk of cancer from the exposure to the drug. These are examples of nondifferential misclassification of either exposures or outcomes, which results in bias of the relative risk toward the null value of 1.0.(Copeland et al. 1977; Rothman 2008) Nondifferential misclassification occurs if there is equal misclassification of exposure between individuals who do or do not develop cancer during the study. Nondifferential misclassification also occurs if there is equal misclassification of cancer development between people who are classified as ranitidine users and as non-users.

Optimally, studies will determine long-term drug exposure histories, or “cumulative exposure”, in order to determine usual dose used, total amount of drug received, frequency of use, and duration of use.(Pottegård, Friis, et al. 2018) There are two critical issues in pharmacological studies regarding the time relationship between drug exposure and disease. The first—induction period—is the time between causal action of the carcinogen and disease initiation.(Rothman 1981) This relates to how long a period between the exposure to a carcinogen and the time when it has begun the carcinogenic process. The second—latent period—is the period from initiation of a cancer until diagnosis of that cancer. Individual cancer types have varying induction and latent periods. If a study doesn’t take these into account, biases can be introduced. If a cohort study does not follow participants for a long enough period of time after first exposure to a medication, there may not have been enough time for cases of cancer to arise. This would result in an underestimate of the numbers of cases occurring in medication users, and therefore a bias toward a relative risk of 1.0 (which is called the null effect, or no effect of the medication exposure).(Copeland et al. 1977; Rothman 2008) A similar bias may arise from ignoring the latent effect in cancer development and diagnosis. If a cancer is slow-growing, it may take many years before symptoms arise prompting medical attention and a diagnosis. For some cancers, such as colorectal cancer, cancer screening may result in interruption of cancer development by removing cancer precursors. This would also lower the numbers of cases occurring, and bias the relative risks toward the null effect.



CONFIDENTIAL INFORMATION

Another issue that is relevant to pharmacoepidemiology is the potential for indication bias. The term "indication" refers to the medical condition, set of symptoms, or disease for which a medication is prescribed, or for which an individual chooses to take a medication "over-the-counter" if available. Indication bias can occur if the symptoms or disease that prompts use of a medication are similar to those associated with the cancer of interest. Epidemiologists use several methods to reduce the potential impact of this bias. First, studies that are specifically designed to examine the associations between use of a medication and risk for cancer will collect information on the study participants' current and past history of symptoms and medical conditions that could be related both to use of the medication and to development of the disease, and adjust for these factors in the analyses. Second, epidemiologists typically do not count cases of the cancer of interest that occurred in the 1-2 years after study enrollment (for cohort studies), or will delete exposures that occurred in the 1-2 years prior to cancer diagnosis (for case-control studies).

Third, epidemiologists may choose, as comparators, persons who are prescribed or choose to use medications for these health conditions. For ranitidine studies, these "active comparators" have been one or more other H2 blockers or one or more proton pump inhibitors. However, if the persons who are prescribed nonrelated medications differ in other ways compared with those prescribed the medication of interest, indication bias could result. In the epidemiologic studies that compared ranitidine users to users of other acid reducers (other H2 blockers, proton pump inhibitors), there are several additional concerning sources of bias. The indications for these drugs, and reasons for prescriptions and taking these drugs, are not random. For example, proton pump inhibitors have been shown to be superior to H2 blockers in the treatment of specific gastrointestinal conditions, such as peptic ulcer, duodenal ulcer, and GERD. (Walan et al. 1989; Agrawal et al. 2000; Katz, Gerson, and Vela 2013; Lee et al. 1986; Lee, Hardman, and Jaderberg 1991) Therefore patients prescribed these drugs are likely to be sicker than those prescribed H2 blockers, and likely to be more closely followed with return medical visits. Each medical visit prompts the addition of medical codes to the electronic health record, increasing the chance that diagnostic codes related to other diseases such as cancer are added.(Gianfrancesco and Goldstein 2021) If studies compare patients using higher or lower doses in the comparator versus ranitidine, it could also signal an imbalance between the groups of users in relation to indications for use or severity of illness. This type of imbalance between the drug of interest (i.e., ranitidine) and comparator drugs (i.e., other H2 blockers and proton pump inhibitors) is called channeling bias as



CONFIDENTIAL INFORMATION

discussed above in the section on "Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer" and in Table 2.

There are several ways in which pharmacoepidemiology studies determine individuals' exposure to the medications of interest.(Drieling et al. 2016) One includes individuals who are asked about their use of specific drugs, the dose used, frequency used, and duration used. Sometimes this information is obtained through structured self-administered questionnaires. Other times, participants are interviewed about drug use, often with the use of photos of medications that are still under patent to jog the individual's memory. After generic versions of medications are approved, photos of medications are not useful for identification, because pill design can change across manufacturers and time. In some studies, participants are asked to present medication containers for medications they currently use, whether prescription or over-the-counter, and are interviewed about dose, frequency, and duration of use of each. Providing the current medication bottles improves accuracy of name, dose, and frequency of use, as the interviewer records this information from the bottle. It requires participants to remember to bring all their currently-using medication bottles to show to the interviewer, however.
In recent years, linkage to pharmaceutical prescription databases have been used, such as Medicare, Medicaid, health maintenance organizations, hospital and medical practice groups, and country-wide databases available in some countries.(Pottegård, Friis, et al. 2018). There are both advantages and disadvantages to these databases, but it is important to note that they have not been designed with research in mind and, therefore, are lacking several important basic epidemiologic data elements.(White and Hernandez 2021)

Some advantages are: 1) The databases are very large (e.g. "big data") and contain records for up to many thousands to millions of individuals; 2) Some databases represent whole geographic area and therefore can represent an entire population; 3) The prescription record is an accurate record of what a patient was prescribed to take to treat a condition, thus reducing the risk of error from patients' lack of knowledge of prescribed medications.

The disadvantages are several:

1) None of the databases track patients' over-the-counter medication purchases and none track actual use. If a large portion of a medication's use comes from over-the-counter purchases, there will be a considerable underestimation of exposure to the medication. For example, in Denmark, 84% of



CONFIDENTIAL INFORMATION

ranitidine daily defined doses sold were by prescription in 1999. That percentage declined steadily, until it was 18% in 2018.(Adami et al. 2021) In the Danish studies described below, during the time period when ranitidine exposure was studied, only about half of the ranitidine medications were sold by prescription.(Adami et al. 2021; Nørgaard et al. 2021) Therefore, there is serious under-representation of use of ranitidine in those two studies. Since the comparison medications (PPIs, famotidine) were overwhelmingly sold by prescription during the study period,(Adami et al. 2021; Nørgaard et al. 2021) there was an imbalance in misclassification between ranitidine exposure and the comparator exposures. This would seriously bias the study results toward the null value as relates to the ranitidine risk vs the comparator medications. For U.S.-based studies also, lack of data on over-the-counter use is particularly important for use of ranitidine since 1996 (when over-the-counter became available in the U.S.).(Cohen 2003)

2) Pharmacy databases may track prescriptions for limited periods of time, after electronic medical records were introduced into a medical system. Therefore, lifetime use, or even use over several years or decades is rarely tracked. This results in an underestimate of medication exposure, and biases study results toward the null.

3) If a database is set within one medical system in which patients move in or out of the system, the database will not have information on prescriptions received by patients when they were in other systems. This causes an underestimate of medication exposure and biases the relative risk toward the null value. Moving from one health care system to another is very common in the U.S. particularly. For example, patient turnover in health maintenance organizations in the U.S. is 20% - 30% each year.(Schneeweiss and Avorn 2005)

4) Since electronic medical record systems have not been in place in many areas of the world until the past decade or two, long-term follow-up of patients after first use of the medication is rarely included. This results in insufficient time for cancers to develop, and also underestimation of medication exposure.

5) The databases do not determine whether patients actually take the medications, of if they take them as prescribed which can falsely overestimate medication exposure. The assumption that all patients take all medications as prescribed is erroneous. There are many reasons why patients do not take medications as prescribed, including: forgetting to take medicines, running out of medicines, lack of



CONFIDENTIAL INFORMATION

understanding of how to take the medication, insufficient funds to pay for the medicines, medication not working, symptoms experienced, concern about adverse effects, or other reasons.(Neiman et al. 2017) In a study in practices in the UK, where health care is free or reduced cost, only 82-83% of patients took long-term ranitidine (150 mg) as prescribed.(Ryder et al. 1994) Clinical trials of ranitidine that have counted pills from study-dispensed bottles have reported that 88% – 93% of pills were taken, which is an over-estimate of adherence since many patients left the trial or were dropped from analyses.(Mason et al. 1998; Lee, Hardman, and Jaderberg 1991; Ruszniewski et al. 1993) In another clinical trial testing ranitidine versus placebo, only 75% of patients took over 90% of their prescribed study pills.(Ehsanullah et al. 1988) Where a presumption is made by study authors that subjects took their prescribed medication, the absence of a study effect would erroneously be attributed to the medication. This over-estimate of actual use, if equal across cases and non-cases, would be nondifferential misclassification of exposure, and would bias the relative risk toward the null value of 1.0.

6) The databases do not typically track prescription length, and prescription length is not standard, and therefore duration of use will not be known.(Rabbani and Alexander 2009) In several of the reviewed papers, the authors used numbers of prescriptions written or dispensed as a proxy for length of use, but none of them provide data on actual length of the prescription.

7) The databases, as reported in the ranitidine-cancer studies reviewed in this report do not link to the diagnosis or symptoms for which the medication was prescribed. If a comparator group using a different medication is used, differences between the patient groups could be significant and introduce uncontrollable confounding, such as: underlying diagnoses, general health, insurance status, socioeconomic status, and other risk factors for cancer.

All of these errors – overestimates or underestimates of medication exposure - will bias the relative risk toward the null value of 1.0.

Recent publications present data from very large databases of de-identified patient data that are sourced from hospital billing records, electronic health records, and laboratory systems. For pharmacoepidemiologic research there are several advantages to such databases, as well as several disadvantages.

The primary advantage is that these electronic health record/pharmaceutical databases are very large, representing millions of patients. These can be useful in studying prescribing patterns, health effects of



CONFIDENTIAL INFORMATION

prescribed medicines, and rates of prescription refills, for example.(Hennessy 2006) However, large studies are not better studies than smaller studies just because they are larger (have more study participants). The overall assessment of the study involves looking at many other considerations, including those discussed above, and others discussed below.

There are several disadvantages to the electronic health record/claims databases/pharmaceutical databases. As described recently, "[P]atient EHR data have inherent limitations when used for research purposes: data are collected for billing purposes; often reflect underdiagnosis, overdiagnosis, or misdiagnosis; do not include all confounding factors; have limited time-series information for patients; have limited information on socioeconomic and lifestyle determinants; and lack finer-grained information of admitting diagnoses of hospitalization and contributing causes of death..."(Wang, Berger, and Xu 2021) Pharmacoepidemiology researchers have identified several biases in these administrative databases, in particular, confounding, selection bias, and measurement bias.(Prada-Ramallal, Takkouche, and Figueiras 2019) Confounding by medication indication, outcome misclassification, and time-related biases are common issues. Databases that are developed for commercial purposes may not have information on medication content, nor on algorithms to harmonize data items across contributing hospital and other administrative systems. In the study of associations between ranitidine and cancer risk, several critical issues emerge. First is the identification of exposure to ranitidine. A hospital electronic medical record database may have recorded a prescription for ranitidine from a physician to a particular patient, but not have data on whether that prescription was filled, nor information on whether, how much, and for how long the patient took the medication. This is a critical consideration, because many patients do not fill their prescribed medications. A recent study in the U.S. found that only 75% of prescribed medications were actually dispensed.(Hoopes et al. 2018) Furthermore, a physician may recommend ranitidine to a patient, but the patient may opt to purchase the medication over-the-counter. If the patient chooses a different H2 blocker than ranitidine, that may not end up recorded in the health record. For a medication like ranitidine, for which over-the-counter formulations have been available for decades, a prescriptions database almost certainly represents only a small slice of ranitidine exposure. The same issue could apply to other H2 blockers or to proton pump inhibitors, although their over-the-counter approval dates did not coincide with those of ranitidine. Importantly, the over-the-counter approval dates differ not only between H2blockers and proton pump inhibitors, but they also differ across countries.



CONFIDENTIAL INFORMATION

There is considerable cross-over in use of ranitidine and other medications used for gastrointestinal conditions. Starting in the 1980s-1990s, patients were often prescribed an H2 blocker because those were the available medications at the time. As the superior healing properties of proton pump inhibitors were reported,(Walan et al. 1989; Agrawal et al. 2000; Katz, Gerson, and Vela 2013) patients were switched over to proton pump inhibitors.(Abrahami et al. 2020; Kumar, Goldberg, and Kaplan 2021) In several studies of ranitidine and cancer risk, individuals were excluded if they had used both ranitidine and a proton pump inhibitor, which introduces misclassification error and subsequent bias of relative risk to the null. Furthermore, some individuals who were prescribed proton pump inhibitors likely had more serious underlying conditions that could have confounded the relationship between ranitidine use and cancer risk. For example, in a cohort of veteran patients diagnosed with H. pylori infection, 48,908 of 69,157 (71%) originally prescribed ranitidine were later prescribed a proton pump inhibitor.(Kumar, Goldberg, and Kaplan 2021) The result of this cross-over of medication use between ranitidine and comparator medication is that there is misclassification of exposure, which drives the relative risk for ranitidine versus comparator toward the null value. Also, to the extent that ranitidine users use a drug that has a different relationship to cancer risk, there would be a relative risk that is artificially lower than 1.0 for ranitidine. Therefore, the choice of PPIs, or even of other H2 blockers, as comparators to ranitidine use does not address the issue of indication bias, but instead introduces other biases related to the reason the physician or patient chose one drug over the other.

To improve accuracy of medication use, blood, urine, or saliva may be tested for evidence of the drug or its metabolites. However, this method does not establish dose, frequency, or duration of use. The absence of any of these medication ascertainment aspects results in medication exposure under-estimation or over-estimation, which biases the association estimate (relative risk or odds ratio) to the null.

A second important issue with the electronic health databases is the identification of outcomes, in this case, new cases of cancer. If electronic health databases cover only certain hospitals or medical practices, they may not include all diagnoses of cancer. They may also not have information on cancers diagnosed in another state or country.

Covariate/confounder variable data are also prone to errors in electronic health records when the data are not validated, or there is no linkage to validated data. For example, in a study using the U.S. Veterans Administration electronic health record database, the reported percent of veterans whose



CONFIDENTIAL INFORMATION

electronic record in 2002 indicated they had never smoked was 60%.(Kumar, Goldberg, and Kaplan 2021) However, a survey of over 8600 veterans from 2010 show a much lower rate of never smokers of 34%.(Golden et al. 2018) Variables such as these that rely on what a health professional records in a medical encounter, rather than data collected directly from an individual, are prone to errors such as this that can reduce reliability of studies that depend on electronic health record data.

## Occupational Epidemiology

Occupational epidemiology is the branch of epidemiology that focuses on diseases or health conditions caused by occupational exposures. The U.S. Department of Labor Occupational Safety and Health Administration (OSHA) states that “Occupational epidemiology involves the application of epidemiologic methods to populations of workers. Occupational epidemiologic studies may involve looking at workers exposed to a variety of chemical, biological or physical (e.g., noise, heat, radiation) agents to determine if the exposures result in the risk of adverse health outcomes. Alternatively, epidemiologic studies may involve the evaluation of workers with a common adverse health outcome to determine if an agent or set of agents may explain their disease.” (https://www.osha.gov/occupational-epidemiology) (accessed 1/8/22)

Occupational epidemiologic studies use similar methods to non-occupational epidemiology (e.g., cohort studies, case-control studies) but often specifically focus on a cohort of workers in one or more units such as factories or other worksites. In some cases, the comparisons are between disease rates in workers with and without an exposure, while in others, the comparisons are between those with high versus low levels of that exposure. The unit of exposure may be defined by job categories, or may be directly measured. In some cases, disease rates in a group of workers may be compared with rates in the general population.

In the occupational studies of NDMA or nitrate exposures reviewed in this report, cohorts of workers in specific jobs (rubber manufacturing, nitrate fertilizer manufacturing) were characterized by job categories and followed for cancer deaths or incidence. In some cases, rates of cancer deaths or incidence were compared among categories of exposures within the occupation, while in some, comparisons were to the general population from which the workers came. One additional study was a case-control study of occupational history and risk for bladder cancer.



CONFIDENTIAL INFORMATION

There are some limitations to the occupational studies of NDMA and cancer risk in addition to limitations in epidemiologic studies in general. Almost all of the studies reviewed for this report were conducted only in men, and therefore the associations in women are not known. For the studies that compared cancer rates to those in the general population, there could be a healthy worker bias which could underestimate the effect of the carcinogen NDMA on cancer risk.(Pearce, Checkoway, and Kriebel 2007) Many studies did not have information on potential confounding factors and therefore could not adjust for such factors. Also, several studies assessed risk of cancer deaths rather than cancer occurrence. This will underestimate the risk of being diagnosed with cancer because many cancer patients survive for decades after their diagnosis.

## Nutritional Epidemiology

Nutritional epidemiology is the branch of epidemiology that studies associations between diet, nutrition, and disease. Much of this science is focused on the measurement of dietary intake of nutrients, foods, and food patterns, in order to correlate with disease incidence and mortality. Nutritional epidemiology also studies relationships between *in vitro* (such as blood or tissue levels of nutrients) nutritional status measures and disease risk.

The science of nutritional exposure measurement was described in detail earlier in this report.



CONFIDENTIAL INFORMATION

## Plausibility/ Biological Mechanisms

There are several possible biological mechanisms that could explain associations between ranitidine use, NDMA from other sources, and risk for cancer. This is not an exhaustive or systematic review, but a summary of several possibilities to explain the associations.

NDMA from drug, food, water, or occupational sources has been classified by the International Agency for Research on Cancer as a 2a carcinogen (possible carcinogen).('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Evidence from animal studies show that NDMA causes tumor formation in the gastrointestinal tract, liver, lungs, and kidney. ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010; Pottegård, Kristensen, et al. 2018)

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: liver, esophagus, nasal and oral mucosa, kidney, pancreas, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021)

In animals, NDMA is used as a carcinogen to test effects of anti-cancer products, or effects of co-carcinogens.(Wongsena et al. 2018; Thongchot et al. 2020; Kim et al. 2019)

NDMA activates ras oncogenes, and NDMA metabolism by CYP2E1 creates methyldiazonium, a known mutation inducer via methylation.(White 2020; Pottegård, Kristensen, et al. 2018; Tricker and Preussmann 1991) NDMA exposure causes promutagenic DNA adducts and DNA damage in animals.(Souliotis et al. 1995; Souliotis et al. 2002; Souliotis et al. 1998) If adducts persist through a cycle of DNA replication, point mutations at critical sites in DNA may result.(Adamson and Chabner 2020)



CONFIDENTIAL INFORMATION

## Common Misconceptions in Interpretation of Epidemiologic Research

In recent decades, epidemiologic methods and results have been used by the medical and scientific community in general, and have been interpreted by the public, governments, and legal system to determine whether substances cause cancer. In doing so, however, some epidemiologic principles may be misunderstood or misinterpreted, causing confusion about study results and validity.(Rothman 2014) Some common misconceptions have arisen that pertain to epidemiologic studies of exposure to medications or other carcinogen exposures. Other misconceptions apply to interpretations in the field of epidemiology in general, including epidemiologic, statistical, bias, and error related concepts.(Rothman 2014)

*Larger epidemiologic studies are always better than smaller studies.*

Epidemiologic studies are designed to test hypotheses about exposure-disease relationships, with the goal of determining causality. Since some relationships could happen by chance, epidemiologists use statistical tools to aid in interpreting relationships. By designing large studies, with large numbers of persons with a disease and a comparable group without disease, the relationships seen are less likely to be due solely to chance. In cohort studies of rare diseases, very large numbers of healthy persons will need to enroll in the study in order to have large enough number of diseased persons. A large cohort with no diseased individuals obviously contributes no information about exposure-disease relationships. While a large study is considered a strength, there are many other considerations that affect the reliability of a study. A large study that does a poor job of ascertaining exposure (including dose, frequency of use, and duration of use) to the agent of interest (e.g., ranitidine or NDMA, in this case), will not be more reliable than a smaller study that does a better job of ascertaining exposure.

In summary, the number of cases is the critical number for epidemiologic studies, not the size of the overall study. Other considerations, for example, how well the study ascertains exposures, outcomes, and potential biases must also be considered.



CONFIDENTIAL INFORMATION

*Studies that include entire populations are more valid than smaller samples of the population.*

A study of any size is only as good as the data it includes. If a study of an entire population has all of the data elements needed to determine exposure-disease relationships, then it could be more valid than other studies. However, this is rarely the case. If a nation-wide study has not collected complete exposure and outcome data, or does not have sufficient data on covariates to control for potential confounding variables, its validity will not be greater than a smaller study that has been correctly designed.

*There is a hierarchy of epidemiologic studies that applies to determination of causality.*

The most valid epidemiologic studies are those that are designed and conducted to test specific hypotheses. For some scientific questions, one type of study may be more valid for others. For some questions, all types of studies may provide valid answers. The fact that there is no accepted hierarchy of epidemiologic studies is supported by the fact that there are several hierarchies proposed by different organizations and authors.

In particular, there have been claims that cohort studies are more valid than case-control studies, or the reverse. However, there are strengths to both of these types of studies. In general, case-control studies can and often do collect data on long-term exposures to a carcinogen. In cohort studies, on the other hand, exposures are often collected at one point of time, without a lifetime history. While cohort studies could update exposure data during follow-up, in the cohort studies of ranitidine and cancer risk, none have updated exposure after baseline. Cohort studies can collect data on occurrence of most types of cancer, assuming that the cohort has been followed long enough, with large enough numbers, and include individuals with increased risk such as middle-aged to older persons.

*Hospital-based case-control studies are better than population-based case-control studies.* Or, the reverse, "*population-based case-control studies are better than hospital-based case-control studies*."

Both population-based and hospital-based case-control studies can provide important information about exposure-disease relationships. For some hypotheses, it will be important to determine relationships relevant to the whole population, and therefore population-based studies would be more

appropriate. For other hypotheses, hospital-based case-control studies may provide more valid information. In all cases, other considerations of study design and execution must be considered.

*"Statistical significance" should be used to rank epidemiologic studies, or discard studies as invalid or unreliable.*

This shows lack of understanding of what statistical testing, including p-values and confidence intervals, are and what they mean. In recent years, the American Statistical Association has provided leadership on the issue of statistical testing. The association provided a statement on statistical significance and p-values, stating that "a p-value is the probability under a specified statistical model that a statistical summary of the data (e.g., the sample mean difference between two compared groups) would be equal to or more extreme than its observed value."(Wasserstein, Schirm, and Lazar 2019) The statement provides several principles: 1) P-values can indicate how incompatible the data are with a specified statistical model; 2) P-values do not measure the probability that the studied hypothesis is true, or the probability that the data were produced by random chance alone; 3) Scientific conclusions and business or policy decisions should not be based only on whether a p-value passes a specific threshold; 4) Proper inference requires full reporting and transparency; 5) A p-value, or statistical significance, does not measure the size of an effect or the importance of a result; and 6) By itself, a p-value does not provide a good measure of evidence regarding a model or hypothesis.(Wasserstein and Lazar 2016)

The equations used to determine the p-value are the same as those used to calculate confidence intervals, and therefore the issues of one are similar to both.

Both confidence intervals and p-values depend largely on the size of the population studied. Therefore, while the information from statistical tests should be considered when assessing the weight to be given to the study results, it is not appropriate to dismiss relative risks that show increased risk from an exposure, based on a confidence interval that includes 1.0 or a p-value greater than 0.05.(Amrhein, Greenland, and McShane 2019). It is also a misconception to describe studies as "inconsistent" if some have relative risks with confidence intervals that include 1.0 or p-values greater than 0.05, while others do not.(Rothman and Greenland 2005) The consistency of studies, rather, is a reflection of associations between exposure and disease seen across studies, depicted by epidemiologic measures such as relative risk, odds ratio, or hazard ratio.



CONFIDENTIAL INFORMATION

It is critically important to note that the measures of statistical significance do not change the measures of association. A relative risk of 1.3 shows a 30% increased risk regardless of what p-value is calculated for it, and regardless of what confidence intervals are calculated. The American Statistical Association and individual statisticians recently called for abandoning the term “statistically significant,” because there is no bright line for a statistical test that rules in or out the presence of association between exposure and disease (Wasserstein, Schirm, and Lazar 2019; Amrhein, Greenland, and McShane 2019)

In terms of causal inference, statistical testing results should be considered just to examine how well the data fit a model. The results of statistical testing (confidence intervals, p-values) should never be used to determine a causal effect, nor should they be used to discard or include studies in the totality of evidence.

*There is a defined relative risk required for causality. (For example, a relative risk of 2.0, or doubling of risk) required for a risk factor to be considered a cause of a disease.)*

There is no defined relative risk required for establishing causality in epidemiology. There are several examples of exposures that have been accepted as causing a disease with lower relative risks than 2.0, as described in detail below under Causal Inference in Epidemiology, such as intermittent sun exposure and melanoma, air pollution and heart disease, and hormone replacement therapy and breast cancer. This level of increased relative risk has resulted in FDA warnings and guidance from major medical groups.(Rajagopalan et al. 2020) (Stephenson 2003). Furthermore, many clinical trials are designed to test treatments with lower effect sizes, with subsequent acceptance for clinical use. For example, the National Institutes of Health Diabetes Prevention Program trial tested the effect of metformin on reducing risk of diabetes in individuals at high risk for the disease. Compared with placebo, metformin reduced incidence of diabetes by 31% after a mean 2.8 years follow-up.('Reduction in the incidence of type 2 diabetes with lifestyle intervention or Metformin. Diabetes Prevention Program Research Group' 2002) This level of relative risk led to the American Diabetes Association recommendation for metformin for diabetes prevention. (Aroda and Ratner 2018)

Another example of established human carcinogens with relative risks less than 2.0 is that of hormone replacement therapy. In cohort studies, the relative risk for current estrogen plus progesterone



CONFIDENTIAL INFORMATION

hormone therapy users is approximately 1.6 for women currently using hormone therapy, and for those using less than 5 years.(Cancer 2019; Prentice et al. 2008; Reeves et al. 2006) In the Women's Health Initiative clinical trial, use of estrogen plus progesterone over a mean 5.2 years follow-up yielded a relative risk of 1.26 compared with women assigned to placebo.(Writing Group for the Women's Health Initiative 2002) This level of risk—seen in both a randomized trial and in observational studies, prompted an FDA warning label. (Stephenson 2003)

A question could be raised about why carcinogens, like tobacco smoking, could have relative risks associated with cancer risk in the order of 8.0 or more, while some carcinogens incur lower relative risks with cancer such as with ranitidine use and NDMA intake. A critical reason for this difference is dose. Given the addictive properties of nicotine, smokers often smoke one or two packs of cigarettes per day for decades, which gives continuous high doses of carcinogens. In contrast, the second-hand smoke in never-smokers, which results in the same carcinogen type of exposure but at a much lower dose, results in relative risks of the order of 1.2.(Kim, Ko, Kwon, et al. 2018) This evidence has resulted in U.S. governmental agencies stating that secondhand smoke causes lung cancer, including the CDC (https://www.cdc.gov/tobacco/data_statistics/fact_sheets/secondhand_smoke/health_effects/index.htm) and the U.S. Surgeon General (Office on and Health 2006). Relevant to this issue, when dose of NDMA exposure is specifically measured, as in occupational studies and dietary studies, dose-response relationships are seen, with relative risks often greater than 2.0 in individuals exposed to higher doses of NDMA.

*All known risk factors must be adjusted for in a study's analyses in order to produce reliable relative risks.*

This is not correct. Adjustment for confounders should be performed only for those variables that are actually confounders in that specific dataset. Epidemiologists have different methods of determining whether a variable could be a confounder. If it is not a confounder, the analysis should not adjust for it, because adjusting for a non-confounding variable leads to over-adjustment which lowers study power to detect statistically significant associations.(Schisterman, Cole, and Platt 2009)

*In a cohort study, more people followed for a short period of time is as valid in determining risk of cancer as a smaller group of people followed for a longer time period.*



CONFIDENTIAL INFORMATION

The most important number in epidemiologic studies is the number of properly ascertained and validated cases. However, case numbers being equal, following a very large cohort for a short period of time is not the same as following a smaller cohort longer-term. If an exposure occurred at study entry, and study participants are followed for less than 20 years, there may be insufficient number of years' follow-up for cancers to develop sufficiently to be diagnosed.

*Proven biological mechanisms must be identified in order to determine whether a risk factor causes a specific type of cancer.*

In determining causality, it is important to consider the biological mechanisms that can link an exposure with a disease. However, knowing the exact biological mechanism is not a required aspect of causation analysis and the mechanism of causation for many exposure-disease relationships are unknown or not known completely. Similarly, medication labeling for many medications approved by the FDA to treat medical conditions state that the mechanism of action for how the drug is effective to treat the condition for which it prescribed is unknown. The Bradford Hill list of items to consider in causation analysis specifically states that while knowing the biological mechanism is helpful, it is not always possible to know, and is not necessary for deciding that an exposure causes cancer in humans.(Hill 1965)

*Government, inter-government, academic, and nonprofit agencies regularly update data on effects of carcinogens on cancer risk in humans.*

These types of organizations and agencies do not regularly update most information on carcinogens. Even the World Health Organization's cancer branch (International Agency for Cancer Research – IARC), which is a world leader on assessing carcinogens, does not regularly update evidence for individual carcinogens.(Pearce et al. 2015) If they update the scientific evidence on a carcinogen, it may be decades after the last scientific report. Many nonprofit organizations write statements on cancer-causing agents, either by their own staff, or by an expert committee, but do so without the IARC type of systematic review. The U.S. government has several institutes and agencies that can study and produce reports on carcinogens (e.g., National Toxicology Program (NTP), National Institutes of Health, National Cancer Institute, National Institute of Environmental Health Sciences, Environmental Protection Agency, Food and Drug Administration). (https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html)



CONFIDENTIAL INFORMATION

(https://www.cancer.gov/about-cancer/causes-prevention/risk/substances/carcinogens) (https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf) (accessed 11/13/21) These institutes, agencies, and cancer organizations work in different ways, and their websites and reports do not always report the same findings. However, the following agencies do list NDMA as a carcinogen: IARC (2A, probably carcinogenic to humans)('Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42' 1987); FDA (https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine) (accessed 11/13/21); National Toxicology Program [N-Nitrosodimethylamine is reasonably anticipated to be a human carcinogen. (https://ntp.niehs.nih.gov/ntp/roc/content/listed_substances_508.pdf) (accessed 11/13/21)]; World Health Organization (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf) (accessed 11/13/21); the American Cancer Society (https://www.cancer.org/cancer/cancer-causes/general-info/known-and-probable-human-carcinogens.html) (accessed 11/13/21).



CONFIDENTIAL INFORMATION

## Causal Inference in Epidemiology

The ultimate goal of epidemiologic research is to determine likely causes of disease, in order to determine who is at risk for that disease and how to prevent the disease in individuals and populations. Assessing causal relationships between an exposure and a disease is a matter of judgment. Sometimes there is widespread agreement on causal relationships; sometimes there are differences of opinions. The causal inference judgment should be based on applying a reliable methodology.

Much of epidemiologic observational research in cancer focuses on determining the *associations* between an exposure and an outcome. In other words, in a sample of individuals, are the number of persons exposed to an agent more likely to develop a cancer than those who are not exposed? There are several related questions. For example, will the persons who are exposed to a higher dose have an even greater risk than persons with little exposure? Will those exposed for a longer period of time have greater risk than those exposed for only a short time? Epidemiologists follow guidelines and logic in determining likelihood of an exposure causing cancer.(Rothman and Greenland 2005) In addition to epidemiologic data, epidemiologists also consider plausible biological mechanisms to explain observed associations. The weight of evidence depends on assessing the validity of the data based on the considerations discussed above (biases and likely implication of biases on over or understating the risk estimate, role of chance, sample size, statistical tests, etc., as well as the clinical and biological evidence, if available, to explain these associations. Considerations of evidence of dose-response is also an important part of assessing causal relationships.

In epidemiology, and therefore in this report, a positive association means that the exposure in question increases risk for a disease or outcome. A negative association refers to an exposure decreasing risk for the outcome.

In 1965, English epidemiologist Sir Austin Bradford Hill attempted to describe several aspects of the causal relationship in a speech to the Royal Society of Medicine's newly-established Section of Occupational Medicine.(Hill 1965) In assessing causal relationships, applying what Hill called "viewpoints" is helpful. As Bradford Hill explained, his list is not a checklist of factors to be counted:

"What I do not believe—and this has been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." Epidemiologists perform causal analyses when they want to answer specific questions on whether an exposure causes cancer. There is no pre-defined set of studies or set of data that is universally accepted as required before a causal analysis is performed. Indeed, scientific groups look at totality of evidence, whatever that is, to determine: 1) if evidence is sufficient to support a given conclusion; 2) and what that conclusion consists of.

These aspects of a causal relationship are the strength of the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy, as described in detail below.

***Strength of the association.*** If the risk of developing cancer is several times higher in persons exposed to a toxic agent, that increases the likelihood of causality. It is not a necessary condition for establishing causality and providing recommendations for avoiding a potential cancer-causing agent, however. Indeed, several carcinogens raise risk of cancer less than doubling of risk, but can clearly be established as causing cancer. Furthermore, those with a high prevalence of exposure can have major public health effects even with less than doubling of risk. It is important to note that the U.S. FDA does not require doubling of effect from a medical intervention to establish benefit. Other exposures may be highly prevalent to certain groups such as factory workers; such exposures need to be minimized to meet government regulations for worker safety. Several examples follow:

Alcohol and risk for postmenopausal breast cancer: Risk for postmenopausal breast cancer increases by approximately 10% (a relative risk of 1.1) for each 10 gram/day intake of alcohol (the amount in a four-ounce glass of wine).(Thompson et al. 2018) Women are advised to avoid alcohol or minimize alcohol intake to no more than one alcoholic drink per day to reduce risk for this cancer.(Thompson et al. 2018) As Bradford Hill pointed out in his address: "We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."(Hill 1965)



CONFIDENTIAL INFORMATION

Air pollution and risk for cardiovascular disease: A 2013 meta- analysis found that for each 10 µg/m3 rise in $PM_{2.5}$, the air pollution caused by motor vehicles, yields an 15% increase in risk of cardiovascular disease (similar to a relative risk of 1.15). Given the widespread prevalence of exposure to ambient pollution, even modest contributions to cardiovascular disease risk can have a substantial effect on population health. (Cosselman, Navas-Acien, and Kaufman 2015)

Outdoor particulate matter air pollution and lung cancer: A 2014 meta-analysis including 18 studies showed a relative risk of 1.09 (95% CI 1.04-1.14) per 10-µg/$m^3$ of exposure to particulate matter ($PM_{2.5}$).(Hamra et al. 2014) This is highly significant, because 10-µg/$m^3$ of exposure to $PM_{2.5}$ is the lowest recommended limit set by IARC for minimizing health effects of air pollution.

Benzene at work and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23-1.57).(Khalade et al. 2010)

Estrogen-progestin menopausal hormone therapy and breast cancer risk: The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(Rossouw et al. 2002) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40-1.81).(Kim, Ko, Lee, et al. 2018) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations(Stephenson 2003), and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions.(Grossman et al. 2017)

Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17-1.50).(Karami et al. 2012)



CONFIDENTIAL INFORMATION

Intermittent intense sun exposure and risk of melanoma: A 2005 meta-analysis included data from 57 epidemiologic studies with 38,671 cases of melanoma, and found a relative risk of 1.61 (95% CI 1.31-1.99) for intermittent intense sun exposure.(Gandini et al. 2005)

Prevention of skin cancer with use of sunscreen has also been observed, with similar effect sizes. In a 4.5-year trial with an additional 8-years follow-up, individuals randomly assigned to daily sunscreen use had almost a 40% reduced risk of squamous cell carcinoma (rate ratio, 0.62; 95% confidence interval, 0.38-0.99).(van der Pols et al. 2006) To compare with the relative risks for adverse exposure, one would look at the inverse of the risk ratio, i.e., 1.6.

***Consistency of the association.*** A consistent association would be observed in various populations, places, circumstances, and times. Has the association been found in different countries, in persons from various race/ethnic groups, and of different ages? This is also not a requirement, as there could be occasions when an exposure only increases risk for specific categories of individuals. An example, again from the breast cancer field, is that obesity increases risk for breast cancer occurring after menopause but decreases it for women who have not yet undergone menopause. Epidemiologic studies on ranitidine and cancer risk have included individuals from the U.S., Asia, and Europe primarily. Similarly, studies on other sources of NDMA (diet, water) and cancer risk have also come from the U.S., Asia, and Europe.

It is a misconception to describe studies as "inconsistent" if some have relative risks with confidence intervals that include 1.0 or p-values greater than 0.05, while others do not.(Rothman and Greenland 2005) The consistency of studies, rather, is a reflection of associations between exposure and disease seen across studies, depicted by epidemiologic measures such as relative risk, odds ratio, or hazard ratio.

***Specificity of the association:*** This suggests that if an exposure causes only one type of disease, that its causal link to that disease is strengthened. However, Bradford Hill recognized the limits of this aspect. One noxious agent, such as tobacco smoke, is an accepted cause of multiple cancers as well as cardiovascular disease. Similarly, one disease can have multiple causes. For example, lung cancer risk is increased with exposure to radon and asbestos, even in persons who do not smoke. In support of this,



CONFIDENTIAL INFORMATION

Bradford Hill stated, “One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation…”(Hill 1965)

***Temporality:*** The time course between exposure and disease occurrence is an important consideration. Bradford Hill was referring to the need to document that the exposure came before the disease, rather than something about the disease causing a person to come into contact with the exposure. Epidemiologic researchers handle this issue by ascertaining the dates of exposure to a carcinogen and dates of cancer diagnoses. Many studies go a step further and discount cancer cases that occur within one or two years of initiating ranitidine use (or, similarly within one or two years of dietary NDMA assessment).

***Biologic gradient****:* This refers to the dose-response curve or the shape of the association between exposure and risk as the amount of exposure changes. If risk for a disease increases with increasing amount of exposure, the likelihood of a causal relationship is often increased. The exposure can be classified by total duration of exposure, by usual amount of exposure, or by a combination of these two. However, there are numerous carcinogens for which there is no safe dose.

***Plausibility:*** The association is strengthened if it is biologically plausible. However, Bradford Hill recognized that “What is biologically plausible depends upon the biological knowledge of the day.” It is important to note that biologic plausibility does not require proof of mechanism.

***Coherence:*** The cause-and-effect interpretation of the data should not significantly conflict with the known facts about the natural history and biology of the disease. Therefore, for example, the concurrent rise in tobacco smoking rates and rise in lung cancer incidence in the 20th century in the U.S., as well as the more recent concurrent decrease in smoking rates and decrease in lung cancer occurrence, strengthen the association between smoking and lung cancer as causal.

***Experiment:*** The evidence from randomized controlled trials can provide strong support to observational evidence. However, in many situations, randomized controlled trials are not feasible. In the case of ranitidine or NDMA and cancer risk, a trial would have to be very large, involving 50,000 women or more, followed for decades, to determine effects of these exposures on risk for ovarian cancer. This is because cancer is a rare disease and typically takes many years to develop to be clinically



CONFIDENTIAL INFORMATION

diagnosable. In addition, because the effects of exposure to ranitidine or other sources of NDMA could be harmful, it would be unethical to conduct a trial of this type.

***Analogy:*** Bradford Hill states that in some circumstances it would be fair to judge by analogy. Therefore, since some toxic agents such as thalidomide or rubella have been shown to cause birth defects, other drugs or viral exposures may be recognizable as possibly leading to harmful effects to a fetus. Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965)

## Methods Used for this Report

In performing this evidence review and for purposes of my opinions, I first conducted a review of the relevant literature on the epidemiology of ranitidine, other NDMA exposure, and cancer risk, using the same process I use for systematic review articles I write for my academic work.(Chan et al. 2014; 2018) I triaged articles by title, then by abstract, and finally by complete paper. As I read the epidemiologic literature, I considered the "Bradford Hill" aspects of causal inference(Hill 1965), as well as causal inference as defined by Rothman(Rothman and Greenland 2005), and weighed the evidence. To evaluate aspects of Bradford-Hill, I considered the number of studies, quality of studies, size of studies, potential biases, completeness of ranitidine and NDMA exposure assessment, relative risks, variables available for dose-response, statistical tests (confidence intervals, p-values), adjustment for potential confounding variables, consistency of magnitude of relative risk across studies and populations.

The detailed steps I took were as follows. I conducted systematic searches through the PubMed database to identify studies on ranitidine and cancer risk, studies on dietary sources of NDMA and cancer risk, occupational exposures to NDMA, nitrate, and nitrite and cancer risk, and dietary and water sources of nitrate, nitrite, and nitrosamines and cancer risk. I updated these searches regularly while finalizing my report. I also looked for additional epidemiological studies referenced in individual studies. I extracted key data from individual studies and imported them into a data table. These items included study year, type (case-control, cohort, meta-analysis), population source, relative risk and confidence intervals (p-values as relevant), confounding variables adjusted, and dose-response effects if assessed. If more than one relative risk was presented, I chose the most-adjusted relative risk to present, unless

there were significant apparent errors in the adjusted estimates. If there were no adjusted relative risks to present, but data were available in the paper, I calculated and presented crude relative risks. I determined the quality of studies, and whether they used sound epidemiologic and pharmacoepidemiologic principles. I examined whether dose-response relationships were evaluated, and assessed dose-response data if presented. In doing this, I did not rely solely on a p-value, but rather visually inspected levels of relative risk by levels of exposure to ranitidine or other sources of NDMA, depending on the particular study. I considered issues of bias, confounding and other sources of error in the various studies. I read and evaluated review articles and reports from government agencies, cancer societies, and cancer organizations. I searched for and reviewed reviews of studies on biological mechanisms. This included animal studies, cell biology studies, and human experimental studies. Finally I considered all aspects of the epidemiologic estimates of association, and determined causal inference.

My search identified studies with reported results that both support and do not support my eventual opinion on whether exposure to ranitidine and other sources of NDMA can cause cancer. Each of these studies required a careful assessment of the strengths and limitations, a qualitative and quantitative evaluation of the study, and evaluation of that study in the context of the totality of research on ranitidine, NDMA, and cancer risk.

## Systematic Search

I searched in the PubMed database for research studies published in peer-reviewed, PubMed indexed journals, using the following search terms in three searches: 1) (“ranitidine” AND “cancer”; 2) (“nitrate” or “nitrate”) AND “cancer”; 3) (“NDMA” OR “N-Nitroso-dimethylamine”) AND “cancer”. As a check for alternate nomenclature, I conducted two additional searches: 1) “ranitidine” AND “carcinoma”; 2) (“NDMA” OR “N-Nitroso-dimethylamine”) AND “carcinoma”. Neither of these latter two searches added to the first three.

The search produced relevant reports of epidemiologic studies, which included reports of original epidemiologic studies that tested the association between use of ranitidine or dietary exposure to NDMA or occupational exposure to NDMA, and risk of cancer. Also included were meta-analyses which pooled statistical data from several reports.



CONFIDENTIAL INFORMATION

## Data Extraction

For all of the reviewed studies, I performed data extraction using a standardized data extraction table (see Table 7) at the end of this report. I recorded information on the publication year, study design, number of cases, number of controls (for case-control studies), total sample size (for cohort studies), population type, country, risk estimates, confidence intervals, potential confounding variables adjusted for, and the type of cancer. I also indicated whether dose-response relationships were assessed, method used, and results.

## Descriptions of Studies

In this report, I provide descriptions of the study methods and main study results including risk estimates (odds ratio, relative risk, or hazard ratio). Most studies included control for some confounders and presented the risk estimates with adjustment for the confounders. I present below the results from adjustment with the greatest number of variables.

## Causal Inference Methods

I also followed the methodology discussed in the section Causal Inference in Epidemiology, and I weighed the evidence from all sources based on the considerations affecting the interpretation of observational studies discussed above.



CONFIDENTIAL INFORMATION

## Epidemiologic Evidence on the Association between Ranitidine Use and Cancer Risk

Earlier epidemiologic studies on the association between ranitidine use and cancer risk have included several types of prospective cohort studies and case-control studies. The cohort studies have included traditional designs, in which individuals were asked about ranitidine use at study entry, and then followed over time to determine occurrence of cancer in ranitidine users and non-users. Because cancer occurrence in any one year is rare, these types of studies typically follow participants for decades in order to accrue enough cases to determine associations. A more recent type of cohort study has employed electronic health records and pharmaceutical databases, and cross-linked individuals' ranitidine use with the occurrence of cancer. The ranitidine studies of this type followed participants for less than 10 years, and as a result, the number of cancer cases accruing was small. A detailed description of each epidemiologic study of ranitidine and cancer risk is included in this section. Later, these studies are again reviewed for individual cancer sites.

The carcinogen contained within ranitidine (and produced by ranitidine in storage and in the human body once ingested) is NDMA. NDMA has also been measured in other settings and has been associated with cancer risk, such as in particular occupations (e.g., rubber workers) and in dietary intake. Therefore, the human evidence on the associations between NDMA exposure from diet and occupation with cancer risk is informative for examining ranitidine and cancer risk. It is therefore included in this systematic review, causal analysis, and report.

Precursors of NDMA, namely nitrites and nitrates, that can degrade and metabolize into NDMA, have also been correlated with risk for various cancers. Therefore, in this review I also included a systematic review of dietary and water exposure to nitrites, nitrates, and nitrosamines in general, in relation to risk for cancer. However, neither nitrate nor nitrite levels correlate perfectly with NDMA levels, because some foods with high nitrate levels (e.g., some vegetables) are low in NDMA. Many processed meats, high in nitrites, are also high in NDMA, but the amount of NDMA varies by product.

In my searching, I included all cancer types. After conducting a systematic review, the following cancer types have sufficient epidemiologic and biologic evidence (Table 3) to conduct a causal analysis linking



CONFIDENTIAL INFORMATION

ranitidine and/or NDMA with cancer risk: bladder, esophagus, liver, pancreas, and stomach. Other cancers for which I conducted a systematic review of epidemiologic evidence linking ranitidine and/or NDMA include: brain, breast, colon/rectum, kidney, larynx, leukemia, lung, lymphoma, multiple myeloma, non-Hodgkin's lymphoma, oral cavity, ovary, pharynx, prostate, thyroid, uterus.

## Table 3: Evidence available for ranitidine and other sources of NDMA and risk of cancer

| Cancer Type | Published Epidemiological Studies of NDMA Exposure & Cancer | | | |
|---|---|---|---|---|
| | Ranitidine | Rubber Workers or other Occupational NDMA | Diet NDMA | Diet Nitrite/Nitrate/Nitrosamines |
| Bladder | X | X | X | X |
| Esophagus | X | X | X | X |
| Liver | X | X | X | X |
| Pancreas | X | X | X | X |
| Stomach (gastric) | X | X | X | X |



CONFIDENTIAL INFORMATION

# Evaluation of Observational Studies to Determine Risk of Developing Cancer from Use of Ranitidine

There are several key elements I looked at in reviewing the epidemiologic studies on the association between ranitidine use and risk for cancer, and between other NDMA exposures and risk for cancer.

## Defined Study Questions

The first consideration is to evaluate whether the study defined relevant questions. For example, a set of questions addressing bladder cancer could be: 1) What is the association between taking a 150 mg pill of ranitidine daily and risk for developing cancer of the bladder?; 2) Does risk change as the total amount of ranitidine taken changes? That is, is there a dose-response relationship such that cancer risk increases as ranitidine exposure increases?; 3) Does ranitidine affect the risk of different histologic types of a specific cancer? These questions should drive the study design to: 1) ensure accurate and long-term measurement of drug use; 2) identify all cases of bladder cancer that occur within a defined period of time that includes many years of ranitidine use in a substantial number of users and that allows enough follow-up time for cancers to develop; 3) collect accurate dose, frequency, and duration of use of ranitidine, so that dose-response relationships can be assessed.

## Defined population studied

The study population refers to both the population from which all study participants will be drawn, as well as to the cancers that develop in that population. If the goal is to study one rare cancer, even a large cohort followed for decades may not produce enough cases of that cancer. Instead, a case-control study may be used, which would allow larger numbers of cases to be identified through various sources, such as registries or hospitals, increasing the power of the study to identify a statistically significant effect, where an effect in fact exists.

If the goal is to study multiple cancer types, the cohort design likely is a preferable choice, as long as the study includes large enough numbers of at-risk individuals followed long enough for sufficient numbers of specific cancers to develop. Since cancer rates rise with age, an effective cohort study will enroll



CONFIDENTIAL INFORMATION

individuals in their middle- to later- years so that enough numbers of cancer cases develop in order to test hypotheses. Further decisions must be made about the study population, such as whether it will be representative of the general population, or a specific subset, and how study participants or patients will be selected and enrolled.

The sample sizes needed to maximize the chance of identifying clinically relevant relative risks (or similar risk estimates) must be determined. For cohort studies, the length of time needed to follow study participants to allow time for cancers to develop and be diagnosed needs to be defined. The sample size calculations will be a function of numbers of people enrolled, the expected numbers of cancers that will develop over a given number of years, and the expected levels of relative risks. For case-control studies, the sample size calculations will be for numbers of cases and controls needed to identify given levels of relative risk.

Both cohort and case-control designs are effective for these types of pharmacoepidemiologic studies. However, if medication use is only measured through patient self-report, there is the theoretical risk of recall bias if cases recall use of ranitidine more than do controls. Among the published studies on ranitidine use and cancer risk, however, almost all were cohort studies, or were nested case-control studies from cohorts with linkages to pharmacy databases and therefore not at risk of recall bias, (Hsu et al. 2013; Cardwell et al. 2021; McDowell et al. 2021a), or the cases and controls were asked about a long list of medications and were blind to study hypotheses.(Coogan et al. 2005)

Of particular relevance to the studies on ranitidine and cancer risk is when investigators eliminate cases from analyses. This occurred in several studies that I reviewed, and the results can bias study results either toward or away from the null value. Reduction in cases also reduces study precision, widening confidence intervals, making the likelihood greater that confidence intervals include 1.0, and increasing p-values. Thus, even if the investigators calculated the necessary sample sizes before launching their study, eliminating cases will negate the applicability of those calculations. Furthermore, by eliminating a large proportion of cases from analyses, the reported sample size in the abstract and results are erroneous if they do not report the actual numbers used in the study.

There were several reasons that studies eliminated cases. One reason is because ranitidine or comparator drug users stopped using that drug or switched to another medication. If this switching reflected drug use to a greater degree in ranitidine users than in other users, the relative risk can be



CONFIDENTIAL INFORMATION

biased in either direction. Second, some studies eliminated patients who have used more than one acid-suppressing drug. Since this "switching" happens more to PPI users. Patients start on H2 blockers and those with continued symptoms or non-healing (such as ulcer) are switched to a PPI. Furthermore, in some studies, ranitidine users were more likely than other H2 blocker users to be switched to a PPI.(Kumar, Goldberg, and Kaplan 2021) In a study in UK primary care practices, one-third of H2 blocker users discontinued use because of a switch to a PPI.(Abrahami et al. 2020) This differential misclassification of exposure can bias the relative risk either toward or away from the null value. Third, some studies eliminated cases, sometimes the majority of cases,(Adami et al. 2021) as part of the "trimming" that occurs with propensity score matching. While they also removed some non-cases, it's the number of cases that is most crucial to having adequate sample size.

## Exposure measurement methods

The measurement of medication exposure involves several steps. For prescribed medicine, a physician (or other licensed professional) must write a prescription indicating dose, frequency, and duration of use. That prescription is then submitted to a pharmacy and filled. The patient must receive the prescription. In the U.S. and some other countries, these steps assume that the patient is able and willing to fill the prescription, has the necessary insurance or funds to pay for the medication, and takes the medication as instructed.

The patient decides on an ongoing basis whether to keep taking the drug, based on his or her perceptions of benefit, any side effects attributed to the drug, worries about adverse effects, and continued funds to pay for the drug. For medications that do not require a prescription, e.g., over-the-counter medications, the fact of use and other needed data including dose, frequency, and duration, will require obtaining information directly from patients.

Important data items for assessing medication exposure include dose, frequency of use, and length of time used. These items are critical for determining the dose-response effects, to answer the question of whether the effect of this medication differs with different amounts of exposure. Since patients may have taken ranitidine for years or decades, this requires a detailed long-term history of exposure. Basic information, including drug name and dose, may be part of a prescription database or an electronic health record. Therefore, an informative study's method for measuring medication exposure would include data on names and doses of prescriptions, patient compliance with instructions on how many



CONFIDENTIAL INFORMATION

pills to take each day, and patient reports on use of over-the-counter medications. To the extent that study participants switch from one medication to another (e.g. from ranitidine to a PPI or other H2 blocker, or from a prescription to over-the-counter medication) this information should be ascertained. Since patients may stop and re-start medications, a full history of use would include stop and start dates, as well. While a lifetime of exposure to a carcinogen such as the NDMA in ranitidine is not needed for initiating or promoting cancer development, lack of information on lifetime use is a type of misclassification of exposure. If that misclassification is in both cases and noncases (as is the case in cohort studies like the pharmacy databases), it is a type of nondifferential misclassification and will bias the relative risk toward the null value.

It is important to identify the reason the patient was prescribed ranitidine (and comparator drugs). This reason is referred to as an "indication" for use. The indication can be for symptoms, set of symptoms, or diagnosed disease. If patients prescribed ranitidine have certain underlying diagnoses or symptoms that differ from comparator drug users, and those are not adjusted for, confounding bias could result from any of diagnoses, general health, insurance status, socioeconomic status, and other risk factors for cancer. Similarly, if a comparator group using a different medication is used, differences between the patient groups could be significant and introduce uncontrollable confounding.

Validation of study data should be included, i.e., testing the validity of pharmaceutical records in terms of medication name, dose, duration of use, and whether the prescription was actually filled. Validation of study data is a standard technique in epidemiology; I have pointed out the studies that reference validation studies for the studies' data sources.

## Outcomes measurement

There are over 100 cancer types, and of those, several have subtypes based on histology (cell type). Informative ranitidine studies define the cancers that will be studied. In determining cancer risk, only incident (new) primary cancers should be included as endpoints, although for some patients with fatal disease, the first identification of a new cancer diagnosis may through a death record. For some studies, cancer deaths may be used as endpoints, which can be reasonable proxies for fatal cancers but would underestimate incidence of nonfatal cancers as I discuss in the Occupational studies sections below. Other key data include diagnosis date, and cancer site, histology, and stage. If the goal is to look at a medication's effects on several cancer types, the study will need to be large enough to individually



CONFIDENTIAL INFORMATION

investigate specific cancers of interest. For a medication that includes a known carcinogen like ranitidine and NDMA, it is reasonable to look at all cancer types but the study must be powered to look separately at individual cancers.

Validation of cancer identification should be performed (or previous validation cited) to determine that all cancers can be identified from the data source in the population and that cancers will be correctly classified as to cancer type. As explained for exposure measurement validation, validation of cancer sources is routine in epidemiology, with high standards imposed for certified cancer registries.(Tucker et al. 2019) Of great concern in pharmacoepidemiology studies is that studies show poor recording of cancer diagnoses in electronic health records, in some cases recording less than half of incident cancers in patient populations.(Hoopes et al. 2021; Thompson et al. 2020) As stated above, under-reporting of cancer cases seriously biases the relative risk toward the null value.

## Availability and Quality of Data on Covariates – Confounders and Effect Modifiers

Because observed associations in epidemiologic studies can be biased by confounding variables, the informative study will collect information on, and account for, potential confounding factors. Confounding factors are variables that are related to both exposure (ranitidine use) and outcomes (specific cancers) and can bias relative risks if not controlled for in analyses. Effect modifiers are variables that change relative risks between a risk factor and disease risk. For example, if women and men have different effects of ranitidine on cancer risk, sex would be an effect modifier of the relationship between ranitidine use and cancer risk.

Ranitidine use is indicated for gastrointestinal symptoms, and therefore factors that affect gastrointestinal symptoms and conditions such as smoking, alcohol use, obesity, and diet, should be considered because these are also risk factors for several cancers. Medical conditions such as *H. pylori* infection, hepatitis B or C infection, diabetes, and Barrett's esophagus, are risk factors for cancers of the stomach, liver, pancreas, and esophagus, respectively. These conditions could cause symptoms, leading patients to take ranitidine (or comparator drugs) and therefore, are candidates for confounding variables. These all underscore the importance of careful planning for studies looking at ranitidine and



CONFIDENTIAL INFORMATION

risk for specific cancers, so that potential confounding variables and effect modifying variables can be measured at the beginning of the study and taken into account in the data analyses.

However, the informative study will adjust for confounders in a manner that does not over-adjust, because over-adjustment may distort the statistical tests such that confidence intervals widen, include 1.0, and p-values increase. In other words, a study should not be dismissed just because one potential confounding variable has not been included in statistical modelling. If a variable has been tested and shown to not be a confounder, it is actually erroneous to adjust for it.

## Sample Sizes

Sample size is an important consideration when evaluating a study. If a study has too few cases of cancer (or, less commonly, too few individuals without cancer for comparison), the chance of identifying clinically relevant and statistically significant relative risks (or similar risk estimates) will be decreased. For cohort studies, the length of time needed to follow study participants to allow time for cancers to develop and be diagnosed is important. The sample size calculations will be a function of numbers of people enrolled, the expected numbers of cancers that will develop over a given number of years, and the expected levels of relative risks. For case-control studies, the sample size calculations will be for numbers of cases and controls needed to identify given levels of relative risk, with expected prevalence of exposure as well as. However, it is critical to realize that a very large study with many cases cannot make up for missing data or inaccurately collected data.

## Study Conduct

How a study was conducted is an item for evaluation. Once a study has commenced, there are key components to optimize a study's reliability. For cohort studies, it is important to have as complete a follow-up as possible. If participants drop out of the study or are otherwise lost, it will reduce the chance of identifying cancers, will reduce study power, and likely cause biased study results. Confirming diagnoses of cancer with pathology reports is critical, because some medical records report a cancer site that turns out to be a metastasis from another site. For example, the liver is a common site of metastasis. A cancer classified as "liver" in an electronic medical record may have originated in another site. Long-term follow-up is important, in order to allow enough time between use of ranitidine and development of cancer, i.e., to allow for induction and latency periods for specific cancers.



CONFIDENTIAL INFORMATION

## Data Analyses and Interpretation

Evaluation of an epidemiologic study includes consideration of appropriateness and accuracy of data analyses. The investigators' first step is usually to analyze variables to characterize the study. Often, this will be done separately for exposed and unexposed individuals. This step serves also to identify potential confounding of effect modifying variables. The next step is to calculate crude (unadjusted) measures of association, (relative risk, hazard ratios, odds ratios, or other) then repeat the analyses data for confounders. Next, for exposures that may coincide with a cancer diagnosis, will be to conduct sensitivity analyses by excluding cancer cases that occurred in the 1-2 years after study enrollment to reduce reverse causation bias. Then, investigators will identify effect modifiers (such as age, sex, race/ethnicity). Finally, the researchers will analyze data by level of exposure to determine if there are dose-response relationships.

While many studies use multivariate logistic regression to adjust for confounding variables, some use a method called propensity scoring.(Stürmer et al. 2014) The latter is another way to adjust for confounding variables, but cannot make up for missing covariate data. Furthermore, the "trimming" that occurs with propensity score matching results in cases being discarded from analyses, which lowers the precision of relative risks and decreases study power to detect statistically significant associations.(King and Nielsen 2019)

As an aid to interpretation, statistical testing can inform about the likelihood of the relative risk falling within a certain range around the measured relative risk. There are three basic premises in interpreting study data and calculations: 1) the relative risk measured in the study is the best estimate of what the true relative risk would be; 2) there is no scientifically proven "bright line" above or below which a study should be discarded based on statistical testing.(Amrhein, Greenland, and McShane 2019); and 3) there is no level of relative risk below which an association is considered not meaningful or not indicative of causation.(Rothman and Greenland 2005)

The next evaluation will be to assess how the researchers interpreted study results, whether they are following epidemiologic principles (Rothman 2008), as well as guidelines by statisticians in interpreting statistical tests.(Amrhein, Greenland, and McShane 2019) Importantly, the scientists should have shown a clear understanding that the measure of association (e.g. relative risk) does not change based on a confidence interval or p-value, that there is no confidence interval or p-value that scientifically justifies



CONFIDENTIAL INFORMATION

discarding results of a study, and that there is no level of relative risk other than 1.0 that indicates lack of association.

Finally, evaluation includes checking that when presenting and interpreting study results, the study investigators have disclosed all conflicts of interest and funding sources, identified and discussed the principal study strength and limitations, and identified likely biases toward and away from the null.

## Epidemiologic Studies of Ranitidine and Risk of Multiple Cancers

There have been several published studies on the relationship between ranitidine use and cancer risk that investigated several types of cancer from one pharmacy database or cohort study. These are described here, as well as within specific cancer sections below. Detailed statistical data, as well as dose-response and subgroup analyses, are provided in the specific cancer sections. Studies that only looked at one cancer type are included only in that individual cancer section.

Several of these studies compare risk of cancer in ranitidine users vs risk in users of other medications for gastro-intestinal conditions and symptoms, in particular other H2 blockers and proton pump inhibitors. The rationale that investigators give for this is to reduce indication bias. However, the studies varied in how they handled this methodology, and several concerning issues arise. First of all, for a medication to be a valid comparator, the indications for use of the comparator should be identical to the indications for use of the drug of interest (in this case, ranitidine). Furthermore, people using the comparator medication should be similar to ranitidine users, such that whether a patient was prescribed ranitidine versus the comparator should be random.

There is a high prevalence of cross-over of use in these medications. Starting in the 1980s-1990s, patients were often prescribed an H2 blocker because those were the available medications at the time. As the superior healing properties of proton pump inhibitors were reported,(Walan et al. 1989; Agrawal et al. 2000) patients were switched over to proton pump inhibitors.(Abrahami et al. 2020; Kumar, Goldberg, and Kaplan 2021) In several studies, individuals were excluded if they had used both ranitidine and a proton pump inhibitor, which introduces misclassification error and subsequent bias of relative risk to the null. Furthermore, individuals who were prescribed proton pump inhibitors may have had more serious underlying conditions, that could have confounded the relationship between ranitidine use and cancer risk. For example, in a cohort of veteran patients diagnosed with H. pylori infection, 48,908 of 69,157 (71%) originally prescribed ranitidine were later prescribed a proton pump inhibitor.(Kumar, Goldberg, and Kaplan 2021)

Table 4 below summarizes these studies that looked at ranitidine exposure and risk for cancer, including the source(s) of study data, the years during which ranitidine use was recorded, comparator group used,



CONFIDENTIAL INFORMATION

whether over-the-counter ranitidine was available at the time of data collection and whether the study included such data, length of follow-up time, and whether long-term ranitidine use was ascertained.

## Cohort Studies, including Nested Case-control Studies, of Ranitidine and Several Cancers

The following studies assessed the relationships between ranitidine use and risk for more than one cancer. In some cases, all of the cancer types were included in one publication; in other cases, cancer outcomes were spread over two or more publications. Because the source data items were the same across cancers, I have described the study's methods, results (briefly), strengths, and weaknesses in this section. As is typical with published papers, the authors address in summary form the limitations of their study methods. I have considered all the stated limitations, however, published studies have word limitations and it is often necessary to evaluate strengths and weaknesses from secondary sources to assure the review is as complete as possible. Some datasets have detailed information in the types of data collected and how it is collected and maintained. Some data sets are described in more detail in other studies. Sometimes it is important to compare two studies from the same dataset to see how the data is applied. When I have done this, it is expressed in my review of the individual studies below. In addition, sometimes study authors express broad subjective opinions on the significance of the results from the individual study. I have reviewed and considered the authors conclusions in each study. The basis of my opinions is a comprehensive review, a weighting of each study based on methods, data and limitations and applying epidemiological principles and Bradford Hill criteria to all of the data and results of the relevant studies. More details on particular cancers, especially the five cancers of focus in this report (bladder, esophagus, liver, pancreas, and stomach), are provided in the cancer-specific sections.

### UK Biobank Cohort Study

An analysis of data from the UK Biobank of over 459,204 individuals aged 38-73 years was conducted to determine the associations between ranitidine use and cancer risk.(Kantor et al. 2020) The UK Biobank is a publicly available dataset of a cohort study of UK men and women that collects information on health factors, lifestyle, linked health records and linked disease registries. Blood is also collected for analyte measures.

At cohort entry (2006-2010), regular ranitidine use (yes/no) for the previous 4 weeks was determined as part of a self-administered questionnaire. Only 1.9% of the cohort reporting ranitidine use. Use of omeprazole was also ascertained, and used as a comparator. Participants were followed through 2015 for a diagnosis of cancer, death, or loss to follow-up. The cancer outcomes included overall cancer, and colorectal, lung, breast, prostate, liver, kidney, bladder, and ovarian cancers.

A total of 26,230 cases of cancer occurred over 5-9 years of follow-up (median 6.7 years' follow-up). Numbers of specific cancer cases were: colorectum (2728), lung (1833), breast (5099), prostate (5164), liver (262), kidney (700), bladder (554), and ovary (483). Multivariate adjusted relative risks comparing ranitidine use to non-use were: overall, 1.01; bladder, 1.22; liver, 1.91; colorectal, 1.12; lung, 0.96; breast 1.04; prostate, 1.01; kidney, 0.53; ovary, 1.11. No dose-response analysis was included.

The strengths of this study were several. The UK Biobank is well-characterized and well-published including studies on cancer risk factors (https://www.ukbiobank.ac.uk/enable-your-research/publications?page=14&terms=cancer#articles) (referenced 11/5/21). Cancer cases were ascertained through registry linkages (although the investigators do not cite any validation references). There were relatively large numbers of specific cancer cases: liver (262), bladder (554), colorectum (2728), lung (1833), breast (5099), prostate (5164), kidney (700), and ovary (483). The investigators analyzed the data by stratifying on sex, age, BMI, and smoking, and adjusted for multiple potential confounding factors that were modified for individual cancers in this database.

There were several weaknesses. Ranitidine exposure was self-reported and queried only at baseline, and only for a four-week period, therefore the authors were unable to establish dose or long term versus short term use. Since there was no history of use determined, and no updates during follow-up, the use of ranitidine was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk. Follow-up was for a mean 6.7 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer. This would result in a low number of cancers formed, a type of nonsystematic misclassification, with resulting bias toward the null.

The applicability of a four-week exposure at one point in time to situations where patients took ranitidine daily or twice daily for decades is not clear.



CONFIDENTIAL INFORMATION

The choice to test ranitidine versus omeprazole use could result in biased estimates because PPI use has been linked to increased risk for some cancers.(Seo et al. 2021) The study reported only on use/nonuse of ranitidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis. While not required to determine causality, dose-response is a key construct for evaluation for a causal analysis.

While this UK Biobank cohort study has many strengths, the collection of only a 4-week time period of use of ranitidine, as well as lack of dose-response information, were significant weaknesses. Importantly, since the exposure data was for only a 4-week period, the relevance of this to individuals with daily intake over many years is uncertain. The methodological problems with this study will underestimate the magnitude of relative risks. Therefore, when evaluating the results of this study for individual cancers, I considered the high likelihood of the true relative risks being higher than those reported in the paper.

### Group Health Cooperative Health Maintenance Organization

In a 2000 publication, Rossing et al. published results of a nested case-control study within a cohort of H2blocker users in the Group Health Cooperative health maintenance organization to look at associations between H2blockers and risk for breast and prostate cancers.(Rossing et al. 2000) The Group Health Cooperative database included the enrollment, pharmacy, and demographic databases, and links to the western Washington cancer registry. The pharmacy database included information on each prescription dispensed at Group Health Cooperative outpatient pharmacies since March 1977. Between 89% and 99% of prescriptions written to Group Health Cooperative members were filled at its pharmacies. The pharmacy records contain the patient consumer number, the drug number, date dispensed, and quantity dispensed.

The study selected 20,709 men and 27,803 women who had been prescribed cimetidine or other H2 blockers (99.1% of the “other” being ranitidine and hereby termed “ranitidine users”). Members over age 84 were excluded. The study was restricted to individuals who filled at least two prescriptions for either cimetidine or another type of H2 blocker within a 6-month period. Mean follow-up was 5.1 years, during which time, 75 cases of breast cancer and 61 cases of prostate cancer occurred.



CONFIDENTIAL INFORMATION

Comparing incidence of breast cancer in ranitidine users to that in the greater population, among women followed for 0-11 months, 12-59, 60-119, and > 120 months, the standard incidence ratios were 1.1, 1.0, 1.1, 1.2, and 1.7. Comparing incidence of prostate cancer in ranitidine users to that in the greater population, among men followed for 0-11 months, 12-59, 60-119, and > 120 months, the standard incidence ratios were 0.7, 0.7, 0.9, and 0.0.

This study had several strengths. The prescriptions of H2 blockers were documented, and almost all patients filled prescriptions in the Group Health Cooperatives pharmacy. The study was conducted at a time when H2 blockers were only available through prescriptions (1977-1995), thereby avoiding the bias of lack of information on over-the-counter drug use.

There were some weaknesses in this study. The primary aim of the study was to look at breast and prostate cancer risk in cimetidine users. "Other" H2 blocker users were used as a comparison group to avoid indication bias. A small number of H2 blockers were non-ranitidine medications, and the authors did not present analyses specific to ranitidine. However, since 99.1 percent of "other" H2 blocker users did use ranitidine, this exposure error is minimal. The measure of the extent of use was a crude estimate and the study was not able to determine the strength of the dispensed drugs. The mean follow-up period was 5.2 years, which was not sufficient time for development of breast or prostate cancer. The numbers of breast and prostate cancers were very small, which lowers the chance of finding statistically significant associations. No dose-response data were provided for ranitidine and risk of either cancer.

## Electronic Health Record and Pharmaceutical Databases

In recent years, patients' medical information has been digitized and combined into very large databases. For most of the publications originating the U.S., the electronic medical records used were designed for billing purposes. While some of the data can be used for research purposes, the databases have significant limitations for answering particular research questions. For pharmacoepidemiology in particular, the data are likely to be too rudimentary to accurately classify individuals into those who took



CONFIDENTIAL INFORMATION

ranitidine vs those who did not, and to determine dose and duration of use in those who did take the medication.

Ideally, epidemiologic studies collect data that are valid reflections of biology and health. Validation of cancer outcomes usually requires pathology reports plus clinical confirmation to identify: 1) fact of incident cancer; 2) classification by site of cancer; 3) classification by cancer subtype such as histology. These items are critical, because if they are in error in the database, any associations or lack of associations observed may be false.

Patients' hospital records may incorrectly classify them as to having a new cancer. In some instances, a person with a pre-cancerous condition, or a benign tumor, may be incorrectly classified as having a cancer. If the cancer is one that the patient has had for some time, their prescription for ranitidine may be related to cancer symptoms rather than to development of cancer. Many cancers metastasize (spread) over time. Common sites of spread are liver, bone, and lung. (https://www.cancer.gov/types/metastatic-cancer#where-cancer-spreads) (accessed 11/1/21). If a person's medical record states that they have a new liver cancer, it could be that the person instead has been living with another cancer, and the cancer has now spread to the liver. Similarly, a newly diagnosed cancer may be incorrectly ascribed to a site. For these reasons, well-designed epidemiologic studies collect both pathology and medical record information about the study patients' cancers, and ensure that all patients classified as having a particular cancer do in fact have that cancer and that the cancer originated at that site.

Cancer registries apply similar diagnostic criteria across cancers in a community or country, including classification of cancer using pathology and medical record data. Some of the pharmaceutical database studies linked to cancer registries,(Adami et al. 2021; Nørgaard et al. 2021; Rossing et al. 2000; McDowell et al. 2021a) while others relied on only hospital record data.(Kim, Wang, et al. 2021; Yoon et al. 2021; Iwagami et al. 2021)

Many epidemiologic studies also investigate associations between carcinogen exposures and risk for particular subtypes of cancer, such as particular cell types. In some instances, risk associated with a carcinogen may be greater for some subtypes than others. Cancer registries often collect information on cancer subtypes, but typically do not have the most recent subtype information.(Duggan et al. 2016)



CONFIDENTIAL INFORMATION

Several issues of concern are evident across the pharmaceutical database studies. First, the measurement of exposure to ranitidine is incomplete. The databases store data on prescriptions only, and do not record if the person actually took the medication and at what frequency, nor do they record whether the patient used ranitidine purchased over-the-counter (which are not recorded in the pharmacy databases). Some pharmacy databases, however, do collect data on drug dispensation, although these also do not have patient reports of adherence (taking the medicine as prescribed). Very few of the databases provide data on duration of use, or cross-over from one H2 blocker to another, or cross-over to a PPI. This misclassification of exposure seriously lowers the ability to observed risks of cancer associated with ranitidine use. For many of these databases, outcomes are based only on hospital records, or outpatient general practice records, without linkage to cancer registries. Validation studies show that some medical conditions are significantly under-counted in electronic medical records.(Ahmad et al. 2017) Furthermore, since subtypes of some cancers may vary in susceptibility to carcinogens, it is important to classify cancers by those subtypes. Few of the pharmacy databases had cancer subtype data available.(Desai, Khaki, and Kuderer 2021) Many of the databases contain limited information outside of prescribed medications and medical diagnoses codes. The lack of other cancer risk factors can lead to uncontrolled bias in study results. (Prada-Ramallal, Takkouche, and Figueiras 2019)

## Nationwide Commercial Electronic Health Record Database - IBM Explorys

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of several cancers including esophagus, stomach, liver, pancreas, and colon/rectum. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. For example, if someone was prescribed ranitidine, and later their doctor switched their prescription to omeprazole, that patient was excluded from the study.



CONFIDENTIAL INFORMATION

A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included, and followed for up to 10 years for incidence of cancer. The authors state that they only queried patients' records for new cancers if they currently used one of the drugs: "Furthermore, it was ensured that each anti- reflux medication was continued until the initial diagnoses of each gastrointestinal malignancy by querying cohorts only with a concurrent prescription of given anti- reflux therapy at the time of initial cancer diagnosis."(Kim, Wang, et al. 2021)

During the 10 years' follow-up, 12,190 cases of these 5 cancer types (esophagus, stomach, liver, pancreas, and colon/rectum) were identified in the famotidine group, 2920 in the ranitidine group, and 17,110 in the omeprazole group. (These results are detailed below under individual cancers' results.) The authors calculated odds ratios (as estimates of relative risks) for individual cancers associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. An analysis with multivariate adjustment was done first controlling for three "common risk factors" for each type of cancer (detailed below). Then, an analysis adjusting for demographic factors (age, sex, race [White vs African American] was done. The final analysis adjusted for a combination of demographic factors and whichever of the three medical risk factors was most significant. In the final analyses, compared with famotidine use, the odds ratios for esophagus, stomach, liver, pancreas, and colorectal cancers were 0.56, 0.49, 0.38, 0.50, and 0.49, respectively. Compared with omeprazole use, the odds ratios for esophagus, stomach, liver, pancreas, and colorectal cancers were 0.80, 0.93, 0.97, 0.84, and 0.97, respectively.

There were several strengths to the study. First, it represents a very large number of patients across the U.S., with a resulting relatively large sample size of the 5 cancers of interest. The fact that the database was from electronic medical records means that the sample is representative of persons with access to medical care. Second, the availability of medication prescription data is an advantage, as many individuals are not aware of what exact medication their doctors prescribe, and on what dates they prescribed it. Third, from the electronic health record, the database includes diagnosis codes for several co-morbid conditions that could affect the relationship between ranitidine use and cancer risk, either by confounding the association or by functioning as effect modifiers. (An effect modifier is a variable that can change the association between ranitidine and cancer risk. For example, if the association differs between men and women, we'd say sex modifies the effect between ranitidine and cancer). Because these medical conditions were available in the database, adjustment for some potential confounding



CONFIDENTIAL INFORMATION

variables would have been possible. Fourth, the database includes medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21).

The study weaknesses were considerable. First, the database was not designed for research studies, but rather was a compilation of data designed for billing insurance companies and patients. This limitation has been discussed previously for this data base. Of the Explorys database, Kaelber et al. warned that, "…the clinical data were initially obtained for clinical and not specifically research purposes and so the accuracy may be less than data collected solely for research purposes."(Kaelber et al. 2012) The standard methodology of epidemiologic studies was not followed. This lack of valid methodology affects both the reliability of outcome (cancer cases) identification, and exposure classification (ranitidine use and the two comparator medications).

The authors state that the Explorys data could only be provided in aggregate form. To the extent that the aggregate analyses cannot mimic what would occur with individual-level data, the study validity could be seriously compromised.

The method of cancer case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. A review of the cancer incidence in the Explorys database raises questions. For example, the stated rate of liver cancer in this database is 10.2/100,000/year. However, the U.S. annual incidence of liver cancer is 8.5/100,000 (https://cancerstatisticscenter.cancer.org/?_ga=2.111336193.40971355.1620767384-325020077.1620767384#!/) (accessed 10/31/21). Since liver is a common site of metastases for several other primary cancers (especially colorectal but also breast, esophagus, stomach, pancreas, lung, kidney, and skin), the "liver" cancer cases in this study could well include non-liver cancers.(Griscom and Wolf 2021) Similarly, the stated incidence of pancreas cancer appear to be low compared to the U.S. expected numbers (13.1/100,000/year (https://cancerstatisticscenter.cancer.org/?_ga=2.111336193.40971355.1620767384-325020077.1620767384#!/) (accessed 1/20/22). Of note, to justify their incidences of included cancers, the authors reference papers with worldwide incidence rate, which do not apply to the U.S. for the cancers included in this report. Cases of cancer could also be missed with reliance on only the patients'



CONFIDENTIAL INFORMATION

hospital records, because patients could have been diagnosed outside of the hospital/treating institution where the prescription occurred. Mortality data were not linked; diagnoses that were missing from hospital records would have been missed for the more fatal cancers.

No information was provided about when patients were censored, i.e., when follow-up stopped for them. No criteria were provided to explain how the investigators were assured that follow-up was complete so that all cancer diagnoses of interest were ascertained. It is not clear how many of the patients remained in the database over time. There is considerable loss to medical databases that are not government-provided medical care databases such as in northern Europe, or Medicare in the U.S. Since many patients are covered by job-associated insurance, those who are sicker may lose their jobs and thereby drop out of employer-provided health insurance. This may force them to move to other health systems that are not covered in the Explorys database. For example, patient turnover in health maintenance organizations in the U.S. is 20% - 30% each year.(Schneeweiss and Avorn 2005)

This study had several problems with measurement of exposure to ranitidine and the two comparator medications. Individuals were excluded from the study if they used more than one of the three types of medications. Since ranitidine was on the market before PPIs such as omeprazole, those patients with chronic gastrointestinal symptoms likely used ranitidine or another H2 blocker before being prescribed omeprazole. By eliminating such cross-over patients, the study biases the omeprazole users to younger persons and persons whose symptoms and diagnoses began more recently. It also likely eliminates a large number of ranitidine exposed persons, which will bias the sample. Individuals had to be taking one of the three study medications at the time of their cancer diagnosis. That means that people were excluded if they had recently stopped the drug. If an individual stopped taking the medication at the time of cancer screening or diagnosis, they would not be counted. Since some cancers are only diagnosed with invasive procedures or surgery, it is highly likely that some would have had medications stopped by their physicians, leaving a biased population of cancer patients in the study.

Adherence to the prescribed medication was not described in the paper. If many patients stopped their prescribed medication, or took intermittently, the relative risk estimates would be biased toward the null value.



CONFIDENTIAL INFORMATION

Use of over-the-counter medications was not included in the classification of exposed individuals. This seriously underestimates the use of these three medications.

Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions.(Salas, Ward, and Caro 2002; Caro, Salas, and Ward 2001; Gisbert et al. 2001) Therefore, the omeprazole users may be more likely have more serious gastrointestinal disorders.

The choice of comparing cancer incidence in ranitidine users to that in users of other medications used for similar conditions could theoretically reduce indication bias (i.e., where the indication increases cancer risk rather than the medication used to treat it). However, the lack of comparison to incidence in the entire cohort limits the information available from this large dataset. Furthermore, selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer, and therefore comparing ranitidine to PPI users will be biased.(McDowell et al. 2021b).

No data on dose-response was presented in the paper. While not required to determine causality, dose-response is a key construct for evaluation for a causal analysis.

The identification and adjustment of potential confounding factors was incomplete. For example, rates of colorectal cancer screening significantly affect incidence of colorectal cancer. If individuals who take prescribed famotidine or omeprazole are more likely to be screened, their rates of colorectal cancer will be lower. Diet and physical activity are also related to risk of esophagus, stomach, liver, pancreas, and colorectal cancers, but were not included as covariates. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks, so not having this information further decreases the informative value of this study. It is also not clear why only one of the group of risk factors was included as a covariate for final analyses for each cancer.



CONFIDENTIAL INFORMATION

The study population does not represent the U.S. population in general, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013)

The method of analysis was inadequate. Most epidemiological studies decide in the design phase to collect data on variables that could confound the exposure-disease relationship. This study database was not designed for this purpose. The investigators instead chose medical co-morbidities that they state were "common risk factors" for the individual cancers. They then chose only one of those risk factors for a final adjustment model. This is unusual to pick just one confounding risk factor variable for an analysis, and the study results could be biased from this. Furthermore, since the study data were in aggregate form, the researchers could not accurately adjust for confounding factors.

Given the significant methodological problems with this study, it was not informative.

An additional study using the Explorys database was a poster abstract published online for the cancelled 2020 Digestive Disease Week.(Mohy-ud-din 2020) (https://ddwnews.org/news/featured-abstract-tuesday-may-5/) (accessed 12/23/21). The abstract stated that the Explorys database "is a source of longitudinal real world deidentified data collected from electronic medical records from over 40 health systems nationwide." The investigators searched on the word "ranitidine" as an index event and then searched for subsequent cancer diagnoses from 1999-2019. They used two control populations: famotidine and the general population that used neither drug. The statistical analysis was not described. The population included 1.62 users of ranitidine, 3.37 users of famotidine, and 59.63 million who used neither drug. The investigators presented data showing marked differences between ranitidine users, famotidine users, and the general population, including age, race/ethnicity, sex, smoking status, obesity, "alcohol use," family history of cancer, and GERD (this latter comparing ranitidine versus famotidine users). The investigators first calculated risk in ranitidine users versus famotidine users for cancers of the colon/rectum, pancreas, lung, melanoma, bladder, uterus, prostate, breast, and liver. All odds ratios were less than 1.0 (the abstract quality was too low to distinguish exact odds ratios and confidence intervals). It appears that these were crude odds ratios, not adjusted for the baseline variables mentioned above. A second analysis was done for risk of all cancers combined in ranitidine versus famotidine users, limited to individuals with none of the following cancer-related risk factors: smoking,

obesity, alcohol use, family history, cirrhosis, and GERD. An odds ratio of 1.0 was presented, but the confidence interval did not include 1.0.

This abstract is included for completeness, but it adds nothing to the science of ranitidine use and risk of cancer. In addition to the Explorys database deficiencies for research discussed above (inadequate measures of exposure and outcomes, erroneous choice of another H2 blocker for comparison, unclear follow-up of persons who move out of the participating medical systems), this study had significant flaws. The authors did not adequately characterize the database, and neglected to specify numbers of medical centers included, what the population represents, and how the data were collected. The investigators failed to conduct standard data analyses accounting for potential confounding variables. The investigators chose to compare ranitidine users to famotidine users, although the two groups differed substantially in many ways that are related to cancer and therefore produced biased results. The investigators failed to present analyses of ranitidine users versus the general population, even though they had access to that data. Therefore I did not rely on this study for my causal analysis of any of the included cancers.

## Denmark Pharmaceutical and Medical Record Database

Three studies have published investigations of ranitidine use and risk for cancers using the Denmark national registry of pharmaceutical data (titled the National Prescription Registry).(Pottegård et al. 2017)

The first was a screening study published in 2016, in which investigators identified, through the Denmark national cancer registry, all incident cancers that occurred in Denmark between 2000 and 2012.(Pottegård et al. 2016) The investigators focused on 34 cancer sites (and 99 cancer subtypes). Ten controls for each case were randomly selected from the population of Danish citizens, matched to the case on sex and year of birth. Eligibility for both cases and controls included: age 18-85, having at least 10 years of complete follow-up prior to sampling, and with a minimum of 5 years of prescription data. For both cases and controls, complete prescription/dispensing histories since 1995 were extracted from the National Prescription Registry. After a first screen comparing cases and controls on class and name of prescriptions, those comparisons showing elevated cancer risk with odds ratios greater than 1.5 or confidence intervals with lower limit greater than 1.2, that met specificity levels, and that showed preset dose-response relationships, the remaining drug-cancer relationships were again tested to determine odds ratios. Dose was assessed by number of prescription refills, where each refill was typically for 3



CONFIDENTIAL INFORMATION

months. The investigators classified number of refills as: 0-1 refills, "non-use"; 2-7 refills, "intermediate use"; ≥ 8 refills, "long-term use". Prescriptions filled within one year before cancer diagnosis (for cases and their matched controls) were disregarded, to avoid reverse causation bias. The researchers found relative risks for 8 or more refills for stomach, lung, and esophageal cancers of 1.87, 2.18, and 0.62, after adjustment for age and birth year respectively (see individual cancer sections below for additional data). The p values for trend for stomach and lung cancers, respectively, were 0.03 and <0.01, which the investigators interpreted as supporting dose-response relationships for both. Of their screening study results, the authors state their findings suggest "…a potential causal relationship between the specific drugs and cancer types."

There were several strengths to this screening study. The data were from registries that cover the entire population of Denmark. The Danish pharmaceutical database, established in 1995, records prescription medications dispensed from community pharmacies.(Kildemoes, Sørensen, and Hallas 2011; Pottegård et al. 2017) Advantages to this database are that it records dispensed medications (rather than only prescribed drugs) for all residents of Denmark. The researchers linked the pharmaceutical database to the Danish population cancer registry, which records cancer occurrence, site, stage and histology. Linking to a high quality cancer registry like this lessens the chance of misclassification of outcomes and the chance of missing outcomes.(Thompson et al. 2020) The Denmark cancer registry has almost 100% registration of cancers, and 89% validity of morphology (subtypes of cancers), which reduce misclassification of cancer outcomes. Furthermore, the national identification number of Denmark residents means that follow-up of the population is virtually complete. Eligibility for both cases and controls included having at least 10 years of complete follow-up prior to sampling, and with a minimum of 5 years of prescription data, therefore increasing the chance of finding cancers because of the relatively long follow-up, and of being able to study longer-term use of ranitidine. The investigators compared ranitidine users to randomly selected subsamples of the general Danish population, thereby eliminating the biases found with comparisons to other H2 blocker users and proton pump inhibitor users.

There were also several weaknesses. Because this was a screening study, the authors set *a priori* parameters required for an exposure and cancer to be considered associated. In particular, the odds ratio (relative risk) was set at 1.5, the dose-response assessment was made via regression and a statistical test, and a specificity criterion was applied. As a result, some other cancer-medication associations could have been missed, such as if the relative risk was lower than 1.0, if the dose-response



CONFIDENTIAL INFORMATION

did not meet a level of statistical significance, or if a threshold effect was seen rather than a dose-response curve. As the authors acknowledge, the pharmacy database does not include over-the-counter medication, which is an issue especially for ranitidine which moved from almost all prescription (84%) to almost all over-the-counter (18%) during the two decades 1999-2018.(Adami et al. 2021) The authors also reference "the NPR's major limitation is lack of data on indication for use, intended duration and dosage." The authors made assumptions on these points based on treatment guidelines, package size and number of packages. While participants were followed for a maximum 17 years, some could have been followed for only 5 years since the pharmaceutical registry only began documenting use since 1995, and cases were eligible beginning in 2000. Therefore, none of the cases or controls had been followed long enough to account for many cancers' likely latency periods of 20 or more years. This failure to follow participants long enough for cancers to be diagnosed, will result in underestimate of cancers in both exposed and unexposed individuals (nondifferential misclassification of outcomes), driving the relative risk toward the null value of 1.0.

Two more recent investigations used data from the Denmark national registries of pharmaceutical data, medical records, and cancer registrations.(Adami et al. 2021; Nørgaard et al. 2021)

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (PPI) (N=807,725) through 2008. All of these 3 cohorts were followed through 2018 for incidence of several cancers including esophagus, stomach, liver, and pancreas.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. The unique registration number allows complete follow-up of Danish citizens.(Pottegård et al. 2017) Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the



CONFIDENTIAL INFORMATION

Danish cancer registry, which has high complete cancer ascertainment since 1943, with currently almost complete cancer registration and 89% valid morphology.(Gjerstorff 2011) Through the registry, the study identified new cases of cancers of the esophagus, stomach, liver, and pancreas, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using cancer cases compared with the entire sample: 246 vs 1268, and a similar reduction in other H2 blocker using cases (206 vs 2105). The analysis of ranitidine vs PPI users that was limited to continuous users similarly showed markedly lower sample size: 154 vs 1268 in ranitidine users, and 3795 vs 11,040 in PPI users. Presented here are the hazard ratio results from logistic regression with all cases included since the authors do not state why they eliminated so many of the cases from their first analyses. After a median 14 years' follow-up, compared with other H2 blocker medication use, risks in ranitidine users of developing cancer of the esophagus, stomach, liver, or pancreas were 1.34, 1.15, 1.13, and 1.18, respectively. After a median 14 years' follow-up, compared with PPI medication use, risks in ranitidine users of developing cancer of the esophagus, stomach, liver, or pancreas were 0.87, 0.91, 0.65, and 0.89, respectively.

In the second study based on the Danish Prescription Registry, Norgaard et al. identified a subcohort of 31,393 individuals with at least two ranitidine prescriptions and two "active comparator" cohorts who had at least two prescriptions of H2 blockers (N=65,384) or protein pump inhibitors (N=509,849) through 2008, to determine associations with bladder or kidney cancer.(Nørgaard et al. 2021) The 3 cohorts were followed through 2018 for incidences of bladder or kidney cancer. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of



CONFIDENTIAL INFORMATION

ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. During a median 14 years follow-up, 270 bladder cancers and 107 kidney cancer cases were identified in ranitidine users. During a median 15 years follow-up of other H2 blocker users, 424 bladder cancers and 222 kidney cancers occurred, and during a median 11 years follow-up of PPI users, a total of 3590 bladder cancers and 1593 kidney cancers occurred. After a median 14 years follow-up, the crude relative risks of developing bladder or kidney cancer were 1.33 and 1.13, respectively, in ranitidine users vs other H2 blocker medications. When data were inverse probability of treatment weighted, the relative risk was 1.11. Compared with PPI users, the relative risks of bladder or kidney cancer associated with ranitidine use was 1.24 and 0.84, respectively.

Because the studies are similar in design and methodology, and used the same or similar data, I have summarized their strengths and weaknesses collectively here. First, there were several strengths. The data were from registries that cover the entire population of Denmark. The researchers linked the pharmaceutical database to the Danish population cancer registry, which records cancer occurrence, site, stage and histology. Linking to a high-quality cancer registry like this lessens the chance of misclassification of outcomes and the chance of missing outcomes. The Denmark cancer registry has almost 100% registration of cancers, and 89% validity of morphology (subtypes of cancers), which reduce misclassification of cancer outcomes. Furthermore, the national identification number of Denmark residents means that follow-up of the population is virtually complete.

The Adami et al and Norgaard et. al researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine (although this also has limitations as discussed below). The investigators paid attention to likely cross-over from one medication to another by censoring individuals when this occurred, rather than deleting all patients who had used more than one of the medications.



CONFIDENTIAL INFORMATION

There were also several weaknesses to these studies. The Danish pharmaceutical registry only began collecting data in 1995.(Pottegård et al. 2017) Therefore, there were a limited number of participants in the Adami et al and Norgaard studies with long-term follow-up to account for the cancers' likely latency period of 20 or more years. This failure to follow participants long enough for cancers to be diagnosed will result in underestimate of cancers in both exposed and unexposed individuals (nondifferential misclassification of outcomes), driving the relative risk toward the null value of 1.0. The authors themselves called this "the most serious shortcoming of our study."

The choice of comparing cancer incidence in ranitidine users to that in users of other medications used for similar conditions could theoretically reduce indication bias (i.e., where the indication increases cancer risk rather than the medication used to treat it). However, the lack of comparison to incidence in the entire cohort limits the information available from this large dataset. Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk of developing cancer, and therefore comparing ranitidine to PPI users will be biased.(McDowell et al. 2021b). Indeed, in the Danish screening study, nizatidine (which contains NDMA) increased risk for several cancers, as did omeprazole and other proton pump inhibitors.(Pottegård et al. 2016)

The studies also have limitations in exposure measurement. The Danish National Prescription Registry includes information on dispensed medications, but does not have information on whether the patient actually took the medication. They Danish registry lacks data on indications for use, intended duration, and dosage beginning in 1996.(Pottegård et al. 2017) Therefore, any use before 1996 is unknown. This lack of exposure information is a type of nondifferential misclassification, which will bias the relative risk toward the null value. Additionally, the lack of data on over-the-counter medication use is a recognized limitation of the Denmark database.(Pottegård et al. 2017) Since ranitidine was available over-the-counter in Denmark from 1989-90,(Andersen and Schou 1991) non-prescription purchases of ranitidine were available throughout the prescription inventory period. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0.

Of special concern in this population, proton pump inhibitors were not sold over-the-counter during the follow-up period, whereas the proportion of ranitidine and nizatidine were increasingly available over the counter. Indeed, the authors state, "Similarly, the proportion of total H2RB DDDs sold by prescription was 83% in 1999, declining to 60% in 2004–2007, and with a further decline thereafter



CONFIDENTIAL INFORMATION

(data not available for 2010–2017). In contrast, 97–98% of PPIs were sold by prescription throughout the period." Furthermore, from 1999-2004 (the only years data on over the counter use were available for famotidine), the percent of famotidine sold over the counter remained at 97% - 98%, while during that time, ranitidine sold over the counter dropped from 84% to 49%. (Adami et al. 2021) This discrepancy in classification validity by exposures introduces significant exposure bias. This is differential misclassification by exposure status, and can bias the relative risk either away from or toward the null value. With ranitidine exposure being under-counted, most likely the bias will be to the null value when comparing risk from ranitidine use compared with either famotidine or PPI comparator use.

Dose of medication was not assessed in relation to cancer risk, and therefore dose-response was not presented in the paper. Dose-response is a key construct for a causal analysis. It is particularly concerning that these two studies did not address dose-response, because the data are available in the Danish pharmaceutical electronic record, and dose-response data were used in the screening study described above.(Pottegård et al. 2016)

There were additional significant issues in the analysis of data in the Danish registry studies. The lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity, could have biased the relative risks in either a positive or negative direction for any of the three studies.

Adami et al.: The use of propensity scoring matching resulted in only a small subgroup of study participants available for analyses. This limitation reduces the statistical power of the study, reducing the likelihood of observing a statistically significant association where an association exists.

<u>Population studied:</u> the study used a database on the entire population of Denmark, aged 18 and older. The Adami et al. study limited participants to those who redeemed a first prescription for ranitidine, other H2 blockers, or proton pump inhibitors between 1996 and 2008. The Norgaard study limited itself to participants who redeemed at least two prescriptions of the same drug category in 1996-2008. This changes the number in the ranitidine cohort from 103,565 (Adami) to 33,393 (Norgaard). No explanation is given regarding this difference in two nearly identical studies from the same database. It also appears a substantial number of participants had fewer than 10 prescriptions. Based on the respective follow-up times, those who were 18 years of age at baseline would have been under 35 years of age at follow-up. Because these subjects would not reach the average diagnostic age for the



CONFIDENTIAL INFORMATION

respective cancers for at least three decades, including subjects likely to be diagnosed many years after the studies' conclusion defeated the objective of the study.

Exposure measurement - Adami et al. and Norgaard et al.: Ranitidine exposure was defined as redeeming a first prescription for ranitidine, other H2 blockers, or proton pump inhibitors between 1996 and 2008. Number of prescriptions were also collected, and categorized as "5 or more" and "10 or more." No information was provided on the dose of ranitidine, nor on the number of pills dispensed or days of coverage. Therefore, the needed information to determine total exposure or to determine dose-response relationships (dose, frequency ingested, months or years of use) was not reported.

The studies did not identify diagnoses or symptoms for which ranitidine or comparator medications were prescribed (i.e., "indications" for use). If a comparator group is using a different medication, differences between the patient groups could be significant and introduce uncontrollable confounding, such as: underlying diagnoses, general health, insurance status, socioeconomic status, and other risk factors for cancer.

Over-the-counter use was not ascertained, as described in detail above.

The Adami and Norgaard studies do not meet the key requirements for measuring exposure to a medication because the fact of use and pattern of use of the medication is unknown, because patients were not asked about use. There is some advantage to identifying medications through an electronic health system because it removes the difficulty of patients knowing the name of their medication, however.

Outcomes measurement:

Adami et al: Outcomes included any incident (newly diagnosed) cancer of the esophagus (any, adenocarcinoma, squamous cell), stomach (any, proximal, distal, unknown/several regions), liver (hepatocellular), or pancreas occurring two or more years after the patients' first ranitidine prescription through 2018. Cancers were obtained through linkage to the Danish Cancer Registry. Cancer specific deaths were also counted as cases if the cancer was not identified through the cancer registry. For the cancers selected, the measurement was acceptable, and references were provided that describe the Danish Cancer Registry. However, the rationale for limiting the study to just these cancers is not well justified. The authors state that these organs where these gastrointestinal cancers originate will be in



CONFIDENTIAL INFORMATION

contact with ingested ranitidine, and therefore should be studied. It is not clear, then, why other gastrointestinal cancers were not included (such as colorectal, small intestine, oral cavity).

Norgaard et al: Outcomes were bladder (total and invasive) and kidney cancers, using the exact same cancer registry as for the Adami et al. paper.

Covariates – Confounders and Effect Modifiers: Because these studies used pre-existing data in large-scale databases and registries, the data collection preceded the hypotheses development, and the studies used what data were available.

Adami et al.: There were very few established risk factors for the various cancers included as covariates. Notably missing were smoking history (risk factor for all four cancers), alcohol use (risk factor for all four cancers), obesity (risk factor for esophageal adenocarcinoma, liver cancer, and pancreas cancer), Hepatitis B or C infection (risk factor for liver cancer), or H. pylori infection (risk factor for stomach cancer). The failure to account for these potential confounders could bias the relative risk either toward or away from the null value.

Norgaard et al.: The primary risk factor (other than age and sex) for bladder cancer is smoking, which was not available in the database. Other risk factors are occupational exposures, also not included as covariates. For kidney cancer, a primary covariate is obesity, which was not included as a covariate. Other kidney and bladder cancer risk factors – hypertension, medications – were obtained from the pharmacy and electronic health databases and included as covariates.

Sample Size:

Adami et al.: The sample size remaining after "trimming" after propensity score matching, i.e., after removing most of the cases, was insufficient and was a serious flaw in the Adami study.

Norgaard et al.: The study included persons aged 18 and over at study entry, and the mean age was 55. However, the mean age of bladder cancer diagnosis is 73. (https://cdn.ymaws.com/www.pnwa.org/resource/resmgr/contest/2021/2021_nancy_pearl_contest_fin.pdf) (accessed 12/7/21) With a median follow-up of 14 years, most of the study members would not have aged enough to develop either symptomatic or diagnosable bladder cancer, so the cancers in the study would be effectively undercounted. The sample size of 107 kidney cases was likely too small to



CONFIDENTIAL INFORMATION

detect statistically significant associations. The investigators did not acknowledge the limitations presented by low sample size.

Study Conduct: The data were already collected before this study was conceived. No information was provided for the validity of the ranitidine exposure measurement. One flaw was that the investigators in both studies used “number of prescriptions” as an indicator of dose of ranitidine and the comparator drugs, without clarifying how long those prescriptions indicated (e.g. one month, two months), or whether that duration differed between ranitidine and the comparator drugs. There also was no information on dose of the medication prescribed. (However, in the screening study, a statement was made that “…drugs for chronic treatment are typically supplied for 3 months use for each dispensing in Denmark…”(Pottegård et al. 2016), although these investigators do not site that study so it is not clear if this statement refers also to the ranitidine, other H2 blockers, and PPIs that were the focus of the Adami et al. and Norgaard et al. studies.) Furthermore, some individuals receive only two weeks’ of prescription medications at a time, primarily elderly persons although it is not clear what ages that pertains to.(Pottegård et al. 2017) Over a third of the Norgaard et al cohort of ranitidine users were aged 60 and older, so this difference in dispensing amount could pertain to a significant proportion of both studies’ participants.

Validation studies have been done for the cancer outcomes, and were referenced. The covariates used in propensity score analyses were age, gender, and medical diagnoses listed on a linked electronic health record. No validation studies were referenced for these variables. However, the age and gender data were obtained from the registration of all Danish residents using a unique identifying number.

Follow-up of participants was a mean 14 years, with at least 5 years of medication history. While the 14 years’ follow-up may not be long enough for some cancers’ induction and latency periods, this follow-up is longer than many of the other ranitidine-cancer epidemiologic studies reviewed in this report.

Data Analyses and Interpretation: Data analysis of crude hazard ratios were appropriate. Adjustment for potential confounding factors was done with propensity scoring. However, propensity scoring does not make up for lack of data for appropriate risk factors. Since these two papers used existing databases, rather than datasets designed for research, the lack of data characterizing the population is significant.

Adami et al: The propensity score matching resulted in most of the cancer cases being removed, which is a serious limitation. The study abstract states that the study ascertained the following numbers of newly



CONFIDENTIAL INFORMATION

diagnosed cancer cases among ranitidine users: 276 esophageal, 342 stomach, 133 liver, and 517 pancreas. However, after "trimming" by the propensity score matching, the following numbers remained: 65 esophageal, 75 stomach, 23 liver, 83 pancreas. Similar reductions in numbers of cases from the comparison groups occurred. The result was a lowering of precision and widening of confidence intervals around the hazard ratio values. It is most likely that none of the remaining cancer-specific sample sizes produced sufficient power to identify statistically significant results. The authors did not acknowledge this limitation in their paper.

Norgaard et al: There were several errors in the reporting figures. The study results (and abstract) state that there were 270 bladder cancer cases and 107 kidney cancer cases in ranitidine users. Figure 1 analysis of ranitidine vs other H2 blocker users gives the number of bladder cases in ranitidine users as 251, which could have resulted from propensity match "trimming." However. The in the data on analysis of ranitidine vs PPI use, the number of bladder cancer cases in ranitidine users is 301, higher than the stated number of bladder cancer cases in ranitidine users in the entire dataset. Figure 2 analysis of ranitidine vs other H2 blocker users gives the number of kidney cases in ranitidine users as 108, higher than the stated number of cases in the entire dataset. These errors raise concern about validity of these analyses.

Dose-response was not formally tested in either study, although both performed separate analyses for participants who had used ranitidine or comparator drug for at least 5 years and also for those who had used for 10 years. In Adami et al., the relative risks for the longest use were virtually identical to those for ever-use of ranitidine compared with comparators. In Norgaard et al, the relative risk for 10 prescriptions was reduced to 0.84, but this was based on only 52 cases in the ranitidine group. If the 3-month prescription duration was true for ranitidine and comparator drugs, then the 10 prescriptions would refer to 30 months. If the prescription duration differed between ranitidine and the various comparator drugs, there could be considerable bias in these assessments of dose-effect relationships.

The Adami et al. authors suggest that the study "design emulated a randomized trial." I disagree. The study did not randomize subjects to one treatment or another. It did not ensure that the timing of exposures was the same among the three subcohorts. It did not collect relevant data throughout the period of observation on all potentially relevant drug exposures (prescription and non-prescription) or on all relevant covariates. These and other features would be necessary in order to claim that they



CONFIDENTIAL INFORMATION

emulated a randomized trial. Finally, because there was no randomization, patients were not balanced across the three drugs in terms of likelihood of developing cancer

Despite the high quality of cancer outcome data, and the coverage of an entire population, there were significant methodological problems with these studies in regard to exposure measurement, choice of non-exposed comparators, and method of analyses. Because of the significant limitation of exclusions of most cases in the Adami et al. study, I found the results minimally informative.

### South Korean Health Insurance Review Database

South Korean researchers conducted a cohort study of users of ranitidine and famotidine (as comparator) identified through Health Insurance Review and Assessment databases.(Yoon et al. 2021) This database contains the National Health Insurance Service claims data of the 52 million individuals in South Korea who are required to register. The database contains inpatient, outpatient, prescription drugs, rehabilitation, and health promotion records. Cancers are registered and coded with ICD-10 codes. No mention of reviewing pathology reports for confirming diagnoses, nor for subclassifying cancers by histology.

Patients were selected if they had at least one year of use of either drug, with cumulative dose of 10,800 mg for ranitidine and 14,400 mg for famotidine, between 2009-11. Patients were excluded if they were over age 80 or under age 30. The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users, matched by sex, age, presence of diabetes mellitus, and duration of H2 blocker use. No nonusers of H2 blockers were included. During follow-up from 2012 through 2018, 3783 cases of cancer occurred. The investigators looked at all cancers combined, and separately at cancers of the: liver, colon/rectum, biliary tract, stomach, lung, prostate, kidney, bladder, uterus, breast, and thyroid.

Cancer hazard ratios (relative risks) for ranitidine compared with famotidine use were: overall, 0.99; liver, 0.85; colorectal, 0.98; biliary, 1.22; stomach, 1.06; lung, 0.99; prostate, 1.01; kidney, 0.78; bladder, 1.41; uterine, 1.15; breast, 0.82; thyroid, 1.07. Dose-response relationships were not presented for individual cancers.

There were strengths to the study. The study used a very large database of electronic health information including prescription data for 53 million South Korean individuals. However, the authors chose to



CONFIDENTIAL INFORMATION

include only a subset of ranitidine users by selecting to match patients to famotidine users. This reduced the number of ranitidine users in this database by half. Theoretically, comparison to another H2 blocker removed the potential confounding effect of medical indication for use of an H2 blocker. However, by not presenting data for the patient database overall, the full picture of cancer risk with ranitidine was obscured.

There were several weaknesses of the study.

The study authors themselves acknowledge that "some cancer incidences and drug exposures are not included due to study design limitations.”

The investigators selected a subset of ranitidine users, matched them to famotidine users, and followed for at most 6 years to observe cancer incidence in each cohort. This length of time, and limited number of patients followed, resulted in very small numbers of patients with specific cancers in either of the two medication cohorts, as low as 56 for breast and 95 for kidney. This seriously hindered the study’s power to detect statistically significant associations. In addition, limiting follow-up to only 6 years resulted in an insufficient length of time to observe cancer development given that the latency of most cancers is decades long.

Over 35% of the study cohort patients had diabetes. Since the prevalence of diabetes in South Korea is only 8%,(Kim et al. 2006) This raises questions about the make-up of these cohorts and the reliability of the study overall. While the investigators did match for diabetes across the two cohorts (and stated that diabetes is a risk factor for *most* cancers without referencing), it does not diminish the concern that there was some selection bias for persons with diabetes in their cohort construction.

There was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure. Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error fall under the category of nondifferential misclassification, and would be expected to bias the relative risk toward the null.

There were no data on risk by dose or duration of use for individual cancers. While not required for causation, dose-response data is a key construct to consider for causal analyses.



CONFIDENTIAL INFORMATION

Given the significant methodological problems with this study in regard to study design, exposure measurement, choice of non-exposed comparator, small numbers of individual cancers, method of analyses, and bias toward the null, I provided less weight to the results that did not find a relative risk greater than 1.0 and put more weight on the results that found an increase in risk of cancer with ranitidine exposure.

Population studied:

This study used data from a very large electronic health record database that covered the entire 52 million population of South Korea, and therefore had the potential to be highly representative of that population. However, once ranitidine and famotidine users were identified, most were excluded, resulting in two cohorts matched on age, gender, duration of pill use (ranitidine or famotidine), diabetes diagnosis, and duration of diabetes. Over a third of the cohorts were patients with diabetes, which is much higher than for the Korean population in general (8%).(Kim et al. 2006) The study, therefore, is not representative of a whole country's population.

The study selected a subset of individuals who had been prescribed either ranitidine, or as comparator, another H2 blocker (famotidine) between 2009-2011. After excluding most of the ranitidine users, the study ended up with a cohort of 42,488 ranitidine users. After excluding most of the famotidine users, the remaining 10,122 comprised the comparator group. Famotidine and ranitidine have similar clinical efficacy, and therefore it is not clear why one is chosen over the other by prescribing physicians. If the reason for choice is because of insurance coverage or cost, there may be imbalance between ranitidine and famotidine user groups on related variables such as general health, employment status, or socioeconomic status.

Exposure measurement:

The Korean Health Insurance Review and Assessment database contains health claims data for the entire population of South Korea. The insurance program is compulsory for all Koreans, and all transactions are recorded in the database. The study references a supporting paper which indicates that for medications, the following information is recorded in the database: name of drug, date filled, days of supply, quantity dispensed, and price of each drug.(Song et al. 2014) The study therefore included data on dose of the medications as well as cumulative length of use, which the investigators categorized as

12-18 months, 18-24 months, 24-30 months, and over 30 months. The study did not provide information on patient adherence to study medications as prescribed.

The study did not identify diagnoses or symptoms for which ranitidine or famotidine medications were prescribed. If famotidine users differed from ranitidine users on underlying diagnoses, general health, insurance status, socioeconomic status, or other risk factors for cancer, the results could be biased.

The investigators addressed crossover of medications in only a limited way, by eliminating any patients who had received a prescription for ranitidine or famotidine in two years prior to study onset in 2009. This did not adequately address the issue of whether patients in the famotidine cohort had previously used ranitidine. If famotidine users had previously used ranitidine, the study results would be biased toward the null value of 1.0. A similar issue is whether patients in either cohort had used proton pump inhibitors at any time. These medications, commonly prescribed for patients with the same conditions as for patients who have used H2 blockers, have been linked to increased risk for several cancers, and should have been adjusted for in analyses.(Abrahami et al. 2021; Seo et al. 2021; Zeng et al. 2021) In summary, the exposure measurement was higher quality relative to the other pharmaceutical database studies.

Outcomes measurement:

The outcomes, defined by ICD-10 codes for primary malignant neoplasms of the liver, cecum, appendix, colon, rectum, stomach, bronchus and lung, kidney (except renal pelvis), bladder, uterus/myometrium/cervix, breast, thyroid, gallbladder/biliary tract, prostate. No information is provided on if, and how, these diagnoses are validated. The study links to another publication describing the Korean database,(Cheol Seong et al. 2017) which states, "…, information on diagnosis and disease may not be optimal for identifying disease occurrence and prevalence since the data have been collected for medical service claims and reimbursement." With a database this large, it is concerning that subtypes of these cancers were not analyzed, as cancer risk can vary by subtype. In summary, the validity of the cancer outcomes measure is questionable.

Data on Covariates – Confounders and Effect Modifiers: The covariates used in analyses were from linked electronic health records. Ranitidine and famotidine users were matched on age, sex, cumulative duration of drug use, and diabetes. No validation studies were referenced for these variables. It does not appear that other medical or health variables were considered as confounders. South Korean



CONFIDENTIAL INFORMATION

patients are required to complete questionnaires at health promotion visits with physicians, including smoking, alcohol, obesity, and exercise.(Song et al. 2014) It does not appear that these variables were considered as confounders.

Sample Size: The numbers of patients prescribed ranitidine (554,987) and famotidine (147,830) were very large, and the numbers of cancer cases in these groups would have been expected to be large. However, the investigators eliminated most of the medication users, and as a result had much smaller medication cohorts with small numbers of cases occurring in these groups. The small sample sizes adversely affected the study's ability to detect statistically significant results, although several of the relative risks were elevated, indicating increased risk of specific cancers with use of ranitidine.

Study Conduct: The data were already collected before this study was conceived. No validation information was provided for the ranitidine or famotidine exposure measurements, cancer outcomes, or covariates. Ranitidine and famotidine use between 2009-2011 was determined, and patients were followed for cancer occurrence between 2012 and 2018. Therefore, the maximum follow-up was 9 years, which was too short for most cancers to occur given the induction and latency periods for most cancers after exposure to a carcinogen.

Data Analyses and Interpretation: Statistical analyses were performed using a Cox proportional hazards regression model. This type of regression model is used to adjust for multiple covariates. However, no covariates were named, either in the Methods or in the table footnotes. The results showed several hazard ratios (relative risks) for risk of specific cancers in ranitidine vs. famotidine users (relative risks) that were greater than 1.0, including biliary, stomach, bladder uterine, and thyroid. All had confidence intervals that included 1.0, which is not surprising since the investigators excluded almost all ranitidine and famotidine users, significantly reducing the numbers of cases of specific cancers.

## Japanese Medical Data Center Claims Database

Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) This database is a commercially available, administrative claims database that has, since 2005, collected outpatient, inpatient, and pharmacy (both prescribed and dispensed) claims data from health insurance associations for employed workers and family members in medium or

large companies. The database had a total of 5.7 million patients by the end of study date of 2018. Approximately 3.65 million patients were "active," although the investigators do not define that term. Only persons under age 75 were included.

The investigators first identified all patients who had been dispensed any type of H2 blocker from 2005 to 2018, and follow-up began after dispensation. The investigators grouped together ranitidine users and nizatidine users. While the paper does not specifically state why the study grouped these two, the paper Introduction mentions NDMA being found in nizatidine as well as ranitidine. This is concerning, since FDA testing showed nizatidine contained much lower amounts of NDMA (maximum found was 30 nanograms/tablet) than did ranitidine (maximum found was 860 nanograms/tablet). (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 12/20/21. For individuals who were using an H2 blocker other than ranitidine/nizatidine, but switched to ranitidine/nizatidine, their time as another H2 blocker was censored, and they were then followed as ranitidine/nizatidine users. For originally ranitidine/nizatidine who switched to another H2 blocker, however, patients continued to be followed in the ranitidine/nizatidine group.

Cancer diagnoses were identified through the inpatient and outpatient electronic health records, using ICD-10 codes from the database. There was no linkage to a cancer registry. No mention of pathology review was made. There were also no data on cancer subtypes. The authors cite a previous validation study of this database for "any cancer" diagnoses in hospitalized patients that showed a sensitivity of just 83.5%, which means that approximately 1 in 8 cancers could be missed in this database for hospitalized patients, and likely more for patients seen in outpatient clinics. Furthermore, the sensitivity was measured for all cancers combined. Therefore, in addition to the 1 in 8 with missing cancer diagnosis, many more could have the wrong cancer site inserted.

The investigators calculated incidence of overall and site-specific cancers in new users of either ranitidine or nizatidine (the latter combined with ranitidine because of reported NDMA content for that drug). They then compared that to incidence in new users of other H2 blockers. Out of 600,321 individuals, a total of 11,327 cases of cancer occurred over a median 2.4 years (range 1.1-4.5 years) follow-up.

Analyses (hazard ratios, similar to relative risks) adjusted for age, sex, and comorbidities were presented for all cancers combined (relative risk 1.02), as well as for breast, colorectal, and stomach cancers (1.04,



CONFIDENTIAL INFORMATION

1.02, and 1.09, respectively. The authors also provided the numbers of other specific cancers in both the ranitidine/nizatidine and other H2 blocker groups, so that crude rates can be calculated (see write-ups for individual cancers below for crude relative risk calculations). Importantly, however, those data were for combined ranitidine/nizatidine, and therefore it was not possible to calculate crude relative risks for ranitidine alone versus comparators. Fifty-eight percent of the patients in the ranitidine/nizatidine group were nizatidine users. Therefore, the ranitidine/nizatidine group is heavily influenced by the nizatidine NDMA exposure, and is not an appropriate representation of the effect of ranitidine on risks for specific cancers.

The strengths of the study were several. The large medical claims database represents 3% of the Japanese population, which makes the study more likely to be representative of the Japanese population. The study database included both prescribed and dispensed medications. While dispensation does not mean that the individual took all pills as prescribed, the metric of dispensation is closer to estimating use than is prescription. Importantly, the investigators calculated cumulative dose of the H2 blockers including ranitidine.

The large number of cases of cancer was a bonus, although the numbers for some specific cancers were too low to have power to detect statistically significant associations. As described above,

There were major weaknesses to the study. Individuals aged 75 and older were not included. Since cancers occur in older individuals, by eliminating that population, the numbers of cancers will be limited. The database included only individuals working in medium or large companies (and their families), and therefore do not represent all strata of Japanese society. Follow-up of individuals after entry into the database was limited, and not likely long enough for persons to develop cancer in response to their exposure (e.g., did not consider the likely latency period).

Much of the analyses were conducted for all cancers combined. This is not the accepted method of examining risk factors for cancers. While some risk factors may be shared across several types of cancer, other risk factors may pertain to only one or a small number of cancers. While the investigators conducted analyses separately for ranitidine and nizatidine users, they did so only for all cancers combined. Furthermore, the presentation of site-specific results for only 3 cancers limits the amount of information to be gleaned from this study.



CONFIDENTIAL INFORMATION

The study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 12/20/21), by combining the two the study significantly lowered the relative risk for ranitidine vs. comparators toward the null value. Dose-response was assessed only for all cancers combined, and therefore, for specific cancers, no dose-response assessment was available.

The variables available in the database for consideration as confounders were limited to age, sex, other medications, and chronic illnesses. Multivariate adjusted relative risks for were only presented for overall cancer and for three specific cancers (stomach, breast, colorectal). The crude relative risks that can be calculated from the incidence data presented could be confounded. Furthermore, other potentially confounding variables that are usually considered in epidemiologic studies—such as smoking, alcohol, obesity, as well as site-specific risk factors—were not available in the database. This incomplete adjustment could bias the relative risks in either direction.

There were significant methodological problems with this study in regard to presentation of results for all cancers combined, and presentation of adjusted relative risks for only 3 specific cancers, use of other H2 blocker comparators, combination of ranitidine with nizatidine, which has much less NDMA than ranitidine, and method of analyses. Therefore, I considered the study to be minimally informative.

Population Studied:

The study used the Japan Medical data Center claims database of individuals under age 75 years. The paper states that this "claims database has been collecting outpatient, inpatient, and pharmacy claims data from health insurance associations for employed workers in medium to large scale companies and their family members (the third-degree kinship) since 2005." At the time of the study end (2018), the database included 5.7 million persons. The paper states that as of that date there were "3.65 million active patients registered in the database" but do not explain what "active" means. They also state that this represents 3% of the Japanese population.

Exposure measurement:

The database includes monthly data on both prescribed and dispensed medication. From the database, the investigators identified all new adult users of H2 blockers including ranitidine, nizatidine, cimetidine,



CONFIDENTIAL INFORMATION

famotidine, roxatidine, and lafutidine between 2005 and 2018. Patients were excluded if they were prescribed H2 blockers during their first 6 months of registration. The investigators combined users of ranitidine and nizatidine into one group, and all other H2 blocker users into another group. If a patient in the comparator H2 blocker group received a ranitidine or nizatidine prescription during follow-up, the patient was censored from that group and included in the ranitidine/nizatidine group. However, ranitidine/nizatidine users were not censored, that is, once counted as a ranitidine/nizatidine, patients always stayed in that group.

Combining ranitidine and nizatidine users into one group is highly problematic, because nizatidine has been shown to have lower levels of NDMA than ranitidine as discussed above, the majority of the combined group were nizatidine users, and therefore the two drugs grouped together will not show the specific effects of ranitidine use on cancer risk.

Outcomes measurement:

Cancer diagnoses were based on an ICD10 cancer code in the database. Those codes are inserted by treating physicians.(Yamana et al. 2017) Up to two main diagnoses and four co-morbidities can be inserted for each patient. Therefore, a diagnosis may be missed for patients with multiple medical problems. In the Iwagami et al. study, the first cancer diagnosis (excluding non-melanoma skin cancer) in the database was the outcome of interest. It is not clear if both main and co-morbid diagnoses were included. No mention of cancer deaths was included; in epidemiologic studies, cancer deaths are sometimes the only cancer diagnosis recorded for fatal cancers.

Two validation studies have been performed on cancer using the database. The paper states that one showed an 83.5% sensitivity and 97.7% specificity for “any cancer” diagnosis in hospitalized patients. Another study, limited to breast cancer, found a 98.7% sensitivity and 99.3% specificity. These data show that while an individual counted as having any cancer likely has some sort of cancer, there was no validation data on whether the specific cancer type was correct. Furthermore, almost 17% of cancer cases were not identified in the database. These types of outcome misclassification would bias the results toward the null value. Finally, the study did not include data on subtypes of cancer. In summary, the outcomes measurement could seriously under-count specific cancer outcomes, resulting in bias of the relative risk toward the null value of 1.0.

Covariates – Confounders and Effect Modifiers



CONFIDENTIAL INFORMATION

Potential confounding variables were limited to electronic health record data: age, sex, indications for H2 blockers (peptic ulcer disease, gastritis, reflux esophagitis), several other medications including proton pump inhibitors, comorbidities (diabetes, chronic obstructive pulmonary disease, heart failure, "alcohol-related disease"), comorbidity index, and calendar year at start of follow-up. It is a significant weakness that typical risk factors for the studied cancers were not available and considered for adjustment.

Sample Size:

Due to the relatively young age of the cohort (all were employed workers or their families) with median age 41 years, and the short follow-up period (median 2.3-2.4 years), the number of cancers that developed during follow-up was small. Among ranitidine/nizatidine users, the numbers of patients with stomach, colorectal, pancreas, lung, melanoma, breast, uterus, prostate, kidney, and bladder cancers were, respectively: 263, 334, 93, 155, 7, 338, 93, 116, 55, 53. Small sample sizes of cases results in high chance of missing statistically significant associations.

Study Conduct:

The study enrollment period (first use of an H2 blocker) ran from 2005-2018, so some patients could have been followed for 13 years. However, the median follow-up was only 2.3-2.4 years, and half of the patients had only approximately 1 – 4.3 years' follow-up. This is not a sufficient amount of time for cancers to have developed and grown large enough to be diagnosed.

Data Analyses and Interpretation:

Most of the analyses were performed for all cancers combined, which is not the accepted method of considering associations of carcinogens with specific cancer type risk. The accepted method is to look at associations with specific cancer type, since etiology often varies between cancer types, and combining cancers together can obscure associations. Thus, the analyses separating associations of ranitidine/nizatidine in the first 5 years after first prescription, and beyond 5 years after first prescription, were performed only for all cancers combined. Similarly, sensitivity analyses and dose-response analyses were all performed only for all cancers combined.



CONFIDENTIAL INFORMATION

The investigators provided numbers of cases of specific cancers in the ranitidine/nizatidine cancer group and in the other H2 blocker group (allowing for calculation of crude relative risks). However, they only calculate multivariate adjusted relative risks (hazard ratios) for three specific cancers (breast, colorectal, and gastric).

The data analyses were, therefore, not informative for specific questions of interest, including associations with specific cancers (other than breast, colorectal, stomach), dose-response, and years of follow-up.

### Scottish Primary Care Clinical Informatics Unit Research

Four publications have used the Primary Care Clinical Informatics Unit Research (PCCIUR) database in Scotland to examine the association between ranitidine use and risk for cancer.(McDowell et al. 2021b; McDowell et al. 2021a; Cardwell et al. 2021; Liu et al. 2020) This population-based database includes 2 million patients registered at 393 general practices across Scotland between 1993 and 2011. The dataset consisted of complete copies of clinical data for all registered patients from 314 medical practices caring for about a third of the Scottish population. The UK National Health Service (NHS) requires registration with a medical practice to access health-care services for people living at home or in nursing care homes.(Barnett et al. 2012) The database contains 20 years of demographic, clinical, and diagnostic information. Cancer diagnoses are coded with a UK-based coding system (called the Read code), and linkage to the Scottish cancer registry. Another report found that practices captured in the PCCIUR database are very similar to those not captured in the dataset. (Elder et al. 2007)

One study using this data was a systematic screening assessment of the associations between commonly prescribed drugs and risk for specific cancers, using a series of nested case-control studies.(McDowell et al. 2021b) The other studies investigated the associations between ranitidine use and cancers of the bladder (Cardwell et al. 2021), pancreas, (Cardwell et al. 2021) and stomach.(Liu et al. 2020)

In a screening study in this Scottish database, McDowell et al investigated associations between commonly prescribed medications and risks for 22 cancer sites.(McDowell et al. 2021b) The investigators conducted a series of nested case control studies set in the Primary Care Clinical Informatics Unit Research database in Scotland. The cases were new diagnoses of primary cancers that comprise the 22 most common cancers in Scotland. Up to 5 controls per case were selected and



CONFIDENTIAL INFORMATION

matched to cases on practice, year of birth, gender, and year of registration with the practice. Both cases and controls had at least 3 years of follow-up data in the general practice. Medication use from 1993 to the most recent general practice registration data was collected, up to one year prior to the diagnosis date of the case. Covariates were also extracted including: a comorbidity index of chronic diseases, risk factors for specific cancers, and the most recent smoking and alcohol use recorded by the general practice, and these all were adjusted for in analyses. Analyses were done for the 250 medications most commonly prescribed for the controls for each cancer site. Odds ratios were calculated for low and high use vs no use. The investigators set pre-specified conditions for identifying medications for further consideration, including: 1) odds ratios greater than 1.25; 2) p-value $\leq$ 0.01; and 3) evidence of dose-response. The study included 62,019 cases and 276,580 controls. The median exposure across all medications was 8.1 years. A total of 5622 medication-cancer associations were studied across the 22 cancers sites. A total of 2060 had relative risks greater than 1.25 (or less than 0.8 for those with reduced risk associations), had p-value $\leq$ 0.01. Of these, 118 showed evidence of dose-response relationships. After adjustment for smoking, 77 medicine-cancer associations remained. The screening procedure found associations between ranitidine and increased cancer risk for two sites: bladder and cervix. No associations decreased cancer risk for ranitidine were found. For bladder cancer, there were 3229 cases and 13,907 controls overall, and 392 cases and 1252 controls in the ranitidine specific analyses. When analyses were for any exposure to ranitidine, and adjusted for comorbidity and smoking, the relative risk was 1.26 (95% CI 1.10-1.44). The relative risks were 1.2 (95% CI 1.0-1.44) for low use and 1.32 (95% CI 1.09-1.59) for high use, indicating a dose-response relationship. The investigators subsequently published a journal article detailing this association (see Cardwell below).(Cardwell et al. 2021) In the ranitidine-specific analyses for cervical cancer, there were 109 cases and 374 controls, with a relative risk of 1.37 (95% confidence interval, 1.08 - 1.73) for any use of ranitidine. The relative risks were 1.15 (95% CI 0.83 -1.60) for low use and 1.64 (95% CI 1.18 -2.26) for high use, indicating a dose-response relationship. Detailed information on bladder cancer is included below and in the Bladder Cancer section of this report.

Cardwell et al. published results of a nested case-control study of bladder cancer set within the Scottish database.(Cardwell et al. 2021) A total of 3260 cases of bladder cancer were diagnosed between 1999 and 2011, and were matched (sex, year of birth, physician practice, and year of practice registration) to a total of 14,037 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. The odds ratio (relative risk) of bladder cancer was 1.22 in ranitidine



CONFIDENTIAL INFORMATION

users vs nonusers. The association was stronger with use for over 3 years of ranitidine use (relative risk 1.43), which supports a dose-response effect. When use was categorized by daily defined dose (quantity of tablets and dose), those with 1-182, 182-365, 365-1095, and > 1095, had relative risks for bladder cancer compared with nonusers of 1.18, 1.24, 1.17, and 1.43, respectively showing a strong dose-response effect. The p for trend was 0.004.

The second study in the Scottish database (McDowell et al. 2021a) was a case-control study examining use of one or more of thirteen medications related to pancreatitis and risk for subsequent pancreatic cancer. A total of 1069 cases of pancreatic cancer were diagnosed between 1999 and 2011, and were matched (sex, year of birth, physician practice, and year of practice registration) to a total of 4729 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. Adjustment for several covariates was done, including co-morbidities, smoking, and alcohol use. Comparing ranitidine users with nonusers, the odds ratio (relative risk) of pancreatic cancer was 1.37. Dose-response was estimated by calculating relative risk in two categories of numbers of prescriptions (1-5 vs 6 or more), with no estimate of dose, frequency, or years of use.

In 2020, Liu et al. published results of a study of ranitidine and stomach cancer risk using the Scottish Primary Care Clinical Informatics database.(Liu et al. 2020) This was a nested case-control study with 1119 cases of stomach cancer (diagnosed 1999-2011) and 5394 controls (matched on age, sex, general practitioners practice). The risks for stomach cancer in ranitidine users vs. non-users was increased by 42% (RR 1.42, 95% CI 1.1-1.85). Dose-response was not assessed.

The strengths of the case-control study were: 1) relatively large number of cases; 2) medication data from Scottish general practice databases, which minimizes chance of recall bias since neither cases nor controls were asked to provide medication exposures; 3) adjustment for multiple covariates. Weaknesses included: 1) lack of dose-response data for ranitidine use; 2) lack of data on medication adherence; 3) lack of data on over-the-counter use; 5) lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value.

The studies from the Scottish database had several strengths. This was nationally-representative database covering 15% of the Scottish population. Ranitidine prescriptions were documented, and there was no risk of recall bias because the medication data was obtained independently from patients' case



CONFIDENTIAL INFORMATION

or control statuses. There was high coverage of cancer cases from the general practice records. In addition, the database conducts comprehensive linking of practice data to the Scottish Cancer Registry data, with the result of a high coverage of cancer cases. A particular strength of the studies was that the investigators for the bladder and pancreatic cancer studies tested the dose-response relationship using either the WHO daily defined dose or the number of prescriptions for ranitidine. Another important strength of the studies was the adjustment for smoking, which was not previously done with screening studies, or in most other pharmaceutical database studies. The screening study replicated well-known medication-cancer associations, such as hormone therapy cancer and increased risk for breast cancer, and nonsteroidal anti-inflammatory medications and reduced risk for colon cancer. This replication bolsters the validity of other observed associations in the screening study.

There were several weaknesses. The studies did not ascertain over-the-counter use of ranitidine, which had been licensed for over-the-counter purchase in the UK in 1995. Because of the lack of over-the-counter use data, the studies likely underestimated ranitidine exposure and likely biased the relative risk to the null. Furthermore, there was no information on patient adherence to prescribed medications in any of the studies. This can have resulted in misclassification of exposure, which would underestimated ranitidine exposure and likely biased the relative risks to the null. The electronic health record database was not designed primarily for epidemiologic research, and therefore there are limited numbers and types of variables for characterizing the database and for use in adjusting for covariates. For example, alcohol and smoking are related to risk for both pancreatic, bladder, and stomach cancers, and could be related to propensity to use ranitidine. The studies did attempt to adjust for these potential confounding variables. However, the data on alcohol or smoking were "incomplete and did not capture detailed information on the extent of exposure", resulting in the "possibility of" misclassification of patients' smoking and alcohol use patterns. This misclassification can bias the relative risk in either direction. A further weakness of the Liu et al. study was that its primary focus was to look at associations between use of proton pump inhibitors or H2 blockers in general and risk for stomach cancer.

There were significant strengths of the studies from the Scottish database, and some methodological problems. As a group, on balance, these studies were substantially more informative than the studies that compared ranitidine only to other H2 blockers or to proton pump inhibitors. Because of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0.



CONFIDENTIAL INFORMATION

Population studied: the study used a database from the Scottish general medical practices including patients registered between 1993-2011. Since all UK residents are registered to a general practice, this is a population-based study. The study designs for the Cardwell et. al, McDowell et al. and Liu et al. studies were matched case-controls within the practices' database, so in effect were nested case-control studies.

Exposure measurement:

Medication use was determined from primary care records of each individual prescription made in the exposure period. Included were prescriptions ranitidine, cimetidine, famotidine, and nizatidine, esomeprazole, lansoprazole, omeprazole, pantoprazole, and rabeprazole sodium. The Cardwell et al. and McDowell et al. allocated a prescription length of 28 days (pack size of pills). For ranitidine, a dose of 150 mg was assumed when dose was missing. Defined daily doses (DDDs) were calculated from the quantity of tablets and dose, as defined by the World Health Organization.

Over-the-counter use of any of the H2 blockers or proton pump inhibitors was not ascertained.

Outcomes measurement:

Cases were identified based on a primary care record of a diagnosis of primary cancer between 1999 and 2011. The papers cite a validation study comparing the Scottish practices' diagnoses to local cancer registries and showed that 93 – 100% of cases were correctly identified in the practices.(Margulis et al. 2018)

Covariates – Confounders and Effect Modifiers: Because these studies used pre-existing data in electronic health records, the data collection preceded the hypotheses development, and the studies used what data were available. Cancer-specific potential confounders were not available, and there could have been residual confounding of associations.

Sample Size:

The sample sizes for all of the studies were appropriate, and for the three case-control studies, the numbers of cases and matched controls were likely large enough to have power to detect statistically



CONFIDENTIAL INFORMATION

significant associations for the various cancers. For the screening study, however, numbers of some individual cancer types were likely too small to match the preset criteria of p value < 0.01.

Study Conduct: The data were already collected before this study was conceived. No information was provided for the validity of the ranitidine exposure measurement. Medication data only were available from 1993, and therefore ranitidine used before that data would not have been counted. That would have resulted in nondifferential misclassification, and bias of the relative risk toward the null.

Data Analyses and Interpretation:

The screening study pre-set conditions for a medication-cancer association to be flagged including: 1) odds ratios greater than 1.25; 2) p-value $\leq$ 0.01; and 3) evidence of dose-response. Therefore, some associations between ranitidine use and specific cancers could have been missed. The other studies on bladder, pancreas, and stomach cancers calculated odds ratios since their designs were nested case-control, which is an appropriate estimate of relative risk. None of these studies had data to consider a range of potential confounders such as risk factors for specific cancers. Liu et al. interpreted the relative risks seen in ranitidine users versus nonusers (removing cases 1, 2, and 3 years prior to diagnosis yielded relative risks of 1.42, 1.22, and 1.17, respectively) as no association.

Dose-response

The screening study addressed dose-response and used it as a criterion for positive findings. The bladder and pancreas cancer studies addressed dose-response, but the stomach cancer did not look at dose-response for ranitidine alone.

Because of the strong methodology in these Scottish studies, I found these studies to be most informative of the ranitidine studies.

### Kaiser (California) Pharmaceutical Database

Investigators identified men and women who received a prescription of ranitidine or cimetidine from two computerized pharmacy databases that had been created for administrative purposes. One of the



CONFIDENTIAL INFORMATION

databases was a 1% sample of medications dispensed at all Northern California Kaiser Permanente pharmacies during 1982-1985. The second database was comprised of all medications dispensed at the Kaiser Permanente Oakland Medical Center pharmacy during a one-year period in 1984-85. The databases include information on Kaiser patient member number, medication name, and date of dispensation. The study identified men and women who were prescribed or dispensed ranitidine (N=922) or cimetidine (N=4125) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Individuals who had used both medications were excluded. Ten nonusers were matched to ranitidine and cimetidine on year of birth, gender, and pharmacy database. In total, 49,229 nonusers controls were followed through 1995. Cancers were identified through Kaiser records and linkages to the SEER cancer registries covering Northern California. Over the follow-up period, 225 cancers were diagnosed among the cimetidine users, 70 cancers were diagnosed among the ranitidine users, and 2699 cancers were diagnosed among the nonuser controls. Analyses comparing cancer incidence in ranitidine users vs nonusers were adjusted for birth year, gender, and source of pharmacy data.

Compared with nonuser controls, the relative risks for ranitidine users for cancer overall was 1.26. Relative risks for specific cancers were: prostate, 1.57; breast, 0.92; uterus, 052; ovary, 0.77; lung/bronchus, 1.5; colorectal, 0.82; esophagus/stomach, 2.42; pancreas, 2.6; kidney/bladder, 1.56; melanoma, 0.67; lymphoma/myeloma/leukemia, 0.91.

The strengths of this study were several. The data on ranitidine use were from pharmacy records of a health maintenance organization for dispensed medications, and therefore was likely accurate with regard to use at one point in time assuming patients' adherence to the medications. During the data collection period, ranitidine was prescription-only, and therefore there was no bias from undercounting over-the-counter use of the medication. However, the databases were only samples of pharmacy records.

Ranitidine was FDA approved in 1983, and therefore, this study which collected data on ranitidine use between 1982 and 1987, would capture first-time users of ranitidine. This contrasts with other pharmacy databases that collected data from decades later, but without early information, leading to bias of under-counting full ranitidine exposure history.



CONFIDENTIAL INFORMATION

By identifying cancer cases through both medical records and the local SEER cancer registries, there was high quality ascertainment and adjudication of cancer cases, with low likelihood of missing cases. The researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition.

There were some weaknesses. Participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure. Also, some of those classified as "nonusers" could have used ranitidine at other time points. Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was likely to be misclassified. These exposure biases (nondifferential misclassification) will bias the relative risk toward the null value.

Follow-up was for at most 13 years; this amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer. (However, this period of follow-up was longer than for most of the other pharmacy database studies.) The sample sizes for specific cancers were relatively small, which reduces the chance of identifying statistically significant associations.

The study reported only on use/nonuse of ranitidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis.

There were significant strengths of this study, and some methodological problems. Because of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0.

Population studied

The study used two pharmaceutical electronic health record databases of dispensed medications from a Kaiser Permanente medical center. The cohort was comprised of members who had been dispensed ranitidine or cimetidine from 1982-1987 and compared them to nonusers (10 nonusers to each user matched on year of birth, gender, and database). A total of 922 ranitidine users, 4125 cimetidine users, and 49,229 nonusers were included.

Exposure measurement



CONFIDENTIAL INFORMATION

Ranitidine use was ascertained through pharmaceutical records of dispensed medications. Kaiser patients tend to use Kaiser pharmacies to reduce costs, and over-the-counter ranitidine was not yet available, so users were likely to have been identified. Individuals who had used both ranitidine and cimetidine were excluded, and therefore exposure was underestimated.

Outcomes measurement

The study linked to SEER cancer registries, which provided high quality of cancer ascertainment and adjudication.

Covariates – Confounders and Effect Modifiers

Only birth year, gender, and pharmacy database were adjusted for, and therefore there could be residual confounding.

Sample Size

With the small number of 922 ranitidine users followed until 1995, the study was underpowered to detect statistically significant associations between ranitidine use and risk of specific cancers.

Study Conduct

Follow-up was for at most 13 years; this amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer.

Data Analyses and Interpretation

Multivariate regression was used to calculate relative risks and confidence intervals. The study focus was on cimetidine, so the study authors did not summarize ranitidine findings in the abstract, despite several increased relative risks including statistically significant ones.



CONFIDENTIAL INFORMATION

## Table 4: Comparators, Doses, Missing Data, and Follow-up in Studies on Ranitidine and Cancer Risk

| Study | Source of data | Years of medication use included[a] | Prescription vs. Dispensed Medication Data | Over the Counter Use Included or Relevant? | Ranitidine vs H2 blocker | Ranitidine vs Proton Pump Inhibitor | Ranitidine vs Nonusers | Long-term ranitidine use[b] | Length of follow-up[c] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| (Iwagami et al. 2021)<br><br>Cancers:<br>Stomach<br>Bladder<br>Pancreas<br><br>Also:<br>Colorectal<br>Lung<br>Malignant melanoma<br>Breast<br>Uterine<br>Prostate<br>Kidney<br>Other cancers | Japanese electronic health records databases | 2005-2018 (Combined ranitidine & nizatidine users) | Prescribed & Dispensed | No OTC data provided | Combined ranitidine & nizatidine vs other H2 blockers | No | No | Not reported for specific cancers | Median (interquartile range):<br>R & N: 2.4 (1.1-4.5)<br>Other H2 blockers: 2.3 (.9-4.2) |
| (Yoon et al. 2021)<br><br>Cancers:<br>Bladder<br>Liver<br>Stomach<br><br>Also:<br>Kidney<br>Prostate<br>Breast<br>Uterus<br>Lung<br>Colorectal<br>Thyroid<br>Biliary | South Korea electronic health records database | 2009-2011 (excluded those using 2007-2008) | Prescribed | No OTC data provided | Yes (vs famotidine) | No | Not reported for specific cancers | Ranitidine and famotidine users matched for cumulative exposure; RR for duration reported not reported for specific cancers | 2009-11 to 2012-18 |
| (Adami et al. 2021)<br><br>Cancers:<br>Pancreas<br>Liver<br>Stomach<br>Esophageal | Danish electronic health records database, pharmacy registry, cancer registry | 1996-2008 | Dispensed | From 2002, half of ranitidine use OTC, versus almost none of comparators | Yes | Yes | No | ≥ 10 prescriptions | Median (IQR):<br>Ranitidine: 14 (10-18)<br>Other H2 B:<br>16 (11-19)<br>PPI:<br>12 (9-16) |
| (Nørgaard et al. 2021) | Danish electronic health | 1996-2008 | Dispensed | From 2002, half of ranitidine | Yes | Yes | No | ≥ 10 prescriptions | Median (IQR):<br>Ranitidine |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bladder cancer<br><br>Also:<br>Kidney cancer | records database, pharmacy registry, cancer registry | | | use OTC, versus almost none of comparators | | | | | : 14 (9-18)<br>Other H2 B:<br>15 (7-19)<br>PPI:<br>12 (5-16) |
| (Kumar, Goldberg, and Kaplan 2021)<br><br>Stomach cancer in *H. pylori* patients | Cohort, U.S. Veterans electronic health records database including pharmacy use | 1998-2018 | Prescribed | Not included but OTC provided by VA at deep discounts, may decrease non-VA purchase | Yes | Yes | No | Not reported | Median 4.4 years, IQR 1.7–9.2 years |
| (Kim, Wang, et al. 2021)<br>Cancers:<br>Esophagus<br>Stomach<br>Liver<br>Pancreas<br>Also:<br>Colorectal | IBM Explorys electronic health records database | 2009-2018 | Prescribed | Over-the-counter data missing | Yes | Yes | No | Not reported | 1-10 years |
| (Kim, Lee, et al. 2021)<br><br>Stomach cancer | Korean electronic health records database | 2002-2008 (Combined ranitidine & nizatidine users) | Prescribed | No OTC data provided | Yes Combined ranitidine & nizatidine users vs other H2 users | No | Yes | Not reported | 2002-8 to 2013 |
| (Kantor et al. 2021)<br>Cancers:<br>Bladder<br>Liver<br>Also:<br>Colorectal<br>Lung<br>Breast<br>Prostate<br>Kidney<br>Ovary | Cohort (UK Biobank), cancer registry | 2006-2010 | Self-report of use in 4 week period | Self-report could have included OTC use | No | Yes | Yes | Not reported | Median 6.7 years |
| (McDowell et al. 2021a)<br><br>Pancreas cancer | Scottish general practice electronic health records database, pharmacy registry, cancer registry | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | 6 or more prescriptions | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993-1 year before diagnosis |
| (Cardwell et | Scottish | 1993-2010 | Prescribed | Not included | Yes | Yes | Yes (main | 36 or | Nested |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| al. 2021)<br><br>Bladder cancer | general practice electronic health records database | | | (but only 10% of ranitidine purchased OTC in UK) | (sensitivity analyses) | (sensitivity analyses) | analyses) | more prescriptions | case-control study Cases diagnosed 1999-2011; prescriptions 1993-1 year before diagnosis |
| (Liu et al. 2020)<br><br>Stomach cancer | Scottish general practice electronic health records database | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | > 1095 DDD (~ > 3 years) | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993 - 1 year before diagnosis |
| (Tran et al. 2018)<br><br>Liver cancer | Cohort (UK Biobank), cancer registry | 2006-2010 | Self-report of use in 4 week period | Self-report could have included OTC use | No | No | Yes | Not reported | Median 5.6 years (range 1-8.6 years) |
| (Tran et al. 2018)<br><br>Liver cancer | Scottish general practice electronic health records database | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | Not reported | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993 - 1 year before diagnosis |
| (Tan et al. 2018)<br><br>Esophageal cancer in Barrett's esophagus patients | Cohort, U.S. Veterans electronic health records database including pharmacy use | 2003-2011 | Dispensed | Not included but OTC provided by VA at deep discounts, may decrease non-VA purchase | No | No | Yes | DDD > 150 | Nested case-control study within cohort of Barrett's' Esophagus patients diagnosed 2004-9; esophageal cases diagnosed in cohort through |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2011 |
| (Habel, Levin, and Friedman 2000)<br>Cancers:<br>Bladder/kidney<br>Pancreas<br>Liver<br>Stomach<br>Esophageal<br>Also:<br>Prostate<br>Breast<br>Uterus<br>Ovary<br>Lung<br>Colorectal<br>Melanoma<br>Lymphoma/ myeloma/ leukemia | U.S. Kaiser computerized pharmacy and electronic health record databases; linkages to SEER cancer registries | 1982-1985 | Dispensed | OTC not available during time of data collection | No | No | Yes | Only reported for breast and prostate cancers | 1982-85 to 1995 |
| | | | | | | | | | |

[a]Relevant to availability of over-the-counter preparations of ranitidine, other H2 blockers, and PPIs

[b]Relevance of study data versus actual use of highly-exposed individuals who have used ranitidine daily for decades

[c]Relevance of study data to the induction and latency periods of carcinogens: were the study participants followed for long enough to allow time to allow for cancer initiation and latency periods



CONFIDENTIAL INFORMATION

## Clinical Trials of Ranitidine

Zantac was indicated for treatment and maintenance therapy and marketed as safe and effective for long term use. (https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf) I reviewed the clinical trial data and documents that were submitted in support of each maintenance therapy indication. None of the randomized clinical trials evaluated the safety or efficacy of ranitidine use to assess cancer risk. None of the trials were long enough, large enough, nor were they designed, to determine cancer outcomes.

I also reviewed internal documents and published medical literature regarding additional maintenance clinical trials and/or long-term use. These studies followed patients for up to 8 years. Overall, the studies were not designed to evaluate the risk of cancer development from ranitidine treatment, were not powered to detect a statistically significant risk, and suffered from other limitations e.g. lack of a control or comparator group, insufficient pre-study diagnostic evaluation, or an in ability to adjust for confounders.

While randomized clinical trials are typically referred to as the gold standard, they suffer significant limitations in detecting the risk when it involves latent chronic effects like cancer if patients are not followed long-term or if there is significant loss to follow-up. These limitations are well known. (Singh and Loke 2012; Pottegård, Friis, et al. 2018; Llewellyn-Bennett et al. 2018) While I considered the information that could be gleaned from internal clinical trial documents and the published medical literature, the insufficient study design, lack of follow-up, lack of controls and adjustments for confounding rendered the information of limited value in my analysis. The information that I considered is contained on my materials considered list.



CONFIDENTIAL INFORMATION

# Occupational Studies of NDMA, Nitrate, and Risk of Multiple Cancers

The following studies assessed the relationships between occupational exposure to NDMA (or to nitrate) and risk for more than one cancer. In some cases, all of the cancer types were included in one publication; in other cases, cancer outcomes were spread over two or more publications. Because the source data items were the same across cancers, I have described the study's methods, results (briefly), strengths, and weaknesses in this section. More details on particular cancers, especially the five cancers of focus in this report (bladder, esophagus, liver, pancreas, and stomach), are provided in the cancer-specific sections.

Several occupations have been found to expose workers to large amounts of NDMA.(de Vocht et al. 2007; Ducos et al. 1988) While some of the NDMA exposure is through inhalation or skin, ingestion occurs as well through contamination of mouth and hands.(Gorman Ng et al. 2012) One of the strengths of these studies is that exposure levels have been estimated for various occupations within the manufacturing companies, and therefore dose-response relationships have been studied. By studying the associations of varying dose of NDMA on risk for cancer, parallels can be drawn to the role of NDMA in ranitidine in causing cancer. Another strength to considering occupational exposure to NDMA is that the exposures are unlikely to be counteracted by protective vitamins as happens with intake of NDMA in vegetables that can be offset by the vitamin C in vegetables.(Hagmar et al. 1991) Most of the data available on occupational NDMA exposure has been in rubber manufacturing workers. The highest NDMA exposure has been reported in rubber manufacturing.(Straif et al. 2000) Several studies have investigated associations between nitrate exposure and cancer risk, and nitrate fertilizer workers have been shown to have high levels of nitrate in saliva(Hagmar et al. 1991), although the amount of NDMA produced after occupational nitrate exposure has not been estimated in these studies.

## Rubber Manufacturing NDMA Exposure and Cancer Risk

### German Rubber Industry Cohort (Straif)

A cohort of 8933 German men working in the rubber industry was followed for cancer mortality from 1981 to 1991 associated with on-the-job NDMA exposure.(Straif et al. 2000) The study included all male



CONFIDENTIAL INFORMATION

German blue collar workers who had been employed in one of five rubber manufacturing companies, still active or retired as of 1981, restricted to all workers who were hired in 1950 or later (n=8933) to focus on potential risks of working conditions in the more recent rubber industry and to reduce the potential for a healthy worker survivor effect. Follow up of individual cohort members started on 1 January 1981 but not before completion of 1 year of employment, and ended at death, or the end of the follow up period, 31 December 1991, or to age 85, whichever occurred first.

NDMA exposure level was determined from job histories and from a categorization scheme based on a previous hazard survey that tested air samples for NDMA in several job categories, comprehensive nitrosamine measurements in all factories, and adjustments for changes in work safety measures over time. Jobs were classified as having had high, medium, or low exposure to NDMA and another nitrosamine. Both medium and high exposure jobs had high airborne levels of NDMA exposure. Exposure categories for individuals were based on years of work at the different job exposure categories. Complete occupational histories and job exposure codes were available for 94.8% of the men.

Outcomes (deaths) were ascertained in several ways. Health insurance data and personnel files of the participating factories as well as German population registries were used to determine the vital status of cohort members at the end of the observation period, and death certificates were used to determine cause of death. Follow-up status was known for almost all men (99.7%), and cause of death was known for 97.2% of the 1521 deceased men.

Analyses compared cancer-specific deaths in high and medium exposure categories to that in low-exposure categories. Relative risks (hazard ratios) for highly exposed men compared to men with those with low levels of exposure were: oral cavity, 2.9; pharynx, 4.7; esophagus, 9.1; stomach, 1.2; colon, 1.5; rectum, 0.8; liver, 1.0; pancreas, 0.5; larynx, 0.0; lung, 1.2; prostate, 2.1; bladder, 1.3; kidney, 0.0; brain, 3.5; lymphoma, 0.0; leukemia, 0.8.

The strengths of this study were several: 1) job classification exposures were well documented for virtually all men, with comprehensive job measurements taken at various points, and historical exposures considered; 2) individual exposure categories were determined based on decades of job classifications; 3) follow-up was accomplished through health and mortality records, which enhances



CONFIDENTIAL INFORMATION

validity of outcome exposures, with outstanding levels of follow-up completeness; 4) outstanding completeness of outcome (cancer specific deaths) determinations; 5) the comparator group consisted of men with low level exposure to NDMA who worked in the same manufacturing plants, thereby minimizing risk of healthy cohort effect.

Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases for some types of cancer; 2) job exposures were measured in air, and it is not clear how much individual men inhaled or ingested the NDMA; 3) the study was relatively small 1521 cancer deaths in total), which reduces the likelihood of detecting statistically significant results for specific cancers; 4) only men were included in the study.

Below is a description of how the German rubber occupational study addressed the key epidemiologic issues I considered as I evaluated studies' informativeness for the role of NDMA and cancer causation in humans.

Population studied

The study included all male German blue collar workers who had been employed in one of five rubber manufacturing companies, still active or retired as of 1981, restricted to all workers who were hired in 1950 or later (n=8933) to focus on potential risks of working conditions in the more recent rubber industry and to reduce the potential for a healthy worker survivor effect.(Straif et al. 2000; Pearce, Checkoway, and Kriebel 2007)

Exposure measurement

NDMA exposure level was determined from detailed job histories and from a categorization scheme based on a previous hazard survey that tested air samples for NDMA in several job categories, comprehensive nitrosamine measurements in all factories, and adjustments for changes in work safety measures over time. Jobs were classified as having had high, medium, or low exposure to NDMA and another nitrosamine. Both medium and high exposure jobs had high airborne levels of NDMA exposure. Exposure categories for individuals were based on years of work at the different job exposure categories. Complete occupational histories and job exposure codes were available for 94.8% of the men. However, the actual NDMA ingested through air, skin, or orally for individual workers was not



CONFIDENTIAL INFORMATION

determined, and therefore there could be errors in exposure measurement. However, these exposure measurement errors were nonsystematic misclassification, which bias relative risks toward the null value.

Outcomes measurement

The outcomes were cancer-specific deaths. Outcomes (deaths) were ascertained in several ways. Health insurance data and personnel files of the participating factories as well as German population registries were used to determine the vital status of cohort members at the end of the observation period, and death certificates were used to determine cause of death. Follow-up status was known for almost all men (99.7%), and cause of death was known for 97.2% of the 1521 deceased men. By looking only at cancer deaths (rather than cancer incidence and deaths), however, the identification of several cancer is under-estimated, especially for cancers that have low mortality.

Covariates – Confounders and Effect Modifiers

As with many occupational studies, information on possible confounding factors other than age was not available, and therefore the hazard ratios (relative risks) were only adjusted for age (and date of starting the particular rubber manufacturing job). This lack of control for confounders could bias the relative risks in either direction, and particularly could be affected by risk factors such as smoking and alcohol use.

Sample Size

A total of 1429 men had died of known causes, by the end of the follow-up period, of whom 444 died of cancer. As a result, the numbers of deaths of individual cancer sites were small, reducing the chance of observing statistically significant associations.

Study Conduct

Participants began work in the factories as early as 1950 and alive as of 1981. Active follow-up of participants was from 1981-1991, to age 85, or death. Of the 8933 workers, 7621 were first employed in



CONFIDENTIAL INFORMATION

the factories before 1970, and therefore the range of follow-up through 1991 would have been 22 – 41 years. This amount of time would likely have included latency periods.

Data Analyses and Interpretation

Data analyses were hazard ratios comparing high and moderate exposure workers to low exposure workers. Adjustment for age and time was performed with multivariate regression analyses. Since all analyses were within the cohort of workers, the healthy worker effect (seen when comparing occupational cohorts to the general population) is minimized.

Dose-response

Dose-response was addressed by calculating hazard ratios for highly exposed versus moderately exposed, and by separately looking at 10 years versus lower duration of exposure.

### UK Rubber Industry Cohort (Hidajat)

A cohort of 36,441 UK men aged 35 or older were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) The men were workers from 381 factories in the UK. Exposure assessment was based on estimates from a database of measurements of compounds in rubber factories in Europe. Because only job information in 1967 was available, the primary analyses assumed all subjects remained in the same factory department (i.e., not necessarily in the same job) throughout their careers and were employed until retirement at age 70, death or emigration. Lifetime cumulative exposures to N-nitrosamines were calculated for each worker based on the assumed number of years worked and department.

Deaths and cause of death were determined from death certificates, as reported in other publications from the same cohort study.(Hidajat et al. 2020) Specifically the underlying cause of death reported on the death certificate was used as the cause of death.



CONFIDENTIAL INFORMATION

Cohort members were followed for up to 49 years, after which 94% of the cohort had died. The median employment start year was 1954. Analyses were adjusted for year of birth and lifetime cumulative exposure to rubber dust or fumes. Fifteen-year lags were used in analyses because of the latency period between exposure and cancer development.

There were 9101 deaths from cancer over the 49 years of follow-up. The numbers of deaths of some specific cancers were provided in the paper: bladder, 417; lung, 3377; stomach, 768; leukemia, 195; multiple myeloma, 462; non-Hodgkin's lymphoma, 141; esophagus, 333; prostate, 885; larynx, 62; brain, 106; pancreas, 328; liver, 122.

The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure, and calculated competing risk survival analyses to examine cancer mortality risk. Compared with the lowest quartile of NDMA exposure, those with higher exposure had increased risk for dying of cancers of the bladder, lung, stomach, leukemia, multiple myeloma, non-Hodgkin's lymphoma, esophagus, prostate, larynx, brain, pancreas, and liver (hazard ratios, 95% confidence intervals, and p trend values provided below in individual cancer write-ups).

I understand that there will be evidence at trial based on the expert opinion of a toxicologist that converts estimates airborne to oral ingested doses of NDMA occupational exposure. For example, the relative risks in Hidajat et al. 2019 showed risks by quartile of increasing NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) The lowest quartile (quartile 1), used as the comparator group; the median converted oral equivalent cumulative lifetime exposure to NDMA at work ranges from 2.6 to 3.4 milligrams. Quartile 2 showed a converted median oral equivalent cumulative lifetime dose of 7.6 to 9.8 milligrams. When quartile 1 is compared to quartile 2, the increased risk for those in quartile 2 was 1.32 for all cancers, 1.57 for bladder cancer and 1.59 for pancreatic cancer. In each case the confidence interval did not include 1. Workers could have had more or less exposure within the range of the quartile. It is also important to consider that the base group, quartile 1, was also exposed to NDMA at work above and beyond what this large cohort would have received from other sources, such as diet. Those in quartile 1 received a median converted oral equivalent lifetime does of 2.6 to 3.4 milligrams and therefore were likely to have a higher incidence of cancer than the background population (which was not provided in the Hidajat paper).



CONFIDENTIAL INFORMATION

The strengths of this study were that: 1) the cohort was large, and followed until almost all of the men had died. Therefore, a more complete classification of cancer mortality was possible; 2) there were a relatively large number of cancer deaths compared with most occupational cohort studies.

Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

There are some limitations to these occupational studies in general: 1) Most of the studies were conducted only in men, and therefore the occupational associations in women are not known; 2) Some studies compared cancer rates to those in the general population rather than to rates in unexposed workers. Therefore, there could be a healthy worker bias which could underestimate the effect of the carcinogen NDMA on cancer risk. However, the two rubber manufacturing cohort studies did internal comparisons, which avoids healthy worker effects for those analyses; 3) Many studies did not have information on potential confounding factors and therefore could not adjust for such factors; 4) Establishing the dose of NDMA exposure in individuals in occupational studies can be difficult. While methods exist for estimating NDMA exposure in particular job categories(Hidajat, McElvenny, Mueller, et al. 2019), it cannot be proven that an individual had that actual exposure. This type of inaccuracy in exposure biases the relative risk/odds ratio to the null value; 5) Many occupational studies assume that inhalation and dermal exposures are primary. However, there is evidence of significant ingestion of occupational carcinogens.(Gorman Ng et al. 2012) It is very likely, therefore, that occupational exposure to NDMA is relevant to ranitidine NDMA exposure, although establishing a parallel dose between occupation and medication is difficult; 6) Several occupational studies included only cancer deaths as the outcomes. To the extent that many cancers do not cause death, this will considerably drive the relative risk toward the null value; 7) The rubber factory workers could have been exposed to other carcinogens in their occupations. However, the researchers looked separately at amounts of NDMA exposure, rubber fumes, rubber dust, and another nitrosamine (NMOR), and found increased, linear dose-response, risks for several cancers with increasing NDMA exposure after adjustment for these other exposures. This shows that NDMA is an independent risk factor for cancer.

<u>Population studied</u>



CONFIDENTIAL INFORMATION

The study included a cohort of 36,411 male workers from 381 factories in the UK.

Exposure measurement

Exposure assessment was based on estimates from a database of measurements of compounds in rubber factories in Europe.(Hidajat, McElvenny, Mueller, et al. 2019) Lifetime cumulative exposures to N-nitrosamines were calculated for each worker based on the assumed number of years worked and department.

Outcomes measurement

The outcomes were cancer-specific deaths. Deaths were ascertained through links to national registrars, and death certificates were obtained for determining causes of death.(Sorahan et al. 1986) No references for validation of cancer death diagnoses were provided. Follow-up status was known for almost all men (96.3%). By looking only at cancer deaths (rather than cancer incidence and deaths), however, the identification of several cancer is under-estimated, especially for cancers that have low mortality.

Covariates – Confounders and Effect Modifiers

As with many occupational studies, information on possible confounding factors other than age was not available, and therefore the hazard ratios (relative risks) were only adjusted for age. This lack of control for confounders could bias the relative risks in either direction, and particularly could be affected by risk factors such as smoking and alcohol use. Sensitivity analyses were performed testing modelled alternate numbers of employment years.

Sample Size

The cohort of 36,411 men was followed long-term, after which time 94% of the men had died including 9101 cancer deaths. As a result, the numbers of deaths of individual cancer sites were small for some cancer types, reducing the chance of observing statistically significant associations.



CONFIDENTIAL INFORMATION

Study Conduct

The workers were followed long-term until a point where 94% had died. With linkage to national registrars and death certificates, the study had high retention in order to ascertain outcomes.

Data Analyses and Interpretation

Data analyses were hazard ratios comparing workers in the 2nd, 3rd, and 4th quartiles versus bottom quartile of NDMA exposure. Adjustment for age was performed with multivariate regression analyses. Since all analyses were within the cohort of workers, the healthy worker effect (seen when comparing occupational cohorts to the general population) is minimized.

Dose-response

Dose-response was addressed by calculating hazard ratios by quartile of lifetime NDMA exposure.

Summary of the rubber manufacturing studies:

These two studies were highly informative in determine the associations between NDMA exposure and cancer risk. Both estimated long-term NDMA exposure, both followed workers long-term, and both looked a cancer-specific deaths. The weaknesses were that only deaths were ascertained, so that low-mortality cancers were under-counted (which would bias the relative risks to the null), and that other exposures in the plants could also have contributed to carcinogenicity (although both studies estimated NDMA exposure in specific job categories, and Hidijat et al. found elevated risks for several cancers with increased NDMA exposure after adjustment for other exposures including rubber dust, rubber fumes, and other nitrosamines). However, the strengths outweighed the weaknesses, and they contributed highly to my causation opinions.

## Nitrate Manufacturing and Cancer Risk

Four cohort studies looked at risk for cancer incidence or mortality in nitrate manufacturing workers.(Fandrem et al. 1993; Hagmar et al. 1991; Zandjani et al. 1994; Al-Dabbagh et al. 1986) While the studies found associations between high nitrate exposure and risk of some cancer subtypes or deaths, the studies did not estimate amount of NDMA that might have been formed as a result of the



CONFIDENTIAL INFORMATION

occupational nitrate exposure. Furthermore, the studies were all too small to have power to detect statistically significant effects for specific types of cancer.

Swedish investigators followed for up to 22 years a cohort of 2,131 men who had worked in nitrate fertilizer manufacturing, and compared the number of cases of cancer to that in the general population from the same geographic area.(Hagmar et al. 1991) Several specific cancers were studied, including: lips, oral cavity, pharynx, stomach, lung, prostate, bladder, and lymphomas/leukemias. Comparisons were also made to fertilizer workers who had no exposure to nitrate. Strengths of this study were that cancers were obtained from linkages to tumor registries, the relatively long follow-up, and the comparisons both to the general population and to non-nitrate exposed workers. The main drawback was that the small study produced only 114 cases of cancer, with very small numbers of specific cancers, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A cohort of 1756 Norwegian male nitrate fertilizer workers was followed from 1953 through 1992, and observed numbers of cancers were compared with expected numbers from the local population.(Zandjani et al. 1994) The main strength of this study was the relatively long follow-up. The main drawback was that the small study produced only 195 cases of cancer, with very small numbers of specific cancers, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Another cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). Strengths of this study were that cancers were obtained from linkages to Norwegian tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 185 cases of cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4) the



CONFIDENTIAL INFORMATION

relatively long follow-up. The main drawbacks were that: 1) the study only looked at mortality. For cancers with low mortality, this will significantly under-count cancer outcomes, and bias the study results toward the null; 2) there were only 91 cancer deaths, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.



CONFIDENTIAL INFORMATION

## Epidemiologic Studies of Dietary Exposure to NDMA, Nitrate, and Nitrite and Risk for Multiple Cancers

The following studies assessed the relationships between dietary sources of NDMA, nitrate, or nitrite and risk for more than one cancer. In some cases, all of the cancer types were included in one publication; in other cases, cancer outcomes were spread over two or more publications. Because the source data items were the same across cancers, I have described the study's methods, results (briefly), strengths, and weaknesses in this section. More details on particular cancers, especially the five cancers of focus in this report (bladder, esophagus, liver, pancreas, and stomach), are provided in the cancer-specific sections.

### NDMA Exposure and Risk for Multiple Cancers

A number of epidemiologic studies have investigated the associations between dietary intake of NDMA and risk for several different cancers. In order to do this, the study had to have been designed to address the role of diet in risk of developing cancer. That is, at study onset, the study investigator had developed hypotheses about diet and cancer risk, measured diet with validated tools, and estimated NDMA intake by linking dietary intake variables with nutrition databases that contain data on NDMA content of foods and beverages. (Dietary measurement methods are described in detail above in the Dietary Sources of NDMA section.) The cohort studies that have looked at dietary NDMA intake and several cancers have been large, with decades of follow-up, and large numbers of incident cancers. Importantly, they have collected data on multiple risk factors for cancer, potential confounding variables, and possible effect modifiers. These studies were designed to look at exposures related to cancer incidence, and therefore had validated protocols for ascertaining diagnoses of cancer and adjudicating the cancers for site (and often for subtypes). Some of these studies linked to cancer registries, others used ascertainment protocols similar to registries, and all relied on pathology reports to validate occurrence of cancer and date of diagnosis.

Since oral administration of NDMA in animals is a proven carcinogen for multiple cancers,('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso



CONFIDENTIAL INFORMATION

compounds' 1978) the oral intake of NDMA through diet is highly relevant to answering the question about NDMA causing cancers in humans, and provides strong scientific support to the question of ranitidine, with its contained NDMA, and causation of cancer.

## European Prospective Investigation into Cancer (EPIC)

The European Prospective Investigation into Cancer (EPIC) is a cohort of 521,000 individuals in 10 countries across Europe.(Riboli 1992) Initiated by IARC investigators, the study was designed to investigate the role of nutrition in the etiology of cancer in humans.(Riboli et al. 2002) Enrollment in EPIC began in 1989-1990, with follow-up continuing to the present day. At enrollment, men aged 40 to 63, and women aged 35 to 69 years were eligible. Usual diet was measured with detailed self-administered dietary history questionnaire with quantification of usual portion size based on food photographs in most participants, with some having more extensive diet interviews or completion of diet diaries. Nutrient intake was harmonized across countries and diet intake methods. Over the decades, validation studies have verified EPIC diet assessment.(Kaaks and Riboli 1997) NDMA was assessed in EPIC by matching food items with a food database of potential carcinogens.(Loh et al. 2011)

Cancer incidence was determined by cancer registry linkage in seven countries (Denmark, Italy, Netherlands, Spain, Sweden, United Kingdom and Norway), while for others, a combination of health insurance records, cancer and pathology hospital registries and active follow-up was used (France, Germany and Greece).(Büchner et al. 2009) Mortality data (for cancers detected from cancer-specific deaths) were also collected from regional or national level registries.

In 2011, Loh et al. published a study that reported on associations between nitrosamines (including NDMA) intake and risk for cancers of the esophagus, stomach, colon, rectum, GI combined, prostate, lung, breast, ovary, and other cancers in the UK EPIC cohort of 22,920 men and women.(Loh et al. 2011) Diet was assessed with a 131-item food frequency questionnaire. A total of 3268 cancer cases occurred over a mean follow-up of 11.4 years. For each 47 nanograms/day intake of NDMA, the relative risks for specific cancers were: esophagus, 1.13; stomach, 1.13; colon, 0.99; rectum, 1.46; gastrointestinal (previous 4 combined), 1.13; breast, 1.01; prostate, 1.01; lung, 1.05; ovary, 0.96; other cancers, 1.11. (Note, more specific data including 95% confidence intervals are included in the individual cancer write-ups below.)



CONFIDENTIAL INFORMATION

An additional three studies based on EPIC data have been published, for cancers of the bladder, prostate, and stomach.(Jakszyn et al. 2011; Jakszyn et al. 2012; Jakszyn, Bingham, et al. 2006) Detailed results are presented in the individual cancer write-ups.

In a 2006 paper, Jakszyn et al. reported on a study within EPIC investigating associations between nitrosamine intake and risk of stomach cancer.(Jakszyn, Bingham, et al. 2006) The cohort consisted of 521,457 individuals from 10 European countries. Participants were followed for an average 6.6 years during which 314 cases of stomach cancer occurred. Individuals were classified into three tertiles of NDMA intake. Compared with those in the lowest tertile, those in tertiles 2 and 3 had relative risks for stomach cancer of 0.87 and 0.99. Jakszyn et al. published results of a study on dietary nitrosamine (including NDMA) intake and risk for bladder cancer among 481,489 individuals in 1 of the 10 EPIC cohort participating countries. After a mean 8.7year follow-up, 1001 cases of bladder cancer had occurred.(Jakszyn et al. 2011) Individuals were classified into quartiles (4 categories) of NDMA intake. Compared with those in the lowest category, those in quartiles 2, 3, and 4 had relative risks for bladder cancer of 1.14, 1.07, and 1.12. In 2012, Jakszyn et al. published results of a study on dietary nitrosamine intake and risk for prostate cancer among 139,005 men in eight of the EPIC cohort participating countries.(Jakszyn et al. 2012) After a mean 10 year follow-up, 4606 cases of prostate cancer had occurred. Comparing the top versus bottom quintile of NDMA intake, with respective means of 0.87 and 0.45 micrograms/day, the relative risk for prostate cancer was 1.04. Dose response (quintiles of intake) was assessed; higher intake was not associated with higher relative risks.

Because the EPIC studies used the same data source and many of the same methodologies, I have summarized their strengths and weaknesses here. There are several strengths of the EPIC studies that looked at NDMA and risk for several cancers. EPIC was specifically designed and conducted to investigate the role of diet and nutrients in the etiology of several cancers in humans. It is the largest cohort study of its type, and spans 10 countries across Europe. The study used state-of-the art methods of assessing dietary intake, and the dietary data methods have been validated.(Kaaks and Riboli 1997) Cancer outcomes were ascertained primarily through cancer registries, which record almost 100% of cancers occurring in seven of the 10 participating countries (the remaining three countries' cohorts used validated documentation for EPIC). Data were presented on dose of NDMA intake (1 standard deviation, or 47 nanograms/day) associated with cancer risk for the Loh study, allowing for estimation of linear



CONFIDENTIAL INFORMATION

dose-response relationships. This is a key finding, that an estimated 47 nanograms per day of NDMA intake is associated with increased risk for several cancers shows that doses even lower than the FDA allowable level of NDMA per pill, https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine#:~:text=nitrosodimethylamine%20(NDMA).-,FDA%20has%20advised%20companies%20to%20recall%20their%20ranitidine%20if%20testing,parts%20per%20million%20for%20ranitidine) (accessed 12/29/21), and much lower than the actual NDMA levels measured in several ranitidine formulations, increases cancer risk. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 12/29/21).

The EPIC study contains hundreds of data points relevant to etiology of several cancers, including diet, lifestyle, smoking, body size, and multiple health related variables, so that potential confounding factors could be adjusted for in analyses. In particular, the studies were able to address strong risk factors for individual cancers, either through controlling for confounding, or assessing for effect modification (such as smoking and lifestyle factors for all cancers, presence of H. pylori infection for a subset in the stomach cancer study; occupational carcinogens in the bladder cancer study; and grade and stage of cancer in the prostate cancer study). The EPIC cohort is very large, including 521,000 enrolled individuals, and has been followed for decades. Depending on the year of data analysis for the different publications, the numbers of cases accrued were relatively large, allowing greater chance for detection of statistically significant associations. Finally, all of the studies assessed dose-response relationships between NDMA or nitrite or nitrate and cancer risk.

There were several weaknesses. As with all nutrition studies, there is possibility of errors in individuals' reports of dietary intake as well as NDMA intake, which reflects nondifferential misclassification and drives the relative risk toward the null value.(Loh et al. 2011) However, there is high correlation between the food frequency questionnaire used by most of the EPIC cohort with the more time-intensive dietary data from 7-day diet diaries, which supports the reliability of diet data in EPIC.(Bingham et al. 2001) Of particular relevance to NDMA assessment, the mean meat and meat product intakes in the Bingham validation study were similar when measured by the food frequency questionnaire and by the 7-day food diary. Diet was assessed at only one timepoint in these studies which reduces accuracy of diet variables and biases the relative risk toward the null value. However,



CONFIDENTIAL INFORMATION

repeated measures of food frequency questionnaires show that data reflect at least 5 years of dietary intake. (Goldbohm et al. 1995)

Below is a description of how the EPIC studies addressed the key epidemiologic issues I considered as I evaluated studies' informativeness for the role of NDMA and cancer causation in humans. The EPIC cohort participating countries use common protocols, methodologies, data collection, questionnaire items, and validation studies. Some items were designed or modified for feasibility and validity by country.

Population studied

The EPIC study is a multi-center, prospective large-scale cohort study comprised of cohorts from 10 European countries. The EPIC cohort consists of 521,457 study participants (368,010 women and 153,447 men), aged 35–70 years, and recruited between 1992 and 1998.(Riboli et al. 2002) Since EPIC was designed to primarily study nutrition and cancer incidence and mortality, the recruitment of study participants was designed to obtain a broad range of dietary intake reflected across Europe.(Riboli 1992)

Exposure measurement

Usual diet was measured with detailed self-administered dietary history questionnaire with quantification of usual portion size based on food photographs in most participants, with some having more extensive diet interviews or completion of diet diaries. Nutrient intake was harmonized across countries and diet intake methods. Over the decades, validation studies have verified EPIC diet assessment.(Kaaks and Riboli 1997) NDMA was assessed in EPIC by matching food items with a food database of potential carcinogens.(Loh et al. 2011) The EPIC nutritional data, therefore, are the highest quality possible in observational epidemiologic research. Nevertheless, collection of dietary data is prone to error, which likely underestimates relative risks comparing exposure to disease incidence.(Paeratakul et al. 1998) The measurement of NDMA correlating nutrition databases and dietary questionnaire data makes several assumptions, such as size of portions and frequency of eating foods and beverages. The measurement also makes assumptions that all products of a food type have similar NDMA content, and that the content remains stable over time and does not change with transport or storage condition. Finally, the measurement does not take into account the amount of NDMA formed from nitrate or nitrite in the diet, nor does it account for intake of nutrients that can



CONFIDENTIAL INFORMATION

block formation of NDMA. All of these errors produce nonsystematic misclassification biases, which bias relative risks toward the null value.

Outcomes measurement

Cancer ascertainment and adjudication in EPIC was performed in different ways in different countries. Cancer incidence was determined by cancer registry linkage in seven countries (Denmark, Italy, Netherlands, Spain, Sweden, United Kingdom and Norway), while for others, a combination of health insurance records, cancer and pathology hospital registries and active follow-up was used (France, Germany and Greece).(Büchner et al. 2009) Mortality data (for cancers detected from cancer-specific deaths) were also collected from regional or national level registries. Cancer registries must meet standards for completeness of ascertainment of cancers, as well as correct classification for type of cancer.(Thompson et al. 2020; Teppo, Pukkala, and Lehtonen 1994) For the countries that do not have cancer registries for linkage, EPIC has established protocols for follow-up of participants and ascertainment of medical records.(Bergmann, Bussas, and Boeing 1999)The EPIC study website lists information about cancer ascertainment and adjudication: "A working group created in 1996 (End-Point Committee) prepared a detailed protocol for the collection and standardization of clinical and pathological data on each cancer site. In parallel, data on total and cause-specific mortality are collected at the EPIC study centres through mortality registries or active follow-up and death-record collection." (https://epic.iarc.fr/about/vitalstatus.php) (accessed 1/3/21)

Covariates – Confounders and Effect Modifiers

The EPIC study is well-characterized with data on health, nutrition, lifestyle, genes, and blood markers that are available to evaluate for potential confounding. Studies have adjusted for some or all of: age, sex, center, body mass index, smoking, and energy intake, alcohol intake, physical activity, education, menopausal status, vegetable intake, fruit intake, dietary nitrites. (Jakszyn et al. 2011; Loh et al. 2011; Jakszyn, Bingham, et al. 2006) EPIC, like all cohort studies, may not have every risk factor for the cancers investigated in EPIC with regards to NDMA to consider as confounders or effect modifiers. For example, the Loh et al. paper on multiple cancers does not include information on Barrett's' esophagus (esophageal cancer). However, this is a rare condition that is likely to affect only a small number of cases (2.5% in the UK Biobank)(Marley et al. 2021). The Jakszyn et al. paper on bladder cancer does address



CONFIDENTIAL INFORMATION

occupational exposures relevant to bladder cancer by assessing effect modification (high versus low risk occupations).(Jakszyn et al. 2011) Similarly, the Jakszyn et al paper on stomach cancer addressed H. pylori status as a potential effect modifier.(Jakszyn, Bingham, et al. 2006)

Sample Size

EPIC is a large cohort, with long-term follow-up. Furthermore, the relevant number for sample sizes is the number of cases. However, the Loh et al. study was limited to a UK cohort of EPIC. Accordingly, there were only 55 cases of esophageal cancer in the Loh et al. study, and only 64 stomach cancer cases, number too small to have power to detect statistically significant associations.(Loh et al. 2011) The Jakszyn et al. bladder cancer study with 1001 cases is large and likely well-powered.(Jakszyn et al. 2011) The Jakszyn et al. study, which included all EPIC participants, included 314 stomach cancer cases likely has too low power to detect statistically significant associations.(Jakszyn, Bingham, et al. 2006)

Study Conduct

The EPIC cohort is a collaborative effort among the 10 participating countries, and is coordinated by IARC and the Imperial College, London. Using cancer and mortality registries ensures almost 100% follow-up for cancer case ascertainment. Validation studies have been done for the cancer outcomes and for the dietary measurements.

Follow-up of participants was a mean 11.4 years for Loh et al., 8.7 years for the Jakszyn et al. bladder cancer study, and 6.6 years for the Jakszyn et al. stomach cancer study. While the mean 6.6 – 11.4 years' follow-up may not be long enough for some cancers' induction and latency periods, this follow-up is longer than many of the other epidemiologic studies reviewed in this report.

Data Analyses and Interpretation

Data analyses were appropriate. Adjustment for potential confounding factors was performed with multivariate regression analyses. In the Jakszyn et al. bladder cancer study, the interpretation of relative risks was not appropriate, as the abstract stated "no association" in spite of relative risks for bladder cancer of 1.14 in those in the highest quartile versus lowest quartile of NDMA intake. Similarly, the paper did not acknowledge the relative risk for bladder cancer of 1.24 in men in the highest versus lowest quartile of NDMA intake. Note that Loh et al. (Jakszyn was a co-author) described a relative risk



CONFIDENTIAL INFORMATION

of 1.14 for cancer risk in the highest versus lowest quartile of NDMA as a statistically significant association. Clearly, the difference in the analyses was the sample size – the relative risks were identical.

Dose-response

By performing modeling regression analyses and presenting relative risks per each standard deviation increase in NDMA, Loh et al. provided dose-response information. The Jaksyn et al bladder cancer and stomach cancer studies also analyzed data for dose-response relationships by categories of exposure and by continuous variables.

In summary, the EPIC studies provided high quality data on dietary NDMA exposure and cancer risk, included attention to dose-response relationships, and studied relatively long duration of NDMA exposure (since food frequency questionnaire reflect at least 5 years' exposure) and follow-up of up to a mean 11 years. Despite the challenges of measuring dietary NDMA intake, I considered these studies informative when evaluating NDMA causation in human cancers.

## Netherlands Cohort Study

Three studies have been published on dietary NDMA, nitrite, or nitrate exposure and risk of specific cancers using the Netherlands Cohort Study.(Keszei et al. 2013; Zeegers et al. 2006; van Loon et al. 1998) Begun in 1986, the Netherlands Cohort Study (NLCS) is a prospective cohort study originally designed to investigate associations between diet and cancer, that recruited 58,279 men and 62,573 women aged 55–69 years, randomly selected from population registries.(van den Brandt et al. 1990; Keszei et al. 2013) At baseline, participants completed a 150-item self-administered questionnaire on diet (which was validated against a 9-day food diary and found to have high correlation for foods and drinks containing nitrosamines. Also collected at baseline were potential confounding variables. Follow-up for cancer incidence was done through linkage to the Netherlands Cancer Registry, which includes more than 95% of cancers occurring in that country.

One study from this cohort investigated the association between NDMA intake and risks for esophageal and stomach cancers. A total of 261 cases of esophageal cancer and 663 cases of stomach cancer developed over a mean 14.3 years follow-up. The investigators also looked a histologic subtypes of both cancers. Cases were compared with a randomly selected sub-cohort of 4032 participants. In men, per



CONFIDENTIAL INFORMATION

each 0.1 micrograms/day (i.e., per 100 nanograms/day) increase in NDMA, the relative risk for esophageal squamous cell cancer was 1.15. Risk of esophageal squamous cell carcinoma in men increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.21 and 2.43. The p for trend was 0.01, supporting a dose-response effect. In women, per each 0.1 micrograms/day (100 nanograms/day) increase in NDMA, the relative risk was 1.34. Risk of esophageal squamous cell carcinoma in women increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 0.92 and 1.21. In men, the relative risk of noncardia stomach cancer per each 0.1 micrograms/day increase (e.g., 100 nanograms/day) in NDMA was 1.06. In men, the risk of noncardia stomach cancer increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.09 and 1.31, with a p for trend of 0.09.

The study by Zeegers et al. focused on bladder cancer in relation to nitrite and nitrate intake. Diet information was collected as above, with nitrite and nitrate content assigned from a nutrient database. water nitrate intake was estimated by linking residence to water company data. After a mean follow-up of 9.3 years, 889 cases of bladder cancer were identified. A sub-cohort of 4441 participants was selected as a comparison group. Increased nitrate from diet alone was not associated with increased risk for bladder cancer, although there was evidence of increased risk with combined food and water sources of nitrate. Compared to individuals in the lowest quintile of total nitrate intake (food and water), risk of bladder cancer was elevated, although risk did not increase with increasing level of intake (RR's for 2nd, 3rd, 4th, and 5th quintiles, respectively, were 1.26, 1.18, 1.17, and 1.09).

There are several strengths of the Netherlands cohort study. 1) The Netherlands Cohort Study was specifically designed to look at diet and cancer associations; 2) the study used high quality, validated dietary measurement methods and cancer ascertainment and adjudication; 3) there were a relatively large numbers of cases, which increased power to detect statistically significant associations; 4) the Keszei et al. investigators assessed the dose of NDMA that is associated with increased risk for stomach cancer; 5) estimations of dose-response effects were included. This is a key finding from Keszei et al.: that an estimated 250 nanograms per day (median for top tertile of intake in this cohort) of NDMA intake is associated with increased risk for types of esophageal and stomach cancers shows that doses lower than the actual NDMA levels measured in several ranitidine formulations, increases cancer risk. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed



CONFIDENTIAL INFORMATION

12/29/21); 6) the study, with well-characterized participants, adjusted for multiple potential confounders; 7) results were presented separately for men and women in the Keszei study; 8) the Keszei et al. study on stomach cancer included a relatively long follow-up compared with other cohort studies; 9) ) both water and food sources of nitrates were assessed in the van Loon et al. study.

Weaknesses included: 1) diet was assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value. However, previous research shows that food frequency questionnaires reflect at least 5 years of dietary intake; 2) investigators did not use data from the entire cohort, but instead chose a subset for comparison to cases. This does not affect the power of the study, but assumes that the random subcohort reflects the larger cohort; 3) NDMA intake was not estimated for the Zeegers et al. bladder cancer analysis or the earlier stomach cancer study by van Loon et al. (However, NDMA was included in the more recent study by Keszei which is an update of the stomach cancer analysis.

Below is a description of how the Netherlands Cohort studies addressed the key epidemiologic issues I considered as I evaluated studies' informativeness for the role of NDMA and cancer causation in humans.

Population studied

The Netherlands Cohort Study is a prospective cohort study begun in 1986. The study recruited 58,279 men and 62,573 women aged 55–69 years.(Keszei et al. 2013) Follow-up for cancer is through the Netherlands Cancer Registry, which has 95% complete cancer registration, and a nationwide network of pathology labs.

Exposure measurement

Usual diet was measured at study entry with a detailed self-administered food frequency questionnaire that has been validated with 9-day food records and with repeated measurements.(Goldbohm et al. 1995; Goldbohm et al. 1994) These validation studies show high correlation between nutrient estimates from the food frequency questionnaires and the more time intensive 3-day food record method. The repeated measures show high correlation of nutrients over time, which supports stability in the study's nutrition measurement.



CONFIDENTIAL INFORMATION

The Netherlands Cohort Study nutritional data, therefore, are the highest quality possible in large-scale observational epidemiologic research. Nevertheless, collection of dietary data is prone to error, which likely underestimates relative risks comparing exposure to disease incidence.(Paeratakul et al. 1998) The measurement of NDMA correlating nutrition databases and dietary questionnaire data makes several assumptions, such as size of portions and frequency of eating foods and beverages. The measurement also makes assumptions that all products of a food type have similar NDMA content, and that the content remains stable over time and does not change with transport or storage condition. Finally, the measurement does not take into account the amount of NDMA formed from nitrate or nitrite in the diet, nor does it account for intake of nutrients that can block formation of NDMA. All of these errors produce nonsystematic misclassification biases, which bias relative risks toward the null value.

Outcomes measurement

Cancer ascertainment and adjudication in the Netherlands Cohort Study is through the Netherlands Cancer Registry and the Nationwide Network and Registry of Histo- and Cytopathology in the Netherlands. Mortality data (for cancers detected from cancer-specific deaths) were also collected from regional or national level registries. Cancer registries must meet standards for completeness of ascertainment of cancers, as well as correct classification for type of cancer.(Thompson et al. 2020; Teppo, Pukkala, and Lehtonen 1994) The Netherlands cancer registry reportedly has a 95% capture rate for Netherlands residents, and covers all but emigrants.

Covariates – Confounders and Effect Modifiers

The Netherlands Cohort Study is well-characterized with data on health, nutrition, and lifestyle, that are available to evaluate for potential confounding. The following were available from the baseline questionnaire and were assessed as potential confounders: education, smoking, total energy intake, body mass index, nonoccupational physical activity, beer, alcohol, vegetable, and fruit consumption, long-term (.0.5 y) use of non-steroidal anti-inflammatory drugs and lower esophageal sphincter–relaxing medications, history of esophageal or gastric cancer in the family (Keszei et al paper), nitrite/nitrate in food/water (van Loon et al. and Zeeger et al. papers).



CONFIDENTIAL INFORMATION

Sample Size

With 120,852 participants followed for a mean 16.3 years, the Netherlands Cohort Study is a large cohort, with long-term follow-up. Furthermore, the relevant number for sample sizes is the number of cases. The study by Keszei et al. analyzed the stomach cancer data as a case-cohort analysis, where 924 cases were compared with a randomly selected subcohort of 4032 individuals (with an average follow-up of 14.3 y in the subcohort). This sample size of cases and comparators was large. However, when the investigators subdivided cases into types of stomach and esophageal cancer, and by sex, the numbers in some groups were likely too small to detect statistically significant associations. For the bladder cancer analysis, after a mean 9.3 years' follow-up, a total of 889 bladder cancer cases were identified. For the earlier stomach cancer analysis, after a mean 6.3 years' follow-up, a total of 282 stomach cancer cases were identified.(van Loon et al. 1998)

Study Conduct

Since the cohort is set within Netherlands, and links for outcomes to the registry that covers the entire population, the cohort is not followed directly. Instead, a subsample of 5000 study participants is followed each year. After a mean 16.3 years' follow-up of that subsample, only 1 individual was lost to follow-up, which indicates that the population as a whole is stable enough that cancers will be ascertained in full.

Follow-up of participants for identification of cases was a mean 16.3 years at the time of data set up for the Keszei et al. analys3s. While the mean 16.3 years' follow-up may not be long enough for some cancers' induction and latency periods, this follow-up is longer than most of the other epidemiologic studies reviewed in this report.

Data Analyses and Interpretation

Data analyses were appropriate. Adjustment for potential confounding factors was performed with multivariate regression analyses. For the most part, the interpretation of relative risks was appropriate. However, the Keszei et al. authors state that there were no convincing associations for women. Yet, there was clearly a positive association between increasing NDMA intake and esophageal squamous cell carcinoma risk in women, with a p value for trend of 0.01, supporting an increased risk for some cancers in women. The Zeegers et al. paper interpreted relative risks of 1.06 – 1.09 for those with the highest



CONFIDENTIAL INFORMATION

versus lowest intakes of nitrate as "no association." The van Loon paper on gastric cancer failed to state that the relative risk of 1.44 for those in the highest versus lowest of dietary nitrite represents an increased risk for stomach cancer.

Dose-response

The Keszei et al esophageal and stomach cancer studies analyzed data for dose-response relationships by categories of exposure and by continuous variables. The other studies also broke down exposure levels into 4-5 categories of nitrite or nitrate intake, so that dose-response could be assessed.

In summary, the Netherland Cohort Study had high quality data on dietary NDMA exposure and cancer risk, included assessment of dose-response relationships, and had a relatively long duration of NDMA exposure (since food frequency questionnaire reflect at least 5 years' exposure) and follow-up of a mean over 16 years. Therefore, I considered the study to be highly informative for my causal analyses.

## Finnish Cohort Study

In a Finnish cohort of 9985 individuals, investigators examined the relationship between NDMA intake in the diet and risk of stomach cancer.(Knekt et al. 1999) Participants underwent a dietary history interview. Separate tests of reproducibility of the diet interview show poor long-term reproducibility (over 4-7 years). All baseline diet data were collected 1966-72 and participants were followed from 1967-1990; therefore, follow-up was 18 – 24 years, during which time 68 cases of stomach cancer, 48 cases of head and neck cancer, and 73 cases of colorectal cancer had occurred. Comparing highest versus lowest quartile of NDMA intake, the relative risks for head and neck, stomach, and colorectal cancers was 1.37, 0.56, and 2.12, respectively. There was no evidence of a dose-response effect. Strengths of the study were: 1) assessment of NDMA as well as nitrite and nitrate; 2) assessment of dose-response; 3) identification of cases through the Finnish cancer registry, which has almost 100% complete registration of cancers.(Teppo, Pukkala, and Lehtonen 1994) Weaknesses included: 1) very small number of cases, which lowers the likelihood of observing a statistically significant association; 2) diet ascertained at only one timepoint, which increases error and the likelihood of biasing the relative risk to the null value.



CONFIDENTIAL INFORMATION

Population studied

The cohort study was part of a Finnish mobile health screening study conducted in several areas of Finland from 1996-1972.

Exposure measurement

Usual diet was measured with a detailed dietary history interview at study entry. The study tested the reproducibility of the diet data, both short-term and long-term. As described in the paper, "The short-term reproducibility of the daily consumption of nitrates, nitrites and NDMA was estimated from dietary interviews repeated 4 to 8 months apart. The intraclass correlation coefficients for reproducibility were 0.48 for nitrates, 0.73 for nitrites and 0.53 for NDMA. The corresponding figures for long-term reproducibility, during a period of 4 to 7 years, were 0.36, 0.25 and 0.26. The short-term and long-term reproducibilities for smoked and salted fish were 0.63 and 0.36, respectively, and for cured meats 0.43 and 0.15, respectively." These data show good reproducibility of diet data, but lower reproducibility for long-term for NDMA.

Collection of dietary data is prone to error, which likely underestimates relative risks comparing exposure to disease incidence.(Paeratakul et al. 1998) The measurement of NDMA correlating nutrition databases and dietary data makes several assumptions, such as size of portions and frequency of eating foods and beverages. The measurement also makes assumptions that all products of a food type have similar NDMA content, and that the content remains stable over time and does not change with transport or storage condition. Finally, the measurement does not take into account the amount of NDMA formed from nitrate or nitrite in the diet, nor does it account for intake of nutrients that can block formation of NDMA. All of these errors produce nonsystematic misclassification biases, which bias relative risks toward the null value.

Outcomes measurement

Cancer cases were ascertained through the nationwide Finnish Cancer Registry, with 96% complete reporting for solid tumors such as the ones for this study. (Teppo, Pukkala, and Lehtonen 1994; Leinonen et al. 2017)



CONFIDENTIAL INFORMATION

Covariates – Confounders and Effect Modifiers

Potential confounding variables were ascertained at study interview, and adjusted for in analyses including sex, age, municipality, smoking and energy intake.

Sample Size

Even with up to 24 years' follow-up, the study only was large enough to produce a total of 189 cases among the three types, and for each individual type of cancer was too small to have power to detect statistically significant relationships.

Study Conduct

The cohort was followed from entry (1966-72) to as late as 1990, and therefore had a range of 18 - 24 years' follow-up. This is one of the longer follow-up periods available from any of the NDMA exposure-cancer risk studies, and has higher likelihood of having a sufficient time from first exposure to account for cancer latency periods.

Since the cancer ascertainment was through the nationwide Finnish registry, only individuals who emigrated before their cancer diagnosis would be missed. However, the cohort was relatively young (72% were under age 50 at study entry), which would explain the relative low number of cancer cases occurring during follow-up.

Data Analyses and Interpretation

Data analyses were appropriate. Adjustment for potential confounding factors was performed with multivariate regression analyses.

Dose-response

By performing modeling regression analyses and presenting relative risks per each standard deviation increase in NDMA, Loh et al. provided dose-response information. The Jaksyn et al bladder cancer and stomach cancer studies also analyzed data for dose-response relationships by categories of exposure and by continuous variables.



CONFIDENTIAL INFORMATION

In summary, the Finnish study of multiple cancers provided high quality data on dietary NDMA exposure and cancer risk, included attention to dose-response relationships, and studied relatively long duration of NDMA exposure due to the good reproducibility of diet data, and long enough follow-up for accounting for cancer latency. Despite the challenges of measuring dietary NDMA intake, I considered this study informative when evaluating NDMA causation in human cancers.



CONFIDENTIAL INFORMATION

# Evidence for Ranitidine and Other NDMA Exposures and Risk for Specific Cancers

## Bladder Cancer

An estimated 83,730 Americans will develop bladder cancer in 2021, and approximately three-fourths of these cases will be in men.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of bladder cancer in the U.S. was 19.9/100,000 individuals/year (34.6/100,000/year in men and 8.6/100,000/year in women. (https://cancerstatisticscenter.cancer.org/?_ga=2.111336193.40971355.1620767384-325020077.1620767384#!/ (accessed 5/11/21) Since bladder cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of bladder cancer in exposed vs unexposed individuals.

### Ranitidine

Using data from the nationwide Danish Prescription Registry, Norgaard et al. identified a sub cohort of 31,393 individuals with at least two ranitidine prescriptions and two “active comparator” cohorts who had at least two prescriptions H2 blockers (N=65,384) or protein pump inhibitors (N=509,849) through 2008, to determine associations with bladder cancer.(Nørgaard et al. 2021) The 3 cohorts were followed through 2018 for incidences of bladder cancer. The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The



CONFIDENTIAL INFORMATION

database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. During a median 14 year follow-up, 270 bladder cancers were identified in ranitidine users. During a median 15 year follow-up of other H2 blocker users, 424 bladder cancers occurred, and during a median 11 year follow-up of PPI users, a total of 3590 bladder cancers occurred. After a median 14 year follow-up, the crude risk of developing bladder cancer was increased by 33% in ranitidine users vs other H2 blocker medications (RR 1.33, 95% CI 1.15-1.55) When data were inverse probability of treatment weighted, the risk of developing bladder cancer was increased by 11% in ranitidine users vs other H2 blocker medications (RR 1.11, 95% CI 0.95-1.29). Compared with PPI users, risk of bladder cancer associated with ranitidine use was increased by 24% (RR 1.24, 95% CI 1.04-1.48). Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) linkage to a population cancer registry; 3) attention to likely cross-over from one medication to another by censoring individuals when this occurred; 4) relatively large number of cases. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in either under- or over-statement of use, a nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose-response was not assessed; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in understatement of use of ranitidine, a type of nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer.(McDowell et al. 2021b). Selection of users of H2 blockers as comparators is also problematic, since there was a differential percent of prescription versus over-the-counter use in ranitidine users versus other users. This introduces misclassification that can bias toward or away from



CONFIDENTIAL INFORMATION

the null value. In addition, use of any of the comparator drugs was problematic because indication for prescription was not presented and adjusted for.

Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) Out of 600,321 individuals, a total of 265 cases of bladder cancer occurred over a median 2.4 year follow-up. While the authors did not present adjusted relative risks for bladder cancer, they provided numbers of cases within ranitidine/nizatidine users and within other H2 blocker users. A crude calculation produced a relative risk of 1.11 for bladder cancer in ranitidine/nizatidine vs. other H2 blockers. Dose-response was not assessed. Strengths of this study were: 1) large medical claims database that represents 3% of the Japanese population; 2) records available for diagnoses and dispensed medications. Weaknesses were: 1) the study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine, by combining the two the study significantly lowered the relative risk toward the null value; 2) adjusted relative risks for bladder cancer were not presented. The crude relative risk, therefore, could represent a biased estimate; 3) the short follow-up period (median 2.4 years) was not sufficient time for cancers to develop after exposure. Most of these weaknesses will cause bias of the relative risk toward the null value.

Cardwell et al. published results of a nested case-control study set within the Primary Care Clinical Informatics Unit Research database in Scotland.(Cardwell et al. 2021) A total of 3260 cases of bladder cancer were diagnosed between 1999 and 2011, and were matched (age, gender, physician, and database) to a total of 14,037 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. Risk of bladder cancer was increased 22% in ranitidine users compared with nonusers (OR= 1.22 95% CI 1.06, 1.40). The association was stronger with use for over 3 years of ranitidine (OR=1.43 95% CI 1.05,1.94), which supports a dose-response effect. There was a strong dose-response relationship. When use was categorized by daily defined dose (quantity of tablets and dose), those with 1-182, 182-365, 365-1095, and > 1095, had relative risks for bladder cancer compared with nonusers of 1.18, 1.24, 1.17, and 1.43, respectively. The p for trend was 0.004. Strengths of the study included: 1) documented prescriptions for ranitidine in a nationally-representative database covering 15% of the Scottish population; 2) high coverage of cancer cases; 3) nine years of exposure



CONFIDENTIAL INFORMATION

collected; 4) analysis of dose-response; 5) no risk of recall bias because medication data was obtained independent from case or control status. Weaknesses:1) the study did not ascertain over-the-counter use of ranitidine, which had been licensed for over-the-counter purchase in the UK in 1995; 2) no information on patient adherence to prescribed medications. These weaknesses may bias the relative risk estimate to the null value, that is, the true relative risk is likely to be greater than 1.22.

In an analysis of the Health Professionals Follow-up Study cohort, 414 male cases of bladder cancer developed during follow-up of up to 14 years.(Michaud et al. 2004) Cases of bladder cancer were determined by medical record and pathology report reviews. Study participants were asked in 1986 if they were currently taking cimetidine or ranitidine, but were not asked to specify which or to provide dose or duration of use. Cases were compared with non-cases (~ 51,000 men) for use of H2 blockers (cimetidine or ranitidine) for gastric or duodenal ulcer. The risk of bladder cancer was increased by 58% (RR 1.58, 95% CI 0.93-2.69) in men who had used cimetidine or ranitidine. The strengths of this study were that: 1) The participants were health professionals, and therefore were likely to accurately report use/nonuse of ranitidine or cimetidine; 2) The men were asked directly about actual use of ranitidine or cimetidine; 3) The participants were well-characterized, and therefore the analyses could be adjusted for potential confounding factors; 4) High quality ascertainment and adjudication of cancer cases and low loss to follow-up. There were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline (1986). Since there was no history of use determined, and no updates during follow-up beyond the one query of (other than in 1988 for the small subset of those reporting GI ulcers), the use of these H2 blockers was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for only 14 years. The men were about a mean age 55 at study entry. Since the average age at diagnosis of bladder cancer is between ages 70-83(Lenis et al. 2020), the amount of follow-up is insufficient to determine all cases of bladder cancer occurrence; 3) The men were asked simply if they currently used ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) The question on ranitidine/cimetidine use did not distinguish between these two drugs, and therefore the numbers of men actually using ranitidine is unknown, and the association of ranitidine use with bladder cancer is underestimated.

In summary, while the Health Professionals Study is a well-designed and conducted cohort with excellent follow-up, and participants are well-characterized, the study did not differentiate between use



CONFIDENTIAL INFORMATION

of cimetidine or ranitidine. Therefore, this study is not informative on the relationship between ranitidine use and bladder cancer risk, and therefore it did not weigh in my causal analysis of ranitidine and bladder cancer.

A prospective study of patients in the Northern California Kaiser Permanente identified men and women who were prescribed or dispensed ranitidine (N=922), cimetidine (N=4125), or neither (N= 49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Seven cases of kidney or bladder cancers occurred. Compared with persons not prescribed either cimetidine or ranitidine, the risk of kidney or bladder cancer was increased by 57% (RR 1.56, 95% CI 074-3.3). The strengths of this study were that: 1) The data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) Participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure; 3) The participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) The researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) High quality ascertainment and adjudication of cancer cases. There were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) Only 7 cases of bladder/kidney cancer occurred (number of bladder cases alone not provided); 5) number of bladder cases in those not taking either ranitidine or cimetidine not provided.

In summary, while the study was a well-designed and conducted cohort with excellent follow-up, and participants are well-characterized, with high quality method of cancer ascertainment, the study combined bladder cancers with kidney cancers, with only 7 cases in total. Therefore, this study is not



CONFIDENTIAL INFORMATION

informative on the relationship between ranitidine use and bladder cancer risk, and therefore it did not weigh in my causal analysis of ranitidine and bladder cancer.

An analysis of data from the UK Biobank of 459,204 individuals was conducted to determine the associations between ranitidine use and cancer risk. At cohort entry (2006-2010), regular ranitidine use (yes/no) for most days of the week for the previous 4 weeks was determined. Only 1.9% of the cohort reporting ranitidine use. Use of omeprazole was also ascertained, and used as a comparator. At total of 554 cases of bladder cancer occurred over a median 6.7 years of follow-up. Risk of bladder cancer development was increased by 22% in ranitidine users compared with non-users (RR 1.22, 95% CI 0.74-2.01). Ranitidine was also associated with increased bladder cancer when compared with omeprazole users (as a comparator for indication) (RR 1.30, 95% CI 0.69-2.46). The strengths of this study were that: 1) The association of ranitidine with cancer risk was tested both against the general cohort participants and against omeprazole users. Testing against omeprazole users reduces the effect of medical indication for taking the drug from consideration. 2) The UK Biobank is well-characterized and therefore had data on potential confounding variables; 4) High quality ascertainment and adjudication of cancer cases through registry linkages; 5) The study had a relatively large number of cases of bladder cancer, giving it larger power to detect associations. There were several weaknesses: 1) Ranitidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of ranitidine was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for a mean 6.7 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse (on most days of the week over a 4-week period) of ranitidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis.

South Korean researchers conducted a cohort study of ranitidine and famotidine users (at least one year of use, cumulative dose of 10,800 mg for ranitidine and 14,400 mg for famotidine, between 2009-11, identified through Health Insurance Review and Assessment databases.(Yoon et al. 2021) The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users as a comparator group, matched by sex, age, presence of diabetes mellitus, and duration of H2 blocker use. No nonusers of H2 blockers were included. After follow-up through 2018, 139 cases of bladder cancer occurred. Risk of bladder cancer occurrence was increased in ranitidine users vs. famotidine users (RR 1.41, 95% CI 0.88- 2.24). The strengths of the study were: 1) It was a very large database of ranitidine



CONFIDENTIAL INFORMATION

users; 2) comparison to another H2 blocker removed the potential confounding effect of medical indication for use of an H2 blocker; 3) linkage to medical datasets for cancer determination. The weakness of the study included: 1) there was a very short time period for ascertainment of ranitidine, and a very short time period between exposure ascertainment and years of diagnosis, leaving insufficient time for cancers to occur; 2) There was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure. Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error fall under the category of nondifferential misclassification, and would be expected to bias the relative risk toward the null; 3) There were no data on risk by dose or duration of use for individual cancers, and therefore no dose-response relationship was ascertained for bladder cancer; 4) The number of bladder cases (139) was small, which would reduce study power to detect relationships. Furthermore, it is not clear why the researchers selected only subsets of ranitidine and famotidine users. By doing so, they reduced the number of cases included, thereby reducing power to detect associations; 5) Famotidine use as a comparator could introduce bias if the population of users was different than users of ranitidine. The authors did not address this, nor did they provide data on why some patients used ranitidine versus famotidine.

## Occupational Studies

### Rubber Manufacturing

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) Risk of bladder cancer mortality was 30% higher in highly exposed men compared to men with low levels of exposure (RR 1.3, 95% CI 0.4-5.0). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures were measured in air, and it is not clear how much individual men inhaled or ingested the NDMA; 3) the study was relatively small (21 bladder cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.



CONFIDENTIAL INFORMATION

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 417 deaths from bladder cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of bladder cancer (RR 1.57, 2.45, and 2.82, respectively). The p-value for trend was less than 0.01 which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible; 2) there were a relatively large number of bladder cancer deaths compared with most occupational cohort studies. Weaknesses were: 1) not all bladder cancers cause death (77% 5-year survival rate https://www.cancer.net/cancer-types/bladder-cancer/statistics) (accessed 10/24/21), and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of bladder cancer cases; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

In a small case-control study in France (116 cases, 232 controls), risk of bladder cancer was markedly increased in persons occupationally exposed to nitrates (RR 8.2, 95% CI 0.9-77), as well as exposures that may include nitrates such as natural rubber (RR 5.71, 95% CI 0.6-52) and cutting fluids (RR 2.56, 95% CI 1.2-5.4).(Hours et al. 1994) The strengths of this study were that: 1) the study focused on bladder cancer; 2) several occupations were assessed in one study; 3) health and lifestyle data were available for adjustment for confounders; 4) women were included. The main weaknesses were: 1 the small size which reduced chance of finding statistically significant results; 2) Potential for recall bias, which could bias the relative risk upward.

## Nitrate Fertilizer Workers

Several small cohorts of individuals occupationally exposed to nitrate fertilizer have been published. Nitrate is degraded to nitrosamines, the majority of which are NDMA, and therefore these studies are



CONFIDENTIAL INFORMATION

pertinent to the study of NDMA and cancer risk.(Tricker and Preussmann 1991; Wolff and Wasserman 1972; Fandrem et al. 1993)

Swedish investigators followed for up to 22 years a cohort of 2,131 men who had worked in nitrate fertilizer manufacturing, and compared the number of cases of cancer to that in the general population from the same geographic area.(Hagmar et al. 1991) No excess of bladder cancer was seen. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 7 cases of bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A cohort of 1756 Norwegian male nitrate fertilizer workers was followed from 1953 through 1992, and observed numbers of cancers were compared with expected numbers from the local population.(Zandjani et al. 1994) Comparing observed to expected, a 21 percent higher risk of bladder cancer was seen (standardized incidence ratio [SIR] = 121 (95% confidence interval 71-194). Strength of this study was the relatively long follow-up. The main drawback was that the small study produced only 17 cases of bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Another cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). No excess risk of bladder cancer in this cohort was found. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 13 cases of bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Risk of bladder cancer mortality was not elevated compared with general population rates. Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4) the relatively long follow-up. The main drawbacks were that: 1) the study only looked at mortality; 2) there



CONFIDENTIAL INFORMATION

were only 2 deaths from bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

## Dietary NDMA Exposure

Jakszyn reported on an analysis from a large cohort study on risk of bladder cancer associated with intake of NDMA and other nitrosamines.(Jakszyn et al. 2011) The cohort consisted of 481,419 individuals from 10 European countries. Diet was assessed with country-specific diet questionnaires. Participants were followed for an average 8.7 years during which 1001 cases of bladder cancer occurred. Individuals were classified into quartiles (4 categories) of NDMA intake. Compared with those in the lowest category, those in quartiles 2, 3, and 4 had relative risks for bladder cancer of 1.14, 1.07, and 1.12. There were some study participants among whom the risk was higher, however. In men, compared with those in the lowest category, those in quartiles 2, 3, and 4 had relative risks for bladder cancer of 1.23, 1.23, and 1.24. Study participants with low carcinogen-occupational history had relative risks for bladder cancer associated with increasing dietary NDMA intake quartiles 2, 3, and 4 of 1.1.9, 1.45, and 1.39, respectively, with p trend of 0.11) Strengths of the study include: 1) relatively large number of cases; 2) dose-response assessment; 3) adjustment for multiple potential confounders. Weaknesses include: 1) the follow-up (mean 8.7 years) is likely not sufficient for most cancers to develop 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

## Dietary Nitrate, Nitrite, or Combined Nitrosamines

In 2020, a New England case-control study that included 1037 bladder cancer cases and 1225 population controls published data on the association between intake of nitrate and nitrite from dietary sources and risk for bladder cancer.(Barry et al. 2020) The authors found a 40% increased risk for bladder cancer in individuals whose intake of dietary nitrate from processed meat was in the highest versus lowest quintile of intake (OR 1.4, 95% CI 1.0-2.0, p trend = 0.04) and a 50% increased risk in those with highest vs lowest level of nitrite intake (OR 1.5, 95% CI 1.0-2.1, p trend = 0.04). The strengths of this study were: 1) there were a large number of cases and control, giving it power to accurately ascertained risk associated with nitrate and nitrite ingestion; 2) the study collected data on both dietary and water sources of nitrate and nitrite; 3) the study was population-based; 4) results were adjusted for



CONFIDENTIAL INFORMATION

confounders including vitamin C intake (which can counteract the conversion of nitrites/nitrates to NDMA). Weaknesses were that1) NDMA exposure was not estimated; 2) Potential for recall bias, which could bias the relative risk upward.

In a study from the Iowa Women's Health Study of 34,708 postmenopausal women, dietary nitrate and nitrite intake was estimated from a food frequency questionnaire. Vitamin C intake was also estimated.(Jones et al. 2016) A total of 258 cases of bladder occurred over a mean 21 year follow-up. Dietary nitrate and nitrite intakes were each classified into 4 quartiles. Risk of bladder cancer did not increase with increasing dietary nitrate intake. Women who consumed at least .86 mg/day of nitrite had an increased risk for bladder cancer, and the continuous measure showed a 59% increased risk with each one-unit natural log increase in intake (hazard ratio 1.59, 95% CI 0.89-2.84). The strengths of this study were: 1) Inclusion of both water and diet estimates of nitrates and nitrites; 2) long follow-up; 3) available data for multivariate adjustment for confounders; 4) adjustment for vitamin C intake. Weaknesses: 1) relatively small numbers of cases, which reduced study power and therefore widened the confidence interval; 2) NDMA exposure was not estimated.

Investigators in Los Angeles looked at associations between dietary N-nitroso compounds and bladder cancer risk in 1660 cases and 1586 population-based controls.(Catsburg et al. 2014) Estimated mg/day intake of nitrates, nitrites, and combined nitrosamines were calculated. Increasing average daily intake of nitrate, nitrite, or nitrosamines were not associated with increased bladder cancer risk, with multivariate adjustment including vitamin C. However, high nitrate intake (>= 103 mg/day) plus high levels of heme intake from processed meats increased bladder cancer risk (compared with the bottom quintile, the relative risks for quintiles 2, 3, 4, and 5 were 1.40, 1.24, 1.33, and 1.76, respectively; p-value for interaction for these two variables was 0.01). Compared with those with the lowest levels of nitrate and heme, those who had the highest level of nitrate and heme had a 76% increased risk of bladder cancer (RR 1.76, 95% CI 1.21-2.55). Strengths of this study included a large sample size, the population-based sample, and multivariate adjustment for confounding variables. Limitations were that: 1) NDMA was not specifically estimated, but nitrosamines were (in most studies, NDMA accounts for most nitrosamines); 2) the diet questionnaire was not comprehensive, included only 40 food groups, and did not ask about portion size. Therefore, the dietary variables likely underestimated intake of nitrates, nitrites, and nitrosamines.



CONFIDENTIAL INFORMATION

A meta-analysis summarized data from studies that had been published through April 2016.(Xie et al. 2016) It included a total of 6 studies with data on dietary nitrate exposure and 4 studies with data on dietary nitrite exposure. The relative risk of bladder cancer for highest vs lowest intake of dietary nitrate was 0.93 (95% CI 0.72-1.06). Risk of bladder cancer in the highest vs lowest category of dietary nitrite was increased by 11 % (95% CI 0.97-1.28). The main strength of this study was that as a meta-analysis, it summarized data from multiple studies representing thousands of cases of cancer. Weaknesses included: 1) The main comparison was for "highest" vs "lowest" level of nitrite or nitrate intake. The classifications of highest and lowest differed across studies, and therefore the resulting relative risks are imprecise; 2) The number of studies available for dose-response analyses was small, and data were not shown; 3) Meta-analyses were not performed for associations between NDMA and cancer risk.

Investigators from the National Institutes of Health studied the associations between meat sources of nitrite and nitrate and risk for bladder cancer in the American Association of Retired Persons cohort study.(Ferrucci et al. 2010) After an average (mean) 7 years of follow-up of 300,933 men and women, 854 cases of bladder cancer occurred. Risk of bladder cancer did not increase with increasing nitrate intake. Risk of bladder cancer, however, did increase with increasing intake of nitrates. Compared with individuals in the lowest quintile of nitrate intake, those in the highest group had a 28% increased risk (HR 1.28, 95% CI 1.02-1.61). The p value for trend was 0.06. A similar finding was seen for nitrates from processed meat, and also for the combined exposure to both nitrate and nitrite from processed meat. Effects of nitrates and nitrites on bladder cancer did not differ in men and women. Strengths of this study were: 1) relatively large numbers of cases, which provided greater power; 2) assessment of effects of other dietary variables including vitamin C and water sources of nitrites/nitrates; and 3) assessment in both men and women. Weaknesses were: 1) The study did not estimate associations between NDMA in diet and cancer risk.

Researchers from the Netherlands investigated the association between nitrate intake from water and diet and bladder cancer risk in a cohort study of 120,852 men and women.(Zeegers et al. 2006) Diet intake was measured with a food frequency questionnaire, and water nitrate intake was estimated by linking residence to water company data. After a mean follow-up of 9.3 years, 889 cases of bladder cancer were identified. A sub-cohort of 4441 participants was selected as a comparison group. Increased nitrate from diet alone was not associated with increased risk for bladder cancer, although there was evidence of increased risk with combined food and water sources of nitrate. Compared to individuals in



CONFIDENTIAL INFORMATION

the lowest quintile of total nitrate intake (food and water), risk of bladder cancer was elevated, although risk did not increase with increasing level of intake (RR's for 2nd, 3rd, 4th, and 5th quintiles, respectively, were 1.26, 1.18, 1.17, and 1.09). Results were not affected by vitamin C intake. Strengths: 1) Both water and food sources of nitrates assessed; 2) record linkage to the Netherlands cancer registry for identification of cases; 3) adjustment for multiple potential confounders including diet, vitamins, and smoking. Weaknesses: 1) investigators did not use data from the entire cohort, but instead chose a subset for comparison to cases; 2) NDMA intake was not estimated.

In a population-based case-control study in Iowan men and women, public water supplies and dietary intake of nitrate was assessed as risk factors for bladder cancer.(Ward et al. 2003) A total of 1118 cases and 1886 controls were included. Diet was assessed via a 55-item food frequency questionnaire. The study found no increased risk for bladder cancer with increased dietary nitrate levels, in either men or women. However, there was an indication of increasing bladder cancer risk with increasing nitrite intake in the diet in men. Strengths of the study were: 1) The relatively large number of cases; 2) estimation of nitrate exposure from water and food, as well as vitamin C; 3) analyses in women separate from men. Weaknesses included: 1) an abridged food frequency questionnaire which may have excluded some foods high in nitrates; 2) Potential for recall bias, which could bias the relative risk upward; 3) NDMA intake was not estimated.

In a 1996 publication, researchers presented data from a population-based case-control study of bladder cancer and exposure to nitrites and nitrosamines in individuals of Japanese and Caucasian ancestry in Hawaii. (Wilkens et al. 1996) A total of 195 men and 66 women with bladder cancer were included. Diet intake was measured via a structured interview focused on foods high in nitrates or nitrosamines. Among men of Japanese descent, those in the highest tertile of intake of nitrites had double the risk of bladder cancer compared with men in the lowest tertile (OR 2.0, 95% CI 1.0-4.0, p trend = 0.05). In this same group, those in the highest tertile of nitrosamine intake had triple the risk of developing bladder cancer compared with those in the lowest tertile for intake (OR 3.0, 95% CI 1.4-6.4, p trend =0.01). In Japanese women, risk of bladder cancer was almost two times higher in the highest tertile of exposure to nitrosamines (OR 1.9, 95% CI 0.6-5.8, p=0.25). No association between intake of nitrates or nitrosamines was see in those of Caucasian descent. Strengths of the study were: 1) separate analyses of individuals by Japanese vs Caucasian descent; 2) analyses adjusted for multiple potential confounders; 3) dose-response relationship assessed. Weaknesses included: the relatively small number



CONFIDENTIAL INFORMATION

of cases (The very small number of cases in women likely explains the lack of statistical significance with nitrosamine intake, in spite of an elevated relative risk (1.9 for top tertile of intake); 2) Potential for recall bias, which could bias the relative risk upward; 3) NDMA intake was not estimated.

## Water Sources of Nitrate and Nitrite Exposure

In 2020, a New England case-control study that included 1037 bladder cancer cases and 1225 population controls published data on the association between intake of nitrate and nitrite from drinking water sources and risk for bladder cancer.(Barry et al. 2020) The study included detailed estimates of nitrate from residential and work site water sources, and multiplied that by average daily water intake as reported by study patients and controls. The authors found a 40%-50% increased risk for bladder cancer in individuals whose average daily intake of nitrate from water was 1.29 mg/day or greater, compared with 30 mg/day or less (OR 1.5, 95% CI 1.1-1.9 for 1.29-4.59 mg/day; OR 1.4 (95% CI 0.89-2.2) for more than 4.59 mg/day, p trend = 0.06, suggesting a threshold effect). The study collected data on both dietary and water sources of nitrate and nitrite. An analysis of nitrate exposure from both diet (processed red meat) and water showed a striking increase with both high levels of processed red meat and high levels of water nitrate (OR 3.5, 95% CI 1.8-6.9, for 6.5 g/day or more of processed meat and more than 2.07 mg/L in drinking water, p interaction 0.07). This study gives strong support for a dose-response effect of ingested nitrates (which are converted to NDMA in the body) and risk for bladder cancer. Strengths of this study were: 1) there were a large number of cases and controls, giving it power to accurately ascertained risk associated with nitrate and nitrite ingestion; 2) nitrate intake from both water and food was estimated; 3) the study was population-based; 4) results were adjusted for confounders including vitamin C intake (which can counteract the conversion of nitrites/nitrates to NDMA). Weaknesses were: 1) NDMA exposure was not estimated; 2) Potential for recall bias, which could bias the relative risk upward.

A 2020 publication detailed a meta-analysis of water sources of nitrate and risk for several cancers including bladder.(Essien et al. 2020) Eight epidemiologic studies were included in the meta-analysis of nitrate and bladder cancer risk. Comparing highest versus lowest levels of water nitrate, the relative risk for bladder cancer was 0.94 (95% CI 0.70-1.17). Combing all nitrate levels above the lowest level did not show any association with bladder cancer risk. Strengths of the study were: 1) a meta-analysis can provide a good summary of results from several studies. Weaknesses: 1) the included studies used



CONFIDENTIAL INFORMATION

different cut-points for nitrate levels, and therefore "highest" and "lowest" categories were imprecise; 2) Although several of the studies had collected diet information on individuals, this meta-analysis did not include data on dietary sources of nitrate/nitrite/NDMA. Therefore, there is likely error in classification of individuals' exposure to NDMA and its precursor nitrate/nitrite levels.

In a study from the Iowa Women's Health Study of 34,708 postmenopausal women, nitrate in water was estimated from public drinking water sources, and vitamin C intake was estimated from food frequency questionnaires.(Jones et al. 2016) A total of 258 cases of bladder occurred over a mean 21 years follow-up. Water nitrate was classified into 4 quartiles. Those in the highest quartile had a 48% increased risk of developing bladder cancer compared with those in the lowest quartile (HR 1.48, 95% CI 0.92-2.40, p trend = 0.11). Risk increased with increasing duration of water nitrate above 5 mg/L. Compared with no exposure, those with less than 4 years of exposure to high nitrate had a 5% increased risk for bladder cancer, while those with 4 or more years of exposure of at least one half the maximum contaminant level had a 62% increased risk (HR 1.62, 95% CI 1.06-2.47, p trend 0.03). Accounting for vitamin C intake did not change these increased risks. The strengths of this study were: 1) Good estimates of water nitrate levels; 2) Long follow-up; 3) available data for multivariate adjustment for confounders; 4) adjustment for vitamin C intake. Weaknesses were: 1) relatively small sample size that reduces study power to detect statistically significant associations; 2) NDMA exposure was not estimated.

In a hospital-based case-control study, researchers investigated the relationship between nitrate in drinking water and risk of bladder cancer.(Espejo-Herrera et al. 2015) A total of 531 cases and 556 controls were enrolled. Historical water nitrate levels were calculated from municipal records. Relative to less than 5 mg/L average residential levels, bladder cancer odds ratios were 1.2 (95% CI 0.7–2.0) for 45–10 mg/L and 1.1 (95% CI 0.6–1.9) for 410 mg/L. The odds ratio for subjects with longest exposure duration (>20 years) to highest levels (>9.5 mg/L) was 1.4 (95% CI 0.9–2.3). Stratification by intake of vitamin C, vitamin E, meat, and gastric ulcer diagnosis did not modify these results. Strengths of this study include the relatively large numbers of cases. Weaknesses include: 1) Potential for recall bias, which could bias the relative risk upward; 2) potential for bias in hospital-based case-control studies because controls may not be similar to cases in all variables other than the exposure under study.

In a case-control study from Taiwan, researchers compared persons who had died from bladder cancer (513 cases) to persons who had died of other causes (513 matched controls).(Chiu, Tsai, and Yang 2007)



CONFIDENTIAL INFORMATION

The researchers assumed that municipality of residence to be the source of water nitrate exposure. The adjusted odds ratios for bladder cancer death for those with the middle (.19-.45 mg/L) and highest (.48-2.86 mg/L) tertiles for nitrate in drinking water were 1.76 (1.28–2.42) and 1.96 (1.41–2.72) as compared to the lowest tertile (<= .18 mg/L). A dose-response effect was clear, with increasing odds ratios across tertiles, and the statistician test was significant (p<0.001). Strengths of this study were: 1) it was a population-based study that included all bladder cancer deaths, identified through vital records; 2) dose-response relationship was examined; 3) analyses were adjusted for potential confounders of age and gender; 4) nitrate exposure was estimated from records, and therefore the potential for recall bias is eliminated. Weaknesses are: 1) only deaths from bladder cancer were included rather than all incident cases, and therefore the identification of cases was underestimated; 2) the assumption of residence municipality for water nitrate exposure does not consider lifetime movement, water consumption when traveling, or non-tap sources of water. These errors in data collection may bias the odds ratio/relative risk toward the null value.

Researchers from the Netherlands investigated the association between nitrate intake from water and diet and bladder cancer risk in a cohort study of 120,852 men and women.(Zeegers et al. 2006) Diet intake was measured with a food frequency questionnaire, and water nitrate intake was estimated by linking residence to water company data. After a mean follow-up of 9.3 years, 889 cases of bladder cancer were identified. A sub-cohort of 4441 participants was selected as a comparison group. For each 10 mg/day increase in nitrate intake from water, risk of bladder cancer increased by 9% (RR 1.09, 95% CI 0.96-1.24). Compared to individuals in the lowest quintile of total nitrate intake (food and water), risk of bladder cancer was elevated, although risk did not increase with increasing level of intake (RR's for 2nd, 3rd, 4th, and 5th quintiles, respectively, were 1.26, 1.18, 1.17, and 1.09). Results were not affected by vitamin C intake. The strengths of this study were: 1) calculation of both water and diet nitrate exposure in the same study; 2) record linkage to the Netherlands cancer registry for identification of cases; 3) adjustment for multiple potential confounders including diet, vitamins, and smoking. Weaknesses include: 1) the relatively low level of nitrates in Dutch drinking water may explain the level of risk observed, which may not reflect risk in high-nitrate areas.

In a population-based case-control study in Iowan men and women, public water supplies and dietary intake of nitrate was assessed as risk factors for bladder cancer.(Ward et al. 2003) A total of 808 cases and 1259 controls were included. Water nitrate level was estimated from residential history, drinking



CONFIDENTIAL INFORMATION

water sources, and typical intake of beverages made with tap water. The study found no increased risk for bladder cancer with increased water nitrate levels, in either men or women. A dose-response analysis showed decreasing relative risk with increasing water nitrate levels. Strengths of this study: 1) Study set in area (Iowa) with high water nitrate levels historically from fertilizer use; 2) estimation of nitrate exposure from water and food, as well as vitamin C; 3) analyses in women separate from men; 4) adjustment for multiple confounders. Weaknesses include: 1) Potential for recall bias, which could bias the relative risk upward. It should be noted that later studies in Iowa did show elevated bladder cancer risk with increased water nitrate levels in a prospective cohort study.(Jones et al. 2016; Weyer et al. 2001)

Biological Mechanisms Linking NDMA to Bladder Cancer:

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: liver, esophagus, nasal and oral mucosa, kidney, pancreas, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021)

## Summary of Findings on Bladder Cancer: Weight of the Evidence/Bradford Hill Analysis

Epidemiological evidence shows that NDMA from ranitidine, diet, and occupational exposure is associated with increased risk for bladder cancer. Several cohort studies (or nested case-control studies within cohorts) reported on the relationship between ranitidine use and risk of bladder cancer.(Yoon et al. 2021; Kantor et al. 2020; Michaud et al. 2004; Habel, Levin, and Friedman 2000; Iwagami et al. 2021; McDowell et al. 2021b; Nørgaard et al. 2021) Of the five informative studies, the increased risk in ranitidine users vs. nonusers ranged from 10% to 41% increased risk of developing bladder cancer. With the exception of Yoon et al., the studies adjusted for some potential confounders, although the electronic health record/pharmaceutical database studies had data on few potential confounders. All likely underestimated amount of ranitidine used because none assessed long-term use and most did not have data on over-the-counter use. The one study that asked participants about any ranitidine use which could have included over-the-counter (Kantor et al. 2020), asked only about a four week period at



CONFIDENTIAL INFORMATION

one point in time and therefore is an inadequate estimate of ranitidine exposure. Therefore, the true risk of bladder cancer with ranitidine use likely exceeds the levels seen in these studies. Only one of the studies assessed whether there was a dose-response relationship between ranitidine use and risk for bladder cancer,(Cardwell et al. 2021) but in that one there was strong evidence of increased risk with increased years of use and increased total dose. Occupational exposure to NDMA in the rubber manufacturing industry was assessed in three studies and was found to increase risk of bladder cancer occurrence or death, ranging to more than five times great risk of risk of bladder cancer occurrence or death.(Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000; Hours et al. 1994) The one study to address dose-response did see a pattern of increasing risk with greater NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) Four studies looked at the effect of working in nitrate fertilizer related jobs, with little evidence of effect on bladder cancer risk. One challenge in comparing associations across these job exposures is that in the rubber industry, the amount of NDMA exposure in air has been tested. In the studies of nitrate fertilizer workers, however, there were no NDMA estimates provided.

The studies on dietary sources of NDMA, nitrate, and nitrite showed mixed results. In the European EPIC cohort, increased NDMA intake was associated with increased bladder cancer overall and particularly in men. Nitrates from processed meats showed clear association with bladder cancer risk and several studies showed evidence of dose-response effects. Studies of total food sources of nitrate and nitrate (which primarily were accounted for by vegetables and fruits) did not show strong associations between nitrate/nitrite amount and bladder cancer risk.

Of the six reviewed studies on water nitrate and risk of bladder cancer, three showed evidence of increased risk for bladder cancer with higher estimated nitrate in public drinking water.(Chiu, Tsai, and Yang 2007; Jones et al. 2016; Barry et al. 2020) No water study estimated amount of NDMA that would have been produced from the given amount of water nitrates, however, and no study asked individuals about actual amounts of water drunk from municipal tap water.

This review of the association between ranitidine use and NDMA from other sources produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association,

consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A review of epidemiologic studies found that risk of bladder cancer is 10% to 40% higher in ranitidine users compared with nonusers. Occupational studies show that individuals exposed to NDMA in rubber manufacturing have risks of bladder cancer that are more than 5 times greater than in the general population. Nutritional epidemiological studies have shown that with increased intake of NDMA, nitrates or nitrites from processed meats, risk of bladder cancer increases by 10-50%. Nitrites and nitrates measured in foods overall were not as strongly associated with bladder cancer risk as were those from processed meat, this likely represents the counteracting effect of vitamin C and E in counteracting NDMA formation from nitrates and nitrites in vivo. Increased nitrate levels in drinking water were associated with increased bladder cancer in some studies but not others, perhaps reflecting low nitrate levels in some municipal water systems.

The presence or absence of “statistical significance” (typically described in this literature as $p<0.05$ or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies. The study by Cardwell et al., with 3260 cases, had a narrow confidence interval that did not include 1.0, and therefore increases the likelihood that the observed relative risk was reflective of the real relative risk. In contrast, the other studies on ranitidine use and bladder cancer risk had between 139 and 554 cases, a number which provides lower power to detect a statistically significant relationship.

Viewed in the context of the high consistency of the study results across time, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the Association



CONFIDENTIAL INFORMATION

Across the case-control and cohort studies, and across studies of various NDMA exposure, the association between NDMA and risk of bladder cancer was highly consistent. As indicated above, the studies included population-based and electronic health record studies from a diverse geographic area across the U.S., as well as Asia and Europe. Of the 5 ranitidine studies, 4 found relative risks greater than 1.1 for bladder cancer in ranitidine users compared with nonusers. All of the occupational studies on rubber workers showed elevated bladder cancer risk with greater NDMA exposure. The one dietary study to assessed NDMA and bladder cancer risk showed increased relative risks in individuals in the top three quartiles of NDMA intake compared with those in the bottom quartile.

The consistency across studies, led by many investigators, using different study designs, and in diverse geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the Association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid in experimental animals, ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis. Since ranitidine is used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, most studies have discarded cancer cases that occurred within one to two years of use of ranitidine (or comparator medication). I placed high weight on this factor in my causation analysis.



CONFIDENTIAL INFORMATION

Biologic Gradient: Dose-response

Dose-response was not directly assessed in the epidemiologic studies of ranitidine use and bladder cancer risk, although in the study by Cardwell et al. using Scottish medical records data, use for 3 years or longer showed higher effects on bladder cancer risk than did use overall. Dose-response was tested in studies of occupational and dietary exposures to NDMA. Strong dose-response was seen with NDMA exposure in rubber manufacturing but not with increased exposure to nitrates in the fertilizer industry. I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether ranitidine or NDMA from other sources can cause bladder cancer, I considered the data for biologically plausible mechanisms by which exposure to ranitidine or other NDMA could result in bladder cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen; 4) NDMA is considered by U.S. and worldwide government agencies to be a carcinogen, of danger to humans, and that because of contamination with NDMA, ranitidine has been recalled from the market. NMDA exposure to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from ranitidine during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.
While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce bladder carcinogenicity. NDMA can reach the bladder through the urinary tract system (McNeil et al. 1981; Roberts 1984; van Hecken et al. 1982), create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of bladder cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.



CONFIDENTIAL INFORMATION

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of bladder cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Since ranitidine is excreted through the urinary system *(Zantac package Insert, pharmacology accessdate.fda.gov.)*, it makes biological sense that bladder would be one site to have an increased risk for cancer development. The fact that NDMA from multiple sources in humans (ranitidine, diet, and occupation) is associated with increased bladder cancer risk supports this aspect of Bradford Hill analysis for cancer causation. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. This is because bladder cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on bladder cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation. I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION



CONFIDENTIAL INFORMATION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological, and mechanistic data, ranitidine can cause bladder cancer.



CONFIDENTIAL INFORMATION

## Esophagus Cancer

An estimated 19,260 individuals will develop esophageal cancer in the U.S. in 2021 (https://cancerstatisticscenter.cancer.org/?_ga=2.98294431.1635865680.1621919673-325020077.1620767384#!/ accessed 6/30/21). From 2014-2018, the age-adjusted incidence rate of esophagus cancer in the U.S. was 4.5/100,000 individuals/year. The rates in men are almost four as high as those in women. Because esophageal cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of esophageal cancer in exposed vs unexposed individuals. There are two main types of esophageal cancer—adenocarcinoma and squamous cell carcinoma. The proportions of these two cancers varies by geographic area of the world. In the U.S., approximately 63% of esophageal cancer are adenocarcinomas, and 37% are squamous cell cancers.(Then et al. 2020) The incidence rate of esophageal adenocarcinoma has increased steadily over the past several decades in the U.S., while the rate of squamous cell carcinoma has decreased. A carcinogen such as NDMA may show different associations with cancer risk, depending on the types of esophageal cancer in the cases.

Ranitidine, other H2 blockers, and protein pump inhibitors (PPIs) are used for the treatment of many gastro-intestinal disorders, such as ulcers, esophagitis, heartburn, gastro-esophageal reflux disorder (GERD), and other, rarer, conditions. The symptoms for many of these may be early symptoms of esophageal cancer, although there may be no early symptoms. Therefore, a putative association between use of ranitidine, other H2 blockers, or PPIs and risk of esophageal cancer could instead reflect the underlying association of esophageal cancer with gastrointestinal symptoms. To address this issue, epidemiologists typically do not count use of ranitidine, H2 blockers, or PPIs within 1 to 2 years prior to cancer diagnosis. Alternately, some researchers have chosen to compare ranitidine users to users of other H2 blockers or PPIs, in order to compare individuals with similar gastro-intestinal syndromes or symptoms. If these other medications also increase the risk of esophageal cancer, then the resulting relative risk will be falsely lowered, and will not be reliable. That PPIs are related to risk of stomach cancer has been seen in recent studies.(Seo et al. 2021; Cheung et al. 2018) H2 blockers other than



CONFIDENTIAL INFORMATION

ranitidine could also pose a risk for increased esophageal cancer occurrence, if they contain or produce NDMA, such as nizatidine.

Four studies on the association between ranitidine and esophageal cancer have been published. Two were case-control studies and two were prospective cohort studies.

Given the issues on studies of esophagus cancer and ranitidine use, the studies on other sources of NDMA such as occupation and diet are important for evaluating the relationship between ranitidine and esophagus cancer risk.

## Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two “active comparator” cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, in order to examine risk for esophageal cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including esophageal cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the esophagus, stomach, liver, and pancreas, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting



CONFIDENTIAL INFORMATION

for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using esophageal cancer cases compared with the entire sample: 65 vs 276. Similarly, there was an unexplained number of non-ranitidine using cancer cases left in the analyses: 45 vs 392). Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up, risk of developing esophageal cancer was increased by 34% in ranitidine users vs other H2 blocker medications (RR 1.34, 95% CI 1.14-1.56). Risk of the adenocarcinoma subtype was increased by 66% (RR 1.66, 95% CI 1.29-2.13). Risk of squamous cell carcinoma subtype was increased 21% (RR 1.21, 95% CI 0.91-1.60). When data were limited to the smaller subset of continuous prescription refills, the risk were as follows. Risk of developing esophageal cancer was increased by 16% in ranitidine users vs other H2 blocker medications (RR 1.16, 95% CI 0.80-1.69). Risk of the adenocarcinoma subtype was not increased (RR 0.97, 95% CI 0.53-1.76). Risk of squamous cell carcinoma subtype was increased 71% (RR 1.71, 95% CI 0.70-4.15). Risk of esophageal cancer was not increased compared with PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for esophageal cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts.



CONFIDENTIAL INFORMATION

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including esophageal. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 550 cases were identified in the famotidine group, 180 in the ranitidine group, and 1260 in the omeprazole group. Cancer diagnoses were not confirmed, nor were subtypes of cancer presented. The authors calculated odds ratios (as estimates of relative risks) for esophageal cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for tobacco use, alcohol use, and Barrett's esophagus, then for demographic factors (age, sex, race [White vs African American], then for a combination of demographic factors and whichever of tobacco use, alcohol use, and Barrett's esophagus was most significant. In the final analyses, compared with famotidine use, the odds ratio for esophageal cancer was 0.49 (95% CI 0.46-0.52); compared with omeprazole use, the odds ratio for esophageal cancer was 0.97 (95% CI 0.90-0.1.03). There were some strengths to this study, and many weaknesses. Strengths included: 1) very large sample size of cases; 2) prescription data; 3) adjustment for some potential confounding variables; 4) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. If cases were diagnosed outside of the hospital/treating institution where the prescription occurred, a diagnosis of cancer could be missed. 2) Subtypes of esophageal cancer were not identified.; 3) the Explorys database population grew from 13,776,740 at the start of follow-up to 68,495,130), a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 4) the identification and



CONFIDENTIAL INFORMATION

adjustment of potential confounding factors was incomplete. Diet, physical activity and obesity are also related to esophageal cancer, but were not included as covariates. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 5) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 6) The use of over the counter ranitidine, famotidine, and omeprazole medications was not included. This seriously underestimates the use of these three medications; 7) Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions.(Gisbert et al. 2001; Salas, Ward, and Caro 2002) This suggests that the omeprazole users may have had more severe conditions than the ranitidine users.

In summary, this study using the Explorys database has serious limitations, and therefore is not informative on the association between ranitidine use and risk for cancer.

In a nested case-control study set in a U.S. veterans' cohort of men with the cancer precursor Barrett's Esophagus (enrolled 2004-2009), researchers studied the association between H2 blockers and risk of esophageal cancer.(Tan et al. 2018) The study included 300 cases of esophageal cancer and 798 controls. Ranitidine use was determined from the VA system pharmacy database. Overall, there was no association between use of ranitidine and risk for esophageal cancer (relative risk 0.71, 95% CI 0.5-1). Among men prescribed < 150 mg/day of ranitidine, there was a tripling of risk of esophageal cancer (relative risk 3.0, 95% CI 1.84-4.9). That elevated risk was not present in those prescribed daily doses higher than 150 mg/day, however. Only 11 cases had been prescribed a higher dose of ranitidine. There was no dose-response effect seen, either from dose or from length of use. Strengths of the study include: 1) focus on a group at high risk for esophageal cancer; 2) pharmacy data records available; 3) adjustment for multiple potential confounders. Weaknesses included: 1) relatively small number of cases, which reduces the power to detect statistically significant associations; 2) almost all of the men used protein pump inhibitors, which themselves are associated with increased risk for esophageal



CONFIDENTIAL INFORMATION

cancer.(McDowell et al. 2021b); 3) the use of over-the-counter medications including ranitidine was not ascertained.

A prospective study of patients in the Northern California Kaiser Permanente identified men who were prescribed or dispensed ranitidine (922), cimetidine (4125), or neither (49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Six cases of esophagus or stomach cancer occurred (data were not provided for either alone). Compared with persons not prescribed either cimetidine or ranitidine, the risk of esophagus or stomach cancer was more than doubled (RR 2.42, 95% CI 1.07-5.49). The strengths of this study were that: 1) the data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) the participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) the researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) high quality ascertainment and adjudication of cancer cases. There were several weaknesses: 1) ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) the study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) data for esophageal cancer only were not included. 5) only 6 cases of esophagus/stomach cancer occurred; 6) participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure; 7) by combining esophagus and gastric cancers together, it is not possible to look at the associations between esophagus risk and ranitidine use.

Chow et al conducted a case-control study using data from a health maintenance organization database, to look at H2 blockers, gastrointestinal conditions, and risk of esophageal adenocarcinoma and gastric cardia cancer.(Chow, Finkle, McLaughlin, Franki, et al. 1995) While overall, H2 blocker use was not associated with risk for these cancers, There was a clear gradient of increasing risk with increasing



CONFIDENTIAL INFORMATION

duration of use. Compared with nonusers, those with 1 prescription, 2-3 prescriptions, or 4 or more prescriptions had relative risks of either esophageal adenocarcinoma or cardiac gastric cancer of 0.2, 0.8, and 1.8, respectively. While the authors did not present data for ranitidine alone, they stated that findings for the individual H2 blockers—cimetidine and ranitidine—were similar to the findings for all H2 blockers combined.(Chow, Finkle, McLaughlin, Franki, et al. 1995) Strengths of the study were: 1) set in a health maintenance organization with linkage to medical and pharmacy databases; 2) adjusted for multiple potential confounders; 3) dose-response tested. Weaknesses included: 1) lack of data on ranitidine alone in relation to esophageal cancer risk; 2) relatively small numbers of cases and controls, which likely reduced chance of finding a statistically significant association; 3) combining esophageal adenocarcinoma and cardiac gastric cancer together makes it impossible to determine effect of ranitidine on esophageal adenocarcinoma.

## Occupational Exposures to NDMA

### Rubber Manufacturing

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 333 deaths from esophageal cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of esophageal cancer (RR 1.7 2.43, and 3.04, respectively), which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) Risk of esophageal cancer mortality was 9 times higher in men with the highest exposure to rubber compared to men with low levels of exposure (RR 9.1, 95% CI 2.1-38.8). Risk with



CONFIDENTIAL INFORMATION

medium exposure was also increased: relative risk 1.7 (95% CI 0.7-11.5). A dose-response association was seen. The strengths of this study were that job classification exposures were well documented, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures were measured in air, and it is not clear how much NDMA individual men inhaled or ingested; 3) the study was relatively small (13 esophageal cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

### Wood Screw Manufacturing Nitrite Exposure

A study in male and female workers in a wood screw manufacturing plant in China followed workers from 1977 through 2007. A total of 160 workers were classified as highly exposed to nitrite, and 255 workers were determined to be unexposed. Exposure included nitrate ingestion through their face, gastrointestinal tract, respiratory tract, and skin. Length of exposure in the nitrite-exposed individuals ranged from 16-23 years (mean 22.1 years). During 30 years of follow-up, a total of 11 esophageal cancers occurred in the highly exposed group, versus none in the unexposed group. (Ten additional cancers occurred in exposed persons: 4 liver, 3 lung, 2 breast, and 1 leukemia. No malignancies occurred in the unexposed group.) The researchers calculated a relative risk for esophageal cancer for exposed versus nonexposed of 1.26 (95% CI 1.08-1.46) using a log-rank test. Strengths of the study included: 1) complete enrollment of all workers into the follow-up study; 2) long-term follow-up to 30 years.

### Nitrate Fertilizer Manufacturing

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Among men classified as “heavily exposed” to nitrates, there were 3 deaths from esophageal cancer, compared with 1.26 expected deaths from this cancer given the background population rate, which gives a mortality ratio (relative risk) of 2.4. Neither length of exposure nor time since first exposure were associated with risk. Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4) the relatively long follow-up. The main drawbacks were that: 1) the study only looked at



CONFIDENTIAL INFORMATION

mortality, and therefore the impact of exposure on cancer incidence is underestimated; 2) there were only 5 deaths from esophageal cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

## Dietary NDMA Exposure

A study within the Netherlands Cohort Study investigated associations between dietary NDMA intake and risk of esophageal cancer.(Keszei et al. 2013) A total of 261 cases of esophageal cancer developed over a mean 14.3 years follow-up. Of these, 110 were squamous cell carcinoma, and 151 were adenocarcinomas. These were compared with a randomly selected sub-cohort of 4032 participants. Diet was assessed with a 150-item food frequency questionnaire. In men, per each 0.1 micrograms/day (i.e., per 100 nanograms/day) increase in NDMA there was a 15% increased risk of esophageal squamous cell cancer (hazard ratio: 1.15, 95% CI 1.05-1.25). In men, the risk of adenocarcinoma did not increase with increasing NDMA intake. Risk of esophageal squamous cell carcinoma in men increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.21 and 2.43, with a p for trend of 0.01, showing a dose-response effect. In women, per each 0.1 micrograms/day (100 nanograms/day) increase in NDMA there was a 34% increased risk of esophageal squamous cell carcinoma (hazard ratio: 1.34, 95% CI 1.04-1.71). In women, the risk of adenocarcinoma did not increase with increasing NDMA intake. Risk of esophageal squamous cell carcinoma in women increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 0.92 and 1.21, with a p for trend of 0.57, suggesting a dose-response effect. Relative risks for greater intakes are calculated by multiplying risks. Thus, the relative risk for esophageal squamous cell cancer per 200 nanograms per day of NDMA intake is 1.15 X 1.15 = 1.32, and for women is 1.34 X 1.34 = 1.8. Strengths of this study include: 1) relatively large numbers of cases, which increased power to detect statistically significant associations; 2) identification of dose of NDMA that is associated with increased cancer risk; 3) estimation of dose-response effects; 4) adjustment for multiple potential confounders; 4) relatively long follow-up. Weaknesses included: 1) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

Loh et al investigated the association between dietary N-nitroso compounds (including NDMA) and risk of several cancers including esophageal in a UK cohort of 22,920 men and women.(Loh et al. 2011) Diet was assessed with a 131-item food frequency questionnaire. A total of 55 esophageal cancer cases



CONFIDENTIAL INFORMATION

occurred over a mean follow-up of 11.4 years. The risk of esophageal cancer was increased by 13% for each standard deviation increase ((47 nanograms/day) in level of dietary NDMA (relative risk 1.13, 95% CI 0.77-1.68). Since the authors used a Cox proportional hazards regression model, in order to estimate the risk associated with greater intakes of NDMA, the risks are multiplied. Thus, the relative risk for 94 nanograms per day of NDMA intake for esophageal cancer is 1.28. The risk for esophageal cancer was increased by 14% for each standard deviation increase in nitrite intake (relative risk 1.14, 95% CI 0.84-1.54). Strengths of this study include: 1) measurement of NDMA as well as nitrite; 2) available data for multivariate adjustment for confounders. Weaknesses include: 1) small number of cases which reduce power to detect statistically significant results. (The cohort population included persons as young as 40 at study entry, which likely explains the small number of cases after 11 years' follow-up. 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value; 3) dose-response not assessed.

In a population-based case-control study in western Washington, researchers included 125 cases of esophageal cancer and 458 controls and assessed relationships with dietary nitrate, nitrite, and NDMA.(Rogers et al. 1995) Diet was assessed with a 125-item food frequency questionnaire, with added items for foods high in nitrate, nitrite, or NDMA. Increased intake of NDMA was associated with increased risk of esophageal cancer. Compared with those ingesting <.06 µg/day, those ingesting .06-.179 µg/day, and >0.179 µg/day had 31% (relative risk 1.31) and 86% (relative risk 1.86) increased risks for esophageal cancer, respectively. The p for trend was 0.06. This supports a dose-response effect. Similarly, increasing amounts of intake of nitrite were associated with increased risk of esophageal cancer. Compared with those with intake <1.06 mg/day, those with 1.06-1.6 mg/day and >1.6 mg/day had relative risks for esophageal cancer of 1.17 and 1.58, respectively. P for trend was 0.20. These findings suggested a dose-response effect.

## Nitrate and Nitrite

In a meta-analysis of epidemiologic studies published through April 2016, Xie et al examined the associations between nitrate, nitrite, and risk of cancer including esophagus.(Xie et al. 2016) A total of 7 studies of nitrite and esophageal cancer, and 4 studies of nitrate and esophageal cancer were included in the meta-analysis. Comparing highest versus lowest intake of nitrite across studies, the risk esophageal stomach cancer was increased by 25% (RR 1.25, 95% CI 0.99-1.56). Risk was higher in case-



CONFIDENTIAL INFORMATION

control studies and in U.S. studies. Risk was slightly higher for adenocarcinoma than for squamous cell carcinoma. For nitrate, risk of esophageal cancer in highest versus lowest intake, the relative risk was 0.94 (95% CI 0.74-1.19). Dose-response effects were not addressed for either nitrite or nitrate. Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of risk within subgroups of study type, geographic area, and other cancer risk factors. Weaknesses included: 1) lack of dose-response assessment; 2) NDMA was not addressed; 3) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of nitrite and nitrate. The result is a bias of the relative risk to the null value.

A population-based study in Nebraska looked at associations between dietary nitrite and nitrate intake and risk of esophageal cancer.(Ward et al. 2008) There were 84 cases of esophageal cancer and 321 controls. Diet was assessed with a standard form, supplemented with foods high in nitrite or nitrate. The investigators combined estimates of nitrite and nitrate from animal sources, and found that compared with those in the lowest quartile for the combined nitrite + nitrate variable, those in the 2nd, 3rd, or 4th quartiles had relative risks of 0.7, 1.7, and 2.2 for esophageal cancer (p trend = 0.015). This shows a dose-response effect. Similarly, dietary nitrate or nitrite from plant sources were not associated with risk. Strengths of the study include: 1) Focus specifically on nitrite and nitrate in relation to cancer risk (the study also assessed water sources of nitrate). Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) diet was assessed at just one time point, which can result in imprecise measurement of nitrite and nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) NDMA was not assessed.

In a population-based case-control study in Connecticut, New Jersey, and western Washington, researchers studied 488 cases of esophageal cancer (282 adenocarcinoma, 206 squamous cell cancer) and 687 controls in relation to dietary intake of nitrite.(Mayne et al. 2001) Diet was ascertained via interview and a 104-item food frequency questionnaire. Comparing the 75th percentile of intake of nitrite versus the 25th, the risk of squamous cell cancer was increased by 13% (relative risk 1.13, 95% CI 0.82-1.56). Comparing the 75th percentile of intake of nitrite versus the 25th, the risk of adenocarcinoma was not increased (relative risk 1.05, 95% CI 0.80-1.38). Dose-response was not assessed. Strengths of



CONFIDENTIAL INFORMATION

the study: 1) the number of cases was relatively high, which increases the ability to observe statistically significant relative risks; 2) the investigators separately analyzed data for squamous cell cancer versus adenocarcinoma; 3) multiple variables were adjusted for. Weaknesses included: 1) the numbers of cases within the two histologic subgroups (squamous cell cancer, adenocarcinoma) were small, which reduces the chance of observing statistically significant relative risks; 2) NDMA was not measured; 3) the case-control design may increase risk for recall bias, which can bias the relative risk upward (away from the null).

## Water Nitrate Exposure

A 2020 publication detailed a meta-analysis of water sources of nitrate and risk for several cancers including esophagus.(Essien et al. 2020) Three epidemiologic studies were included in the meta-analysis of nitrate and esophageal cancer risk. Comparing highest versus lowest levels of water nitrate, the relative risk for esophageal cancer was 1.06 (95% CI 0.99-1.13). Combing all nitrate levels above the lowest level did not show any association with esophageal cancer risk. Strengths of the study were: 1) a meta-analysis can provide a good summary of results from several studies. Weaknesses: 1) the included studies used different cut-points for nitrate levels, and therefore “highest” and “lowest” categories were imprecise; 2) Although several of the studies had collected diet information on individuals, this meta-analysis did not include data on dietary sources of nitrate/nitrite/NDMA. Therefore, there is likely error in classification of individuals’ exposure to NDMA and its precursor nitrate/nitrite levels.

A population-based study in Nebraska looked at associations between water nitrate content and risk of stomach cancer.(Ward et al. 2008) Nitrate content of water was determined for residential water source histories. For those with private well water, the investigators measured nitrate in well water samples. Among those who primarily used public water supplies, those in the highest quartile of nitrate intake had a 20% increased risk of esophageal cancer (relative risk 1.2, 95% CI 0.5-2.7). There was no evidence of a dose-response trend. Number of years exposed to high nitrate water content was not associated with esophageal cancer risk. Nitrate content in private wells was not related to esophageal cancer risk. Strengths of the study include: 1) assessment of nitrate exposure from both public sources and well water. Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) water source was assessed at just one time point, which can result in imprecise measurement of nitrate and regression of the relative risk to the null value; 3) the case-



CONFIDENTIAL INFORMATION

control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null).

Using the Taiwan vital statistics death records, Liao et al identified all deaths from esophageal cancer from 2006-10, and matched them on age, sex, marital status, and residence to deaths from other causes. Nitrate in drinking water in cases' municipalities was determined. There was no association between drinking water nitrate and risk of esophageal cancer, nor was a dose-response effect seen. Strengths of the study: Strengths of the study: 1) large number of cases and controls. Weaknesses: 1) including only cases that resulted in death may skew results if those who died differed greatly than those who didn't; 2) using deceased controls could bias results if the water content or municipality was related to other causes of death; 3) no personal data were collected – this was a vital records only study – and there could have been confounding variables that were not taken into account; 4) only municipality at time of death was assessed for water nitrate level, which could bias the relative risk toward the null value.

## Biological Mechanisms Linking NDMA to Esophagus Cancer

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021) (See also section on Plausibility/Biological Mechanisms above).

## Summary of Findings on Esophageal Cancer: Weight of the Evidence/Bradford Hill Analysis

This review of the association between ranitidine use and exposure to NDMA in other sources and esophageal cancer risk produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along



CONFIDENTIAL INFORMATION

with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

Few studies have examined the association between ranitidine use and risk of esophageal cancer, and they all had serious flaws. The Adami et. al study eliminated most cases from some analyses. However, the analysis of the data with all cases (which the authors characterized as “crude” numbers) included show that ranitidine use compared with other H2 blockers increased risk of esophageal cancer by 34% (RR 1.34, 95% CI 1.14-1.56). Among long-term ranitidine users, risk of squamous cell carcinoma was increased by 71%. These findings are especially significant since the Adami et al. study had several limitations that biased relative risks toward the null. The Tan et al case-control was limited to patients with Barrett’s esophagitis, in which almost all cases had also received a protein pump inhibitor (which may increase or decrease risk of this cancer). The study by Habel et al included only 6 cases, and they did not differentiate between stomach and esophageal cancer. The study by Chow et al. also combined stomach and esophageal cancers, and combined all types of H2 blockers with no analysis of ranitidine alone. Therefore, the epidemiologic data on ranitidine and esophageal cancer is limited.

Occupational studies show that individuals exposed to rubber manufacturing have risks of esophageal cancer that are two to nine times that in the general population (that is, compared with background risk). A study of wood screw manufacturing with high nitrite exposure found a 26% increased risk in exposed versus unexposed workers. A study in nitrate fertilizer workers found that exposed workers had two times the risk of dying of esophageal cancer compared with the general population (background rate).

There have been numerous cohort and case-control studies of NDMA, nitrite, and nitrate intake in diet and risk of esophageal cancer. Three studies assessed NDMA levels in diet; of these, two found that high NDMA intake was associated with increased esophageal cancer risk. Increases ranged up to 240% (more than doubling of risk with the highest levels of intake).



CONFIDENTIAL INFORMATION

Nutritional epidemiological studies have shown that with increased intake of nitrites, a precursor of NDMA, risk of esophageal cancer increases. The meta-analysis that combined multiple studies up to 2016 found that overall, those with the highest versus lowest intake of dietary nitrites had a 25% increased risk for esophageal cancer. The individual studies showed elevated risk up to doubling in risk in those who had the highest versus lowest intake of nitrite.

Increased nitrate levels in diet in general did not increase risk for esophageal cancer, and in only 1 of 3 studies in water was high nitrate level associated with increased risk (20% increase).

The presence or absence of "statistical significance" (typically described in this literature as $p<0.05$ or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies.

Viewed in the context of the high consistency of the study results across time, occupational and dietary exposure to NDMA, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

<u>Consistency of the association</u>

Across the case-control and cohort studies, and across studies of occupational and dietary NDMA exposure, the association between NDMA and risk of esophageal cancer was highly consistent. As indicated above, the studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Asia and Europe.

Both of the occupational studies on rubber workers showed elevated esophageal cancer risk with greater NDMA exposure.



CONFIDENTIAL INFORMATION

Two of three dietary studies found elevated risk of esophageal cancer in those with highest versus lowest intake of NDMA. Four of four studies found elevated risk esophageal cancer in those with the highest versus lowest intake of dietary nitrites.

The consistency across studies, led by many investigators, using different study designs, and in diverse geographic populations over a period of more than 25 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) in laboratory animals, and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers and PPIs) are used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have compared cases of esophageal cancer associated with ranitidine use to that in users of other H2 blockers or other drugs indicated for the same conditions (such as PPIs). By comparing against these as well as persons not using any H2 blocker or other similar drug, researchers have reduced chance of temporality bias. However, several other studies have shown that PPI's are associated with risk of esophageal cancer, and the H2 blocker nizatidine contains NDMA. Therefore, the studies that used PPIs or nizatidine as comparators may have introduced bias, and therefore their results may not be reliable. I placed high weight on this factor in my causation analysis.



CONFIDENTIAL INFORMATION

Biologic gradient/ dose-response

Dose-response was not assessed or not seen in the epidemiologic studies of ranitidine use and esophageal cancer risk. Dose-response was tested in studies of other sources of NDMA, including occupational exposure, diet, and water. Dose-response was seen with NDMA exposure in rubber manufacturing but not in the one nitrates fertilizer occupational study that tested it. Of the three dietary studies that assessed it, a dose-response was seen with NDMA or nitrite in two. I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA from ranitidine or other sources can cause esophageal cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in esophageal cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.

Availability of NMDA to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from NDMA during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce esophageal carcinogenicity. NDMA can reach the esophagus early after ingestion, create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of esophageal cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence



CONFIDENTIAL INFORMATION

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of esophageal cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Since NDMA moves through the gastrointestinal tract, it makes biological sense that esophageal would be one site to have an increased risk for cancer development. The fact that NDMA from multiple sources in humans is associated with increased esophageal cancer risk supports this aspect of Bradford Hill analysis for cancer causation. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. This is because esophageal cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on esophageal cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation.  I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, ranitidine can cause esophageal cancer.



CONFIDENTIAL INFORMATION

# Liver Cancer

An estimated 42,230 Americans will develop liver cancer in 2021.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of liver cancer in the U.S. was 8.5/100,000 individuals/year (https://cancerstatisticscenter.cancer.org/?_ga=2.98294431.1635865680.1621919673-325020077.1620767384#!/) (accessed 5/24/21) The rates in men are approximately three times higher than those in women. Since 1975, rates of liver cancer in the U.S. have more than tripled in men and more than doubled in women. Because liver cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of liver cancer in exposed vs unexposed individuals.

## Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, to determine associations with liver cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including liver cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the liver, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year



CONFIDENTIAL INFORMATION

after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using liver cancer cases compared with the entire sample: 23 vs 133. Similarly, there was an unexplained number of non-ranitidine using liver cancer cases left in the analyses: 24 vs 228. Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up, risk of developing liver cancer was increased by 13% in ranitidine users vs other H2 blocker medications (RR 1.13, 95% CI 0.92-1.39). When data were limited to the smaller subset of continuous prescription refills, the risk of developing liver cancer was not increased in ranitidine users vs other H2 blocker medications (RR 0.79, 95% CI 0.43-1.44). Risk of liver cancer was not increased compared with PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts; 8) while cases were identified through a nationwide registry, the number of liver cancers is larger than expected for a western European country, and raises concern that many may represent metastatic cancer from other primary sites (such as breast, colorectal, esophageal, stomach, pancreatic, lung,

kidney and melanoma cancers). This type of nondifferential misclassification of outcomes can move the relative risk toward the null value.

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including liver. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 4520 cases were identified in the famotidine group, 880 in the ranitidine group, and 5440 in the omeprazole group. Cancer diagnoses were not confirmed. The authors calculated odds ratios (as estimates of relative risks) for liver cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for obesity, cirrhosis, and chronic viral hepatitis, then for demographic factors (age, sex, race [White vs African American], then for a combination of demographic factors and whichever of obesity, cirrhosis, and chronic viral hepatitis was most significant. In the final analyses, compared with famotidine use, the odds ratio for liver cancer was 0.38 (95% CI 0.34- 0.42); compared with omeprazole use, the odds ratio for liver cancer was 0.97 (95% CI 0.88- 1.07). There were some strengths to this study, and many weaknesses. Strengths included: 1) very large sample size of cases; 2) prescription data; 3) adjustment for some potential confounding variables; 4) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. The authors state that the annual incidence ratio per 100,000 for liver cancer was 9.03, and state that this shows "reasonable consistency" with rates reported in the literature. However, since the annual incidence of liver cancer in the U.S. is 8.5/100,000, the cases of liver cancer may include some cases that are actually metastases from other sites such as colorectal cancer. Alternatively, if cases were diagnosed outside of



CONFIDENTIAL INFORMATION

the hospital/treating institution where the prescription occurred, a diagnosis of liver cancer could be missed. 2) the Explorys database population grew from 13,776,740 at the start of follow-up to 68,495,130), a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 3) the identification and adjustment of potential confounding factors was incomplete. Hepatitis virus infections are also related to liver cancer, but were not included as covariates. These diagnoses should have been available in a comprehensive medical record database. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 4) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 5) The use of over the counter medications was not included. This seriously underestimates the use of these three medications. Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions. (Gisbert et al. 2001; Salas, Ward, and Caro 2002; Katz, Gerson, and Vela 2013) This supports the likelihood that individuals prescribed omeprazole may have had more several medical conditions.

South Korean researchers conducted a cohort study of ranitidine and famotidine (another H2 blocker) users (at least one year of use, identified through Health Insurance Review and Assessment databases.(Yoon et al. 2021) The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users as a comparator group. No nonusers of H2 blockers were included. Risk of liver cancer occurrence was not increased in ranitidine users vs. famotidine users (RR 0.85, 95% CI 0.69 – 1.05). Strengths of this study were: The strengths of the study were: 1) It was a very large database of ranitidine users; 2) comparison to another H2 blocker removed the potential confounding effect of medical indication for use of an H2 blocker; 3) linkage to medical datasets for cancer determination. The weakness of the study included: 1) there was a very short time period for ascertainment of ranitidine, and a very short time period between exposure ascertainment and years of diagnosis, leaving insufficient time for cancers to occur; 2) There was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure.



CONFIDENTIAL INFORMATION

Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error would fall under the category of nondifferential misclassification and would be expected to bias the relative risk toward the null; 3) There were no data on risk by dose or duration of use, and therefore no dose-response relationship was ascertained. Furthermore, it is not clear why the researchers selected only subsets of ranitidine and famotidine users. By doing so, they reduced the number of cases included, thereby reducing power to detect associations.

An analysis of data from the UK Biobank of over 459,204 individuals was conducted to determine the associations between ranitidine use and cancer risk.(Kantor et al. 2020) At cohort entry, regular ranitidine use (yes/no) for the previous 4 weeks was determined. Only 1.9% of the cohort reporting ranitidine use. Use of omeprazole was also ascertained, and use as a comparator. At total of 262 cases of liver cancer occurred over 5-9 years of follow-up. Risk of liver cancer development was increased by almost double in ranitidine users compared with non-users (RR 1.91, 95% CI 1.43-3.36). Ranitidine was also associated with increased liver cancer when compared with omeprazole users (RR 1.15, 95% CI 0.58-2.26). The strengths of this study were that: 1) The UK Biobank is well-characterized and therefore had data on potential confounding variables; 2) High quality ascertainment and adjudication of cancer cases through registry linkages. There were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for a mean 6.7 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis. 4) Testing ranitidine versus PPI use could result in biased estimates because PPI use has been linked to increased risk for some cancers.(Seo et al. 2021)

In 2018, Tran et al. published results of two studies of ranitidine and liver cancer risk. The first was a nested case-control study within a UK clinical informatics database, which covers 15% of the population of Scotland. A total of 434 cases (diagnosed 1999-2011) and 2103 controls (matched on year of birth, sex, general practitioners practice) were included. The risks for liver cancer in ranitidine users vs. non-users was increased by 41% (RR 1.41, 95% CI 0.91-2.15). Dose-response was not assessed for ranitidine



CONFIDENTIAL INFORMATION

alone. The strengths of the case-control study were: 1) relatively large number of cases; 2) medication data from UK general practice databases, which minimizes chance of recall bias since neither cases nor controls were asked to provide medication exposures; 3) Adjustment for multiple covariates. Weaknesses included: 1) Lack of dose-response data for ranitidine use; 2) Lack of data on medication adherence; 3) Lack of data on over-the-counter use; 5) Lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value.

In the second study in Tran et al., the UK Biobank analysis, data on medication use and covariates at study entry between 2006-10 were used; liver cancer diagnoses through 9/2014 were included. A total of 182 liver cancer cases were identified, out of 471,669 cohort members. Risk of liver cancer in ranitidine users vs. nonusers was increased by 82% (RR 1.82, 95% CI 0.87-3.79). Dose-response was not assessed for ranitidine alone. Strengths of the cohort study include: 1) Relatively small number of cases (only 8 cases had a history of use of ranitidine), which diminishes the likelihood of finding a statistically significant result; 3) Lack of dose-response data for ranitidine use; 2) Lack of data on medication adherence; 4) Lack of data on over-the-counter use; 5) Lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value.

## Occupational Exposure to NDMA

### Rubber Manufacturing

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) A total of 9 men died from liver cancer. Risk of liver cancer mortality was not increased in highly exposed men compared to men with low levels of exposure (RR 1.0, 95% CI 0.1-8.3). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all liver cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures were measured in air, and it is not clear how much individual men inhaled



CONFIDENTIAL INFORMATION

or ingested the NDMA; 3) the study was very small (9 liver cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 122 deaths from liver cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of liver cancer (RR 1.53, 1.96, and 2.86, respectively). The p-value for trend was 0.03, which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible; 2) there were a relatively large number of liver cancer deaths compared with most occupational cohort studies. Weaknesses were: 1) not all liver cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases. However, liver cancer has a high mortality death rate within 5 years of diagnosis (80%), and therefore mortality likely reflects incidence for this cancer; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

### Dietary NDMA Exposure

In a hospital-based case-control study, researchers looked at the relationship between dietary intake of NMDA, other N-nitroso compounds, nitrate, and nitrite and risk of liver cancer (hepatocellular cancer).(Zheng et al. 2021) The study included 827 cases of liver cancer and 1013 controls. NDMA was estimated from data from food frequency questionnaires (84 or 131 items, depending on when interviewed), and expressed as micrograms NDMA per 1000 kcal/day. After multivariate adjustment, overall NDMA intake was not positively associated with liver cancer risk (highest vs lowest quartile RR 0.80, 95% CI 0.53-1.21). However, when NDMA intake was limited to plant sources, the risk of liver cancer was increased 54% in the highest vs lowest quartile (RR 1.54, 95% CI 1.01-2.34). When NDMA intake was limited to animal sources, the risk of liver cancer was increased 26% in the highest vs lowest quartile (RR 1.26, 95% CI 0.83-1.91). Individuals in the highest quartile of nitrate intake had a 19% increased risk for liver cancer (RR 1.18, 95% CI 0.79-1.79). Increased dietary intake of nitrite was not



CONFIDENTIAL INFORMATION

associated with increased risk for liver cancer. Strengths of the study include: 1) relatively large number of cases, which increases power to detect statistically significant associations; 2) estimates of NDMA intake; 3) control for multiple potential confounding factors. Weaknesses include: 1) case-control studies have the potential for recall bias, in which cases remember exposures differently than controls. Since there is no reason to believe that cases would be aware of food items containing NDMA, recall bias in this case could move the relative risk either away from or toward the null; 2) units of NMDA intake were not provided for the subcategories of plant and animal NDMA sources, and therefore it is not possible to determine the lowest dose that increased risk for liver cancer; 3) dietary intake as measured by food frequency questionnaires underestimate many nutrients in both cases and controls, and therefore may result in nondifferential exposure misclassification, driving the relative risk toward the null value.

## Dietary Nitrite and Nitrate

In an analysis of the NIH-AARP cohort of 496,006 individuals aged 50 and older, researchers assessed the relationship between intake of nitrites and nitrates and risk for hepatocellular cancer (which account for 90% of liver cancer in the U.S(Kim and Viatour 2020).).(Freedman et al. 2010) A total of 338 cases of hepatocellular cancer were diagnosed during follow-up, which began in 1995-96. Using data from a 124-item food frequency questionnaire, researchers estimated intake of nitrates and nitrates and categorized them into five equal categories (quintiles). Risk of liver cancer increased with increasing nitrate level, with hazard ratios for quintiles 2, 3, 4, and 5 of 1.1, 1.18, 1.21, and 1.11, compared with quintile 1. Risk of liver cancer was also increased with greater intake of nitrites, with hazard ratios for quintiles 2, 3, 4, and 5 of 1.31, 1.61, 1.23, and 0.93, compared with the lowest quintile. These hazard ratios included 1.0, and p values for trend were 0.81 and 0.15, respectively. Strengths included: 1) relatively large number of cases; 2) adjustment for multiple potential confounders. Weaknesses included: 1) measured diet at just one time point (study entry) which can underestimate intake of nitrites or nitrates, and bias relative risk to null value; 2) no measure of NDMA; 3) mean or median years of follow-up were not provided; 4) lack of adjustment for hepatitis B or C status, which could have confounded the associations.

## Biological Mechanisms Linking NDMA to Liver Cancer



CONFIDENTIAL INFORMATION

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021) (See also section on Plausibility/Biological Mechanisms above).

## Summary of Findings on Liver Cancer: Weight of the Evidence/Bradford Hill Analysis

Epidemiological evidence shows that NDMA from ranitidine, occupational, and diet exposure is associated with increased risk for liver cancer. Five cohort studies reported on the relationship between ranitidine use and risk of liver cancer.(Adami et al. 2021; Kantor et al. 2021; Kim, Wang, et al. 2021; Tran et al. 2018; Yoon et al. 2021) One of these consisted of two separate studies.(Tran et al. 2018) Risk for users vs. nonusers increased in two of these five studies, ranging from a 41 percent increase to almost a doubling in risk (91% increased risk). The studies all adjusted for some potential confounders, but all likely underestimated amount of ranitidine used because none assessed long-term use. Therefore, the risk of liver cancer with ranitidine use likely exceeds the levels seen in these studies. Dose-response was not addressed in these studies. Occupational exposure to NDMA in the rubber manufacturing industry was assessed in two studies and was found to increase risk of liver cancer death in one having a 2.8 times greater risk of liver cancer death.(Hidajat et al. 2020) The one study to address dose-response did show a pattern of increasing risk with greater NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) There has been one published study on dietary sources of NDMA, and two studies on dietary nitrate and nitrite, and risk for liver cancer. Increased NDMA from plant or animal sources was associated with increased liver cancer risk. Nitrates/nitrites showed an association with liver cancer risk and showed suggestive evidence of dose-response.(Freedman et al. 2010)

This review of the association between NDMA in ranitidine and other sources with liver cancer risk produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of



CONFIDENTIAL INFORMATION

the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A review of epidemiologic studies found that risk of liver cancer was increased in ranitidine users compared with nonusers in three of the four published studies, with statistically significant risk increases by 41% in one(Tran et al. 2018) and by almost than double in two others.(Kantor et al. 2020; Tran et al. 2018) One of the two occupational studies showed that individuals highly exposed in the rubber manufacturing industry have risks of liver cancer that are almost triple the risk in the general population.(Hidajat, McElvenny, Ritchie, et al. 2019) The other occupational study(Straif et al. 2000) had too few liver cancer cases to rely on its findings of no association.

Only one nutritional epidemiological study on nitrites or nitrates in relation to liver cancer has been published.(Freedman et al. 2010) This study showed higher risk of liver cancer for persons with higher intake of either nitrite or nitrates. The dose response analyses did not show higher risks at the highest levels of intake, however.

The presence or absence of “statistical significance” (typically described in this literature as $p<0.05$ or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies. Since liver cancer is rare, the cohort studies included fewer cancers than many of the other cancers studied. The studies reviewed had a range of liver cancer cases of deaths from 9 to 517, and as a result, the studies were not powered to show statistically significant relative risks.

Viewed in the context of the high relative risks seen in the studies of ranitidine and liver cancer risk, as well as the occupational study and the diet study, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the association



CONFIDENTIAL INFORMATION

Across the studies of various NDMA exposure, the association between NDMA and risk of liver cancer was highly apparent in more studies than not. As indicated above, the studies included cohort studies from Asia, Europe, and the U.S. Of the 4 ranitidine studies, 3 found elevated relative risks for liver cancer in ranitidine users compared with nonusers; one was statistically significant (e.g., the confidence intervals did not include 1.0). One of the two occupational exposure studies showed elevated liver cancer risk with greater NDMA or precursor nitrate exposure. The one dietary study showed increased liver cancer risk with increased nitrate or nitrite exposure.

The consistency across studies, led by many investigators, using different study designs, with different NDMA sources, and in diverse geographic populations weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid in laboratory animals,('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010), and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers) are used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have discounted ranitidine or NDMA exposures in the 1-2 years before cancer diagnoses (or comparable dates for controls). I placed high weight on this factor in my causation analysis.



CONFIDENTIAL INFORMATION

Biologic gradient/ dose-response

Dose-response was directly assessed in a subset of the epidemiologic studies of ranitidine use and liver cancer risk: in the study of deaths in rubber workers, risk of dying of liver cancer increased with increasing quartile of NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) The p test for trend was 0.03, suggesting strong statistical significance. Strong dose-response was seen with NDMA exposure in one rubber manufacturing study,(Hidajat et al. 2020) A dose response relationship was suggested in the Freedman study on nitrates, nitrites, and liver cancer risk.(Freedman et al. 2010) I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA, or its precursors nitrate or nitrite, from ranitidine or other sources can cause liver cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in liver cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body after ingestion of ranitidine, nitrates, or nitrites in food, and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce liver carcinogenicity. NDMA is metabolized in the liver, creates DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of liver cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of liver cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. The fact that NDMA (or its precursors nitrite and nitrate) from multiple sources in humans (ranitidine, diet, and occupation) is associated with increased liver cancer risk supports this



CONFIDENTIAL INFORMATION

aspect of Bradford Hill analysis for cancer causation. NDMA has been classified by the International Agency for Research on Cancer (IARC) as a class 2A carcinogen. Nitrate and nitrite form NDMA in vivo as well as in condition mimicking the human stomach. Once formed, NDMA can cause DNA adducts, leading to initiation and promotion of cancer. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. The infeasibility is because liver cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. Therefore, very large studies with decades of follow-up would be needed. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on liver cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation.  I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as “In some circumstances it would be fair to judge by analogy.”(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, ranitidine can cause liver cancer.



CONFIDENTIAL INFORMATION

## Pancreas Cancer

An estimated 60,430 Americans will develop pancreas cancer in 2021, and approximately half of these cases will be in women.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of pancreas cancer in the U.S. was 13.1/100,000 individuals/year (https://cancerstatisticscenter.cancer.org/?_ga=2.145528756.1234561705.1642472983-1102910971.1634508005#!/) (accessed 1/17/22). Since pancreas cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of pancreas cancer in exposed vs unexposed individuals.

### Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two “active comparator” cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, to determine associations with pancreatic cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including pancreatic cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the pancreas, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began



CONFIDENTIAL INFORMATION

participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using pancreatic cancer cases compared with the entire sample: 83 vs 517. Similarly, there was an unexplained number of non-ranitidine using pancreatic cancer cases left in the analyses: 83 vs 835. Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up, risk of developing pancreatic cancer was increased by 18% in ranitidine users vs other H2 blocker medications (RR 1.18, 95% CI 1.05-1.32). When data were limited to the smaller subset of continuous prescription refills, the risk of pancreatic cancer was not increased in ranitidine users vs other H2 blocker medications (RR 0.81, 95% CI 0.60-1.09). Risk of pancreatic cancer was not increased compared with PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for esophageal cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts.



CONFIDENTIAL INFORMATION

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including pancreas. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 1120 cases were identified in the famotidine group, 320 in the ranitidine group, and 2060 in the omeprazole group. Cancer diagnoses were not confirmed. The authors calculated odds ratios (as estimates of relative risks) for pancreatic cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for obesity, diabetes, and tobacco use, then for demographic factors (age, sex, race [White vs African American], then for a combination of demographic factors and whichever of obesity, diabetes, and tobacco use was most significant. In the final analyses, compared with famotidine use, the odds ratio for pancreatic cancer was 0.50 (95% CI 0.42-0.59); compared with omeprazole use, the odds ratio for pancreatic cancer was 0.84 (95% CI 0.71-0.99). There were some strengths to this study, and many weaknesses. Strengths included: 1) prescription data; 2) adjustment for some potential confounding variables; 3) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. The authors state that the annual incidence ratios per 100,000 for pancreas cancer was 7.35, and state that this shows "reasonable consistency" with rates reported in the literature. However, since the annual incidence of pancreatic cancer in the U.S. is 12.9/100,000, the cases of pancreatic cancer may be underreported in this study. Furthermore, since 40% of the study's patients had a diagnosis of diabetes, a risk factor for pancreatic cancer, there should have been a much higher incidence of pancreatic cancer in this database. If cases were diagnosed outside of the hospital/treating institution where the prescription occurred, a diagnosis of cancer could be missed. 2) the Explorys database population grew from



CONFIDENTIAL INFORMATION

13,776,740 at the start of follow-up to 68,495,130), a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 3) the identification and adjustment of potential confounding factors was incomplete. History of pancreatitis is strongly related to pancreatic cancer, but was not included as a covariate. Since the Explorys database is a comprehensive dataset of medical records, that information should have been available. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 4) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 5) The use of over the counter medications was not included. This seriously underestimates the use of these three medications. Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions. (Gisbert et al. 2001; Salas, Ward, and Caro 2002; Katz, Gerson, and Vela 2013) This supports the likelihood that omeprazole users had more severe conditions than did ranitidine users.

McDowell et al. 2021(McDowell et al. 2021a) published results of a case-control study set within the Primary Care Clinical Informatics Unit Research database in Scotland. Thirteen medications within the highest category of evidence for drug-induced pancreatitis were investigated to determine associations with risk of pancreatic cancer. A total of 1069 cases of pancreatic cancer were diagnosed between 1999 and 2011, and were matched (age, gender, physician, and database) to a total of 4729 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. Risk of pancreatic cancer was increased 37% in ranitidine users compared with nonusers (OR 1.37, 95% CI 1.1-1.7). Dose-response was estimated by calculating relative risk in two categories of numbers of prescriptions (1-5 vs 6 or more), with no estimate of dose, frequency, or years of use. Higher usage (6 or more prescriptions) did not have higher relative risks than did lower use (1-5 prescriptions) with relative risks of 1.24 and 1.49, respectively. Strengths were: 1) documented prescriptions for ranitidine, nationally-representative database covering 15% of the Scottish population; 2) high coverage of cancer cases; 3) nine years of exposure coverage. Weaknesses were: 1) the study did not ascertain



CONFIDENTIAL INFORMATION

over-the-counter use of ranitidine, which had been licensed for over-the-counter purchase in the UK in 1995; 2) no information on patient adherence to prescribed medications; 3) insufficient data for dose-response assessment because only numbers of prescriptions were presented rather than dose of medication. Because of the lack of over-the-counter use data, the study likely underestimated ranitidine exposure and likely biased the relative risk to the null. Note that while the study was case-control design, the chance of recall bias is eliminated because medication information was obtained from an independent source.

Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) Out of 304,952 individuals, a total of 525 cases of pancreas cancer occurred over a median 2.4 years follow-up. While the authors did not present adjusted relative risks for pancreas cancer, they provided numbers of cases within ranitidine/nizatidine users and within other H2 blocker users. A crude calculation produced a relative risk of 0.95 for pancreas cancer in ranitidine/nizatidine vs. other H2 blockers. Dose-response was not assessed. Strengths of this study were: 1) large medical claims database that represents 3% of the Japanese population; 2) records available for diagnoses and dispensed medications. Weaknesses were: 1) the study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine, by combining the two the study significantly lowered the relative risk toward the null value; 2) adjusted relative risks for pancreas cancer were not presented.

A prospective study of patients in the Northern California Kaiser Permanente identified men and women who were prescribed or dispensed ranitidine (N=922), cimetidine (N=4125), or neither (N= 49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Five cases of pancreas cancer occurred. Compared with persons not prescribed either cimetidine or ranitidine, the risk of pancreas cancer was increased by more than double (RR 2.6, 95% CI 1.06-6.38). The strengths of this study were that: 1) The data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) Participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure; 3) The participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) The researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) High quality ascertainment and adjudication of cancer cases. There



CONFIDENTIAL INFORMATION

were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) Only 5 cases of pancreas cancer occurred.

## Occupational Sources of NDMA

Several occupations have been found to expose workers to large amounts of NDMA and/or its precursor nitrates or nitrites. While some of the NDMA exposure is through inhalation or skin, ingestion occurs as well through contamination of mouth and hands.(Gorman Ng et al. 2012) For example, nitrate fertilizer workers have been shown to have high levels of nitrate in saliva.(Hagmar et al. 1991) One of the strengths of these studies is that exposure levels have been estimated for various occupations within the manufacturing companies, and therefore dose-response relationships have been studied. By studying the associations of varying dose of NDMA on risk for cancer, parallels can be drawn to the role of NDMA in ranitidine in causing cancer. Another strength to considering occupational exposure to nitrites, nitrates, and NDMA is that the exposures are unlikely to be counteracted by protective vitamins as happens with intake of NDMA in vegetables that can be offset by the vitamin C in vegetables.(Hagmar et al. 1991)

There are some limitations to these studies in general: 1) Almost all of the studies were conducted only in men, and therefore the associations in women are not known; 2) Some studies compared cancer rates to those in the general population rather than to rates in unexposed workers. Therefore, there could be a healthy worker bias which could underestimate the effect of the carcinogen NDMA on cancer risk; 3) Many studies did not have information on potential confounding factors and therefore could not adjust for such factors; 4) Establishing the dose of NDMA exposure in individuals in occupational studies can be difficult. While methods exist for estimating NDMA exposure in particular job categories(Hidajat,



CONFIDENTIAL INFORMATION

McElvenny, Mueller, et al. 2019), it cannot be proven that an individual had that actual exposure. This type of inaccuracy in exposure can move the relative risk/odds ratio to the null value; 5) Many occupational studies assume that inhalation and dermal exposures are primary. However, there is evidence of significant ingestion of occupational carcinogens.(Gorman Ng et al. 2012) It is very likely, therefore, that occupational exposure to NDMA is relevant to ranitidine NDMA exposure, although establishing a parallel dose between occupation and medication is difficult.

Epidemiologic studies of risk of cancer from NDMA exposure have included manufacturing of rubber, nitrate fertilizers, and other occupations in which nitrates are formed such as cutting fluids in metal workers. The highest NDMA exposure has been reported in rubber manufacturing.(Straif et al. 2000)

### Rubber Manufacturing

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) A total of 15 men died from pancreas cancer. Risk of pancreas cancer mortality was not increased in highly exposed men compared to men with low levels of exposure (RR 0.5, 95% CI 0.1-4.4). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures were measured in air, and it is not clear how much individual men inhaled or ingested the NDMA; 3) the study was small (15 pancreas cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 328 deaths from pancreas cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of pancreas cancer (RR 1.59, 2.19, and 2.6, respectively). The p-value for trend was 0.07, which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete



CONFIDENTIAL INFORMATION

classification of cancer mortality was possible; 2) there were a relatively large number of pancreas cancer deaths compared with most occupational cohort studies. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

### Nitrate Fertilizer Manufacturing

A cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). A 23% increased risk of pancreas cancer in this cohort of exposed workers was found (SIR 1.23, 95% CI .56-2.34). Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 9 cases of pancreas cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

### Dietary Nitrite, Nitrate, Nitrosamines

In a hospital-based case-control study of 957 pancreatic cancer patients and 938 controls in Texas, researchers looked at associations between quartile of dietary intake of NDMA and risk of pancreatic cancer.(Zheng et al. 2019) Individuals with the highest levels of NDMA had almost a doubling of risk of pancreatic cancer (OR 1.93, 95% CI 1.42-2.61). There was evidence of a dose-response effect: compared with the lowest quartile, those in the 2nd, 3rd, and 4th quartiles of NDMA intake from plant sources had odds ratios of 1.48, 1.97, and 1.93, and the p value for trend was < 0.0001. Risk of pancreatic cancer was 17% higher for persons in the highest quartile of NDMA from animal sources (OR 1.17, 95% CI 0.89-1.54). Strengths were: 1) large numbers of cases; 2) estimated NDMA levels from foods. Weaknesses included: 1) potential for recall bias, which could bias the relative risk upward; 2) risk of bias if the hospital-based controls were not similar to cases in all but exposure data.

A 2018 report from the Iowa Women's Health Study investigated the association between dietary nitrate and nitrite levels and risk of pancreatic cancer.(Quist et al. 2018) Among 41,836 postmenopausal women who enrolled in the study in 1986 and completed a food frequency questionnaire, 313



CONFIDENTIAL INFORMATION

developed pancreatic cancer through 2011 after a median 25 years follow-up. Compared with women who were in the lowest quintile (fifth) of dietary nitrate levels, risk for pancreatic cancer was increased in the top quintiles, with hazard ratios for quintiles 2, 3, 4, and 5 of .85, .94, 1.3, and 1.28. Compared with women who were in the lowest quintile (fifth) of dietary nitrite levels from processed meat, risk for pancreatic cancer was increased in the top quintile, with hazard ratios for quintiles 2, 3, 4, and 5 of .98, 1.02, 1.06, and 1.66. Risks for pancreatic cancer were also increased at the top quintiles for animal sources of nitrites and for total dietary nitrite. The p for trend for processed meat source of nitrite was 0.05 supporting a dose-response effect. Strengths of this study included: 1) collection of both water and diet information; 2) long-term follow-up. Weaknesses included: 1) relatively small number of cases which limited power to detect statistically significant associations; 2) NDMA was not assessed.

A meta-analysis of studies published before 2016 on the association between dietary nitrate and nitrite and risk for several cancers included pancreatic cancer.(Xie et al. 2016) Because of inclusion criteria requiring certain published data, only 3 studies of pancreatic cancer were included. Neither dietary nitrate nor nitrite were associated with risk for pancreatic cancer, and dose-response was not assessed for individual cancers. The strength of this study was that it combined relative risks for 3 studies. The weakness was that most of the published studies were not included, and NDMA was not assessed.

In 2011, Aschebrook-Kilfoy et al. published results from a study of dietary nitrate and nitrite intake and pancreas cancer risk in the NIH-AARP study cohort of 492,226 men and women aged 50 and older at entry.(Aschebrook-Kilfoy et al. 2011) Diet was assessed at study entry via a 124-item food frequency questionnaire. The participants also provided information on diet at ages 12-13 years. Total dietary nitrate and nitrite as well as nitrate and nitrite from processed meats were estimated from these data using nutrient databases. A total of 1728 individuals developed pancreas cancer during a follow-up of 10 years. In men, increased intake of nitrates plus nitrates from processed meats increased risk of pancreatic cancer. Compared to men in the lowest quintile of intake, those in the 2nd, 3rd, 4th, and 5th quintiles had 5%, 8%, 18%, and 18% increased risk for pancreatic cancer (p trend = 0.11). Risks were higher with increased intake at ages 12-13; compared to men in the lowest quintile of intake at that age, those in the 2nd, 3rd, 4th, and 5th quintiles had 39%, 25%, 46%, and 32% increased risk for pancreatic cancer (p trend = 0.11). Elevated risks were not seen in women for intake at either baseline or ages 12-13. Strengths of this study included: 1) Relatively large sample size; 2) 10 years follow-up; 3) Estimate of



CONFIDENTIAL INFORMATION

dietary nitrite and nitrate at two different age periods. Weaknesses included: 1) Lack of lifetime exposure to nitrates/nitrites which can bias results to the null; 2) no estimate of NDMA exposure.

In a population-based case-control study with 189 cases of pancreatic cancer and 1244 controls from Iowa, researchers found that increasing dietary nitrite from animal sources was associated with increased risk of pancreatic cancer in both men and women.(Coss et al. 2004) Dietary nitrite and nitrate were assessed with a 55-item food frequency questionnaire. In men, those with the highest quartile of nitrite intake from animal sources (>.53 mg/day) had more than double the risk of pancreatic cancer than those in the lowest quartile (<.22 mg/day) (OR 2.3, 95% CI 1.1-5.1). Total food nitrite also increased risk in men: those in the top two quartiles of risk had 50% higher risk of pancreatic cancer compared with those in the lowest quartile. In women, the risk was more than triple for those in the highest (>.26 mg/day vs lowest quartile (<.13 mg/day) (OR 3.2, 95% CI 1.6-6.4). In contrast, dietary nitrate did not increase risk for pancreatic cancer. Risk did not increase with increasing quartile, so rather than dose-response, there was a threshold effect. Strengths were: 1) population-based study with comprehensive study of both diet and water; 2) Adjustment for confounders including vitamin C and smoking; 3) high response rate of cases and controls, which reduces chance of bias. Weaknesses included: 1) relatively small number of cases; 2) lack of lifetime diet data; 3) large number of cases for whom spouses provided data (because of the high morbidity in the cases); 4) potential for recall bias, which could bias the relative risk upward. All of these weaknesses could have introduced bias into the study, resulting in biasing the relative risk to the null (for recall bias, the relative risk may be biased upward); 5) NDMA was not assessed.

In an analysis of data from a cohort study of 27,111 male Finnish smokers, researchers assessed the association between diet including nitrate and nitrites and pancreas cancer risk.(Stolzenberg-Solomon et al. 2002) A total of 163 men developed pancreatic cancer over 12 years' follow-up. Compared with men in the lowest quintile for nitrate intake, those in the 2nd, 3rd, 4th, and 5th quintiles had relative risks of pancreatic cancer of .9, .82, .9, and .79, respectively. Compared with men in the lowest quintile for nitrite intake, those in the 2nd, 3rd, 4th, and 5th quintiles had relative risks of pancreatic cancer of .91, .75, .79, and 1.06, respectively. There was no dose-response effect apparent. Strengths of this study included: 1) focus on a high-risk population (male smokers). Weaknesses included: 1) relatively small number of cases which reduces chance of detecting a statistically significant association; 2) relatively short follow-up; 3) NDMA was not assessed.



CONFIDENTIAL INFORMATION

In an Australian population-based case-control study, dietary nitrosamines, nitrate, and nitrite intake were compared in 104 pancreatic cancer cases and 253 controls.(Baghurst et al. 1991) Dietary intake was obtained from a 179-item food frequency questionnaire. Risk of pancreas cancer increased with increasing intake of nitrosamines, with doubling of risk in those with the highest intake. Compared with the lowest quartile (fourth), those in the 2nd, 3rd, and 4th quartiles of nitrosamine intake had relative risks of 1.26, 1.69, and 2.02 for pancreas cancer. The P for trend was 0.11. The strengths of this study were: 1) Comprehensive dietary variables calculated; 2) Adjustment for multiple potential confounders. Weaknesses include: 1) Potential for recall bias, which could bias the relative risk upward; 2) relatively small number of cases, which reduces the chance of finding a statistically significant relevant risk.

A Canadian case-control study of pancreatic cancer reported on nutritional factors and pancreatic cancer risk in 249 cases and 505 controls.(Howe, Jain, and Miller 1990) Using data from a 200-item diet interview, the investigators found that those in the highest quartile for nitrate intake from foods had a 21% higher risk of developing pancreatic cancer compared with those in the lowest quartile (where the inter-quartile difference in nitrate intake was 31.8 mg). They did not present data on dose-response, and did not observe an association with nitrite intake. Strengths of the study were: 1) a population-based study; 2) large number of dietary items assessed. Weaknesses included: 1) relatively small sample size which reduced the chance of finding statistically significant relationships; 2) diet assessed at only one timepoint, which increases chance of bias toward the null value; 3) NDMA was not assessed; 4) potential for recall bias, which could bias the relative risk upward.

## Water Sources of Nitrate/Nitrite/NDMA

Researchers published data from the Iowa Women's Health Study on municipal water nitrate levels and cancer risk including pancreas. From a cohort of 21,977 women who were 55– 69 years of age at baseline in 1986 and had used the same water supply more than 10 years (87% 20 years); 16,541 of these women were on a municipal supply, and the remainder used a private well. A total of 69 women developed pancreas cancer. The researchers assessed nitrate exposure from 1955 through 1988 using public databases for municipal water supplies in Iowa (quartile cut points: 0.36, 1.01, and 2.46 mg per liter nitrate-nitrogen). A total of 69 women developed pancreas cancer during the follow-up period. Compared with women in the lowest quartile for nitrate intake, those in the 2nd, 3rd, and 4th quartiles had hazard ratios of 0.79, 0.86,



CONFIDENTIAL INFORMATION

A 2020 publication detailed a meta-analysis of water sources of nitrate and risk for several cancers including pancreas.(Essien et al. 2020) Four epidemiologic studies were included in the meta-analysis of nitrate and pancreatic cancer risk. Comparing highest versus lowest levels of water nitrate, the relative risk for pancreatic cancer was 1.08 (95% CI 0.94-1.22). Combing all nitrate levels above the lowest level did not show any association with pancreas cancer risk. Strengths of the study were: 1) a meta-analysis can provide a good summary of results from several studies. Weaknesses: 1) the included studies used different cut-points for nitrate levels, and therefore "highest" and "lowest" categories were imprecise; 2) Although several of the studies had collected diet information on individuals, this meta-analysis did not include data on dietary sources of nitrate/nitrite/NDMA. Therefore, there is likely error in classification of individuals' exposure to NDMA and its precursor nitrate/nitrite levels.

In a case-control study in Taiwan, investigators identified all pancreatic cancer deaths in Taiwan from 2000-2006, and matched them to persons who had died from other causes.(Yang, Tsai, and Chiu 2009) Data on nitrate levels in municipalities in 1990 were recorded for the 2412 cases and 2412 matched controls. There was no increased risk of dying of pancreatic cancer (vs other causes) by level of drinking water nitrate. The strengths of this study were: 1) inclusion of all pancreatic cancer deaths in one country. Limitations included: 1) use of mortality as case definition. While pancreatic cancer is a high-mortality cancer and therefore mortality is a reasonable proxy for incidence, deaths for the causes for controls (diabetes, liver cancer, liver disease, myocardial infarction, motor vehicle accidents) may reflect differences in health or lifestyle that led to greater mortality from the underlying disease; 3) the water nitrate levels in 1990 may not have reflected lifetime exposure. Note that while this was a case-control study, ascertainment of exposure was done independently, which eliminates risk of recall bias.

A 2018 report from the Iowa Women's Health Study investigated the association between municipal water nitrate levels and risk of pancreatic cancer.(Quist et al. 2018) Among postmenopausal women who enrolled in the study in 1986 and completed water source questions in 1989, 313 developed pancreatic cancer through 2011 after a median 25 years follow-up. A total of 15,719 cohort participants (189 cases) had data available to analyze municipal water nitrate levels. Compared with women who were in the lowest quintile (fifth) of water nitrate levels, risk for pancreatic cancer was increased in all higher levels, with hazard ratios ranging from 1.16 to 1.56. However, the risk did not increase with increasing quintile of nitrate level. Strengths of this study included: 1) collection of both water and diet



CONFIDENTIAL INFORMATION

information; 2) long-term exposure data on drinking water nitrate. Weaknesses included: 1) relatively small number of cases which limited power to detect statistically significant associations; 2) large numbers of cohort participants with missing water data or who used only private well water (for which nitrate measures were not available); 3) lack of data on women's water consumption.

In a population-based case-control study with 189 cases of pancreatic cancer and 1244 controls from Iowa, researchers investigated the associations between lifetime municipal water source nitrate levels and pancreatic cancer risk.(Coss et al. 2004) They found no association between pancreatic cancer risk and increasing quartiles of community water supply nitrate levels. Strengths were: 1) population-based study with comprehensive study of both diet and water; 2) Adjustment for confounders including vitamin C and smoking; 3) high response rate of cases and controls, which reduces chance of bias. Weaknesses included: 1) relatively small number of cases; 2) inability to determine private water nitrate levels; 3) large number of cases for whom spouses provided data (because of the high morbidity in the cases); 4) potential for recall bias, which could bias the relative risk upward. All of these weaknesses could have introduced bias into the study, resulting in biasing the relative risk to the null (except for recall bias which can falsely elevate relative risk).

## Biological Mechanisms Linking NDMA to Pancreas Cancer

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021)

## Summary of Findings on Pancreas Cancer: Weight of the Evidence/Bradford Hill Analysis

Epidemiological evidence shows that NDMA from ranitidine, diet, water, and occupational exposure is associated with increased risk for pancreas cancer. Three cohort studies reported on the relationship between ranitidine use and risk of pancreatic cancer.(McDowell et al. 2021a; Habel, Levin, and Friedman 2000; Iwagami et al. 2021) Risk for users vs. nonusers increased in two of these three studies (one found



CONFIDENTIAL INFORMATION

more than doubling or risk and one found a 37% increased risk for pancreatic cancer.(McDowell et al. 2021a; Habel, Levin, and Friedman 2000) The studies all adjusted for potential confounders, but all likely underestimated amount of ranitidine used because none assessed long-term use. Therefore, the risk of pancreatic cancer with ranitidine use likely exceeds the levels seen in these studies. Dose-response was only addressed in one study, with negative findings. Occupational exposure to NDMA in the rubber manufacturing industry was assessed in three studies and was found to increase risk of pancreatic cancer occurrence or death, ranging to a 2.6 times greater risk of pancreatic cancer occurrence or death.(Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000; Hours et al. 1994) The one study to address dose-response did show a pattern of increasing risk with greater NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) One study looked at the effect of working in nitrate fertilizer related jobs, and found that risk for these workers was increased 23% compared with the general population. . One challenge in comparing associations across these job exposures is that in the rubber industry, the amount of NDMA exposure in air has been tested. In the studies of nitrate fertilizer workers, however, there were no NDMA estimates provided.

The studies on dietary sources of NDMA, nitrate, and nitrite showed strong associations between NDMA, nitrates, and nitrites and risk for pancreatic cancer. Only one study estimated NDMA intake from diet data.(Zheng et al. 2019) Nitrates/nitrites from total, animal and processed meat sources showed clear association with pancreatic cancer risk(Zheng et al. 2019; Quist et al. 2018; Aschebrook-Kilfoy et al. 2011; Coss et al. 2004) and several studies showed evidence of dose-response effects.(Zheng et al. 2019; Quist et al. 2018) Studies of total food sources of nitrate and nitrate (which primarily are accounted for by vegetables and fruits) do not show strong associations between nitrate/nitrite amount and pancreatic cancer risk. While some water studies found associations between nitrate and pancreas cancer risk, no water study estimated amount of NDMA that would have been produced from the given amount of water nitrates, however, and no study asked individuals about actual amounts of water drunk from municipal tap water.

This review of the association between NDMA in ranitidine and other sources with pancreatic cancer risk produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of



CONFIDENTIAL INFORMATION

the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A review of epidemiologic studies found that risk of pancreatic cancer was increased in ranitidine users compared with nonusers in two of the three studies, with statistically significant risk increases by 37% in one(McDowell et al. 2021a) and by more than double in another(Habel, Levin, and Friedman 2000). One of the two occupational studies showed that individuals highly exposed in the rubber manufacturing industry have risks of pancreas cancer that are more than double the risk in the general population. The one study in nitrate fertilizer workers indicated a 23% increased risk of pancreas cancer.

Nutritional epidemiological studies have shown that with increased intake of NDMA, risk of pancreas cancer increased by almost double in persons with the highest exposure. Furthermore, nutritional studies reviewed showed that increased dietary nitrates or nitrites increase risk of pancreas cancer by at least 20%, up to doubling of risk with high doses.

The presence or absence of "statistical significance" (typically described in this literature as p<0.05 or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies. Since pancreas cancer is rare, the cohort studies included fewer cancers than many of the other cancers studied, and similarly the case-control studies were smaller. For example, the study by McDowell et al., with 1069 cases, had a narrow confidence interval that did not include 1.0, and therefore increases the likelihood that the observed relative risk (1.37) was reflective of the real relative risk. In contrast, the other studies on ranitidine use and pancreas cancer risk had between 5 and 525 cases, a number which will provide lower power to detect a statistically significant relationship.

Viewed in the context of the high relative risks seen in several studies across sources of NDMA, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.



CONFIDENTIAL INFORMATION

Consistency of the association

Across the case-control and cohort studies, and across studies of various NDMA exposure, the association between NDMA and risk of pancreas cancer was highly apparent in more studies than not. As indicated above, the studies included cohort and population-based and hospital-based case-control studies from a diverse geographic area across the U.S., as well as Asia and Europe. Of the 3 ranitidine studies, 2 found elevated relative risks for pancreas cancer in ranitidine users compared with nonusers, and both were statistically significant (e.g., the confidence intervals did not include 1.0). Two of the three occupational exposure studies showed elevated pancreas cancer risk with greater NDMA or precursor nitrate exposure. Several dietary studies showed increased pancreas cancer risk with increased nitrate or nitrite exposure.

The consistency across studies, led by many investigators, using different study designs, with different NDMA sources, and in diverse geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) in laboratory animals, and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers) are



CONFIDENTIAL INFORMATION

used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have compared cases of cancer associated with ranitidine use to that in users of other H2 blockers or other drugs indicated for the same conditions. By comparing against these as well as persons not using any H2 blocker or other similar drug, researchers have reduced chance of temporality bias. In the Habel study,(Habel, Levin, and Friedman 2000) the risk of pancreatic cancer associated with cimetidine use (the most common H2 blocker at the time of the study) was 1.1, whereas the risk associated with ranitidine use was 2.6. This gives to support to ranitidine as being a cancer-causing agent rather than the medical condition for which it is prescribed. I placed high weight on this factor in my causation analysis.

Biologic gradient/ dose-response

Dose-response was directly assessed in one of the epidemiologic studies of ranitidine use and pancreas cancer risk: in the study by McDowell et al using Scottish medical records data, the risk for more than 6 prescriptions was slightly lower than that for 1-6 prescriptions. This suggests a threshold effect, or that number of prescriptions was not an adequate proxy of total exposure, which would require knowing dose, frequency, and duration of use. Dose-response was tested in studies of other sources of NDMA, including occupational exposure, diet, and water. Strong dose-response was seen with NDMA exposure in one rubber manufacturing study,(Hidajat et al. 2020) but not with increased exposure to nitrates in the fertilizer industry.(Fandrem et al. 1993) A dose response relationship was seen in some of the dietary studies, but the exposure variable varied (i.e. NDMA vs nitrate vs. nitrite). I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA, or its precursors nitrate or nitrite, from ranitidine or other sources can cause pancreas cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in pancreatic cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.



CONFIDENTIAL INFORMATION

Availability of NMDA to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from ranitidine during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce pancreas carcinogenicity. NDMA can reach the pancreas through the bloodstream, create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of pancreas cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of pancreas cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. The fact that NDMA (or its precursors nitrite and nitrate) from multiple sources in humans (ranitidine, diet, and occupation) is associated with increased pancreas cancer risk supports this aspect of Bradford Hill analysis for cancer causation. NDMA has been classified by the International Agency for Research on Cancer (IARC) as a class 2A carcinogen. Nitrate and nitrite form NDMA in vivo as well as in condition mimicking the human stomach. Once formed, NDMA can cause DNA adducts, leading to initiation and promotion of cancer. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. The infeasibility is because pancreatic cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. Therefore, very large studies with decades of follow-up would be needed. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it



CONFIDENTIAL INFORMATION

would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on pancreas cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation. I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, NDMA from ranitidine can cause pancreas cancer.



CONFIDENTIAL INFORMATION

## Stomach (gastric) Cancer

An estimated 26,560 individuals will develop stomach cancer in the U.S. in 2021.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of stomach cancer in the U.S. was 6.5/100,000 individuals/year (https://cancerstatisticscenter.cancer.org/?_ga=2.98294431.1635865680.1621919673-325020077.1620767384#!/ ) (accessed 6/6/21) The rates in men are approximately twice as high as those in women. Since 1975, rates of stomach cancer in the U.S. have decreased in both men and women. Because stomach cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of stomach cancer in exposed vs unexposed individuals.

Ranitidine, other H2 blockers, and protein pump inhibitors (PPIs) are used for the treatment of many gastro-intestinal disorders, such as ulcers, esophagitis, heartburn, gastro-esophageal reflux disorder (GERD), and other, rarer, conditions. The symptoms for many of these (such as stomach pain, heartburn, nausea) are common early symptoms of stomach cancer. Therefore, a putative association between use of ranitidine, other H2 blockers, or PPIs and risk of stomach cancer could instead reflect the underlying association of stomach cancer with gastrointestinal symptoms. To address this issue, epidemiologists typically do not count use of ranitidine, H2 blockers, or PPIs within 1 to 2 years prior to cancer diagnosis. Alternately, some researchers have chosen to compare ranitidine users to users of other H2 blockers or PPIs. If these other medications also increase the risk of stomach cancer, then the resulting relative risk will be falsely lowered, and will not be reliable. That PPIs are related to risk of stomach cancer has been seen in recent studies.(Seo et al. 2021; Cheung et al. 2018) H2 blockers other than ranitidine could also pose a risk for increased stomach cancer occurrence, if they also produce NDMA, such as nizatidine.

The literature on the epidemiology of ranitidine and risk of stomach cancer is new, with 5 of the 6 studies published in the past two years. These studies, which were prospective cohort studies, followed participants for short periods of time after exposure measurement, as little as 2-4 years, which is insufficient time for cancers to develop in response to carcinogen exposure. There is no way to correct for this sort of bias.



CONFIDENTIAL INFORMATION

Given the issues on studies of stomach cancer and ranitidine use, the studies on other sources of NDMA such as occupation and diet are critically important for evaluating the relationship between ranitidine and stomach cancer risk.

## Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, to determine risk of stomach cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including stomach cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the stomach, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using stomach cancer cases compared with the entire sample: 75 vs 342. Similarly, there was an unexplained number of non-ranitidine using stomach cancer cases left in the analyses: 54 vs 560. Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up,



CONFIDENTIAL INFORMATION

risk of developing stomach cancer was increased by 15% in ranitidine users vs other H2 blocker medications (RR 1.15, 95% CI 0.99-1.33). Risk of the proximal subtype was increased by 16% (RR 1.16, 95% CI 0.93-1.45). Risk of the distal subtype was not increased in ranitidine users (RR 0.88, 95% CI 0.66-1.16). Risk of the unknown or multiple stomach regions subtype was increased by 28% in ranitidine vs other H2 blocker users (RR 1.28, 95% CI 1.07-1.54). When data were limited to the smaller subset of continuous prescription refills, the risk were as follows. Risk of developing stomach cancer was increased by 13% in ranitidine users vs other H2 blockers (RR 1.13, 95% CI 0.77-1.65) Risk of the proximal subtype was increased by 25% (RR 1.25, 95% CI 0.73-2.13). Risk of distal subtype was not increased (RR 0.32, 95% CI 0.09-1.16). Risk of the unknown or multiple stomach regions subtype was increased 44% with ranitidine use (RR 1.44, 95% CI 0.88-2.38). Risk of stomach cancer was not increased in ranitidine vs PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts.

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including stomach. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73



CONFIDENTIAL INFORMATION

million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 670 cases were identified in the famotidine group, 170 in the ranitidine group, and 1160 in the omeprazole group. Cancer diagnoses were not confirmed, nor were subtypes of stomach cancer presented. The authors calculated odds ratios (as estimates of relative risks) for stomach cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for atrophic gastritis, tobacco use, and obesity, then for demographic factors (age, sex, race [White vs African American], then for a combination of demographic factors and whichever of atrophic gastritis, tobacco use, and obesity was most significant. In the final analyses, compared with famotidine use, the odds ratio for stomach cancer was 0.49 (95% CI 0.40-0.60); compared with omeprazole use, the odds ratio for stomach cancer was 0.93 (95% CI 0.76-0.1.13). There were some strengths to this study, and many weaknesses. Strengths included: 1) prescription data; 2) adjustment for some potential confounding variables; 3) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. The authors state that the annual incidence ratios per 100,000 for stomach cancer was 5.54, and state that this shows "reasonable consistency" with rates reported in the literature. However, since the annual incidence of stomach cancer in the U.S. is 6.5/100,000/year, the cases of stomach cancer may be underreported in this study. If cases were diagnosed outside of the hospital/treating institution where the prescription occurred, a diagnosis of cancer could be missed. 2) the Explorys database population grew from 13,776,740 at the start of follow-up to 68,495,130), a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 3) the identification and adjustment of potential confounding factors was incomplete. Infection with H. pylori is strongly related to stomach cancer, but was not included as covariate. Since the Explorys database is a comprehensive dataset of medical records, that information should have been available. Data on race, obesity, smoking, and alcohol use



CONFIDENTIAL INFORMATION

are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 4) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 5) The use of over the counter medications was not included. This seriously underestimates the use of these three medications. Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions. (Gisbert et al. 2001; Salas, Ward, and Caro 2002; Katz, Gerson, and Vela 2013) This supports the likelihood that omeprazole users had more severe conditions than did ranitidine users.

An analysis of a Veteran Administration database of individuals with treated H. pylori infection (a risk factor for stomach cancer) examined the associations between ranitidine use, other H2 blockers use (cimetidine, famotidine, or nizatidine), and proton pump inhibitors and risk for stomach cancer.(Kumar, Goldberg, and Kaplan 2021) Among a cohort of 279,505 men and women who had been prescribed at least 30 days of acid suppressant treatment, and were followed for a mean 4.4 years, a total of 1524 cases of stomach cancer (nonproximal gastric adenocarcinoma) occurred. Compared with PPI use, the relative risk among ranitidine users was 1.09; compared with H2blocker use other than ranitidine, risk among ranitidine users was 0.55. Dose-response was not assessed. Strengths of the study include: 1) large number of stomach cancer cases; 2) focus on a group of persons at elevated risk for stomach cancer. Weaknesses include: 1) By comparing only to PPI or other H2 blockers, the study is comparing ranitidine to other agents that could increase risk for gastric cancer: nizatidine contains NDMA, and PPIs have been associated with increased stomach cancer risk.(Seo et al. 2021; Iwagami et al. 2021); 3) no dose-response analysis, either with years of use or with dose, was provided; 4) the relatively short follow-up time was likely too short a time for cancers to develop, which can bias the relative risk to the null.

Using data from the Korean Health Insurance Service, Kim et al. investigated the association between stomach cancer risk and use of ranitidine.(Kim, Lee, et al. 2021) The investigators identified patients who



CONFIDENTIAL INFORMATION

were prescribed ranitidine and nizatidine or other H2 blockers for more than 30 days between 2002-2008. The investigators chose to combine ranitidine and nizatidine users together and termed them "ranitidine product users," without an explanation for rationale and without data on proportion of actual ranitidine users in that grouping. All patients were followed until 2013, and those with a diagnosis of stomach cancer were identified. Patients who had been prescribed proton pump inhibitors were excluded due to what the investigators stated as "…potential carcinogenicity in patients with gastric cancer arising from hypergastrinemia, gastric atrophy, and bacterial overgrowth in the stomach." The investigators compared stomach cancer incidence rates in those using ranitidine/nizatidine versus other H2 blockers and versus non-H2 blocker using controls. Out of 40,887 enrolled individuals, a total of 906 developed stomach cancer. The study used propensity score matching according to age, sex, residential area, income, disability, NSAID dose, smoking, and alcohol. After the matching, only 13,629 study subjects remained, although it appears that no cases were discarded. Risk of stomach cancer was not increased in ranitidine users versus controls (nonusers; relative risk 1.01, 95% CI 0.86-1.18)) or users of other H2 blockers (relative risk 0.98, 95% CI 0.84-1.15). Cox regression analysis showed no change in relative risk over time in ranitidine users versus the comparator groups. Strengths of the study include: 1) population-based pharmaceutical data from Korea; 2) relatively large numbers of stomach cancer. Weaknesses included: 1) The major weakness is that this study appears to replicate much of the Yoon et al. study of ranitidine and stomach cancer risk. It uses the same S. Korea database, and has the same endpoint, although Kim et al. compared to both non-users and to all H2 blockers combined; 2) no information was provided on how cancer outcomes were determined, nor any validation studies; 3) only prescription data are included – it is not clear if participants took the medication or if they purchased over-the-counter ranitidine; 4) patients who used omeprazole were excluded. Since many patients are switched from an H2 blocker like ranitidine to omeprazole when symptoms persist, this exclusion will eliminate many exposed patients which will underestimate ranitidine use and bias the relative risk toward the null value; 5) since the study data were from electronic health records, several potential confounding variables were not considered or adjusted for.

In 2020, Liu et al. published results of two studies of ranitidine and stomach cancer risk.(Liu et al. 2020) The first was a nested case-control study within the Scottish Primary Care Clinical Informatics database. A total of 1119 cases (diagnosed 1999-2011) and 5394 controls (matched on age, sex, general practitioners practice) were included. The risks for stomach cancer in ranitidine users vs. non-users was increased by 42% (RR 1.42, 95% CI 1.1-1.85). Dose-response was not assessed for ranitidine alone. The



CONFIDENTIAL INFORMATION

strengths of the case-control study were: 1) relatively large number of cases; 2) medication data from Scottish general practice databases, which minimizes chance of recall bias since neither cases nor controls were asked to provide medication exposures; 3) adjustment for multiple covariates. Weaknesses included: 1) lack of dose-response data for ranitidine use; 2) lack of data on medication adherence; 3) lack of data on over-the-counter use; 5) lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value. In the second study set, in a cohort of 471,779, only 4 cases of stomach cancer occurred in persons taking any H2 blocker, and therefore no analysis of the effect of ranitidine on stomach cancer was performed. The lack of cases was therefore a major weakness to this second Liu study.

Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) Out of 600,321 individuals, a total of 1274 cases of stomach cancer occurred over a median 2.4 years follow-up. The adjusted relative risk for stomach cancer in ranitidine/nizatidine vs. other H2 blockers was 1.09 (95% CI 0.92-1.17). Dose-response was not assessed. Strengths of this study were: 1) large medical claims database that represents 3% of the Japanese population; 2) records available for diagnoses and dispensed medications. Weaknesses were: 1) the study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine, by combining the two, the study significantly lowered the relative risk toward the null value; 2) the short follow-up time was insufficient for cancers to occur, and therefore the estimate of cancers occurring in response to ranitidine is underestimated.

South Korean researchers conducted a cohort study of ranitidine and famotidine users (defined as at least one year of use, cumulative dose of 10,800 mg for ranitidine and 14,400 mg for famotidine, between 2009-11). Patients were identified through Health Insurance Review and Assessment databases.(Yoon et al. 2021) (Note this study used the same South Korea database as did Kim et al. but ranitidine and other H2 blocker data were collected between 2002-2008).(Kim, Lee, et al. 2021) The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users as a comparator group, matched by sex, age, presence of diabetes mellitus, and duration of H2 blocker use. No nonusers of H2 blockers were included. After follow-up through 2018, 556 cases of stomach cancer occurred. The relative risk of stomach cancer for ranitidine users vs. famotidine users was 1.06, 95% CI 0.86- 1.31). The strengths of the study were: 1) it was a very large database of ranitidine users; 2) comparison to another H2 blocker removed the potential confounding effect of medical indication for



CONFIDENTIAL INFORMATION

use of an H2 blocker; 3) linkage to medical datasets for cancer determination. The weakness of the study included: 1) there was a very short time period for ascertainment of ranitidine, and a very short time period between exposure ascertainment and years of diagnosis, leaving insufficient time for cancers to occur; 2) there was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure. Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error would fall under the category of nondifferential misclassification and would be expected to bias the relative risk toward the null; 3) There were no data on risk by dose or duration of use, and therefore no dose-response relationship was ascertained. Furthermore, it is not clear why the researchers selected only subsets of ranitidine and famotidine users. By doing so, they reduced the number of cases included, thereby reducing power to detect associations.

A prospective study of patients in the Northern California Kaiser Permanente identified men and women who were prescribed or dispensed ranitidine (N=922), cimetidine (N=4125), or neither (N= 49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Six cases of esophagus or stomach cancer occurred. Compared with persons not prescribed either cimetidine or ranitidine, the risk of esophagus or stomach cancer was more than doubled (RR 2.42, 95% CI 1.07-5.49). The strengths of this study were that: 1) the data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) the participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) the researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) high quality ascertainment and adjudication of cancer cases. There were several weaknesses: 1) ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) the study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) data for stomach cancer only were not included. 5) only 6 cases



CONFIDENTIAL INFORMATION

of esophagus/stomach cancer occurred; 6) participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure.

## Occupational Exposure to NDMA

### Rubber Manufacturing

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 768 deaths from stomach cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of stomach cancer (RR 1.32, 1.62, and 1.72, respectively), which supports a dose-response effect. The p-value for trend was less than 0.01. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) Risk of stomach cancer mortality was 20% higher in men with the highest exposure to rubber compared to men with low levels of exposure (RR 1.2, 95% CI 0.5-3.2). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures were measured in air, and it is not clear how much NDMA individual men inhaled or ingested; 3) the study was relatively small (44 stomach cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.



CONFIDENTIAL INFORMATION

## Nitrate Fertilizer Manufacturing

Several small cohorts of individuals occupationally exposed to nitrate fertilizer have been published. Nitrate is degraded to nitrosamines, the majority of which are NDMA, and therefore these studies are pertinent to the study of NDMA and cancer risk.

A cohort of 1756 Norwegian male nitrate fertilizer workers was followed from 1953 through 1992, and observed numbers of cancers were compared with expected numbers from the local population.(Zandjani et al. 1994) Comparing observed to expected number of cases, a 41 percent higher risk of stomach cancer was seen (standardized incidence ratio [SIR] = 141 (95% confidence interval 93-203). The strength of this study was the relatively long follow-up. The main weakness was that the small study produced only 28 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Another cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). No excess risk of stomach cancer in this cohort was found. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 15 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Swedish investigators followed for up to 22 years a cohort of 2,131 men who had worked in nitrate fertilizer manufacturing, and compared the number of cases of cancer to that in the general population from the same geographic area.(Hagmar et al. 1991) No excess of stomach cancer was seen. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 5 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Risk of stomach cancer mortality was increased by 19 to 36 percent, depending on area of UK used for

comparison. Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4) the relatively long follow-up. The main drawbacks were that: 1) the study only looked at mortality, and therefore the impact of exposure on cancer incidence is underestimated; 2) there were only 12 deaths from stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

## Dietary NDMA Exposure

A meta-analysis of NDMA, nitrite, and nitrate and risk of stomach cancer included epidemiologic studies published through August 2015.(Song, Wu, and Guan 2015) Included were 11 studies that looked at stomach cancer and NDMA, and 19 studies for each of nitrite and nitrate. These studies represented 742,038 individuals for the NDMA analyses and approximately 650,000 for the nitrite and nitrate analyses. The meta-analysis showed a 34% increased risk of stomach cancer for those in the highest versus lowest level of NDMA (RR 1.34, 95% CI 1.02-1.76). For those in the highest versus lowest level of nitrite intake, the risk was increased by 31% (RR 1.31, 95% CI 1.13-1.52). For nitrate, the highest versus lowest level of intake showed a reduction in risk (RR 0.80, 95% CI 0.69-0.93). Using the studies for which data were available, the authors conducted a dose-response analysis for each of NDMA, nitrite, and nitrate. For NDMA, an analysis with four studies showed increasing stomach cancer risk with increasing level of NDMD, with a p value <0.001. The authors stated that when daily NDMA intake reached 0.12 micrograms, the harmful effect because more obvious. (Note 0.12 microgram is 120 nanograms, which is lower than the amount of NDMA present in many ranitidine tablets). For nitrite, with five studies, a linear trend toward increasing risk with increasing nitrite level was seen. For nitrate, risk remained lower than 1.0 for all but the highest level of intake. Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of dose-response. Weaknesses included: 1) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of NDMA, nitrite and nitrate. The result is a bias of the relative risk to the null value.

A study within the Netherlands Cohort Study investigated associations between dietary NDMA intake and risk of stomach cancer.(Keszei et al. 2013) A total of 663 cases of stomach cancer developed over a



CONFIDENTIAL INFORMATION

mean 14.3 years follow-up. These were compared with a randomly selected sub-cohort of 4032 participants. Diet was assessed with a 150-item food frequency questionnaire. In men, the risk of stomach cancer per each 0.1 micrograms/day increase (e.g., 100 nanograms/day) in NDMA was associated with a 6% increased risk of noncardia stomach cancer (hazard ratio: 1.06, 95% CI 1.01-1.10). In men, the risk of noncardia stomach cancer increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.09 and 1.31, with a p for trend of 0.09. Relative risks for greater intakes are calculated by multiplying risks. Thus, the relative risk for stomach noncardia cancer per 200 nanograms per day of NDMA intake in men is 1.06 X 1.06 = 1.12. Strengths of this study include: 1) relatively large numbers of cases, which increased power to detect statistically significant associations; 2) presentation of data on dose of NDMA that increases cancer risk; 3) estimation of dose-response effects; 4) adjustment for multiple potential confounders; 5) relatively long follow-up. Weaknesses included: 1) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

Loh et al investigated the association between dietary N-nitroso compounds (including NDMA) and risk of several cancers including stomach in a UK cohort of 22,920 men and women.(Loh et al. 2011) Diet was assessed with a 131-item food frequency questionnaire. A total of 64 stomach cancer cases occurred over a mean follow-up of 11.4 years. The risk of stomach cancer was increased by 13% for each standard deviation increase (47 nanograms/day) in level of dietary NDMA (RR 1.13, 95% CI 0.81-1.57). Since the authors used a Cox proportional hazards regression model, in order to estimate the risk associated with greater intakes of NDMA, the risks are multiplied. Thus, the relative risks for 94 nanograms per day of NDMA intake for stomach cancer is 1.28. Strengths of this study include: 1) measurement of NDMA as well as nitrite; 2) data presented on dose that increases cancer risk; 3) available data for multivariate adjustment for confounders. Weaknesses include: 1) small number of cases which reduce power to detect statistically significant results. (The cohort population included persons as young as 40 at study entry, which likely explains the small number of cases after 11 years' follow-up. 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value; 3) dose-response not assessed.

Jakszyn reported on an analysis from a large cohort study on risk of stomach cancer associated with NDMA intake.(Jakszyn, Bingham, et al. 2006) The cohort consisted of 521,457 individuals from 10 European countries. Diet was assessed with country-specific food frequency questionnaires. Participants



CONFIDENTIAL INFORMATION

were followed for an average 6.6 years during which 314 cases of gastric cancer occurred. Individuals were classified into three tertiles of NDMA intake. Compared with those in the lowest tertile, those in tertiles 2 and 3 had relative risks for stomach cancer of 0.87 and 0.99. Strengths of the study include: 1) relatively large number of cases; 2) dose-response assessment; 3) adjustment for multiple potential confounders. Weaknesses include: 1) the short follow-up (6 years) is not sufficient for most cancers to develop 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

A study used data from the Swedish mammography cohort of 61,433 women to examine the association between NDMA intake and risk of stomach cancer.(Larsson, Bergkvist, and Wolk 2006) Diet was ascertained at baseline (1987-90) and follow-up (1997) with food frequency questionnaires (67-item at baseline, 96-item at follow-up). During 18-years follow-up, a total of 156 cases of stomach cancer occurred. The investigators divided women into quintiles of intake of NDMA. Risk of stomach cancer was doubled in those with the highest versus lowest intake of NDMA (relative risk 1.96, 95% CI 1.08-3.58). Compared with the lowest quintile, those in quintiles 2, 3, 4, and 5 had relative risks for stomach cancer of 1.03, 1.66, 1.6, and 1.96. The p for trend was 0.02. Strengths include: 1) Long-term follow-up; 2) diet assessment at two time points, with averaging of dietary intake from the two. This increases the precision of diet measurement, and reduces chance of bias toward the null; 3) dose-response assessed; 4) adjustment for multiple potential confounders. Weaknesses include: 1) relatively small sample size which reduces the chance of observing statistically significant results.

In a population-based case-control study in a high-risk area of Italy, Palli et al interviewed 382 cases with stomach cancer and 561 controls to look at associations with NDMA, nitrate, and nitrate intake.(Palli, Russo, and Decarli 2001) Dietary intake was determined with a 181-item food frequency questionnaire. Risk for stomach cancer increased by 10% for those in the top two versus bottom tertile of intake of NDMA. Risk increased by 40% for those in the top two tertiles of nitrite intake (relative risk 1.4, 95% CI 1.0-2.0). These results support a threshold effect. Strengths of the study include: 1) assessment of NDMA as well as nitrite and nitrate; 2) adjustment for multiple potential confounders; 3) study conducted in an area at high risk for stomach cancer. Weaknesses include: 1) diet assessed at one time point only, increasing the likelihood of biasing the relative risk to the null value; 2) case-control studies are at risk of recall bias, where cases and controls remember exposures to different degrees. This can bias the results to increase relative risk (away from null).



CONFIDENTIAL INFORMATION

In a small Finnish cohort, investigators examined the relationship between NDMA intake in the diet and risk of stomach cancer.(Knekt et al. 1999) Participants underwent a dietary history interview. Separate tests of reproducibility of the diet interview show poor long-term reproducibility (over 4-7 years). All baseline diet data were collected 1966-72 and participants were followed from 1967-1990; therefore, follow-up was 18 – 24 years, during which time 60 cases of stomach cancer had occurred. For NDMA, nitrite, and nitrate intake, risk of stomach cancer was lowest in those with the highest quartile of intake compared with those in the lowest quartile (RR's for top quartile of NDMA, nitrite, and nitrate, respectively, were 0.75, 0.71, and 0.56). There was no evidence of a dose-response effect. Strengths of the study were: 1) assessment of NDMA as well as nitrite and nitrate; 2) assessment of dose-response; 3) identification of cases through the Finnish cancer registry, which has almost 100% complete registration of cancers.(Teppo, Pukkala, and Lehtonen 1994) Weaknesses included: 1) very small number of cases, which lowers the likelihood of observing a statistically significant association; 2) diet ascertained at only one timepoint, which increases error and the likelihood of biasing the relative risk to the null value.

A hospital-based case-control study in Uruguay, an area with high stomach cancer risk, investigated the associations between NDMA, nitrites, and stomach cancer risk.(De Stefani, Boffetta, et al. 1998) Controls were selected from the same hospitals as the cases. Diet was assessed with a food frequency questionnaire interview. Participants were divided into quartiles of NDMA intake. Compared with those in the lowest quartile, those in the 2nd, 3rd, and 4th quartiles had relative risks of 2.07, 3.23, and 3.62, respectively. There was clear evidence of a dose-response effect, with more than tripling of risk in those at the highest intake. The p for trend was < 0.0001. Risk of stomach cancer with increased nitrite intake, however, was decreased (RR 0.53, 95% CI 0.42-0.67). Strengths of the study: 1) relatively large number of cases, which increases likelihood of observing a statistically significant association; 2) study conducted in a country with high stomach cancer risk; 3) dose-response assessed. Weaknesses include: 1) limited items on the food frequency questionnaire; 2) diet assessed at one time point only, increasing the likelihood of biasing the relative risk to the null value; 3) case-control studies are at risk of recall bias, where cases and controls remember exposures to different degrees. This can bias the results to increase relative risk (away from null); 4) the hospital-based case-control design can interfere with relative risk estimation if the controls are very different from cases (other than the exposure under study).



CONFIDENTIAL INFORMATION

A small hospital-based case-control (92 cases, 128 controls) study in France investigated associations between dietary NDMA, nitrite, and nitrate.(Pobel et al. 1995) Diet was ascertained through a diet history interview. Comparing risk across tertiles of NDMA, those in the 2nd and 3rd tertiles, compared with the lowest tertile, had four and seven times higher risks for stomach cancer (RR 4.13, 95% CI 0.93-18.3 and 7.0, 95% CI 1.85-26.5, respectively. Higher intakes of either nitrite or nitrate, on the other hand, were associated with lower stomach cancer risk. The positive dose-response was also supported by a p for trend of 0.04. Strengths of the study included: 1) measurement of NDMA as well as nitrite and nitrate; 2) dose-response was assessed. Weaknesses were: 1) the small sample size reduces the chance of observing a statistically significant association; 2) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study).

In an Italian hospital-based case-control study, investigators looked at the association between dietary intake of NDMA and risk for stomach cancer.(La Vecchia et al. 1995) A total of 746 cases of stomach cancer and 2053 controls were included. Diet was assessed with a 29-item food frequency questionnaire. Risk of stomach cancer increased with increasing dietary intake of NDMA. Compared with those who ingested ≤.130 µg/day, risk for those with .131-.190 or > .191 increased risk of stomach cancer (RR 1.11 and 1.37, respectively). A dose-response relationship was supported. Strengths included: 1) large sample size, which increases power to detect statistically significant associations; 2) dose-response was assessed; 3) adjustment for multiple potential confounders was done. Weaknesses include: 1) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 3) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study).

A hospital-based case-control study in Spain included 354 cases of stomach cancer and 354 controls matched on age, sex, and residence to investigate associations with dietary NDMA, nitrite, and nitrate.(González et al. 1994) Diet was ascertained via a 77-item diet history questionnaire interview,



CONFIDENTIAL INFORMATION

and intakes of nitrosamines (NDMA), nitrite, and nitrate were calculated. Comparing those in the lowest quartile of intake of NDMA, those with the 2nd, 3rd, and 4th quartiles, respectively, had relative risks of 1.89, 1.79, and 2.09. A dose response relationship was supported by the increasing relative risk especially with a doubling of risk in quartile 4, and the p trend of 0.007. Strengths of the study: 1) NDMA was measured as well as nitrite and nitrate; 2) a relatively large number of cases was included, which increases the chance of finding a statistically significant association. Weaknesses: 1) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 3) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study).

In a case-control study set within a cohort study of Japanese men in Hawaii to study associations between stomach cancer and NDMA, nitrite, and nitrate intake, all men enrolled in the cohort completed a 24-hour dietary recall interview between 1965-68.(Chyou et al. 1990) The 24 hour dietary recall is a more complete accounting of dietary intake, but is expensive to code for nutrition content. Therefore, the investigators in this study selected all men who developed stomach cancer (111) and a random sample of 391 men without cancer in follow-up to 1983. The average intake of NDMA in cases was 0.8 micrograms, compared with an average of 0.6 micrograms in controls ($p = 0.1$). The average intake of nitrite in cases and control was identical at 2.1 mg. Finally, the average intake of nitrate in cases was 78.2 mg, and in controls was 86.7 mg ($p = .36$). Strengths of the study included: 1) relatively long follow-up period, allowing time for cases to occur; 2) focus on a population at high risk for stomach cancer (men of Japanese descent); 3) use of a 24-hour diet recall interview, which improves precision of dietary intake albeit for just one 24-hour period; 4) since the diet interview occurred prior to development of stomach cancer, the risk of recall bias is eliminated. Weaknesses include: 1) relatively small sample size, which decreases the chance of observing statistically significant effects; 2) the study did not present odds ratios for NDMA, nitrite, or nitrate; 3) diet was assessed at only one point in time, which increases the chance of bias toward the null.

A Canadian population-based case-control study including 246 cases of stomach cancer and 246 controls assessed dietary nitrite, nitrate, and NDMA intake with a food frequency questionnaire. The investigators found that for each 1 mg per day increase in intake of nitrite, risk for stomach cancer more



CONFIDENTIAL INFORMATION

than doubled (relative risk 2.61, 95% CI 1.61-4.22, p < p.0001).(Risch et al. 1985) The relative risks for increasing intake of NDMA and for nitrate were both less than 1.0, indicating no increased risk. The strengths of this study were: 1) multiple analyses of associations between nitrite, nitrate, NDMA and stomach cancer accounting for various other dietary factors were conducted; 2) dose-response was assessed, and reported as change in risk with increasing intake of nitrite, nitrate, or NDMA. Weaknesses included: 1) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 2) the relatively small number of cases and controls reduces the chance of observing statistically significant associations; 3) diet was assessed at one time point only, which increases the chance of biasing relative risk toward the null.

## Dietary Nitrite and Nitrate

A meta-analysis published in 2019 included 19 and 17 epidemiologic studies of nitrite and nitrate, respectively, and risk of stomach cancer.(Zhang et al. 2019) Studies were those published through November 2018. The meta-analysis showed that comparing "high" versus "low" intake of dietary nitrite, risk of stomach cancer was increased by 27% (RR 1.27, 95% CI 1.03-1.55). Risk of "moderate" versus "low" intake was increased by 12% (RR 1.12, 95% CI 1.01-1.25). This supports a dose-response association given that the risk was higher with high than moderate nitrite intake. In contrast, risk of stomach cancer was lower with both high (RR 0.81, 95% CI 0.68-0.97) and moderate (RR 0.86, 95% CI 0.76-0.99) intake of nitrate.  Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of dose-response. Weaknesses included: 1) NDMA was not addressed; 2) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of nitrite and nitrate. The result is a bias of the relative risk to the null value.

In another meta-analysis of epidemiologic studies published through April 2016, Xie et al examined the associations between nitrate, nitrite, and risk of cancer including stomach.(Xie et al. 2016) A total of 19 studies of nitrite and stomach cancer, and 15 studies of nitrate and cancer were included in the meta-analysis. Comparing highest versus lowest intake of nitrite across studies, the risk of stomach cancer was increased by 20% (RR 1.2, 95% CI 0.99-1.46). Risk was higher case-control studies and in studies based in



CONFIDENTIAL INFORMATION

the U.S. and Europe. Risk was higher for gastric non-cardia adenocarcinoma than for gastric cardia adenocarcinoma. For nitrate, risk of stomach cancer in highest versus lowest intake, the relative risk was 0.78 (95% CI 0.67-0.91). Dose-response effects were not addressed for either nitrite or nitrate. Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of risk within subgroups of study type, geographic area, type of stomach cancer, and other cancer risk factors. Weaknesses included: 1) lack of dose-response assessment; 2) NDMA was not addressed; 3) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of nitrite and nitrate. The result is a bias of the relative risk to the null value.

A population-based case-control study of stomach cancer and dietary nitrite and nitrate in Mexico was published in 2009.(Hernández-Ramírez et al. 2009) Diet was assessed with a 127-item food frequency questionnaire. Total nitrite intake was associated with increased risk for stomach cancer. Compared with those who ate less than 1 mg/day of nitrite in food, those who ingested 1-1.2 and > 1.2 mg/day had 7% and 52% increased risk for stomach cancer, respectively. The p for trend was 0.05. This association was mirrored for nitrite form animal sources, but not for nitrite from fruits and vegetables. Total nitrate was not associated with increased stomach cancer risk, but risk increased with increasing animal sources of nitrate. Compared with those with intake $\leq$ 1.7 mg/day, those with 1.7-3.9 and > 3.8 mg/day had 28% and 92% increased risk for stomach cancer. The p for trend was 0.004. Strengths of this study included: 1) Investigation of nitrite and nitrate from total, animal, and fruits/vegetable sources; 2) Assessment of dose-response. Weaknesses include: 1) Case-control studies may have differential recall of exposure in cases vs. controls, which can bias the relative risk upward; 2) diet was assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value; 3) NDMA was not assessed.

A population-based study in Nebraska looked at associations between dietary nitrite and nitrate intake and risk of stomach cancer.(Ward et al. 2008) Diet was assessed with a standard form, supplemented with foods high in nitrite or nitrate. The investigators combined estimates of nitrite and nitrate from animal sources, and found that compared with those in the lowest quartile for the combined nitrite + nitrate variable, those in the 2nd, 3rd, or 4th quartiles had a 60-80% increased risk for stomach cancer (p trend = 0.35). Similarly, dietary nitrate from plant sources was increased in those in quartiles 2, 3, or 4



CONFIDENTIAL INFORMATION

compared with those in the lowest quartile, with evidence of dose-response. Dietary nitrite from plant sources was not associated with risk. Strengths of the study include: 1) Focus specifically on nitrite and nitrate in relation to cancer risk (the study also assessed water sources of nitrate). Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) diet was assessed at just one time point, which can result in imprecise measurement of nitrite and nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) NDMA was not assessed.

A hospital-based case-control study in Korea, a country with a high incidence of stomach cancer, investigated the association between nitrate intake and stomach cancer.(Kim et al. 2007) Included were 136 cases of stomach cancer and 136 controls matched on age and sex. Controls were selected from the same hospital clinics as cases, and underwent gastrofiberoscopy to ensure that the controls did not have stomach cancer or precancerous lesions. Diet was assessed via a 109-food item food frequency questionnaire. Risk of stomach cancer was 13% higher in medium or high nitrate intake categories versus the lowest. Therefore, there was suggestion of a threshold effect rather than a dose-response effect. Strengths of the study: 1) Study conducted in a country with high incidence of the disease; 2) dose-response addressed; 3) multiple confounding factors adjusted. Weaknesses: 1) Relatively small sample size which lowers the chance of detecting a statistically significant association; 2) NDMA was not assessed; 3) case-control studies have risk of recall bias, where cases remember diet differently than do controls.

In a population-based case-control study in Connecticut, New Jersey, and western Washington state, investigators looked at associations between dietary nitrite intake and risk of stomach cancer (separately for cardia and non-cardia).(Mayne et al. 2001) Diet was assessed with a 104-item food frequency questionnaire. There was little association between high versus low intake of nitrite for cardia stomach cancer (RR 1.05, 95% CI 0.79-1.4). However, for noncardia stomach cancer, the risk for those in the highest versus lowest quartile of intake was increased 65% (RR 1.65, 95% CI 1.26-2.15). Strengths of the study were: 1) relatively large sample size, which allowed for analysis by cancer site (cardia versus noncardia), and reduced chance of non-statistically significant relative risks; 2) adjustment for multiple potential confounders. Weaknesses include: 1) diet assessed at one time point only, increasing the likelihood of biasing the relative risk to the null value; 2) case-control studies are at risk of recall bias,



CONFIDENTIAL INFORMATION

where cases and controls remember exposures to different degrees. This can bias the results to increase relative risk (away from null); 3) NDMA was not assessed.

A population-based case-control study was conducted in Sweden, to investigate nutrients and stomach cancer risk.(Hansson et al. 1994) A total of 338 cases and 679 controls were interviewed on consumption of selected nutrients in adolescence and 20 years prior to interview. Comparing those in the highest versus lowest quartile of intake of nitrate 20 years prior to interview, the relative risk of developing stomach cancer was 0.55 (95% CI 0.38-0.80). Comparing those in the highest versus lowest quartile of intake of nitrite 20 years prior to interview, the relative risk of developing stomach cancer was 1.22 (95% CI 0.82-1.81). No data on dose-response for nitrites was presented. Risk did not increase with increasing quartile of intake of nitrates. Strengths of the study: 1) a relatively large number of cases was included, which increases the chance of finding a statistically significant association; 2) diet was assessed for two time points (adulthood and adolescence). Weaknesses: 1) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 2) Data were not presented for nitrite across dose of intake; 3) NDMA was not assessed.

In a hospital-based case-control study in Germany, investigators interviewed 143 stomach cancer cases and 579 controls about dietary intake of nitrate using a 74-item questionnaire.(Boeing et al. 1991) Dividing cases and controls into 5 equal groups (quintiles) according to nitrate intake from food, risk of stomach cancer was increased only in the highest quintile (RR 1.26, 95% CI 0.59-2.7). The test for trend was 0.01, but other than the RR of 1.26 for those in the highest nitrate intake quintile, there was no evidence of a dose-response effect. Weaknesses included: 1) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 2) NDMA was not assessed; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study); the number of cases was relatively low, which lowers the chance of observing a statistically significant association.

A population-based case-control study in Italy evaluated dietary nitrite and risk of stomach cancer.(Buiatti et al. 1990) Included were 1016 individuals with stomach cancer and 1159 controls



CONFIDENTIAL INFORMATION

chosen randomly from the population. Diet was assessed with a 146-item food frequency questionnaire. Risk of stomach cancer increased with increasing quintile of nitrite intake. Compared with those in the bottom quintile, those in the 2nd, third, fourth, and fifth quintile of intake had relative risks for stomach cancer of 1.0, 1.2, 1.4, and 1.9, respectively (Chi square 14.7, interpreted as significant by authors). These results persisted regardless of average protein intake. A dose-response trend was clearly evident. Strengths of the study include: 1) relatively large numbers of cases and controls, which improve power to detect statistically significant results; 2) multiple variables were adjusted for. Weaknesses were: 1) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 2) Data were not presented for NDMA.

### Water Nitrate/Nitrite/NDMA Exposure

A population-based study in Nebraska looked at associations between water nitrate content and risk of stomach cancer.(Ward et al. 2008) Nitrate content of water was determined for residential water source histories. For those with private well water, the investigators measured nitrate in well water samples. Among those who primarily used public water supplies, the risk for stomach cancer in those in the highest quartile of nitrate intake had a 20% increased risk of stomach cancer (relative risk 1.2, 95% CI 0.5-2.7). There was no evidence of a dose-response trend. Number of years exposed to high nitrate water content was not associated with stomach cancer risk. Nitrate content in private wells was related to stomach cancer risk. Compared with nitrate levels < 0.5 mg/L, those whose well water had nitrate levels between 0.5 and 4.5 mg/L had a relative risk for stomach cancer of 4.7 (95% CI 0.5-41). Compared with nitrate levels < 0.5 mg/L, those whose well water had nitrate levels > 4.5 mg/L had a relative risk for stomach cancer of 5.1 (95% CI 0.5-52). The results for well water were based on a total of only 12 cases, however. Strengths of the study include: 1) assessment of nitrate exposure from both public sources and well water. Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) water source was assessed at just one time point, which can result in imprecise measurement of nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null).



CONFIDENTIAL INFORMATION

A study within the Netherlands Cohort Study investigated associations between water intake and risk of stomach cancer.(van Loon et al. 1998) A total of 282 cases of stomach cancer developed over 6.3 years follow-up. These were compared with a randomly selected sub-cohort of 3500 participants. Nitrate from water intake was assessed with data on local pumping stations and questions on personal intake of water. Comparing highest versus lowest quintile of water nitrate intake, the risk of stomach cancer was not increased (relative risk: 0.88, 95% CI 0.59-1.32). There was no dose-response effect evident. Strengths of this study include: 1) ascertainment of both nitrate content of neighborhood water supplies and personal data on water intake; 2) estimation of dose-response effects; 3) adjustment for multiple potential confounders; 4) relatively long follow-up. Weaknesses included: 1) water intake assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

In a case-control mortality study in Taiwan, investigators looked at the association between death from stomach cancer versus other causes of death, in relation to water nitrate levels of place of residence.(Yang et al. 1997) Risk of stomach cancer varied little by level of water nitrate level, and there was no evidence of dose-response. Strengths of the study: 1) large number of cases and controls. Weaknesses: 1) including only cases that resulted in death may skew results if those who died differed greatly than those who didn't; 2) using deceased controls could bias results if the water content or municipality was related to other causes of death; 3) no personal data were collected – this was a vital records only study – and there could have been confounding variables that were not taken into account; 4) only municipality at time of death was assessed for water nitrate level, which could bias the relative risk toward the null value.

In a case-control mortality study in Wisconsin, investigators looked at the association between death from stomach cancer versus other causes of death, in relation to water nitrate levels of place of residence.(Rademacher, Young, and Kanarek 1992) Risk of stomach cancer was increased by 50% (relative risk 1.5, 95% CI .12-18.25) in those whose municipal water nitrate level was > 10 mg/L. and there was no evidence of dose-response. Private well water was not associated with risk compared with public water sources. Strengths of the study: 1) large number of cases and controls. Weaknesses: 1) including only cases that resulted in death may skew results if those who died differed greatly than those who didn't; 2) using deceased controls could bias results if the water content or municipality was related to other causes of death; 3) no personal data were collected – this was a vital records only study



CONFIDENTIAL INFORMATION

– and there could have been confounding variables that were not taken into account; 4) only municipality at time of death was assessed for water nitrate level, which could bias the relative risk toward the null value.

In a hospital-based case-control study in Germany, investigators included 143 stomach cancer cases and 579 controls.(Boeing et al. 1991) Water nitrate intake was determined from source (well vs public). In those with only well water as source of drinking water, risk of stomach cancer was increased by more than double (RR 2.26, 95% CI 1.19-4.28). Strengths of the study: 1) examined both diet and water sources of nitrate. Weaknesses included: 1) water sources was assessed at just one time point, which can result in imprecise measurement of nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 3) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study); the number of cases was relatively low, which lowers the chance of observing a statistically significant association.

## Biological Mechanisms Linking NDMA to Stomach Cancer

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021) (See also section on Plausibility/Biological Mechanisms above).

## Summary of Findings on Stomach Cancer: Weight of the Evidence/Bradford Hill Analysis

This review of the association between ranitidine and NDMA in other sources produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along with the biological and pathological evidence, fits



CONFIDENTIAL INFORMATION

virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A total of 8 studies looked at associations between ranitidine use and risk of stomach cancer. (REFs) Three of the studies were based in Asia (one in Japan and two in South Korea). (Kim, Lee, et al. 2021)While these studies had larger numbers of cases because these countries have the highest rates of stomach cancer in the world, the applicability of findings to non-Asian populations is not clear. Of the 8 studies, 6 found that risk of stomach cancer is higher in ranitidine users compared with nonusers, ranging from 6% (relative risk 1.06) to more than doubling (relative risk 2.42) Several of the lower relative risks were seen in studies that compared ranitidine use with use of other gastrointestinal drugs that have been related to stomach cancer risk, or that may contain NDMA. Occupational studies show that individuals exposed to rubber manufacturing have risks of stomach cancer that are 20% to 60% greater than in the general population. Studies in nitrate fertilizer workers show elevated risk in 2 of 4 studies.

There have been numerous cohort and case-control studies of NDMA, nitrite, and nitrate intake in diet and risk of stomach cancer. Eleven studies assessed NDMA levels in diet; of these, 9 found that increased NDMA intake was associated with increased stomach cancer risk. Increases ranged up to 360% (more than tripling of risk with the highest levels of intake). In the one meta-analysis that combined data from multiple studies, risk of stomach cancer was 34% higher in those with the highest intake of NDMA compared to those with the lowest intake.

Nutritional epidemiological studies have shown that with increased intake of nitrites, a precursor of NDMA, risk of stomach cancer increases. The three meta-analyses that combined multiple studies up to 2019 found that overall, those with the highest versus lowest intake of dietary nitrites had a 20-31% increased risk for stomach cancer. The individual studies showed elevated risk up to 90% increased risk (almost doubling of risk) in those who had the highest versus lowest intake of nitrite.



CONFIDENTIAL INFORMATION

Increased nitrate levels in diet in general did not increase risk for stomach cancer. In contrast, increased nitrate levels in drinking water were associated with increased stomach cancer in 3 of 5 studies.

The presence or absence of “statistical significance” (typically described in this literature as p<0.05 or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies.

Viewed in the context of the high consistency of the study results across time, source of NDMA, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the association

Across the case-control and cohort studies, and across studies of various NDMA exposure, the association between NDMA and risk of stomach cancer was highly consistent. As indicated above, the studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Asia and Europe. Of the 8 ranitidine studies, 6 showed relative risks greater than 1.0 for stomach cancer in ranitidine users compared with nonusers. The confidence intervals for several included 1.0, which likely represents the relatively low number of cases in each study. Furthermore, the varied magnitude of elevated risk across the studies could reflect the fact that several of the studies chose comparator drugs that either were associated with increased stomach cancer risk, or that have been shown to contain or produce NDMA. These latter two biases can strongly bias the relative risk to the null.

Both of the occupational studies on rubber workers showed elevated stomach cancer risk with greater NDMA exposure. Nine of eleven studies found elevated risk of stomach cancer in those with highest versus lowest intake of NDMA. Seven of nine studies found elevated risk of stomach cancer in those with the highest versus lowest intake of dietary nitrites. Three of the five studies on water nitrate level showed increased risk for stomach cancer with increase nitrate level.



CONFIDENTIAL INFORMATION

The consistency across studies, led by many investigators, using different study designs, and in diverse geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) in laboratory animals, and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers and PPIs) are used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have compared cases of stomach cancer associated with ranitidine use to that in users of other H2 blockers or other drugs indicated for the same conditions (such as PPIs). By comparing against these as well as persons not using any H2 blocker or other similar drug, researchers have reduced chance of temporality bias. However, several other studies have shown that PPI's are associated with risk of stomach cancer, and the H2 blocker nizatidine contains NDMA. Therefore, the studies that used PPIs or nizatidine as comparators may have introduced bias, and therefore their results may not be reliable. I placed high weight on this factor in my causation analysis.

Biologic gradient/ dose-response



CONFIDENTIAL INFORMATION

Dose-response was not directly assessed in the epidemiologic studies of ranitidine use and stomach cancer risk. Dose-response was tested in studies of other sources of NDMA, including occupational exposure, diet, and water. Dose-response was seen with NDMA exposure in rubber manufacturing but only in one of the nitrate fertilizer studies. The meta-analyses provide the best data on dose-response, because by combining data from a number of studies, the power to observe changes in relative risk with changes in dose of NDMA is increased. The meta-analysis by Song et al found statistically significant dose-response effects of both NDMA and nitrites on risk of stomach cancer.(Song, Wu, and Guan 2015) The meta-analysis by Zhang also addressed dose-response for nitrite intake, and found that high intake increased risk to a greater degree than moderate intake (27% versus 12%).(Zhang et al. 2019) I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA from ranitidine or other sources can cause stomach cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in stomach cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.

Availability of NMDA to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from NDMA during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce stomach carcinogenicity. NDMA can reach the stomach early after ingestion, create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of stomach cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.



CONFIDENTIAL INFORMATION

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of stomach cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Since NDMA moves through the gastrointestinal tract, it makes biological sense that stomach would be one site to have an increased risk for cancer development. The fact that NDMA from multiple sources in humans (ranitidine, diet, water, and occupation) is associated with increased stomach cancer risk supports this aspect of Bradford Hill analysis for cancer causation. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. This is because stomach cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on stomach cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation. I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as “In some circumstances it would be fair to judge by analogy.”(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION



CONFIDENTIAL INFORMATION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, ranitidine can cause stomach cancer.



CONFIDENTIAL INFORMATION

## Ranitidine Dose Level that Can Cause Cancer

My causal analyses above included information about ranitidine "dose," primarily in terms of dose-response relationships. Many studies did not include information about specific pill doses or doses per day used. However, there is some information that is informative, and is summarized below. In addition, several of the studies of NDMA from other sources (occupational, diet) provided estimates of NDMA amounts associated with cancer risk. These are summarized below as well.

Several epidemiologic studies measured the association between amount of ranitidine use and risk for various cancers (Table 5). The method for measuring amount varied among studies. Methods of classifying "dose" of ranitidine included: milligrams of ranitidine per pill, number of pills per day, and duration of use. Typical doses of ranitidine varied by indication for the medication (e.g. acute and maintenance therapies for gastric ulcer acute healing, esophagitis, gastroesophageal reflux disease, and others).

Some studies used the World Health Organization's Defined Daily Dose (DDD) to measure amount of ranitidine exposure. The defined daily dose (DDD) is the assumed average maintenance dose per day for a drug used for its main indication in adults, as assigned by the World Health Organization (https://www.who.int/tools/atc-ddd-toolkit/about-ddd accessed 8/24/21) The DDD for ranitidine (for peptic ulcer) is .3 grams (300 mg) (https://www.whocc.no/atc_ddd_index/?code=A02BA02) (accessed 1/20/22).

Several studies used the number of prescriptions as "dose" of exposure. However, the length of prescriptions varied (and often were not reported), as did dose on the prescription (which often was not reported).

A review of the available literature provides evidence that short-term use of ranitidine (such as use of 300 mg ranitidine over a period of 1-6 months) increases risks for cancers of the bladder, stomach, and liver. In particular, Cardwell et al. showed that as little as 1-182 DDD (WHO defined daily dose) increased risk of bladder cancer by 18% (relative risk 1.18, 95% CI 0.98-1.42). (Cardwell et al. 2021) (Since DDD for ranitidine is for 300 mg/day – see above - this indicates 6 months use of 300 mg/day ranitidine or one year use of 150 mg/day ranitidine would increase risk by 18%). Evidence shows that risk of ductal breast cancer increases with two or more years of use of ranitidine (dose of pills/tablets not defined).



CONFIDENTIAL INFORMATION

Pancreatic cancer was increased with administration of 1- 5 prescriptions (with length of prescriptions suggestive of 28 days but not specified in the publication), (but risk was not further elevated with 6 or more prescriptions). Esophageal cancer risk was increased by 15% with at least 5 prescriptions, and by 53% with at least 10 prescriptions after follow-up for at least 10 years.

## Table 5: Relative risks of specific cancers associated with ranitidine use by "dose"

| Study | Year | Definition of "dose" | Cancers | Source of medication data |
|---|---|---|---|---|
| Cardwell(Cardwell et al. 2021) | 2021 | DDD<br><br>Number of prescriptions (? 28 days' length?) | Bladder<br>RR 1.18 with 1-182 DDD (corresponds to 300 mg for up to ½ year or 150 mg for up to 1 year) | Prescriptions from primary care records (Scotland) |
| Kantor(Kantor et al. 2020) | 2021 | use $\geq$ 4 weeks="user" No dose information | Multiple | UK biobank |
| Yoon(Yoon et al. 2021) | 2021 | Cumulative duration (only for all cancers combined)<br>Study included only ranitidine users with > 10,800 cumulative intake and famotidine users with > 14,400 mg intake. | Multiple. Cancer risk overall not increased with increased duration. | South Korea national health insurance database |
| Shin(Shin et al. 2021) | 2021 | DDD<br>All H2blockers combined (no ranitidine-specific data) | Stomach | Korean national health services prescription database |
| Iwagami(Iwagami et al. 2021) | 2020 | DDD | All cancers combined (individual cancer analyzed as users/nonusers only); RR for all cancers combined ~ 1.0 regardless of DDD class | Japan medical claims database |
| Liu(Liu et al. 2020) | 2020 | Scottish database: DDD (for all H2RA combined)<br><br>UK Biobank: no dose | Stomach<br>RR 1.44 with 1-183 DDD (corresponds to 300 mg for up to ½ year or 150 mg for up to 1 year) | Prescriptions from primary care records (Scotland)<br><br>UK Biobank |



CONFIDENTIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | | information | | |
| McDowell (McDowell et al. 2021a) | 2020 | Number of prescriptions "low usage": 1-5 prescriptions "higher usage": $\geq$ 6 | Pancreas RR 1.37 with "lower usage" | Prescriptions from primary care records (Scotland) |
| Tran(Tran et al. 2018) | 2018 | Scottish database: DDD (for all H2RA combined)<br><br>Number prescriptions<br><br>UK Biobank: no dose information for ranitidine | Liver cancer RR 1.24 at 1-193 DDD<br><br>RR 1.21 at 1-11 prescriptions | Prescriptions from primary care records (Scotland)<br><br>UK Biobank |
| Tan(Tan et al. 2018) | 2018 | DDD | Esophageal RR 3.0 at DDD $\leq$ 150 mg | US Veterans pharmacy database |
| Hsu | 2013 | DDD | | |
| Mathes (Mathes et al. 2008) | 2008 | Time used (< 2 yr. vs $\geq$ 2 yr.) | Breast Ductal: RR 1.3 for >= 2 years' use | Responses to structured interview (20 year history) |
| Michaud(Michaud et al. 2004) | 2004 | No dose information reported. Use/nonuse not provided for ranitidine alone. | | Self-administered questionnaire |
| Habel(Habel, Levin, and Friedman 2000) | 2000 | $\geq$1 prescription classified as "user", no dose | Multiple | HMO pharmacy database |
| Rossing(Rossing et al. 2000) | 2000 | Number of prescriptions (Dose and length of prescription was not provided, but individuals had to have filled 2 prescriptions within 6 months to be included. Therefore, length of prescriptions would have been < 6 months.) | Breast, prostate RR ~ 1 across all categories of number of numbers of prescriptions. | HMO pharmacy database |
| Chow(Chow, Finkle, McLaughlin, Frankl, et al. 1995) | 1995 | Number of prescriptions (Dose and length of prescription was not provided.) Dose information for ranitidine alone not provided (exposure | | HMO pharmacy database |



CONFIDENTIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | | variable combined four H2blockers). | | |
| | | | | |
| Adami | As of 8/29/21 - not yet published in peer-reviewed journal | Number of prescriptions (dose and length of prescriptions not defined). Analyzed data to dichotomized to "at least 5 prescriptions" vs not and "at least 10 prescriptions" vs not) | Comparing ranitidine to other H2 blockers:<br><br>Esophageal: at least 5 prescriptions, RR 1.34<br><br>Stomach: at least 5 prescriptions, RR 1.15<br><br>Esophageal: at least 10 prescriptions followed for at least 10 years, RR 1.32<br><br>Stomach: at least 10 prescriptions followed for at least 10 years, RR 1.53<br><br>Comparing ranitidine to PPI's:<br><br>Esophageal: at least 10 prescriptions, RR 1.32 after 10 years' follow-up<br><br>Stomach: at least 10 prescriptions, RR 1.53 after 10 years' follow-up | Danish national prescription registry (noted that percent of ranitidine DDD sold by prescription by year was:<br>1999 84%<br>2004-11 50%<br>2012-17 20% |



CONFIDENTIAL INFORMATION

CONFIDENTIAL INFORMATION

## Minimal Dose of NDMA in other Sources that Can Cause Cancer

The FDA has set a safety limit for NDMA of 96 nanograms/day for medications.(White and Hernandez 2021) The FDA has determined that some ranitidine formulations contain greater than that amount when manufactured, but that even higher NDMA amounts are produced during storage, shipping and handling of products (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 9/27/21). The FDA tests found doses of NDMA in 150 mg. ranitidine tablets that ranged from 11.1 nanograms to 540 nanograms. For 300 mg. ranitidine tablets, the FDA found doses of NDMA ranging from .01 micrograms (10 nanograms) to .86 micrograms (860 nanograms). Given that many formulations exceeded the FDA safety limit of 96 nanograms NDMA per pill, FDA recalled ranitidine from the market. Other test results, described earlier in the report, showed much higher levels of NDMA per pill. None of these tests consider the effect of heat and humidity which has been shown to accelerate degradation and increase the amount of NDMA. Nor do I consider the probability that endogenous NDMA is formed *in vivo.* For purposes of my opinion, I am assuming only the levels in the FDA tests and there is strong evidence that this exposure would lead to increased incidence of cancer. Tests results showing higher levels of NDMA would only strengthen my opinion.

To examine the effect of given doses of NDMA on risk of specific cancers, I reviewed all epidemiologic studies of NDMA exposure and risk of cancer, and selected studies that provided relative risk estimates for given doses of NDMA (Table 6). Estimates of oral NDMA intake were only available for dietary intake studies. (NDMA exposure in occupational studies was primarily aerosol, and estimates were not given for ingestion. Dose-response analyses of risk associated with ranitidine use focused on dose of ranitidine and months or years of use, without estimates of NDMA content.) However, as in the example provided above, I understand that there will be evidence at trial based on the expert opinion of a toxicologist that estimates airborne to oral ingested doses of NDMA occupational exposure.

Several epidemiologic studies measured the association between amount of NDMA intake from food and risk for various cancers. The method for measuring amount varied among studies. Typically, NDMA exposure from diet is estimated as micrograms per day. Many studies estimated dietary exposures to nitrite and nitrate, which convert to NDMA, but the amount of NDMA produced from those precursors can vary. Some studies measured total nitrosamine intake, but the proportion of NDMA in dietary intake



CONFIDENTIAL INFORMATION

of nitrosamines can vary by type and amount of foods and beverages eaten. Therefore, this analysis considers only studies that directly estimated NDMA exposure.

As described below, the ranges of dietary NDMA intake are similar to the ranges of NDMA measured by the FDA in ranitidine tablets, and therefore provide important data on cancer risk arising from the amounts of NDMA present in ranitidine. Since more NDMA is produced within the tablets after manufacture of ranitidine including during storage, and since ranitidine breaks down into additional NDMA once ingested, the analyses below are likely under-estimates of the impact of ranitidine on risk of cancer.

The included studies all estimated diet intake from food frequency questionnaires, in which an individual is asked to indicate whether a particular food is eaten, how often, and average amount eaten each time. Most of these questionnaires are self-administered. The time-span participants are asked to recall varies (could be weeks, months, years). However, research indicates that regardless of the time period asked of participants, most individuals fill out food frequency questionnaires with their current dietary patterns in mind. Prospective cohort studies that collect diet information at study entry can gain more precision in diet measurement if they repeat diet measurements one or more times during follow-up. Few if any studies on NDMA and cancer risk have done this, however.

In this review, I abstracted information on dose of NDMA presented in individual studies for studies that found relative risks of 1.05 or greater (indicating a 5% increased risk or greater with a given dose of NDMA. Most studies presented estimates in micrograms per day, in which case I calculated nanograms per day for comparison purposes. Some studies indicated mean, median, or range of NDMA intake within the quantiles that were used to determine relative risks. So, for example, a study that examined risk of a particular cancer across quartiles of intake of NDMA might provide mean, median, or range of NDMA intake within each of those four categories. Some studies estimated risk per given quantity of NDMA intake. While some studies indicated that NDMA intake in controls (or non-cases) was used as the standard for calculating risks, not all studies provided that detail.

Data on average or range of doses of NDMA and risk were available for the following cancers: bladder (1 study), colorectal (2 studies), esophagus (3 studies), larynx (1 study), lung (3 studies), oral cavity (1 study), pancreas (1 study), prostate (1 study), and stomach (7 studies). Note the number of studies and



CONFIDENTIAL INFORMATION

cancers represented are a subset of the studies presented in this report, because not all of the epidemiologic studies on diet and cancer risk provided NDMA dose information.

Using data from a large European cohort from several countries, Loh et al. looked at associations between food frequency questionnaire estimates at baseline of previous-year NDMA intake.(Loh et al. 2011) This study's food frequency questionnaire was validated in a repeat administration 18 months after the first.(Bingham et al. 1997) As mentioned elsewhere in this report, food frequency questionnaires' estimates are stable and have been shown to reflect dietary intake over at least five years. After a mean follow-up of 11.4 years, for each 47 nanograms per day of dietary intake of NDMA, risks for both esophageal and stomach cancer increase by 13% (RR 1.13, 95% CI 0.77-1.68 and 0.81-1.57, respectively).(Loh et al. 2011) Risk for rectal cancer increases by 46% (RR 1.46, 1.16-1.84). Risk for lung cancer increases by 5% (RR 1.05, 95% CI 0.88-1.24), and risk for all cancers combined increases by 6% (RR 1.06, 95% CI 1.01-1.12). Since the authors used a Cox proportional hazards regression model, in order to estimate the risk associated with greater intakes of NDMA, the risks are multiplied. Thus, the relative risks for 94 nanograms per day of NDMA intake for esophageal, stomach, rectal, lung, and all cancers combined are 1.28, 1.28, 2.13, 1.10, and 1.12, respectively.

In a case-control study set in Canada, Zhu et al estimated relative risks for colorectal cancer by median NDMA intake in quintiles. Median daily nanograms intakes of NDMA of 70, 220, 770, and 2290 were associated with increases of 8%, 13%, 22%, and 42%, respectively.(Zhu et al. 2014)

Data from a Netherlands cohort provided estimates of risks for esophageal and stomach cancers by NDMA dose.(Keszei et al. 2013) For each 100 nanograms intake of NDMA per day, risk of squamous cell esophageal cancer increased by 15% in men (RR 1.15, 95% CI 1.05-1.25) and by 34% in women (RR 1.34, 95% CI 1.04-1.71). For each 100 nanograms intake of NDMA per day, risk of noncardia stomach cancer increased by 6% in men (RR 1.06, 95% CI 1.01-1.10). Relative risks for greater intakes are calculated by multiplying risks. Thus, the relative risk for esophageal squamous cell cancer per 200 nanograms per day of NDMA intake is 1.15 X 1.15 = 1.32, and for women is 1.34 X 1.34 = 1.8. Similarly, the relative risk for stomach noncardia cancer per 200 nanograms per day of NDMA intake in men is 1.06 X 1.06 = 1.12.

Researchers examined the dose of NDMA intake relative to risks of esophagus, larynx, and oral cavity cancers.(Rogers et al. 1995) They found that individuals ingesting 60-179 nanograms/day of NDMA had risks of esophageal, larynx, and oral cavity that were 31%, 10%, and 86% increase compared with those



CONFIDENTIAL INFORMATION

with lower intakes. Intake of more than 179 nanograms/day increased risks of these three cancers by 86%, 70%, and 82%, respectively.

Zheng et al examined the association between NDMA nanogram intake per 1000 kcal per day, and found that risk of pancreas cancer increased by 48% with intake of 60 nanograms per 1000 kcal eaten per day. Risk of pancreas cancer almost doubled (relative risk 1.97) for intake of 80 or more nanograms NDMA per 1000 kcal per day eaten. In this study, risk of pancreatic cancer was increased by 17% with intake of 740 nanograms or more from animal sources.

A case-control study in Uruguay found that risk for lung cancer increased by 77% in those ingesting between 190 and 260 nanograms per day (RR 1.77, 95% CI 1.06-2.96).(De Stefani et al. 1996) The study further found that intake over 260 nanograms per day of NDMA more than tripled risk of lung cancer (RR 3.14, 95% CI 1.86-5.29).

In a case-control study set in Hawaii, researchers found that intake of 70-350 nanograms of NDMA per week was associated with a 70% increased risk for lung cancer in men.(Goodman et al. 1992) That amount of NDMA intake in women increased risk by 40%. Intake of 350-700 nanograms of NDMA per week almost tripled risk in men (RR 2.8, 95% CI 1.4-5.3) and almost doubled risk in women (RR 1.8, 95% CI 0.7-4.2). Finally, risk was approximately tripled in those whose intake was more than 700 nanograms per week (RR men 3.3, 95% CI 1.7-6.2; RR women 2.7, 95% CI 1.0-6.9).

In a case-control study in Uruguay, DeStefani et al found that risk of stomach cancer was more than double in individuals who ingested 150-180 nanograms/day of NDMA (RR 2.07, 95% CI 1.36-3.18).(De Stefani, Boffetta, et al. 1998) Risk more than tripled for those who ingested more than 190 nanograms/day of NDMA.

Larsson et al studied the association between NDMA intake and risk of stomach cancer in a Swedish cohort.(Larsson, Bergkvist, and Wolk 2006) Risk of stomach cancer increased by 66% in those in a group with median intake of 98 nanograms/day. In those in a grouping with a median intake of 277 nanograms per day, risk was almost doubled (RR 1.96, 95% CI 1.08-3.58).



CONFIDENTIAL INFORMATION

In an Italian case-control study, researchers found that intake of 131-190 nanograms per day of NDMA increased risk of stomach cancer by 11% (RR 1.11, 95% CI 0.9-1.4).(La Vecchia et al. 1995) Relative risk in those with greater than 190 nanograms per day rose to 1.37 (95% CI 1.1-1.7).

Another Italian study found that individuals in a grouping with a mean 200 nanograms per day or more had a 10% increased risk for stomach cancer (RR 1.1, 95% CI 0.8-1.6).(Palli, Russo, and Decarli 2001)
In a large European cohort, each 1 microgram per day of NDMA intake was associated with a 9% increase in risk of non-cardia stomach cancer (RR 1.09, 95% CI 0.69–1.73).(Jakszyn, Bingham, et al. 2006)

In a large European cohort, investigators compared relative risks for prostate cancer in those in the highest versus lowest quintile of NDMA intake. (Jakszyn et al. 2012) Those who ingested a mean of 870 nanograms per day of NDMA had a 4% increased risk for prostate cancer (RR 1.04, 95% CI .92-1.18). When cases were limited to those with high grade prostate cancer, the relative risk was higher: RR 1.34, 95% CI .81-2.24). (This is an important sub-analysis, since many prostate cancers are slow-growing, and are only found because of screening for prostate cancer. If screening is related to dietary habits as well, there could be confounding by screening status. Focusing on high-grade (aggressive) cancers reduces that chance of bias.

In a large European cohort, investigators found that relative risks for bladder cancer for those daily ingesting 50-100 nanograms, 100-190 nanograms, and more than 190 nanograms had 14, 7, and 12 percent increases in risk of bladder cancer, respectively. (Jakszyn et al. 2011)

In summary, the available literature provides evidence that average intake of NDMA of doses as low as 47 nanograms per day increases risks for several cancers, including bladder, colorectal, esophagus, larynx, lung, oral cavity, pancreas, prostate, and stomach. Furthermore, a doubling or tripling of risks (relative risks of 2.0 – 3.0 or greater) for various cancers are seen with intakes as low as 120 – 200 nanograms of NDMA per day. This provides strong support for concern of doses of NDMA seen in ranitidine as being sufficient to cause various types of cancer.

## Table 6: Relative risks of specific cancers associated with dietary NDMA intake by dose

| Study | Definition of “dose” | Cancers | RR (95% CI) |
|---|---|---|---|
| | | | |



CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| Loh (Loh et al. 2011)<br>European cohort | Per 47 nanograms/day intake | Esophagus<br>Stomach<br>Rectum<br>Lung<br>All cancers | 1.13 (0.77-1.68)<br>1.13 (0.81-1.57)<br>1.46 (1.16-1.84)<br>1.05 (0.88-1.24)<br>1.06 (1.01-1.12) |
| Zhu (Zhu et al. 2014) | Median quintile micrograms/day (nanograms/day)<br><br>0.07 (70)<br>0.22 (220)<br>0.77 (770)<br>2.29 (2290) | Colorectal | <br><br><br>1.08 (0.83-1.37)<br>1.13 (0.87-1.47)<br>1.22 (0.92-1.63)<br>1.42 (1.03-1.96) |
| Keszei (Keszei et al. 2013) | Per 0.1 microgram/day (per 100 nanograms/day) | Esophagus, squamous cell<br><br>Stomach (noncardia) | Men: 1.15 (1.05-1.25)<br>Women: 1.34 (1.04-1.71)<br><br>Men: 1.06 (1.01-1.10)<br>Women: gastric ca not increased |
| Rogers (Rogers et al. 1995) | Micrograms (nanograms)/day<br>.06-0.179 (60-179)<br>>0.179 (>179)<br><br>.06-0.179 (60-179)<br>>0.179 (>179)<br><br>.06-0.179 (60-179)<br>>0.179 (>179) | Esophagus<br><br><br>Larynx<br><br><br>Oral cavity | 1.31 (.6-2.85)<br>1.86 (.87-3.95)<br><br>1.1 (0.57-2.13)<br>1.7 (0.91-3.18)<br><br>1.51 (0.92-2.48)<br>1.82 (1.1-3.0) |
| Zheng (Zheng et al. 2019) | Micrograms (nanograms)/1000 kcal/day<br><br>Plant sources:<br>.06 (60)<br>.08 (80)<br>.12 (120)<br><br>Animal sources:<br>.74 (740) | Pancreas | <br><br><br>1.48 (1.10-1.99)<br>1.97 (1.48-2.64)<br>1.93 (1.42-2.61)<br><br><br>1.17 (0.89-1.54) |



CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| DeStefani (De Stefani et al. 1996) | Micrograms (nanograms)/day (adjusted for kcal)<br><br>.19-.26 (190-260)<br>>.26 (> 260) | Lung | <br><br><br><br>1.77 (1.06-2.96)<br>3.14 (1.86-5.29) |
| Goodman (Goodman et al. 1992) | Micrograms (nanograms) per week<br>Men:<br>.07-.35 (70-350)<br>.35-.70 (350-700)<br>>.70 (>700)<br><br>Women:<br>.07-.35 (70-350)<br>.35-.70 (350-700)<br>>.70 (>700) | Lung | <br><br><br><br>1.7 (0.9-3.2)<br>2.8 (1.4-5.3)<br>3.3 (l.7-6.2)<br><br><br>1.4 (0.7-2.9)<br>1.8 (0.7-4.2)<br>2.7 (1.0-6.9) |
| Larsson (Larsson, Bergkvist, and Wolk 2006) | Median quintile micrograms/day (nanograms/day)<br><br>.098 (98)<br>.151 (151)<br>.277 (277) | Stomach | <br><br><br><br>1.66 (1.0-2.75)<br>1.60 (0.93-2.76)<br>1.96 (1.08-3.58) |
| LaVecchia (La Vecchia et al. 1995) | Micrograms (nanograms)/day<br><br>0.131-0.190 (131-190)<br>>0.190 (>190) | Stomach | <br><br><br>1.11 (0.9-1.4)<br><br>1.37 (1.1-1.7) |
| De Stefani (De Stefani, Boffetta, et al. 1998) | Micrograms (nanograms)/day<br><br>0.15-0.18 (150-180)<br>0.19-0.26 (190-260)<br>≥0.27 (≥ 270) | Stomach | <br><br><br>2.07 (1.36-3.18)<br>3.23 (2.13-4.89)<br>3.62 (2.38-5.51) |
| Palli (Palli, Russo, and Decarli 2001) | Mean micrograms (nanograms) per day | Stomach | |



CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| | .20 (200)<br>.33 (330) | | 1.1 (.8-1.6)<br>1.1 (.8-1.5) |
| Jakszyn (Jakszyn, Bingham, et al. 2006) | Per 1 microgram (1000 nanograms)/day | Stomach (noncardia) | 1.09 (.65-1.81) |
| Jakszyn (Jakszyn et al. 2012) | Mean micrograms (nanograms) per day<br><br>Q1: 0.045 (45)<br>Q5: 0.87 (870) | Prostate<br><br><br><br><br><br>High grade (Gleason score > 8) | <br><br><br><br>1.04 (.92-1.18)<br><br><br>1.34 (.81-2.24) |
| Jakszyn (Jakszyn et al. 2011) | Micrograms (nanograms) per day<br>.05-.1 (50-100)<br>.1-.19 (100-190)<br>.19-21.11 (190-21,110) | Bladder | <br><br>1.14 (.91-1.42)<br>1.07 (0.85-1.34)<br>1.12 (0.88-1.44) |



CONFIDENTIAL INFORMATION

# References


Abrahami, D., E. G. McDonald, M. Schnitzer, and L. Azoulay. 2020. 'Trends in acid suppressant drug prescriptions in primary care in the UK: a population-based cross-sectional study', *BMJ Open*, 10: e041529.

Abrahami, D., E. G. McDonald, M. E. Schnitzer, A. N. Barkun, S. Suissa, and L. Azoulay. 2021. 'Proton pump inhibitors and risk of gastric cancer: population-based cohort study', *Gut*.

Adami, H. O., I. Trolle Andersen, U. Heide-Jørgensen, E. T. Chang, M. Nørgaard, and H. Toft Sorensen. 2021. 'Ranitidine Use and Risk of Upper Gastrointestinal Cancers', *Cancer Epidemiol Biomarkers Prev*.

Adamson, R. H., and B. A. Chabner. 2020. 'The Finding of N-Nitrosodimethylamine in Common Medicines', *Oncologist*, 25: 460-62.

Agrawal, N. M., D. R. Campbell, M. A. Safdi, N. L. Lukasik, B. Huang, and M. M. Haber. 2000. 'Superiority of lansoprazole vs ranitidine in healing nonsteroidal anti-inflammatory drug-associated gastric ulcers: results of a double-blind, randomized, multicenter study. NSAID-Associated Gastric Ulcer Study Group', *Arch Intern Med*, 160: 1455-61.

Ahmad, F. S., C. Chan, M. B. Rosenman, W. S. Post, D. G. Fort, P. Greenland, K. J. Liu, A. N. Kho, and N. B. Allen. 2017. 'Validity of Cardiovascular Data From Electronic Sources: The Multi-Ethnic Study of Atherosclerosis and HealthLNK', *Circulation*, 136: 1207-16.

Al-Dabbagh, S., D. Forman, D. Bryson, I. Stratton, and R. Doll. 1986. 'Mortality of nitrate fertiliser workers', *Br J Ind Med*, 43: 507-15.

Amrhein, V., S. Greenland, and B. McShane. 2019. 'Scientists rise up against statistical significance', *Nature*, 567: 305-07.

Andersen, M., and J. S. Schou. 1991. '[Adverse effects of ulcer drugs before and after release of cimetidine, ranitidine and sucralfate for over-the-counter sale]', *Ugeskr Laeger*, 153: 1410-3.

Anderson, L. M., V. L. Souliotis, S. K. Chhabra, T. J. Moskal, S. D. Harbaugh, and S. A. Kyrtopoulos. 1996. 'N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol', *Int J Cancer*, 66: 130-4.

Aroda, V. R., and R. E. Ratner. 2018. 'Metformin and Type 2 Diabetes Prevention', *Diabetes Spectr*, 31: 336-42.

Aschebrook-Kilfoy, B., A. J. Cross, R. Z. Stolzenberg-Solomon, A. Schatzkin, A. R. Hollenbeck, R. Sinha, and M. H. Ward. 2011. 'Pancreatic cancer and exposure to dietary nitrate and nitrite in the NIH-AARP Diet and Health Study', *Am J Epidemiol*, 174: 305-15.

Baghurst, P. A., A. J. McMichael, A. H. Slavotinek, K. I. Baghurst, P. Boyle, and A. M. Walker. 1991. 'A case-control study of diet and cancer of the pancreas', *Am J Epidemiol*, 134: 167-79.

Bailey, R. L. 2021. 'Overview of dietary assessment methods for measuring intakes of foods, beverages, and dietary supplements in research studies', *Curr Opin Biotechnol*, 70: 91-96.

Barnett, K., S. W. Mercer, M. Norbury, G. Watt, S. Wyke, and B. Guthrie. 2012. 'Epidemiology of multimorbidity and implications for health care, research, and medical education: a cross-sectional study', *Lancet*, 380: 37-43.




CONFIDENTIAL INFORMATION

Barry, K. H., R. R. Jones, K. P. Cantor, L. E. Beane Freeman, D. C. Wheeler, D. Baris, A. T. Johnson, G. M. Hosain, M. Schwenn, H. Zhang, R. Sinha, S. Koutros, M. R. Karagas, D. T. Silverman, and M. H. Ward. 2020. 'Ingested Nitrate and Nitrite and Bladder Cancer in Northern New England', *Epidemiology*, 31: 136-44.

Bartsch, H., H. Ohshima, and B. Pignatelli. 1988. 'Inhibitors of endogenous nitrosation. Mechanisms and implications in human cancer prevention', *Mutat Res*, 202: 307-24.

Bergmann, M. M., U. Bussas, and H. Boeing. 1999. 'Follow-up procedures in EPIC-Germany--data quality aspects. European Prospective Investigation into Cancer and Nutrition', *Ann Nutr Metab*, 43: 225-34.

Bingham, S. A., C. Gill, A. Welch, A. Cassidy, S. A. Runswick, S. Oakes, R. Lubin, D. I. Thurnham, T. J. Key, L. Roe, K. T. Khaw, and N. E. Day. 1997. 'Validation of dietary assessment methods in the UK arm of EPIC using weighed records, and 24-hour urinary nitrogen and potassium and serum vitamin C and carotenoids as biomarkers', *Int J Epidemiol*, 26 Suppl 1: S137-51.

Bingham, S., A.A. Welch, A. McTaggart, A.A. Mulligan, S.A. Runswick, R. Luben, S. Oakes, K.T. Khaw, N. Wareham, and N.E. Day. 2001. 'Nutritional methods in the European Prospective Investigation of Cancer in Norfolk', *Public Health Nutr*, 4: 847-58.

Bingham, S.A., B. Pignatelli, J.R.A. Pollock, A. Ellul, C. Malaveille, G. Gross, S. Runswick, J. Cummings, and I.K. O'Neill. 1996. 'Does increased endogenous formation of N-nitroso compounds in the human colon explain the association between red meat and colon cancer?', *Carcinogenesis*, 17: 515-23.

Boeing, H., R. Frentzel-Beyme, M. Berger, V. Berndt, W. Gores, M. Korner, R. Lohmeier, A. Menarcher, H. Mannl, M. Meinhardt, R. Muller, H. Ostermeier, F. Paul, K. Schwemmle, K. Wagner, and J. Wahrendorf. 1991. 'Case-control study on stomach cancer in Germany', *Int J Cancer*, 47: 858-64.

Bowling, A. 2005. 'Mode of questionnaire administration can have serious effects on data quality', *J Public Health (Oxf)*, 27: 281-91.

Braunstein, L. Z., E. D. Kantor, K. O'Connell, A. J. Hudspeth, Q. Wu, N. Zenzola, and D. Y. Light. 2021. 'Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions', *JAMA Netw Open*, 4: e2034766.

Breslow, N. 1982. 'Design and analysis of case-control studies', *Annu Rev Public Health*, 3: 29-54.

Brogden, R. N., A. A. Carmine, R. C. Heel, T. M. Speight, and G. S. Avery. 1982. 'Ranitidine: a review of its pharmacology and therapeutic use in peptic ulcer disease and other allied diseases', *Drugs*, 24: 267-303.

Büchner, F. L., H. B. Bueno-de-Mesquita, M. M. Ros, E. Kampman, L. Egevad, K. Overvad, O. Raaschou-Nielsen, A. Tjønneland, N. Roswall, F. Clavel-Chapelon, M. C. Boutron-Ruault, M. Touillaud, J. Chang-Claude, R. Kaaks, H. Boeing, S. Weikert, A. Trichopoulou, P. Lagiou, D. Trichopoulos, D. Palli, S. Sieri, P. Vineis, R. Tumino, S. Panico, A. Vrieling, P. H. Peeters, C. H. van Gils, E. Lund, I. T. Gram, D. Engeset, C. Martinez, C. A. Gonzalez, N. Larrañaga, E. Ardanaz, C. Navarro, L. Rodríguez, J. Manjer, R. A. Ehrnström, G. Hallmans, B. Ljungberg, N. E. Allen, A. W. Roddam, S. Bingham, K. T. Khaw, N. Slimani, P. Boffetta, M. Jenab, T. Mouw, D. S. Michaud, L. A. Kiemeney, and E. Riboli. 2009. 'Consumption of vegetables and fruit and the risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition', *Int J Cancer*, 125: 2643-51.

Buiatti, E., D. Palli, A. Decarli, D. Amadori, C. Avellini, S. Bianchi, C. Bonaguri, F. Cipriani, P. Cocco, A. Giacosa, and et al. 1990. 'A case-control study of gastric cancer and diet in Italy: II. Association with nutrients', *Int J Cancer*, 45: 896-901.

Calle, E. E., C. Rodriguez, E. J. Jacobs, M. L. Almon, A. Chao, M. L. McCullough, H. S. Feigelson, and M. J. Thun. 2002. 'The American Cancer Society Cancer Prevention Study II Nutrition Cohort: rationale, study design, and baseline characteristics', *Cancer*, 94: 2490-501.



CONFIDENTIAL INFORMATION

Cancer, Collaborative Group on Hormonal Factors in Breast. 2019. 'Type and timing of menopausal hormone therapy and breast cancer risk: individual participant meta-analysis of the worldwide epidemiological evidence', *Lancet*, 394: 1159-68.

Cantor, K. P. 1997. 'Drinking water and cancer', *Cancer Causes Control*, 8: 292-308.

Caparrotta, T. M., J. W. Dear, H. M. Colhoun, and D. J. Webb. 2019. 'Pharmacoepidemiology: Using randomised control trials and observational studies in clinical decision-making', *Br J Clin Pharmacol*, 85: 1907-24.

Cardwell, C. R., R. D. McDowell, C. M. Hughes, B. Hicks, and P. Murchie. 2021. 'Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study', *Am J Gastroenterol*.

Caro, J. J., M. Salas, and A. Ward. 2001. 'Healing and relapse rates in gastroesophageal reflux disease treated with the newer proton-pump inhibitors lansoprazole, rabeprazole, and pantoprazole compared with omeprazole, ranitidine, and placebo: evidence from randomized clinical trials', *Clin Ther*, 23: 998-1017.

Catsburg, C. E., M. Gago-Dominguez, J. M. Yuan, J. E. Castelao, V. K. Cortessis, M. C. Pike, and M. C. Stern. 2014. 'Dietary sources of N-nitroso compounds and bladder cancer risk: findings from the Los Angeles bladder cancer study', *Int J Cancer*, 134: 125-35.

Celentano, D., Szklo, M., & Gordis, Leon. . 2019. *Gordis epidemiology (6th ed.).* (Elsevier: Philadelphia, PA).

Chan, D. S., A. R. Vieira, D. Aune, E. V. Bandera, D. C. Greenwood, A. McTiernan, D. Navarro Rosenblatt, I. Thune, R. Vieira, and T. Norat. 2014. 'Body mass index and survival in women with breast cancer--systematic literature review and meta-analysis of 82 follow-up studies', *Ann Oncol*.

Cheng, Y. J., G. Imperatore, L. S. Geiss, J. Wang, S. H. Saydah, C. C. Cowie, and E. W. Gregg. 2013. 'Secular changes in the age-specific prevalence of diabetes among U.S. adults: 1988-2010', *Diabetes Care*, 36: 2690-6.

Cheol Seong, S., Y. Y. Kim, Y. H. Khang, J. Heon Park, H. J. Kang, H. Lee, C. H. Do, J. S. Song, J. Hyon Bang, S. Ha, E. J. Lee, and S. Ae Shin. 2017. 'Data Resource Profile: The National Health Information Database of the National Health Insurance Service in South Korea', *Int J Epidemiol*, 46: 799-800.

Cheung, K. S., E. W. Chan, A. Y. S. Wong, L. Chen, I. C. K. Wong, and W. K. Leung. 2018. 'Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study', *Gut*, 67: 28-35.

Chiu, H. F., S. S. Tsai, and C. Y. Yang. 2007. 'Nitrate in drinking water and risk of death from bladder cancer: an ecological case-control study in Taiwan', *J Toxicol Environ Health A*, 70: 1000-4.

Chow, W-H., W.D. Finkle, J.K. McLaughlin, H. Franki, H.K. Ziel, and Jr. Fraumeni, J.F. 1995. 'The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia', *JAMA*, 274: 474-77.

Chow, W. H., W. D. Finkle, J. K. McLaughlin, H. Frankl, H. K. Ziel, and J. F. Fraumeni, Jr. 1995. 'The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia', *JAMA*, 274: 474-7.

Chyou, P. -H., A. M. Y. Nomura, J. H. Hankin, and G. N. Stemmermann. 1990. 'A case-cohort study of diet and stomach cancer', *Cancer Res*, 50: 7501-04.

Cohen, J. S. 2003. 'Why aren't lower, effective, OTC doses available earlier by prescription?', *Ann Pharmacother*, 37: 136-42.

Committee", "2018 Physical Activity Guidelines Advisory. 2018. "2018 Physical Activity Guidelines Advisory Committee Scientific Report." In, edited by U.S. Department of Health and Human Services. Washington, DC.

Coogan, P. F., Y. Zhang, J. R. Palmer, B. L. Strom, and L. Rosenberg. 2005. 'Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer', *Cancer Epidemiol Biomarkers Prev*, 14: 1012-5.



CONFIDENTIAL INFORMATION

Copeland, K.T., H. Checkoway, A.J. McMichael, and R.H. Holbrook. 1977. 'Bias due to misclassification in the estimation of relative risk', *Am J Epidemiol*, 105: 488=95.

Coss, A., K. P. Cantor, J. S. Reif, C. F. Lynch, and M. H. Ward. 2004. 'Pancreatic cancer and drinking water and dietary sources of nitrate and nitrite', *Am J Epidemiol*, 159: 693-701.

Cosselman, K. E., A. Navas-Acien, and J. D. Kaufman. 2015. 'Environmental factors in cardiovascular disease', *Nat Rev Cardiol*, 12: 627-42.

Coughlin, S. S. 1990. 'Recall bias in epidemiologic studies', *J Clin Epidemiol*, 43: 87-91.

Crippa, A., S. C. Larsson, A. Discacciati, A. Wolk, and N. Orsini. 2018. 'Red and processed meat consumption and risk of bladder cancer: a dose-response meta-analysis of epidemiological studies', *Eur J Nutr*, 57: 689-701.

Cross, A. J., J. R. Pollock, and S. A. Bingham. 2003. 'Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat', *Cancer Res*, 63: 2358-60.

De Stefani, E., P. Boffetta, M. Mendilaharsu, J. Carzoglio, and H. Deneo-Pellegrini. 1998. 'Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay', *Nutr Cancer*, 30: 158-62.

De Stefani, E., H. Deneo-Pellegrini, J. C. Carzoglio, A. Ronco, and M. Mendilaharsu. 1996. 'Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay', *Cancer Epidemiol Biomarkers Prev*, 5: 679-82.

De Stefani, E., A. Ronco, M. Mendilaharsu, and H. Deneo-Pellegrini. 1998. 'Case-control study on the role of heterocyclic amines in the etiology of upper aerodigestive cancers in Uruguay', *Nutr Cancer*, 32: 43-48.

de Vocht, F., I. Burstyn, K. Straif, R. Vermeulen, K. Jakobsson, L. Nichols, B. Peplonska, D. Taeger, and H. Kromhout. 2007. 'Occupational exposure to NDMA and NMor in the European rubber industry', *J Environ Monit*, 9: 253-9.

Delgado-Rodríguez, M, and J Llorca. 2004. 'Bias', *J Epidemiol Community Health*, 58: 635-41.

Desai, A., A. R. Khaki, and N. M. Kuderer. 2021. 'Use of Real-World Electronic Health Records to Estimate Risk, Risk Factors, and Disparities for COVID-19 in Patients With Cancer', *JAMA Oncol*, 7: 227-29.

Dich, J., R. Järvinen, P. Knekt, and P. L. Penttilä. 1996. 'Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey', *Food Addit Contam*, 13: 541-52.

Drieling, R. L., A. Z. LaCroix, S. A. Beresford, D. M. Boudreau, C. Kooperberg, and S. R. Heckbert. 2016. 'Validity of Self-Reported Medication Use Compared With Pharmacy Records in a Cohort of Older Women: Findings From the Women's Health Initiative', *Am J Epidemiol*, 184: 233-8.

Ducos, P., R. Gaudin, C. Maire, T. Mavelle, B. Bouchikhi, and G. Derby. 1988. 'Occupational exposure to volatile nitrosamines in foundries using the "Ashland" core-making process', *Environ Res*, 47: 72-8.

Duggan, M. A., W. F. Anderson, S. Altekruse, L. Penberthy, and M. E. Sherman. 2016. 'The Surveillance, Epidemiology, and End Results (SEER) Program and Pathology: Toward Strengthening the Critical Relationship', *Am J Surg Pathol*, 40: e94-e102.

Ehsanullah, R. S., M. C. Page, G. Tildesley, and J. R. Wood. 1988. 'Prevention of gastroduodenal damage induced by non-steroidal anti-inflammatory drugs: controlled trial of ranitidine', *BMJ*, 297: 1017-21.

Elder, Ross, Michelle Kirkpatrick, William Ramsay, Margaret Macleod, Bruce Guthrie, Matt Sutton, and Graham Watt. 2007. 'Measuring Quality in Primary Medical Services using Data from SPICE'.

Espejo-Herrera, N., K. P. Cantor, N. Malats, D. T. Silverman, A. Tardón, R. García-Closas, C. Serra, M. Kogevinas, and C. M. Villanueva. 2015. 'Nitrate in drinking water and bladder cancer risk in Spain', *Environ Res*, 137: 299-307.



CONFIDENTIAL INFORMATION

Essien, E. E., K. Said Abasse, A. Côté, K. S. Mohamed, Mmfa Baig, M. Habib, M. Naveed, X. Yu, W. Xie, S. Jinfang, and M. Abbas. 2020. 'Drinking-water nitrate and cancer risk: A systematic review and meta-analysis', *Arch Environ Occup Health*: 1-17.

Fandrem, S. I., H. Kjuus, A. Andersen, and E. Amlie. 1993. 'Incidence of cancer among workers in a Norwegian nitrate fertiliser plant', *Br J Ind Med*, 50: 647-52.

Farley, A., D. Lévesque, P. Paré, A. B. Thomson, R. Sherbaniuk, A. Archambault, and K. Mahoney. 1985. 'A comparative trial of ranitidine 300 mg at night with ranitidine 150 mg twice daily in the treatment of duodenal and gastric ulcer', *Am J Gastroenterol*, 80: 665-8.

'FDA Removal Ranitidine'. Accessed 5/13/21. https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market.

'FDA test NDMA Ranitidine'. Accessed 5/13/21. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.

Ferrucci, L. M., R. Sinha, M. H. Ward, B. I. Graubard, A. R. Hollenbeck, B. A. Kilfoy, A. Schatzkin, D. S. Michaud, and A. J. Cross. 2010. 'Meat and components of meat and the risk of bladder cancer in the NIH-AARP Diet and Health Study', *Cancer*, 116: 4345-53.

Florian, Jeffry, Murali K. Matta, Ryan DePalma, Victoria Gershuny, Vikram Patel, Cheng-Hui Hsiao, Robbert Zusterzeel, Rodney Rouse, Kristin Prentice, Colleen Gosa Nalepinski, Insook Kim, Sojeong Yi, Liang Zhao, Miyoung Yoon, Susan Selaya, David Keire, Joyce Korvick, and David G. Strauss. 2021. 'Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial', *JAMA*.

Freedman, L. S., J. M. Commins, J. E. Moler, L. Arab, D. J. Baer, V. Kipnis, D. Midthune, A. J. Moshfegh, M. L. Neuhouser, R. L. Prentice, A. Schatzkin, D. Spiegelman, A. F. Subar, L. F. Tinker, and W. Willett. 2014. 'Pooled results from 5 validation studies of dietary self-report instruments using recovery biomarkers for energy and protein intake', *Am J Epidemiol*, 180: 172-88.

Freedman, L. S., J. M. Commins, W. Willett, L. F. Tinker, D. Spiegelman, D. Rhodes, N. Potischman, M. L. Neuhouser, A. J. Moshfegh, V. Kipnis, D. J. Baer, L. Arab, R. L. Prentice, and A. F. Subar. 2017. 'Evaluation of the 24-Hour Recall as a Reference Instrument for Calibrating Other Self-Report Instruments in Nutritional Cohort Studies: Evidence From the Validation Studies Pooling Project', *Am J Epidemiol*, 186: 73-82.

Freedman, N. D., A. J. Cross, K. A. McGlynn, C. C. Abnet, Y. Park, A. R. Hollenbeck, A. Schatzkin, J. E. Everhart, and R. Sinha. 2010. 'Association of meat and fat intake with liver disease and hepatocellular carcinoma in the NIH-AARP cohort', *J Natl Cancer Inst*, 102: 1354-65.

Fristachi, A., and G. Rice. 2007. 'Estimation of the total daily oral intake of NDMA attributable to drinking water', *J Water Health*, 5: 341-55.

Fund, World Cancer Research. 2018. "Diet, Nutrition, Physical Activity and Cancer: A Global Perspective. Continuous Update Project Expert Report." In.

Gandini, S., F. Sera, M. S. Cattaruzza, P. Pasquini, O. Picconi, P. Boyle, and C. F. Melchi. 2005. 'Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure', *Eur J Cancer*, 41: 45-60.

Gao, Zongming, Michael Karfunkle, Wei Ye, Tim Andres Marzan, Jingyue Yang, Timothy Lex, Cynthia Sommers, Jason D. Rodriguez, Xiaomei Han, Jeffry Florian, David G. Strauss, and David A. Keire. 2021. 'In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions', *JAMA Network Open*, 4: e2118253-e53.

Gianfrancesco, M. A., and N. D. Goldstein. 2021. 'A narrative review on the validity of electronic health record-based research in epidemiology', *BMC Med Res Methodol*, 21: 234.

Gisbert, J. P., L. González, X. Calvet, M. Roqué, R. Gabriel, and J. M. Pajares. 2001. 'Proton pump inhibitors versus H2-antagonists: a meta-analysis of their efficacy in treating bleeding peptic ulcer', *Aliment Pharmacol Ther*, 15: 917-26.

Gjerstorff, M. L. 2011. 'The Danish Cancer Registry', *Scand J Public Health*, 39: 42-5.



CONFIDENTIAL INFORMATION

Goldbohm, R. A., P. van 't Veer, P. A. van den Brandt, M. A. van 't Hof, H. A. Brants, F. Sturmans, and R. J. Hermus. 1995. 'Reproducibility of a food frequency questionnaire and stability of dietary habits determined from five annually repeated measurements', *Eur J Clin Nutr*, 49: 420-9.

Goldbohm, R. A., P. A. van den Brandt, H. A. Brants, P. van't Veer, M. Al, F. Sturmans, and R. J. Hermus. 1994. 'Validation of a dietary questionnaire used in a large-scale prospective cohort study on diet and cancer', *Eur J Clin Nutr*, 48: 253-65.

Golden, S. E., S. Thakurta, C. G. Slatore, H. Woo, and D. R. Sullivan. 2018. 'Military Factors Associated with Smoking in Veterans', *Mil Med*, 183: e402-e08.

González, C. A., E. Riboli, J. Badosa, E. Batiste, T. Cardona, S. Pita, J. M. Sanz, M. Torrent, and A. Agudo. 1994. 'Nutritional factors and gastric cancer in Spain', *Am J Epidemiol*, 139: 466-73.

Goodman, M.T., J.H. Hankin, L.R. Wilkens, and L.N. Kolonel. 1992. 'High-fat foods and the risk of lung cancer', *Epidemiology*, 3: 288-99.

Gorman Ng, M., S. Semple, J. W. Cherrie, Y. Christopher, C. Northage, E. Tielemans, V. Veroughstraete, and M. Van Tongeren. 2012. 'The relationship between inadvertent ingestion and dermal exposure pathways: a new integrated conceptual model and a database of dermal and oral transfer efficiencies', *Ann Occup Hyg*, 56: 1000-12.

Greenland, S., S. J. Senn, K. J. Rothman, J. B. Carlin, C. Poole, S. N. Goodman, and D. G. Altman. 2016. 'Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations', *Eur J Epidemiol*, 31: 337-50.

Griscom, J. T., and P. S. Wolf. 2021. 'Liver Metastasis.' in, *StatPearls* (StatPearls Publishing

Copyright © 2021, StatPearls Publishing LLC.: Treasure Island (FL)).

Grossman, D. C., S. J. Curry, D. K. Owens, M. J. Barry, K. W. Davidson, C. A. Doubeni, J. W. Epling, Jr., A. R. Kemper, A. H. Krist, A. E. Kurth, C. S. Landefeld, C. M. Mangione, M. G. Phipps, M. Silverstein, M. A. Simon, and C. W. Tseng. 2017. 'Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement', *JAMA*, 318: 2224-33.

Habel, L. A., T. R. Levin, and G. D. Friedman. 2000. 'Cimetidine use and risk of breast, prostate, and other cancers', *Pharmacoepidemiol Drug Saf*, 9: 149-55.

Hagmar, L., T. Bellander, C. Andersson, K. Lindén, R. Attewell, and T. Möller. 1991. 'Cancer morbidity in nitrate fertilizer workers', *Int Arch Occup Environ Health*, 63: 63-7.

Hamra, G. B., N. Guha, A. Cohen, F. Laden, O. Raaschou-Nielsen, J. M. Samet, P. Vineis, F. Forastiere, P. Saldiva, T. Yorifuji, and D. Loomis. 2014. 'Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis', *Environ Health Perspect*, 122: 906-11.

Hansson, L. E., O. Nyrén, R. Bergström, A. Wolk, A. Lindgren, J. Baron, and H. O. Adami. 1994. 'Nutrients and gastric cancer risk. A population-based case-control study in Sweden', *Int J Cancer*, 57: 638-44.

Hennessy, S. 2006. 'Use of health care databases in pharmacoepidemiology', *Basic Clin Pharmacol Toxicol*, 98: 311-3.

Hernández-Ramírez, R. U., M. V. Galván-Portillo, M. H. Ward, A. Agudo, C. A. González, L. F. Oñate-Ocaña, R. Herrera-Goepfert, O. Palma-Coca, and L. López-Carrillo. 2009. 'Dietary intake of polyphenols, nitrate and nitrite and gastric cancer risk in Mexico City', *Int J Cancer*, 125: 1424-30.

Hidajat, M., D. M. McElvenny, W. Mueller, P. Ritchie, J. W. Cherrie, A. Darnton, R. M. Agius, H. Kromhout, and F. de Vocht. 2019. 'Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry', *Occup Environ Med*, 76: 259-67.



CONFIDENTIAL INFORMATION

Hidajat, M., D. M. McElvenny, P. Ritchie, A. Darnton, W. Mueller, R. M. Agius, J. W. Cherrie, and F. de Vocht. 2020. 'Lifetime cumulative exposure to rubber dust, fumes and N-nitrosamines and non-cancer mortality: a 49-year follow-up of UK rubber factory workers', *Occup Environ Med*, 77: 316-23.

Hidajat, M., D. M. McElvenny, P. Ritchie, A. Darnton, W. Mueller, M. van Tongeren, R. M. Agius, J. W. Cherrie, and F. de Vocht. 2019. 'Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up', *Occup Environ Med*, 76: 250-58.

Hill, A. B. 1965. 'THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION?', *Proc R Soc Med*, 58: 295-300.

Hoffman, K. B., A. R. Demakas, M. Dimbil, N. P. Tatonetti, and C. B. Erdman. 2014. 'Stimulated reporting: the impact of US food and drug administration-issued alerts on the adverse event reporting system (FAERS)', *Drug Saf*, 37: 971-80.

Hoopes, M., R. Voss, H. Angier, M. Marino, T. Schmidt, J. E. DeVoe, J. Soule, and N. Huguet. 2021. 'Assessing Cancer History Accuracy in Primary Care Electronic Health Records Through Cancer Registry Linkage', *J Natl Cancer Inst*, 113: 924-32.

Hoopes, Megan, Heather Angier, Lewis A. Raynor, Andrew Suchocki, John Muench, Miguel Marino, Pedro Rivera, and Nathalie Huguet. 2018. 'Development of an algorithm to link electronic health record prescriptions with pharmacy dispense claims', *Journal of the American Medical Informatics Association : JAMIA*, 25: 1322-30.

Hord, N. G., Y. Tang, and N. S. Bryan. 2009. 'Food sources of nitrates and nitrites: the physiologic context for potential health benefits', *Am J Clin Nutr*, 90: 1-10.

Hosseini, F., M. Majdi, S. Naghshi, F. Sheikhhossein, K. Djafarian, and S. Shab-Bidar. 2020. 'Nitrate-nitrite exposure through drinking water and diet and risk of colorectal cancer: A systematic review and meta-analysis of observational studies', *Clin Nutr*.

Hours, M., B. Dananche, J. Fevotte, A. Bergeret, L. Ayzac, E. Cardis, J. F. Etard, C. Pallen, P. Roy, and J. Fabry. 1994. 'Bladder cancer and occupational exposures', *Scand J Work Environ Health*, 20: 322-30.

Howe, G.R., M. Jain, and A.B. Miller. 1990. 'Dietary factors and risk of pancreatic cancer: results of a Canadian population-based case-control study', *In J Cancer*, 45: 604-08.

Hsu, C. L., C. H. Chang, J. W. Lin, L. C. Wu, L. M. Chuang, and M. S. Lai. 2013. 'Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis', *Pharmacoepidemiol Drug Saf*, 22: 632-40.

Humans, Iarc Working Group on the Evaluation of Carcinogenic Risks to. 2018. 'IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.' in, *Red Meat and Processed Meat* (International Agency for Research on Cancer

© International Agency for Research on Cancer, 2018. For more information contact publications@iarc.fr.: Lyon (FR)).

'IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins'. 2010. *IARC Monogr Eval Carcinog Risks Hum*, 94: v-vii, 1-412.

'IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds'. 1978. *IARC Monogr Eval Carcinog Risk Chem Man*, 17: 1-349.

Iwagami, M., R. Kumazawa, Y. Miyamoto, Y. Ito, M. Ishimaru, K. Morita, S. Hamada, N. Tamiya, and H. Yasunaga. 2021. 'Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018', *Drug Saf*, 44: 361-71.



CONFIDENTIAL INFORMATION

Jakszyn, P., A. Agudo, A. Berenguer, R. Ibáñez, P. Amiano, G. Pera, E. Ardanaz, A. Barricarte, M. D. Chirlaque, M. Dorronsoro, N. Larrañaga, C. Martinez, C. Navarro, J. R. Quirós, M. J. Sanchéz, M. J. Tormo, and C. A. González. 2006. 'Intake and food sources of nitrites and N-nitrosodimethylamine in Spain', *Public Health Nutr*, 9: 785-91.

Jakszyn, P., A. Agudo, R. Ibáñez, R. García-Closas, G. Pera, P. Amiano, and C. A. González. 2004. 'Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons', *J Nutr*, 134: 2011-4.

Jakszyn, P., S. Bingham, G. Pera, A. Agudo, R. Luben, A. Welch, H. Boeing, G. Del Giudice, D. Palli, C. Saieva, V. Krogh, C. Sacerdote, R. Tumino, S. Panico, G. Berglund, H. Simán, G. Hallmans, M. J. Sanchez, N. Larrañaga, A. Barricarte, M. D. Chirlaque, J. R. Quirós, T. J. Key, N. Allen, E. Lund, F. Carneiro, J. Linseisen, G. Nagel, K. Overvad, A. Tjonneland, A. Olsen, H. B. Bueno-de-Mesquita, M. O. Ocké, P. H. Peeters, M. E. Numans, F. Clavel-Chapelon, A. Trichopoulou, C. Fenger, R. Stenling, P. Ferrari, M. Jenab, T. Norat, E. Riboli, and C. A. Gonzalez. 2006. 'Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study', *Carcinogenesis*, 27: 1497-501.

Jakszyn, P. G., N. E. Allen, L. Lujan-Barroso, C. A. Gonzalez, T. J. Key, A. Fonseca-Nunes, A. Tjønneland, N. Føns-Johnsen, K. Overvad, B. Teucher, K. Li, H. Boeing, A. Trichopoulou, E. Oikonomou, M. Sarantopoulou, C. Saieva, V. Krogh, R. Tumino, F. Ricceri, H. B. Bueno-de-Mesquita, J. M. Huerta, E. Ardanaz, M. V. Arguelles, E. Molina-Montes, N. Larrañaga, E. Wirfält, P. Wallström, M. Johansson, P. Stattin, K. T. Khaw, M. Jenab, V. Fedirko, and E. Riboli. 2012. 'Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition', *Cancer Epidemiol Biomarkers Prev*, 21: 547-51.

Jakszyn, P., C. A. González, L. Luján-Barroso, M. M. Ros, H. B. Bueno-de-Mesquita, N. Roswall, A. M. Tjønneland, F. L. Büchner, L. Egevad, K. Overvad, O. Raaschou-Nielsen, F. Clavel-Chapelon, M. C. Boutron-Ruault, M. S. Touillaud, J. Chang-Claude, N. E. Allen, L. A. Kiemeney, T. J. Key, R. Kaaks, H. Boeing, S. Weikert, A. Trichopoulou, E. Oikonomou, D. Zylis, D. Palli, F. Berrino, P. Vineis, R. Tumino, A. Mattiello, P. H. Peeters, C. L. Parr, I. T. Gram, G. Skeie, M. J. Sánchez, N. Larrañaga, E. Ardanaz, C. Navarro, L. Rodríguez, D. Ulmert, R. Ehrnström, G. Hallmans, B. Ljungberg, A. W. Roddam, S. A. Bingham, K. T. Khaw, N. Slimani, P. A. Boffetta, M. Jenab, T. Mouw, D. S. Michaud, and E. Riboli. 2011. 'Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)', *Cancer Epidemiol Biomarkers Prev*, 20: 555-9.

Jones, R. R., P. J. Weyer, C. T. DellaValle, M. Inoue-Choi, K. E. Anderson, K. P. Cantor, S. Krasner, K. Robien, L. E. Freeman, D. T. Silverman, and M. H. Ward. 2016. 'Nitrate from Drinking Water and Diet and Bladder Cancer Among Postmenopausal Women in Iowa', *Environ Health Perspect*, 124: 1751-58.

Kaaks, R., and E. Riboli. 1997. 'Validation and calibration of dietary intake measurements in the EPIC project: methodological considerations. European Prospective Investigation into Cancer and Nutrition', *Int J Epidemiol*, 26 Suppl 1: S15-25.

Kaelber, D. C., W. Foster, J. Gilder, T. E. Love, and A. K. Jain. 2012. 'Patient characteristics associated with venous thromboembolic events: a cohort study using pooled electronic health record data', *Journal of the American Medical Informatics Association : JAMIA*, 19: 965-72.

Kantor, E. D., K. O'Connell, M. Du, R. B. Mendelsohn, P. S. Liang, and L. Z. Braunstein. 2020. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*.

———. 2021. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*, 160: 1856-59.e5.



CONFIDENTIAL INFORMATION

Karami, S., Q. Lan, N. Rothman, P. A. Stewart, K. M. Lee, R. Vermeulen, and L. E. Moore. 2012. 'Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis', *Occup Environ Med*, 69: 858-67.

Katz, P. O., L. B. Gerson, and M. F. Vela. 2013. 'Guidelines for the diagnosis and management of gastroesophageal reflux disease', *Am J Gastroenterol*, 108: 308-28; quiz 29.

Kay, J. E., J. J. Corrigan, A. L. Armijo, I. S. Nazari, I. N. Kohale, D. K. Torous, S. L. Avlasevich, R. G. Croy, D. N. Wadduwage, S. E. Carrasco, S. D. Dertinger, F. M. White, J. M. Essigmann, L. D. Samson, and B. P. Engelward. 2021. 'Excision of mutagenic replication-blocking lesions suppresses cancer but promotes cytotoxicity and lethality in nitrosamine-exposed mice', *Cell Rep*, 34: 108864.

Keszei, A. P., R. A. Goldbohm, L. J. Schouten, P. Jakszyn, and P. A. van den Brandt. 2013. 'Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study', *Am J Clin Nutr*, 97: 135-46.

Khalade, A., M. S. Jaakkola, E. Pukkala, and J. J. Jaakkola. 2010. 'Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis', *Environ Health*, 9: 31.

Kildemoes, H. W., H. T. Sørensen, and J. Hallas. 2011. 'The Danish National Prescription Registry', *Scand J Public Health*, 39: 38-41.

Kim, A. S., H. J. Ko, J. H. Kwon, and J. M. Lee. 2018. 'Exposure to Secondhand Smoke and Risk of Cancer in Never Smokers: A Meta-Analysis of Epidemiologic Studies', *Int J Environ Res Public Health*, 15.

Kim, E. M., Y. M. Bae, M. H. Choi, and S. T. Hong. 2019. 'Connexin 43 plays an important role in the transformation of cholangiocytes with Clonochis sinensis excretory-secretory protein and N-nitrosodimethylamine', *PLoS Negl Trop Dis*, 13: e0006843.

Kim, E., and P. Viatour. 2020. 'Hepatocellular carcinoma: old friends and new tricks', *Exp Mol Med*, 52: 1898-907.

Kim, H. J., S. S. Lee, B. Y. Choi, and M. K. Kim. 2007. 'Nitrate intake relative to antioxidant vitamin intake affects gastric cancer risk: a case-control study in Korea', *Nutr Cancer*, 59: 185-91.

Kim, S., Y. Ko, H. J. Lee, and J. E. Lim. 2018. 'Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies', *Breast Cancer Res Treat*, 170: 667-75.

Kim, S., S. Lee, J. Hong, I. Ko, J. Y. Kim, and D. K. Kim. 2021. 'Effect of Ranitidine Intake on the Risk of Gastric Cancer Development', *Healthcare (Basel)*, 9.

Kim, S. M., J. S. Lee, J. Lee, J. K. Na, J. H. Han, D. K. Yoon, S. H. Baik, D. S. Choi, and K. M. Choi. 2006. 'Prevalence of diabetes and impaired fasting glucose in Korea: Korean National Health and Nutrition Survey 2001', *Diabetes Care*, 29: 226-31.

Kim, Y. D., J. Wang, F. Shibli, K. E. Poels, S. J. Ganocy, and R. Fass. 2021. 'No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies', *Aliment Pharmacol Ther*.

King, Gary, and Richard Nielsen. 2019. 'Why Propensity Scores Should Not Be Used for Matching', *Political Analysis*, 27: 435-54.

Klein, R. G., I. Janowsky, B. L. Pool-Zobel, P. Schmezer, R. Hermann, F. Amelung, B. Spiegelhalder, and W. J. Zeller. 1991. 'Effects of long-term inhalation of N-nitrosodimethylamine in rats', *IARC Sci Publ*: 322-8.

Klein, R. G., and P. Schmezer. 1984. 'Quantitative measurement of the exhalation rate of volatile N-nitrosamines in inhalation experiments with anaesthetized Sprague-Dawley rats', *IARC Sci Publ*: 513-7.

Knekt, P., R. Jarvinen, J. Dich, and T. Hakulinen. 1999. 'Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds:  a follow-up study', *Int J Cancer*, 80: 852-56.



CONFIDENTIAL INFORMATION

Kumar, S., D. S. Goldberg, and D. E. Kaplan. 2021. 'Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori', *Dig Dis Sci*.

La Vecchia, C., B. D'Avanzo, L. Airoldi, C. Braga, and A. Decarli. 1995. 'Nitrosamine intake and gastric cancer risk', *Eur J Cancer Prev*, 4: 469-74.

Larsson, S. C., L. Bergkvist, and A. Wolk. 2006. 'Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women', *Int J Cancer*, 119: 915-9.

Larsson, S. C., N. Orsini, and A. Wolk. 2006. 'Processed meat consumption and stomach cancer risk: a meta-analysis', *J Natl Cancer Inst*, 98: 1078-87.

Lee, F. I., M. Hardman, and M. E. Jaderberg. 1991. 'Maintenance treatment of duodenal ulceration: ranitidine 300 mg at night is better than 150 mg in cigarette smokers', *Gut*, 32: 151-3.

Lee, F. I., P. I. Reed, J. P. Crowe, R. L. McIsaac, and J. R. Wood. 1986. 'Acute treatment of duodenal ulcer: a multicentre study to compare ranitidine 150 mg twice daily with ranitidine 300 mg once at night', *Gut*, 27: 1091-5.

Lee, H. S. 2019. 'Literature compilation of volatile N-nitrosamines in processed meat and poultry products - an update', *Food Addit Contam Part A Chem Anal Control Expo Risk Assess*, 36: 1491-500.

Leinonen, M. K., J. Miettinen, S. Heikkinen, J. Pitkäniemi, and N. Malila. 2017. 'Quality measures of the population-based Finnish Cancer Registry indicate sound data quality for solid malignant tumours', *Eur J Cancer*, 77: 31-39.

Lenis, A. T., P. M. Lec, K. Chamie, and M. D. Mshs. 2020. 'Bladder Cancer: A Review', *JAMA*, 324: 1980-91.

Lipsy, R. J., B. Fennerty, and T. C. Fagan. 1990. 'Clinical review of histamine2 receptor antagonists', *Arch Intern Med*, 150: 745-51.

Liteplo, R. G., Bette Meek, and W. Windle. 2002. 'Concise International Chemical Assessment Document 38: N-nitrosodimethylamine', *IPCS Concise International Chemical Assessment Documents*.

Liu, P., C. McMenamin Ú, B. T. Johnston, P. Murchie, L. Iversen, A. J. Lee, P. A. J. Vissers, and C. R. Cardwell. 2020. 'Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies', *Br J Cancer*, 123: 307-15.

Llewellyn-Bennett, R., D. Edwards, N. Roberts, A. H. Hainsworth, R. Bulbulia, and L. Bowman. 2018. 'Post-trial follow-up methodology in large randomised controlled trials: a systematic review', *Trials*, 19: 298.

Loh, Y. H., P. Jakszyn, R. N. Luben, A. A. Mulligan, P. N. Mitrou, and K. T. Khaw. 2011. 'N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study', *Am J Clin Nutr*, 93: 1053-61.

Margulis, A. V., J. Fortuny, J. A. Kaye, B. Calingaert, M. Reynolds, E. Plana, L. J. McQuay, W. J. Atsma, B. Franks, S. de Vogel, S. Perez-Gutthann, and A. Arana. 2018. 'Validation of Cancer Cases Using Primary Care, Cancer Registry, and Hospitalization Data in the United Kingdom', *Epidemiology*, 29: 308-13.

Marley, Jennifer, Barbara I. Nicholl, Sara Macdonald, Frances S. Mair, and Bhautesh D. Jani. 2021. 'Associations between long-term conditions and upper gastrointestinal cancer incidence: A prospective population-based cohort of UK Biobank participants', *Journal of comorbidity*, 11: 26335565211056136-36.

Mason, I., L. J. Millar, R. R. Sheikh, W. M. Evans, P. L. Todd, M. L. Turbitt, and M. D. Taylor. 1998. 'The management of acid-related dyspepsia in general practice: a comparison of an omeprazole versus an antacid-alginate/ranitidine management strategy. Compete Research Group [corrected]', *Aliment Pharmacol Ther*, 12: 263-71.



CONFIDENTIAL INFORMATION

Massey, R., M. J. Dennis, M. Pointer, and P. E. Key. 1990. 'An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer', *Food Addit Contam*, 7: 605-15.

Mathes, R. W., K. E. Malone, J. R. Daling, P. L. Porter, and C. I. Li. 2008. 'Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer', *Cancer Epidemiol Biomarkers Prev*, 17: 67-72.

Mayne, S. T., H. A. Risch, R. Dubrow, W. H. Chow, M. D. Gammon, T. L. Vaughan, D. C. Farrow, J. B. Schoenberg, J. L. Stanford, H. Ahsan, A. B. West, H. Rotterdam, W. J. Blot, and J. F. Fraumeni, Jr. 2001. 'Nutrient intake and risk of subtypes of esophageal and gastric cancer', *Cancer Epidemiol Biomarkers Prev*, 10: 1055-62.

McDowell, R. D., C. M. Hughes, P. Murchie, and C. R. Cardwell. 2021a. 'The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data', *Cancer Epidemiol*, 71: 101880.

McDowell, R. D., C. Hughes, P. Murchie, and C. Cardwell. 2021b. 'A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies', *BMC Med*, 19: 22.

McGwin, G. 2020. 'The Association between Ranitidine Use and Gastrointestinal Cancers', *Cancers (Basel)*, 13.

McNeil, J. J., G. W. Mihaly, A. Anderson, A. W. Marshall, R. A. Smallwood, and W. J. Louis. 1981. 'Pharmacokinetics of the H2- receptor antagonist ranitidine in man', *Br J Clin Pharmacol*, 12: 411-5.

Mergens, W. J., J. J. Kamm, H. L. Newmark, W. Fiddler, and J. Pensabene. 1978. 'Alpha-tocopherol: uses in preventing nitrosamine formation', *IARC Sci Publ*: 199-212.

Michaud, D. S., P. A. Mysliwiec, W. Aldoori, W. C. Willett, and E. Giovannucci. 2004. 'Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals', *Cancer Epidemiol Biomarkers Prev*, 13: 250-4.

Mohy-ud-din, N., Mohyuddin, G.R., Syed, A., Desai, S.M., Thakkar, S. 2020. "Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults." In *Digestive Disease Week*. Chicago (cancelled): American Gastroenterological Association.

Neha, R., V. Subeesh, E. Beulah, N. Gouri, and E. Maheswari. 2021. 'Existence of Notoriety Bias in FDA Adverse Event Reporting System Database and Its Impact on Signal Strength', *Hosp Pharm*, 56: 152-58.

Neiman, A. B., T. Ruppar, M. Ho, L. Garber, P. J. Weidle, Y. Hong, M. G. George, and P. G. Thorpe. 2017. 'CDC Grand Rounds: Improving Medication Adherence for Chronic Disease Management - Innovations and Opportunities', *MMWR Morb Mortal Wkly Rep*, 66: 1248-51.

Neuhouser, M. L., M. Pettinger, J. W. Lampe, L. F. Tinker, S. M. George, J. Reedy, X. Song, B. Thyagarajan, S. A. A. Beresford, and R. L. Prentice. 2021. 'Novel application of nutritional biomarkers from a controlled feeding study and observational study toward dietary pattern characterization in postmenopausal women', *Am J Epidemiol*.

Nørgaard, M., I. T. Andersen, U. Heide-Jørgensen, R. Erichsen, J. R. Rees, M. R. Karagas, and H. T. Sorensen. 2021. 'Ranitidine and risk of bladder and kidney cancer: a population based cohort study', *Cancer Epidemiol Biomarkers Prev*.

Ntp. 2016. "14th Report on carcinogens." In *Report on Carcinogens*. Research Triangle Park, NC.

Office on, Smoking, and Health. 2006. 'Publications and Reports of the Surgeon General.' in, *The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General* (Centers for Disease Control and Prevention (US): Atlanta (GA)).

'Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42'. 1987. *IARC Monogr Eval.Carcinog.Risks Hum.Suppl*, 7: 1-440.



CONFIDENTIAL INFORMATION

Paeratakul, S., B. M. Popkin, L. Kohlmeier, I. Hertz-Picciotto, X. Guo, and L. J. Edwards. 1998. 'Measurement error in dietary data: implications for the epidemiologic study of the diet-disease relationship', *Eur J Clin Nutr*, 52: 722-7.

Palli, D., A. Russo, and A. Decarli. 2001. 'Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy', *Cancer Causes Control*, 12: 163-72.

Park, Jong-Eun, Jung-Eun Seo, Jee-Yeon Lee, and Hoonjeong Kwon. 2015. 'Distribution of Seven N-Nitrosamines in Food', *Toxicological research*, 31: 279-88.

Patterson, R. E., A. R. Kristal, L. F. Tinker, R. A. Carter, M. P. Bolton, and T. Agurs-Collins. 1999. 'Measurement characteristics of the Women's Health Initiative food frequency questionnaire', *Ann Epidemiol*, 9: 178-87.

Pearce, N., A. Blair, P. Vineis, W. Ahrens, A. Andersen, J. M. Anto, B. K. Armstrong, A. A. Baccarelli, F. A. Beland, A. Berrington, P. A. Bertazzi, L. S. Birnbaum, R. C. Brownson, J. R. Bucher, K. P. Cantor, E. Cardis, J. W. Cherrie, D. C. Christiani, P. Cocco, D. Coggon, P. Comba, P. A. Demers, J. M. Dement, J. Douwes, E. A. Eisen, L. S. Engel, R. A. Fenske, L. E. Fleming, T. Fletcher, E. Fontham, F. Forastiere, R. Frentzel-Beyme, L. Fritschi, M. Gerin, M. Goldberg, P. Grandjean, T. K. Grimsrud, P. Gustavsson, A. Haines, P. Hartge, J. Hansen, M. Hauptmann, D. Heederik, K. Hemminki, D. Hemon, I. Hertz-Picciotto, J. A. Hoppin, J. Huff, B. Jarvholm, D. Kang, M. R. Karagas, K. Kjaerheim, H. Kjuus, M. Kogevinas, D. Kriebel, P. Kristensen, H. Kromhout, F. Laden, P. Lebailly, G. LeMasters, J. H. Lubin, C. F. Lynch, E. Lynge, A. t Mannetje, A. J. McMichael, J. R. McLaughlin, L. Marrett, M. Martuzzi, J. A. Merchant, E. Merler, F. Merletti, A. Miller, F. E. Mirer, R. Monson, K. C. Nordby, A. F. Olshan, M. E. Parent, F. P. Perera, M. J. Perry, A. C. Pesatori, R. Pirastu, M. Porta, E. Pukkala, C. Rice, D. B. Richardson, L. Ritter, B. Ritz, C. M. Ronckers, L. Rushton, J. A. Rusiecki, I. Rusyn, J. M. Samet, D. P. Sandler, S. de Sanjose, E. Schernhammer, A. S. Costantini, N. Seixas, C. Shy, J. Siemiatycki, D. T. Silverman, L. Simonato, A. H. Smith, M. T. Smith, J. J. Spinelli, M. R. Spitz, L. Stallones, L. T. Stayner, K. Steenland, M. Stenzel, B. W. Stewart, P. A. Stewart, E. Symanski, B. Terracini, P. E. Tolbert, H. Vainio, J. Vena, R. Vermeulen, C. G. Victora, E. M. Ward, C. R. Weinberg, D. Weisenburger, C. Wesseling, E. Weiderpass, and S. H. Zahm. 2015. 'IARC monographs: 40 years of evaluating carcinogenic hazards to humans', *Environ Health Perspect*, 123: 507-14.

Pearce, N., H. Checkoway, and D. Kriebel. 2007. 'Bias in occupational epidemiology studies', *Occup Environ Med*, 64: 562-8.

Peto, R., R. Gray, P. Brantom, and P. Grasso. 1984. 'Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters)', *IARC Sci Publ*: 627-65.

Petri, H., and J. Urquhart. 1991. 'Channeling bias in the interpretation of drug effects', *Stat Med*, 10: 577-81.

Pobel, D., E. Riboli, J. Cornée, B. Hémon, and M. Guyader. 1995. 'Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France', *Eur J Epidemiol*, 11: 67-73.

Pool-Zobel, B. L., R. G. Klein, U. M. Liegibel, F. Kuchenmeister, S. Weber, and P. Schmezer. 1992. 'Systemic genotoxic effects of tobacco-related nitrosamines following oral and inhalational administration to Sprague-Dawley rats', *Clin Investig*, 70: 299-306.

Pottegård, A., S. Friis, Rd Christensen, L. A. Habel, J. J. Gagne, and J. Hallas. 2016. 'Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study', *EBioMedicine*, 7: 73-9.

Pottegård, A., S. Friis, T. Stürmer, J. Hallas, and S. Bahmanyar. 2018. 'Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations', *Basic Clin Pharmacol Toxicol*, 122: 451-59.



CONFIDENTIAL INFORMATION

Pottegård, A., K. B. Kristensen, M. T. Ernst, N. B. Johansen, P. Quartarolo, and J. Hallas. 2018. 'Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study', *BMJ*, 362: k3851.

Pottegård, A., S. A. J. Schmidt, H. Wallach-Kildemoes, H. T. Sørensen, J. Hallas, and M. Schmidt. 2017. 'Data Resource Profile: The Danish National Prescription Registry', *Int J Epidemiol*, 46: 798-98f.

Prada-Ramallal, G., B. Takkouche, and A. Figueiras. 2019. 'Bias in pharmacoepidemiologic studies using secondary health care databases: a scoping review', *BMC Med Res Methodol*, 19: 53.

Prentice, R. L., R. T. Chlebowski, M. L. Stefanick, J. E. Manson, M. Pettinger, S. L. Hendrix, F. A. Hubbell, C. Kooperberg, L. H. Kuller, D. S. Lane, A. McTiernan, M. Jo O'Sullivan, J. E. Rossouw, and G. L. Anderson. 2008. 'Estrogen plus progestin therapy and breast cancer in recently postmenopausal women', *Am J Epidemiol*, 167: 1207-16.

Psaty, B. M., T. D. Koepsell, D. Lin, N. S. Weiss, D. S. Siscovick, F. R. Rosendaal, M. Pahor, and C. D. Furberg. 1999. 'Assessment and control for confounding by indication in observational studies', *J Am Geriatr Soc*, 47: 749-54.

Quist, A. J. L., M. Inoue-Choi, P. J. Weyer, K. E. Anderson, K. P. Cantor, S. Krasner, L. E. B. Freeman, M. H. Ward, and R. R. Jones. 2018. 'Ingested nitrate and nitrite, disinfection by-products, and pancreatic cancer risk in postmenopausal women', *Int J Cancer*, 142: 251-61.

Rabbani, A., and G. C. Alexander. 2009. 'Cost savings associated with filling a 3-month supply of prescription medicines', *Appl Health Econ Health Policy*, 7: 255-64.

Rademacher, J. J., T. B. Young, and M. S. Kanarek. 1992. 'Gastric cancer mortality and nitrate levels in Wisconsin drinking water', *Arch Environ Health*, 47: 292-4.

Rajagopalan, S., M. Brauer, A. Bhatnagar, D. L. Bhatt, J. R. Brook, W. Huang, T. Münzel, D. Newby, J. Siegel, and R. D. Brook. 2020. 'Personal-Level Protective Actions Against Particulate Matter Air Pollution Exposure: A Scientific Statement From the American Heart Association', *Circulation*, 142: e411-e31.

'Reduction in the incidence of type 2 diabetes with lifestyle intervention or Metformin. Diabetes Prevention Program Research Group'. 2002. *N Engl J Med*, 346: 393-403.

Reeves, G. K., V. Beral, J. Green, T. Gathani, and D. Bull. 2006. 'Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis', *Lancet Oncol*, 7: 910-8.

Research, World Cancer Research Fund/American Institute for Cancer. Washington DC: AICR, 2007. *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective.*

Research., World Cancer Research Fund / American Institute for Cancer. 2007. "Food, Nutrition, Physical Activity, and the Prevention of Cancer: a Global Perspective. ." In. Washington, D.C.: AICR.

Riboli, E. 1992. 'Nutrition and cancer:  background and rationale of the European Prospective Investigation into cancer and Nutrition (EPIC)', *Ann Oncol*, 3: 783-91.

Riboli, E., K. J. Hunt, N. Slimani, P. Ferrari, T. Norat, M. Fahey, U. R. Charrondière, B. Hémon, C. Casagrande, J. Vignat, K. Overvad, A. Tjønneland, F. Clavel-Chapelon, A. Thiébaut, J. Wahrendorf, H. Boeing, D. Trichopoulos, A. Trichopoulou, P. Vineis, D. Palli, H. B. Bueno-De-Mesquita, P. H. Peeters, E. Lund, D. Engeset, C. A. González, A. Barricarte, G. Berglund, G. Hallmans, N. E. Day, T. J. Key, R. Kaaks, and R. Saracci. 2002. 'European Prospective Investigation into Cancer and Nutrition (EPIC): study populations and data collection', *Public Health Nutr*, 5: 1113-24.

Risch, H. A., M. Jain, N. W. Choi, J. G. Fodor, C. J. Pfeiffer, G. R. Howe, L. W. Harrison, K. J. Craib, and A. B. Miller. 1985. 'Dietary factors and the incidence of cancer of the stomach', *Am J Epidemiol*, 122: 947-59.

Rising, K., P. Bacchetti, and L. Bero. 2008. 'Reporting bias in drug trials submitted to the Food and Drug Administration: review of publication and presentation', *PLoS Med*, 5: e217; discussion e17.

Roberts, C. J. 1984. 'Clinical pharmacokinetics of ranitidine', *Clin Pharmacokinet*, 9: 211-21.



CONFIDENTIAL INFORMATION

Rock, C. L., C. Thomson, T. Gansler, S. M. Gapstur, M. L. McCullough, A. V. Patel, K. S. Andrews, E. V. Bandera, C. K. Spees, K. Robien, S. Hartman, K. Sullivan, B. L. Grant, K. K. Hamilton, L. H. Kushi, B. J. Caan, D. Kibbe, J. D. Black, T. L. Wiedt, C. McMahon, K. Sloan, and C. Doyle. 2020. 'American Cancer Society guideline for diet and physical activity for cancer prevention', *CA Cancer J Clin*, 70: 245-71.

Rogers, M. A., T. L. Vaughan, S. Davis, and D. B. Thomas. 1995. 'Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer', *Cancer Epidemiol Biomarkers Prev*, 4: 29-36.

Rossing, M. A., D. Scholes, K. L. Cushing-Haugen, and L. F. Voigt. 2000. 'Cimetidine use and risk of prostate and breast cancer', *Cancer Epidemiol Biomarkers Prev*, 9: 319-23.

Rossouw, J. E., G. L. Anderson, R. L. Prentice, A. Z. LaCroix, C. Kooperberg, M. L. Stefanick, R. D. Jackson, S. A. Beresford, B. V. Howard, K. C. Johnson, J. M. Kotchen, and J. Ockene. 2002. 'Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial', *JAMA*, 288: 321-33.

Rothman, K., Greenland, S., Lash, T. L. 2008. *Modern Epidemiology* (Lippincott, Williams, & Wilkins: Philadelphia).

Rothman, K. J. 1981. 'Induction and latent periods', *Am J Epidemiol*, 114: 253-9.

———. 2014. 'Six persistent research misconceptions', *J Gen Intern Med*, 29: 1060-4.

Rothman, K. J., and S. Greenland. 2005. 'Causation and causal inference in epidemiology', *Am J Public Health*, 95 Suppl 1: S144-50.

Russo, J., and I. H. Russo. 2006. 'The role of estrogen in the initiation of breast cancer', *J Steroid Biochem Mol Biol*, 102: 89-96.

Ruszniewski, P., A. Slama, M. Pappo, and M. Mignon. 1993. 'Two year maintenance treatment of duodenal ulcer disease with ranitidine 150 mg: a prospective multicentre randomised study. GEMUD (Groupe d'Etude de la Maladie Ulcéreuse Duodénale)', *Gut*, 34: 1662-5.

Ryder, S. D., S. O'Reilly, R. J. Miller, J. Ross, M. R. Jacyna, and A. J. Levi. 1994. 'Long term acid suppressing treatment in general practice', *BMJ*, 308: 827-30.

Salas, M., A. Ward, and J. Caro. 2002. 'Are proton pump inhibitors the first choice for acute treatment of gastric ulcers? A meta analysis of randomized clinical trials', *BMC Gastroenterol*, 2: 17.

Scanlan, R. A., and J. F. Barbour. 1991. 'N-nitrosodimethylamine content of US and Canadian beers', *IARC Sci Publ*: 242-3.

Schisterman, E. F., S. R. Cole, and R. W. Platt. 2009. 'Overadjustment bias and unnecessary adjustment in epidemiologic studies', *Epidemiology*, 20: 488-95.

Schneeweiss, S., and J. Avorn. 2005. 'A review of uses of health care utilization databases for epidemiologic research on therapeutics', *J Clin Epidemiol*, 58: 323-37.

Seo, S. I., C. H. Park, S. C. You, J. Y. Kim, K. J. Lee, J. Kim, Y. Kim, J. J. Yoo, W. W. Seo, H. S. Lee, and W. G. Shin. 2021. 'Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea', *Gut*.

Shin, G. Y., J. M. Park, J. Hong, Y. K. Cho, H. W. Yim, and M. G. Choi. 2021. 'Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study', *Am J Gastroenterol*, 116: 1211-19.

Siegel, R. L., K. D. Miller, H. E. Fuchs, and A. Jemal. 2021. 'Cancer Statistics, 2021', *CA Cancer J Clin*, 71: 7-33.

Siemiatycki, J., S. Wacholder, R. Dewar, E. Cardis, C. Greenwood, and L. Richardson. 1988. 'Degree of confounding bias related to smoking, ethnic group, and socioeconomic status in estimates of the associations between occupation and cancer', *J Occup Med*, 30: 617-25.



CONFIDENTIAL INFORMATION

Siemiatycki, J., S. Wacholder, R. Dewar, L. Wald, D. Bégin, L. Richardson, K. Rosenman, and M. Gérin. 1988. 'Smoking and degree of occupational exposure: are internal analyses in cohort studies likely to be confounded by smoking status?', *Am J Ind Med*, 13: 59-69.

Silver, M. T., R. H. Murdock, Jr., B. B. Morrill, and S. O. Sue. 1996. 'Ranitidine 300 mg twice daily and 150 mg four-times daily are effective in healing erosive oesophagitis', *Aliment Pharmacol Ther*, 10: 373-80.

Simon, B., G. Bianchi Porro, M. Cremer, G. Dobrilla, U. Haglund, S. L. Dunn, and K. Summers. 1986. 'A single nighttime dose of ranitidine 300 mg versus ranitidine 150 mg twice daily in the acute treatment of duodenal ulcer: a European multicenter trial', *J Clin Gastroenterol*, 8: 367-70.

Singh, S., and Y. K. Loke. 2012. 'Drug safety assessment in clinical trials: methodological challenges and opportunities', *Trials*, 13: 138.

Song, P., L. Wu, and W. Guan. 2015. 'Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis', *Nutrients*, 7: 9872-95.

Song, S. O., C. H. Jung, Y. D. Song, C. Y. Park, H. S. Kwon, B. S. Cha, J. Y. Park, K. U. Lee, K. S. Ko, and B. W. Lee. 2014. 'Background and data configuration process of a nationwide population-based study using the korean national health insurance system', *Diabetes Metab J*, 38: 395-403.

Sorahan, T., H. G. Parkes, C. A. Veys, and J. A. Waterhouse. 1986. 'Cancer mortality in the British rubber industry: 1946-80', *Br J Ind Med*, 43: 363-73.

Souliotis, V. L., S. Chhabra, L. M. Anderson, and S. A. Kyrtopoulos. 1995. 'Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis', *Carcinogenesis*, 16: 2381-7.

Souliotis, V. L., J. R. Henneman, C. D. Reed, S. K. Chhabra, B. A. Diwan, L. M. Anderson, and S. A. Kyrtopoulos. 2002. 'DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis', *Mutat Res*, 500: 75-87.

Souliotis, V. L., J. H. van Delft, M. J. Steenwinkel, R. A. Baan, and S. A. Kyrtopoulos. 1998. 'DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine', *Carcinogenesis*, 19: 731-9.

Sridharan, L., and P. Greenland. 2009. 'Editorial policies and publication bias: the importance of negative studies', *Arch Intern Med*, 169: 1022-3.

Stephenson, J. 2003. 'FDA orders estrogen safety warnings: agency offers guidance for HRT use', *JAMA*, 289: 537-8.

Stolzenberg-Solomon, R. Z., P. Pietinen, P. R. Taylor, J. Virtamo, and D. Albanes. 2002. 'Prospective study of diet and pancreatic cancer in male smokers', *Am J Epidemiol*, 155: 783-92.

Straif, K., S. K. Weiland, M. Bungers, D. Holthenrich, D. Taeger, S. Yi, and U. Keil. 2000. 'Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers', *Occup Environ Med*, 57: 180-7.

Stürmer, T., R. Wyss, R. J. Glynn, and M. A. Brookhart. 2014. 'Propensity scores for confounder adjustment when assessing the effects of medical interventions using nonexperimental study designs', *J Intern Med*, 275: 570-80.

Suissa, M., and J. LeLorier. 2020. 'Pharmacologically pertinent period of effect (PPPE)', *Pharmacoepidemiol Drug Saf*, 29 Suppl 1: 61-67.

Tan, M. C., H. B. El-Serag, X. Yu, and A. P. Thrift. 2018. 'Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans', *Aliment Pharmacol Ther*, 48: 469-77.

Tannenbaum, S. R., J. S. Wishnok, and C. D. Leaf. 1991. 'Inhibition of nitrosamine formation by ascorbic acid', *Am J Clin Nutr*, 53: 247s-50s.



CONFIDENTIAL INFORMATION

Teppo, L., E. Pukkala, and M. Lehtonen. 1994. 'Data quality and quality control of a population-based cancer registry. Experience in Finland', *Acta Oncol*, 33: 365-9.

Then, E. O., M. Lopez, S. Saleem, V. Gayam, T. Sunkara, A. Culliford, and V. Gaduputi. 2020. 'Esophageal Cancer: An Updated Surveillance Epidemiology and End Results Database Analysis', *World J Oncol*, 11: 55-64.

Thompson, Caroline A., Anqi Jin, Harold S. Luft, Daphne Y. Lichtensztajn, Laura Allen, Su-Ying Liang, Benjamin T. Schumacher, and Scarlett Lin Gomez. 2020. 'Population-Based Registry Linkages to Improve Validity of Electronic Health Record-Based Cancer Research', *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology*, 29: 796-806.

Thompson, R., G. Mitrou, S. Brown, E. Almond, I. Bandurek, N. Brockton, M. Kälfors, D. McGinley-Gieser, B. Sinclair, L. Meincke, M. Wiseman, and K. Allen. 2018. 'Major new review of global evidence on diet, nutrition and physical activity: A blueprint to reduce cancer risk', *Nutrition Bulletin*, 43: 269-83.

Thongchot, S., M. Thanee, W. Loilome, A. Techasen, T. Boonmars, P. Sa-Ngiamwibool, A. Titapun, P. Yongvanit, C. Isidoro, and N. Namwat. 2020. 'Curative effect of xanthohumol supplementation during liver fluke-associated cholangiocarcinogenesis: Potential involvement of autophagy', *J Tradit Complement Med*, 10: 230-35.

Tran, K. T., C. McMenamin Ú, B. Hicks, P. Murchie, A. P. Thrift, H. G. Coleman, L. Iversen, B. T. Johnston, A. J. Lee, and C. R. Cardwell. 2018. 'Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies', *Aliment Pharmacol Ther*, 48: 55-64.

Tricker, A. R., B. Pfundstein, E. Theobald, R. Preussmann, and B. Spiegelhalder. 1991. 'Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990', *Food Chem Toxicol*, 29: 729-32.

Tricker, A. R., and R. Preussmann. 1991. 'Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential', *Mutat Res*, 259: 277-89.

Tucker, T. C., E. B. Durbin, J. K. McDowell, and B. Huang. 2019. 'Unlocking the potential of population-based cancer registries', *Cancer*, 125: 3729-37.

van den Brandt, P. A., R. A. Goldbohm, P. van 't Veer, A. Volovics, R. J. Hermus, and F. Sturmans. 1990. 'A large-scale prospective cohort study on diet and cancer in The Netherlands', *J Clin Epidemiol*, 43: 285-95.

van der Pols, J. C., G. M. Williams, N. Pandeya, V. Logan, and A. C. Green. 2006. 'Prolonged prevention of squamous cell carcinoma of the skin by regular sunscreen use', *Cancer Epidemiol Biomarkers Prev*, 15: 2546-8.

van Hecken, A. M., T. B. Tjandramaga, A. Mullie, R. Verbesselt, and P. J. de Schepper. 1982. 'Ranitidine: single dose pharmacokinetics and absolute bioavailability in man', *Br J Clin Pharmacol*, 14: 195-200.

van Loon, A. J., A. A. Botterweck, R. A. Goldbohm, H. A. Brants, J. D. van Klaveren, and P. A. van den Brandt. 1998. 'Intake of nitrate and nitrite and the risk of gastric cancer: a prospective cohort study', *Br J Cancer*, 78: 129-35.

Veettil, S. K., T. Y. Wong, Y. S. Loo, M. C. Playdon, N. M. Lai, E. L. Giovannucci, and N. Chaiyakunapruk. 2021. 'Role of Diet in Colorectal Cancer Incidence: Umbrella Review of Meta-analyses of Prospective Observational Studies', *JAMA Netw Open*, 4: e2037341.

Vermeer, I. T., D. M. Pachen, J. W. Dallinga, J. C. Kleinjans, and J. M. van Maanen. 1998. 'Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet', *Environ Health Perspect*, 106: 459-63.



CONFIDENTIAL INFORMATION

Walan, A., J. P. Bader, M. Classen, C. B. Lamers, D. W. Piper, K. Rutgersson, and S. Eriksson. 1989. 'Effect of omeprazole and ranitidine on ulcer healing and relapse rates in patients with benign gastric ulcer', *N Engl J Med*, 320: 69-75.

Wang, Q., N. A. Berger, and R. Xu. 2021. 'Analyses of Risk, Racial Disparity, and Outcomes Among US Patients With Cancer and COVID-19 Infection', *JAMA Oncol*, 7: 220-27.

Ward, M. H., K. P. Cantor, D. Riley, S. Merkle, and C. F. Lynch. 2003. 'Nitrate in public water supplies and risk of bladder cancer', *Epidemiology*, 14: 183-90.

Ward, M. H., E. F. Heineman, R. S. Markin, and D. D. Weisenburger. 2008. 'Adenocarcinoma of the stomach and esophagus and drinking water and dietary sources of nitrate and nitrite', *Int J Occup Environ Health*, 14: 193-7.

Ward, M. H., R. R. Jones, J. D. Brender, T. M. de Kok, P. J. Weyer, B. T. Nolan, C. M. Villanueva, and S. G. van Breda. 2018. 'Drinking Water Nitrate and Human Health: An Updated Review', *Int J Environ Res Public Health*, 15.

Wasserstein, Ronald L., and Nicole A. Lazar. 2016. 'The ASA Statement on p-Values: Context, Process, and Purpose', *The American Statistician*, 70: 129-33.

Wasserstein, Ronald L., Allen L. Schirm, and Nicole A. Lazar. 2019. 'Moving to a World Beyond "p < 0.05"', *The American Statistician*, 73: 1-19.

Weyer, P. J., J. R. Cerhan, B. C. Kross, G. R. Hallberg, J. Kantamneni, G. Breuer, M. P. Jones, W. Zheng, and C. F. Lynch. 2001. 'Municipal drinking water nitrate level and cancer risk in older women: the Iowa Women's Health Study', *Epidemiology*, 12: 327-38.

White, C. M. 2020. 'Understanding and Preventing (N-Nitrosodimethylamine) NDMA Contamination of Medications', *Ann Pharmacother*, 54: 611-14.

White, C. Michael, and Adrian V. Hernandez. 2021. 'Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation', *JAMA*.

Wilkens, L. R., M. M. Kadir, L. N. Kolonel, A. M. Nomura, and J. H. Hankin. 1996. 'Risk factors for lower urinary tract cancer: the role of total fluid consumption, nitrites and nitrosamines, and selected foods', *Cancer Epidemiol Biomarkers Prev*, 5: 161-6.

Wolff, I. A., and A. E. Wasserman. 1972. 'Nitrates, nitrites, and nitrosamines', *Science*, 177: 15-9.

Wongsena, W., L. Charoensuk, R. Dangtakot, P. Pinlaor, K. Intuyod, and S. Pinlaor. 2018. 'Melatonin suppresses eosinophils and Th17 cells in hamsters treated with a combination of human liver fluke infection and a chemical carcinogen', *Pharmacol Rep*, 70: 98-105.

Writing Group for the Women's Health Initiative. 2002. 'Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial', *JAMA*, 288: 321-33.

Xie, L., M. Mo, H. X. Jia, F. Liang, J. Yuan, and J. Zhu. 2016. 'Association between dietary nitrate and nitrite intake and sitespecific cancer risk: evidence from observational studies', *Oncotarget*, 7: 56915-32.

Yamana, H., M. Moriwaki, H. Horiguchi, M. Kodan, K. Fushimi, and H. Yasunaga. 2017. 'Validity of diagnoses, procedures, and laboratory data in Japanese administrative data', *J Epidemiol*, 27: 476-82.

Yang, C. Y., H. F. Chiu, J. F. Chiu, M. F. Cheng, and W. Y. Kao. 1997. 'Gastric cancer mortality and drinking water qualities in Taiwan', *Arch Environ Contam Toxicol*, 33: 336-40.

Yang, C. Y., S. S. Tsai, and H. F. Chiu. 2009. 'Nitrate in drinking water and risk of death from pancreatic cancer in Taiwan', *J Toxicol Environ Health A*, 72: 397-401.

Yoon, H. J., J. H. Kim, G. H. Seo, and H. Park. 2021. 'Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea', *J Clin Med*, 10.



CONFIDENTIAL INFORMATION

Zandjani, F., B. Høgsaet, A. Andersen, and S. Langård. 1994. 'Incidence of cancer among nitrate fertilizer workers', *Int Arch Occup Environ Health*, 66: 189-93.

Zeegers, M. P., R. F. Selen, J. C. Kleinjans, R. A. Goldbohm, and P. A. van den Brandt. 2006. 'Nitrate intake does not influence bladder cancer risk: the Netherlands cohort study', *Environ Health Perspect*, 114: 1527-31.

Zeng, R., W. Sha, J. Wang, Z. Zhuo, H. Wu, F. W. Leung, and H. Chen. 2021. 'Evaluation of proton pump inhibitors and risks of gastric cancer', *Gut*.

Zhang, F. X., Y. Miao, J. G. Ruan, S. P. Meng, J. D. Dong, H. Yin, Y. Huang, F. R. Chen, Z. C. Wang, and Y. F. Lai. 2019. 'Association Between Nitrite and Nitrate Intake and Risk of Gastric Cancer: A Systematic Review and Meta-Analysis', *Med Sci Monit*, 25: 1788-99.

Zheng, J., C. R. Daniel, R. I. Hatia, J. Stuff, A. A. Abdelhakeem, A. Rashid, Y. S. Chun, P. K. Jalal, A. O. Kaseb, D. Li, and M. M. Hassan. 2021. 'Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study', *Hepatology*.

Zheng, J., J. Stuff, H. Tang, M. M. Hassan, C. R. Daniel, and D. Li. 2019. 'Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study', *Carcinogenesis*, 40: 254-62.

Zhu, Y., P. P. Wang, J. Zhao, R. Green, Z. Sun, B. Roebothan, J. Squires, S. Buehler, E. Dicks, J. Zhao, M. Cotterchio, P. T. Campbell, M. Jain, P. S. Parfrey, and J. R. McLaughlin. 2014. 'Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada', *Br J Nutr*, 111: 1109-17.



CONFIDENTIAL INFORMATION

CONFIDENTIAL INFORMATION

## Table 7: Epidemiological Studies of NDMA and Cancer Risk, by Source of NDMA

**Bladder Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Norgaard 2021 | Ranitidine vs<br>1. other H2 blockers<br>2. PPI | Cohort (pharmacy database) | 4284 | 606,626 | Subset of Danish population | Crude RR: 1.33 (1.15-1.55)<br><br>Inverse probability of treatment weighted: RR 1.11 (0.95-1.29)<br><br>Vs PPI: no association | Dose of drug not assessed<br><br>5 vs 10 years use: no increased risk | Age, date of study entry, co-morbidities | |
| Yoon 2021 | Ranitidine vs famotidine users | Cohort (pharmacy database) | 139 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 1.41 (0.88-2.24) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | Cohort (pharmacy database) | 265 | 600,321 | Japanese medical data center claims database | Crude RR 1.1 | Not assessed for individual cancers | none | All patients used some type of H2 blocker<br><br>Data not |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | presented for ranitidine alone. |
| Cardwell 2021 | ranitidine | Nested case-control | 3260 | 14,037 | Nested case-control in Scottish primary care database | 1.22 (1.06-1.4) Risk higher with 3+ years use: 1.43 (1.04-1.94) | Yes | Co-morbidities & smoking | |
| Kantor 2020 | ranitidine | cohort | 554 | 459,204 | UK Biobank | Use >= 4 weeks at study entry: HR 1.22 (0.74-2.01) | Not assessed | Age, sex, race, household income, BMI, smoking, alcohol, physical activity, diabetes | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Michaud 2004 | ranitidine | cohort | 414 | 51,529 | Male health professionals | Use of either cimetidine or ranitidine RR 1.58 (0.93-2.69), independent of presence/absence of gastric ulcer | Not assessed | "multivariate", not defined | Did not report data for ranitidine or cimetidine separately |
| Habel 1999 | ranitidine | cohort | 7 cases in ranitidine users (combined kidney and bladder) | 49,229 | Kaiser Northern California | 1.56 (0.74-3.3) | Not assessed | Age, gender, pharmacy data source | Data on bladder alone not provided |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Straif 2000 | NDMA rubber workers | Cohort | 21 (deaths) | 8933 | German rubber workers | Compared with low exposure:<br>Medium exp: 1.2 (0.5-3.0)<br>High exp: 1.3 (0.4-4.0) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 417 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality<br>Quartile 1: 1.0<br>Quartile 2: 1.57 (1.19-2.07)<br>Quartile 3: 2.45 (1.87-3.21)<br>Quartile 4: 2.82 (2.16-3.67) | Yes | Birth year, rubber dust, rubber fumes | P trend = 0.01 |
| Hours 1994 | All occupations | Case-control (both hosp and pop controls) | 116 (97 men, 19 women) | 232 | French patients in all public hospitals, & 3 select private hospitals | Occupations w/nitrate exposure (population controls):<br>Rubber: 5.71 (0.6-52)<br>Cutting fluids: 2.56 (1.2-5.4)<br>Nitrates: 8.2 (0.9-77.2) | | | |
| | | | | | | | | | |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 17 | 1756 men | Norwegian nitrate fertilizer workers (>= 1 year | Standardized incidence ratio vs population expected 14 | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | employment) | cases:<br>1.21 (0.71-1.94) | | | |
| Fandrem 1993 | Nitrate fertilizer workers | Cohort | 13 | 2023 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 13.5 cases:<br>0.96 (0.51-1.64) | | | |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 7 | 2131 men | Swedish nitrate fertilizer workers (>= 3 months employment) | Standardized incidence ratio vs population expected 8.2 cases:<br>0.85 (0.34-1.75) | | | |
| Al-Dabbagh 1986 | Nitrate fertilizer workers | Cohort | 2 (deaths) | 1327 men | English nitrate fertilizer workers (>= 1 year employment) | Standardized mortality ratio: 109 | | | |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| Barry 2020 | Diet | Cohort | 987 | 1180 | New England population based | Nitrate from processed meat mg/d:<br><=0.26 1.0<br>0.27-.43 1.0<br>0.44-0.66 1.3<br>0.66-0.98 1.2<br>>0.98 1.4<br>P trend=0.04<br>Nitrite from | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | processed meat mg/d:<br><=0.04 1.0<br>0.05-.06 1.2<br>0.06-0.09 1.3<br>0.09-0.14 1.5<br>>0.14 1.5<br>P trend=0.04 | | | |
| Jones 2016 | Diet | Cohort | 258 | 34,708 | Postmenopausal women – Iowa | Nitrate mg/day:<br>< 16.2: 1.00<br>16.2-23.9: 1.01 (0.72-1.43)<br>24-34.2: 0.94 (0.66-1.35)<br>>34.2: 0.85 (0.58-1.26)<br>Nitrite mg/day:<br><0.86: 1.00<br>0.86-1.12: 1.15 (0.78-1.70)<br>1.13-1.43: 1.38 (0.89-2.16)<br>>1.43: 1.15 (0.65-2.03) | | | |
| Xie 2016 | Diet | Meta-analysis of case-control & cohort studies | | | 6 studies of bladder cancer; 6 with nitrate, 4 with nitrite exposures | Highest vs lowest:<br>Nitrate: 0.93 (.73-1.06)<br>Nitrite: 1.11 (.97-1.28) | Not assessed for individual cancers | Adjusted within individual studies | Included studies published through 2016 |
| Catsburg 2013 | Diet | Case-control | 1660 | 1586 | Los Angeles population-based | Nitrosamine (ng)<br><=14.6: 1.00<br>14.7-24.8: 1.08 | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 24.9-36.2: 1.01<br>36.3-54.4: 1.03<br>>=54.5: 1.03 | | | |
| Jakszyn | Diet | Cohort | 1001 | 481,419 | Epic cohort in 10 European countries | NDMA<br>Q1: 1.0<br>Q2: 1.14<br>Q3: 1.07<br>Q4: 1.12<br>Low Occupational Exposure<br>Q1: 1.0<br>Q2: 1.19<br>Q3: 1.45<br>Q4: 1.39 | No, overall<br><br>Suggestive in:<br>Individuals with low occupational exposure to other bladder carcinogens | Age, sex, center, education, BMI, smoking, energy intake | |
| Ferrucci 2010 | Diet | Cohort | 854 | 300,933 | NIH/AARP cohort | Nitrite & nitrate from processed meat (mg/1000 kcal), median value of quintile:<br>0.06: 1.0<br>0.16: 1.19 (0.92-1.53)<br>0.29: 1.15 (0.90-1.48)<br>0.50: 1.21 (0.94-1.55)<br>0.95: 1.29 (1.00-1.67) | | | |
| Zeegers 2006 | Diet | Cohort | 889 | 4441 | Netherlands cohort of over 120,000 men and women | Food (mg/day):<br>2-69: 1.0<br>69-88: 1.15<br>88-107.5: 1.05 | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 107.5-135.3: 1.05<br>135.3-451.1: 1.04 | | | |
| Ward 2003 | Diet | Case-control | 1118 | 1886 | Iowa population based | Men. Nitrate:<br><59: 1.0<br>59-84: 0.8<br>84-119: 0.9<br>>119: 0.9<br>Nitrite:<br><.81: 1.0<br>.81-1.06: 1.1<br>1.06-1.39: 1.2<br>>1.39: 1.2 | Yes, in men with increasing nitrite exposure | Age, cigarette smoking, education, duration of chlorinated surface water use study period. | Women, Nitrate:<br><62: 1.0<br>62-90: 1.2<br>90-127:.9<br>>127:.8<br>Nitrate:<br><.58: 1.0<br>.58-.75:1.0<br>.75-.98: .8<br>>.98: 1.0 |
| Wilkens 1996 | Diet | Case-control | 261 | 522 | Japanese & Caucasians in Hawaii | Japanese men, nitrites:<br>Tertile 3 vs 1: 2.0 (1.0-4.0) p=.05<br>Nitrosamines:<br>Tertile 3 vs 1: 3.0 (1.4-6.4, p=.01) | | | Japanese women, nitrosamines:<br>Tertile 3 vs 1: 1.9 (0.6-5.8) |
| **Water** | | | | | | | | | |
| Essien 2020 | Drinking water nitrate | Meta-analysis | | | 8 studies through Jan. 2020 | Highest vs lowest category of nitrate consumption from drinking water:<br>OR 0.94 (0.70-1.17) | | | |
| Barry 2020 | Water | Cohort | 1037 | 1225 | New England population based | Average daily nitrate intake (mg):<br><=0.30 1.0<br>0.31-.62 1.1 | Barry 2020 | | Diet |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.63-1.29 1.1<br>1.30-4.59 1.5<br>>4.59 1.4<br>P trend=0.06 | | | |
| Jones 2016 | Drinking water nitrate | Cohort | 258 | 34,708 | Postmenopausal women – Iowa | Nitrate-nitrogen mg/L:<br>< 0.47: 1.00<br>0.47-1.07: 1.14 (0.68-1.90)<br>1.08-2.97: 0.97 (0.58-1.62)<br>>2.97: 1.47 (0.91-2.38) | | | |
| Espejo-Herrera 2015 | Water consumption & residence | Case-control | 531 | 556 | Hospital-based, Spain | Average daily nitrate intake (mg/day):<br><= 4 1.0<br>4-8 0.74<br>>= 9 0.65 | | | |
| Chiu 2007 | Drinking water nitrate | Case-control | 513 deaths | 513 deaths (not cancers previously related to nitrates) | Taiwan | Nitrate levels in drinking water (mg/L):<br><=0.18 1.0<br>0.19-0.45 1.76<br>0.48-2.86 1.96<br>P trend < 0.001 | | | |
| Zeegers 2006 | Drinking water nitrate | Cohort | 889 | 4441 | Netherlands cohort of over 120,000 men and women | Drinking water nitrate (mg/day):<br>0-.9: 1.0<br>.9-2.4: .84<br>2.4-4.4: 1.11<br>4.4-7.7: 1.08<br>7.7-92.7: 1.06 | | | |
| Ward 2003 | Drinking | Case- | 808 | 1259 | Iowa | Average nitrate | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | water nitrate | control | | | population-based | (mg/L):<br>Men:<br><.6 1.0<br>.6-1.4 0.9<br>1.4-3.09 0.8<br>>= 3.09 0.5<br>Women:<br><.67 1.0<br>.67-1.18 0.7<br>1.18-2.48 0.6<br>>=2.48 0.8 | | | |
| | | | | | | | | | |



CONFIDENTIAL INFORMATION

**Colon & Rectal Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response? | Variables adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 13,890 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.49 (0.46-0.52) Ranitidine vs. omeprazole: 0.97 (0.90-1.03) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 451 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 0.98 (0.78-1.23) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 1787 | 617,727 | Japanese medical data center claims database | 1.02 (0.91-1.15) | Not assessed for individual cancers | Age, sex, indication, co-meds, co-morbidities, Charlson index, year start of follow-up | All patients used some type of H2 blocker<br><br>Did not provide data specific for ranitidine use by cancer site |
| Kantor 2021 | ranitidine | cohort | 2728 | 459,204 | UK Biobank | Use >= 4 weeks at study entry: | Not assessed | Age, sex, race (plus | 1-time exposure 2006-10; only |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Vs. nonusers: HR 1.12 (0.88-1.44)<br>Vs. omeprazole HR 1.25 (.92-1.69) | | others not provided) | 2% used ranitidine, follow-up only 5-9 years |
| Habel 1999 | ranitidine | cohort | Not provided overall. Only 7 cases in ranitidine users | 49,229 | Kaiser Northern California | 0.82 (0.39-1.74) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | Colon 21<br><br>Rectum 19 | 8933 | German rubber workers | Compared with low:<br>Medium exp: 0.4 (0.1-1.7)<br>High exp: 1.5 (0.6-3.8)<br><br>Compared with low:<br>Medium exp: 0.8 (0.2-2.3)<br>High exp: 0.6 (0.2-2.3) | Yes | Age | High exposure includes >= 10 years in high exposure jobs |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Hosseini 2020 | Diet nitrate, nitrite | Meta-analysis of case- | | | 15 studies of colorectal cancer included for each | Nitrate (highest vs lowest):<br>1.13, 95% CI 1.04- | No | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | control & cohort | | | of nitrate and nitrite | 1.23<br>Nitrite (highest vs lowest):<br>1.07, 95% CI 0.95-1.21 | | | |
| Xie 2016 | Diet nitrate, nitrite | Meta-analysis of case-control & cohort | | | 6 studies of colorectal cancer included for each of nitrate and nitrite | Nitrate (highest vs lowest):<br>1.07, 95% CI 0.97-1.17<br>Nitrite (highest vs lowest):<br>1.12, 95% CI 0.97-1.28 | Not assessed | Variables adjusted for in original studies | |
| DellaValle 2014 | Nitrate diet | cohort | 619 | 73118 | Shanghai Women's Health Study | Nitrate (highest vs lowest):<br>1.08 (0.73, 1.59)<br>Nitrite (highest vs lowest):<br>1.05 (0.77, 1.42) | No | age, energy intake, education, physical activity, vitamin C, carotene, folate | |
| Zhu 2014 | NDMA diet | Case-control | 1760 | 2481 | Canada, population-based | Quintile 1: 1.0<br>Quintile 2: 1.06 (0.83-1.37)<br>Quintile 3: 1.13 (0.87-1.47)<br>Quintile 4: 1.22 (0.92-1.63)<br>Quintile 5: 1.42 (1.03-1.96) | Yes | | P trend 0.005<br><br>Similar effects for proximal and distal colon, and for rectum |
| Loh 2011 | Diet NDMA, nitrite | cohort | 423 | 10,983 | EPIC – UK | NDMA:<br>Colon: 0.99 (0.83-1.18) | Not assessed for | Age, sex, BMI, smoking, | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Rectum: 1.46 (1.16-1.84)<br>Nitrite:<br>Colon: 0.89 (0.77-1.84)<br>Rectum: 1.18 (0.97-1.44) | individual cancers | alcohol, energy intake, physical activity, education, menopause | |
| Cross 2010 | Nitrate, nitrite diet | Cohort | 2719 | 300,948 | AARP-NIH cohort of retired persons | From processed meat:<br>Nitrite: HR, 1.11; 95% CI, 0.97–1.25<br>Nitrate: HR, 1.16; 95% CI, 1.02–1.32<br>Nitrite + nitrate: HR, 1.14; 95% CI, 1.00–1.30 | Yes | gender, education, BMI, smoking, total energy, fiber, calcium | |
| Knekt 1999 | NDMA, nitrite, nitrate diet | cohort | 73 | 9985 | Finland | Relative risk:<br>Quartile 1: 1.0<br>Quartile 2: 1.47 (0.69-3.11)<br>Quartile 3: 1.95 (0.95-3.99)<br>Quartile 4: 2.12 (1.04-4.33) | | | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Essien 2020 | Drinking water nitrate | Meta-analysis | | | studies through Jan. 2020:<br>9 colon<br>7 rectal | Highest vs lowest category of nitrate consumption from drinking water:<br>Odds ratio:<br>Colon: .11, (1.04, | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1.17)<br>Rectum: .07, (0.86, 1.28) | | | |



CONFIDENTIAL INFORMATION

**Esophagus Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 1990 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.56 (0.45-0.70) Ranitidine vs. omeprazole: 0.80 (0.65-0.97) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 276 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.34 (1.14-1.56)<br><br>Vs. PPIs: 0.87 (0.78-0.98) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| Tan 2018 | H2 blockers, PPI | Case-control | 300 | 798 | Nested case-control in cohort U.S. male veterans with Barrett's | 0.71 (0.5-1)<br>≤ 150 mg: 3.0 (1.84-4.9)<br>>150 mg: .17 (.09-.32) | No | Age at Barrett's diagnosis, smoking, BMI, no. | Almost all men used PPI's |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | esophagus | | | EGD's, statin, PPI, aspirin, NSAID | |
| Habel 1999 | ranitidine | cohort | 6 (esophagus & stomach combined) | 49,229 | Kaiser Northern California | 2.42 (1.07-5.49) | Not assessed | Age, gender, pharmacy data source | |
| Chow 1995 | H2 blockers | Case-control | 196 | 196 (includes both esophageal adenocarcinoma & gastric cardia) | Pre-paid health plan, data from medical records | Any H2 blockers RR 0.6 (0.3-1.3) | Yes Number prescriptions | Race, smoking BMI, number composite conditions | Results for ranitidine alone reported as similar to H2 blockers overall |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 333 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Quartile 1: 1.0 Quartile 2: 1.7 (1.24-2.33) Quartile 3: 2.43 (1.78-3.31) Quartile 4: 3.04 (2.26-4.09) | Yes | Birth year, rubber dust, rubber fumes | P trend = 0.26 |
| Straif 2000 | NDMA rubber workers | Cohort | 13 | 8933 | German rubber workers | Compared with low: Medium exp: 1.7 (0.3-10.3) High exp: 7.3 (1.9- | Yes | Age | High exposure includes >= 10 years in |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 27.8) | | | high exposure jobs |
| Xie 2011 | Wood screw manufact urer workers | cohort | 11 | 415 | Wood screw manufacturing workers in China: exposed and unexposed to sodium nitrite | 11 cases in exposed, 0 cases in unexposed.<br><br>RR: 1.26 (1.08-1.46) | Not assessed | None reported | Sodium nitrite exposure via skin, mouth, airway |
| Al-Dabbagh 1986 | Nitrate fertilizer workers | Cohort | 12 (deaths) | 1327 men | English nitrate fertilizer workers (>= 1 year employment) | "Heavily exposed" Observed deaths: 3 Expected: 1.26 Standardized mortality ratio: 2.4<br><br>Other workers Observed deaths: 2 Expected: .88 Standardized mortality ratio: 2.24 | No | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Xie 2016 | nitrite, nitrate diet | Meta-analysis | | | case-control and cohort studies (7 nitrite, 4 nitrate) | Nitrite, highest vs lowest: 1.25 (0.99-1.56)<br>Nitrate 0.94 (0.74-1.19) | Not assessed for individu al cancers | Per source studies | |
| Keszei 2013 | NDMA diet | Cohort | 110 esophage al SCC 151 esophage al adeno | 120,852 | Netherlands | Per .1 microgram/day NDMA:<br>SCC, men: 1.15<br>SCC, women: 1.34 | Yes | Age, smoking, energy intake, BMI, alcohol, vegetable, | Update of previous report on this cohort (van Loon et al. 1998) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | ca | | | Men, esophageal SCC<br>Tertile 1: 1.0<br>Tertile 2: 1.21<br>Tertile 3: 2.43<br>P trend 0.01<br><br>Women, esophageal SCC<br>Tertile 1: 1.0<br>Tertile 2: 0.92<br>Tertile 3: 1.21 | | fruit, education, physical activity | |
| Loh 2011 | Diet NDMA, nitrite | cohort | 55 | 9112 | EPIC – UK | NDMA:<br>1.13 (0.77-1.68)<br><br>Nitrite:<br>1.14 (0.84-1.54) | Not assessed for individu al cancers | Age, sex, BMI, smoking, alcohol, energy intake, physical activity, education, menopause | RR increase per each standard deviation unit increase NDMA |
| Ward 2008 | Nitrite, nitrate | Case-control | 84 | 321 | Population based, Nebraska | Nitrite + nitrate animal sources, mg/d, RR:<br><3.8 1.0<br>3.8-5.7 0.7<br>5.7-8.3 1.7<br>>8.3 2.2 | Yes (for nitrate plant sources) | Age, gender, education, smoking, alcohol, duration of farming, | |
| Mayne 2001 | Nitrite | Case-control | 282 adeno<br>206 squamous | 687 | Population-based multi-center study: Connecticut, New Jersey, western | Top vs bottom quartile:<br>Adeno 1.05 (0.80-1.38)<br>Squamous 1.13 | Not assessed | Age, sex, area, race, proxy, income education, | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Washington | (0.82-1.56) | | BMI, smoking alcohol, sodium, energy intake | |
| Rogers 1995 | NDMA, nitrate, nitrite diet | Case-control | 125 | 458 | Western Washington | NDMA (µg/day)<br><.06: 1.0<br>.06-0.179: 1.31 (0.6-2.85)<br>>0.179: 1.86 (0.87-3.95)<br>P trend = 0.06<br>Nitrate (mg/day):<br><134: 1.0<br>134-226: 0.71 (38-1.33)<br>>226: 0.44 (.24-.93)<br>Nitrite (mg/day):<br><1.06 1.0<br>1.06-1.6 1.17 (.57-2.38)<br>>1.6 1.58 (73-3.44) | Yes | Age, sex, smoking, alcohol, energy intake, vitamin C, BMI, education | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Essien 2020 | Water nitrate | Meta-analysis | | | 3 studies through Jan. 2020 | Highest vs lowest category of nitrate consumption from drinking water:<br>OR 1.06 (0.99-1.13) | Not assessed | Per individual study | |
| Ward 2008 | Nitrate | Case- | 84 | 321 | Population based, | Public water, highest | No | Age, | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | drinking water | control | | | Nebraska | vs lowest quartile nitrate, RR: 1.2 (95% CI 0.6-2.7) | | gender, education, smoking, alcohol, duration of farming | |
| Liao 2013 | Nitrate drinking water | Case-control | 3024 | 3024 (matched, selected from all deaths) | Cases & controls (deaths) from Taiwan vital statistics, ages 50-69 | Nitrate in drinking water, mg/L: <=38: 1 .39-.65: 0.99 >= .66 1.04 | No | Age, gender, marital status, urbanization level of residence | |



CONFIDENTIAL INFORMATION

**Head & Neck (Oral Cavity, Pharynx, Larynx)**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 17 (lip, oral cavity, pharynx)<br><br>8 (larynx) | 8933 | German rubber workers | Compared with low:<br>Medium exp: 0.8 (0.2-4.1)<br>High exp: 3.9 (1.4-11.1)<br><br>Compared with low:<br>Medium exp: 0.4 (0-3.1)<br>High exp: 0.4 (0-3) | Yes | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | Larynx 62 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality<br>Quartile 1: 1.0<br>Quartile 2: 1.71 (0.93-3.14)<br>Quartile 3: 1.49 (0.69-3.19)<br>Quartile 4: 1.39 (0.67-2.90) | Yes (threshold at quartile 2) | Birth year, rubber dust, rubber fumes | P trend = 0.24 |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 8 (lip, oral cavity, pharynx) | 2131 men | Swedish nitrate fertilizer workers (>= 3 months | RR vs population expected 3.9 cases: 2.05 (.89-4.04) | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | employment) | | | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| DeStefani 2012 | Diet – processed meat | Case-control | 274 men only (oral/pharynx)<br><br>274 men only (larynx) | 2532 | Uruguay multisite case control study | Men (oral/pharynx):<br>Tertile 1: 1.0<br>Tertile 2: 1.21 (0.79–1.87)<br>Tertile 3: 1.42 (0.95–2.13)<br><br>Men (larynx):<br>Tertile 1: 1.0<br>Tertile 2: 1.75 (1.13–2.7)<br>Tertile 3: 2.58 (1.71–3.89) | | | P trend oral/pharynx 0.07 larynx <0.0001 |
| | | | | | | | | | |
| Knekt 1999 | NDMA diet | cohort | 48 (head and neck) | 9985 | Finland | Quartile 1:<br>Quartile 2: 2.82 (1.11-7.17)<br>Quartile 3: 1.95 (0.73-5.17)<br>Quartile 4: 1.37 (0.50-3.74) | | | |
| Rogers 1994 | NDMA diet | Case-control | 125 | 458 | Western Washington | Daily consumption: RR<br>Larynx<br><.06 μg: 1.0<br>.06-0.179 μg: 1.11 (0.57-2.13)<br>>0.179 μg: 1.7 (0.91-3.18) | | | P trend=0.06 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Oral cavity<br><.06 μg: 1.0<br>.06-0.179 μg: 1.51 (0.92-2.48)<br>>0.179 μg: 1.82 (1.1-3.00) | | | |



CONFIDENTIAL INFORMATION

**Liver Cancer (hepatocellular carcinoma)**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response ? | Variables adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 10,840 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.38 (0.34-0.42) Ranitidine vs. omeprazole: 0.97 (0.88-1.07) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 133 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.13 (0.92-1.34)<br><br>Vs. PPIs: 0.65 (0.55-0.78) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| Yoon 2021 | ranitidine | cohort | 517 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine | HR: 0.85 (0.69-1.05) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11. nonusers of |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | users | | | | either excluded |
| Kantor 2021 | ranitidine | cohort | 262 | 459,204 | UK Biobank | Use >= 4 weeks at study entry: HR 1.91 (1.43-3.36)<br><br>ranitidine vs omeprazole: HR 1.15 (.58 -2.26 | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Tran 2018 | ranitidine | Nested case control<br><br>Cohort | 434<br><br>182 | 2103 controls<br><br>471,669 cohort | Nested case control in clinical informatics database<br><br>UK Biobank | 1.41 (.91-2.15)<br><br>1.82 (0.87-3.79) | Not assessed for ranitidine in either study | Age, gender practice, obesity, comorbiditi es, meds, alcohol, smoking | P=0.11 (for both studies) |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 9 - includes gallbladde r | 8933 | German rubber workers | Compared with low exposure:<br>Medium exp: .9 (.2-4.5)<br>High exp: 1.1 (.2-5.7) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs populati on | 122 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality<br>Quartile 1: 1.0<br>Quartile 2: 1.53 (.93-2.5)<br>Quartile 3: 1.96 (1.16-3.29)<br>Quartile 4: 2.86 (1.78-4.59) | yes | Birth year, rubber dust, rubber fumes | P trend = 0.03 |
| | | | | | | | | | |



CONFIDENTIAL INFORMATION

| **Diet** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Zheng 2021 | NDMA, other N-nitroso, nitrate, nitrite | Case-control | 827 | 1013 | U.S. hospital-based | NDMA, microgram/1000 kcal/d<br>Plant sources:<br>Quartile 4 vs 1:<br>RR 1.54 (1.01-2.34)<br><br>Animal sources:<br>Quartile 4 vs. 1:<br>RR 1.26 (0.83-1.91) | No dose-response seen; threshold suggested | Age, kcal, sex, race, education, BMI, alcohol, diabetes, smoking, family history liver cancer, hep C, hep B, meat, vegetable/ fruit | |
| Freedman 2011 | Nitrate Nitrite | Cohort | 338 | 496,006 | NIH AARP cohort of individuals aged 50+ | Nitrate, mg/1000 kcal<br>0-1.05 1.0<br>0.05-0.09 1.1<br>0.09-0.14 1.18<br>0.14-0.22 1.21<br>>0.22 1.11<br>Nitrite, mg/1000 kcal<br>0-0.02 1.0<br>0.02-0.05 1.31<br>0.05-0.08 1.61<br>0.08-0.14 1.23<br>>0.14 0.93 | Suggestive | | |



CONFIDENTIAL INFORMATION

**Lung Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 592 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 0.99 (0.81-1.21) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Kantor 2020 | ranitidine | cohort | 1833 | 459,204 | UK Biobank | Use >= 4 weeks at study entry, vs nonusers: RR 0.96 (0.72-1.27)<br><br>Vs. omeprazole: RR 0.76 (0.55, 1.06) | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Habel 1999 | ranitidine | cohort | Not provided overall. Only 15 cases in ranitidine users | 49,229 | Kaiser Northern California | 1.5 (0.90 -2.51) | Not assessed | Age, gender, pharmacy data source | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Straif 2000 | NDMA rubber workers | Cohort | 147 (deaths) | 8933 | German rubber workers | Compared with low exposure:<br>Medium exp: 1.0 (0.6-1.5)<br>High exp: 1.0 (0.7-1.6) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs popula tion | 3337 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality<br>Quartile 1: 1.0<br>Quartile 2: 1.21 (1.1-1.32)<br>Quartile 3: 1.54 (1.39-1.7)<br>Quartile 4: 1.7 (1.54 – 1.87) | Yes | Birth year, rubber dust, rubber fumes | P trend = 0.01 |
| Hagmar | Nitrate fertilizer | cohort | 13 | 2131 | Swedish male fertilizer manufacturer workers | RR 1.0 (.53-1.70) | Not assess ed | Age | |
| Zandjani | Nitrate fertilizer | cohort | 25 | 1756 | Norwegian male fertilizer manufacturer workers | RR 1.08 (0.70-1.65) | Not assess ed | Age | |
| Fandrem | Nitrate fertilizer | cohort | 30 | 2023 | Norwegian male fertilizer manufacturer workers | RR 1.09 ( 0.73-1.53) | | Age | |
| Al-Dabbagh | Nitrate fertilizer | cohort | 35 (deaths) | 1327 | British male fertilizer manufacturer workers | RR 1.19 (calculated) | RR 1.19 in heavy expos ed, 20+ | Age | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | years exposure: 1.6 (calculated) | | |
| **Diet** | | | | | | | | | |
| Loh 2011 | Diet NDMA | cohort | 235 | 10,983 | EPIC – UK | RR per standard deviation increase: 1.05 (0.77-1.68) | | | |
| De Stefani 2009 | Diet nitrosamines | Case-control | 846 | 846 | Uruguay, hospital based, males only | Nitrosamines, nanograms/100gram:<br>≤ 5.4: 1.0<br>5.5-7.3 1.18 (.85-1.65)<br>7.4-12.1 1.78 (1.26-2.53)<br>>12.1 1.89 (1.3-2.73) | Yes | Age, residence, education, family history of lung cancer, BMI, smoking, energy intake, vegetables and fruits, reduced glutathione, nonmeat fatty foods | |
| De Stefani 1996 | NDMA diet | Case control | 320 | 320 | Uruguay, hospital based | <= 0.13: 1.0<br>0.14-0.18: 088 (0.53-1.48)<br>0.19-0.26: 1.77 (1.06-2.96)<br>>= 0.26: 3.14 (1.86-5.29) | Yes | | Effect seen across nonsmokers, former smokers, and current smokers |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Goodman 1992 | NDMA, nitrite diet | Case-control | 326 | 865 | Population-based, Hawaii | NDMA, nanograms/week, RR<br>Men:<br><70: 1.0<br>70-350 1.7 (0.9-3.2)<br>350-700: 2.8 (1.4-5.3)<br>>700: 3.3 (1.7-6.2)<br>Ptrend: 0.0006<br>Women:<br><70: 1.0<br>70-350: 1.4 (0.7-2.9)<br>350-700: 1.8 (0.7-4.2)<br>>700: 2.7 (1.0-6.9)<br>Ptrend: 0.04<br>Nitrite, men:<br>Q1: 1.0<br>Q2: 1.2 (0.6-2.3)<br>Q3: 1.7 (0.9-3.3)<br>Q4: 2.0 (1.0-3.8)<br>Ptrend: 0.02<br>Nitrite, women:<br>Q1: 1.0<br>Q2: 0.6 (0.2-1.2)<br>Q3: 0.9 (0.4-2.1)<br>Q4: 1.5 (0.5-4.1)<br>Ptrend: 0.22 | Yes, NDMA & nitrite | age, ethnicity, smoking, beta-carotene intake | |
| Weyer 2001 | Diet nitrate | Cohort | 266 | 21,977 | Iowa cohort of women aged 55-69 in 1986 | Nitrate, daily mg, RR:<br>< 11.6: 1.0<br>11.6–18.0: 0.85 (.61–1.19)<br>18.1–27.2: 0.87 (.62–1.22)<br>> 27.2: 0.78 (.55–1.11) | | | |
| **Water** | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Weyer 2001 | Water nitrate | Cohort | 266 | 21,977 | Iowa cohort of women aged 55-69 in 1986 | <0.36: 1.0<br>.36–1.00: 1.0<br>1.01–2.46: 1.49<br>> 2.46: 0.83 | | | |
| | | | | | | | | | |



CONFIDENTIAL INFORMATION

**Pancreas Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 3500 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.50 (0.42-0.59) Ranitidine vs. omeprazole: 0.84 (0.71-0.99) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 517 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.18 (1.05-1.32)<br><br>Vs. PPIs: 0.89 (0.81-0.97) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| McDowell 2021 | ranitidine | Nested case-control | 1069 | 4729 | Nested case-control in Scottish primary care database | 1.37 (1.1-1.7) | No | Co-morbidities | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 525 | 304,952 | Japanese medical data center claims database | Crude relative risk: 0.95 | Not assessed for individual cancers | None | All patients used some type of H2 blocker<br><br>Data not presented for ranitidine alone. |
| Habel 1999 | ranitidine | cohort | 5 | 49,229 | Kaiser Northern California | 2.6 (1.06-6.38) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 15 | 8933 | German rubber workers | Compared with low exposure:<br>Medium exp: 0.7 (0.2-2.7)<br>High exp: 0.5 (0.1-2.4) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 328 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality<br>Quartile 1: 1.0<br>Quartile 2: 1.59 (1.18-2.15)<br>Quartile 3: 2.19 (1.6-3.0)<br>Quartile 4: 2.6 (1.94-3.49) | yes | Birth year, rubber dust, rubber fumes | P trend = 0.42 |
| Fandrem | Nitrate | Cohort | 9 | 2023 men | Norwegian nitrate | Standardized | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1993 | fertilizer workers | | | | fertilizer workers (>= 1 year employment) | incidence ratio vs population expected 13.5 cases:<br>1.23 (0.56-2.34) | | | |
| **Diet** | | | | | | | | | |
| Zheng 2019 | NDMA diet | Case-control | 957 | 938 | Hospital-based (MD Anderson, Texas) | NDMA, Plant:<br>Quartile 1 1.0<br>Quartile 2 1.48<br>Quartile 3 1.97<br>Quartile 4 1.93 | Yes | Calories, age, race, education, body mass index, alcohol, diabetes, smoking family history pancreas cancer, meat | P trend < 0.0001 for plant sources NDMA |
| Quist 2018 | Dietary nitrate & nitrite (total, plant, meat, processe d meats) | Cohort | 313 | 41,836 | Iowa Women's Health Study cohort | Nitrate (mg/day)<br><16.2 1.0<br>16.2-23.9 0.85<br>24-34.2 0.94<br>34.3-58.5 1.3<br>>58.5 1.28<br>Nitrite (processed meats)<br><.01 1.0<br>.01-.03 .98<br>.04-.06<br>1.02<br>.07-.18<br>1.06<br>>.18 | Yes (p trend 0.05 for nitrite process ed meats) | Age, smoking, calories | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1.66 | | | |
| Xie 2016 | Diet | Meta-analysis of case-control & cohort studies | | | 3 studies with nitrate exposures, 2 with nitrite exposures | Highest vs lowest:<br>Nitrate: 0.97 (.83-1.13)<br>Nitrite: 0.96 (.82-1.12) | Not assessed for individu al cancers | Adjusted within individual studies | Included studies published through 2016; small numbers of studies |
| | | | | | | | | | |
| Aschebrook (Aschebroo k-Kilfoy et al. 2011)-Kilfoy 2011 | Diet | Cohort | 1728 | 492,226 | AARP cohort of persons aged 50+ | Men, nitrate + nitrite:<br>Q1 1.0<br>Q2 1.05<br>Q3 1.08<br>Q4 1.18<br>Q5 1.18<br>Men, nitrate + nitrite, ages 12-13:<br>Q1 1.0<br>Q2 1.39<br>Q3 1.25<br>Q4 1.46<br>Q5 1.32 | Yes | Age, race, smoking, family history of cancer/diab etes, body mass index, calories, saturated fat, folate, vitamin C | Diet from study entry and age 12-13 years |
| | | | | | | | | | |
| Coss 2004 | Diet, nitrites | Case-control | 189 | 1244 | Population-based study in Iowa men and women | Men, nitrite, animal, mg/day:<br><.22 1.0<br>.22-.31 2.1<br>.32-.53 3.8<br>>.53 2.3<br>Women, nitrite, animal, mg/day:<br><.13 1.0<br>.13-.18 2.4 | Yes | Age, smoking, calories | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | .19-.26 1.9<br>>.26 3.2 | | | |
| Stolzenberg-Solomon 2002 | Diet | Cohort | 163 | 27,111 | Finish male smokers | Nitrate:<br>Q1 1.0<br>Q2 0.9<br>Q3 0.82<br>Q4 0.9<br>Q5 0.79<br>Nitrite:<br>Q1 1.0<br>Q2 0.91<br>Q3 0.75<br>Q4 0.79<br>Q5 1.06 | No | Calories, age, years smoking | |
| Baghurst 1991 | Nitrate/nitrite/nitrosamines | Case-control | 104 | 253 | Australia, population-based | Nitrosamines:<br>Quartile 1: 1.0<br>Quartile 2: 1.26<br>Quartile 3: 1.69<br>Quartile 4: 2.02<br>Nitrate, nitrite: inversely associated | P trend: Nitro-samines 0.11 | Calorie intake, alcohol, smoking, age, sex | |
| Howe 1990 | Nitrates and nitrites | Case-control | 249 | 505 | Canadian, population-based | Nitrate, quartile 4 vs 1:<br>RR 1.21 (.72-2.02)<br>Nitrate, quartile 4 vs 1:<br>RR .64 (.34-1.22) | Not assessed | Calories, fiber, smoking | |
| | | | | | | | | | |
| WATER | | | | | | | | | |
| Essien 2020 | Water nitrate | Meta-analysis | | | 4 studies through Jan. 2020 | Highest vs lowest category of nitrate | Not assessed | Per individual | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | consumption from drinking water:<br>OR 1.08 (0.94-1.22) | | study | |
| Quist 2018 | Water nitrate | Cohort | 189 | 15,719 | Iowa Women's Health Study cohort | Water nitrate (mg/L):<br>0-0.47 1.0<br>0.47-1.08 1.4<br>1.09-2.97 1.51<br>2.98-5.69 1.14<br>5.69-8.4 1.18 | No | Age, smoking | |
| Yang 2009 | Water nitrate | Case-control | 2412 deaths | 2412 other deaths | Taiwan, all deaths from pancreas cancer 2000-2006 | Water nitrate (mg/L):<br>0-0.18 1.0<br>0.19-0.45 1.05<br>0.48-2.86 1.13 | Suggestive | Age, gender | |
| Coss 2004 | Water nitrate | Case-control | 189 | 1244 | Iowa, population-based | Water nitrate (mg/L):<br>0-0.6 1.0<br>0.6-1.3 1.2<br>1.3-2.8 .54<br>2.8-4.3 .99 | No | Age, gender, smoking | |
| Weyer 2001 | Water nitrate | Cohort | 44 | 16,541 | Iowa Women's Health Study | Water nitrate (mg/L):<br>0-0.36 1.0<br>0.36-1 0.88<br>1.01-2.46 1.45<br>2.46-3.91 0.64 | No | Age, education, smoking, physical activity, body mass index, waist-to-hip ratio, total energy, vitamin C, vitamin E, dietary nitrate, fruits, vegetables | |



CONFIDENTIAL INFORMATION

CONFIDENTIAL INFORMATION

**Prostate Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 216 | 48,524 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | Ranitidine vs. famotidine:<br><br>HR: 1.01 (0.72-1.4)<br><br>For all cancers - compared with population rates, standardized incidence ratio:<br><br>1.23, p < 0.001 | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Comparison<br><br>Ranitidine vs famotidine<br><br>Ranitidine vs Population |
| | | | | | | | | | |
| Kantor 2020 | ranitidine | cohort | 5164 | 210,866 | UK Biobank | Use >= 4 weeks at study entry, HR yes/no:<br>1.01 (0.82-1.23)<br><br>Ranitidine vs omeprazole, HR:<br>1.02 (0.80-1.30) | Not assessed | Age, sex, race (plus others not provided) | Comparison<br><br>Ranitidine vs. son-users<br><br>Ranitidine vs omeprazole |
| Iwagami 2020 | Ranitidine + | cohort | 601 | 312,786 | Japanese medical | Crude RR 1.1 | Not assessed | none | Comparison |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | nizatidine (vs other H2 blockers) | | | | data center claims database | | for individual cancers | | Ranitidine/ nizatidine vs other H2 blockers<br><br>Data not presented for ranitidine alone. |
| Rossing 2000 | H2 blockers | Nested case-control | 403 | 20,709 | Group Health Coop cohort of persons prescribed H2 blockers | SIR ranitidine users vs population by months since cohort entry:<br>0-11: 0.7 (0.4-1.2)<br>12-59: 0.7 (0.5-1.0)<br>60-119: 0.9 (0.4-1.6)<br>120+: 0.0 (0.0-5.6) | Not assessed | Age, gender, calendar year | Comparison<br><br>Ranitidine vs cimetidine vs other H2 blockers |
| Habel 1999 | ranitidine | cohort | Not provided overall. Only 19 cases in ranitidine users | 24,846 | Kaiser Northern California | 1.57 (1.0-2.48) | Not assessed | Age, gender, pharmacy data source | Comparison<br><br>Ranitidine vs non-users<br><br>Ranitidine vs cimetidine |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA | Cohort | 26 | 8933 | German | Compared with | Yes | Age | High |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | rubber workers | | | | rubber workers | low exposure:<br>Medium exp: 1.4 (0.5-3.8)<br>High exp: 2.2 (0.9-5.6) | | | exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs popula tion | 885 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality<br>Q 1: 1.0<br>Q2: 2.32 (1.82-2.97)<br>Q3: 4.87 (3.89-6.11)<br>Q4: 5.36 (4.27-6.73) | yes | Birth year, rubber dust, rubber fumes | P trend < 0.01 |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 36 | 1756 men | Norwe-gian nitrate fertilizer workers (>= 1 year employ-ment) | Standardized incidence ratio vs population expected 39.3 cases:<br>0.92 (0.64-1.27) | Not assessed (years exposed not related to risk) | | |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 26 | 2131 men | Swedish nitrate fertilizer workers (>= 3 months employ-ment) | Standardized incidence ratio vs population expected 16.1 cases:<br>1.61 (1.07-2.39) | Yes | | |
| | | | | | | | | | |
| | | | | | | | | | |



CONFIDENTIAL INFORMATION

| **Diet** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Xie 2016 | Diet | Meta-analysis of case-control & cohort studies | | | 1 study with nitrate, 2 with nitrite exposures | Highest vs lowest: Nitrite: 0.98 (0.84-1.14). | Not assessed for individual cancers | Adjusted within individual studies | Included studies pub'd through 2016 |
| | | | | | | | | | |
| Loh 2011 | Diet NDMA, nitrite | cohort | 461 | 9112 | EPIC – UK cohort of 22,920 individuals | Per standard deviation change:<br><br>NDMA 1.01 (0.90-1.13)<br><br>Nitrite 0.90 (0.81-1.01 | Not assessed for individual cancers | Age, sex, BMI, smoking, alcohol, energy intake, physical activity, education, menopause | |
| Sinha 2009 | Nitrate, nitrite | cohort | 10,313 | 175,343 | AARP-NIH cohort | Risk of advanced prostate cancer: Nitrite, top vs bottom quintile: 1.24 (1.02-1.51)<br><br>Nitrate, top vs bottom quintile: 1.31, 1.07-1.61 | Yes | Age, energy intake, race education marital status; family history of prostate cancer; regular PSA testing; diabetes; BMI; | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | smoking; physical activity; alcohol; specific foods/nutrients | |
| Jakszyn 2012 | NDMA diet | cohort | 4597 | 139,005 | Subset of EPIC cohort of 521,457 individuals from 10 European countries | NDMA<br><br>Quintile 1: 1.0<br>Quintile 2: 1.07<br>Quintile 3: 1.05<br>Quintile 4:1.05<br>Quintile 5: 1.04 | No | Age, height, weight, education, smoking, physical activity, fruit, vegetables, energy intake, nitrites | |



CONFIDENTIAL INFORMATION

CONFIDENTIAL INFORMATION

**Stomach (gastric) Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 2000 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.49 (0.40-0.60) Ranitidine vs. omeprazole: 0.93 (0.76-1.13) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 342 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.15 (0.99-1.33)<br><br>Vs. PPIs: 0.91 (0.81-1.01) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| Kumar 2021 | Ranitidine | cohort | 1524 | 279,505 | VA database of persons with H. pylori infection treated with H2 blockers or PPI | PPI vs ranitidine: 0.92 (0.82-1.04)<br><br>Non-ranitidine H2blocker: 1.83 (1.36-1.04) | Not assessed | Age, race/ ethnicity, smoking, sex, poverty level | |
| Liu 2020 | ranitidine | Case-control | 1119 | Controls 5394 | Scottish primary care database | Ca-control study RR 1.42 (1.1-1.85) | Not assessed | Age, sex, practice, | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Cohort | 250 (only 4 of these were in H2blocker users) | Biobank cohort 471,779 | UK Biobank | | for ranitidine | obesity, co-morbidities, other meds, alcohol, smoking | |
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 1274 | 600,321 | Japanese medical data center claims database | 1.09 (.96-1.17) | Not assessed for individual cancers | Age, sex, indication, co-meds, co-morbidities, Charlson index, year start of follow-up | All patients used some type of H2 blocker<br><br>Did not provide data specific for ranitidine use by cancer site |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 556 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 1.06 (0.86-1.31) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Habel 1999 | ranitidine | cohort | 6 (esophagus & stomach combined) | 49,229 | Kaiser Northern California | 2.42 (1.07-5.49) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Occupatio** | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **n** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 44 | 8933 | German rubber workers | Compared with low exposure:<br>Medium exp: 0.8 (0.4-1.8)<br>High exp: 1.2 (0.5-3.5) | Yes | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 768 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality<br>Q 1: 1.0<br>Q2: 1.32 (1.1-1.57)<br>Q3: 1.62 (1.32-1.98)<br>Q4: 1.72 (1.41-2.1 | yes | Birth year, rubber dust, rubber fumes | P trend = 0.01 |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 28 | 1756 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 19.9 cases:<br>141 (93-203) | | | |
| Fandrem 1993 | Nitrate fertilizer workers | Cohort | 15 | 2023 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 17 cases:<br>0.89 (0.49-1.56) | | | |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 5 | 2131 men | Swedish nitrate fertilizer workers (>= 3 months employment) | Standardized incidence ratio vs population expected 6.7 cases: | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.75 (0.24-1.74) | | | |
| Al-Dabbagh 1986 | Nitrate fertilizer workers | Cohort | 12 (deaths) | 1327 men | English nitrate fertilizer workers (>= 1 year employment) | Standardized mortality ratio ranged from 119-136 | | | UK Biobank analysis combined all H2blockers, no analysis for ranitidine presented |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Song 2015 | NDMA, nitrite, nitrate diet | Meta-analysis | | | case-control and cohort studies | RR highest vs lowest intake NDMA: 1.34 (1.02-1.76) Nitrite: 1.31 (1.13-1.52) Nitrate 0.80 (0.69-0.93) | NDMA yes Nitrite yes Nitrate no | | |
| Zhang 2019 | Nitrite, nitrate diet | Meta-analysis | | | case-control and cohort studies | RR highest vs lowest intake Nitrite: 1.27 (1.03-1.55) Nitrate 0.81 (0.68-0.97) | Yes, nitrite RR: Moderate intake 1.12 (1.01-1.25 High intake 1.27 (1.03-1.55) | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Xie 2016 | nitrite, nitrate diet | Meta-analysis | | | case-control and cohort studies (19 nitrite, 15 nitrate) | Nitrite, highest vs lowest: 1.2 (0.99-1.46)<br>Nitrate 0.78 (0.67-0.91) | | | |
| Keszei 2013 | NDMA diet | Cohort | 166 cardia<br>497 non-cardia | 4032 sub-cohort | Netherlands cohort of 120,852 | Men, gastric cardia<br>Tertile 1: 1.0<br>Tertile 2: 1.0<br>Tertile 3: .94<br>Men, noncardia (p trend .09)<br>Tertile 1: 1.0<br>Tertile 2: 1.09<br>Tertile 3: 1.31<br>Women, gastric cardia<br>Tertile 1: 1.0<br>Tertile 2: .97<br>Tertile 3: 1.02<br>Women, noncardia<br>Tertile 1: 1.0<br>Tertile 2: 1.37<br>Tertile 3: 0.90 | Yes (for men, noncardia) | Age, smoking, energy intake, BMI, alcohol, vegetable, fruit, education, physical activity | Update of previous report on this cohort (van Loon et al. 1998) |
| Loh 2011 | Diet NDMA | cohort | 64 | 22,920 | EPIC – UK cohort of 22,920 individuals | Per standard deviation change:<br><br>NDMA<br>1.13 (0.81-1.57)<br><br>Nitrite<br>0.88 (.63-1.19) | Not assessed for individual cancers | Age, sex, BMI, smoking, alcohol, energy intake, physical activity, education, menopause | |
| Hernande | Diet nitrite, | Case- | 257 | 478 | Population based, | Nitrite, mg/day, | Yes, for | | Nitrite, P |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| z-Romirez 2009 | nitrate | control | | | Mexico City | RR:<br>≤ 1.0 1.0<br>1.0-1.2 1.07<br>> 1.2 1.52<br><br>Nitrate, animal, mg/day, RR:<br>≤ 1.7 1.0<br>1.7-3.9 1.28<br>> 3.9 1.92 | nitrites (total & animal) | | trend = 0.05<br><br>Nitrate, animal, p trend = 0.004 |
| Ward 2008 | Nitrite, nitrate | Case-control | 79 | 321 | Population based, Nebraska | Nitrite + nitrate animal sources, mg/d, RR:<br><3.8 1.0<br>3.8-5.7 1.6<br>5.7-8.3 1.8<br>>8.3 1.6<br>Nitrate plant source, mg/d, RR:<br><16.9 1.0<br>16.9-26.2 1.2<br>26.2-38.8 1.4<br>>38.8 1.6 | Yes (for nitrate plant sources) | Age, gender, education, smoking, alcohol, duration of farming, | |
| | | | | | | | | | |
| Kim 2007 | Diet nitrate | Case-control | 136 | 136 (confirmed to | Hospital-based, Korea | Nitrate, median daily intake, OR:<br>240: 1.0<br>458: 1.13<br>811: 1.13 | No, suggestive of threshold | Age, sex, socioeconomic status, family history stomach ca, H pylori infection, several foods | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | related to stomach ca in Korea | |
| Jakszyn 2006 | NDMA diet | cohort | 314 | 521,457 | EPIC cohort of 521,457 individuals from 10 European countries | Tertile 1: 1.0<br>Tertile 2: 0.87 (0.64-1.2)<br>Tertile 3: 0.99 (0.69-1.41) | No | Age, sex, height, weight, education, smoking, physical activity, fruit, vegetables, energy intake, nitrites | |
| Larsson 2006 | NDMA diet | cohort | 156 | 61,433 | Swedish women | Quintile 1: 1.0<br>Quintile 2: 1.03 (0.61-1.77)<br>Quintile 3: 1.66 (1.0-2.75)<br>Quintile 4: 1.60 (0.93-2.76)<br>Quintile 5: 1.96 (1.08-3.58)<br>P trend 0.02 | Yes | Age, education, BMI, energy intake, alcohol, fruit, vegetables | Bottom quintile: < 0.041 µg/day<br>Top quintile: >= .193 µg/day |
| Mayne 2001 | Nitrite | Case-control | 255 cardia 352 non-cardia | 687 | Population-based | Top vs bottom quartile:<br>Cardia 1.05 (0.79-1.4)<br>Noncardia 1.65 (1.26-2.15) | Not addressed | Age, sex, area, race, proxy, income education, BMI, smoking | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | alcohol, sodium, energy intake | |
| Palli 2001 | NDMA, nitrate, nitrite | Case-control | 382 | 561 | Italy, population-based | NDMA tertiles:<br>1 1.0<br>2 1.1 (.8-1.6)<br>3 1.1 (.8-1.6)<br>Nitrate tertiles:<br>1 1.0<br>2 0.7 (0.5-1)<br>3 0.6 (0.4-0.9)<br>Nitrite tertiles:<br>4 1.0<br>5 1.4 (1-2)<br>6 1.4 (1-2) | No (threshold suggested for NDMA and nitrites) | Age, sex, urban/rural, SES, family history, BMI, total energy intake | |
| Knekt 1999 | NDMA diet | cohort | 60 | 9985 | Finland | Quartile 1: 1.0<br>Quartile 2: 1.03 (0.55-1.95)<br>Quartile 3: 0.78 (0.39-1.56)<br>Quartile 4: 0.75 (0.37-1.51) | No | Age, sex, residence, smoking, energy intake | Similar results for nitrite & nitrate and stomach cancer risk |
| De Stefani 1998 | NDMA, nitrite | Case-control | 340 | 698 | Uruguay, hospital-based | NDMA<br>≤ 0.14 1.0<br>.15-.18 2.07<br>.19-.26 3.23<br>≥ .27 3.62 | Yes | Age, sex, residence, smoking, alcohol, “mate” drinking | |
| Pobel 1995 | Nitrate, nitrite | Case-control | 92 | 128 | French, hospital-based | NDMA, tertiles:<br>1 1.0<br>2 4.13 (.93- | Yes (for NDMA only) | Age, sex, occupation, total | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 18.3)<br>3 7.0 (1.85-26.5)<br><br>Nitrate, tertiles:<br>1 1.0<br>2 0.49 (0.24-1.01)<br>3 0.76 (0.38-1.5)<br>Nitrite, tertiles:<br>1 1.0<br>2 0.83 (0.41-1.67)<br>3 0.88 (0.44-1.79) | | energy intake | |
| LaVecchia 1995 | NDMA diet | Case-control | 746 | 2053 | Italy, hospital-based | <=.130 µg/day: 1.0<br>.131-.190 µg/day: 1.11 (.9-1.4)<br>>= .191 µg/day: 1.37 (1.1-1.7) | Yes | Age, sex, education, family history stomach cancer, vitamin intake, total calorie intake, nitrite, nitrate | P trend < 0.01 |
| Gonzalez 1994 | Nitrate, nitrite, NDMA | Case-control | 354 | 354 hospital | Spanish hospital-based | NDMA quartiles:<br>< 0.11 1.0<br>.12-0.15 1.86<br>.16-0.22 1.79<br>≥0.23 2.09<br>Nitrate quartiles (mg/d): | Yes (NDMA only) | Age, sex, area of residence, total caloric intake | P trend NDMA 0.007 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | < 84 1.0<br>84-146 0.80<br>147-234 0.65<br>>234 0.45<br>Nitrite quartiles (mg/d):<br>< 1.3 1.0<br>1.4-1.8 1.2<br>1.9-2.4 1.09<br>>2.4 1.28 | | | |
| Hansson 1994 | Nitrate, nitrite | Case-control | 338 | 679 | Sweden, population-based | Nitrate, quartile 4 vs 1:<br>RR 0.55 (0.38-0.80)<br>Nitrite quartile 4 vs 1:<br>RR 1.22 (0.82-1.81) | Nitrate: no<br>Nitrite: data not shown | Age, sex, vitamin C, B-carotene, alpha-tocopherol | |
| Boeing 1991 | Nitrate | Case-control | 143 | 328 hospital<br>251 visitors | Germany, hospital-based | Nitrate quintiles<br>1 : 1.0<br>2: 0.93 (0.53-1.64)<br>3: 0.61 (0.32-1.19)<br>4: 0.61 (0.30-1.27)<br>5 : 1.26 (0.59-2.7) | No | Age, sex, hospital, vit C, carotene, calcium | |
| Chyou 1990 | NDMA diet | Case-control (nested) | 111 | 361 | U.S. Hawaii men of Japanese ancestry | Mean (SE) daily intake (µg):<br>Cases 0.8 (0.1)<br>Controls 0.6 (0.1)<br>P=0.10 | Not assessed | Age | |
| | | | | | | | | | |
| Buiatti 1990 | Nitrate<br>Nitrite | Case-control | 1016 | 1159 | Population based | Nitrate quintiles (mean mg/d)<br>1 (53): 1.0<br>2 (81): 0.9<br>1 (103): 0.9<br>4 (130): 0.7 | Nitrate: no<br>Nitrite: yes | Age, sex, urban/rural, migration from south, SES, family history | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 5 (193): 0.9<br>Nitrite quintiles:<br>2 (2.1): 1.0<br>2 (2.8): 1.0<br>3 (3.4): 1.2<br>4 (4.1): 1.4<br>5 (5.9): 1.9<br>P trend 0.005 | | gastric ca, BMI, energy intake | |
| Risch 1985 | Nitrate, nitrite | Case-control | 246 | 246 | Canada, population-based | Nitrate, per 100 mg/day:<br>RR 0.66 (0.54-0.81)<br><br>Nitrite, per 1 mg/day:<br>RR 1.71 (1.24-2.37)<br><br>NDMA: per 10 microgram/day RR 0.94 (0.14-6.13) | Not assessed? | Age, sex, province of residence, total food consumptio n, ethnicity | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Ward 2008 | Nitrate drinking water | Case-control | 79 | 321 | Population based, Nebraska | Public water, highest vs lowest quartile nitrate, RR:<br>1.2 (95% CI 0.5-2.7)<br><br>Private well nitrate mg/d, RR:<br><br>< 0.5 1.0<br>0.5- 4.5 4.7<br>> 4.5 5.1 | No | Age, gender, education, smoking, alcohol, duration of farming | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Van Loon 1998 | Nitrate drinking water | Cohort | 282 | 3500 (random selection of cohort) | Netherlands | Quintile 5 vs 1: RR 0.88 (.59-1.32) | No | Age, sex, smoking education, coffee, beta-carotene, vitamin C, stomach disorders, family history stomach cancer, use of refrigeratio n/freezer | |
| Yang 1997 | Nitrate-N drinking water | Case-control | 6766 gastric cancer deaths | 6766 deaths other causes (not cancers of bladder, prostate, lung, esophagus, head, neck) | Taiwan mortality study, nitrate in residential drinking water source | Municipal nitrate level, mg/L, RR:<br>< .22 1.0<br>.23-.44 0.95<br>>=.45 1.02 | No | Age, sex, year of death, water calcium & magnesium | |
| Rademach er 1992 | Nitrate in drinking water | Case-control | 1268 stomach cancer deaths | 1268 deaths from other causes | Wisconsin vital records | Nitrate, mg/L, RR:<br><br>< 0.5 1.0<br>.5-2.5 .92<br>2.5-5 .97<br>5-10 .86<br>>10 1.5 | No | Age, sex, year of death | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Private well vs public: 1.09 | | | |
| Boeing 1991 | Nitrate | Case-control | 143 | 328 hospital 251 visitors | Germany, hospital-based | Well water sole source<br><br>RR 2.26 (1.19-4.28) | Data not provided | Age, sex, hospital | |
| | | | | | | | | | |
| Rademacher 1992 | Nitrate-N | Case-control | 1268 deaths | 1268 other deaths | Wisconsin, USA, population-based | Nitrate-N, mg/L, RR:<br>>0.5 vs <= 0.5 0.92<br>>2.5 vs <=2.5 0.97<br>>5 vs <= 5 0.86<br>>10 vs <10 1.5 (.12-18.25)<br>Private vs public water 1.09 (.82-1.47) | Not assessed? | Age, sex | |
| | | | | | | | | | |



CONFIDENTIAL INFORMATION

**Breast Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 141 | 24,100 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 0.82 (0.55-1.21) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11. |
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 341+1254 | 57,902 + 247,050 | Japanese medical data center claims database | 1.04 (0.92-1.17) | Not assessed for individual cancers | Age, sex, indication, co-meds, co-morbidities, Charlson index, year start of follow-up | All patients used some type of H2 blocker<br><br>Data not presented for ranitidine alone. |
| Kantor 2020 | ranitidine | cohort | 1833 | 248,338 | UK Biobank | Use >= 4 weeks at study entry: HR 1.04 (0.86-1.26) | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Mathes 2008 | ranitidine | Case-control | Ductal 1148<br>Lobular 688 | 1390 | Western Washington | Ductal<br>Use ~ 1 year pre-diagnosis: 2.2 (1.1-4.3)<br>Ever use ≥ 2 years: 1.3 (0.8-2.3) | Yes, RR:<br>< 2 year 1.0<br>≥2 yr. 1.3 | Age, reference year, hormone therapy, study | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Lobular<br>Use ~ 1 year pre-diagnosis: 1.3 (0.6-2.8)<br>Ever use $\geq$ 2 years: 1.3 (0.8-2.0) | | | |
| Coogan 2005 | H2 blockers | Case-control | 6994 | 2478 with other cancers; 6004 patients with non-cancer conditions | Hospital based, U.S. east coast cities | RR for H2 blocker use other than cimetidine:<br>.99 (0.6-1.3) | Not assessed | | Ranitidine use not assessed |
| Rossing 2000 | H2 blockers | Nested case-control | 507 | 27,803 | Group Health Coop cohort of persons prescribed H2 blockers | SIR ranitidine users vs population by months since cohort entry:<br>0-11: 1.1 (0.6-1.7)<br>12-59: 1.0 (0.7-1.4)<br>60-119: 1.2 (0.6-2.1)<br>120+: 1.7 (0.0-9.4) | Not assessed | Age, gender, calendar year | 99.1% of non-cimetidine users were ranitidine users. No data on RR for ranitidine alone use. |
| Habel 1999 | ranitidine | cohort | 68 (Only 10 cases in ranitidine users) | 24,383 | Kaiser Northern California | 0.92 (0.49-1.71) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Xie 2016 | Diet | Meta-analysis of case-control & cohort | | | 3 studies of breast cancer included for each of nitrate and nitrite | Nitrate (highest vs lowest):<br>0.97, 95% CI 0.79-1.19<br><br>Nitrite (highest vs lowest):<br>1.0, 95% CI 0.96- | Not assessed | Variables adjusted for in original studies | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1.04 | | | |
| Espejo-Herrera 2016 | Diet nitrate | Case-control | 1245 | 1520 | Spain – hospital cases, population controls | Dietary nitrate, mg/day<br><90 1.0<br>90-138 0.86<br>>137 0.83 | No | Study area, age, education | |
| Inoue-Choi 2016 | Diet nitrite | cohort | 9305 | 193,742 | NIH-AARP cohort of older Americans | Nitrite from processed meat, quintile:<br>4 1.0<br>2 .99<br>3 .99<br>4 .98<br>5 .98 | No | | |
| Inoue-Choi 2012 | Diet nitrite, nitrate | cohort | 2875 | 34,388 | Iowa Women's Health Study cohort of postmenopausal women | Nitrite, quintiles<br>1: 1.0<br>2: 1.12<br>3: 1.06<br>4: 1.10<br>5: 1.05<br>Nitrate, quintiles (mg/d)<br>4-54: 1.0<br>65-91 : 0.86<br>92-121: 0.90<br>122-165: 0.96<br>>165: 0.86 | No | | |
| | | | | | | | | | |
| Loh 2011 | Diet NDMA | cohort | 423 | 10,983 | EPIC – UK | NDMA (per standard deviation ~ 48 ng/d): 1.01, 95% CI 0.84-1.2<br><br>Nitrite (per standard deviation ~ .5 mg/d): 1.08, 95% CI 0.96-1.22 | | | |
| Yang | Diet | Case- | 362 | 362 | Hospital-based, | Nitrate, mg/day: | No | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | | control | | | controls from non-cancer clinic services South Korea | 15-234 1.0<br>235-329 1.53<br>330-428 1.46<br>429-577 1.50<br>>578 1.54 | ??? | | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Essien 2020 | Water | Meta-analysis of case-control & cohort | | | 4 studies of breast cancer included | High vs low water nitrate:<br>1.06 (.94-1.19) | Not assessed | Per original studies | |
| Espejo-Herrera 2016 | Water nitrate | Case-control | 1245 | 1520 | Spain – hospital cases, population controls | Water nitrate, mg/L, postmenopausal:<br>< 2.3 1.0<br>2.3-4 1.09<br>4-8.8 1.07<br>>8.8 1.29 | Yes – RR increased with increasing nitrate level | Study area, age, education, BMI, family history breast cancer, age first birth, oral contracept-tives, energy intake, age menopause | |
| Inoue-Choi 2012 | Water nitrate | cohort | 2875 | 20,147 with data for water nitrate | Iowa Women's Health Study cohort of postmenopausal women | Nitrate mg/L:<br>0-1.4 1.0<br>1.5-3.95 1.07<br>4-7.05 0.96<br>7.15-16.65 1.05<br>16.75-72.65 1.14 | No, but RR highest in the highest category of exposure | age, energy intake, BMI, WHR, education, smoking, physical activity, alcohol, family history breast | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | cancer, education, smoking, age menopause, age first live birth, estrogen use, folate, vitamin C and E, flavonoids, 379rescript 379, red meat | |
| Brody 2006 | Water nitrate | Case-control | 824 | 745 | Population-based, Cape Cod, Massachusetts | 0-0.3 1.0<br>0.3-0.6 1.0<br>0.6-0.9 0.9<br>0.9-1.2 0.9<br>1.2-1.5 0.9 | | Age, previous breast cancer diagnosis, age first birth, family history breast cancer, education | |



CONFIDENTIAL INFORMATION

**Kidney (renal) Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Norgaard 2021 | Ranitidine vs<br>1. other H2 blockers<br>2. PPI | Cohort (pharmacy database) | 1922 | 606,626 | Subset of Danish population | Vs. other H2 blockers:<br>Crude RR: 1.01 (0.81-1.26)<br>Inverse probability of treatment weighted: RR 0.89 (0.95-1.29)<br>Vs PPI: no association | Dose of drug not assessed<br><br>5 vs 10 years use: no increased risk | Age, date of study entry, co-morbidities | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 72 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | 0.78 (.49-1.25) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Kantor 2020 | ranitidine | cohort | 700 | 459,204 | UK Biobank | Use >= 4 weeks at study entry:<br>Ranitidine vs nonusers:<br>0.53 ( .27-1.02)<br>Ranitidine vs omeprazole:<br>0.39 (.19-.82) | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Habel 1999 | ranitidine | cohort | 7 (combined kidney and bladder) | 49,229 | Kaiser Northern California | 1.56 (.73-3.30) | Not assessed | Age, gender, pharmacy data source | |
| **Occupation** | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 10 (deaths) | 8933 | German rubber workers | Compared with low:<br>Medium exp: 1.2 (.3-4.7)<br>High exp: 0.4 (0-3.5) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 7 | 1756 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected, years from first exposure:<br>0-19 2.00<br>20+ 1.48 | Not assessed | | |
| Fandrem 1993 | Nitrate fertilizer workers | Cohort | 9 | 2023 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 7.6 cases: 1.18 (.54-2.25) | Not assessed | | |
| **Diet** | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Xie 2016 | Diet nitrate and nitrite | Meta-analysis of case-control & cohort studies | | | 3 studies of kidney cancer with nitrate, 2 with nitrite exposures | Highest vs lowest: Nitrate: 0.78 (.40-1.54) Nitrite: 1.00 (.86-1.16) | Not assessed for individual cancers | Adjusted within individual studies | Included studies published through 2016 |
| Jones 2017 | Diet nitrite, nitrate | Cohort | 125 | 15,577 | Iowa Women's Health Study of women aged 55-69 at entry | Nitrite from processed meat, > .19 mg/day: 1.8 (1.1-3.0) Nitrite all sources, > 2.06 mg/day vs < 0.86 mg/day: 1.6 (0.7-3.8) | Yes (for all dietary sources of nitrite) | Age, smoking, BMI | |
| DellaValle 2012 | Diet nitrite, nitrate | Cohort | 1816 | 491,841 | NIH-AARP Cohort | Nitrite animal sources, RR per .31-2.27 grams/1000 kcal: 1.28 (1.1-1.49) | Yes | Age, sex, calorie intake, race, smoking family history cancer, BMI, alcohol, education, hypertension, diabetes | |
| Daniel 2012 | Diet nitrite, nitrate (cooked meats) | Cohort | 1814 | 492,186 | NIH-AARP Cohort | RR per 1 mg nitrate and nitrite combined intake per 1000 kcal: clear cell kidney cancer: 1.41 (0.85-2.35) Papillary: 0.61 (.19-1.93) | No | Age, sex, energy intake, education marital status, cancer family history cancer, race, BMI, smoking, diabetes, hypertension, alcohol, fruit, | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | vegetables | |
| Ward 2007 | Diet nitrite, nitrate | Case-control | 201 | 1244 | Population-based study in Iowa | Nitrite from animal sources (mg/day):<br>≤0.18 1.0<br>.18-.28 1.37<br>.29-.47 1.24<br>≥.48 1.0 | No | Age, gender, BMI, population size residences | |
| **Water** | | | | | | | | | |
| Essien 2020 | Drinking water nitrate | Meta-analysis | | | 4 studies through Jan. 2020 (one of which was ecologic) | Highest vs lowest category of nitrate consumption from drinking water:<br>OR 1.03 (0.78-1.28) | Not assessed | | |
| Jones 2017 | Water nitrate | Cohort | 125 | 15,577 | Iowa Women's Health Study of women aged 55-69 at entry | Highest 95% of water nitrate:<br>RR 2.3 (1.2-4.3) | No | Age, smoking, BMI | |
| Ward 2007 | Water nitrate | Case-control | 201 | 1244 | Population-based study in Iowa | 1+ years exposure to water nitrate > 10 mg/l:<br>RR 1.12 (0.75-1.66) | No | Age, gender, BMI, population size residences | |
| Weyer 2001 | Water nitrate | Cohort | 45 | 16,541 | Iowa Women's Health Study | Water nitrate (mg/L):<br>0-0.36 1.0<br>0.36-1 1.34<br>1.01-2.46 1.38<br>2.46-3.91 1.20 | No | Age, education, smoking, physical activity, body mass index, waist-to-hip | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ratio, total energy, vitamin C, vitamin E, dietary nitrate, fruits, vegetables | |



CONFIDENTIAL INFORMATION

# EXHIBIT 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# REBUTTAL EXPERT REPORT

# ANNE MCTIERNAN, MD, PHD

Date: March 27, 2022

[signature]
Anne McTiernan, MD, PhD

I have reviewed the reports submitted on March 7, 2022 of Drs. Witte, Chan, Terry, and Vaezi. I been asked to respond to statements and opinions contained in the reports of these defense expert witnesses. In this rebuttal, I have selected representative statements from some of these expert witnesses that appear in their reports, but, where applicable, my opinions herein and my response to those statements also apply to opinions and statements contained in the reports of the other defense expert witnesses. I incorporate by reference my original report and add the following opinions, all held to a reasonable degree of medical certainty. My methodology detailed in my first report applies to my opinions in this rebuttal report. I reserve the right to supplement this report if additional information becomes available, or to respond to additional defense expert opinions. My billing rate set forth in my initial report still applies. The opinions addressed in this rebuttal report are some of my opinions which differ from opinions set forth in the defense expert reports listed above. It would be inaccurate to infer that just because I may not address certain opinions expressed by these or other defense experts, that I agree with those opinions.

## Medical and scientific organizations statements on ranitidine and NDMA and cancer risk:

> Dr. Witte stated: "No major medical or scientific organization has added prior ranitidine use to the list of cancer risk factors."

**Response:** That ranitidine contains and forms the carcinogen NDMA was only made public in September 2019. (https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine). IARC has not performed a systematic review of ranitidine and cancer risk and has not performed a recent systematic review of NDMA so would not have considered ranitidine as a source of NDMA as a cancer risk. The FDA also has not performed a systematic review of ranitidine and cancer, but has recalled ranitidine precisely because of its NDMA content (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 3/26/22). Due to the concerns about NDMA contamination, ranitidine has also been recalled in other countries, including Canada, European countries, Japan, and South Korea, (Kim, Lee, et al. 2021; Nørgaard et al. 2021; Iwagami et al. 2021) (https://recalls-rappels.canada.ca/en/alert-recall/ranitidine-products-recalled-because-nitrosamine-impurity) (accessed 3/22/22).



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

In February 2021, FDA described NDMA as a "probable human carcinogen." (https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs).

In 2002 the World Health Organization (WHO) stated that "NDMA is clearly carcinogenic" and is "a genotoxic carcinogen, and exposure should be reduced to the extent possible." (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf accessed 3/26/22)

WHO also stated: "NDMA has been consistently mutagenic and clastogenic [microscopically visible damage to chromosomes] in human and rodent cells exposed *in vitro*." (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf accessed 3/26/22)

"Based upon laboratory studies in which tumours have been induced in all species examined at relatively low doses, NDMA is clearly carcinogenic. There is overwhelming evidence that NDMA is mutagenic and clastogenic. While the mechanism by which NDMA induces tumours is not fully elucidated, DNA adducts (in particular, O6-methylguanine) formed by the methyldiazonium ion generated during metabolism likely play a critical role. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure." (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf accessed 3/26/22)

Further, GSK has admitted that "NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible." (GSKZAN0000236640)

> Witte: "Based on my review of the literature, I concur with the conclusion of FDA researchers that, 'studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk.'"
>
> Chan: "This conclusion (no association) is consistent with the recent review of the epidemiological literature by the FDA, who concluded: "When considering all cancer types, while each study had limitations (e.g., confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk" (Florian et al. 2021)."

**Response:** These quotes from two of the defense experts misleadingly suggest that the quoted language is an FDA statement based on a study of ranitidine and cancer risk. Rather, the paper cited states that: "The primary objective of this study was to compare 24-hour urinary excretion



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

of NDMA after ranitidine vs placebo."(Florian et al. 2021) This paper did not present a systematic review of epidemiologic studies of ranitidine or its component carcinogen, NDMA, and cancer risk. Furthermore, while the study authors were from the FDA, the paper's discussion comments were not an official statement of the FDA, but rather one half paragraph of comments giving some background in the course of discussing the findings of this study in 18 study subjects. This discussion does not even reference all of the ranitidine specific studies, much less perform a systematic review. Florian (Florian et al. 2021) only briefly mentions Mathes, and cites to Iwagami, Yoon, Kumar, Kantor, Habel, and Tran (Mathes et al. 2008; Iwagami et al. 2021; Yoon et al. 2021; Kumar, et al. 2021; Kantor et al. 2021; Habel, et al. 2000; Tran et al. 2018). Important and relevant ranitidine cancer studies that were ***not*** discussed nor cited include Cardwell (2021), McDowell et al. (2021), Adami, et al. (2021), Liu, et al (2020) and Nørgaard (2021) and other relevant studies which I discussed in my report. The use of these Florian study quotes is misleading. This same quote from the Florian paper is included, in whole or part, by 4 of the defense expert witnesses (Witte, Chan, Terry, Vaezi).

## Active comparator design in studies of ranitidine and cancer risk

The report of Dr. Witte and other defense expert witnesses listed above rely solely on studies that used "active comparators" in forming their causation opinions on ranitidine and cancer risk. This is an example of "cherry picking" studies. It is notable that all four of the expert witnesses have picked the same cherries (Witte, Terry, Chan, Vaezi). I have not identified that any of them have conducted studies using active comparators in their own published studies. Many peer-reviewed studies have compared medication users to non-users to determine cancer risks.

Dr. Witte makes several statements about methodology of pharmacoepidemiology using active comparator designs, although he himself primarily works as a genetic epidemiologist. The issue in the case is cancer epidemiology and pharmacoepidemiology.

> Witte: "In other words, comparing ranitidine users to other H2RA users creates an "apples to apples" comparison that isolates the exposure in question, ranitidine, while keeping the other characteristics of the two populations being compared as similar as possible. While these drugs may be used to treat the same underlying symptoms or indications, only ranitidine should be positively associated if uniquely causal for cancer…Any associations in the non-active comparator studies most likely reflect issues with reverse causation, confounding, or chance, not a valid association (i.e., an association not due to chance, bias, or confounding)."



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response:** An active comparator study design, if used properly, is an important and valuable tool for epidemiologists to use to assess whether one medication is different from other medications. Active comparator studies, when performed properly, do not address whether use of a medication increases the risk of disease as compared to non-use of the medication. Also, the concept of active comparators assumes that patients with the same medical conditions, same general health, same demographic backgrounds, same risks for specific cancers, would be equally likely to receive either the drug of interest (ranitidine) or the active comparator. Several reasons the active comparators represent different populations include:

- Some of the active comparators compared ranitidine to PPIs, a class of drugs given to patients with more advanced disease as Dr. Vaezi has previously published (Fass et al. 2021) and Dr. Chan wrote in his report: "However, even active comparator analyses may not fully control for confounding by indication if, for example, some acid suppressants tend to be taken by patients with more severe disease or more risk factors for developing cancer."
- Different time trends for when active comparators (PPIs, different H2 blockers) were available over-the-counter, and therefore exposure assessments differ between ranitidine and active comparators. The result is that many ranitidine "users" will be mistakenly classified as "nonusers" because they bought their ranitidine over-the-counter. Since the comparator drugs were not available over-the-counter at the same time as ranitidine, there will be less misclassification. If some ranitidine users bought some medication by prescription and some over-the-counter, the "dose" will be under-estimated in ranitidine users. The result will be bias of relative risk to the null value when comparing ranitidine use to one or more of these acid-suppressant active comparators.
- In US, different insurance policies and medical systems, allow specific H2 blockers and not others. This introduces a high likelihood of confounding by patient characteristics (e.g., access to insurance)
- The FDA document cited by the defense experts includes several statements on steps that must be taken to ensure that the studies are reliable (https://www.fda.gov/media/79922/download) (accessed 3/13/2022). The active comparator studies that I reviewed in my report all used large databases, including pharmacy databases and electronic health records; only one used a study developed for research (Kantor et al. 2021). Of these, the FDA states:



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

- Because existing electronic healthcare data systems were generated for purposes other than drug safety investigations, it is important that investigators understand their potential limitations and make provisions to use the data systems appropriately. For example:
  - Administrative claims data are generated to support payment for care; the payor's policies governing the approval and denial of such payments should be considered before using these data for study investigations.
  - EMR [electronic medical record] data are generated in the course of routine clinical care provision; therefore, it is important for investigators to consider the particular healthcare system's characteristics and guidelines for patient care and their common clinical practices, as these factors will have an impact on the data collected.
- Investigators should also describe the historical accessibility of the data source(s) proposed to be used in the study. This description should include:
  - How long the data source has been available to the research community;
  - How often this data source has been used for pharmacoepidemiologic safety studies;
  - The capability of the selected data source to validate the outcome and other study elements (e.g., exposures, key covariates, inclusion/exclusion criteria) based on the safety question; and
  - References for any relevant publications, including validation studies of safety outcomes of interest in the proposed study that are captured in the database
- In my report, I have evaluated each of the ranitidine active comparator studies in great detail, using, in part, the FDA guidelines and the principles of epidemiology. Dr. Witte give scant attention to the limitations of these studies, or to the concerns reflected in the FDA guidance document which he cites selectively. For example, in his discussion of Y Kim, Dr. Witte devotes a total of 17 words, not even mentioning that the data was aggregate, not individual.

- As another example. Dr. Terry emphasizes the importance of adjusting for smoking in analyses: "For example, if ranitidine users differ from users of other H2RAs or PPIs in terms of other cancer risk factors (e.g., age, smoking rates, obesity), then the groups may not be comparable unless these factors can be



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

> reliably adjusted for in the analyses. As shown in Table 1 of the appendix, many of the studies that compared ranitidine to H2RAs or to PPIs were able to control for other covariates that could differ between groups". She then criticizes the Cardwell study (which found an increased risk of bladder cancer) for not having "complete" information on smoking (although smoking was addressed and used in the analysis "A strength of this study is that they were able to adjust for multiple comorbidities, although information on smoking and alcohol use was incomplete." Then, to support her narrative that ranitidine is a cause of cancer, in discussing Nørgaard, where the authors had **no information on smoking,** she turns it into a strength. "The authors did not have access to information on smoking status or BMI, but given the design of the study such variables were unlikely to bias the results."

This inconsistency in approach demonstrates that Defendants' experts are selecting the results biased in favor of their clients' position, rather than doing a comprehensive review and weighing the evidence.

> Dr. Witte stated: "Active comparator observational studies are a methodologically important approach that provides an avenue for controlling potential sources of bias, even if these are not directly measured (e.g., unmeasured confounders). This approach attempts to mimic a randomized controlled trial by limiting differences between the exposed and unexposed groups and is especially valuable when there is a concern with potential confounding by indication."

**Response**: This statement references the 2022 paper by Sendor and Stürmer (funded in part by grants from GSK).(Sendor and Stürmer 2022) Drs. Chan and Terry also reference Sendor and Stürmer.

Defense expert witnesses selectively rely on this publication. For example: Sendor and Stürmer state the following significant limitations of active comparators, which the defense experts do not include in their reports:

- "Effectiveness of active comparators to control confounding by indication is dependent on selection of good comparators to the study treatment." The paper also states that "good" comparators can be subjective and challenging to identify. This statement shows that an active comparator study is not guaranteed to control confounding by indication. Few of the 6 active comparator studies on ranitidine and cancer risk included variables



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

related to indication as adjusted co-variates, and there is no evidence that a prescription for either an H2RA or PPI is adequate adjustment for particular indications. Kim et al., for example, only controlled for Barrett's esophagus and atrophic gastritis, and did not control for typical indications for these drugs such as peptic or duodenal ulcer, GERD, or erosive esophagitis. Furthermore, if patients prescribed PPIs have more advanced disease than ranitidine users, it will not be possible to adjust for indication. Studies have shown that most patients in electronic health record databases do not have listed indications for acid suppressant medications.(Rückert-Eheberg et al. 2022; Haastrup et al. 2016)

- "It is not advised to group multiple active comparators together within a single ACNU [active comparator new user] study. Doing so often results in increasingly stringent assumptions applied to the comparators and limits generalizability because the comparator cohort is defined by a specific "mix" of comparator drug classes. Such an approach may be plausible for specific research questions in which multiple active comparators are confirmed to have similar benefit–risk profiles, and therefore the collective could represent a treatment "standard of care" for comparison. However, interpretation of findings from this approach for drug selection during prescribing will be limited." This statement is relevant to the following studies, in which the active comparator compared to ranitidine was in fact a combined group of any H2 blocker user, or any proton pump inhibitor user: (Adami et al. 2021; Nørgaard et al. 2021; Kumar, Goldberg, and Kaplan 2021)

- "Clinical indication is not the only driver of treatment variation—myriad other factors can also influence decision-making for treatment use or exposure assignment, including but not limited to frailty, insurance (including differences in access or level of coverage), variations in drug formularies within and between countries, out of pocket cost for patients, and treatment availability during the study period (e.g., market fluctuations, insurance reimbursement changes, regulatory restrictions or label changes). All issues potentially impacting variability in treatment use should be evaluated to consider whether inability to measure any such factors would bias or invalidate study findings, in which case the study may not be possible." In my report, I discuss these issues that pertain particularly to U.S. patients, who may change insurance coverage for medications, may have had varying access to and use of over-the-counter ranitidine or comparator drugs,



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

and availability of particular H2RA drugs as with formularies in health maintenance organizations or insurance plans.

- "Key characteristics beneficial for ACNU [active comparative new user] research include large sample sizes, longitudinal completeness, availability of clinical diagnoses, accessible prescription data, and standardized data collection and availability." As I discussed in my report, these characteristics were compromised in many of the active comparator studies of ranitidine and cancer risk.

Dr. Witte states: "Active comparator studies are strongly preferred over non-user comparisons; as noted by Franklin et al. "[F]ocusing on active treatment comparator(s) with similar indications and similar treatment modality as the treatment of interest can greatly mitigate the risk of unmeasured confounding. Nonuser comparator groups are highly suspect, as patients who are receiving treatment are often very different with respect to their disease severity and risk of adverse events compared with patients who are not receiving treatment for the same disease."

**Response**: Given this statement, it is not clear why Dr. Witte (and Drs. Chan, Vaezi, and Terry) have not published studies using active comparators when assessing drug effects on cancer risk in observational studies. As noted above, there are advantages of properly performed active comparator studies, if designed and performed properly. The issue here is not the use of active comparator study types—it is the way the specific studies discussed in my report were designed and conducted. Dr. Witte and other defense expert witnesses have selectively evaluated these studies.

An example is the Cardwell et al study, which was not solely conducted as an active comparator study (that is, comparisons to non-users was presented). This nested case-control study within the Scottish primary care clinic database first matched cases to controls on practice, year of birth (plus or minus 5 years), sex, and year of registration (in categories). Matching serves as adjustment for these variables. The study further adjusted for multiple medical conditions, smoking, alcohol intake, and practice deprivation index (socioeconomic status). The authors state a limitation was that they did not have data on occupational or family history exposures to assess for confounding. This study's adjustment methods did not remove substantial numbers of cases from the analysis, as was the case in the Adami study. The study collected ranitidine exposure data from the primary care records, which record all medications of practice patients, and listed lack of over-the-counter medications as a potential weakness (but cite data showing



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

only 10% of ranitidine use was from over-the-counter purchases in the UK). The study provided information on numbers of pills per prescription (28) as well as using the WHO defined daily dose for dose of pill. The Cardwell et al. study collected bladder cancer outcomes from the database's primary care medical records, and reference a validation study showing 97% capture of bladder cancer cases through the primary care records in the U.K. Therefore, this study followed the FDA guidance on: 1) defining drug exposure; 2) using validated method of outcomes determination; 3) sample size for adequate power; 4) adjustment for confounding factors; and 5) discussion of limitations for any of these aspects of methodology.

> Dr. Witte states: "Yoshida et al. also points out there are "[t]hree main advantages that the active-comparator design provides []: (1) increase[ed] similarity in measured [patient] characteristics between the [treatment] groups; (2) reduc[ed] potential for unmeasured confounding; and (3) possibly improving [the clinical relevance of] the research question."
>
> Dr. Chan: "The published, population-based studies that leveraged large databases, utilized active comparator controls, and were specifically designed to test the NDMA hypothesis (Adami et al. 2021; Iwagami et al. 2021; Kantor et al. 2021; Kim S. et al. 2021; Kim Y. et al. 2021; Kumar et al. 2021; Norgaard et al. 2021; Yoon et al. 2021) represent the best evidence in the extant scientific literature on the potential association between ranitidine and cancer outcomes….Most significantly, Drs. McTiernan… are incorrect in their assessments of protopathic bias (as purportedly inapplicable to certain cancer types) and active comparator analyses (insofar as they dispute that H2 blocker users are the most comparable/appropriate comparator population or claim that PPIs increase the risk of cancer).

**Response**: It is notable that in his own research on H2RAs and PPI associations with cancer risk, Dr. Chan chose not to use electronic health databases, but instead used data from studies designed for epidemiologic research.(Babic et al. 2020) He also ignores the vast array of studies that compare medication users to non-users. Also, contrary to his statement, the large databases used in the papers he cited were electronic medical records or pharmacy prescription databases that were designed primarily for insurance billing, not for epidemiologic research.

> Chan: "I have therefore placed the most weight on the large, well-conducted published studies designed to specifically test the ranitidine and NDMA hypothesis as these studies represent the best evidence in the extant scientific literature on the potential association between ranitidine and cancer outcomes"… In general, an active comparator analysis better accounts for confounding by indication and other confounding variables compared to a general population comparator of non-users. However, not all active comparator analyses are equal. Since ranitidine is an H2 blocker, the comparison to other H2 blockers provides the most "apples-to-apples" comparison in terms of patient characteristics, including bladder cancer risk factors and indications treated."



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response**: Contrary to Dr. Chan's statement that the ranitidine epidemiologic studies were "designed to specifically test the ranitidine and NDMA hypothesis", the studies using large electronic medical record databases or pharmaceutical databases used data infrastructures that were instead designed to support insurance billing. These include, for example, the Explorys database which is a data source compiled from multiple U.S. medical clinics or hospitals or both, as well as several studies conducted outside the U.S.(Yoon et al. 2021; Iwagami et al. 2021) Missing from the methods section were key elements from the FDA guidance for pharmacoepidemiology studies of drug safety.(Kim, Wang, et al. 2021)

- The FDA guidelines recommend a "comparator group taking a drug used to treat the same disease, with the same level of disease severity, and from the same time period as the exposed cohort" Dr. Chan states in his report that "In general, an active comparator analysis better accounts for confounding by indication and other confounding variables compared to a general population comparator of non-users. However, not all active comparator analyses are equal. Since ranitidine is an H2 blocker, the comparison to other H2 blockers provides the most "apples-to-apples" comparison in terms of patient characteristics, including bladder cancer risk factors and indications treated."

Given this statement of Dr. Chan's, that H2RAs are the preferred comparators, it suggests that his opinion is that the following studies are unreliable in their analyses of associations between ranitidine use vs PPI use and cancer risk: Adami, Norgaard, Kumar, Kim, Kantor, (Adami et al. 2021; Nørgaard et al. 2021; Kumar, Goldberg, and Kaplan 2021; Kim, Wang, et al. 2021; Kantor et al. 2021)

> Dr. Vaezi: "The incorrect suggestion by Plaintiffs' epidemiology experts, Dr. McTiernan …, that an active comparator design in observational studies would bias the study to the null (i.e., in the direction of no risk) is equivalent to saying that in randomized prospective studies enrollment of patients with the same disease to assess therapeutic outcome would result in a bias. In fact, the FDA would reject any study where there is no balance in patient factors such as indication of use. Thus, the most appropriate analysis is an active comparator analysis. Additionally, a critical issue for prescribers like myself, is how does the safety of ranitidine compare to other acid suppressive medications, so that we can make better healthcare decisions."

**Response**: I did not suggest that an active comparator design in observational studies would bias the study to the null'. My exact statement was: "Third, epidemiologists may choose, as comparators, persons who are prescribed or choose to use medications for these health



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

conditions. For ranitidine studies, these active comparators have been one or more other H2 blockers or one or more proton pump inhibitors. However, if the persons who are prescribed nonrelated medications differ in other ways compared with those prescribed the medication of interest, indication bias could result. In the epidemiologic studies that compared ranitidine users to users of other acid reducers (other H2 blockers, proton pump inhibitors), there are several additional concerning sources of bias. The indications for these drugs, and reasons for prescriptions and taking these drugs, are not random. For example, proton pump inhibitors have been shown to be superior to H2 blockers in the treatment of specific gastrointestinal conditions, such as peptic ulcer, duodenal ulcer, and GERD. (Walan et al. 1989; Agrawal et al. 2000; Katz, Gerson, and Vela 2013; Lee et al. 1986; Lee, Hardman, and Jaderberg 1991) Therefore patients prescribed these drugs are likely to be sicker than those prescribed H2 blockers, and likely to be more closely followed with return medical visits. Each medical visit prompts the addition of medical codes to the electronic health record, increasing the chance that diagnostic codes related to other diseases such as cancer are added.(Gianfrancesco and Goldstein 2021) If studies compare patients using higher or lower doses in the comparator versus ranitidine, it could also signal an imbalance between the groups of users in relation to indications for use or severity of illness. This type of imbalance between the drug of interest (i.e., ranitidine) and comparator drugs (i.e., other H2 blockers and proton pump inhibitors) is called channeling bias as discussed above in the section on 'Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer' and in Table 2." These comments align with the FDA best practices document cited by defense witness Dr. Witte:

- "…when selecting a comparator group, investigators should consider the impact that formulary status (e.g., medication tiering or prior authorization issues) could have on the level of disease severity of the exposed group and the comparator group. "

- "Channeling refers to the situation where drugs are prescribed to patients differently based on the presence or absence of factors prognostic of patient outcomes. In other words, the potential for a given outcome differs between the groups (those who receive the drug or medical product of interest and the comparison group) because of patient characteristics that were present prior to drug treatment. When these characteristics are also related to prescribing patterns of the drug of interest, a biased estimate of risk may result. As such,



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

channeling may introduce a bias that can make a drug seem either more beneficial or more harmful than it actually is. (Petri 1991; Journal of American Medical Association Online Dictionary). Confounding by indication is a type of channeling bias that occurs when the indication, which is associated with the drug exposure, is an independent risk factor for the outcome; this is of particular concern in pharmacoepidemiologic safety studies using electronic health data because these data do not generally identify the indication for drug use."

Vaezi: "Active comparator design improves the quality of observational studies and is "the right" design when assessing any impact of acid suppressive therapy on cancer outcomes. It is the best design for reducing potential for unmeasured confounding, as well as confounding by indication."

**Response**: In 2021, Dr. Vaezi published a study using a database from Taiwan National Health Insurance on proton pump inhibitor (PPI, acid suppressant drug) use versus non-use on risk of colorectal cancer. They concluded that PPI use increases colorectal cancer use. The comparison group was non-users, not an active comparator.(Lei et al. 2021) If Dr. Vaezi truly believed that the active comparator design is '"the right design" when assessing any impact of acid suppressive therapy on cancer outcomes', why did he choose to ignore "the right design" for his study that was published within the last year?

Witte: citing the FDA best practices document: "Several formal guidelines recommend the use of active comparators in observational studies"

**Response**: This statement misstates these publications, reports, and websites as "formal guidelines." In fact, these agencies carefully point out that the statements are not formal guidelines or requirements, and that they do not represent the particular agency. Furthermore, most of the listed agencies focus on an area of research called 'comparative effectiveness research', which is not the research area focused on adverse effects of medications. Also, again, I agree with the value of the use of the active comparator study design. However, the specific studies must be evaluated for their strengths and limitations, and interpreted in light of those considerations, as I have done.

Dr. Witte cites to "the US Food and Drug Administration's (FDA) Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data."



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response:** Dr. Witte fails to fully describe the statements in the FDA document, however. Relevant to the issues on cancer risk from ranitidine and NDMA are the following statements which support my critiques of several of the studies of ranitidine use and cancer risk (https://www.fda.gov/media/79922/download) (accessed 3/13/2022):

- "This guidance is not intended to be prescriptive with regard to choice of study design or type of analysis and does not endorse any particular type of data resource or methodology. It does not provide a framework for determining the appropriate weight of evidence to be given to studies from this data stream in the overall assessment of drug safety, as this appraisal represents a separate aspect of the regulatory decision-making process and is currently best accomplished in the context of the specific safety issue under investigation."
- "FDA encourages the use of multiple comparator groups in those study designs where it is feasible and relevant, as this strategy can enhance the validity of safety studies (Waning 2001)."
- "In cohort studies, it is ideal to use a comparator group taking a drug used to treat the same disease, **with the same level of disease severity, and from the same time period as the exposed cohort.** For example, when selecting a comparator group, **investigators should consider the impact that formulary status (e.g., medication tiering or prior authorization issues) could have on the level of disease severity of the exposed group and the comparator group."**

Dr. Witte also cites to "the Patient-Centered Outcomes Research Institute's (PCORI) 'Standards for Causal Inference in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research."

**Response**: As a member of a PCORI advisory committee from 2014-16, I am experienced in PCORI work. It should be noted that PCORI focuses on comparative effectiveness research. It does not focus on identifying causal relationships between a drug exposure and disease incidence. (https://www.pcori.org/about/about-pcori ) (accessed 3/13/2022). The document referenced by Dr. Witte (#44) describes recommendations for comparative effectiveness research, not for research on causal relationships between carcinogen exposure and disease. Furthermore, the first page of this document states in a disclaimer: 'All statements in this report, including its findings and conclusions, are solely those of the authors and do not necessarily represent the views of the Patient-Centered Outcomes Research Institute (PCORI), its Board of Governors or Methodology Committee. PCORI has not peer-reviewed or edited this content,



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

which was developed through a contract to support the Methodology Committee's development of a report to outline existing methodologies for conducting patient-centered outcomes research, propose appropriate methodological standards, and identify important methodological gaps that need to be addressed.' Clearly, this document is not a "formal guideline" of PCORI.

> Dr. Witte cites to "the Good Research for Comparative Effectiveness (GRACE) principles"

**Response**: The referenced document, as shown by its title, is for Comparative Effectiveness research. It is not for etiological or causal research. The Institute of Medicine defines Comparative Effectiveness Research (CER): "CER is the generation and synthesis of evidence that compares the benefits and harms of alternative methods to prevent, diagnose, treat and monitor a clinical condition, or to improve the delivery of care. The purpose of CER is to assist consumers, clinicians, purchasers, and policy makers to make informed decisions that will improve health care at both the individual and population levels."(Sox and Greenfield 2009)

> Dr. Witte also relies on "the Agency for Healthcare Research and Quality's (AHRQ) "Developing a Protocol for Observational Comparative Effectiveness Research."

**Response**: This reference is one chapter from the US government's AHRQ users guide for comparative effectiveness research (https://effectivehealthcare.ahrq.gov/products/observational-cer-protocol/research) (accessed 3/12/2022). It is NOT a guide for epidemiologic studies of causal analysis of exposure-disease associations. Its contents largely mirror those of the FDA document cited by Dr. Witte.

## Study interpretation

> Dr. Witte: "My conclusion agrees with the scientific community; the scientists who undertook studies of ranitidine and cancer have not concluded that a valid, consistent, reliable association exists, much less causality as highlighted by the statements in their publications:"



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response**: Dr. Witte selectively quotes from the ranitidine epidemiology papers, while ignoring other statements of those studies' authors which are important to interpreting the results of those studies. This is part of a pattern that I observe in Dr. Witte's and other defense expert witness reports, of what Dr. Witte describes as "cherry picking" that is evident throughout Dr. Witte's report and the reports of the other defense epidemiologists, who all turn a blind eye to the serious limitations in the ranitidine active comparator studies which I have identified and discussed in my report.

The standard for conducting systematic reviews is to look at methodology and the actual data presented in each paper, rather than relying solely on summary statements that can be affected by journal style or influences other than data. The gold standard of systematic reviews – meta-analyses – do not depend on author summaries, but instead abstract and include actual data in calculating summary effect sizes and statistical testing. As I discussed in my report, Adami et al used propensity scoring to attempt to control for confounding. However, by doing so, the study eliminated most of the cases that were claimed in the abstract to be in the study, reducing number of cases from 1268 total cited in abstract to 352 actually analyzed, in effect throwing out three quarters of the cases they incorrectly claimed to have in the study. The abstract therefore mischaracterized the size and statistical power of the study. The final analyses included too small a number of cases to have power to detect statistically significant associations. Propensity scoring does not make up for missing variables. If a dataset is missing potential confounding variables, it is not possible to create other variables to replace them. In addition, since Adami et al. eliminated three quarters of the cases with the propensity score matching, it points out how imbalanced their dataset was between cases and non-cases. This in effect was a fatal flaw of the study.

## Relative risk and associations

> Dr Witte states: "Dr. McTiernan… use non-accepted methodology when considering the magnitude and consistency of potential associations between ranitidine and other exposures and cancer. Dr. McTiernan assumes that "[a]ny relative risk other than 1.0 indicates an association, whether positive or negative, regardless of the results of statistical tests used with the relative risk. This unique view is not accepted by the field."

**Response**: Dr. Witte mischaracterizes my statements as "anything goes", when in fact my statements are identical to those of a widely used and referenced epidemiology textbook (Gordis' Epidemiology), (Celentano 2019) as well as teachings of the U.S. Center for Disease Control, the agency responsible for training thousands of practicing epidemiologists.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Textbooks of epidemiology such as the widely used Leon Gordis' Epidemiology textbook (Celentano 2019) describe relative risk in exactly the way that I described it. Chapter 12 of Gordis' Epidemiology, section on Interpreting the Relative Risk, states: "If the relative risk is greater than 1, the numerator is greater than the denominator [referring to risk in exposed divided by risk in nonexposed], and the risk in exposed persons is greater than the risk in unexposed persons. This is evidence of a positive association, which may be causal."

Furthermore, the CDC states that: "A risk ratio (RR), also called relative risk, compares the risk of a health event (disease, injury, risk factor, or death) among one group with the risk among another group…A risk ratio of 1.0 indicates identical risk among the two groups. A risk ratio greater than 1.0 indicates an increased risk for the group in the numerator, usually the exposed group. A risk ratio less than 1.0 indicates a decreased risk for the exposed group, indicating that perhaps exposure actually protects against disease occurrence." (https://www.cdc.gov/csels/dsepd/ss1978/lesson3/section5.html) (accessed 3/13/2022)

There are many examples of studies in the peer reviewed medical and scientific literature which interpret relative risks lower than the Norgaard finding of 1.33 (crude), 1.11 (propensity score adjusted) for ranitidine and bladder cancer risk vs other H2RAs or 1.24 (propensity score adjusted) vs PPIs as positive associations. Defense experts are well aware of this. Clearly there is a mismatch between how the defense experts interpret relative risks for this litigation and how relative risks are dealt with in the epidemiological community.

## Statistical testing, statistical significance, p-values, confidence intervals, and power

> Dr. Witte: "While some other statisticians have argued that one should not assess associations using statistical significance testing, they also are "not advocating for an anything goes situation, in which weak evidence suddenly becomes credible." In contrast, Dr. McTiernan takes such an 'anything goes' approach, incorrectly assuming that weak evidence is credible throughout her report. She states that "there is no level of relative risk other than 1.0 that indicates lack of association" (P. 107), and simply counts the number of studies with RR>1.0 regardless of the magnitude of association and width of 95% confidence intervals when considering consistency of potential associations with cancer."

**Response**: Dr. Witte mischaracterizes my statements regarding interpreting the relative risks, odds ratios and statistical significance. Consistent with the prevailing view of epidemiologists and as expressed by the American Statistical Association, whether an association is or is not



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

statistically significant should not be the determining factor in whether a study result should be disregarded. Also, any relative risk that is greater than 1 reflects an increase in risk in the exposed group as compared to the control. As stated above, the Gordis' Epidemiology textbook defines relative risks greater than 1.0 as showing positive associations. Similarly, the CDC describes relative risks greater than 1.0 as positive. Dr. Witte's comments show his misconceptions about relative risk.

> Chan: "Finally, Dr. McTiernan's disavowal of p-values and confidence intervals (e.g., "relative risk of 1.3 shows a 30% increased risk regardless of what p-value is calculated for it, and regardless of what confidence intervals are calculated") is not generally accepted by the community of epidemiologists or practicing clinicians. Similarly, Dr. McTiernan's claim that the "American Statistical Association and individual statisticians recently called for abandoning the term 'statistically significant'" (citing to Wasserstein et al. 2019) is not accurate. To the contrary, the American Statistical Association (ASA) issued a 2021 "Statement on Statistical Significance and Replicability," which clarifies that the Wasserstein 2019 editorial should not be "interpreted as official ASA policy" (Benjamini et al. 2021). The 2021 ASA statement clarifies that "the use of P-values and significance testing, properly applied and interpreted, are important tools that should not be abandoned." The ASA further stated that: "P-values are valid statistical measures that provide convenient conventions for communicating the uncertainty inherent in quantitative results. Indeed, P-values and significance tests are among the most studied and best understood statistical procedures in the statistics literature. They are important tools that have advanced science through their proper application." The ASA concluded that "In summary, P-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from data. Analyzing data and summarizing results are often more complex than is sometimes popularly conveyed. Although all scientific methods have limitations, the proper application of statistical methods is essential for interpreting the results of data analyses and enhancing the replicability of scientific results." Other leading statisticians in the field have emphasized the importance of using P-values in ensuring reproducibility of scientific findings and have even called for the use of more stringent P-value thresholds for statistical significance (Benjamin et al. 2018)…. Importantly, it is not scientifically reliable to speculate as to whether a study would have detected an association had it been better powered. There is simply no way to determine this outcome without actually conducting the better powered study."

**Response**: The FDA guidance document that Dr. Witte and other defense experts cite states the importance of statistical power and sample size as follows (https://www.fda.gov/media/79922/download accessed 3/13/2022): "Findings of no association between the drug and safety outcome of interest should be presented in the context of the initial statistical power calculations; investigators should attempt to determine the level of risk that can be ruled out, given the study findings." Similarly, the American Association for Cancer Research journal *Cancer Epidemiology Biomarkers and Prevention* requires authors to provide power calculations when reporting negative studies (https://aacrjournals.org/cebp/pages/journal-ifora



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

accessed 3/23/2022). Of note, none of the studies with negative associations between ranitidine use and cancer risk provided power calculations, although several mention low statistical power/small numbers in their studies in their discussions.(Iwagami et al. 2021; Kumar, Goldberg, and Kaplan 2021; Kantor et al. 2021)

The defense experts dismiss the issues of sample size and power in the various studies, including the Adami study which eliminated 75% of cases with propensity matching, and the other studies which because of short follow-up and young populations had relatively small numbers of cases which reduce power to detect statistically significant associations.

Dr. Witte does not provide any support for his statement on: “is not generally accepted by the community of epidemiologists or practicing clinicians.” He gives no reference to surveys of epidemiologists or clinicians on this point.

My comments on p-values and confidence intervals relate to their actual meaning versus misuse and mischaracterization of their importance. For example, the idea that a “statistically significant” p-value in a study indicates a scientifically or substantively important relation has been detected is false. Similarly, the lack of a “statistically significant” p-value does not indicate absence of an important or substantial relationship. Statistical testing is useful if properly applied and interpreted. The explanation by Dr. Chan does not follow these dictates. I agree with the statement by Dr. Sander Greenland (biostatistician) “[S]ingling out the degradation of P values into ‘‘significant’’ and ‘‘nonsignificant’’ is “an especially pernicious statistical practice.”(Greenland et al. 2016) The importance of statistical testing (e.g. p-values, or, confidence intervals) derives from an analysis of the individual studies and does not separate results into specific categories of significant versus insignificant. Of note, the call by eminent statistical scientists to “retire statistical significance” was signed by over 800 scientists worldwide. Notably, two of the authors of the Danish active comparator studies(Nørgaard et al. 2021; Adami et al. 2021) Mette Nørgaard and Henrik Toft Sørensen were included as signatories. (Amrhein, Greenland, and McShane 2019) (https://media.nature.com/original/magazine-assets/d41586-019-00857-9/16614318) (accessed 3/26/22)

## Defense experts’ misrepresentation of my interpretation of individual studies



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

To use a term in Dr. Witte's report, he "cherry-picked" comments from the papers on ranitidine and cancer that support his opinion. (I note that the term "cherry pick" is not a term that I have seen used in epidemiology, but I have seen that term used by lawyers in Daubert briefs.) In contrast, for my report I considered the studies as a whole, primarily relying on actual data and analyses of study design, methods, data sources, strengths, and limitations, and I evaluated these aspects of each study for my interpretation of the study results. Dr. Witte's quotes from papers, with direct quotes from those same papers that he ignored follow:

> Witte quote: Adami: "If a causal association existed, we would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident."

**Response**: Adami statements ignored by Witte: "Because malignant transformation of cancer may take longer than 20 years, the most severe shortcoming of our study is the limited number of participants with long-term follow up. Second, the Prescription Registry provides no information about drugs removed from the Danish market, nor about compliance with prescriptions or use of drugs sold over-the-counter. Because the drugs examined relieve severe gastrointestinal symptoms, compliance with prescriptions was probably high, at least for chronic use. Although we were able to rely on the Prescription Registry to identify most ranitidine users with the longest follow-up (i.e., those first prescribed ranitidine in 1999 to 2001; Supplementary Table S3), over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs, in more recent years."

> Witte quote: Cardwell: "[T]here was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists."

**Response**: Cardwell statement ignored by Witte: "In this large population-based study, the use of ranitidine particularly long-term use was associated with an increased risk of bladder cancer."

> Witte quote: Habel: "An elevation in cancer risk among cimetidine or ranitidine users might reflect the use of either of these drugs for early symptoms of cancer [i.e., reverse causation]."

**Response**: Habel statements ignored by Witte: "As exposure was based in part on a sample of prescriptions, it is possible that some of the individuals classified as unexposed to cimetidine or ranitidine were receiving prescriptions for one of these drugs but this information was not captured by the database… Drug exposure in our study may also have been misclassified because some individuals were treated with cimetidine or ranitidine before or after the period



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

covered by the pharmacy database. Based on data from a Danish study of cimetidine users, approximately 30% of individuals who take H1RAs are long-term user. Therefore, the majority of individuals identified in our pharmacy sample may only have taken cimetidine for a short period… We were not able to use our data to examine whether dose or duration of use was related to cancer risk. Including all users together without considering dose or duration would attenuate our relative risk estimates. Relationships between these drugs and cancer risk may not be observable when exposure categories are limited to ever versus never use."

> Witte quote: Iwagami: "Our findings may provide reassurance to people concerned about the potential risk of cancer in association with ranitidine/nizatidine use[.]"

**Response:** Iwagami statements ignored by Witte: "First, the JMDC claims database comprises people aged < 75 years, and the proportion of older people is relatively low (Table 1); this suggests that the older people in the JMDC database are not representative of the Japanese older population. In addition, the median age of patients with an incident cancer diagnosis was around 53 years in the current study, which is obviously lower than the average age of patients with cancer in Japan (even among those aged < 75 years). Therefore, the safety of ranitidine/nizatidine in older people remains unknown, and the risk of cancer incidence remains to be confirmed by future studies of older people …Additionally, the people in the JMDC database are employed workers in medium- to large-scale companies and their family members, who are probably wealthier than the average Japanese individual. Thus, the generalizability of the study findings may also be limited. Second, our outcome definition was based on recorded diagnoses, and outcome misclassification is therefore a matter of concern…If misclassification of cancer diagnosis was present in the JMDC claims database, we expect that this was most likely non-differential misclassification (i.e., the extent of misclassification was similar between the ranitidine/nizatidine group and the other H2 blockers group) and thus could have diluted the true association between ranitidine/ nizatidine and cancer. …Third, the JMDC database contains data after 2005, while H2 blockers have been used since the 20th century. By employing a new user design, we excluded prevalent users of H2 blockers (defined as patients pre-scribed H2 blockers for the first 6 months after registration to the database) whose cumulative doses and length of ranitidine/nizatidine use were unknown. However, it is still possible that some people in the ranitidine/nizatidine group and the other H2 blockers group received ranitidine/nizatidine before their entry into the database….However, whether an even higher cumulative dose of ranitidine/nizatidine is associated with an increased risk of cancer remains unknown mainly because of the limited sample size and statistical



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

power…One possible explanation of the lack of association in the current study may be that few people were exposed to a high enough level of NDMA to increase the risk of cancer….Finally, because this was an observational study, unmeasured confounding factors almost certainly exist. For example, the database did not include information on lifestyle-related factors (e.g., smoking, diet, alcohol intake, and body mass index), exposure to dietary NDMA (which is probably carcinogenic to humans), exposure to other carcinogens, or the use of over-the-counter drugs. However, it is unlikely that the frequency or level of these exposures differed between the compared groups in the active comparator design. Meanwhile, clinicians might have had different preferences for prescribing one particular H2 blocker over another, and the probability of cancer screening might have differed among clinicians. These unmeasured confounding factors could have masked a potential association between ranitidine/nizatidine and cancer diagnosis."

> Witte quote: Kantor: "Ranitidine use was not associated with overall cancer risk . . . [or] with risk of common cancers (lung, breast, prostate, and colorectum). . . . Compared to non-use, ranitidine use was positively associated with liver cancer; however, this association was attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly-related factor)."

**Response**: Kantor statements ignored by Witte: "It is possible baseline use may not capture exposure in the etiologically relevant timeframe, and longer follow-up may show different associations… Alternatively, the association may have attenuated in active comparator analyses if omeprazole independently increases liver cancer risk… We used a large, prospective cohort to address a question of immediate public health relevance about which little is known; there were limitations, however. Exposure was self-reported and we were unable to examine associations by dose or distinguish long- vs short-term use. Variables were captured at 1 timepoint; secular changes in exposure could lead to measurement error, attenuating results, and changes in covariates could lead to residual confounding. We did not capture long-term outcomes; some data suggest longer latency between NDMA exposure and cancer. Finally, this study included adults, most of whom are White, potentially limiting generalizability… The exploratory positive association with liver cancer… are compelling…"

> Witte quote: "Kim S.: "We found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response**: Kim S. statements ignored by Witte: "Our study also had some limitations. First, during propensity score matching, we did not consider H. pylori infection, which accounts for the majority of non-cardia gastric cancers by triggering gastric inflammation and the subsequent neoplastic progression. Thus, its eradication can reduce the subsequent risk of developing gastric cancer. However, we could not access pathology reports to determine whether H. pylori infection was present in our study participants. Second, we were unable to access other specific health data, including body mass index, lipid profiles, and behavioral risk factors such as chemical exposure. Therefore, these possible confounding factors could not be controlled in this study... Fourth, this study had a 5-year follow-up period, which may not be long enough to detect gastric cancer development. Finally, mortality-related data were not available in our registry."

> Witte quote: Kumar: "[O]ur results . . . demonstrate that the true gastric carcinogenic impact of NDMA containing ranitidine in persons in the US with HP (H. pylori) is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine . . . . In time-specific analyses, there was no period in which ranitidine was associated with future GC [gastric cancer], suggesting there is no discernable difference in formulation of the medication over time."

**Response**: Kumar statements ignored by Witte: "… our present study… does not yet fully inform on long-term risk… We found that among ranitidine users who switched to a second antacid [sic] suppressant (perhaps due to persistent symptomatology), 97.4% switched to a PPI. Among non-ranitidine H2RB users who switched, only 52.2% switched to a PPI. Given these findings, we believe there is some inherent difference in those patients who were prescribed non-ranitidine H2RBs, as they were less likely to be diagnosed with true diagnostic testing, less likely to have documented racial and ethnic categories (and perhaps some misclassification of smoking), and even when symptoms may have persisted, did not switch to the "strongest" acid suppressant, PPIs. This could represent a source of confounding."

> Witte quote: Liu: "Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation."

**Response**: Liu statements ignored by Witte: "Several limitations of our study must be acknowledged. First, in the UK Biobank, medication use was based on self-report, and even though this was verified by nurses, we could not obtain the dose or the frequency of medication use. Second, the UK Biobank has been shown to be healthier than the general population; however, aetiological findings from the UK Biobank appear to be generalisable to the UK



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

population. Although some inaccuracy in identifying gastric cancer in GP records from PCCIU is inevitable, in general, the recording of cancer outcomes within UK GP records has been shown to be fairly accurate. Another potential limitation was confounding by indication as despite having a wide range of comorbidities, we were not able to adjust for H. pylori, an important risk factor for gastric cancer."

> Witte quote: Norgaard: "[W]e did not observe any consistent or substantial increase in risks of bladder cancer and we consistently across sub-analyses observed no increased risk [of] kidney cancer in ranitidine users."

**Response**: Norgaard statements ignored by Witte: "…we lacked information on smoking, which is an important risk factor for bladder cancer, and other lifestyles factors such as body mass index… our study has some weaknesses that should be considered. We identified ranitidine exposure based on redeemed prescriptions and we do not know whether the patients actually took these drugs…Another concern is the fact that ranitidine was sold over the counter and users of other H2-blockers or PPIs may have used ranitidine without our knowledge. We identified exposure in a time period with more than 50% of the ranitidine doses sold on prescription."

## The importance of considering other sources of NDMA and risk for cancer.

> Witte quote: "That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself. This is because the exposure of concern is ranitidine, which includes any consequential or incidental exposure to NDMA from ingestion of the drug. Looking at NDMA alone does not account for the real-world net effects of NDMA in ranitidine, nor does looking at NDMA alone reflect the actual doses or patterns of use of exposure to NDMA through ranitidine use by actual patients in real world settings. Extrapolating from NDMA studies requires speculation, whereas studying ranitidine reflects the effects, if any, of the actual question here – NDMA in ranitidine. Moreover, ranitidine can be directly queried from study participants or pharmacy records. Thus, in accord with the larger scientific community, I too focus predominantly here on studies of ranitidine use and cancer as the proper methodology for testing any relationship between NDMA in ranitidine and cancer."

> Chan quote: "NDMA is the compound that Plaintiffs allege contaminates ranitidine and mediates the association of ranitidine with cancer outcomes. This body of literature is even further removed, in terms of relevance, from the operative question of whether ranitidine specifically causes any cancer type. As Adami and colleagues …noted in 2021, "analyses of cancer risk following ranitidine use per se – rather than studies based on debatable estimates of NDMA exposure – are more informative about possibly increased cancer risk from use of this drug."…The body of literature on dietary and



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

occupational NDMA is particularly susceptible to bias and confounding; this fact, along with the lack of consistent, replicated associations, precludes the conclusion that human exposure to NDMA causes any of the five cancer types alleged."

**Response**: Dr. Witte and the other defense epidemiology experts fail to explain why NDMA exposures from other sources should not be considered as part of a totality of evidence review. Totality of evidence is the accepted method for causal assessments. They do not cite to any evidence that NDMA in these different exposure sources would be different from NDMA in ranitidine, particularly where the amount of NDMA exposure in these other sources is comparable to the amount of NDMA exposure from ranitidine. Indeed, animal models of NDMA carcinogenesis primarily rely on oral administration (diet or drinking water) of NDMA ('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds' 1978).

Not only is it reasonable to examine dietary and occupational NDMA exposure in relation to cancer risk, a review would be incomplete without them. IARC relies heavily on occupational exposure studies in evaluating carcinogens. IARC's evaluation of arsenic and asbestos risks for cancer, for example, included occupations, food, and water, as well as other exposures.(Straif et al. 2009) IARC scientists state that: The recognition of occupational carcinogens is important for primary prevention, compensation and surveillance of exposed workers, as well as identifying causes of cancer in the general population.(Loomis et al. 2018)

Dr. Chan's assertion that "NDMA is the compound that Plaintiffs allege contaminates ranitidine" misses the point that the FDA, other health and scientific agencies and institutions, and scientific studies have concluded that NDMA contaminates ranitidine, as I wrote and substantiated in my report.

In deciding to withdraw ranitidine from the market due to contamination with the carcinogen NDMA (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market accessed 3/24/22), the FDA used information from agencies that had reviewed animal experiments and other laboratory studies in which NDMA was applied in one of several ways: oral, topical, injection, inhalation.('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds' 1978; 'Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42' 1987)



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

There are other examples of assessing contaminants of pharmaceuticals or cosmetics as well as the products themselves in determining causality in linking an exposure to risk for a specific cancer. For example, asbestos has been classified as “carcinogenic to humans” by IARC, including cancers of the ovary, mesothelium, lung, and larynx.(Marant Micallef et al. 2018) Furthermore, talc contaminated with asbestos has also been classified by IARC as carcinogenic to humans).(Camargo et al. 2011; Straif et al. 2009)

Dr. Witte’s statement that “studying ranitidine reflects the effects, if any, of the actual question here – NDMA in ranitidine. Moreover, ranitidine can be directly queried from study participants or pharmacy records,” and Dr. Chan’s statement that “studies based on debatable estimates of NDMA exposure” miss the point that patients who have used ranitidine cannot estimate the amount of NDMA contained in the ranitidine they ingested.

> Vaezi: “Recall bias may occur in case-control studies relying on self-report in which patients with the disease (cases) recall past exposures differently than those without the disease (controls). For example, in an attempt to understand what caused their cancer, a cancer patient may remember their past exposures more accurately and comprehensively than a healthy control patient without cancer. This type of bias is an important limitation of many case-control studies of patients with cancer as it can falsely create the appearance of an increased risk. The majority of studies assessing dietary exposure in patients with cancer suffer from this important bias.”

**Response:** Dr. Vaezi is correct that the ranitidine studies should be considered, but his point is that these studies are the only relevant evidence, which is not an accepted or reliable methodology. Dr. Vaezi and the other defense experts that follow this approach do not provide any support for this approach. Dr. Vaezi also provides no evidence to support his statement that ‘the majority of studies assessing dietary exposure in patients with cancer suffer from this important bias.’

Several of the defense expert witnesses cite reports from the World Cancer Research Fund meta-analyses and systematic reviews on diet and cancer, misstating the findings of that organization with regard to associations of eating processed meats with risk for various cancers. I was a member of the advisory panel that reviewed the meta-analyses of epidemiologic studies on diet, physical activity, adiposity and cancer risk and survival, from 2010 to 2021. In his report, Dr. Chan cites that panel as “This authoritative, independent expert panel”.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

As a panel member, I read results of analyses, participated in panel reviews of findings, and suggested summary classifications. A systematic review and meta-analysis was performed, conclusions drawn, and a report developed for individual cancers, with individual reports for specific cancers published between 2012-2018. These reports were compiled into a report in 2018, but the systematic reviews and meta-analyses were not updated for that compilation. The grading system for evidence was modified from Bradford Hill to be more specific to nutritional epidemiology studies. It should be noted that a grade of “limited suggestive positive association” does not mean no association. As shown in the table below, the relative risks (and 95% confidence intervals) for esophagus, stomach, and pancreas were 1.34 (1.0-1.81), 1.18 (1.01-1.38), and 1.17 (1.01-1.34), respectively, per 50 gram per day intake. In comparison, the relative risk for colorectal cancer was lower at 1.16 (1.08-1.26). However, the grade assigned stated “increased risk” for esophagus, stomach, and pancreas. The numbers of studies included in the meta-analyses for esophagus, stomach, and pancreas were lower, which is why a lower grade was assigned.

For the cancers of focus in my report (bladder, esophagus, liver, pancreas, stomach), the dates of systematic review/meta-analyses compilations on processed meats were, respectively, 2015, 2016, 2015, 2012, and 2016, and do not represent the current, 2022, state of evidence. WCRF made no conclusions on bladder cancer (8 studies, relative risk 1.06, 95% CI 0.92-1.04) and for liver cancer (3 studies, relative risk 0.86, 95% CI 0.61-1.22). (https://www.wcrf.org/diet-and-cancer/cancer-types/ accessed 3/25/22).

In my expert report, I reviewed epidemiologic studies in which studies estimated NDMA intake, of which processed meats provided a large proportion of NDMA exposure. However, I did not rely solely on processed meats data, but rather on the studies with NDMA exposure data.

## Selective weighing of results (cherry picking)

> Dr. Witte states: “Dr. McTiernan selectively weighted and reported findings in support of their narrative, while excluding other non-supportive details and results. This “cherry picking” of data is not proper scientific methodology and does not produce reliable results. For example, when considering putative dose-effects, Dr. McTiernan only reports results when RR>1.05, which gives an incomplete view of the findings. In particular, Dr. McTiernan states “In this review, I abstracted information on dose of NDMA presented in individual studies for studies that found relative risks of 1.05 or greater (indicating a 5% increased risk or greater with a given dose of NDMA[)].” (P 292). This results in a biased view of the findings.”

**Response**: Dr. Witte's misrepresents my methodology. This statement of mine, which he selectively chose from the section entitled "Minimal Dose of NDMA in other Sources that Can Cause Cancer" suggests that I did not consider studies with other relative risks in my report. That is false. A review of the report, including Table 7 at the end with relative risks reported verbatim from all reviewed studies, shows that I did not only consider RR > 1.05 when considering dose-response but reported whatever relative risks the study provided in relation to dose-response, if there was such an effect. If no dose-response effect was seen in a study, I reported that fact. The issue I dealt with in this section that Dr. Witte mistakenly refers to as dose-response, rather, is what minimal dose of NDMA can cause cancer. Note that Dr. Witte has recently published a study (Costello et al. 2022) in which he reports that "Residence in a census tract with a mean $PM_{2.5}$ in the top quartile compared with the lowest quartile was associated with the highest observed risk of preterm birth (aRR 1.04, 95% CI 1.04, 1.05)" showing that he supports consideration of even smaller relative risks than 1.05 as important.

My methodology in reviewing the totality of evidence on ranitidine, NDMA, and cancer risk aligns with the methodology of IARC when they review scientific evidence for determining risk, prevention, and carcinogenicity. I am very familiar with IARC's methods, because I served as Chair on Mechanisms for the Working Group for International Agency for Research on Cancer Handbook of Cancer Prevention: Volume 6 – Weight control and physical activity, 2000 – 2001.(Vainio, Kaaks, and Bianchini 2002) In developing our handbook, we reviewed the totality of epidemiologic studies at that time on obesity, weight change, and physical activity and risk for specific cancers. We also reviewed the animal experimental science, and the mechanistic science from human intervention studies.

IARC describes their process: "IARC's process for developing *Monographs*, which has evolved over several decades, involves the engagement of international, interdisciplinary Working Groups of expert scientists, the transparent synthesis of different streams of evidence (exposure characterization, cancer in humans, cancer in experimental animals, and mechanisms of carcinogenesis), and the integration of these streams of evidence into an overall evaluation and classification according to criteria developed and refined by IARC. Since the *Monographs* programme was established, the understanding of carcinogenesis has greatly deepened. Scientific advances are incorporated into the evaluation methodology. In particular, strong mechanistic evidence has had an increasing role in the overall evaluations since 1991." (Samet



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

et al. 2020) (https://monographs.iarc.who.int/wp content/uploads/2019/07/Preamble-2019.pdf accessed 3/25/22)

IARC's stated objective in drafting the 2019 update to IARC's preamble was to ensure that "future conclusions of IARC Monographs" 'better reflect the totality of the weight of the scientific evidence: (https://monographs.iarc.who.int/wp-content/uploads/2019/09/Preamble-AG-Report_final-web.pdf accessed 3/25/22) The updates were intended to give more weight to "mechanistic evidence" among the totality of the scientific evidence.

In 2015, a group of scientists from various disciplines relevant to the identification and hazard evaluation of human carcinogens stated that "…overstated results are unlikely to exert much of an influence in a Monograph"… "because IARC evaluations are based on the totality of the evidence."(Pearce et al. 2015) They further stated that "*Consideration of the totality of the evidence*. IARC Working Groups make every effort to provide full and transparent documentation of what evidence was assembled, how it was evaluated, and which papers were most important for the hazard evaluation. Consequently, the monographs are often quite lengthy, containing many evidence tables [see, for example, the recent monograph on trichloroethylene (IARC 2014c)]. Evaluations involve consideration of all of the known relevant evidence from epidemiologic, animal, pharmacokinetic/mechanistic, and exposure studies to assess cancer hazard in humans. Information on human exposure is not formally graded as part of the overall assessment of carcinogenic hazard; however, these data make a critical contribution to the process by characterizing the timing, duration, and levels of exposure in the population, and in evaluating the quality of the exposure assessment in epidemiologic studies."

> Dr. Witte states: "Below are a few specific examples of Dr. McTiernan's selective reporting:_Incorrectly combined a crude (unadjusted) result for one dose (from supplemental table) and_adjusted results for a higher dose from another table. (P. 289) (Adami et al.)."

**Response**: Dr. Witte's quote is not specific regarding which cancer or which result is being referred to. Table 5 (p. 289) describes results from the various ranitidine studies on "dose" of ranitidine that can cause cancer. There was no "supplemental table" in my report.

> Witte quote: "Selectively reported one finding "[e]sophageal RR 3.0 at DDD ≤ 150 mg" (P.288) but ignored the fact that RR<1 for higher daily doses (Tan et al.14) …. Dr. McTiernan also subjectively weighted the results with RR>1 to be more important than



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

> results with RR<1. Regarding Yoon et al. she states, "[b]ecause of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0." (P. 145, 149)…By down weighting results close to the null of RR=1,… Dr. McTiernan give a skewed view of the findings and incorrectly conclude that studies focused on ranitidine provide little or no information regarding the potential association between ranitidine and cancer….In another example of selective weighting, Dr. McTiernan… give high weight to the papers by the Cardwell group, specifically praising their methodology. Dr. McTiernan states, "[b]ecause of the strong methodology in these Scottish studies, I found these studies to be most informative of the ranitidine studies" (P. 147)….Yet despite praising Cardwell's design, …Dr. McTiernan… selectively excluded from their analyses Cardwell's active comparator results showing no valid association and relying only on the non-user comparisons. By selectively embracing some but not all of Cardwell's findings, Dr. Dr. McTiernan ignore Cardwell's own observation that "there was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists."

**Response**: Cardwell et al. described the analyses of ranitidine use vs active comparator use as sensitivity analyses, which Dr. Witte neglects to mention, showing how he has "cherry picked" from these publications. In epidemiologic studies, sensitivity analyses are secondary analyses, and are not reported as main results. Cardwell et al. state: "**Sensitivity analyses.** Various additional analyses were conducted, including 2 active comparator analyses. The first compared ranitidine users with nonusers of ranitidine who used other histamine-2 receptor agonists to investigate the specificity of any association to ranitidine. The second compared ranitidine users with nonusers of ranitidine who used PPIs to attempt to reduce confounding by indication as previously suggested." (Cardwell et al. 2021) In my report, I focused on studies main results, except in cases where the main results were clearly flawed.

> Witte: "… Dr. McTiernan essentially disqualify and ignore results from the active comparator analyses…argue that active comparator studies give incorrect null results (RR ~ 1.0) because users of the other (non-ranitidine) H2RAs or PPIs have an increased risk of cancer. But this argument is specious. As shown, H2RAs are the most appropriate active comparator. Any alleged baseline risk attributable to H2RAs or H2RA users as a class would be the same in both active comparator groups. The Plaintiffs' theory here is that ranitidine is uniquely causal of cancer due to a specific NDMA-mediated mechanism. Thus, active comparator studies would hold constant any baseline risk purported by Plaintiffs and isolate the effect of ranitidine, if any. And those studies have shown no effect of NDMA in ranitidine. Moreover, there is no reliable evidence that Plaintiffs' assumption is even true that other H2RAs cause cancer. Instead, like ranitidine, other H2RAs are used to treat indications for cancer, which may arise from known cancer risk factors (e.g., smoking), resulting in potentially invalid RR>1 that reflect confounding. Controlling for such potential biases is extremely challenging without an active comparator design. Therefore, many of the most recent studies of ranitidine and cancer have used an active comparator design. Instead of assuming that the active comparator studies give biased results, an alternative explanation is that the non-active comparator studies give biased results due to unmeasured and uncontrolled



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

> confounding. This is reflected in the choice by the larger scientific community to endorse active comparators in the published ranitidine literature. None have endorsed Plaintiffs' experts concerns stated here."

**Response**: Dr. Witte appears to be saying that active comparator studies are better as a class. This misrepresents my report, in which I evaluated each study and weighed the strengths and weaknesses. I did not dismiss active comparator studies per se, but rather evaluated all aspects including those elements recommended by the FDA for pharmacoepidemiology of drug safety. By and large, the active comparator studies relied upon by Dr. Witte and the other experts hired by the defense have serious flaws which render their results unreliable. For example, the studies that used the Explorys database (Kim, Wang, et al. 2021; Mohy-ud-din 2020) did not account for the fact that it is an aggregate database without individual level data, and without validation of key elements including cancer outcomes. The Norgaard study did not have information on smoking, which is a risk factor for bladder cancer and can influence use of acid-reducing drugs, and therefore could have been a confounder or effect modifier. There are many more examples as detailed in my original report. Surely one could design a very good active comparator study. The studies relied on by Witte and others are not high quality, and their flaws minimize their weight in an overall systematic review.

Dr. Witte's statement mischaracterizes the state of science on ranitidine and cancer, and my report, in several ways: 1) As I have shown in my report and this rebuttal, there are serious issues with all of the active comparators chosen, and they all fail against the FDA recommendations on active comparators. There are different time trends of drug use across the H2RAs and PPIs, the availability of over-the-counter versions varied resulting in misclassification of use/nonuse, there are differences across medical system formularies for availability of these drugs which can confound by socioeconomic status, disease status, and disease severity; 2) Dr. Witte misstates where he states that I argued "users of the other (non-ranitidine) H2RAs…have an increased risk of cancer". In my report, I state "A similar issue is whether patients in either cohort had used proton pump inhibitors at any time. These medications, commonly prescribed for patients with the same conditions as for patients who have used H2 blockers, have been linked to increased risk for several cancers, and should have been adjusted for in analyses.(Abrahami et al. 2021; Seo et al. 2021; Zeng et al. 2021); 3) Dr. Witte ignores the much larger bias issues in these electronic medical record/pharmaceutical databases on missing data and misclassification of data, thereby also disregarding the FDA guidance on care to be used with these databases that were developed and maintained for



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

insurance billing and clinical recording rather than for research; 4) the statement on "choice by the larger scientific community to endorse active comparators in the published ranitidine literature" is nonspecific and not substantiated; 5) in this rebuttal and in my report I have pointed out the many study limitations listed by individual studies' own authors, as well as in articles by scientists who specialize in pharmacoepidemiology.(Pottegård et al. 2018).

> Witte: Dr. McTiernan's report is that the results presented in observational ranitidine studies underestimate the potential association. They focus on explaining why measurement error leads to results that are biased toward the null of no association (RR=1), with a limited consideration of the magnitude of potential bias away from the null (RR>1) due to confounding or misclassification…. . McTiernan argues that positive confounders could bias the association either toward or away from the null: "the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction[.]" (P. 184). This is methodologically incorrect regarding the potential confounding under consideration. If the putative association is positive, and the confounder is positively associated with the exposure and outcome, then failing to account for the potential confounder will result in an increased association (i.e., biased away from the null value). For example, smoking is associated with ranitidine use and is also a primary risk factor for bladder cancer. Incomplete control for confounding by smoking will result in estimated RRs that are further from the null (RR=1) than the true value. Thus, the estimated RRs may be >1 simply due to confounding by smoking. This is especially relevant considering the large RR between smoking and bladder cancer.

**Response**: This statement is false. Confounding can bias a relative risk either toward or away from the null value. Dr. Witte's quote from me of: "that could be related both to cancer risk and to use of ranitidine" does not specify whether relationships are positive or negative. His argument is also overly simplified, and does not take into account complicated relationships among variables. Finally, the potential for confounding factors to bias either toward or away from the null value is well accepted by epidemiologists.(Choi et al. 2008; McNamee 2003)

An additional issue that Dr. Witte and the other defense experts do not address is the applicability of study results from other countries to the U.S. population, medical system, prescribing practices, and patient adherence to medications. Note that 5 of the 6 active comparator studies were from countries other than the U.S.. Adami and Norgaard used medical records and registries of the Danish population; Iwagami used an insurance claims database from Japan; Kantor used a prospective cohort study of the U.K., Yoon used a health insurance claims database from South Korea. Only the Kim study included patients from the U.S., although the information provided on the sources of patient database was vague.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

This is an issue that the FDA addressed in the document Dr. Witte and other defense experts cite (https://www.fda.gov/media/79922/download accessed 3/13/2022):

- "There are differences in the practice of medicine across the world, some of which are particular to the healthcare system. Certain differences affect whether a non-U.S. data source can be used to address specific drug safety hypotheses in a way that is relevant to the U.S. population. Various factors in non-U.S. healthcare systems, such as medication tiering (e.g., first-line, second-line) and patient coverage selection, influence the degree to which patients on a given therapy in other countries might differ in disease severity from patients on the same therapy in the United States.

- For studies that propose the use of a data source from a country other than the United States, the investigator should provide:
    - The rationale for selecting the particular data source(s) to address the specific hypotheses;
    - Background information about the healthcare system, including method(s) of diagnosis and preferred patterns of treatment for the disease(s) of interest, and the degree to which such information is collected in the proposed data sources;
    - A description of prescribing and utilization practices, including approved indications, formulations, and doses for non-U.S. settings;
    - Information on the market availability of the treatment(s) of interest; and
    - An explanation of how all these factors might affect the generalizability of the study results to the U.S. population."

## Assuming bias toward the null

Witte: "Dr. McTiernan speculate that there is so much misclassification of ranitidine use (single point in time, cross-over of drug use, etc.) that these studies provide no information. Dr. McTiernan do not support this claim by assessing how severe the potential misclassification might be or what specific impact it would have on the results. This concern with misclassification also exists for the diet and occupational epidemiology studies extensively cited by the Plaintiffs' experts... Dr. McTiernan note that errors in the measurement of ranitidine use will always bias the estimated RR toward the null. While this is generally the case for non-differential measurement error, there are several scenarios whereby non-differential misclassification can result in bias away from the null (e.g., when considering more than two exposure categories as in dose-response or dietary studies). Moreover, the potential impact of any such misclassification may be



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

reduced by using an active comparator study because of similarities in measurement between the comparators (i.e., ranitidine and other H2RAs). As noted by Adami et al.while "over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs . . . [t]he potential direction of bias in HR estimates is unclear, but the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs, since all major H2RBs were similarly impacted by over-the-counter use over time."

**Response**: Dr. Witte agrees with my summary of effects of misclassification of ranitidine use: "…errors in the measurement of ranitidine use will always bias the estimated RR toward the null… this is generally the case for non-differential measurement error…"

Furthermore, Dr. Witte ignores the differential in misclassification of ranitidine compared with the active comparator drugs. For example, Adami et al provide data to answer this for the Denmark studies, showing that ranitidine was available over-the-counter for many years before PPIs were available over-the-counter. Any comparison during those intervening years between ranitidine use and PPI use in risk for cancer will be clouded by higher misclassification in ranitidine use than in PPI use, resulting in biasing comparison of ranitidine vs PPI use to the null. Since ranitidine was available over-the-counter earlier than PPIs in many countries including the U.S., this bias will be present throughout the studies that used PPIs as active comparators. There was also differential in over-the-counter availability of ranitidine vs other H2RAs that would also result in misclassification and biasing the results to the null value.

The FDA document that Dr. Witte and other defense experts cite weighs in on the need to identify missing information in studies, including missing outcomes through patient attrition, missing and misclassifying exposure and outcome data, and missing confounding variable data:

- "Missing outcome data:
    - Investigators should include a description of the continuity of coverage (see section IV.B) for patients included in the data source, and specify how all relevant exposures and outcomes will be captured during the study period. It is important for investigators to ensure that the data source(s) contain a sufficient number of patients or patient follow-up time to ascertain outcomes of interest based on the hypothesized exposure risk window. Investigators should provide information about the churn rate [attrition], as it may indicate whether the selected data source(s) are appropriate for ascertaining long latency safety outcomes.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

  - Investigators using administrative claims data sources should address continuity of coverage (enrollment and disenrollment), particularly for claims data sources in the United States, because patients often enroll and disenroll in different health plans in relation to changes in employment or other life circumstances (Strom 2005). The validity of the findings of a study using these data depends in part on ensuring that the migration of patients in and out of the electronic healthcare data sources can be documented.

  - It is important for investigators to address comprehensiveness and continuity of coverage when employing EMR data sources, as the entire continuum of the patient's care might not be available in a single EMR system. For example, patients receiving treatment from multiple physicians, offices, or hospitals might have their course of care captured in several different EMR data sources. In addition, patients in the United States do not typically enroll in physician practices, but rather see physicians as needed or as their insurance coverage allows. Therefore, investigators using an EMR data source should describe the steps taken to ensure complete capture of patient care over time to facilitate the likelihood that all exposures and safety outcomes of interest will be captured. Furthermore, primary care-based EMR networks in the United States may not capture hospitalizations or visits to specialists. If these are events of interest, investigators should specify how these events will be captured.

- Misclassifying exposures (ranitidine use):
  - In general, over-the-counter (OTC) medications and dietary supplements are not captured systematically in electronic healthcare data because they are not prescribed by physicians and their costs are not always reimbursable under insurance plans. If these exposures are particularly relevant to the study question, then investigators should describe how they will address this information gap.

  - There are differences in the practice of medicine across the world, some of which are particular to the healthcare system. Certain differences affect whether a non-U.S. data source can be used to address specific drug safety hypotheses in a



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

way that is relevant to the U.S. population. Various factors in non-U.S. healthcare systems, such as medication tiering (e.g., first-line, second-line) and patient coverage selection, influence the degree to which patients on a given therapy in other countries might differ in disease severity from patients on the same therapy in the United States.

- Investigators should fully understand the quality assurance (QA) and quality control (QC) procedures used by the data holders and how these procedures could have an effect on the integrity of the data and the overall validity of the study. FDA recommends that investigators address the following topics:
  - The general procedures used by the data holders to ensure completeness, consistency, and accuracy of data collection and management;
  - The frequency and type of any data error corrections or changes in data adjudication policies implemented by the data holders during the relevant period of data collection;
  - A description of any peer-reviewed publications examining data quality and/or validity, including the relationships of the investigators with the data source(s);
  - Any updates and changes in coding practices (e.g., ICD codes) across the study period that are relevant to the outcomes of interest;
  - Any changes in key data elements during the study time frame and their potential effect on the study; and
  - A report on the extent of missing data over time (i.e., the percentage of data not available for a particular variable of interest) and a discussion on the procedures (e.g., exclusion, imputation) employed to handle this issue. Investigators should also address the implications of the extent of missing data on study findings and the missing data methods used.

- Investigators should bear in mind that patients may have entered the electronic healthcare data system already using the drug of interest; therefore, look back periods should be defined to ensure that such patients are not incorrectly classified as new users.
- When investigators use an insurance-based data source, it is important for them to address lack of capture of prescriptions not associated with insurance claims if these drugs are relevant exposures for the study. Uncaptured prescriptions might include low-



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

cost generics and drugs obtained through programs at a standardized discount price; samples provided by pharmaceutical companies and dispensed by healthcare providers; and drugs sold through the Internet. In addition, OTC medications and dietary supplements are not generally captured in insurance-based data sources. Study investigators should address the presence and extent of incomplete exposure ascertainment and its effect on study validity.

- Although electronic healthcare data capture drugs that are either prescribed for or dispensed to patients, they do not capture patients' actual drug exposure because this depends on patients' adherence to the prescribed therapy.
- In most EMR data, information on exposure is generally limited to products prescribed by healthcare providers. In the absence of a linkage between prescribing and dispensing systems, it cannot be assumed that the patient actually filled the prescription and thus the investigator cannot assume the patient is exposed. It is important for investigators to describe their approaches to ensure the validity of EMR prescribing information before using it to define patient drug exposures.
- Because administrative claims data are not collected for investigative purposes, but rather for patient care or reimbursement purposes, investigators should ensure that the selected medical outcomes of interest are validated (Lanes 2006). Specifically, outcome validation involves establishing a clinically appropriate outcome definition and determining the positive predictive value of that definition. Although validation can be performed using different techniques, the determination of the positive predictive value of a code-based (e.g., ICD) operational outcome definition often involves selecting all or a sample of cases with the codes of interest from the data source and conducting a review of their primary medical data (generally medical charts) to determine whether or not each patient actually experienced the coded event.
- If the outcome has previously been validated, the investigator should cite the specific literature references. The validated algorithm should be described in detail, including the population and database in which the validation was performed, its performance characteristics, and the time frame during which the validation was performed. For studies lacking prior outcome validation, the investigator should provide appropriate justification of the outcome definition used.
- It is important to consider the often arbitrary ranking of coded primary and secondary hospital discharge diagnoses, and the associated limitations of these categories when selecting which diagnoses to choose as outcomes (e.g., the order of discharge



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

diagnoses may not correspond to their medical importance). ICD codes in claims data are generally considered more reliable for inpatient outcomes than for outpatient outcomes, where "upcoding" and "downcoding" practices are commonly used to maximize reimbursement (Strom 2005)."

## Reliance on diet and occupational studies

Witte quote: "In assessing the potential association between ranitidine and the five cancers, … Dr. McTiernan's reports rely heavily on observational studies of potential diet and occupational exposures to NDMA. These studies have substantial limitations, give mixed results, and do not inform the question at hand about ranitidine and the cancers of interest. When evaluating potential associations, scientists and agencies (e.g., IARC) do not undertake this sort of extrapolation from one exposure to another. In fact, the totality of the observational studies undertaken following detection of NDMA in ranitidine have focused directly on use of ranitidine. That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself."

**Response**: Dr. Witte's statement that IARC does not extrapolate one exposure to another is false. For example, IARC has stated that talc containing asbestos is carcinogenic to humans (group 1) based on IARC's classification of asbestos as a human carcinogen (group 1) coupled with information that talc is often contaminated with asbestos.
https://inchem.org/documents/iarc/suppl7/talc.html (accessed 3/20/2022)

## Reliance on McGwinn and Braunstein

Witte quote: "Dr. Moorman and Dr. McTiernan include in their analyses results from two studies with fatal methodological flaws. The first is a recent paper by McGwin investigating reported adverse events among users of ranitidine and other H2RAs or PPIs using data from the FDA Adverse Events Reporting System (FAERS). The second is an unpublished pre-print by Braunstein et al.,93 which presents results from a cross-sectional comparison of the prevalence of ranitidine use versus other H2RA or PPI use at diagnosis among cancer cases. The flaws in these studies may incorrectly suggest invalid RR>1 for the association between ranitidine and cancers."

**Response**: Dr. Witte erroneously states that I included the Braunstein article on cancer cases in my report. I did not discuss or reference the Braunstein article that Dr. Witte refers to here. The only Braunstein article I include is the randomized trial testing effects of ranitidine administration (Braunstein et al. 2021) in the following paragraph: "I have been advised that there will be evidence at trial that ranitidine also forms NDMA under physiological gastric conditions over and above the amount in the original tablet. There have been published studies addressing this issue. For example, in one study a 300 milligram tablet of ranitidine produced extremely high



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

levels of NDMA.(Braunstein et al. 2021) However, other studies, for example (Gao et al. 2021; Florian et al. 2021) have provided conflicting results. I have been asked to assume this issue will be addressed by others at trial. My opinions in this case are not dependent on NDMA formation endogenously, but to the extent that does occur, it would strengthen my causation opinions."

I included the McGwinn study because it presented data from the FDA reporting database that the FDA uses to identify potential adverse effects of drugs (https://www.fda.gov/drugs/questions-and-answers-fdas-adverse-event-reporting-system-faers/fda-adverse-event-reporting-system-faers-public-dashboard accessed 3/25/22). I listed many weaknesses of this study as repeated below, and did not discuss this study in my causal analysis description: "The reports of adverse events are self-propelled (or physician propelled); the consumer (or physician) decision to report likely varies by demographic, health, or other variables that are not accounted for in the FAERS database. The reports of cancers do not account for all possible cancers caused by ranitidine, and therefore there could be underreporting bias. (Of note, the authors state that the majority of reports were submitted prior to media reports of NDMA-contaminated ranitidine drugs, and cite research that such notoriety bias does not lead to over-reporting in the FAERS and has minimal impact on measures of association. (Neha et al. 2021) Users of ranitidine or other drugs could have previously used other drugs in the class, thereby diluting differences between ranitidine and the group of other medications. Since the numbers of persons using ranitidine and the comparator medications was not available, incidence rates could not be calculated. However, the statistics used—proportional reporting ratios—are widely used in pharmacoepidemiology according to the author.(McGwin 2020) The proportional reporting ratios were not adjusted for potential confounders. There was no dose-response analysis. Finally, only gastrointestinal cancers were included. While this study does not provide data on incidence of cancers in ranitidine users and nonusers, its signals support the epidemiologic data that show positive associations between use of ranitidine and risk for several cancers as discussed later in this report."



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Abrahami, D., E. G. McDonald, M. E. Schnitzer, A. N. Barkun, S. Suissa, and L. Azoulay. 2021. 'Proton pump inhibitors and risk of gastric cancer: population-based cohort study', *Gut*.

Acheampong, T., E. J. Lee Argov, M. B. Terry, C. B. Rodriguez, M. Agovino, Y. Wei, S. Alithat, and P. Tehranifar. 2022. 'Current regular aspirin use and mammographic breast density: a cross-sectional analysis considering concurrent statin and metformin use', *Cancer Causes Control*, 33: 363-71.

Adami, H. O., I. Trolle Andersen, U. Heide-Jørgensen, E. T. Chang, M. Nørgaard, and H. Toft Sorensen. 2021. 'Ranitidine Use and Risk of Upper Gastrointestinal Cancers', *Cancer Epidemiol Biomarkers Prev*.

Agrawal, N. M., D. R. Campbell, M. A. Safdi, N. L. Lukasik, B. Huang, and M. M. Haber. 2000. 'Superiority of lansoprazole vs ranitidine in healing nonsteroidal anti-inflammatory drug-associated gastric ulcers: results of a double-blind, randomized, multicenter study. NSAID-Associated Gastric Ulcer Study Group', *Arch Intern Med*, 160: 1455-61.

Amrhein, V., S. Greenland, and B. McShane. 2019. 'Scientists rise up against statistical significance', *Nature*, 567: 305-07.

Babic, A., X. Zhang, V. Morales-Oyarvide, C. Yuan, N. Khalaf, H. Khalili, P. Lochhead, A. T. Chan, S. Ogino, B. M. Wolpin, K. Wu, C. S. Fuchs, E. L. Giovannucci, M. J. Stampfer, and K. Ng. 2020. 'Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies', *Br J Cancer*, 123: 844-51.

Braunstein, L. Z., E. D. Kantor, K. O'Connell, A. J. Hudspeth, Q. Wu, N. Zenzola, and D. Y. Light. 2021. 'Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions', *JAMA Netw Open*, 4: e2034766.

Camargo, M. C., L. T. Stayner, K. Straif, M. Reina, U. Al-Alem, P. A. Demers, and P. J. Landrigan. 2011. 'Occupational exposure to asbestos and ovarian cancer: a meta-analysis', *Environ Health Perspect*, 119: 1211-7.

Cardwell, C. R., R. D. McDowell, C. M. Hughes, B. Hicks, and P. Murchie. 2021. 'Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study', *Am J Gastroenterol*.

Celentano, D., Szklo, M., & Gordis, Leon. . 2019. *Gordis epidemiology (6th ed.).* (Elsevier: Philadelphia, PA).

Cheng, I., J. S. Witte, S. J. Jacobsen, R. Haque, V. P. Quinn, C. P. Quesenberry, B. J. Caan, and S. K. Van Den Eeden. 2010. 'Prostatitis, sexually transmitted diseases, and prostate cancer: the California Men's Health Study', *PLoS One*, 5: e8736.

Choi, A. L., S. Cordier, P. Weihe, and P. Grandjean. 2008. 'Negative confounding in the evaluation of toxicity: the case of methylmercury in fish and seafood', *Crit Rev Toxicol*, 38: 877-93.

Costello, J. M., M. A. Steurer, R. J. Baer, J. S. Witte, and L. L. Jelliffe-Pawlowski. 2022. 'Residential particulate matter, proximity to major roads, traffic density and traffic volume as risk factors for preterm birth in California', *Paediatr Perinat Epidemiol*, 36: 70-79.

Fass, R., G. E. Boeckxstaens, H. El-Serag, R. Rosen, D. Sifrim, and M. F. Vaezi. 2021. 'Gastro-oesophageal reflux disease', *Nat Rev Dis Primers*, 7: 55.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Feskanich, D., C. Bain, A. T. Chan, N. Pandeya, F. E. Speizer, and G. A. Colditz. 2007. 'Aspirin and lung cancer risk in a cohort study of women: dosage, duration and latency', *Br J Cancer*, 97: 1295-9.

Florian, Jeffry, Murali K. Matta, Ryan DePalma, Victoria Gershuny, Vikram Patel, Cheng-Hui Hsiao, Robbert Zusterzeel, Rodney Rouse, Kristin Prentice, Colleen Gosa Nalepinski, Insook Kim, Sojeong Yi, Liang Zhao, Miyoung Yoon, Susan Selaya, David Keire, Joyce Korvick, and David G. Strauss. 2021. 'Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial', *JAMA*.

Gao, Zongming, Michael Karfunkle, Wei Ye, Tim Andres Marzan, Jingyue Yang, Timothy Lex, Cynthia Sommers, Jason D. Rodriguez, Xiaomei Han, Jeffry Florian, David G. Strauss, and David A. Keire. 2021. 'In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions', *JAMA Network Open*, 4: e2118253-e53.

Gianfrancesco, M. A., and N. D. Goldstein. 2021. 'A narrative review on the validity of electronic health record-based research in epidemiology', *BMC Med Res Methodol*, 21: 234.

Greenland, S., S. J. Senn, K. J. Rothman, J. B. Carlin, C. Poole, S. N. Goodman, and D. G. Altman. 2016. 'Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations', *Eur J Epidemiol*, 31: 337-50.

Haastrup, P. F., M. S. Paulsen, R. D. Christensen, J. Søndergaard, J. M. Hansen, and D. E. Jarbøl. 2016. 'Medical and non-medical predictors of initiating long-term use of proton pump inhibitors: a nationwide cohort study of first-time users during a 10-year period', *Aliment Pharmacol Ther*, 44: 78-87.

Habel, L. A., T. R. Levin, and G. D. Friedman. 2000. 'Cimetidine use and risk of breast, prostate, and other cancers', *Pharmacoepidemiol Drug Saf*, 9: 149-55.

'IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds'. 1978. *IARC Monogr Eval Carcinog Risk Chem Man*, 17: 1-349.

Iwagami, M., R. Kumazawa, Y. Miyamoto, Y. Ito, M. Ishimaru, K. Morita, S. Hamada, N. Tamiya, and H. Yasunaga. 2021. 'Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018', *Drug Saf*, 44: 361-71.

Kachuri, L., S. Jeon, A. T. DeWan, C. Metayer, X. Ma, J. S. Witte, C. W. K. Chiang, J. L. Wiemels, and A. J. de Smith. 2021. 'Genetic determinants of blood-cell traits influence susceptibility to childhood acute lymphoblastic leukemia', *Am J Hum Genet*, 108: 1823-35.

Kachuri, L., M. Johansson, S. R. Rashkin, R. E. Graff, Y. Bossé, V. Manem, N. E. Caporaso, M. T. Landi, D. C. Christiani, P. Vineis, G. Liu, G. Scelo, D. Zaridze, S. S. Shete, D. Albanes, M. C. Aldrich, A. Tardón, G. Rennert, C. Chen, G. E. Goodman, J. A. Doherty, H. Bickeböller, J. K. Field, M. P. Davies, M. Dawn Teare, L. A. Kiemeney, S. E. Bojesen, A. Haugen, S. Zienolddiny, S. Lam, L. Le Marchand, I. Cheng, M. B. Schabath, E. J. Duell, A. S. Andrew, J. Manjer, P. Lazarus, S. Arnold, J. D. McKay, N. C. Emami, M. T. Warkentin, Y. Brhane, M. Obeidat, R. M. Martin, C. Relton, G. Davey Smith, P. C. Haycock, C. I. Amos, P. Brennan, J. S. Witte, and R. J. Hung. 2020. 'Immune-mediated genetic pathways resulting in pulmonary function impairment increase lung cancer susceptibility', *Nat Commun*, 11: 27.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Kantor, E. D., K. O'Connell, M. Du, R. B. Mendelsohn, P. S. Liang, and L. Z. Braunstein. 2021. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*, 160: 1856-59.e5.

Kappil, M. A., Y. Liao, M. B. Terry, and R. M. Santella. 2016. 'DNA Repair Gene Expression Levels as Indicators of Breast Cancer in the Breast Cancer Family Registry', *Anticancer Res*, 36: 4039-44.

Katz, P. O., L. B. Gerson, and M. F. Vela. 2013. 'Guidelines for the diagnosis and management of gastroesophageal reflux disease', *Am J Gastroenterol*, 108: 308-28; quiz 29.

Kehm, R. D., J. L. Hopper, E. M. John, K. A. Phillips, R. J. MacInnis, G. S. Dite, R. L. Milne, Y. Liao, N. Zeinomar, J. A. Knight, M. C. Southey, L. Vahdat, N. Kornhauser, T. Cigler, W. K. Chung, G. G. Giles, S. A. McLachlan, M. L. Friedlander, P. C. Weideman, G. Glendon, S. Nesci, I. L. Andrulis, S. S. Buys, M. B. Daly, and M. B. Terry. 2019. 'Regular use of aspirin and other non-steroidal anti-inflammatory drugs and breast cancer risk for women at familial or genetic risk: a cohort study', *Breast Cancer Res*, 21: 52.

Kim, S., S. Lee, J. Hong, I. Ko, J. Y. Kim, and D. K. Kim. 2021. 'Effect of Ranitidine Intake on the Risk of Gastric Cancer Development', *Healthcare (Basel)*, 9.

Kim, Y. D., J. Wang, F. Shibli, K. E. Poels, S. J. Ganocy, and R. Fass. 2021. 'No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies', *Aliment Pharmacol Ther*.

Kumar, S., D. S. Goldberg, and D. E. Kaplan. 2021. 'Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori', *Dig Dis Sci*.

Lee Argov, E. J., T. Acheampong, M. B. Terry, C. B. Rodriguez, M. Agovino, Y. Wei, S. Athilat, and P. Tehranifar. 2020. 'Independent and joint cross-sectional associations of statin and metformin use with mammographic breast density', *Breast Cancer Res*, 22: 99.

Lee, F. I., M. Hardman, and M. E. Jaderberg. 1991. 'Maintenance treatment of duodenal ulceration: ranitidine 300 mg at night is better than 150 mg in cigarette smokers', *Gut*, 32: 151-3.

Lee, F. I., P. I. Reed, J. P. Crowe, R. L. McIsaac, and J. R. Wood. 1986. 'Acute treatment of duodenal ulcer: a multicentre study to compare ranitidine 150 mg twice daily with ranitidine 300 mg once at night', *Gut*, 27: 1091-5.

Lei, W. Y., J. H. Wang, C. H. Yi, T. T. Liu, J. S. Hung, M. W. Wong, M. J. Bair, M. F. Vaezi, W. C. Orr, and C. L. Chen. 2021. 'Association between use of proton pump inhibitors and colorectal cancer: A nationwide population-based study', *Clin Res Hepatol Gastroenterol*, 45: 101397.

Liu, P., C. McMenamin Ú, B. T. Johnston, P. Murchie, L. Iversen, A. J. Lee, P. A. J. Vissers, and C. R. Cardwell. 2020. 'Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies', *Br J Cancer*, 123: 307-15.

Loomis, D., N. Guha, A. L. Hall, and K. Straif. 2018. 'Identifying occupational carcinogens: an update from the IARC Monographs', *Occup Environ Med*, 75: 593-603.

Lund, Jennifer L., David B. Richardson, and Til Stürmer. 2015. 'The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application', *Current epidemiology reports*, 2: 221-28.

Marant Micallef, C., K. D. Shield, I. Baldi, B. Charbotel, B. Fervers, A. Gilg Soit Ilg, P. Guénel, A. Olsson, L. Rushton, S. J. Hutchings, K. Straif, and I. Soerjomataram. 2018. 'Occupational



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

exposures and cancer: a review of agents and relative risk estimates', *Occup Environ Med*, 75: 604-14.

Mathes, R. W., K. E. Malone, J. R. Daling, P. L. Porter, and C. I. Li. 2008. 'Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer', *Cancer Epidemiol Biomarkers Prev*, 17: 67-72.

McDowell, R. D., C. M. Hughes, P. Murchie, and C. R. Cardwell. 2021. 'The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data', *Cancer Epidemiol*, 71: 101880.

McGwin, G. 2020. 'The Association between Ranitidine Use and Gastrointestinal Cancers', *Cancers (Basel)*, 13.

McNamee, R. 2003. 'Confounding and confounders', *Occup Environ Med*, 60: 227-34.

Mohy-ud-din, N., Mohyuddin, G.R., Syed, A., Desai, S.M., Thakkar, S. 2020. "Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults." In *Digestive Disease Week*. Chicago (cancelled): American Gastroenterological Association.

Neha, R., V. Subeesh, E. Beulah, N. Gouri, and E. Maheswari. 2021. 'Existence of Notoriety Bias in FDA Adverse Event Reporting System Database and Its Impact on Signal Strength', *Hosp Pharm*, 56: 152-58.

Nguyen, L. H., Y. Cao, N. Batyrbekova, B. Roelstraete, W. Ma, H. Khalili, M. Song, A. T. Chan, and J. F. Ludvigsson. 2022. 'Antibiotic Therapy and Risk of Early-Onset Colorectal Cancer: A National Case-Control Study', *Clin Transl Gastroenterol*, 13: e00437.

Niehoff, N. M., M. B. Terry, D. B. Bookwalter, J. D. Kaufman, K. M. O'Brien, D. P. Sandler, and A. J. White. 2022. 'Air Pollution and Breast Cancer: An Examination of Modification By Underlying Familial Breast Cancer Risk', *Cancer Epidemiol Biomarkers Prev*, 31: 422-29.

Nørgaard, M., I. T. Andersen, U. Heide-Jørgensen, R. Erichsen, J. R. Rees, M. R. Karagas, and H. T. Sorensen. 2021. 'Ranitidine and risk of bladder and kidney cancer: a population based cohort study', *Cancer Epidemiol Biomarkers Prev*.

'Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42'. 1987. *IARC Monogr Eval.Carcinog.Risks Hum.Suppl*, 7: 1-440.

Pearce, N., A. Blair, P. Vineis, W. Ahrens, A. Andersen, J. M. Anto, B. K. Armstrong, A. A. Baccarelli, F. A. Beland, A. Berrington, P. A. Bertazzi, L. S. Birnbaum, R. C. Brownson, J. R. Bucher, K. P. Cantor, E. Cardis, J. W. Cherrie, D. C. Christiani, P. Cocco, D. Coggon, P. Comba, P. A. Demers, J. M. Dement, J. Douwes, E. A. Eisen, L. S. Engel, R. A. Fenske, L. E. Fleming, T. Fletcher, E. Fontham, F. Forastiere, R. Frentzel-Beyme, L. Fritschi, M. Gerin, M. Goldberg, P. Grandjean, T. K. Grimsrud, P. Gustavsson, A. Haines, P. Hartge, J. Hansen, M. Hauptmann, D. Heederik, K. Hemminki, D. Hemon, I. Hertz-Picciotto, J. A. Hoppin, J. Huff, B. Jarvholm, D. Kang, M. R. Karagas, K. Kjaerheim, H. Kjuus, M. Kogevinas, D. Kriebel, P. Kristensen, H. Kromhout, F. Laden, P. Lebailly, G. LeMasters, J. H. Lubin, C. F. Lynch, E. Lynge, A. t Mannetje, A. J. McMichael, J. R. McLaughlin, L. Marrett, M. Martuzzi, J. A. Merchant, E. Merler, F. Merletti, A. Miller, F. E. Mirer, R. Monson, K. C. Nordby, A. F. Olshan, M. E. Parent, F. P. Perera, M. J. Perry, A. C. Pesatori, R. Pirastu, M. Porta, E. Pukkala, C. Rice, D. B. Richardson, L. Ritter, B. Ritz, C. M. Ronckers, L. Rushton, J. A. Rusiecki, I. Rusyn, J. M. Samet, D. P. Sandler, S. de Sanjose, E. Schernhammer, A. S. Costantini, N. Seixas, C. Shy, J. Siemiatycki, D. T. Silverman, L. Simonato, A. H. Smith, M. T. Smith, J. J. Spinelli, M. R. Spitz, L. Stallones, L. T. Stayner, K.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Steenland, M. Stenzel, B. W. Stewart, P. A. Stewart, E. Symanski, B. Terracini, P. E. Tolbert, H. Vainio, J. Vena, R. Vermeulen, C. G. Victora, E. M. Ward, C. R. Weinberg, D. Weisenburger, C. Wesseling, E. Weiderpass, and S. H. Zahm. 2015. 'IARC monographs: 40 years of evaluating carcinogenic hazards to humans', *Environ Health Perspect*, 123: 507-14.

Pottegård, A., S. Friis, T. Stürmer, J. Hallas, and S. Bahmanyar. 2018. 'Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations', *Basic Clin Pharmacol Toxicol*, 122: 451-59.

Rückert-Eheberg, I. M., M. Nolde, N. Ahn, M. Tauscher, R. Gerlach, F. Güntner, A. Günter, C. Meisinger, J. Linseisen, U. Amann, and S. E. Baumeister. 2022. 'Who gets prescriptions for proton pump inhibitors and why? A drug-utilization study with claims data in Bavaria, Germany, 2010-2018', *Eur J Clin Pharmacol*, 78: 657-67.

Samet, J. M., W. A. Chiu, V. Cogliano, J. Jinot, D. Kriebel, R. M. Lunn, F. A. Beland, L. Bero, P. Browne, L. Fritschi, J. Kanno, D. W. Lachenmeier, Q. Lan, G. Lasfargues, F. Le Curieux, S. Peters, P. Shubat, H. Sone, M. C. White, J. Williamson, M. Yakubovskaya, J. Siemiatycki, P. A. White, K. Z. Guyton, M. K. Schubauer-Berigan, A. L. Hall, Y. Grosse, V. Bouvard, L. Benbrahim-Tallaa, F. El Ghissassi, B. Lauby-Secretan, B. Armstrong, R. Saracci, J. Zavadil, K. Straif, and C. P. Wild. 2020. 'The IARC Monographs: Updated Procedures for Modern and Transparent Evidence Synthesis in Cancer Hazard Identification', *J Natl Cancer Inst*, 112: 30-37.

Schrijver, L. H., T. M. Mooij, A. Pijpe, G. S. Sonke, M. J. E. Mourits, N. Andrieu, A. C. Antoniou, D. F. Easton, C. Engel, D. Goldgar, E. M. John, K. Kast, R. L. Milne, H. Olsson, K. A. Phillips, M. B. Terry, J. L. Hopper, F. E. van Leeuwen, and M. A. Rookus. 2022. 'Oral Contraceptive Use in BRCA1 and BRCA2 Mutation Carriers: Absolute Cancer Risks and Benefits', *J Natl Cancer Inst*.

Sendor, R., and T. Stürmer. 2022. 'Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators', *Pharmacoepidemiol Drug Saf*, 31: 261-69.

Seo, S. I., C. H. Park, S. C. You, J. Y. Kim, K. J. Lee, J. Kim, Y. Kim, J. J. Yoo, W. W. Seo, H. S. Lee, and W. G. Shin. 2021. 'Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea', *Gut*.

Song, M., I. M. Lee, J. E. Manson, J. E. Buring, R. Dushkes, D. Gordon, J. Walter, K. Wu, A. T. Chan, S. Ogino, C. S. Fuchs, J. A. Meyerhardt, and E. L. Giovannucci. 2021. 'No Association Between Vitamin D Supplementation and Risk of Colorectal Adenomas or Serrated Polyps in a Randomized Trial', *Clin Gastroenterol Hepatol*, 19: 128-35.e6.

Sox, H. C., and S. Greenfield. 2009. 'Comparative effectiveness research: a report from the Institute of Medicine', *Ann Intern Med*, 151: 203-5.

Straif, K., L. Benbrahim-Tallaa, R. Baan, Y. Grosse, B. Secretan, F. El Ghissassi, V. Bouvard, N. Guha, C. Freeman, L. Galichet, and V. Cogliano. 2009. 'A review of human carcinogens--Part C: metals, arsenic, dusts, and fibres', *Lancet Oncol*, 10: 453-4.

Tran, K. T., C. McMenamin Ú, B. Hicks, P. Murchie, A. P. Thrift, H. G. Coleman, L. Iversen, B. T. Johnston, A. J. Lee, and C. R. Cardwell. 2018. 'Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies', *Aliment Pharmacol Ther*, 48: 55-64.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Vainio, H., R. Kaaks, and F. Bianchini. 2002. 'Weight control and physical activity in cancer prevention: international evaluation of the evidence', *Eur J Cancer Prev*, 11 Suppl 2: S94-100.

Walan, A., J. P. Bader, M. Classen, C. B. Lamers, D. W. Piper, K. Rutgersson, and S. Eriksson. 1989. 'Effect of omeprazole and ranitidine on ulcer healing and relapse rates in patients with benign gastric ulcer', *N Engl J Med*, 320: 69-75.

Wang, T., P. T. Bradshaw, P. G. Moorman, S. J. Nyante, H. B. Nichols, S. Shantakumar, H. Parada, Jr., N. K. Khankari, M. B. Terry, S. L. Teitelbaum, A. I. Neugut, and M. D. Gammon. 2020. 'Menopausal hormone therapy use and long-term all-cause and cause-specific mortality in the Long Island Breast Cancer Study Project', *Int J Cancer*, 147: 3404-15.

Yoon, H. J., J. H. Kim, G. H. Seo, and H. Park. 2021. 'Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea', *J Clin Med*, 10.

Zeng, C., T. Neogi, A. T. Chan, J. Wei, D. Misra, N. Lu, H. K. Choi, G. Lei, and Y. Zhang. 2022. 'Proton pump inhibitor therapy and risk of knee replacement surgery: a general population-based cohort study', *Osteoarthritis Cartilage*.

Zeng, R., W. Sha, J. Wang, Z. Zhuo, H. Wu, F. W. Leung, and H. Chen. 2021. 'Evaluation of proton pump inhibitors and risks of gastric cancer', *Gut*.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT
# 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# RULE 26 EXPERT REPORT OF PATRICIA G. MOORMAN, MSPH, PHD

Date: January 23, 2022

Patricia G. Moorman, MSPH, PhD

**Background and Qualifications of Patricia G. Moorman, MSPH, PhD**

I am a Professor Emeritus, Duke University School of Medicine, Durham, NC. I retired as a tenured professor in June 2021, having been on the faculty in the Department of Family Medicine and Community Health and a member of the Cancer Control and Population Sciences Program in the Duke Cancer Institute for 21 years. I am an epidemiologist with more than 30 years of experience in conducting research on cancer etiology and outcomes and women's health. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

**Education**

I received a Bachelor of Science degree with distinction in pharmacy from the University of Kansas in 1980. I pursued graduate studies in epidemiology in the School of Public Health at the University of North Carolina-Chapel Hill, earning a Master of Science in Public Health (MSPH) degree in 1989 and a Doctor of Philosophy (PhD) degree in 1993.

**Professional Experience**

After completing my bachelor's degree, I obtained my licensure as a registered pharmacist and practiced pharmacy on a full-time basis for seven years and on a part-time basis for six additional years as I completed my graduate studies.

Since completing my PhD, I have held positions in academic institutions, beginning as a research assistant professor in the Department of Epidemiology at the University of North Carolina-Chapel Hill from 1994 through 1996. From 1997 to 2000, I was an associate research scientist in the Chronic Disease Epidemiology division of the Yale University School of Public Health. I came to Duke University School of Medicine as an assistant professor in 2000, progressing through the academic ranks from associate professor (2004), associate professor with tenure (2008) to professor (2013) in the Department of Community and Family Medicine (now the department of Family Medicine and Community Health). Other academic appointments include serving as the director the of Clinical Research Unit for the Department of Community and Family Medicine from 2009 to 2019 and serving as a member of the Senior Faculty Advisory Committee for the Office of Research Mentoring in the School of Medicine. In



CONFIDENTIAL INFORMATION

addition, I was an adjunct faculty member in the Department of Epidemiology at the University of North Carolina-Chapel Hill.

**Compensation and Testimony**

My hourly billing rate in $400. I have given deposition testimony twice related to talcum powder products and ovarian cancer litigation (Gail Ingham, *et al.* v. Johnson & Johnson, *et al.*, Case No. 1522-CC10417-01, Circuit Court of the City of St. Louis, Division 10 and Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Litigation, MDL NO. 16-2738 (FLW) (LHG), United States District Court, District of New Jersey). I have not testified at trial.

**Research Interests and Experience**

I am an epidemiologist whose primary research interests are in the areas of cancer etiology and outcomes and women's health. I have had a particular focus on studying racial differences in risk factors and outcomes. I have had funding from the National Institutes of Health (NIH) as well as other funding agencies for more than 25 years, which has supported my research in ovarian cancer, breast cancer and ovarian function after hysterectomy. Although much of my research focus has been on women's cancers, my published work includes studies of multiple cancer sites, including prostate, lung and colon.

Some of the key studies in my research career are: 1) the African American Cancer Epidemiology Study (AACES), a multi-center, case-control study of ovarian cancer in African American women,[1], 2) the Ovarian Cancer in Women of African Ancestry (OCWAA) consortium, a multi-center collaboration that has brought together data from case-control and cohort studies to evaluate racial differences in ovarian cancer etiology and outcomes,[2] 3) the Carolina Breast Cancer Study, which is one of the largest studies focused on understanding racial differences in breast cancer risk and outcomes [3], and 4) the Prospective Research on Ovarian Function (PROOF) study, a cohort study designed to examine risk for ovarian failure after premenopausal hysterectomy.[4]



CONFIDENTIAL INFORMATION

Each of these studies involved primary data collection, meaning that the investigative team designed the data collection procedures, developed the surveys, recruited study participants, and obtained questionnaire data and biological specimens from the participating women. Each study has made unique contributions to the scientific literature.

AACES has enrolled more than four times as many African American women with ovarian cancer than any other single study and is providing the most comprehensive epidemiologic data on ovarian cancer risk factors in this population to date. The OCWAA consortium is an extension of the AACES study in which data from seven studies are combined and harmonized to examine differences between African American and white women in ovarian cancer risk and survival. The Carolina Breast Cancer study provided key data on risk factors in African American women and was the first study to describe the markedly higher prevalence of the poor-prognosis basal subtype of breast cancer in young African American women. In addition to being a co-investigator on the overall study, I received a grant from the National Cancer Institute specifically to study the association between medication use and breast cancer in this study population. The PROOF study is the largest prospective study of ovarian cancer after pre-menopausal hysterectomy and demonstrated that women undergoing hysterectomy with ovarian conservation were at significantly increased risk for earlier menopause as compared to women who did not have a hysterectomy.

In addition to these studies, I have been an investigator with the Evidence Synthesis Group in the Duke Clinical Research institute, a team of researchers that conducts evidence reviews of the scientific literature. I have worked with this group on several systematic reviews and meta-analyses on women's health issues [5-9] including an evaluation of the benefits and risks of oral contraceptive use for primary prevention of ovarian cancer funded by the Agency for Healthcare Research Quality, and an evaluation of the benefits and harms of breast cancer screening funded by the American Cancer Society to help inform their screening mammography recommendations.

I am an author on more than 140 peer-reviewed, scientific publications, with the majority of them focused on cancer epidemiology. The papers address a wide variety of risk factors including reproductive and hormonal factors, medication use, genetic factors, and



CONFIDENTIAL INFORMATION

lifestyle characteristics such as diet, physical activity, smoking and alcohol consumption. The papers have been published in some of the leading journals in the field of epidemiology, cancer and gynecology including the *American Journal of Epidemiology, Journal of the National Cancer Institute, JAMA, Cancer Epidemiology Biomarkers and Prevention, Journal of Clinical Oncology* and *Obstetrics & Gynecology*.

My teaching experience includes courses in Cancer Epidemiology for graduate students in public health and Evidence-Based Medicine for physician assistant students. A primary emphasis of these courses has been for the students to gain an understanding of the advantages and disadvantages of different types of studies used in clinical and epidemiologic research. In particular, the Evidence-Based Medicine course taught students to critically appraise the medical literature and apply findings to clinical practice. In addition, I have mentored at the individual level public health graduate students and medical students.

I serve as an editorial reviewer for numerous journals and have served as a peer reviewer of grant applications on several dozen study sections over the past twenty-plus years. I have reviewed NIH grants for a variety of funding mechanisms ranging from small grants (R03) to large multi-project applications (SPORE grants and Program Projects). I also have served as both peer reviewer and study section chair for the Susan G. Komen for the Cure Foundation and the Department of Defense Ovarian Cancer and Breast Cancer Research Programs.

In summary, in a career spanning 30 years, I have devoted my efforts to understanding factors that affect cancer risk and survival and to studying women's health conditions. I have conducted original research, giving me a deep appreciation of the advantages and disadvantages of different study designs and the challenges of collecting high-quality data for making etiologic inferences. I also have conducted research involving synthesis of the published literature, with the goal of informing decisions based on the best available evidence. My publications have evaluated a wide variety of etiologic factors for cancer, including medications and dietary factors. Drawing on my education, experience and expertise, I have researched and assessed the literature on the risk for cancer associated with ranitidine use and provide an expert opinion to a reasonable degree of scientific certainty.



CONFIDENTIAL INFORMATION

**Purpose**

The purpose of this report is to comprehensively review and summarize the epidemiologic evidence related to ranitidine use and the risk of multiple types of cancer and to make a judgment as to whether there is sufficient evidence, based on the totality of evidence from epidemiologic investigations as well as laboratory and mechanistic studies, to conclude with a reasonable degree of scientific certainty that ranitidine use causes cancer in humans, and where data is available, whether ranitidine use causes the specific cancers addressed in this report.

Because *N*-Nitrosodimethylamine (NDMA) is the putative causative agent from ranitidine exposure and other sources of exposure have NDMA levels that are comparable to what has been found in ranitidine products, this report will consider not only studies of ranitidine and cancer, but also studies that examined other sources of NDMA exposure (e.g., occupation or diet) in relation to cancer risk.

**Methodology**

For each of the cancers evaluated in relation to ranitidine/NDMA exposure, I conducted a literature search on PubMed using search terms for the type of cancer and for the exposures of interest (e.g. ranitidine, acid-suppressant drugs, H-2 receptor antagonists, H2RA, *N*-dimethylnitrosamine, *N*-nitrosodimethylamine, NDMA, processed meats). The titles and abstracts of all retrieved articles were reviewed and assessed as to their relevance to the question of ranitidine/NDMA as a cause of cancer. I also examined reference lists from key articles to identify any additional relevant articles that were not retrieved with the PubMed search.

The primary focus of my review was epidemiologic studies that addressed ranitidine or NDMA exposure and the risk of human cancers, which included bladder, breast, colorectal, esophageal, gastric, kidney, liver, lung, pancreas and prostate. Counsel for plaintiffs asked me to do my own research and apply established and reliable scientific methodology to identify the relevant studies, evaluate those studies and form an opinion on causation for each cancer. I considered studies that specifically examined risk of cancer with ranitidine exposure, as well as



CONFIDENTIAL INFORMATION

studies that assessed cancer risk with exposure to NDMA through dietary or occupational exposures. As I have done throughout my career when evaluating epidemiologic evidence for different risk factors for cancer, I considered the strengths and weaknesses of individual studies, the role of chance, and if biases were identified, the likely effect of those biases on the association between the exposure and cancer risk. I also considered supporting information from animal and mechanistic studies to address biological mechanisms underlying the association between NDMA and cancer. I considered the totality of the evidence and applied the aspects of causality articulated by Sir Austin Bradford Hill,[10] which is a well-established standard for assessing causal relationships from epidemiologic data. Additional details of methodology are explained throughout this report.

As explained below, my opinion to a reasonable degree of scientific certainty is that ranitidine causes cancer in humans, and specifically it causes bladder, liver, pancreatic, esophageal and stomach cancer. There is also supportive evidence that ranitidine causes other human cancers (e.g., lung, colorectal, prostate and breast); however, the evidence for those cancers, in my judgment, is not at this time sufficient for me to conclude that ranitidine is a cause. Attached as Exhibit B to my report is a list of the materials I considered.

**General Epidemiologic Concepts**

<u>Causal inference is a Judgment</u>

Making a causal inference in relation to an exposure and a cancer outcome in humans is a judgment based on data from epidemiologic studies and relies on knowledge and expertise in interpreting data from such studies. The evaluation of the data is based on understanding the strengths and weaknesses of the study designs and characteristics of the individual studies, including the overall effective size of the study, the number of cancer cases included in the study and the limitations and biases of the study related to how the study was designed and conducted or how the data were analyzed. Causal judgment also relies on non-epidemiologic lines of evidence, including animal carcinogenic studies, studies of cancer biology, and mechanisms of carcinogenesis. The evidence from the epidemiologic investigations is combined with data from *in vitro* and *in vivo* experimental data to make a judgment of causality based on



CONFIDENTIAL INFORMATION

the totality of the evidence. This is a well-accepted concept of causal inference in epidemiology.[11-13].

It is important to emphasize that causal inferences are made based on the data available at a given point in time, recognizing that the data from human observational studies are imperfect. In contrast to animal carcinogenic studies where it is possible to know the exact dose of the carcinogen received by the animals, to control dietary and environmental factors and to identify cancer outcomes throughout the animals' lifespan, studies in humans often rely on incomplete exposure information, can be affected by confounding factors, and may not have an adequate follow-up time to identify all cancers that may develop decades after the initial exposure. While recognizing that every epidemiologic study is likely to have some limitations, consistent with generally accepted principles of epidemiologic analysis, I gave greater weight in my analysis to evidence from well-designed studies with good ascertainment of exposure, adequate follow-up and larger sample sizes.

Types of Epidemiologic Studies

The assessment of whether exposure to a medication like ranitidine causes specific cancers in human relies on human epidemiologic studies as well as non-epidemiologic evidence. As will be discussed throughout this report, making such a judgment can be complex, requiring a careful assessment of disparate epidemiologic studies, considering the strengths and weaknesses of such studies as well as evidence from non-human studies.

Epidemiologic research on factors that are thought to increase risk for cancer in human populations will consist of observational rather than experimental studies. Although well-designed randomized controlled trials provide stronger evidence of causality than observational studies because of their experimental design, it is both ethically wrong and pragmatically impossible to conduct randomized controlled trials to investigate whether a given exposure increases risk for cancer in humans. To conduct a trial in which study subjects are knowingly exposed to an agent suspected of causing cancer would violate basic principles of protection of human subjects in research. Beyond the ethical considerations, the pragmatic challenges of conducting such a trial would be daunting. For cancer outcomes, the trial would require a very



CONFIDENTIAL INFORMATION

large sample size—thousands of individuals—and a very long follow-up period due to the fact that the latency period between exposure to a cancer-causing agent and development of clinical cancer can be decades long. For these reasons, the judgment as to whether exposure to ranitidine causes cancer will be based on the best available scientific data: observational epidemiologic studies in which the investigators collected and analyzed information on exposures (i.e., ranitidine, other H2 receptor antagonists, proton pump inhibitors, dietary factors and other risk factors) that the study participants chose to use or encountered in their life, rather than studies in which exposures were randomly assigned to the study subjects in an experimental setting.

Reliance on observational human epidemiological studies to assess putative harmful exposures to products in relation to cancer or other diseases is common but can be challenging because the data are imperfect. It is generally recognized that all studies have limitations, a viewpoint that I agree with and take into consideration when evaluating each study. I will make an effort throughout this report to point out why cancer causation is so challenging to study and why it is so important to consider evidence from all sources to make a reasoned judgment of causality, including human epidemiologic studies, laboratory studies of carcinogenesis in animals and cell lines, as well as studies addressing pharmacology, toxicology, biology, chemistry and pathology. Despite the challenges, observational epidemiologic evidence is used all the time to make important determinations about the cause of disease. Because of several factors discussed below, the interpretation of the epidemiologic studies is important and goes far beyond looking at the reported relative risk (RR) or odds ratio (OR), and statistical significance. Also, as explained below, in forming a causal judgment, it is necessary to consider epidemiologic studies together with all other available and pertinent information.

Observational study designs used in the study of ranitidine and cancer include cohort studies, case-control studies, nested case-control studies and case-cohort studies, all of which are well-established and generally accepted study types for studying cancer etiology. The selection of study design is determined by multiple factors, as explained below. In a cohort study, a large group of individuals (the cohort) is identified and exposure to various factors hypothesized to affect risk of disease is assessed at the time of enrollment (baseline). The



CONFIDENTIAL INFORMATION

cohort is followed over time and the analyses focus on whether the members of the cohort with the exposure of interest are more or less likely to develop the outcome of interest than the unexposed members of the cohort. Cohort studies can be prospective or retrospective. In a prospective study, the investigators assemble the cohort, assess exposures at baseline and sometimes at additional time points, and then follow them forward in time to determine the outcomes as they occur. In a retrospective cohort, the investigators retrospectively identify or construct a cohort through medical records, registries or other data sources, use existing data to determine exposures of interest, and then determine outcomes from the time the cohort was constructed up to the time when the data are being analyzed.

Some of the prominent advantages of cohort studies are that multiple outcomes/ diseases can be assessed within the cohort and exposure assessment precedes the development of the disease, limiting recall bias. However, a primary disadvantage of cohort studies, particularly in relation to cancer etiology studies, is that they must enroll tens of thousands of study subjects and follow them for long periods of time to accrue enough cases to have a study that is statistically well-powered. In addition, there is the possibility of exposure misclassification if the exposure method does not capture potential exposure to the factor of interest before the baseline assessment (e.g, the baseline assessment only captures current use of the agent of interest) or if the exposure information collected at baseline is not updated during the period of follow-up. Retrospective cohort analyses often can be conducted quickly because they rely on existing data, however for this same reason, the data may not be optimal because they were not specifically collected to test the hypotheses under investigation.

Case-control studies, another study design commonly used in cancer epidemiology, identify individuals with the disease of interest and an appropriate control group of individuals without the disease and collect information on exposures that are thought to increase or decrease the risk of the disease. The investigators then analyze whether cases are more likely than the controls to have a given exposure. Case-control studies focus on a single disease; therefore, they typically collect more detailed risk factor information for that disease than cohort studies. A major advantage of case-control studies is that they are a more efficient design for studying diseases that are less common or have a long latency period. Therefore,



CONFIDENTIAL INFORMATION

they are very commonly used for etiologic studies of cancer. A disadvantage of case-control studies is that they collect exposure information for the cases after they have already been diagnosed with the disease, which raises concerns that cases may recall exposures differently from controls which could result in recall bias. In addition, if the control group is not carefully chosen to reflect the population from which the cases arose, selection bias could result.

A nested case-control study is a case-control study that is conducted within a defined cohort. Individuals within the cohort who have developed the outcome of interest (e.g., a specific type of cancer) are identified and a control group of unaffected individuals within the cohort is selected. The cases and controls are compared using exposure information that was collected as the cohort was assembled and followed. In comparison to a conventional case-control study, the nested case-control design has less potential for selection bias and recall bias. Because the controls come from the same cohort as the cases, they are representative of the population from which the cases arose, minimizing the possibility of selection bias. In addition, the exposure information was obtained before the cases were diagnosed with the disease, which minimizes the possibility of recall bias. As compared to cohort studies, the nested case-control study may be more efficient because data for only a fraction of the cohort are extracted and analyzed. This is particularly useful in situations such as obtaining data from medical records or performing analyses on biological specimens.

A case-cohort study design is similar to a nested case-control in that the investigator analyzes data from the cases that arise within a cohort along with a sample of the cohort as the comparison group. The major distinction between the study designs is that a nested case-control study typically matches one or more controls to the cases, whereas a case-cohort study does not match cases to controls. Instead, a random sample of the cohort (the subcohort) is selected and serves as the comparison group to the cases.

Each of these study designs has advantages and disadvantages for assessing ranitidine exposure as a risk factor for cancer, and one study design is not clearly superior to the other. Specific details related to the conduct of the study such as methods of exposure assessment, length of follow-up and choice of control group can impact the validity of the findings and the interpretation of the results. Therefore, rather than making a judgment based only on the type



CONFIDENTIAL INFORMATION

of study design, the evaluation and interpretation of the findings of the studies must consider the strengths and weaknesses of the individual studies, including the extent to which the study provides helpful and useful information for answering the question that is being investigated. When limitations are identified (e.g., probable incomplete exposure assessment), a reasoned judgment needs to be made as to the likely effect of that limitation on the observed relative risk. Is the reported relative risk likely to be an overestimate or an underestimate of the true relative risk? As the individual studies are described and evaluated in this report, I discuss specific advantages and disadvantages of individual studies in more detail.

Regardless of the study design, studies on humans are subject to more variation in exposure assessment, and it is impossible to control all other factors that may contribute to disease risk, in contrast to experimental studies in animals. For these reasons, judgments on causality by epidemiologists from epidemiologic research typically are not based on a single study or even a few studies but are based on the totality of evidence from multiple studies conducted in different study populations, in different locations and across different time periods. I followed this approach in my methodology for this report. In some instances, data from multiple studies are combined through pooled analyses or meta-analysis to summarize the body of evidence on a specific exposure/disease association. A pooled analysis combines individual-level data from multiple studies whereas meta-analysis combines findings at the study level, with studies weighted such that larger studies will have greater weight in the analysis. I considered evidence from epidemiologic investigations combined with data from *in vitro* and *in vivo* experimental studies to make a judgment of causality based on the totality of the evidence.

<u>Measures of Association and Statistical Significance in Causal Inference</u>

Causal inference relies on data analysis comparing the risk of an outcome between individuals who had the exposure of interest and those who did not have the exposure. The measures of association vary depending on the study design and analytic method used and include risk ratios or relative risk (RR), hazard ratios (HR) and odds ratios (OR). Risk ratios or relative risks are the cumulative risk of disease or outcome in the exposed group divided by the



CONFIDENTIAL INFORMATION

risk in the unexposed group. Hazard ratios compare the risk of the disease or outcome in the exposed group to the risk in the unexposed group over time. Both risk ratios and hazard ratios are used in cohort studies. Odds ratios, which are calculated from data from case-control studies, are the odds of cases having the exposure of interest divided by the odds of controls having the exposure. When the outcome of interest is not common (e.g., most studies of cancer outcomes), the odds ratio is an approximate estimate of relative risk.

Although there are differences in how relative risks/risk ratios, hazard ratios and odds ratios are calculated, the following discussion of the interpretation of relative risks as a comparison of the risk between exposed and unexposed individuals applies to all three measures. Relative risks greater than 1 indicate that individuals with the exposure are more likely to have the outcome (disease) of interest than individuals without the exposure, whereas relative risks less than 1 indicate that exposed individuals are less likely to develop the disease than non-exposed individuals. A relative risk of 1 indicates that the risk of the disease is the same for the exposed and non-exposed individuals in that study, or stated another way, that there was no association between the exposure and the outcome. The use of these measures of association (e.g., relative risk, odds ratio, etc.) provides information about whether the exposure of interest (in this case ranitidine and NDMA) increases the risk of specific cancers compared to the risk in the unexposed. In that sense, these measures provide information about whether the exposure increases the risk over the "background rate" for the disease.

When considering a harmful exposure, a larger relative risk indicates a stronger association between the exposure and the disease. Among known cancer-causing exposures, some have very large relative risks, whereas others have much more modest relative risks. Long-term cigarette smoking or occupational exposure to asbestos, for example, have relative risks for lung cancer greater than 10.[14, 15] The very high relative risk is due in part to the potency of the carcinogen(s) and part is based on the "dose". Many smokers will smoke 20 or more cigarettes every day (with exposure to multiple carcinogens with every puff) for decades and that is reflected in the very high relative risk. Other well-established cancer risk factors such as oral contraceptive use and breast cancer, menopausal estrogens and breast cancer, environmental tobacco smoke and lung cancer, and residential radon exposure and lung cancer



CONFIDENTIAL INFORMATION

have relative risks of 1.5 or less.[6, 16-19]. Therefore, there are numerous examples where causation is generally accepted for exposures with relative risks less than 2.

There are several important considerations in interpreting relative risks in relation to causality. First, there is no cut point or "threshold" for a relative risk value that could be considered a causal association. When a relative risk is larger, it may be easier to detect the association and rule out possible confounding, but this does not mean that small associations are not real and causal, as they often are. As noted above, there are many examples of exposures that are generally accepted as causing cancer that have relative risks well below 2. Certainly, there is nothing "magical" about a relative risk of 2, such that only a relative risk of 2 or greater reflects an important and causal relationship. Relative risks less than 2 can reflect important and causal relationships. Smaller relative risks may reflect that the carcinogen being studied is less potent (but still a cause of human cancer), the exposure is at lower levels, or biases in the study tended to understate (attenuate) or even mask the true relative risk. Regardless, it is important to keep in mind that even with a relative risk of 1.5, the risk of cancer among exposed individuals is 50% higher than the risk among non-exposed individuals (the "background rate"), which can have substantial public health relevance, especially when the exposure is common within the population.

Second, the size of the relative risk associated with an exposure does not necessarily reflect the strength of the evidence that the exposure is a carcinogen. The relative risk for lung cancer associated with heavy cigarette smoking is >10 while the relative risk for colon cancer associated with high intake of processed meat is <1.5, yet both of these exposures are classified by the International Agency for Research on Cancer (IARC) as Group 1A, carcinogenic to humans.[20, 21]. This indicates that even though there are striking differences in the magnitude of the relative risks for these exposures, there is strong evidence that each of these exposures is carcinogenic.

Third, the impact on public health is impacted both by the size of the relative risk and the prevalence of the exposure in the population. An exposure associated with a moderate relative risk of cancer that is very common in the population can be responsible for a greater number of cancer cases than a less common exposure with a stronger relative risk. Thus, if it is



CONFIDENTIAL INFORMATION

shown that a there is a modest to moderate increase in risk with an exposure such as ranitidine which has been used by many millions of individuals on a daily basis and over a long period of time, the number of cancer cases attributable to its use could be very large and have great public health importance.

Measures of association such as relative risks, hazard ratios and odds ratios are typically presented with p-values or 95% confidence intervals.[22]. Both measures are used to help interpret how likely the observed results could be due to chance. A p-value is the probability of obtaining results at least as extreme as the results actually observed, if the study were to be repeated multiple times. Smaller p-values are interpreted as meaning that it is less likely that the observed results are due to chance. A p-value of 0.05 is the usual cut point for what is considered statistically significant. A 95% confidence interval is a range of values that are statistically compatible with the observed value. In other words, if a study were repeated multiple times, the confidence interval would include the true parameter (e.g. relative risk) 95% of the time. If a 95% confidence interval does not contain the null (no association) value, it would be considered a statistically significant finding. For example, a relative risk of 1.7 with a 95% confidence interval of 1.3-2.1 would be a statistically significant finding because the interval does not contain the null value of 1. In contrast, a relative risk of 1.4 with a 95% confidence interval of 0.8-2.0 would not be statistically significant because the null value of 1 is within the interval.

Statistical significance, whether evaluated on the basis of p-values or 95% confidence intervals, is a tool for interpreting how likely the observed outcomes could be due to chance, however it is improper and overly simplistic to consider studies with a p-value less than 0.05 (the standard value for statistical significance) or with confidence intervals than do not include the null value of 1.0 as informative and those with p-values greater than 0.05 or with confidence intervals that include the null value of 1.0 as having no association and being non-informative.[12, 22]. The prevailing view among epidemiologists is that the traditional cut point for what is or is not statistically significant is arbitrary and using statistical significance as a cut point for considering or disregarding findings in studies is not good practice.[22-25]. Consider a hypothetical example of one study involving 100 cases and 100 controls reporting an odds ratio



CONFIDENTIAL INFORMATION

of 1.4, 95% CI 0.95-1.85 and a second study of 1000 cases and 1000 controls reporting an odds ratio of 1.4, 95% CI 1.3-1.5. Both studies found that cases were 1.4 times more likely to have been exposed than controls, but only the second study was statistically significant. The calculated odds ratio (as an estimate of relative risk) is the measure of association, which is a quantification of the relationship between the exposure and disease. In this example, the measure of association is the same for the two studies, so it would be inappropriate to say there was an association in the larger study but no association in the smaller study. It would be preferable to describe the smaller study as showing an increase in risk that was not statistically significant (based on the typical definition of a P-value of 0.05), recognizing that the findings from the smaller study could more likely be due to chance than those from a larger study. It is also worth noting that a P-value is a continuous measure and there is no appreciable difference between a P-value of 0.04, which meets the traditional criteria for being statistically significant, and a P-value of 0.06 which does not.[12]. In both cases, the likelihood that the results were due to chance is very small.[12, 23, 24].

When evaluating the totality of the evidence on a specific exposure disease relationship, epidemiologists generally give greater weight to larger studies (but study size is only one of many considerations and other considerations could certainly lead an epidemiologist to give less weight to a large study than a smaller study), but all relevant studies should be considered regardless of the statistical significance of the findings. It is not uncommon when examining studies of exposures that are widely accepted as causing cancer to find that many of the individual studies are not statistically significant, particularly when the relative risk is in the range of 1.5 or less. This is likely due to small total sample size of the study or a small number of outcomes occurring within the study. Part of the rationale for conducting meta-analyses (combining results from multiple studies, both those with statistically significant findings and those that are not statistically significant, to calculate an overall summary relative risk) is to aggregate the data to make a conclusion that is more robust statistically.

Exposure Assessment for Medication Use



CONFIDENTIAL INFORMATION

Exposure information in both cohort studies and case-control studies may be obtained through information reported by the study subject in a questionnaire or survey or through existing records, such as medical records or databases. Different methods of exposure assessment have specific strengths and limitations, particularly when it comes to assessment of medication use.

Self-reported use of medications has the obvious limitation that it relies on the accuracy of the subject's memory. Study subjects may not remember complete details of their medication use including type of drug or dose. In addition, people who take medication daily for many years may not recall how long ago they started taking the medication or the total duration of use. It is also possible that cases may recall use of medications with a different level of accuracy than controls. It would be expected however, that recall of medications taken on a chronic basis (as is the case for much acid-suppressant drug use) would be more accurate and complete than medications taken sporadically or for acute conditions.[26]. An advantage of self-reported use of medications is that subjects can provide data on their medication use regardless of whether they obtained it from different pharmacies or health care providers or if it was obtained with a prescription or purchased over the counter.

Although use of health records would seem to be a preferred method of assessing exposures to medications, this method also has its limitations. In the United States, there is no nationwide electronic health record system that covers the entire population, therefore there is not a comprehensive database of pharmacy or medical records. While other countries, most notably some European countries, do have nationwide health and pharmacy databases, many of them may not have complete data for the entire exposure period and may not capture exposure during the late 1980s and early 1990s, a time when ranitidine was one of the most commonly prescribed drugs in the US and the world.[27].

In the US, electronic health records or claims databases tend to be specific to individual health care systems, insurance providers or even individual practices. Because patients may change their providers due to relocation, job changes, insurance changes or other reasons, logistically it is extremely difficult to identify and obtain all relevant pharmacy records for the hundreds or thousands of individuals in a given research study. Also, few if any electronic



CONFIDENTIAL INFORMATION

health records are available that would capture use of ranitidine from decades ago, which may be the most relevant exposure period for the development of cancer.

It is also important to note that electronic health records document what was prescribed, but not necessarily what was taken. Studies have reported that one-quarter to one-third of new prescriptions are never filled.[28]. Moreover even if a prescription is filled, it does not necessarily mean that the patient took the drug. While indications of multiple fillings of a prescription are more suggestive that the patient actually took the prescribed drug, a single mention of a prescription in the medical record is not a reliable indicator that the drug was actually taken by the patient and it provides no information on duration of use.

Another important limitation of pharmacy databases or electronic health records is that they often do not capture use of non-prescription drugs. Ranitidine was initially marketed in the United States under the brand name of Zantac in 1983.[29]. In 1995, the FDA approved over-the-counter marketing of the drug, meaning that for the last 25 years, studies relying on pharmacy databases likely missed use of ranitidine that was obtained without a prescription. This could include both drugs that patients decided to use on their own as well as those that were prescribed by a physician but were not included in pharmacy databases because many health insurance plans do not cover drugs that are available over-the-counter.

Given the limitations of both self-reported use of medication and pharmacy, medical or insurance databases in accurately capturing ranitidine use, the evaluation of studies of ranitidine and cancer must consider the likely sources of exposure misclassification and their impact on the reported association between ranitidine use and cancer. For example, databases that captured drug use only in more recent time periods would miss earlier use of ranitidine, which would likely result in the misclassification of some ranitidine users as non-users. Similarly, to the extent that pharmacy databases or medical records do not capture use of ranitidine that was taken without a prescription, some ranitidine users will be classified as non-users. Similar misclassification can occur in studies comparing ranitidine users to users of other acid-suppressing drugs. Based on prescribing trends and data from individual studies, it is not uncommon for users of ranitidine to have been switched to a newer acid-suppressing drug, particularly proton pump inhibitors (PPIs).[27, 30, 31]. If there is incomplete ascertainment of



CONFIDENTIAL INFORMATION

drug use due to either the time period of data availability or to lack of information on non-prescription use, it is probable that some users of other acid-suppressing drugs also used ranitidine previously, some of them for an extended period of time.

Exposure Misclassification Considerations

Any evaluation of observational epidemiologic studies must consider the likelihood of misclassification of the exposure variable or the outcome variable. In the studies of ranitidine or NDMA exposure and cancer outcomes, misclassification of the outcome variable is a lesser concern as cancer diagnoses are usually well-documented through registry data or medical records. Misclassification of the exposure variables present a greater threat to the validity of the studies. As described above, for ranitidine and other acid-suppressant drugs, misclassification of the exposure can result from inaccurate recall of medication use if based on self-report, incomplete information on drug use in databases due to lack of information on non-prescription use of medications, or incomplete information due to the timeframe when data were available (e.g., lack of information on medication use prior to the establishment of the database). Studies of dietary factors generally rely on self-reported food consumption, usually from a food frequency questionnaire. Given the difficulty in accurately estimating dietary intake, misclassification due to errors in recall and reporting are inevitable.

Because there will be some degree of misclassification of exposure in any observational study, it is important to consider the type of misclassification and the likely effect on the relative risk estimate. Exposure misclassification is categorized as non-differential or differential.[32].

Non-differential misclassification occurs when the proportion of study subjects misclassified on exposure does not depend on the status of the subject with respect to other variables in the analysis (e.g., disease status) or stated another way, that the exposure classification is incorrect for the same proportion of subjects in the groups being compared.[33, 34]. For example, in a cohort study, study subjects may be asked to recall their history of medication use at the beginning of follow-up. Because errors in recall would not be expected

to be different between those individuals who ultimately go on to develop disease and those who remain disease-free, the misclassification would be non-differential.

Differential misclassification refers to misclassification of exposure that varies between the groups being compared.[32]. Differential misclassification can occur in different circumstances. For example, if a case-control study was used to assess cancer risk in relation to medication use based on self-report, a concern would be that recall of medication use might differ between cases and controls, because cases might have given more thought to possible causes of their disease. Differential misclassification can also occur as a result of limitations in the data sources used to ascertain exposure. For example, Adami, *et al.* and Nørgaard, *et al.* conducted studies that evaluated cancer risk in relation to use of ranitidine, other H2RA blockers and PPIs using the Danish prescription drug registry, which had information on prescription drugs but not non-prescription drugs.[35, 36]. The authors indicated that nearly all (>97%) of the PPIs and famotidine sold in Denmark during the study period were by prescription. In contrast, the proportion of ranitidine sold by prescription during the study period ranged from approximately 80% to less than 20% in different years. The implication of this is that if individuals had used ranitidine obtained without a prescription and then later went on to use a PPI (a very likely scenario based on data that show H2RA users often switch to PPIs [30]), some ranitidine users would have been included in the group of PPI users. It is much less likely that PPI users would have been in the ranitidine group, because the prescription database would have captured virtually all of the PPIs used in Denmark.

Understanding the type of misclassification is important because of its effects on the relative risk. When considering a binary variable (exposed vs. non-exposed), if the misclassification is random/non-differential, it will usually result in an underestimate of the true relative risk.[33, 34] (In some circumstances, e.g., when the data are in categories rather than binary, non-differential misclassification does not always result in a bias towards the null). When the misclassification is differential, the effect on the relative risk can be either an underestimate or an overestimate of the true value. For example, if in a case-control study, cases overreport their exposure relative to controls, it would result in an overestimate of the true relative risk. However, if they underreported their exposure relative to controls, it would



CONFIDENTIAL INFORMATION

result in an underestimate of the true relative risk. In many cases, the degree of underreporting or overreporting is unknown, which makes it impossible to judge the effect of possible differential misclassification on the odds ratio. In other cases, it is possible to make a reasoned judgment as to the effect of differential misclassification on the relative risk.

Taking the example of the misclassification of ranitidine users in the Danish prescription database described above, based on information presented in the study regarding the non-prescription sales of the different acid-suppressant drugs, it is a reasonable assumption that some people who had used ranitidine were in the PPI comparison group. Because some "exposed" people (ranitidine users) were included with the "non-exposed" comparison group (PPI users), the contrast between the exposed and unexposed groups would be attenuated, resulting in an underestimate of the risk associated with ranitidine use. (I acknowledge the authors of this study stated that "the potential direction of bias in HR estimates is unclear, but the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs, because all major H2RBs were similarly impacted by over-the-counter use over time."[35]. I disagree with this statement, based on information they presented in their papers, in which they state that "less than 3% of famotidine and PPI were sold over the counter during the study period" and "until 2001 at least 70% of both ranitidine and cimetidine was sold on prescription and during 2002-2010 more than 50% was sold on prescription".[36]. From this statement it is clear that all major H2RBs were not similarly impacted by over the counter use. Famotidine and ranitidine were clearly different in terms of over-the-counter sales. The authors did not report the proportions of famotidine and cimetidine users among other H2RB group, but given the timeframe of the study (new users between 1996-2008), it is likely that a large majority of them were famotidine uses since cimetidine use had declined dramatically with the introduction of the newer H2RBs.[27].

Both types of misclassification are a concern when interpreting study results. Clearly, it is an undesirable result if differential misclassification results in an overestimate of the true risk associated with an exposure. While non-differential misclassification is sometimes considered a "conservative" bias since it usually results in an underestimate of the true relative risk, it too



CONFIDENTIAL INFORMATION

is a concern because substantial non-differential misclassification could lead to a study reporting little or no effect when in fact a true association exists.[34]

Active Comparator Analyses – Consideration of Protopathic Bias and Confounding by Indication

Studies of pharmaceuticals and cancer outcomes present specific challenges in terms of the potential biases that are inherent in pharmacoepidemiologic studies. Two of main biases of concern are protopathic bias and confounding by indication.

Protopathic bias, which is often termed "reverse causality", refers to a type of bias that can occur if the first symptoms of the outcome of interest are the reasons for using the treatment under study.[32]. In other words, if early symptoms of cancer cause gastrointestinal symptoms that lead to the use of acid-suppressing drugs, it is possible that cancer led to the use of the drugs rather than the drugs causing the cancer.

Confounding by indication is a type of bias that occurs when a symptom or sign of disease is an indication (reason for use) for a given therapy and is associated with a higher probability of the outcome.[32]. If the indication for using an acid-suppressing drug (e.g., gastroesophageal reflux, ulcers, etc.) is also a risk factor for cancer, it is difficult to sort out whether it is the drug itself or the underlying condition for which the drug was taken is the cause of the cancer.

When evaluating the studies of acid-suppressing drugs and cancer risk, it is important to keep in mind the distinctions between these biases and the approaches to controlling them. It has been pointed out in the literature, that the terms protopathic bias/reverse causality and confounding by indication are often used imprecisely, incorrectly and sometimes interchangeably.[37-39]. The approaches to controlling these biases are different, and the interpretation of studies of acid-suppressing drugs and cancer has to consider the distinctions between the biases.

*Addressing Protopathic Bias (aka Reverse Causality)*

The typical approach to addressing protopathic bias/reverse causality in studies of pharmaceuticals and cancer risk is to incorporate a lag time into the statistical analysis, excluding use in a defined period before the cancer diagnosis. A lag-time of 1-year is commonly



CONFIDENTIAL INFORMATION

used in such studies, with the idea that use of the drug in that time frame (i.e., within one year of diagnosis) is unlikely to be etiologically relevant for cancer. However, it is important to consider whether a one-year or a longer lag-time would be more appropriate.

Factors that should be considered in evaluating the possibility of protopathic bias/reverse causality in studies of acid-suppressing drugs and cancer are:

- Are symptoms of the cancer reasons that a patient would take an acid-suppressant drug?
- What is the typical duration between onset of symptoms and diagnosis of the cancer?
- Would the use of acid-suppressant drugs delay the diagnosis of cancer?
- What is the impact of using longer lag-times in the analysis of the data?

The indications for use of H2RAs and PPIs are: treatment of active duodenal or gastric ulcer, reduction of ulcer recurrence, erosive esophagitis, symptomatic non-erosive gastroesophageal reflux disease (GERD), prevention of non-steroidal anti-inflammatory drug (NSAID)-associated peptic ulceration, eradication of *H. pylori* infection, treatment of hypersecretory conditions such as Zollinger-Ellison syndrome and multiple endocrine neoplasia and dyspepsia.[40-42]. Early symptoms of the cancers being evaluated in this report are listed in the Table 1 below, based on information reported on the American Cancer Society (ACS) website.[43].

Table 1: Cancer symptoms by site. (Source: American Cancer Society website)

| **Cancer Site** | **Symptoms** |
|---|---|
| Bladder | Blood in the urine, changes in bladder habits |
| Esophagus | Trouble swallowing, chest pain, weight loss, hoarseness, chronic cough, vomiting |
| Stomach | Poor appetite, weight loss, abdominal pain, discomfort in the abdomen, feeling full after a small meal, heartburn or indigestion, nausea, vomiting |
| Liver | Weight loss, loss of appetite, feeling very full after a small meal, nausea or vomiting, enlarged liver, pain in the abdomen, fluid build-up, itching, jaundice |
| Pancreas | Jaundice, belly or back pain, weight loss, poor appetite, nausea and vomiting |

The symptoms listed for bladder cancer do not include any of the upper-gastrointestinal symptoms that are treated with acid-suppressing drugs therefore reverse causality is not a



CONFIDENTIAL INFORMATION

plausible concern for these cancers. For liver and pancreatic cancer, the American Cancer Society notes that these cancers are usually not symptomatic until they are in their later stages.[43]. Although they do exhibit some gastrointestinal symptoms, they are not symptoms of early disease and so reverse causality would not be an important concern for these cancers either. Stomach cancer and esophageal cancer are the two sites for which cancer symptoms could possibly be treated with acid-suppressing drugs, although the American Cancer Society indicates that early-stage gastric and esophageal cancers rarely cause symptoms.

For the gastric and esophageal cancers that might exhibit upper gastrointestinal symptoms that could be treated with acid-suppressing drugs, it is important to consider the typical duration between the onset of symptoms and the time when a cancer diagnosis is made. Studies that have evaluated the duration between onset of symptoms and clinical diagnosis of gastric and esophageal cancers have reported an average diagnostic interval of approximately 2 to 3 months, taking into account both patient delays in seeking medical care and delays within the healthcare system.[44-46]. While concerns have been raised that treatment with acid-suppressing drugs could cause delays in diagnosis of upper gastrointestinal cancers,[47] a consensus panel of experts in gastroenterology concluded that the evidence indicates that proton pump inhibitors are unlikely to mask the symptoms of esophageal cancer or meaningfully delay its presentation.[48].

A different line of evidence on the most appropriate lag-time to address reverse causation came from an analysis of new prescription drug use before cancer diagnoses in the Danish population.[49]. The investigators noted an increase in new use of several classes of prescription drugs, including proton pump inhibitors, in close proximity to a cancer diagnosis when comparing cancer patients to the general population. The increase was observed for use only within a few months of diagnosis, which led the investigators to conclude that a lag-time of 6 months would be adequate to avoid reverse causation.

My overall conclusion from the data presented above is that protopathic bias/reverse causation is unlikely to be a concern for bladder, pancreatic or liver cancer due to the lack of early symptoms that would be an indication for use of H2RAs or PPIs. Nonetheless, studies generally incorporated a one-year lag time in their analysis,[35, 50-56] which should account



CONFIDENTIAL INFORMATION

for any general upset stomach symptoms that patients might experience shortly before a cancer diagnosis. Reverse causality is a potential problem for studies of gastric and esophageal cancer. However, based on a substantial body of epidemiologic evidence, including data related to the usual duration of symptoms for these cancers and the use of acid-suppressant drugs prior to a cancer diagnosis, a lag period of 1 year (in which use of acid-suppressing drugs is disregarded) is adequate to rule out reverse causality.

Most studies that evaluated cancer risk in relation to use of ranitidine, other H2RAs and PPIs utilized a one-year lag period in their analysis, with the rationale that it would minimize the possibility of reverse causation and is unlikely to reflect a timeframe of exposure that is etiologically relevant for cancer. Some studies, most notably, Liu, *et al.*'s study of gastric cancer,[55] conducted analyses that considered longer lag-times, disregarding use in different timeframes up to 5 years before the diagnosis/index date. Based on the above considerations, using a 5-year lag time is an overly aggressive approach to reducing the possibility of reverse causation, and the excessively long lag-times can introduce different problems that make the results less informative.

As described by Tamim, *et al.* [57], in situations where there is a dose-response relationship, "applying bigger lag-times would correspond to lower odds ratios which might not be because of the control of protopathic bias, but due to the fact that lower levels of exposure are considered which translates to lower ORs (because of the dose-response association)." Therefore, in the study by Liu, *et al.* [55], the attenuation of the ORs for gastric cancer observed with both PPIs and H2RAs when the lag-time was increased from 1 to 5 years may not represent improved control of reverse causality, but rather that imposing a longer lag-time meant that lower levels of exposure were being evaluated resulting in the lower ORs.

A second concern with using a longer lag-time is related to the concept of drugs acting as cancer promoters. As described by Pottegård and Hallas [49], exposures that act as promoters (i.e., those that mediate the late critical stages of carcinogenesis) may exert their effect in a relatively short interval between exposure and clinically overt cancer. Applying a lag-time that is too long raises a concern that associations with exposures that act as promoters could be overlooked. To the extent that ranitidine acts as both a cancer initiator (due to the



CONFIDENTIAL INFORMATION

genotoxic effects of NDMA)[58] and promoter (for example, due to the growth promoting effects of gastrin that results from elevated gastric pH)[59, 60], extending the lag-time would likely understate the true association with cancer risk.

My evaluation of the cancer risk associated with ranitidine exposure carefully considered the possibility of protopathic bias/reverse causation in each of the studies. The studies typically utilized a one-year lag period regardless of whether there was evidence to suggest that early symptoms of the individual cancers were indications for use of acid-suppressing drugs. Based on several lines of evidence including the typical duration between symptom onset and clinical diagnosis of cancer, a lag-time of one-year should have been adequate to minimize reverse causality. Studies that analyzed the data using longer lag-times, rather than providing better control of protopathic bias/reverse causality, likely minimized the association between the exposure and outcome due to the consideration of lower levels of exposure [57] or by overlooking the promoter effect of the exposure [49].

For the reasons described above, the use of a one-year lag-time, as was generally done in the studies of ranitidine and cancer, is adequate to address the possibility of protopathic bias (reverse causality) regardless of the cancer site.

*Addressing Confounding by Indication*

The other major potential bias in pharmacoepidemiologic studies of cancer is confounding by indication, which as described above is the situation where the underlying condition being treated rather than the drug itself might be responsible for the increased cancer risk. A typical approach to addressing confounding by indication is to use an active comparator approach, in which the risk for cancer with the exposure of interest (ranitidine in this case) is calculated relative to the risk for cancer with use of the comparator drugs (other acid-suppressing drugs).

In regard to acid-suppressing drugs, there is evidence that the indications for the drugs (i.e., the reason the people take the drug), including conditions such as gastroesophageal reflux or H. pylori infection, are risk factors for gastric and esophageal cancer.[43]. However, based on the established risk factors listed on the American Cancer Society website for the other cancers being evaluated in this report, conditions treated with acid-suppressing drugs are not



CONFIDENTIAL INFORMATION

generally recognized risk factors for the other cancers being evaluated in this report.(Table 2). (It is recognized that while cirrhosis of the liver is not an approved indication for acid-suppressant therapy, PPIs are widely and arguably inappropriately used in patients with cirrhosis, which is a risk factor for liver cancer[61]). Therefore, active comparator studies are an appropriate study design for gastric and esophageal cancer (and possibly liver cancer) to address confounding by indication, but for the other cancers listed in the table confounding by indication is not an important concern because the indications for use of acid-suppressant drugs are not risk factors for these cancers. In addition, each active comparator study would have to be evaluated for other design characteristics such as exposure measurements, duration of follow-up, and crossover between different acid-suppressant drugs to effectively assess the risk of cancer with ranitidine exposure.

Table 2: Cancer risk factors by site. (Source: American Cancer Society website. This table does not include genetic risk factors or demographic characteristics such as age, sex or race/ethnicity.)

| **Cancer Site** | **Risk Factors** |
|---|---|
| Bladder | Smoking, workplace exposures (e.g. chemicals), arsenic in drinking water, not drinking enough fluids, chronic bladder irritation, bladder defects, prior chemotherapy or radiation |
| Esophagus | Tobacco products, alcohol, gastroesophageal reflux disease, Barrett's esophagus, obesity, high consumption of processed meats, consumption of very hot liquids, low consumption of fruits and vegetables, physical inactivity, injury to the esophagus, HPV infection |
| Stomach | H. pylori infection, overweight, high consumption of preserved foods and processed or grilled meats, low consumption of fruits and vegetables, alcohol use, tobacco use, previous stomach surgery, occupational exposures in the coal, metal and rubber industries, Epstein-Barr virus infection, Type A bloodtype |
| Liver | Chronic viral hepatitis, cirrhosis, heavy alcohol use, tobacco use, obesity, type-2 diabetes, aflatoxins, exposure to vinyl chloride or thorium dioxide, anabolic steroids |
| Pancreas | Tobacco use, overweight, diabetes, chronic pancreatitis, certain workplace chemicals |

*Interpreting Results from Active Comparator Studies*

When the conditions treated with acid-suppressing drugs are risk factors for cancer, as is the case for gastric, esophageal, and possibly liver cancer, it is difficult to sort out whether any increased risk of cancer observed with use of acid-suppressing drugs is due to the drug itself or the condition being treated that was responsible for the increase in risk. Comparing



CONFIDENTIAL INFORMATION

the risk of cancer between drugs that have similar indications (active comparator study design) is an approach to minimize confounding by indication. However, there are several key considerations when evaluating and interpreting pharmacoepidemiologic studies that use active comparator analyses, including:

- The interpretation of the relative risk in such studies
- The evidence for carcinogenicity in the comparator drugs
- The mechanisms of carcinogenicity
- The similarity of the indications for use for the study drug and the active comparator
- The likelihood and extent of exposure misclassification.

It is important to keep in mind that the research question is different for studies that compared ranitidine users to non-users and those that used an active comparator. Active comparator analyses between ranitidine and other acid-suppressant drugs do not answer the question of whether use of ranitidine increases the risk of cancer compared to no use of the drug. These studies are not designed to answer that question. Rather, these analyses – if done properly - evaluate the cancer risk with ranitidine use relative to the cancer risk with use of other H2RAs or PPIs. As such, if the active comparators (PPIs and other H2RAs) also increase the risk for certain types of cancer, a carcinogenic effect of ranitidine is likely to be missed.[62]. In other words, if ranitidine is being compared to other acid-suppressing drugs that increase cancer risk, a relative risk of 1 should not be interpreted as there is no increase in cancer risk with ranitidine use, but rather that ranitidine increases cancer risk to a similar degree as the comparator drug, although it may be for different reasons.

There is good evidence to support that other acid-suppressing drugs increase risk for certain types of cancer. As summarized in recent studies and meta-analyses, acid-suppressing drugs (PPIs and H2RAs) have been associated with increased risk for gastric cancer,[63, 64] liver cancer,[65, 66] and pancreatic cancer.[67]. Because of the evidence that the comparator drugs also increase risk for cancer, it is important to consider the mechanisms by which they can cause cancer. Biologically plausible mechanisms by which acid-suppressing drugs could increase risk for gastrointestinal cancers center on their effects on gastric pH.[68, 69]. The rise



CONFIDENTIAL INFORMATION

in gastric pH (reduced acidity) is the intended therapeutic effect of both H2RAs and PPIs but can have other effects that promote cancer. Three mechanisms by which higher pH could have carcinogenic effects are: 1) increased production of gastrin, a peptide hormone that promotes cellular growth, 2) greater formation of carcinogenic N-nitroso compounds from dietary nitrites, and 3) bacterial overgrowth in the stomach, leading to increased nitrite concentration in the stomach, with subsequent N-nitrosation to carcinogenic compounds.[68, 69]. These effects would be expected with all of the acid-suppressing drugs, but to a greater extent with PPIs because PPIs have been shown to cause a greater and more sustained rise in pH than ranitidine or other H2RAs.[70]. In other words, ranitidine and the active comparators may be similar in cancer risk but for different reasons, which are not evaluated in these studies. None of the studies of ranitidine versus an active comparator were designed to assess the risk of ranitidine as a human carcinogen based on its formation of NDMA.

Another consideration in active comparator analyses is that the drugs being evaluated should have comparable indications, taking into account both the underlying diseases being treated and the severity of those diseases. Ranitidine and other acid-suppressing drugs share some treatment indications including dyspepsia, gastroesophageal reflux disease and ulcers. However, as summarized in UpToDate Evidence-based Clinical Support, "PPI use results in faster control of peptic ulcer disease symptoms and higher ulcer healing rates as compared with H2RAs. PPIs are also more effective in preventing NSAID-induced gastroduodenal toxicity and in healing gastroduodenal ulcers associated with NSAIDs when they cannot be discontinued. PPIs are a component of *H. pylori* antibiotic regimens and are used in the management of hypersecretory states (eg, Zollinger-Ellison syndrome). The use of H2RAs is largely limited to the management of mild gastroesophageal reflux disease."[42]. Therefore, one of the key assumptions of active comparator analyses – that the drugs are used for similar underlying conditions – is certainly not valid for comparisons between ranitidine and PPIs. Data from certain studies also seem to indicate that there were differences in underlying conditions between ranitidine and famotidine users. Although the indications as listed in the package inserts are very similar for ranitidine and famotidine, there may be differences in the characteristics of patients for whom physicians choose to prescribe famotidine versus those



CONFIDENTIAL INFORMATION

who are prescribed ranitidine. For example, in Kim *et al.*'s analysis of the IBM Explorys database, they reported significant differences between ranitidine and famotidine users in several underlying gastrointestinal conditions, with famotidine users more likely to have a history of cirrhosis, inflammatory bowel disease and atrophic gastritis.[71]. As stated by Pottegård *et al.* in their review of considerations for pharmacoepidemiologic studies of drug-cancer associations, if the drug under study is the first-line treatment for mild disease, using an active comparator that is used for more severe disease might introduce more bias than it removes.[62].

Some of the studies that compared ranitidine to other acid-suppressing drugs utilized an active comparator, new user design, in which they restricted their analysis to individuals that they deemed to have a first prescription of the acid-suppressing drug of interest.(e.g., [35, 36, 54, 56, 71]. There are concerns with this approach when the duration of follow-up is too short (a particular problem for cancer outcomes) or when there is misclassification of exposure. A limited duration of follow-up was a particularly noteworthy concern in studies by Iwagami, *et al.* where the median follow-up time was ~2.4 years and Yoon, et al, where the maximum follow-up time was 7 years.[54, 56].

Concerns about misclassification of exposure with the new user, active comparator design stem from the "look-back period", or the time preceding the start of enrollment that the investigators required no evidence of use of the drugs to classify someone as a new user. For example, Yoon, *et al.* identified individuals with a new prescription for an H2RA blocker between 2009 and 2011 and excluded individuals with a prescription between 2007-2008, giving a look-back period of approximately 2 years.[54]. Iwagami, *et al.* excluded patients who had been prescribed drugs within the first 6 months of entry into the claims database.[56]. By utilizing a short look-back period, the investigators had no information of use of H2RAs in earlier timeframes, so it is probable that some of the individuals that had been classified as new users of famotidine or other H2RAs had previously used ranitidine, given the data that it is not uncommon for patients to switch between different acid-suppressing drugs.[27, 30, 31]. The inclusion of ranitidine users in the comparison group would likely attenuate or mask the relative risks for cancer associated with ranitidine use. The impact of the length of look-back



CONFIDENTIAL INFORMATION

periods in pharmacoepidemiologic studies has been studied for several classes of drugs and authors have concluded that short look-back periods can introduce severe misclassification of exposure.[72, 73]. This misclassification of exposure is particularly important in the studies assessing the risk of cancer with ranitidine given the data showing that is it quite common for users of acid-suppressing drugs to be switched from one drug to another.[30, 31].

Beyond the misclassification of exposure resulting from a short look-back period, there are also important concerns in the active comparator studies about misclassification of exposure resulting from lack of information on non-prescription drug use.[35, 36, 54, 56, 71]. This potential misclassification of exposure from lack of information on non-prescription use is a particular concern in the studies by Adami, *et al.* and Nørgaard, *et al.* [35, 36] because the proportion of drugs sold without a prescription varied markedly between ranitidine, other H2RAs and PPIs. As reported by the authors, nearly all (~98%) of the PPIs and famotidine sold in Denmark were obtained with a prescription during the study period, whereas the proportion of ranitidine sold with a prescription was much less, ranging from 84% in 1999 to less than 20% from 2013 to 2018. To the extent that some of the famotidine users and PPI users had previously used non-prescription ranitidine, some people exposed to ranitidine would have been included in the comparison groups, which would tend to attenuate or mask any association between ranitidine use and cancer risk. As noted above, data indicate that ranitidine users often switched to either newer H2RAs or PPIs, so the likelihood of misclassification is quite high.

While active comparator analyses are standard methodology in pharmacoepidemiologic studies, it is important to consider the limitations of this study design and to evaluate the impact of the above-described considerations to properly interpret the study results. The interpretation of studies that compare ranitidine with other acid suppressing drugs is complicated because these studies violate some of the underlying principles of active comparator analyses. First, because there is evidence that the comparator drugs increase risk for some types of cancer, comparisons between ranitidine and other acid-suppressing drugs could miss a carcinogenic effect. Second, the assumption that the drugs are used for similar indications is certainly not valid for the comparisons of ranitidine and PPIs and probably not



CONFIDENTIAL INFORMATION

valid for comparisons of ranitidine and other H2RAs. PPIs are generally prescribed for more serious underlying conditions than ranitidine, thus if there is cancer risk associated with the underlying condition, that risk is greater for PPIs than for ranitidine. There is also data from one of the active comparator studies indicating that famotidine users were more likely to have underlying conditions associated with increased risk of gastrointestinal cancers.[71]. Additional limitations of the ranitidine studies that used an active comparator design including inadequate follow-up periods and likely misclassification of ranitidine users due to short look-back periods, lack of information on non-prescription drug use, and switching between acid-suppressant drugs further limit the conclusions that can be drawn from these studies. Because of these complexities, it is difficult, perhaps even impossible to make a determination of the overall risk for cancer, and for specific cancers, from use of ranitidine in these studies. Nonetheless, the active comparator studies were part of my overall causation assessment. As I describe the studies addressing each cancer site, I address the strengths and limitations of the individual studies, and when I identified substantial limitations, I gave little weight to the study.

NDMA has Long Been Recognized as a Likely Human Carcinogen by Experts in the Field

My evaluation of ranitidine as a cause of human cancer strongly weighted the evidence on the known carcinogenic properties of NDMA, which have been known to the medical community for over 40 years.

In 1978, even before there were human epidemiologic studies, IARC evaluated NDMA and issued a report stating that NDMA was “carcinogenic…in single doses,” and that “[i]n several studies, dose-response relationships were established.[74]. The agency concluded:

> There is *sufficient evidence* of a carcinogenic effect of *N*-nitrosodimethylamine in many experimental animal species. Similarities in its metabolism by human and rodent tissues have been demonstrated. Although no epidemiological data were available (and efforts should be directed toward this end), *N*-nitrosodimethylamine should be regarded for practical purposes as if it were carcinogenic to humans.[74].



CONFIDENTIAL INFORMATION

The 1982 Third Annual Report on Carcinogens (Dept. of Health and Human Services), p. 219, states:

> "*N*-Nitrosodimethylamine was carcinogenic in all animal species tested: mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs. It induced benign and malignant tumors when administered by various routes, including ingestion and inhalation, in various organs in various species. It produces tumors, mainly of the liver, kidney and respiratory tract. It is carcinogenic following its administration prenatally and in single doses. In several studies, dose-response relationships were established."

The 1989 "Toxicological Profile for N-Nitrosodimethylamine,"[75] an EPA report, states regarding chronic exposure and carcinogenicity of NDMA:

> "Chronic oral and inhalation studies of NDMA have been conducted with rats and mice….low doses of NDMA have been tested in chronic oral studies and it is established that intermediate duration exposure to NDMA is sufficient to induce cancer, additional chronic studies may not be needed."

Throughout this EPA report, when discussing the cancer-causing properties of chemicals other than NDMA, determinations were made based on the chemical's ability to promote "N-nitrosodimethyamine induced tumors." In other words, NDMA was used repeatedly to induce tumors in laboratory animals, so they could then be tested to find out if those NDMA caused tumors are affected by exposure to other chemicals. It is notable that NDMA is so carcinogenic to several mammalian species that it is regularly used to induce tumors for further study.

The 2002 World Health Organization Concise International Chemical Assessment Document [58] concluded that NDMA was "clearly carcinogenic:"

> "Based upon laboratory studies in which tumours have been induced in all species examined at relatively low doses, <u>NDMA is clearly carcinogenic</u>. There is overwhelming evidence that NDMA is mutagenic and clastogenic. While the mechanism by which NDMA induces tumours is not fully elucidated, DNA adducts (in particular, *O*6 -



CONFIDENTIAL INFORMATION

methylguanine) formed by the methyldiazonium ion generated during metabolism likely play a critical role. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure." (emphasis added)

The FDA recently summarized:

Nitrosamine compounds are potent genotoxic agents in several animal species and some are classified as probable or possible human carcinogens by the International Agency for Research on Cancer (IARC).They are referred to as "cohort of concern" compounds in the ICH guidance for industry *M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk* (March 2018).19 The guidance recommends control of any known mutagenic carcinogen, such as nitroso-compounds, at or below a level such that there would be a negligible human cancer risk associated with the exposure to potentially mutagenic impurities.

The 2021 National Toxicology Program 15th Report on Carcinogens classified NDMA as "*reasonably anticipated to be a human carcinogen* based on sufficient evidence of carcinogenicity from studies in experimental animals."[76] The report also discussed the human epidemiological studies, reporting that:

"Several case-control studies reported dose-related associations, some statistically significant, between estimated *N*-nitrosodimethylamine intake and oropharyngeal cancer (De Stefani, *et al.* 1994), stomach cancer (Le Vecchia, et al, 1995, Pobel, et al, 1995, Larsson, et al, 2006), esophageal cancer (Lu, et al, 1987, Rogers, *et al.* 1995), or colorectal cancer (Knekt, et al, 1999). Ecological studies also suggested an association between high dietary *N*-nitrosodimethylamine intake and high rates of esophageal cancer in populations (Siddiqi, et al, 1988, 1991, Lin, et al, 2002a,b). A case-control study of lung cancer found a dose-related increase in risk associated with estimated



CONFIDENTIAL INFORMATION

dietary intake of *N*-nitrosodimethylamine among smokers and nonsmokers (De Stefani, et al, 1996)."

Based on the above and my comprehensive review of the epidemiological evidence in relation to NDMA in ranitidine, my opinion to a reasonable degree of scientific certainty is that the scientific community generally recognizes the toxicity and carcinogenicity of NDMA and specifically that it is likely a cause of human cancer.

In addition, based on documents that I have been provided, it is clear that at least one of the ranitidine manufacturers (GSK) agrees. According to statements it has made to the Swiss regulatory agency Swissmedic,[77] ("GSK acknowledges that NDMA is reasonably anticipated to be a human carcinogen based on sufficient evidence of carcinogenicity from studies in experimental animals") and in GSK's Hazard Assessment Report,[78] (referencing animal studies in various species, discussing the likely mechanism whereby "DNA adducts…formed by methyldiazonium ion generated during metabolism likely play a critical role," and concluding that because "the metabolism of NDMA appears to be similar in humans and animals" it is "highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure" and further evaluating the human epidemiological studies, GSK found "clear exposure-response relationships" for NDMA and lung and gastric cancers concluding in its section on carcinogenicity that "NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible.")

<u>Dose considerations</u>

*NDMA levels in ranitidine products*

There has been considerable variation in the reported amounts of NDMA in ranitidine products. As reported by the on-line pharmacy Valisure in their petition to the FDA to "issue a regulation, revise industry guidance, and request a recall and suspend sales of ranitidine from the US market", their analysis detected NDMA in excess of 2 million nanograms per tablet. [79] Because there was concern that the analytic method used by Valisure which involved heating the samples to 130˚C (266˚ F) could affect the amount of NDMA, the FDA conducted their own



CONFIDENTIAL INFORMATION

analyses of ranitidine products using methods that did not involve heating of the samples.[80]. The summary of their analyses of 14 products/>40 lots from 13 different manufacturers with different doses and formulations of ranitidine products showed detectable NDMA in products from all manufacturers. Nine of the products had NDMA levels exceeding 96 ng/tablet (0.096 mcg/tablet) for at least some of the lots tested. NDMA levels exceeded 500 ng/tablet in three of the products (Novitum, Aurobindo, and Amneal Pharmaceuticals, all generic manufacturers). The FDA, in response to an Emery Pharma citizen petition, stated that their Office of Pharmaceutical Quality has tested approximately 180 ranitidine samples, and their test results as well as test results from industry showed that "NDMA was consistently detected in ranitidine" at levels ranging from 0.013 to 2.97 ppm" (3.9 to 891 ng).[81]. The FDA also reported that their laboratory tests "show that NDMA levels increase in ranitidine even under normal storage conditions, and NDMA has been found to increase significantly in samples stored at higher temperatures, including temperatures the product may be exposed to during the distribution and handling by consumers. The testing also showed that the older a ranitidine product is, or the longer the length of time since it was manufactured, the greater the level of NDMA. These conditions my raise the level of NDMA above the acceptable daily intake limit of 96 ng/day."[82]. They did not quantify the magnitude of the increase in NDMA levels, the temperature levels or the time duration. It is not clear if the NDMA levels reported in the FDA testing reflect the effects of exposure to heat, humidity or age of the pill, as all three influence NDMA formation.[83, 84]. In addition, production of NDMA from ranitidine is increased in high humidity conditions, so storage of medication where it is exposed to humidity such as at home in a bathroom medicine cabinet would likely also contribute to increased formation of NDMA. Further formation of NDMA from ranitidine after ingestion due to the acidic environment, coupled with heat and moisture, and especially with nitrite-rich foods, also must be considered.

I understand that testing by manufacturers and by the FDA confirmed the formation of NDMA in tablets as detailed below:

1. The FDA performed testing on Sanofi's Zantac 75 mg finished dose tablets which revealed NDMA levels ranging from 10 ng to 40 ng per tablet.[1] FDA also tested Sanofi's

[1] https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.



CONFIDENTIAL INFORMATION

Zantac 150 mg finished dose tablets and found NDMA levels ranging from 10 ng to 360 ng per tablet.[2] Sanofi performed its own testing on its 75 mg and 150 mg finished dose tablets and reported NDMA levels ranging from 0 ng to 105.08 ng and 0 ng to 420.15 ng per tablet, respectively.[3]

2. GSK tested its Zantac products and found NDMA from 24.75 ng to 195 ng per tablet in its 75 mg finished dose tablets, 36 ng to 435 ng per tablet in its 150 mg finished dose tablets, 168 ng to 330 ng per tablet in its 300 mg finished dose tablets, and below detectable limits to 405 ng per dose in its 150 mg syrup product.[4]
3. The FDA performed testing on Boehringer Ingelheim (BI's) Zantac finished dose tablets and found NDMA levels ranging from 18.225 ng to 41.175 ng per 75 mg tablet, and from 16.2 ng to 62.25 ng per 150 mg tablet.[5] Sanofi also tested BI's 150 mg finished dose tablets and found NDMA levels ranging from 11.1 ng to 420.15 ng per tablet.[6]
4. Dr. Reddy's tested its Ranitidine finished dose products and confirmed the presence of NDMA ranging from 13.335 ng to 109.838 ng per 75 mg tablet,[7] from 28.185 ng to 122.16 ng per 150 mg tablet,[8] and 360 ng to 840 ng per 300 mg tablet.[9]

I also understand that there will be evidence at trial based on testing by Emery Pharma, on behalf of Plaintiffs, where the tablets were tested under conditions known to increase NDMA formation and that the testing revealed NDMA levels that far exceed the levels found in testing by FDA and by the manufacturers, which did not always report the testing conditions. I understand that Emery testing found that:

1. NDMA levels in unexpired products had an average of nearly 1100 ng of NDMA.
2. Cool Mint had significantly more NDMA than other formulations.
3. The NDMA levels varied based on date since manufacture. For tablets that were between 2 and 2.5 years from date of manufacture, Emery found NDMA levels over

[2] *Id.*
[3] SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586.
[4] GSKZAN0000883508.
[5] SANOFI_ZAN_MDL_0000065220.
[6] *Id.*
[7] DRLMDL0000070416 - DRLMDL0000070418.
[8] *Id.*
[9] DRLMDL0000022940.



CONFIDENTIAL INFORMATION

1800 nanograms, and for 3-3.5 years, the testing was over 2500 nanograms of NDMA (but NDMA levels were substantially lower but over 700 nanograms for 4 years or more).

Recognizing that there is likely to be even greater NDMA formation from ranitidine under certain storage or transport conditions, the levels reported by the FDA analysis could be considered the minimal levels of exposure to NDMA through intake of ranitidine products. To be conservative, my causation opinions in this case are based on NDMA levels as tested by FDA and by the ranitidine manufacturers as noted above. If the amount of NDMA that is formed in the tablets is in the range being reported by Emery, it would further strengthen my opinion based on dose-response considerations.

*Is it possible to determine a minimal threshold dose of ranitidine/NDMA that can cause cancer?* NDMA is classified as a genotoxin, meaning that exposure to this substance can cause damage to DNA.[58]. This damage may result in mutations in the DNA, which could lead to the development of cancer. Whether exposure to a genotoxin such as NDMA results in the development of cancer is a complex process. NDMA is metabolically activated within the body, meaning that it is converted into compounds that can bind to DNA forming a DNA adduct.[85]. The damaged DNA with the adduct can result in errors in replication of the DNA, which can result in a mutation that could change the protein encoded by the DNA. The mutation in turn can ultimately lead to cancer.

However, once DNA is damaged through adduct formation, it does not necessarily lead to a mutation and cancer. There are multiple proteins within the body whose purpose is to identify and repair damage to DNA.[86]. To date, hundreds of proteins have been identified that are part of DNA repair processes, and at least six different major repair mechanisms have been identified. When DNA damage occurs due to adducts formed as a result of NDMA or other chemical exposures, the DNA repair enzymes can remove the adduct and repair the DNA. The DNA repair processes are not perfect however, and in some instances the damaged DNA will not be repaired or be repaired incorrectly or incompletely. The unrepaired or incorrectly



CONFIDENTIAL INFORMATION

repaired damage can result in mutations in the DNA that alter the function of the protein encoded by the DNA and in some cases, can lead to the development of cancer.

The effectiveness of DNA repair is dependent on multiple factors, including level of exposure and individual characteristics such as DNA repair capacity. A cell's ability to repair DNA due to a genotoxic exposure depends in part on the level of exposure.[87]. At higher levels of exposure and greater damage to the DNA, the repair mechanisms may become overwhelmed or saturated and less effective in repairing all damage, with more damage going unrepaired. More importantly, just as there in inter-individual variability in the strength and effectiveness of one's immune system, which affects one's reaction to infectious agents, there is also inter-individual variation in DNA repair capacity, meaning that, as a function of their individual genetic make-up, some people can more effectively repair DNA damage than others.[86] There are extreme cases in which individuals with inherited deficiencies in DNA repair capacity have a much greater risk of certain types of cancer (e.g. Xeroderma Pigmentosa and skin cancer) or other diseases (progeria). What is believed to be more common are variations in genes that occur more frequently in the population and have more subtle effects on DNA repair capacity. Variants in one or more of the many genes that are involved in DNA repair can influence how effectively an individual can repair DNA damage caused by genotoxic exposures. Because there are so many genes involved in DNA repair and given the current state of knowledge about their function, at this point it is not possible to test individuals at a population level to determine whether they have greater or lesser DNA repair capacity and therefore are at higher risk for the consequences of impaired DNA repair capacity, including cancer. Other individual characteristics, most notably age, also influence DNA repair capacity.

To put this in the context of human cancer epidemiology, it is useful to think about the example of a known human carcinogen - cigarette smoking. Cigarette smoking is well-established as a cause of lung cancer, and it is estimated that 80-90% of all lung cancers are caused by cigarette smoking.[88] However, only a small fraction – less than one-quarter - of people who smoke cigarettes develop lung cancer.[20]. This does not detract from the evidence that cigarette smoke is carcinogenic, because it is well-established that not every person exposed to a carcinogen will be diagnosed with cancer. Some of this is related to the



CONFIDENTIAL INFORMATION

level of exposure (dose) as there is clear evidence that individuals with longer, more intense smoking histories are at higher risk than those who smoke less. However, dose does not explain all the variation in risk as some heavy, long-term smokers never develop lung cancer and some individuals with much less exposure, even those who have exposure only through second-hand smoke, do develop lung cancer. The variation in risk is likely due to inter-individual variation in their ability to repair the DNA damage caused by exposure to cigarette smoke. Although some of the DNA damage caused by the carcinogens in cigarette smoke will be repaired, the spectrum of DNA repair capacity across individuals means that some will develop cancer at lower levels of exposure while others never develop cancer despite high levels of exposure.

The likelihood that exposure to NDMA, which is generally accepted to be genotoxic, will cause cancer is dependent on the dose as well as inter-individual variation in DNA repair capacity. It is useful to examine dose-response trends in relation to cancer risk, as higher levels of exposure would be expected to lead to increased cancer risk. When evaluating dose-response patterns, however, it would be impossible to make a determination of the minimum dose needed to cause cancer in humans. For genotoxins, there is persuasive evidence that there may be no safe dose.[89-91]. Clearly, no experiments could ever be done to make such an assessment. Furthermore, based on human epidemiologic studies of other known carcinogens, it is apparent that a dose that would be "safe" in some individuals would be sufficient to cause cancer in others.

My evaluation relies on epidemiologic studies that evaluate whether, at a population level, individuals with exposure to therapeutic doses of ranitidine are at greater risk for cancer than those who have not been exposed to ranitidine. My evaluation also relies on data from studies of other sources of NDMA exposure including diet and occupational exposures, many of which demonstrate dose-response relationships of increasing cancer risk with increasing NDMA exposure. The dietary studies that will be discussed in this report show that dietary exposure to NDMA, at levels lower than what has been detected in ranitidine products, increases the risk for certain cancers. The data will support that based on FDA test results, the level of NDMA exposure from ranitidine is capable of causing each of the cancers addressed in this report. I



CONFIDENTIAL INFORMATION

also considered that the exposure to NDMA through ranitidine intake may be increased depending on the conditions of transport and storage of the product and individual variability (i.e., different dietary patterns), which would further strengthen my opinion on causation.

*Is it appropriate to consider studies that evaluated NDMA exposure through dietary sources in evaluating the risk of cancer in relation to NDMA exposure through consumption of ranitidine?*

As will be described in this report, there are a limited number of studies that have directly addressed the risk of cancer due to ranitidine use, and many of them had important methodological limitations, which limit the conclusions which can be drawn from those studies. Therefore, it is reasonable to consider evidence from studies of other sources of NDMA exposure, and to compare the estimated exposure levels from dietary and other sources to estimated exposure levels from ranitidine intake and evaluate the risk of cancer associated with NDMA exposure through consideration of these various sources.

While the FDA stated that, based on its own testing (as described above) the "levels of NDMA in ranitidine and nizatidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats", it is important to keep in mind that there is quite conclusive evidence that processed meat intake is associated with an increased risk of certain types of cancer.[92] To the extent that levels of NDMA in some of the ranitidine products far exceeded the levels in smoked and grilled meats, the cancer risk associated with ranitidine use is likely to be even greater.

Because of the limited number of studies that specifically addressed cancer risk in relation to ranitidine use and the notable limitations of most of those studies, including lack of details on total amount of exposure to ranitidine, considering and evaluating information from studies on dietary sources of NDMA are important for forming a judgment as to whether NDMA exposure through ingestion of ranitidine is a likely cause of specific cancers. Table 3 summarizes studies that reported risk of different types of cancer by estimated dietary intake of NDMA. In most instances, the intake of NDMA was reported in micrograms (μ)/day. To facilitate comparisons between the results of these studies and the amount of NDMA in



CONFIDENTIAL INFORMATION

Table 3: Summary of studies reporting cancer risk by levels of NDMA intake

| **Study** | **Location** | **Cancer site** | **Groups** | **Mean (µ/day)** | **Mean (ng/day)** | **Quantiles (µ/day)** | **Quantiles (ng/day)** | **RR** | **95% CI** | **Comments** |
|---|---|---|---|---|---|---|---|---|---|---|
| Loh, 2011 | UK | Bladder | Cases<br>Controls | 0.0591<br>0.0570 | 59.1<br>57.0 | | per SD | 1.13 | 1.00-1.28 | Paper reported values in nanogram/day - |
| Keszei, 2013 | Netherlands | Gastric | Men<br>Women | 0.084<br>0.044 | 84<br>44 | Men<br>0.04<br>0.08<br>0.25<br>Women<br>0.03<br>0.04<br>0.07<br><br>Men<br>0.04<br>0.08<br>0.25<br>Women<br>0.03<br>0.04<br>0.07 | Men<br>40<br>80<br>250<br>Women<br>30<br>40<br>70<br><br>Men<br>40<br>80<br>250<br>Women<br>30<br>40<br>70 | Noncardia<br>1.00<br>1.09<br>1.31<br><br>1.00<br>1.37<br>0.90<br><br>Cardia<br>1.00<br>1.00<br>0.94<br><br>1.00<br>0.97<br>1.02 | <br>Reference<br>0.79-1.50<br>0.95-1.81<br><br>Reference<br>0.92-2.02<br>0.58-1.42<br><br><br>Reference<br>0.64-1.56<br>0.59-1.49<br><br>Reference<br>0.34-2.78<br>0.33-3.14 | Median values by tertile |
| Jakszyn, 2006 | Europe | Gastric | | | | Men<br><0.12<br>0.12-<0.28<br>≥0.28<br><br>Women<br><0.06<br>0.06-<0.11<br>≥0.11 | Men<br><120<br>120-<280<br>≥280<br><br><br><60<br>60-110<br>≥111 | Stomach<br>1.00<br>0.87<br>0.99<br><br>Noncardia<br>1.00<br>1.04<br>1.09<br><br>Cardia<br>1.00<br>0.74<br>0.0.68 | <br>Reference<br>0.64-1.2<br>0.69-1.41<br><br><br>Reference<br>0.66-1.63<br>0.65-1.81<br><br><br>Reference<br>0.41-1.34<br>0.34-1.37 | Paper reported tertiles of intake by sex, but calculated Hazard Ratios for entire population. |



CONFIDENTIAL INFORMATION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| De Stefani, 1998 | Uruguay | Gastric | | | | ≤0.14<br>0.15-0.18<br>0.19-0.26<br>≥0.27 | ≤140<br>150-180<br>190-260<br>≥270 | 1.00<br>2.07<br>3.32<br>3.62 | Reference<br>1.36-3.18<br>2.13-4.89<br>2.38-5.51 | |
| Pobel, 1995 | France | Gastric | Cases<br>Controls | 0.55<br>0.25 | 550<br>250 | | | 1.00<br>4.13<br>7.00 | Reference<br>0.93-18.27<br>1.85-26.46 | Median values 0.25 µ/day for cases, 0.23 for controls, 75th percentile 0.51 for cases, 0.29 for controls |
| Palli, 2001 | Italy | Gastric | | | | 0.12<br>0.20<br>0.33 | 120<br>200<br>330 | 1.00<br>1.1<br>1.1 | Reference<br>0.8-1.6<br>0.8-1.5 | Mean values by tertile |
| La Vecchia, 1995 | Italy | Gastric | | | | ≤0.130<br>0.131-0.190<br>≥0.191 | 130<br>131-190<br>191 | 1.00<br>1.11<br>1.37 | Reference<br>0.9-1.4<br>1.1-17 | |
| Larsson, 2006 | Sweden | Gastric | | | | <0.041<br>0.041-0.078<br>0.079-0.120<br>0.121-0.193<br>≥0.194 | <41<br>41-78<br>79-120<br>121-193<br>≥194 | 1.00<br>1.03<br>1.66<br>1.60<br>1.96 | Reference<br>0.61-1.77<br>1.00-2.75<br>0.93-2.76<br>1.08-3.58 | Median values by quintile |
| Goodman, 1992 | US - Hawaii | Lung | | | | ≤0.01<br>>0.01-0.05<br>>0.05-0.10<br>>0.10<br><br><0.01<br>>0.01-0.05<br>>0.05-0.10<br>>0.10 | ≤10<br>>10-50<br>>50-100<br>>100<br><br><10<br>>10-50<br>>50-100<br>>100 | Men<br>1.0<br>1.7<br>2.8<br>3.3<br>Women<br>1.0<br>1.4<br>1.8<br>2.7 | Reference<br>0.9-3.2<br>1.4-5.3<br>1.7-6.2<br><br>Reference<br>0.7-2.9<br>0.7-4.2<br>1.0-6.9 | Paper reported values in µ/week - converted to µ/day here |
| De Stefani, 1996 | Uruguay | Lung | | | | <0.13<br>0.14-0.18<br>0.19-0.26<br>≥0.27 | 130<br>140-180<br>190-260<br>≥270 | 1.0<br>0.88<br>1.77<br>3.14 | Reference<br>0.53-1.48<br>1.06-2.96<br>1.86-5.29 | |
| Jakszyn, 2011 | Europe | Bladder | | | | 0-0.05<br>0.05-0.1<br>0.1-0.19<br>0.19-21.11 | 0-50<br>50-100<br>100-190<br>190-21,110 | 1.00<br>1.14<br>1.07<br>1.12 | Reference<br>0.91-1.42<br>0.85-1.34<br>0.88-1.44 | |
| Rogers, 1995 | US | Esophagus | | | | <0.06<br>0.06-0.179<br>>0.179 | <60<br>60-179<br>≥179 | 1.00<br>1.31<br>1.86 | Reference<br>0.60-2.85<br>0.87-3.95 | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Zhu, 2014 | Canada | Colorectal | | | | 0.03<br>0.07<br>0.20<br>0.77<br>2.29 | 30<br>70<br>200<br>770<br>2,290 | 1.00<br>1.06<br>1.13<br>1.22<br>1.42 | Reference<br>0.83-1.37<br>0.87-1.47<br>0.92-1.63<br>1.03-1.96 | Median intake within quintile |
| Zheng, 2019 | US | Pancreatic | Overall<br>Plant sources<br>Animal source | | | Overall<br>0.28<br>0.45<br>0.58<br>0.99<br>Plant Sources<br>0.04<br>0.06<br>0.08<br>0.12<br>Animal Sources<br>0.18<br>0.33<br>0.43<br>0.74 | <br>280<br>450<br>580<br>990<br><br>40<br>60<br>80<br>120<br><br>180<br>330<br>430<br>740 | <br>1.00<br>0.99<br>1.03<br>1.03<br><br>1.00<br>1.48<br>1.97<br>1.93<br><br>1.00<br>0.97<br>0.87<br>1.17 | <br>Reference<br>0.75-1.31<br>0.78-1.37<br>0.78-1.37<br><br>Reference<br>1.10-1.99<br>1.48-2.64<br>1.42-2.61<br><br>Reference<br>0.74-1.28<br>0.65-1.15<br>0.89-1.54 | Mean µ per 1000 kcal/day Based on typcial recommended intake of 2000 kcal/day, these values would be approximately doubled to come up with total daily intake. Values are several times higher than those reported in most other studies. |
| Risch, 1985 | Canada | Gastric | | | | per 10 µ/day | per 10,000 ng/day | 0.94 | 0.14-6.13 | Reported OR was based on 10 µ/day increase in consumption, an extremely high level of consumption. Possible error in reporting? |



CONFIDENTIAL INFORMATION

ranitidine products, which is often reported in nanograms (ng) per tablet or in reference to FDA's acceptable limit of 96 ng/day, the table includes columns with the categories of NDMA in micrograms (as reported in the papers) and nanograms (calculated by multiplying micrograms by 1000).

The studies were conducted in many different countries, including the US, Canada, Uruguay and multiple European countries. Two of the studies [93, 94] reported values for dietary intake of NDMA that far exceeded what was reported in all of the other studies and will be discussed separately. In the remaining studies, mean or median values of NDMA were reported in three studies – Pobel, *et al.*,[95], Loh, *et al.* [96] and Keszei, *et al.*[97] – with values ranging from 0.044 to 0.25 µ/day (44 to 250 ng/day). The other studies did not report overall means or medians, but reported values for tertiles, quartiles or quintiles of intake.[98-107] As shown in the column labeled "Quantiles µ/day", cutpoints for the highest categories of intake were mostly in the range of ~0.1 to ~0.3 µ/day (100 to 300 ng/day). The majority of these studies reported increased risks for the various cancer sites [95, 96, 99, 101-104, 106, 107] for at least the highest category and generally showed dose-response trends of increasing risk with increasing levels of consumption.

Two of the studies reported levels of NDMA intake that were extreme as compared to the other studies. Risch, *et al.* [93] reported an odds ratio of 0.94 for each 10 µ/day (10,000 ng) increase in consumption, which appears to be erroneous as the other studies generally reported daily intakes of less than 1 µ/day. Zheng, et al [94] also reported values of dietary NDMA intake that are much higher than reported in other studies. In contrast to the studies that reported the mean intake per day, this study reported the mean intake per 1000 kcal per day. Assuming that the average person has a daily intake of 2000 kcal/day, the mean daily intake would be approximately two times the values reported per 1000 kcal/day. Under this assumption, the estimated intake of NDMA would have been approximately 0.56 µ/day (560 ng/day) for the lowest quartile and approximately 1.98 µ/day (1980 ng/day) for highest quartile. As these values are ~5 to 10 times the daily intake reported in most of the other studies, there is concern that these values are erroneous.



CONFIDENTIAL INFORMATION

Disregarding the Risch [93] and Zheng [94] studies, which appear to be outliers in their reported NDMA intake, studies that estimated NDMA intake from dietary sources reported daily intakes that were generally in the range of approximately 0.1 to 0.3 μ/day (100 to 300 ng/day) for most of the study population. Most of the studies also reported dose-response relationships, with trends of increasing risk with increasing levels of NDMA intake. The levels of NDMA in many of the ranitidine products reported by the FDA were in the range of or exceeded the estimated NDMA from dietary sources in these studies. Therefore, it is very appropriate to consider studies of dietary sources of NDMA as being salient to the evaluation of the risk of cancer associated with ranitidine. The studies of dietary intake of NDMA are also relevant because they reflect the type of exposure that one would expect with ranitidine for many people, namely daily consumption over a period of many years.

The FDA in the summary of its laboratory analysis of ranitidine products made the statement that the amount of NDMA in ranitidine products is similar to the amount in products such as smoked or grilled meat. Therefore, the many studies that evaluated risk of cancer in relation to processed meat consumption should also be considered relevant for assessing the cancer risk associated with ranitidine intake. Of course, these studies would need to be analyzed for their strengths and limitations and assessed for their overall contribution to answering the question about causation of specific cancers from ranitidine. Recent meta-analyses or pooled analyses that evaluated cancer risk in relation to processed meat consumption and reported summary relative risks for a dose-response analysis are summarized in Table 4. In most studies, the dose-response analysis calculated a relative risk for a 50 g/day intake in processed meat. To put this in more understandable terms, 50 g would correspond to approximately 1 hot dog or 2 slices of bacon. This level of intake was associated with significantly increased risk for cancers of the bladder, colon, rectum, stomach, esophagus, pancreas, lung and breast, whereas there was little evidence of an association with prostate or kidney cancer. For the cancers showing increased risk for each 50 g/day intake of processed meat, the relative risks ranged from 1.17 for breast up to 1.72 for gastric cancer. As these were dose-response analyses, consumption at a higher level would be associated with a corresponding increase in risk.



CONFIDENTIAL INFORMATION

Based on the levels of NDMA in ranitidine products tested by the FDA and a comparison with intake of dietary sources of NDMA, it is apparent that the dietary studies evaluated cancer risk in relation to levels of NDMA that are comparable to what has been reported in many of the ranitidine products tested by the FDA. This does not take into consideration that the levels

Table 4: Summary of meta-analyses reporting cancer risk for processed meat by dose-response

| **Author, Year** | **Cancer Site** | **# of studies** | **Unit of Exposure** | **Relative Risk** |
|---|---|---|---|---|
| Crippa, 2018 | Bladder | 5 prospective cohorts,<br>6 case-control | per 50 g/day intake of processed meat | All studies<br>1.20 (1.06-1.37)<br>Case-control studies<br>1.31 (1.06-1.63)<br>Cohort studies<br>1.10 (0.95-1.27) |
| Handel, 2020 | Colorectal | 29 prospective cohorts | per 50 g/day intake of processed meat | Colorectal<br>1.15 (1.06-1.24)<br>Colon<br>1.25 (1.15-1.37)<br>Rectal<br>1.18 (1.04-1.33) |
| Kim, 2019 | Gastric | 8 prospective cohorts<br>12 case-control | per 50 g/day intake of processed meat | All studies<br>1.72 (1.36-2.18)<br>Cohort studies<br>1.21 (1.04-1.41)<br>Case-control studies<br>2.17 (1.51-3.11) |
| Larsson, 2012 | Pancreas | 7 prospective cohorts | per 50 g/day intake of processed meat | 1.19 (1.04-1.38) |
| Zhao, 2020 | Esophagus | 3 cohorts | per 50 g/day intake of processed meat | 1.41 (1.10-1.82) |
| Xue, 2014 | Lung | 11 studies | per 50 g/day intake of processed meat | 1.20 (1.11-1.29) |
| Bylsma, 2015 | Prostate | 11 cohorts | per 1 serving (50 g/day) intake of processed meat | Total prostate cancer<br>1.01 (0.96-1.05)<br>Advanced prostate cancer<br>1.10 (0.98-1.24) |
| Kazemi, 2020 | Breast | 17 prospective cohorts | per 50 g/day intake of processed meat | 1.18 (1.04-1.33) |
| Lee, 2008 | Kidney | 13 prospective cohorts | per 2 serving/wk increase in intake | 1.01 (0.99-1.02) |



CONFIDENTIAL INFORMATION

of NDMA in ranitidine that was transported or stored under high temperature or high humidity conditions are likely higher than in the samples tested by the FDA, or that there can be *in vivo* formation of NDMA based on the diet and gastric pH levels of the individual taking the ranitidine. For these reasons, my assessment of whether NDMA exposure through intake of ranitidine can cause specific types of cancer takes into account findings from studies that assessed risk of cancer with NDMA exposure from dietary sources, including evaluation of dose-response trends in such studies. It would be inappropriate to not consider this source of epidemiologic evidence in any causal analysis of ranitidine and human cancer.

*How well did the ranitidine epidemiologic studies address dose-response trends and the effect of long-term exposure to ranitidine on cancer risk?*

Dose-response analyses are an important component of making a causal assessment and my review of relevant studies (both ranitidine studies and those of other sources of NDMA exposure) included an evaluation of trends of increasing cancer risk with increasing exposure. It is well-established that many people who take ranitidine or other acid-suppressing drugs take them on a chronic basis, often for many years. A recent analysis of acid-suppressant drug prescriptions reported that 23% of H2RA users took them for at least five years,[30], whereas an earlier paper from Denmark reported that of individuals taking H2RAs in 1977-81, nearly a third of them also used them in 1989-90.[108].

Despite the data showing that a sizeable proportion of people prescribed acid-suppressing drugs often continue them for many years and the likelihood that cancer risk will increase with longer term exposure to a carcinogen, nearly all of studies of ranitidine and cancer risk were unable to adequately assess risk associated with long-term use. Some of the studies grouped all users together regardless of duration or did not do any dose-response analyses specifically for ranitidine.[31, 50, 54-56, 71, 109-112]. The obvious problem is that some unknown proportion of the people classified as ranitidine users had minimal use of the drug (or no use if the drug was prescribed but never taken). This would minimize the likelihood of detecting an increased risk with ranitidine use and would not provide a reliable estimate of the risk from long-term use.



CONFIDENTIAL INFORMATION

The remaining studies did make an attempt to compare longer-term users with shorter-term users.[35, 36, 51, 113]. In some studies, the comparison was based on number of prescriptions (e.g. [35, 36, 51, 113]), but with the exception of the Cardwell study, the long-term exposure was >5 or >10 prescriptions. In the dose-response analysis in the Cardwell study, categories of use ranged from 1-6 prescriptions up to >36 prescriptions. The days supply per prescription is not stated, but 5 or 10 prescriptions could represent less than 1 year duration of use if a prescription is for a 30-day supply. Overall, with the exception of the Cardwell study, the individual studies did not have enough cases exposed to ranitidine to thoroughly examine the effect of long-term use on cancer risk. Although dose-response analyses are important for making causal assessments, it is important to note that the data were inadequate for making such an assessment of the risk of cancer in relation to long-term use of ranitidine in nearly all of the ranitidine epidemiologic studies. As noted above, dose-response information is available in dietary and occupational studies of NDMA exposure, and these data were part of my evaluation of dose-response trends.

Considerations for Evaluation of Dietary Studies

The evidence considered in this report includes dietary studies that evaluated estimated NDMA intake and processed meat intake, a major dietary source of NDMA, in relation to cancer outcomes. These studies were considered relevant and important for evaluating the question of whether exposure to NDMA through ranitidine intake causes several types of cancer for several reasons:

1. The FDA, in their description of their analyses of NDMA in ranitidine products, stated that the amounts found in many of the ranitidine products was comparable to levels in grilled or smoked meats.
2. The patterns of exposure to NDMA through dietary intake – frequent or even daily intake – is comparable to patterns of exposure of individuals who have taken ranitidine on a chronic basis over a period of many years.
3. Many of the dietary studies evaluated dose-response trends, either based on a continuous measure of exposure or by examining the cancer risk by categories of



CONFIDENTIAL INFORMATION

increasing levels of consumption. This contrasts with many of the ranitidine studies that compared ranitidine users to non-users or did very limited dose-response analyses.

My evaluation carefully considered the challenges and limitations of epidemiologic studies of dietary intake. The dietary studies considered in this report are observational studies (prospective cohort studies or case-control studies). Randomized controlled trials of dietary factors and cancer risk are rarely done because of the expense of such studies due to the large number of subjects and long-duration of follow-up required to evaluate cancer outcome. Other barriers to conducting dietary randomized controlled trials are the ethical considerations when evaluating harmful exposures and the poor long-term compliance with dietary interventions (whether those intended to increase or decrease consumption of specific foods). For these reasons, it is to be expected that the epidemiologic data on NDMA or processed meat intake and cancer risk would come from observational studies.

The most prominent challenge of dietary studies is the difficulty of accurately capturing intake of food and nutrients. Food frequency questionnaires (FFQs) are the most commonly-used method for assessing dietary intake in epidemiologic studies.[114, 115]. With this method, study subjects are provided a list of foods and are asked to indicate their frequency of consumption of each food, and in some cases, the portion size. Usually, subjects are asked to report their average intake over a defined period (e.g., during the past year or one-year before a cancer diagnosis). It is common to use food FFQs that reflect the dietary patterns of the geographic region in which the study is being conducted. As compared to other dietary assessment methods such as 24-hour recall or a food record, FFQs better capture long-term dietary patterns.

It is well-recognized that there will be measurement error with the use of FFQs (and any other method of dietary assessment). With FFQs, the measurement error results both from random errors in recall as well as a tendency for subjects with a high intake to under-report their intake and those with a low intake to over-report their intake.[116]. The overall effect of this type of measurement error in prospective studies is an attenuation of the relative risk estimate and a loss of power to detect diet-disease relationships. Some of the approaches to



CONFIDENTIAL INFORMATION

dealing with measurement error include statistically adjusting for total energy intake, using larger sample sizes or conducting meta-analyses to combine data across studies.[116]. The interpretation of dietary data, even from well-designed prospective cohorts, has to consider the likely attenuation of the true relative risk.

The misclassification of dietary data from prospective cohorts is considered to be non-differential in the sense that the data are collected at the start of follow-up (and sometimes updated at later points) before any cancer diagnoses have occurred in the cohort, meaning that there should not be differential reporting between individuals with and without cancer. In contrast, case-control studies collect dietary data after the cases have already had a diagnosis of cancer. Typically, in case-control studies, study subjects are asked to report their usual diet in a defined time-period (e.g. one-year before the cancer diagnosis or index date for controls) to circumvent dietary changes that might have occurred shortly before a cancer diagnosis. An important concern with case-control studies is the differential misclassification of dietary intake that can result if cases report their diet differently than controls. If cases over-report intake of specific foods relative to controls, the likely result is an overestimate of the true relative risk, whereas under-reporting of specific foods by cases would lead to an underestimate of the true relative risk. While recall bias is clearly a theoretical concern in case-control studies, the empirical evidence is mixed as to whether recall bias affects the relative risk estimates. Giovannucci, *et al.*[117] reported evidence of recall bias and differences in relative risks in an analysis comparing dietary data collected prospectively versus data collected after a diagnosis of breast cancer, while other similar studies did not find evidence that recall bias had an important effect on relative risk estimates when comparing prospectively versus retrospectively reported dietary information.[118, 119]. While the possibility of recall bias needs to be kept in mind when evaluating case-control studies of diet and cancer, these methodological studies suggest that it is not a certainty, and it is appropriate to consider data from case-control studies as part of the evidence base.

Regardless of study design – prospective cohort or retrospective case-control study - the overall strengths and limitations need to be considered when evaluating the evidence from the studies of diet and cancer. Some of the considerations are the level of detail in the FFQ used,



CONFIDENTIAL INFORMATION

whether repeated measures of diet were made in prospective cohorts, the timeframe of dietary assessment in case-control studies and whether the analyses controlled for potential confounding variables such as total energy intake or intake of other food groups.

Because the magnitude of the associations between dietary variables and cancer are not likely to be large and the likelihood that misclassification of dietary variables could lead to an attenuation of the true relative risk, it is common for data from multiple studies to be summarized in meta-analyses. A well-conducted meta-analysis can provide a useful summary of the data, especially when there is a large body of evidence for a particular exposure and cancer outcome, and it is a useful approach for assessing the magnitude and consistency of an effect across multiple studies.

As discussed above, there are well-recognized challenges in assessing associations between dietary variables such as processed meat consumption or NDMA intake in relation to cancer risk. Despite these challenges, data from observational dietary studies are routinely used to make judgments about risk factors/causes of cancer and to inform policy recommendations on foods that increase or decrease risk for cancer, including recommendations from the American Cancer Society,[120] the American institute for Cancer Research/World Cancer Research Fund[121] and the International Agency for Research on Cancer.[122].

<u>Considerations for Studies of Processed Meat and Cancer Risk</u>

My evaluation of dietary sources of NDMA and cancer risk considered the body of literature on processed meat intake and cancer risk, which comprises many more studies than those that evaluated cancer risk in relation to estimated NDMA intake. These studies were deemed to be relevant because processed meat is the major dietary source of NDMA, [123, 124] and processed meats are carcinogenic as evidenced by the Group 1 – Carcinogenic to humans categorization given by IARC.[92].

While studies of processed meat provide relevant data about cancer risk from NDMA exposure, it is important to consider the limitations of using processed meat intake as an indicator of NDMA intake. Processed meats are a major source of NDMA, although not the sole



CONFIDENTIAL INFORMATION

dietary source of NDMA.[123, 124]. In this sense, processed meat intake is an imperfect indicator of NDMA intake that does not capture all dietary sources of NDMA, including NDMA from beer and certain types of cheeses. In addition, other components of processed meats could contribute to cancer risk, including salt and fat content, heme iron and other carcinogens such as heterocyclic amines and polycyclic aromatic hydrocarbons.[21]. Individuals who have high intake of processed meats may also differ in other aspects of their diet including total caloric intake and intake of fruits and vegetables.

These issues have been addressed in various ways in studies of processed meats in cancers. Many studies used multivariable models to provide an estimate of the cancer risk associated with processed meat intake adjusting for other dietary factors such as total energy intake and fruit and vegetable intake (e.g., [102, 125, 126]). Other studies did more detailed analyses to parse out which components of the processed meat contributed to cancer risk, including consideration of salt or other carcinogenic compounds. For example, in a study of gastric and esophageal cancer, Mayne, *et al*. [127] reported that the association between dietary nitrite and noncardia gastric cancer remained when adjusting for sodium intake, whereas the association with sodium was no longer apparent when adjusting for nitrite intake. This study also evaluated the joint effects of vitamin C and nitrite because vitamin C inhibits the formation of N-nitroso compounds in the stomach. The highest risk for both gastric and esophageal cancer was among individuals with high nitrite and low vitamin C, which provides support that the formation of N-nitroso compounds increases cancer risk. An analysis of meat intake and bladder cancer by Ferrucci, *et al*.,[128] showed a greater increase in risk for nitrate and nitrite specifically from processed meat, than from nitrates and nitrites from plant or animal sources.

De Stefani, et al. [99] evaluated nitrosamines and heterocyclic amines in relation to gastric cancer risk. Their analysis showed a greater than three-fold increased risk for both NDMA and PhIP (a heterocyclic amine formed from high-temperature cooking of meat), with a multiplicative effect when considering high levels of exposure for both chemicals. In multivariable analyses, the risk with NDMA exposure remained significantly elevated when



CONFIDENTIAL INFORMATION

controlling for PhIP and other dietary variables, thereby providing evidence that NDMA increases cancer risk regardless of other carcinogens that might be present in processed meat.

The formation of nitrosamines, including NDMA, is generally accepted as one of the most plausible mechanisms by which processed meats can cause cancer.[92, 121, 129-131]. As described by IARC,[92]meats are cured by the addition of salt and nitrate or nitrite compounds, which preserves the meat and gives it the characteristic flavor and color. These compounds react with the amines from proteins in the meat to form nitrosamines, including NDMA. After ingestion, the nitrites in processed meat can also contribute to the formation of nitroso compounds within the stomach. Heme iron, which is also thought to be a component of processed meat that contributes to cancer risk, exerts a catalytic effect on the formation of N-nitroso compounds.

As described in individual studies, meta-analyses of multiple studies, as well as statements from health organizations such as International Agency for Research on Cancer and the American Institute for Cancer Research, nitrosamines in processed meat are cited as a likely mechanism by which these products cause cancer, while acknowledging other components may play a role as well. Given that processed meats are a major source of dietary NDMA, I consider it important to include these studies in my evaluation of the evidence that NDMA causes specific types of cancer in humans. However, recognizing that other components of processed meat could contribute to cancer risk as well, these studies were given lesser weight in my evaluation of the evidence, but were considered important for evaluating the overall consistency of the evidence.

Evaluation of Ranitidine Clinical Trial Data

I reviewed data from clinical trials of ranitidine that were used to evaluate its efficacy for specific maintenance treatment indications. None of these studies was designed or powered to evaluate cancer outcomes. Of the more than two dozen studies, the vast majority of them had follow-up times of less than 2 years and had fewer than 200 participants. The largest of the trials had 573 subjects, which is still an inadequate sample size to detect cancer outcomes. A few of the studies had follow-up times of greater than five years, however they



CONFIDENTIAL INFORMATION

also were inadequate for addressing cancer outcomes due to small sample sizes or lack of a control group. Although well-designed, randomized controlled trials are considered the strongest evidence for assessing causality, these trials were uninformative because their sample sizes and duration of follow-up were inadequate to address an uncommon adverse event like cancer associated with ranitidine use.

The inability of drug clinical trials that are used to obtain FDA approval for marketing to detect adverse events like cancer that are uncommon or not expected to become clinically apparent until years after exposure is part of the rationale for continued post-marketing surveillance. One component of the FDA's post-marketing surveillance system is the FDA Adverse Event Reporting System (FAERS), which relies on voluntary reporting of adverse events associated with medication use by healthcare professionals, manufacturers and consumers.[132]. While recognizing the limitations of the voluntary reporting system, the FDA does consider it a useful tool for identifying new safety concerns with marketed products. As will be described in this report, an analysis of FAERS data on adverse events in users of ranitidine and other acid-suppressing drugs showed higher rates of reports of gastrointestinal cancer among ranitidine users than users of other H2RAs and PPIs.[133].

<u>Consideration of Possible Anti-cancer Effects of Ranitidine</u>

Dating back to the 1980s, it has been hypothesized that H2RAs could have an anti-cancer effect.[134]. Much of the research has focused on cimetidine, the first H2RA marketed. There are several hypothesized mechanisms for an anti-tumor effect including: 1) inhibition of the growth promoting effects of histamine, 2) immunomodulating effects that enhance the body's immune response to tumor cells, 3) inhibition of cancer cell adhesion to endothelial cells, and 4) inhibition of tumor angiogenesis.[134, 135]. While some effects would be expected to be common to H2RAs as a class, effects for cimetidine appear to be greater than for ranitidine or other H2RAs.[134].

Although much of the evidence is based on *in vivo* or *in vitro* studies, some clinical studies have assessed anti-cancer effects of these drugs.[134]. A Cochrane systematic review and meta-analysis summarized data from six randomized controlled trials that evaluated



CONFIDENTIAL INFORMATION

perioperative H2RA use and colorectal survival.[136]. Five of the trials evaluated cimetidine and one evaluated ranitidine. While a survival benefit was observed in the cimetidine trials, the ranitidine trial reported that there was no overall effect on survival, (HR 0.93, 0.83-1.09).[136, 137].

I reviewed the Clinicaltrials.gov database to determine if there were any on-going or completed trials that evaluated anti-cancer effects of ranitidine. Of the 38 trials that were retrieved using the search terms "ranitidine" and "cancer", only one was specifically evaluating ranitidine as the primary intervention, while the remaining studies used ranitidine or other acid-suppressing drugs as adjuncts to the primary interventions for the prevention of adverse effects of the anti-cancer drugs. The one trial that appeared to be potentially relevant – "Histamine Receptor 2 Antagonists as Enhancers of Anti-Tumor Immunity" - is past its completion date and did not report enrollment of any subjects.

Although some animal studies or case reports that suggested a possible anti-cancer effect of ranitidine, they have not been substantiated in human trials. I did not identify any on-going clinical trials that evaluate ranitidine as an anti-cancer drug and note that the FDA has never approved ranitidine to treat or prevent cancer. Therefore. I concluded that the overall evidence does not support an anti-cancer effect of ranitidine.

**Bradford Hill Assessment**

As is standard in epidemiologic research, my assessment of whether there is a causal association between ranitidine/NDMA intake and cancer was guided by the aspects of a causal relationship described by Sir Austin Bradford Hill in the 1960s.[10]. Hill's writings on causal inference provide an accepted framework for assessing whether a given exposure is a cause of a specific outcome. The aspects of the associations that Bradford Hill described are: Strength, Consistency, Specificity, Temporality, Biological Gradient, Plausibility, Coherence, Experiment and Analogy. As his writings clearly state, these viewpoints or perspectives should be taken into account when assessing causality but are not to be considered absolute criteria and not all must be checked off to make a conclusion of a causal relationship. Specifically, he states "What I do not believe is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring



CONFIDENTIAL INFORMATION

indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." The following is a description of the aspects of association that Bradford Hill articulated as well as considerations I incorporated into my application of these viewpoints into my assessment of causality.

Strength of the Association: This aspect refers to the observation that a stronger association between an exposure and disease are more likely to causal than weaker associations. Bradford Hill argued that with a strong association between an exposure and disease, if there was some other factor that could explain the association (what epidemiologists refer to as a confounding factor), it would have to be even stronger than the observed association and most likely would have been detected.

As has been pointed out by Bradford Hill and others, there are indeed many examples in epidemiology and medicine where modest associations are widely accepted as causal associations. Some examples of exposure/disease associations that are generally accepted as causal associations in the scientific community and have been judged to be a cause of cancer by the International Agency for Research on Cancer (IARC)[138-141] are described below along with the estimated relative risks for these exposures as summarized in meta-analyses:

1. Oral contraceptive use and breast cancer, relative risk 1.08 (95% CI 1.03-1.165) for ever versus never use and relative risk 1.21 (95% CI 1.04-1.41) for current or recent use versus never use [6].
2. Menopausal estrogen use and breast cancer, relative risk 1.20 (95% CI 1.06-1.37) for more than 5 years use versus no use [16].
3. Passive smoking (also referred to as environmental tobacco exposure or secondhand smoke) and lung cancer, relative risk 1.27 (95% CI 1.17-1.37) for ever versus never exposure to a spouse who smoked [17].
4. Residential radon exposure and lung cancer, relative risk 1.29 (95% CI 1.10-1.51) for highest versus lowest exposure [18].
5. Red meat or processed meat and colon cancer, relative risk 1.25 (95% CI 1.10-1.43) for red meat per 100g/day increase and relative risk 1.17 (95% CI 1.02-1.33) for processed meat per 50g/day increase [142].



CONFIDENTIAL INFORMATION

These examples clearly illustrate that a modest increase in risk can be a causal association. Epidemiologists generally agree that there is no cut point for a relative risk that could be used to say that an association is causal or not (i.e., it is not reasonable, for example, to say that a causal association must have a relative risk of at least 2.). These examples also illustrate that even with modest to moderate increases in risk, the evidence for a causal association can be strong. However, with weaker associations, i.e., with relative risks below 2, it is particularly important to consider whether the results are due to confounding or other forms of bias.

Consistency: Consistency refers to whether the association has been repeatedly observed by different investigators, in different places, circumstances and time. Epidemiologists often extend the consistency aspect to include consistency across different types of studies and study designs, while considering the strengths and weaknesses of such studies.

While the observation of consistent results across different studies is an important aspect of causal assessment, it is important to keep in mind that perfect consistency in results across studies is unlikely. When examining a body of evidence for any exposure and disease, it is very likely that there will be variation in the magnitude of the observed relative risk or even in the direction of the effect across studies. These variations can be due to chance, biases in the studies, differences in the exposure levels across studies or differences in characteristics of the study population.

Referring to the examples given above in relation to strength of the association, the meta-analyses for each of the exposure/disease relationships showed some variation in the magnitude of the relative risk and direction of effect across studies. For example, the meta-analysis of passive smoke exposure and lung cancer by Taylor, *et al.* [17] summarized findings from 55 studies. While the summary relative risk based on the data from all studies was 1.27, the relative risks from individual studies range from 0.66 to 2.57, with 44 of the 55 studies reporting relative risks greater than 1. In addition, although only a minority of the individual studies (10 of 55) reported findings that were statistically significant, combining the data across studies resulted in a statistically significant summary relative risk. These data show that among



CONFIDENTIAL INFORMATION

the many epidemiologic studies that assessed passive smoke exposure as a risk factor for lung cancer, not all had statistically significant findings and some even reported relative risks less than 1, yet the overall conclusion from the totality of evidence is that passive smoke exposure is causally associated with lung cancer, a conclusion that few would dispute.

While the assessment of consistency is an important consideration in making a causal determination, it must be kept in mind that some inconsistency in findings across studies is not a reason to reject a causal association. Because studies of humans cannot control all conditions as is possible with certain laboratory experiments, some inconsistency across studies is to be expected.

Specificity: Hill pointed out that if an association with a disease is limited to individuals with a specific exposure, for example specific workers with a disease of a particular site and type, the specificity of the association is a strong argument in favor of causality. However, he also pointed out that diseases may have more than one possible cause. As he stated, "if specificity exists we may be able to draw conclusions without hesitation; if it is not apparent, we are not thereby necessarily left sitting irresolutely on the fence."

In cancer epidemiology, some exposures show some level of specificity in that a particular exposure results primarily in a specific type of cancer. For example, most mesothelioma cases are due to asbestos exposure,[143] and exposure to aflatoxin is strongly associated with liver cancer.[144, 145]. However, even in these instances, there is not absolute specificity as there are other causes of these types of cancer. For other known carcinogenic exposures, it is generally accepted that one exposure can cause multiple types of cancer. For example, cigarette smoking causes not only lung cancer, but also several other types of cancer, including bladder, esophageal, liver, kidney and stomach. The cancer sites that are being considered in this causal assessment all have identified risk factors other than NDMA, and NDMA exposure in experimental animals has been shown to produce cancer at multiple sites. For these reasons, specificity of the association is taken into account in the evaluation of a causal relationship, but lack of specificity does not weigh heavily against a causal judgment.

Temporality: This aspect_refers to the temporal relationship of the association – does the exposure precede the development of the disease? It is the only absolute criterion for



CONFIDENTIAL INFORMATION

causality. Hill described the aspect of temporality in relation to diseases and dietary factors, where it may be plausible that particular dietary habits lead to the disease or that early stages of disease lead to changes in dietary habits.

Concerns about "reverse causality" or protopathic bias have been raised specifically about the use of acid-suppressant drugs and certain types of cancer. Is it plausible that the acid-suppressant drugs do not increase risk of cancer but instead that early symptoms of cancer such as gastrointestinal distress could result in patients taking acid-suppressant drugs? To evaluate whether reverse causality is a plausible explanation for an association between acid-suppressant drug use and specific types of cancer, the evaluation should consider the typical early symptoms of the specific cancer, the typical duration between onset of symptoms and clinical diagnosis, and whether the studies excluded drug exposures that were initiated shortly before diagnosis of cancer.

Biological Gradient: Hill articulated that if the association is one that shows a biological gradient or dose-response relationship, such evidence should be carefully considered. In its simplest conception, a dose-response relationship means that as the level of exposure increases the risk of the disease increases. However, patterns other than a simple monotonic increase in risk with increasing levels of exposure are also possible. Some exposures may show a threshold effect in which effects are not observed until a certain level of exposure is reached, although in practical terms it is usually not possible to determine precisely what that threshold effect would be. A plateau effect is also possible in which the effect levels off at higher levels of exposure. Evaluation of dose-response trends in causal assessment should consider the possibility of dose trends that exhibit non-linear relationships. In addition, dose-response evaluations may be limited if, as is the case with most of the ranitidine and cancer studies, the studies presented inadequate data to examine risk of cancer with increasing exposure.

Plausibility: Hill stated that "it will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced that we cannot demand. What is biologically plausible depends upon the biological knowledge of the day."

Recognizing that the plausibility of an exposure/disease association depends on the current knowledge of biological processes, causal judgments usually rely heavily on their being



CONFIDENTIAL INFORMATION

a reasonable mechanism through which the exposure could lead to disease. Obviously, scientific knowledge continues to accumulate, so the plausibility of an association may evolve as better understandings of biological mechanisms develop. Although it is typical that the pathway by which an exposure leads to disease is not completely elucidated, a plausible biological mechanism is given considerable weight in a causal assessment.

Coherence: Coherence, as articulated by Hill, means that the cause-and-effect interpretation of the data should not seriously conflict with the generally known facts of the natural history and biology of the disease. This aspect relies on a knowledge of the epidemiology and biology of the disease and is closely tied to biological plausibility, including what is known about the biological effects of the carcinogen (e.g., does it cause DNA damage through formation of adducts or other mechanisms). It may also consider aspects of the study design or exposure assessment. For example, cancer is a disease that is considered to have a long latency period between the time when an individual is exposed and the time when the disease becomes clinically apparent. If a prospective study followed study participants for only a few years after exposure and found no association with cancer, the lack of association observed in the study would be coherent with our understanding that cancer is a disease that usually takes many years to develop. Therefore, studies with extensive follow-up periods would be given more weight in a causal assessment than studies with shorter follow-up periods.

Experiment: Hill pointed out that occasionally it is possible to utilize experimental or semi-experimental evidence, giving the example of taking a preventive action and then evaluating how that action affects the frequency of the disease. Epidemiologists also consider evidence from randomized controlled trials as experimental evidence, because this study conducts an “experiment” in which study participants are randomly assigned to an “exposure” and then followed to assess the frequency of the outcome. For the consideration of ranitidine and cancer outcomes, there are no randomized controlled trials because it is ethically and pragmatically impossible to conduct such trials on exposures that are thought to increase the risk of cancer. Therefore, the causal assessment relies on data from observational studies



CONFIDENTIAL INFORMATION

(cohort and case-control studies) and this aspect does not enter into the judgment of causality between ranitidine and cancer.

Analogy: Hill: stated that in some circumstances, it would be fair to judge by analogy. If one exposure is commonly accepted as a cause of a disease, one might be more willing to accept that a similar exposure could also cause disease. As stated by Rothman and Greenland, "whatever insight might be derived from analogy is handicapped by the inventive imagination of scientists who can find analogies everywhere."[146]. Because this concept is rather vague, it is generally not considered an important aspect in making a causal judgment.

**Ranitidine Studies – Summary and Discussion of Strengths and Weaknesses**

I identified a total of 17 publications that described analytic epidemiologic studies (cohort, case-control or nested case-control studies) that examined risk of cancer in relation to ranitidine use.[31, 35, 36, 50, 51, 54-56, 71, 109-113, 147-149]. I also identified one study that was described only in abstract form [150] that used the same data source as one of the full publications.[71]. In addition, there were two papers that described studies which used large databases to screen large numbers of drugs for associations with multiple cancer sites.[53, 151]. Two descriptive epidemiologic studies were also identified - one cross-sectional analysis of acid-suppressant drug use in cancer patients [152] and one analysis of the FDA's adverse event reporting system [133]. While it is not typical to consider either descriptive studies or studies published only in abstract form in evaluations of etiologic factors, for completeness I also describe these studies and considered them for assessing consistency of findings in my Bradford Hill analyses of individual cancers.

The descriptions below address the overall design of the studies, with an evaluation of their strengths and weaknesses for addressing the risk of cancer in ranitidine users. Summaries of their findings are presented in more detail in the sections of the report addressing the individual cancers. Also, earlier in this report I included a discussion of "active comparator" studies, which applies to a number of the studies that I describe below, and those comments are applicable to the interpretation of those studies. To avoid duplication, I will not be repeating each of those points in my discussion of the specific studies. (Three papers that



CONFIDENTIAL INFORMATION

described cancer outcomes that are not the focus of this report (i.e., breast and prostate) will not be described in this section.[147-149].

Several of the published studies of ranitidine and cancer risk were conducted within the same study population addressing different cancer sites in different publications. Data from the Primary Care Clinical Informatics Research database in Scotland were used to address ranitidine use and risk of bladder cancer [113], liver cancer [50], pancreatic cancer [51] and gastric cancer [55], and to conduct a screening study that examined correlations between cancer diagnoses and several thousand drugs. [53]. Data from the UK Biobank was used to examine ranitidine use and risk of eight different cancers,[109] liver cancer,[50] and gastric cancer,[55]. Data from the Danish National Prescription Database and other linked databases were used to examine ranitidine use and risk of upper gastrointestinal cancers [35] and bladder cancer.[36]. When the same study population was used for multiple studies, I first describe one of the publications in detail and then describe other studies from the same study population highlighting any differences in the strengths and weaknesses.

Studies from the Primary Care Clinical Informatics Research Database - Scotland

Cardwell, *et al.*, 2021 – Bladder Cancer

Cardwell, *et al.* [113] conducted a nested case-control study within the Primary Care Clinical Informatics Research database in Scotland. Bladder cancer cases (N=3,260) diagnosed between 1999 and 2011 were matched with 5 controls based on age, sex, general practice, and date of registration (N=14,037). Exposure to ranitidine, other H2-blockers and PPIs was ascertained from the prescription database beginning in 1993. Information was also available on many important confounders, including smoking, alcohol intake and comorbidities. Dose-response analyses were performed based on the number of defined daily doses and the number of prescriptions. Analyses were conducted that compared ranitidine users to non-users and ranitidine users to other H2-blocker users and PPI users. A statistically significantly increased risk of bladder cancer was reported among ranitidine users (OR 1.22, 95% CI 1.06-1.40). There were significant dose-response trends with increasing number of prescriptions, with an OR of 1.44, 95% CI 1.01-2.04 for >36 prescriptions (P-trend, 0.003). There was no



CONFIDENTIAL INFORMATION

significant increase in risk with use of other H2RAs (OR 1.04, 95% CI 0.87-1.24) or PPIs (OR 0.98, 95% CI 0.88-1.11).

Overall, this was a very well-designed study with many notable strengths. The nested case-control design was an efficient approach for identifying cases and a matched set of controls from the same population as the cases. The use of a pharmacy database to capture acid-suppressing drug use avoided possible errors in recall that could have occurred with self-report of drug use. Prescription data was available for up to 18 years, which is an important strength given the expected long latency period between exposure and the development of cancer. The large number of cases and controls provided good statistical power for the analyses, including having an adequate sample size to conduct dose-response analyses. The study analysis excluded use within 1 year of the diagnosis/index date to reduce the possibility of protopathic bias and to exclude exposures in a timeframe unlikely to have had enough time to cause cancer. The analyses comparing ranitidine users to non-users as well as to users of other acid-suppressing drugs address both the cancer risk associated with ranitidine generally, as well as the cancer risk in relation to other drugs used to treat similar conditions.

A limitation of this analysis is that the investigators did not have information on non-prescription use of acid-suppressing drugs, which could have led to some misclassification of exposure, resulting in a likely bias towards the null. However, the investigators estimated that non-prescription purchases account for about 10% of ranitidine sales in the UK, so the misclassification probably would not have had a substantial effect on the observed odds ratios. It also was noted that the data reflect the medications that were prescribed, but not necessarily taken, so some individuals classified as ranitidine users may have been non-users. This would tend to attenuate the odds ratio in the analyses comparing any users to non-users but would have had a lesser effect on analyses of long-term users.

Overall, this was an excellent study with a strong design, large sample size, information on drug exposure over a long period of time and dose-response analyses. Identified weaknesses were relatively minor and were unlikely to have had a substantial impact on the overall conclusions of the study. This study was strongly weighted in my evaluation of ranitidine exposure and bladder cancer risk.



CONFIDENTIAL INFORMATION

McDowell, 2021 – Pancreatic Cancer

McDowell, *et al.* [51] described a nested case-control study of pancreatic cancer within the Primary Care Clinical Informatics Research Database that used the same methodology as the Cardwell study of bladder cancer.[113]. The sample size was 1,069 pancreatic cancer cases and 4,729 matched controls. In contrast to the Cardwell study, which focused specifically on acid-suppressing drugs, McDowell, *et al.* examined associations with 13 drugs that were categorized as causing drug-induce pancreatitis and had been prescribed to at least 2% of the controls during the exposure period from 1993-2011. Ranitidine and cimetidine were among the 13 drugs evaluated. Dose-response analyses compared the relative risk based on having more of less than the median number of prescriptions. Any use of ranitidine was associated with a statistically significant increased risk of pancreatic cancer (OR 1.37, 95% CI 1.10-1.70). In their analysis by number of prescriptions, the OR for 1-5 prescriptions was 1.49, 95% CI 1.12-1.99, while individuals with 6 or more prescriptions had an OR of 1.24, 95% CI 0.91-1.69. Risk of pancreatic cancer was not significantly increased among cimetidine users (OR 1.09, 95% CI 0.81-1.46).

A sensitivity analysis was undertaken which adjusted for additional confounders (smoking and alcohol use) and also adjusted for period of time before the diagnosis date during which prescriptions were not counted (1-year lag was increased to a 2-year lag) so as to reduce the potential for reverse causation (although as I previously described, a 1-year lag time should have been adequate to control for protopathic bias). Any use of ranitidine when adjusted with a 2-year lag demonstrated a statistically significant increased risk of pancreatic cancer (1.32, 95% CI 1.05-1.66). When adjusting for comorbidities as well as smoking and alcohol use, any ranitidine use was again associated with a statistically significant increased risk of pancreatic cancer (1.37, 95% CI 1.05-1.81).

The overall strengths and limitations described for the bladder cancer analyses generally apply to the pancreatic cancer analysis, but some are specific to the pancreatic cancer analysis. There was a limited dose-response analysis (considering only <6 and ≥6 prescriptions) and there was no direct comparison with other acid-suppressing drugs. However, the overall design and



CONFIDENTIAL INFORMATION

conduct of the study were strong. This study was strongly weighted in my assessment of ranitidine and pancreatic cancer risk.

<u>Tran *et al.*, 2018 – Liver Cancer</u>

Tran, *et al.* [50] reported on a nested case-control study of liver cancer within the Primary Care Clinical Informatics Research Database that used the same methodology as the Cardwell bladder cancer study.[113]. The sample size was smaller with 434 liver cancer cases diagnosed between 1999 and 2011 and 2103 matched controls. The period of ascertainment of prescription drug use was shorter, beginning in 1996. Dose-response analyses were conducted for all PPIs and all H2-blockers, but not specifically for ranitidine. There were no analyses that directly compared ranitidine users to users of other acid-suppressing drugs. The adjusted OR for liver cancer comparing ranitidine users to non-users was 1.41, 95% CI 0.91-2.15 and was 1.80, 95% CI 1.34-2.41 comparing PPI users to non-users.

The overall strengths and limitations described above for the bladder cancer analyses generally apply to the liver cancer analyses, however some are specific to the liver cancer analyses. The lack of a dose-response analysis specifically for ranitidine is a limitation of the study which was probably due to the overall smaller number of cancer cases in this study and the small number of cases that were exposed to ranitidine.

Overall, the study design and analyses were very strong. Limitations that were specific to the liver cancer analyses largely reflect the smaller number of cases within the cohort, with the consequent lesser ability to conduct dose-response analyses. Although this study had more limitations than the bladder cancer study conducted within the same population, I still weighted it strongly in my evaluation of ranitidine use and liver cancer risk.

(This paper also described an analysis of data from the UK Biobank, which is discussed below.)

<u>Liu, *et al.*, 2020 – Gastric cancer</u>

Liu, *et al.* [55] described a nested case-control study of gastric cancer within the Primary Care Clinical Informatics Research Database, which used the same methodology as the Cardwell



CONFIDENTIAL INFORMATION

*et al.* study.[113]. The study included 1119 gastric cancer cases diagnosed between 1999 and 2011 and 2103 matched controls. The period of ascertainment of prescription drug use began in 1996. Dose-response analyses were conducted for all PPIs and all H2-blockers but not specifically for ranitidine. There were no analyses that directly compared ranitidine users to users of other acid-suppressing drugs. The ORs for gastric were 1.42, 95% CI 1.10-1.85 comparing ranitidine users to non-users and 1.49, 95% CI 1.24-1.80 comparing PPI users to non-users. They also reported analyses using longer lag periods with ORs of 1.22, 95% CI 0.89-1.67 for a 2-year lag and 1.17, 95% CI 0.81-1.68 for a 3-year lag, however, as previously discussed, a longer lag period is unlikely to reduce protopathic bias and may introduce other biases.

Overall, the study design and analyses were very strong, however the lack of dose-response analyses specifically for ranitidine users and direct comparisons of ranitidine users to users of other acid-suppressing drugs are important limitations for the evaluation of gastric cancer risk.

(This paper also described an analysis of data from the UK Biobank, which is discussed below.)

THE UK Biobank Cohort

Kantor, 2021 – Colorectal, lung, breast, prostate, liver, kidney, bladder, ovarian

Kantor, *et al.* [109] reported analyses conducted within the UK Biobank, a prospective cohort study of 459,204 individuals enrolled between 2006-2010 and followed up to 2015, with a median follow-up time of 6.7 years. Exposure to acid-suppressing drugs was determined from a baseline questionnaire that asked about regular use (most days of the week for the last 4 weeks) of ranitidine or omeprazole. Information on potential confounders, including comorbidities, smoking, alcohol intake, and certain cancer risk factors, was obtained from the baseline questionnaire and health records. The individual cancer sites evaluated were colorectal, lung, breast, prostate, liver, kidney, bladder, and ovary. The investigators' analyses compared ranitidine users to non-users and ranitidine users to omeprazole users. In their comparisons of ranitidine users to non-users, statistically significant increased risk was reported only for liver cancer (HR 1.91, 95% CI 1.09-3.36). The relative risks for several other cancers



CONFIDENTIAL INFORMATION

were elevated by not statistically significant (1.22, 95% CI 0.74-2.01 for bladder cancer; 1.12, 95% CI 0.88-1.44 for colorectal cancer; 1.11, 95% CI 0.61-2.02 for ovarian cancer; 1.04, 95% CI 0.86-1.26 for breast cancer) and no increased risk was reported for prostate, lung, and kidney cancer (1.01, 95% CI 0.82-1.23 for prostate cancer; 0.96, 95% CI 0.72-1.27 for lung cancer; and 0.53, 95% CI 0.27-1.02 for kidney cancer.

Important strengths of this study include the large size of the cohort, the large number of cancers for most of the sites evaluated (ranging from 262 liver cancers to 5,164 prostate cancers) and the availability of information on potential confounders. A very substantial limitation of this study was its assessment of ranitidine and omeprazole use, which was based on self-reported regular use at the time of enrollment into the cohort. There was no documentation of use before enrollment or during the period of follow-up. Because exposure was based on use of the drugs at a single point in time, it is certain that there was misclassification of exposure, with some ranitidine users among the non-users and among the omeprazole users. Conversely, some omeprazole users could have been among the ranitidine users. Notably, the proportion of the study population that reported regular use of ranitidine and omeprazole was 1.9% and 5.9%, respectively, which is much lower than the reported prevalence of ever use in Primary Care Clinical Informatics Research database (7.9% and 14.5%, respectively)[50], another UK-based study. This indicates their exposure definition, which was based on “regular” use at a single point in time, did not capture the majority of ever users of ranitidine or omeprazole. The misclassification that resulted from many if not most of the individuals who had ever used ranitidine being included with the non-user comparison group would tend to bias the relative risks toward the null value, underestimating the true associations between ranitidine use and cancer. It is likely that there was similar misclassification in the comparisons of ranitidine users to omeprazole users. Evidence shows that many users of H2-blockers will switch to PPIs,[30, 31] which indicates that some of the current omeprazole users were likely former users of ranitidine. While the converse is also possible, it is much less common for patients to switch from a PPI to a H2-blocker.[30]. The resulting misclassification would tend to underestimate a true association with ranitidine use.



CONFIDENTIAL INFORMATION

There also was no assessment of dose or duration of use, which prevented them from doing any dose-response analyses. Another limitation was the relatively short follow-up time (median 6.7 years), which was not adequate to capture the long-term risk for cancer outcomes with exposure to acid-suppressing drugs.

The overall inadequate assessment of exposure to acid-suppressing drugs, namely self-reported use at a single point in time with no information on total duration of use, limits the conclusions that can be drawn from this study. While findings of increased risk may provide a signal of increased risk for a particular cancer site, findings of no increased risk are not strong evidence for a lack of association with use of ranitidine or other acid-suppressing drugs. This study was given little weight in my evaluation of ranitidine and cancer risk.

<u>Tran *et al.*, 2018 – Liver cancer</u>

Tran *et al.*[50] reported on liver cancer risk within the UK Biobank in relation to H2-blocker and PPI use. Their analyses were based on a shorter follow-up of the cohort than what was reported in Kantor, *et al.*[109] (median of 5.6 years vs. 6.7 years) and fewer liver cancers (182 cases vs. 262). The OR comparing ranitidine users to non-users was elevated but not statistically significant: 1.82, 95% CI 0.87-3.79. They did not report any direct comparisons between ranitidine and omeprazole or other PPI. The strengths and limitations described for the Kantor report similarly apply to these analyses, therefore, this study was given little weight in my evaluation of ranitidine and cancer risk.

(This paper also described an analysis of data from the Primary Care Clinical Informatics Research Database, which was discussed above.)

<u>Liu, *et al.*, 2019 – Gastric cancer</u>

Liu, *et al.*[55] reported on gastric cancer risk within the UK Biobank in relation to H2-blocker and PPI use over a median follow-up of 4.6 years. Their analysis was based on 250 gastric cancers that occurred within the cohort, whereas gastric cancer was not one of the cancer sites reported in the Kantor paper [109]. They did not report any analyses specifically



CONFIDENTIAL INFORMATION

addressing risk of cancer among ranitidine users, therefore this study could not be used in my evaluation of ranitidine and gastric cancer.

(This paper also described an analysis of data from the Primary Care Clinical Informatics Research Database, which was discussed above.)

Adami, 2021 – Esophagus, Stomach, Liver, Pancreas

Adami, *et al.* [35] conducted a cohort study using data from the Danish National Prescription Registry to identify individuals who were first-time users of ranitidine (N=103,565), other H2 receptor blockers (famotidine or cimetidine, N=182,497) or proton pump inhibitors (N=807,725) between 1996 and 2008. Individuals in the cohort had a median follow-up time of 14 years, and cancer cases were identified through the Danish cancer registry. The analysis was based on a total of 2740 esophageal, 3425 stomach, 1683 hepatocellular and 5207 pancreatic cancers, with 276 esophageal, 342 stomach, 133 hepatocellular and 517 pancreatic cancers among ranitidine users. Information on some potential confounders (e.g., certain medical conditions) was available from the databases, but information on other known risk factors that are possible confounders (e.g., smoking history, alcohol consumption, BMI, *H. pylori* infection) was not available. The authors reported a statistically significant increased risk for esophageal adenocarcinoma comparing ranitidine users to other H2RA users (HR 1.30, 95% CI 1.01-1.68) and to PPI users (HR 1.27, 95% CI 1.04-1.56). (Note: The HRs comparing ranitidine users to users of other H2RAs or PPIs described here and elsewhere in this report were taken from Adami, *et al.*'s preprint of this paper. There was an obvious error in the published paper, in which Figure 1 and Figure 2 were duplicated, and the text description of data from Figure 1 did not correspond with the numbers in that figure.) In analyses restricted to individuals with at least 10 prescriptions, ranitidine users had non-significantly elevated risk for esophageal cancer (1.32, 95% CI 0.66-2.62) and stomach cancer (1.53, 95% CI 0.79-2.99) as compared to other HSRA users after 10 years of follow-up, based on small numbers of exposed cases. Similarly, there was elevated risk of stomach among ranitidine users as compared to PPI users after 10 years of follow-up (1.62, 95% CI 0.99-2.66). Increased risks with ranitidine use were not



CONFIDENTIAL INFORMATION

observed for hepatocellular or pancreatic cancer in either the comparisons with other H2RAs or PPIs.

This study had several important strengths including the large sample size, high-quality data on cancer outcomes and prescription drug use, and relatively long follow-up. There were also several important limitations in this study. There were several sources of misclassification of exposure that would affect the comparisons between ranitidine and the other drugs. The first is that the investigators had no information on non-prescription use of acid-suppressing drugs, a problem that affected H2RA users to a much greater extent than PPI users. As reported by the authors, nearly all PPIs (97-99%) and famotidine (96-98%) sold in Denmark during the study period was by prescription. In contrast, the proportion of ranitidine sold by prescription ranged from 84% in 1999 to only 17% in 2017. The authors' reliance only on prescription-only use of these drugs failed to capture a substantial proportion of the ranitidine use in the population. Evidence from prescribing trends over time,[27, 30] as well as studies of individual patients (e.g., [31]), demonstrate that use of ranitidine declined with the introduction of newer H2RAs and PPIs and that many patients switch between drugs, most often from H2RAs to PPIs. It is probable that there were former ranitidine users among both the PPI group and the other H2RAs group (famotidine users). Such misclassification of exposure would tend to reduce the likelihood of detecting an association between ranitidine use and cancer risk.

The second likely source of misclassification of exposure is due to the lack of information on use prior to 1996. Any ranitidine use prior to this time would not have been captured in their database. Once again, given the data that patients were often switched from ranitidine to the newer drugs (famotidine and PPIs), it is likely that some individuals classified as other H2RA or PPI users had formerly used ranitidine. The inclusion of these former ranitidine users with the other H2RA or PPI users, would tend to underestimate the risk associated with ranitidine use.

An additional source of misclassification is that the authors "allowed ranitidine users to redeem prescriptions for other H2RBs and PPIs, but censored users of other H2RBs and PPIs if they redeemed a ranitidine prescription during follow-up, with a 2-year lag-time". Overall, the lack of information on non-prescription use of ranitidine, the lack of information on use of



CONFIDENTIAL INFORMATION

ranitidine prior to 1996, and the inclusion of users of PPIs or other H2RAs in the ranitidine group if they switched from ranitidine to another drugs, indicate that there was substantial misclassification of exposure with no clean comparisons between ranitidine users, other H2RA users and PPI users.

The authors of this study conclude that "our study provides little evidence that ranitidine, whether through NDMA contamination or any other reason, increases the risk of upper gastrointestinal cancers." While this statement accurately describes the findings of their analyses, it is also misleading in that it does not acknowledge that the limitations of the study would likely lead to an underestimate of the risk associated with ranitidine use for the reasons stated above. This conclusion also ignores the fact that, in active comparator analyses, a carcinogenic effect might be missed if the active comparator has the potential to cause cancer.[62]. In fact, there is good evidence for increased risk of gastrointestinal cancers with the comparator drugs,[63-67]. In addition, the authors do not acknowledge that the comparator drugs, especially PPIs, are used for more severe gastrointestinal conditions.[42]. Therefore, if there is any risk of cancer associated with the underlying condition, that risk is greater for PPI users than for ranitidine users. This violates the assumption of active comparator analyses that the drugs being compared are used for similar conditions of similar severity.[62]. Also, to the extent that the results for ranitidine risk were biased toward the null, for the reasons described above, that too would weigh against the authors' conclusions. I also note that two of the authors of this paper disclosed that they were "consulting for Sanofi in ranitidine litigation" but disclaim that they were influenced by that in the design, analysis, or interpretation of the study results. Because of the important limitations in this study, particularly in relation to exposure misclassification, this study was given little weight in my evaluation of ranitidine use and gastrointestinal cancers.

Nørgaard, *et al.*, 2021 – Bladder and kidney

Nørgaard, *et al.* [36] reported a nationwide Danish cohort study on bladder and kidney cancer similar to the one reported by Adami, *et al.* for gastrointestinal cancers.[35]. Generally, the methodology used was similar, however this study restricted their analyses to individuals



CONFIDENTIAL INFORMATION

with at least 2 prescriptions of the drugs, resulting in smaller sample sizes (N=31,393 for ranitidine, N=65,384 for other H2RAs and N=509,849 for PPIs). The authors reported a statistically significantly increased risk for bladder cancer among ranitidine users compared to PPI users (HR 1.24, 95% CI 1.04-1.48). There also was increased risk (but not statistically significant) when ranitidine users were compared to other H2RA users (HR 1.11, 95% CI 0.95-1.29). Increased risks were not observed when the analyses were restricted to individuals with at least 5 or at least 10 prescriptions. Ranitidine use was not associated with an increased risk of kidney cancer when compared to other H2RAs (HR 0.89, 95% CI 0.72-1.10) or PPIs (0.87, 95% CI 0.67-1.13).

This study shares most of the strengths and limitations described above for the study reported by Adami, *et al.* [35]. The strengths include the large sample size, the high-quality data for cancer outcomes and prescription drugs and the long follow-up. Its most important limitations are the lack of information on some confounding factors and misclassification of exposure resulting from the lack of information on non-prescription drugs, switching between drugs and the lack of information on drug use prior to 1996. As described above, this misclassification would likely result in an underestimate of the true risk associated with ranitidine use. This study also did not provide any information to assess the risk of ranitidine use as compared to non-use. For these reasons, this study was given little weight in my causation evaluation.

<u>Iwagami, *et al.*, 2020 - Gastric, colorectal and breast</u>

Iwagami, *et al.* [56] described a cohort study conducted using the Japan Medical Data Center claims database. The investigators identified prescriptions for H2-blockers in the database between 2005-2018. They excluded individuals with prescriptions during the first 6 months after registration to the database because they were likely to be prevalent users of the drugs with unknown cumulative dose and duration of therapy. Their cohort consisted of 113,745 new users of ranitidine or nizatidine (both H2-blockers in which NDMA has been detected) and 503,982 new users of other H2-blockers. Information on confounders included age, sex, comorbidities and use of other medications, including PPIs. The median follow-up



CONFIDENTIAL INFORMATION

time (interquartile range) was 2.4 years (1.1-4.5) for the ranitidine/nizatidine group and 2.3 years (0.9-4.2) for the other H2-blockers group. A total of 2,289 cancers were diagnosed in the ranitidine/nizatidine group and 9,038 cases in the other H2-blockers group. Site-specific analyses were done only for breast, colorectal and gastric cancer. The number of cases in the ranitidine/nizatidine and other H2-blocker groups, respectively, were 341 and 1,254 for breast, 359 and 1,481 for colorectal and 288 and 1,482 for gastric cancer. No dose-response analyses were performed for the individual cancer sites. There were only slight but not statistically significant increases in risk for the three individual cancers sites they evaluated: breast (HR 1.04, 0.92-1.17), colorectal (HR 1.02, 0.91-1.15) and gastric (HR 1.09, 0.96-1.24).

A strength of this study is the large number of individuals in the cohorts of ranitidine/nizatidine and other H2-blocker users. The investigators utilized an active comparator new user design, which is usually considered a strong design in pharmacoepidemiologic studies,[153] however there were several aspects of this particular study that make it less than optimal for studying the association between ranitidine use and cancer. As stated by Pottegård *et al.*, "when only distant or very long-term drug use is anticipated to influence cancer risk, restriction to new users may hinder a meaningful evaluation."[62]. Since cancer is generally considered to have a long latency period between exposure and clinical diagnosis, the length of follow-up of the new users in this study (median of ~2.4 years) is clearly inadequate to make a meaningful assessment of cancer risk in relation to ranitidine use. Another concern with their implementation of new user design is that to the extent that some of their "new users" of the other H2RAs had used ranitidine in the past (and there is reason to believe that this is likely), it would have the effect of understating the risk associated with ranitidine use. They also excluded individuals who had used H2-blockers in the first 6 months after registration in the database to exclude individuals who were prevalent users, for which the total dose and duration of use would be unknown. However, as the authors acknowledge, it is possible that some people had taken ranitidine before their entry into the database, which could have resulted in misclassification of exposure and a bias toward the null. To the extent that ranitidine users were included with users of other H2RAs, it would tend to attenuate any association between ranitidine use and cancer risk.



CONFIDENTIAL INFORMATION

Another important limitation in regard to assessing the cancer risk among ranitidine users is that they grouped nizatidine and ranitidine users in the same exposure group. While NDMA has been detected in nizatidine, it has been at lower levels than what has been detected in ranitidine.[81]. Grouping the nizatidine users, who had a lower exposure to the putative cancer-causing agent NDMA, with ranitidine users, would tend to bias the relative risk associated with ranitidine use towards the null value and does not provide information on the effects of ranitidine alone.

The authors do not mention use of non-prescription H2-blockers, which would not have been captured in the prescription database. This likely resulted in misclassification of exposure with some ranitidine users grouped with the other H2-blockers. Finally, the age of the cohort is another important limitation of this study. The median age (and interquartile range) of the cohort was 41 years (31-51). The cancer sites evaluated in this study are typically diagnosed when people are in their 60s. Given the young age of the cohort and the short duration of follow-up, this study would have been unlikely to detect any increase in cancer risk.

Overall, the substantial limitations of this study do not allow for meaningful conclusions about the risk of cancer in relation to ranitidine use, and I gave very little weight to the study results for this reason. These limitations include the very short duration of follow-up, the young age of the cohort, the lack of information regarding the risk of long-term use, the grouping of ranitidine users with nizatidine users and likely misclassification of ranitidine users due to lack of information on non-prescription use and use prior to entry into the cohort.

<u>Yoon, 2021 – Multiple cancers</u>

Yoon, *et al.* [54] reported an analysis comparing the risk for multiple cancers between ranitidine and famotidine users. They utilized data from the Health Insurance Review and Assessment database in South Korea to construct cohorts of ranitidine and famotidine users. Patients had to have used ranitidine or famotidine for more than one year between 2009 and 2011, could not have used either drug between 2007 and 2008, or have had overlapping use of the drugs. Patients were also excluded if they were diagnosed with cancer between 2007-2011 or died before December 2011. The resulting famotidine cohort comprised 10,122 users who



CONFIDENTIAL INFORMATION

were matched to ranitidine users in a 4:1 ratio (N=40,488) based on sex, age, diabetes, and cumulative exposure. The cohorts were followed until 2018 for the development of cancer. Cancer sites evaluated were liver, colorectal, stomach, lung, prostate, kidney, bladder, breast, biliary, thyroid and uterus. A total of 3018 cancers were diagnosed in the ranitidine cohort, ranging from 46 uterine cancers to 473 lung cancers. There were 765 cancers in the famotidine cohort, ranging from 10 uterine cancers to 119 lung cancers. There were no statistically significant increases in risk of any cancer among ranitidine users as compared to famotidine users, although increased HRs were observed for bladder cancer (1.41, 95% CI 0.88-2.24) and for biliary cancer (1.22, 95% CI 0.75-2.00). No dose-response analyses were performed.

Some of the strengths of the study included the documentation of exposure from a nationwide database and the selection of cohort members that had at least one year of exposure to the drugs. Limitations of the study include the lack of information on use of acid-suppressing drugs prior to 2007 and lack of information on non-prescription use, which would have resulted in misclassification if the famotidine group included previous or non-prescription users of ranitidine. To the extent that there were ranitidine users among the famotidine users, it would reduce the likelihood of detecting increased cancer risk among ranitidine users. Another limitation of the study was the relatively short duration of follow-up (7 years), which the authors characterized as “not long enough to assess the onset of cancer.” Also, there was no comparison between ranitidine users and non-users. In total, the limitations of the study, including misclassification of ranitidine users, the lack of information regarding the risk of long-term use and the short duration of follow-up would tend to reduce the likelihood of detecting increased risk of cancer with ranitidine use. For these reasons, I put little weight on the results of this study.

Kim YD, 2021 – Multiple gastrointestinal cancers

Kim, *et al.* [71] reported a cohort analysis using data from the IBM Explorys database, which extracts data for over 73 million patients from electronic health records, billing inquiries and laboratory systems from across the United States. From this database, the investigators constructed cohorts of patients prescribed ranitidine (N=581,028), famotidine (N=909,970) and



CONFIDENTIAL INFORMATION

omeprazole (N=2,179,048). Patients were followed for up to ten years between 2009-2018 for diagnoses of gastrointestinal cancers, including esophagus, stomach, liver, pancreas, colon, and rectum. Their analyses included only patients who were taking the acid-suppressing drugs at the time of cancer diagnosis. During follow-up, a total of 2,920 gastrointestinal cancers were diagnosed among ranitidine users, 12,190 among famotidine users and 17,110 among omeprazole users. Their analyses controlled for a very limited subset of variables (either three cancer risk factors or demographic variables and one cancer risk factor). The authors reported no increased risk associated with ranitidine use compared to famotidine or omeprazole use for any of the cancers examined. The reported ORs comparing ranitidine users to famotidine users were 0.56, 95% CI 0.45-0.70 for esophageal cancer, 0.49, 95% CI 0.40-0.60 for stomach cancer, 0.38, 95% CI 0.34-0.42 for liver cancer, 0.50, 95% CI 0.43-0.59 for pancreas cancer, and 0.49, 95% CI 0.46-0.52. The ORs comparing ranitidine users to omeprazole users were 0.80, 95% CI 0.65-0.97 for esophageal cancer, 0.93, 95% CI 0.76-1.13 for stomach cancer, 0.97, 95% CI 0.88-1.07 for liver cancer, 0.84, 95% CI 0.71-0.99 for pancreas cancer, and 0.97, 95% CI 0.90-1.03.

While an important strength of this study was its use of an extremely large database, which resulted in large cohorts of users of acid-suppressing drugs, there were many notable weaknesses in the investigators' analyses. There were important limitations in the data that were used in the analyses. The authors indicate that they used aggregated, de-identified data and that patient-level data were not available. They reported on only a very limited number of demographic characteristics (age, sex, and race) and risk factors, and, in many instances, the data lacked detail (e.g., age dichotomized at 65 years, BMI dichotomized at 30 kg/m$^2$, current alcohol use, and tobacco use (not defined)). Their multivariable analyses, for unclear reasons, controlled for a limited number of potential confounders. There was no explanation of their rationale for this analytic decision, which was confusing given that, with the very large size of their cohort, there was no apparent reason not to more fully control for potential confounders. The failure to adequately control for confounders was especially concerning in light of the investigators' statement that "the ranitidine cohort consistently displayed lower prevalence of common risk factors for gastrointestinal malignancies."



CONFIDENTIAL INFORMATION

Information on drugs obtained without a prescription was not available, which would probably result in misclassification of exposure, with some ranitidine users included with the famotidine and omeprazole users. There also was no information on use of the drugs prior to 2009, which would result in misclassification if users of famotidine or omeprazole had formerly used ranitidine, which as noted above, is likely. To the extent that users of ranitidine were included in the comparison groups, it would tend to underestimate the true relative risk associated with ranitidine use. The maximum follow-up time of 10 years precluded evaluation of the long-term risk associated with use of the drugs. The restriction of the analysis to individuals who were users of the acid-suppressing drugs at the time of the cancer diagnosis is also a notable limitation as it excludes evaluating the effects among former users of the drugs. The study also did not report information on duration of use, so it could not provide risk estimates for long-term users of ranitidine. Overall, the multiple limitations in this study particularly misclassification of exposure and failure to account for important confounding factors makes it difficult to interpret the results. For these reasons, I gave this study little weight.

<u>Habel, *et al.* 2000 – multiple cancer sites</u>

Habel, *et al.* [110] were the first to report on the association between ranitidine use and cancer risk. Using data from the Kaiser Permanente Health System pharmacy database, the investigators identified ranitidine users, cimetidine users and non-users of either drug based on ascertainment of use at different time points during the 1980s, a timeframe when the drugs were available only by prescription. The analytic cohort consisted of 54,276 patients, of whom 4,125 had been prescribed cimetidine, 922 ranitidine and 49,229 neither drug. Follow-up continued through 1995, with cancers identified through review of the Kaiser Permanente Medical Care Program and the Northern California SEER cancer registry. A total of 336 cancers were diagnosed among cimetidine users, 81 among ranitidine users and 3,700 among non-users of either drug. Relative risks for 12 cancer sites were calculated for cimetidine users and for ranitidine users compared to non-users. Reported relative risks for cancer among ranitidine users were 2.60, 95% CI 1.06-6.38 for pancreas; 2.42, 95% CI 1.07-5.49 for esophagus/stomach;



CONFIDENTIAL INFORMATION

1.57, 95% CI 1.00-2.48 for prostate; 1.56, 95% CI 0.74-3.30 for kidney/bladder; 1.50, 95% CI 0.90-2.51 for lung/bronchus; 0.92, 95% CI 0.49-1.71 for breast and 0.82, 95% CI 0.39-1.74 for colon/rectum.

This study had several important limitations in regard to assessing cancer risk among ranitidine users. There was likely incomplete exposure assessment due to the medications being ascertained in the pharmacy database during a limited period of time during the 1980s. The number of individuals exposed to ranitidine was quite small (N=922) for a cancer cohort study, with a total of only 81 cancers of any site and fewer than 20 cancers for any individual site. Some cancer sites were grouped together (i.e., kidney/bladder and esophagus/stomach), making it impossible to estimate the risk for the individual cancers. No dose-response analyses were performed. Because of the small cohort size for the ranitidine users, the small number of cases for individual sites, and the likely misclassification of exposure status, the etiologic inferences that can be drawn from this study are limited. Based on my assessment of the study's strengths and limitations, the results of this study were given little weight.

<u>Kumar, 2021 – Gastric cancer</u>

Kumar *et al.* [31] conducted a cohort study within the VA Health Administration among patients with a diagnosis of *Helicobacter pylori* infection, a causal factor in the development of peptic ulcers and gastric cancer. They compared risk of gastric cancer among cohort members who had been prescribed at least 30 days of an acid-suppressant medication, categorized as users of ranitidine (n=69,157), other H2RAs (n=6559) or PPIs (n=203,789). Patients were followed until cancer diagnosis, death, switching to a different acid suppressant category or until the end of 2018. Approximately 70% of the ranitidine users switched to another acid-suppressant drug, nearly all of them to a PPI, and >80% of the other H2RAs switched to another acid-suppressant drug, with roughly half switching to ranitidine and half to PPIs. A total of 1,522 gastric cancer cases were identified during a median follow-up time of 4.4 years. No dose-response analyses were performed. Their analyses calculated relative risks for other H2RAs and PPIs in relation to ranitidine, with ranitidine as the reference category. As compared to ranitidine users, users of other H2RAs were at increased risk for gastric cancer (HR 1.83, 95%



CONFIDENTIAL INFORMATION

CI 1.36-2.48) whereas PPIs users were at slightly but not significantly lower risk (HR 0.92, 95% 0.82-1.04). It is noted that the cohort of other H2RAs was less than one-tenth the size of the ranitidine cohort and about 1/30 the size of the PPI cohort. In addition, over 80% of the patients in the other H2RA cohort were censored when they switched to another drug, resulting in a very small cohort of users for assessing cancer risk.

Strengths of this study included a large cohort size (with the exception of the users of other H2RAs) and large number of cases, reflecting that it was a high-risk population focused on individuals with *H. pylori* infection. There were substantial limitations as well. An important limitation of the study is that the median follow-up was short (4.4 years), thus the study provides no information about the long-term risk associated with use of these drugs. There was a substantial amount of switching between classes of acid-suppressant drugs (~70% of the ranitidine users switched to PPIs and >80% of the other H2RA users switched to ranitidine or PPIs) and the authors truncated follow-up once the patients switched to another drug. Therefore, there was limited information on the long-term risk of cancer for these ranitidine users. In addition, the investigators had no information on use of non-prescription acid-suppressing drugs, which likely resulted in misclassification of exposure. The study also did not provide information on the risk associated with ranitidine use compared to non-users. Given the substantial limitations of this study, it was given little weight.

Kim SM, 2021 – Gastric cancer

Kim *et al.* [111] reported a cohort analysis using data from the Korea National Health Insurance Service. They identified patients in the database who were prescribed H2RAs for more than 30 days between 2002 and 2008. They constructed three cohorts of 13,629 individuals – ranitidine/nizatidine users, other H2RA users, and controls – using propensity score matching to control for confounding variables. PPI users were excluded from their analyses. The cohorts were followed for 5 years through 2013, during which time 906 gastric cancer cases were diagnosed. A similar incidence of gastric cancer was observed in the three cohorts: 300 cases in the control/reference group, 300 among other H2RA users (HR 0.98, 95% CI 0.84-1.15) and 306 among ranitidine/nizatidine users (HR 1.01, 95% CI 0.86-1.18).



CONFIDENTIAL INFORMATION

Strengths of this study include its representative sample of the South Korean population, its use of a pharmacy database to ascertain exposure and the use of propensity score matching to minimize confounding. An important limitation of this study is the grouping of ranitidine and nizatidine users as a single exposure category, since reported levels of NDMA in nizatidine have been lower than in ranitidine. The grouping of nizatidine users with ranitidine users would tend to attenuate any increased risk associated with ranitidine use and does not provide information about the risk of ranitidine alone. The lack of information on non-prescription use of acid-suppressing drugs likely resulted in misclassification of exposure to ranitidine. Another limitation is its 5-year follow-up time which is inadequate to assess cancer incidence, reducing the likelihood of detecting any increased risk associated with ranitidine use or nizatidine use. Finally, there was no measure of duration of exposure other than the requirement that the patients had to have been prescribed the medications for more than 30 days between January 2002 and December 2008, which prevents any assessment of dose-response or of the risk associated with long-term use of ranitidine. For these reasons, I gave little weight to this study.

Tan, *et al.*, 2018 [112] – Esophageal cancer

Tan, *et al.*[112] described a nested case-control study conducted among US male veterans with Barrett's esophagus. Barrett's esophagus is a condition of the lower esophagus resulting from injury to the epithelium due to gastroesophageal reflux that leads to dysplastic changes in the epithelium.[154] Individuals with Barrett's esophagus have a greater than 10-fold risk of esophageal cancer as compared to the general population.[155]. In this study, the authors used data from a Veteran's Administration national database of veterans receiving care at VA facilities to compare 300 esophageal cancer cases that developed within their cohort of 29,536 men with Barrett's esophagus to 798 matched controls within the same cohort that did not develop cancer. Exposure to acid-suppressing drugs was based on prescription information in the database and medication use was ascertained for the period starting one year before the diagnosis of Barrett's esophagus up to 3 months before the diagnosis of esophageal cancer or the corresponding date for controls. Risk of developing esophageal cancer among users of a



CONFIDENTIAL INFORMATION

given drug was compared to all non-users of that drug (e.g., use of ranitidine was compared to all non-users of ranitidine, which could have included users of PPIs and other H2RAs). Approximately one-quarter of the study population had used ranitidine and more than 90% had used PPIs. Dose-response analyses were conducted for PPIs and H2-blockers, but not specifically for ranitidine, based on duration of use. Analyses based on defined daily dose, defined as the daily cumulative dose divided by the duration of use, were performed for omeprazole and ranitidine. The gastric cancer cases were less likely than the controls to have used acid-suppressing drugs with ORs of 0.71, 95% CI 0.50-1.00 for ranitidine, 0.70, 95% CI 0.50-0.99 for H2RAs, and 0.59, 95% CI 0.35-0.99 for PPIs. Analyses by defined daily dose (DDD) showed an increased risk of gastric cancer for ranitidine users with a DDD of ≤150 mg (OR 3.00, 95% CI 1.84-4.90) but not for a DDD of >150 mg (OR 0.17, 95% CI 0.09-0.32).

The generalizability of these findings to an average risk population is limited. Barrett's esophagus is considered a precancerous condition, and cellular changes in the esophagus are already present. This study suggests that acid suppression therapy could reduce the risk of progression to esophageal cancer however it is not able to address whether ranitidine use could initiate cancers. In addition, greater than 90% of the cases and controls had used PPIs, which makes it impossible to assess the risk specifically associated with ranitidine use. Because this study was conducted in a population of people with Barrett's esophagus, a precancerous condition, its findings have limited relevance for assessing if ranitidine use can initiate cancers. For these reasons, I gave little weight to this study.

Screening Studies

Two studies [53, 151] conducted analyses within large databases to evaluate associations between a large number of drugs and many different cancer sites. These evaluations are usually considered hypothesis-generating analyses, with the thought that signals that arise from the analyses may merit additional follow-up.

McDowell, 2021 – 22 cancer sites



CONFIDENTIAL INFORMATION

McDowell, *et al.* [53] used data from the Primary Care Clinical Informatics Research Database to conduct a series of nested case-control studies of 22 cancer sites in relation to 250 commonly prescribed drugs. Each case diagnosed between 1993 and 2011 was matched to up to five controls. Prescription data were derived from the database, and the drugs chosen for analyses were the 250 most commonly prescribed in the matched controls for each cancer site. The author defined a signal (i.e., medicines deemed worthy of further consideration) as medicines having an adjusted odds ratio greater than 1.25, having statistical significance at the 1% level and having evidence of an exposure-response with the odds ratio for low exposure less than the odds ratio for high exposure. By these criteria, a signal with ranitidine was observed with bladder cancer (OR 1.28).

The purpose of this study was to screen for possible associations between commonly used medications and cancer risk, rather than to specifically address the association between acid-suppressing drugs and cancer risk as was done in the studies of bladder, liver, and gastric cancer in this study population. Because the authors examined a large number of drug-cancer associations examined, it is likely that some associations will be found by chance. The authors used stringent criteria to define a signal, requiring a p-value of <0.01, an odds ratio greater 1.25 and evidence of an exposure response. While it is not uncommon for a screening study such as this to impose stringent criteria to reduce the number of false positives, it is also likely that some true associations were missed. The results from this study should be interpreted in the context of it being a screening study that identified associations that warrant further follow-up. However, it is very possible that there are other true associations between medication use and cancer risk that were not detected because of the stringent criteria applied. I considered this study of some value in assessing consistency.

<u>Pottegård, 2016</u>

Pottegård, *et al.*[151] conducted an analysis using data from Danish health registries to screen for associations between prescription drugs and cancer. They conducted case-control analyses examining associations with 99 cancer types comparing them to 10 matched controls for each case. They considered all drugs that either had 10 long-term users among the cases or



CONFIDENTIAL INFORMATION

where 10 cases would be expected to be long-term users based on drug exposure in the controls if there were no drug-cancer associations. Signals for increased risk in the initial screening were defined as those associations with long-term use ($\geq$8 prescriptions) that showed an OR greater than 1.5 or a lower limit of the 95% CI above 1.2. At the second level screening, they considered the additional criteria of outcome specificity and dose-response patterns. At the second level, drugs for acid-related disorders were associated with esophageal adenocarcinoma (OR 2.07, 95% CI 1.81-2.36) and stomach adenocarcinoma (OR 1.65, 95% CI 1.51-1.81).

Similar to the study by McDowell described above, the findings from this study should be interpreted in the context of a screening study intended to generate hypotheses to be validated in other studies. The authors applied stringent criteria for what was defined as a signal, therefore it is likely that some more modest associations were missed. I considered this study of some value in assessing consistency.

Report in Abstract Form Only

Mohy-ud-din, 2020 – Multiple cancer sites

Mohy-ud-din, *et al.* [150] described an analysis that utilized the same database (IBM Explorys) as in the study by Kim Y, *et al.* [71]. These findings were published in abstract form only. The compared risk of cancer in cohorts of ranitidine users (N=1.62 million), famotidine users (N=3.37 million) and non-users (59.63 million). Cancer sites evaluated were colorectal, pancreas, lung, melanoma, bladder, uterine, prostate, breast, and liver. Reported cancer incidence was higher in the ranitidine and famotidine cohorts than the non-users (26.4%, 31.1% and 13%, respectively). Comparisons between ranitidine users and famotidine users did not show increased risk for any cancers, with ORs ranging from 0.54, 95% CI 0.53-0.55 for liver cancer to 0.99, 95% CI 0.96-1.02 for melanoma.

Few details on the study design and results were available from the abstract, so it is impossible to make an assessment of the study's overall strengths and weaknesses.

Descriptive Studies



CONFIDENTIAL INFORMATION

I identified two reports that provided descriptive data on use of ranitidine in relation to cancer risk but did not employ an analytic design such as a cohort or case-control study. While it is not typical to consider descriptive studies in the evaluation of an etiologic factor for cancer, I considered it important to evaluate all available data on cancer risk related to ranitidine use. While these studies are not strong evidence for causation, I did consider them when assessing overall consistency of the findings for individual cancers.

McGwin, 2020 – Esophagus, stomach, colorectal, liver, pancreas, and other GI cancers.

McGwin [133] described an analysis of the FDA Adverse Events Reporting System (FAERS), a post-marketing surveillance system of medications and biologics. Adverse event reports come from many sources including healthcare professionals, consumers, drug manufacturers and lawyers. The analysis was based on 13,856 adverse events reported for ranitidine and 128,107 reported for PPIs and other H2-blockers reported between 2013 and the first quarter of 2020. The investigator compared the number of reports of gastrointestinal cancer associated with ranitidine to those with other H2-blockers and PPIs, calculating proportionate reporting ratios (PPRs) and 95% confidence intervals. Cancers with statistically significantly elevated increases in the PPRs include esophagus (3.56, 95% CI 2.54-4.98), stomach (1.48, 95% CI 1.08-2.01), colon/rectum (16.31, 95% CI 12.58-21.14), liver (2.64, 95% CI 1.76-3.96) and pancreas (2.18, 95% CI 1.34-3.54).

The FAERS is based on spontaneous, voluntary reporting of adverse events and does not represent all adverse events that occur with the drugs. There is no validation of the medication use or the adverse events reported. The actual number of users (the denominator) is unknown, so it is impossible to calculate cancer incidence rates for the different acid-suppressant drugs from these data. While the analyses from this publication provide a signal that there could be greater gastrointestinal cancer risk with ranitidine use, these findings should be considered as hypothesis-generating rather than hypothesis-testing because of the limitations of FAERS. Nonetheless, I considered these results when assessing consistency with other study results discussed in my report I but gave this study little weight.



CONFIDENTIAL INFORMATION

Braunstein, 2021 – 12 Cancer Sites

Braunstein, *et al.* [152] reported a cross-sectional analysis of 10,347 patients with cancer who reported use of either ranitidine or another acid-suppressing drug (other H2-blocker or PPI). They calculated the odds of presenting with each of 12 cancer sites comparing ranitidine users to users of other H2-blockers and PPIs.

This was a cross-sectional analysis that did not have a control group of individuals without cancer. There was no description of the timeframe of the medication exposure or the dose or duration of use. The results of this analysis should be considered hypothesis-generating, but provide little useful data in terms of evaluating ranitidine as an etiologic factor for cancer.

Summary of Ranitidine Studies

As described above, all of the studies that assessed cancer risk in relation to ranitidine use had limitations, with very substantial limitations in many of the studies. A study should have a large sample size with a large number of cases, complete ascertainment of exposure to the drugs of interest, minimal misclassification of exposure, exposure data that will allow assessment of the risk for individuals with daily, long-term exposure, adequate follow-up time to assess the risk of cancer considering the expected long latency period between exposure and development of clinical disease, adequate sample size to assess dose-response relationships and good information on potential confounding factors. None of the studies that addressed ranitidine use and cancer risk met all of these standards, which is not surprising given the many challenges of studying this issue. However, these standards are useful benchmarks for evaluating the studies.

In addition, studies that use an active comparator design should take into consideration the carcinogenic potential of the drugs to which ranitidine is being compared and whether the medications being compared (ranitidine vs. other acid-suppressants) are truly similar in terms of the conditions being treated and their severity. The majority of the studies fell far short in at least some respects. The nested case-control study of bladder cancer by Cardwell, *et al.*[113] came closest to meeting these standards, although it likely had some degree of misclassification



CONFIDENTIAL INFORMATION

of exposure (which would tend to bias results to the null) and lacked information on some possible confounding variables. For other studies, the notable limitations in terms of sample size (e.g., Habel, *et al.* [110]), duration of follow-up (e.g., Kumar, et al, Yoon, *et al.*, Iwagami, *et al.*, Kim, *et al.*, [31, 54, 56, 111]), misclassification of exposure (e.g., Adami, et al, Kim *et al.*, Nørgaard, *et al.*, Kantor, *et al.*, Kim, *et al.* [35, 36, 71, 109, 111]) and lack of generalizability (e.g., Tan, *et al.* [112]) have to be taken into account when interpreting the data from these studies. In many instances, the limitations would tend to bias the studies in the direction of finding no association between ranitidine use and cancer.

Because of the notable limitations of the studies that assessed cancer risk in relation to ranitidine use versus non-use or versus other medications, it is useful and important to consider studies that assessed exposure to NDMA, the carcinogenic compound that has been found in ranitidine products, from other sources including dietary and occupational exposures. The evaluation of these studies will consider the estimated levels of NDMA exposures from these sources as compared to the levels that have been detected in ranitidine products and the patterns of exposure. At the same time, the strengths and limitations of those studies must be considered as well, including whether there are reasons why the results of those studies would not reflect the cancer risk of ranitidine use. As set forth below, despite the significant limitations of the studies that assessed cancer risk specific to use of ranitidine, there is demonstrated consistency of an increased risk of certain cancers across all categories of evidence. Based on the totality of evidence from all relevant studies, I set forth my opinions with a reasonable degree of medical and scientific certainty as to the likelihood that exposure to ranitidine products that contain NDMA is capable of causing specific human cancers.



CONFIDENTIAL INFORMATION

**Bladder Cancer**

Epidemiologic Studies of Ranitidine and Bladder Cancer

The association between ranitidine use and bladder cancer was examined in one nested case-control study [113] and four cohort studies.[36, 54, 109, 110]. In addition, there was one cohort study that reported on risk of bladder cancer with use of either Tagamet (cimetidine) or Zantac (ranitidine) without reporting on ranitidine use alone[156], one cohort study that was described only in an abstract [150] and one cross-sectional analysis [152]. The studies differed not only in their study designs, but also in the comparisons considered, including ranitidine versus non-users [109, 110, 113]; ranitidine versus omeprazole [109], ranitidine versus famotidine [54]; and ranitidine versus other acid-suppressing drugs [36, 150, 152]. Table 5 summarizes the study characteristics and findings from these investigations.

The nested case-control study by Cardwell, *et al.* [113] included the greatest number of cases (N=3,260). Cases were identified in the Primary Care Clinical Information Unit Research database in Scotland and matched with up to 5 controls within the same database. Exposure was based on prescription data from 1993 through 2011. Information was also available on important confounders such as age, sex, smoking status and comorbid conditions. The odds ratio (OR) for ever use of ranitidine was significantly increased (OR 1.22, 95% CI 1.06-1.40), with a significant dose-response trend with increasing use whether evaluated as the number of prescriptions (OR for >36 prescriptions 1.44, 95% CI 1.01-2.04, p-trend 0.003) or the number of defined daily doses (OR for >1,095 defined daily doses 1.43, 95% CI 1.05-1.94, p-trend 0.004). There was no significant association with ever use of other H2 receptor antagonists (OR 1.04, 95% CI 0.87) or proton pump inhibitors (OR 0.98, 95% CI 0.88-1.11) and no significant trend of increasing risk with increasing use of the drugs.

This study's strengths include its large sample size, its use of a database to ascertain drug use over a period of up to 18 years, and its evaluation of other acid-suppressing drugs. Its limitations include the fact that the electronic database had no prescription data prior to 1993 meaning that some users of ranitidine could have been incorrectly misclassified as non-users. Also, the database did not capture non-prescription use of ranitidine, although the authors



CONFIDENTIAL INFORMATION

Table 5 – Bladder Cancer Studies

| Author, Year | Location | Study Type | Years of diagnosis | # Cases | # Controls | Cohort Size | Exposure Definition | Exposure Categories | RR (95% CI) |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Cardwell, 2021 | Scotland | Nested case-control | 1999-2011 | 3,260 | 14,037 | | Ranitidine, other H2RAs, proton-pump inhibitors, | **Ranitidine**<br>Non-user<br>Any use<br>Defined daily doses<br>1-182<br>182-365<br>365-1095<br>>1095<br><br>Proton pump inhibitor<br>Non-user<br>Any Use<br>Defined daily doses<br>1-182<br>182-365<br>365-1095<br>>1095 | Odds Ratio<br>1.00 (Reference)<br>1.22 (1.06-1.40)<br><br>1.18 (0.98-1.42)<br>1.24 (0.85-1.79)<br>1.17 (0.89-1.54)<br>1.43 (1.05-1.94)<br>P-trend 0.004<br><br>1.00 (Reference)<br>0.98 (0.88-1.11)<br><br>1.00 (0.86-1.17)<br>1.02 (0.77-1.34)<br>0.93 (0.76-1.14)<br>0.98 (0.80-1.20)<br>P-trend 0.666 |
| Habel, 2000 | US | Cohort | 1982-1995 | 28 cimetidine exposed cases, 7 ranitidine exposed cases, 3700 non-exposed cases | | 54,276 total<br>4125 cimetidine exposed<br>922 ranitidine exposed<br>49,229 unexposed | Any prescription for cimetidine or ranitidine | **Ranitidine**<br>No use<br>Any use<br><br>Cimetidine<br>No use<br>Any use | Relative Risks<br>1.00 (Reference)<br>1.56 (0.74-3.30)<br><br><br>1.00 (Reference)<br>1.32 (0.90-1.96) |
| Kantor, 2020 | UK | Cohort | 2006-2015 | 554<br>16 ranitidine exposed cases | | 459,204 | Regular use - "most days of the week for the last 4 weeks" at baseline | **Ranitidine vs Non-users**<br>Non-users<br>Ranitiine users<br><br>**Ranitdine** vs Omeprazole<br>Omeprazole users<br>Ranitidine users | Hazard Ratios<br>1.00 (Reference)<br>1.22 (0.74-2.01)<br><br><br>1.00 (Reference)<br>1.30 (0.69-2.46) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yoon, 2021 | Korea | Cohort | 2012-2018 | 118 in ranitidine cohort, 21 in famotidine | | 50, 610, 40,488 ranitidine, 10,122 famotidine | Use from 2009-2011 | **Ranitidine** vs Famotidine<br>Famotidine use<br>**Ranitidine** use | Hazard Ratios<br>1.00 (Reference)<br>1.41 (0.88-2.24) |
| Norgaard, 2021 | Denmark | Cohort | 1996-2018 | 270 in ranitidine cohort, 424 in other H2RA cohort, 3,590 in PPI cohort | | 31,393 in ranitidine cohort, 65,384 in other H2RA cohort, 509,849 in PPI cohort | At least two prescriptions for acid-supppressing drugs | **Ranitidine** vs. other H2RAs<br>H2RA users<br>All ranitidine use<br>5+ prescriptions<br>10+ prescriptions<br><br>**Ranitidine** vs. other PPIs<br>PPI users<br>All ranitidine use<br>5+ prescriptions<br>10+ prescriptions | Hazard Ratios<br><br>1.00 (Reference)<br>1.11 (0.95-1.29)<br>0.99 (0.76-1.28)<br>0.73 (0.53-1.01)<br><br><br>1.00 (Reference)<br>1.24 (1.04-1.48)<br>1.06 (0.77-1.44)<br>0.84 (0.56-1.27) |
| Michaud, 2004 | US | Cohort | 1986-2000 | 414 | | 47,848 | Current use of cimetidine or ranitidine at baseline | Ranitidine/cimetidine vs non-users<br>Non-users<br>Ranitidine/cimetidine users | <br>Hazard Ratio<br>1.00 (Reference)<br>1.46 (0.85-2.50) |
| Mohy-ud-din, 2020 (Abstract only) | US | Cohort | 1999-2019 | 8400 | | 65 million 1.62 million ranitidine, 3.37 million famotidine | Any use of ranitidine | **Ranitidine** vs Famotidine<br>Famotidine use<br>Ranitidne use | Odds Ratio<br>1.00 (Reference)<br>0.65 (0.64-0.67) |
| Braunstein, 2020 | US | Cross-sectional | 2013-2019 | Unknown # of bladder cancers, 24,000 total cancers | | | Use of ranitidine, other H2 blocker or PPI among cancer patients at time of diagnosis. | Ranitidine vs. other drugs<br>Other drugs<br>**Ranitidine** | Odds Ratio<br>1.0 (Reference)<br>1.36 (1.05-1.76) |
| **NDMA – Occupational Studies** | | | | | | | | | |
| Hidajat, 2019 | UK | Occupational cohort | 1967-2014 | 417 | | 36,441 | Exposure assessment based on estimates from EU-EXASRUB database of compounds in rubber factories | Quartiles of NDMA exposure<br>I (lowest)<br>II<br>III<br>IV | Hazard Ratios<br><br>1.00 (Reference)<br>1.57 (1.19-2.07)<br>2.45 (1.87-3.21)<br>2.82 (2.16-3.67)<br>P-trend <0.01 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vlaanderen, 2013 | Germany | Occupational cohort | 1981-2000 | 58 men<br>4 women | | 11,632 men, 1,863 women | Employment in rubber industry | <br>Men<br>Women | Standardized Mortality Ratios<br>1.22 (0.92-1.57)<br>2.42 (0.66-6.20) |
| **NDMA – Dietary Studies** | | | | | | | | | |
| Jakszyn, 2011 | Europe | Cohort | | 1,001 | | 481,419 | Food frequency questionnaire | Quartiles of NDMA exposure (μ/day)<br>I (0-0.05<br>II (0.05-0.1)<br>III (0.10-0.19)<br>IV (0.19-21.11) | Hazard ratios<br><br>1.00 (Reference)<br>1.14 (0.91-1.42)<br>1.07 (0.85-1.34)<br>1.12 (0.88-1.44)<br>P-trend 0.49 |
| Ronco, 2014 | Uruguay | Case-control | 1996-2005 | 225 | 1510 | | NDMA intake estimated from food-frequency questionnaire | Tertiles of NDMA exposure<br>I<br>II<br>III | Odds ratios<br><br>1.00 (Reference)<br>2.16 (1.46-3.21)<br>2.14 (1.43-3.18)<br>P-trend 0.0002 |
| **Processed Meats** | | | | | | | | | |
| Crippa, 2018 | Worldwide | Meta-Analysis (5 cohort, 6 case-control) | | | | | Daily intake of processed meats | per 50g per day intake of processed meat | All studies<br>1.20 (1.06-1.37)<br>Case-control studies<br>1.31 (1.06-1.63)<br>Cohort studies<br>1.10 (0.95-1.27) |
| Dianatinasab, 2021 | Europe | Pooled analysis (11 cohort) | | 2,848 | | 518, 545 | Food frequency questionnaire | Tertiles of processed meat intake<br>1<br>2<br>3 | Hazard ratios<br><br>1.0 (Reference)<br>0.89 (0.72-1.10)<br>0.95 (0.73-1.24)<br>P-trend 0.304 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Xu, 2019 | US | Cohort | 1993-2009 | 776 | | 101,721 | Intake of processed red meat or processed meat based on diet history questionnaire | Quintiles of intake<br>Processed red meat<br>QI (<2.70 g/day)<br>QII (≥2.70-<5.51)<br>QIII (≥5.51-<9.87)<br>QIV (≥9.87-<18.77)<br>QV (>18.87)<br><br>Processed meat<br>QI (<4.24 g/day)<br>QII (≥4.24-<8.20)<br>QIII (≥8.20-<14.37)<br>QIV (≥14.37-<26.50)<br>QV (≥26.50) | <br><br>1.00 (Reference)<br>1.20 (0.91-1.58)<br>1.25 (0.96-1.64)<br>1.28 (0.98-1.68)<br>1.47 (1.12-1.93)<br>p-trend=0.008<br><br>1.00 (Reference)<br>0.90 (0.69-1.17)<br>0.96 (0.74-1.25)<br>1.07 (0.83-1.38)<br>1.16 (0.89-1.50)<br>p-trend=0.073 |
| Nagano, 2000 (included in Crippa meta-analysis) | Japan | Cohort | 1980-1993 | 114 | | 38,540 | Questionnaire of 22 dietary items, including ham/sausage | Ham/sausage servings per week<br>0<br>1<br>2+<br>Missing | Relative risk<br>1.00 (Reference)<br>0.54 (0.32-0.92)<br>0.73 (0.42-1.28)<br>0.71 (0.42-1.23)<br>P-trend 0.34 |
| Michaud, 2006 (included in Crippa meta-analysis) | US | Cohort | 1986-2002 | 504 | | 47,422 | Food frequency questionnaire | Processed meat servings<br>0<br>1-3/month<br>1/week<br>2-4/week<br>≥5/week | Hazard ratios<br>1.00 (Reference)<br>0.98 (0.76-1.25)<br>0.94 (0.71-1.23)<br>0.98 (0.74-1.30)<br>1.09 (0.71-1.69) |
| | US | Cohort | 1980-2002 | 304 | | 88,471 | Food frequency questionnaire | Processed meat servings<br>0<br>1-3/month<br>1/week<br>2-4/week<br>≥5/week | Hazard ratios<br>1.00 (Reference)<br>1.07 (0.76-1.52)<br>1.25 (0.86-1.84)<br>0.98 (0.65-1.46)<br>0.81 (0.70-1.45) |
| Larsson, 2009 (included in Crippa meta-analysis) | Sweden | Cohort | 1998-2007 | 485 | | 82,002 | Food frequency questionnaire | Processed meat servings<br>0-3/month<br>1-4/week<br>≥5/week | Hazard ratios<br>1.00 (Reference)<br>0.87 (0.68-1.11)<br>1.01 (0.80-1.28)<br>P-trend 0.40 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ferrucci, 2010 (included in Crippa meta-analysis) | US | Cohort | 1995-2003 | 854 | | 300,933 | Food frequency questionnaire | Quintiles of processed meat (median g/1000 kcal)<br>Q1 (median 1.6g)<br>Q2 (median 4.3g)<br>Q3 (median 7.4g)<br>Q4 (median 12.1g)<br>Q5 (median 22.3g) | Hazard ratios<br><br>1.00 (Reference)<br>1.09 (0.85-1.39)<br>1.10 (0.86-1.41)<br>1.28 (1.01-1.62)<br>1.10 (0.86-1.40)<br>P-trend 0.55 |
| Closas, 2007 (included in Crippa meta-analysis) | Spain | Case-control | 1998-2001 | 912 | 873 | | Food frequency questionnaire | Quintiles of processed meat<br>Q1 (<4g)<br>Q2 (4-9g)<br>Q3 (10-12g)<br>Q4 (13-18g)<br>Q5 (>18g) | Odds ratios<br><br>1.0 (Reference)<br>1.4 (1.0-1.9)<br>1.2 (0.9-1.7)<br>1.2 (0.8-1.6)<br>1.2 (0.9-1.7)<br>P-trend 0.66 |
| Hu, 2008 (included in Crippa meta-analysis) | Canada | Case-control | 1994-1997 | 1,029 | 5,039 | | Food frequency questionnaire | Quartiles of processed meat servings/wk<br>QI<br>QII<br>QIII<br>Q4 | Odds ratios<br><br>1.0 (Reference)<br>1.2 (1.0-1.6)<br>1.5 (1.1-1.9)<br>1.6 (1.2-2.1)<br>P-trend 0.0002 |
| Aune, 2009 (included in Crippa meta-analysis) | Uruguay | Case-control | 1996-2004 | 255 | 2,032 | | Processed meats | Processed meat intake g/day<br>0-10<br>>10-40<br>>40-258.8 | Odds ratios<br><br>1.00 (Reference)<br>1.01 (0.70-1.46)<br>1.43 (0.93-2.20)<br>P-trend 0.099 |
| Lin, 2012 (included in Crippa meta-analysis) | US | Case-control | 1999-2009 | 884 | 878 | | Food frequency questionnaire | Quartiles of processed meat intake (ounces)<br>Q1 (<0.11)<br>Q2 (0.11-0.28)<br>Q3 (0.29-0.61)<br>Q4 (≥0.62) | Odds ratios<br><br>1.00 (Reference)<br>0.88 (0.66-1.18)<br>0.98 (0.73-1.31)<br>1.03 (0.76-1.39)<br>P-trend 0.696 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Wu, 2012 (included in Crippa meta-analysis) | US | Case-control | 2001-2004 | 1,068 | 1,266 | | Food frequency questionnaire | Quartiles of processed meat<br>Q1<br>Q2<br>Q3<br>Q4 | <br><br>1.00 (Reference)<br>1.01 (0.78-1.30)<br>1.19 (0.92-1.53)<br>1.28 (1.00-1.65)<br>P-trend 0.035 |
| Catsburg, 2014 (included in Crippa meta-analysis) | US | Case-control | 1987-1996 | 1,660 | 1,586 | | Food frequency questionnaire | Processed meat intake<br>< 1/week<br>1-2/week<br>3/week<br>4-6/week<br>1+/day | <br>1.00 (Reference)<br>0.96 (0.76-1.23)<br>1.11 (0.87-1.41)<br>1.23 (0.96-1.58)<br>0.97 (0.74-1.27)<br>P-trend 0.84 |
| DeStefani, 2012 | Uruguay | Case-control | 1996-2004 | 255 | 2,532 | | Processed meats, | Tertiles of intake (g/day)<br><br>T1 (≤11.4)<br>T2 (11.5-28.2)<br>T3 (28.3+)<br><br><br><br>T1 (<11.4)<br>T2 (11.5-28.2)<br>T3 (28.3+) | Odds ratios<br>Men<br>1.0 (Ref)<br>1.68 (1.14-2.51)<br>1.71 (1.14-2.54)<br>p-trend=0.01<br>Women<br>1.0 (Ref)<br>2.40 (0.86-6.70)<br>1.97 (0.77-5.03)<br>p-trend=0.12 |
| Ronco, 2014 | Uruguay | Case-control | 1996-2005 | 225 | 1,510 | | Processed meats | Tertiles of intake<br><br>T1<br>T2<br>T3 | Odds ratios<br><br>1.0 (Reference)<br>1.30 (0.89-1.89)<br>1.55 (1.07-2.24)<br>P-trend 0.008 |



CONFIDENTIAL INFORMATION

estimated that over-the-counter purchases of ranitidine account for only ~10% of ranitidine sold. The likely impact of the misclassification of ranitidine exposure, which could have resulted in some ranitidine users being classified as non-users, is a bias towards the null, meaning that the true odds ratio may have been underestimated. Overall, I considered this the strongest of the studies that evaluated bladder cancer risk with ranitidine use, based on the large number of cases, long follow-up, dose-response analyses, good control of potential confounders and the comparison to both non-users and users of other acid-suppressing drugs. I weighted this study strongly in my evaluation.

Another analysis conducted within the Primary Care Clinical Information Unit Research database was reported by McDowell, *et al.* [53]. They conducted a screening study to identify associations between many different medications and 22 different cancer sites. The authors defined a signal (i.e., medicines deemed worthy of further consideration) as medicines having an adjusted odds ratio greater than 1.25, having statistical significance at the 1% level and having evidence of an exposure-response with the odds ratio for low exposure less than the odds ratio for high exposure. By these criteria, a signal with ranitidine was observed with bladder cancer (OR 1.28), consistent with the findings reported by Cardwell, *et al.*[113]. This study corroborates the findings of Cardwell, but does not provide the same level of detail (e.g., dose response analyses), therefore it was not weighed heavily in my evaluation.

The study by Kantor, *et al.* [109] was conducted within the UK Biobank, a prospective cohort of 502,506 individuals, among which 554 cases of bladder cancer were identified during up to 9 years of follow-up. Use of ranitidine and omeprazole was assessed through a question about regular use of these drugs during the 4 weeks prior to the baseline survey. There was a non-statistically significant increased risk of bladder cancer among regular users of ranitidine (RR 1.22, 95% CI 0.74-2.01). Similarly, in active comparator analyses in which the comparison group was users of omeprazole, a proton-pump inhibitor, the risk for bladder cancer among ranitidine users was non-significantly elevated (RR 1.30, 95% CI 0.69-2.46).

Although this study involved a cohort of over 400,000 individuals and over 500 bladder cancer cases, its method of assessing exposure to ranitidine and omeprazole is an important limitation. The reported prevalence of ranitidine use was approximately 2%. This prevalence of



CONFIDENTIAL INFORMATION

use is considerably lower than the 11% reported in the Cardwell study, which was also conducted in the UK [113]. The low prevalence of use is undoubtedly due to the exposure assessment being based on "regular" use at the time of the baseline survey, with no information on use prior to or after the baseline survey. It is likely that a considerable number of people who had used ranitidine at some point were classified as non-users. Such misclassification of exposure would tend to bias the results to the null, resulting in an underestimate of the true relative risk. Because of the study's important limitations in exposure assessment and duration of follow-up, I gave it little weight.

Habel et al [110] conducted a cohort study of 54,276 individuals using Kaiser Permanente pharmacy databases. Exposure to ranitidine and cimetidine was assessed at several points between 1982 and 1987, with cancer cases identified within the cohort through 1995. The analysis grouped kidney and bladder cancers and reported an RR of 1.56 (95% CI 0.74-3.30) associated with ranitidine use based on 7 exposed cases, and an RR of 1.32 (95% CI 0.90-1.96) associated with cimetidine use.

As with the other cohort studies, the exposure assessment was not optimal, with the likely misclassification of some ranitidine users as non-users due to information on drug use being captured during a limited time period. Other limitations of this study included the grouping of kidney and bladder cancers and the overall small numbers of ranitidine users (n=922). Because of the small sample size of the cohort of ranitidine users, the grouping of bladder and kidney cancers and the small number of cases exposed to ranitidine, this study was given very little weight.

Yoon *et al.* [54] conducted a cohort study comparing patients prescribed ranitidine (N=40,488) to patients prescribed famotidine (N=10,122), another H2 receptor antagonist that is not believed to contain NDMA. Data were from the South Korea Health Insurance Review database. Individuals in the selected cohort had used ranitidine or famotidine for >1 year between 2009 -2011, and cancer outcomes were ascertained through 2018. A total of 118 bladder cases occurred in the ranitidine group versus 21 in the famotidine group, with a hazard ratio of 1.41 (95% CI 0.88-2.24).



CONFIDENTIAL INFORMATION

Limitations of this study include its ascertainment of drug use for a limited time frame from 2009-2011. The authors indicated that they excluded individuals who had used these drugs between 2007-2009, however there was no consideration of use prior to 2007 and no consideration of non-prescription use, which likely would have resulted in misclassification of exposure. To the extent that there were ranitidine users among the famotidine group, it would tend to bias the findings towards the null. Other limitations include the relatively short duration of follow-up, which would not allow for the assessment of risk for longer term use, small number of cases and the lack of information on possible confounding factors. For these reasons, this study was given little weight.

Nørgaard, *et al.* [36] conducted a population-based cohort study in Denmark comparing bladder cancer risk in ranitidine users to the risk in users of other H-2 receptor antagonists or PPIs. Using nationwide prescription, cancer registry and hospital databases, they identified first time users of the acid-suppressant drugs who obtained at least two prescriptions for the same drug in the period 1996-2008 and created three cohorts comprised of ranitidine users (N=31,393), other H-2 receptor antagonist users (N=65,384) and PPI users (N=509,849). The cohorts were followed up through 2018, with a median follow-up of 14 years, during which time there were 270 bladder cancers among ranitidine users, 424 among other H-2 receptor antagonist users and 3,590 among PPI users. Propensity score models were used to adjust for variables such as age and co-morbidities, although information on some possible confounding variables was not available. In adjusted analyses, the hazard ratio comparing ranitidine users to H2RA users was 1.11, 95% CI 0.95-1.29. No increased risk was observed when analyses were restricted to individuals with at least 5 prescriptions (HR 0.99, 95% CI 0.76-1.28) or 10 prescriptions (HR 0.73, 95% CI 0.53-1.01). The hazard ratio comparing ranitidine users to PPI users was 1.24, 95% CI 1.04-1.48. Hazards ratios for at least 5 prescriptions and 10 prescriptions were 1.06, 95% CI 0.77-1.44 and 0.84, 95% CI 0.56-1.27.

Strengths of this study included the large sample size and length of follow-up. Some of its limitations were the lack of information on some important confounders (e.g., smoking history) and use of non-prescription acid-suppressant drugs. The authors noted that less than 3% of famotidine and PPIs were sold over the counter in Denmark during the study period, but



CONFIDENTIAL INFORMATION

~30 to 50% of ranitidine was sold without a prescription. To the extent that individuals in the PPI and other H2RA cohorts had used non-prescription ranitidine, which would not have been captured based on their data source, there would have been misclassification of exposure. Because some "exposed" individuals (i.e., ranitidine users) would have been included in the comparison groups (PPI or other H2RA users), it would attenuate the differences between the groups being compared, which would likely have resulted in an underestimate of the risk associated with ranitidine use. An additional limitation of this study is that the investigators did not compare ranitidine users to non-users. Because of the substantial concern about misclassification of exposure, this study was given little weight.

In addition to the nested case-control and cohort studies described above, other publications were identified that less directly addressed the risk of bladder cancer in relation to ranitidine use. I describe these studies below for the sake of completeness, with the recognition that these reports provide very limited useful data for the assessment of cancer risk among ranitidine users.

Michaud, *et al.* [156] reported on risk of bladder cancer in relation to peptic ulcer disease and cimetidine/ranitidine use within a cohort of US male health professionals (N=47,848). Current medication use was ascertained at baseline and cimetidine and ranitidine were queried about in a single question. After up to 14 years of follow-up, 414 bladder cancer cases were identified among cohort members. The hazard ratio for bladder cancer associated with cimetidine/ranitidine use was 1.46, 95% CI 0.85-2.50. Because this study grouped ranitidine and cimetidine users together, its findings were considered less relevant to the question at hand.

A published abstract by Mohy-ud-din, *et al.* reported results of a study of the risk of cancer associated among ranitidine user as compared to the general population and to famotidine users.[150]. The reported risk of bladder cancer was lower for ranitidine users than famotidine users (OR 0.65, 95% CI 0.64-0.67). Because this analysis was reported only in abstract form without full details of the study, it is impossible to assess its overall strengths and limitations. Nonetheless, from the brief description of the study, in which it is stated that drug use was ascertained from 1999 to 2019, it is apparent that the investigators would not have



CONFIDENTIAL INFORMATION

captured ranitidine use from the 1980s or 1990s, which would likely have resulted in misclassification of some ranitidine users who took the drug prior to 1999 but not thereafter as non-users. To the extent that some individuals took ranitidine prior to 1999 and then subsequently took famotidine, it would have resulted in some former ranitidine users being included with the famotidine group. It is also unclear if non-prescription use of the medications was captured. Given the lack of study details in this abstract, the overall strengths and weaknesses could not be thoroughly evaluated, therefore I did not consider the data in this study useful for assessing an association between bladder cancer and ranitidine.

Braunstein et al [152] reported results of a cross-sectional analysis among cancer patients presenting at a cancer center in New York between 2013 and 2019 and compared use of ranitidine to use of other H2 receptor antagonists or PPIs among cancer patients. Ranitidine users had greater odds of presenting with bladder cancer (OR=1.58, 95% CI 1.10-2.21) than users of other acid-suppressing drugs. Overall, this descriptive study with its cross-sectional assessment of drug use only at the time of diagnosis and its lack of control group could be considered a hypothesis-generating study but it does not provide useful data for the assessment of ranitidine as a potential etiologic factor for bladder cancer.

Summary of Studies Evaluating Ranitidine and Risk for Bladder Cancer

The studies that evaluated ranitidine as an exposure of interest, when considered as a group, have several strengths (e.g., large sample sizes, good data sources for prescription drug use and cancer outcomes) but also a number of important limitations. These studies are an important source of information for evaluating cancer risk related to ranitidine use, however it must be recognized that their value in assessing a causal association is somewhat diminished by their limitations. Exposure assessment based on short-term use will not capture the risk associated with long-term use and short follow-up time will miss cancers that develop in the long-term. Misclassification of ranitidine exposure and understating the extent of exposure due to lack of information on non-prescription use or use prior to start of the study will likely bias findings towards the null and underestimate the true risk associated with ranitidine. Also, it was impossible for these studies to estimate the amount of NDMA in the ranitidine products



CONFIDENTIAL INFORMATION

consumed. As a whole, the limitations in the studies somewhat diminish the strength of the studies, however the limitations in general would tend to result in an underestimate of the risk associated with ranitidine. The findings of increased risk for bladder cancer among ranitidine users, despite these limitations, across multiple studies whether compared to non-users [109, 110, 113] or to users of other acid-suppressing drugs[36, 54, 109] provide strong evidence that ranitidine exposure can cause bladder cancer.

Dietary Studies of NDMA Exposure and Bladder Cancer

It is relevant to consider other studies that assessed bladder cancer risk in relation to NDMA exposure, especially in view of the limitations noted above for the studies that directly assessed bladder cancer risk among ranitidine users. As described in the introduction to this report, the level of NDMA intake from dietary sources is in line with the amount of NDMA detected in many of the ranitidine products in the FDA analysis, therefore findings from these studies are salient to interpreting the health effects of that level of NDMA exposure. In addition, evaluation of dietary intake of NDMA through food sources represents a pattern of exposure – frequent or daily intake over a period of many years – that is comparable to what would be experienced by long-term ranitidine users.

Unlike the studies that assessed bladder cancer risk among ranitidine users, some of the dietary studies were able to estimate the amount of NDMA exposure from the diets of study subjects and some had longer periods of follow-up as compared to the ranitidine studies. Whereas dose-response information was very limited in the ranitidine studies, the dietary studies provided more useful information to assess the risk with increasing consumption of NDMA. As a whole, these studies provide important evidence on the effects of relatively low levels of NDMA on bladder cancer risk.

Like any observational epidemiologic study, the studies that examine cancer risk in relation to dietary intake of NDMA have limitations. NDMA intake in these studies was estimated based on self-reported dietary questionnaires. While food frequency questionnaires are standard methodology in nutritional epidemiology [115], inevitably there will be some misclassification of dietary intake. Misclassification of dietary intake that is non-differential



CONFIDENTIAL INFORMATION

(i.e., not correlated with disease) will tend to result in an attenuation of the true relative risk for the disease associated with the dietary variable.[115, 116]. In cohort studies, because dietary information is collected before the disease is diagnosed, the misclassification is likely to be due to random errors in reporting (non-differential), resulting in an underestimate of the true relative risk. In case-control studies, there is likely to be non-differential misclassification due to random errors in reporting, but there may also be differential misclassification if cases (who already have the disease of interest) report their dietary intake differently than controls.[115, 157]. If cases, as compared to controls, over-report their intake of a dietary variable that is thought to increase cancer, the relative risk will be an overestimate of the true relative risk, whereas if cases under-report their intake as compared to controls, it will lead to an underestimate of the relative risk. Despite the well-recognized challenges of nutritional epidemiology studies, cohort and case-control studies are routinely used to assess cancer risk in relation to dietary variables and to guide policy recommendations.[120, 121].

Two studies, one case-control study and one cohort, evaluated estimated dietary NDMA and bladder cancer risk. Ronco, *et al.* [158] evaluated bladder cancer risk in relation to estimated dietary NDMA intake in a hospital-based case-control study conducted in Uruguay. The study included 225 cases and 1,510 controls, all male. As compared to the lowest tertile of NDMA intake, the ORs were 2.16, 95% CI 1.46-3.21 for tertile 2 and 2.14, 95% CI 1.43-3.18 for tertile 3, P-trend 0.0002. Strengths of this study are that it was conducted in an area of high meat consumption, the investigators' analysis controlled for important potential confounders (e.g., smoking, other dietary variables) and response rates were very high. An important limitation of this study was its case-control design, which could have resulted in differential misclassification of exposure if cases recalled their dietary intake differently than controls. If cases over-reported intake of foods with high levels of NDMA as compared to controls, the reported relative risks may be an overestimate, whereas the converse would be true if cases underreported their intake. An additional limitation is that the investigators did not report the levels of NDMA intake within tertiles of exposure. I gave this study moderate weight in my evaluation.



CONFIDENTIAL INFORMATION

A cohort study reported by Jakszyn, *et al.* evaluated the association between estimated dietary intake of NDMA and bladder cancer risk among 481,419 participants from 10 European countries.[105]. After a mean follow-up of 8.7 years, 1,001 individuals developed bladder cancer. As compared to the lowest quartile of NDMA exposure, risk for bladder cancer was slightly but not significantly increased in quartile 2 (HR 1.14, 95% CI 0.91-1.42), quartile 3 (HR 1.07, 95% CI 0.85-1.34) and quartile 4 (HR 1.12, 95% CI 0.88-1.44), p-trend 0.49. Strengths of this study included its prospective design, the large size of the cohort and the availability of information on potential confounding variables. As with any dietary study, there was the potential for misclassification of intake, however, because the misclassification would have been non-differential, the likely result was an underestimate of the relative risk.[116]. An additional limitation of this study was the relatively short period of follow-up. I gave this study moderate weight in my evaluation.

Although the two studies described above were the only identified studies that evaluated estimated dietary intake of NDMA and bladder cancer, many other studies reported on processed meat intake, a primary dietary source of NDMA exposure, and bladder cancer. It is important to note that the FDA has determined that "the levels of NDMA are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats."[80]. This finding and the FDA statement are important as it shows the relevance of the dietary studies assessing processed meat intake to the question of whether NDMA exposure in ranitidine can cause bladder and other cancers. As described earlier in my report, it is acknowledged that processed meats contain other compounds that can increase cancer risk, therefore increased cancer risk could be due to NDMA as well as other components of processed meats. Thus, the studies of processed meat, while considered important, were given lesser weight in my evaluation.

Several meta-analyses (Crippa, 2018; Li, 2014; Wang, 2012) have combined data from multiple studies to evaluate processed meat intake and bladder cancer risk, with each of them reporting significantly increased risk of bladder cancer.[130, 159, 160]. The most recent meta-analysis by Crippa, *et al.*, published in 2018, evaluated processed meat consumption and bladder cancer risk in 11 studies (5 cohort and 6 case-control).[130]. In total, the studies



CONFIDENTIAL INFORMATION

included in their meta-analysis included nearly 600,000 participants and 8,352 bladder cancer cases. The investigators conducted a dose-response analysis, calculating the risk of bladder cancer with increasing intake of processed meat. Overall, there was a statistically significant increased risk of bladder cancer associated with processed meat intake (RR 1.20 for each 50g per day increment, 95% CI 1.06-1.37), with a stronger association in case-control studies (RR 1.31, 95% CI 1.06-1.63) than in cohort studies (RR 1.10, 95% CI 0.95-1.27). The methods used in the meta-analysis were well-described, the analysis included a large number of bladder cancer cases, the reported outcome was based on dose-response analyses, and the findings were consistent when the authors conducted stratified analyses considering different characteristics of the included studies such as study design or how intake was measured. Because of the overall quality of the meta-analysis and the very good consistency in findings across studies, this study provides strong evidence that processed meat intake increases bladder cancer risk. However, recognizing that processed meat is a major dietary source of NDMA, but may contain other compounds other than NDMA that contribute to increased cancer risk, I gave it little weight.

Two additional studies published since the 2018 meta-analysis also assessed bladder cancer risk in relation to processed meat intake. In a US cohort study of 101,721 subjects by Xu, *et al.* [161], 776 bladder cancer cases occurred after a median of 12.5 years of follow-up. They reported a significantly increased HR (1.47, 95% CI 1.12-1.93) comparing the highest quintile to the lowest quintile of processed red meat consumption, with a significant trend test across quintiles of intake (p=0.0008). The HR for all processed meat was lower (HR 1.16, 95% CI 0.89-1.50) comparing the highest to lowest quintile (P-trend 0.073). The strengths of this study include its prospective design, large sample size, large number of cases and the long follow-up. Its major limitation was the non-differential misclassification of processed meat intake that is a concern with any dietary cohort study. The likely result of the misclassification is an underestimate of the relative risk associated with processed meat intake.

A second study by Dianatinasab, *et al.* reported a pooled analysis of 11 cohort studies from Europe and North America.[162]. In total, the analysis included 518,545 study subjects, of whom 2,848 developed bladder cancer during a median of 11.3 years of follow-up. Notably,



CONFIDENTIAL INFORMATION

this analysis included some of the same studies included in Crippa's 2018 meta-analysis.[130]. In unadjusted analyses, there was a significant trend of increasing risk of bladder cancer with higher consumption of processed meat (compared to tertile 1, the HRs were 1.16, 95% CI 1.04-1.30 for tertile 2, and 1.30, 95% CI 1.16-1.45 for tertile 3, P-trend <0.001). After adjusting for additional dietary variables, the association was no longer apparent (HRs 0.89, 95% CI 0.72-1.10 for tertile 2 and 0.95, 95% CI 0.73-1.24 for tertile 3, P-trend 0.304). In their dose-response analyses, the HRs were greater than one (albeit not statistically significant) for all levels of processed meat intake, but there was not a significant trend of increasing risk with increasing levels of consumption.

The strengths of this study include the large sample size as a result of pooling data from multiple, prospective studies and the large number of cases. Its limitations include the lack of information on some confounding factors that were not available from some of the included studies and the non-differential misclassification of dietary intake that would tend to result in an underestimate of the true relative risk.

The dietary studies show some variability in their findings, as would be expected given the challenges of accurately assessing dietary intake and the likely underestimate of the true relative risk that would result from non-differential misclassification of dietary variables.[116]. The two studies that assessed dietary intake of NDMA reported increased risk of bladder cancer with higher NDMA intake, showing a statistically significant dose-response relationship in one [158] and a non-statistically significant increase in risk in the other.[105]. The large body of evidence on processed meat intake and bladder cancer was summarized in a 2018 meta-analysis encompassing more than 8,000 cases and reported a statistically significant dose-response trend of increasing risk with increasing consumption of processed meat.[130]. Similar findings of increased risk with increasing consumption of processed meat were reported in a cohort study published subsequent to the meta-analysis,[161] whereas no increased risk was reported in another report.[162]. Although results were not completely consistent across all studies, which is not unexpected given the challenges of assessing diet in observational studies, the preponderance of the evidence is supportive that dietary exposure to NDMA increases bladder cancer risk.



CONFIDENTIAL INFORMATION

Occupational Studies of NDMA Exposure and Bladder Cancer

The association between NDMA exposure and bladder cancer mortality was reported by Hidajat *et al.* in an occupational cohort of workers in the tire industry (N=36,441) in the UK [163] with 49 years of follow-up. Exposure to NDMA was based on job titles and estimates from the EU-EX-ASRUB database of measurements of compounds in rubber factories. During the period of follow-up from 1967 to 2015, 417 deaths from bladder cancer were identified. The reported hazard ratios as compared to the lowest quartile of NDMA exposure were 1.57 (95% CI 1.19-2.07) for quartile 2, 2.45 (95% CI 1.87-3.21) for quartile 3, and 2.82 (95% CI 2.16-3.67) for quartile 4, P-trend <0.01, indicating a dose-response relationship of increasing risk with increasing levels of exposure.

Strengths of this study include its long follow-up, which allows for the long lag period between exposure and clinical diagnosis of cancer and for a large number of outcomes (deaths) within the cohort, giving a good estimate of the lifetime risk of bladder cancer in individuals with workplace exposure to NDMA. The study performed a careful assessment of NDMA exposure levels, based on job titles and estimated exposures within those work areas. The cancer risk estimates were based on comparisons with other workers in the industry with less exposure to NDMA, which minimizes the confounding that can result when comparing the cancer mortality experience of workers to the mortality experience of the general population, especially considering that workers in the rubber industry are exposed to multiple potential carcinogens.[164]. Their analyses also controlled for other exposures such as rubber dust and rubber fumes, that have been associated with increased risk for cancer.

A limitation of this study is that the outcome was cancer mortality rather than incidence, which means that individuals whose bladder cancers were successfully treated or who died from something other than bladder cancer were not included in the analysis. In addition, information on important confounders such as smoking history was not available. The authors addressed this possibility in the paper's discussion and concluded that it was highly unlikely that confounding by smoking could have markedly changed the reported results based on their statistical analyses simulating the effects of different prevalence of smoking on the



CONFIDENTIAL INFORMATION

hazard ratios. Overall, this was a well-designed occupational cohort study with long-term follow-up, good NDMA exposure information and adequate information to conduct dose-response analyses but had the weakness of limited information on potential confounding factors. Overall, I gave this study moderate weight in my evaluation.

An additional occupational study reported by Vlaanderen, *et al.* examined cancer mortality within a rubber industry cohort in Germany [165]. Although the authors did not estimate individual NDMA exposure through job titles, the rubber industry is one of the most prominent industrial sources of exposure to NDMA [166]. Within a cohort of 11,632 men and 1,863 women followed from 1981-2000, 58 bladder cancers were diagnosed among the men (standardized mortality ratio (SMR) 1.22, 95% CI 0.92-1.27) and 4 bladder cancers among the women (SMR 2.42, 95% CI 0.66-6.20).

As compared to the other occupational cohort study,[163] this study had greater limitations. The overall cohort size was relatively small for a cancer study, with a modest number of deaths from bladder cancer, especially among the women. While the cohort comprised workers with documented exposure to NDMA, there were no estimates of individual exposure levels. Information on potential confounders such as smoking status was not available. Because of the substantial limitations of this study, I gave it little weight in my evaluation.

The occupational studies provide corroborating evidence that NDMA exposure increases risk for bladder cancer. The limitations of the studies include their focus on cancer mortality rather than cancer incidence, lack of information on some confounding variables, and, for the German cohort, the small number of cases within the cohort. It is also acknowledged that the occupational exposures to NDMA may represent a different pattern and route of exposure to NDMA than what would be experienced by ranitidine users. I understand that data will be presented at trial that show that the estimated intake of NDMA intake from occupational exposure, as described in the study by Hidajat, *et al.,* is in the same range as the exposure levels from ranitidine, particularly when considering long-term users and the effects of time, heat and humidity on NDMA levels. In addition, workers with occupational exposures to NDMA in the rubber industry were also exposed to other carcinogenic exposures, although the analyses of



CONFIDENTIAL INFORMATION

NDMA by Hidajat *et al.* were adjusted for other exposures. While recognizing these limitations, these studies, particularly the more detailed analyses reported in the Hidajat study[163], were considered important when evaluating the consistency of findings related to NDMA exposure and bladder cancer risk.

Summary of Epidemiologic Evidence for Ranitidine or NDMA exposure and Bladder Cancer

There were a limited number of epidemiologic studies of ranitidine and bladder cancer, with four full reports directly assessing bladder cancer risk after exposure to ranitidine.[36, 54, 109, 113], one cohort that assessed bladder and kidney cancer risk combined,[110], and one cohort that examined bladder cancer risk in relation to use of cimetidine or ranitidine.[156]. The papers differed in regard to study design, number of cases, method of exposure assessment, and comparison group. In my opinion, the nested case-control study by Cardwell, [113] was the strongest of the studies, with the largest number of cases, longest follow-up, most complete exposure ascertainment, most complete dose-response analysis, and comparisons of ranitidine users with both non-users and users of other acid-suppressing drugs. However, even this study likely misclassified some ranitidine users due to the time period when the prescription database was available and the lack of information about non-prescription use of ranitidine, which would likely attenuate the true association between ranitidine exposure and bladder cancer risk. The large cohort study by Nørgaard, *et al.* [36], which compared ranitidine users to users of other acid-suppressing drugs, had many strengths including a large sample size and long follow-up. However, it too lacked information on non-prescription use of acid-suppressant drugs, an issue that primarily would have affected the classification of ranitidine users because their data indicate there was much greater non-prescription use of ranitidine than the other drugs. In addition, there was no comparison of ranitidine users to non-users. The other studies[54, 109, 110, 156], all cohort studies, had more significant limitations in terms of less complete exposure assessment, shorter duration of follow-up and fewer cases of bladder cancer. The incomplete exposure assessment is the most important limitation of these studies, as it would have likely resulted in some ranitidine users being classified as non-users. The likely result of such misclassification is an underestimate of the



CONFIDENTIAL INFORMATION

true association between ranitidine use and bladder cancer. Three other reports were considered less informative because one was reported only in abstract form,[150] one grouped ranitidine and cimetidine users together in their analysis,[156] and one used a cross-sectional design that is of limited use for evaluating etiologic relationships.[152].

Despite the limitations of these studies, each study reported a relative risk greater than one associated with ranitidine use, whether the comparison group was non-users of ranitidine or users of other acid-suppressing drugs. The association was statistically significant only in Cardwell's nested case-control study. Cardwell, *et al.*, also reported a significant dose-response association whether evaluating the number of prescriptions or defined daily doses (DDD). The overall consistency of the findings of increased risk of bladder cancer, despite study limitations that would tend to underestimate the true risk of bladder cancer associated with ranitidine use, is compelling evidence that ranitidine can cause bladder cancer.

Studies of NDMA from dietary exposure also are indicative of increased risk for bladder cancer. One cohort [105] and one case-control study [158] evaluated bladder cancer risk in relation to estimated NDMA intake from dietary sources. A dose-response trend of increasing risk with increasing NDMA intake was reported in the case-control study,[158] whereas only a modest, non-statistically significant increase in risk, without a clear trend across quartiles of intake, was reported in the cohort study.[105]. A larger body of evidence has examined risk of bladder cancer in relation to processed meat intake, a primary source of NDMA in the diet. As summarized in a 2018 meta-analysis of 11 studies,[130] there was a significant dose-response relationship between intake of processed meats and bladder cancer. In two reports published subsequent to the meta-analysis, an increased risk of bladder cancer was found in a cohort study [161], whereas a pooled analysis did not find increased risk.[162].

Both occupational cohort studies [163, 165] reported standardized mortality ratios for bladder cancer greater than one, although the association was statistically significant only in the larger study by Hidajat. Hidajat *et al.* also reported a significant dose-response trend of greater risk with higher exposure to NDMA. While it is recognized that occupational exposure to NDMA may represent a somewhat different type of exposure than what one would have



CONFIDENTIAL INFORMATION

with ingestion of ranitidine products, these data contribute to the evidence that NDMA exposure can cause bladder cancer.

<u>Bradford Hill Evaluation</u>

*Strength of the Association*

In his articulation of aspects of the causal association, Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, but clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely on the ground that the observed association appears to be slight. There are many occasions in medicine when this is in truth so." The relative risks reported in the studies described above were 1.11 to 1.56 for ranitidine use, 1.2 to 2.82 for occupational exposure to NDMA, 1.12 to 2.16 for dietary NDMA exposure, and 1.2 to 1.47 in the meta-analysis and cohort study of processed meat in relation to bladder cancer.

These relative risks are of similar magnitude to several other exposure-disease associations that are generally accepted to be causal associations, as described in the introduction to the report, including oral contraceptives and breast cancer, menopausal estrogen and breast cancer, passive smoking and lung cancer, residential radon exposure and lung cancer and trichloroethylene exposure and kidney cancer.[6, 16-18, 142]. Based on summary relative risks from meta-analyses, these exposures were associated with a 20% to 30% increase in the risk of the cancers. Each of these exposure/disease associations is widely accepted as a causal relationship in the scientific community and has been judged to be a causal association by the International Agency for Research on Cancer.[138-141].

In the studies of ranitidine or NDMA and bladder cancer, we have reported relative risks that are similar in magnitude to other exposures for which there are well-established causal associations. It is also important to remember that the limitations in exposure assessment of ranitidine probably resulted in an underestimate of the true relative risk for bladder cancer. Overall, the observed strength of association is compatible with a causal association between rantidine/NDMA exposure and bladder cancer risk.



CONFIDENTIAL INFORMATION

*Consistency*

Consistency refers to whether similar results are observed in studies that are conducted in different study populations, with different study designs and across different times. When considering the consistency of studies, it is important to keep in mind that there is rarely perfect consistency across all studies, even with exposure/disease relationships that are generally accepted as causal within the scientific community.

The ranitidine and bladder cancer studies were conducted in the United Kingdom, the United States, Denmark and Korea. The first study was published in 2000 [110], and four have been published in the past year [36, 54, 109, 113]. Three of the studies were cohort studies that ascertained ranitidine exposure from prescription databases,[36, 54, 110] one was a nested case-control study that also used a prescription database [113] and two were cohorts that relied on self-report by the participants.[109, 156]. Each of these studies reported relative risks associated with ranitidine use that were greater than one, although a statistically significant association was reported only in the largest study.[113]. When evaluating the consistency of the findings, it is important to consider the direction of the association and the magnitude of the association, and not rely entirely on statistical significance. For these studies, there was consistency in the direction of the association, with all studies reporting relative risks greater than one, when comparing ranitidine users to non-users [109, 110, 113] and when comparing ranitidine users to users of other acid-suppressing drugs..[36, 54, 109]. It is acknowledged that a study reported only in abstract form reported reduced risk of bladder cancer among ranitidine users as compared to famotidine users, however the lack of details in the abstract preclude making an evaluation of its strengths and limitations.[150].

If there is no association between an exposure and outcome, one would expect to see the relative risk estimates clustered around one, with some estimates greater than one and some less than one. It would be highly unusual to see all (or even most) estimates greater than one if the exposure truly was not associated with the outcome. In addition to the consistent observation of relative risks greater than one, the magnitude of the association in the ranitidine and bladder cancer studies was also quite consistent, with relative risks in the range of ~1.2 to 1.5. Further supporting the consistency of the findings is the increased risk of bladder cancer



CONFIDENTIAL INFORMATION

observed in studies of NDMA from occupational exposure [163, 165] and in most of the studies that evaluated bladder cancer risk in relation to dietary intake of NDMA or processed meats.

*Biological Gradient*

Biological gradient refers to whether the risk for the disease increases with greater exposure to the factor of interest, or in other words, a dose-response relationship. While Hill acknowledges that there are examples of non-linear dose relationships, higher risk with greater exposure is considered to be stronger evidence of causality.

A dose-response relationship between ranitidine and bladder cancer was evaluated in the nested case-control study by Cardwell, *et al.*[113] and the cohort study by Nørgaard, *et al.* [36] Cardwell *et al.* reported an overall relative risk of 1.22 comparing ranitidine users to non-users, with a significant trend of increasing risk with greater exposure was reported for both number of prescriptions and defined daily doses with relative risks of 1.43 or 1.44 for the highest levels of exposure. Nørgaard *et al.* reported overall hazard ratios of 1.11 and 1.24 comparing ranitidine users to users of other H-2 blockers and PPIs, respectively, but did not find increased risk when the analyses were restricted to individuals with at least 5 or at least 10 prescriptions.

Among the studies of occupational NDMA exposure, a dose-response relationship was reported by Hidajat *et al.*[163] with increasing risk with increasing quartiles of cumulative NDMA exposure, with hazard ratios ranging from 1.57 to 2.82 from the 2nd to 4th quartile of exposure, trend test of $P<0.01$.

The dietary studies assessing processed meat exposure also found significant dose-response relationships. The meta-analysis by Crippa, *et al.* [130] characterized their analysis as a “dose-response meta-analysis” and a significantly increased risk was reported for each 50g/day increase in exposure (RR 1.20, 95% CI 1.06-1.37). Similarly, a significant test for trend with increasing quintile of processed meat intake was reported in the cohort study by Xu.[161]. Dianatinasab, *et al.*[162] did not report a significant dose-response trend, although relative



CONFIDENTIAL INFORMATION

risks greater than 1 were reported across all levels of processed meat intake in their dose-response analysis.

Most of the studies that examined ranitidine use in relation to bladder cancer risk did not address dose-response in their analyses due to a limited number of cases. However, there was evidence of a dose response in the largest study of ranitidine and bladder cancer,[113] in an occupational cohort that evaluated NDMA exposure,[163], one of the two studies that evaluated dietary NDMA [158] and in a meta-analysis of processed meat intake.[130]. As a whole, the evidence is supportive of a dose-response relationship between exposure to ranitidine or NDMA and bladder cancer risk.

*Biological Plausibility*

Biological plausibility refers to whether there is a reasonable biological mechanism through which the exposure could lead to the disease. Hill is quick to point out that biological plausibility depends on the current state of scientific knowledge. Specifically, Hill wrote "It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day."[10]. It is clear that from these statements that the consideration of biological plausibility does not require that that there is a *proven* biological mechanism to make a judgment of causality between an exposure and disease. For this consideration, a scientist looks for biological evidence that might explain the associations that are observed in the epidemiologic studies. In other words, one has to consider whether the observed association "makes sense" biologically.

For ranitidine exposure, the biological plausibility is based on the premise that ranitidine products contain NDMA or could be converted into NDMA, a chemical compound that is characterized by the International Agency for Research on Cancer and the US Environmental Protection Agency as "probably carcinogenic", and by the US National Toxicology Program as "reasonably anticipated to be a human carcinogen".[167-169]. Although people are exposed to minor amounts of NDMA in water and food, the FDA has set an upper limit of 96 nanograms per day for ingestion of NDMA through medicines.[80]. Ranitidine products were removed



CONFIDENTIAL INFORMATION

from the market due to the discovery of NDMA at levels exceeding the FDA limits in the drug products.

For some pharmaceutical products, a source of NDMA is thought to be contamination occurring during the manufacturing process. For ranitidine products, the major source of NDMA is thought to be the drug molecule itself.[84, 170]. The ranitidine molecule has a nitro group and a dimethylamine group, and under some conditions the breakdown of the molecule leads to NDMA formation. The formation of NDMA from ranitidine will occur at a higher rate if the product experiences high temperature or high humidity conditions during transport or storage. [171, 172]. As reported by the FDA and others, NDMA formation from ranitidine could also result from interaction with nitrites in the stomach,[81, 152] although this has not been found in all studies.[173].

Ranitidine was first marketed in the US in 1983 under the brand name Zantac and during the late 1980s and early 1990s, it was one of the most prescribed drugs in the US and the world.[27]. Ranitidine, like other acid-suppressant drugs, was frequently taken on a chronic basis resulting in years of exposure for many users. Given the prolonged exposure for many patients and the presumed latency period for the development of cancer, it is plausible that these patients had sustained exposure to ranitidine/NDMA that could result in the development of cancer decades later.

The basis for the determination of NDMA as a probable carcinogen is that numerous experimental animal studies have shown that NDMA can induce multiple types of cancer in a variety of species.[58, 85, 169]. Tumors have resulted from exposure through oral administration, inhalation, and subcutaneous or intraperitoneal injection.[169]. Currently, NDMA is produced in the US only for use as a research chemical.[168].

Because NDMA has been used as an experimental carcinogen in animal studies, the mechanisms of its biological effects are well understood. NDMA can undergo metabolism in the liver resulting in a reactive intermediate compound that binds to and forms DNA adducts.[58]. The resulting damage to the DNA can be repaired by the cell's DNA repair mechanisms, however if the repair is not accomplished accurately or completely, it can result in mutations that ultimately lead to the development of cancer.



CONFIDENTIAL INFORMATION

While this mechanism is a general explanation of how NDMA could result in cancer, there is additional evidence linking NDMA exposure to bladder cancer. The principal route of excretion of ranitidine is through urine,[40] therefore the drug would reach the bladder. Established risk factors for bladder cancer include smoking and chronic bladder inflammation.[43]. Cigarette smoking is a source of NDMA and could be one pathway through which smoking could increase risk of bladder cancer.[168]. Chronic bladder inflammation also could be a link between NDMA and bladder cancer. It has been reported that patients with bladder infections have higher levels of NDMA and other nitrosamines.[174, 175]. The elevated NDMA levels are thought to be due to bacterial conversion of nitrites in urine.

In sum, the biological plausibility of ranitidine causing bladder cancer is based on the chemical structure of the ranitidine leading to the formation of NDMA, a known animal carcinogen and a probable human carcinogen. The mechanism of NDMA carcinogenesis is well-defined, based on its ability to directly modify or DNA damage, which can result in mutations leading to cancer. Further corroborating evidence is the link between NDMA and other established bladder cancer risk factors. Thus, there is strong biological plausibility for ranitidine causing bladder cancer.

*Temporality*

Temporality, defined in terms of the exposure needing to precede the disease, is the only Bradford Hill viewpoint that is an absolute criterion for causality. In each of the studies, regardless of study design, ranitidine use (or NDMA exposure) preceded the diagnosis.

For some conditions, reverse causality may be a concern if early symptoms of the disease results in the use of the medication (i.e., people take ranitidine because of gastrointestinal symptoms related to the cancer). Early symptoms of bladder cancer are usually blood in the urine or other urinary discomfort.[176]. Gastrointestinal complaints are not typical bladder cancer symptoms therefore it is highly unlikely that ranitidine would have been taken in response to early symptoms of the disease, and reverse causality in not a plausible consideration for this exposure/disease association.



CONFIDENTIAL INFORMATION

*Experimental*

The epidemiologic data on ranitidine or NDMA exposure and bladder cancer are from observational studies, therefore there are no human experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available to the exposure/disease associations under study, but, in some circumstances, experimental of semi-experimental evidence is available. No such experimental evidence is available for ranitidine or NDMA exposure and bladder cancer.

*Specificity*

As described by Hill, if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent…multi-causation of disease is generally more likely than single causation." Clearly, bladder cancer has multiple causes, with ranitidine/NDMA exposure being one of many possible causes for the disease. In addition, based on animal studies showing that NDMA exposure can cause multiple types of cancer, it is to be expected that NDMA exposure in humans could have carcinogenic effects in multiple organs. This aspect was not weighted heavily because bladder cancer, like most cancers, has multiple causes, and NDMA could cause cancer at multiple sites in the body.

*Coherence*

It is recognized that the biological mechanisms leading to the development of cancer are not completely defined and our knowledge of carcinogenic pathways will continue to evolve as further research continues. Coherence, as described by Hill, means that, even if the knowledge of the biology of the disease in not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease." Given the current state of knowledge regarding the chemistry of the ranitidine molecule, the route of exposure and distribution in the body, the expected latency period between exposure and development of cancer, and the postulated carcinogenic mechanisms of NDMA, the data are consistent with the natural history and biology of bladder cancer. This aspect was given considerable weight in the



CONFIDENTIAL INFORMATION

assessment of causality as it is important that the overall evidence fit coherently with our current state of knowledge.

*Analogy*

The final viewpoint defined by Hill is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is not often incorporated into causal assessments.

**Conclusion-Bladder Cancer**

Epidemiologic evidence relevant to evaluating the risk of bladder cancer associated with ranitidine use consists of studies directly evaluating ranitidine and those evaluating dietary and occupational exposures to NDMA, the carcinogenic compound identified at higher than acceptable levels in ranitidine products. As described above, most of the ranitidine studies had notable limitations, particularly in regard to incomplete exposure assessment. The probable result of this was misclassification of some ranitidine users as non-users, which would probably mean that the true relative risk was greater than what was reported in the studies. Even with this probable misclassification of exposure, each of the studies that assessed ranitidine and bladder cancer reported relative risks greater than one. The study with the largest number of cases and strongest study design reported a statistically significant association for ever use of ranitidine (OR 1.22) as well as a statistically significant dose-response relationship (OR 1.44 for highest level of exposure).[113]. Supporting the evidence that NDMA exposure from ranitidine intake could cause bladder cancer, the majority of the epidemiologic studies of NDMA exposure (dietary or occupational studies) also reported relative risks greater than one, although not all were statistically significant.

The epidemiologic evidence is supported by several lines of evidence demonstrating the strong biological plausibility of ranitidine causing bladder cancer. The chemistry of the ranitidine molecule is such that it forms NDMA, particularly if stored or transported in high temperature or high humidity conditions.[84]. NDMA is a known carcinogen that has been



CONFIDENTIAL INFORMATION

used to induced tumors in experimental animals.[177-179]. Damage resulting from the NDMA metabolites binding to the DNA molecule could lead to mutations that ultimately result in cancer. Finally, other bladder cancer risk factors have clear links to NDMA exposure.[168, 174, 175]. As a whole, it is highly plausible that exposure to ranitidine could result in bladder cancer.

The data are also supportive of other Bradford Hill aspects. Although only a few studies had a sufficient number of cases to do dose-response analyses, significant trends of increasing risk with greater exposure to ranitidine was reported in the Cardwell study, which did the most comprehensive dose-response analyses.[113]. Significant dose-response trends were also reported with NDMA in the one of the two studies that addressed dietary NDMA intake,[158] in a meta-analysis of processed meat intake,[130] and the occupational study of NDMA exposure.[163]. The temporality criterion was also met in that the exposure preceded the disease, and it is highly unlikely that there was "reverse causation", in which patients took ranitidine to treat cancer symptoms because gastrointestinal symptoms are not usual symptoms of bladder cancer. The data were also supportive of the coherence aspect, as the overall chemistry of the ranitidine molecule, its distribution and metabolism in the body, and the known carcinogenic effects of NDMA fit with the current knowledge of bladder cancer etiology.

Based on the evidence in total, it is my opinion with a reasonable degree of scientific certainty that exposure to ranitidine is capable of causing bladder cancer.



CONFIDENTIAL INFORMATION

**Pancreatic Cancer**

Epidemiologic Studies of Ranitidine and Pancreatic Cancer

I identified six publications that addressed ranitidine use and cancer of the pancreas: three cohort studies [35, 71, 110], one nested case-control study [51], a cohort study reported only in an abstract [150], and an analysis of adverse events reported to the FDA associated with acid-suppressing drugs.[133]. Two studies, Habel *et al.* and McDowell *et al.*, [51, 110]. compared ranitidine users to non-users of ranitidine, and the remaining studies compared ranitidine users to users of other acid-suppressing drugs. The overall strengths and limitations of these studies were described earlier in this report. Table 6 summarizes the study characteristics and findings from these investigations.

The cohort study by Habel *et al.*, [110] utilized data from the Kaiser Permanente Health System pharmacy database. Medication use was ascertained at different time points in the 1980s and identified a cohort of 54,276 patients, of whom 4125 had been prescribed cimetidine, 922 ranitidine and 49,229 neither drug. After follow-up through 1995, 5 pancreatic cancers were identified among ranitidine users with a RR of 2.60 (95% CI 1.06-6.38) compared to non-users, and 10 cases were diagnosed among cimetidine users with a RR of 1.10. (95% CI 0.57-2.10) compared to non-users.

A limitation of this study was its likely incomplete exposure assessment due to ranitidine use being ascertained in the pharmacy database during a limited period of time. In addition, the cohort of individuals exposed to ranitidine was small (N=922) resulting in a very small number of pancreatic cancer cases that had exposure to ranitidine (N=5), limiting the inferences that could be made from this study. Because of these limitations, I gave very little weight to this study.

McDowell *et al.* [51] conducted a nested case-control study within the Primary Care Clinical Information Unit Research database in Scotland, in which they examined medications that have been associated with drug-induced pancreatitis in relation to pancreatic cancer risk. Of the 13 drugs that they evaluated based on the criteria of having Class IA (strongest) evidence of causing pancreatitis and having been prescribed to at least 2% of the controls in their study population, two were acid-suppressant drugs – ranitidine and cimetidine. They identified 1,069



CONFIDENTIAL INFORMATION

Table 6 – Pancreatic Cancer

| Author, Year | Location | Study Type | Years of diagnosis | # Cases | # Controls | Cohort Size | Exposure Definition | Exposure Categories | RR (95% CI) |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Habel, 2000 | US | Cohort | 1982-1995 | 5 cases exposed to ranitidine, 10 to cimetidine | | 54276 total, 4125 cimetidine, 922 ranitidine, 49229 non-users | Prescriptions for cimetidine or ranitidine in pharmacy database | Cimetidine<br>Never use<br>Ever use<br><br>**Ranitidine**<br>Never use<br>Ever use | Relative risk<br>1.00 (Reference)<br>1.10 (0.57-2.10)<br><br><br>1.00 (Reference)<br>2.60 (1.06-6.38) |
| McDowell, 2021 | UK-Scotland | Nested case-control | 1999-2011 | 1,069 | 4,729 | | Use of medicines associated with risk of pancreatitis (including ranitidine and cimetitidne) between 1993 or most recent GP registration date and 1 year before index date | **Ranitidine**<br>Never use<br>Ever use<br><br>Lower usage (1-5)<br>Higher usage (>=6)<br>(based on median # of prescriptions)<br><br>Cimetidine<br>Never use<br>Ever use<br><br>Lower usage (1-3)<br>Higher usage (>=4) | Odds ratios<br>1.00 (Reference)<br>1.37 (1.10-1.70)<br><br>1.49 (1.12-1.99)<br>1.24 (0.91-1.69)<br><br><br><br><br>1.00 (Reference)<br>1.09 (0.81-1.46)<br><br>1.08 (0.72-1.61)<br>1.10 (0.74-1.63) |
| Adami, 2021 | Denmark | Cohort | 1996-2018 | 517 among ranitidine users, 835 among other H2RA users, 3,855 among PPI users | | 103,565 ranitidine, 182,497 other H2RAs, 807,725 PPIs | First use of ranitidine, other H2RAs or PPIs | Any use<br>**Ranitidine**<br>Other H2RBs<br><br>**Ranitidine**<br>PPIs<br><br>>=10 prescriptions<br>**Ranitidine**<br>Other H2RBs<br><br>**Ranitidine**<br>PPIs | Hazard ratios<br>0.97 (0.87-1.10)<br>1.00 (Reference)<br><br>0.99 (0.89-1.09)<br>1.00 (Reference)<br><br><br>0.81 (0.60-1.09)<br>1.00 (Reference)<br><br>0.66 (0.50-0.86)<br>1.00 (Reference) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kim, 2021 | US | Cohort | | 320 among ranitidine users, 1,120 among famotidine users, 2,060 among omeprazole users | | 73 million, 581,028 ranitidine users, 909,970 famotidine users, 2,179,048 omeprazole users | Prescription for one of the three drugs, must have been taking drug at time of cancer diagnosis. | Ranitidine vs Famotidine<br>**Ranitidine**<br>Famotidine<br><br>Ranitidine vs Omeprazole<br>**Ranitidine**<br>Omeprazole | Odds ratio<br>0.50 (0.42-0.59)<br>1.00 (Reference)<br><br><br>0.84 (0.71-0.99)<br>1.00 (Reference) |
| McGwin, 2020 | US | FDA Adverse Events Reporting System | | 20 reports among ranitidine users, 85 among PPIs and other H2RAs) | | | | PPIs/Other H2RAs<br>**Ranitidine** | Proportional reporting ratio<br>1.00 (Reference)<br>2.18 (1.34-3.54) |
| Mohy-ud-din, 2020 (Abstract) | US | Cohort | | 4480 | | 65 million, 1.62 million ranitidine, 3.37 million famotidine | | Ranitidine vs Famotidine<br>**Ranitidine**<br>Famotidine | 0.63 (0.61-0.65)<br>1.00 (Reference) |
| **NDMA - Occupational** | | | | | | | | | |
| Hidajat, 2019 | UK | Occupational cohort | 1967-2014 | 328 | | 36,441 | Exposure assessment based on estimates from EU-EXASRUB database of compounds in rubber factories | Quartiles of NDMA exposure<br>I (lowest)<br>II<br>III<br>IV | Hazard ratios<br>1.00 (Reference)<br>1.59 (1.18-2.15)<br>2.19 (1.60-3.00)<br>2.60 (1.94-3.49)<br>P-trend 0.42 |
| Vlaanderen, 2013 | Germany | Occupational cohort | 1981-2000 | 56 Men<br>9 Women | | 11,554 Men<br>1,841 Women | Employed in rubber industry | | Standardized Mortality Ratios<br>Men<br>0.95 (0.72-1.23)<br>Women<br>1.41 (0.64-2.67) |
| **NDMA - Dietary** | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Zheng, 2019 | US | Hospital-based case-control | 2002-2009 | 957 | 938 | | Calculated estimated NDMA intake per day from food frequency questionnaire | Quartiles of **NDMA** (mcg/1000 kcal/day)<br>I (0.28)<br>II (0.45)<br>III (0.58)<br>IV (0.99)<br><br><br>I (0.04)<br>II (0.06)<br>III (0.08)<br>IV (0.12)<br><br><br>I (0.18)<br>II (0.33)<br>III (0.43)<br>IV (0.74) | <br>1.00 (Reference)<br>0.99 (0.75-1.31)<br>1.03 (0.78-1.37)<br>1.03 (0.78-1.37)<br>P-trend 0.78<br>Plant sources<br>1.00 (Reference)<br>1.48 (1.10-1.99)<br>1.97 (1.48-2.64)<br>1.93 (1.42-2.61)<br>P-trend <0.0001<br>Animal sources<br>1.00 (Reference)<br>0.97 (0.74-1.28)<br>0.87 (0.65-1.15)<br>1.17 (0.89-1.54)<br>P-trend 0.26 |
| Baghurst, 1991 | Australia | Case-control | 1984-1987 | 104 | 253 | | Calculated estimated NDMA intake per day from food frequency questionnaire | Quartiles of nitrosamine intake<br>I<br>II<br>III<br>IV | <br>1.00 (Reference)<br>1.26 (0.64-2.49)<br>1.69 (0.80-3.58)<br>2.02 (0.76-5.36)<br>P-trend 0.11 |
| **Processed Meats** | | | | | | | | | |
| Zhao, 2017 | Worldwide | Meta-analysis, 6 case-control studies, 14 cohort studies | | | | | | Highest vs. lowest intake<br><br>Low<br>High<br><br>Low<br>High | Relative risk<br>Case-control<br>1.00 (Reference)<br>1.62 (1.17-2.26)<br>Cohort<br>1.00 (Reference)<br>1.09 (0.96-1.23) |
| Larsson, 2012 | Worldwide | Meta-analysis, 11 cohort studies | | | | | | per 50 g/day increase in intake | Relative risk<br>1.19 (1.04-1.36) |
| Rosato, 2019 | Italy | Case-control | 1985-2007 | 688 | | 2,204 | Food frequency questionnaire | Tertiles of intake<br><20 g/day<br>20-<30 g/day<br>>30 g/day<br><br>per 10 g/day<br>per 50 g/day | Odds ratio<br>1.00 (Reference)<br>1.31 (1.03-1.68)<br>1.46 (1.15-1.85)<br>P-trend 0.003<br>1.12 (1.04-1.19)<br>1.33 (0.86-2.04) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Quist, 2017 | US | Cohort | 1986-2011 | 308 | | 41,836 | Food frequency questionnaire, nitrite intake from processed meats | Quintiles<br>I<br>II<br>III<br>IV<br>V | Hazard ratios<br>1.00 (Reference)<br>0.98 (0.72-1.35)<br>1.02 (0.73-1.41)<br>1.06 (0.74-1.51)<br>1.66 (1.00-2.75)<br>P-trend 0.05 |
| McCullough, 2018 | US | Cohort | 1992-2013 | 1,156 | | 138,226 | Food frequency questionnaire | Quintiles servings per week<br>I<br>II<br>III<br>IV<br>V | 1.00 (Reference)<br>0.91 (0.76-1.09)<br>0.91 (0.76-1.10)<br>0.89 (0.73-1.08)<br>0.82 (0.66-1.02)<br>0.14 |
| Petrick, 2020 | US | Cohort | 1997-2008 | 148 | | 59,000 | Food frequency questionnaire | Quartiles of intake<br>I<br>II<br>III<br>IV<br><br>per 50 g/day | 1.00 (Reference)<br>1.02 (0.66-1.59)<br>0.85 (0.53-1.36)<br>1.01 (0.62-1.64)<br>P-trend 1.0<br>0.99 (0.52-1.90) |



CONFIDENTIAL INFORMATION

cases of pancreatic cancer that had been diagnosed among the two million patients in the database between 1999 and 2011 and selected up to five controls for each case matched on practice, year of birth, gender and year of registration. The database contained information on medication dating back to 1993. The OR for pancreatic cancer associated with any use of ranitidine was 1.37 (95% CI 1.10-1.70). The ORs were 1.49 (95% CI 1.12-1.99) for fewer than 6 prescriptions and 1.24 (95% CI 0.91-1.69) for 6 or more prescriptions. ORs for cimetidine were 1.09 (95% CI 0.81-1.46) for any use, 1.08 (95% CI 0.72-1.61) for fewer than 4 prescriptions and 1.10 (95% CI 0.74-1.63) for 4 or more prescriptions.

Strengths of this study include the large number of cases of pancreatic cancer, the use of the electronic database with prescription information dating back to 1993, and the availability of information on many potential confounders including comorbidities associated with increased risk of pancreatic cancer. Minor limitations include the lack of information on use of the drugs prior to 1993 and the lack of information on non-prescription use, although the authors indicate that ranitidine was available without a prescription only for short-term use, and other publications from this research group estimated that only ~10% of ranitidine was purchased without a prescription.[113]. Overall, the notable strengths of this study outweighed its limitations, and I weighted it strongly in my analysis.

The cohort study by Adami *et al.* [35] used data from the Danish National Prescription Registry to identify individuals who were first-time users of ranitidine, other H2 receptor blockers (famotidine or cimetidine) or proton pump inhibitors (PPIs). Individuals in the cohort had a median follow-up time of 14 years, and 5,207 pancreatic cancer cases were identified through the Danish cancer registry. Ranitidine use was not associated with increased risk for pancreatic cancer compared to other H2-blockers (HR 0.97, 95% CI 0.87-1.10) and PPIs (HR 0.99, 95% CI 0.89-1.09). When the analyses were limited to patients with at least 10 filled prescriptions, there were inverse associations when ranitidine was compared to other H2RAs (HR 0.81, 95% CI 0.60-1.09) or to PPIs (HR 0.66, 95% CI 0.50-0.86).

Strengths of this study include its use of population-based registries in Denmark to ascertain prescriptions for H2RAs and PPIs and cancer diagnoses, its relatively long follow-up and its comparison of ranitidine to other acid-suppressing drugs. An important limitation of this study was the lack of information on non-prescription use of ranitidine or the other drugs. As described in the



CONFIDENTIAL INFORMATION

paper, nearly all of the PPIs (97-99%) and famotidine (96-97%) in Denmark were sold by prescription whereas the proportion of ranitidine sold by prescription during the study period ranged from 84% to 17%, indicating that there was greater misclassification of ranitidine users than users of the comparator drugs. To the extent that individuals who had used non-prescription ranitidine were included with users of the other acid-suppressing drugs, the resulting misclassification would tend to bias the relative risk towards the null. In addition, it was noted by the authors that approximately half of the ranitidine users had only one prescription. This could be indicative of very limited exposure to ranitidine, or since it has been documented that some individuals never take the medicine they are prescribed, some of the individuals classified as ranitidine users may not have taken the medication at all. The inclusion of individuals who never took the drug with the ranitidine users would tend to result in an attenuation of the true relative risk associated with ranitidine use.

Another concern with the interpretation of the study's results is that the authors did not acknowledge that there is evidence that the comparator drugs have been reported to increase risk for pancreatic cancer, as described in a meta-analysis that reported increased risk for pancreatic cancer for both PPI users and H2RA users.[67]. The authors also did not acknowledge that PPIs are often used for more serious underlying conditions.[42]. When conducting an active comparator analysis, as these authors did, if the comparator drug increases risk for cancer, a carcinogenic effect of the drug of interest (i.e., ranitidine) can be missed.[62]. In addition, when the comparator drug is used for more serious conditions than the drug of interest (as is the case for PPIs as compared to ranitidine), using the active comparator design can introduce bias.[62]. The authors of this report concluded that their study provides little evidence that ranitidine increases risk of upper gastrointestinal cancers. While this conclusion is accurate based on the data they analyzed, it does not take into account that the probable misclassification of ranitidine users would reduce the likelihood of detecting an association. In addition, the comparison with drugs that are used for more serious underlying conditions or are themselves associated with increased risk for pancreatic cancer would tend to mask any association between ranitidine use and pancreatic cancer. For these reasons, I gave little weight to this study.

Kim *et al.* [71] reported a cohort analysis using data from the IBM Explorys database, which extracts data from electronic health records, billing inquiries and laboratory systems. Cancer



CONFIDENTIAL INFORMATION

incidence was analyzed between cohorts of patients prescribed either ranitidine, famotidine or omeprazole. The investigators examined cancer incidence data for up to 10 years and included only patients who were taking the medication until the initial diagnosis of the cancer. Ranitidine users were at lower risk for pancreatic cancer than famotidine users (OR 0.50, 95% CI 0.42-0.59) or omeprazole users (OR 0.84, 95% CI 0.71-0.99).

A strength of this study was its use of an extremely large database, although it is unclear which geographic locations or health systems were the sources of the data. As previously described, this analysis had many important limitations, despite the size of the dataset. There was inadequate control for confounding in their analyses due to lack of information on some important risk factors for pancreatic cancer (e.g., pancreatitis), lack of details on other confounders (age and BMI only as dichotomous variables), and consideration of only a very few variables in their multivariable analyses. The failure to adequately control for confounding was a noteworthy limitation as the authors stated that "the ranitidine cohort consistently displayed lower prevalence of common risk factors for gastrointestinal malignancies." Other limitations include the probable misclassification of ranitidine users due to the lack of information on drug use prior to 2009 and the lack of information on non-prescription drug use. To the extent that some of the individuals in the famotidine or omeprazole groups had used ranitidine that was prescribed prior to 2009 or had been obtained without a prescription, the misclassification would make it less likely that an increased risk associated with ranitidine use would be detected. The maximum follow-up time of 10 years is also a limitation as does not allow an assessment of the risk associated with long-term user. The study's restriction of the analysis to individuals who were users of the acid-suppressing drugs at the time of the cancer diagnosis is also a notable limitation as it would preclude examining the long-term effects among former users of the drug. Finally, the authors did not acknowledge that there is evidence of increased risk for pancreatic cancer with use of the comparator drugs, [67] and as previously stated, when using an active comparator design, if the comparator drug also increases risk for the cancer, an association between the study drug (ranitidine) and cancer can be obscured. Because of the many limitations in its design and analysis, I gave this study little weight.

A second analysis using the IBM Explorys database by Mohy-ud-din, *et al.* also reported on the risk of pancreatic cancer with ranitidine use compared to famotidine use.[150]. Ranitidine users had



CONFIDENTIAL INFORMATION

a lower risk of pancreatic cancer than famotidine users (OR 0.63, 95% CI 0.61-0.65). This study was reported only in abstract form and many key details of the study were not described, making it impossible to assess its overall strengths and weaknesses (although it likely shared the notable weaknesses described above for the Kim analysis)[71]). Therefore, I gave it very little weight in my evaluation of ranitidine and pancreatic cancer risk.

McGwin [133] reported an analysis of events reported to the FDA Adverse Events Reporting System, comparing adverse events reported between 2013-2020 with ranitidine therapy to those reported for other H2 antagonists or proton pump inhibitors. Among 13,856 incidents for ranitidine 20 reported pancreatic cancer, compared to 85 pancreatic cancers among 128,107 incidents for other H2 antagonists and PPIs, giving a proportional reporting ratio of 2.18 (95% CI 1.34-3.54, $p<0.004$).

While a significant association between ranitidine use and pancreatic cancer was found, the analysis has some limitations. The reporting system is a voluntary system based on spontaneous reports of adverse events, so not all cases of pancreatic cancer among ranitidine users would be reported. The denominator of the number of users of ranitidine or the other drugs is unknown, so it is not possible to calculate incidence rates and relative risks. Although the comparison of reported adverse events between different drugs is useful for identifying a signal of a possible problem with a given medication, the method is of limited utility for quantitatively assessing etiologic factors for cancer. I gave this study little weight for evaluating ranitidine as an etiologic factor for pancreatic cancer, however I took it into consideration when evaluating the overall consistency of the evidence.

<u>Summary of ranitidine and pancreatic cancer studies</u>

The epidemiologic studies that evaluated whether ranitidine use increased pancreatic cancer risk varied considerably in their overall study design and methodology. While some of the studies had notable strengths including large sample sizes and good ascertainment of prescription drug use and cancer outcomes,[35, 51] most of the studies also had important limitations that impact their overall value in making a causal assessment. One of the most notable limitations is the incomplete exposure assessment due to assessment of acid-suppressant use during a short period of time or lack of information on non-prescription drug use.[35, 51, 71, 110]. To the extent that ranitidine users were classified as non-users or ranitidine users were included in the comparator drug groups, it



CONFIDENTIAL INFORMATION

would likely bias results towards the null and underestimate the true relative risk. Another major concern is that for the studies that used an active comparator design,[35, 71] there is evidence that the comparator drugs can also increase pancreatic cancer risk,[67] or that users of comparator drugs have more serious underlying conditions[42, 71] both of which would tend to obscure an association between ranitidine use and pancreatic cancer. Overall, the strongest study was reported by McDowell, *et al.*[51] which had a large number of pancreatic cancer cases, long follow-up, good information on possible confounders and good ascertainment of prescription drug use and cancer outcomes. For these reasons, this study was given the greatest weight of the studies that addressed pancreatic cancer risk in relation to ranitidine use.

Dietary Studies of NDMA Exposure and Pancreatic Cancer

As previously described, it is relevant to consider other studies that assessed pancreatic cancer risk in relation to NDMA exposure, especially in view of the limitations noted above for the studies of ranitidine and pancreatic cancer. As described in the first part of this report, the level of NDMA intake from dietary sources is in line with the amount of NDMA detected in many of the ranitidine products in the FDA analysis, therefore findings from these studies are salient to interpreting the health effects of that level of NDMA exposure. In addition, evaluation of dietary intake of NDMA through food sources represents a pattern of exposure – frequent or daily intake over a period of many years – that is comparable to what would be experienced by long-term users of ranitidine.

As previously noted, assessment of dietary intake is challenging and subject to misclassification of exposure due to the difficulty of accurately capturing average dietary intake of specific foods and nutrients. Misclassification of dietary intake due to random errors in reporting (non-differential misclassification) will generally result in underestimates of the true relative risks.[115]. Differential misclassification of dietary intake (e.g. if cases report dietary variables differently than controls) can result in an overestimate of the relative risk if cases over-report their intake relative to controls, or an underestimate of the relative risk if cases underreport their intake.[115]. Despite the challenges, observational dietary studies are commonly used in epidemiologic research to evaluate nutritional risk factors for cancer.



CONFIDENTIAL INFORMATION

Two case-control studies assessed estimated dietary intake of NDMA [94] or nitrosamines [180] in relation to pancreatic cancer risk. Zheng et al [94] reported a hospital-based case-control study that examined dietary N-nitroso compounds in relation to pancreatic cancer risk. They identified 957 cases diagnosed at MD Anderson Cancer Center and 938 controls who were friends or genetically unrelated family members of patients diagnosed with non-smoking related cancers. Dietary intake of NDMA was estimated from a food frequency questionnaire using a database to calculate dietary N-nitroso compounds of different foods. ORs for pancreatic cancer as compared to the lowest quartile of intake were 1.48, 95% CI 1.10-1.99 for quartile II, 1.97, 95% CI 1.48-2.64 for quartile III and 1.93, 95% CI 1.42-2.61, P-trend <0.0001 for plant sources of NDMA. Corresponding ORs for animal sources of NDMA were 0.97, 95% CI 0.74-1.28 for quartile II, 0.87, 95% CI 0.65-1.15 for quartile III and 1.17, 95% CI 0.89-1.54 for quartile IV.

Strengths of this study include its large number of pancreatic cancer cases and its detailed assessment of dietary sources of NDMA. A limitation of this study was its case-control design, in which the dietary assessment was done after the diagnosis of cancer. With this design, there is concern that there could have been differential recall of diet between cases and controls. In addition, the paper did not specify whether the participants were asked to report their usual diet before diagnosis or their current diet (which could have changed in response to cancer symptoms). Another possible limitation is that the estimated intake of NDMA reported as micrograms/1000 kcal/day was several times higher than most studies that assessed dietary NDMA (e.g., [102-104]. It is unknown if this reflects an error in the paper or the population truly has very high intake of dietary NDMA. For this reason, I gave this study little weight in my evaluation.

Baghurst, *et al.* [180] compared reported diet 1 year before diagnosis in 104 pancreatic cancer cases to 253 community controls in Australia. Nitrosamine intake was estimated based on responses to a food frequency questionnaire. They did not specifically analyze NDMA intake, although NDMA is the one of the most common nitrosamines in the diet. As compared to the lowest quartile of nitrosamine intake, the odds ratios were 1.26, 95% CI 0.64-2-49 for Quartile II, 1.69, 95% CI 0.80-3.58 for Quartile III and 2.02 95% CI 0.76-5.36 for Quartile IV, p-trend 0.11.

A strength of this study included the detailed assessment of dietary sources of nitrosamines. The case-control design is a limitation of the study, which could have resulted in differential recall



CONFIDENTIAL INFORMATION

between the cases and controls. Study participants were asked to report their usual diet one-year before diagnosis or interview, with the intention that the data would not have been influenced by possible changes in the diet related to the cancer. The relatively small number of cases is also a limitation of the study. Because this study focused on nitrosamines generally, rather than NDMA specifically, this study was given very little weight in my evaluation.

More than 20 studies have assessed the risk of pancreatic cancer risk in relation to processed meat consumption. As described previously, studies of processed meat intake and cancer risk are considered relevant because processed meat is a major dietary source of NDMA exposure. However, because processed meat may contain other compounds that could contribute to cancer risk, these studies were given lesser weight. Zhao, *et al.* [181] conducted a meta-analysis of 6 case-control studies and 14 cohort studies that evaluated pancreatic cancer risk in relation to processed meat consumption. The summary relative risk estimate comparing highest to lowest categories of consumption was 1.62, 95% CI 1.17-2.28 for case-control studies and 1.09, 95% CI 0.96-1.23 for cohort studies (with stronger associations for men than women). An earlier meta-analysis of nine cohort studies [182] conducted a dose-response analysis for which they reported a relative risk of 1.19, 95% CI 1.04-1.36 for each 50 g/day increase in processed meat intake. In studies published since Zhao's 2017 meta-analysis, increased risk was reported by in a case-control study by Rosato, *et al.* (OR 1.46, 95% CI 1.15-1.85) and a prospective cohort study Quist *et al.* (HR 1.66, 95% CI 1.00-2.75) comparing the highest to lowest level of consumption.[183, 184]. McCullough, *et al.* reported no increased risk with processed meat intake overall (HR 0.82, 95% CI 0.66-1.02 for highest), but the authors noted that they could not rule out an effect in men. [185]. Petrick *et al.*'s cohort study of black women reported no increase risk(HR 1.01, 95% CI 0.62-1.64).[186].

Overall, there was some variability in the findings from the dietary studies that assessed NDMA, total nitrosamines or processed meat intake in relation to pancreatic cancer risk. Increased risk of pancreatic cancer was reported in a case-control study that assessed dietary intake of NDMA from plant sources[94] as well as in a case-control study that evaluated total dietary nitrosamines.[180]. Meta-analyses of the many studies of processed meat intake and pancreatic cancer reported increased risk of pancreatic cancer, particularly in men and in case-control studies [181] and a significant dose-response relationship.[182]. While findings were not completely



CONFIDENTIAL INFORMATION

consistent, which is not unexpected given the challenges of assessing diet in epidemiologic studies and the likely underestimate of the relative risk that can result from misclassification of dietary intake, the weight of the evidence supports that dietary intake of NDMA increases pancreatic cancer risk.

Occupational Studies of NDMA Exposure and Pancreatic Cancer

The association between NDMA exposure and pancreatic cancer mortality was reported in an occupational cohort of workers (N=36,441) in the tire industry in the UK [163] with 49 years of follow-up.[163]. Exposure to NDMA was based on job titles and estimates from the EU-EX-ASRUB database of measurements of compounds in rubber factories. During the period of follow-up from 1967 to 2015, 328 pancreatic cancer cases were diagnosed. The reported hazard ratios as compared to the lowest quartile of NDMA exposure were 1.59 (95% CI 1.18-2.15) for quartile II, 2.19 (95% CI 1.60-3.00) for quartile III, and 2.6 (95% CI 1.94-3.49) for quartile IV, p-trend <0.42.

Strengths of this study included its long follow-up, which allows for the long latency period between exposure and clinical diagnosis of cancer and for a large number of outcomes (deaths) within the cohort, which gives a good estimate of the lifetime risk of cancer for workers with occupational exposure to NDMA. Other strengths of the study include its careful assessment of NDMA exposure based on job titles and estimated exposures within those work areas. The cancer risk estimates were based on comparisons between workers with greater or lesser NDMA exposures, which minimizes the confounding that can result when comparing the cancer mortality experience of workers to the mortality experience of the general population.[164].

A limitation of this study is that the outcome was cancer mortality rather than incidence, which means that cancers that were successfully treated or individuals with pancreatic cancer who died from other causes were not included in the analysis. However, survival from pancreatic cancer is very poor (current 5-year survival rates in US are ~10%), so it is not expected that this would have had an important impact on the findings. In addition, information on important confounders such as smoking history was not available. The authors addressed this possibility in the paper's discussion and concluded that it was highly unlikely that confounding by smoking could have markedly changed



CONFIDENTIAL INFORMATION

the reported results based on their statistical analyses simulating the effects of different prevalence of smoking on the hazard ratios.

An additional occupational study examined cancer mortality within a rubber industry cohort in Germany [165]. Although the authors did not estimate individual NDMA exposure through job titles, the rubber industry is one of the most prominent industrial sources of exposure to NDMA [166]. Within a cohort of 11,632 men and 1863 women followed from 1981-2000, 56 pancreatic cancers were diagnosed among the men (standardized mortality ratio (SMR) 0.95, 95% CI 0.72-1.23) and 9 among the women (SMR 1.41, 95% CI 0.64-2.67).

As compared to the other occupational cohort study,[163] this study had more important limitations. While it focused on a group of workers with documented exposure to NDMA, estimates of individual exposure were not calculated which prevented an examination of risk by different levels of NDMA exposure. The overall cohort size was relatively small and consequently the number of cancers, especially among women, was small. Because of the substantial limitations of the study, I gave it little weight.

The occupational studies were evaluated as corroborating evidence that NDMA exposure increases risk for pancreatic cancer. The limitations of the studies include their focus on cancer mortality rather than cancer incidence, lack of information on some confounding variables, and for the German cohort, the small number of cases within the cohort and the lack of estimates of individual NDMA exposure. It is acknowledged that the occupational exposures to NDMA may represent a different pattern and route of exposure to NDMA than what would be experienced by users of ranitidine. In addition, workers with occupational exposures to NDMA in the rubber industry were also exposed to other carcinogenic exposures, although the analyses of NDMA by Hidajat *et al.* were adjusted for other exposures. While recognizing these limitations, these studies, particularly the more detailed analyses reported in the Hidajat study,[163] were considered important for evaluating the consistency of findings related to NDMA exposure and pancreatic cancer risk.

<u>Summary of Epidemiologic Data of Ranitidine or NDMA and Pancreatic Cancer</u>

Evidence of increased risk for pancreatic cancer with ranitidine use compared to non-users was found in one large, well-designed nested case-control study (RR 1.37)[51] and one small cohort



CONFIDENTIAL INFORMATION

study (RR 2.6)[110]. Studies that compared ranitidine users to users of other acid-suppressant drugs did not find evidence of increased risk for ranitidine users, [35, 71, 150] although there were concerns that exposure misclassification would have reduced the likelihood of detecting an association with ranitidine use. In addition, the author's interpretation of these studies did not consider the evidence that other acid-suppressing drugs, particularly PPIs, can increase risk for pancreatic cancer.[187-189]. Therefore, these studies do not address the question of whether pancreatic cancer risk is increased among ranitidine users, but whether the risk associated with ranitidine use is greater than the risk with use of other acid-suppressing drugs that have been associated with increased risk for pancreatic cancer. As described earlier in the discussion of active comparator analyses, if the study drug (ranitidine) is being compared to comparators that also increase the risk for cancer, the association between the study drug and cancer will be masked. Therefore, the studies that used active comparators did not provide useful information on the risk of pancreatic cancer associated with ranitidine use.

A substantial body of evidence from dietary studies assessed pancreatic cancer risk in relation to NDMA intake,[94] nitrosamine intake[180] or processed meat intake.[181]. Increased risk of pancreatic cancer was reported for estimated dietary intake of NDMA from plant sources but not animal sources[94] and for nitrosamine intake.[180]. More than twenty studies examined processed meat, a major dietary source of NDMA exposure, in relation to pancreatic cancer risk. A 2017 meta-analysis [181] reported increased risks for pancreatic cancer when comparing highest to lowest level of intake for both case-control and cohort studies, although the risk was statistically significantly elevated only in the case-control studies. In more recently published studies, increased risk of pancreatic cancer with processed meat intake has been reported in 2 of 4 studies. An earlier meta-analysis that evaluated processed meat intake as a continuous variable reported a significant increase in risk with increasing consumption of processed meat.[182]. While the findings from dietary studies showed some inconsistency in results, as is to be expected given the challenges of measuring nutritional variables, the overall body of evidence supports that increased dietary intake of NDMA can cause pancreatic cancer.

An occupational cohort of individuals with exposure to NDMA reported increased risk with increasing NDMA exposure in the larger cohort [163], whereas another much smaller cohort of tire



CONFIDENTIAL INFORMATION

workers that did not estimate individual NDMA exposure found increased risk of pancreatic cancer among women but not among men.[165].

Overall, the preponderance of epidemiologic evidence from studies evaluated ranitidine use or NDMA intake from dietary or occupational exposure is supportive that these exposures can cause pancreatic cancer.

Bradford Hill Evaluation

*Strength of the Association*

In his articulation of aspects of the causal association, Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, but clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely on the ground that the observed association appears to be slight. There are many occasions in medicine when this is in truth so".

As described in the summary of the studies, the evidence from studies evaluating pancreatic cancer risk in relation to ranitidine use is limited. Increased risk for pancreatic cancer risk comparing ranitidine users to non-users was reported in one large, well-designed nested case-control study (RR 1.37)[51] as well as a much smaller cohort study (2.60)[110].

The studies that compared ranitidine to other acid-suppressing drugs did not report increased risk for pancreatic cancer among ranitidine users, although it is likely that the lack of information on non-prescription use of acid-suppressing drugs resulted in misclassification of exposure that would tend to underestimate the true association between ranitidine use and pancreatic cancer risk.[35, 71]. In addition, these studies did not calculate risk for ranitidine users compared to non-users, but the risk relative to users of other acid-suppressant drugs, which have been reported to increase risk for pancreatic cancer.[67]. When, as in this situation, the active comparators also increase risk for the cancer outcome, an association with the study drug (ranitidine) is likely to be missed.

A large occupational cohort found a two-fold increased risk of pancreatic cancer for individuals with the highest estimated NDMA exposure,[163] while a much smaller occupational cohort that did not estimate individual NDMA exposure found increased risk for women (SMR 1.41) but not for men (SMR 0.95).[165].



CONFIDENTIAL INFORMATION

One study that addressed estimated dietary NDMA intake in relation to pancreatic cancer risk reported a two-fold increase in risk for the highest level NDMA intake from plant sources [94], while there was little evidence of increased risk for NDMA from animal sources. Data from dietary studies that assessed processed meat were not entirely consistent, however a meta-analysis that summarized data from 20 studies, reported significantly increased risk in case-control studies (RR 1.62) and a modest, non-significant elevation in cohort studies (RR 1.09).[181]. Two studies published since the meta-analysis found no increase in risk,[185, 186], while relative risks of 1.46 [183] and 1.66 [184] were reported in two other studies.

Across the different types of studies that assessed ranitidine or NDMA exposure in relation to pancreatic cancer, increased risks were observed in the studies that compared ranitidine users to non-users, in the occupational study that assessed individual NDMA exposure and in most, but not all, of the dietary studies. The reported relative risks are at least as strong as a those observed for a number of other exposures that are generally accepted as being causally related to different types of cancer, all of which have relative risks estimated from meta-analyses of less than 1.5. These associations include oral contraceptives and breast cancer, menopausal estrogens and breast cancer, passive smoke exposure and lung cancer, residential radon exposure and lung cancer and tricholorethylene exposure and kidney cancer.[6, 16-18, 142]. Each of these exposure/disease associations has been judged to be a causal association by the IARC. Based on the observed relative risks in studies of ranitidine compared to non-users, occupational studies, and most of the dietary studies, the strength of the association is compatible with other exposures that are generally accepted as being causal factors for cancer.

*Consistency*

Consistency refers to whether similar results are observed in studies that are conducted in different study populations, with different study designs and across different times. As noted previously, there were only two studies of ranitidine and pancreatic cancer that compared users to non-users, with reported relative risks of 1.37 [51] and 2.60 [110]. Studies that compared ranitidine users to other acid-suppressing drugs did not find evidence of increased risk compared to PPIs or other H2RAs, however as described in detail above, there is evidence that other acid-suppressing



CONFIDENTIAL INFORMATION

drugs can increase risk for pancreatic cancer risk, so these findings from these studies should not be interpreted as evidence that ranitidine does not increase risk. In addition, limitations in the design and conduct of the study including probable misclassification of ranitidine exposure would reduce the likelihood of detecting an association between ranitidine use and pancreatic cancer.

Increased risk for pancreatic cancer was observed in the large occupational cohort that estimated individual NDMA exposure [163] while increased risk was observed only for women in the smaller occupational cohort that did not estimate individual NDMA exposure. [165].

The two dietary studies [94, 180] that estimated NDMA or nitrosamine intake from food frequency questionnaires both reported increased risk for individuals with the highest intake of NDMA, although the association was much stronger for plant sources of NDMA than animal sources in the study that evaluated these sources separately.[94]. While there was some inconsistency in the dietary studies that evaluated processed meat intake, increased risk was reported in the majority of the studies and the summary relative risks from meta-analyses.[181, 182].

In evaluating the consistency of the findings, there is evidence from different types of studies, including studies comparing ranitidine users to non-users, occupational studies of NDMA exposure, and dietary studies of estimated NDMA intake or processed meat, indicating an increased risk of pancreatic cancer with exposure to ranitidine or NDMA. Overall, the preponderance of the evidence across different types of studies is supportive of increased risk for pancreatic cancer with exposure to NDMA through use of ranitidine.

*Biological Gradient*

Biological gradient refers to whether the risk for the disease increases with greater exposure to the factor of interest, or in other words, a dose-response relationship. While Hill acknowledges that there are examples of non-linear dose relationships, higher risk with greater exposure is considered to be stronger evidence of causality.

Only one of the studies comparing ranitidine to non-users presented data for different levels of exposure to ranitidine.[51]. There was not increased risk for higher usage of ranitidine ($\geq$6 prescriptions) as compared to lower use (1-5 prescriptions), with RR of 1.24 and 1.49, respectively, but the study did not present any data for individuals with very long-term exposure to ranitidine. The



CONFIDENTIAL INFORMATION

active comparator study conducted in Denmark also did find increased risk with more prescriptions of ranitidine as compared to other acid-suppressant drugs. The large occupational cohort did report increasing risk for pancreatic cancer with increasing NDMA exposure, with relative risks for the 2nd, 3rd and 4th quartiles of exposure of 1.59, 2.19 and 2.6 as compared to the lowest quartile, although the trend test based on a continuous measure of exposure was not statistically significant.[163]. In the two dietary studies that estimated NDMA or nitrosamine intake, increasing risk with increasing nitrosamine exposure was observed in the Baghurst study [180] and for plant sources of NDMA in the Zheng study [94]. Dose-response trend was also reported for one meta-analysis that evaluated processed meat intake on a continuous scale (RR 1.19, 95% CI 1.04-1.36 for each 50 g/day increase in processed meat intake.[182]. Although dose-response analyses were limited for the studies that directly assessed ranitidine use, there is evidence from other dietary and occupational studies that indicate that higher exposure to NDMA is associated with a higher risk for pancreatic cancer.

*Biological Plausibility*

Biological plausibility refers to whether there is a reasonable biological mechanism through which the exposure could lead to the disease, which depends on the current state of scientific knowledge. As described previously, the biological plausibility that ranitidine intake can cause cancer is based on the premise that ranitidine products contain NDMA or ranitidine could be converted into NDMA, a chemical compound that is classified by IARC as “probably carcinogenic” and by the US National Toxicology Program as “reasonably anticipated to be a human carcinogen”.[167-169]. Although people are exposed to minor amounts of NDMA in water and food, the FDA has set an upper limit of 96 nanograms per day for ingestion of NDMA through medicines.[80]. The discovery of NDMA at levels exceeding the FDA limits in the drug products led to the recalls of several medications, including ranitidine.

For some products, the source of the NDMA is thought to be contamination occurring during the manufacturing process. For ranitidine products, a primary source of NDMA is thought to be the drug molecule itself.[84]. The ranitidine molecule has a nitro group and a dimethylamine group, and under some conditions the breakdown of the molecule could lead to NDMA formation. As reported by the FDA and others, it is also plausible that the dimethylamine group could react with nitrite



CONFIDENTIAL INFORMATION

compounds in the gut to form NDMA, although that has not been found in all studies.[81, 173, 190]. The formation of NDMA from ranitidine will occur at a higher rate if the product experiences high temperature or high humidity conditions during transport or storage.[83, 84].

Ranitidine was marketed in the US for nearly 40 years from 1983 until its recall in 2020, and during the late 1980s and early 1990s, it was one of the most prescribed drugs in the US and the world.[27, 29]. Ranitidine was frequently taken on a chronic basis resulting in years of exposure for many users. Given the prolonged exposure for many patients and the presumed latency period for the development of cancer, it is plausible that the sustained exposure to NDMA through consumption of ranitidine could result in the development of cancer decades later.

The basis for the determination of NDMA as a probable carcinogen is that numerous experimental animal studies have shown that NDMA can induce multiple types of cancer in a variety of species.[58]. Tumors have resulted from exposure through oral administration, inhalation, and subcutaneous or intraperitoneal injection. The pancreas is one of the sites in which NDMA exposure has caused cancer in animal studies.[191].

Because NDMA has been used as an experimental carcinogen in animal studies, the mechanisms of its biological effects are well understood. NDMA can undergo metabolism in the liver and other sites resulting in a reactive intermediate compound that binds to and forms DNA adducts.[85] The resulting damage to the DNA can be repaired by the cell's DNA repair mechanisms, however if the repair is not accomplished accurately, it can result in mutations that ultimately lead to the development of cancer. A related biological mechanism for pancreatic carcinogenesis was put forth by Risch in 2003.[191, 192]. Risch hypothesized that NDMA exposure in the context of excess gastric acidity (i.e. conditions for which ranitidine and other acid-suppressing drugs are prescribed) could increase pancreatic cancer risk. In conditions of higher gastric acidity, which may result from infection with some strains of *H. pylori*, the pancreas will increase its production of bicarbonate and under these conditions, becomes more sensitive to the effects of carcinogenic chemicals like nitrosamines.

It is also plausible that ranitidine can cause pancreatic cancer based on two of its established risk factors - smoking and pancreatitis.[193]. Cigarette smoking is a known source of NDMA exposure as well one of the known risk factors for pancreatic cancer.[168]. While it is recognized that cigarettes



CONFIDENTIAL INFORMATION

contain carcinogens other than NDMA, NDMA is a plausible mechanism by which smoking could cause pancreatic cancer. Pancreatitis, an inflammation of the pancreas, is a known risk factor for pancreatic cancer.[193]. The nested-case control study by McDowell *et al.* [51] examined medications with evidence for drug-induced pancreatitis in relation to pancreatic cancer risk. Ranitidine, based on a systematic review of case reports,[194] was categorized as Class Ia, meaning it was in the group of medications with the strongest evidence for drug-induced pancreatitis. A pathway by which ranitidine use results in pancreatitis is another biologically plausible mechanism for the development of pancreatic cancer.

Overall, there are multiple biological pathways with strong biological plausibility to indicate that exposure to NDMA through consumption of ranitidine can cause pancreatic cancer.

*Temporality*

Temporality, defined as the exposure must precede the disease, is the only Bradford Hill viewpoint that is an absolute criterion for causality. In each of the studies, regardless of study design, ranitidine use or NDMA exposure preceded the diagnosis.

For some conditions, reverse causality may be a concern if early symptoms of the disease results in the use of the medication (i.e., people take ranitidine because of gastrointestinal symptoms related to the cancer). More than 80% of pancreatic cancers are diagnosed at a regional or distant spread of the cancer, when the cancer has spread to the lymph nodes or metastasized to other organs.[195]. The small percentage of cases diagnosed at a localized stage (11%) reflects the fact that early stage pancreatic cancers usually do not cause any symptoms.[195]. While certain gastrointestinal complaints including loss of appetite, nausea and vomiting or abdominal pain are sometimes signs of pancreatic cancer (usually with more advanced disease), [195] they are not the typical heartburn or dyspepsia symptoms that would lead to use of ranitidine or other acid-suppressing drugs. In addition, the studies that assessed ranitidine use and pancreatic cancer excluded cancers diagnosed within a year of initiating ranitidine. Therefore, it is unlikely that ranitidine would have been taken in response to early symptoms of pancreatic cancer, and reverse causality in not a plausible consideration for this exposure/disease association.



CONFIDENTIAL INFORMATION

*Experimental*

The epidemiologic data on ranitidine or NDMA exposure and pancreatic cancer risk are from observational studies, therefore there are no human experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available to the exposure/disease associations under study, but in some circumstances, experimental of semi-experimental evidence is available. For example, if a preventive action is taken to remove the exposure and the incidence of the disease declines, there is strong support for a causal relationship. No such experimental evidence is available for ranitidine or NDMA exposure and pancreatic cancer.

*Specificity*

As described by Hill, if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent…multi-causation of disease is generally more likely than single causation." Pancreatic cancer has multiple causes, with ranitidine/NDMA exposure being one of many possible causes for the disease. In addition, based on animal studies showing that NDMA exposure can cause multiple types of cancer, it is to be expected that NDMA exposure in humans could have carcinogenic effects in multiple organs. This aspect was not weighted heavily because pancreatic cancer, like most cancers, has multiple causes, and it would be expected that NDMA exposure through consumption of ranitidine could cause cancer at multiple sites in the body.

*Coherence*

It is recognized that the biological mechanisms leading to the development of cancer are not completely defined and our knowledge of carcinogenic pathways will continue to evolve as further research continues. Coherence, as described by Hill, means that even if the knowledge of the biology of the disease in not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease. Given the current state of knowledge regarding the chemistry of the ranitidine molecule, the route of exposure and distribution in the body, the expected latency period between exposure and development of cancer, and the postulated carcinogenic mechanisms of NDMA, the data are consistent with the natural history and biology of



CONFIDENTIAL INFORMATION

pancreatic cancer. This aspect was given considerable weight in the assessment of causality as it is important that the overall evidence fit coherently with our current state of knowledge.

*Analogy*

The final viewpoint defined by Hill is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is not often incorporated into causal assessments.

**Summary – Pancreatic Cancer**

The two studies that compared ranitidine users to non-users each found significantly increased risk of pancreatic cancer.[51, 110]. Two studies that compared ranitidine users to users of other acid-suppressant drugs did not find increased risk among ranitidine users,[35, 71] however these findings must be interpreted in light of the limitations of the studies that would tend to attenuate or completely obscure an association between ranitidine use and pancreatic cancer risk. Specifically, the misclassification resulting from lack of information on non-prescription use of ranitidine would likely underestimate any true association with pancreatic cancer. In addition, these studies compared ranitidine to other drugs that have been reported to increase pancreatic cancer risk, which, as noted in the detailed discussion of active comparator analyses in the first part of this report, could cause an association between the ranitidine and pancreatic cancer risk to be masked. The evaluation of pancreatic cancer with ranitidine use through the analysis of the FDA's post-marketing adverse event reporting system reported that pancreatic cancer was more than two times as likely to be reported as an adverse event for ranitidine users than for users of other acid-suppressing drugs.[133]. The analysis of the adverse event reporting data is intended to generate possible signals of problems with marketed drugs but is not an etiologic study of cancer risk, nonetheless the findings from this report are supportive of an association between ranitidine use and pancreatic cancer. Beyond the studies that specifically addressed ranitidine exposure, evidence from dietary studies of NDMA, nitrosamine or processed meat intake and studies of occupational exposure to NDMA, including evidence of dose-response, also support that NDMA exposure can cause pancreatic cancer. While the evidence is not consistent across all studies, which is to be expected



CONFIDENTIAL INFORMATION

given the challenges of assessing ranitidine and NDMA exposure, the preponderance of the epidemiologic evidence indicates that ranitidine/NDMA exposure can cause pancreatic cancer.

The biological plausibility that exposure to NDMA through intake of ranitidine can cause pancreatic cancer is very strong based on the evidence that there is formation of NDMA from the ranitidine molecule, especially under conditions of high heat or humidity,[83, 84] and the known carcinogenicity of NDMA,[58, 169]. In addition, one of the major established risk factors for pancreatic cancer, cigarette smoking, is thought to exert its carcinogenic effects in part because of the NDMA content of cigarette smoke. Another established risk factor for pancreatic cancer is pancreatitis. Evidence indicates that ranitidine use can cause pancreatitis,[194] which is another plausible biological mechanism by it could lead to pancreatic cancer. Therefore, there is evidence that ranitidine could cause pancreatic cancer through several possible pathways.

Based on the preponderance of evidence from epidemiologic studies as well as the very strong biological plausibility, it is my opinion with a reasonable degree of scientific certainty that ranitidine exposure is capable of causing pancreatic cancer.



CONFIDENTIAL INFORMATION

**Liver Cancer**

Epidemiologic Studies of Ranitidine and Liver Cancer

I identified seven publications that described studies of the association between ranitidine use and liver cancer.[35, 50, 54, 71, 109, 133, 150]. There was some overlap in the publications, with analyses from the same populations reported in more than one publication. Tran *et al.* [50] reported on two analyses within the same paper: a comparison of ranitidine users to non-users in a nested case-control study within the Primary Care Clinical Informatics Unit database and a cohort study within the UK Biobank study. Kantor, *et al.* [109] also reported an analysis of the same cohort, the UK Biobank, with longer follow-up. Analyses conducted within the IBM Explorys database were reported in a full publication by Kim, *et al.* [71] and in an abstract by Mohy-ud-din.[150]. Comparisons of ranitidine users to non-users were reported in two papers,[50, 109] and comparisons of ranitidine users to other acid-suppressing drugs were reported in four full publications [35, 54, 71, 109] and one study that was reported only in abstract form.[150]. The final publication was an analysis of adverse event reporting to the FDA comparing ranitidine to other acid-suppressing drugs.[133]. All of the studies were summarized in the first part of my report and characteristics of the studies and their findings are summarized in Table 7.

Tran, *et al.* [50] reported on both a nested case-control study and a cohort study that were conducted in the UK. The nested case-control study was conducted using the Primary Care Clinical Information Unit Research database. Each of the 434 cases of liver cancer within the cohort was matched with up to 5 controls within the same database. Exposure was based on prescription data from 1993 through 2011. Information was also available on important confounders such as age, sex, smoking status, alcohol use and comorbid conditions, including diabetes, peptic ulcer, GERD, hepatitis, cirrhosis and fatty liver. The OR for liver cancer associated with ever use of ranitidine was 1.41, 95% CI 0.91-2.15. For any PPI use, the OR was 1.80, 95% CI 1.34-2.41 and for any H2RA use the OR was 1.21, 95% CI 0.84-1.76). They did not perform any dose-response analyses specifically for ranitidine.

This study's strengths include its relatively large sample size and its use of a database to ascertain drug use over a period of up to 18 years. Its limitations include the fact that the electronic database had no prescription data prior to 1993, leading to the possibility that



CONFIDENTIAL INFORMATION

Table 7 – Liver Cancer Studies

| Author, Year | Location | Study Type | Years of diagnosis | # Cases | # Controls | Cohort Size | Exposure Definition | Exposure Categories | RR (95% CI) |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine Studies** | | | | | | | | | |
| Tran, 2018 | UK-Scotland | Nested case-control | 1999-2011 | 434 | 2103 | | Defined daily dose (DDD) based on computerized prescription records from Primary Care Clinical Informatics Unit | Ranitidine<br>Never<br>Ever<br><br>PPIs<br>Never<br>Ever<br><br>Any H2RAs<br>Never<br>Ever<br><br>Cimetidine<br>Never<br>Ever | Odds Ratio<br>1.00 (Reference)<br>1.41 (0.91-2.15)<br><br><br>1.00 (Reference)<br>1.80 (1.34-2.41)<br><br><br>1.00 (Reference)<br>1.21 (0.84-1.76)<br><br><br>1.00 (Reference)<br>0.97 (0.50-1.88) |
| | UK | Cohort | 2007-2014 | 182 | | 471,851 | Self-reported use at baseline | Ranitidine<br>Never<br>Ever<br><br>PPIs<br>Never<br>Ever<br><br>Any H2RAs<br>Never<br>Ever | Hazard Ratio<br>1.00 (Reference)<br>1.82 (0.87-3.79)<br><br><br>1.00 (Reference)<br>1.99 (1.34-2.94)<br><br><br>1.00 (Reference)<br>1.70 (0.82-3.53) |
| Kantor, 2021 | UK | Cohort | 2006-2015 | 262 | | 459,204 | Self-reported regular use defined as most days of the week for the last 4 weeks | Regular ranitidine use<br>No<br>Yes<br><br>Ranitidine vs Omeprazole<br>Omeprazole use<br>Ranitidine use | Hazard Ratio<br>1.0 (Reference)<br>1.91 (1.09-3.36)<br><br><br>1.0 (Reference)<br>1.15 (0.58-2.26) |
| Adami, 2021 | Denmark | Cohort | 1996-2018 | 1,782 | | 5.8 million | First use of ranitidine, other HSRAs or PPIs | Any use<br>Ranitidine<br>Other H2RAs<br><br>Ranitidine<br>PPIs | Hazard Ratios<br>0.89 (0.72-1.10)<br>1.00 (Reference)<br><br>0.86 (0.71-1.06)<br>1.00 (Reference) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | >=10 prescriptions<br>Ranitidine<br>Other H2RAs<br><br>Ranitidine<br>PPIs | <br>0.79 (0.43-1.44)<br>1.00 (Reference)<br><br>0.61 (0.30-1.06)<br>1.00 (Reference) |
| Yoon, 2021 | Korea | Cohort | 2012-2018 | 400 in ranitidine cohort, 765 in famotidine | | 50, 610, 40,488 ranitidine, 10,122 famotidine | Use from 2009-2011 | Ranitidine vs Famotidine<br>Famotidine use<br>Ranitidine use | Hazard Ratios<br>1.00 (Reference)<br>0.85 (0.69-1.05) |
| Kim, 2021 | US | Cohort | | 880 among ranitidine users, 4,520 among famotidine users, 5,440 among omeprazole users | | 73 million 581,028 ranitidine users, 909,970 famotidine users, 2,179,048 omeprazole users | Prescription for one of the three drugs, must have been taking drug at time of cancer diagnosis. | Ranitidine vs Famotidine<br>Ranitidine<br>Famotidine<br><br>Ranitidine vs Omeprazole<br>Ranitidine<br>Omeprazole | Odds Ratios<br>0.38 (0.34-0.42)<br>1.00 (Reference)<br><br><br>0.97 (0.88-1.07)<br>1.00 (Reference) |
| Mohy-ud-din, 2020 (Abstract) | US | Cohort | 1999-2019 | 11,120 | | 65 million | Prescription for ranitidine or famotidine | Ranitidine vs Famotidine<br>Ranitidine<br>Famotidine | Odds Ratio<br>0.54 (0.53-0.55)<br>1.00 (Reference) |
| McGwin, 2021 | US | FDA Adverse Event Reporting System | 2012-2020 | 30 among ranitidine users, 105 among PPIs and other H2RAs | | Adverse event reports 13,856 for ranitidine, 128,107 for PPIs and other H2RAs | | Ranitidne vs. PPIs and other H2RAs | Proportional Reporting Ratio<br>2.64 (1.76-3.96) |
| NDMA - Occupational Studies | | | | | | | | | |
| Hidajat, 2019 | UK | Occupational cohort | 1967-2014 | 122 | | 36,441 | Exposure assessment based on estimates from EU-EXASRUB database of compounds in rubber factories | Quartiles of NDMA exposure<br>I (lowest)<br>II<br>III<br>IV | <br><br>1.00 (Reference)<br>1.53 (0.93-2.50)<br>1.96 (1.16-3.29)<br>2.86 (1.78-4.59)<br>P-trend 0.03 |
| Vlaanderen, 2013 | Germany | Occupational cohort | 1981-2000 | 33 Men<br>5 Women | | 11,554 Men<br>1,841 Women | Employed in rubber industry | | Standardized Mortality Ratios<br>Men 0.70 (0.48-0.98)<br>Women 0.89 (0.29-2.07) |
| NDMA – Dietary Studies | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Zheng, 2021 | US | Case-control | 2004-2018 | 827 | 1,013 | | Estimated NDMA intake based on food intake from FFQ | Quartiles<br>Plant sources<br>Quartile 1<br>Quartile 2<br>Quartile 3<br>Quartile 4<br>Animal sources<br>Quartile 1<br>Quartile 2<br>Quartile 3<br>Quartile 4 | <br><br>1.00 (Reference)<br>0.87 (0.56-1.37)<br>0.87 (0.56-1.37)<br>1.54 (1.01-2.34)<br><br>1.00 (Reference)<br>1.10 (0.72-1.69)<br>0.84 (0.53-1.33)<br>1.26 (0.83-1.91) |
| Processed Meat | | | | | | | | | |
| Farvid, 2021 | Worldwide | Meta-analysis, 6 prospective cohorts | | | | | | | Relative risk<br>1.17 (0.94-1.45) |
| Ma, 2019 | US | Two cohorts | 1980-2912 | 163 | | 92,389 women<br>50,468 men | Processed red meat intake from FFQ | <br>Tertile 1<br>Tertile 2<br>Tertile 3 | Hazard ratio<br>1.00 (Reference)<br>1.97 (1.26-3.08)<br>1.84 (1.16-2.92)<br>P-trend 0.04 |
| Fedirko, 2013 | Europe | Cohort | 1992-2010 | 191 | | 477,206 | Processed meat intake from FFQ | Quartiles (g/day)<br>Quartile 1 (0-11.4)<br>Quartile 2 (11.4-25.5)<br>Quartile 3 (25.5-44.4)<br>Quartile 4 (>44.4) | Hazard ratio<br>1.00 (Reference)<br>1.11 (0.67-1.84)<br>0.83 (0.48-1.43)<br>0.90 (0.52-1.55)<br>P-trend 0.414 |
| Knuppel, 2020 | UK | Cohort | 2006-2015 | 299 | | 474,996 | Processed meat intake from FFQ | Highest vs. lowest | 1.02 (0.73-1.43) |
| Freedman, 2010 | US | Cohort | 1995-2005 | 338 | | 495,006 | Processed meat intake from FFQ | Highest vs. lowest | 1.17 (0.79-1.72)<br>(from Farvid, 2021) |
| Luu, 2020 | Singapore | Cohort | 1993-2015 | 561 | | 63,257 | Processed meat intake from FFQ | Highest vs. lowest | 1.15 (0.89-1.49)<br>(from Farvid, 2021) |
| Rizk, 2019 | France | Case-control | | 181 | 401 | | Processed meat intake from FFQ | <br>Tertile 1<br>Tertile 2<br>Tertile 3 | Odds ratio<br>1.00 (Reference)<br>1.72 (0.97-3.04)<br>1.97 (1.14-3.41)<br>P-trend 0.028 |
| Rosato, 2019 | Italy | Case-control | 1985-2007 | 684 | 1956 | | Processed meat intake from FFQ | <br>per 10g/day intake<br>per 50g/day intake | Odds ratio<br>1.09 (1.00-1.19)<br>1.64 (0.98-2.76) |
| Phukan, 2018 | India | Case-control | 2014-2016 | 104 | 104 | | Processed meat intake from FFQ | Servings<br>Occasionally<br>1/week<br>2-3/week<br>>=4/week | Odds ratio<br>1.00 (Reference)<br>0.97 (0.41-2.34)<br>2.05 (0.86-4.88)<br>2.56 (1.09-6.03) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kanazir, 2010 | Serbia | Case-control | 2004-2007 | 45 | 90 | | Smoked meats intake from physician-administered questionnaire | Rarely<br>Weekly | Odds ratio<br>1.0 (Reference)<br>2.1 (1.0-4.5) |



CONFIDENTIAL INFORMATION

some users of ranitidine would have been incorrectly misclassified as non-users. Also, the database did not capture non-prescription use of ranitidine, which again could have resulted in the misclassification of some ranitidine users as non-users, although it has been estimated that over-the-counter purchases account for only ~10% of ranitidine sold in the UK.[113]. The likely impact of the misclassification of ranitidine exposure, which could have resulted in some ranitidine users being classified as non-users, is an attenuation of the true odds ratio. No dose-response analyses were performed among the ranitidine users, which was probably a reflection of the relatively small numbers of cases (N=45) that had exposure to ranitidine. Overall, this was a well-designed and conducted study, but did have some limitations including the lack of a dose-response analysis and likely misclassification of ranitidine users due to non-prescription use. Because the strengths of the study outweighed its weaknesses, I weighted this study strongly in my analysis.

In this same report, the authors described a cohort analysis conducted using the UK biobank. In the cohort of 471,851 participants, 182 liver cancer cases were diagnosed during a median follow-up of 5.6 years (maximum 8.6 years). Exposure was based on self-reported use of medications at baseline. The hazard ratio for liver cancer among ranitidine users was 1.82, 95% CI 0.87-3.79, and among PPI users was 1.99, 95% CI 1.34-2.94. Because exposure was based on use at a single point in time, no dose-response analysis was possible.

A major strength of this study was the large size of the cohort and the availability of information on many important confounding variables, including comorbidities such as diabetes, peptic ulcer disease, GERD, cirrhosis and hepatitis. Limitations of the study include its short duration of follow-up, and more importantly, its assessment of exposure to acid-suppressing drugs at only one timepoint, likely resulting in misclassification of individuals who had used the drugs in the past but not at the time of the baseline assessment. To the extent that the non-user group included individuals who had used ranitidine in the past, the likely result is a bias towards the null.

Kantor *et al.*, [109] reported analyses of the same UK Biobank study as Tran, *et al.*, examining multiple cancers and with longer follow-up time (median 6.7 years). Their analysis of liver cancer was based on 262 cases. The hazard ratio for liver cancer for those reporting



CONFIDENTIAL INFORMATION

regular use of ranitidine at baseline was 1.91, 95% CI 1.09-3.36. The hazard ratio comparing ranitidine users to omeprazole users was 1.15, 95% CI 0.58-2.26. As described above, the assessment of exposure at a single point in time likely resulted in some former users of ranitidine being included in the non-user group or the PPI user group, resulting in an attenuation of the true relative risk. Because of the probable misclassification of exposure to ranitidine due to assessing exposure at a single point in time, I gave this study little weight in my analysis.

The remaining studies did not report findings comparing ranitidine users to non-users, but only comparing ranitidine users to users of other acid-suppressing drugs. As detailed in my description of active comparator analyses, studies that compare ranitidine to users of other acid-suppressant drugs can miss a true carcinogenic effect if the comparator drugs also increase risk for liver cancer. The implications for interpreting the studies that used an active comparator analysis for evaluating liver cancer risk will be discussed following the summary of the studies.

The Adami cohort study [35] used data from the Danish National Prescription Registry to identify individuals who were first-time users of ranitidine, users of other H2RAs (cimetidine or famotidine) or users of proton pump inhibitors (PPIs). Individuals in the cohort had a median follow-up time of 14 years, and 1683 hepatocellular carcinoma cases were identified through the Danish cancer registry. Ranitidine use was not associated with increased risk for hepatocellular carcinoma compared to other H2RAs (HR 0.89, 95% CI 0.72-1.10) or PPIs (HR 0.86, 95% CI 0.71-1.05). When the analyses were limited to patients with at least 10 filled prescriptions, the hazard ratio for ranitidine compared to other H2RAs was 0.79, 95% CI 0.43-1.44) and compared to PPIs was 0.61, 95% CI 0.35-1.06).

As described previously, strengths of this study include its use of population-based registries in Denmark to ascertain prescriptions for H2RAs and PPIs and cancer diagnoses and its long follow-up. Limitations of the study were the lack of information on non-prescription use of ranitidine or the other drugs. As reported by the authors, a small proportion of the PPIs (1-3%) and famotidine (2-3%) sold in Denmark was purchased without a prescription whereas a much higher proportion of the ranitidine sold was obtained without a prescription, ranging



CONFIDENTIAL INFORMATION

from 16% in 1999 to 80% in 2010-2017. The misclassification resulting from lack of information on non-prescription use of ranitidine meant that some ranitidine users could have been included in the comparison groups, a very likely scenario given the data that show that H2RA users frequently switch to other acid-suppressant drugs.[30, 31]. Such misclassification would tend to result in a bias towards the null. In addition, it was noted by the authors that approximately half of the ranitidine users had only one prescription. This could be indicative of very limited exposure to ranitidine, or since it has been documented that some individuals never take the medicine they are prescribed, some of the individuals classified as ranitidine users may not have taken the medication at all. If the ranitidine group included people who never actually took the drug, it would diminish the ability to detect cancer risk associated with ranitidine use. While information on some potential confounding factors including comorbidities such as gastrointestinal and liver diseases was available, no information was available on smoking or alcohol use, important risk factors for liver cancer. The effect of not controlling for these confounding variables is not predictable and could have resulted in either an underestimate or overestimate of the risk associated with ranitidine use depending on how the proportions of smokers and drinkers varied between ranitidine users and users of other acid-suppressant drugs. Because of the important limitations in this study, I gave it little weight in my analyses.

Yoon et al [54] conducted a cohort study comparing patients prescribed ranitidine (N=40,488) to patients prescribed famotidine (N=10,122), another H2 receptor antagonist that has not been reported to contain NDMA. Data were obtained from the South Korea Health Insurance Review database. Individuals in the selected cohort had used ranitidine or famotidine for >1 year between 2009-2011, and cancer outcomes were ascertained through 2018. A total of 499 liver cancer cases occurred in the ranitidine group versus 117 in the famotidine group, with a hazard ratio of 0.85 (95% CI 0.69-1.05). No dose-response analyses were performed.

Limitations of this study included its ascertainment of drug use for a limited time frame from 2009-2011. The authors indicated that they excluded individuals who had used these drugs between 2007-2009, however there was no consideration of use prior to 2007 and no



CONFIDENTIAL INFORMATION

consideration of non-prescription use. It is likely the some of the famotidine users had previously used ranitidine. To the extent that there were ranitidine users among the famotidine group, it would tend to bias the findings towards the null. Another important limitation was the relatively short duration of follow-up (7 years), which the authors characterized as “not long enough to assess the onset of cancer.” Other limitations were the relatively small size of the famotidine cohort and the lack of information on possible confounding factors. Because of the substantial limitations, I gave this study little weight in my analyses.

Kim *et al.* [71] reported a cohort analysis using data from the IBM Explorys database, which extracts data from electronic health records, billing inquiries and laboratory systems. Cancer incidence was analyzed between cohorts of patients prescribed ranitidine, famotidine or omeprazole. The investigators examined incidence data for up to 10 years and included only patients who were taking the medication until the initial diagnosis of the cancer. Ranitidine users were at lower risk for liver cancer than famotidine users (OR 0.38, 95% CI 0.34-0.42) or omeprazole users (OR 0.97, 95% CI 0.88-1.07).

A strength of this study was its use of an extremely large database, although it is unclear which geographic locations or health systems were the sources of the data. Limitations include its lack of information on drug use prior to 2009 and non-prescription drug use. If former users of ranitidine were included in the famotidine or omeprazole comparison groups, it would tend to underestimate the true relative risk associated with ranitidine use. The maximum follow-up time of 10 years precluded evaluation of the long-term risk associated with use of the drugs. The restriction of the analysis to individuals who were users of the acid-suppressing drugs at the time of the cancer diagnosis is also a notable limitation as it excludes evaluating the effects among former users of the drugs. A very important limitation is that the study failed to adequately control for confounding variables, with their models controlling for either three cancer risk factors or one cancer risk factor plus age, race and sex. In particular, their analyses did not control for alcohol use, smoking or diabetes, all established risk factors for liver cancer[144] that differed in prevalence between the users of different acid-suppressing drugs. The authors specifically acknowledged that the “ranitidine cohort consistently displayed lower



CONFIDENTIAL INFORMATION

prevalence of common risk factors for gastrointestinal malignancies." Overall, the multiple limitations in this report including misclassification of exposure and failure to account for important confounding factors make it impossible to make a conclusion about the effects of ranitidine on cancer risk based on the data in this study, and I gave this study very little weight.

A second analysis using the IBM Explorys database also reported the risk of liver cancer with ranitidine use compared to famotidine use.[150]. Ranitidine users had a lower risk of liver cancer than famotidine users (OR 0.54, 95% CI 0.53-0.55). This study was reported only in abstract form and many key details of the study were not described, making it impossible to assess its overall strengths and weaknesses, although presumably it shared the weaknesses detailed above for the Kim study.[71]. Accordingly, I gave this study very little weight.

McGwin [133] described an analysis of events reported to the FDA Adverse Events Reporting System, comparing adverse events reported between 2013-2020 with ranitidine therapy to those reported for other H2 antagonists or proton pump inhibitors. Among 13,856 reports of adverse events for ranitidine, 30 reported liver cancer, compared to 105 liver cancers among 128,107 adverse events for other H2 antagonists and PPIs, giving a proportional reporting ratio of 2.64 (95% CI 1.76-3.96, $p<0.0001$).

While the results of this study found a significant association between ranitidine use and liver cancer, the analysis has some limitations. The reporting system is a voluntary system based on spontaneous reports of adverse events, so not all cases of liver cancer among ranitidine users were reported. The denominator of the number of users of ranitidine or the other drugs is unknown, so it is not possible to calculate incidence rates and relative risks. Although the comparison of reported adverse events between different drugs has some utility for identifying a signal of a possible problem with a given medication, the method is of limited utility for assessing etiologic factors for cancer. I gave this study little weight in my evaluation of ranitidine as an etiologic factor for liver cancer but did consider its findings in when evaluating the overall consistency of results.

<u>Active Comparator Analyses in Studies of Liver Cancer</u>



CONFIDENTIAL INFORMATION

Studies by Kantor, *et al.* [109], Adami, *et al.*[35], Yoon, *et al.*[54], Kim, *et al.*[71], and Mohy-ud-din, *et al.*[150] used an active comparator approach that compared ranitidine users to users of other H2RAs or PPIs. The intent of active comparator analysis is to reduce confounding by indication, where there is a concern that the underlying indication for the use of a drug, rather than the drug itself, is a risk factor for the cancer. The rationale for active comparator analysis is that by comparing drugs that are used for similar underlying conditions, any observed increase in risk should be attributable to the drug rather than the underlying condition.[62, 153].

A major assumption when doing active comparator analysis is that the users of the drug of interest – ranitidine – are similar to users of other H2RAs or PPIs in terms of the conditions being treated and their associated risk for cancer. This assumption may not be valid for acid-suppressing drugs and liver cancer. The approved indications for use of H2RAs and PPIs (gastroesophageal reflux, treatment and maintenance therapy for gastric ulcers)[40-42] are not established risk factors for liver cancer,[144] however acid-suppressing drugs, particularly PPIs, are commonly prescribed in patients with cirrhosis, a known risk factor for liver cancer, often without an appropriate indication for use.[196]. In addition, there is a growing body of evidence that suggests that PPI use has adverse effects on the liver including an increased risk of developing cirrhosis among patients with chronic hepatitis C infection,[197] increased risk of fatty liver disease[198] and increased risk of alcoholic liver disease among chronic alcohol abusers.[199]. The risk of liver cancer in relation to PPI use has been evaluated in multiple studies, with most [50, 65, 66, 197, 200, 201] but not all [202] reporting relative risks greater than one. While the evidence that PPI users are at increased risk for liver cancer is more pronounced than for H2RAs, Kim *et al.*[71] reported that famotidine users had a higher prevalence of several liver cancer risk factors including cirrhosis, diabetes, obesity and tobacco use than ranitidine users, indicating that users of other H2RAs may be at elevated risk for liver cancer.

Some of the mechanisms by which acid-suppressant drugs are thought to increase liver cancer risk are similar to what has been proposed for gastric cancer, namely the carcinogenic effects that can result from increased gastric pH.[68, 69]. The increased pH from acid-



CONFIDENTIAL INFORMATION

suppressant use favors the formation of carcinogenic N-nitroso compounds and also leads to increase the production of gastrin, which has a growth-stimulatory effect on liver cells.[203]. The higher pH is also thought to alter the bacteria within the gut, which has been reported to promote the progression of liver disease.[199].

Given the body of evidence that PPIs and other H2RAs either increase risk for liver cancer or liver disease or are used frequently in people with conditions that predispose to liver cancer, a relative risk of 1 in the studies using an active comparator design should not be interpreted that ranitidine does not increase for liver cancer, rather that ranitidine increases risk to a similar degree as PPIs or other H2RAs.

The carcinogenic mechanism by which the drugs are thought to cause cancer also have to be considered when comparing the risk of liver cancer among users of ranitidine and other acid-suppressing drugs. Mechanisms related to the effects of increased gastric pH would apply to both ranitidine and other acid-suppressing drugs, although to a greater extent for PPIs because they cause a greater and more sustained rise in pH than ranitidine.[70]. Because PPIs have also been reported to increase the risk of developing cirrhosis and fatty liver disease,[197, 198] conditions that are risk factors for liver cancer, additional carcinogenic mechanisms may be involved for users of those drugs. The formation of NDMA from ranitidine is a plausible mechanism that could lead to liver cancer but would not apply to other acid-suppressing drugs. Overall, the evidence indicates that there are several plausible pathways by which acid-suppressing drugs could cause liver cancer, some of which apply generally to all the acid-suppressing drugs due to their effects on gastric pH, while other mechanisms are specific to ranitidine or PPIs. The complexities of interpreting the active comparator studies given the multiple mechanisms by which ranitidine and other acid-suppressing drugs could cause liver cancer (as well as the additional complexities introduced by study limitations such as exposure misclassification), make it difficult, if not impossible, to make a determination of the overall risk for liver cancer from use of ranitidine in these studies.

<u>Dietary NDMA and Liver Cancer</u>



CONFIDENTIAL INFORMATION

I considered evidence from studies that evaluated liver cancer risk in relation to NDMA exposure through dietary sources for several reasons: 1) there are a limited number of studies that directly assessed liver cancer risk in relation to ranitidine exposure, 2) many of the studies that evaluated ranitidine exposure and cancer risk had critical limitations, particularly in regard to misclassifying ranitidine users as non-users, which would tend to bias the relative risks toward the null, and 3) the studies had limited information on dose-response relationships. As described in the introduction to this report, the FDA has stated that the levels of NDMA detected in ranitidine products are comparable to exposures through consumption of grilled or smoked meats,[80] therefore these studies provide evidence of the carcinogenic effects of NDMA at levels one would be exposed to through consumption of ranitidine. In addition, the pattern of exposure in dietary studies – frequent or daily intake over a period of many years – is comparable to use of ranitidine on a chronic basis. Therefore, data from dietary studies were considered an important part of the evidence base for assessing the risk of cancer associated with NDMA exposure through ranitidine use.

One case-control study conducted in the US was identified that calculated liver cancer risk for estimated dietary NDMA intake.[204]. The study included 827 cases of hepatocellular cancer diagnosed between 2004 and 2018 and 1,013 controls, with NDMA intake estimated from a food frequency questionnaire. The odds ratio for highest quartile of NDMA intake from plant sources was 1.54, 95% CI 1.01-2.34 and was 1.26, 95% CI 0.83-1.91 for NDMA intake from animal sources. There was not a significant dose-response trend across quartiles of intake for either plant or animal sources of NDMA.

Strengths of this study include the large number of cases and the comprehensive dietary assessment used for the calculation of NDMA intake. As with any dietary study, there is the potential for misclassification of intake due to the inherent difficulties of accurately assessing food intake. Its case-control design is also a limitation in that individuals with cancer may recall their diet differently than controls. Another potential limitation of this study is that the estimated daily intake of NDMA, with mean values across quartiles ranging from 0.28 to 1.20 μ per 1000 Kcal/day (or approximately 0.56 to 2.40 μ/day assuming an average person consumes 2000 kcal/day), was several times higher than what has been reported in many other studies of



CONFIDENTIAL INFORMATION

dietary NDMA (e.g., [102-104]), which raises a concern about the accuracy of the assessment. Because of these limitations, I gave this study little weight.

A larger body of evidence has addressed the risk of liver cancer in relation to processed meat intake, a prominent dietary source of NDMA exposure. As described previously, the evidence from studies of processed meat are considered important because they evaluate a major source of NDMA exposure, but because other components of processed meat can contribute to cancer risk, these studies were given lesser weight. Eleven publications, describing ten separate study populations, were identified that assessed incidence of liver or hepatocellular carcinoma in relation to processed meat intake.[126, 183, 205-213]. As summarized in Table 7, the studies were conducted in diverse geographic locations including the US, Europe and Asia, with the number of cases included in the studies ranging from 45 to 682.

The six cohort studies [126, 206-209] were summarized in a 2021 systematic review and meta-analysis by Farvid, *et al.*[131]. The cohort studies were conducted in the US,[126, 207] Europe,[206, 208] and Asia.[209]. The cohort sizes ranged from ~63,000 [209] to ~500,000 [126, 206, 208], the number of cases in the cohorts ranged from 76 [207] to 561[209] and the duration of follow-up ranged from ~7 years [208] to 32 years.[207]. Within the six cohorts, one reported a relative risk below one (RR 0.77),[206] one reported a relative risk very close to one (RR 1.02),[208] and four reported relative risks greater than one, ranging from 1.15 to 2.36.[126, 207, 209]. The summary relative risk for liver cancer comparing highest to lowest consumption across all studies was 1.17, 95% CI 0.94-1.45.

The cohort studies were well-designed dietary studies, with processed meat assessed through standardized food-frequency questionnaires, information on most of the relevant potential confounders, and good ascertainment of cancer outcomes. The major limitation of all of the cohort studies was the misclassification of processed meat intake that is inherent to any dietary study due to the difficulty in accurately assessing average food intake. Because these were prospective studies and the dietary information was collected when the participants were enrolled in the cohort and before any cancer diagnoses, the misclassification would have been non-differential and likely resulted in an underestimate of the true association between



CONFIDENTIAL INFORMATION

processed meat intake and liver cancer. As a whole, this body of evidence was from studies that were well-designed and conducted, but there was a likely underestimate of the true relative risk due to the non-differential misclassification that is inherent in dietary cohort studies.

Four case-control studies also evaluated processed meat intake and risk of liver cancer.[183, 211-213]. The number of cases ranged from 45 [213] to 684 [183]. Each of these studies reported increased risk of liver cancer with higher intake of processed meats. The largest study[183] reported an OR of 1.64, 95% CI 0.98-2.76 for each 50g/day of processed meat. The other studies each reported an approximate two-fold increase in liver cancer risk comparing the highest to lowest levels of intake, with relative risks ranging from 1.97 [211] to 2.56,[212].

The case-control studies varied in the overall quality of their design and implementation. The study by Kanazir, *et al.* [213] conducted in a Serbian population, had a small sample size (only 45 cases), the dietary questionnaire assessed only smoked meats, and the categories of intake were rarely versus weekly intake. The study by Phukan, *et al.* [212], was a population-based study in India that also had a relatively small number of cases.(N=104). Diet was assessed with a more detailed food frequency questionnaire, however the authors provided little information on potential confounders in their analysis. The case-control study by Rizk, et al[211] was conducted in France comparing patients with cirrhosis and hepatocellular carcinoma (N=181) to patients with cirrhosis who did not have cancer. Diet was assessed with a detailed, standardized food frequency questionnaire and detailed information was available on potential confounding factors. The largest study by Rosato, *et al.*[183] was a hospital-based case-control study in Italy with 684 cases. Controls were patients hospitalized with non-cancer conditions (e.g., trauma, surgery or ear, nose or throat conditions). Diet was assessed with standardized food frequency questionnaires and detailed information was available on potential confounders. Their analyses were based on both categories of intake and continuous measures of processed meat consumption.

As compared to the cohort studies of processed meat and liver cancer, the case-control studies had more limitations in terms of less detailed exposure assessment,[213] and less



CONFIDENTIAL INFORMATION

information on potential confounding variables.[212, 213]. As with any dietary study, there is the potential for misclassification of diet due to random errors in recall, which would apply to both cases and controls. With case-control studies, however, there is also the possibility of differential recall bias, if cases report their diet differently than controls. If cases over-reported intake of processed meats as compared to controls, the relative risk estimates would be an over-estimate of the true relative risk, however the converse would be true if cases under-reported their intake of processed meats. The direction of the bias, if any, is unknown. While there has been demonstration of recall bias in some studies of diet and cancer, [214] others have reported that there is little evidence of recall bias. [118, 119]. Because of these limitations, the case-control studies were considered to have more potential for bias that the cohort studies that assessed processed meat intake and liver cancer risk and were given lesser weight.

Occupational Studies of NDMA Exposure and Liver Cancer

The association between NDMA exposure and liver cancer mortality was reported in one occupational cohort of workers (N=36,441) in the tire industry in the UK [163] with 49 years of follow-up. Exposure to NDMA was based on job titles and estimates from the EU-EX-ASRUB database of measurements of compounds in rubber factories. During the period of follow-up from 1967 to 2015, 122 liver cancer cases were diagnosed. The reported hazard ratios as compared to the lowest quartile of NDMA exposure were 1.53 (95% CI 0.93-2.50) for quartile II, 1.96 (95% CI 1.16-3.29) for quartile III, and 2.86 (95% CI 1.78-4.59) for quartile IV, p-trend 0.03.

Strengths of this study included its long follow-up, which allows for the long latency period between exposure and clinical diagnosis of cancer and for a large number of outcomes (deaths) within the cohort, giving a good estimate of the lifetime risk of cancer in workers with NDMA exposure. There was careful assessment of NDMA exposure levels based on individual job titles and estimated exposures within those work areas. The cancer risk estimates were based on comparisons with other workers in the industry with less exposure to NDMA, which minimizes the confounding that can result if comparing the cancer mortality experience of workers to the mortality experience of the general population.[164].



CONFIDENTIAL INFORMATION

A limitation of this study is that the outcome was cancer mortality rather than incidence, which means that cancers that were successfully treated or individuals with liver cancer who died from other causes were not included in the analysis. However, survival from liver cancer is poor (current 5-year survival rates in US are ~20%), so it is not expected that this would have had an important impact on the findings. In addition, information on important confounders such as smoking history was not available. The authors addressed this possibility in the paper's discussion and concluded that it was highly unlikely that confounding by smoking could have markedly changed the reported results based on their statistical analyses simulating the effects of different prevalence's of smoking on the hazard ratios. Overall, this was a well-designed occupational study with long-term follow-up, good NDMA exposure information and dose-response analyses, but did have the limitation that there was limited information on potential confounding factors. For these reasons, I gave it moderate weight in my evaluation.

An additional occupational study examined cancer mortality within a rubber industry cohort in Germany [165]. Although the authors did not estimate individual NDMA exposure through job titles, the rubber industry is one of the most prominent industrial sources of exposure to NDMA [166]. Within a cohort of 11,632 men and 1863 women followed from 1981-2000, 33 liver or gallbladder cancers were diagnosed among the men and five among the women. The standardized mortality ratio (SMR) comparing the mortality rate for liver or gallbladder cancer in the cohort to mortality rates in the general population was 0.70, 95% CI 0.48-0.98 for men and 0.89, 95% CI 0.29-2.07 for women.

As compared to the other occupational cohort,[163] this study had more substantial limitations. The overall cohort size was relatively small, with a small number of liver and gall bladder cancer cases among the cohort members, especially the women. The grouping of liver and gallbladder cancers is a limitation as the specific risk for liver cancer cannot be determined. While this study focused on a group of workers with documented exposure to NDMA, estimates of individual exposure were not calculated, therefore there was no information on the cancer risk for individuals with higher versus lower levels of NDMA exposure. Because of the substantial limitations of this study, I gave it little weight.



CONFIDENTIAL INFORMATION

Summary of Epidemiologic Data of Ranitidine or NDMA and Liver Cancer

Three analyses, two on the same cohort, assessed liver cancer risk comparing ranitidine users to non-users. Reported relative risks were 1.41, 95% CI 0.91-2.15 in a well-designed, nested case-control study [50] and 1.91, 95% CI 1.09-3.36 in a large cohort study with likely misclassification of ranitidine users.[109]. The probable misclassification of some ranitidine users as non-users in these studies most likely would have resulted in an underestimate of the true relative risk.

Among the studies that compared ranitidine users to users of other acid-suppressing drugs,(i.e., active comparator studies) only one reported a slightly but not statistically significant increased risk compared to omeprazole users,[109] while the others did not find increased risk for liver cancer among ranitidine users.[35, 54, 71]. All of these studies likely had misclassification of ranitidine exposure due to lack of information on OTC use or the limited timeframe of medication assessment. Such misclassification would tend to classify some ranitidine users as non-users, which would result in an underestimate of the true relative risk. In addition, as discussed in detail above, the active comparator studies that reported no increased risk for ranitidine as compared to other acid-suppressing drugs have to be interpreted in light of the evidence that users of other acid suppressing drugs are more likely to have underlying conditions that are risk factors for liver cancer (e.g. cirrhosis) and PPIs have been reported to increase risk for liver cancer. For these reasons, it is difficult, if not impossible, to assess the risk of cancer with ranitidine use from the active comparator analyses.

Dietary studies that evaluated risk for liver cancer associated with NDMA or processed meat intake showed some variability in results, which is not unexpected given the challenges of accurately assessing dietary intake in observational studies. Overall, the majority of the studies reported elevated risk for liver cancer with higher consumption of NDMA or processed meats. A significantly increased risk of liver cancer was observed for individuals in the highest quartile of NDMA intake from plant sources, while a smaller, non-significant increase in risk was observed for NDMA intake from animal sources.[204] Among the studies evaluating processed meat intake, a meta-analysis of six large cohort studies reported a relative risk of 1.17, 95% CI 0.94-1.45,[131] which is likely to be an underestimate of the true relative risk given the non-



CONFIDENTIAL INFORMATION

differential misclassification of diet that is inherent in observational studies of diet and cancer. The case-control studies that evaluated processed meat intake and liver cancer risk reported higher relative risks ranging from 1.64 [183] to 2.56 [212] for the highest level of processed meat consumption. If there was recall bias in which cases over-reported processed meat intake as compared to controls, these could be an overestimate of the true relative risk. The overall data from the dietary studies is supportive that NDMA intake, including through processed meat intake, increases risk for liver cancer.

One large occupational study that estimated NDMA exposure among workers in the tire industry found increasing risk of liver cancer with increasing exposure to NDMA, with a relative risk of 2.86, 95% CI 1.78-4.59 for individuals in the highest quartile of exposure. A much smaller occupational cohort of workers in the tire industry, with more substantial limitations in its study design, did not find increased risk of liver/ gallbladder cancer.

*Bradford Hill Evaluation*

*Strength of the Association*

In articulating his causal association of aspects, Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, but clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely on the ground that the observed association appears to be slight. There are many occasions in medicine when this is in truth so".

As described in the study summaries above, the evidence from studies evaluating liver cancer risk in relation to ranitidine use is limited. Three published analyses (2 of the same study) reported relative risks for liver cancer ranging from 1.41 to 1.91 comparing ranitidine users to non-users.[50, 109].

Among the studies comparing ranitidine to other acid-suppressing drugs, one study found a slightly, but not statistically significant higher risk of liver cancer as compared to omeprazole (RR 1.15),[109] whereas the others did not find that the risk of liver cancer was higher for ranitidine users than for users of other acid-suppressing drugs.[35, 54, 71]. However, as addressed above in the discussion of active comparator analyses, there is compelling



CONFIDENTIAL INFORMATION

evidence that other acid-suppressing drugs, especially PPIs, can increase liver cancer risk through several plausible mechanisms, therefore these studies should not be interpreted as evidence that ranitidine does not increase liver cancer risk. In addition, the probable misclassification of some ranitidine users as non-users due to the incomplete exposure information (i.e., no information on use of non-prescription ranitidine or exposure assessment for a limited timeframe) would likely have resulted in an underestimate of the true relative risk associated with ranitidine use.

The majority of dietary studies that assessed liver cancer in relation to estimated NDMA or processed meat intake reported increased risk with increased intake, although some evidence from these studies was inconsistent. The ORs for the highest quartiles of estimated intake of NDMA were 1.54 and 1.26 for plant and animal sources, respectively, although there were not clear trends of increasing risk with increasing intake.[204]. Among the studies evaluating processed meat intake, a meta-analysis of cohort studies reported a modest increase in risk (RR 1.17) with higher intake of processed meats,[131] whereas four case-control studies reported relative risks ranging from 1.64 to 2.56 for higher levels of consumption.[183, 211-213].

The larger occupational cohort with individualized estimates of NDMA exposure reported relative risk for liver cancer of 2.86 for the highest quartile of intake.[163]. A much smaller cohort of rubber industry workers did not find increased risk for liver/gallbladder cancer however the overall study design was weaker in that it did not have individualized estimates of NDMA exposure and there were many fewer cases (N=38). [165].

Across the different types of studies that assessed either ranitidine use or NDMA exposure from occupational or dietary sources, increased risks were observed in the studies that compared ranitidine users to non-users, in most but not all of the studies that evaluated NDMA exposure through dietary intake, and in the occupational cohort that estimated individual NDMA exposure. The reported relative risks are at least as strong as a those observed for a number of other exposures that are generally accepted as being causally related to different types of cancer, all of which have relative risks estimated from meta-analyses of less than 1.5. These exposures include oral contraceptives and breast cancer, menopausal



CONFIDENTIAL INFORMATION

estrogens and breast cancer, passive smoke exposure and lung cancer, residential radon exposure and lung cancer and tricholorethylene exposure and kidney cancer.[6, 16-18, 142]. Each of these exposure/disease associations has been judged to be a causal association by the IARC.[138-141]. Overall, after considering the strengths and limitations of the individual studies, the data support that exposure to NDMA, including NDMA exposure from ranitidine, that the strength of association is of a magnitude that is compatible with a causal association with liver cancer.

*Consistency*

Consistency refers to whether similar results are observed in studies that are conducted in different study populations, with different study designs and across different times. As noted previously, there were only two studies of ranitidine and liver cancer that compared users to non-users, with reported relative risks of 1.41 and 1.91.[50, 109]. Studies that compared ranitidine users to other acid-suppressing drugs did not find evidence of increased risk, however as described in detail above, there is evidence that indicates that other acid-suppressing drugs increase risk for liver cancer, so the active comparator analyses would likely miss an association between ranitidine use and cancer. In addition, limitations in the design and conduct of the studies including probable misclassification of ranitidine exposure and inadequate follow-up times would reduce the likelihood of detecting an association between ranitidine use and liver cancer.

Dietary studies of NDMA or processed meat intake were also considered relevant to the assessment of the risk of liver cancer with ranitidine intake because, as stated by the FDA, the levels of NDMA that they detected in their analyses of ranitidine products are comparable to the amount of NDMA in grilled or smoked meats. While there was not complete consistency in the dietary studies, which is not unexpected given the challenges of accurately assessing food intake, increased risk was reported in the majority of the studies, with several studies reporting an approximate two-fold increase in risk for the highest level of processed meat consumption.[207, 211, 212]. A large occupational study provided yet more data on the risk of



CONFIDENTIAL INFORMATION

liver cancer with NDMA exposure. A nearly three-fold Increased risk of liver cancer was observed in the large occupational cohort that estimated individual NDMA exposure.[163].

In evaluating the consistency of the findings, there is evidence from studies comparing ranitidine users to non-users as well as dietary and occupational studies indicating an increased risk of liver cancer with exposure to ranitidine or NDMA. The studies comparing ranitidine to other acid-suppressing drugs generally did not find that ranitidine users were at higher risk, however these results need to be interpreted in light of the likely misclassification of ranitidine use, which would tend to bias results to the null, the short follow-up times in some of the cohorts, and the evidence that other acid-suppressing drugs also increase risk for liver cancer. Overall, the preponderance of the evidence across different types of studies is supportive of increased risk for liver cancer with exposure to NDMA through consumption of ranitidine.

*Biological Gradient*

Biological gradient refers to whether the risk for the disease increases with greater exposure to the factor of interest, or in other words, a dose-response relationship. While Hill acknowledges that there are examples of non-linear dose relationships, higher risk with greater exposure is considered to be stronger evidence of causality.

The studies that compared ranitidine users to non-users did not present data for different levels of exposure to ranitidine, thus no conclusion about biological gradient could be drawn from these studies.[50, 109]. One of the studies that compared ranitidine users to users of other acid-suppressing drugs, assessed risk with increasing numbers of prescriptions and did not find increased risk,[35] however the lack of information on drugs obtained without a prescription, which particularly affected the classification of ranitidine users, would probably have affected their estimates of total intake of ranitidine, and likely led to an underestimate of the risk associated with ranitidine use.

The large occupational cohort found a significant trend of increasing risk for liver cancer with increasing NDMA exposure.[163]. As compared to the largest quartile of exposure, the HRs were 1.53, 95% CI 0.93-2.50 for quartile II, 1.96, 95% CI 1.16-3.29 for quartile III and 2.86, 95% CI 1.78-4.59 for quartile IV. Evidence for increased risk with greater dietary intake of



CONFIDENTIAL INFORMATION

NDMA through processed meats (dose-response) was reported in several studies [183, 207, 211, 212], whereas no dose-response trend was apparent in other studies of processed meat [205, 206, 210] and estimated NDMA intake. [204].

The data for evaluating a dose-response relationship in the ranitidine studies is limited, which precludes one from making a conclusion about biological gradient from these studies. There is more evidence of a dose-response relationship with NDMA exposure from dietary and occupational studies, although such trends were not apparent in all studies, which is not surprising given the challenges of accurately assessing dietary variable.

*Biological Plausibility*

Biological plausibility refers to whether there is a reasonable biological mechanism through which the exposure could lead to the disease. Hill is quick to point out that biological plausibility depends on the current state of scientific knowledge. Specifically, Hill wrote "It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day." It is clear that from these statements that the consideration of biological plausibility does not require that that there is a proven biological mechanism to make a judgment of causality between an exposure and disease. For this Hill consideration, a scientist looks for biological evidence that might explain the associations that are observed in the epidemiologic studies. In other words, one has to see whether the observed association "makes sense" biologically.

For ranitidine exposure, the biological plausibility is based on the premise that ranitidine products contain NDMA, a chemical compound that is classified by IARC as "probably carcinogenic" and by the US National Toxicology Program as "reasonably anticipated to be a human carcinogen".[167, 169]. As described previously, ranitidine products were removed from the market because of the discovery that some of the products contain NDMA at levels far exceeding the FDA upper limit of 96 nanograms per day for ingestion of NDMA through medicines.



CONFIDENTIAL INFORMATION

For some pharmaceutical products, the source of the NDMA is thought to be contamination occurring during the manufacturing process. For ranitidine products, a primary source of NDMA is thought to be the drug molecule itself.[84, 172]. The ranitidine molecule has a nitro group and a dimethylamine group, and under some conditions the breakdown of the molecule could lead to NDMA formation. The formation of NDMA from ranitidine will occur at a higher rate if the product experiences high temperature or high humidity conditions during transport or storage.[80, 83]. It is also reasonable to expect (and biologically plausible) that the dimethylamine group could react with nitrite compounds in the gut to form NDMA, although this has not been found in all studies.[81, 173, 190].

Ranitidine was frequently taken on a chronic basis resulting in years of exposure for many users. Given the prolonged exposure for many patients and the presumed latency period for the development of cancer, it is plausible that these patients had sustained exposure to ranitidine/NDMA that could result in the development of cancer decades later.

The basis for the determination of NDMA as a probable carcinogen is that numerous experimental animal studies have shown that NDMA can induce multiple types of cancer in a variety of species.[169]. Tumors have resulted from exposure through oral administration, inhalation, and subcutaneous or intraperitoneal injection.[58]. Currently, NDMA is produced in the US only for use as a research chemical[168] and has been used for inducing tumors in experimental animals.[58, 177]. Tumors of the liver are the most frequently reported tumors in animal carcinogenicity studies[58] therefore it is very plausible that NDMA would cause liver tumors in humans as well.

Because NDMA is used as an experimental carcinogen in animal studies, the mechanisms of its biological effects are well understood. NDMA undergoes metabolism in the liver as well as other sites resulting in a reactive intermediate compound that binds to and forms DNA adducts.[85]. The resulting damage to the DNA can be repaired by the cell's DNA repair mechanisms, however if the repair is not accomplished accurately, it can result in mutations that ultimately lead to the development of cancer.

Beyond the direct carcinogenic effects of the NDMA in ranitidine products, the rise in gastric pH that is the intended therapeutic effect of ranitidine, can also contribute to cancer



CONFIDENTIAL INFORMATION

risk. Increased gastric pH leads to increased formation of carcinogenic N-nitroso compounds, increased production of gastrin and alteration of the bacteria in the gut, all factors that could contribute to the development of liver cancer.[199, 203].

In sum, the biological plausibility of ranitidine causing liver cancer is based on the chemical structure of ranitidine leading to the formation of NDMA, a known animal carcinogen and a probable human carcinogen. The mechanism of NDMA carcinogenesis is well-defined, based on its metabolic transformation in the liver and other sites to compounds that bind to and cause DNA damage that could result in mutations leading to cancer. In addition, the therapeutic effect of ranitidine, a rise in gastric pH, also creates pro-carcinogenic conditions. There is strong biological plausibility that NDMA exposure through ranitidine could cause liver cancer.

*Temporality*

Temporality, defined as the exposure must precede the disease, is the only Bradford Hill viewpoint that is an absolute criterion for causality. In each of the studies, regardless of study design, ranitidine use or NDMA exposure preceded the diagnosis.

For some conditions, reverse causality may be a concern if early symptoms of the disease results in the use of the medication (i.e., people take ranitidine because of gastrointestinal symptoms related to the cancer). The majority of liver cancers are diagnosed at more advanced stages, and early stages of the disease are often asymptomatic.[215, 216]. While symptoms of liver cancer can include some abdominal symptoms such as pain, abdominal swelling and loss of appetite,[216] they are not the typical dyspepsia or reflux symptoms that are the main indications for acid-suppressive therapy. Furthermore, among patients that are ultimately diagnosed with liver cancer, once they present for medical for medical evaluation most patients are diagnosed within 2 to 3 months.[217, 218]. The studies that assessed ranitidine use in relation to liver cancer excluded exposures within one year of diagnosis,[35, 50, 54, 71, 109] a length of time that would almost certainly exceed the time when patients were symptomatic. Therefore, it is highly unlikely that reverse causality is a relevant concern for liver cancer and ranitidine use.



CONFIDENTIAL INFORMATION

As described in the active comparator analysis, there is evidence that acid-suppressing drugs, especially proton pump inhibitors, are commonly used among patients with cirrhosis often without an appropriate indication for use. Because cirrhosis is an established risk factor for liver cancer, there is concern that the increased risk associated with acid-suppressant drug use could be due to the condition being treated. Most of the studies of ranitidine and liver cancer controlled for cirrhosis as well as other underlying conditions that are associated with liver cancer risk in their statistical analysis,[35, 50, 71, 109] which would minimize the likelihood that the underlying conditions were responsible for the observed increased risk.

Based on the usual presentation of liver cancer in which early-stage disease is asymptomatic, the usually short time interval between seeking medical attention and diagnosis of liver cancer and the design of the studies in which acid-suppressant drug use within a year of diagnosis was disregarded, it is highly unlikely that reverse causality could explain the association between ranitidine exposure and liver cancer.

*Experimental*

The epidemiologic data on ranitidine or NDMA exposure and liver cancer risk are from observational studies, therefore there are no human experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available to the exposure/disease associations under study, but in some circumstances, experimental of semi-experimental evidence is available. No such experimental evidence is available for ranitidine or NDMA exposure and liver cancer.

*Specificity*

As described by Hill, if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that “one-to-one relationships are not frequent…multi-causation of disease is generally more likely than single causation.” Liver cancer has multiple causes, with ranitidine/NDMA exposure being one of many possible causes for the disease. In addition, based on animal studies showing that NDMA exposure can cause multiple types of cancer, it is to be expected that NDMA exposure in humans could have



CONFIDENTIAL INFORMATION

carcinogenic effects in multiple organs. It is arguable, however, that given the evidence that liver cancer is one of the most common sites of tumor development in animal carcinogenic studies [58] and the liver is a primary source of metabolism of NDMA to the reactive intermediates that bind to DNA,[85] there is a certain specificity between NDMA exposure and liver cancer. This aspect was not weighted heavily because liver cancer, like most cancers, has multiple causes, and NDMA could cause cancer at multiple sites in the body.

*Coherence*

It is recognized that the biological mechanisms leading to the development of cancer are not completely defined and our knowledge of carcinogenic pathways will continue to evolve as further research continues. Coherence, as described by Hill, means that even if the knowledge of the biology of the disease in not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease. Given the current state of knowledge regarding the chemistry of the ranitidine molecule, the route of exposure and distribution in the body, the expected latency period between exposure and development of cancer, and the postulated carcinogenic mechanisms of NDMA, the data are consistent with the natural history and biology of liver cancer. This aspect was given considerable weight in the assessment of causality as it is important that the overall evidence fit coherently with our current state of knowledge.

*Analogy*

The final viewpoint defined by Hill is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is not often incorporated into causal assessments.

***Conclusion-Liver Cancer***

Epidemiologic evidence relevant to evaluating the risk of cancer associated with ranitidine use consists of studies directly evaluating ranitidine and those evaluating NDMA



CONFIDENTIAL INFORMATION

exposure, the carcinogenic compound identified at higher than acceptable levels in ranitidine products. Two studies that compared ranitidine users to non-users reported increased risk for liver cancer (RR 1.41 and RR 1.99) although findings were statistically significant in only one of the studies.[50, 109]. While these studies had several strengths in their design and implementation, particularly the study by Tran, *et al.*,[50] there was likely some misclassification of ranitidine users that could have resulted in an underestimate of the true relative risk.

Among the studies that compared ranitidine users to users of other acid-suppressing, one reported a modest and non-statistically significant increase in risk for ranitidine users compared to omeprazole users [109] whereas the others did not find increased risk.[35, 54, 71]. As detailed above, limitations in these studies including misclassification of ranitidine exposure and short duration of follow-up would make it less likely that they would detect an association between ranitidine and liver cancer. In addition, because there is evidence that other acid-suppressing drugs, particularly PPIs, increase liver cancer risk, the studies comparing ranitidine to other acid-suppressing drugs should not be interpreted as evidence that ranitidine does not increase cancer risk.

Beyond the ranitidine studies, there was evidence from a large occupational study and the majority of the dietary studies that increased exposure to NDMA can increase risk for liver cancer (dose-response).

The epidemiologic evidence is supported by several lines of evidence demonstrating the strong biological plausibility of ranitidine causing liver cancer. The chemistry of the ranitidine molecule is such that it could form NDMA, particularly if it was stored or transported in high temperature or high humidity conditions.[83, 84, 172]. NDMA is a known carcinogen, used to induce tumors in experimental animals, with liver cancers being one of the most commonly reported tumors in animal carcinogenicity studies.[58]. The liver is the major site of metabolism of NDMA to the reactive intermediates that bind to DNA.[85]. Damage resulting from the NDMA metabolites binding to the DNA molecule could lead to mutations that ultimately result in cancer. The rise in gastric pH caused by ranitidine treatment could also contribute to an



CONFIDENTIAL INFORMATION

increased risk for liver cancer. As a whole, it is highly plausible that exposure to ranitidine/NDMA could result in liver cancer.

The data are also supportive of other Bradford Hill aspects. Significant trends of increasing risk with greater exposure to NDMA were observed in the occupational cohort study as well as several of the dietary studies of processed meat intake, although such trends were not observed in all of the dietary studies. The temporality criterion was also met in that the exposure preceded the disease, and it is highly unlikely that there was “reverse causation”, in which patients took ranitidine to treat early symptoms of liver cancer.

Based on the preponderance of evidence, it is my opinion with a reasonable degree of scientific certainty that NDMA exposure through use of ranitidine products is capable of causing liver cancer.



CONFIDENTIAL INFORMATION

**Esophageal Cancer**

I identified five publications that addressed ranitidine use and cancer of the esophagus. One cohort study compared ranitidine to non-users,[110] two cohort studies compared ranitidine to other acid-suppressant drugs,[35, 71] and one nested case-control study compared acid-suppressant medications in a cohort of patients with Barrett's esophagus.[112]. The fifth study was an analysis of adverse events reported to the FDA associated with acid-suppressing drugs.[133]. Table 8 summarizes the study characteristics and findings from these investigations.

The cohort study by Habel, *et al.* [110] utilized data from the Kaiser Permanente Health System pharmacy database. The investigators ascertained medication use from a pharmacy database at different time points in the 1980s and identified a cohort of 54,276 patients, of whom 4125 had been prescribed cimetidine, 922 ranitidine and 49,229 neither drug. After follow-up through 1995, 6 cancers of the esophagus/stomach were identified among ranitidine users with a RR of 2.42 (95% CI 1.07-5.49) compared to non-users, and 23 cases were diagnosed among cimetidine users with a RR of 1.98. (95% CI 1.27-3.07) compared to non-users.

This study had several important limitations in regard to assessing the risk of esophageal cancer. The grouping of cancers of the esophagus with cancers of the stomach makes it impossible to assess the risk for these individual cancers. Another major limitation of this study was its likely incomplete exposure assessment due to ranitidine use being ascertained in the pharmacy database during a limited period of time. In addition, the cohort of individuals exposed to ranitidine was fairly small (N=922) resulting in a very small number of exposed cases, limiting the inferences that could be made from this study. Because of the substantial limitations of this study, I gave it very little weight.

The remaining studies did not report findings comparing ranitidine users to non-users, but comparing ranitidine users to users of other acid-suppressing drugs. As previously described in my discussion of active comparator analyses, studies that compare ranitidine to users of other acid-suppressing drugs can miss a true carcinogenic effect if the comparator drugs also increase risk for esophageal cancer. The implications for interpreting the studies that used an active comparator will be discussed following the summary of the studies.



CONFIDENTIAL INFORMATION

Table 8 - Esophagus

| Author, Year | Location | Study Type | Years of diagnosis | # Cases | # Controls | Cohort Size | Exposure Definition | Exposure Categories | RR (95% CI) |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Habel, 2000 | US | Cohort | 1982-1995 | 23 esophagus /stomach cancers exposed to cimetidine, 6 exposed to ranitidine | | 54,276 total<br>4125 cimetidine exposed<br>922 ranitidine exposed<br>49,229 unexposed | Prescriptions for cimetidine or ranitidine in pharmacy database | Cimetidine<br>Never use<br>Ever use<br><br>**Ranitidine**<br>Never use<br>Ever use | Relative Risks<br>1.00 (Reference)<br>1.98 (1.27-3.07)<br><br><br>1.00 (Reference)<br>2.42 (1.07-5.49) |
| Adami, 2021 | Denmark | Cohort | 1995-2018 | 276 in ranitidine cohort, 392 in other H2RAs cohort, 2,072 in PPI cohort | | 103,563 ranitidine, 182,497 other H2RAs, 807,725 PPIs | First prescription for acid-suppressing drug | All esophageal<br>**Ranitidine** vs Other H2RB<br>Other H2RBs<br>**Ranitidine**<br><br>**Ranitidine** vs PPIs<br>PPIs<br>**Ranitidine**<br><br>Squamous cell<br>**Ranitidine** vs Other H2RB<br>Other H2RBs<br>**Ranitidine**<br><br>**Ranitidine** vs PPIs<br>PPIs<br>**Ranitidine**<br><br>Adenocarcinoma<br>**Ranitidine** vs Other H2RB<br>Other H2RBs<br>**Ranitidine**<br><br>**Ranitidine** vs PPIs<br>PPIs<br>**Ranitidine** | Hazard Ratios<br><br>1.00 (Reference)<br>1.09 (0.91-1.29)<br><br><br>1.00 (Reference)<br>1.01 (0.90-1.14)<br><br><br><br>1.00 (Reference)<br>1.07 (0.80-1.44)<br><br><br>1.00 (Reference)<br>0.76 (0.60-0.96)<br><br><br><br>1.00 (Reference)<br>1.30 (1.01-1.68)<br><br><br>1.00 (Reference)<br>1.27 (1.04-1.56) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kim, 2020 | US | Cohort | 2009-2018 | 180 in ranitidine cohort,<br>550 in famotidine cohort,<br>1260 in omeprazole cohort | | 73 million,<br>581,028 ranitidine users,<br>909,970 famotidine users,<br>2,179,048 omeprazole users | Prescription for one of the three drugs, must have been taking at times of cancer diagnosis. | **Ranitidine** vs Famotidine<br>**Ranitidine**<br>Famotidine<br><br>**Ranitidine** vs Omeprazole<br>**Ranitidine**<br>Omeprazole | Odds Ratios<br>0.56 (0.45-0.70)<br>1.00 (Reference)<br><br><br>0.80 (0.65-0.97)<br>1.00 (Reference) |
| Tan, 2018 | US | Nested case-control | 2004-2011 | 300 | 798 | | Prescriptions for H2RAs and PPIs from VA database | PPI use<br>No<br>Yes<br><br>H2RA use<br>No<br>Yes<br><br>**Ranitidine**<br>No<br>Yes<br><br>No use<br><=150 DDD<br>>150 DDD | Odds Ratio<br>1.00 (Reference)<br>0.59 (0.35-0.99)<br><br><br>1.00 (Reference)<br>0.70 (0.50-0.99)<br><br><br>1.00 (Reference)<br>0.71 (0.50-1.00)<br><br>1.00 (Reference)<br>3.00 (1.84-4.90)<br>0.17 (0.09-0.33) |
| McGwin, 2021 | US | FDA Adverse Events Reporting System | 2012-2020 | 47 reports among ranitidine users, 122 among users of PPIs and other H2RAs | | Adverse event reports 13,856 for ranitidine, 128,107 for PPIs and other H2RAs | | Ranitidine vs PPIs and other H2RAs<br>PPIs/Other H2RAs<br>**Ranitidine** | Proportional reporting ratio<br>1.00 (Reference)<br>3.56 (2.54-4.98) |
| **NDMA - Occupational** | | | | | | | | | |
| Hidajat, 2019 | UK | Occupational cohort | 1967-2014 | 333 | | 36,441 | Exposure assessment based on estimates from EU-EXASRUB database of compounds in rubber factories | Quartiles of NDMA exposure<br>I (lowest)<br>II<br>III<br>IV | Hazard Ratios<br><br>1.00 (Reference)<br>1.70 (1.24-2.33)<br>2.43 (1.78-3.31)<br>3.04 (2.26-4.09)<br>P-trend 0.26 |
| Vlaanderen, 2013 | Germany | Occupational cohort | 1981-2000 | 40 Men<br>2 Women | | 11,554 Men<br>1,841 Women | Employed in rubber industry | | Standardized Mortality Ratios<br>Men 1.25 (0.89-1.70)<br>Women 2.02 (0.24-7.30) |
| **NDMA - Dietary** | | | | | | | | | |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Loh, 2011 | UK | Cohort | 1993-2008 | 55 | | 23,363 | FFQ completed at baseline, NDMA estimated from FFQ items using EPIC-EURGAST method, HRs presented per SD in NDMA levels | Per SD NDMA<br>Esophageal | Hazard Ratio<br>1.13 (0.77-1.68) |
| Keszei, 2013 | Netherlands | Case-cohort | 1986-2002 | 261 | 4032 | | Dietary questionnaire, NDMA estimated | NDMA Tertiles<br>Esophageal, squamous cell<br>I<br>II<br><br>III<br><br>Continuous<br><br>Esophageal, adenocarcinoma<br>I<br>II<br><br>III<br><br>Continuous | Hazard Ratios<br>Men/Women<br>1.0 (Reference)<br>1.21 (0.54-2.74)/<br>0.92 (0.43-1.97)<br>2.43 (1.13-5.23)/<br>1.21 (0.56-2.62)<br>1.15 (1.05-1.25)/<br>1.34 (1.04-1.71)<br><br><br>1.0<br>0.93 (0.57-1.50)/<br>0.79 (0.32-1.91)<br>0.87 (0.52-1.45)/<br>0.92 (0.40-2.14)<br>0.98 (0.91-1.06)/<br>0.92 (0.55-1.54) |
| Rogers, 1995 | US | Case-control | 1983-1987 | 125 | 458 | | FFQ completed at baseline, NDMA estimated from FFQ items using Natl Acad of Sciences data and surveys of NDMA content in meats & fish | NDMA Tertiles (mcg/day)<br>I (<0.06)<br>II (0.06-0.179)<br>III (>0.179) | Odds Ratios<br>1.00 (Reference<br>1.31 (0.60-2.85)<br>1.86 (0.87-3.95)<br>p-trend 0.063 |
| **Processed Meat** | | | | | | | | | |
| Vingeliene, 2017 | Worldwide | Meta-analysis<br>4 cohort | | | | | | Per 50g/day increase in consumption of processed meat | All esophageal cancer<br>1.44 (1.08-1.92)<br>Adenocarcinoma<br>1.19 (0.85-1.68)<br>1.59 (1.11-2.28) |
| Zhao, 2020 | Worldwide | Meta-analysis<br>18 case-control,<br>3 cohort | | | | | | Highest vs lowest categories of consumption | Case-control studies<br>1.50 (1.22-1.85)<br>Cohort studies<br>1.21 (0.78-1.88) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rosato, 2019 | Italy | Case-control | 1985-2007 | 716 | 3,150 | | Food frequency questionnaire | Tertiles of processed meat consumption<br>I<br>II<br>III<br><br>Per 10 g/day<br>Per 50 g/day | <br><br>1.00 (Reference)<br>1.14 (0.89-1.46)<br>1.51 (1.18-1.91)<br>P-trend 0.001<br>1.13 (1.05-1.21)<br>1.59 (1.06-2.38) |
| DeStefani, 2012 | Uruguay | Case-control | | 234 | 2,532 | | Dietary questionnaire, processed meats, | Tertiles g/day<br>I (≤11.4)<br>II (11.5-28.2)<br>III (28.3+)<br><br><br>I (<11.4)<br>II (11.5-28.2)<br>III (28.3+) | MEN<br>1.0 (Reference)<br>1.25 (0.81-1.94)<br>1.67 (1.08-2.60)<br>p-trend 0.02<br>WOMEN<br>1.0 (Reference)<br>2.05 (0.90-4.68)<br>3.02 (1.40-6.52)<br>p-trend 0.004 |



CONFIDENTIAL INFORMATION

The cohort study by Adami *et al.* [35] used data from the Danish National Prescription Registry to identify individuals who were first-time users of ranitidine, other H2RAs (cimetidine or famotidine) or proton pump inhibitors (PPIs). Individuals in the cohort had a median follow-up time of 14 years, and 2740 esophageal cancer cases were identified through the Danish cancer registry: 276 among ranitidine users, 392 among users of other H2RAs and 2,072 among PPI users. Ranitidine users had a significantly increased risk for esophageal adenocarcinoma compared to other H2RAs (HR 1.30, 95% CI 1.01-1.68) and PPIs (HR 1.27, 95% CI 1.04-1.56), but not for esophageal cancer overall (HR 1.09, 95% CI 0.91-1.29 vs H2RAs and HR 1.01., 95% CI 0.90-1.14 versus PPIs). When the analyses were limited to patients with at least 10 filled prescriptions, the risk for adenocarcinoma was HR 0.97, 95% CI 0.53-1.76 compared to other H2RAs and HR 0.62, 95% CI 0.38-1.00 compared to PPIs. For squamous cell carcinoma, the HRs for ranitidine users were 1.71, 95% CI 0.70-4.15 compared to other H2RA users and 1.06, 95% CI 0.49-2.28 compared PPI users, although the number of exposed cases was quite small.

Strengths of this study include its use of population-based registries in Denmark to ascertain prescriptions for H2RAs and PPIs and cancer diagnoses, and its long follow-up. An important limitation of the study was the lack of information on non-prescription use of ranitidine or the other drugs. The authors noted that nearly all (97-99%) of the PPIs used in Denmark were obtained by prescription, whereas the proportion of ranitidine sold by prescription ranged from 84% in 1999 to 17% in 2017. To the extent that users of PPIs or other H2-blockers had used ranitidine that they had obtained without a prescription, some ranitidine users would have been included in the comparison group, which would tend to attenuate the true association between ranitidine and esophageal cancer risk. In addition, it was noted by the authors that approximately half of the ranitidine users had only one prescription. This could be indicative of very limited exposure to ranitidine, or since it has been documented that some individuals never take the medicine they are prescribed, some of the individuals classified as ranitidine users may not have taken the medication at all. Such misclassification of exposure would probably lead to an underestimate of the true risk associated with ranitidine use. Because of the important limitations in this study, I gave it little weight in my analyses.



CONFIDENTIAL INFORMATION

Kim *et al.* [71] reported a cohort analysis using data from the IBM Explorys database, which extracts data from electronic health records, billing inquiries and laboratory systems. Cancer incidence was analyzed between cohorts of patients prescribed ranitidine, famotidine or omeprazole. The investigators examined incidence data for up to 10 years and included only patients who were taking the medication until the initial diagnosis of the cancer. There were a total of 1990 esophageal cancer cases: 550 among 909,970 famotidine users, 180 among 581,028 ranitidine users and 1,260 among 2,179,048 omeprazole users. Ranitidine users were at lower risk for esophageal cancer than famotidine users (OR 0.56, 95% CI 0.45-0.70) or omeprazole users (OR 0.80, 95% CI 0.65-0.97).

A strength of this study was its use of an extremely large database, although it is unclear which geographic locations or health systems were the sources of the data. Despite the size of the database, the study had substantial limitations. Limitations of the study's exposure assessment included its lack of information on drug use prior to 2009 and its lack of information on non-prescription drug use. To the extent that famotidine or omeprazole users had previously used ranitidine (prior to 2009 or obtained without a prescription), the inclusion of ranitidine users in the comparison group would tend to attenuate any increased risk associated with ranitidine use. Another very important limitation of this study is its inadequate control for confounding variables. The authors state that the data were aggregated and de-identified and they did not have patient-level data. Their multivariable models controlled for either three cancer risk factors (alcohol use, tobacco use, Barrett's esophagus) or one cancer risk factor plus age, sex and race. There were significant differences between ranitidine users and famotidine or omeprazole users in both demographic characteristics and esophageal cancer risk factors. For example, as compared to ranitidine users, omeprazole users were older, more likely to be male, be obese and have Barrett's esophagus and famotidine users were more likely to be male, use tobacco, and be obese. Overall, their limited control of confounding factors makes it impossible to make strong conclusions from their data. In addition, this study's restriction of the analysis to individuals who were users of the acid-suppressing drugs at the time of the cancer diagnosis is a notable limitation as it precludes the evaluation of risk with past use of ranitidine. The maximum follow-up time of 10 years would also preclude identifying the risk



CONFIDENTIAL INFORMATION

associated with long-term use of ranitidine. Because of the many notable limitations of this study, despite its very large sample size, I gave its findings very little weight.

Tan *et al.* [112] reported a nested case-control study conducted among US male veterans with Barrett's esophagus. Barrett's esophagus is a condition of the lower esophagus resulting from injury to the epithelium due to gastroesophageal reflux that leads to dysplastic changes in the epithelium.[154]. Individuals with Barrett's esophagus are at markedly increased risk for progression to esophageal cancer.[155]. In this study, the authors used data from a Veteran's Administration database to compare 300 esophageal cancer cases that developed within their cohort of 29,536 men with Barrett's esophagus to 798 matched controls within the same cohort that did not develop cancer. Risk of developing esophageal cancer among users of a given drug was compared to all non-users of that drug (e.g., use of ranitidine was compared to all non-users of ranitidine, which could have included users of PPIs and other H2RAs). More than 90% of the cohort had used PPIs. The OR for esophageal cancer associated with use of ranitidine was 0.71, 95% CI 0.50-1.00 overall, 3.00 95% CI 1.84-4.90 for users with a defined daily dose of $\leq$150mg, and 0.17, 95% CI 0.09-0.32 for users with a defined daily dose of $\geq$150mg. ORs less than one were reported for any use of PPIs (OR 0.59, 95% CI 0.35-0.99), omeprazole (OR 0.77, 95% CI 0.49-1.22), and H2RAs (OR 0.70, 95% CI 0.50-0.99).

This study of patients with Barrett's esophagus reported reduced risk of progression to esophageal cancer among users of acid suppression medications. Barrett's esophagus is considered a precancerous condition, and these patients have a greater than 10-fold increased risk for developing esophageal cancer as compared to the general population.[155]. This study suggests that acid suppression therapy could reduce the risk of progression to esophageal cancer among patients who already have pre-cancerous cellular changes in the esophagus, however the study was not designed to address the question of whether ranitidine use could initiate cancers.

Beyond the concern about generalizability of these findings, another important limitation of this study is that there were not "clean" comparison groups in their analyses. For each individual drug, the comparison group was non-users of that drug, which could have included both PPI users and H2RA users, thus it was not possible to assess the risk specifically



CONFIDENTIAL INFORMATION

associated with ranitidine use compared to other H2RAs or PPIs. In addition, greater than 90% of the cases and controls had used PPIs, which makes its very difficult to assess the risk associated with ranitidine. Because of the study's important limitations, I gave little weight to this study.

McGwin [133] reported an analysis of events reported to the FDA Adverse Events Reporting System, comparing adverse events reported between 2013-2020 with ranitidine therapy to those reported for other H2 antagonists or proton pump inhibitors. Among 13,856 incidents for ranitidine 47 reported esophageal cancer, compared to 122 esophageal cancers among 128,107 incidents for other H2 antagonists and PPIs, giving a proportional reporting ratio of 3.56 (95% CI 2.54-4.98, $p<0.0001$).

While the results of this study suggest a strong association between ranitidine use and esophageal cancer, the analysis has some limitations. The reporting system is a voluntary system based on spontaneous reports of adverse events, so not all cases of esophageal cancer among ranitidine users would be reported. The denominator of the number of users of ranitidine or the other drugs is unknown, so it is not possible to calculate incidence rates and relative risks. Although the comparison of reported adverse events between different drugs has some utility for identifying a signal of a possible problem with a given medication, the method is of limited utility for assessing etiologic factors for cancer. I gave this study little weight in my evaluation of ranitidine as an etiologic factor for esophageal cancer but did consider its findings when assessing the overall consistency of the results.

In addition to the studies described above that specifically addressed ranitidine, the risk of esophageal cancer in relation to acid-suppressant drug use has been addressed in other publications.[219-222]. The studies varied in design, with some examining risk associated with any use of H2RAs,[219, 220] some examining both H2RAs and PPIs,[221, 222] and one restricting their study to patient's with Barrett's esophagus.[221]. Since none of these studies separated out results for ranitidine use, their findings were considered less relevant to the question at hand and will not be described in detail here.

Active Comparator Studies of Esophageal Cancer



CONFIDENTIAL INFORMATION

The studies reported by Adami, *et al.*,[35] Kim, *et al.*[71] and Tan, *et al.*[112] compared the risk of esophageal cancer among ranitidine users to the risk among users of PPIs or other H2RAs. As described previously, the rationale for doing an active comparator analysis is to account for confounding by indication.[62, 153]. Because acid-suppressing drugs are used to treat conditions like gastroesophageal reflux disease,[42] which is considered a risk factor for esophageal cancer,[223] it is difficult to sort out if any increased risk is due to the underlying condition or the drug being used to treat it. However, a key assumption of doing active comparator analyses is that the drugs being compared are being used for similar indications and conditions with similar severity.[62]. This assumption is not valid for the comparisons of ranitidine to other acid-suppressant drugs. Because PPIs are more effective in reducing gastric acid,[70] they are more frequently used in more serious gastrointestinal conditions.[42]. This is reflected not only in practice guidelines [42] but also is apparent in two of the esophageal cancer studies described above. In the study by Tan, *et al.*[112], more than 90% of the patients with Barrett's esophagus, a very strong risk factor for esophageal cancer, had used PPIs and fewer than 25% had used ranitidine. Kim, *et al.*[71] reported that the ranitidine cohort "consistently displayed lower prevalence of common risk factors for gastrointestinal malignancies", including a two-fold higher prevalence of Barrett's esophagus among omeprazole users and higher prevalence of tobacco use among famotidine users. Because the active comparator studies were comparing ranitidine users to users of other acid-suppressing drugs who appeared to be at higher underlying risk for esophageal cancer, any increased risk of esophageal cancer due to ranitidine use was likely to be masked in these studies.

<u>Dietary Studies of NDMA Exposure and Esophageal Cancer</u>

As described above, the evidence from studies that evaluated risk of esophageal cancer specifically in relation ranitidine use is limited, both in terms of the number and types of studies and the weaknesses of those studies. Therefore, it is highly relevant to consider evidence from other sources of intake of NDMA, the carcinogen found in ranitidine. Dietary studies include both those that estimated dietary intake of NDMA based on food frequency questionnaires and those that evaluated risk associated with processed meat intake, a major dietary source of



CONFIDENTIAL INFORMATION

NDMA. The FDA described the amount of NDMA that they detected in ranitidine products as comparable to the amount found in grilled or smoked meats.[80]. In addition, the pattern of intake - frequent or daily intake over a period of many years – is comparable to the pattern of intake of ranitidine among patients being treated on a chronic basis.

I identified three studies that examined estimated dietary intake of NDMA and esophageal cancer: one cohort study [96], one case-cohort study [97] and one case-control study. [106]. The cohort and case-cohort studies were conducted in Europe, while the case-control study was conducted in the US.

The cohort study reported by Loh, *et al.* [96] involved 23,363 individuals in the UK who were followed for up to 15 years (mean 11.4 years). Intake of NDMA was estimated from food frequency questionnaires using the EPIC-EURGAST study. Fifty-five cases of esophageal cancer were diagnosed in cohort members. The hazard ratio for esophageal cancer for each standard deviation increase in NDMA intake was 1.13 (95% CI 0.77-1.68).

The strengths of this study include the careful assessment of diet and calculation of NDMA intake and its long follow-up. As with any dietary study, there is possible non-differential misclassification of dietary intake due to the difficulties of accurately capturing dietary intake, which would likely result in an underestimate of the true relative risk. It was also noted by the authors that the estimated NDMA intake was low in their study population compared to what has been reported in other studies. Another limitation is the small number of esophageal cancers diagnosed within the cohort. Because of the limitations of this study, I gave it little weight.

The case-cohort study by Keszei *et al.* [97] involved 120,852 individuals in the Netherlands who were followed for 16.3 years. Analysis was based on 261 cases of esophageal cancer and a randomly selected subcohort of 4032. Risk for esophageal squamous cell carcinoma was significantly elevated among men (HR 1.21, 95% CI 0.54-2.74 for tertile 2, and HR 2.43, 95% CI 1.13-5.23 for tertile 3, p-trend 0.01) and HR 1.15, 95% CI 1.05-1.25 for each 0.1 μg/d increment). Risk among women was not significantly elevated in the tertile analysis (HR 0.92, 95% CI 0.43-1.97 for tertile 2, and HR 1.21, 95% CI 1.21, 95% CI 0.56-2.62 for tertile 3) but was significantly elevated in the continuous analysis (HR 1.34, 95% CI 1.04-1.71 for each 0.1



CONFIDENTIAL INFORMATION

μg/d increment.). Risk for esophageal adenocarcinoma was not elevated for either men or women.

Strengths of this study include the large size of the cohort, the long duration of follow-up, the careful and detailed evaluation of NDMA intake from dietary sources and the analysis of esophageal cancer sub-types. As with any dietary study, there is the likelihood of misclassification of intake due to the difficulty in accurately capturing dietary intake, and such non-differential misclassification would likely result in an underestimate of the true relative risk. Considering the overall strengths and limitations of this study, I weighted it moderately in my analyses.

The case-control study reported by Rogers, *et al.*[106] included 125 esophageal cancer cases and 458 controls recruited through random digit dialing. NDMA intake was estimated from a food frequency questionnaire on their dietary habits 10 years prior to the interview. Risk of esophageal intake by tertile of NDMA intake was OR 1.31, 95% CI 0.60-2.84 for tertile 2 and OR 1.86, 95% CI 0.87-3.95, p-trend 0.063.

This study was a well-designed case-control study with careful assessment of diet and estimation of NDMA intake. It shares the limitation of any dietary study in the likely inaccuracy of recall. Its case-control design is another potential limitation if cases recalled dietary information differently than controls, however they asked both cases and controls to report their usual diet from 10 years earlier, which would probably minimize differences in recall between cases and controls. Overall, I gave this study little weight in my analysis.

*Processed Meat*

The risk of esophageal cancer in relation to processed meat intake, a major dietary source of NDMA intake, has been reported in more than 20 studies, [97, 105, 157, 183, 224-239] and summarized in several meta-analyses.[98, 236, 240-242].

A 2017 meta-analysis by Vingeliene, *et al.*[236] summarized the risk of esophageal cancer associated with processed meat consumption as reported in four cohort studies.[97, 157, 234, 235, 243]. This report was an update of the World Cancer Research Fund/American Institute for Cancer Research systematic review on dietary and anthropometric factors and esophageal cancer risk. The cohort studies were conducted in the US,[157] Europe,[97, 235,



CONFIDENTIAL INFORMATION

243] and Japan.[234]. The number of individuals within the cohorts ranged from ~100,000[234] to 500,000[157, 235, 243], the number of esophageal cancer cases ranged from 153[234] to 592[157] and the duration of follow-up ranged from 10[157] to 16[97] years. The summary relative risks for each 50 g/day increase in processed meat intake was 1.44, 95% CI 1.08-1.92 for all esophageal cancer, 1.19, 95% CI 0.85-1.68 for esophageal adenocarcinoma and 1.59, 95% CI 1.11-2.28 for esophageal squamous cell carcinoma.

Overall, the cohort studies conducted in the US and Europe [97, 157, 235, 243] were well-designed studies, with processed meat intake assessed through standardized food-frequency questionnaires, good information on relevant potential confounders, good ascertainment of cancer outcomes and long follow-up. The study that was conducted in Japan[234], was a somewhat weaker study in that it assessed cancer mortality rather than incidence and its food survey inquired about fewer items, which would provide less detailed dietary information. Notably, this study found no association between processed meat intake and esophageal cancer (RR 1.00, 95% CI 0.36-2.76). The major limitation of all of these cohort studies was the likely misclassification of processed meat intake that is an inherent problem of any dietary study due to the difficulty in accurately assessing average food intake. Because these were prospective studies and the dietary information was collected when the participants were enrolled in the cohort and before any cancer diagnoses, the misclassification would have been non-differential and likely resulted in an underestimate of the true association between processed meat intake and liver cancer.[116]. Overall, the evidence from the cohort studies was weighted moderately, based on the overall strong design and implementation of the studies, but also considering the likely underestimate of the true relative risk due to the non-differential misclassification of intake that is inherent in dietary cohort studies.

Similar results were reported for case-control studies as summarized in a 2020 meta-analysis by Zhao, *et al.*[240]. Their analysis was based on data from 18 case-control studies conducted in the US, South America, Europe and Asia. The number of esophageal cancer cases ranged from 46[244] to 1248[245]. The summary relative risks comparing the highest to the lowest level of processed meat consumption were 1.50, 95% CI 1.22-1.85 for all esophageal cancer (based on 18 studies), 1.42, 95% CI 1.03-1.97 for esophageal squamous cell carcinoma



CONFIDENTIAL INFORMATION

(based on 7 studies) and 1.38, 95% CI 0.96-1.97 for esophageal adenocarcinoma (based on 4 studies).

There was greater variability in the case-control studies in terms of the exposure assessment and categorization. Most of the studies based their exposure on all processed meat, but some analyses were based on more restricted categories (e.g., ham or sowbelly). Likewise, there was some variation in the categories of intake, with most reporting on tertiles or quartiles of intake, but a few reporting only on <1 vs. $\geq$1 serving per week. Of the 18 studies, 15 reported relative risks greater than 1.

As compared to the cohort studies, there is the potential for recall bias if cases report their dietary intake differently than controls, as well as the potential for misclassification of dietary intake in both cases and controls due to random errors in recall or reporting. If cases overreported intake of processed meat as compared to controls, the relative risk estimates would be an overestimate of the true relative risk, whereas if cases under-reported intake of processed meat, the relative risk would likely be an underestimate of the true relative risk. Studies that have assessed recall bias in studies of diet and cancer comparing diet information that was reported prospectively versus retrospectively have not consistently demonstrated evidence of recall bias,[117-119] therefore it is impossible to determine if recall bias affected the results of the case-control studies. Given the overall similarity of the findings between the cohort and case-control studies, it is not likely that the findings of increased risk in the case-control studies were due to recall bias.

Two case-control studies published since this systematic review also reported increased risk of esophageal cancer with higher consumption of processed meat.[183, 226]. Rosato, *et al.* reported a RR of 1.51, 95% CI 1.18-1.91 for the highest category of processed meat consumption, while De Stefani, *et al.* reported RRs for the highest category of consumption of 1.67, 95% CI 1.08-2.60 for men and 3.02, 95% CI 1.40-6.52 for women. Overall, because there is more potential for bias in the case-control studies, I gave them lesser weight than the cohort studies.

<u>Occupational Studies of NDMA Exposure and Esophageal Cancer</u>



CONFIDENTIAL INFORMATION

The association between NDMA exposure and esophageal cancer mortality was reported in one occupational cohort of workers (N=36,441) in the tire industry in the UK with 49 years of follow-up. [163]. Exposure to NDMA was based on job titles and estimates from the EU-EX-ASRUB database of measurements of compounds in rubber factories. During the period of follow-up from 1967 to 2015, 333 esophageal cancer cases were diagnosed. The reported hazard ratios as compared to the lowest quartile of NDMA exposure were 1.7 (95% CI 1.24-2.33) for quartile II, 2.43 (95% CI 1.78-3.31) for quartile III, and 3.04 (95% CI 2.26-4.09) for quartile IV, P-trend <0.26.

Strengths of this study included its long follow-up, which allows for the long latency period between exposure and clinical diagnosis of cancer, and the large number of events (deaths) within the cohort, which gives a good estimate of the lifetime risk of cancer in the exposed workers. There was good assessment of NDMA exposure levels based on job titles and estimated exposures within those areas. The cancer risk estimates were based on comparisons between workers with greater and lesser exposure to NDMA, which minimizes the confounding that can result when comparing the cancer mortality experience of the workers to the mortality experience of the general population.[164]. A limitation of this study is that the outcome was cancer mortality rather than incidence, which means that individuals whose cancers were successfully treated or who died from other causes were not included in the analysis. However, survival from esophageal cancer is very poor (current 5-year survival rates in US are ~20%), so it is not expected that this would have had an important impact on the findings. In addition, information on important confounders such as smoking history was not available. The authors addressed this possibility in the paper's discussion and concluded that it was highly unlikely that confounding by smoking could have markedly changed the reported results based on their statistical analyses simulating the effects of different prevalence of smoking on the hazard ratios. Overall, this was a well-designed occupational cohort study with long-term follow-up, good NDMA exposure assessment and dose-response analyses, but did have the limited information on potential confounding factors. For these reasons, I gave it moderate weight in my evaluation of NDMA exposure and esophageal cancer risk.



CONFIDENTIAL INFORMATION

An additional occupational study examined cancer mortality within a rubber industry cohort in Germany [165]. Although the authors did not estimate individual NDMA exposure through job titles, the rubber industry is one of the most prominent industrial sources of exposure to NDMA [166]. Within a cohort of 11,632 men and 1863 women followed from 1981-2000, 40 esophageal cancers were diagnosed among the men (standardized mortality ratio (SMR) 1.25 95% CI 0.89-1.70) and 2 among the women (SMR 2.02, 95% CI 0.24-7.30).

As compared to the other occupational cohort study,[163] this study had more important limitations. The overall cohort size was relatively small, with a small number of esophageal cancer deaths among the cohort members, especially the women. While the study focused on a group of workers with documented exposure to NDMA, estimates of individual exposure were not calculated, therefore there was no comparison of cancer risk between individuals with higher and lower levels of NDMA exposure. Information on potential confounders such as smoking status was not available. Because of the substantial limitations of this study, I gave it little weight.

<u>Summary of Epidemiologic Studies of Ranitidine or NDMA Exposure and Esophageal Cancer</u>

The risk of esophageal or gastric cancer among ranitidine users compared to non-users was reported in one cohort with a small number of cases and reported significantly increased risk for esophageal and gastric cancers combined (RR 2.42).[110]. Studies that compared ranitidine users to users of other acid-suppressing drugs reported mixed results. A large Danish cohort reported increased risk for esophageal adenocarcinoma compared to other H2RAs or PPIs, but not for esophageal cancer overall.[35]. Ranitidine use was associated with lower risk of esophageal cancer compared to famotidine or omeprazole in a large cohort analysis within the US using the IBM Explorys database.[71]. A study among a high-risk cohort of patients with Barrett's esophagus reported a reduced risk of esophageal cancer for users of both H2RAs, including ranitidine, and PPIs.[112]. An evaluation of adverse events reported to the FDA found that the proportional reporting ratio for esophageal cancer of 3.56 comparing ranitidine to other acid-suppressing drugs.[133]. As described above, the studies had important limitations including a small number of cases,[110] probable misclassification due to a lack of information



CONFIDENTIAL INFORMATION

on non-prescription use of ranitidine,[35, 71] lack of generalizability due to use of a high-risk population,[112] and reliance on data from a voluntary adverse events reporting system.[133]. In addition, the studies that used active comparator analyses have to be interpreted in light of the evidence that individuals using the comparator drugs had higher underlying risk for esophageal cancer.

Risk of esophageal cancer associated with exposure to NDMA through dietary sources was evaluated in a large body of evidence. In the two cohorts [96, 97] and one case-control study [106] that evaluated dietary NDMA intake, the number of cases ranged from 55 to 261. Each of the studies reported relative risks greater than one, however results were not statistically significant in the case-control study from the US [106] or the cohort study from the UK.[96]. The case-cohort analysis from the Netherlands reported statistically significant increases in risk for esophageal squamous cell carcinoma for both men and women, but no increase in risk for esophageal adenocarcinoma.[97].

The risk associated with processed meat intake was evaluated in a larger body of literature. Increased risk for esophageal cancer associated with processed meat intake has been reported in both case-control and cohort studies, as summarized in a 2017 meta-analysis of cohort studies [236] and a 2020 systematic review,[246] with stronger associations for squamous cell carcinoma than for adenocarcinoma.

Workers with NDMA exposure due to employment in the rubber industry were at increased risk for esophageal cancer, with a particularly strong association in the cohort that estimated individual NDMA exposure levels, with a 3-fold increased risk for those in the highest exposure category.[163, 165].

## Bradford Hill Evaluation

### *Strength of the Association*

In his articulation of aspects of the causal association, Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, but clearly stated that we should not be “too quick to dismiss a cause-and-effect hypothesis merely on the



CONFIDENTIAL INFORMATION

ground that the observed association appears to be slight. There are many occasions in medicine when this is in truth so".

As described in the summary of the studies, the evidence from studies evaluating esophageal cancer risk in relation to ranitidine use is limited due to important weaknesses of the studies. One small cohort study compared ranitidine users to non-users and reported a relative risk of 2.42 for gastric and esophageal cancers combined based on 6 exposed cases.[110]. Studies that compared ranitidine users to users of other acid-suppressing drugs had mixed results, but also very important limitations in their study design and analysis. The study of adverse events reported to the FDA found that esophageal cancer was 3.56 times more likely to be reported with ranitidine use than with other acid-suppressing drugs.[133]. A more modest increase in risk was reported in a Danish cohort (HR 1.30 compared to other H2RAs and 1.27 compared to PPIs), but the increase in risk was limited to esophageal adenocarcinoma and was not apparent among patients with greater than 10 prescriptions. No increase in esophageal cancer risk with ranitidine use was found in a cohort study using a large US database [71] or in a study within a cohort of high-risk Barrett's esophagus patients.[112]. As noted in the descriptions of the individual studies, important limitations in these studies, particularly exposure misclassification, could have limited their ability to detect an association between ranitidine use and esophageal cancer. In addition, the interpretation of the active comparator studies has to consider that it is likely that users of other acid-suppressant drugs have more serious underlying conditions that affect their risk of esophageal cancer. For this reason, an association between ranitidine use and esophageal cancer could have been obscured in the studies that used the active comparator design.

The overall body of literature addressing NDMA exposure through dietary or occupational exposure showed quite consistent increases in risk. The three dietary studies of NDMA exposure each reported relative risks greater than one,[96, 97, 106] although not all findings were statistically significant, and in one study the increased risks were observed only for the squamous cell carcinoma subtype.[97]. Reported relative risks were 1.13 per 1 standard deviation increase in NDMA intake in the Loh study, 1.86 for the highest tertile of intake in the Rogers study, and 1.15 and 1.34 per 0.1 μg/d intake for men and women, respectively, for



CONFIDENTIAL INFORMATION

squamous cell carcinoma, in the Keszei study. Studies of processed meat intake and esophageal cancer, as summarized in meta-analyses, showed increased risk with increased consumption, with a summary relative risk of 1.44 for each 50 g/day of processed meat intake from the cohort studies,[236] and a summary relative risk of 1.50 comparing highest to lowest categories of processed meat consumption in the case-control studies.[240].

Studies of occupational exposure to NDMA also showed increased risk for esophageal cancer. A three-fold increase in risk for esophageal cancer mortality was reported for the highest level of occupational NDMA exposure in the study that estimated individual exposures,[163] whereas another occupational study that did not estimate individual exposures reported risks of 1.25 for men and 2.02 for women.[165].

The reported relative risks for NDMA exposure are at least as strong as a those observed for a number of other exposures that are generally accepted as being causally related to different types of cancer, all of which have relative risks estimated from meta-analyses of less than 1.5.[6, 16-18, 142]. These associations include oral contraceptives and breast cancer, menopausal estrogens and breast cancer, passive smoke exposure and lung cancer, residential radon exposure and lung cancer and trichloroethylene exposure and kidney cancer. Each of these exposure/disease associations has been judged to be a causal association by the IARC.[138-141]. Therefore, based on the relative risk estimates reported for esophageal cancer in relation to NDMA exposure, the strength of association is of a magnitude that is compatible with a causal association with esophageal cancer.

*Consistency*

Consistency refers to whether similar results are observed in studies that are conducted in different study populations, with different study designs and across different times. Studies that assessed esophageal cancer risk in relation to ranitidine use varied considerably in their design as well as their outcomes. Increased risk was reported in a relatively small cohort that grouped esophageal and gastric cancers [110] as well in an analysis of adverse event reports to the FDA.[133]. There was limited evidence of increased risk of esophageal adenocarcinoma compared to other H2RAs or PPIs, in a large Danish cohort, but increased risk was not observed when analyses were limited to those with greater than 10 prescriptions.[35]. Another large



CONFIDENTIAL INFORMATION

cohort analysis conducted with data from US health systems found no increase in risk as compared to users of other acid-suppressing drugs.[71]. Neither of these cohorts had information on non-prescription use of acid-suppressing drugs, and the resulting misclassification of exposure could have obscured an association between ranitidine and esophageal cancer risk. In addition, these active comparator analyses have to be interpreted in light of the evidence that individuals using the comparator drugs likely had more serious underlying conditions that would place them at higher risk for esophageal cancer. The last study of ranitidine use in relation to esophageal cancer risk was conducted within a cohort of patients with Barrett's esophagus,[112] which is considered a precancerous condition that can lead to cancer of the esophagus. Acid-suppressant drug use, both H2RAs and PPIs, were associated with a reduced progression to esophageal cancer. However, based on the fact that this was a high-risk population in which more than 90% of patients had used PPIs, these findings may not be generalizable to an average risk population.

The larger body of evidence that examined risk of esophageal cancer in relation to NDMA exposure from occupation or diet provided more consistent evidence of increased risk. Occupational exposure to NDMA was associated with increased risk for esophageal cancer in two studies,[163, 165]. although statistically significant in only the study that estimated individual exposures.[163]. While not all measures were statistically significant, each of three studies that reported on estimated dietary intake and NDMA exposure, reported relative risks greater than 1,[96, 97, 106], although increased risk was observed only for squamous cell carcinoma in the Keszei study.[97]. Dietary intake of processed meats, a major dietary source of NDMA, was also associated with increased risk for esophageal cancer risk in a large majority of the studies that examined these exposures, as summarized in systematic reviews and meta-analyses.[236, 240].

Because of the notable limitations and variations in methodology in the studies of ranitidine and esophageal cancer risk, it is difficult to make a judgment about the consistency of findings from these investigations. The much larger body of evidence from occupational and dietary studies provides much more consistent evidence that intake of NDMA can cause esophageal cancer. Increased risk was reported with occupational exposure to NDMA as well



CONFIDENTIAL INFORMATION

as with estimated dietary intake of NDMA or processed meat based on numerous studies published over several decades and conducted in diverse geographic locations. The evidence from these diverse studies presents a quite consistent picture that NDMA exposure can cause esophageal cancer.

*Biological Gradient*

Biological gradient refers to whether there is increased risk of the outcome with increasing exposure, or stated another way, a dose-response relationship. Bradford Hill acknowledges that while a dose-response relationship is strong evidence of causality, it is acknowledged that other non-linear associations between an exposure and disease are possible.

Three of the studies that assessed ranitidine use and esophageal cancer did not perform any analyses related to dose.[71, 110, 133]. The Danish cohort study reported by Adami *et al.* [35] considered dose by number of prescriptions filled. Higher risk was observed for esophageal adenocarcinoma as compared to other HSRA use or PPI use when examining any use versus ten or more prescriptions. As described previously, the probable misclassification of ranitidine exposure due to lack of information on non-prescription use could have obscured an association, including in the analyses that examined higher levels of exposure. The analysis of the high-risk cohort of patients with Barrett's esophagus, reported a reduction in risk of esophageal cancer among both ranitidine users and users of other acid suppressant drugs.[112]. Among H2RA users, longer duration of use ($\geq$6 months) was associated with a smaller reduction in risk that shorter duration of use (<6 months). Because this study was of individuals with Barrett's esophagus, a precancerous condition, its findings are not particularly relevant to assessing if ranitidine can initiate cancer.

The studies of dietary exposures to NDMA reported more relevant information on dose-response relationships. Dose-response analyses were reported in three studies assessing dietary NDMA intake in relation to esophageal cancer risk. Loh, *et al.*[96] in their cohort study with 55 cases reported a modest but not statistically significant increase in risk (RR 1.13) with each standard deviation increase in intake. Keszei, *et al.* [97] reported statistically significant associations with each 0.1 μg/day increase in NDMA intake for both men and women for



CONFIDENTIAL INFORMATION

esophageal squamous cell carcinoma, (RR 1.15 and 1.34, respectively) but observed no association for adenocarcinoma. The case-control study by Rogers *et al.*[106] showed increasing risk in the second and third tertile of NDMA intake (OR 1.31 and 1.86, p-trend 0.063).

Evidence of a dose-response relationship between processed meat intake and esophageal cancer risk was reported in a meta-analysis of cohort studies that reported a RR of 1.44 for each 50 g/day increase in consumption.[236]. Numerous case-control studies of processed meat intake and esophageal cancer have also reported significant trends of increased risk with higher consumption of processed meats.[183, 226, 227, 230, 232].

The occupational cohort of workers in the rubber industry also showed increasing risk of esophageal cancer mortality within quartiles of increasing exposure to NDMA: 1.7 for quartile II, 2.43 for quartile III, and 3.04 for quartile IV, although the trend test was not statistically significant when assessed as a continuous variable.

Dose-response analyses were not done in most of the studies that evaluated cancer risk with ranitidine use. The one study that examined dose effects,[35] did not find increased risk with an increasing number of ranitidine prescriptions as compared to other acid-suppressing drugs, however the failure to capture non-prescription use of ranitidine likely impacted their estimates of ranitidine exposure and reduced their likelihood of detecting an association. Because of the very limited information available from the ranitidine studies, the evaluation of dose-response relied on studies of other sources of NDMA exposure. Dietary studies generally showed increased risk with higher levels of NDMA exposure,[96, 97, 106] although trends were not always statistically significant and in one study, the association was limited to one sub-type of esophageal cancer.[97]. Similarly, increasing risk with greater intake of processed meats, a major source of dietary NDMA, has been reported in both cohort and case-control studies. Evidence of a dose-response with increasing NDMA exposure was also reported in an occupational study of workers in the rubber industry. As a whole, the preponderance of evidence indicates that there would be increased risk of esophageal cancer with increasing exposure to NDMA at levels that have been detected in ranitidine products.

*Biological Plausibility*



CONFIDENTIAL INFORMATION

Biological plausibility refers to whether there is a reasonable biological mechanism that could explain the association between the exposure and the disease. Hill clearly indicated in his description of this viewpoint that biological plausibility relies on the current state of knowledge, in this case on the biological mechanisms that lead to the development of esophageal cancer, and the plausibility of an association between an exposure and outcome can evolve as greater understanding of carcinogenic mechanisms develops.

As described previously, there are multiple plausible pathways by which ranitidine exposure could cause esophageal cancer. Ranitidine products contain or could be converted into NDMA, a chemical compound that is classified by IARC as "probably carcinogenic" and by the US National Toxicology Program as "reasonably anticipated to be a human carcinogen".[167, 169]. The discovery of NDMA at levels exceeding the FDA allowable limit of 96 nanograms per day through ingestion of medications led to the recall of ranitidine and other drug products.

For some drug products in which NDMA has been detected, contamination occurring during the manufacturing process was thought to be the source.[172]. For ranitidine products, a primary source of NDMA is thought to be the drug molecule itself.[84, 170]. The ranitidine molecule has a nitro group and a dimethylamine group, and under some conditions the breakdown of the molecule could lead to NDMA formation. The formation of NDMA from ranitidine will occur at a higher rate if the product experiences high temperature or high humidity conditions during transport or storage.[171, 172]. As reported by the FDA and others, it is possible that the dimethylamine group could react with nitrite compounds in the stomach to form NDMA [81, 152] although this has not been found in all studies.[173].

Ranitidine was first marketed in the US in 1983 under the brand name Zantac and during the late 1980s and early 1990s, it was one of the most prescribed drugs in the US and the world.[27]. Ranitidine is often taken on a chronic basis resulting in years of exposure for many users. Given the prolonged exposure and the presumed latency period for the development of cancer, it is plausible that these patients had sustained exposure to ranitidine/NDMA that could result in the development of cancer decades later.



CONFIDENTIAL INFORMATION

The basis for the determination of NDMA as a probable carcinogen is that numerous experimental animal studies have shown that NDMA can induce multiple types of cancer in a variety of species.[58, 85, 169]. Tumors have resulted from exposure through oral administration, inhalation, and subcutaneous or intraperitoneal injection. Currently, NDMA is produced in the US only for use as a research chemical[168] and has been used for inducing tumor in experimental animals.[58, 177].

The plausibility of ranitidine being a carcinogen is also based on its effect on gastric acidity and alterations in the bacterial contents of the stomach. While the therapeutic purpose of the drug is to reduce acidity (raise the pH) in the stomach to relieve symptoms such as gastroesophageal reflux, the rise in pH could also increase risk for cancer. Gastroesophageal reflux is an established risk factor for Barrett's esophagus and esophageal cancer.[154, 223]. Treatment of gastroesophageal reflux disease with ranitidine or other acid suppressing drugs, can result in a change in the bacterial composition of the stomach.[247, 248]. It has been shown that patients with esophagitis and Barrett's esophagus show alterations in the microbiome as compared to normal esophagus, suggesting that changes in the types of bacteria in the gut could contribute to the development of esophageal cancer.[249]. An additional effect of the higher gastric pH is that it favors the production of N-nitroso compounds from dietary nitrites.

Current knowledge indicates that it is quite plausible that ranitidine could increase esophageal cancer risk. The known carcinogen NDMA in the drug product is a primary pathway that could lead to gastric cancer. In addition, the intended therapeutic effect of ranitidine – the increase in gastric pH – also could plausibly increase risk through effects on bacteria in the gut or increased formation of N-nitroso compounds from dietary nitrites that could contribute to the development of esophageal cancer. There is strong biological plausibility that NDMA exposure through ranitidine intake is capable of causing esophageal cancer.

*Temporality*

Temporality refers to whether the exposure preceded the outcome, and it is the only Bradford Hill viewpoint that is an absolute criterion for causality. All of the studies, whether



CONFIDENTIAL INFORMATION

assessing ranitidine or NDMA exposure, evaluated exposures that occurred before the diagnosis of esophageal cancer, meeting the criterion of temporality.

Studies that specifically addressed ranitidine and other acid suppressant drug use gave particular consideration to the possibility of protopathic bias (also referred to as reverse causation). Protopathic bias occurs when drug use is initiated in response to the early symptoms of a disease. With esophageal cancer, the concern would be that acid suppressant drugs might be prescribed in response to early symptoms of cancer, such as heartburn and indigestion. The American Cancer Society notes that most esophageal cancers do not cause symptoms until they reach an advanced stage, and the most common presenting symptom is difficulty in swallowing.[250]. Nonetheless the consideration of whether symptoms could lead to use of acid-suppressant drugs is important. A consensus conference of international experts in gastroenterology concluded that proton pump inhibitors have not been shown to mask symptoms of early esophageal cancer or meaningfully delay its diagnosis.[48]. While not specifically addressed in the consensus statement, the reasoning would similarly apply to ranitidine use.

To address the possibility of protopathic bias, studies generally excluded individuals whose use of the drug was initiated shortly before diagnosis, most often using a one-year interval.[35, 71]. Given the data cited above that ranitidine would not mask early symptoms of esophageal cancer, exclusion of individuals who initiated acid-suppressant therapy within one-year of diagnosis would appear to be adequate to minimize protopathic bias and provide assurance that the exposure preceded the disease.

*Experimental*

The epidemiologic data on ranitidine or NDMA exposure and esophageal cancer risk are from observational studies, therefore there are no human experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available to the exposure/disease associations under study, but in some circumstances, experimental of semi-experimental evidence is available. For example, if a preventive action is taken to remove the exposure and the incidence of the disease declines, there is strong support for a causal



CONFIDENTIAL INFORMATION

relationship. No such experimental evidence is available for ranitidine or NDMA exposure and ranitidine cancer.

*Specificity*

As described by Hill, if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent…multi-causation of disease is generally more likely than single causation." Esophageal cancer has multiple causes, with ranitidine/NDMA exposure being one of many possible causes for the disease. In addition, based on animal studies showing that NDMA exposure can cause multiple types of cancer,[58] it is to be expected that NDMA exposure in humans could have carcinogenic effects in multiple organs. This aspect was not weighted heavily because esophageal cancer, like most cancers, has multiple causes, and NDMA could cause cancer at multiple sites in the body.

*Coherence*

It is recognized that the biological mechanisms leading to the development of cancer are not completely defined and our knowledge of carcinogenic pathways will continue to evolve as further research continues. Coherence, as described by Hill, means that even if the knowledge of the biology of the disease in not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease. Given the current state of knowledge regarding the chemistry of the ranitidine molecule, the route of exposure and distribution in the body, the effects on gastric pH and the gut microbiome, the expected latency period between exposure and development of cancer, and the postulated carcinogenic mechanisms of NDMA, there is nothing that is inconsistent with the natural history and biology of esophageal cancer.

*Analogy*

The final viewpoint defined by Hill is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with



CONFIDENTIAL INFORMATION

the disease. Because this viewpoint is rather vague, it is not often incorporated into causal assessments.

Summary

The epidemiologic evidence considered in evaluating ranitidine as a causal factor for esophageal cancer consisted of evidence from studies that directly assessed ranitidine exposure and those that evaluated dietary and occupational exposures to NDMA, the carcinogenic compound that has been detected in ranitidine products.

The studies that evaluated cancer risk in relation to ranitidine use had important limitations, including likely misclassification of ranitidine users due to incomplete ascertainment of ranitidine use or lack of information on non-prescription use of the medication,[35, 71], grouping of gastric cancers with esophageal cancers,[110] inadequate control of confounding variables,[71] and the evaluation of patients with the precancerous condition, Barrett's esophagus.[112]. While some evidence of increased risk of esophageal cancer among ranitidine users was reported,[35, 110] the evidence has to be considered in light of the overall limitations in the studies.

Because of the important limitations of the studies that addressed ranitidine and gastric cancer, supporting evidence from studies that examined risk of esophageal cancer in relation to dietary or occupational sources of NDMA was given considerable weight. Given that the levels of NDMA in ranitidine products as reported by the FDA analysis [81] are in line with daily intake levels reported in many of the dietary studies and represent a long-term, frequent or daily exposure similar to what ranitidine users would experience, these studies were considered to be very informative for the question at hand. Evidence of increased risk of esophageal cancer with NDMA exposure was found in studies that estimated total dietary NDMA intake,[96, 97, 106], processed meat [236], and occupational exposures.[163, 165]. These relative risks are of a magnitude that is at least as strong as what has been reported for other exposures that are widely accepted as causal factors for other types of cancers, as described in the introduction to this report.



CONFIDENTIAL INFORMATION

There is strong biological plausibility that ranitidine exposure could cause esophageal cancer. The main rationale is that ranitidine molecule can form the known carcinogen NDMA, especially when exposed to high temperature or humidity conditions.[84]. DNA damage resulting from NDMA metabolites could lead to mutations that ultimately result in cancer. In addition, the increased gastric pH resulting from ranitidine use could increase cancer risk through several mechanisms, including increased production of the growth-promoting hormone gastrin and increased production of N-nitroso compounds, including NDMA, from dietary nitrites as a result of both higher pH and bacterial overgrowth.

The overall data also support other aspects of the Bradford Hill viewpoints. While there was little data on dose-response from the ranitidine studies, evidence of increasing risk of esophageal cancer with increasing exposure to NDMA (dose-response) was apparent in studies of dietary and occupational NDMA exposure.[163, 236]. Temporality was also considered in light of concerns about reverse causality in which ranitidine could have been taken in response to early symptoms of esophageal cancer. Given that most studies excluded use of ranitidine initiated within a year of diagnosis and there is evidence that the time between first symptoms and diagnosis of esophageal cancer is only a few months, reverse causality seems unlikely.

Considering the strengths and limitations of the evidence that addresses ranitidine or NDMA exposure and esophageal cancer risk, the preponderance of evidence indicates with a reasonable degree of scientific certainty that NDMA exposure at the levels found in ranitidine products is capable of causing esophageal cancer.



CONFIDENTIAL INFORMATION

**Gastric/Stomach Cancer**

Epidemiologic Studies of Ranitidine and Gastric Cancer

I identified nine publications that reported on the association between ranitidine use and gastric/stomach cancer.[31, 35, 54-56, 71, 110, 111, 133]. Three of the studies utilized control groups of non-users of the drugs,[55, 110, 111] while the remaining six studies compared ranitidine users to users of other H2RAs or PPIs. Table 9 contains a summary of the study characteristics and findings.

Liu, *et al.* [55] reported on both a nested case-control study and a cohort analysis conducted in in the UK. The nested case-control study was conducted using the Primary Care Clinical Information Unit Research database. Each of the 1119 cases of gastric cancer within the cohort was matched with up to 5 controls (n=5393) within the same database. Exposure was based on prescription data from 1996 through 2011. Information was also available on important confounders such as age, sex, smoking status and comorbid conditions. The OR for gastric cancer associated with ever use of ranitidine was 1.42, 95% CI 1.10-1.85. For any PPI use, the OR was 1.49, 95% CI 1.24-1.80 and for any H2RA use the OR was 1.44, 95% CI 1.16-1.80). Analyses of both H2RAs and PPIs showed that associations were stronger for use closer to the time of diagnosis.

This study strengths include its large sample size and its use of a database to ascertain drug use over a period of up to 18 years. Its limitations include the fact that the electronic database had no prescription data prior to 1996, which could have resulted in misclassification of exposure if some former users of ranitidine were not captured in their database. In addition, the database did not capture non-prescription use of ranitidine, which again could have resulted in the misclassification of some ranitidine users as non-users, although it have been estimated that over-the-counter purchases account for only ~10% of ranitidine sold in the UK,[113] To the extent that ranitidine users were misclassified as non-users, the result would be an underestimate of the true relative risk. Overall, this was a well-designed and conducted study with many strengths and relatively few weaknesses. I weighted this study strongly in my analysis.



CONFIDENTIAL INFORMATION

Table 9: Gastric Cancer

| Author, Year | Location | Study Type | Years of diagnosis | # Cases | # Controls | Cohort Size | Exposure Definition | Exposure Categories | RR (95% CI) |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Liu, 2020 | Scotland | Nested case-control | 1999-2011 | 1,119 | 5,394 | | Rx in prescription database | **Ranitidine**<br>User vs non-user (1 yr lag)<br>User vs non-user (2 yr lag)<br>User vs non-user (3 yr lag)<br><br>H2RA<br>User vs non-user (1 yr lag)<br>User vs non-user (2 yr lag)<br>User vs non-user (3 yr lag)<br><br>PPI<br>User vs non-user (1 yr lag)<br>User vs non-user (2 yr lag)<br>User vs non-user (3 yr lag) | Odds ratios<br>1.42 (1.10-1.85)<br>1.22 (0.89-1.67)<br>1.17 (0.81-1.68)<br><br><br>1.44 (1.16-1.80)<br>1.32 (1.02-1.70)<br>1.16 (0.85-1.57)<br><br><br>1.49 (1.24-1.80)<br>1.13 (0.91-1.40)<br>1.03 (0.80-1.33) |
| | UK | Cohort | 2007-2014 | 250 | 471,779 | | Self-reported use of PPI or H2RA at baseline | PPI user vs non-user<br><br>H2RA user vs non-user | Hazard Ratios<br>1.28 (0.86-1.90)<br><br>0.49 (0.16-1.56) |
| Habel, 2000 | US | Cohort | 1982-1995 | 23 esophagus/ stomach cancers exposed to cimetidine, 6 exposed to ranitidine | | 54,276 total | Prescriptions for cimetidine or ranitidine in pharmacy database | Cimetidine<br>Never use<br>Ever use<br><br>**Ranitidine**<br>Never use<br>Ever use | Relative Risks<br>1.00 (Reference)<br>1.98 (1.27-3.07)<br><br><br>1.00 (Reference)<br>2.42 (1.07-5.49) |
| Kim SM, 2021 | Korea | Cohort | 2009-2013 | 306 Ranitidine/ Nizatidine<br>300 Other H2RAs<br>300 Controls | | 13,629 Ranitidine/ Nizatidine<br>13,629 Other H2RAs<br>13,629 Controls | Prescribed H2RA blockers for >30 days between 2002-2008 | Controls<br>Other H2RAs<br>**Ranitidine/nizatidine** | Hazard ratios<br>1.00 (Reference)<br>0.98 (0.84-1.15)<br>1.01 (0.86-1.18) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Adami, 2021 | Denmark | Cohort | 1995-2018 | 342 among ranitidine cohort, 560 among other H2RB users, 2523 among PPI users | | 103,563 ranitidine users 182,497 other H2RBs 807,725 PPI users | First prescription for acid suppressing drug | **Ranitidine** vs Other H2RB<br>Other H2RBs<br>**Ranitidine**<br><br>**Ranitidine** vs PPIs<br>PPIs<br>**Ranitidine** | Hazard ratios<br>1.00 (Reference)<br>0.98 (0.84-1.14)<br><br><br>1.00 (Reference)<br>1.03 (0.92-1.16) |
| Iwagami, 2020 | Japan | Cohort | 2005-2018 | 288 | | New users of ranitidine/ nizatidine 113,745 New users of other H2RAs 503,982 | Prescriptions for ranitidine or nizatidine or other H2 receptor blockers in pharmacy database | Other H2 receptor blockers<br>**Ranitidine**/nizatidine users | Hazard Ratios<br>1.00 (Reference)<br>1.09 (0.96-1.24) |
| Kim Y, 2021 | US | Cohort | 2009-2018 | 170 among ranitidine users, 670 among famotidine users, 1,160 among omeprazole users | | 73 million 581,028 ranitidine users, 909,970 famotidine users, 2,179,048 omeprazole users | Prescription for one of the three drugs, must have been taking drug at time of cancer diagnosis. | Ranitidine vs Famotidine<br>**Ranitidine**<br>Famotidine<br><br>Ranitidine vs Omeprazole<br>**Ranitidine**<br>Omeprazole | Odds Ratios<br>0.49 (0.40-0.60)<br>1.00 (Reference)<br><br><br>0.93 (0.76-1.13)<br>1.00 (Reference) |
| Yoon, 2021 | Korea | Cohort | 2012-2018 | 450 in ranitidine cohort, 106 in famotidine | | 50, 610, 40,488 ranitidine, 10,122 famotidine | Use from 2009-2011 | **Ranitidine** vs Famotidine<br>Famotidine use<br>**Ranitidine** use | Hazard Ratio<br>1.00 (Reference)<br>1.06 (0.86-1.31) |
| Kumar, 2021 | US | Cohort | | 367 among ranitidine users, 49 among other H2RB users, 1108 among PPI users | | 69157 ranitidine users 6559 other H2RA users 203,789 PPI users | Use of acid-suppressing drugs for at least 30 days | **Ranitidine**<br>Other H2RBs<br>PPIs | Hazard Ratio<br>1.00 (Reference)<br>1.83 (1.36-2.48)<br>0.92 (0.82-1.04) |
| McGwin, 2021 | US | FDA Adverse Events Reporting System | 2012-2020 | 46 reports among ranitidine users, 288 among PPIs and other H2RAs) | | 13,856 adverse reports for ranitidine 128,107 adverse reports for PPIs and | | PPIs/Other H2RAs<br>**Ranitidine** | Proportional reporting ratio<br>1.00 (Reference)<br>1.48 (1.08-2.01) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | other H2RA | | | |
| **NDMA - Occupational** | | | | | | | | | |
| Hidajat, 2019 | UK | Occupational cohort | 1967-2014 | 768 | | 36,441 | Exposure assessment based on estimates from EU-EXASRUB database of compounds in rubber factories | Quartiles of NDMA exposure<br>I (lowest)<br>II<br>III<br>IV | Hazard Ratios<br><br>1.00 (Reference)<br>1.32 (1.10-1.57)<br>1.62 (1.32-1.98)<br>1.72 (1.41-2.10)<br>P-trend 0.01 |
| Vlaanderen, 2013 | Germany | Occupational cohort | 1981-2000 | 113 Men<br>8 Women | | 11,554 Men<br>1,841 Women | Employed in rubber industry | | Standardized Mortality Ratios<br>Men 1.13 (0.93-1.35)<br>Women 1.17 (0.50-2.30) |
| Straif, 2000 | Germany | Occupational cohort | 1981-1991 | 44 | | 8,933 | Based on industrial hygiene job classifications | Nitrosamines<br>Low<br>Medium<br>High | Hazard Ratios<br>1.00 (Reference)<br>0.9 (0.5-1.8)<br>1.2 (0.5-3.2) |
| **NDMA - Dietary** | | | | | | | | | |
| Song, 2015 | | Meta-Analysis 11 studies -7 cohort, 4 case-control | Studies published 1995-2013 | | | | Highest versus lowest category of NDMA | High NDMA-Overall<br>High NDMA-Cohort<br>High NDMA-Case-control | 1.34 (1.02-1.76)<br>1.09 (0.89-1.33)<br>2.05 (1.14-3.67) |
| Loh, 2011 | UK | Cohort | 1993-2008 | 64 Stomach<br>532 GI | | 23,363 | FFQ completed at baseline, NDMA estimated from FFQ items using EPIC-EURGAST method, HRs presented per SD in NDMA levels | Per SD NDMA<br>Stomach | Hazard Ratio<br>1.13 (0.81-1.57) |
| Risch, 1985 | Canada | Case-control | 1979-1982 | 246 | 246 | | FFQ | per 10 µ/day | Odds Ratio<br>0.94 (0.14-6.13) |
| Larsson, 2006 (included in Song meta-analysis) | Sweden | Cohort | 1987-2004 | 156 | | 61,433 | FFQ completed at baseline, and updated in 1997, estimated NDMA | NDMA<br>I (<0.041mcg/d)<br>II (0--52=0.078)<br>III (0.079-0.120)<br>IV (0.121-0.193)<br>V (≥0.194) | <br>1.00 (Reference)<br>1.03 (0.61-1.77)<br>1.66 (1.00-2.75)<br>1.60 (0.93-2.76)<br>1.96 (1.08-3.58)<br>p-trend 0.02 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| La Vecchia, 1995 (included in Song meta-analysis) | Italy | Case-control | 1985-1993 | 746 | 2053 | | Questionnaire on 29 selected foods, estimated NDMA | NDMA<br>I (≤0.130mcg/day)<br>II (0.131-0.190)<br>III (>0.191 mcg/day) | 1.0 (Reference)<br>1.11 (0.9-1.4)<br>1.37 (1.1-1.7)<br>p-trend <0.01 |
| Knekt, 1999 (included in Song meta-analysis) | Finland | Cohort | 1996-1990 | 68 | | 9,985 | Dietary questionnaire, NDMA estimated | NDMA<br>I lowest<br>II<br>III<br>IV highest | 1.0 (Reference)<br>1.03 ((0.55-1.95)<br>0.78 (0.39-1.56)<br>0.75 (0.37-1.51)<br>p-trend 0.39 |
| Jakszyn, 2006 (included in Song meta-analysis) | Europe | Cohort | 1992-1998 recruitment, 6.64 yrs of follow-up | 314 | | 521,457 | Dietary questionnaire, NDMA estimated | NDMA<br>I lowest<br>II<br>III highest | 1.00 (Reference)<br>0.87 (0.64-1.34)<br>0.99 (0.69-1.41) |
| Pobel, 1995 (included in Song meta-analysis) | France | Case-control | 1985-1988 | 92 | 128 | | Dietary questionnaire, NDMA estimated | NDMA tertiles<br>I lowest<br>II<br>III | 1.00 (Reference)<br>4.13 (0.93-18.27)<br>7.00 (1.85-26.46)<br>p-trend=0.04 |
| Keszei, 2013 (included in Song meta-analysis) | Netherlands | Case-cohort | 1986-2002 | | 4032 | | Dietary questionnaire, NDMA estimated | Gastric cardia<br>I<br>II<br><br>III<br><br>Continuous<br><br><br>Gastric non-cardia<br>I<br>II<br><br>III<br><br>Continuous | Men/Women<br>1.0 (Reference)<br>1.00 (0.64-1.56)/<br>0.97 (0.34-2.78)<br>0.94 (0.59-1.49)/<br>1.02 (0.33-3.14)<br>1.01 (0.94-1.08)/<br>0.65 (0.23-1.84)<br><br>1.0<br>1.09 (0.79-1.50)/<br>1.31 (0.95-1.81)<br>1.37 (0.92-2.02)/<br>0.90 (0.58-1.42)<br>1.06 (1.01-1.10)/<br>0.74 (0.51-1.06) |



CONFIDENTIAL INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| De Stefani, 2012 | Uruguay | Case-control | | 274 | 2,532 | | Dietary questionnaire, processed meats, | Tertiles g/day<br>I (≤11.4)<br>II (11.5-28.2)<br>III (28.3+)<br><br><br>I (<11.4)<br>II (11.5-28.2)<br>III (28.3+) | MEN<br>1.0 (Reference)<br>1.60 (1.02-2.49)<br>1.93 (1.25-2.98)<br>p-trend 0.003<br>WOMEN<br>1.0 (Reference)<br>3.07 (1.58-5.98)<br>4.51 (2.34-8.70)<br>p-trend <0.0001 |
| Chyou, 1990 | Hawaii | Case-cohort | 1966-1983 | 111 | 361 | | 24-hr diet recall, processed meats | Mean g/day | Cases 32.7<br>Controls 26.5<br>p-value 0.18 |
| **Processed Meats** | | | | | | | | | |
| Kim, 2019 | Multiple | Meta-analysis 28 studies, 8 cohort, 20 case-control | | 10,645 | | | | High vs low processed meat intake<br>Low intake<br>High intake<br><br>Per 50g/day intake | <br><br>1.00 (Reference)<br>1.57 (1.37-1.81)<br><br>1.72 (1.36-2.18) |
| Zhao, 2017 | Multiple | Meta-analysis, 33 studies, 8 cohort, 25 case-control | | | | | | High vs low processed meat intake<br>Low intake<br>High intake - case-control<br>High intake - cohort | <br><br>1.00 (Reference)<br>1.76 (1.51-2.05)<br>1.23 (0.98-1.55) |
| Ferro, 2020 | Multiple | Pooled analysis, 22 studies | | 11,443 | 28,029 | | | Processed meat intake<br>Tertile 1<br>Tertile 2<br>Tertile 3 | <br>1.00 (Reference)<br>1.09 (0.94-1.26)<br>1.23 (1.06-1.43)<br>P-trend <0.001 |



CONFIDENTIAL INFORMATION

In this same report, the authors described a cohort analysis conducted using the UK biobank. In the cohort of 471,779 participants, 250 gastric cancer cases were diagnosed during a median follow-up of 4.6 years. Exposure was based on self-reported use of medications at baseline. The hazard ratio for gastric cancer among PPI users was 1.28, 95% CI 0.86-1.90, and among H2RA users was 0.49, 95% CI 0.16-1.56 (based on 4 cases who reported H2RA use at baseline). Results were not reported specifically for ranitidine use, therefore this analysis did not provide relevant information for evaluating cancer risk with ranitidine use.

The cohort study by Habel, et al [110] utilized data from the Kaiser Permanente Health System pharmacy database. Medication use was ascertained at different time points in the 1980s and identified a cohort of 54,276 patients, of whom 4125 had been prescribed cimetidine, 922 ranitidine and 49,229 neither drug. After follow-up through 1995, 6 cancers of the esophagus/stomach were identified among ranitidine users with a RR of 2.42 (95% CI 1.07-5.49) compared to non-users, and 23 cases were diagnosed among cimetidine users with a RR of 1.98. (95% CI 1.27-3.07) compared to non-users.

This study had several important limitations in regard to assessing the risk of stomach cancer. The grouping of cancers of the esophagus with cancers of the stomach makes it impossible to assess the risk for these individual cancers. Another major limitation of this study was its likely incomplete exposure assessment due to ranitidine use being ascertained in the pharmacy database during a limited period of time. In addition, the cohort of individuals exposed to ranitidine was fairly small (N=922) resulting in a very small number of exposed cases, limiting the inferences that could be made from this study. Because of its substantial limitations, I gave little weight to this study.

Kim *et al.* [111] reported a cohort analysis using data from the Korea National Health Insurance Service. They evaluated gastric cancer risk in three cohorts of 13,629 individuals – ranitidine/nizatidine users, other H2RA users, and controls – using propensity score matching to control for some confounding variables. During 5 years of follow-up, a similar incidence of gastric cancer was observed in the three cohorts: 300 cases in the control/reference group, 300 among other H2RA users (HR 0.98, 95% CI 0.84-1.15) and 306 among ranitidine/nizatidine users (HR 1.01, 95% CI 0.86-1.18).



CONFIDENTIAL INFORMATION

Strengths of this study include its representative sample of the South Korean population, its use of a pharmacy database to ascertain exposure and the use of propensity score matching to minimize confounding. A very important limitation of this study is its 5-year follow-up time which is inadequate to assess cancer incidence. In addition, the cohort was very young, with more than two-thirds of the subjects younger than age 45, which is much younger than the typical age when gastric cancer is diagnosed, making it unlikely that an effect on gastric cancer would be detected. The grouping of ranitidine and nizatidine users is another limitation, since reported levels of NDMA in nizatidine have been lower than in ranitidine. Finally, there was no measure of duration of exposure other than the requirement that the patients had to have been prescribed the medications for more than 30 days. Because of the substantial limitations of this study, which would tend to reduce the likelihood of detecting an association between ranitidine use and gastric cancer, I gave this study very little weight in my evaluation.

The remaining studies all compared ranitidine users to users of other H2RAs or PPIs. As previously discussed in my description of active comparator analyses, the interpretation of these studies must consider the likelihood that the comparator drugs could also increase risk for gastric cancer. The implications for interpreting the studies that used an active comparator analysis will be discussed following the summary of the studies.

The cohort study by Adami *et al.* [35] used data from the Danish National Prescription Registry to identify individuals who were first-time users of ranitidine, other H2 receptor blockers (H2RAs) or proton pump inhibitors (PPIs). Individuals in the cohort had a median follow-up time of 14 years, and 3,425 gastric carcinoma cases (342 among ranitidine users) were identified through the Danish cancer registry. The hazard ratio for stomach cancer comparing ranitidine users to users of H2RAs was 0.98, 95% CI 0.84-1.14 and to users of PPIs was 1.03, 95% CI 0.92-1.16. When the analyses were limited to patients with at least 10 filled prescriptions, the hazard ratio for ranitidine compared to other H2RAs was 1.13, 95% CI 0.77-1.65 and compared to PPIs was 0.92, 95% CI 0.68-1.23. In further analyses, restricted to subjects that had filled at least 10 prescriptions, the hazard ratio comparing ranitidine users to H2RA users was 1.53, 95% CI 0.79-2.99 and comparing them to PPI users was 1.62, 95% CI 0.99-

2.66 after 10 years of follow-up, whereas no increased risk was observed within 10 years of follow-up.

Strengths of this study include its use of population-based registries in Denmark to ascertain prescriptions for H2RAs and PPIs as well as cancer cases, its relatively long follow-up and its comparison of ranitidine to other acid-suppressing drugs. An important limitation of the study was the lack of information on non-prescription use of ranitidine or the other drugs. As reported by the authors, nearly all PPIs (97-99%) and famotidine (96-98%) sold in Denmark during the study period was by prescription. In contrast, the proportion of ranitidine sold by prescription ranged from 84% in 1999 to 17% in 2017. The authors' reliance only on prescription-only use of these drugs failed to capture a substantial proportion of the ranitidine use in the population, and likely resulted in an underestimate of the risk associated with its use. In addition, it was noted by the authors that approximately half of the ranitidine users had only one prescription. This could be indicative of very limited exposure to ranitidine, or since it has been documented that some individuals never take the medicine they are prescribed, some of the individuals classified as ranitidine users may not have taken the medication at all. In addition, the lack of information on potential confounding factors, such as smoking and alcohol use could have impacted the findings from the study. Because of the important limitations of this study, most importantly the likely misclassification of ranitidine users, I gave it little weight in my analysis.

Iwagami, *et al.* [56] published an analysis of the Japan Medical Data Center claims database, comparing the risk of cancer among users of ranitidine or nizatidine to users of other H2 blockers. They identified individuals with new prescriptions for H2 blockers between 2005 and 2018, and then followed them up through August 2018. The reported median follow-up time was 2.4 years for ranitidine/nizatidine users and 2.3 years among other H2 blockers. Among 113,745 users of ranitidine or nizatidine, 288 gastric cancer cases were diagnosed compared to 1085 cases among 503,982 of other H2 blockers, with a HR of 1.09 (95% CI 0.96-1.24).

There are key elements of the design and conduct of this study that limit the conclusions that can be drawn from its data. Most importantly, the median follow-up time of



CONFIDENTIAL INFORMATION

2.3 to 2.4 years is completely inadequate to assess the risk of cancer associated with exposure to these drugs. Cancer can have a latency period of decades between exposure to a carcinogenic agent and diagnosis of clinical cancer, therefore it is not reasonable to make a conclusion about the carcinogenicity of ranitidine after such a limited follow-up period. The cohort was very young (median age ~41 years), which also would decrease the likelihood of identifying increased risk of gastric cancer with ranitidine use because gastric cancer is usually diagnosed among older adults. Another substantial limitation of this study in assessing the risk of cancer associated with ranitidine use is that the investigators grouped ranitidine and nizatidine users together as the “exposed” group. Although NDMA has been detected in some tested nizatidine samples [80], the levels have been much lower on average that in ranitidine samples. The likely effect of grouping nizatidine users with ranitidine users is an attenuation of the effect of ranitidine on cancer risk. The exposure assessment is also limited in that use of ranitidine before 2005 and non-prescription use was not captured. It is likely that some users of other H2 blockers had previously used ranitidine, resulting in some ranitidine users being among the comparison group of users of other H2 blockers. Such misclassification of exposure would probably also have resulted in an attenuation of the effect of ranitidine on gastric cancer risk. Because of the numerous substantial limitations of this study, I gave it very little weight in my evaluation.

Kim *et al.* [71] reported a cohort analysis using data from the IBM Explorys database, which extracts data from electronic health records, billing inquiries and laboratory systems. Cancer incidence was analyzed between cohorts of patients prescribed ranitidine, famotidine or omeprazole. The investigators examined incidence data for up to 10 years and included only patients who were taking the medication until the initial diagnosis of the cancer. Ranitidine users were at lower risk for gastric cancer than famotidine users (OR 0.43, 95% CI 0.36-0.51) or omeprazole users (OR 0.58, 95% CI 0.49-0.68).

A strength of this study was its use of an extremely large database, although it is unclear which geographic locations or health systems were the sources of the data. Limitations include its lack of information on drug use prior to 2009 and its lack of information on non-prescription drug use. To the extent that famotidine or omeprazole users had previously used ranitidine



CONFIDENTIAL INFORMATION

(prior to 2009 or obtained without a prescription), the inclusion of ranitidine users in the comparison group would tend to attenuate any increased risk of cancer associated with ranitidine use. Another very important limitation of this study is its inadequate control for confounding variables. Their multivariable models controlled for either three cancer risk factors (atrophic gastritis, tobacco use, obesity) or one cancer risk factor plus age, sex and race. The authors acknowledged that “the ranitidine cohort consistently displayed lower prevalence of common risk factors for gastrointestinal malignancies,” therefore their failure to control for important confounding variables is a very substantial limitation. Overall, their limited control of confounding factors makes it impossible to make strong conclusions from their data. In addition, this study’s restriction of the analysis to individuals who were users of the acid-suppressing drugs at the time of the cancer diagnosis is a notable limitation as it precludes the evaluation of risk with past use of ranitidine. The maximum follow-up time of 10 years would also preclude identifying the risk associated with long-term use of ranitidine. Because of the many notable limitations of this study, despite its very large sample size, I gave its findings very little weight.

Yoon et al [54] conducted a cohort study comparing patients prescribed ranitidine (N=40,488) to patients prescribed famotidine (N=10,122). Data were from the South Korea Health Insurance Review database. Individuals in the selected cohort had used ranitidine or famotidine for >1 year between 2009 -2011, and cancer outcomes were ascertained through 2018. A total of 450 stomach cancer cases occurred in the ranitidine group versus 106 in the famotidine group, with a hazard ratio of 1.06 (95% CI 0.86-1.31).

Some of the strengths of the study included the documentation of exposure from a nationwide database and the selection of cohort members that had at least one year of exposure to the drugs. A limitation of the study is the lack of information on use of acid-suppressing drugs prior to 2007 and lack of information on non-prescription use, which could have resulted in misclassification if the famotidine group included previous or non-prescription users of ranitidine. To the extent that there were ranitidine users among the famotidine users, it would reduce the likelihood of detecting increased cancer risk among ranitidine users. Another limitation of the study was the relatively short duration of follow-up (7 years), which



CONFIDENTIAL INFORMATION

the authors characterized as "not long enough to assess the onset of cancer." Also, there was no comparison between ranitidine users and non-users. In total, the limitations of the study, including potential misclassification of ranitidine users and short duration of follow-up would tend to reduce the likelihood of detecting increased risk of cancer with ranitidine use. For these reasons, I gave little weight to the results of this study.

Kumar et al [31] conducted a cohort study within the VA Health Administration among patients with a diagnosis of *Helicobacter pylori* infection, a causal factor in the development of peptic ulcers and gastric cancer. They compared risk of gastric cancer among cohort members who had been prescribed at least 30 days of an acid-suppressant medication, categorized as users of ranitidine (n=69,157), other H2RAs (n=6559) or PPIs (n=203,789). During a median follow-up of 4.4 years, 367 gastric cancer cases were diagnosed among the ranitidine group, 49 among the other H2RA group and 1106 among the PPI group. As compared to ranitidine users (reference group), the hazard ratio for gastric cancer was 1.83, 95% CI 1.36-2.48 for users of other H2RAs and 0.92, 95% CI 0.82-1.04 for users of PPIs. It is noted that the cohort of other H2RAs was less than one-tenth the size of the ranitidine cohort and about 1/30 the size of the PPI cohort. In addition, over 80% of the patients in the other H2RA cohort were censored when they switched to another drug, resulting in a very small cohort of users for assessing cancer risk.

Strengths of this study include a large cohort size (with the exception of the users of other H2RAs) and large number of cases, reflecting that it was a high-risk population focused on individuals with *H. pylori* infection. There were substantial limitations as well. An important limitation of the study is that the median follow-up was short (4.4 years), thus the study provides no information about the long-term risk associated with use of these drugs. There was a substantial amount of switching between classes of acid-suppressant drugs (~70% of the ranitidine users switched to PPIs and >80% of the other H2RA users switched to ranitidine or PPIs), and the authors truncated follow-up once the patients switched to another drug. Therefore, there was limited information on the long-term risk of cancer for ranitidine users who switched to another drug. In addition, the investigators had no information on use of non-prescription acid-suppressing drugs, which likely resulted in misclassification of exposure. The



CONFIDENTIAL INFORMATION

study also did not provide information on the risk associated with ranitidine use compared to non-users. Given the substantial limitations of this study, it was given little weight.

McGwin [133] reported an analysis of events reported to the FDA Adverse Events Reporting System, comparing adverse events reported between 2013-2020 with ranitidine therapy to those reported for other H2 antagonists or proton pump inhibitors. Among 13,856 incidents for ranitidine 46 reported stomach cancer, compared to 288 stomach cancers among 128,107 incidents for other H2 antagonists and PPIs, giving a proportional reporting ratio of 1.48 (95% CI 1.08-2.01, p=0.02).

While the results of this study found a significant association between ranitidine use and stomach cancer, the analysis has some limitations. The reporting system is a voluntary system based on spontaneous reports of adverse events, so not all cases of stomach cancer among users of acid-suppressing drugs would be reported. The denominator of the number of users of ranitidine or the other drugs is unknown, so it is not possible to calculate incidence rates and relative risks. Although the comparison of reported adverse events between different drugs has some utility for identifying a signal of a possible problem with a given medication, the method is of limited utility for assessing etiologic factors for cancer. I gave this study little weight in my evaluation of ranitidine as an etiologic factor for liver cancer but did consider its findings when evaluating the overall consistency of results.

In addition to the studies described above that specifically addressed ranitidine, the risk of gastric cancer in relation to acid-suppressant drug use has been addressed in multiple other publications.[63, 64, 108, 220, 222, 251-262]. The studies varied in design, with some comparing H2RA or PPIs users to non-users and some grouping all users of acid suppressing drugs together. Because none of these studies separated out results for ranitidine use, their findings were considered less relevant to the question at hand and will not be described in detail here.

<u>Active Comparator Analyses in Studies of Gastric Cancer</u>

Some of the studies that examined gastric cancer risk in relation to ranitidine use calculated the risk relative to non-users of ranitidine,[55, 110, 111] whereas others calculated



CONFIDENTIAL INFORMATION

the risk relative to users of other acid-suppressing drugs.[31, 35, 54, 56, 71]. The intention of comparing ranitidine to other drugs used for similar indications (active comparator analysis) is to reduce confounding, specifically confounding by indication.[62, 153]. If one is comparing ranitidine users to non-users in relation to gastric cancer risk, there is the concern that that the underlying indications for use of ranitidine (peptic ulcer, gastroesophageal reflux, etc.) are risk factors for the cancer outcomes. If increased risk of cancer is observed, it might reflect that the underlying condition rather than the drug treating the condition is responsible for the increased risk. Taking the alternative approach of comparing ranitidine users to users of other acid-suppressing drugs compares individuals with similar underlying conditions and, in theory, should minimize confounding by indication.

The main assumption when conducting active comparator analyses is that users of ranitidine are similar to users of other H2RAs or PPIs in terms of the conditions being treated and their associated risk for cancer. However, that assumption may not be completely valid. PPIs have been shown to be more effective in suppressing acid than H2RAs, resulting in a higher pH (less acidity) in the stomach.[70]. Because of their greater effectiveness, patients treated with PPIs are likely to have a more serious underlying condition or more severe symptoms. Thus, patients treated with PPIs may have greater risk for cancer due to the underlying condition being treated than the patients receiving H2RAs. Empirical evidence from the study by Kim, *et al.*[71] demonstrated that ranitidine users had lower prevalence of common risk factors for gastrointestinal malignancies, indicating that both omeprazole and famotidine users were at greater risk for cancer due to the underlying conditions.

Another consideration is that because of PPIs' greater effectiveness in raising the pH of the stomach, they may increase risk for gastric cancer to a greater degree than ranitidine and other H2RAs due to carcinogenic pathways related to acid suppression. Several of the mechanisms by which acid-suppressing drugs are hypothesized to increase risk for gastric and esophageal cancer are related to their effects on gastric pH.[68, 69]. One mechanism involves the stimulation of gastrin secretion. Higher pH in the stomach results in increased production of gastrin, a peptide hormone that promotes cellular growth. Higher gastric pH also favors the production of N-nitroso compounds from dietary nitrites, which also increases risk for gastric



CONFIDENTIAL INFORMATION

cancer. A third effect of higher pH is bacterial overgrowth, which can also increase nitrite concentration in the stomach, and subsequent N-nitrosation to compounds that have been shown to be carcinogenic. Based on these three proposed mechanisms, it would be expected that PPIs, which cause a greater rise in gastric pH than H2RAs, would place patients at higher risk for gastric cancer.

An increased risk of gastric cancer after treatment with PPIs has been reported in numerous studies, which have been summarized in meta-analysis by Tran-Duy, *et al.* [263] and Jiang, *et al.* [64]. Tran-Duy *et al.* reported a summary relative risk for gastric cancer of 1.43, 95% CI 1.23-1.66, whereas Jiang, *et al.* reported a relative risk of 2.5, 95% CI 1.74-3.58 for "long-term use." This must be kept in mind when interpreting results from active comparator studies. If a study comparing ranitidine to other acid-suppressing drugs reports a relative risk for gastric cancer of approximately 1.0, it is *not* indicative of no increased risk for cancer with use of these drugs. Rather, it indicates that the risk for cancer was similar for the drug and its active comparator. Given the body of literature indicating increased risk for gastric cancer associated with PPI use, a relative risk of 1.0 in a study comparing ranitidine to PPIs is indicative that ranitidine increases risk to a similar degree as PPIs.

It is also important to bear in mind that the drugs may increase risk for gastric cancer by different mechanisms. The mechanisms described above related to effects of increased stomach pH (increased gastrin secretion, increased bacterial growth, increased production of N-nitroso compounds) would apply to both PPIs and H2RAs, although to a greater extent for PPIs because they have a stronger effect in raising gastric pH.[70]. Exposure to the carcinogen NDMA specifically through ingestion of ranitidine could further contribute to cancer risk. Thus, the interpretation of studies that used an active comparator design must consider possible differences in the underlying severity of the conditions being treated as well as the mechanisms by which the different drugs could lead to cancer development.

Some of the studies that compared ranitidine to other acid-suppressing drugs used the "new user" methodologic approach, which includes only individuals that have starting using the drugs being compared during the study period.[56]. While there are some statistical advantages of using this design,[264] there is also a potential disadvantage in studies

comparing acid suppressing drugs. It is well-documented that individuals who take acid suppressing drugs frequently take them on a chronic basis, often for many years.[30, 108]. It is also documented that it is not uncommon for patients to switch from one acid-suppressing drug to another over time.[30, 31]. Most often, users switch from a H2RA such as ranitidine to a PPI, because of their perceived greater effectiveness, however was not uncommon for users of ranitidine to be switched to a newer H2RA. This is reflected in prescribing data, which show that after the introduction of newer H2RAs and PPIs, there was a marked dropped in the number of prescriptions for ranitidine.[27, 30]. If a study using a new user design does not consider prior use of acid suppressing drugs, it is possible that new users of other acid-suppressing drugs (particularly PPIs) had previously used ranitidine. While the converse is also possible, it is much less likely. If studies using the "new user" approach did not specify that the patients had to be first time users of *any* acid suppressing drug, it is possible that individuals classified as new users of PPIs or other H2RAs were former users of ranitidine, which makes the comparison with ranitidine users much less clear.

The complexities of interpreting the active comparator studies given the multiple mechanisms by which ranitidine and other acid-suppressing drugs could cause gastric cancer (as well as the additional complexities introduced by study limitations such as exposure misclassification, inadequate control for confounding variables, and inadequate follow-up time) make it difficult if not impossible to make a determination of the overall risk for gastric cancer from use of ranitidine in these studies.

Dietary Studies of NDMA Exposure and Gastric Cancer

As described previously, studies that estimated risk of gastric cancer in relation to dietary sources of NDMA exposure are considered relevant to the question at hand because the levels of NDMA detected in ranitidine products in FDA analyses are comparable to levels of NDMA that have been evaluated in dietary studies (as detailed in the introduction to this report). In addition, dietary intake represents a pattern of exposure to NDMA – frequent or daily ingestion over a period of many years – that is comparable to the exposure experienced by many ranitidine users. There is a large body of evidence that has evaluated gastric cancer



CONFIDENTIAL INFORMATION

risk in relation to estimated dietary intake of NDMA or processed meat intake, which is a major dietary source of NDMA.

The risk of gastric cancer in relation to dietary intake of NDMA has been reported in ten studies.[93, 95-102, 265]. Eight of these studies [95, 97-99, 101, 102, 265, 266] were summarized in a 2015 meta-analysis by Song *et al.* [267]. The meta-analysis analyzed data from 4 cohort studies[97, 98, 102, 265] and 4 case-control studies.[95, 99, 101, 266]. The cohorts, which were all conducted in Europe, included from ~10,000[265] to ~500,000[98] participants and had follow-up times from 6 years[98] to 24 years.[265]. The number of cases ranged from 68[265] to 663. [97]. The number of cases in the case-control studies ranged from 92[95] to 746.[101]. The summary relative risk for gastric cancer comparing the highest to lowest categories of consumption was 1.34, 95% CI 1.02-1.76. The summary relative risk from case-control studies was higher (2.05, 1.14-3.67) than for cohort studies (1.09, 95% CI 1.02-1.76). In their dose-response analyses, they reported increasing risk with increasing NDMA intake, but did note that the increase in risk was non-linear. The authors of the meta-analysis conducted stratified analyses of their results, looking at several variables including study design, geographic region, publication year and quality score. Relative risks greater than 1 were reported for all of these strata, however higher relative risks were reported for case-control studies, publication before 2000 and lower quality studies.

Studies by Loh, *et al.* [96] and Risch, *et al.* [93] were not included in the meta-analysis by Song, *et al.*, presumably because their reported exposure categorization would not allow these studies to be combined with the other studies to compare the highest to lowest categories of consumption. The prospective cohort study by Loh, *et al.* involved 23,363 individuals in the UK who were followed for up to 15 years (mean 11.4 years), during which time 55 stomach cancer cases were diagnosed. [96]. They reported a hazard ratio of 1.13, 95% CI 0.81-1.57 for each 1 standard deviation increase in NDMA intake. Risch, *et al.* [93], reported a case-control study of 246 cases and 246 controls. They reported an odds ratio of 0.94, 95% CI 0.14-6.13 for each 10 μ/day increase in NDMA consumption. It should be noted that most studies report mean NDMA consumption of much less than 1 μ/day, so the reported odds ratio from this study based on an increase of 10 μ/day appears to be erroneous.



CONFIDENTIAL INFORMATION

*Processed Meats*

Several dozen studies have evaluated risk for gastric cancer in relation to processed meat intake, a primary dietary source of NDMA exposure. Overall evaluations of the data have been reported in multiple meta-analyses [129, 268-271] and a pooled analysis [125]. The most recent meta-analysis reported by Kim, *et al.* in 2019 [268] included 8 cohort studies and 20 case-control studies. The overall summary relative risk estimate comparing highest to lowest categories of consumption was 1.57, 95% CI 1.37-1.81 for all studies. The risk estimate was stronger for case-control studies, (RR 1.58, 95% CI 1.32-1.89 for population-based studies and RR 2.03, 95% CI 1.55-2.68 for hospital-based studies) than for cohort studies (RR 1.24, 1.04-1.47). The summary relative risks in dose-response analyses for each 50g/day increase in consumption were 1.72, 95% CI 1.36-2.18 overall, 1.21, 95% CI 1.04-1.41 for cohort studies and 2.17, 95% CI 1.51-3.11 for case-control studies. The Zhao meta-analysis [269] which included most of the same studies as the Kim meta-analysis, reported similar findings, with a summary relative risk of 1.23, 95% CI 0.98-1.55 for cohort studies and 1.76, 95% CI 1.51-2.05 for case-control studies. Their dose-response analysis, conducted only for cohort studies, reported a relative risk of 1.21, 95% CI 1.04-1.41 for each 50g/day increase in consumption.

As would be expected in a body of literature encompassing more than two dozen dietary studies, there was considerable variability in the studies. Among the cohort studies, the number of individuals in the cohorts ranged from approximately 8,000 to approximately 500,000 and the number of cases ranged from 26 to 955. Among the case-control studies, the number of cases ranged from 107 to 1182. The vast majority of the studies reported relative risks greater than 1. The authors conducted stratified analyses the showed quite consistent increases in the relative risk regardless of the strata examined (e.g., study design, sex, geographic region, etc.).

In 2020 Ferro, *et al.* [125] reported a pooled analysis using data from 30 case-control studies or nested case-control studies conducted in Europe, Asia and the Americas in the Stomach Cancer Pooling (StoP) Project. This differs from the meta-analyses described above which combined results from published papers in that the analysis was based on individual data obtained from each of the studies, however the overall conclusions were consistent with the



CONFIDENTIAL INFORMATION

meta-analyses described above. As compared to lowest tertile of consumption, the odds ratio was 1.09, 95% CI 0.94-1.26 for the middle tertile, and 1.23, 95% CI 1.06-1.43 for the highest tertile, p-trend <0.001. In stratified analyses by geographic location, increased risks comparing highest to lowest tertile of intake were reported for European studies (OR 1.28, 95% CI 1.02-1.60) and studies conducted in the Americas (OR 1.45, 95% CI 1.14-1.84), but not in Asian studies (OR 0.98, 95% CI 0.80-1.20), where the median intake of processed meat was generally much lower than in other geographic regions. In dose-response analyses, the OR for each 50 g/day intake of processed meat was 1.38, 95% CI 1.28-1.49.

Occupational Studies of NDMA Exposure and Gastric Cancer

The association between NDMA exposure and stomach cancer mortality was reported in one occupational cohort of workers in the tire industry (N=36,441) in the UK with 49 years of follow-up. [163] Exposure to NDMA was based on job titles and estimates from the EU-EX-ASRUB database of measurements of compounds in rubber factories. During the period of follow-up from 1967 to 2015, 768 deaths from stomach cancer cases were identified. The reported hazard ratios as compared to the lowest quartile of NDMA exposure were 1.32, 95% CI 1.10-1.57 for quartile II, 1.62, 95% CI 1.32-1.98 for quartile III, and 1.72, 95% CI 1.41-2.10 for quartile IV, p-trend 0.01.

Strengths of this study included its long follow-up, which allows for the long latency period between exposure and clinical diagnosis of cancer and for a large number of outcomes (deaths) within the cohort, giving a good estimate of the lifetime risk of gastric cancer in individuals with workplace exposure to NDMA. The study performed a careful assessment of NDMA exposure, based on individual job titles and estimated exposures within those work areas. The cancer risk estimates were based on comparisons with other workers in the industry with less exposure to NDMA, which minimizes the confounding that can result when comparing the cancer mortality experience of workers to the mortality experience of the general population.[164]. A limitation of this study is that the outcome was cancer mortality rather than incidence, which means that individuals whose cancers were successfully treated or who died from other causes were not included in the analysis. However, survival from stomach cancer is



CONFIDENTIAL INFORMATION

poor (current 5-year survival rate in the US is ~32%), so it is not expected that this would have had an important impact on the findings. Another limitation is that information on important confounders such as smoking history was not available. The authors addressed this possibility in the paper's discussion and concluded that it was highly unlikely that confounding by smoking could have markedly changed the reported results based on their statistical analyses simulating the effects of different prevalence of smoking on the hazard ratios. Overall, this was a well-designed occupational cohort study with long-term follow-up, good NDMA exposure information, and dose-response analyses but had the weakness of limited information on potential confounding factors. Overall, I gave this study moderate weight in my evaluation.

An additional occupational study examined cancer mortality within a rubber industry cohort in Germany [165]. Although the authors did not estimate individual NDMA exposure through job titles, the rubber industry is one of the most prominent industrial sources of exposure to NDMA [166]. Within a cohort of 11,632 men and 1863 women followed from 1981-2000, 113 deaths from stomach cancers occurred among the men (standardized mortality ratio (SMR) 1.13, 95% CI 0.93-1.35) and 8 among the women (SMR 1.17, 95% CI 0.50-2.30). An analysis of data from this cohort published 13 years earlier calculated hazard ratios for stomach cancer deaths by estimated exposure to total nitrosamines, but not specifically for NDMA[272] As compared to the low exposure category, the hazard ratios were 1.1, 95% CI 0.6-2.0 for the medium exposure category and 1.2, 95% CI 0.5-2.9 for the high exposure category.

As compared to the other occupational cohort study,[163] this study had more substantial limitations. Because of the size of the cohort, the number of stomach cancer deaths was relatively small, particularly among the women. While the cohort was a group of workers with documented exposure to NDMA, estimates of individual exposure were not calculated therefore there was no information on the cancer risk for individuals with higher versus lower levels of NDMA exposure. Information on potential confounders such as smoking status was not available. Because of the substantial limitations of this study, I gave it little weight in my evaluation.



CONFIDENTIAL INFORMATION

Summary of Epidemiologic Studies of Ranitidine or NDMA Exposure and Gastric Cancer

Studies that directly assessed ranitidine use and gastric cancer included three studies that used a control group of non-users [55, 71, 110] and six studies that compared ranitidine users to users of other H2RAs or PPIs [31, 35, 54, 56, 71, 133]. The strongest study of the three studies that compared ranitidine users to non-users, a nested case-control study involving 1119 cases and exposure assessment over 15 years, found increased risk among ranitidine users (RR 1.42) as well as increased risk among users of PPIs (RR 1.49) and other H2RAs (RR 1.44). Increased risk among ranitidine users was also reported in a cohort study by Habel, *et al.* (RR 2.42) but gastric and esophageal cancers were grouped together and there were only 6 exposed cases. The third report, a cohort study that compared a combined group of ranitidine/ nizatidine users to non-users found no increased risk for (RR 1.01), however follow-up was only 5 years, which is an inadequate period to assess cancer risk.[111].

Among the five cohort studies that compared ranitidine users to users of other acid-suppressing drugs, the risk of gastric cancer among ranitidine users was not significantly greater than either PPIs or other H2RAs.[31, 35, 54, 56, 71]. One cohort analysis found that ranitidine users were at significantly lower risk for gastric cancer than famotidine or omeprazole users.[71]. There were significant limitations in these studies including a follow-up period that was likely inadequate to capture cancer cases that developed as a result of the exposure,[31, 54, 56] exposure misclassification due to lack of information on acid-suppressant drugs obtained without a prescription,[35, 54, 56, 71], exposure misclassification due to failure to consider acid-suppressant use prior to the start of follow-up,[54, 56, 71] and restriction of the analysis to cases using the drugs at the time of cancer diagnosis.[71]. One additional study reported a proportional reporting ratio of 1.48, comparing the reported incidents of gastric cancer among ranitidine users to uses of PPIs or other H2RAs, using data from the FDA's adverse event reporting system.

Beyond the studies that directly assessed ranitidine, a large body of literature has addressed the risk of gastric cancer in relation to NDMA exposure. The risk of gastric cancer in relation to estimated dietary intake of NDMA has been reported in 10 studies, 8 of which were



CONFIDENTIAL INFORMATION

included in a meta-analysis published in 2015.[267]. The overall summary relative risk was 1.34, and the dose-response analysis showed increasing risk with increasing NDMA intake.

The risk of gastric cancer in relation to processed meat intake, a major dietary source of NDMA intake, has been evaluated in several dozen studies and summarized in multiple meta-analyses and pooled analyses. The relative risk associated with the highest level of intake was 1.57 in the most recent meta-analysis of 28 studies [268] and was 1.23 in a pooled analysis of 30 case-control or nested case-control studies.[125]. In dose-response analyses, the relative risk associated with each 50 g/day intake of processed meat was 1.72 in the meta-analysis and 1.38 in the pooled analysis.

Two occupational studies of workers in the rubber industry evaluated cancer mortality outcomes within their cohorts. The cohort that estimated individual exposure to NDMA, reported a clear trend of increasing risk of gastric cancer with increasing exposure, with a HR of 1.72 for individuals in the highest quartile of exposure.[163]. The second, smaller cohort, which did not estimate individual exposure to NDMA, reported increased SMRs that were elevated but not statistically significant (1.13 for men and 1.17 for women).[165].

Bradford Hill Evaluation

*Strength of the Association*

In his articulation of aspects of the causal association, Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, but clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely on the ground that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."

As described in the summary of the studies, the evidence from studies evaluating gastric cancer risk in relation to ranitidine use is limited. Only one study by Liu, *et al.* had a clean comparison of the risk of cancer among ranitidine users to non-users,[55] whereas the other studies that used a control group of non-users of the drugs combined ranitidine and nizatidine users [111] or combined gastric and esophageal cancers.[110]. The Liu study, which was the largest study to compare ranitidine users to non-users and had the strongest study design,[55]



CONFIDENTIAL INFORMATION

reported a relative risk of 1.44, whereas the much smaller cohort study by Habel, *et al.* [110] reported a relative risk of 2.42 for gastric/esophageal cancers with ranitidine use, and a third cohort that combined ranitidine and nizatidine users found no increased risk.[111].

The studies that compared ranitidine users to users of other acid-suppressing drugs generally did not find that the risk for gastric cancer among ranitidine users was higher than that of other H2RAs or PPIs.[31, 35, 54, 56, 71]. As described in the discussion of active comparator analyses, these findings should not be interpreted as the data showing no increased risk of gastric cancer with ranitidine use, rather that the risk of cancer with ranitidine use is comparable to that of the other acid-suppressing drugs, which are often prescribed for more serious underlying conditions and may have a greater impact on cancer risk through their effect on gastric pH.

Studies that addressed NDMA exposure through occupational exposure or dietary intake showed quite consistent increases in risk. The relative risk estimates from a meta-analysis for high versus low dietary intake of NDMA was 1.34.[267]. Estimates for high processed meat intake were 1.57 and 1.23 from a meta-analyses and pooled analysis, respectively.[125, 268]. The hazard ratio for the highest level of occupational exposure was 1.72.[163].

Across the different types of studies assessing ranitidine or NDMA exposure in relation to gastric cancer, increased risks were observed in some comparisons of ranitidine users to non-users, in meta-analyses of dietary intake of NDMA, nitrite and processed meat, and in a study of occupational NDMA exposure. The reported relative risks are at least as strong as a those observed for a number of other exposures that are generally accepted as being causally related to different types of cancer, all of which have relative risks estimated from meta-analyses of less than 1.5. These associations include oral contraceptives and breast cancer, menopausal estrogens and breast cancer, passive smoke exposure and lung cancer, residential radon exposure and lung cancer and trichloroethylene exposure and kidney cancer.[138-141]. Each of these exposure/disease associations has been judged to be a causal association by the IARC. Therefore, based on the relative risk estimates reported for gastric cancer in relation to NDMA/ranitidine exposure, the strength of association is compatible with a causal association.



CONFIDENTIAL INFORMATION

*Consistency*

Consistency refers to whether similar results are observed in studies that are conducted in different study populations, with different study designs and across different times. The studies that compared ranitidine users to non-users were published over a 20-year timespan, included populations from the US, the UK and Korea. The studies that compared ranitidine to other acid-suppressant drugs were published since 2020 and included populations from the US, Denmark, Japan and Korea. Increased risk of gastric cancer with ranitidine use compared to non-users was reported in one large study [55] and increased risk of gastric/esophageal cancer with ranitidine user was reported in one smaller study.[110]. A third study that compared ranitidine/nizatidine users to non-users found no increased risk for gastric cancer.[111]. Studies that compared ranitidine users to users of other acid-suppressing drugs generally did not find increased risk for gastric cancer among ranitidine users when comparing them to either H2RAs or PPIs.[31, 35, 54, 71]. As was described previously, these studies tended to have important limitations in terms of limited follow-up time and incomplete information on ranitidine use due to the time frame when they captured exposure history or the lack of information on non-prescription drug use, which reduced the likelihood of detecting an association between ranitidine use and gastric cancer. In addition, as described in the section above on active comparator analysis, there is good evidence that the comparator drugs, particularly PPIs increase risk for gastric cancer, based on meta-analyses of epidemiologic studies and the biological effects of these drugs on gastric pH. Based on these many limitations, it is impossible to make a determination of the effect of ranitidine on gastric cancer risk from the data presented in these studies.

A larger body of evidence addressed NDMA exposures through dietary intake in relation to gastric cancer risk. The risk for gastric cancer in relation to estimated dietary intake of NDMA and consumption of processed meats has been described in several dozen studies that have been summarized in several meta-analyses and a pooled analysis.[125, 267-269]. Each of these analyses reported increased risk for gastric cancer with the highest level of consumption, as well as evidence of trends of increasing risk with increasing levels of consumption.



CONFIDENTIAL INFORMATION

Further support of NDMA as a cause of gastric cancer comes from occupational cohort studies.[163, 165]. In the larger study with individual estimates of NDMA exposure, there was a demonstrated dose-response relationship with increasing risk of gastric cancer found with increasing levels of NDMA exposure.

Because of the notable limitations in the studies of ranitidine and gastric cancer risk, it is difficult to make a judgment about the consistency of findings from these investigations. The much larger body of evidence from dietary studies provides much more consistent evidence that intake of NDMA could cause gastric cancer. Increased risk was reported with estimated dietary intake of NDMA and processed meat based on dozens of studies published over several decades and conducted in diverse geographic locations, with the large majority showing increased risks. In total, there is evidence across different time periods and geographic regions and among different study designs that NDMA exposure, at levels comparable to what has been detected in ranitidine products increases stomach cancer risk.

*Biological Gradient*

Biological gradient refers to whether there is increased risk of the outcome with increasing exposure, or stated another way, a dose-response relationship. Hill acknowledges that while a dose-response relationship is strong evidence of causality, other non-linear associations between an exposure and disease are possible.

Among the studies that specifically addressed gastric cancer risk in relation to ranitidine use, most only evaluated ever use of the drugs, and dose-response was evaluated to a limited degree in only two studies.[35, 55]. Liu, *et al.*, [55], in an analysis examining all H2RAs, found increasing risk for gastric cancer with increasing defined daily doses, with a relative risk of 1.62 in the highest category and a significant test for trend, p=0.003. Approximately two-thirds of the H2RA users had used ranitidine, however results were not reported separately for ranitidine. Adami, *et al.*[35] considered dose-response only to the extent of reporting results for individuals with at least one prescription and for those with at least 5 prescriptions and with at least 10 prescriptions. Whereas hazard ratios comparing any user of ranitidine to other H2RAs or PPIs were close to one, the hazard ratios among individuals with at least 10



CONFIDENTIAL INFORMATION

prescriptions and 10 years of follow-up were 1.53, 95%CI 0.79-2.99 compared to other H2RA users and 1.62, 95% CI 0.99-2.66 compared to PPI users.

The studies of occupational and dietary exposures to NDMA reported more information on dose-response relationships. The occupational cohort of workers in the rubber industry showed increasing risk of stomach cancer mortality within quartiles of increasing exposure: 1.32, 95% CI 1.10-1.57 for quartile II, 1.62, 95% CI 1.32-1.98 for quartile III, and 1.72, 95% CI 1.41-2.10 for quartile IV, p-trend 0.01.[163]. Dose-response analyses of estimated dietary intake of NDMA as reported in the meta-analysis by Song, *et al.* [267] showed increasing risk of gastric cancer with increasing NDMA intake, although the authors noted that the trend was non-linear. A dose-response trend of higher risk with increasing consumption of processed meat was reported in both the meta-analysis by Kim, *et al.* [268] and the pooled analysis by Ferro, *et al.* [125] with relative risks of 1.72, 95% CI 1.36-2.18 and 1.28, 95% CI 1.28-1.49, respectively, for each 50 g/day increase in consumption. While there is only very limited information available on a dose-response relationship in the ranitidine studies, there is good evidence from dietary and occupational studies that increasing exposure to NDMA increases risk for gastric cancer, showing a biological gradient.

*Biological Plausibility*

Biological plausibility refers to whether there is a reasonable biological mechanism that could explain the association between the exposure and the disease. Hill clearly indicated in his description of this viewpoint that biological plausibility relies on the current state of knowledge, in this case on the biological mechanisms that lead to the development of gastric cancer, and the plausibility of an association between an exposure and outcome can evolve as greater understanding of carcinogenic mechanisms develops.

There are multiple plausible pathways by which ranitidine exposure could cause gastric cancer. As described previously, ranitidine products contain or could be converted into NDMA, a chemical compound that is classified by IARC as "probably carcinogenic" and by the US National Toxicology Program as "reasonably anticipated to be a human carcinogen".[167, 169]. Although people are exposed to minor amounts of NDMA in water and food, the FDA has set an



CONFIDENTIAL INFORMATION

upper limit of 96 nanograms per day for ingestion of NDMA through medicines. Ranitidine products were removed from the market due to the discovery of NDMA in the drug products at levels exceeding the FDA limits.

While contamination occurring during the manufacturing process has been identified as a source of NDMA in some pharmaceuticals, for ranitidine products, the primary source of NDMA is thought to be the drug molecule itself.[84, 170]. The ranitidine molecule has a nitro group and a dimethylamine group, and, under some conditions, the breakdown of the molecule leads to NDMA formation. The formation of NDMA from ranitidine will occur at a higher rate if the product experiences high temperature or high humidity conditions during transport or storage.[171, 172]. As reported by the FDA and others, It is also possible that the dimethylamine group reacts with nitrite compounds in the stomach to form NDMA,[81, 152] although this has not been found in all studies.[173].

Ranitidine was first marketed in the US in 1983 under the brand name Zantac and during the late 1980s and early 1990s, it was one of the most prescribed drugs in the US and the world.[27, 273]. Ranitidine is often taken on a chronic basis resulting in years of exposure for many users. Given the prolonged exposure and the presumed latency period for the development of cancer, it is plausible that these patients had sustained exposure to ranitidine/NDMA that could result in the development of gastric cancer decades later.

The overall basis for the determination of NDMA as a probable carcinogen is that numerous experimental animal studies have shown that NDMA can induce multiple types of cancer in a variety of species.[58, 85, 169]. Tumors have resulted from exposure through oral administration, inhalation, and subcutaneous or intraperitoneal injection.[58]. Currently, NDMA is produced in the US only for use as a research chemical, including for inducing tumor in experimental animals.[168].

The plausibility of ranitidine being a carcinogen is also based on its effect on gastric acidity. While the therapeutic purpose of the drug is to reduce acidity (raise the pH) in the stomach to relieve symptoms such as gastroesophageal reflux and promote healing of ulcers, the rise in pH could also increase risk for cancer. Postulated mechanisms by which this could occur involve gastrin, increased formation of nitroso compounds from dietary nitrite, and



CONFIDENTIAL INFORMATION

bacterial overgrowth.[60, 68, 69, 274]. Higher pH in the stomach results in increased production of gastrin, a peptide hormone that promotes cellular growth. Higher gastric pH also favors the production of N-nitroso compounds, including NDMA, from dietary nitrites, which also increases risk for cancer. A third effect of higher pH is bacterial overgrowth, which can also increase nitrite concentration in the stomach, and subsequent N-nitrosation to compounds, including NDMA, that are carcinogenic.

Current knowledge indicates that it is quite plausible that ranitidine could increase gastric cancer risk. The known carcinogen NDMA, which has been identified in ranitidine drug products, is the primary pathway by which ranitidine exposure could cause gastric cancer. In addition, the intended therapeutic effect of ranitidine – the increase in gastric pH – also could plausibly increase risk through effects on the growth-promoting hormone gastrin, increased production of NDMA from dietary nitrites at higher pH and through bacterial overgrowth. Overall, there is strong biological plausibility that ranitidine can cause gastric cancer.

*Temporality*

Temporality refers to whether the exposure preceded the outcome, and it is the only Bradford Hill viewpoint that is an absolute criterion for causality. All of the studies, whether assessing ranitidine or NDMA exposure, evaluated exposures that occurred before the diagnosis of gastric cancer, meeting the criterion of temporality.

Studies that specifically addressed ranitidine and other acid suppressant drug use gave particular consideration to the possibility of protopathic bias (also referred to as reverse causation). Protopathic bias occurs when drug use is initiated in response to the early symptoms of a disease. With gastric cancer, the concern would be that acid suppressant drugs might be prescribed in response to early symptoms of cancer, such as heartburn, indigestion and stomach discomfort. The American Cancer Society notes that early-stage stomach cancer rarely causes symptoms, and the majority of stomach cancers are diagnosed when there has already been regional or distant spread.[275]. Nonetheless, the consideration of whether symptoms could lead to use of acid-suppressant drugs is important. It has been documented that acid-suppressant drugs are sometimes prescribed either before diagnostic endoscopy is



CONFIDENTIAL INFORMATION

performed or before results are available and can result in some healing of lesions making diagnosis more challenging.[47, 276]. Two studies, conducted in Germany and the Netherlands, that examined the time from onset of symptoms to diagnosis of gastric cancer reported a median time from symptom onset to diagnosis of 3.5 months [46] and approximately 2.5 months [45], taking into account both patient delays in seeking medical care and delays within the medical care system.

To address this possibility of protopathic bias, studies generally excluded individuals whose use of the drug was initiated shortly before diagnosis, most often using a one-year interval. Given the data cited above, that the time between symptom onset and diagnosis averages a few months, exclusion of individuals who initiated acid-suppressant therapy within one-year of diagnosis would appear to be appropriate to minimize protopathic bias and provide assurance that the exposure preceded the disease.

*Experimental*

The epidemiologic data on ranitidine or NDMA exposure and gastric cancer risk are from observational studies, therefore there are no human experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available to the exposure/disease associations under study, but in some circumstances, experimental or semi-experimental evidence is available. For example, if a preventive action is taken to remove the exposure and the incidence of the disease declines, there is strong support for a causal relationship. No such experimental evidence is available for ranitidine or NDMA exposure and ranitidine cancer.

*Specificity*

As described by Hill, if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent…multi-causation of disease is generally more likely than single causation." Gastric cancer has multiple causes, with ranitidine/NDMA exposure being one of many possible causes for the disease. In addition, based on animal studies showing that NDMA exposure can



CONFIDENTIAL INFORMATION

cause multiple types of cancer[58], it is to be expected that NDMA exposure in humans could have carcinogenic effects in multiple organs. This aspect was not weighted heavily because gastric cancer, like most cancers, has multiple causes, and NDMA could cause cancer at multiple sites in the body.

*Coherence*

It is recognized that the biological mechanisms leading to the development of cancer are not completely defined and our knowledge of carcinogenic pathways will continue to evolve as further research continues. Coherence, as described by Hill, means that even if the knowledge of the biology of the disease in not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease. Given the current state of knowledge regarding the chemistry of the ranitidine molecule, the route of exposure and distribution in the body, the expected latency period between exposure and development of cancer and the postulated carcinogenic mechanisms of NDMA, there is nothing that is inconsistent with the natural history and biology of gastric cancer.

*Analogy*

The final viewpoint defined by Hill is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is not often incorporated into causal assessments.

Summary

The epidemiologic evidence considered in evaluating ranitidine as a causal factor for gastric cancer consisted of evidence from studies that directly assessed ranitidine exposure and those that evaluated dietary and occupational exposures to NDMA, the carcinogenic compound that has been detected in ranitidine products.

Most of the studies that evaluated cancer risk in relation to ranitidine use had important limitations, including an inadequate duration of follow-up,[31, 56] likely misclassification of



CONFIDENTIAL INFORMATION

ranitidine users due to incomplete ascertainment of ranitidine use or lack of information on non-prescription use of the medication,[35, 54, 71, 111] grouping of gastric cancers with esophageal cancers,[110] and grouping of ranitidine and nizatidine users together.[56, 111].

The study by Liu, *et al.*,[55] which had the best study design to compare ranitidine users to non-users, found a significant increase in risk of gastric cancers among ranitidine users (1.42, 95% CI 1.10-1.85). Most of the other studies compared ranitidine users to users of other acid-suppressing drugs. While this approach is intended to address the issue of confounding by indication, it should be kept in mind that there is good evidence that other acid-suppressing drugs, particularly PPIs, also increase risk for gastric cancer. While studies that compared ranitidine users to users of other acid-suppressant drugs generally did not find that the risk of gastric cancer was higher among ranitidine users than users of other acid-suppressing drugs, the findings have to be interpreted in light of the substantial limitations of the studies including misclassification of ranitidine users, short duration of follow-up, inadequate control of confounding variables and cohorts comprised primarily of young individuals, all factors that would make it less likely that a true association between ranitidine use and gastric cancer would be detected.

Because of the important limitations of the studies that addressed ranitidine and gastric cancer, supporting evidence from studies that examined gastric cancer risk in relation to dietary or occupational sources of NDMA was given considerable weight. Given that NDMA levels in ranitidine products as reported by the FDA analysis [81] are in line with daily intake levels reported in many of the dietary studies and represent a similar long-term daily exposure similar to what ranitidine users would experience, these studies were considered to be very informative for the question at hand. Evidence of increased risk of gastric cancer with NDMA exposure was apparent from meta-analysis of estimated dietary intake of NDMA (summary relative risk 1.34),[267], processed meat (summary relative risks ranging from 1.23 to 1.57),[125, 268, 269] and occupational exposures (relative risks for mortality ranging from 1.13 to 1.72).[163, 165]. These relative risks are of a magnitude comparable to what has been reported for other exposures that are widely accepted as causal factors for other types of cancers, as described in the introduction to this report.



CONFIDENTIAL INFORMATION

There is strong biological plausibility that ranitidine exposure could cause gastric cancer. The main rationale is that ranitidine molecule can form the known carcinogen NDMA, especially when exposed to high temperature or humidity conditions. DNA damage resulting from NDMA metabolites could lead to mutations that ultimately result in cancer. In addition, the increased gastric pH resulting from ranitidine use could increase cancer risk through several mechanisms, including increased production of the growth-promoting hormone gastrin and increased production of N-nitroso compounds, including NDMA, from dietary nitrites as a result of both higher pH and bacterial overgrowth.

The overall data also support other aspects of the Bradford Hill viewpoints. While there was little data on dose-response from the ranitidine studies, evidence of increasing gastric cancer risk with increasing exposure to NDMA (dose-response) was apparent in the meta-analyses of dietary NDMA intake, processed meat intake and occupational NDMA exposure. Temporality was also considered in light of concerns about reverse causality in which ranitidine could have been taken in response to early symptoms of gastric cancer. Given that most studies excluded use of ranitidine initiated within a year of diagnosis and there is evidence that the time between first symptoms and diagnosis of gastric cancer is only a few months, reverse causality seems unlikely.

Considering the strengths and limitations of the evidence that address ranitidine or NDMA exposure and gastric cancer risk, the weight of the evidence indicates, within a reasonable degree of scientific certainty, that NDMA exposure at the levels found in ranitidine products is capable of causing gastric cancer.



CONFIDENTIAL INFORMATION

Conclusion

This report describes my evaluation of the literature on ranitidine as cause of cancer in humans. I followed methodology that I have used throughout my career as an epidemiologist, considering studies that evaluated cancer risk in relation to ranitidine use, as well as dietary and occupational studies that evaluated cancer risk in relation to NDMA exposure, the carcinogen that has been detected in ranitidine products at higher than permissible levels. I evaluated the strengths and limitation of individual studies and the likely effect of study limitations on the reported outcomes. I also considered evidence from laboratory and animal studies that provided supporting evidence on the carcinogenicity of NDMA and biological mechanisms by which NDMA exposure through intake of ranitidine could lead to the development of cancer generally and to specific cancer types.

After considering the epidemiologic evidence across a range of study types and the evidence for strong biological plausibility for the carcinogenicity of NDMA, I concluded with a reasonable degree of scientific certainty that consumption of ranitidine is capable of causing cancer of the bladder, pancreas, liver, stomach and esophagus.



CONFIDENTIAL INFORMATION

**References**


1. Schildkraut, J.M., et al., *A multi-center population-based case-control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES).* BMC Cancer, 2014. **14**: p. 688.
2. Schildkraut, J.M., et al., *Ovarian Cancer in Women of African Ancestry (OCWAA) consortium: a resource of harmonized data from eight epidemiologic studies of African American and white women.* Cancer Causes Control, 2019. **30**(9): p. 967-978.
3. Newman, B., et al., *The Carolina Breast Cancer Study: integrating population-based epidemiology and molecular biology.* Breast Cancer Res Treat, 1995. **35**(1): p. 51-60.
4. Moorman, P.G., et al., *Effect of hysterectomy with ovarian preservation on ovarian function.* Obstet Gynecol, 2011. **118**(6): p. 1271-1279.
5. Moorman, P.G., et al., *Oral contraceptives and risk of ovarian cancer and breast cancer among high-risk women: a systematic review and meta-analysis.* J Clin Oncol, 2013. **31**(33): p. 4188-98.
6. Gierisch, J.M., et al., *Oral contraceptive use and risk of breast, cervical, colorectal, and endometrial cancers: a systematic review.* Cancer Epidemiol Biomarkers Prev, 2013. **22**(11): p. 1931-43.
7. Havrilesky, L.J., et al., *Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis.* Obstet Gynecol, 2013. **122**(1): p. 139-147.
8. Myers, E.R., et al., *Benefits and Harms of Breast Cancer Screening: A Systematic Review.* JAMA, 2015. **314**(15): p. 1615-34.
9. Myers, E.R., et al., *Labor Dystocia*. 2020.
10. Hill, A.B., *The Environment and Disease: Association or Causation?* Proc R Soc Med, 1965. **58**: p. 295-300.
11. Weed, D.L., *Causal And Preventive Inference*, in *Cancer Prevention and Control*, P. Greenwald, Kramer, B.S., Weed, D.L., Editor. 1995, Marcel Dekker, Inc.: New York, NY. p. 285-302.
12. VanderWeele, T.J., Lash, T.L., Rothman, K.J., *Causal Inference and Scientific Reasoning*, in *Modern Epidemiology*, T.L. Lash, VanderWeele, T.J., Haneuse, S., Rothman, K.J., Editor. 2021, Wolters Kluwer: Philadelphia, PA.
13. Kaufman, J.S. and C. Poole, *Looking back on "causal thinking in the health sciences".* Annu Rev Public Health, 2000. **21**: p. 101-19.
14. Khuder, S.A., *Effect of cigarette smoking on major histological types of lung cancer: a meta-analysis.* Lung Cancer, 2001. **31**(2-3): p. 139-48.
15. Selikoff, I.J., J. Churg, and E.C. Hammond, *Asbestos Exposure and Neoplasia.* JAMA, 1964. **188**: p. 22-6.
16. Shah, N.R., J. Borenstein, and R.W. Dubois, *Postmenopausal hormone therapy and breast cancer: a systematic review and meta-analysis.* Menopause, 2005. **12**(6): p. 668-78.
17. Taylor, R., F. Najafi, and A. Dobson, *Meta-analysis of studies of passive smoking and lung cancer: effects of study type and continent.* Int J Epidemiol, 2007. **36**(5): p. 1048-59.




CONFIDENTIAL INFORMATION

18. Zhang, Z.L., et al., *Residential radon and lung cancer risk: an updated meta- analysis of case-control studies.* Asian Pac J Cancer Prev, 2012. **13**(6): p. 2459-65.
19. Karami, S., et al., *Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis.* Occup Environ Med, 2012. **69**(12): p. 858-67.
20. International Agency for Research on Cancer (IARC), *Tobacco Smoking*, in *Personal Habits and Indoor Combustion*. 2012: Lyon, France. p. 43-212.
21. International Agency for Research on Cancer (IARC), *Cancer of the colorectum*, in *Red Meat and Processed Meat*. 2018: Lyon, France. p. 111-248.
22. Rothman, K.J., Lash, T.L., *Precision and Study Size*, in *Modern Epidemiology*, T.L. Lash, VanderWeele, T.J., Haneuse, S., Rothman, K.J., Editor. 2021, Wolters Kluwer: Philadelphia, PA.
23. Rothman, K.J., *Six persistent research misconceptions.* J Gen Intern Med, 2014. **29**(7): p. 1060-4.
24. Greenland, S., et al., *Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations.* Eur J Epidemiol, 2016. **31**(4): p. 337-50.
25. Wasserstein, R.L., Lazar, N., *The ASA statement on p-values: context, process, and purpose.* The American Statistician, 2016. **70**(2): p. 129-133.
26. West, S.L., et al., *Recall accuracy for prescription medications: self-report compared with database information.* Am J Epidemiol, 1995. **142**(10): p. 1103-12.
27. Kreling, D.H., Mott, D.A., Wiederholt, J.B, Lundy, J., Levitt, L. , *Prescription Drug Trends, A Chartbook*. 2000, Kaiser Family Foundation.
28. Viswanathan, M., et al., *Interventions to improve adherence to self-administered medications for chronic diseases in the United States: a systematic review.* Ann Intern Med, 2012. **157**(11): p. 785-95.
29. FDA - Food and Drug Administration. *Drugs@FDA: FDA-approved Drugs*. Available from: https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=Z&ai=0.
30. Abrahami, D., et al., *Trends in acid suppressant drug prescriptions in primary care in the UK: a population-based cross-sectional study.* BMJ Open, 2020. **10**(12): p. e041529.
31. Kumar, S., D.S. Goldberg, and D.E. Kaplan, *Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori.* Dig Dis Sci, 2021.
32. Porta, M., *A Dictionary of Epidemiology*. Sixth Edition ed. 2014, New York, NY: Oxford University Press.
33. Lash, T.L., VanderWeele, T.J., Haneuse, S., Rothman, K.J., *Measurement and Measurement Error*, in *Modern Epidemiology*, T.L. Lash, VanderWeele, T.J., Haneuse, S., Rothman, K.J., Editor. 2021, Wolters Kluwer: Philadelphia. p. 287-314.
34. Hennekens, C.H., Buring, J.E., *Evaluating the Role of Bias*, in *Epidemiology in Medicine*. 1987, Little Brown: Boston. p. 272-286.
35. Adami, H.-O.A., I.T.; Helde-Jorgensen, U.; Chang, E.; Norgaard, M.; Sorensen, H.T., *Ranitidine use and risk of upper gastrointestinal cancers.* 2021.
36. Norgaard, M., et al., *Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study.* Cancer Epidemiol Biomarkers Prev, 2021.




CONFIDENTIAL INFORMATION

37. Salas, M., A. Hofman, and B.H. Stricker, *Confounding by indication: an example of variation in the use of epidemiologic terminology.* Am J Epidemiol, 1999. **149**(11): p. 981-3.
38. Faillie, J.L., *Indication bias or protopathic bias?* Br J Clin Pharmacol, 2015. **80**(4): p. 779-80.
39. Joseph, K.S., Mehrabadi A, Lisonkova, S., *Confounding by indication and related concepts.* Curr Epidemiol Rep, 2014. **1**: p. 1-8.
40. Zantac Prescribing Information. 2021; Available from: https://www.drugs.com/pro/zantac.html.
41. Prilosec Prescribing Information. 2021; Available from: https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/019810s096lbl.pdf.
42. Vakil, N.B., Feldman, M., Grover, S. *Antiulcer medications: Mechanism of action, pharmacology, and side effects*. UpToDate 2021; Available from: https://www-uptodate-com.proxy.lib.duke.edu/contents/antiulcer-medications-mechanism-of-action-pharmacology-and-side-effects?search=antiulcer%20medication&source=search_result&selectedTitle=1~43&usage_type=default&display_rank=1.
43. American Cancer Society. *Cancer A-Z*. 2021; Available from: https://www.cancer.org/cancer.html.
44. Din, N.U., et al., *Age and Gender Variations in Cancer Diagnostic Intervals in 15 Cancers: Analysis of Data from the UK Clinical Practice Research Datalink.* PLoS One, 2015. **10**(5): p. e0127717.
45. van Erp, N.F., et al., *Time to diagnosis of symptomatic gastric and oesophageal cancer in the Netherlands: Where is the room for improvement?* United European Gastroenterol J, 2020. **8**(5): p. 607-620.
46. Witzig, R., et al., *Delays in diagnosis and therapy of gastric cancer and esophageal adenocarcinoma.* Endoscopy, 2006. **38**(11): p. 1122-6.
47. Bramble, M.G., Z. Suvakovic, and A.P. Hungin, *Detection of upper gastrointestinal cancer in patients taking antisecretory therapy prior to gastroscopy.* Gut, 2000. **46**(4): p. 464-7.
48. Johnson, D.A., et al., *The Safety of Appropriate Use of Over-the-Counter Proton Pump Inhibitors: An Evidence-Based Review and Delphi Consensus.* Drugs, 2017. **77**(5): p. 547-561.
49. Pottegard, A. and J. Hallas, *New use of prescription drugs prior to a cancer diagnosis.* Pharmacoepidemiol Drug Saf, 2017. **26**(2): p. 223-227.
50. Tran, K.T., et al., *Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies.* Aliment Pharmacol Ther, 2018. **48**(1): p. 55-64.
51. McDowell, R.D., et al., *The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data.* Cancer Epidemiol, 2021. **71**(Pt A): p. 101880.
52. Hsu, C.L., et al., *Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients - an exploratory analysis.* Pharmacoepidemiol Drug Saf, 2013. **22**(6): p. 632-40.



CONFIDENTIAL INFORMATION

53. McDowell, R.D., et al., *A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies.* BMC Med, 2021. **19**(1): p. 22.
54. Yoon, H.J., et al., *Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea.* J Clin Med, 2021. **10**(1).
55. Liu, P., et al., *Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies.* Br J Cancer, 2020. **123**(2): p. 307-315.
56. Iwagami, M., et al., *Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018.* Drug Saf, 2021. **44**(3): p. 361-371.
57. Tamim, H., A.A. Monfared, and J. LeLorier, *Application of lag-time into exposure definitions to control for protopathic bias.* Pharmacoepidemiol Drug Saf, 2007. **16**(3): p. 250-8.
58. Liteplo, R.G., Meek, M.E., Windle, W., *Concise International Chemical Assessment Document 38: N-Nitrosodimethylamine*. 2002, World Health Organization: Geneva.
59. Laine, L., et al., *Review article: potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors.* Aliment Pharmacol Ther, 2000. **14**(6): p. 651-68.
60. Haruma, K., et al., *Old and New Gut Hormone, Gastrin and Acid Suppressive Therapy.* Digestion, 2018. **97**(4): p. 340-344.
61. Shaw, J. and J.S. Bajaj, *Editorial: should the inappropriate use of proton pump inhibitors be a quality assurance issue in cirrhotic patients?* Aliment Pharmacol Ther, 2017. **45**(3): p. 476-477.
62. Pottegard, A., et al., *Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations.* Basic Clin Pharmacol Toxicol, 2018. **122**(5): p. 451-459.
63. Ahn, J.S., et al., *Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies.* World J Gastroenterol, 2013. **19**(16): p. 2560-8.
64. Jiang, K., et al., *Relationship between long-term use of proton pump inhibitors and risk of gastric cancer: A systematic analysis.* J Gastroenterol Hepatol, 2019. **34**(11): p. 1898-1905.
65. Lin, H.C., Hsu, H.Y., Lin, H.L., Uang, Y.S., Ho, Y., Wang, L.H., *Association between acid-suppressive agents' use and risk of hepatocellular carcinoma.* Dose-Response, 2020. **1**: p. 1-8.
66. Shao, Y.J., et al., *Association between proton pump inhibitors and the risk of hepatocellular carcinoma.* Aliment Pharmacol Ther, 2018. **48**(4): p. 460-468.
67. Laoveeravat, P., et al., *Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis.* QJM, 2020. **113**(2): p. 100-107.
68. Mowat, C., et al., *Omeprazole, Helicobacter pylori status, and alterations in the intragastric milieu facilitating bacterial N-nitrosation.* Gastroenterology, 2000. **119**(2): p. 339-47.



CONFIDENTIAL INFORMATION

69. Kobayashi, J., H. Uchida, and J. Ito, *Long-term proton pump inhibitor use after Helicobacter pylori eradication may create a gastric environment for N-nitrosamine formation and gastric cancer development.* Gut, 2019. **68**(6): p. 1131.
70. Hunt, R.H., *Importance of pH control in the management of GERD.* Arch Intern Med, 1999. **159**(7): p. 649-57.
71. Kim, Y.D., et al., *No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies.* Aliment Pharmacol Ther, 2021. **54**(5): p. 606-615.
72. Riis, A.H., et al., *Short look-back periods in pharmacoepidemiologic studies of new users of antibiotics and asthma medications introduce severe misclassification.* Pharmacoepidemiol Drug Saf, 2015. **24**(5): p. 478-85.
73. Gardarsdottir, H., E.R. Heerdink, and A.C. Egberts, *Potential bias in pharmacoepidemiological studies due to the length of the drug free period: a study on antidepressant drug use in adults in the Netherlands.* Pharmacoepidemiol Drug Saf, 2006. **15**(5): p. 338-43.
74. International Agency for Research on Cancer (IARC). *IARC Summaries & Evaluations N-Nitrosodimethylamine*. 1978; Available from: https://inchem.org/documents/iarc/vol17/n-nitrosodimethylamine.html.
75. Agency for Toxic Substances and Disease Registry (ATSDR). *Toxicological Profile for N-Nitrosodimethylamine*. 1989; Available from: https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf.
76. NTP (National Toxicology Program). *15th Report on Carcinogens*. 20210; Available from: National Toxicology Program, Department of Health and Human Services, 15th Report on Carcinogens (Dec. 2021). https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html?utm_source=direct&utm_medium=prod&utm_campaign=ntpgolinks&utm_term=roc
77. GSK, *GSKZAN0001101236 - Response to Swissmedic Concerning Reporting Obligations, Request for Results on NDMA Testing and Mechanism of NDMA Formation*. 2019.
78. GSK, *GSKZAN0003419540-8 GSK Hazard Assessment Report*. 2019.
79. Valisure. *Valisure FDA Ranitidine Petition*. 2019; Available from: https://www.valisure.com/wp-content/uploads/Valisure-Ranitidine-FDA-Citizen-Petition-v4.12.pdf.
80. FDA - Food and Drug Administration. *Laboratory Tests Ranitidine*. 2019; Available from: https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.
81. FDA - Food and Drug Administration. *Response Letter from FDA CDER to Emery Pharma*. 2020; Available from: https://www.regulations.gov/document/FDA-2020-P-0042-0003.
82. FDA - Food and Drug Administration. *FDA Requests Removal of All Ranitidine Products (Zantac) from the Market*. 2020; Available from: https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market.
83. Abe, Y., et al., *Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets.* Chem Pharm Bull (Tokyo), 2020. **68**(10): p. 1008-1012.



CONFIDENTIAL INFORMATION

84. King, F.J., Searle, A.D., Urquhart, M.W., *Ranitidine - Investigations into the root cause for the presence of N-Nitroso-N,N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products.* Organic Process Research & Development, 2020. **24**: p. 2915-2926.
85. Pegg, A.E., *Metabolism of N-nitrosodimethylamine.* IARC Sci Publ, 1980(27): p. 3-22.
86. Nagel, Z.D., I.A. Chaim, and L.D. Samson, *Inter-individual variation in DNA repair capacity: a need for multi-pathway functional assays to promote translational DNA repair research.* DNA Repair (Amst), 2014. **19**: p. 199-213.
87. Jenkins, G.J., et al., *Genotoxic thresholds, DNA repair, and susceptibility in human populations.* Toxicology, 2010. **278**(3): p. 305-10.
88. Centers for Disease Control and Prevention. *What are the Risk Factors for Lung Cancer*. 2021 Nov. 28, 2021]; Available from: https://www.cdc.gov/cancer/lung/basic_info/risk_factors.htm.
89. Calabrese, E.J. and R.B. Blain, *The Single Exposure Carcinogen Database: assessing the circumstances under which a single exposure to a carcinogen can cause cancer.* Toxicol Sci, 1999. **50**(2): p. 169-85.
90. Nohmi, T., *Thresholds of Genotoxic and Non-Genotoxic Carcinogens.* Toxicol Res, 2018. **34**(4): p. 281-290.
91. Kirsch-Volders, M., M. Aardema, and A. Elhajouji, *Concepts of threshold in mutagenesis and carcinogenesis.* Mutat Res, 2000. **464**(1): p. 3-11.
92. International Agency for Research on Cancer (IARC), *Red and Processed Meat*. Vol. 114. 2018, Lyon, France: International Agency for Research on Cancer.
93. Risch, H.A., et al., *Dietary factors and the incidence of cancer of the stomach.* Am J Epidemiol, 1985. **122**(6): p. 947-59.
94. Zheng, J., et al., *Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study.* Carcinogenesis, 2019. **40**(2): p. 254-262.
95. Pobel, D., et al., *Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France.* Eur J Epidemiol, 1995. **11**(1): p. 67-73.
96. Loh, Y.H., et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study.* Am J Clin Nutr, 2011. **93**(5): p. 1053-61.
97. Keszei, A.P., et al., *Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study.* Am J Clin Nutr, 2013. **97**(1): p. 135-46.
98. Jakszyn, P., et al., *Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study.* Carcinogenesis, 2006. **27**(7): p. 1497-501.
99. De Stefani, E., et al., *Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay.* Nutr Cancer, 1998. **30**(2): p. 158-62.
100. Palli, D., et al., *Dietary and familial determinants of 10-year survival among patients with gastric carcinoma.* Cancer, 2000. **89**(6): p. 1205-13.
101. La Vecchia, C., et al., *Nitrosamine intake and gastric cancer risk.* Eur J Cancer Prev, 1995. **4**(6): p. 469-74.




CONFIDENTIAL INFORMATION

102. Larsson, S.C., L. Bergkvist, and A. Wolk, *Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women.* Int J Cancer, 2006. **119**(4): p. 915-9.
103. Goodman, M.T., et al., *High-fat foods and the risk of lung cancer.* Epidemiology, 1992. **3**(4): p. 288-99.
104. De Stefani, E., et al., *Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay.* Cancer Epidemiol Biomarkers Prev, 1996. **5**(9): p. 679-82.
105. Jakszyn, P., et al., *Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC).* Cancer Epidemiol Biomarkers Prev, 2011. **20**(3): p. 555-9.
106. Rogers, M.A., et al., *Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer.* Cancer Epidemiol Biomarkers Prev, 1995. **4**(1): p. 29-36.
107. Zhu, Y., et al., *Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada.* Br J Nutr, 2014. **111**(6): p. 1109-17.
108. Moller, H., A. Nissen, and J. Mosbech, *Use of cimetidine and other peptic ulcer drugs in Denmark 1977-1990 with analysis of the risk of gastric cancer among cimetidine users.* Gut, 1992. **33**(9): p. 1166-9.
109. Kantor, E.D., et al., *Ranitidine Use and Cancer Risk: Results From UK Biobank.* Gastroenterology, 2021. **160**(5): p. 1856-1859 e5.
110. Habel, L.A., T.R. Levin, and G.D. Friedman, *Cimetidine use and risk of breast, prostate, and other cancers.* Pharmacoepidemiol Drug Saf, 2000. **9**(2): p. 149-55.
111. Kim, S., et al., *Effect of Ranitidine Intake on the Risk of Gastric Cancer Development.* Healthcare (Basel), 2021. **9**(8).
112. Tan, M.C., et al., *Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans.* Aliment Pharmacol Ther, 2018. **48**(4): p. 469-477.
113. Cardwell, C.R., et al., *Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study.* Am J Gastroenterol, 2021.
114. National Cancer Institute (NCI). *Dietary Assessment Primer*. 2021; Available from: https://dietassessmentprimer.cancer.gov/profiles/questionnaire/.
115. Willett, W.C., Hu, F.B., *Nutritional epidemiology*, in *Modern Epidemiology*, T.L. Lash, VanderWeele, T.J., Haneuse, S., Rothman, K.J., Editor. 2021, Wolters Kluwer: Philadelphia. p. 1093-1124.
116. Freedman, L.S., et al., *Dealing with dietary measurement error in nutritional cohort studies.* J Natl Cancer Inst, 2011. **103**(14): p. 1086-92.
117. Giovannucci, E., et al., *A comparison of prospective and retrospective assessments of diet in the study of breast cancer.* Am J Epidemiol, 1993. **137**(5): p. 502-11.
118. Friedenreich, C.M., G.R. Howe, and A.B. Miller, *An investigation of recall bias in the reporting of past food intake among breast cancer cases and controls.* Ann Epidemiol, 1991. **1**(5): p. 439-53.
119. Holmberg, L., et al., *A search for recall bias in a case-control study of diet and breast cancer.* Int J Epidemiol, 1996. **25**(2): p. 235-44.




CONFIDENTIAL INFORMATION

120. Rock, C.L., et al., *American Cancer Society guideline for diet and physical activity for cancer prevention.* CA Cancer J Clin, 2020. **70**(4): p. 245-271.
121. American Institute for Cancer Research. *The Continuous Update Project*. 2021; Available from: https://www.aicr.org/research/the-continuous-update-project/.
122. International Agency for Research on Cancer (IARC), *Nutrition and Lifestyle: Opportunities for Cancer Prevention*, ed. E. Riboli, Lambert, R. Vol. 156. 2002, Lyon France: International Agency for Research on Cancer.
123. Jakszyn, P., et al., *Intake and food sources of nitrites and N-nitrosodimethylamine in Spain.* Public Health Nutr, 2006. **9**(6): p. 785-91.
124. Tricker, A.R. and R. Preussmann, *Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential.* Mutat Res, 1991. **259**(3-4): p. 277-89.
125. Ferro, A., et al., *Meat intake and risk of gastric cancer in the Stomach cancer Pooling (StoP) project.* Int J Cancer, 2020. **147**(1): p. 45-55.
126. Freedman, N.D., et al., *Association of meat and fat intake with liver disease and hepatocellular carcinoma in the NIH-AARP cohort.* J Natl Cancer Inst, 2010. **102**(17): p. 1354-65.
127. Mayne, S.T., et al., *Nutrient intake and risk of subtypes of esophageal and gastric cancer.* Cancer Epidemiol Biomarkers Prev, 2001. **10**(10): p. 1055-62.
128. Ferrucci, L.M., et al., *Meat and components of meat and the risk of bladder cancer in the NIH-AARP Diet and Health Study.* Cancer, 2010. **116**(18): p. 4345-53.
129. Larsson, S.C., N. Orsini, and A. Wolk, *Processed meat consumption and stomach cancer risk: a meta-analysis.* J Natl Cancer Inst, 2006. **98**(15): p. 1078-87.
130. Crippa, A., et al., *Red and processed meat consumption and risk of bladder cancer: a dose-response meta-analysis of epidemiological studies.* Eur J Nutr, 2018. **57**(2): p. 689-701.
131. Farvid, M.S., et al., *Consumption of red meat and processed meat and cancer incidence: a systematic review and meta-analysis of prospective studies.* Eur J Epidemiol, 2021. **36**(9): p. 937-951.
132. FDA - Food and Drug Administration. *Questions and Answers of FDA's Adverse Event Reporting System (FAERS)*. 2021; Available from: https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers.
133. McGwin, G., *The Association between Ranitidine Use and Gastrointestinal Cancers.* Cancers (Basel), 2020. **13**(1).
134. Pantziarka, P., et al., *Repurposing drugs in oncology (ReDO)-cimetidine as an anti-cancer agent.* Ecancermedicalscience, 2014. **8**: p. 485.
135. Lefranc, F., et al., *Cimetidine, an unexpected anti-tumor agent, and its potential for the treatment of glioblastoma (review).* Int J Oncol, 2006. **28**(5): p. 1021-30.
136. Deva, S. and M. Jameson, *Histamine type 2 receptor antagonists as adjuvant treatment for resected colorectal cancer.* Cochrane Database Syst Rev, 2012(8): p. CD007814.
137. Nielsen, H.J., et al., *Ranitidine as adjuvant treatment in colorectal cancer.* Br J Surg, 2002. **89**(11): p. 1416-22.



CONFIDENTIAL INFORMATION

138. International Agency for Research on Cancer (IARC), *Pharmaceuticals*. 2012: Lyon, France.
139. International Agency for Research on Cancer (IARC), *Trichloroethylene, Tetrachloroethylene, and Some Other Chlorinated Agents.* 2014. **106**.
140. International Agency for Research on Cancer (IARC), *Radiation*. 2012: Lyon, France.
141. International Agency for Research on Cancer (IARC), *Personal Habits and Indoor Combustions*. 2012: Lyon, France.
142. Chan, D.S., et al., *Red and processed meat and colorectal cancer incidence: meta-analysis of prospective studies.* PLoS One, 2011. **6**(6): p. e20456.
143. American Cancer Society. *Risk Factors for Malignant Mesothelioma*. 2021; Available from: https://www.cancer.org/cancer/malignant-mesothelioma/causes-risks-prevention/risk-factors.html.
144. American Cancer Society. *Liver Cancer Risk Factors*. 2021; Available from: https://www.cancer.org/cancer/liver-cancer/causes-risks-prevention/risk-factors.html.
145. Melaram, R., *Environmental Risk Factors Implicated in Liver Disease: A Mini-Review.* Front Public Health, 2021. **9**: p. 683719.
146. Rothman, K.J. and S. Greenland, *Causation and causal inference in epidemiology.* Am J Public Health, 2005. **95 Suppl 1**: p. S144-50.
147. Coogan, P.F., et al., *Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer.* Cancer Epidemiol Biomarkers Prev, 2005. **14**(4): p. 1012-5.
148. Mathes, R.W., et al., *Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer.* Cancer Epidemiol Biomarkers Prev, 2008. **17**(1): p. 67-72.
149. Rossing, M.A., et al., *Cimetidine use and risk of prostate and breast cancer.* Cancer Epidemiol Biomarkers Prev, 2000. **9**(3): p. 319-23.
150. Mohy-ud-din, N., Mohyyddin, G.R., Syed, A., Desai, S.M., Thakkar, S., *Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults.* Digestive Disease Week, 2020: p. Tu1360.
151. Pottegard, A., et al., *Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study.* EBioMedicine, 2016. **7**: p. 73-9.
152. Braunstein, L.Z., Kantor, E.D., O'Connell, K., Hudspeth, A., Kucera, K., Wu, Q., Light, D.Y., *Ranitidine use, N-nitrosodimethylamine (NDMA) production and variations in cancer diagnoses.* JAMA Network Open, 2021.
153. Lund, J.L., D.B. Richardson, and T. Sturmer, *The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application.* Curr Epidemiol Rep, 2015. **2**(4): p. 221-228.
154. Modiano, N. and L.B. Gerson, *Barrett's esophagus: Incidence, etiology, pathophysiology, prevention and treatment.* Ther Clin Risk Manag, 2007. **3**(6): p. 1035-145.
155. Hvid-Jensen, F., et al., *Incidence of adenocarcinoma among patients with Barrett's esophagus.* N Engl J Med, 2011. **365**(15): p. 1375-83.
156. Michaud, D.S., et al., *Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals.* Cancer Epidemiol Biomarkers Prev, 2004. **13**(2): p. 250-4.




CONFIDENTIAL INFORMATION

157. Cross, A.J., et al., *Meat consumption and risk of esophageal and gastric cancer in a large prospective study.* Am J Gastroenterol, 2011. **106**(3): p. 432-42.
158. Ronco, A.L., et al., *Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men.* Asian Pac J Cancer Prev, 2014. **15**(14): p. 5805-9.
159. Li, F., et al., *Red and processed meat intake and risk of bladder cancer: a meta-analysis.* Int J Clin Exp Med, 2014. **7**(8): p. 2100-10.
160. Wang, C. and H. Jiang, *Meat intake and risk of bladder cancer: a meta-analysis.* Med Oncol, 2012. **29**(2): p. 848-55.
161. Xu, X., *Processed Meat Intake and Bladder Cancer Risk in the Prostate, Lung, Colorectal, and Ovarian (PLCO) Cohort.* Cancer Epidemiol Biomarkers Prev, 2019. **28**(12): p. 1993-1997.
162. Dianatinasab, M., et al., *The association between meat and fish consumption and bladder cancer risk: a pooled analysis of 11 cohort studies.* Eur J Epidemiol, 2021. **36**(8): p. 781-792.
163. Hidajat, M., et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up.* Occup Environ Med, 2019. **76**(4): p. 250-258.
164. Richardson, D., *Occupational Epidemiology*, in *Modern Epidemiology*, T.L. Lash, VanderWeele, T.J., Haneuse, S., Rothman, K.J., Editor. 2021, Wolters Kluwer: Philadelphia. p. 1069-1092.
165. Vlaanderen, J., et al., *Extended cancer mortality follow-up of a German rubber industry cohort.* J Occup Environ Med, 2013. **55**(8): p. 966-72.
166. de Vocht, F., et al., *Occupational exposure to NDMA and NMor in the European rubber industry.* J Environ Monit, 2007. **9**(3): p. 253-9.
167. International Agency for Research on Cancer (IARC), *N-Nitrosodimethylamine. Some N-nitroso compounds.*, in *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans*. 1998: Lyon, France.
168. EPA. *Technical Fact Sheet - N-Nitroso-dimethylamine (NDMA)*. 2017; Available from: https://www.epa.gov/sites/default/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf.
169. NTP (National Toxicology Program). *Report on Carcinogens, Fourteenth Edition*. 2016; Available from: https://ntp.niehs.nih.gov/go/roc14
170. White, C.M., *Understanding and Preventing (N-Nitrosodimethylamine) NDMA Contamination of Medications.* Ann Pharmacother, 2020. **54**(6): p. 611-614.
171. White, C.M. and A.V. Hernandez, *Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation.* JAMA, 2021. **326**(3): p. 225-227.
172. Boerner, L.K., *NDMA, a contaminant found in multiple drugs, has industry seeking sources and solutions.* C&E News, 2020. **98**(April 20, 2020).
173. Gao, Z., et al., *In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions.* JAMA Netw Open, 2021. **4**(6): p. e2118253.
174. Hu, C.W., et al., *Elevated urinary levels of carcinogenic N-nitrosamines in patients with urinary tract infections measured by isotope dilution online SPE LC-MS/MS.* J Hazard Mater, 2016. **310**: p. 207-16.



CONFIDENTIAL INFORMATION

175. Radomski, J.L., et al., *Nitrosamine formation in bladder infections and its role in the etiology of bladder cancer.* J Urol, 1978. **120**(1): p. 48-50.
176. American Cancer Society. *Bladder Cancer Signs and Symptoms*. 2021; Available from: https://www.cancer.org/cancer/bladder-cancer/detection-diagnosis-staging/signs-and-symptoms.html.
177. Peto, R., et al., *Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine.* Cancer Res, 1991. **51**(23 Pt 2): p. 6452-69.
178. Souliotis, V.L., et al., *DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis.* Mutat Res, 2002. **500**(1-2): p. 75-87.
179. Liu, Y., et al., *Mammalian models of chemically induced primary malignancies exploitable for imaging-based preclinical theragnostic research.* Quant Imaging Med Surg, 2015. **5**(5): p. 708-29.
180. Baghurst, P.A., et al., *A case-control study of diet and cancer of the pancreas.* Am J Epidemiol, 1991. **134**(2): p. 167-79.
181. Zhao, Z., et al., *Association Between Consumption of Red and Processed Meat and Pancreatic Cancer Risk: A Systematic Review and Meta-analysis.* Clin Gastroenterol Hepatol, 2017. **15**(4): p. 486-493 e10.
182. Larsson, S.C. and A. Wolk, *Red and processed meat consumption and risk of pancreatic cancer: meta-analysis of prospective studies.* Br J Cancer, 2012. **106**(3): p. 603-7.
183. Rosato, V., et al., *Processed meat and risk of selected digestive tract and laryngeal cancers.* Eur J Clin Nutr, 2019. **73**(1): p. 141-149.
184. Quist, A.J.L., et al., *Ingested nitrate and nitrite, disinfection by-products, and pancreatic cancer risk in postmenopausal women.* Int J Cancer, 2018. **142**(2): p. 251-261.
185. McCullough, M.L., et al., *Meat consumption and pancreatic cancer risk among men and women in the Cancer Prevention Study-II Nutrition Cohort.* Cancer Causes Control, 2018. **29**(1): p. 125-133.
186. Petrick, J.L., et al., *A Prospective Analysis of Intake of Red and Processed Meat in Relation to Pancreatic Cancer among African American Women.* Cancer Epidemiol Biomarkers Prev, 2020. **29**(9): p. 1775-1783.
187. Zeng, R., et al., *Comprehensive analysis of proton pump inhibitors and risk of digestive tract cancers.* Eur J Cancer, 2021. **156**: p. 190-201.
188. Song, H.J., N. Jeon, and P. Squires, *The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis.* Eur J Clin Pharmacol, 2020. **76**(10): p. 1437-1456.
189. Alkhushaym, N., et al., *Exposure to proton pump inhibitors and risk of pancreatic cancer: a meta-analysis.* Expert Opin Drug Saf, 2020. **19**(3): p. 327-334.
190. Braunstein, L.Z., et al., *Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions.* JAMA Netw Open, 2021. **4**(1): p. e2034766.
191. Risch, H.A., *Etiology of pancreatic cancer, with a hypothesis concerning the role of N-nitroso compounds and excess gastric acidity.* J Natl Cancer Inst, 2003. **95**(13): p. 948-60.



CONFIDENTIAL INFORMATION

192. Risch, H.A. *Cancer Answers: Epidemiology Research in Pancreatic Cancer, June 27, 2010*. 2010; Available from: https://medicine.yale.edu/media-player/cancer-answers-epidemiology-research-in-pancreatic-cancer-june-27-2010/.
193. American Cancer Society. *Pancreatic Cancer Risk Factors*. 2021; Available from: https://www.cancer.org/cancer/pancreatic-cancer/causes-risks-prevention/risk-factors.html.
194. Wolfe, D., et al., *Drug induced pancreatitis: A systematic review of case reports to determine potential drug associations.* PLoS One, 2020. **15**(4): p. e0231883.
195. American Cancer Society. *Signs and Symptoms of Pancreatic Cancer*. 2021; Available from: https://www.cancer.org/cancer/pancreatic-cancer/detection-diagnosis-staging/signs-and-symptoms.html.
196. Li, D.K. and R.T. Chung, *Use of proton pump inhibitors in chronic liver diseases.* Clin Liver Dis (Hoboken), 2017. **10**(6): p. 148-151.
197. Li, D.K., et al., *Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: results from ERCHIVES.* Aliment Pharmacol Ther, 2018. **47**(2): p. 246-258.
198. Pyo, J.H., et al., *Proton pump inhibitors use and the risk of fatty liver disease: A nationwide cohort study.* J Gastroenterol Hepatol, 2021. **36**(5): p. 1235-1243.
199. Llorente, C., et al., *Gastric acid suppression promotes alcoholic liver disease by inducing overgrowth of intestinal Enterococcus.* Nat Commun, 2017. **8**(1): p. 837.
200. Peng, Y.C., et al., *Association Between Cholangiocarcinoma and Proton Pump Inhibitors Use: A Nested Case-Control Study.* Front Pharmacol, 2018. **9**: p. 718.
201. Kao, W.Y., et al., *Proton Pump Inhibitors and Risk of Hepatocellular Carcinoma in Patients With Chronic Hepatitis B or C.* Hepatology, 2019. **69**(3): p. 1151-1164.
202. Lai, S.W., et al., *Proton pump inhibitors and risk of hepatocellular carcinoma: a case-control study in Taiwan.* Acta Gastroenterol Belg, 2013. **76**(3): p. 348-50.
203. Caplin, M., et al., *Effect of gastrin and anti-gastrin antibodies on proliferation of hepatocyte cell lines.* Dig Dis Sci, 2001. **46**(7): p. 1356-66.
204. Zheng, J., et al., *Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study.* Hepatology, 2021.
205. Cross, A.J., et al., *A prospective study of red and processed meat intake in relation to cancer risk.* PLoS Med, 2007. **4**(12): p. e325.
206. Fedirko, V., et al., *Consumption of fish and meats and risk of hepatocellular carcinoma: the European Prospective Investigation into Cancer and Nutrition (EPIC).* Ann Oncol, 2013. **24**(8): p. 2166-73.
207. Ma, Y., et al., *Meat intake and risk of hepatocellular carcinoma in two large US prospective cohorts of women and men.* Int J Epidemiol, 2019. **48**(6): p. 1863-1871.
208. Knuppel, A., et al., *Meat intake and cancer risk: prospective analyses in UK Biobank.* Int J Epidemiol, 2020. **49**(5): p. 1540-1552.
209. Luu, H.N., et al., *Quality diet indexes and risk of hepatocellular carcinoma: Findings from the Singapore Chinese Health Study.* Int J Cancer, 2021. **148**(9): p. 2102-2114.
210. Talamini, R., et al., *Food groups and risk of hepatocellular carcinoma: A multicenter case-control study in Italy.* Int J Cancer, 2006. **119**(12): p. 2916-21.



CONFIDENTIAL INFORMATION

211. Rizk, M., et al., *Dietary components modulate the risk of hepatocellular carcinoma in cirrhotic patients.* Nutr Res, 2019. **61**: p. 82-94.
212. Phukan, R.K., et al., *Association of processed food, synergistic effect of alcohol and HBV with Hepatocellular Carcinoma in a high incidence region of India.* Cancer Epidemiol, 2018. **53**: p. 35-41.
213. Kanazir, M., et al., *Risk factors for hepatocellular carcinoma: a case-control study in Belgrade (Serbia).* Tumori, 2010. **96**(6): p. 911-7.
214. Babic, A., et al., *Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies.* Br J Cancer, 2020. **123**(5): p. 844-851.
215. SEER (Surveillance, E.a.E.R. *SEER*Explorer - Liver and Intrahepatic Bile Duct*. 2021; Available from: https://seer.cancer.gov/explorer/application.html?site=35&data_type=1&graph_type=4&compareBy=race&chk_race_5=5&chk_race_4=4&chk_race_3=3&chk_race_6=6&chk_race_2=2&sex=1&age_range=1&advopt_precision=1.
216. American Cancer Society. *Signs and Symptoms of Liver Cancer*. 2021; Available from: https://www.cancer.org/cancer/liver-cancer/detection-diagnosis-staging/signs-symptoms.html.
217. Rao, A., et al., *Diagnostic and Therapeutic Delays in Patients With Hepatocellular Carcinoma.* J Natl Compr Canc Netw, 2021. **19**(9): p. 1063-1071.
218. Choi, D.T., et al., *Factors Associated With Delay of Diagnosis of Hepatocellular Carcinoma in Patients With Cirrhosis.* Clin Gastroenterol Hepatol, 2021. **19**(8): p. 1679-1687.
219. Fioretti, F., et al., *Histamine-2-receptor antagonists and oesophageal cancer.* Eur J Cancer Prev, 1997. **6**(2): p. 143-6.
220. Chow, W.H., et al., *The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia.* JAMA, 1995. **274**(6): p. 474-7.
221. Kastelein, F., et al., *Proton pump inhibitors reduce the risk of neoplastic progression in patients with Barrett's esophagus.* Clin Gastroenterol Hepatol, 2013. **11**(4): p. 382-8.
222. Garcia Rodriguez, L.A., J. Lagergren, and M. Lindblad, *Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK.* Gut, 2006. **55**(11): p. 1538-44.
223. American Cancer Society. *Esophageal Cancer Risk Factors*. 2021; Available from: https://www.cancer.org/cancer/esophagus-cancer/causes-risks-prevention/risk-factors.html.
224. Bosetti, C., et al., *Food groups and risk of squamous cell esophageal cancer in northern Italy.* Int J Cancer, 2000. **87**(2): p. 289-94.
225. De Stefani, E., et al., *Meat intake and risk of squamous cell esophageal cancer: a case-control study in Uruguay.* Int J Cancer, 1999. **82**(1): p. 33-7.
226. De Stefani, E., et al., *Processed meat consumption and risk of cancer: a multisite case-control study in Uruguay.* Br J Cancer, 2012. **107**(9): p. 1584-8.
227. Brown, L.M., et al., *Dietary factors and the risk of squamous cell esophageal cancer among black and white men in the United States.* Cancer Causes Control, 1998. **9**(5): p. 467-74.




CONFIDENTIAL INFORMATION

228. Ward, M.H., et al., *Risk of adenocarcinoma of the stomach and esophagus with meat cooking method and doneness preference.* Int J Cancer, 1997. **71**(1): p. 14-9.
229. Chen, H., et al., *Dietary patterns and adenocarcinoma of the esophagus and distal stomach.* Am J Clin Nutr, 2002. **75**(1): p. 137-44.
230. Yu, M.C., et al., *Tobacco, alcohol, diet, occupation, and carcinoma of the esophagus.* Cancer Res, 1988. **48**(13): p. 3843-8.
231. Takezaki, T., et al., *Dietary protective and risk factors for esophageal and stomach cancers in a low-epidemic area for stomach cancer in Jiangsu Province, China: comparison with those in a high-epidemic area.* Jpn J Cancer Res, 2001. **92**(11): p. 1157-65.
232. Levi, F., et al., *Processed meat and the risk of selected digestive tract and laryngeal neoplasms in Switzerland.* Ann Oncol, 2004. **15**(2): p. 346-9.
233. Levi, F., et al., *Food groups and oesophageal cancer risk in Vaud, Switzerland.* Eur J Cancer Prev, 2000. **9**(4): p. 257-63.
234. Iso, H., Y. Kubota, and C. Japan Collaborative Cohort Study for Evaluation of, *Nutrition and disease in the Japan Collaborative Cohort Study for Evaluation of Cancer (JACC).* Asian Pac J Cancer Prev, 2007. **8 Suppl**: p. 35-80.
235. Steffen, A., et al., *Meat and heme iron intake and risk of squamous cell carcinoma of the upper aero-digestive tract in the European Prospective Investigation into Cancer and Nutrition (EPIC).* Cancer Epidemiol Biomarkers Prev, 2012. **21**(12): p. 2138-48.
236. Vingeliene, S., et al., *An update of the WCRF/AICR systematic literature review and meta-analysis on dietary and anthropometric factors and esophageal cancer risk.* Ann Oncol, 2017. **28**(10): p. 2409-2419.
237. O'Doherty, M.G., et al., *Dietary fat and meat intakes and risk of reflux esophagitis, Barrett's esophagus and esophageal adenocarcinoma.* Int J Cancer, 2011. **129**(6): p. 1493-502.
238. Wu, A.H., et al., *Fiber intake and risk of adenocarcinomas of the esophagus and stomach.* Cancer Causes Control, 2007. **18**(7): p. 713-22.
239. Sapkota, A., et al., *Dietary risk factors for squamous cell carcinoma of the upper aerodigestive tract in central and eastern Europe.* Cancer Causes Control, 2008. **19**(10): p. 1161-70.
240. Zhao, Z., et al., *Red and processed meat consumption and esophageal cancer risk: a systematic review and meta-analysis.* Clin Transl Oncol, 2020. **22**(4): p. 532-545.
241. Choi, Y., et al., *Consumption of red and processed meat and esophageal cancer risk: meta-analysis.* World J Gastroenterol, 2013. **19**(7): p. 1020-9.
242. Zhu, H.C., et al., *Meat consumption is associated with esophageal cancer risk in a meat- and cancer-histological-type dependent manner.* Dig Dis Sci, 2014. **59**(3): p. 664-73.
243. Jakszyn, P., et al., *Meat and heme iron intake and esophageal adenocarcinoma in the European Prospective Investigation into Cancer and Nutrition study.* Int J Cancer, 2013. **133**(11): p. 2744-50.
244. Tavani, A., et al., *Risk factors for esophageal cancer in lifelong nonsmokers.* Cancer Epidemiol Biomarkers Prev, 1994. **3**(5): p. 387-92.
245. Li, K. and P. Yu, *Food groups and risk of esophageal cancer in Chaoshan region of China: a high-risk area of esophageal cancer.* Cancer Invest, 2003. **21**(2): p. 237-40.



CONFIDENTIAL INFORMATION

246. Jakszyn, P. and C.A. Gonzalez, *Nitrosamine and related food intake and gastric and oesophageal cancer risk: a systematic review of the epidemiological evidence.* World J Gastroenterol, 2006. **12**(27): p. 4296-303.
247. Thomas, J.M., et al., *Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents.* Gut, 1987. **28**(6): p. 726-38.
248. Imhann, F., et al., *The influence of proton pump inhibitors and other commonly used medication on the gut microbiota.* Gut Microbes, 2017. **8**(4): p. 351-358.
249. Baba, Y., et al., *Review of the gut microbiome and esophageal cancer: Pathogenesis and potential clinical implications.* Ann Gastroenterol Surg, 2017. **1**(2): p. 99-104.
250. American Cancer Society. *Signs and Symptoms of Esophageal Cancer*. 2021; Available from: https://www.cancer.org/cancer/liver-cancer/detection-diagnosis-staging/signs-symptoms.html.
251. Seo, S.I., et al., *Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea.* Gut, 2021. **70**(11): p. 2066-2075.
252. Shin, G.Y., et al., *Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study.* Am J Gastroenterol, 2021. **116**(6): p. 1211-1219.
253. Schumacher, M.C., et al., *Cimetidine use and gastric cancer.* Epidemiology, 1990. **1**(3): p. 251-4.
254. La Vecchia, C., et al., *Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates.* Nutrition, 1992. **8**(3): p. 177-81.
255. Johnson, A.G., et al., *Histamine-2 receptor antagonists and gastric cancer.* Epidemiology, 1996. **7**(4): p. 434-6.
256. Suleiman, U.L., et al., *H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study.* Eur J Cancer Prev, 2000. **9**(3): p. 185-91.
257. Farrow, D.C., et al., *Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer.* Cancer Causes Control, 2000. **11**(3): p. 231-8.
258. Tamim, H., et al., *Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study.* Drug Saf, 2008. **31**(8): p. 675-84.
259. Duan, L., et al., *Antacid drug use and risk of esophageal and gastric adenocarcinomas in Los Angeles County.* Cancer Epidemiol Biomarkers Prev, 2009. **18**(2): p. 526-33.
260. Poulsen, A.H., et al., *Proton pump inhibitors and risk of gastric cancer: a population-based cohort study.* Br J Cancer, 2009. **100**(9): p. 1503-7.
261. Beresford, J., et al., *Postmarketing surveillance of the safety of cimetidine: 15-year mortality report.* Pharmacoepidemiol Drug Saf, 1998. **7**(5): p. 319-22.
262. Abrahami, D., et al., *Proton pump inhibitors and risk of gastric cancer: population-based cohort study.* Gut, 2021.
263. Tran-Duy, A., et al., *Use of Proton Pump Inhibitors and Risks of Fundic Gland Polyps and Gastric Cancer: Systematic Review and Meta-analysis.* Clin Gastroenterol Hepatol, 2016. **14**(12): p. 1706-1719 e5.
264. Yoshida, K., D.H. Solomon, and S.C. Kim, *Active-comparator design and new-user design in observational studies.* Nat Rev Rheumatol, 2015. **11**(7): p. 437-41.




CONFIDENTIAL INFORMATION

265. Knekt, P., et al., *Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study.* Int J Cancer, 1999. **80**(6): p. 852-6.
266. Palli, D., A. Russo, and A. Decarli, *Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy.* Cancer Causes Control, 2001. **12**(2): p. 163-72.
267. Song, P., L. Wu, and W. Guan, *Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis.* Nutrients, 2015. **7**(12): p. 9872-95.
268. Kim, S.R., et al., *Effect of Red, Processed, and White Meat Consumption on the Risk of Gastric Cancer: An Overall and Dose(-)Response Meta-Analysis.* Nutrients, 2019. **11**(4).
269. Zhao, Z., Z. Yin, and Q. Zhao, *Red and processed meat consumption and gastric cancer risk: a systematic review and meta-analysis.* Oncotarget, 2017. **8**(18): p. 30563-30575.
270. Bonequi, P., et al., *Risk factors for gastric cancer in Latin America: a meta-analysis.* Cancer Causes Control, 2013. **24**(2): p. 217-31.
271. Zhu, H., et al., *Red and processed meat intake is associated with higher gastric cancer risk: a meta-analysis of epidemiological observational studies.* PLoS One, 2013. **8**(8): p. e70955.
272. Straif, K., et al., *Exposure to nitrosamines, carbon black, asbestos, and talc and mortality from stomach, lung, and laryngeal cancer in a cohort of rubber workers.* Am J Epidemiol, 2000. **152**(4): p. 297-306.
273. Wright, R., *How Zantac became the best-selling drug in history.* J Health Care Mark, 1996. **16**(4): p. 24-9.
274. Mirvish, S.S., *Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC.* Cancer Lett, 1995. **93**(1): p. 17-48.
275. American Cancer Society. *Signs and Symptoms of Stomach Cancer*. 2021; Available from: https://www.cancer.org/cancer/stomach-cancer/detection-diagnosis-staging/signs-symptoms.html.
276. Wayman, J., et al., *Prescription of proton pump inhibitors before endoscopy. A potential cause of missed diagnosis of early gastric cancers.* Arch Fam Med, 2000. **9**(4): p. 385-8.



CONFIDENTIAL INFORMATION

# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# RULE 26 EXPERT REPORT OF RAMIN (RON) NAJAFI, PH.D.

Date: January 24, 2022

Ramin (Ron) Najafi, Ph.D.

# EXHIBIT 2

CONFIDENTIAL INFORMATION

# Table of Contents


QUALIFICATIONS AND EXPERIENCE ....................1

EXECUTIVE SUMMARY ....................4

METHODOLOGY USED ....................6

VALISURE CITIZEN PETITION ....................7

CITIZEN PETITION FILED BY EMERY PHARMA ....................14

PHARMACOLOGY OF RANITIDINE ....................19

FDA APPROVED INDICATIONS ....................20

PHARMACOKINETICS OF RANITIDINE ....................21

PHARMACOLOGY OF N-NITROSODIMETHYLAMINE ....................22

CARCINOGENICITY OF NDMA ....................23

SYNTHETIC ROUTE TO MANUFACTURE RANITIDINE ....................28

GSK's Investigations into the Root Cause for the presence of N-Nitrosodimethylamine (NDMA) in Ranitidine Hydrochloride Drug Substance and associated Drug Products dated June 15, 2020 (RCA) ....................30

RANITIDINE IS KNOWN TO CHANGE COLOR UNDER HEAT AND HUMIDITY CONDITIONS INDICATING DEGRADATION ....................42

RANITIDINE IS KNOWN TO GIVE OFF ODOR UNDER HEAT AND HUMIDITY CONDITIONS INDICATING DEGRADATION ....................43

RANITIDINE IS KNOWN TO FORM NDMA BY REACTION WITH SODIUM NITRITE ....................44

GASTRIC NITRITE CONCENTRATION ....................52

NDMA LEVELS REPORTED IN RANITIDINE ....................57

- A. FDA ....................57
- B. Sanofi ....................58
- C. GSK ....................59
- D. Boehringer Ingelheim (BI) ....................60

METHODS OF QUANTIFYING NDMA CONTENT IN RANITIDINE ....................60

LONG TERM REFRIGERATION STABILITY STUDY ....................61

BASELINE TESTING OF SAMPLES FROM GLAXOSMITHKLINE (GSK), BOEHRINGER INGELHEIM (BI) AND SANOFI ....................62

TESTING TO ASSESS NDMA CONTENT UNIFORMITY ....................67

TESTING TO ASSESS THE STABILITY OF RANITIDINE ....................68

NAP TEST .....78

XIV. SIMULATED GASTRIC FLUID STUDIES .....80

SIMULATED GASTRIC FLUID STUDIES BY EMERY .....85

SIMULATED GASTRIC FLUID STUDIES BY EMERY WITH FOOD .....93

THE FLORIAN STUDY .....104

ROLE OF POTASSIUM THIOCYANATE IN PROMOTING NDMA FORMATION FROM RANITIDINE .....109

MORPHOLOGY STUDY .....112

SIMULATED CONSUMER EXPERIENCE TESTING (POST PURCHASE) .....115

EMERY PHARMA MANUFACTURED TABLETS WITH API FROM GSK JURONG AND BI PROMECO .....125

API 4-WEEK STABILITY STUDY .....129

## QUALIFICATIONS AND EXPERIENCE

1. I received my B.S. and M.S. in Organic Chemistry from the University of San Francisco in June of 1983. During my time at the University of San Francisco, I also held a position as a Teaching Assistant for Organic Chemistry Lab from 1982 to 1983. While studying at the University, I authored "The Hydroboration of Alkenyl Metalloids" which I presented at the 32nd Annual ACS Northern California Regional Undergraduate Research Conference. That same year I was the recipient of the University of San Francisco, Student Affiliates of the American Chemical Society Award for Outstanding Achievement in Chemistry. In March of 1983 I authored "Selective Oxidation of Organoboranes with Anhydrous Trimethylamine N-Oxide" which was presented at the 185th National Meeting of the American Chemical Society in Seattle, Washington, as well as the 8th ACS Senior Technical Meeting in 1984 at the University of San Francisco.

2. In December of 1988, I received my Ph.D. in Organic Chemistry from the University of California, Davis. While attending the University of California, I worked as an Associate-Instructor and Teaching Assistant for Advanced Organic Synthesis and supervised undergraduate students in general and organic chemistry labs from 1983 to 1988. While studying at the University of California, I authored "Stereoselective Syntheses of Alkenyl-Substituted 1,3-Dioxolanes or 4,7-Dihydro-1,3 dioxepins or an (*E*)- α,β-Unsaturated Aldehyde from (*Z*)-2-Butene-1,4-diols" in the Journal of Organic Chemistry in 1985. In 1987, I was the recipient of the University of California, Dow Chemical Company Graduate Teaching Assistant Award in Recognition of Outstanding Graduate Accomplishments. In 1988, I published "Hydroboration of Methoxyenynes. A Novel Synthesis of (E)-Methoxyenones" in Tetrahedron Letters. Also in 1988,



CONFIDENTIAL INFORMATION

I was the recipient of the University of California Campus-Wide Teaching Award for Outstanding Graduate Students.

3. I have been a member of the American Chemical Society since 1979 as well as an Associate Member of Sigma Xi a National Scientific Honor Society since 1988. I was the Secretary of the Philadelphia Organic Chemist Club from 1993 to 1994.

4. I was also the Co-Founder of Vision in Chemistry Annual Symposium at Rhone Poulenc Rorer (now Sanofi-Aventis) from 1991 to present day.

5. In addition to my academic positions, I have held several scientific roles at companies such as Rhone Poulenc Rorer (now Sanofi-Aventis), Applied Biosystems – a division of Perkin Elmer (now Thermo Fisher), and Aldrich Chemical Company (now Millipore Sigma). My work surrounding the study of chemistry has been widely recognized by those in the scientific community. In 1995 I was the recipient of Perkin-Elmer/Applied Biosystems President's Award for Innovative Discoveries in Chemistry amongst 1300 PhD's. These roles helped me develop extensive experience in all aspects of pharmaceutical and chemical development, spanning from the R&D stage to pilot plant manufacturing and beyond.

6. I have founded three companies of my own. From 1996 to 2002, I was President and CEO of CP Lab Safety, a company focused on environmental laboratory safety. In April of 2016, CP Lab Safety was the recipient of the Congressional Certificate of Environmental Sustainability from Congressman Jared Huffman. In 2000, I founded NovaBay Pharmaceuticals, Inc., a pharmaceutical company centered on developing non-antibiotic antimicrobial therapies. In 2008, I took the company public and continued to serve as the President and CEO until 2015. In 2007 I was named Biotech Entrepreneur of the year by East Bay Business Journal. In 2011, I founded Najafi Pharma Inc., dba: Emery Pharma, where I currently serve as Chairman and CEO.



CONFIDENTIAL INFORMATION

To date I have authored many peer-reviewed publications relating to the study of chemistry and hold over 70 patents and pending patent applications on novel inventions. Emery Pharma is a FDA registered and Inspected, cGMP / GLP compliant Contract Research Laboratory. Our mission is to help Save Lives and Save the Environment. Our team of eight (8) Ph.D. Chemists and Biologists help Pharmaceutical companies develop drugs following stringent regulatory guidance (FDA, ICH, USP, etc.).

7. A true and correct copy of my Curriculum Vitae is attached as Exhibit "A" to this report and includes all publications on which I am listed as an author. My career started as a development chemist at Aldrich Chemical Company where I had hands-on experience in cGMP synthesis of various precursors of Active Pharmaceutical Ingredients (API). Later at Rhone Poulenc Rorer Pharmaceutical (now Sanofi- Aventis), I worked as a Process Chemist where we aimed to scale up pharmaceutically active compounds into Pilot Plant and later into a manufacturing facility. It was important to be aware of the synthetic pathway, as well as evaluate many of the possible side reactions and potential impurities during the scale up. Next, at Applied Biosystems, I was given a task of finding why a DNA (a 20mer) synthesis was only 90% pure and contained a large amount of unknown impurities. I was tasked to conduct a thorough root-cause analysis and find out the cause of the impurity. I was able to successfully discover a unique impurity in one of the key monomer components that was responsible for much of the impurity. This discovery resulted in "The Perkin-Elmer/Applied Biosystems President's Award for Innovative Discoveries in Chemistry amongst 1300 PhD's in 1995". In 1996 I left Applied Biosystems to form my own company, CP Lab Safety. While at CP Lab safety, I founded NovaBay Pharmaceuticals around my own discovery of pure Hypochlorous Acid and NVC-422. In 2007, I took the company public and conducted multiple clinical trials in wound care, ophthalmology,



CONFIDENTIAL INFORMATION

respiratory syncytial virus (aka common cold), Impetigo, etc. around the globe. In the process, I used various contract manufacturers to manufacture our medicine under cGMP and used the finished product to conduct multiple clinical trials under a FDA approved IND (Investigational New Drug application). In 2011 and 2014, we brought two products to market: NeutroPhase for wound care and Avenova for Blepharitis. I oversaw extensive stability studies where we also conducted shipping studies and elevated temperature studies (accelerated stability study) to evaluate the viability of our drug substance and drug product which was submitted to the FDA as part of our approval.

8. My hourly rate is $650 for consulting work on this litigation and Emery Pharma charges $500 per hour for laboratory work including protocol preparation, sampling handling and laboratory activities. Environmental chamber usage is $500 per day or $5,000 per month, instrument usage is $150 per hour, hazardous waste disposal is $500 per task, and lab supplies are pass through plus 15% for handling. I have not testified in deposition or trial in the last four years.

**EXECUTIVE SUMMARY**

9. I was asked to provide consulting, research and analytical services regarding the drug, Zantac, also known as ranitidine. In particular, I was asked to investigate the presence of N-nitrosodimethylamine (NDMA) in ranitidine active pharmaceutical ingredient (API) and Zantac/ranitidine finished drug products including analyzing samples of ranitidine API and Zantac/ranitidine finished drug product for the possible presence of NDMA. If NDMA was present, I was asked to conduct an investigation into its source, and identify the factors giving rise to its presence in ranitidine API and Zantac/ranitidine finished drug product. I was also asked to investigate and test whether ranitidine can cause NDMA formation *in vivo*. Lastly, I was asked to, if possible, quantify the amount of potential exposure to NDMA from ranitidine drug products.



CONFIDENTIAL INFORMATION

10. The key summary findings, all expressed with a reasonable degree of scientific certainty, based upon my research, testing and investigation into this matter are:

a. Ranitidine is an unstable molecule which is affected by temperature and humidity.

b. Ranitidine transforms into N-nitrosodimethylamine (NDMA).

c. NDMA is a known carcinogen.

b. The rate of ranitidine's transformation into NDMA is accelerated by heat and humidity.

c. Emery's baseline testing of ranitidine drug substance and Zantac finish dose tablets found NDMA in all samples tested. For the unexpired tablets tested, the mean NDMA level for a 150 mg dose was 1,096.6 nanograms. For expired tablets, the mean NDMA level for a 150 mg dose was 2,222.2 nanograms. The range of NDMA levels found in the tablets was from 11.7 nanograms/150 mg to 14,991.6 nanograms/150 mg.

d. Simulated testing to mimic real-life storage conditions of the finished dose tablets demonstrates that significant levels of NDMA can form in addition to any starting baseline levels of NDMA in the tablets. These include patient/consumer storage conditions such as ranitidine tablets being stored in the bathroom, car (sun or shade) as well as storage in the four climatic zones present in the United States result in significant levels of NDMA formation.

e. In addition to the amount of NDMA that forms in the tablets, ranitidine can cause NDMA to form endogenously by its interaction with nitrites in food and



CONFIDENTIAL INFORMATION

gastric fluid. Testing demonstrates that significant amounts of NDMA can form endogenously when Zantac and nitrite-containing foods are both present.

f. Ranitidine morphology (columnar or irregular) is not associated with low levels of NDMA.

g. In addition to the exogenous NDMA in the ranitidine tablet and endogenous formation of NDMA from ranitidine interaction with nitrite-containing food and gastric fluid, formation of NDMA is further potentiated by potassium thiocyanate.

## METHODOLOGY USED

11. To prepare this report, I have reviewed relevant published scientific and medical studies and articles, reports, regulatory documents as well as documents produced as part of discovery in this litigation that I believed to be relevant to my testing of ranitidine and professional opinions. I applied the same methodology and scientific rigor in this research that I use in my professional work. My opinions provided in this report are based upon our research into this matter, the results of our extensive testing, my review and analysis of the materials considered, FDA guidance and regulations as well as industry standards, and my practice and experience as a chemist working in and for the pharmaceutical industry. My opinions are based on a weight of the evidence assessment after reconciling all of the evidence I became aware of. The materials and references I considered in reaching my opinions are listed in Exhibit B.

12. My literature review consisted of searching on various sites such as PubMed and SciFinder for articles, studies, public filings, FDA, and other regulatory agency guidance concerning N-nitrosodimethylamine forming from and/or found in ranitidine. I also conducted research on the chemicals, ranitidine and N-nitrosodimethylamine. Once I obtained my search



CONFIDENTIAL INFORMATION

results, I read the abstracts of the studies to determine if the publication was relevant to the issues in this case. I also asked the attorneys to provide me copies of defendants' internal documents concerning NDMA formation from ranitidine including Root Cause Analyses done by the defendant brand drug manufacturers, defendant brand NDMA testing on ranitidine, and studies regarding ranitidine transforming into NDMA or causing NDMA to form in vivo. I evaluated the strengths and weakness of the relevant studies and internal documents including an evaluation of the study methods, results, and conclusions, and assigned each weight in accordance with my evaluation as part of my totality of the evidence assessment. Any and all testing conducted as part of my investigation into this matter was done in accordance with scientifically accepted methods. All of my opinions expressed herein are expressed to a reasonably degree of scientific certainty.

**VALISURE CITIZEN PETITION**

13. On September 9, 2019, a Citizen Petition was filed by Valisure regarding Zantac that explained it had detected in excess of 3,000,000 nanograms of NDMA per tablet when analyzing ranitidine products, "likely due to the inherent instability of ranitidine molecule."[1] Valisure explained that the ranitidine molecule contains both a nitrite and a dimethylamine ("DMA") group which are well known to combine to form NDMA. The petition presented this illustration to explain this concept:[2]

[1] Valisure Citizen Petition, September 9, 2019, Page 1
[2] Valisure Citizen Petition, September 9, 2019, Page 1



CONFIDENTIAL INFORMATION




14. Valisure reported that its tests suggested ranitidine could react with itself in standard analysis conditions (e.g., GC/MS oven temperature of 130 degrees Celsius for 15 minutes) at high efficiency to produce NDMA at levels well in excess of the FDA's acceptable NDMA daily intake limit of 96 nanograms.[3]

15. The Valisure Petition requested that the Commissioner take the following actions: (1) request a recall and suspend sale of all lots of all products containing ranitidine. Given the drug's propensity to form the probable carcinogen NDMA, the drug is misbranded under Section 502 of the FDCA (21 U.S.C. § 352); (2) conduct examinations and investigation under Section 702 (a) of the FDCA (21 U.S.C. § 372(a)) regarding these products, their manufacturing processes, and the manufacturer submissions made for FDA approval under 704 (a) of the FDCA (21 U.S.C. § 374(a)); (3) provide information to the public regarding these products under Section 705(b) of the FDCA (21 U.S.C. § 375(b)); (4) in addition to the instructions for disposal and/or return in the recall notices, issue additional guidance to the public for the safe disposal of ranitidine, given the

[3] Valisure Citizen Petition, September 9, 2019, Pages 2 and 4



CONFIDENTIAL INFORMATION

recognized potential that the drug may degrade to form the probable carcinogen NDMA in municipal wastewater treatment plants and impact the public water supply; and (5) promulgate regulations requiring robust independent chemical testing and verification of pharmaceuticals and, while these regulations are pending, issue guidance requesting such testing and verification.[4]

16. The Valisure Petition discussed the 2002 publication entitled Formation of N-Nitrosodimethylamine (NDMA) from Dimethylamine during Chlorination[5] wherein the formation of NDMA by the reaction of DMA and a nitroso source was characterized and identified as a concern of possible contamination of the United States water supply, and the 2003 publication also authored by Mitch which proposed that elevated levels of NDMA in drinking water produced by United States wastewater treatment plants may be associated with ranitidine.[6] The Valisure Petition used these studies to underscore the "instability of DMA group" on the ranitidine molecule and "its ability to form NDMA in the environment of water treatment plants." The petition went on to explain that ranitidine "not only has a labile DMA group but also a readily available nitroso source in its nitrite group on the opposite terminus of the molecule." [7]

17. The Valisure petition listed its test results using a GC/MS headspace analysis method[8] which was validated to a lower limit of detection of 25 ng. Emery Pharma was asked by Valisure to test ranitidine samples provided by Valisure from the same sample lots that it had been using for its testing. Emery Pharma was requested to test these samples for NDMA content using

[4] Valisure Citizen Petition, September 9, 2019, Page 2
[5] Mitch, W.A. and Sedlak, D.L., Formation of N-Nitrosodimethylamine (NDMA) from Dimethylamine during Chlorination. *Environmental Science & Technology*. Vol. 36 (4), p. 588-595 (2002)
[6] Mitch, W.A., Sharp, J.O., Trussell, R.R., Valentine, R.L., Alvarez-Cohen, L. and Sedlak, D.L. (2003). N-Nitrosodimethylamine (NDMA) as a Drinking Water Contaminant: A Review. *Environmental Engineering Science.* Vol. 20, p. 5 (https://superfund.berkeley.edu/pdf/231.pdf).
[7] Valisure Citizen Petition, September 9, 2019, Page 5
[8] US Food and Drug Administration. (updated 01/28/2019). Combined N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) Impurity Assay, *FY19-005-DPA-S* (https://www.fda.gov/media/117843/download



CONFIDENTIAL INFORMATION

headspace GC-MS, as a repeat of Valisure's analysis. Based on the results I saw, I told Valisure that it was our interpretation of the data that the high temperatures used in the headspace GC method is likely causing ranitidine to undergo thermal degradation and is a significant confounding factor resulting in falsely elevated levels of NDMA. As such, I do not rely on the Valisure Citizen Petition, Valisure's testing or data to formulate any of my opinions in this matter.

18. The petition listed values for various 150 milligram tablets or equivalents in excess of 2,000,000 nanograms. [9] In its petition, Valisure suspected that the "modest heating in the GC/MS of 130 degrees Celsius oven incubation for 15 minutes results in [a] highly efficient conversion of ranitidine to NDMA." [10] The samples were held for 15 minutes at 130-degree headspace incubation temperature before injection into the GC/MS system for analysis. These resulting high NDMA values were caused by thermal degradation of ranitidine under headspace GC conditions which was a significant confounding factor resulting in falsely elevated levels of NDMA that formed during the experiment. As such, I do not rely on the Valisure Citizen Petition, Valisure's testing or data to formulate any of my opinions in this matter.

19. On October 2, 2019, the FDA provided an update on testing of ranitidine for NDMA impurities.[11] In the update, the FDA indicated that the agency was continuing to test ranitidine products, and asked manufacturers of ranitidine to conduct their own laboratory testing to assess levels of NDMA in their ranitidine products and send samples of ranitidine products for testing to the FDA. The FDA noted that the testing method employed by Valisure used higher temperatures and that the higher temperatures (130 degrees or higher)[12] generated very high levels

---

[9] Valisure Citizen Petition, September 9, 2019, Page 6
[10] Valisure Citizen Petition, September 9, 2019, Page 4
[11] https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine
[12] https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine



CONFIDENTIAL INFORMATION

of NDMA from ranitidine products because of the testing method. The FDA noted that the published method for testing angiotensin II receptor blockers (ARBs) for nitrosamine impurities was not suitable for testing ranitidine because heating the sample generates NDMA. FDA recommended using a liquid chromatography-high resolution mass spectrometry (LC-HRMS) testing protocol[13] to test samples of ranitidine and reported that when using this method much lower levels of NDMA in ranitidine medicines were detected than reported by Valisure but still found levels of NDMA in some lots of ranitidine that exceeded the acceptable daily intake limit of 96 nanograms.[14]

20. The LC-HRMS method was developed and validated to measure NDMA content in ranitidine drug substance and drug products because traditional GC based methods require heating the sample which elevates NDMA levels.[15] The LC-HRMS testing method does not cause ranitidine to degrade and transform into NDMA. LC-HRMS is a bioanalytical method which uses liquid chromatography to separate sample components via a liquid mobile phase which filters through a solid stationary phase. This separation is then followed by high resolution mass spectrometry which uses the mass-to-charge ratio of one or more molecules in the sample to identify its chemical constitution. The method utilizes an Ace C18-AR column (3 µm, 100 Å, 50 x 4.6 mm from Mac-Mod), a gradient HPLC method at 0.5 mL/min flow rate with 0.1% formic acid in water (mobile phase A) and 0.1% formic acid in acetonitrile (mobile phase B); the gradient table can be found at https://www.fda.gov/media/130801/download. NDMA detection and quantitation is achieved via an HRMS instrument operating in parallel reaction monitoring (PRM) mode with positive source polarity; more details about source and detection parameters can be

[13] https://www.fda.gov/media/130801/download
[14] https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine
[15] https://www.fda.gov/media/130801/download



CONFIDENTIAL INFORMATION

found at https://www.fda.gov/media/130801/download. The method allows for NDMA quantitation in ranitidine down to 0.033 ppm (limit of quantitation or LOQ), with a limit of detection (LOD) at 0.011 ppm, and an effective quantitation range of 0.033-3.33 ppm.

21. On October 17, 2019, the FDA released a second liquid chromatography-mass spectrometry (LC-MS/MS) method to detect and quantify NDMA in ranitidine drug substance and drug product.[16] The released LC-MS method is based on a Triple-Quadrupole Mass Spectrometry (QQQ) platform as an alternative or confirmatory method for the previously announced liquid chromatography high resolution mass spectrometry (LC-HRMS) method. The FDA provided this alternative method stating that "the QQQ platform is more widely available than the LC-HRMS platform previously shared by the agency."[17] Tandem LC-MS (LC-MS/MS) is an analytical method that uses liquid chromatography connected to a mass spectrometry instrument, usually a triple-quadrupole mass spectrometer. Liquid chromatography first separates the different components of the sample concentrating the amount of each single component, and then mass spectrometry uses the mass-to-charge ratio of a compound to detect its presence. The mass spectrometry uses ionization and selective fragmentation to provide a highly sensitive level of detection, and its selective fragmentation behavior for quantitation. The method utilizes an ACE Excel C18-AR column (3 µm, 100 Å, 50 x 4.6 mm from MAC-MOD Analytical Inc.), a gradient HPLC method at 0.6 mL/min flow rate with 0.1% formic acid in water (mobile phase A) and 0.1% formic acid in methanol (mobile phase B); the gradient table can be found at https://www.fda.gov/media/131868/download. NDMA detection and quantitation is achieved via Triple-Quadrupole Mass Spectrometer operating in multiple reaction monitoring (MRM) mode

[16] https://www.fda.gov/media/131868/download
[17] https://www.fda.gov/media/131868/download



CONFIDENTIAL INFORMATION

with an APCI source with positive source polarity; more details about source and detection parameters can be found at https://www.fda.gov/media/131868/download. For sensitive detection and quantitation of NDMA in ranitidine, the following transitions were used: *m/z* 75.1 → 43.1 (quantifier) and *m/z* 75.1→ 58.1 (qualifier). The method allows for NDMA quantitation in ranitidine down to 0.033 ppm (limit of quantitation or LOQ), with a limit of detection (LOD) at 0.01 ppm, and an effective quantitation range of 0.033-3.33 ppm.

22. The next action that the FDA took regarding ranitidine was the issuance of a directive dated December 4, 2019, which stated:

> *"Today, we are announcing that we have asked manufacturers of ranitidine and nizatidine products to expand their testing for NDMA to include all lots of the medication before making them available to consumers. If testing shows NDMA above the acceptable daily intake limit (96 nanograms per day or 0.32 parts per million for ranitidine), the manufacturer must inform the agency and should not release the lot for consumer use."*[18]

23. This directive was consistent with the previous directive that the FDA provided for other pharmaceuticals, like Valsartan and other angiotensin II receptor blockers (ARBs), establishing the acceptable daily intake limit of NDMA at 96 nanograms.[19]

[18] https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine

[19] https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan (7/27/2018 update)



CONFIDENTIAL INFORMATION

24. The FDA's daily acceptable intake (AI) limits derives from the ICH M7(R1) Guidance for Industry[20] which sets forth acceptable daily intake for M7 Class 1 impurities (known mutagenic carcinogens) with no established threshold mechanism.[21]

25. In February 2021, the FDA published the Control of Nitrosamine Impurities in Drugs which states that nitrosamine compounds, like NDMA, are potent genotoxic agents that should be tightly controlled.[22] In Appendix B, the FDA explains that the method it used to calculate the 96 nanogram daily acceptable intake (AI) was linear extrapolation from NDMA's TD50 value, and that this method is appropriate to derive an AI for M7 Class 1 impurities (known mutagenic carcinogens) with no established threshold mechanism. In the appendix, the FDA provides a summary of the 96 nanogram acceptable intake (AI) calculation for NDMA.[23]

**CITIZEN PETITION FILED BY EMERY PHARMA**

26. On January 2, 2020, I, on behalf of Najafi Pharma, Inc. dba Emery Pharma, filed a Citizen Petition with the FDA regarding the drug ranitidine. As set forth in our Citizen Petition, Emery Pharma was interested in the stability of ranitidine and potential for the generation of NDMA *in vitro* because the use of headspace gas chromatography/mass spectrometry (GS-MS) to measure NDMA in ranitidine revealed that ranitidine may be heat unstable. More importantly, we wanted to understand, if not as an analytical artifact, how unacceptable levels of NDMA were detected in certain lots of ranitidine by the FDA.[24] We were interested in determining if NDMA

[20] ICH M7(R1) FDA Guidance for Industry: Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk (March 2018)
[21] Control of Nitrosamine Impurities in Human Drugs, Guidance for Industry, FDA, Center for Drug Evaluation and Research (CDER), February 2021, Appendix B
[22] Control of Nitrosamine Impurities in Human Drugs, Guidance for Industry, FDA, Center for Drug Evaluation and Research (CDER), February 2021, p.5
[23] Control of Nitrosamine Impurities in Human Drugs, Guidance for Industry, FDA, Center for Drug Evaluation and Research (CDER), February 2021, Appendix B[24] Emery Pharma Citizen Petition, January 2, 2020, Page 2
[24] Emery Pharma Citizen Petition, January 2, 2020, Page 2



CONFIDENTIAL INFORMATION

would accumulate in ranitidine-containing drug products when exposed to elevated temperatures including conditions that can occur post-release by the manufacturers of the drug. We chose ranitidine drug substance and products with low baseline levels of NDMA as this would initially offer better insight into NDMA formation from ranitidine under our experimental conditions to determine if NDMA was forming from the ranitidine molecule itself.

27. Emery Pharma conducted stability testing of USP ranitidine API and Zantac Cool Mint 150 mg tablets at 25 and 70 degrees Celsius over a 14-day time period. The results of this stability testing generally showed levels of NDMA increasing with increasing temperature. The average levels of NDMA detected in the samples on the various days are indicated in Figure 1 and Table 1 of the Citizen's Petition.[25] The Ultra-High Performance Liquid Chromatography (UHPLC)- Multiple Reaction Monitoring (MRM) method, a type of tandem LC-MS technique, used by Emery Pharma to measure the amount of NDMA in the samples is set forth in Figure 2 and Tables 2, 3 and 4 of the Citizen Petition.[26]

28. Emery Pharma's preliminary analysis revealed that while seemingly stable at room temperature, the ranitidine molecule is heat-labile and under elevated temperatures (e.g., 70 degrees Celsius) progressively accumulates NDMA. Our preliminary results are summarized in Figure 1 and Table 1 below:[27]

[25] January 2, 2020 Citizen Petition filed by Emery Pharma with the Division of Dockets Management, Food and Drug Administration
[26] January 2, 2020 Citizen Petition filed by Emery Pharma with the Division of Dockets Management, Food and Drug Administration
[27] Emery Pharma Citizen Petition, January 2, 2020, Page 2



CONFIDENTIAL INFORMATION




**Figure 1.** Preliminary stability study with USP ranitidine standard at 25 °C (black), USP ranitidine standard at 70 °C (red), and Zantac® cool mint, lot# 18G542 at 70 °C (blue). NDMA analysis performed via LC-MS/MS (*vide infra*), and quantified based on a calibration curve generated using an NDMA reference standard.

Dotted line approximately indicates the daily intake limit of 96 ng for NDMA.

**Table 1.** A preliminary stability study (n=2) was performed using USP Ranitidine, lot# MKCH3111 (at 25 °C and 70 °C) and Zantac® cool mint, lot# 18G542 (at 70 °C). Average results from NDMA analysis by LC-MS/MS are reported.

| | 25 °C | 70 °C | |
|---|---|---|---|
| | USP Ranitidine (ng of NDMA/150 mg Ranitidine) | USP Ranitidine (ng of NDMA/150 mg Ranitidine) | Zantac® Cool Mint (ng of NDMA/150 mg Ranitidine) |
| **Day 0** | 18 | 18 | 19 |
| **Day 1** | * | * | 35 |
| **Day 2** | * | * | 36 |
| **Day 5** | 18 | 106 | 58 |
| **Day 9** | * | * | 67 |
| **Day 12** | 25 | 142 | * |
| **Day 14** | * | * | 70 |

**Timepoints were not assessed.*

29. These preliminary results demonstrated that while NDMA levels in ranitidine drug product or the finished dose product could be acceptable at the time of manufacture, they may not be so when the drug is purchased and subsequently consumed by the consumer. This was concerning, since significantly elevated temperatures can occur within closed vehicles during

transportation and during storage of the drug, because there is no requirement for ranitidine to be cold-chained, i.e., shipped in temperature-controlled conditions and stored under refrigeration.[28]

30. As the FDA directed on December 4, 2019 that manufacturers should not release any lots of ranitidine for consumer use if testing showed NDMA above the acceptable daily intake limit of 96 nanograms, Emery Pharma filed the Citizen's Petition to inform the FDA that ranitidine under elevated temperatures progressively accumulates NDMA.

31. Emery Pharma requested the following in its Citizen Petition: 1) Request a recall and suspend sale of all lots of all products containing ranitidine. Given ranitidine's propensity to deteriorate at elevated temperatures to the probable carcinogen NDMA, the drug is misbranded under Section 502 of the FDCA (21 U.S.C. § 352(h)); (2) Conduct examinations and investigations under Section 702 (a) of the FDCA (21 U.S.C. § 372(a)) regarding ranitidine products, specifically stability assessment and the manufacturer submissions made for FDA approval under 704(a) of the FDCA (21 U.S.C. § 374(a)); (3) Provide information to the public regarding the high temperature instability of ranitidine products under Section 705(b) of the FDCA (21 U.S.C. § 375(b)); (4) In addition to the instructions for disposal and/or return in the recall notices, issue additional guidance to the public for the safe disposal of ranitidine, given the recognized potential that the drug may degrade to form the probable carcinogen NDMA in municipal wastewater treatment plants and impact the public water supply as was cited in the September 9 Citizen Petition; (5) Issue a directive to the manufacturers of ranitidine products to conduct a thorough stability assessment of the compound towards formation of NDMA, both in drug substance and drug product forms; (6) Issue a directive to the manufacturers and distributors to ship ranitidine products in temperature-controlled vehicles; (7) Issue a directive to the

[28] Emery Pharma Citizen Petition, January 2, 2020, Page 2



CONFIDENTIAL INFORMATION

manufacturers to clearly label ranitidine products with a warning, such as: "by-products that are probable carcinogens can be generated if exposed to heat;" and (8) In the interest of public safety, require that ranitidine-containing products be moved behind the counter and dispensed by "prescription only" and ideally tested for NDMA or otherwise assessed for heat exposure (as with a temperature-indicator label) at the dispensing pharmacy and not just at the manufacturing site.

32. On April 1, 2020, the FDA responded to Emery Pharma's Citizen Petition granting the petition's requests to (1) recall, (2) investigate, (3) inform the public, and (5) require manufacturers to conduct stability assessment. The FDA denied the following requests of Emery Pharma: request (4) to provide instructions for disposal of ranitidine citing the FDA's web page on drug disposal adequately addresses this concern; and requests (6), (7) and (8) because they were essentially moot in light of the FDA's request to remove all ranitidine drug products from the market.[29]

33. Confirming the results of Emery Pharma presented in the Citizen Petition, the FDA requested that all ranitidine containing products be removed from the United States market stating that "New FDA testing and evaluation prompted by information from third-party laboratories confirmed that NDMA levels increase in ranitidine even under normal storage conditions, and NDMA has been found to increase significantly in samples stored at higher temperatures, including temperatures the product may be exposed to during distribution and handling by consumers."[30]

[29] April 1, 2020 FDA Response to Emery Pharma Citizen Petition
[30] https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market.



CONFIDENTIAL INFORMATION

## PHARMACOLOGY OF RANITIDINE

34. Ranitidine's PubChem CID number is 3001055 and molecular formula is C13-H22-N4-O3-S.[31] It is a member of furans, a tertiary amino compound, C-nitro compound, and an organic sulfide. It is an off-white solid with a molecular weight of 314.41 that is water soluble and known to have a bitter taste and sulfur- like odor. Its chemical structure is depicted as follows[32]:




The salt form has a formula of C13-H22-N4-O3-S HCl with a molecular weight of 350.87.

35. Ranitidine (also known by the brand name Zantac®) is a member of a class of drugs known as histamine H2-receptor antagonist (H2RA). H2RAs decrease acid secretion by reversibly binding to histamine H2 receptors on gastric parietal cells.[33] First approved by the FDA in 1983, ranitidine was sold as a prescription only drug until 1995 when it was also approved for over-the-counter sale. The mechanism of action of H2RAs may be depicted as follows:

[31] Ranitidine. PubChem by the National Library of Medicine. https://pubchem.ncbi.nlm.nih.gov/compound/3001055
[32] https://pubchem.ncbi.nlm.nih.gov/compound/3001055#section=Structures
[33] Nugent, et al, H2 Blockers, National Center for Biotechnology Information, US National Library of Medicine (2021)



CONFIDENTIAL INFORMATION




**FDA APPROVED INDICATIONS**

31. Prescription Zantac was approved for clinical indications such as short-term treatment of active duodenal ulcer, maintenance therapy for duodenal ulcer patients after healing of acute ulcers, the treatment of pathological hypersecretory conditions (e.g., Zollinger-Ellison syndrome and systemic mastocytosis), short-term treatment of active, benign gastric ulcer, maintenance therapy for gastric ulcer patients after healing of acute ulcers, treatment of gastroesophageal reflux disease (GERD), treatment of endoscopically diagnosed erosive esophagitis, and maintenance of healing of erosive esophagitis.[34] Prescription Zantac came in 150 mg and 300 mg tablets, 25 mg EFFERdose tablets as well as syrup and injectables. The dose was dependent on the indication and ranged from 150 mg once daily at bedtime for maintenance of healing of ulcers, 150 mg twice daily for GERD and maintenance healing of erosive esophagitis and 150 mg four times daily for erosive esophagitis. The 150 mg prescription tablets were available in bottles of 60, 180 and 500 tablets.

32. The over-the-counter (OTC) Zantac was available in 75 mg and 150 mg tablets and indicated for relief or prevention of heartburn associated with acid indigestion and sour stomach.

[34] Zantac Prescribing Information;https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf; Zantac packaging and package insert; https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021698Orig1s031lbl.pdf



CONFIDENTIAL INFORMATION

The OTC directions were for adults and children 12 years and over:[35] Patients were directed to take up to twice daily, with water, 30 to 60 minutes **before** eating food or drinking beverages that cause heartburn. [36]

33. As seen by the packaging, bottles of OTC Zantac were available up to a total of 90 tablets per bottle in the value size and also available in "Twin Packs" which were available with 2 bottles containing 70 tablets each for a total count of 140 tablets.[37]

34. The instructions for storage of the OTC tablets were store at 20-25°C (68-77°F) and avoid excessive heat and humidity.[38] The prescription Zantac tablets indicated store between 15-30°C (59-86°F) in a dry place, protected from light.

## PHARMACOKINETICS OF RANITIDINE

36. Absorption: Following a single oral dose of 150mg, ranitidine peak serum concentrations are reached within approximately 2–3 hours in healthy adults, and 1.2–2.5 hours in children. Ranitidine has an absolute oral bioavailability of 50%.[39]

37. Distribution: The volume of distribution (Vd) for ranitidine is 1.4 L/kg. Ranitidine's large Vd indicates a greater distribution into tissues and organs. Serum protein binding is approximately 15%, drug-protein binding[40] can decrease clearance and increase the half-life of a drug. [28]

---

[35] https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021698Orig1s031lbl.pdf
[36] https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021698Orig1s031lbl.pdf
[37] https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021698Orig1s031lbl.pdf, page 29
[38] https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021698Orig1s031lbl.pdf
[39] Zantac Prescribing Information; See https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf
[40] https://journals.sagepub.com/doi/pdf/10.1177/019262339502300203, page 120



CONFIDENTIAL INFORMATION

38. Metabolism: Metabolism of ranitidine occurs in the liver by an enzyme called cytochrome P450. The metabolites of ranitidine include N-oxide <4%, s-oxide 1%, and desmethyl ranitidine 1%.[28]

39. Elimination: The half-life of ranitidine is approximately 2.5 to 3 hours, in adults with normal renal function. In elderly patients, the plasma half-life is increased to 3 to 4 hours[41] Significantly, the principal route of excretion is urine with 30% to 50% of an oral dose collected in the urine as unchanged.[42] Ranitidine is also excreted in the stool.[43]

## PHARMACOLOGY OF N-NITROSODIMETHYLAMINE

40. N-Nitrosodimethylamine (NDMA) is a volatile N-nitrosamine with the molecular formula $C_2H_6N_2O$. Nitrosamines are organic compounds that feature a nitroso functional group (N-N=O) . N-nitrosamines contain a $NR_2$-N=O (where R is an H or alkyl group).

The chemical structure of NDMA is:




41 Chau, Ranitidine kinetics in normal subjects, Clin Pharmacol Ther, pages 770-774 (1982)
42 Chau, Ranitidine kinetics in normal subjects, Clin Pharmacol Ther, pages 770-774 (1982); Zantac Prescribing Info; https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf
43 https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf

41. At room temperature, NDMA is a yellow liquid with a faint characteristic odor. It is very soluble in water, alcohol, and ether, miscible with methylene chloride and vegetable oils, and soluble in lipids, chloroform, and most other organic solvents. It has a molecular weight of 74.1, a melting point of less than 25 degrees Celsius and a boiling point of 151 – 153 degrees Celsius.[44] N-Nitrosamines, including NDMA, often form when a secondary or tertiary amine reacts with a nitrosating agent.[45] Nitrosamines are found at low levels in some foods like cheese, beer, bacon, and cured and smoked meats.[46]

42. Before April 1, 1976, NDMA was used in the manufacture of rocket fuel. Other former uses of NDMA include it's use in control of nematodes, to inhibit nitrification in soil, in active metal anode-electrolyte systems (high-energy batteries), in the preparation of thiocarbonyl fluoride polymers, and as a plasticizer for rubber and acrylonitrile polymers, a solvent in the fiber and plastics industry, an antioxidant, a softener of copolymers, and an additive to lubricants.[47] It is no longer used industrially or commercially in the United States or Canada.[48]

**<u>CARCINOGENICITY OF NDMA</u>**

43. The carcinogenicity of NDMA has been well documented over the past 50 years. NDMA has been classified as a "probable carcinogen" by the International Agency for Research on Cancer (IARC). In 1978, IARC stated that "there is *sufficient evidence* of a carcinogenic effect of *N*-nitrosodimethylamine in many experimental animal species including mice, rats, hamsters,

---

[44] NTP Report on Carcinogens, 15th Edition (2016); https://ntp.niehs.nih.gov/ntp/roc/content/profiles/nitrosamines.pdf

[45] Mirvish (1974), Lijinsky (1972), Singer (1980)

[46] NTP Report on Carcinogens, Exposure Section, 15th Edition (2016); https://ntp.niehs.nih.gov/ntp/roc/content/profiles/nitrosamines.pdf

[47] NTP Report on Carcinogens, Use Section, 15th Edition (2016); https://ntp.niehs.nih.gov/ntp/roc/content/profiles/nitrosamines.pdf

[48] WHO, Concise International Chemical Assessment Document 38, N-Nitrosodimethylamine, Page 4 (2002)



CONFIDENTIAL INFORMATION

guinea pigs, rabbits, ducks, fish, newts and frogs."[49] In fact, NDMA was noted to be carcinogenic in all animal species tested. The ICH Guideline, "M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk" specially identifies N-Nitroso compounds as part of the group of "high potency mutagenic carcinogens" referred to as the *cohort of concern* in their assessment.[50] In these agents, significant carcinogenic risk is seen even below the "threshold of toxicological concern." Similarities in its metabolism by human and rodent tissues have been demonstrated. Although no epidemiological data were available (and efforts should be directed toward this end), *NDMA* "should be regarded for practical purposes as if it were carcinogenic to humans."[51] Similarly, the United States National Toxicology Program (NTP) in its Fourteenth Report on Carcinogens lists NDMA as "reasonably anticipated to be a human carcinogen" based on sufficient evidence of carcinogenicity from studies in experimental animals.[52]

44. Twenty years ago, the World Health Organization (WHO) declared NDMA as clearly carcinogenic based upon laboratory studies in which tumors have been induced in all species examined at relatively low doses. The WHO explained that there is overwhelming evidence that NDMA is mutagenic and clastogenic, and that qualitatively the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.[53]

---

[49] IARC, Volume 17, N-Nitrosodimethylamine, (1978), page 125

[50] M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk Guidance for Industry, U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), May 2015, March 2018.

[51] IARC NDMA Evaluation, 1978

[52] NTP Report on Carcinogens, 15th Edition (2016); https://ntp.niehs.nih.gov/ntp/roc/content/profiles/nitrosamines.pdf

[53] WHO, Concise International Chemical Assessment Document 38, N-Nitrosodimethylamine, Page 4 (2002)



CONFIDENTIAL INFORMATION

45. Due to its classification as a probable human carcinogen dating back to the 1970s, there have not been any Randomized Control Trials (RCTs) conducted exposing patients/humans to NDMA to determine if it causes an increased risk of cancer.

46. NDMA must be metabolized into its reactive form for it to exert its toxic effects.[54] The cancer-causing activity of NDMA is caused by the metabolic transformation of the molecule in the liver and other tissues with Cytochrome P450 (CYPs). The metabolic transformation is through Cytochrome P450 (CYPs), a superfamily of enzymes that metabolize various compounds and pharmacological agents, including NDMA. The carcinogenic effect of NDMA is thought to occur through a Cytochrome P450-mediated conversion to a methyldiazonium ion.[55] It is the methyldiazonium ion that is highly reactive and mutagenic, and through a process called DNA alkylation, can cause mutations that can give rise to cancer.[56]

47. It is well known that NDMA is rapidly distributed and metabolized in all animal species. NDMA pharmacokinetics has been studied in over 39 species including rats, swine, beagles, and monkeys.[57] In these animal models, NDMA was so rapidly metabolized that urinary detection was not seen. NDMA is also rapidly absorbed in the gastrointestinal tract. For example, in the Gomez study, 15 minutes after the administration of NDMA less than two percent of a 2

[54] Anderson, et al., Tissue levels and biological effects of N-nitrosodimethylamine in mice during chronic low or high dose exposure with or without ethanol. *Drug Metabolism and Disposition* **14**, 733-739 (1986);
Lee, et al, An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. *Chem Res Toxicol* **9**, 1319-1324 (1996)
[55] WHO, Concise International Chemical Assessment Document 38, N-Nitrosodimethylamine, Page 4 (2002); Beard, et al, An Organic Chemist's Guide to N-Nitrosamines, Their Structure, Reactivity and Role as Contaminants J. Org. Chem, 86, 2037-2057 (2021)
[56] Beard, et al, An Organic Chemist's Guide to N-Nitrosamines, Their Structure, Reactivity and Role as Contaminants J. Org. Chem, 86, 2037-2057 (2021)
[57] Gombar, et al, Pharmacokinetics of N -nitrosodimethylamine in swine. Carcinogenesis 9, Pages 1351-1354 (1998); Gombar et al. Pharmacokinetics of N-Nitrosodimethylamine in Beagles. Cancer Research 47, Pages 343-347 (1987); Gombar et al, Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res 50, Pages 4366-4370 (1990)

mg/kg oral dose of NDMA was recovered in the rat stomach and intestine.[58] These doses then reach the liver where they are transformed into a methylating agent that reacts with liver DNA.[47] This study also found that the amount of DNA methylation to the liver was directly proportional to the dose administered, concluding that small doses of NDMA are absorbed from the gut to the same extent as large doses.[59]

48. Charles Gombar studied the pharmacokinetics of NDMA in larger mammals. In the beagle, the mean absorption half-life after an I.V. bolus dose was 12 minutes and the distribution half-life for NDMA was 19 minutes.[60] The bioavailability of the oral 1 mg/kg NDMA dose, which is the percent of an oral dose that reaches the systematic circulation, averaged 93%.[61] No NDMA was found in the urine.[62] The results suggested that the liver was not the only organ involved in the clearance of NDMA.[63] This finding was significant as it demonstrated in large mammals the oral dose of NDMA reaching the general circulation is probably much greater in the dog than in the rat which had been previously shown to have a bioavailability of only 10%.[64]

49. Gombar also conducted a study in swine in which after administration of the lower oral dose of 1.0 mg/kg, the bioavailability of NDMA was 67%.[65] After oral administration, NDMA was rapidly absorbed with the concentration in blood reaching peak approximately 23 minutes after dosing.[66] The mean distribution half-life was 7 minutes.

---

[58] Gomez, et al., The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. *The Biochemical Journal* 164, Pages 497-500 (1977)
[59] Gomez, et al., The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. *The Biochemical Journal* 164, Pages 497-500 (1977)
[60] Gombar et al. Pharmacokinetics of N-Nitrosodimethylamine in Beagles. Cancer Research 47, Pages 343, 345 (1987)
[61] Gombar et al. Pharmacokinetics of N-Nitrosodimethylamine in Beagles. Cancer Research 47, Page 343 (1987)
[62] Gombar et al. Pharmacokinetics of N-Nitrosodimethylamine in Beagles. Cancer Research 47, Page 344 (1987)
[63] Gombar et al. Pharmacokinetics of N-Nitrosodimethylamine in Beagles. Cancer Research 47, Page 344 (1987)
[64] Gombar et al. Pharmacokinetics of N-Nitrosodimethylamine in Beagles. Cancer Research 47, Page 345 (1987)
[65] Gombar, et al, Pharmacokinetics of N -nitrosodimethylamine in swine. Carcinogenesis 9, Page 1351, 1352 (1998)
[66] Gombar, et al, Pharmacokinetics of N -nitrosodimethylamine in swine. Carcinogenesis 9, Page 1352 (1998)



CONFIDENTIAL INFORMATION

50. In the monkey, he found that the mean half-life of an i.v. bolus dose of NDMA was 21.1 ± 8.5 minutes, and the average half-life following an oral dose was 22.9 minutes. The oral bioavailability of NDMA was estimated to be 49%.[67] This study also led to the hypothesis that the liver is not the only clearing organ for NDMA.[68] Again, this study confirmed significant extrahepatic metabolism of NDMA in larger species.

51. NDMA is metabolized by CYP2E1 which is present in the liver[69] and elsewhere in the body and leads to the generation of an unstable hydroxymethylnitrosamine and decomposes to formaldehyde and methane-diazonium-ion, which methylates DNA and protein. It predominantly forms N7 and O6 -methylguanine (N7 MG and O6 MG) as well as O4-methylthyminethe latter being highly mutagenic. [70] There is evidence that the toxicological effects of NDMA are directly dependent upon the CYP2E1-dependent metabolic conversion of this nitrosamine to highly reactive species.[71] The hepatotoxicity of NDMA was attributed to the methyldiazonium ion formed via the hydroxylation pathway as shown below.

---

[67] Gombar et al, Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res 50, Pages 4366-4370 (1990)

[68] Gombar et al, Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res 50, Pages 4366-4370 (1990)

[69] Sulc, et al. The binding affinity of carcinogenic N-nitrosodimethylamine and N-nitrosomethylaniline to cytochromes P450 2B4, 2E1 and 3A6 does not dictate the rate of their enzymatic N-demethylation. Gen. Physiol. Biophys. 29: Pages 175-185 (2010)

[70] H. Lin, P. F. Hollenberg, Chem Res Toxicol., May;14(5):562-6 (2001)

[71] Preussmann R., Trends Pharm. Sci. 8: Pages 185–189 (1987); Lee V.M., Keefer L.K., Archer M.C. An evaluation of the roles of metabolic denitrosation and "- hydroxylation in the hepatotoxicity of N-nitrosodimethylamine. Chemical research in toxicology 9:Pages 1319–1324 (1996). George, et al., Dimethylnitrosamine-induced liver injury in rats: The early deposition of collagen. Toxicol. 156:Pages 129-138 (2001). Guengerich, et al., Role of human cytochrome P-450 IIE1 in the oxidation of many low molecular weight cancer suspects. Chem. Res. Toxicol. 4(2):Pages 168- 179 (1991)



CONFIDENTIAL INFORMATION




## SYNTHETIC ROUTE TO MANUFACTURE RANITIDINE

52. The synthetic route used to manufacture Ranitidine Hydrochloride is shown in Figure 2 (copied below) on GSK's Investigations into the Root Cause for the presence of N-Nitrosodimethylamine (NDMA) in Ranitidine Hydrochloride Drug Substance and associated Drug Products dated June 15, 2020. GSKZAN0000051927-52018. Figure 2 on page 15 of the GSK RCA (GSKZAN0000051941) provides as follows:



CONFIDENTIAL INFORMATION




53. Ranitidine is synthesized from furfuryl alcohol that undergoes an aminomethylation reaction using dimethylamine and paraform which forms 5-(dimethylaminomethyl) furfuryl alcohol. A further reaction with 2-mercaptoethylamine hydrochloride gives a product of substitution of the hydroxyl group in 5-dimethylaminomethyl-2-(2′-aminoethyl) thiomethylfurane, and then reacting this with *N*-methyl-1-methylthio-2-nitroethenaamine forms ranitidine.[72]

[72] Vardanyan, Synthesis of Essential Drugs, Chapter 16 - Antihistamine Drugs (Science Direct 2006)



CONFIDENTIAL INFORMATION

54. The synthetic process involves two constituents of NDMA, dimethylamine and nitrite, but in separate steps with dimethylamine hydrochloride used to prepare the amino alcohol intermediate and sodium nitrite as a reagent that can be used to prepare nitromethane. I agree with the GSK root cause analysis that dimethylamine has a low boiling point of 6.8 degrees Celsius so it would generally be removed by the high temperature and vacuum distillation used to purify the diamine intermediate, and accordingly, the elevated NDMA levels in the drug substance would not be related to the prior formation earlier in the manufacture. However, because the synthetic process involved both sodium nitrite and dimethyamine, the company should have worried about NDMA formation even at extremely low concentration (less than 300 ppm), as nitrite serves as a potent nitrosating reagent and small amount of both sodium nitrite and dimethylamine could have been carried over through various chemical reactions and processes. Given this possibility, the synthetic organic chemist and quality control team should have anticipated some level of NDMA, NDEA or other nitrosated amine and tested for it.

55. Ranitidine has long been recognized as susceptible to humidity. Teraoka *et al. (1991)* highlighted the effect of temperature and relative humidity on the solid-state of chemical stability of ranitidine hydrochloride.[73] However, this study was limited to ranitidine hydrochloride API and did not test for NDMA.

**<u>GSK'S INVESTIGATIONS INTO THE ROOT CAUSE FOR THE PRESENCE OF N-NITROSODIMETHYLAMINE (NDMA) IN RANITIDINE HYDROCHLORIDE DRUG SUBSTANCE AND ASSOCIATED DRUG PRODUCTS DATED JUNE 15, 2020 (RCA)</u>**

56. As part of my investigation into answering the question "Does NDMA form from ranitidine? " I reviewed and analyzed GSK's Root Cause Analysis (RCA) conducted in response

[73] Teraoka, et al. Effect of Temperature and Relative Humidity on the Solid-State of Chemical Stability of Ranitidine Hydrochloride, Journal of Pharma. Sciences, pp. 601-604 (1992)

to requests that GSK received from regulatory agencies that was used as part of GSK's response to the European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) initiating an Article 31 referral procedure to review the potential presence of NDMA in ranitidine drug substance and products.[74] The RCA sets forth the steps taken by GSK between September 2019, the month that Valisure filed its Citizen Petition, and April 2020, the month that the FDA requested all ranitidine be withdrawn from the US market, to determine the cause of NDMA in ranitidine.

57. As part of the RCA, GSK conducted isotopic labeling studies.[75] In the RCA, GSK described the process used to manufacture the labelled ranitidine.[76] The approach taken by GSK was to prepare ranitidine labelled in both the dimethylamino function and the nitro group as the two contributing parts of NDMA. For the dimethylamino group, use of D6 dimethylamine was chosen as the starting point, and for the nitro group, $^{15}$N nitromethane, as these were readily available stable labelled building blocks. The NDMA generated would be the +7 isotopologue which was thought to be easier to resolve analytically from the unlabeled NDMA due to the larger difference in molecular weight than would be possible if $^{15}$N dimethylamine had been used. GSK's proposed strategy is shown in Figure 37 below.[77]




**Figure 37** Proposed strategy for isotopically labelled study

[74] GSK, RCA, GSKZAN0000051927, Page 7
[75] GSK RCA, GSKZAN0000051927, Pages 74-76
[76] GSK RCA, GSKZAN0000051927, Page 74 and 75
[77] GSK RCA, GSKZAN0000051927, Page 74



CONFIDENTIAL INFORMATION

58. As part of GSK's RCA, stress testing at 60°C was conducted on the following: a sample of ranitidine free base, the labelled batch and 1:1 blended batch. The results from the stress testing of the ranitidine free base and unblended hydrochloride labelled batches provided conclusive evidence that formation was occurring via an internal degradation mechanism. Based on these results, it can be unequivocally concluded that NDMA formation is entirely due to an intermolecular reaction between ranitidine molecules. Furthermore, the results also confirm that there are no exogenous sources or impurities contributing to NDMA formation, which is entirely consistent with the conclusion drawn by GSK's RCA.[65]

59. GSK also conducted Drug Substance and Drug Product Stability studies as part of its RCA. These stability studies confirmed what was reported in the Emery Pharma Citizen Petition – that ranitidine under elevated temperatures progressively accumulates NDMA. A batch of ranitidine drug substance (Saraca 0000875414) with a starting NDMA content of 0.46 micrograms/gram was stored in a sealed vial in an oven at 60°C for 7 days, and the NDMA content increased to 14 µg/g.[78] GSK also conducted a study in a closed oven with a relative humidity of 10% RH at 60°C, and 50-60% RH at 20°C for 7 days. Light exposure was only to the ambient light in the laboratory. A Saraca batch was used for this testing (RH/0820191283) and recrystallized using isopropanol and water (Ref GSK00165-006).

The NDMA results[79] were as follows:

[78] GSK, RCA, GSKZAN0000051927, Page 18
[79] GSK. RCA, GSKZAN0000051927, Page 19

**Table 8** DOE Factors and Ranges :-

| Factor | Range | |
|---|---|---|
| Drug Substance Source | As is (Saraca RH/0820191283) | Recrystallised (GSK00165-006) |
| Temperature | Ambient (20°C) | 60°C |
| Exposure | Sealed | Unsealed |
| Light | Protected | Exposed |

The study was conducted in a closed oven with a relative humidity of 10%RH at 60°C and 50-60% RH at 20°C so the impact of exposure to atmosphere would be limited. Before sealing, vials were purged first with nitrogen. Light exposure was only to the ambient light in the laboratory. The input batch was provided by Saraca (RH/0820191283) and recrystallised using isopropanol and water (Ref GSK00165-006) Samples were stored for a period of 7 days. The NDMA content and HPLC impurity profiles were determined for the samples - the NDMA results are tabulated below (**Table 9**).

**Table 9** NDMA results from DOE on storage conditions

| Experiment | Batch | Temperature | Exposure to Atmosphere | Exposure to Light | NDMA (µg/g) |
|---|---|---|---|---|---|
| GSK00158-51-1 | Saraca RH/0820191283 | 20°C | Yes | No | 0.49 |
| GSK00158-51-2 | Recryst. GSK00165-006 | 60°C | Yes | Yes | 0.56 |
| GSK00158-51-3 | Recryst. GSK00165-006 | 20°C | No | No | Not detected |
| GSK00158-51-4 | Recryst. GSK00165-006 | 60°C | No | Yes | 0.59 |
| GSK00158-51-5 | Saraca RH/0820191283 | 60°C | No | No | 3.9 |
| GSK00158-51-6 | Saraca RH/0820191283 | 60°C | Yes | Yes | 3.0 |
| GSK00158-51-7 | Recryst. GSK00165-006 | 20°C | Yes | Yes | NGT 0.17 |
| GSK00158-51-8 | Saraca RH/0820191283 | 20°C | No | No | 0.39 |

NGT - Not greater than

60. This study again confirmed that temperature affects NDMA formation. Notably, atmosphere and light were not found to be significant factors.[80] However, the study fails to acknowledge the effect of recrystallization, which may be improving the bulk morphology, and thus the stability of the molecule. Impurity content by HPLC analysis was conducted, and total

[80] GSK, RCA, Page 20



CONFIDENTIAL INFORMATION

impurities ranged between 0.2 and 0.4% area, with no single impurity exceeding 0.05% in any batch and no obvious trends. All batches would have met the HPLC impurities specification.[81]

61. GSK also conducted an accelerated stability monitoring study with Saraca drug substance (Batch RH/0920191305) manufactured in September 2019. The drug substance had 0.33 µg/g of NDMA (equivalent to 50 ng/150 mg) to start. The drug substance was put under combinations of temperature conditions ranging from 60 to 80 degrees Celsius and 10 to 80 percent relative humidity.[82] The results of these stability monitoring studies are summarized in Table 10:

62. As can be seen by Table 10, higher levels of NDMA formed during the study at

**Table 10 NDMA Results (µg/g)) Generated for Drug Substance Batch No RH/09 2019 1305 in ASM Study**

| Temp (°C) | %RH | Initial | Day 3 | Day 5 | Day 7 | Day 10 | Day 14 | Day 21 |
|---|---|---|---|---|---|---|---|---|
| 60 | 30 | 0.33 | | | 21.6 | 29.0 | 38.3 | 47.1 |
| 60 | 65 | | | | 65.2 | 68.4 | 19.1 | 12.5 |
| 70 | 10 | | | 19.5 | 22.8 | 26.5 | 32.8 | 43.3 |
| 70 | 80 | | | 60.3 | 46.2 | 55.7 | 15.3 | 3.5 |
| 80 | 25 | | 59.8 | 83.0 | 93.3 | 120.2 | | |
| 80 | 50 | | 128.1 | 82.2 | 66.1 | 12.1 | | |

All data points apart from the initial sample result exceed the upper limit of the validation range of the LC/MS method which is 8 µg/g.

60°C for 7 days, and humidity appeared to also be a factor in NDMA formation. The amount of NDMA in solid ranitidine drug substance was shown to increase when subjected to heat and humidity.[83]

[81] GSK, RCA, Page 20, GSKZAN0000051927
[82] GSK, RCA, Pages 20-21
[83] GSK, RCA, GSKZAN0000051927, Page 21



CONFIDENTIAL INFORMATION

63. GSK also ran testing to investigate the impact of drug substance source on the rate of NDMA formation. Samples of drug substance (Saraca, SMS, Jurong, and Recrystallized Batches) were tested with stability studies at 60 degrees Celsius. The comparison of the study results across sources of drug product are shown in Table 13:

**Table 13** Comparison of stability studies at 7-day timepoint

| Batch | Origin | NDMA increase over 7 days at 60°C (µg/g) |
|---|---|---|
| 113423-136-1 | Saraca Grade 1[1] | 7.37 |
| R14/PB-I/ 190764 | Saraca Grade 1[1] | 7.4 |
| R14/PB-I/ VB1901 | Saraca Grade 3[2] | 0.28 |
| N74638-17-3 | SMS | 0.43 (10 days) |
| N75283-5-1 | GSK Jurong | 0.19 |
| N74638-13-1 | Lab single recrystallisation | 0.71 |
| N74638-14-1 | Lab double recrystallisation | 0.59 |

1 Isolation solvent IPA/MeOH (ratio 73:27)
2 Isolation solvent IPA/MEOH (ratio 38:62) + 3.4% water)

64. GSK highlighted the following results: the Saraca batch that exhibited the slower rate of NDMA formation after stressing was manufactured using a modified process for the final isolation, which involved the addition of water and a change to the isopropanol and methanol solvent ratio; GSK Jurong and SMS batches have a similar rate of NDMA formation to the Saraca Grade 3 material after stressing; and material crystallized once or twice (input was Saraca batch 113423-136-1) from a mixture of isopropanol and methanol showed a much slower rate of NDMA formation after stressing. GSK also noted that when the samples

were subsequently stored in a refrigerator (ca 5°C), there was no further increase in NDMA detected.[84]

[84] GSK, RCA, GSKZAN0000051927, Page 24



CONFIDENTIAL INFORMATION

GSK decided to conduct another accelerated stability study (ASM) shown in Table 14 below, with Grade 3 batch (R14/PB1/VB1901) even though Saraca Grade 3 was never supplied to GSK for commercial use. This study varied in temperature and humidity. The results are summarized in Table 14. Notably, observations were made during the study of changes in the drug substance from the white solid starting appearance to orange oil, brown oil, dark brown oil, off white solid, pale yellow sticky solid, yellow sticky solid, yellow solid and orange solid. Samples that remained as solids had less NDMA formation. NDMA content in samples that underwent deliquescence to oils was higher and once samples lost crystallinity due to deliquescence both the general chemical stability and stability with respect to NDMA formation decreased. Again, this study demonstrated that elevated temperatures and relative humidity accelerate NDMA formation apart from the samples which underwent deliquescence that had initially higher levels of NDMA which decreased over time. The impurity content of samples that remained as solids remained low but total impurity content of up to 69% area (confirmed by HPLC) was seen for those samples which became oils, and significantly a large number of impurity peaks were formed. GSK reported that under conditions where the Grade 3 batch remained as a crystalline solid, "it exhibited good chemical stability and generated NDMA slowly." The results of the accelerated stability study with Grade 3 batch (R14/PB1/VB1901) are shown below in Table 14 in green and the results from GSK's other study were also included by GSK in the chart for comparison in black. For some samples, the HPLC impurity profile is included in red as a percent area for the total impurities present in the sample.[85]

[85] GSK, RCA, GSKZAN0000051927, Pages 24 and 25



CONFIDENTIAL INFORMATION

**Table 14 Results for Saraca Grade 1 Batch No. RH/09 2019 1305 and Saraca Grade 3 Batch No. RI4/PB-I/VB 1901 from ASM Study**

| Temp (°C) | %RH | Batch ID | Test | Initial | Day 3 | Day 5 | Day 7 | Day 10 | Day 14 | Day 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 10 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | | | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | ND | 0.06[2] | 0.10[2] | 0.13 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 0.23 |
| | | | Description | NT | | | White Solid | White Solid | White Solid | White Solid |
| 50 | 75 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | | | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 4.3 | 8.6[1] | 12.1[1] | 22.0[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 24.0 |
| | | | Description | NT | | | Orange Oil | Orange Oil | Orange Oil | Brown Oil |
| 60 | 30 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | 21.6[1] | 29.0[1] | 38.3[1] | 47.1[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 0.08[2] | 0.19 | 0.41 | 0.80 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 0.46 |
| | | | Description | NT | | | White Solid | White Solid | White Solid | Pale Yellow Solid |
| 60 | 65 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | 65.2[1] | 68.4[1] | 19.1[1] | 12.5[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 116.1[1] | 50.9[1] | 39.6[1] | 31.8[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | 26.9 | NT | NT | 47.6 |
| | | | Description | NT | | | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil |
| 70 | 10 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | 19.5[1] | 22.8[1] | 26.5[1] | 32.8[1] | 43.3[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | 0.32 | 0.48 | 0.65 | 1.1 | 1.6 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | NT | NT | NT | NT | 0.35 |
| | | | Description | NT | | White Solid | Off White Solid | Off White Solid | Pale Yellow Sticky Solid | Yellow Sticky Solid |
| 70 | 80 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | 60.3[1] | 46.2[1] | 55.7[1] | 15.3[1] | 3.5 |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | 37.3[1] | 45.1[1] | 22.2[1] | 39.4[1] | 63.8[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | NT | NT | NT | NT | 69.0 |
| | | | Description | NT | | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil |
| 80 | 25 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | 59.8[1] | 83.0[1] | 93.3[1] | 120.2[1] | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | 1.8 | 3.3 | 5.4 | 94.0[1] | | |
| | | | Total Impurities by HPLC (%area) | 0.17% | NT | NT | NT | 30.9 | | |
| | | | Description | NT | Yellow Solid | Orange Solid | Brown Solid | Dark Brown Oil | | |
| 80 | 50 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | 128.1[1] | 82.2[1] | 66.1[1] | 12.1[1] | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | 148.9[1] | 64.9[1] | 63.3[1] | 20.1[1] | | |
| | | | Total Impurities by HPLC (%area) | NT | 29.9 | NT | NT | 68.2 | | |
| | | | Description | NT | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | | |

**Notes:** ND Not Detected

1. Result exceeds the upper limit of the validation range of the LC/MS method which is 8 μg/g.
2. Result is below the Limit of Quantification of 0.13μg/g

65. GSK concluded from this testing that NDMA forms at different rates depending on the source of the sample. Recrystallization of the Grade 1 materials did provide greater stability, there was no clear evidence that any particular impurity is linked to the formation of NDMA, and



CONFIDENTIAL INFORMATION

that differences in the final purification processes used for the different sources of drug substance could correlate with the rate of NDMA formation in the isolated drug substance - the overall concentration of the crystallization and a higher concentration of methanol in the crystallization solvent.[86]

66. GSK also conducted tablet stability studies under six different storage conditions for 28 days with samples taken every 7 days. Two batches of tablets were used for the studies. The NDMA content in the API used to make the tablets and the tablet NDMA content were compared before the stability study was run for 28 days. The API NDMA content was in general lower than the tablet NDMA content.[87] This stability study again confirmed that ranitidine transforms into NDMA with increasing temperature and humidity. Table 39 shows the results: [88]

**Table 39 Ranitidine Tablet ASM Study Results**

| Batch | Temperature (°C) | Relative Humidity (%) | NDMA Content[1,2] (µg/g) | | | | | Integrity of Tablet (7, 14 and 21 day timepoint) |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | 7 | 14 | 21 | 28 | |
| FA8E 150mg GSK Jurong | 50 | 30 | 0.31 | 0.15 | 0.21 | 0.34 | 0.44 | Intact |
| | 50 | 65 | 0.31 | 57.6 | 178.2 | 130.3 | 128.8 | Film coat lost |
| | 60 | 30 | 0.31 | 0.39 | 1.3 | 3.9 | 10.4 | Intact |
| | 60 | 65 | 0.31 | 198.5 | 159.2 | 156.4 | 83.8 | Film coat lost |
| | 70 | 25 | 0.31 | 8.7 | 31.4 | 65.0 | 278.2 | Intact |
| | 70 | 50 | 0.31 | 283.2 | 263.6 | 140.0 | 95.7 | Film coat lost |
| | | | | | | | | |
| WM9K 300mg Saraca Grade 1 | 50 | 30 | 0.38 | 0.48 | 0.80 | 1.4 | 2.48 | Intact |
| | 50 | 65 | 0.38 | 191.4 | 157.4 | 136.7 | 55.9 | Film coat lost |
| | 60 | 30 | 0.38 | 1.7 | 5.6 | 11.1 | 25.1 | Intact |
| | 60 | 65 | 0.38 | 280.9 | 170.6 | 80.8 | 38.6 | Film coat lost |
| | 70 | 25 | 0.38 | 19.5 | 52.6 | 104.3 | 176.3 | Intact |
| | 70 | 50 | 0.38 | 277.8 | 153.5 | 79.2 | 13.8 | Film coat lost |

1. All results >8.89 µg/g exceed the highest calibration standard of the LC/MS method
2. All results <0.28 µg/g are below the highest calibration standard of the LC/MS method

67. Notably, when the film coat lifted from the tablets at the higher humidity conditions NDMA formed at higher rate. With higher humidity, the tablet cores turned dark brown indicating

[86] GSK, RCA, GSKZAN0000051927, Page 31
[87] GSK. RCA, GSKZAN0000051927, Table 38, Page 79
[88] GSK, RCA, GSKZAN0000051927, Page 80



CONFIDENTIAL INFORMATION

that significant degradation had occurred. Increasing humidity significantly affected the rate of NDMA formation as did time. Note however, a fall in NDMA content over time was observed in tablets that lost their film coat which can be seen in Table 39 above.

68. The GSK RCA also went through many other factors in an attempt to isolate those factors that could cause or influence the rate of NDMA formation such as impurities like Oxime and nitrite. Neither were found likely to be a root cause of NDMA formation.[89]

69. GSK also did an analysis of the physical properties of the drug substance noting differences in their "bulk density."[90] The testing done by GSK included scanning electron microscopy (SEM), crystallization imaging study, gravimetric vapour sorption (GVS) studies, thermogravimetric analysis, specific surface area testing, differential scanning calorimetry, helium pycnometry (AccuPyc 1330), remain and FTIR spectroscopy and x-ray powder diffraction (XRPD). GSK reported these insights from the physical properties testing:[91]

- Two different crystal morphologies have been observed, irregular and columnar. These are in turn correlated with the stability of the material, with the columnar morphology generating NDMA at a slower rate in stability tests.
- The irregular morphology results from a crystallization process that proceeds via an oil phase.
- Columnar material which when supplied from Saraca, (designated as Grade 3), does not retain water to the same extent as the irregular material (designated as Grade 1 ) according to the GVS study.
- Columnar material appears to be more stable as determined by the higher

[89] GSK, RCA, GSKZAN0000051927, Page 35
[90] GSK, RCA, GSKZAN0000051927, Section 7, Pages 36-50
[91] GSK, RCA, GSKZAN0000051927, Page 50



CONFIDENTIAL INFORMATION

decomposition temperature determined by TGA analysis than the irregular material.

• All samples tested are of polymorphic form II with no other forms detected.

• Columnar and irregular materials are chemically indistinguishable exhibiting the same spectroscopic signatures in the Raman and FT-IR spectra.

70. As part of the RCA, GSK identified an impurity known as AH18937AA caused by a degradation of nitroalkene in all samples containing NDMA and that the level of this impurity structure was correlated with NDMA content.[92] This impurity could be generated from the loss of nitro group on the molecule.

71. GSK then attempted to identify the mechanism of NDMA formation from ranitidine. A couple of mechanistic pathways were suggested.[93] One suggested mechanism was via protonation of the tertiary amine, then breakdown facilitated by oxygen of the furan ring releasing diethylamine which can then react with a nitrosation source. The other suggested mechanism was via nitrosation of the tertiary amine to give a quaternary nitrosamine which then can break down via a similar mechanism to generate NDMA. Spiking studies were performed which indicated that the pathway where the nitrosating agent reacts with a free secondary amine was more likely than the initial nitrosation of the tertiary amine to form NDMA.[94]

72. Mechanisms of NDMA formation resulting from the fragmentation of the nitroalkene group which would release a nitrosating species capable of reacting with dimethylamine to form NDMA were also explored.[95] These pathways included Nef type reaction, retro Henry reaction, and rearrangement of nitro to nitrite group. Importantly, none of these

[92] GSK, RCA, Pages 51-57
[93] GSK, RCA, Pages 58-59, GSKZAN0000051927
[94] GSK, RCA, Page 60
[95] GSK. RCA., GSKZAN0000051927, Page 62-63



CONFIDENTIAL INFORMATION

mechanisms require anything but ranitidine and the presence of water, oxygen and a proton source which are all present. Water was acknowledged to be a known factor in NDMA formation.[96]

73. It is significant that GSK in its RCA concluded that degradation of ranitidine occurs in two parts of the ranitidine molecule with the products of the degradation combining to form NDMA even though they were not able to identify the actual mechanism of NDMA formation.

74. In summary, the GSK RCA concludes:

a. NDMA formation resulted from the self-catalyzed degradation of drug substance;
b. Heat, humidity, and crystal morphology are critical for the generation of nitrosamine impurities;
c. Eleven impurities and four degradants were identified, dimethylamine group retained in all byproducts;
d. Nitrite source was used for the synthesis of nitro olefinic piece prior to the introduction of dimethylamine during manufacture;
e. Dimethylamine was used during the synthesis of ranitidine;
f. There was no cross contamination from recycled solvents;
g. There are no aprotic amide solvents used in manufacturing; and
h. None of excipients contained any nitrosating agent.

75. In addition to the GSK RCA, another study published in 2020 authored by Abe demonstrated the formation of NDMA in ranitidine API and tablets.[97] Common drug manufacturing accelerated stability testing was used in the study[98] Tablets were stored at 40 $^{O}$C and 75% RH for up to 8 weeks and then analyzed for NDMA content by LC/MS. The NDMA levels increased from 0.19 to 116 ppm, and from 2.89 to 18 ppm. For tablets stored at 50 $^{O}$C and 75% RH, NDMA levels tested over 8 weeks ranged between 200 ppm and approximately 500 ppm. Ranitidine reagent powders were placed under similar conditions and the increases in NDMA

[96] GSK. RCA, GSKZAN0000051927, p. 69
[97] Abe, et al. Temperature-dependent formation of N-nitrosodimethylamine during storage of ranitidine reagent powders and tablets. Chem. Pharm. Bull. (Tokyo) 68: 1008-1012 (2020).
[98] Guidance for Industry Q1A(R2) Stability Testing of New Drug Substances and Products, US Dept of Health and Human Services, FDA, CDER (November 2003)



CONFIDENTIAL INFORMATION

levels were less than the tablets (approximately 4 to 40 ppm) but exceeded the FDA's maximum allowable NDMA limit of 0.32 ppm.[99]

76. The Abe study was followed by a 2021 study by Yokoo entitled the Possible Root Causes of the Presence of NDMA in Ranitidine Hydrocholoride.[100] This study examined the relationship between NDMA formation and ranitidine's known impurities. The study concludes that in addition to ranitidine, impurities A, C, D, E, H and I also produce NDMA at different rates in a solid or an oily liquid state, and that amorphous impurities A, C and E can significantly contribute to NDMA formation.

**RANITIDINE IS KNOWN TO CHANGE COLOR UNDER HEAT AND HUMIDITY CONDITIONS INDICATING DEGRADATION**

77. When a drug changes color, it may be indicative of a chemical change. Many instances of color changes of ranitidine drug product were observed, and temperature and humidity were known factors causing this change. [101]

[99] https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine
[100] Yokoo, et al., Possible Root Causes of the Presence of NDMA in Ranitidine Hydrocholoride, Chem. Pharm. Bull 69, 872-876 (2021)
[101] GSKZAN0001171038 -1171045, 1171044; GSKZAN0001080333; GSKZAN0001181071; GSKZAN0001181072; GSKZAN0002179052-2179097, 2179061; GSKZAN0001080334; GSKZAN0001181073; GSKZAN0001181053-1181085; GSKZNDAA0000205524-205767; GSKZAN0000205629; GSKZAN0000562725 – 562735; GSKZAN0000212123 – 212143; GSKZAN0000212125; GSKZAN0000212132; GSKZAN0000442996 – 443019 BOE_ZAN_MDL_0002739944-2740422; BOE_ZAN_MDL_0000035610; BOE_ZAN_MDL_0000035627 -35629; BOE_ZAN_MDL_0000035631; BOE_ZAN_MDL_0000035643; BOE_ZAN_MDL_0000522562; BOE_ZAN_MDL_0000035645; BOE_ZAN_MDL_0000035647; BOE_ZAN_MDL_0000522562- BOE_ZAN_MDL_0000522565l BOE_ZAN_MDL_0000035651; BOE_ZAN_MDL_0000035654; BOE_ZAN_MDL_0000035656; BOE_ZAN_MDL_0000455209 – 455218; BOE_ZAN_MDL_0000455214- BOE_ZAN_MDL_0000455216PFI00702141-702203; BOE_ZAN_MDL_0000522555 PFI00702179; PFI00702186; PFI00702193; PFI00152111-152114; PFI00168873-168883; PFI00168884 -168894; PFI00168895-168905; SANOFI_ZAN_MDL_0000464890; SANOFI_ZAN_MDL_0000464650; SANOFI_ZAN_MDL_0000464558; SANOFI_ZAN_MDL_0000464558; SANOFI_ZAN_MDL_0000464449; SANOFI_ZAN_MDL_0000198055



CONFIDENTIAL INFORMATION

78. During Emery Pharma's testing, some tablets that were tested under heat and/or humidity conditions exhibited changes in color. These tablets that exhibited color change when subsequently tested had formed NDMA.

79. Obvious changes in appearance of a tablet/product indicate an underlying chemical modification/degradation of the product constituents to generate differently colored impurities. A root cause analysis should have been conducted to evaluate all potential degradants and determine if the color change was due to excipients reacting with ranitidine or ranitidine reacting with itself. A gas/volatile analysis of the odor and proper untargeted analysis using headspace GC as well as LC/MS-MS should have been performed to determine the identity of the degradants. Investigations performed were entirely inadequate to determine if this breakdown product had health risk consequences. We now know that moisture and heat are promoters of NDMA formation and other nitrosated compounds.

**RANITIDINE IS KNOWN TO GIVE OFF ODOR UNDER HEAT AND HUMIDITY CONDITIONS INDICATING DEGRADATION**

80. Another indication of ranitidine degradation is odor. Odor often times indicates the release of a volatile compound. The ranitidine molecule has a disulfide moiety in the center of the molecule. Low molecular weight disulfides molecules are well known for their odors

81. During our testing of ranitidine, an odor was noticeable. The defendants were aware of observations of odor associated with heat and humidity conditions.[102] . The odor should

[102] BOE_ZAN_MDL_0000033326 – 33357; BOE_ZAN_MDL_0000033342; BOE_ZAN_MDL_0000033346; BOE_ZAN_MDL_0002568023 – 2568024; BOE_ZAN_MDL_0002575743 – 2575744; BOE_ZAN_MDL_0000201368 – 201553; BOE_ZAN_MDL_0000216710 – 216729; BOE_ZAN_MDL_0001954881 – 1954882; BOE_ZAN_MDL_0000209250; BOE_ZAN_MDL_0002533910-2533913



CONFIDENTIAL INFORMATION

have been an indicator that Ranitidine is breaking down to its components. Hence, a thorough root cause analysis (RCA) should have been performed.

## RANITIDINE IS KNOWN TO FORM NDMA BY REACTION WITH SODIUM NITRITE

82. It has been known since the early 1970s that amines can react with nitrite in the acidic conditions of the stomach forming nitrosamines.[103] This process is known as nitrosation – a chemical reaction in which organic compounds are converted into nitroso compounds. This process is the replacement of a hydrogen atom in a molecule by the nitroso (-N=O) group.[104]




83. Studies such as Lijinsky (1972)[105] and Mirvish (1974)[106] have shown that dimethylamino groups of drugs can react with nitrite under certain conditions to form NDMA. As

[103] Smith, P. A. S., and Loeppky, R. N., J. Amer. Chem. Soc., **89,** 1147 (1967).
[104] Austin, AT, Nitrosation in Organic Chemistry, Science Progress Vol 49, No, 196, pages 619-640 (October 1961)
[105] Lijinsky et al., Carcinogenic Nitrosamine formed by Drug/Nitrite interactions, Nature Publishing Group (1972)
[106] Mirvish et al. Kinetics of the Nitrosation of Aminopyrine to give Dimethylnitrosamine, Z. Krebsforsch 82, 259-268 (1974)



CONFIDENTIAL INFORMATION

ranitidine has a dimethylamino group the possibility that NDMA can be formed when the drug interacts with nitrite was a known chemical possibility.

84. The Mechanism of Nitrosation of Tertiary Amines was published by G.M. Singer in 1980.[107] In his introduction, Singer wrote "Tertiary amines may be nitrosated under mild, acidic conditions to give nitrosamines in low to moderate yield." This article highlights the importance of tertiary amine nitrosation as a source of nitrosamines. As the ranitidine molecule contains a tertiary amine, it is predictable that the ranitidine molecule will react with nitrite in the acidic conditions of the stomach especially in the presence of high nitrite foods.

85. Knowing this, the Glaxo Group Research Limited conducted a study by Tanner in 1982 named "The determination of N-nitrosodimethylamine formed by reaction of ranitidine hydrochloride with sodium nitrite."[108] This study was specifically performed to determine whether nitrite reacts with ranitidine hydrochloride to form NDMA generally following WHO NAP conditions per The International Agency for Research on Cancer (IARC) monograph Volume 24, September 1980 but did not follow the entire protocol as discussed below.

86. According to the WHO NAP (nitrosation assay procedure), ranitidine hydrochloride (10 mM) and nitrite (40 mM) were incubated in 6% acetic acid (10 mL) at 37 degrees Celsius for four hours.[109] NDMA was formed in 3.1% chemical yield (229,000 nanograms equivalent to: 229 µg). Notably, they did not take a measurement at one hour as set forth in the WHO NAP protocol. A second experiment was performed with increased ranitidine concentration at 40 mM that decreased the NDMA yield to 0.74% (219,000 nanograms equivalent to 219 µg).

---

[107] Singer, GM, The Mechanism of Nitrosation of Tertiary Amines, Frederick Cancer Research Center (1980)
[108] Tanner, et al. The determination of N-nitrosodimethylamine formed by reaction of ranitidine hydrochloride with sodium nitrite (1982); GSKZAN0000084994- 85002
[109] Tanner, et al. The determination of N-nitrosodimethylamine formed by reaction of ranitidine hydrochloride with sodium nitrite (1982); GSKZAN0000084994- 85002



CONFIDENTIAL INFORMATION

However, no proper justification is provided for this deviation from the WHO NAP procedure. Further conditions were tested in gastric juice (pH of 3) with 1 mM ranitidine HCl plus 0.3 mM sodium nitrite "gave a weak signal, similar to that observed from a control incubation without drug."[110] Gas chromatography/ mass spectrometry (GC/MS) was used to determine the NDMA content.

87. This work should have been considered a foundational study to understand the propensity for ranitidine and available nitrite in the system to form NDMA and followed up by subsequent more in-depth studies and analyses. Instead, this study makes overly broad conclusions and dismisses the danger posed to patients from chronic NDMA exposure from ranitidine, squarely relying on data from faulty experimental set up and narrow test conditions. There are several areas of this study that need additional scrutiny.

88. Smith Kline & French Research Ltd. studied the formation of NDMA from ranitidine and other marketed drugs using the WHO standard NAP conditions. (GSKZAN0003535392). By study entitled Formation of N-Nitrosodimethylamine from Ranitidine and Other Marketed Drugs dated June 1, 1982, SKF reported NDMA formed from the interaction of 0.01M t-amine and 0.04 sodium nitrite at pH of 3 and at 37ºC after 1 hours, 4 hours and 24 hours, and NDMA formed from interaction of equimolar concentrations (0.01M) of ranitidine hydrochloride (Zantac solution, ampoules) and sodium nitrite at pH3 and 37º C after 1, 4 and 24 hours. (GSKZAN0003535392- GSKZAN0003535395) using Gas-liquid chromatography with a thermal energy analyzer for detection. SKF reported the following results:

[110] Tanner, et al. The determination of N-nitrosodimethylamine formed by reaction of ranitidine hydrochloride with sodium nitrite (1982); GSKZAN0000084994- 85002



CONFIDENTIAL INFORMATION

Table 1

Formation of NDMA from Tertiary Amines (0.01M) and Sodium Nitrite (0.04M) at pH3 and at 37°C

| tertiary amine | Molar % NDMA After 1 hr. | 4 hr. | 24 hr. |
|---|---|---|---|
| SK&F 93391 - Raniditine (prepared by SK&F) | 1.3 | 2.7 | 3.8 |
| Ranitidine (hydrochloride - solid) | 1.3 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solid) (repeat) | 1.4 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solution) (ampoule) | 1.8 | 2.7 | 3.9 |
| Chlorpromazine (hydrochloride) | 0.0007 | 0.005 | 0.03 |
| Chlorpheniramine (maleate salt) | 0 | 0.004 | 0.02 |
| Oxytetracycline (hydrochloride) | 0.8 | 3.3 | 7.9 |

Table 2

Formation of NDMA from Ranitidine (0.01 M) and Sodium Nitrite (0.01 M) at pH 3 and at 37°C

| Form of Ranitidine | Molar % NDMA after 1 hr. | 4 hr. | 24 hr. |
|---|---|---|---|
| Ranitidine Hydrochloride Solution (Ampoule) | 0.007 | 0.04 | 0.12 |

89. This SKF study, and GSK's own, Dr. Tanner, demonstrated that ranitidine and nitrite can form NDMA.

90. *Maura & Brambilla* also studied ranitidine under acid conditions stating that "[b]ecause of the presence in ranitidine molecule of a dimethylamino group, in analogy with the nitrosation pattern of other tertiary amines DMN (N-nitrosodimethylamine) formation should be



CONFIDENTIAL INFORMATION

also expected." However, the authors suppose only a very small amount could have been formed and conclude therapeutic conditions nitrosation of ranitidine should be either minimal or absent.[111]

91. The carcinogenicity and the broad risk posed by N-nitroso compounds (nitrosamines and nitrosamides) have been discussed extensively in the literature during the period of 1960 – 1980, both from a theoretical/mechanistic, as well as experimental perspective. Specifically, many publications discussed the possibility of the formation of N-nitroso compounds *in vivo* (endogenous formation) by the reaction of nitrosatable amine precursors and nitrosating agents, such as nitrite or nitrous gases.[112]

92. Follow-up research on the genotoxic and carcinogenic risk to humans of drug-nitrite interaction products was explored by Brambilla in 2006.[113] The study also recognized that drugs are nitrosatable due to the presence of amine, amide or other groups which by reacting with nitrite in the stomach, or even in other sites, can give rise to the formation of N-Nitroso compounds like NDMA, a genotoxin. Brambilla tested ranitidine for the formation of NOC by reaction with nitrite and reported that an N-Nitroso-nitrolic acid derivative of ranitidine formed. He also performed genotoxicity and/or carcinogenicity assays on ranitidine. Ranitidine was positive on 10 assays and weakly positive on 1 assay.[114] When Brambilla measured the potency of ranitidine N-Nitroso derivatives in inducing DNA fragmentation in cultured Chinese hamster ovary cells and/or in primary rat and human hepatocytes, its potency was relatively high compared to many of the

---

[111] Maura, et al., DNA Damage Induced by Nitrosated Ranitidine in Cultured Mammalian Cells, Toxicology Letters, 18, 97-102 (1983)
[112] IARC, Volume 24 Monograph (1980)
[113] Brambilla, et al, Genotoxic and carcinogenic risk to humans of drug-nitrite interaction products, Science Direct Mutation Research 635 17-52 (2007).
[114] Brambilla, et al, page 40 (2007).



CONFIDENTIAL INFORMATION

other drugs.[115] This study by Brambilla clearly indicates that products formed by endogenous ranitidine nitrosation can represent a genotoxic-carcinogenic risk to humans.

93. The IARC Monograph on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Volume 24 (1980) explains that many N-nitroso compounds like nitrosamines have been shown to be carcinogenic to animals. The Monograph specifically mentions that the formation of N-nitroso compounds is theoretically possible with all compounds that contain amino groups, and calls attention to the facts that "since the endogenous formation of N-nitroso compounds nitrosatable amine precursors and nitrosating agents, such as nitrite or nitrous gases, is not usually taken into account in carcinogenicity tests of the parent compound, additional investigations are necessary to evaluate this potential hazard." Tertiary amines, like the ones in ranitidine, are specifically recognized as capable of undergoing Nitrosation.[116]

94. The WHO Expert Group proposed the 'Nitrosation Assay Procedure" (NAP) assay to evaluate the possibility for formation of endogenous carcinogenic products in an *in vitro* setting under standard conditions.[117] Specifically, WHO recognized that evaluating carcinogenicity risk by feeding a drug/nitrite combination to experimental animals is not only an expensive proposition, but also a relatively insensitive one. Thus, as a matter of standardization, and to aid meaningful comparisons, the NAP test was established to evaluate *in vitro* drug-nitrite combination. These conditions were chosen to facilitate the formation of N-nitroso compounds and evaluate drugs based on a standardized platform.

[115] Brambilla, et al, page 43 (2007)
[116] IARC Monograph, Volume 24, citing Hein, 1963; Smith & Loeppky,page 297-298 (1967)
[117] IARC, 1980, Vol. 24 monograph, page 302



CONFIDENTIAL INFORMATION

95. As explained in the IARC monograph, the NAP conditions were developed as a method to evaluate drug-nitrite combinations but it is incredibly challenging to assess such realistic levels of exposure to N-nitroso compounds as it requires intricate knowledge of ADME (absorption, distribution, metabolism and excretion) properties for several chemical entities, and assessment of the nitrosation rate in the gut.

96. WHO proposed that any NAP test must conform to the following criteria: Concentration of drug: 10 mmol/L (mM), Concentration of nitrite: 40 mmol/L (mM), Reaction temperature: 37 $^{o}$C, pH: 3-4; and Reaction times: 1 hour and 4 hours to evaluate rapidly and slowly reacting compounds. These conditions were recommended by the WHO Study Group in 1978, and established in the IARC monograph Vol. 24 in 1980. It is imperative that reaction conditions be kept identical to the above, specifically for the purpose of standardization and comparison. However, if some N-nitroso products are found to be unstable, "the reaction time may need to be altered following a detailed examination of the chemical reactions." *(IARC, 1980, Vol. 24 monograph).*

97. It is quite remarkable that the Tanner study discussed above choose not to follow the WHO NAP test standardized conditions. Specifically, when conducting the NAP test, ranitidine and nitrite reactions were not conducted for 1 and 4 hours, rather, reaction times were limited to just 4 hours. As such, the study did not evaluate the quantity of NDMA formed during the first hour of the reaction. A single timepoint data at 4 hours of reaction will likely underestimate the total NDMA produced due to a substantial loss of NDMA to degradation.

98. The NAP test requires a broader evaluation of N-nitroso compounds established by mass spectrometry or other appropriate methods. This study only looked at one specific N-nitroso compound, NDMA. Other potential carcinogenic N-nitroso compounds from ranitidine and nitrite



CONFIDENTIAL INFORMATION

reaction have been evaluated elsewhere by Glaxo Group Research Limited, e.g. 1981 Bell, Manchee, and Smith Study, entitled "Nitrosation in ranitidine – Assessment of dinitrosated ranitidine formation in man".[118]

99. Even so, the partial NAP test at 4 hours resulted in an NDMA at ~3.1% yield based on ranitidine. This constitutes a major response. This yield was corrected for 62% recovery of ranitidine, another problematic manipulation, *vide infra*. At 3.1% yield, ranitidine would rank 3rd on the list of nitrosatable drugs, presented in the IARC monograph depicted below.[119] The monograph further lists dozens of publications that offer experimental evidence of carcinogenicity and other relevant biological effects of N-nitrosatable drugs in this list.

**Table 3. The relative *N*-nitrosation of selected drugs: percent nitrosamine yield in a defined nitrosation assay procedure (NAP test)[a]**

| | |
|---|---|
| 100 | |
| 50 | Aminophenazone |
| 10 | |
| 7 | Phenacetin |
| 2.4 | Lucanthone |
| 1.0 | |
| 0.6 | Tolazamide |
| 0.2 | Chlorpheniramine and oxytetracycline |
| 0.1 | Quinacrine |
| 0.08 | Disulfiram and methapyrilene |
| 0.05 | Chlorpromazine |
| 0.04 | Methadone |
| 0.03 | Dextropropoxyphene |
| 0.01 | |

[a] From WHO (1978)

100. As a follow up to the partial WHO NAP test, Dr. Tanner conducted a NDMA assessment from ranitidine at 40 mM drug concentration (instead of the standardized 10 mM). Such a variation is not permitted per the NAP test. The results from this variation found that the

[118] GSKZAN0000369530-545
[119] IARC Monograph, Volume 24, Page 303.



CONFIDENTIAL INFORMATION

NDMA yield drops to 0.74% when ranitidine is tested at 40 mM concentration. The study concludes that this is due to secondary reactions of ranitidine that compete for the additional nitrite.

101. While excess ranitidine can certainly react with nitrite, the study misses a critical reason for the decreased NDMA yield. At a higher ranitidine concentration and just looking at a 4-hour timepoint, NDMA will be formed and eventually degraded at a more accelerated rate.

102. The Tanner study further ventured into testing NDMA production from ranitidine at " expected" human stomach conditions (1 mM ranitidine HCl, 0.3 mM sodium nitrite, and pH=3) at either simulated gastric conditions (6% acetic acid) or in real gastric juice. The use of 0.3 mM sodium nitrite to mimic physiological levels after a nitrite-rich meal is the value found in the 1979 Walters study. GSKZAN0000369538. Notably, Tanner's first listed reference is a citation to a study by Bell and Smith entitled Nitrosation of ranitidine under simulated stomach conditions, Glaxo Group Research Report, 1981, BI 81/29 (GSKZAN0000085002), *which has not been produced to date in this litigation.*

## GASTRIC NITRITE CONCENTRATION

103. There have been some studies assessing gastric nitrite concentration in the presence of a nitrite meal. In the late 1970s, Walters conducted *in vitro* and *in vivo* experiments measuring




Fig. 2. Mean gastric nitrite concentrations (▲——▲) and pH values (△---△) following consumption (over the period ▨) of a meal containing 0·83 mM nitrite (58 ppm as $NaNO_2$).



CONFIDENTIAL INFORMATION

the effect of dietary nitrite on gastric nitrite levels.[120] The first study with 9 "normal" volunteers demonstrated that nitrate rich meals caused a rapid rise in salivary nitrite levels with peak levels reached 2 hours after completion of the meal (mean peak concentrations 1.77±0.283 mM). The same researcher also conducted a study wherein six healthy volunteers suffered a rapid rise in gastric levels of nitrite following ingestion of a meal containing nitrite of 0.83 mM. The maximum gastric nitrite levels occurred approximately 40 minutes after commencement of the meal with a sharp decrease in the mean gastric nitrite levels starting at approximately 60 minutes. This figure demonstrates the mean gastric nitrite concentration levels measured from 0 to 100 minutes which was approximately 0.3 mM.

104. It is important to note that the participants in the Walters study were normal volunteers who do not represent the users of Zantac which is indicated for the treatment of ulcers, GERD, erosive esophagitis, and pathological hypersecretory conditions.[121] The study does not provide data regarding the nitrite levels measured for each of the volunteers and complete range of values.[122]

105. A related study from 1981 by Bell, Manchee, and Smith has been produced, entitled, "Nitrosation of ranitidine – Assessment of dinitrosated ranitidine in man". GSKXAN0000369530. In this study, the gastric nitrite levels for fasted state had been evaluated based on just 2 healthy volunteers, which is far from adequate especially since ranitidine is

---

[120] Walters, et al., Nitrite Sources and Nitrosamine Formation In Vitro and In Vivo, Food and Cosmetics Toxicology, Vol. 17, Issue 5 (1979) pages 473-479.

[121] Zantac 150 Tablets, Zantac 300 tablets , Zantac 25 EFFERdose Tablets, Zantac 150 EFFERdose Tablets, and Zantac Syrup Prescribing Information, https://www.accessdata.fda.gov/drugsatfda_docs/label/2005/018703s065,019675s031,020251s016lbl.pdf

[122] Walters, et al., Nitrite Sources and Nitrosamine Formation In Vitro and In Vivo, Food and Cosmetics Toxicology, Vol. 17, Issue 5 (1979) pages 473-479.



CONFIDENTIAL INFORMATION

indicated for patients with gastric issues that make their stomach conditions different from healthy volunteers.

106. In a diverse patient population, with different stomach-related ailments,[123] the gastric nitrite levels are destined to be highly variable and unpredictable, and nitrite levels fluctuate as they are highly dependent on the person's immediate diet, which is quite impossible to capture by a single metric.

107. In contrast, Xu conducted a fasting gastric study (1993) to examine the relationship between intragastric N-nitrosation, gastric pH and nitrite. [124] This was a large study with gastric samples from patients taken after an overnight fast with a variety of gastrointestinal conditions while undergoing endoscopy. Nitrite levels in the gastric juice were analyzed within 30 minutes of collection in 457 samples. This study demonstrates the variability of gastric pHs and gastric juice nitrite concentrations between patients. A summary of the results in presented in Table 1 below.

**Table I.** Analysis of 457 fresh gastric juice samples for nitrite and *N*-nitroso compounds (NOC) using an improved method

| pH | *n* | Nitrite (μmol/l) | | NOC (μmol/l) | |
|---|---|---|---|---|---|
| | | Mean ± SE | Range | Mean ± SE | Range |
| 1.13− | 176 | 0.12 ± 0.02 | ND−1.42 | 1.38 ± 0.21 | ND−23.56 |
| 2.00− | 66 | 0.17 ± 0.03 | ND−1.14 | 1.63 ± 0.30 | ND−11.58 |
| 3.00− | 26 | 0.33 ± 0.06 | ND−1.13 | 0.99 ± 0.21 | ND−4.61 |
| 4.00− | 18 | 2.55 ± 0.53 | ND−6.32 | 0.92 ± 0.18 | ND−2.75 |
| 5.00− | 17 | 8.75 ± 4.68 | 0.07−82.10 | 1.18 ± 0.23 | ND−3.43 |
| 6.00− | 39 | 25.64 ± 5.78 | 1.19−190.25 | 2.85 ± 0.39 | ND−10.15 |
| 7.00− | 100 | 53.59 ± 8.50 | 1.78−651.20 | 3.80 ± 0.46 | ND−28.26 |
| 8.00−8.42 | 15 | 48.49 ± 7.53 | 12.81−113.26 | 3.89 ± 1.16 | ND−16.07 |

ND, not detected.
Student's *t*-test: nitrite, all comparisons between any two pH categories, $P < 0.05$ (2.00− versus 3.00−) or $P < 0.01$, except for 1.13− versus 2.00−, 4.00− versus 5.00− and 7.00− versus 8.00−, $P > 0.05$; NOC, comparisons between different pH ranges, 1.13−2.99 (mean ± SE, 1.45 ± 0.17) versus 3.00−5.99 (1.02 ± 0.12), $P < 0.05$; 1.13−2.99 versus 6.00−8.42 (3.57 ± 0.33), $P < 0.01$; 3.00−5.99 versus 6.00−8.52, $P < 0.01$.

[123] Xu, et al., *N-Nitroso Compounds in Fresh Gastric Juice and Their Relation to Intragastric pH and Nitrite Employing an Improved Analytical Method*, Carcinogenesis. 14(12): pages 2547-51 (Dec 1993).
[124] Xu, et al., *N-Nitroso Compounds in Fresh Gastric Juice and Their Relation to Intragastric pH and Nitrite Employing an Improved Analytical Method*, Carcinogenesis. 14(12): pages 2547-51 (Dec 1993).



CONFIDENTIAL INFORMATION

Even in this fasted state study, there was a great degree of variability of gastric juice nitrite values amongst the patient group ranging from 0.12 to as high as 651.20 µmol per liter. At low and high pH ranges, there was a statistically significant relationship between N-nitroso compounds and nitrite concentration (low pH range 1.13-4.99 ($r=0.169$, $p<0.01$) and high pH range 5.00-8.42 ($r=0.450$, $p<0.01$). This large variability is an indicator that gastric juice nitrite levels can vary tremendously between individuals depending on many variables including pH. pH values also varied in this study significantly from very acidic at 1.13 to quite basic at 8.42. Intragastric pH variability was also demonstrated by Bell in his 1996 study. [125]

108. Unfortunately, the Tanner study attempted the exact thing that the IARC monograph categorically warns against and dismissed findings from the NAP test based on experimental data under self-assessed "physiological" conditions that were established in a separate non-peer reviewed internal study. (Glaxo Group Research Report, 1981, BI 81/29 (GSKZAN0000085002), *which has not been produced to date in this litigation).*

109. There were also many basic technical problems with the Tanner study including those relating to the experiments, data, and calculations conducted around the recovery assessment of NDMA. The study describes an elaborate protocol for NDMA extract preparation from the NAP test reaction mix that included multiple initial extractions, washing, drying under reflux, transfers, etc. As NDMA is a semi-volatile analyte, it is imperative that a suitable internal standard be used to account for potential loss of material during the extraction process. In other words, a proper estimation of NDMA recovery is essential for accurate quantitation.

[125] Bell, Hunt, Aliment Pharmacology Ther; 10: 897–904 (1996)



CONFIDENTIAL INFORMATION

110. Today, when used in conjunction with mass spectrometry, such internal standards are mostly heavy isotopologs of the analytes of interest, e.g., NDMA-$d_6$ is often used as an internal standard for NDMA quantitation. However, when such heavy isotopologs were not available. a surrogate chemical entity may be used. This surrogate should be chosen very carefully to mimic the chemical properties of the analyte, so it can be expected to behave similarly (preferably, near identical) as the analyte during the extraction process.

111. In the case of the Tanner study, NDEA was attempted to be used as an internal standard. While not perfect, this would've been a reasonable choice. However, due to technical limitations of the GC-MS equipment being used, it was ultimately not possible to use NDEA. At this juncture, the prudent action would've been to take a step back and identify another suitable internal standard. Instead, Tanner and colleagues decided to proceed with normalizing the observed NDMA data with a recovery estimate (~62%) made from only one prior experiment which is highly inappropriate. Analyte recoveries are variable and can change even between experimental replicates, specifically for such volatile analytes as NDMA undergoing a multistep extraction process. Thus, using a recovery number from only one other experiment and drawing such consequential conclusions is simply unreliable. In plain terms, data generated in such a fashion is meaningless.

112. The Tanner study does not explicitly mention how the extractions were conducted for the gastric juice, and there was no recovery estimation attempted for gastric juice work. Human gastric juice is a complex biological matrix and analyte recoveries are highly dependent on nature and composition of the matrix. Running these experiments without an internal standard, or even attempting to evaluate NDMA recovery from this matrix, make the results untrustworthy, and



CONFIDENTIAL INFORMATION

worthless. In light of all of these technical problems with the Tanner study, Emery Pharma conducted a NAP study as part of its investigation into this case which is discussed in detail below.

## NDMA LEVELS REPORTED IN RANITIDINE

### A. FDA

113. In response to our Citizen's Petition, the FDA sent information request letters to all ranitidine active drug master file and application holders asking them to assess their processes for nitrosamine formation risk and to test recent batches of drug substance and drug product for NDMA, and if NDMA was found, they were asked to provide a summary of their root cause analysis. Certain manufacturers were asked to send product samples to the FDA for FDA testing. See FDA Letter dated April 1, 2020 to Emery Pharma.[126]

114. In the April 1st letter, the FDA reported to us testing approximately 180 ranitidine samples which included tablets, injectables and liquid syrups. These samples were purchased, collected by FDA inspectors or received from the manufacturers in response to information requests. The FDA's sample testing used one of the FDA published testing methods (the LC-HRMS method or LC-MS/MS methods found at https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine).

115. According to the FDA, the testing results revealed the following: "NDMA was consistently detected in ranitidine"; "preliminary findings from stability testing raised concerns that NDMA levels in some ranitidine products stored at room temperature can increase with time to unacceptable levels"; "the Agency's laboratory tests indicate that temperature and time contribute to an increase in NDMA levels in some ranitidine products"; "preliminary stability tests

[126] https://emerypharma.com/wp-content/uploads/2020/04/FDA-2020-P-0042-CP-Response-4-1-2020.pdf



CONFIDENTIAL INFORMATION

under accelerated conditions, one of which was conducted at 40ºC/75% humidity, indicate that elevated temperatures can lead to the presence of NDMA in the drug product"; and "the preliminary results from FDA's stability testing, and other information available to the Agency, FDA is no longer confident that any ranitidine product will remain stable through its labeled expiration date." See April 1, 2020 FDA letter to Emery Pharma responding to Citizen Petition (FN 113).

116. All products tested by the FDA which were reported showed some level of NDMA. The lowest parts per million (ppm) level being Strides Shasun Ltd 300 mg tablets with NDMA at 0.02 ppm (6 ng/300 mg tablet) and the highest were Novitium 300 mg tablets at 2.85 ppm (855 ng/ 300 mg tablet). The corresponding tablet levels were 0 µgrams (Strides) and 0.86 µgrams/860 nanograms (Novitium) per tablet. Nine groups of lots tested had at least some of the lots testing with NDMA levels in excess of the FDA limit of 96 nanograms. The FDA published testing results include 8 lots of Sanofi 150 mg tablets with NDMA levels from 10-360 nanograms, 8 lots of Sanofi 75 mg tablets with NDMA levels from 10 to 40 nanograms, and three lots of Sanofi 150 mg tablets with NDMA levels from 10 to 330 nanograms. There is no information in the April 1st letter from the FDA as to the temperature and humidity conditions associated with the storage of the products tested.

**B. <u>Sanofi</u>**

117. Sanofi conducted drug product and active product ingredient (API) tests for NDMA content in seven ranitidine batches of Zantac which included the following products: OTC Zantac 150®, Zantac 150® Cool Mint, and 75® film-coated tablets. SANOFI_ZAN_MDL_0000038688-38787; SANOFI_ZAN_MDL 0000039073. The tablets, all marketed for the United States, tested to have levels below the limit of quantification up to 2801 ppb (2.801 ppm) which was found in a



CONFIDENTIAL INFORMATION

Zantac Cool 150 mint batch that was manufactured on April 24, 2019. This would equate to 420.15 nanograms in the 150 mg tablet which is calculated by multiplying the dose of ranitidine by the ppm (i.e. 150 mg x 2.801 ppm). As the initial report date is October 21, 2019 with follow-ups twice in November and one December 24, 2019, this batch which was manufactured on April 24, 2019 was tested within 6 months of its manufacture as the NDMA levels are reported in the initial report dated October 21, 2019. SANOFI_ZAN_MDL_0000038351-52. The results of the API testing were NDMA levels ranging from 1938 to 9335 ppb (1.938 to 9.335 ppm). SANOFI_ZAN_MDL 0000039073. Notably, each batch of API tested had some level of NDMA. When Sanofi tested a batch that was part of its ongoing stability program at 25 degrees C plus or minus 2 degrees C/60% RH plus or minus 5 %, it was found to have 5.24 ppm of NDMA which would equal 786 nanograms in a 150 mg tablet. SANOFI_ZAN_MDL_0000033886.

**C. <u>GSK</u>**

118. As part of the root cause analysis, GSK performed NDMA testing on film coated tablets, effervescent tablets, syrup, and IV solution. The product NDMA content ranged from 0.18 ppm (µg/g ranitidine) to 7.6 ppm (µg/g ranitidine). GSKZAN0000883508. The lowest NDMA level of 0.18 ppm was detected in 25 mg/ml Zantac Injection supplied from Parma. The highest NDMA level of 7.6 ppm was found in a 300 mg tablet supplied from Encore manufactured in November 2017. GSKZAN0000883508. For tablets made with Dr. Reddy's API, the highest value was 2.9 ppm found in a 150 mg tablet which equates to 435 nanograms of NDMA in the tablet. GSKZAN0000883508. For tablets made with Jurong API, the highest NDMA value was 0.52 ppm in a 150 mg tablet which equates to 78 nanograms of NDMA in the tablet. GSKZAN0000883508. These particular tablets made with Dr. Reddy's and Jurong API were not intended for the United States market but GSK did sell other Zantac in the United States market



CONFIDENTIAL INFORMATION

made with Dr. Reddy's and Jurong API. See Chart of Zantac US Supply Chains. Exhibit 3348, Depositions of Stephen McGhie.

In a follow-up communication dated January 14, 2020 to the FDA regarding NDMA in ranitidine, GSK provided a copy of GSK's January 8, 2020 submission to the EMA Article 31 Referral questions to address the Committee for the Medicinal Products for Human Use (CHMP) List of Outstanding Issues. GSKZNDAD0000314040-4051. In the communication, GSK reported its tests results of ranitidine drug substance and finished product intended for the global market as follows: drug substance 0.11 to above the highest calibration standard of 9.9 mcg/g; film coated tablets 0.24 – 7.6 mcg/g; effervescent tables 0.52-2.1 mcg/g; IV solution 0.24 – 1.1 mcg/g; and syrup less than 0.66 – 2.7 mcg/g. GSKZNDAD0000314040. To put these numbers in perspective, the amounts in the film coated tablets would equate to NDMA levels of 36 - 1,140 nanograms in a single 150 mg tablet or 72 - 2,280 nanograms in a single 300 mg tablet. A 150 mg dose of syrup would have 99 - 405 ng of NDMA.

**D. Boehringer Ingelheim (BI)**

119. Sanofi tested Boehringer Ingelheim Zantac's 150 mg finished dose tablets finding NDMA ranging from 11.1 to 420.15 nanograms per tablet. SANOFI_ZAN_MDL_0000065220 The FDA also performed testing on Boehringer Ingelheim product finding NDMA ranging from 18.23 to 41.18 nanograms per 75 mg Zantac tablet, and from 16.2 to 62.25 nanograms per 150 mg Zantac tablet. SANOFI_ZAN_MDL_0000065220.

**METHODS OF QUANTIFYING NDMA CONTENT IN RANITIDINE**

120. Since gas chromatography (GC) based methods which use heat to measure the quantity of NDMA in ranitidine can cause degradation of ranitidine and formation of NDMA, we



CONFIDENTIAL INFORMATION

utilized liquid chromatography-tandem mass spectrometry (LC-MS/MS) methods for the determination of NDMA in ranitidine drug substance and drug product.

121. Emery Pharma developed, validated and utilized the following LC-MS/MS method for quantitation of NDMA in ranitidine drug substance (API) and drug product (film coated tablets), provided in Appendix B.

122. A summary of validation parameters is provided in Appendix B.

123. The LC-MS/MS as used by Emery Pharma to measure NDMA content in ranitidine drug substance and solid dosage drug product is a generally accepted method for conducting such test in the scientific community and is one of the methods recommended by the FDA.[127]

## LONG TERM REFRIGERATION STABILITY STUDY

124. GSK, in its RCA, stated that storing ranitidine (drug substance and product) at 5 degrees Celsius prevented further NDMA formation. GSKZAN0000051950. Uquifa, the manufacturer of API for both BI and Sanofi, also acknowledged as part of a "NDMA Control Strategy" that their testing showed that ranitidine drug substance maintained at 5 plus or minus 3 degrees C have a not detected NDMA content, and the NDMA content two years after date of manufacturer is still the same. SANOFI_ZAN_MDL_000025318-439. Section 5.1 at 405.

125. To confirm this, Emery Pharma performed a long-term refrigeration stability study to test whether refrigerating ranitidine would stop ranitidine from degrading. To test this, we measured the baseline NDMA content in drug product (Sanofi, Lot: 19D452U, Expiration 4/2022) prior to placing the samples in the refrigerator at 2 – 8 ˚C (otherwise referred to as 4 ˚C). The samples were withdrawn from the refrigerator and analyzed on a monthly basis. The results of our

[127] https://www.fda.gov/media/131868/download



CONFIDENTIAL INFORMATION

testing demonstrated no appreciable NDMA formation while the samples were stored in the refrigerator. The results of this study are illustrated on the following graph:




Figure A: NDMA levels during refrigeration storage in ranitidine tablets.

.

126. This testing revealed that when stored under refrigerated conditions, ranitidine does not degrade appreciably to form NDMA.

**BASELINE TESTING OF SAMPLES FROM GLAXOSMITHKLINE (GSK), BOEHRINGER INGELHEIM (BI) AND SANOFI**

127. Emery Pharma received samples of product from GSK, BI and Sanofi for testing. The samples were shipped by the defendants to Emery Pharma. Information regarding the samples was provided via chain of custody forms and interrogatory responses some of which were substantively changed after initial service with the final changes being provided as supplemental

and amended interrogatory responses on January 18, 2022. See Defendants' Answers to Interrogatory 14 and Defendants' Sanofi's Supplemental and Amended Answer to Interrogatory 14.

128. The type of information that was provided regarding the samples received included batch/lot number, NDA holder, finished dose manufacturer/contract manufacturing organization (CMO), API used in finished dose, dose, finished dose container system or bulk product, number of doses in finished dose container, storage temperature and humidity conditions (controlled, monitored, ambient), place of storage before shipped to plaintiffs, manufacture date, and expiration date. See Defendant GSK and BI's Answers to Plaintiffs' Interrogatory 14 with attachments and Sanofi Supplemental and Amended Answer to Interrogatory 14 with attachments. Many of the finished dose batches had a three-year expiration date so patients could be taking Zantac in accordance with labelled instructions up to three years after its manufacture.

129. Baseline testing of tablets was performed in accordance with the LC-MS/MS protocol set forth above.

130. Emery tested 254 batches in total, 166 of them were not expired and 88 were expired. There were only 5 batches with NDMA levels that were lower than the FDA's NDMA acceptable daily intake of 96 nanograms. The other 249 batches tested had levels that were over the FDA's NDMA 96 nanogram acceptable daily intake limit. The FDA advises companies to recall medications if testing shows levels of NDMA above the acceptable daily intake of 96 nanograms per day.[128]

[128] Control of Nitrosamine Impurities in Human Drugs, Guidance for Industry, FDA, Center for Drug Evaluation and Research (CDER), February 2021, p.10



CONFIDENTIAL INFORMATION

131. The results of Emery Pharma's baseline testing of the tablets is shown on the Master Baseline Tablet Data Spreadsheet attached to this report. The range of NDMA levels found in the tablets was from 11.7 nanograms/150 mg to 14,991.6 nanograms/150 mg. For the unexpired product tested, the mean NDMA level for a 150 mg dose was 1,096.6 nanograms. For expired product, the mean NDMA level for a 150 mg dose was 2,222.2 nanograms.

132. The tablets provided to us by the defendants for testing were either regular Zantac or Zantac Cool mint, had Dr. Reddy's or Uquifa API, came in a variety of different finished dose containers with varying numbers of tablets, were either retained, unsold or returned, came from a variety of storage locations, and were stored before being shipped to Emery in either controlled, monitored or ambient conditions. These different variables are reflected on the Master Baseline Tablet testing spreadsheet.

133. The FDA's published test results indicate they tested 19 lots of Sanofi product. The lots tested have lot numbers of 19E413M, 19D554, 19A432U, 19C540, 19D431I, 19D442N (19D442M), 19D423M, 19D464M, 18L012U, 9A003U (19A003U), 19B006M, 18M025M, 18N023U, 19B005N, 19A002U, 18N026U, 19D570, 19D428U and19E408M. (SANOFI_ZAN_MDL_0000142040). Most of the lots (17) tested by the FDA were set to expire between March 3, 2021 and May 30, 2022. (SANOFI_ZAN_MDL_0000040297). Depending on the product and packaging (i.e., blister pack, pouch, bottle, 150mg, or 75mg), Sanofi's set expiration date was either 24 months or 36 months (Sanofi's Amended and Supp. Answers and Objections to Final Set of Interrogatories to Brand Defendants). The lots in question were tested by the FDA in the fall of 2019, meaning these lots had been manufactured that year (2019) and were well within their expiration date. (SANOFI_ZAN_MDL_0000142040). The temperature and humidity conditions endured by samples tested by the FDA are unknown.



CONFIDENTIAL INFORMATION

134. Emery Pharma baseline testing results would be more explanatory of the amount of NDMA in tablets consumed by some patients than the FDA's or the drug manufacturer's internal testing results as documents show that it could take many months for a product to reach a consumer from date of manufacture. For example, Batch A21193's date of manufacture was June 14, 2006 (BOE_ZAN_MDL_0000322811-812) and was still in the supply chain being delivered to the warehouse on April 26, 2007 (BOE_ZAN_MDL_0000322809) and May 2, 2007 (10 months in supply chain). (BOE_ZAN_MDL_0000322819) Batch A10823's date of manufacture was May 3, 2005 (BOE_ZAN_MDL_0000322900) with a date of delivery to the warehouse of May 2, 2007 (almost 24 months in supply chain).(BOE_ZAN_MDL_0000322898) Batch A16950's date of manufacture of December 15, 2005 (BOE_ZAN_MDL_0000323228) with a date of delivery to the warehouse of April 25, 2007 (almost 16 months in supply chain). (BOE_ZAN_MDL_0000323225). For each of the time periods noted, the Zantac product has still not reached the consumer.

135. Emery Pharma also conducted baseline NDMA testing for the drug substance (API). The drug substance lots tested and the results of the baseline NDMA are set forth on the API Baseline Testing spreadsheet attached to this report. The manufacture dates for the tested drug substance ranged from 2010 to 2019. Prior to Emery Pharma's receipt of the drug substance and testing, the drug substance was kept in temperature-controlled conditions and humidity conditions that were monitored, ambient or not controlled. See Defendants' Answers to Interrogatory 14 and Defendants' Sanofi's Supplemental and Amended Answer to Interrogatory 14. The baseline average NDMA levels expressed in terms of a 150 mg dose of ranitidine ranged from 57.9 to 6,671.4 nanograms per 150 mg of ranitidine. Significantly, the highest level of NDMA was



CONFIDENTIAL INFORMATION

detected in batch 1908000252 manufactured in July 2019 which was the most recent manufacture date of all drug substance tested. All API lots tested had some level of NDMA.

136. Emery Pharma also tested Zantac syrup, Injectables and Efferdose for baseline NMDA levels following the protocol set forth above. The results of such testing are as follows:

Zantac Syrup dose: 150 mg (10 mL of 15 mg/mL ranitidine syrup):

| Syrup Lot # | Found Concentration | Average ng/mL | Average ng per dose |
|---|---|---|---|
| 1728200002-1 | **16.1** | 15.1 | ***151.4*** |
| 1728200002-2 | **14.2** | | |
| B30819A-1 | **24.1** | 26.0 | ***260.2*** |
| B30819A-2 | **27.9** | | |
| 18F392-1 | **4.5** | BLLOQ (<5 ng/mL) | ***BLOQ*** |
| 18F392-2 | **0.6** | BLLOQ (<5 ng/mL) | |

Zantac Injectable dose: 50 mg

| Injectable Lot # | Found Concentration | Average (ng/mL) | ng/dose | Average ng/dose |
|---|---|---|---|---|
| U28T-1 | 6.1 | 5.8 | 61.4 | ***58.5*** |
| U28T-2 | 5.6 | | 55.5 | |
| SA5V-1 | 1.3 | BLLOQ (<5 ng/mL) | BLLOQ (<5 ng/mL) | ***BLLOQ (<5 ng/mL)*** |
| SA5V-2 | 3.2 | BLLOQ (<5 ng/mL) | BLLOQ (<5 ng/mL) | |

Zantac Efferdose tablet (expressed in 150 mg dose)

| Effervescent Tablet Lot # | Found NDMA concentration (ng/mL) | Average NDMA per lot (ng/mL) | NDMA (ng) per dose | Average NDMA (ng) per dose |
|---|---|---|---|---|
| 170004842_1 | 13.1 | 13.4 | 131.5 | ***134.4*** |
| 170004842_2 | 13.7 | | 137.4 | |



CONFIDENTIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| 170010385_1 | 18.0 | 19.2 | 179.5 | ***192.2*** |
| 170010385_2 | 20.5 | | 204.8 | |
| 180005749_1 | 10.6 | 9.9 | 105.9 | ***99.3*** |
| 180005749_2 | 9.3 | | 92.8 | |

## TESTING TO ASSESS NDMA CONTENT UNIFORMITY

137. Emery Pharma conducted testing to assess NDMA content uniformity within a finished dose container. This testing was done to gain information about the degree of uniformity of the amount of NDMA in each dosage unit contained in the finished dose container. The goal of this study was to evaluate the variability of NDMA levels between individual tablets within the same container and determine whether the test results from individual tablet analysis would be generally representative of the levels of NDMA in that finished dose container.

138. For content uniformity analysis, at least 30 representative tablets were analyzed in each finished dose container. Below are the average levels of NDMA found per tablet along with the minimum value, maximum value, standard deviation, and coefficient of variation (CV) which were all 10.9% or less.

Table B. Content uniformity assessment for NDMA in ranitidine.

| **Description** | **Manufacturer** | **Lot#** | **Expiration** | **Average NDMA per 150mg Ranitidine (ng)** | **Standard Deviation** | **% CV** | **Minimum (ng)** | **Maximum (ng)** |
|---|---|---|---|---|---|---|---|---|
| Zantac 150mg | GSK | 1816600012 | 10/5/2020 | 3422.4 | 282.8 | 8.2% | 3041.6 | 3972.1 |
| Zantac 150mg Cool Mint | BI OBO SANOFI | 19D559 | 4/22/2021 | 2282.3 | 180.9 | 7.9% | 1940.5 | 2644.3 |
| Zantac 150mg | BI OBO SANOFI | 19E401M | 5/3/2022 | 501.7 | 36.0 | 7.2% | 447.7 | 581.5 |
| Zantac 150mg | BI OBO SANOFI | 19A428U | 1/1/2022 | 201.7 | 17.0 | 8.4% | 170.3 | 235.5 |
| Zantac 150mg Cool Mint | BI OBO SANOFI | 18C502 | 3/4/2020 | 541.9 | 24.0 | 4.4% | 501.1 | 590.4 |
| Zantac 150mg | BI | 856897 | 4/1/2021 | 253.5 | 27.6 | 10.9% | 213.8 | 300.4 |



CONFIDENTIAL INFORMATION

139. The results of this study showed that NDMA is formed uniformly across all tablets within a single container (with CV of 10.9% or less), enabling us to use representative tablets for each lot in future analysis.

## TESTING TO ASSESS THE STABILITY OF RANITIDINE

140. Stability testing is used in the pharmaceutical industry to assess how the quality of a drug substance (API) or drug product (for example tablets, syrup, injectables) varies as a function of time, temperature, humidity, and light. Stability testing provides evidence on how the quality of a drug substance or product varies with these environmental factors, mimicking environmental conditions that a drug may undergo once it leaves the manufacturing facility. The drug product may be subject to various environmental conditions at the wholesalers' facility, pharmacy, during transport, and in the patient's possession. According to ICH guidelines, the manufacturers are responsible for delivering an efficacious product to patients, and must take into account the various conditions the drug may undergo from the manufacturing facility to the patient's hands. By testing with these variables, if there are physical and chemical changes observed, that may indicate a compromise to the integrity and safety of the API or drug product. See generally, Guidance for Industry Q1A(R2) Stability Testing of New Drug Substances and Products, US Department of Health and Human Services, FDA, Center for Drug Evaluation and Research (CDER), page 2, (2003).

141. Stress testing and corresponding analyses of the drug substance can help identify the degradation products, establish degradation pathways, and evaluate the intrinsic stability of the molecule. Stress testing typically includes temperatures and humidity levels that are above accelerated testing such as 50 or 60 degrees Celsius and 75 percent relative humidity or greater. See Guidance for Industry Q1A(R2), p. 3



CONFIDENTIAL INFORMATION

142. A preliminary stability study of ranitidine was done by Emery Pharma on drug substance and drug product in connection with the Citizen Petition. The results of this preliminary study were discussed previously in the Citizen Petition section of this report. In the preliminary testing done in connection with the Citizen Petition, the effect of humidity on the stability of ranitidine was not assessed.

143. To continue our research into the stability of ranitidine, we conducted a follow-up preliminary stability assessment of Zantac film coated tablets in a qualified Darwin Chamber at 60 degrees Celsius and 95% relative humidity. These conditions were selected to evaluate the effect of high temperature and humidity simultaneously on ranitidine drug products on NDMA formation.

144. The stability testing method used by Emery Pharma is a scientifically accepted method to analyze drug substance and products to identify degradation products, establish degradation pathways, and evaluate the intrinsic stability of ranitidine and ranitidine drug products varies with time under the influence of a variety of environmental factors as recommended in the FDA Center for Drug Evaluation and Research (CDER) Guidance for Industry Q1A(R2).[129] The stability testing conducted by Emery Pharma follows a similar method to the stability testing conducted by GSK as part of its Root Cause Analysis into the presence of NDMA in Ranitidine Drug Substance and Products.[130]

145. On January 5, 2021, two lots of Zantac were tested, Zantac 150 mg, Lot:18L427M (50 tablets) with an expiration date of October 2021 and Zantac 75 mg (80 tablets), Lot: 18M021M with an expiration date of November 2021. These lots purchased from ebay on 11/10/2020 and

[129] FDA Center for Drug Evaluation and Research (CDER), Guidance for Industry Q1A(R2) Stability Testing of New Drug Substances and Products (November 2003)
[130] GSKZAN0000051927-, 51928, 51944-51957, 51993-51995, 52005-52008



CONFIDENTIAL INFORMATION

shipped to Emery Pharma under non-controlled temperature conditions. It is unknown what conditions the bottles were stored under before purchase by Emery. We purchased two bottles from each lot. Upon receiving the drug product, the bottles were inspected, all four bottles were unopened and still sealed, and they were immediately placed for storage in the refrigerator set at a temperature of 4 degrees Celsius.

146. The study design was as follows: All four bottles were placed in a Darwin Environmental Chamber at 60 degrees Celsius and 95% relative humidity.

> For Set 1 (unsealed) : one bottle of each lot had the seal broken at timepoint 0 and then additional samples were withdrawn at the following hourly timepoints: 0.5, 1, 2, 4, 8, 16, 24 (1 day), 48 (2 days), 72 (3 days), 120 (5 days), and 168 (7 days).
>
> For Set 2 (sealed): the second bottle of each set had its seal broken at 72 hours (3 days), and then additional samples were withdrawn at 120 hours (5 days) and 168 hours (7 days).
>
> For Set 1, after breaking the seal at timepoint 0, approximately 30 tablets per bottle were removed and placed in HDPE pill bottles, capped tightly, and stored at 4 ˚C until used for studies (*vide infra*). All samples were continued to be stored at 4 ˚C until NDMA analysis was conducted on January 5, 2021, and January 6, 2021.

147. The study was designed to evaluate the amount of NDMA formed under the set stability conditions, and to evaluate if unsealing the bottle prior to placing the bottles in storage influence ranitidine stability.

148. The timepoint 0 analysis for Set 1 provided baseline NDMA levels. There was NDMA present in all tablets tested. The baseline levels were 169 nanograms (per 150 mg ranitidine dose) in the 75 mg Zantac tablet and 488.9 nanograms in the150 mg Zantac tablet.



CONFIDENTIAL INFORMATION

149. The results of the study were as follows:




Figure C: NDMA levels during 60 degrees C and 95% RH storage in Zantac tablets in Set 1 (unsealed).




Figure D: NDMA levels during 60 ˚C and 95% RH storage in 75 mg Zantac tablets in Set 1 (unsealed) vs. Set 2 (sealed).



CONFIDENTIAL INFORMATION




Figure E: NDMA levels during 60 degrees C and 95% RH storage in 150 mg Zantac tablets in Set 1 (unsealed) vs. Set 2 (sealed).

T 168 hr. T 0 hr.



T 168 hr. T 0 hr.





CONFIDENTIAL INFORMATION

151. The significant findings from this study were: At 60 ˚C and 95% relative humidity NDMA formation is significant, rapid and occurs despite starting with sealed or unsealed bottles. For both the 75 mg and 150 mg doses tested under these conditions, NDMA formation occurred in the first 24 hours and continued to do so at an accelerated rate throughout the 7-day study. In the sealed bottle arm of the study (Set 2), starting out with sealed containers did not prevent NDMA formation under these storage conditions.

152. Based on the results of the 60 ˚C/95% relative humidity study, further studies were designed to assess the stability of Zantac under other temperature and relative humidity conditions to identify those conditions that promote degradation to ranitidine to form NDMA.

153. Stability studies are designed to evaluate a drug product under storage conditions that test its thermal stability and sensitivity to moisture. The conditions and length of studies chosen should cover conditions that the drug product may experience under storage, shipment and subsequent use. See Guidance for Industry Q1A(R2), p. 10. In the general case for new drug applications, the following conditions are considered for drug product stability testing: 25°C ± 2°C/60% RH ± 5% RH or 30°C ± 2°C/65% RH ± 5% RH (long term,12 months), 30°C ± 2°C/65% RH ± 5% RH (intermediate, 6 months) and 40°C ± 2°C/75% RH ± 5% RH (accelerated, 6 months). See Guidance for Industry Q1A(R2), p. 11. These suggested conditions for new drugs were used to design the following stability testing conditions: 25 degrees C/65% relative humidity; 25 degrees C/90% relative humidity; 40 degrees C/60% relative humidity; and 40 degrees C/95% relative humidity. These four combinations of temperature and relative humidity conditions were selected to provide a sampling of various conditions to which the drug product may be subjected to during the storage, shipment and use across the different climatic zones in the United States. The 25 ˚C (77 degrees Fahrenheit) temperature is one that is reached in many states during the



CONFIDENTIAL INFORMATION

course of the calendar year, and for some states the normal daily mean temperature during certain months is equal to or more than 25 ˚C. The relative humidity values of 60 to 95% are reached in many states during the course of a calendar year. See National Center for Environmental Information, NOAA https://www.ncei.noaa.gov/products/land-based-station/comparative-climatic-data.

154. Three lots of Zantac were used in this study: Zantac 150 mg, Lot:18L427M (50 tablets) with an expiration date of October 2021; Zantac 150 mg, Lot 18L41OU with an expiration date of October 2021; and Zantac 75 mg (80 tablets), Lot: 18M021M with an expiration date of November 2021. These lots were distributed by Chattem Inc. and manufactured by Sanofi purchased from eBay on 11/10/2020 and shipped to Emery Pharma under non-controlled temperature conditions. It is unknown what conditions the bottles were stored under, before purchase by Emery. We purchased two bottles from each lot. Upon receiving the drug product, the bottles were inspected, all bottles were unopened and still sealed, and they were immediately placed for storage in the refrigerator set at a temperature of 4 degrees Celsius. Prior to initiating the study, one bottle from each lot was unsealed and pills distributed to HDPE pill bottles, capped tightly, and stored at 4 degrees Celsius.

155. The study design was as follows: HDPE pill bottles containing ranitidine tablets were placed in environmental chambers at each of the above specified conditions. Samples were drawn at Days 0, 1, 3, 7, 10, 14, 21, 42, 60, 180 for each condition. The study was run from January 19th, 2021, to July 19th, 2021.

156. The results of this four-condition stability study are summarized as follows:



CONFIDENTIAL INFORMATION




Figure F: NDMA levels during 25 ˚C at 65% and 95% RH storage in 75 mg Zantac tablets.




Figure G: NDMA levels during 25 ˚C at 65% and 95% RH storage in 150 mg Zantac tablets.



CONFIDENTIAL INFORMATION




Figure H: NDMA levels during 40 ˚C at 65% and 95% RH storage in 75 mg Zantac tablets.




Figure I: NDMA levels during 40 degrees C at 65% and 95% RH storage in 150 mg Zantac tablets.



CONFIDENTIAL INFORMATION

157. The NDMA levels under each of these conditions rose through Day 42 of the study. For each temperature condition, humidity played a major role in NDMA formation from ranitidine. In addition, as reported previously, time and temperature continued to play a role of determining instability of ranitidine towards NDMA formation. At Day 42, NDMA content increased by 101.5% for 75 mg Zantac at 25 ˚C/65% RH; by 137.3% for 150 mg Zantac at 25 ˚C/65% RH; by 183.5% for 75 mg Zantac at 25 ˚C/95% RH; by 181.5% for 150 mg Zantac at 25 ˚C/95% RH; by 113.5% for 75 mg Zantac at 40 ˚C/65% RH; by 132.4% for 150 mg Zantac at 40 ˚C/65% RH; by 213.2% for 75 mg Zantac at 40 ˚C/95% RH; and by 192.4% for 150 mg Zantac at 40 ˚C/95% RH

158. Between Day 42 and 180, the trend for NDMA formation reversed for the most part for all conditions. However, for the 40 ˚C/65% RH 75mg and 40 ˚C/95% RH 75mg and 150mg samples the levels of NDMA decreased after 42 days but then again increased between days 60 and 180. This phenomenon of NDMA decreasing between various timepoints was also observed by GSK in their RCA.

159. Specifically, from Day 60 to 180 for the 25 ˚C/65% RH and 25 ˚C/90% RH conditions, the NDMA values decreased. For the 40 ˚C/65% RH, the NDMA levels increased slightly for the 75 mg Zantac and decreased slightly for the 150 mg Zantac. For the 40 ˚C/95% RH, the NDMA levels increased for both the 75 mg and 150 mg doses.

160. The NDMA levels measured on Days 0, 1, 3, 7, 10, 14, 21, 42, 60 and 180 for each of the temperature/relative humidity conditions are set forth in the table below, expressed in nanograms per 150 mg of ranitidine dose:



CONFIDENTIAL INFORMATION

**Table J: NDMA levels measured from long-term stability study at each tested condition.**

| 25C/65RH | Day 0 | Day 1 | Day 3 | Day 7 | Day 10 | Day 14 | Day 21 | Day 42 | Day 60 | Day 180 |
|---|---|---|---|---|---|---|---|---|---|---|
| 75mg | 232.7 | 254.3 | 237.3 | 287.6 | 286.3 | 302.8 | 404.0 | 468.9 | 376.3 | 324.5 |
| 150mg | 284.2 | 337.6 | 315.7 | 478.3 | 470.9 | 546.9 | 605.2 | 674.5 | 596.2 | 454.1 |
| | | | | | | | | | | |
| **25C/95RH** | **Day 0** | **Day 1** | **Day 3** | **Day 7** | **Day 10** | **Day 14** | **Day 21** | **Day 42** | **Day 60** | **Day 180** |
| 75mg | 232.6 | 235.7 | 278.6 | 268.5 | 363.5 | 407.1 | 574.3 | 659.2 | 546.5 | 462.3 |
| 150mg | 339.2 | 341.1 | 389.0 | 415.7 | 593.3 | 733.2 | 801.0 | 954.7 | 758.3 | 753.2 |
| | | | | | | | | | | |
| **40C/65RH** | **Day 0** | **Day 1** | **Day 3** | **Day 7** | **Day 10** | **Day 14** | **Day 21** | **Day 42** | **Day 60** | **Day 180** |
| 75mg | 271.6 | 293.7 | 275.4 | 321.6 | 378.9 | 406.3 | 525.8 | 580.0 | 456.2 | 503.4 |
| 150mg | 345.7 | 409.5 | 529.8 | 624.1 | 695.8 | 667.4 | 754.6 | 803.4 | 657.1 | 637.2 |
| | | | | | | | | | | |
| **40C/95RH** | **Day 0** | **Day 1** | **Day 3** | **Day 7** | **Day 10** | **Day 14** | **Day 21** | **Day 42** | **Day 60** | **Day 180** |
| 75mg | 284.0 | 266.5 | 337.1 | 359.6 | 426.1 | 477.4 | 693.2 | 889.5 | 658.3 | 738.2 |
| 150mg | 387.1 | 386.2 | 467.2 | 593.7 | 740.8 | 832.5 | 967.5 | 1132.1 | 834.1 | 904.3 |

161. In conclusion, ranitidine is a highly unstable molecule and forms NDMA in 'real-life' storage conditions. The three factors that influence ranitidine stability are 1. Temperature 2. Time 3. Humidity. Up to Day 42, humidity appeared to play a more significant role in NDMA formation over time.

162. These stability study results demonstrate that patients/consumers who take ranitidine can be exposed to significant amounts of NDMA as ranitidine will transform into NDMA at 'real-life' storage conditions.

## <u>NAP TEST</u>

163. On October 25, 2021, Emery Pharma conducted a Nitrosation Assay Procedure (NAP) test of ranitidine API following the WHO IARC NAP protocol. IARC, 1980, Vol. 24 monograph, p. 302-303. This test was performed to evaluate the possibility for formation of N-



CONFIDENTIAL INFORMATION

nitrosamines, specifically from ranitidine via Nitrosation in an *in vitro* setting under standardized NAP conditions. The study protocol is provided in Appendix B.

164. The NAP test conducted by Emery Pharma used the following samples: GSK-K270491, Manufacturing Date: August 2011; Boehringer Ingelheim 1803000463, Manufacturing Date: January 2018; GSK – EKH001804T, Manufacturing Date: February 2017.

165. The NAP protocol used by Emery Pharma is the method set forth by the IARC NAP protocol. IARC, 1980, Vol. 24 monograph, p. 302-303.

166. To summarize, the NAP testing conditions were: concentration of ranitidine: 10 mM; concentration of nitrite: 40 mM; reaction temperature: 37° C; pH: 3-4; with reaction times: 1 hour and 4 hours.

167. The below table summarizes the results of the study:

Table. % yield of NDMA from ranitidine drug substance incubated under NAP assay conditions.

| | 1 hour | 4 hours |
|---|---|---|
| EKH001804T | 1.4% | 3.8% |
| | | |
| K270491 | 1.6% | 3.6% |
| | | |
| 1803000463 | 1.4% | 3.4% |

168. After 1 hour, NDMA was formed at an equivalent of 1.4-1.6% yield based on ranitidine; and after 4 hours, NDMA was formed at an equivalent of 3.4-3.8% yield based on ranitidine. Based on the 4-hour results, ranitidine ranks third on the list of ten nitrosatable drugs listed on the IARC monograph. IARC Monograph, Volume 24, Page 303.



CONFIDENTIAL INFORMATION

169. These results show that ranitidine is highly prone to forming NDMA under standardized NAP conditions. Such a strong positive NAP result warrants further investigation into the carcinogenic risk of ranitidine, specifically when administered long-term.

170. This testing further confirms the principle learned from the 1982 Tanner study[131] that nitrite reacts with ranitidine hydrocholoride to form NDMA.

## XIV. SIMULATED GASTRIC FLUID STUDIES

171. *In vitro* simulation of gastrointestinal conditions is used to predict the *in vivo* behavior of a drug. This type of study is known as a Simulated Gastric Fluid (SGF) study. SGF studies are conducted at 37 degrees C to mimic the temperature of the human body. As stomach pH can vary as shown in Xu,[132] varying pH conditions are used to stimulate human-stomach relevant conditions. Since ranitidine has a propensity to react with nitrite to form NDMA and nitrite levels vary in the human stomach, depending on diet, various nitrite concentrations are tested in SGF experiments. [133]

172. Valisure reported conducting a SGF study with ranitidine tablets in the Citizen Petition filed in September 2019. In the Petition, Valisure reported in a reaction volume of 100 mL with one 150 mg ranitidine tablet that NDMA formed when the 25- and 50-mM condition of sodium nitrate was utilized.[134] Valisure reported 23,600 nanograms of NDMA forming per 150

[131] Tanner, et al. The determination of N-nitrosodimethylamine formed by reaction of ranitidine hydrochloride with sodium nitrite (1982); GSKZAN0000084994- 85002
[132] Xu, et al., *N-Nitroso Compounds in Fresh Gastric Juice and Their Relation to Intragastric pH and Nitrite Employing an Improved Analytical Method*, Carcinogenesis. 14(12): pages 2547-51, 248 (Dec 1993).
[133] Xu, et al., *N-Nitroso Compounds in Fresh Gastric Juice and Their Relation to Intragastric pH and Nitrite Employing an Improved Analytical Method*, Carcinogenesis. 14(12): pages 2547-51, 248 (Dec 1993).
[134] Valisure Petition, page 7



CONFIDENTIAL INFORMATION

mg tablet with 25 mM of sodium nitrite and 304,500 nanograms of NDMA forming per 150 mg tablet with 50mM of sodium nitrite. To circumvent the artefactual formation of NDMA from ranitidine under headspace GC-MS conditions, Valisure used a low temperature GC-MS method. Whether this "low temperature" GC-MS prevented conversion of ranitidine to NDMA during analysis has not been evaluated by Emery Pharma.

173. A SGF study was also conducted by Braunstein *et al.* measuring NDMA formation from ranitidine in 100 ml of simulated gastric fluid at varying pH values.[135] To study NDMA formation at different human stomach-relevant pH conditions (1.2, 2.5, 3.5, 4.5 and 5.5.), 100 mL of SGF containing 50 mmol/L sodium nitrite was prepared to which 150 and 300 mg ranitidine tablets were added.

174. The Braunstein study also used 150 mg cool mint ranitidine tablets at constant pH of 2.5 with concentrations of sodium nitrite that varied from 1 mM to 50 mM incubated at 37 $^{O}$C for 2 hours. The samples were analyzed by LC-HRMS (liquid chromatography-high resolution mass spectrometry) and showed an increase in NDMA levels as nitrite levels increased or pH decreased.

175. Braunstein reported the following results:

> "At a constant pH of 2.5 and under increasing nitrite concentrations, 150 mg of cool mint branded ranitidine yielded increasing amounts of NDMA after 2 hours: a minimum of 947 ng of NDMA was detected at 1 mmol/L of sodium nitrite and a maximum of 320,000 ng at 50 mmol/L of sodium nitrite. Conversely, holding sodium nitrite constant at 50 mmol/L and varying pH from 1.2 to 5.5 in the presence of 150- or 300-mg ranitidine tablets demonstrated elevated NDMA production under acid conditions (198,000 ng of NDMA at pH 1.2) with diminishing NDMA yields at higher pH (3,310 ng at pH 5.5) (Figure, B). Under optimally reactive physiologic conditions (pH 2.5 and 50 mmol/L of sodium nitrite), NDMA yield from a 300-mg ranitidine tablet increased to 0.612mg (612,000 ng)."[136]

[135] Braunstein, et al. Analysis of ranitidine-associated N-nitrosodimethylamine production under simulated physiologic conditions. JAMA Network Open **4**: e2034766 (2021).
[136] Braunstein, et al., page 2



CONFIDENTIAL INFORMATION

176. Figures A and B below summarize the study results which Braunstein describes as suggesting "that ranitidine may be a significant source of NDMA under a range of physiologically relevant conditions. Namely, under simulated gastric conditions, NDMA yield from a standard tablet of ranitidine was seen to increase with both increasing nitrite and decreasing pH to levels up to 3 orders of magnitude beyond established limits" (referring to the FDA acceptable daily intake limit of 96 nanograms).[137]

**Figure. *N*-Nitrosodimethylamine (NDMA) Formation From Ranitidine in Simulated Gastric Fluid**




177. Braunstein *et al.* does not explain their experimental condition, other than stating the 50 mM nitrite condition to be "optimally reactive physiologic conditions". While Braunstein *et al.* did not offer any rationalization, the use of high nitrite (~40 mM) in an *in vitro* setting is likely due to a 1980's recommendation from the World Health Organization for their Nitrosation Assay Procedure (NAP) as recommended by the WHO Study Group in 1978, and established in the IARC monograph Vol. 24 in 1980 which was discussed in detail earlier in this report. Evaluating physiological nitrite levels are incredibly challenging. Specifically, in a diverse patient

---

[137] Braunstein, et al. Analysis of ranitidine-associated N-nitrosodimethylamine production under simulated physiologic conditions. JAMA Network Open **4**: e2034766 (2021), pages1-2 .



CONFIDENTIAL INFORMATION

population, with different stomach-related ailments, the gastric nitrite levels are destined to be highly variable and unpredictable. See Xu, et al. N-Nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite emptying an improved analytical method, Carcinogenesis, Vol, 14, pp, 2547-2551 (1993). Further, nitrite levels are highly dependent on the person's immediate diet, which is quite impossible to capture by a single metric. However Braunstein's study does show the possibility that ranitidine can react with nitrite to generate NDMA.

178. Another 2021 SGF study authored by Gao et al.[138] measured the formation of NDMA from ranitidine (150 mg tablet) in simulated gastric fluid (50 ml or 250 ml) after incubation for 2 hours at 37 $^{O}$C at varied concentrations of nitrite and different pHs. No increase in NDMA was detected at nitrite concentrations of 100 or 1,000 µmol/L. There was also no increase in NDMA at the nitrite concentration of 5,000 µmol/L in 50 ml of simulated gastric fluid. An increase in the amount of NDMA was not detected at pH 1.2 until the nitrite concentration was 5,000 µmol/L (5 mM) in 250 mL of simulated gastric fluid. At nitrite concentration of 5,000 µmol/L in 250 ml of simulated gastric fluid, the mean amount of NDMA was 7,353 nanograms. This, however, was reported to be "not physiologic conditions" representing that this nitrite concentration was 50-fold greater than the upper range of physiologic gastric nitrite concentrations. Based upon this reasoning, the study authors concluded that ranitidine is not converted to NDMA in gastric fluid at "physiological conditions."

---

[138] Gao, In Vitro Analysis of *N*-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions, Jama Open Network, 4(6):e2118253 (2021)



CONFIDENTIAL INFORMATION

179. Gao *et al*[139]. relied heavily on literature sources for nitrite levels in human stomach that are many decades old, and per the authors' own admission, nitrite data in most of these publications are based on old-school and inaccurate analytical methods. Further, most of the literature sources cited have reported nitrite data under conditions that are largely irrelevant for ranitidine use or based on healthy volunteer data. This is a major flaw in Gao *et al.*'s experimental design and subsequently the conclusions drawn.

180. The *in vitro* SGF model used by Gao *et al.* does not include numerous variables that can exist in a human stomach. Specifically, ranitidine's use in conjunction with or directly before, in conjunction with or after a meal. Gao *et al.* carefully avoided any discussion of stomach conditions under scenarios when ranitidine would encounter the stomach content, e.g. after a large acidic meal, obese individuals with a larger stomach capacity, or a meal consisting of processed nitrite-rich ingredients. It is only at the very end that even the authors include a small paragraph with potential 'limitations' for the work including that it does not reflect "all aspects of human physiology" and specifically mentions that "the *in vitro* studies performed here did not include gastric conditions in the presence of a meal aside from experiments at higher pH levels that occur following a meal, which lead to decreased formation of NDMA."

181. The greatest weakness of Gao *et al.* – the authors spent majority of the paper trying to identify the 'correct' nitrite level in the human stomach which does not mimic all Zantac use scenarios. They failed to acknowledge the dynamic nature of the stomach under physiological conditions and how that would contribute to the reaction of ranitidine with nitrite-rich food.

---

[139] Gao, In Vitro Analysis of *N*-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions, Jama Open Network, 4(6):e2118253 (2021)



CONFIDENTIAL INFORMATION

182. Gao *et al.* has conducted an extensive literature review and cites 27 publications to evaluate nitrite concentrations in a physiologic gastrointestinal fluid. They conclude that it is unlikely that nitrite levels will exceed 100 μM; the experimental setup and subsequent conclusions are based on this assessment. However, many of the studies are based on fasted stomach nitrite levels . Ranitidine is often administered directly before, in conjunction with or after a meal. Additionally, many of the studies are based on healthy volunteer data – which does not accurately represent the patient population using ranitidine, whom have a diverse array of stomach-related ailments and may have varying stomach nitrite levels..

183. The Gao study failed to evaluate the interaction of ranitidine with food which is complex and not simply determined by the nitrite levels. We considered these limitations when designing our SGF studies.

184. The work of the Gao study scores well as an improvement to the publication of Braunstein *et al.* However, considering that this is an *in vitro* set up, with several limitations that preclude real-life stomach conditions, the conclusion that NDMA does not form in the human stomach is too broad and not supported by the data presented.

**SIMULATED GASTRIC FLUID STUDIES BY EMERY**

185. Based on the published reports discussed above, Emery Pharma conducted extensive SGF studies to investigate various parameters that may influence NDMA formation from ranitidine in the human stomach.

186. First, Emery conducted SGF studies at a variety of pH (1.2, 1.5, 2.0, 2.5, 3.0, 3.5, 4.5, and 5.5) and nitrite levels (1, 10, 50, 100, 300, 750, 1000, 5000, 10000, 25000, and 50000 μM).



CONFIDENTIAL INFORMATION

187. The protocol for Stimulated Gastric Studies is provided in Appendix B.

188. The results of these initial SGF trials conducted on March 2nd, 2021, evaluating the pH and nitrite concentration effect on NDMA formation from ranitidine are summarized on the graphs below:




Figure K: pH effect on NDMA formation with 50,000 µM nitrite in 150 mg ranitidine tablets.



CONFIDENTIAL INFORMATION




Figure L: pH effect on NDMA formation with 25,000 µM nitrite in 150 mg ranitidine tablets.




Figure M: pH effect on NDMA formation with 10,000 µM nitrite in 150 mg ranitidine tablets.



CONFIDENTIAL INFORMATION




Figure N: pH effect on NDMA formation with 5,000 µM nitrite in 150 mg ranitidine tablets.




Figure O: pH effect on NDMA formation with 1,000 µM nitrite in 150 mg ranitidine tablets.



CONFIDENTIAL INFORMATION




Figure P: pH effect on NDMA formation with 750 μM nitrite in 150 mg ranitidine tablets.




Figure Q: pH effect on NDMA formation with 300 μM nitrite in 150 mg ranitidine tablets.



CONFIDENTIAL INFORMATION




189. This initial SGF trial showed that NDMA levels were highest under acidic pH conditions, notably around pH 2-2.5, at all nitrite levels tested. Additionally, NDMA formation increased with increasing nitrite levels, irrespective of the pH. Next, we conducted a SGF study under a steady pH of 2.5, with different incubation times, to study the time course of NDMA formation from ranitidine with varying nitrite concentrations. The following conditions were evaluated, using a 150 mg Zantac tablet, manufactured by Sanofi (Lot: 19D452U, Expiration 4/2022), in triplicate: $NaNO_2$: 0, 50, 100, 500, 1000, 5000, and 25000µM ; pH: 2.5; Temperature: 37 $^{o}$C ; and timepoints: 0, 2, 4, 8 hours.

The results of this study are shown on the graph below. The graph is plotted with a logarithmic scale for the Y-axis (NDMA ng/150 mg ranitidine pill) to capture all of the results

meaningfully on a single graph. The baseline levels of NDMA in the tablets used for the first trial were 3.6-16.3 nanograms.




| | 0 µM | 50 µM | 100 µM | 500 µM | 1000 µM | 5000 µM | 25000 µM |
|---|---|---|---|---|---|---|---|
| 0 hours | 11.1 | 9.9 | 16.3 | 5.4 | 7.1 | 3.6 | 5.1 |
| 2 hours | 10.6 | 45.4 | 38.8 | 143.8 | 449.2 | 613.0 | 602.5 |
| 4 hours | 182.0 | 52.5 | 46.5 | 284.2 | 890.2 | 27894.9 | 140074.2 |
| 8 hours | 515.1 | 6.8 | 12.1 | 41.9 | 378.3 | 1510.3 | 13077.9 |

Figure R: The time course of NDMA formation in SGF, pH 2.5, with varying nitrite levels in 150 mg ranitidine tablets. The table below the graph reports average NDMA values for each condition.

190. These results confirmed that at a pH 2.5, NDMA formation increases with increasing SGF nitrite levels over time, up to about 4 hours. At the 8-hour timepoint, this trend reversed. The notable exception, is at 0 µM, where NDMA levels continued to increase until the 8-hour timepoint. Given the pharmacology of ranitidine being rapidly absorbed after oral



CONFIDENTIAL INFORMATION

administration with peak serum concentrations within 2-3 hours in adults[140], the 8-hour NDMA level would not be expected to be relevant to real world conditions.

191. Next, we repeated this study with ranitidine drug substance, using the aforementioned conditions. For each replicate, 167 mg of ranitidine hydrochloride (equivalent to 150 mg of ranitidine free base) was used. The following ranitidine hydrochloride API was used: USP certified reference material, lot#R127X.

192. The graph below shows the results of this study. The graphs are plotted with a logarithmic scale for the Y-axis (NDMA ng/150 mg ranitidine) to capture all of the results meaningfully on a single graph. The NDMA levels in nanograms are shown below each condition.




| | 0 µM | 50 µM | 100 µM | 500 µM | 1000 µM | 5000 µM | 25000 µM |
|---|---|---|---|---|---|---|---|
| 0 hours | 13.2 | 13.1 | 13.6 | 12.4 | 12.0 | 9.4 | 7.6 |
| 2 hours | 10.0 | 10.0 | 108.6 | 123.0 | 634.2 | 731.0 | 4151.5 |
| 4 hours | 100.7 | 159.3 | 331.7 | 591.1 | 1360.1 | 51522.9 | 225594.5 |
| 8 hours | 279.3 | 311.8 | 497.6 | 682.1 | 1422.2 | 22332.1 | 103939.7 |

Figure S: The time course of NDMA formation in SGF, pH 2.5 in 150 mg ranitidine tablets. The table below the graph reports average NDMA values for each condition.

140 Zantac Prescribing Information, See https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf

193. At pH 2.5, NDMA formation from API also increased with increasing nitrite levels over time until the 4-hour timepoint. The 0 µM condition for API, like the tablets, also continued to increase for the entire 0-to-8-hour time period.

194. In conclusion, our studies confirmed that ranitidine reacts with nitrite to form NDMA in SGF. As mentioned previously, it is quite challenging to capture a range of physiological conditions, such as nitrite levels and pH, without conducting an invasive *in vivo* study. In the absence of such data, our *in vitro* SGF study, aimed to address the variability of nitrite, pH, and gastric residence time for ranitidine towards NDMA formation. Our data suggests that patients are at risk of NDMA formation in the stomach, from ranitidine use.

**SIMULATED GASTRIC FLUID STUDIES BY EMERY WITH FOOD**

195. As mentioned previously in this report, one of my main criticisms of Gao *et al.* and other *in vitro* gastric fluid studies has been the lack of consideration for ranitidine interacting with various food matrices to form NDMA. In order to address this, Emery Pharma performed several SGF experiments using various foods we believed to be common in a "typical American diet". The protocol for the SGF studies can be found in Appendix A:

196. Studies have shown that meat, or protein can stay in the stomach for several hours. For example in a study of 17 healthy volunteers who ate a 355-kcal meat sandwich, the stomach was completely empty of the meat in 65% and 100% of the subjects after 4 and 7 hours, respectively.[141] For the drink, the stomach emptied in 50% and 100% of the subjects after 2 and 4 hours, respectively. Given ranitidine's gastric residence time, it is highly likely that ranitidine

[141] Carmona, et al, Ultrasound dynamics of gastric content volumes after the ingestion of coconut water or a meat sandwich. A randomized controlled crossover study in healthy volunteers, Rev Bras Anestesiol. 2018;68(6):584---590 (2018)

comes into contact with food in the stomach. Particularly for patients who take ranitidine with, or shortly after a meal to relieve heartburn symptoms, food is an important consideration.

197. Emery Pharma conducted a SGF food study using meats (all fully cooked): Smithfield Anytime Favorites Boneless Ham Steak Hickory Smoked ("Ham"), Oscar Mayer Center Cut Bacon ("Bacon"), Ballpark Angus Beef Franks Original ("Hotdog"), and Johnsonville 100% Premium Pork Fully-Cooked Breakfast Sausage ("Sausage"). In each case, one serving of the meat item was incubated with Zantac (see protocol PLEV-NB210812C). Zantac 150 mg, Lot: 19D452U, Expiration Date 4/22 was used for this study. Additionally, controlled SGF conditions with Zantac alone, meat alone, and meat with 500 ng/mL of NDMA spiked (for assessing NDMA recovery and stability in the complex meat matrix). One serving size of each food item was used (serving size as defined by the label). A reaction volume of 250 mL was used to mimic fed conditions per Gao *et al.*[142]

The following conditions were used: Starting pH of 1.2; Temperature: 37 °C; and timepoints: 0, 0.5, 1, 1.5, 2, 2.5, 3, 3.5, and 4 hours (due to experimental limitations, not every time point was collected for each meat item). One serving size for each meat item was pulverized to mimic how the food would present in the stomach if chewed. Pictures of the food labels can be found in Figure T.

198. For each meat product/Zantac combination, two separate setups were adopted. For the first, the meat was added to SGF, followed by a 30 min incubation at 37 ˚C, then Zantac added (referred to as 'Meat then Zantac' in the figures and tables). For the second, the order of the meat and Zantac addition was reversed (referred to as 'Zantac then Meat' in the figures and tables). These

[142] Gao, In Vitro Analysis of *N*-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions, Jama Open Network, 4(6):e2118253 (2021)



CONFIDENTIAL INFORMATION

were pursued to evaluate 'real-life' scenarios of consumers taking ranitidine following or preceding a meal, respectively. Notably, our results indicate that both conditions yield very similar results.




Figure T. Images of meat products used in SGF experiments.

199. The results of the study are tabulated in Tables U – GG.




Figure U. The time course of NDMA formation with sausage in SGF.



CONFIDENTIAL INFORMATION




Figure V: Results of sausage alone and sausage + NDMA in SGF.

Table W: Summarized results for sausage in SGF conditions presented in ng/mL. Below Limit of Detection (BLOD) is <2.5 ng/mL. X denotes no data point collected.

| | 0 hour | 0.5 hour | 1 hour | 2 hour | 2.5 hour | 3 hour | 4 hour |
|---|---|---|---|---|---|---|---|
| **Zantac then sausage** | BLOD | BLOD | BLOD | 27.4 | 36.9 | 63.8 | 70.1 |
| **Sausage then Zantac** | BLOD | BLOD | BLOD | 27.8 | 36.3 | 64.6 | 68.5 |
| **Sausage Alone** | BLOD | X | X | BLOD | X | X | BLOD |
| **Zantac Alone** | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD |
| **Sausage + NDMA** | 494.6 | 508 | 497.4 | 501.9 | 458.4 | 239.8 | 229.3 |






CONFIDENTIAL INFORMATION

Figure X. The time course of NDMA formation with ham in SGF.




Figure Y: Results of ham alone and ham + NDMA in SGF.

Table Z: Summarized results for ham in SGF conditions presented in ng/mL. Below Limit of Detection (BLOD) is <2.5 ng/mL. X denotes no data point collected.

| | **0 hour** | **0.5 hour** | **1 hour** | **1.5 hour** | **2 hour** | **2.5 hour** | **3 hour** | **3.5 hour** | **4 hour** |
|---|---|---|---|---|---|---|---|---|---|
| **Zantac then Ham** | BLOD | BLOD | BLOD | 29.5 | 76.5 | 106.3 | 232.5 | 248.9 | 314 |
| **Ham then Zantac** | BLOD | BLOD | BLOD | 21.5 | 76.8 | 124.9 | 231.3 | 263.1 | 296.6 |
| **Ham Alone** | BLOD | X | X | X | BLOD | X | X | X | BLOD |
| **Zantac Alone** | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD |
| **Ham + NDMA** | 515.5 | 481.8 | 421.9 | 336.4 | 328.1 | 266.6 | 258.9 | 167.7 | 82.4 |



CONFIDENTIAL INFORMATION




Figure AA. The time course of NDMA formation with bacon in SGF.




Figure BB: Results of bacon alone and bacon + NDMA in SGF.



CONFIDENTIAL INFORMATION

Table CC: Summarized results for bacon in SGF conditions presented in ng/mL. Below Limit of Detection (BLOD) is <2.5 ng/mL. X denotes no data point collected.

| | 0 hour | 0.5 hour | 1 hour | 1.5 hour | 2 hour | 2.5 hour | 3 hour | 3.5 hour | 4 hour |
|---|---|---|---|---|---|---|---|---|---|
| **Zantac then Bacon** | BLOD | BLOD | BLOD | BLOD | 26.9 | 35.2 | 37.5 | 40.1 | 43 |
| **Bacon then Zantac** | BLOD | BLOD | BLOD | BLOD | 28 | 32.1 | 39.3 | 42.1 | 42.3 |
| **Bacon Alone** | BLOD | X | X | BLOD | X | X | X | BLOD | BLOD |
| **Zantac Alone** | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD |
| **Bacon + NDMA** | 490.5 | 487.1 | 377.6 | 363.3 | 367.3 | 402.2 | BLOD | BLOD | BLOD |




Figure DD. The time course of NDMA formation with hot dog in SGF.



CONFIDENTIAL INFORMATION




Figure EE: Results of hot dog alone and hot dog + NDMA in SGF.

Table FF: Summarized results for hotdog in SGF conditions presented in ng/mL. Below Limit of Detection (BLOD) is <2.5 ng/mL. X denotes no data point collected.

| | 0 hour | 0.5 hour | 1 hour | 1.5 hour | 2 hour | 2.5 hour | 3 hour | 3.5 hour | 4 hour |
|---|---|---|---|---|---|---|---|---|---|
| **Zantac then Hot Dog** | BLOD | BLOD | BLOD | BLOD | BLOD | 4 | 3.4 | 3 | 3.1 |
| **Hot Dog then Zantac** | BLOD | BLOD | BLOD | BLOD | BLOD | 3.3 | 4 | 2.9 | 2.9 |
| **Hot Dog alone** | BLOD | X | X | X | BLOD | X | X | X | BLOD |
| **Zantac Alone** | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD | BLOD |
| **Hot Dog + NDMA** | 502.5 | 487.6 | 403.7 | 402.6 | 391.4 | 358.1 | 320.6 | 178.5 | 201.5 |

Table GG. Baseline nitrite levels obtained for meat products used in SGF experiments.

| **Food Product** | **Serving Size (g)** | **Emery Pharma Nitrite Determination (µg/g)** | **Nitrite concentration in SGF (µM)** | **Literature Reported Nitrite (µg/g)[143]** |
|---|---|---|---|---|
| Sausage | 46 | 9.8 | 19,100 | 0.4 - 29.3 |
| Ham | 84 | 46.1 | 84,100 | 10.0 - 43.0 |
| Bacon | 13 | 12.2 | 7,400 | 1.2 - 30.2 |
| Hot Dog | 50 | 14.7 | 32,000 | 62.2 – 85 |

[143] Florian, et al., Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethyalmine, JAMA 6/28/2021

200. As mentioned previously, the order of incubation for Zantac or meat in SGF did not have an effect on NDMA production.

201. For Sausage and Ham, quantifiable NDMA levels were observed at 1.5 – 2 hours, respectively. Exemplary NDMA levels: 27.8 ng/mL at 2 hours for 'Sausage then Zantac' and 21.5 ng/mL at 1.5 hours for 'Ham then Zantac', which equates to 6,950 ng and 5,375 ng of NDMA per 150 mg ranitidine, respectively. The NDMA levels continued to increase throughout the remained of the study up to 4 hours.

202. For Bacon and Hotdog, quantifiable NDMA levels were observed at 2 – 2.5 hours, respectively. Exemplary NDMA levels: 28 ng/mL at 2 hours for 'Bacon then Zantac' and 3.3 ng/mL at 2.5 hours for 'Hotdog then Zantac', which equates to 7,000 ng and 825 ng of NDMA per 150 mg ranitidine, respectively. The NDMA levels for bacon continued to increase throughout the remained of the study up to 4 hours, whereas, the NDMA levels for hotdog remained largely unchanged.

203. Significantly, all of these NDMA levels are over the FDA's acceptable daily exposure limit of 96 ng. It is also important to note that due to the large volume (250 mL) of the SGF study, the lowest quantifiable limit of NDMA in this assay was 625 ng of NDMA per condition (2.5 ng/mL), thus, each meat may have reached the daily exposure limit of 96 ng, before the 1.5 hours as noted in this study.

204. Based on these SGF studies, we conclude that different processed meats, when interacting with ranitidine, result in varying but significant total NDMA formation. This suggests



CONFIDENTIAL INFORMATION

that the food matrix, plays an important role in NDMA formation from ranitidine. None of this was considered or evaluated in prior SGF studies, e.g., Gao *et al.*[144]

205. These studies provide insight into the level of exposure that patients may experience when consuming ranitidine in 'real-life' scenarios. These exposures ranged up to 7,375 ng at the 1.5 h timepoint to in excess of 78,500 nanograms at the 4 h timepoint (Zantac then Ham).

206. Emery Pharma's SGF studies also considered several control conditions.

- Control 1: Meat alone
- Control 2: Meat + exogenously spiked NDMA (500 ng/mL)
- Control 3: Zantac alone

207. Results from Control 1 suggest that none of the meat products evaluated inherently contained any detectable NDMA levels.

208. Similarly, results from Control 3 suggested that detectable levels of NDMA are not formed in Zantac alone.

209. Results from the Control 2 condition are more consequential and suggest the following: First, the extraction recovery of NDMA from the complex meat matrix is acceptable (98.1% for Bacon to 103.1% for Ham), which underscores the validity of the data. Second, NDMA is not stable for the length of the experiment in any of the meat matrices; there is an appreciable drop in the NDMA level observed as early as 1 hour for most meats (see Figures V, Y, BB and EE. This observation is entirely expected given the acidic condition, NDMA can undergo dehydration to lose a water molecule and form a highly reactive methyldiazonium salt. (Swager,

[144] Gao, In Vitro Analysis of *N*-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions, Jama Open Network, 4(6):e2118253 (2021)



CONFIDENTIAL INFORMATION

et al. J. Org. Chem. 2021, 86, 3, 2037–2057 Methyl cation from methyldiazonium salt is highly reactive and can methylate, nitrogen moiety of proteins, amino acids, or other free amines present in the SGF mixture.

210. Hence, the observed instability of NDMA in meat suggests that the likely NDMA exposure to consumers is higher than what is apparent from paragraph 205.

211. It is important to note that unlike other published SGF studies, e.g., Braunstein *et al.* or Gao *et al.,* we relied entirely on available nitrite from the meat products themselves and did not supplement any additional nitrite. Each meat product was evaluated for the nitrite levels at the onset of the experiment, following methods published by Hu, J. *et al.*[145]

212. We note that, while elevated nitrite in the meat product may influence NDMA formation in SGF from ranitidine (e.g., high nitrite in ham), it is likely not the only variable. Notably, between sausage, bacon, and hotdog meats the nitrite levels are comparable (9.8 µg/g in sausage to 14.7 µg/g in hotdog), however, NDMA formation is severely stunted in hot dog.

213. Further, nitrite levels per Emery Pharma's tests in these meat products are in line with expected levels per Florian *et al.*[146] Considering a 250 mL reaction volume, these equate to 7,400 µM (bacon) – 84,100 µM (ham) nitrite in SGF, which is plausibly expected in real human stomach after intake of these meat product. Thus, Gao *et al.*'s suggestion that 1000 µM nitrite should be the absolute upper limit for physiological consideration is extremely conservative.

214. Taken together, the results presented indicate that the interaction of ranitidine with a complex food matrix may not be adequately explained by simple variations of nitrite levels as is

[145] Hu, et al., "Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation." *Heliyon* 7.2: e06179 (2021).
[146] Florian, et al., Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethyalmine, JAMA 6/28/2021



CONFIDENTIAL INFORMATION

the central premise in Gao *et al.*[147] It is important to consider real-life implications of food in the stomach to evaluate the propensity for NDMA formation from ranitidine in human stomach.

215. Additionally, we considered several 'high-nitrate' food products, e.g., Arugula, but they did not influence NDMA formation from ranitidine. In connection with the SGF food studies, Emery Pharma also considered a possible correlation between NDMA and dimethylamine (DMA) in study samples, however, no obvious correlation was observed. Furthermore, given the instability of ranitidine as well as NDMA in SGF, Emery Pharma considered the stability of ranitidine as well as NDMA in other biological fluids such as plasma and urine. We did not note any stability concerns in these matrices as also reported by Florian *et al*.

**THE FLORIAN STUDY**

216. "Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA) A Randomized Clinical Trial", by Florian *et al.* primarily evaluated the urinary excretion of N-Nitrosodimethylamine (NDMA) after ranitidine ingestion by healthy participants.[148]

217. The participants received ranitidine and placebo with two different diets – one designed as non-cured meats diets and another designed as a cured-meats diet containing higher nitrites, nitrates and NDMA. The 300 mg ranitidine used in this study had 6.3 and 7.5 nanograms of NDMA prior to the start of the study, and 10.5 nanograms at the end.[149] Urinary excretion and maximum plasma concentration of NDMA were measured

[147] Gao, In Vitro Analysis of *N*-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions, Jama Open Network, 4(6):e2118253 (2021)
[148] Florian, et al., Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethyalmine, JAMA 6/28/2021
[149] Florian et al. p.2



CONFIDENTIAL INFORMATION

218. The work presented in this study is a follow up to a prior non-randomized clinical study by Zeng, T. and Mitch, W. A., Carcinogenesis. *2016*; 37(6):625-634 describing *in vivo* formation of NDMA and subsequent urinary excretion after ranitidine ingestion by healthy volunteers. However, the authors of this 2016 study utilized GC-MS for NDMA detection that was later determined to artefactually generate NDMA from ranitidine *ex vivo* in urine samples, and the authors retracted the publication.

219. Florian, J. *et al* has a faulty experimental design that undermines FDA's own guidance and best practices for evaluating a drug's ADME properties, and oversimplification of data gathered from a study with only 18 healthy participants.

220. The problems with the experimental design of the study include:

a. Ranitidine was administered to volunteers after a 12 hour fast, i.e., in an empty stomach. The rationale provided: *"because the formation of NDMA is dependent on having nitrite and acidic conditions."* This ignores that one of the directions for Zantac is to "relieve symptoms, swallow tablet with a glass of water" with a second option "to prevent symptoms, swallow 1 tablet with a glass of water 30 to 60 minutes before eating food or drinking beverages that cause heartburn."[150] When a patient takes Zantac to relieve symptoms, it can be taken when food is present in the stomach. Accordingly, the Florian study missed an extremely critical aspect of NDMA production from ranitidine: interaction with food. Studies at Emery Pharma discussed above demonstrate that the interaction of ranitidine with different food groups is more nuanced and complex than simple nitrite level assessment and can result in significant *in*

[150] See Drug Facts included on packaging and "What you should know about Zantac" 150 instructions.



CONFIDENTIAL INFORMATION

*vivo* NDMA formation. None of which is captured in this work, as ranitidine was administered in an empty stomach.

b. The study only enrolled healthy volunteers, not patients with acid reflux, GERD, or other gastrointestinal ailment(s). In making this choice, the study ignored the different gastrointestinal milieu (flora, pH, chemical composition, etc.) of real patients, and the very real possibility that ranitidine interaction would be different in these individuals.

c. When assessing nitrite levels in food, instead of experimentally obtaining baseline nitrite levels prior to the clinical study, the authors used literature data for nitrite information on food groups. The manuscript does not report exact product or brands used for the diets. Hence, it is not possible to correlate results with exact nitrite levels in the diets that the volunteers received. Even with that caveat, the primary dietary distinction made in this study is between cured and uncured meat to evaluate their role in facilitating NDMA formation from ranitidine. So far this study is concerned, the authors have equated 'cured meat' to contain high levels of nitrite. This is patently incorrect – curing is a process for preserving perishable food and can be achieved by a variety of means, such as brining, pickling, smoking, dehydration, etc. – specifically, it does not immediately mean that nitrites or nitrates were used in the process. Furthermore, 'uncured' products may still effectively contain large amounts of nitrites/nitrates.[151] Taken together, comparisons between 'cured' vs. 'uncured' meat diets with ranitidine use is demonstrably meaningless without

[151] https://www.washingtonpost.com/lifestyle/food/the-uncured-bacon-illusion-its-actually-cured-and-its-not-better-for-you/2019/04/19/0c89630c-608c-11e9-9ff2-abc984dc9eec_story.html



CONFIDENTIAL INFORMATION

experimental evaluation of nitrite levels, which was not conducted as part of this study.

221. The primary conclusion of Florian is: "*These findings do not support that ranitidine is converted to NDMA in a general, healthy population.*" This is also a patently incorrect conclusion. Suggesting that that no urinary excretion of NDMA equates none was formed *in vivo,* and hence no risk of exposure, fails to acknowledge the highly reactive nature of the molecule. Several studies[152] have indicated that NDMA is extensively metabolized by liver Cytochrome P450s to generate carcinogenic entities (e.g., methyl diazonium cation). Due to the NDMA metabolism, levels in peripheral circulation or urine, may be substantially lower than those expected in the GI tract or in hepatic circulation, perhaps less than 1%.[153]

222. There was also no attempt to evaluate if NDMA was formed in the gastrointestinal tract and then was metabolized/reacted with biomolecules.

223. GSK in their response to the European Medical Agency had warned against rushing into a clinical study without developing proper ADME background and possible should have conducted a human study similar to Florian et al with an isotopically tagged Ranitidine.[154]

224. Furthermore, In this study, several outliers were identified with high urinary NDMA levels, each were explained away without any additional experimental insights. For example, in one case the authors noted a patient's start of menstruation to correlate with high

[152] Preussmann R., Trends Pharm. Sci. (1987)8:185–189.; George, J., Rao K.R., Stern R., Chandrakasan G. Dimethylnitrosamine-induced liver injury in rats: The early deposition of collagen. Toxicol. (2001) 156:129-138; Guengerich, F.P., Kim D.H. and Iwasaki M., Role of human cytochrome P-450 IIE1 in the oxidation of many low molecular weight cancer suspects. Chem. Res. Toxicol. (1991)4(2):168- 179

[153] Spiegelhalder, et al., In-vivo formation of N-nitrosodimethylamine in humans after amidopyrine intake, IARC Sci. Publ. 57:179-183 (1984).

[154] Follow-up Communication to FDA on N-nitrosodimethylamine (NDMA) in relation to Ranitidine-January 14, 2020; GSKZN DAD0000314036



CONFIDENTIAL INFORMATION

urinary NDMA levels, postulating a potential *in vitro* formation. This could have been easily tested in an *in vitro* setting to confirm the author's hypothesis. Other possible explanations were also ignored: per the primary endpoint, it could very well be that metabolic changes associated with menstruation resulted in higher ranitidine to NDMA conversion particularly if the diets were not materially relevant (as mentioned in the previous section, uncured meats may contain significant amounts of nitrite). In our opinion this amounts to an oversimplified data interpretation and should be addressed.

225. Seventy-three (73%) of the data points for urinary NDMA analyses were below limit of quantitation. No amount of post-hoc data manipulation can circumvent the absence of the majority of the data points. The method entailed an impressive LLOQ for NDMA at 0.0156 ng/mL. However impressive, it is still not sufficient to address the central premise of the study: does ranitidine convert to NDMA in the body? Let's assume that a ranitidine pill results in 100 ng of NDMA in the GI tract, i.e., around the acceptable exposure for NDMA. The daily total void volumes are in the range of 1 – 2 L, hence the average urinary concentration with 100% excretion will be 50 – 100 ng/L or 0.05 – 0.1 ng/mL. Given the high reactivity of NDMA, it is estimated that less than 1% of the dietary NDMA actually gets excreted. At 1% excretion, the urinary concentration will be 0.0005 – 0.001 ng/mL. In other words, even if the exposure of NDMA were to be 1000 ng, i.e., 10 times above the exposure limit set by FDA themselves, the levels may be below quantitation limits, barely detectable, or irrelevant for consideration. As such 'below LLOQ' should be the norm for this study; the fact that the study reveals such high NDMA levels in ~27% of the urine samples suggest issues with the study beyond considerations for ranitidine and remain unexplained. The authors failed to recognize this aspect while evaluating their data and went with an overly simplistic view of comparative statistics.



CONFIDENTIAL INFORMATION

226. In animal models, NDMA is rapidly metabolized and is known to have extremely low excretion rates in urine.[155] Due to NDMA's rapid absorption, metabolism, and propensity to react with DNA, it is difficult to accurately quantify NDMA in human plasma. Spiegelhalder *et al*[156] was an *in vivo* study where participants were given 13,000 to 26,000 nanograms of NDMA with orange juice, and 0% of NDMA was excreted in the urine. In fact, NDMA was only detected in the urine when co-administered with alcohol which is known to inhibit the liver's metabolism of NDMA.[157] In the case of 12,000 to 30,000 nanograms of NDMA co-administered with beer only 0.5 to 1.3% was detectable in urine, and when 13,000 to 23,000 nanograms of NDMA was co-administered with orange juice and 6% ethanol only 1.8-2.4 % was detectable in the urine. Given these findings, Spiegelhalder concludes that in order to detect NDMA exposure by testing urine that single doses "would have to be on the order of hundreds of micrograms."[158]

227. Lastly, the study only considered 18 healthy volunteers. While for a small-scale Phase I study that is acceptable, the conclusions arrived must be considered with the study limitations. Simply put, even with the best designed studies, 18 healthy participants cannot be said to reflect the United States population with varying different stomach chemistries and diets.

## ROLE OF POTASSIUM THIOCYANATE IN PROMOTING NDMA FORMATION FROM RANITIDINE

228. As presented in this report, to address if ranitidine may form NDMA *in vivo* after consumption, it is important to consider the complex gastrointestinal milieu, including the

---

[155] Spiegelhalder, et al., Urinary excretion of N-nitrosamines in rats and humans. IARC Sci Publications, pages 443-449 (1982)
[156] Spiegelhalder, et al., Urinary excretion of N-nitrosamines in rats and humans. IARC Sci Publications, pages 443-449 (1982)
[157] Swann, et al. Effect of ethanol on nitrosamine metabolism and distribution: Implications for the role of nitrosamines in human cancer and for the influence of alcohol consumption on cancer incidence. Mutation Res./Rev. in Gen. Tox. 186, 261-267 (1987)
[158] Spiegelhalder, page 446.



CONFIDENTIAL INFORMATION

presence of food. Such interactions are not properly captured in simple *in vitro* simulated gastric fluid (SGF) studies, e.g., Gao *et al.* or Braunstein *et al.* Specifically, these studies primarily investigated the role of nitrite as the central premise, as if that is the sole factor influencing NDMA formation from ranitidine. Emery Pharma's results unequivocally show that nitrite is not the only factor, other components of the food matrix play a role.

229. Potassium thiocyanate (KSCN) has been identified in the literature as one such endogenous compound, present in human gastric juice that can promote nitrosation of dimethylamine moieties to form NDMA in the stomach.[159] GSK also observed the formation of di-nitroso-ranitidine was enhanced by thiocyanate[160].

230. Emery Pharma performed a preliminary assessment to evaluate if the presence of KSCN facilitates NDMA formation from Ranitidine. The general experimental setup is included in Appendix A. Briefly, 10 mM ranitidine hydrochloride API was reacted in 6% acetic acid (pH ~3.5) in the presence of 100 µM or 1000 µM sodium nitrite, with no KSCN, 500 µM or 1000 µM KSCN added. NDMA levels were analyzed at timepoint 0, 0.5, 1, 1.5, 2, and 3 hours.

231. The basic setup mimicked that of WHO NAP conditions, as it had been established as a standardized platform to evaluate nitrosation of drugs. The sodium nitrite concentrations were chosen based on recent publication from the FDA (Gao *et al.* and Florian *et al.*) suggesting 100 - 1000 µM nitrite is the legitimate physiological range. KSCN concentrations were chosen based on average levels reported in human gastric juice.[161]

[159] Lane, et al, The effect of pH on Dimethylnitrosamine Formation in Human Gastric Juice, Fd Cosmet, Toxicology, Vol. 11, pages 851-854 (1973)
[160] Gatehouse et al, Nitrosation of Ranitidine: Further Mutagenicity Studies, (1980); GSKZAN0000986964-GSKZAN0000986997
[161] Ruddell, et al, Nitrite and Thiocyanate in the fasting and secreting stomach and in salvia, Gut, 18, 73-77 (1977)



CONFIDENTIAL INFORMATION

232. The results of the study are presented in the following graphs.




Figure HH. Time course of NDMA formation from ranitidine when reacted with 100 µM nitrite with no KSCN, 500 µM, or 1000 µM KSCN added.




Figure II. Time course of NDMA formation from ranitidine when reacted with 1000 µM nitrite with no KSCN, 500 µM, or 1000 µM KSCN added.

233. As evident from the data, at 1000 μM nitrite condition, both 500 μM and 1000 μM KSCN results in elevated NDMA formation from ranitidine at 0.5- and 1-hour timepoints. At 100 μM nitrite, there does not seem to be any effect from KSCN.

234. These results suggest that nitrite is not the only variable for consideration when evaluating NDMA formation from ranitidine *in vivo;* other stomach-associated chemicals, such as KSCN and likely those from food may impact the rate and/or extent of NDMA production.; More extensive work would allow us to gain mechanistic insights into how KSCN influences nitrosation of ranitidine to generate elevated NDMA. The observations made from this study are entirely consistent from work presented by GSK in 1980. GSKZAN0000986964

**MORPHOLOGY STUDY**

235. In its the Root Cause Analysis, GSK attempts to distinguish Jurong and Saraca Grade 3 drug substance as having a slower rate of transforming into NDMA than other APIs such as Saraca Grade 1 because of bulk density and “columnar” crystal morphology. GSKZAN0000051952-53. The RCA goes on to describe two distinct morphologies, columnar and irregular, and state that batches which exhibit the columnar morphology result in the slowest rates of NDMA formation. GSKZAN0000051928.

236. The physical properties of the Jurong and Saraca Grade 3 drug substance were analyzed by GSK by scanning electronic microscopy (SEM). Based on the SEM imaging, GSK claims that the Jurong and Saraca Grade 3 have a columnar morphology.

237. The images that GSK captured and included in its RCA of “columnar” Jurong API are shown below:



CONFIDENTIAL INFORMATION




Note GSK Jurong batch was granulated

**Figure 6** SEM Images for SMS Batch RH S 11 19 073 and Jurong Batch 381226

238. GSK then references a historical SEM image for commercial scale Jurong drug substance prior to granulation also finding columnar morphology. GSKZAN0000051936. Figure 7 is the historical SEM image:




**Figure 7** SEM Image for ungranulated Jurong drug substance



CONFIDENTIAL INFORMATION

239. In order to investigate this purported difference in morphology, I examined the following samples of drug substance under SEM: GSK Lots No#K264718 MFD: 2011-Jan-17, NDMA level 642.3 ng; Manufacturer: GSK Lot No# K260780, MFD: 2010-Aug-16, NDMA level: 879.4 ng; Manufacturer: GSK Lot No# K261062, MFD: 2010-Aug-25; NDMA level: 2237.6 ng; Manufacturer: GSK Lot No# K259632; MFD: 2010-Jul-07, NDMA level: 1195.7 ng; Manufacturer: GSK Lot No# K259937, MFD: 2010-Jul-18, NDMA level: 112.4 ng; Manufacturer: GSK Lot No# K260742, MFD: 2010-Aug-16, NDMA level: 1827.1 ng; Manufacturer: GSK Lot No# K266286; MFD: 2011-Mar-05, NDMA level: 2099.9 ng; Manufacturer: BI Lot No# 1406000061, MFD:2014-May-12, NDMA level: 57.9 ng; Manufacturer: BI Lot No# 1710000034; MFD: 2017-Jun-27; NDMA level: 1420.4 ng; Manufacturer: Sanofi/Patheon Lot No# AL4385; MFD: 2019-Mar-14; NDMA level: 206.1 ng; Manufacturer: Sanofi/Patheon Lot No# AK6455, MFD: 2018-Sept-22, NDMA level: 1275 ng; Manufacturer: GSK DRL/Parma Lot No# EKH001804T, MFD: 2017-Feb-01, NDMA level: 394.3 ng; Manufacturer: Sanofi/Patheon Lot No# AK4903; MFD: 2018-Jul-27, NDMA level: 364.5 ng; Manufacturer: Sanofi/Patheon Lot No# AK9765, MFD: 2018-Dec-06, NDMA level: 394.6 ng; Manufacturer: Sanofi/Patheon Lot No# AK8989, MFD: 2018-Nov-07, NDMA level: 339.6 ng; Manufacturer: Sanofi/Promeco, Lot No# 1903000396, MFD: 2019-Jan-28, NDMA level: 301.5 ng; Manufacturer: Sanofi/Promeco Lot No# 1903000397, MFD: 2019-Jan-23, NDMA level: 346 ng; Manufacturer: Sanofi/Promeco Lot No# 1903000391, MFD: 2019-Jan-22, NDMA level: 270.4 ng; Manufacturer: Sanofi/Promeco Lot No# 1903000392, MFD: 2019-Jan-15, NDMA level: 293.6 ng; and Manufacturer: GSK Jurong Lot No# K280417, MFD: 2012-Sept-27, NDMA level: 91.6 ng. The SEM I utilized to examine samples was Hitachi tabletop microscope TM4000 series with TM4000 software.



CONFIDENTIAL INFORMATION

240. The SEM Protocol for Ranitidine API Crystal Morphology Characterization is provided in Appendix B.

241. Sample identification and corresponding SEM Images are provided in **Appendix C**.

242. Based upon my observations of the samples, we found exemplary API batches with discernible columnar and irregular morphologies, as described in the GSK RCA. However, there appeared to be no appreciable correlation between morphology and NDMA levels. For example, API from GSK Jurong Lot No# K259632 (Man. 7/7/2010) represents discernable columnar morphology at 1500x magnification; however, also presents with NDMA levels of 1195.7 ng per 150 mg ranitidine. Alternatively, API from GSK Jurong Lot No# K259937 (Man. 7/18/2010) exhibited mixed (mix of columnar and irregular) morphology at 1500x magnification, that were associated with low NDMA levels (112.3 ng NDMA per 150 mg ranitidine). Moreover, the appearance of GSK Jurong API under SEM looked similar to those from other manufacturers such as BI or Sanofi.

243. Taken together, we were not able to identify a clear trend or association between columnar morphology and low NDMA levels within the GSK Jurong API or across API manufacturers.

## SIMULATED CONSUMER EXPERIENCE TESTING (POST PURCHASE)

244. Three different studies were conducted to simulate a few examples of common consumer experiences with Zantac to determine if NDMA would be formed while in storage (see Emery Pharma Protocol# RLEV-NB210812B).



CONFIDENTIAL INFORMATION

245. The first study was designed to simulate storage of Zantac in a car. Conditions where a car is kept in the shade as well as conditions, where a car kept out in the sun were both evaluated. The conditions for this study for a car in the shade were 2-hours at 40º C, and 2 hours at 25º C. The conditions for this study for a car in the shade began with samples at ambient temperature of 25º C then stored for 2-hours at 40º C. Following this cycle, samples were allowed to equilibrate back to ambient temperature (25º C) before initiating additional cycles.

246. The conditions for this study for a car in the sun were two-hours at 75º C, two hours at 50º C for timepoint 2-4 hours, and 4 hours at 25º C. The conditions for this study for a car in the sun began with samples at ambient temperature of 25º C then stored for two-hours at 75º C followed by two-hours at 50º C. Following this cycle, samples were allowed to equilibrate back to ambient temperature (25º C) before initiating additional cycles.

247. The second study was designed to simulate storage of Zantac in a bathroom, since it a common practice to store medicines in a bathroom 'medicine cabinet'. The conditions for this study for storage in a bathroom began with samples at ambient bathroom conditions (25 °C/40% RH) then stored for 30 minutes at 40 °C/100% RH. Following this cycle, samples were allowed to equilibrate back to ambient conditions (25º C/40% RH) before initiating additional cycles.

248. The third study was simulated climatic zones stability based on International Council for Harmonization (ICH) Q1A(R2)[162] guidelines to resemble the temperature and humidity conditions across the United States.

249. The conditions for these studies are described in the Stability Assessment of Ranitidine toward NDMA formation by LC-MS/MS Protocol provided in Appendix B.

---

[162] CH Harmonized Tripartite Guideline Stability Testing Of New Drug Substances and Products Q1A(R2) Current Step 4 version dated 6 February 2003, https://database.ich.org/sites/default/files/Q1A%28R2%29%20Guideline.pdf;



CONFIDENTIAL INFORMATION

250. The testing protocol for these simulated consumer experience tests are contained in Appendix B. The product used for the initial bathroom, car in sun and car in shade studies was as follows: Sanofi 75mg, AL7319, Exp: 7/2022; Sanofi150mg, Cool Mint, 19D561, Wal-Mart, Exp: 4/2021; Sanofi 150mg, 753969, Exp: 4/2020; Sanofi 75mg, 18H008M, Exp: 8/2021; Sanofi 150mg, Cool Mint, 19D561, Walgreens, Exp: 4/2021; Sanofi 150mg, 9116CAWS, Exp: 1/2022; Sanofi 75mg, 18N024U, Pouch, Exp: 12/2021; Sanofi 150mg, Cool Mint, 19E573, Amazon, Exp: 5/2021; and Sanofi 150mg, 9238CAWS, Sam's Club, Exp: 3/2022. These lots were selected as they had varying levels of baseline NDMA in the tablets.

251. The study was initiated on November 11, 2021. Results from simulated stability of ranitidine stored in a car or a bathroom medicine cabinet are summarized below.




| | AL7319 | 19D561 | 753969 | 18H008M | 19D561 | 9116CAWS | 18N024U | 19E573 | 9238CAWS |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | 174.0 | 241.4 | 264.8 | 721.4 | 818.3 | 1142.2 | 1743.2 | 2255.9 | 2651.8 |
| Shade - 15 cycles | 190.9 | 415.6 | 401.4 | 726.4 | 829.6 | 1975.4 | 1554.8 | 2778.0 | 2540.4 |
| Shade - 30 cycles | 229.5 | 531.4 | 672.4 | 1218.6 | 1260.9 | 2232.7 | 2280.3 | 3272.9 | 3269.1 |
| Shade - 50 cycles | 1045.3 | 1002.7 | 988.2 | 2322.9 | 2274.2 | 2784.8 | 3122.6 | 5786.5 | 6061.6 |

Figure JJ. Time course of NDMA formation for ranitidine simulating storage in a car in the shade.



CONFIDENTIAL INFORMATION




| | AL7319 | 19D561 | 753969 | 18H008 M | 19D561 | 9116CA WS | 18N024 U | 19E573 | 9238CA WS |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | 174.0 | 241.4 | 264.8 | 721.4 | 818.3 | 1142.2 | 1743.2 | 2255.9 | 2651.8 |
| Sun - 15 cycles | 262.9 | 430.4 | 417.5 | 880.2 | 923.1 | 2307.6 | 2401.9 | 3167.7 | 3095.9 |
| Sun - 30 cycles | 264.0 | 630.0 | 537.5 | 1264.3 | 892.8 | 3266.3 | 2847.3 | 3213.4 | 3858.9 |
| Sun - 50 cycles | 1015.5 | 1985.9 | 2108.9 | 3267.7 | 3103.0 | 3602.0 | 3191.9 | 4177.1 | 6981.1 |

Figure KK. Time course of NDMA formation for ranitidine simulating storage in a car out in the sun.




| | AL7319 | 19D561 | 753969 | 18H008 M | 19D561 | 9116CA WS | 18N024U | 19E573 | 9238CA WS |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | 174.0 | 241.4 | 264.8 | 721.4 | 818.3 | 1142.2 | 1743.2 | 2255.9 | 2651.8 |
| Bathroom - 15 cycles | 411.1 | 460.0 | 698.0 | 797.2 | 909.2 | 2238.4 | 3323.8 | 3612.8 | 2457.6 |
| Bathroom - 30 cycles | 1286.7 | 850.1 | 1269.4 | 1263.9 | 1264.3 | 3271.4 | 4264.8 | 4249.6 | 4242.1 |
| Bathroom - 50 cycles | 3811.9 | 4608.4 | 3401.6 | 2869.3 | 3932.2 | 4654.1 | 4455.1 | 3506.2 | 5322.2 |

Figure LL. Time course of NDMA formation for ranitidine simulating storage in a bathroom medicine cabinet.



CONFIDENTIAL INFORMATION

252. These results demonstrate that a significant amount of NDMA, in addition to any baseline NDMA content, continue to form after a consumer opens the bottle depending on the storage conditions. Notably, NDMA continued to form over 50 cycles under simulated storage for a car (shade or sun) or bathroom medicine cabinet, whether the tablet had a lower (174 ng/150 mg ranitidine) or higher (2,651.8 ng/150 mg ranitidine) baseline level of NDMA.

253. In light of these simulated study results, considering only baseline NDMA amounts in the tablets when evaluating a patient's exposure to NDMA from ranitidine may not be capturing their total NDMA exposure depending on how that patient stored their medicine.

254. These simulated studies were repeated starting on January 5, 2022 following the same protocol using sample lots that had significantly higher baseline starting levels of NDMA [Sanofi lot 960738 (Exp. 9/2022), Sanofi 958258 (Exp. 9/2022), Sanofi 960740 (Exp. 9/2022), Sanofi 960303 (Exp. 8/2021), Sanofi 960810 (Exp. 9/2021), Sanofi 958032 (Exp. 8/2021), Sanofi 960803 (Exp. 9/2021), Sanofi 960302 (Exp. 8/2021), Sanofi AK0118B (Exp. 4/2020), Sanofi AK0119A (Exp. 4/2020).] The experiment is still ongoing as of writing of this report.

255. The study was initiated on January 5, 2022. Results from this study is presented below:



CONFIDENTIAL INFORMATION




| | 960738 | 958258 | 960740 | 960303 | 960810 | 958032 | 960803 | 960302 |
|---|---|---|---|---|---|---|---|---|
| Baseline | 14991.6 | 11425.8 | 12076.5 | 12366.1 | 11224.2 | 12751.3 | 13421.3 | 12024.9 |
| Sun | 14351.7 | 13077.7 | 14932.8 | 15227.0 | 16674.3 | 15806.0 | 13410.3 | 9853.4 |
| Shade | 12625.6 | 18711.9 | 11186.6 | 11598.9 | 17211.6 | 12883.9 | 18176.7 | 13033.0 |

Figure MM. NDMA formation after 15 simulated cycles from ranitidine (Sanofi) simulating storage in a car in the shade or out in the sun.




| | 960738 | 958258 | 960740 | 960303 | 960810 | 958032 | 960803 | 960302 |
|---|---|---|---|---|---|---|---|---|
| Baseline | 14991.6 | 11425.8 | 12076.5 | 12366.1 | 11224.2 | 12751.3 | 13421.3 | 12024.9 |
| Bathroom | 15962.7 | 15257.3 | 15590.1 | 20159.1 | 18891.0 | 24896.5 | 22568.3 | 19869.8 |

Figure NN. NDMA formation after 15 simulated cycles for ranitidine simulating storage in a bathroom medicine cabinet.



CONFIDENTIAL INFORMATION




Figure OO. NDMA formation after 15 simulated cycles for ranitidine (Sanofi) simulating storage in a car out in the sun or in shade.




Figure PP. NDMA formation after 15 simulated cycles of a bottle stored in a bathroom.

256. These results demonstrate that even if there is a high baseline level of NDMA in the tablet, more NDMA will form when stored in these simulated conditions. Again, considering only baseline NDMA amounts in the tablets when evaluating a patient's exposure to NDMA from



CONFIDENTIAL INFORMATION

Zantac may not be capturing their total NDMA exposure depending on individual patient/consumer experience.

257. For evaluating the stability of ranitidine in different climatic zones, the following products were used: Sanofi 75mg, AL4219B, Exp: June 22; Sanofi 150mg, AL4891B, Exp: June 22; Sanofi Cool Mint, 19D563, Exp: Apr 21; GSK 150mg, HF6N, Exp: June 20 and GSK 150mg, HA4J, Exp: June 20.

258. The conditions for this study as described in the protocol as Appendix A. Briefly, the climatic zones are as follows:

Zone I: 21 °C ± 2 °C/RH 45% ± 5%;

Zone II: 25 °C ± 2 °C/RH 60% ± 5%;

Zone III: 30 °C ± 2 °C/RH 35% ± 5%;

Zone IVa: 30 °C ± 2 °C/RH 65% ± 5%; and

Accelerated Ambient: 40 °C ± 2 °C/RH 75% ± 5%.

259. The study was initiated on November 11, 2021. The results of the study were as follows provided in the following charts:



CONFIDENTIAL INFORMATION




| | Sanofi AL4219B 75mg | Sanofi AL4891B 150mg | Sanofi 19D563 Cool Mint 150mg | GSK 150mg HF6N | GSK 150mg HA4J |
|---|---|---|---|---|---|
| Baseline | 77.0 | 369.5 | 435.4 | 203.3 | 330.7 |
| I - 2 weeks | 136.9 | 351.2 | 522.6 | 342.5 | 320.6 |
| I - 4 weeks | 240.0 | 335.5 | 563.7 | 416.8 | 418.5 |
| I - 8 weeks | 223.2 | 324.7 | 452.3 | 444.4 | 348.3 |

Figure QQ. Time course study of NDMA formation in Zone I storage conditions.




| | Sanofi AL4219B 75mg | Sanofi AL4891B 150mg | Sanofi 19D563 Cool Mint 150mg | GSK 150mg HF6N | GSK 150mg HA4J |
|---|---|---|---|---|---|
| Baseline | 77.0 | 369.5 | 435.4 | 203.3 | 330.7 |
| II - 2 weeks | 102.4 | 396.3 | 540.3 | 351.4 | 351.7 |
| II - 4 weeks | 195.5 | 349.5 | 754.6 | 465.1 | 534.0 |
| II - 8 weeks | 252.9 | 351.5 | 897.3 | 432.1 | 648.4 |

Figure RR. Time course study of NDMA formation in Zone II storage conditions.



CONFIDENTIAL INFORMATION




| | Sanofi AL4219B 75mg | Sanofi AL4891B 150mg | Sanofi 19D563 Cool Mint 150mg | GSK 150mg HF6N | GSK 150mg HA4J |
|---|---|---|---|---|---|
| Baseline | 77.0 | 369.5 | 435.4 | 203.3 | 330.7 |
| III - 2 weeks | 131.5 | 348.8 | 537.3 | 370.2 | 370.6 |
| III - 4 weeks | 317.5 | 403.3 | 738.0 | 822.1 | 960.3 |
| III - 8 weeks | 335.9 | 443.8 | 837.6 | 832.1 | 1147.2 |

Figure SS. Time course study of NDMA formation in Zone III storage conditions.




| | Sanofi AL4219B 75mg | Sanofi AL4891B 150mg | Sanofi 19D563 Cool Mint 150mg | GSK 150mg HF6N | GSK 150mg HA4J |
|---|---|---|---|---|---|
| Baseline | 77.0 | 369.5 | 435.4 | 203.3 | 330.7 |
| IVa - 2 weeks | 151.4 | 350.8 | 734.4 | 457.6 | 549.9 |
| IVa - 4 weeks | 490.4 | 698.9 | 786.8 | 540.2 | 778.7 |
| IVa - 8 weeks | 549.0 | 829.1 | 970.6 | 733.2 | 954.2 |

Figure TT. Time course study of NDMA formation in Zone IVa storage conditions.



CONFIDENTIAL INFORMATION




| | Sanofi AL4219B 75mg | Sanofi AL4891B 150mg | Sanofi 19D563 Cool Mint 150mg | GSK 150mg HF6N | GSK 150mg HA4J |
|---|---|---|---|---|---|
| Baseline | 77.0 | 369.5 | 435.4 | 203.3 | 330.7 |
| Accel. - 2 weeks | 182.3 | 592.5 | 1146.1 | 607.8 | 921.9 |
| Accel. - 4 weeks | 404.0 | 817.0 | 1746.0 | 903.7 | 1452.9 |
| Accel. - 8 weeks | 765.8 | 1223.7 | 2265.6 | 1289.0 | 2216.6 |

Figure UU. Time course study of NDMA formation in Accelerated Ambient storage conditions.

260. Most notably all samples tested, regardless of starting NDMA level, formed more NDMA when stored in each of the five tested climatic zone conditions.

## EMERY PHARMA MANUFACTURED TABLETS WITH API FROM GSK JURONG AND BI PROMECO

261. No film coated tablets with GSK Jurong drug substance (API) were provided for testing. In order to evaluate stability of drug product made with Jurong API's, under the influence of various environmental factor such as temperature and humidity, we manufactured products with ranitidine API from GSK Jurong and BI Promeco.



CONFIDENTIAL INFORMATION

262. Tablets were manufactured from both GSK Jurong and BI (as control), so there could be a direct comparison of the stability of the APIs with a consistent tablet formulation. This eliminates any variability introduced due to the manufacturing process.

263. The protocol for the drug product manufacturing and corresponding confirmatory tests are provided as Appendix A.

264. The following drug substances were used in the making of the tablets: GSK Jurong API – K300200 (Manufacture Date 12/6/2014), K300203(Manufacture Date 12/6/2014), K280417 (Manufacture Date 9/27/2012), K265915 (Manufacture Date 2/19/2011), K264718 (Manufacture Date 1/17/2011), K300726 (Manufacture Date 12/29/2014), and BI Promeco Lot#1406000061 (Manufacture Date 05/12/2014). These lots were chosen for to cover a wide range of starting NDMA levels (65.7 ng/150 mg of ranitidine for K300203 to 1251.7 ng/150 mg of ranitidine for K265915).

265. After the manufacture of the tablets, the tablets were placed under different climatic zone stability conditions (Zone I, II, III, IVa and Accelerated Ambient) following the climatic zone stability protocol set forth above.

266. The results of this stability study are as follows:



CONFIDENTIAL INFORMATION




| | K300200 | K300203 | K280417 | K265915 | K264718 | K300726 | 1406000061 |
|---|---|---|---|---|---|---|---|
| Baseline | 94.3 | 61.3 | 95.6 | 1300.2 | 702.5 | 420.6 | 57.9 |
| 2 week | 222.6 | 269.3 | 404.1 | 2434.6 | 646.0 | 459.0 | 325.2 |
| 4 week | 326.2 | 452.8 | 602.3 | 3519.4 | 731.8 | 735.4 | 429.7 |

Figure VV. Time course study of NDMA formation in Zone I storage conditions.




| | K300200 | K300203 | K280417 | K265915 | K264718 | K300726 | 1406000061 |
|---|---|---|---|---|---|---|---|
| Baseline | 94.3 | 61.3 | 95.6 | 1300.2 | 702.5 | 420.6 | 57.9 |
| 2 week | 310.8 | 214.6 | 378.9 | 2747.2 | 595.8 | 590.8 | 381.4 |
| 4 week | 315.4 | 428.4 | 583.4 | 3911.6 | 637.3 | 798.0 | 474.0 |

Figure WW. Time course study of NDMA formation in Zone II storage conditions.



CONFIDENTIAL INFORMATION




| | K300200 | K300203 | K280417 | K265915 | K264718 | K300726 | 1406000061 |
|---|---|---|---|---|---|---|---|
| Baseline | 94.3 | 61.3 | 95.6 | 1300.2 | 702.5 | 420.6 | 57.9 |
| 2 week | 198.9 | 269.0 | 430.3 | 2396.5 | 609.5 | 552.8 | 400.2 |
| 4 week | 335.7 | 450.9 | 635.4 | 3680.9 | 713.3 | 704.6 | 502.3 |

Figure XX. Time course study of NDMA formation in Zone III storage conditions.




| | K300200 | K300203 | K280417 | K265915 | K264718 | K300726 | 1406000061 |
|---|---|---|---|---|---|---|---|
| Baseline | 94.3 | 61.3 | 95.6 | 1300.2 | 702.5 | 420.6 | 57.9 |
| 2 week | 162.9 | 307.5 | 411.2 | 2425.4 | 591.1 | 439.9 | 440.9 |
| 4 week | 346.2 | 493.9 | 625.5 | 3613.6 | 718.0 | 715.9 | 622.9 |

Figure YY. Time course study of NDMA formation in Zone IVa storage conditions.



CONFIDENTIAL INFORMATION




| | K300200 | K300203 | K280417 | K265915 | K264718 | K300726 | 1406000061 |
|---|---|---|---|---|---|---|---|
| Baseline | 94.3 | 61.3 | 95.6 | 1300.2 | 702.5 | 420.6 | 57.9 |
| 2 week | 336.3 | 418.6 | 518.9 | 2409.5 | 640.6 | 596.8 | 511.9 |
| 4 week | 477.6 | 644.8 | 797.1 | 4326.9 | 797.5 | 858.6 | 699.3 |

Figure ZZ. Time course study of NDMA formation in Accelerated Ambient storage conditions.

267. As these results suggest, drug products prepared with GSK Jurong API and BI Promeco, progressively accumulated NDMA across all tested climatic zone conditions within a period of 2 to 4 weeks. Specifically, all tablets developed more than an additional 96 ng of NDMA in the first 2 week time period, regardless of the baseline level of NDMA.

268. The drug products prepared from GSK Jurong API, behave similar to other ranitidine drug products tested by Emery Pharma. As will all other ranitidine drug products tested, these ranitidine tablets demonstrated instability for ranitidine towards NDMA formation when subjected to elevated heat and humidity over time.

**API 4-WEEK STABILITY STUDY**



CONFIDENTIAL INFORMATION

269. Emery Pharma conducted a 4-week Climatic Zone Stability study comparing drug substances from three of the brands: Sanofi Promeco 1903000391 (Manufactured: 1/22/2019); GSK Jurong API K280417 (Manufactured: 9/27/2012) and K259632 (Manufactured 7/7/2010); BI Promeco 1602000360 (Manufactured: 12/22/2015) and 1604000011 (Manufactured: 2/15/2016). This study was undertaken to evaluate the stability of ranitidine drug substance as the ranitidine molecule has proven to be unstable as previously shown in our citizen petition and further confirmed during our synthesis of Ranitidine as well as isotopically labeled Ranitidine "aka. doubly tagged Ranitidine".

270. The drug substance was placed under climatic zone stability conditions (Zone I, II, III, IVa and Accelerated Ambient) following the climatic zone stability protocol set forth above. These conditions are summarized as follows: Zone I: 21 °C ± 2 °C/RH 45% ± 5%; Zone II: 25 °C ± 2 °C/RH 60% ± 5%; Zone III: 30 °C ± 2 °C/RH 35% ± 5%; Zone IVa: 30 °C ± 2 °C/RH 65% ± 5%; and Accelerated Ambient: 40 °C ± 2 °C/RH 75% ± 5%.

271. The results of this study are summarized below:




| | 1602000360 | 1604000011 | K280417 | K259632 | 1903000391 |
|---|---|---|---|---|---|
| Baseline | 1163.6 | 340.0 | 91.6 | 1195.7 | 251.7 |
| 2 week | 2518.0 | 436.1 | 410.8 | 2977.5 | 433.9 |
| 4 week | 3582.1 | 760.5 | 705.7 | 4539.4 | 773.1 |

Figure AAA. Time course study of NDMA formation in Zone I storage conditions.




| | 1602000360 | 1604000011 | K280417 | K259632 | 1903000391 |
|---|---|---|---|---|---|
| Baseline | 1163.6 | 340.0 | 91.6 | 1195.7 | 251.7 |
| 2 week | 2931.7 | 553.8 | 471.1 | 2814.4 | 617.8 |
| 4 week | 3441.2 | 720.4 | 732.6 | 3274.0 | 732.9 |

Figure BBB. Time course study of NDMA formation in Zone II storage conditions.




| | 1602000360 | 1604000011 | K280417 | K259632 | 1903000391 |
|---|---|---|---|---|---|
| Baseline | 1163.6 | 340.0 | 91.6 | 1195.7 | 251.7 |
| 2 week | 1936.5 | 474.3 | 516.9 | 2825.3 | 659.1 |
| 4 week | 3534.9 | 855.0 | 652.4 | 4702.9 | 775.2 |

Figure CCC. Time course study of NDMA formation in Zone III storage conditions.



CONFIDENTIAL INFORMATION




| | 1602000360 | 1604000011 | K280417 | K259632 | 1903000391 |
|---|---|---|---|---|---|
| Baseline | 1163.6 | 340.0 | 91.6 | 1195.7 | 251.7 |
| 2 week | 2319.4 | 542.1 | 527.0 | 3346.5 | 623.6 |
| 4 week | 3710.4 | 874.2 | 831.6 | 4423.1 | 798.5 |

Figure DDD. Time course study of NDMA formation in Zone IVa storage conditions.

272. As can be seen by the illustration above, all of the drug substance formed increasing levels of NDMA under each of the four climatic conditions regardless of the baseline NDMA level. The GSK Jurong API degraded in a similar fashion as the API from the other manufacturers.

273. There was a similar result from the accelerated ambient arm of the study:



CONFIDENTIAL INFORMATION




| | 1602000360 | 1604000011 | K280417 | K259632 | 1903000391 |
|---|---|---|---|---|---|
| Baseline | 1163.6 | 340.0 | 91.6 | 1195.7 | 251.7 |
| 2 week | 2990.8 | 608.6 | 605.0 | 3291.8 | 560.2 |
| 4 week | 3975.5 | 804.3 | 735.9 | 4211.6 | 771.7 |

Figure EEE. Time course study of NDMA formation in Accelerated Ambient storage conditions.

Again, the Jurong drug substance reacted in a similar fashion to the BI Promeco and Sanofi Promeco.



CONFIDENTIAL INFORMATION

# EXHIBIT 14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# Report of Bernard A. Olsen, Ph.D.

Date: March 7, 2022

Bernard A. Olsen, Ph.D.



Bernard Olsen, Ph.D.
Exhibit Plaintiff's 3
CB - 05.23.2022.
exhibitsticker.com

# Table of Contents

**I. Background & Qualifications** ........ 3
**II. Disclosures** ........ 4
**III. Summary of Opinions** ........ 4
**IV. Introduction** ........ 5
**V. Scientific Principles** ........ 6
**a. How Pharmaceuticals are Made** ........ 6
**i. Manufacture of Active Pharmaceutical Ingredient ("API")** ........ 6
**ii. Manufacture of Drug Product** ........ 7
**iii. Packaging** ........ 7
**b. Principles of Drug Stability** ........ 7
**c. Methods to Assess Drug Stability** ........ 7
**i. Select Features of a Stability Study** ........ 8
**ii. Stability Testing** ........ 10
**iii. Postmarket Surveillance Testing** ........ 12
**d. Principles of Analytical Chemistry** ........ 12
**e. Interpretation of Analytical Data** ........ 15
**i. Pre-Requisite #1: Sound Record Keeping** ........ 15
**ii. Pre-Requisite #2: Procedure Validation** ........ 18
**iii. Pre-Requisite #3: Analytical Procedure and Sample Performance Verification** ........ 20
**iv. Data Interpretation** ........ 20
**f. Translating Real-World Conditions for Non-Scientists** ........ 21
**VI. NDMA Findings in Medicinal Products** ........ 22
**VII. Analysis of Plaintiffs' Expert Opinions** ........ 25
**a. Emery Pharma's Citizen Petition, Omitted Data, and Subsequent Testing** ........ 25
**b. Insufficient Pre-Requisites for Data Interpretation** ........ 30
**i. Deficient Record Keeping** ........ 30
**ii. Deficient Procedure Validation** ........ 34
**iii. Deficient Analytical Procedure and Sample Method Performance** ........ 37
**c. Emery's "Content Uniformity" Testing** ........ 37
**d. Emery's "Baseline Testing"** ........ 41

**e. Emery's Unsealed Versus Sealed/Unsealed Analysis** ........ 48
**f. Emery's "Stability" Studies** ........ 51
**g. Emery's "Consumer Experience Testing (Post Purchase)"** ........ 53
**i. Hot Car Study** ........ 54
**ii. Shower Study** ........ 59
**iii. Zone Studies** ........ 63
**iv. Summary of Consumer Experience Testing** ........ 64
**h. Emery's Refrigeration Study** ........ 65
**i. Emery's Study on Emery-Manufactured Tablets** ........ 66
**j. Emery's API Stability Study** ........ 68
**k. Conclusion** ........ 69
**VIII. Reference List** ........ 70

## I. Background & Qualifications

I am currently an independent pharmaceutical consultant in Wake Forest, North Carolina. I received my Ph.D. in analytical chemistry from the University of Wisconsin-Madison. I also have an undergraduate degree in chemistry from Nebraska Wesleyan University.

After receiving my doctorate, I worked in the pharmaceutical industry for twenty-nine years at Eli Lilly and Company, where I achieved the rank of Senior Research Fellow. At Eli Lilly, I held a variety of senior research positions in the areas of analytical and bioanalytical development and chemistry.

I have supported the development and/or manufacture of more than twenty-five marketed products. For over twenty years, on nearly a daily basis, I performed hands-on development and analysis using a variety of analytical techniques with an emphasis on chromatographic techniques. These analyses included determination of purity and impurities in drug substances, drug products, intermediates, and starting materials to generate development information and for quality control purposes. I personally conducted impurity investigations and advised others on how to investigate impurities in pharmaceuticals.

I have been involved in many activities within the scientific community. I am a member of the American Chemical Society (Analytical Division) and the American Association of Pharmaceutical Scientists (AAPS). In 2010, I was elected as a Fellow of the AAPS. For ten years, I served as an expert committee member for monograph development for the United States Pharmacopeia (USP). I was also elected to two 5-year terms as chair of a USP expert committee for monograph development. I am a reviewer for the Journal of Chromatography A and the Journal of Pharmaceutical and Biomedical Analysis. I am also on the Editorial Advisory Board of the Journal

of Pharmaceutical and Biomedical Analysis. From 2007 to 2010, I served as an adjunct professor in the Department of Industrial and Physical Pharmacy at Purdue University.

I have delivered over ninety external presentations, including many invited presentations at international venues, on topics related to analytical chemistry. I have also authored or co-authored fifty-five publications, including several invited papers and book chapters, and an edited book. Most of these publications have directly focused on topics and techniques in analytical chemistry as they relate to pharmaceutical analysis.

**II. Disclosures**

I am being compensated at my customary rate of $450 per hour for work in connection with this proceeding and $550 per hour for deposition and trial attendance. My compensation does not affect my opinion and my compensation is not contingent on the outcome in this matter. I have not provided any testimony in the past four years.

**III. Summary of Opinions**

For purposes of this report, I refer to ranitidine's degradation into N-nitrosodimethylamine (NDMA) as "exogenous formation" which is distinct from "endogenous formation" (what may occur in the human body either though interaction with nitrite or via metabolism). In forming my opinions, I have analyzed public literature related to the exogenous formation of NDMA. I have also reviewed documents produced by pharmaceutical manufacturers who are Defendants in this litigation, documents and reports produced by Plaintiffs' experts, and documents produced by non-party scientists. A full list of documents is also disclosed in Exhibit B.

I have been retained to provide opinions on behalf of the Defendants to analyze and comment on the scientific reliability of the opinions expressed in the reports of Plaintiffs' experts Ramin Najafi, Ph.D., Charles Davis, Ph.D., Andrew Salmon, M.A., D.Phil., C.Chem., M.R.S.C., Jennifer Le PharmD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP, and Dipak Panigrahy, M.D. A summary of my opinions is below, and I hold all opinions stated in this report to a reasonable degree of scientific certainty:

- The report by Dr. Najafi lacks critical information which is necessary to evaluate whether the testing was completed according to a pre-specified protocol, how the studies were conducted, and whether appropriate controls were in place to ensure the reliability of the study results. Beyond the study design, the report by Dr. Najafi also lacks essential information that is necessary to evaluate whether the analytical methods used to quantify the NDMA in ranitidine were fully validated and reliable.
- Even if I assume Dr. Najafi's testing is valid, his "baseline" NDMA levels are highly elevated compared to baseline values reported by FDA, international regulatory bodies, peer-reviewed literature, and Emery's own prior testing. Dr. Najafi does not acknowledge most of these other sources of baseline data, but to the extent he does, he claims his testing is more representative of what a consumer might ingest. This conclusion is fundamentally flawed because Dr. Najafi

actually ignores results from ranitidine samples obtained from the market and instead claims that his samples (which were not obtained from the market) are more representative.

- Even if I assume Dr. Najafi's testing is valid, Dr. Najafi's stability testing has produced inconsistent and highly variable results which, in many instances, have no logical interpretation. Even though the data is too weak, inconsistent, and cannot be generalized, Dr. Najafi draws broad and unsupported conclusions regarding what his testing can purportedly demonstrate.
- Dr. Davis, a biostatistician, conducts unreliable statistical analyses of Dr. Najafi's data. Dr. Davis offers two types of analyses. First, he identifies factors associated with increases in baseline NDMA levels, but his analyses are based on a flawed dataset. Therefore, the statistical results cannot be generalized. Second, he calculates the average rate of NDMA formation under certain conditions. These analyses were based, in part, on observations between only two data-points and ignore the high levels of variability and inconsistent results which preclude any reliable conclusion.
- Although Dr. Najafi's data is highly variable and uncertain, Dr. Panigrahy and Dr. Salmon use the data to conduct crude extrapolations regarding the likely dose of NDMA that a ranitidine consumer would ingest. Their calculations further exacerbate the errors already contained in Dr. Najafi's dataset because they start with an unreliable dose.

I reserve the right to supplement my report with additional information if new documents or information are provided by Dr. Najafi or other Plaintiffs' experts. I also reserve the right to supplement my report with additional opinions related to other matters that may be at issue at later stages of these cases.

## IV. Introduction

The scientific methodology employed by Plaintiffs' experts is largely misused in ways that are not accepted or routine in the field of chemistry. When quality issues arise, such as discovery of an impurity, chemists often conduct investigations and refine processes to ensure quality going forward. Chemists can also assist in providing estimates of what impurity levels existed at the time the impurity was discovered. Chemists do not, however, typically conduct *post hoc* analyses for the purposes of estimating what level of impurities might have existed under hypothetical consumer circumstances many years ago. This would necessarily be mere speculation and prone to substantial error. Given the significant limitations and assumptions that would be required to quantify a reliable estimate of past exposure via chemical analysis, the scientific community generally defers to medical and epidemiological professionals to assess risk by looking at human outcomes data.

Nevertheless, given the unique context of this situation, I apply well-established methodology in the field of chemistry to comment on the reliability of Plaintiffs' expert witness reports. Scientific standards in chemistry for pharmaceutical analysis and drug stability are greatly influenced by regulatory agency guidelines and organizations that set (or recommend) standard practices in the

pharmaceutical industry. Because these organizations are referenced throughout the report as authoritative on the scientific discipline, I briefly describe them here:

- **United States Pharmacopeia (USP):** The United States Pharmacopeia (USP) is an independent, non-profit organization that sets legally binding public quality standards for drugs marketed in the United States and publishes "general chapters" which provide guidance on best practices in analytical testing and data interpretation related to pharmaceutical analysis.
- **United States Food & Drug Administration (FDA):** FDA is a federal agency in charge of regulating many aspects of the pharmaceutical industry. FDA both establishes regulations and disseminates non-binding "guidance" documents which heavily influence the fields of chemistry and drug stability.
- **European Medicines Agency (EMA):** EMA is an agency of the European Union that operates similar to FDA. In addition to regulating aspects of drug development and marketing, the EMA publishes guidance documents that establish best practices in the fields of chemistry and drug stability.
- **International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use (ICH):** ICH is an organization consisting of various stakeholders, such as regulatory authorities and the pharmaceutical industry, to formulate guidelines for harmonized (i.e., consistent) regulatory requirements across different regions in the world. FDA and EMA both participate in development of ICH guidelines.

## V. Scientific Principles

### a. How Pharmaceuticals are Made

#### i. Manufacture of Active Pharmaceutical Ingredient ("API")

Most drugs, including ranitidine, are man-made compounds that are created when pharmaceutical manufacturers follow a recipe that uses raw starting materials to synthesize the base Active Pharmaceutical Ingredient ("API" or "drug substance").

Once an API is synthesized, a pharmaceutical manufacturer usually crystallizes the API to generate it in a solid powdered form. Crystallization refers to a process where many molecules organize into a "crystal form," meaning there is a repetitive pattern in how the molecules are arranged respective to each other. The shape of the API crystals is referred to as "crystal morphology." The pattern and organization of molecules within the crystal allow molecules to align so that the stability of the API is often increased when pharmaceuticals are crystallized.

As for ranitidine, the API is called "ranitidine hydrochloride" (ranitidine HCl).

#### ii. Manufacture of Drug Product

Before a patient receives the medication, the pharmaceutical manufacturer will manufacture the API into its final dosage form (for instance, a tablet). This process typically involves mixing the API with excipients (inactive ingredients), sieving, compressing, coating, etc. In addition to crystallization, the formulation process can increase the stability of the drug product.

As for ranitidine, ranitidine hydrochloride was formulated into Zantac-brand tablets for over-the-counter (OTC) and prescription use. For prescription use, Zantac was also available in other formulations, such as IV and liquid formulations.

#### iii. Packaging

Product packaging is any part of the manufacturing process when the drug is packaged into containers for shipment, storage, and/or patient use. Product packaging can include both primary and secondary packaging. For instance, a pill bottle (the primary packaging), may be further packaged into a box (a secondary packaging). The product packaging can inhibit or delay degradation (i.e., changes to the product). This is because product packaging can significantly reduce the effects of humidity, light, and atmospheric oxygen.

As for Zantac, the specific product packaging varied depending on the formulation. For instance, for OTC Zantac, there were various packages used including bottles, blisters, and individual pouches. Before being packaged in its final packaging, Zantac could be temporarily packaged into "bulk" packaging, which is not sold to consumers.

### b. Principles of Drug Stability

Drug stability is a product attribute concerned with the manner in which chemicals in a drug chemically change ("degrade") over time. In addition to chemical changes, drug stability is also concerned with physical changes, such as when solids deliquesce (liquify) into liquids. Drug stability is used to ensure a drug's efficacy (i.e., whether the API is present in sufficient quantity to exert its pharmacological effect). If the chemicals in a drug also degrade into toxic or potentially unsafe compounds, drug stability can also help ensure a drug's safety.

It is important to not lose sight that <u>all</u> drugs degrade over time. As such once a drug is made, the next questions are *under what conditions* and *at what rate* does the drug product degrade?

### c. Methods to Assess Drug Stability

Drug manufacturers are required to test drug products to determine their stability, in order to – among other things – establish the expiration date and recommended storage conditions. There are a variety of studies or tests which may be conducted and interpreted to generate "stability indicating data". In the following section, I describe select features of stability studies that are relevant to my opinion in this case. After that, I describe several types of testing that can be used to assess drug stability, but this list is not intended to be exhaustive.

**i. Select Features of a Stability Study**

The following features are derived from FDA's Guidance, *Q1A(R2) Stability Testing of New Drug Substances and Products*, and the United States Pharmacopeia General Chapters <1010> Analytical Data – Interpretation and Treatment. These represent important criteria which can alter the results of a stability study.

**1. Storage Conditions**

An investigator should consider whether the storage conditions (such as temperature, humidity, light, etc.) used in a study are representative of real-world conditions. Storage conditions should be justified based on the purpose of the test. Results of tests using high heat and humidity conditions may not be representative of what occurs under realistic storage conditions, and "[i]nvestigators are often cautioned against extrapolating too far between stress/accelerated and normal conditions." *(B. Olsen et al., "Rapid stress stability studies for evaluation of manufacturing changes, materials from multiple sources, and stability-indicating methods," in Pharmaceutical Stress Testing, (S. Baertschi et al., Eds., 2011, 2nd Ed.) p. 461*). The definitions of "stress" and "accelerated" conditions are given below.

**2. Container Closure System**

An investigator should also consider whether the drug was within a proper "container closure system" (i.e., the product's packaging) when assessing whether the resulting data is representative of real-world conditions.

To be representative, the test should occur in "the same container-closure system as that in which the drug product is marketed." (*FDA, Expiration Dating and Stability Testing for Human Drug Products, Nov. 11, 2014*). If drugs are placed into different containers for testing, this can affect the potential stability of the product which would otherwise not occur in the drug's actual packaging. FDA recognizes that "the event of placing the dosage unit into a different storage unit may and often does affect the product's shelf life." Simply stating that the container is of the same or similar material is insufficient because there may still be differences in the permeability of oxygen and water (humidity), especially when different closures or lids are used.

Another major issue related to the container closure system is the amount of head-space (amount of atmosphere) in the container. If a stability study is performed with significantly more headspace than would exist in actual packaging, this can alter the drug product's stability. If someone conducts a long-term stability study with significantly more head-space in the bottle than normal for the duration of the study, the results may have limited relevance.


Contains Confidential Information – Subject to Protective Order




*Fig. 1, Having more headspace allows more atmosphere to react with the drug. As consumers ingest pills, the headspace will gradually increase, but when stability studies are conducted with significant headspace during the full course of the study, this needs to be taken into account when considering the relevance of results.*

### 3. Selection of Samples

Because specific quality attributes may vary from tablet-to-tablet or batch-to-batch, an investigator should consider the number of representative samples to support any conclusion derived from stability-indicating data.

Usually, many tablets (e.g., 10-30) are needed for a single timepoint in a stability study when using composite sampling. Composite sampling uses multiple tablets to prepare a single "composite" sample for analysis. Composite sampling is done to reduce the uncertainty in analysis caused by variation from tablet-to-tablet if only a single tablet were to be analyzed.

In addition to the number of tablets, the correct number of *batches* to test can vary depending on what is being tested and whether the results need to be generalized. For instance, to support a New Drug Application ("NDA"), FDA requires at least three batches (but many tablets) of drug product and where possible, each batch should have been made from different batches of API. The tests "should be performed on each individual strength and container size of the drug product" unless the investigator uses a bracketing or matrixing approach.[1]

More relevant here, the United States Pharmacopeia notes that when testing a hypothesis, one should assess whether the sample size is sufficiently large to draw an inference from the data prior to starting the experiment. *(USP General Chapter <1010>)*. This would affect both the number of tablets and the number of batches. Having a sufficient sample size is important to reduce the chance of potential error. Likewise, when appropriate, the selection of tablets and batches should be based on a pre-specified protocol to ensure that sample selection is not biased.

[1] Pharmaceutical manufacturers do not need to study each individual strength and container size when bracketing or matrixing is used. Bracketing allows testing only "the extremes of certain design factors (e.g., strength, container size and/or fill)" which "assumes that the stability of any intermediate levels is represented by the stability of the extremes tested." (EMA *Note for Guidance on Bracketing and Matrixing Designs for Stability Testing of Drug Substances and Drug Products*). Likewise, matrixing allows that, at intermediate timepoints, only a subset of samples would be tested, which "assumes that the stability of each subset of samples tested represents the stability of all samples at a given time point." (EMA). These approaches provide suitable information and are more efficient in terms of resources required. FDA, *Q1A(R2) Stability Testing of New Drug Substances and Products*, Guidance for Industry (Nov. 2003).

**ii. Stability Testing**

A "stability test" is an umbrella term used to describe various forms of testing which answer different questions related to a drug's stability. FDA defines: "The purpose of stability testing is to provide evidence of how the quality of a drug substance or drug product varies with time under the influence of a variety of environmental factors such as temperature, humidity, and light, and to establish a re-test period for the drug substance or a shelf life for the drug product and recommended storage conditions." *(FDA, Q1A(R2) Stability Testing of New Drug Substances and Products, Guidance for Industry, Nov. 2003).*

Certain types of stability studies are required by FDA, in which case FDA dictates the parameters of those studies. In the absence of an FDA directive, pharmaceutical scientists must justify the study design. For purposes of this report, I describe four basic study designs: (1) Stress testing; (2) Accelerated stability testing; (3) Long-term testing; and (4) In-use stability testing.

**1. Stress Testing**

The purpose of stress testing is to intentionally degrade the drug as a means of understanding the conditions that cause the drug to degrade. The testing can also be useful in identifying major degradation products (degradation products that form in larger proportion than minor impurities). FDA's definition of stress testing varies slightly depending on whether the testing is conducted on a drug substance or drug products. FDA defines stress testing for drug substance as "Studies undertaken to elucidate the intrinsic stability of the drug substance. Such testing is part of the development strategy and is normally carried out under more severe conditions than those used for accelerated testing."

The definition of stress testing for drug product is "Studies undertaken to assess the effect of severe conditions on the drug product. Such studies include photostability testing (see ICH Q1B) and specific testing of certain products (e.g., metered dose inhalers, creams, emulsions, refrigerated aqueous liquid products)." *(FDA, Q1A(R2)).*

Fundamentally, stress testing will expose the drug product to severe storage conditions (usually at or above 50°C and 75% relative humidity and in solution) for short periods of time. Since degradation is intentional, stress testing is usually not conducted in a container closure system.[2] The selection of batches is not set by FDA guidance, but should be justified based on the intent of the experiment. By design, stress testing grossly exaggerates the degradants in a pill beyond the levels that a consumer would ingest.

---

[2] FDA notes that "Any available studies carried out on the drug product outside its immediate container or in other packaging materials can form a useful part of the stress testing of the dosage form or can be considered as supporting information, respectively." Importantly, this is only supporting information for drug approval and cannot be used to calculate a product's expiry date.

**2. Accelerated Stability Testing**

The purpose of accelerated stability testing is to quickly generate stability data under more severe conditions under the assumption that, if the product meets its quality specifications under more severe conditions, it will also meet them under less severe conditions for a longer period of time. FDA defines accelerated stability testing as "Studies designed to increase the rate of chemical degradation or physical change of a drug substance or drug product by using exaggerated storage conditions as part of the formal stability studies." (*FDA, Q1A(R2)).* Essentially, accelerated stability testing exposes a product to elevated storage conditions, but not as elevated as stress testing. For example, if a drug product is meant to be stored at room temperature and ambient humidity (25°C, 60% RH), the accelerated testing condition would be 40°C, 75% RH for 6 months. *(FDA, Q1A(R2)).* Also, unlike stress testing, accelerated stability testing should be conducted in the proper container closure system and the FDA's guidelines regarding selection of batches must be followed.

FDA states that "Data from these studies, in addition to long-term stability studies, can be used to assess longer term chemical effects at nonaccelerated conditions and to evaluate the effect of short-term excursions outside the label storage conditions such as might occur during shipping." *(FDA, Q1A(R2)).* To be clear, this does not mean that the degradation results reported during accelerated testing are equivalent to the results that might be obtained if products undergo a short excursion from the products' intended storage conditions. Rather, since accelerated testing exposes the product to an elevated condition for six months, the testing can justify a product's stability under storage excursions which are usually shorter than six-months. By design, accelerated stability testing will likely exaggerate the degradants in a pill beyond the levels that a consumer would ingest. FDA also notes that "Results from accelerated testing studies are not always predictive of physical changes" because products may, for instance, change physical form under accelerated conditions which may not occur under normal conditions. *(FDA, Q1A(R2)).*

**3. Long Term Testing**

The purpose of long-term testing is to assess whether a product stays within its specifications throughout its shelf life. FDA defines long-term testing as "Stability studies under the recommended storage condition for the re-test period or shelf life proposed (or approved) for labeling." *(FDA, Q1A(R2)).* In other words, long term testing uses intended storage conditions for the product without intentionally exposing it to high temperature or humidity. The testing is also conducted in the product's container closure system and the process for the selection of batches is mandated by FDA. Long-term testing is used to demonstrate that the drug product will meet quality expectations for the shelf-life of the product.

**4. In-Use Stability Testing**

The purpose of in-use stability testing is to assess a product's stability during use. In use stability testing is not a routine test and is usually limited to pharmaceutical formulations which are

prepared in a hospital or pharmacy for special administration to a patient.[3] The goal of these studies is to give health-care providers information about the stability of products after they are prepared for administration. Except under special circumstances, in-use stability is not generally required for solid oral dosage form products, but FDA could request such data should the need arise. Although in-use studies are intended to mimic how healthcare providers or consumers handle drugs, they may often make overly conservative assumptions that exaggerate the conditions that would actually occur. For example, although most consumers would be able to remove a pill and seal the bottle cap back on within a matter of seconds, an in-use study may specify several minutes to remove a single pill and reseal the bottle. In-use stability studies should be performed in the product's container closure system and the number of batches should be appropriately justified. The specific design and parameters of the in-use stability study will determine whether the samples from the study are representative of what a consumer would ingest.

In-use studies would not be relevant to blister or individually packaged products since the products should be consumed shortly after the consumer alters the original packaging around the specific tablet.

**iii. Postmarket Surveillance Testing**

Postmarket surveillance testing is a type of *ad hoc* testing which assesses the quality of drugs after they have been manufactured and released to the market.[4] Postmarket surveillance testing can include testing of drugs already on the market (i.e., taken from the shelves) as well as products sent directly from manufacturers or other entities in the supply-chain. Postmarket surveillance testing can be useful to assess whether the results of stability testing are representative of what occurs under real-world conditions. This is especially true because for products actually obtained from the market, the storage conditions, container closure system, and sample selection are *de facto* representative of real-world conditions.

**d. Principles of Analytical Chemistry**

The validity of all stability-indicating data is contingent on having used proper analytical methodology. Analytical chemistry is a discipline concerned with developing methods to qualitatively and quantitatively evaluate chemical substances. It answers questions such as these for materials of interest: "What chemicals are present?" and "How much of a chemical is there?" In addition to these questions, there are threshold issues such as "Is this method suitable for measuring this compound?" and "What amount of error is present in results using this analytical method?" While

[3] For instance, ICH Q1A(R2) states: "Stability testing of the drug product after constitution or dilution, if applicable, should be conducted to provide information for the labeling on the preparation, storage condition, and in-use period of the constituted or diluted product."

[4] FDA uses "Drug Quality Sampling and Testing Programs", which "includes testing selected finished drug products and the active ingredients used to make these products after they are on the market." *(FDA, Drug Quality Sampling and Testing Programs, Feb. 3, 2020, https://www.fda.gov/drugs/science-and-research-drugs/drug-quality-sampling-and-testing-programs).*

the field of analytical chemistry includes many methods of analysis, this section details the principles of analytical chemistry and select testing methods which are relevant to the current litigation.

A pharmaceutical scientist will design and evaluate whether an analytical method is suitable for a particular purpose. While the process of developing and evaluating analytical methods is complex, I provide a high-level overview of the most central analytical method used for analysis of NDMA in ranitidine: chromatography.

Chromatography is an analytical technique used to separate a sample into its component parts. For instance, if a sample contains compounds A and B, the goal of chromatography is to separate compound A from compound B so that each compound can be measured separately. Once the compounds are separated, they can be measured via a detector and the detector signal can be plotted on a graph called a "chromatogram." The different compounds in the sample will elute (exit) at different times, appearing as a series of "peaks" on the chromatogram. The size of the peak is generally proportional to the amount of compound detected. By comparing the sizes of peaks to a known standard of a compound, one can then calculate the amount of that compound present in the sample. The graph below shows an example of a chromatogram where the compound A (blue) and compound B (yellow) are sufficiently separated:




*Fig. 2, Proper separation of compound is a necessary to allow an investigator to accurately quantify the exact amount of Compounds A and B, subject to additional requirements. Detector response is on the y-axis and time is on the x-axis (not shown).*

If compounds are not separated during testing, this can potentially cause "interference" which will affect the reliability of the measurement. In other words, portions of the peaks overlap and therefore complicate accurate quantification because it will be difficult to discern whether the overlapping region is associated with compound A or compound B. A demonstration of this phenomenon is below:




*Fig. 3, A visual depiction of how the interference of Compound A and Compound B make it difficult to attribute which portion of the overlapping area is associated with Compound A versus Compound B.*

There is also the possibility that one peak is entirely overlapped with the other, i.e., the compounds are not properly separated. In the below example, if one tries to quantify Compound A, they will inadvertently include the interference caused by Compound B, which leads to an over-estimation of the amount of Compound A present. To fully illustrate this, I also provide an example, such that the total amount of substance is all attributed to one compound, while the second compound present is not identified. Below is how a chromatogram would appear when Compounds A and B are not separated, leading to inaccurate results.




*Fig. 4, A visual depiction of the interference of Compound B with Compound A.*



*Fig. 5, A visual depiction of how the chromatogram would actually appear to illustrate that interference is not obvious.*

There are many different modes of chromatography, such as liquid chromatography and gas chromatography, described below:

- **Liquid Chromatography (LC):** In liquid chromatography, a liquid facilitates the separation of compounds. Because a liquid is used, the experiment normally occurs at lower temperatures.
- **Gas Chromatography (GC):** In gas chromatography, a gas facilitates the separation of compounds. Because most molecules must have a lot of thermal energy to be in gaseous form, heat is generally needed to conduct the experiment. An investigator must be careful that the heat used will not cause a change of the sample and compromise the reliability of the experiment.

Even within liquid chromatography, the specific methods can depend on the specific parameters ("mode") used. Importantly, the mode can produce drastically different degrees of separations for the same sample compounds. The mode used for any analysis needs to be evaluated through proper validation (as described below) to ensure reliability.

Lastly, chromatography equipment is attached to a detector which is the equipment used to measure the material once separation occurs. The type of detector used in most modern work related to NDMA in ranitidine is called a "Mass Spectrometer" (MS). This is what puts the "MS" is LC-MS or GC-MS, or other similar acronyms. Important here, the sensitivity of analytical chemistry equipment has improved markedly over the last 20-30 years. At present, a mass spectrometer is very sensitive, allowing for the detection of trace impurities.

**e. Interpretation of Analytical Data**

Data from a scientific investigative study, and any assumptions or uncertainties, must be carefully evaluated when making conclusions about the results of the study. As recognized by the United States Pharmacopeia: "A measurement process like a study is designed to reduce uncertainty in order to make a more informed decision. No measurement or study result can provide exact knowledge. Proper interpretation and treatment of analytical data requires an understanding of the inherent sources of uncertainty in measurement outcomes and their impact on the information they provide." *(USP General Chapter <1010>, Appendix 4).*

There are certain prerequisite laboratory practices and principles that are closely tied to the analysis, interpretation, and validity of analytical data. For instance, three fundamental practices are "Sound Record Keeping," "Procedure Validation," and "Analytical Procedure and Sample Performance Verification." I will discuss each prerequisite in turn.

**i. Pre-Requisite #1: Sound Record Keeping**

Sound record keeping is an essential prerequisite for any reliable analysis. It is so fundamental that multiple organizations reiterate basic principles of sound record keeping, and access to analytical records, such as:

- **United States Pharmacopeia (USP):** In terms of record keeping, the USP notes that investigators should use the following record keeping practice: "Laboratory records are maintained with sufficient detail, so that other equally qualified analysts can reconstruct the experimental conditions and review the results obtained. When collecting data, the data should be obtained with more decimal places than the specification or study acceptance criterion requires. Rounding of results from uses of analytical data should occur only after final calculations are completed as per the *General Notices*. Study protocols and data analyses should be adequately documented so that a reviewer can understand the bases of the study design and the pathway to study decisions." *(USP General Chapter <1010>).*
- **World Health Organization (WHO):** "To achieve robust decisions, the supporting data set needs to be reliable and complete" and "Data should be reviewed and, where appropriate,

evaluated statistically after completion of the process to determine whether outcomes are consistent and compliant with established standards. The evaluation should take into consideration all data, including atypical, suspect or rejected data, together with the reported data. This includes a review of the original paper and electronic records." (*WHO Annex 5, Guidance on good data and record management practices (p. 174, 187)).*[5]

- **FDA:** Through the articulation of Current Good Manufacturing Practices (cGMP), FDA has set a standard for record keeping in laboratory testing of pharmaceuticals. Formal compliance with cGMP is generally only required for products intended for release on the market, but the basic record-keeping requirements still reflect industry standards and laboratories may voluntarily comply with the guidance. The record-keeping requirements of cGMP ensures data integrity which is related to the "completeness, consistency, and accuracy of data." *(FDA, Data Integrity and Compliance With Drug CGMP – Questions and Answers).* The specifics of cGMP requirements for finished pharmaceuticals are articulated in 21 CFR Part 211. Retention of "[a]ll raw data, documentation, protocols, final reports, and specimens…" is also a requirement for Good Laboratory Practice for Nonclinical Laboratory Studies (GLP) as articulated in 21 CFR Part 58.

- **National Academy of Science:** The National Academy of Sciences published a book titled "Responsible Science: Ensuring the Integrity of the Research Process: Volume I". The book discusses a wide array of issues related to data integrity, but notable here is that the section on "Data Handling" states: "The general norms of science emphasize the principle of openness. Scientists are generally expected to exchange research data as well as unique research materials that are essential to the replication or extension of reported findings." (p. 48). The Academy also noted: "Responsible practice requires that scientists disclose the basis for omitting or modifying data in their analyses of research results, especially when such omissions or modifications could alter the interpretation or significance of their work." (p. 48).

- **Academia:** An example chemistry textbook used to teach university students cautions that "[n]o matter how high the standard of experimental technique employed during a reaction, the results will be of little use unless an accurate record is kept of how that reaction was carried out and of the data obtained on the product(s). Individuals or individual research groups will develop their own style for recording experimental data, but no matter what format you chose to follow, there are certain pieces of vital information that should always be included." The textbook also explains that for lab notebooks, they should "record your scientific reasoning", "be a record of the exact procedure that was followed for the entire experiment", be the "main index point" and the "main source of reference when you write reports, papers, theses, and so on." It continues that "[i]mportantly it is the point of refence for other workers to follow your work" and "it should allow you to say exactly when a particular experiment was carried out."

[5] Available at https://www.who.int/medicines/publications/pharmprep/WHO_TRS_996_annex05.pdf


Contains Confidential Information – Subject to Protective Order

With respect to laboratory records: "It is vital that laboratory records are dated as they are carried out and that appropriate supporting analytical evidence is collected" and that "Fraudulent results have been reported from time to time and there can be disputes over originality or plagiarism, so having evidence of when an experiment was carried out is always of the utmost importance." *(J. Leonard et al., "Chapter Three: Keeping Records of Laboratory Work" in Advanced Practical Organic Chemistry, 3rd Ed. p. 13-15)*. While parts of this chapter focus on providing best practices for protection of intellectual property rights, the protection of intellectual property is not the only reason, and the same principles of ensuring scientific accuracy and rigor apply across all laboratory practices.

- **Peer Review:** Peer reviewed journals often require authors of manuscripts to make their underlying data available for review by peer-reviewers either at the time of submissions, or if requested during the review process. For example, the journal *Science* requires authors to upload "Auxiliary files" of "Data files required for review of your manuscript." (*Information for authors at https://www.science.org/content/page/science-information-authors*), and authors are required to disclose "where all data underlying the study are available, or will be deposited, and whether there are any restrictions on data availability." Likewise, Elsevier, a publisher for many preeminent journals established that: "Authors may be asked to provide the research data supporting their paper for editorial review and/or to comply with the open data requirements of the journal." (*Elsevier, Publishing Ethics, https://www.elsevier.com/about/policies/publishing-ethics#Authors*). Similarly, the American Chemical Society, which publishes many of the preeminent chemistry journals established a Research Data Policy that states "where ethically and legally feasible, all research data should be findable, accessible, interoperable, and reusable." (*ACS Research Data Policy at https://publish.acs.org/publish/data_policy*), and the Journal of the American Chemical Society defines: "Research data is defined as materials and information used in the experiments that enable the validation of the conclusions drawn in the article, including primary data produced by the authors for the study being reported, secondary data reused or analyzed by the authors for the study, and any other materials necessary to reproduce or replicate the results." (*Journal of the American Chemical Society, Author Guidelines at https://publish.acs.org/publish/author_guidelines?coden=jacsat*).

- **Laboratory Notebooks:** Laboratory notebooks often provides "instructions" on the first few pages about best practices for recording scientific evidence such that it can withstand scrutiny, especially to potential challenges on intellectual property rights or other legal challenges. For instance, Emery's notebooks that have been produced in this litigation instructed: "Give a complete account of your experiments and the results, both positive and negative, including your observations." "Record all diagrams, layouts, plans, procedures, new ideas, or anything pertinent to your work…" "Do not try to erase any incorrect entries; draw lines deleting them, note the corrections, sign and date the changes" *(Notebook No. 088-KG)*.

What all of these organizations have in common is the directive that all documents needed to ensure the validity of the test results should be maintained and available for examination. One important requirement to ensure the validity of the test results is that a predetermined protocol exists which states the purpose of the study and the details for its execution. Predetermining a protocol is essential to ensuring the data are the results of an unbiased experimental design. The protocol should specifically include details regarding the testing that will be performed, the methods used for testing, the number of replicate tests that will be done for a given sample, and other information sufficient to allow someone who picked up the protocol to conduct the same experiment to assess whether the results can be replicated. Details about the samples used, such as their origin, rationale for choosing them, and any treatments done on them should be described. Factors that are not controlled in the study but that could impact the results of the study should be acknowledged and addressed.

Likewise, all data generated in the study need to be included in the analysis, not just those that confirm or refute the hypothesis. If data are excluded, this must be documented and justified, especially if such data could impact the results. All supporting data (in other words, not just the primary measurements, but the preliminary analyses used to design the experiment or ensure its reliability) should also be documented and made available.

**ii. Pre-Requisite #2: Procedure Validation**

"Validation of an analytical procedure is the process by which it is established, by laboratory studies, that the performance characteristics of the procedure meet the requirements for the intended analytical applications." *(USP General Chapter <1225> Validation of Compendial Procedures)*. In other words, validation of an analytical method ensures that the results from the test are actually valid.

There are several typical analytical characteristics that are routinely assessed during method validation. These characteristics are expressed in FDA Q2(R1) guidance, the ICH Q2(R1) Guideline for Validation of Analytical Procedures, and USP. These include:

- **Accuracy:** "The accuracy of an analytical procedure is the closeness of test results obtained by that procedure to the true value." *(USP General Chapter <1225>)*.
- **Precision:** "The precision of an analytical procedure is the degree of agreement among individual test results when the procedure is applied repeatedly to multiple samplings of a homogeneous sample." *(USP General Chapter <1225>)*. In other words, when one tests the same homogenous sample, what is the variation in results irrespective of whether the result is accurate? Precision can be broken down into two parts: *Repeatability* and *Intermediate Precision*. Repeatability, also known as intraday precision, refers to the agreement of results when the same sample is analyzed on a single day in the same analytical run. Intermediate precision, also known as interday precision, refers to the agreement of results when the same sample is analyzed on different days. Intermediate precision would include the effects of day-to-day differences such as the equipment and chemicals used, the analyst performing the method, and preparation of calibration curves and samples.

- **Specificity:** Specificity is "the ability to assess unequivocally the analyte in the presence of components that may be expected to be present, such as impurities, degradation products, and matrix components." *(USP General Chapter <1225>)*. In other words, when one tests for a specific compound, will the result reflect just that compound or might other compounds add to the results. Specificity is necessary to have accuracy and lack of specificity is known as interference.

- **Detection Limit:** The detection limit is "the lowest amount of analyte in a sample that can be detected, but not necessarily quantitated, under the stated experimental conditions." *(USP General Chapter <1225>)*. In other words, if an impurity is present but at such low levels that the levels fall below the detection limit, one cannot be sure whether that impurity is present at all in the sample.

- **Quantitation Limit:** The quantitation limit (sometimes referred to as the limit of quantification) is "the lowest amount of analyte in a sample that can be determined with acceptable *Precision* and *Accuracy* under the stated experimental conditions." *(USP General Chapter <1225>)*.

- **Linearity:** "The linearity of an analytical procedure is its ability to elicit test results that are directly, or by a well-defined mathematical transformation, proportional to the concentration of analyte in samples within a given range." *(USP General Chapter <1225>)*. In other words, linearity provides the lower and upper limits where an analytical method can reliably measure a compound.

- **Range:** "The range of an analytical procedure is the interval between the upper and lower levels of analyte (including these levels) that have been demonstrated to be determined with a suitable level of precision, accuracy, and linearity using the procedure as written." *(USP General Chapter <1225>)*. In other words, the range is the lower and upper limits noted in *Linearity*.

- **Robustness:** "The robustness of an analytical procedure is a measure of its capacity to remain unaffected by small but deliberate variations in procedural parameters listed in the procedure documentation and provides an indication of its suitability during normal usage." *(USP General Chapter <1225>)*. In other words, robustness confirms that small variations in the analytical procedure will not significantly affect the results.

These parameters are important to establish during the validation of an analytical procedure because they confirm that the results are valid for their intended purpose. Therefore, it is important to know how results from the method will be used. For example, if accuracy is not established, results could be compromised by interferences. Also, it is not possible to evaluate whether differences between results are significant or just due to measurement variability if the precision of the method is not known.


Contains Confidential Information – Subject to Protective Order

### iii. Pre-Requisite #3: Analytical Procedure and Sample Performance Verification

Once an analytical method is validated, the next step would be to ensure that on the day of the experiment, the analytical method still works as intended. Investigators should also conduct a type of test called "system suitability testing" which, like its name suggests, determines whether the method is performing suitably under the given conditions on a particular day. These types of tests are generally conducted prior to the start of the experiment to ensure there is nothing amiss, such as equipment abnormalities or solvent contamination that might undermine the reliability of the analysis.

Sample performance verification refers to sample specific requirements that must be met to have confidence that reliable results have been generated. For example, acceptable variability among replicates for the same sample can indicate whether results can be considered valid.

These verification steps are critical to demonstrate that the method is performing as it did when it was validated. Validation is usually done at an earlier point in time, so verification is necessary to tie results from future analyses back to the validated characteristics such as accuracy and precision. Results cannot be considered reliable if procedure verification is not in place.

### iv. Data Interpretation

If the prerequisite laboratory practices exist, an investigator may proceed with interpretation of the results. When interpreting data generated from a study there are several considerations. First, one must consider the objective of the study. An analytical study may attempt "estimation," which is "when the investigator wishes to report results that estimate true quantities that underlie the data generating process and are the subject of the study." *(USP General Chapter <1010>)*. In other words, estimation considers whether the analytical results accurately reflect the true values for the samples that were actually tested. A study may go a step further and include "inference," which is "the additional step of using these estimates to make a decision about the unknown true value of the population parameter." *(USP General Chapter <1010>)*. In other words, inference considers whether results from the tested samples can be generalized to draw conclusions about untested samples.

When assessing the results of an estimation study, one should consider uncertainty. "Uncertainty arises from sources of variability inherent in the measurement process, as well as from statistical sampling and study factors." *(USP General Chapter <1010>, Appendix 4)*. Importantly, when there is large variability in analytical results of a single study, there is larger uncertainty about whether the results represent the true values. Additionally, inconsistencies in the data set raise concerns that there may be uncontrolled variables influencing the results of the study.

When assessing the results of an inference study, all the same considerations regarding an estimation study would apply along with additional considerations. Specifically, for inference studies, the representativeness of samples is an important factor to consider. A "sampling plan should be established to provide details on how the sample is to be obtained to ensure that it is representative of the entirety of the population of interest." *(USP General Chapter <1010>)*. Additionally, any assumptions should be carefully supported.


Contains Confidential Information – Subject to Protective Order

The overall conclusions drawn in any study should be evaluated in the context of the hypothesis being tested and the existence of other data pertaining to the purpose of the study. Inconsistencies in results within a study or inconsistencies with other studies need to be acknowledged. The possibility that uncontrolled and/or unknown variables contributed to discrepancies in results would need to be added as qualifiers to tentative conclusions drawn from limited data. Any limitations or constraints in the study design need to be described before inferences or conclusions can be extrapolated or applied to a more general situation.

**f. Translating Real-World Conditions for Non-Scientists**

Scientists can often speak in terms where the significance of testing parameters or data may not be apparent to non-scientists. One concept that may be confusing is the concept of “relative humidity”. Relative humidity (RH) is a measure of the amount of water in air compared to how much water the air can hold at a given temperature. Since warmer air can hold more water, RH is a function of temperature.

In other words, there is more absolute water in the air at 50°C/50% RH than at 25°C/50% RH, even though at both temperatures the Relative Humidity is 50%.

This is important to understand because temperature-humidity combinations may, when combined, be more extreme than they might otherwise appear. For instance, we can all appreciate that in the southern part of the United States outdoor temperatures can occasionally reach more than 38.8°C (over 100°F) during specific days on the hottest days of the year. We can also imagine days when the weather was 100% RH when especially foggy or muggy. But these conditions do not often occur together, because even humid places will have decreasing relative humidity as temperature increases. In fact, using the National Weather Service’s online calculator, 38.8°C/100% RH has a heat index or “feels like” temperature of 209°F. The fact that these conditions do not usually occur together becomes more apparent to non-scientists when reporting figures as “feels like” temperatures.

Therefore, for purposes of this report, knowing that non-scientists need to understand the significance of the conditions being used in the testing discussed below, I will report more severe study conditions using both standard scientific reporting methods of degrees Celsius/ percent relative humidity and the “feels like” temperature in degrees Fahrenheit as calculated with the National Weather Service calculator. (*Brice, T. and Hall, T., Heat Index Calculator, National Weather Service, https://www.weather.gov/epz/wxcalc_heatindex*). While all these “feels like” temperatures here and below are calculated using a standard formula, many are outside the range of realistic conditions and already constitute “extreme danger” according to National Weather Service. Therefore, as depicted in *Fig. 6*, “feels like” temperatures calculated to be above 137°F are reported only for illustrative purposes.



NWS Heat Index — Temperature (°F)

| Relative Humidity (%) | 80 | 82 | 84 | 86 | 88 | 90 | 92 | 94 | 96 | 98 | 100 | 102 | 104 | 106 | 108 | 110 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 80 | 81 | 83 | 85 | 88 | 91 | 94 | 97 | 101 | 105 | 109 | 114 | 119 | 124 | 130 | 136 |
| 45 | 80 | 82 | 84 | 87 | 89 | 93 | 96 | 100 | 104 | 109 | 114 | 119 | 124 | 130 | 137 | |
| 50 | 81 | 83 | 85 | 88 | 91 | 95 | 99 | 103 | 108 | 113 | 118 | 124 | 131 | 137 | | |
| 55 | 81 | 84 | 86 | 89 | 93 | 97 | 101 | 106 | 112 | 117 | 124 | 130 | 137 | | | |
| 60 | 82 | 84 | 88 | 91 | 95 | 100 | 105 | 110 | 116 | 123 | 129 | 137 | | | | |
| 65 | 82 | 85 | 89 | 93 | 98 | 103 | 108 | 114 | 121 | 128 | 136 | | | | | |
| 70 | 83 | 86 | 90 | 95 | 100 | 105 | 112 | 119 | 126 | 134 | | | | | | |
| 75 | 84 | 88 | 92 | 97 | 103 | 109 | 116 | 124 | 132 | | | | | | | |
| 80 | 84 | 89 | 94 | 100 | 106 | 113 | 121 | 129 | | | | | | | | |
| 85 | 85 | 90 | 96 | 102 | 110 | 117 | 126 | 135 | | | | | | | | |
| 90 | 86 | 91 | 98 | 105 | 113 | 122 | 131 | | | | | | | | | |
| 95 | 86 | 93 | 100 | 108 | 117 | 127 | | | | | | | | | | |
| 100 | 87 | 95 | 103 | 112 | 121 | 132 | | | | | | | | | | |

Likelihood of Heat Disorders with Prolonged Exposure or Strenuous Activity

Caution | Extreme Caution | Danger | Extreme Danger

*Fig. 6, National Weather Service, Heat Index Chart.*

## VI. NDMA Findings in Medicinal Products

In 2018, FDA announced a voluntary recall of several medications containing the API valsartan because it contained an impurity, N-nitrosodimethylamine (NDMA).[6] (FDA News Release (July 12, 2018)).[7] Shortly after announcing the recall, FDA established an interim daily intake limit for NDMA in medications of 96 nanograms (ng) per day.[8] To put this into context, one nanogram is one billionth of a gram, so these are very small levels of impurities.

Prior to the finding on NDMA in sartans, there was no specific daily intake limit for NDMA. An FDA Guidance called *M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk*, provided general guidance for impurities which are mutagenic (DNA reactive), and the guidance notes that "N-nitroso-" compounds are within the "cohort of concern," meaning that each such compound must have interim limits established on a "case-by-case approach" rather than treating all compounds within the same class as the same. (*FDA, M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk, March 2018*).

FDA calculated the nitrosamine specific limits based on its M7 guidance (cited above). This means that the acceptable intake (AI) calculation is based on a theoretical 1 in 100,000 cancer risk over 70 years of daily exposure using linear extrapolation of TD50 (rodent) data, which FDA

[6] NDMA is a semi-volatile organic chemical which is a member of the family of N-nitrosamine compounds. It is commonly found in certain foods such as grilled and cured meats. It is classified as a "probable human carcinogen" based on animal studies. (EPA, *Technical Fact Sheet - N-Nitroso-dimethylamine (NDMA)*, Nov. 2017).

[7] FDA News Release (July 12, 2018), https://www fda.gov/news-events/press-announcements/fda-announces-voluntary-recall-several-medicines-containing-valsartan-following-detection-impurity.

[8] FDA, FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan), current as of Nov. 7, 2019.

acknowledges is "highly conservative". The doses are based on a "highly hypothetical concept that should not be regarded as a realistic indication of the actual risk". The guidance also cautions that "any exposure to an impurity that is later identified as a mutagen is not necessarily associated with an increased cancer risk for patients already exposed to the impurity." This conservative calculation is what FDA used to derive the 96 ng/day limit for NDMA.

FDA reported finding NDMA in valsartan up to 20,190 ng/tablet. (*FDA, Laboratory analysis of valsartan products, current as of May 2, 2019*). When discussing the valsartan findings, FDA noted that "NDMA has been found to increase the occurrence of cancer in animal studies. These animal studies were done using amounts of NDMA much higher than the impurity levels in recalled valsartan batches." (*FDA, Analysis of N-nitrosdimethylamine (NDMA) Levels in Recalled Valsartan in the U.S., July 27, 2018*).

On September 13, 2019, FDA published a statement reporting "low levels" of NDMA in some ranitidine products. Shortly after, FDA reported the levels of NDMA found in ranitidine products it tested and reported a maximum of level of approximately 860 ng/daily dose (300 mg). (*FDA, Laboratory Tests | Ranitidine, current as of Nov. 1, 2019*). Note that later, FDA provided slightly updated numbers in a Grand Rounds presentation, discussed below.

FDA's testing is further discussed below, but it is significant that these levels were much lower than in valsartan. In fact, FDA commented that the levels of NDMA "are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats." (*FDA, Laboratory Tests | Ranitidine, current as of Nov. 1, 2019*).

On the same day, Valisure LLC ("Valisure"), a private analytical pharmacy, submitted a Citizen Petition reporting extremely high levels of NDMA in ranitidine. Valisure conducted testing for samples of ranitidine using gas chromatography (the high heat method described above) using a temperature of 130°C (266°F). FDA responded to Valisure's Citizen Petition noting that the elevated temperature used to heat the sample solution was "inappropriate and contributed to or caused the levels of NDMA to be artificially high." (*FDA Response to Valisure Citizen Petition, April 1, 2020*). Notably, Valisure also conducted testing on ranitidine drug tablets using a low-temperature method and reported no detectable NDMA.

After becoming aware of the Valisure Citizen Petition, the FDA CDER Office of Pharmaceutical Quality conducted their own testing of ranitidine OTC products. Upon replicating Valisure's experimental methods, the FDA observed a color change in the headspace vials containing ranitidine, which they described in a recent Grand Rounds presentation to be "a clear indication of sample degradation during the test." On an additional presentation slide also containing a photo of sample discoloration in a headspace vial, it is noted that "levels of NDMA in ranitidine cannot be accurately determined by GC/MS due to thermal degradation of ranitidine." *(Fig 7)*. Valisure should likewise have known based on the appearance of the headspace vials after heating that the gas chromatography method causes degradation of ranitidine so, in turn, the measured levels of NDMA would be unreliable.




*Fig. 7, Left: headspace vials containing ranitidine OTC before (left) and after (right) heating for gas chromatography. Right: headspace vial containing thermally degraded ranitidine. (adapted from FDA Grand Rounds, Slides 18 and 19, Oct. 14, 2021).*

The same finding that ranitidine significantly degraded in headspace vials was observed by Emery Pharma, Dr. Najafi's laboratory. In an email to David Light at Valisure (Emery's client), Dr. Najafi suspected that high temperatures used during GC/MS could introduce a "confounding factor" to the analysis. *(EMERY 0141-0150)*. During an initial report, Emery Pharma disclosed: "During the analysis, which entails heating the sample in a sealed vial at 125 °C for 15 min in DMSO, the resultant slurry of Zantac was significantly discolored (darkened) in both cases." *(EMERY 0151-0153)*. Further emails indicate that Emery's client requested that Emery remove the discussion of discoloration from the report. *(EMERY 2019-2033)*. Consequently, a copy of the final report omits the discussion of discoloration *(VAL 00068-00069)*. During a deposition, Emery stated that it was appropriate to remove this information because clients may request data with no interpretation. *(Deposition of Emery 30(b)(6) Witness Anahita Najafi, March 5, 2022)*. Removing the data about discoloration, however, is not scientifically justified since Emery viewed this as a "confounding factor". As a preliminary matter, discoloration is an observation, not an interpretation. Additionally, as noted by FDA, discoloration was a "clear indication" that the method was not suitable, and the discoloration confirmed Dr. Najafi's earlier suspicion that heat would introduce a confounding factor. Removing this information distorted the ability to draw reliable conclusions from the data, and it is concerning that Emery would be willing to remove information that suggests the results may be unreliable just because a client requested it to do so. Valisure proceeded to submit its Citizen Petition with artifactual data that, as noted above, was discredited by FDA. Despite the initial unreliable work by Valisure and Emery, other scientists have since developed valid methods for quantifying the levels of NDMA in ranitidine.

Since the discovery of NDMA in ranitidine, a significant amount of work has been published by regulators and in peer-review literature. Importantly, scientists at GlaxoSmithKline (GSK) found that NDMA forms through a "slow degradation of the ranitidine molecule." *(King 2020)*. GSK also found that heat and humidity can influence the rate of NDMA formation over time and that different crystal structures or "crystal morphologies" may be associated with differences in the rates of NDMA formation. To come to this conclusion on crystal morphology, GSK prepared two batches of API, one with "columnar" crystal morphology and one with "irregular" crystal morphology. After subjecting the API to stress conditions, GSK found that the columnar crystal had lower levels of NDMA than the irregular crystal. Notably, while GSK focused on these two morphologies, more could exist, and each have unique physical characteristics. The finding that crystal morphologies might impact the rate of NDMA formation is important to consider when attempting to generalize the findings of some ranitidine batches to all ranitidine batches which may have varying morphologies.

Aside from peer-reviewed work, additional non-peer reviewed research exists. For instance, UQUIFA, a manufacturer of API, conducted a root cause analysis and reported that certain quality parameters such as residual solvent levels and pH of the API might be factors in influencing the rate of NDMA formation. *(SANOFI_ZAN_MDL_000722379-2534)*.

Also, beyond the testing conducted for Valisure, Ron Najafi, Ph.D., Emery Pharma's CEO, has released more non-peer reviewed research related to NDMA formation from ranitidine. In early 2020, Dr. Najafi expressed that he intended to publish his ranitidine research in peer-reviewed literature. *(Emery Pharma Citizen Petition, Jan. 2, 2020)*. Two years later, at the time of writing this report, I am not aware that any of Dr. Najafi's testing of ranitidine has ever been published in a peer-reviewed journal. His work is further discussed below.

## VII. Analysis of Plaintiffs' Expert Opinions

I have reviewed the reports of Ron Najafi, Ph.D., Michael Marletta, Ph.D, Andrew Salmon, M.A., D.Phil., C.Chem., M.R.S.C., Dipak Panigrahy, M.D., and Jennifer Le, Pharm.D. I have found that their conclusions regarding exogenous formation of NDMA from ranitidine are not supported by reliable scientific methodology and reasoning for the reasons below.

### a. Emery Pharma's Citizen Petition, Omitted Data, and Subsequent Testing

Emery submitted a Citizen Petition to FDA on January 2, 2020, claiming that the ranitidine molecule is not stable, and that it generates "significant amounts" of NDMA under elevated temperatures.

The Citizen Petition described testing that Emery conducted starting in 2019. Specifically, Emery conducted stress testing on ranitidine samples to test whether ranitidine API and drug product would form NDMA under elevated and stressed conditions. Although the Citizen Petition does not disclose the source of the samples, based on the timing, I presume Emery's samples were at one point sold on the market, such that Emery's samples were purchased directly from a store shelf. I presume the API was purchased from an API supplier.

Emery subjected the ranitidine API samples to both 25°C and 75°C for 12 days with testing on days 5 and 12. Emery also subjected the ranitidine drug product samples to 75°C for 14 days with testing on days 1, 2, 5, 9, and 14. Humidity conditions were not reported for any testing but are assumed to be ambient. I presume these samples were not within their protective packaging during this study because Emery did not report what container closure systems, if any, were used. During deposition, Emery's representative could not identify the container closure system or supporting documentation. *(Deposition of Emery 30(b)(6) Witness Anahita Najafi, March 5, 2022)*.

For the baseline levels of NDMA, Emery found relatively small amounts of NDMA with all the samples being below FDA's 96 ng/day limit. Specifically, the drug product had 19 ng NDMA in the 150 mg dose. During the stability testing, Emery found no appreciable NDMA formation at 25°C (77°F) —the highest value recommended for storage on the product label—in ranitidine API. At 70°C (158°F) for up to fourteen days, NDMA levels increased, ending at 142 ng NDMA/150 mg ranitidine API and 70 ng NDMA/150 mg for ranitidine drug product.

Using the data at 25°C (77°F), Emery concluded that the product was "seemingly stable" at room temperature given that essentially no NDMA formed during the experiment. This is important because the testing and conclusions were derived from ranitidine API data, and one would reasonably expect tablets to be even more stable, given the lower results for the Zantac product.

Emery Pharma's preliminary analysis revealed that while seemingly stable at room temperature, the ranitidine molecule is heat-labile and under elevated temperatures (e.g., 70 °C) progressively accumulates NDMA (**Figure 1 and Table 1**).




**Figure 1.** Preliminary stability study with USP ranitidine standard at 25 °C (black), USP ranitidine standard at 70 °C (red), and Zantac® cool mint, lot# 18G542 at 70 °C (blue). NDMA analysis performed via LC-MS/MS (*vide infra*), and quantified based on a calibration curve generated using an NDMA reference standard.

Dotted line approximately indicates the daily intake limit of 96 ng for NDMA.

*Fig. 8, Data from Emery's Citizen Petition.*

Despite concluding that the API was seemingly stable at room temperature, Dr. Najafi and Emery expressed concerns that ranitidine would degrade to form unacceptable levels of NDMA under elevated storage and transport conditions. This concern, however, is undermined by his own data. Specifically, all of Emery's samples had already undergone transport and storage prior to being tested. So, the baseline level in the drug product observed by Emery closely reflects what a consumer would have ingested under real world conditions, and this level was 19 ng/150 mg dose (which is below the

FDA acceptable daily intake). In fact, Emery only found that the product slightly exceeded FDA's limit when they exposed the drug product to 158°F (conditions well beyond the product's labelling) for an extended period of time. These findings, while limited by sample size, suggest that, even if temperature excursions occurred during transport and storage, NDMA would be unlikely to form in appreciable quantities unless under extremely hot conditions for a long period of time. Additionally, the container closure system was not reported, so the samples may have been exposed to ambient conditions which would exaggerate the amount of NDMA that would actually form when compared to a drug product within product packaging.

Dr. Najafi and Emery's concerns are even further undermined by the data which they omitted from their Citizen Petition. Dr. Najafi and Emery Pharma conducted additional testing which was not disclosed to FDA, to the public, or in Dr. Najafi's report for this litigation. Approximately one month prior to the submission of the Citizen's Petition, Emery prepared a slide deck *(EMERY 0574-0585)*, dated November 26, 2019, and this slide deck reveals that Emery found low levels of NDMA in ranitidine drug product which was presumably purchased directly from the marketplace. It its Citizen Petition, signed by Dr. Najafi, Emery only disclosed the highest value of four values. As depicted in the graph below, the value Emery disclosed (in blue) is much higher than the three values it withheld from FDA (in red). During deposition, Emery's representative confirmed that all of Emery's baseline testing from products purchased from the market were within FDA's acceptable daily intake limit. *(Deposition of Emery 30(b)(6) Witness Anahita Najafi, March 5, 2022)*.




| Reported | Unreported | | |
|---|---|---|---|
| Zantac® Cool Mint Lot. 18G542 | Zantac® 18N475U | Signature Care® 8DE1363A | Top Care® 8LE2198 |
| 19.43 ng/pill | 0.74 ng/pill | 2.88 ng/pill* | 1.33 ng/pill |

*Fig. 9 & Table 1, Emery did not report to FDA that it observed lower baseline levels of NDMA in ranitidine. *data extrapolated to 150 mg pill; original finding was 1.44 ng/75 mg pill.*

Even worse, Emery reported the results of stress testing only on the drug product with the highest NDMA level. In his report, Dr. Najafi's claimed that Emery "chose" a ranitidine product with low baseline levels of NDMA, but this statement is demonstrably false given that Emery actually chose the product with the highest level of NDMA. There is no valid scientific basis for selecting and reporting only the highest result to serve as the baseline for stress testing.

Additionally, Emery exposed the drug product with higher initial NDMA levels to elevated temperatures (98.6°F) for up to 30 days (~720 hours). This data was included in a draft of Emery's Citizen Petition *(EMERY 0369-0374)*, but not in the final version submitted to FDA. Humidity and the container closure system were not reported. Despite being exposed to a high temperature for a long period of time, Emery concluded that "no differences" in NDMA levels were observed at this temperature. The data is limited based on the narrow selection of samples (although Emery chose the worst case) and the container closure system is not reported (although if no container closure system was used, this would mean even less NDMA would form had the proper container been used).




| Day | Ng NDMA/150 mg Ranitidine Reported to FDA | Ng NDMA/150 mg Ranitidine Unreported to FDA |
|---|---|---|
| | 75°C (167°F)* | 37°C (98.6°F) |
| 0 | 19.4 | 19.4 |
| 1 | 34.9 | 18.4 |
| 2 | 36.4 | - |
| 5 | 58.4 | 19.5 |
| 9 | 67.5 | - |
| 12 | - | - |


Contains Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| 14 | 70.5 | 17.3 |
| 30 | - | 20.8 |

*Fig. 10 & Table 2, Emery did not report to FDA that it observed no NDMA formation at the elevated temperature of 37°C. *Emery's slide deck reports the temperature was 75°C, but the Citizen Petition reports that it was 70°C.*

After submitting the Citizen Petition reporting only the highest level of NDMA that Emery purportedly identified, Emery Pharma continued to generate new analytical data related to ranitidine's stability and the numbers continued to grow higher. In a presentation posted on YouTube in the summer of 2020 (after being retained as Plaintiffs' experts), Emery Pharma conducted additional stability testing on different batches and found much faster rates of NDMA formation than reported in their Citizen Petition. (Emery YouTube Presentation June 2020). Notable comparisons are:

- Drug Product: At **70°C for 5 days** in the Citizen Petition, Emery reported the level of NDMA increased **39 ng**. In the YouTube data, at **70°C for ~4 days**, Emery reported the level of NDMA increased by **over 600ng**.
- Drug Product: At **37°C for 30 days** in Emery's undisclosed data, Emery reported that **no differences in NDMA formation were observed**. In the YouTube data, at **40°C for ~35 days**, Emery reported the level of NDMA increased by **~350 ng**.
- API: At **70°C for 5 days** in the Citizen Petition, Emery reported the level of NDMA increased **88 ng.** In the YouTube data, at **70°C for 4 days**, Emery reported the level of NDMA increased by **over 6,900 ng**.

Emery did not comment on this high variability in results between their own testing or explain why their later testing results are orders of magnitude higher than what they previously reported. In fact, Emery is silent regarding the limitations of their work.

It is also important to note that Emery's notebook documentation suggests that during testing pills visibly degraded and some pills exploded, which call into question whether Emery's studies have any practical relevance given that consumers would not plausibly ingest obviously degraded or exploded pills. *(EMERY 02553-02639)*. It is difficult, however, to compare the physical observations with NDMA levels based on this notebook because the notebook is poorly maintained.

Based on the above, I have significant concerns regarding the integrity of Emery Pharma's data and Dr. Najafi's analysis. As noted by WHO, "evaluation should take into consideration all data, including atypical, suspect or rejected data, together with the reported data." Here, there was no justification for omitting contrary data, and even if justification could be articulated, there is no scientific justification for omitting data which directly undermines one's hypothesis. The omitted data reflected stability not only at room temperature, but also moderately elevated temperatures, which casts doubt on the entire premise of the Citizen Petition. Emery's data also varies by orders of magnitude between testing, but Emery is completely silent, even in public-facing video presentations,



Contains Confidential Information – Subject to Protective Order

about the limitations of their data. The selective reporting and omission of crucial data raises significant concerns about the data integrity of Emery Pharma's results and Dr. Najafi's report.

**b. Insufficient Pre-Requisites for Data Interpretation**

In addition to the data integrity issues discussed above, I am further alarmed by the inadequate record keeping by Emery Pharma. I have asked to see actual laboratory documentation to assess whether Emery's testing is analytically valid, but I understand that Emery and Dr. Najafi have not produced them, to the extent they exist, as of the date of this report.

As described previously, thorough documentation is a foundation and prerequisite for the interpretation of data. *(USP General Chapter <1010>)*. Likewise, even though Dr. Najafi cites Emery as being a GMP and GLP compliant facility in his report discussing the results of his data, his documentation does not satisfy basic requirements for either GMP or GLP.

There are many fundamental laboratory documents missing in Dr. Najafi's report that prevent a complete analysis of his results. In the below sections, I discuss the issues with Emery's record keeping with respect to its protocols, data, and quality assurance documentation. The insufficient record keeping precludes Dr. Najafi from being able to draw any reliable interpretation or inference from the data.

**i. Deficient Record Keeping**

**1. Deficient Protocols**

Many tests have no protocols at all. The protocols that Dr. Najafi has produced (Appendix A) lack sufficient detail and are incomplete. None of the protocols or methods is dated, which prevents me from being assured that the protocol was developed prior to the initiation of the experiment. The protocols, or lack thereof, do not meet acceptable scientific standards in the field, and this type of documentation would not be sufficient to support publication in peer-reviewed literature as I explain below.

This is not a trivial issue. The available materials suggest that protocols may have been developed after testing was complete in order to give a false impression that the data was truly the product of an unbiased and predetermined experimental design. As evidence of this, Dr. Davis' report (Appendices 5 and 6) indicates that for the Sun-Shade-Shower datapoints, Dr. Davis was given data at a timepoint of "6 cycles." Of concern here, however, is that the data is completely absent from Dr. Najafi's report, even though Dr. Najafi is the one who generated the data. Even more concerning, Dr. Najafi's protocol *(PLEV-NB210812B)* does not specify that data would be collected at "6 cycles." These facts lead to the natural suspicion that Dr. Najafi intentionally omitted results and then drafted an undated protocol *post hoc* to give the false impression that the data was the result of a prespecified experimental design. If true, this is a prime example of research misconduct. Moreover, even if there were a scientifically reasonable explanation for this discrepancy, the poor documentation practices alone would preclude drawing any reliable conclusions based on the data generated.

Another concerning example of poor documentation is that the same protocol *(PLEV-NB210812B)* does not state the numbers or identities of batches that will be used for the studies. Prespecifying the number and identity of samples to use in the testing is important for the same reason as stated above—because it prevents investigators from cherry-picking data which support their hypothesis while omitting data which contradict their hypothesis. Without this basic information, one cannot be assured that the data is complete. And if the data is not complete, it would not be scientifically reliable to draw conclusions based on the incomplete data.

Also, again for the same protocol *(PLEV-NB210812B)*, the protocol does not disclose the container closure system to be used during the study. Disclosing the container closure system used is an absolute requirement in stability studies intending to represent real-world conditions. Prespecifying the container closure system to be used in the experiment ensures that investigators do not test products in various containers that may or may not be representative of the commercial product and only report the results which best suit their hypothesis. The failure to prespecify the container closure system is especially problematic because Dr. Najafi appears to recognize that container closure systems can affect the stability of the product, and, although I do not find the evidence reliable, Dr. Davis reported that different container closure systems are associated with statistically significant differences in the level of NDMA. Again, without this basic information, which is routinely specified in stability protocols prepared before any testing takes place, one cannot be assured that the data is complete. If the data is not complete, it would not be scientifically reliable to draw conclusions based on the incomplete data.

Again, for the same protocol *(PLEV-NB210812B)*, even more examples of poor documentation practice exist with respect to the equipment to be used. Prespecifying the equipment that will be used during studies is essential because equipment can affect the reliability of the analysis and would need to be understood. In his protocol, Dr. Najafi has a section for "equipment, materials, and reagent" but refers to another document which is specific to the analytical procedure. The document he cites, however, only covers two of the relevant steps (3.1 and 3.11). Notably, the equipment Dr. Najafi used to grind the tablets and control the storage conditions were not disclosed, nor were the materials used for the container closure system. The types of storage chambers and how they are monitored for temperature and humidity should be specified, especially since some of the stability studies use non-standard conditions (e.g., 60°C, 95% RH). The failure to prespecify and report this information precludes a reliable and accurate interpretation of the analytical results, as I detail with respect to specific analyses below. Additionally, disclosing the equipment used is essential for study replication, so other researchers can independently confirm study results.

**2. Deficient Data**

There has been a significant amount of data collected by Emery which has not been reported. The standards of record-keeping and production of data practiced by Emery does not meet acceptable scientific standards in the field, and this type of documentation would not be sufficient to support publication in peer-reviewed literature. As noted previously, full disclosure of all data is a core

scientific principle and ensures reliable science. Below I give a non-exhaustive list of data missing from Dr. Najafi's report:

- No raw chromatograms have been provided, so I cannot determine whether separation was proper and whether data can be accurately quantified.
- No processed chromatograms have been provided, so I cannot determine how Emery's integration parameters were set, whether they were appropriate, whether they may have led to under or over estimation, and ultimately whether the quantification is reliable.
- Some data is mentioned in Dr. Davis' report but is absent from Dr. Najafi's report. Other data appears in Emery's notebooks which does not appear to Dr. Najafi's report. This is concerning, especially because I was only provided a limited time to review these notebooks given that these were given about 4 weeks into a 6 week deadline to review and opine on the test, and many of the notebook pages are not legible (and are unacceptable by established scientific standards of notebook keeping).
- In the report, some data is only graphed, but the actual values were not initially provided. As with notebooks, that data was provided late, giving limited time to review.
- Data related to the visual inspection of samples prior to analysis which was required by Emery's protocol is not provided anywhere in Dr. Najafi's report. The physical condition of the tablets would be an important part of the study and crucial for assessing real-world significance of data, especially if some samples were visibly degraded such that consumption by a consumer would not be plausible.

**3. Deficient Quality Control Documentation**

Important quality control documentation that is routinely available in scientific laboratories was missing or insufficient to allow a complete evaluation of Dr. Najafi's conclusions. Such documentation is a prerequisite for laboratories performing pharmaceutical analysis. This documentation would also be necessary for Dr. Najafi to rely on the integrity of the data from which he draws conclusions. The documentation is necessary for Dr. Najafi (and anyone else) to be assured that all necessary quality procedures and practices were followed. Without this, the way experiments were conducted and the suitability of equipment used cannot be reconstructed or verified as correct and data from the experiments could not be relied on. The overall lack of documentation does not meet acceptable scientific standards and this type of documentation would not be sufficient to support publication in peer-reviewed literature. Types of missing documentation are:

- Sufficient notebook descriptions of work performed including references to computerized data system files;
- Second person verification of calculated results;
- Rationale and approval for retesting samples;


Contains Confidential Information – Subject to Protective Order

- Equipment qualification reports demonstrating that the equipment used was installed properly and performed according to vendors' specifications;
- Equipment maintenance logs and adherence to specified preventive maintenance;
- Documentation of analyst training on the equipment and methods used for testing;
- Documentation of sample storage conditions before and during analysis;
- Batch numbers and expiration dates for all chemicals (reagents, solvents, standards) used in experiments; and
- Certificates of analysis for analytical standards.

Examples of notebooks were supplied by Dr. Najafi and his lab but these are primarily methods and data summaries that were literally cut and taped into notebooks from printouts of Word files or PowerPoint slides. The analysts did not record experimental execution such as sample weights, equipment used, reagents used, timing of sample pulls for stability, etc. This essentially defeats the purpose of a lab notebook, including the specific instructions of the front of Emery's notebooks and established best practices in the field. It is not possible to follow the actual work that was performed so results cannot be viewed with confidence. Results were usually listed as being present in a file server (under Levin Law) or some Master spreadsheet but the content of these files is unknown. It is not known if these result repositories were subject to controlled access and audit trail requirements to prevent unauthorized or undocumented changes from being made.

There were several other practices that would be unacceptable documentation practices. Protocols and methods are not dated and there is no indication of review and approval. There has been no justification, documentation, or approval of changes in protocols if they have occurred. Again, dating all laboratory documentation is an absolute minimum to ensuring reliability. In some notebooks, entries were crossed out without initials and date to show when the deletion occurred *(Notebook No. 070-RC, pg. 13 of pdf, Notebook No. 078-RC pp. 12-13 of pdf)*. Countersigning was performed but sometimes not until three months later *(Notebook No. 079-PP pg. 11 of pdf)*. An additional entry was made on a later date without initials/date after the page had been countersigned *(Notebook No. 070-RC, pg. 11 of pdf)*. At least one notebook has entries before the notebook was ever issued *(Notebook No. 088-KG)*. Any one of these deficiencies would cause lack of confidence in the integrity of Emery's results, and the combination demonstrates a lack of scientific rigor in Dr. Najafi's laboratory.

**4. Deficient Method Descriptions**

The failure to properly describe the analytical method used can introduce uncontrolled variation in results that would make it impossible for Dr. Najafi to rely on the data generated. For example, sample selection was not controlled and could introduce bias or variability. He would not be able to conclude that differences in results for time points in a stability study were not caused by differences in how the method was performed rather than an actual change in the sample. An


Contains Confidential Information – Subject to Protective Order

incomplete method description is also important because it prevents another scientist from replicating the exact conditions used by Emery. The following information was missing or incomplete:

- How the analyst should choose a tablet from a bottle to avoid potential bias was not specified;
- The sources of the NDMA standard and NDMA-d6 internal standard are not listed under Materials/Reagents;
- The type of sonic bath was not listed under Equipment. Sonic baths can generate heat but temperature control of the bath during the sonication step was not indicated;
- Sample preparation – The method does not state what kind of equipment is used to crush tablets. It does not state how aggressively the crushing operation is to be carried out;
- The number of replicate samples to prepare was not specified;
- Qualifier ions for the NDMA standard and NDMA-d6 internal standard are listed but no indication of how those ions are used is given;
- The calculations used to process acquired data were not given. For example, the regression model used for the calibration curve was not specified;
- No sequence of injections was given including frequency of blanks, calibration standards, QC checks, and the number of samples;
- No system suitability criteria were given. These are necessary to confirm that the method performs as expected for each analytical run;
- No information is given about the stability of standards or sample solutions for analysis;
- No criteria for lack of carryover during an analytical run are given;
- No illustrative chromatograms are shown; and
- Only broad criteria are given for re-test/re-analysis. It is not specified when original sample solutions should be re-injected (re-test) or when a new sample preparation should be performed (re-analysis). What is meant by "To ensure assay robustness" is unclear. No criteria for replicate testing as part of "Assessment of NDMA uniformity within a production lot/batch" are given. The lack of specific criteria allows inconsistent practices for repeat testing.

**5. Deficient Validation Reports and System Suitability Runs**

Lastly, there is insufficient record keeping related to the *procedure validation* and the *analytical procedure and sample method performance verification*, but since these are also two independent pre-requisites, I will address them in the following sections.

**ii. Deficient Procedure Validation**


Contains Confidential Information – Subject to Protective Order

Dr. Najafi cannot reach reliable conclusions about NDMA levels in any sample, the differences among samples, or differences between stability time points without knowing the accuracy and precision of the analytical method being used to measure NDMA levels.

Inaccuracies in the method would cause inaccurate results to be obtained and preclude any conclusions—let alone reliable conclusions—about the amount of NDMA consumers might have ingested. Also, when two samples differ in NDMA level by some amount, it is not possible to make a reliable conclusion about the significance of the difference without knowing the precision of the measurements.

The validation summary given in Appendix A is insufficient to demonstrate the validity of the method Emery used for tablet analysis. Below I explain my concerns regarding why Emery's method may not be properly validated, which undermines the reliability of their test results. Ultimately, however, information was not provided to fully evaluate this potential error. Emery's documentation of its validation, therefore, does not meet scientifically acceptable standards in the field and this type of documentation would not be sufficient to support publication in peer-reviewed literature.

The accuracy of the method is of particular concern because Emery uses a mode of separation that is different from the one recommended by FDA and used by numerous other researchers.

FDA recommends the use of a type of liquid chromatography called "reversed phase" chromatography. This "reversed phase" method is widely used by other researchers. (Yamamoto 2022, Abe 2020, Yokoo 2021, King 2021, Waters 2020, Scheibner 2021, Mani 2020, EMA-Official Medicines Control Laboratory[9], Health Canada[10]). In fact, in Emery's Citizen Petition, they also used a "reversed phase" method. Further, for all other sample types (simulated gastric fluid, nitrosation assay procedure, syrup, injectables, effervescent tablets), Emery also used "reversed phase" chromatography.

For its most recent analyses (API and tablet analysis), however, Emery uses a completely different mode of chromatography known as hydrophilic interaction chromatography (HILIC). The key issue for this method is how the material flows through the chromatographic column to ensure sufficient separation of ranitidine from NDMA. As noted above, sufficient separation is necessary to ensure reliable quantification of the results. Emery, however, does not provide any proper validation or any sample chromatograms to evaluate whether their method allows for sufficient separation.

Other researchers have published on how sufficient separation is needed specifically in analysis of NDMA in ranitidine. For instance, Waters (an instrument vendor) noted: "Separation of the API from the impurities is critical, as it allows use of the divert valve to send the API to waste during analysis, minimizing impact of large quantities of the API (mg/mL) from interfering in the

---

[9] EMA-Official Medicines Control Laboratory, *Test method for the determination of NDMA by LC-MS/MS in Ranitidine Drug Substance and Film Coated Tablets*, October 23, 2019.

[10] Health Canada, *Nitrosamine impurities in medications: test methods*, July 28, 2021, https://www.canada.ca/en/health-canada/services/drugs-health-products/compliance-enforcement/information-health-product/drugs/nitrosamine-impurities/test-methods.html#a2

trace analysis (pg/mL) of the nitrosamine impurities."[11] Yamamoto makes a similar comment about the large amount of ranitidine injected[12]:

> "Impediments to accurate quantitation of NDMA in drug substances using LC–MS/MS and insufficient durability of the system are attributed to the extremely large amounts of active pharmaceutical ingredients (APIs) in sample solutions in comparison to the trace amount of NDMA. A reduced retention of NDMA and/or decreased separation from other substances in LC, matrix effect in MS detection, and undesirable contamination of instruments with API and other substances may be occasionally encountered, all of which consequently result in deterioration of system performance and generation of unreliable data, even in the cases where a divert valve is configured between the column and ion source of the MS instrument."

Since Emery chose to use a different mode of separation from the liquid chromatography method recommended by FDA and used by other researchers, they should have properly validated the methodology and provided sufficient documentation for their different methodology.

In addition to potential separation issues, the interday precision of the testing is unknown because it was not included in the validation summary. It is important to know the variability of results when the same samples are analyzed on different days, with different sample preparations, different calibration curves, different analytical reagents, different instruments, and different analysts. This is necessary to evaluate if differences in the levels of NDMA between different samples are due to lack of analytical precision or some other factor. In other words, without this information, Dr. Najafi could not exclude the possibility that any difference in NDMA levels observed between samples was due simply to a lack of analytical precision.

Lastly, the accuracy of the data (a fundamental and threshold issue) is unknown based on Dr. Najafi's report because insufficient documentation has been furnished regarding the validation of the method. Accuracy is often determined using a "spiked" sample. Specifically in this case, to determine accuracy, Dr. Najafi would be required to test both a spiked (ranitidine + NDMA) sample and an unspiked (ranitidine alone) sample. This is an absolute requirement to ensure that the samples spiked with a known amount of NDMA give an expected result, which ensures that the sample without spiked NDMA would give a similarly reliable result. This, however, was not done. Instead, an *undated* validation protocol *(Validation Protocol of Quantitation of NDMA in Ranitidine Pills)* was furnished by Dr. Najafi's laboratory. Aside from being undated which violates best practices, the protocol has inconsistencies that preclude interpretation of the accuracy results reported by Dr. Najafi. The protocol calls for performing a spiking study into a ranitidine product using QC samples as described in the method CHM-021.00. However, as per the method, the QC samples are not spiked in ranitidine product. In fact, there is no indication that Dr. Najafi ever performed this type of spiking study, so the accuracy of Dr. Najafi's method cannot be determined. To make matters worse, Emery also made errors when calculating some of the results of the experiments that they did conduct.

[11] Mary Trudeau Lame & Lindsay Hatch, *Application Note*, Waters Corporation, https://www.waters.com/webassets/cms/library/docs/720006899en.pdf
[12] Yamamoto 2022, p. 1 114561

Specifically, the equation given in the protocol to calculate recovery of the spiked amount is incorrect and instead gives a value for percent (%) error.

Section 3.4.1 of the protocol on determination of intraday precision also mentions using a spiked drug product sample. There is no indication of what sample was used or even if one was used for spiking. The acceptance criterion for intraday precision was given as a coefficient of variation (%CV, also known as % relative standard deviation) of not greater than 20%. This means Emery viewed results with a %CV of 20% as acceptable. A level of variability this high can affect interpretation of results as discussed later.

The validation protocol states "Selectivity/specificity is assessed by evaluating the matrix blank (ranitidine drug product) for interference. Any signal that occurs at the same retention time of NDMA mentioned in the test method CHM-021.00 is compared to the responses of NDMA spiked samples in matrix blank at 100 ng/mL to determine selectivity/specificity." Note that method CHM-021.00 does not give a retention time for NDMA. The validation summary furnished by Emery does not give results for selectivity/specificity demonstrating that their own protocol was not followed.

To note, it is unclear at the time of writing this report whether the correct validation summary has been provided. The validation summary has the correct document number for the method (CHM-021.00), but incorrectly states that the method utilizes reverse-phase HPLC (instead of HILIC which was reportedly used). Notably, no chromatograms have been furnished illustrating standards, samples, spiked samples, or retention of ranitidine and other impurities. The separation of NDMA from ranitidine and other ranitidine impurities is necessary to prevent interference with the measurement of NDMA. Also, no validation of the stability of standard and sample solutions was given. This information is needed to validate the accuracy of the method.

**iii. Deficient Analytical Procedure and Sample Method Performance**

Even assuming that the accuracy and precision of the method have been validated, Dr. Najafi cannot rely on data generated without knowing that appropriate system suitability criteria were met for each analytical run. System suitability checks are required to show that the method was performing as it did when it was validated such that accuracy and precision information apply to any particular analytical run from day-to-day. Insufficient documentation has been furnished regarding the system suitability of the method at time of use, so the accuracy of the data is unknown. The data cannot be viewed as reliable if system suitability criteria were not in place or were not met.

By failing to document or provide this information, Emery's documentation of its system suitability runs do not meet scientifically acceptable standards in the field and this type of documentation would not be sufficient to support publication in peer-reviewed literature.

**c. Emery's "Content Uniformity" Testing**

Although proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data, taking the data at face value, I will proceed to interpret Emery's "Content Uniformity" Testing.

Emery Pharma conducted testing to assess whether NDMA levels would vary from tablet-to-tablet within the same finished dose container (for purposes of this report, I will refer to this concept as "tablet-to-tablet variability"). The purpose of this test was to assess whether testing one tablet from a bottle or container would be representative of the levels of NDMA for all other tablets in the same bottle or container. This is significant because when an investigator conducts a stability study over time, new tablets are tested at each timepoint (in other words, no single tablet is tested at multiple timepoints). Therefore, if there is significant tablet-to-tablet variability, this alone may be the sole or partial cause of differences between the measurements between any two timepoints.

Emery reported results which demonstrate significant variation between individual tablets from the same dosage container. In one example, with 30 tablets tested, Emery observed a difference of 930.5 ng NDMA between the lowest and highest result. For the six batches studied, Emery calculated the coefficient of variation (a metric which considers percent standard deviation from the mean value) and found a coefficient of variation of up to 10.9%. Dr. Najafi concludes this is sufficiently uniform to allow him to test representative samples, although he does not justify this conclusion against any apparent standard. I disagree with Dr. Najafi and instead find that the test results raise concerns about needing to account for tablet-to-tablet variability in all testing. This is significant because the high level of tablet-to-tablet variability in Emery's results raises doubts about a fundamental assumption built into *all* of Emery's test results.

To provide background, "content uniformity" is generally a requirement to confirm that the drug substance is sufficiently uniform across tablets within a batch. *(USP General Chapter <905>)*. In other words, the test is used to ensure the strength (i.e., presence of drug substance) is uniform across tablets. Content uniformity is calculated based on how the observed strength compares to the intended strength (or "label claim"). Content uniformity is not used to justify testing only one dosage unit to represent the entire batch as Dr. Najafi does in his report. Therefore, he misapplies the concept of content uniformity.

Dr. Najafi found what could be significant variability (depending on use of the data) in the levels of NDMA in samples from the same bottle. For example, in one test, as mentioned above, he found that the lowest pill had 3,041 ng NDMA while the highest pill had 3,972.1 ng NDMA. This is a difference of 930.5 ng NDMA. In other words, when he conducts testing only on some tablets in that bottle, he cannot exclude the possibility that differences in the level of NDMA up to 930.5 ng NDMA were due to tablet-to-tablet variability alone. The significance of this source of variation and its level would need to be determined when reaching conclusions based on testing data from only one tablet. High variability between replicates was observed for some of the baseline results given in Appendix B. The range of five replicates (assuming the results were for independent tablet preparations) for batch 958032 was 6063.1 ng/150 mg (9,329.4 -15,392.5). This was 48% of the average. The bottles with lower levels of NDMA showed lower absolute variability, but some bottles had even higher statistical variability. For instance, as referenced above, the most statistically variable batch had a coefficient of variation of 10.9%. An example of variation for lower levels in Appendix

B is given by the range for baseline batch 957266. This time, four replicates were run and the range was from 78.7 to 150.7 for a difference of 72 ng/150 mg or 63% of the average result.

Dr. Najafi did not employ composite sample testing (described in *Select Features of a Stability Study* above) to reduce the effect of tablet-to-tablet variability. The method for NDMA in tablets indicates that two 75 mg tablets can be used to obtain the amount of ranitidine equivalent to 150 mg, but for 150 mg doses, only a single tablet was used. A more robust and reliable way of conducting sample preparation to reduce the impact of variation among tablets is to use multiple tablets to prepare a sample solution for testing. That would be more representative of the entire bottle and is routinely done to determine the content and impurities for pharmaceuticals.

Additionally, Dr. Najafi did not conduct a study of bottle-to-bottle variability. This is another source of variability that could be significant and understanding it would be important for generalizing results from a single bottle to the entire batch. To put this into perspective, across all of Emery's studies there is a potential variability in the analytical performance (20%, %CV), there is known tablet-to-tablet variability (reported up to 10%, %CV) and suspected bottle-to-bottle variability, but with an unknown magnitude. This large amount of variability increases the uncertainty of results and can preclude precise conclusions from Emery's data.

Because I disagree with Dr. Najafi's conclusions regarding uniformity, which are the basis for an assumption built into all of his testing, I will explain how it affects proper interpretation of his data. As USP notes, "Uncertainty is associated with variability and communicates the closeness of a result to its true value." Here, where there is significant variability, an investigator should be cautious to appropriately design studies to account for this variability; if they do not, their results should be appropriately qualified in terms of the level of uncertainty associated with those results. Dr. Najafi does not appear to do either. The absolute and relative magnitudes of these sampling variabilities need to be considered to properly evaluate results for any particular study.

I comment on specific study designs when discussing those designs later in this report, but one major issue that affects all designs is the selection of samples to test. USP notes: "It is important to avoid introducing systematic error or bias into the study results. Bias can be introduced through unintentional changes in experimental conditions, due to either known or unknown factors. Effective sampling and randomization are important considerations in mitigating the impact of bias. Sampling is performed after the study has been designed and constitutes the selection of test articles within the structure of the design. How to attain such a sample depends entirely on the question that is to be answered by the data. When possible, use of a random process is considered the most appropriate way of selecting samples." *(USP General Chapter <1010>)*. USP further notes: "a sampling plan should be established to provide details on how the sample is to be obtained to ensure that it is representative of the entirety of the population of interest."

A universal problem present across all of Emery's testing is that there appear to be major limitations in the way Emery conducted sampling. For instance, many tests appear to have no sampling plan, and I have not identified a single test that randomized sample selection. Moreover, this source of potential bias actually has two main issues, which I discuss below.

The first main issue relates to how Emery chose to select batches to test, and how many bottles from the batch were used. Emery does not appear to use a sampling plan for many tests and does not randomize sample selection for any testing. In some instances, the batches were selected to include batches with varying levels of NDMA, which can be justified depending on the context and purpose of the experiment.[13] For example, GSK used a similar sampling plan during their root cause investigations, but the key issue here is that if a non-random sampling plan is used, the results should be interpreted with the appropriate level of caution. In GSK's case, they were investigating many different hypotheses which were exploratory in nature and, if significant findings arose and follow-up was warranted, GSK investigated further with additional experimental designs. In Emery's case, the context is different because Emery is generalizing broad conclusions based on a non-random sampling plan even though non-random sample selection can introduce bias.

The second main issue deals with the selection of a tablet for analysis within a single bottle. As noted above, Emery found variable levels of NDMA between tablets of the same bottle or container. Moreover, Dr. Najafi suggests that color and odor are obvious signs of ranitidine's degradation. Assuming all this is true, there should be an established, unbiased way to determine how to sample ranitidine tablets such that results are truly representative of the set being sampled. Dr. Najafi claims that the results of his study enabled him "to use representative tablets for each lot in future analysis," but there appear to be no protocol instructions for determining which tablet is truly representative. In other words, allowing an analyst to unilaterally select 1 tablet out of 90 to test can introduce significant bias into the study if there is no established methodology for selecting a representative tablet. For instance, during baseline testing, an analyst may, consciously or unconsciously, choose to select the tablet which is most discolored. Differences among tablets taken from the top, middle, or bottom of the container were not investigated and no instructions for choosing the position of the tablet in the bottle were given. Or, during stability testing, if there are multiple tablets in a stability chamber for Months 3, 6, and 9, an analyst may, consciously or unconsciously, withdraw one sample over another based on obvious signs of degradation which would create a false trend and biased results over time. As far as I can tell from Emery's protocols, no tests employed any instructions or measures to control this source of bias. In light of the observed tablet-to-tablet variability, this may have introduced significant bias to all of Emery's results.

Given the above, and again assuming Emery's results and calculations are accurate, the summary of my conclusions on this issue are six-fold. First, Dr. Najafi concluded that tablets in a given bottle had acceptable uniformity in their NDMA content to justify testing only one tablet in subsequent studies. He provided no context or criteria for what is acceptable, however, so this broad conclusion is unwarranted. Second, Dr. Najafi did not assess bottle-to-bottle variability between the same batches. Third, the observed variability raises uncertainty regarding the validity of Emery's results. Fourth, given the variability, appropriate study designs should have been used to limit the effect of potential bias. Fifth, to the extent designs of the studies cannot adequately control for

[13] USP gives the example: "Sometimes it's impossible to utilize sampling plans which are random or systematic in nature. This is especially true when the population is infinite." (USP General Chapter <1010>).

potential bias, the results should be interpreted and reported with the appropriate caution and uncertainty. Sixth, Dr. Najafi did not appropriately control for tablet-to-tablet or bottle-to-bottle variability in his study designs nor did he interpret results with the appropriate level of caution (a point I further discuss study-by-study below).

**d. Emery's "Baseline Testing"**

Although proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data, taking the data at face value, I will proceed to interpret Emery's Baseline data, including the data Dr. Najafi did not report or consider. I will also assess both whether this data provides reliable estimates of the true values and whether proper inferences can be drawn from this data.

Before considering Emery's data, it is important to recognize that there are various other sources available regarding "baseline data" and that many of these sources provide the levels of NDMA that were actually observed on the market. Dr. Najafi did not account for these sources when calculating his mean level of NDMA, choosing instead to rely solely on Emery's test results even though those results were clearly (and inexplicably) much higher than those reported by the other sources. Briefly I will describe other sources of baseline data:

- FDA tested thirty-five ranitidine tablets, some which were purchased directly from the marketplace and found a range from below 3 ng/150 mg pill (the LOQ) to a maximum of 465 ng/ 150 mg tablet. Of these, 60% of samples were within the FDA acceptable daily intake limit. *(FDA Grand Rounds, Slide 21, Oct. 14, 2021)*.
- FDA also tested "180 ranitidine samples, including prescription and OTC products," but it is unclear whether this data partly or wholly encompass the data mentioned above. "Samples were purchased from the marketplace, collected by FDA inspectors, or received in response to information requests." This testing included tablets and other formulations such as injectables and liquid syrups. FDA reported that the "range of NDMA observed in ranitidine was 0.013 ppm to 2.97 ppm." The FDA reported that 46 samples from DMF or ANDA holders have levels above FDA's limit, but it is unclear if this means the remaining 134 samples were below FDA's limit. If that is true, then about 74% of samples were within the FDA acceptable daily intake limit. *(FDA Response to Emery Pharma's Citizen Petition, Apr. 1, 2020)*.
- Health Canada tested ranitidine tablets from eight lots and reported a range of 7.9 ng/150 mg tablet ppm to 71.685 ng/150 mg tablet. Of these, 87.5% were within the FDA acceptable daily intake limit.
- Saudi Food & Drug Authority tested eleven ranitidine solid dosage forms collected from the local Saudi Arabian market and reported a range from non-detectable to 108 ng/ 150 mg tablet. Of these, 81.8% were within FDA acceptable limit. *(Alshehri 2020)*.

- The Australian Therapeutic Goods Administration tested approximately 128 tablet dosage form samples of ranitidine and reported a range from below 15 ng/ 150 mg tablet (the LOQ) to approximately 2,100 ng/ 150 mg tablet (above LOQ). Of these, 24.2% were within the FDA acceptable daily intake limit. *(Australia TGA 2019).*
- Researchers in Spain tested seven ranitidine products purchased from local pharmacies in Spain and reported a range from not detectable to 280.35 ng/ 150 mg tablet. Of these, 71.4% were within FDA acceptable limit. *(Gimenez-Campillo 2021)*.
- Before being retained by Plaintiffs, Emery tested four lots of ranitidine tablets presumably purchased from the marketplace and documented a range of 0.74 ng/ 150 mg tablet to 19.43 ng/ 150 mg tablet. Of these, 100% were within the FDA acceptable daily intake limit. *(EMERY 0574-0585).*

Baseline data for liquid formulations have also been reported with levels of NDMA generally consistent with solid formulations. *(FDA Grand Rounds, Oct. 14, 2021, FDA Response to Valisure Citizen Petition, April 1, 2020, Alshehri 2020, King 2020, Australia TGA 2019)*. In contrast to the sources and data listed above, after being retained by Plaintiffs, Emery reported test results for 254 batches of expired and unexpired product which were not purchased from the marketplace, but rather were supplied by manufacturers two years or longer after being manufactured. Emery reported results ranging from 11.7 ng/ 150 mg tablet to 14,991.6 ng/ 150 mg tablet. Of these, Emery reported 1.96% were within the FDA acceptable daily intake limit.

Dr. Najafi did not appropriately account for the inconsistencies between his new (post-retention) data and the sizeable body of available data demonstrated above. Instead, Dr. Najafi reports already elevated results of NDMA and characterizes the data as "starting baseline levels" which gives the impression every consumer would receive these levels at a minimum. I disagree with the conclusions Dr. Najafi makes based on his "baseline" testing for a number of reasons.

First, it is important to establish that Emery's baseline testing is not the result of a well-defined experimental process. The testing does not follow a prespecified protocol and testing appeared to be at random, as demonstrated by the inconsistent number of replicates tested. There was not an attempt to prespecify a sampling protocol, which can introduce bias. This can be justified, and in fact surveillance-type testing may often be exploratory in nature, but if that is the case, the resulting conclusions should be appropriately qualified. Dr. Najafi did not provide any pre-specified analysis plan, nor did he attempt to assess whether atypical results might be statistical outliers, such that exclusion could be warranted. He also did not provide critical information about how samples were stored and monitored prior to testing. Overall, this testing lacks scientific rigor both in design and analysis. As such, Dr. Najafi should exercise caution when interpreting the results.

Second, none of the samples analyzed by Dr. Najafi were purchased from the marketplace. Rather, these samples were furnished by manufacturers in litigation. His baseline testing included API samples more than 10 years old. His drug products samples include samples that were expired (88 samples) and unexpired (166 samples). Of the unexpired product, all samples were at least 2 years

old with a maximum shelf-life of 3 years. Additionally, for unexpired product, only a subset had been placed into their final packaging (116 samples) which consumers would actually purchase. Further, the samples were all either "retained, unsold, or returned", so there is no evidence that any of these samples underwent typical supply-chain processes and would thus be comparable to tablets consumers would purchase.

Using these samples, Dr. Najafi reports mean values of NDMA content for expired and unexpired tablets. It is not clear how many different batches of API were used to manufacture the tablets or how robust Dr. Najafi's sampling is. The range of NDMA levels found in the tablets was from 11.7 ng/150 mg to 14,991.6 ng/150 mg. For the unexpired product tested, the mean NDMA level for a 150 mg dose was 1,096.6 ng. Dr. Najafi misinterprets the significance of his results and improperly claims his baseline data (conducted on samples not from the market) are representative of what a consumer might purchase on the market. This is inappropriate since there is plentiful data, described above (and including from Emery itself), derived from samples which were actually on the market which are inconsistent with Dr. Najafi's most recent data.

Comparison of Dr. Najafi's baseline results to other available baselines results demonstrate that Dr. Najafi's observed figures are much higher than the data from all other available sources. Using the mean value of Emery's "baseline" tablet results of 1096.6 ng/150 mg, I will conduct some comparisons (note, the different between *mean* values and *highest* values is important because if I compared *mean* to *mean*, the differences would be even greater):

- Emery's *mean* value is approximately 2.35 times greater than the *highest* value reported by FDA (465 ng/150 mg). FDA's dataset includes samples pulled from the marketplace.
- Emery's *mean* value is approximately 15.30 times greater than the *highest* value reported by Health Canada (71.685 ng/150 mg).
- Emery's *mean* value is approximately 10.15 times greater than the *highest* value reported by Saudi Food & Drug Authority (108 ng/150 mg). Saudi FDA's dataset included samples from the Saudi Arabian marketplace.
- Emery's *mean* value is approximately half the *highest* value reported by Australian Therapeutic Goods Administration (2,100 ng/150 mg), which was itself an atypical finding. Comparing *mean* to *mean*, Emery's *mean* value is approximately 5.42 times greater than TGA's *mean* value (202.15 ng/150 mg). TGA's dataset included samples about to expire.
- Emery's *mean* value is approximately 3.91 times greater than the *highest* value reported by Gimenez-Campillo 2021 (280.35 ng/150 mg). Gimenez-Campillo's dataset included samples from the Spanish marketplace.
- Emery's *mean* value is approximately 71.69 times greater than the *highest* value observed by Emery prior to being hired by Plaintiffs.

It is unclear why Dr. Najafi did not include his prior baseline results in any of his calculations or even consider the fact that the prior baseline results were actually for samples from the market and demonstrate much lower levels of NDMA. Although four values are a small number of datapoints, these results are significant because they represent true values for products which actually were obtained from the marketplace and were found by Dr. Najafi. In future analyses, if results are generated from products which were not purchased from the marketplace and are significantly different from these values, there must be a sufficient justification for why the non-marketplace samples are representative.

To illustrate just how unrepresentative Dr. Najafi's new dataset is, I have prepared the below scatterplot which further illustrates that Emery's data is highly elevated from every other available source.




*Fig. 11, Purple Line is median, Red Dimond is mean; This figure illustrates that even when graphing results from unexpired products, Dr. Najafi's data "Emery – Najafi" is much higher than all other sources, including his own prior analysis "Emery – Market". Note, given the scale, a graph break on the x-axis is provided so one can see the very high, atypical results in Dr. Najafi's baseline dataset.*[14]

[14] FDA Data (*FDA Laboratory Tests | Ranitidine. November 1, 2019; SANOFI_ZAN_MDL_0000101357*); Health Canada Data (*Health Canada Nitrosamine impurities in medications, July 28, 2021*); TGA Data (*TGA Laboratory Testing | Ranitidine, October 22, 2019*); Emery - Najafi Data (*Najafi Report, Appendix B*); Emery - Market Data (*EMERY 0574-0585*); Alshehri Data (*Alshehri 2020*); Giménez-Campillo Data (*Giménez-Campillo 2021*).


Contains Confidential Information – Subject to Protective Order




*Fig. 12, Purple Line is median, Red Dimond is mean; This figure has an expanded scale (highest points of Emery data not shown) illustrating that Dr. Najafi's Baseline data for unexpired products, mean, and median, are demonstrably elevated from all other sources, which include samples from the market.*

Dr. Najafi does not acknowledge the existence of much of the other baseline data, including data derived from samples directly from the market, from most of the available sources. Dr. Najafi does acknowledge the baseline levels reported by FDA, GSK, and Sanofi, but completely dismissed the data and did not include it in his baseline averages. Dr. Najafi cites the results for tablet analysis by GSK and Sanofi in his report. The range for Sanofi tablets was from below the limit of quantification to 420.15 ng/150 tablet. For GSK film-coated tablets, the range was 36 to 1140 ng/150 tablet. Although I do not rely on the data from GSK and Sanofi for my opinions, the results of their testing are consistent with those from independent parties such as FDA and TGA and are not consistent with Emery's results. The only justification Dr. Najafi makes to say his baseline testing is more "explanatory" is his belief that consumers would only be able to purchase ranitidine that was at least two years old (in other words, either expired ranitidine, or within one year of expiry). This belief is based on his analysis of three instances where one pharmaceutical manufacturer (Pfizer) sent another pharmaceutical manufacturer (Boehringer) products in 2007, shortly after the business transferred from Pfizer to Boehringer. On its face, attempting to generalize the supply-chain activity that occurred during this unique instance to what would be typical of the supply chain has no scientific justification. Additionally, even if the three instances relied on by Dr. Najafi were representative of the typical supply chain, the documents do not support his conclusion. He cites three instances of products being delivered after 10, 16, and 24 months. His baseline data, however, was derived from samples exclusively 24 months or older. Thus, having product in the supply chain for 10 and 16 months, even if true, does not support and even casts doubt on the validity of his assumption. Lastly, it is important to note that Dr. Najafi does not have any baseline NDMA levels for ranitidine products

cited in these three examples, but instead draws conclusions about likely NDMA levels using time alone. His own data, however, do not support such a broad assumption. In fact, Dr. Davis analyzed Dr. Najafi's baseline data and found no association when comparing the age of samples to NDMA levels in Dr. Najafi's dataset. This finding is discussed further below.

It is also important to note that the representativeness of Emery's testing is theoretical and based on assumptions, while representativeness of samples obtained from the market is definitive. When a theory is inconsistent with real-world observations, reliable scientific investigation would reject the theory and accept reality. Here, more reliable real-world data from samples from the marketplace suggest Emery's results are inflated and not representative of what true "baseline" would have been for consumers purchasing ranitidine on the market.

Lastly, Dr. Najafi's summary of test results were reported in terms of the "mean," meaning all samples added together and divided by the number of samples. Means can often be misleading because they are heavily influenced by atypical or outlier data. For instance, there are 3 results out of 166 for unexpired lots that are above 11,000 ng/150 mg. All other results are below 3000 ng/150 mg. The mean without the 3 atypical results is approximately 879.60 ng/150 mg, which is 20% lower than Emery's reported value. The relevance of the mean value also assumes that one consumer would ingest all products in the lot at the mean value at the same frequency over time.

Rather than using the mean, the median is the more appropriate statistic because it is not heavily influenced by atypical or outlier data. It is also not influenced by approximations which must be made when results fall either below and above the limit of quantification (assuming the median value does not also fall above or below the limit of quantification). Median values may give a more realistic picture of the probability of a consumer getting a certain dose because half of the results are above and half are below the median. The median of unexpired tablet results from the Emery data set was 602.7 ng/150 mg, which demonstrates a significantly different likely dose than the one predicted using the mean value. Note, still, however, that the *median* value of Emery's unexpired tablets is still higher than the *maximum* value observed by FDA (465 ng/150 mg).

These distinctions matter because the data has been further misinterpreted by other experts. For instance, Dr. Panigrahy used the mean baseline estimate of 1,096.6 ng/150 mg to calculate the years it would take to reach a cumulative NDMA exposure that was purportedly associated with a statistically significant increase in risk of certain types of cancers based on doses reported in an occupational epidemiological study. Thus, by using means and not taking outliers into account, he too overestimated the probable exposure to NDMA and underestimated the years to reach a given cumulative exposure. To put this into perspective, Dr. Panigrahy conducts calculations based on a level of 1096.6 ng/150 mg pill, which is 2.36 times higher than the *highest* value reported by FDA.

Additionally, another expert, Dr. Davis, statistically analyzed Dr. Najafi's baseline data and his analyses show that the dataset is not reliable. Dr. Davis conducted a linear regression analysis of NDMA levels versus time between manufacturing and testing. Dr. Davis limited his analysis to only Emery's new baseline data and did not consider any of the other available sources. Dr. Davis concluded that there was "no natural interpretation" in the analysis. If ranitidine consistently


Contains Confidential Information – Subject to Protective Order

developed increasing levels of NDMA over time, the time between manufacturing and testing should show a consistent trend toward higher values for older batches. Dr. Davis highlighted that even the summary statistics indicate much to the contrary. This is shown as a graph using Dr. Davis's tabular results (Appendix 3, p. 2). In his analysis, the oldest batches have the lowest mean NDMA content.




*Fig. 13, The levels of NDMA in Emery's baseline data plotted versus the number of years between manufacture and testing. Dr. Davis concluded there was "no natural interpretation" of the data.*

Dr. Davis' analysis also found that the "mean for controlled temperature/humidity is more than twice as large as the mean for ambient" with a statistically significant difference. If true, this would mean that having no temperature or humidity controls is actually associated with a lower baseline level of NDMA and that attempts to control storage conditions makes the NDMA levels rise, a conclusion that is directly contrary to Dr. Najafi's own opinions. This finding lost statistical significance when limiting the analysis to unexpired product only.

This is further evidence of the difficulty in assigning levels of NDMA exposure to consumers with confidence. It also underscores the significant limitations of Dr. Najafi's baseline dataset and the unreliability of the conclusions Dr. Najafi draws from the Emery test results. Therefore, there no scientifically valid reason to dismiss FDA's, GSK's, or Sanofi's data, nor was he justified in not considering the remaining data from other regulatory agencies and independent researchers (including his own prior research).

Therefore, to a reasonable degree of scientific certainty, I come to the following conclusions regarding Emery's baseline data: First, additional documentation is needed to support that the results are valid. Second, given the lack of experimental design, results should be interpreted with caution and interpreted with the appropriate level of uncertainty. Third, comparing the results with other available data, including data derived mostly from samples on the market, demonstrates that Emery's latest results are grossly inflated against other sources and likely do not represent the typical values

that would be found on the market. Fourth, Emery's baseline data is demonstrably variable and shows no trend between NDMA levels and time, which raises the level of uncertainty and complicates any conclusions which could be drawn from the data. Fifth, even if levels comparable to Emery's latest test results were actually found on the market, the median value is more appropriate than the mean for extrapolation. Sixth, other experts misinterpret Dr. Najafi's baseline results with no consideration regarding the uncertainty of the results or proper consideration of inconsistent data.

**e. Emery's Unsealed Versus Sealed/Unsealed Analysis**

Proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data. Analysis of samples from this study is described in Notebook No. 070-RC. A partial printout of the method used is taped into the notebook, but the method is different than CHM-021.00 given in Dr. Najafi's report. Specifically, samples were sonicated for 20 minutes rather than the 5 minutes given in CHM-021.00. No temperature control of the sonic bath was indicated. This is important because heat generated by sonication could impact NDMA levels. No change control documentation with rationale for changing from 20 minutes to 5 minutes sonication was provided. Nevertheless, taking the data at face value, I will proceed to interpret Emery's sealed versus unsealed analysis.

Emery conducted a study which I will refer to as the "Unsealed versus Sealed/Unsealed Test." Dr. Najafi reported that the purpose of the study was two-fold: (1) to evaluate the amount of NDMA formed under the set stability conditions; and (2) to evaluate if unsealing the bottle prior to placing the bottles in storage influence ranitidine stability. It is unclear what practical purpose the results of this study would have on any real-life scenario. Rather, Dr. Najafi's conclusion (discussed later) suggests that this study was meant to justify using only unsealed bottles in future analyses. In other words, it appears that Emery wanted to demonstrate that even if their testing used only unsealed bottles, the results would apply equally to sealed bottles. Regardless of purpose, the Unsealed versus Sealed/Unsealed Test suffers from basic methodological flaws that preclude any reliable inference to be drawn from the results.

For this study, Emery exposed ranitidine tablets to stressed conditions (60°C, 95% RH) (a "feels like" temperature of 604°F) for seven days. At the start of the study, one bottle ("Unsealed") was unsealed and 30 tablets were removed, increasing the available headspace in the bottle. During the course of the study, the Unsealed bottle samples had tablets withdrawn 10 more times, further increasing the available headspace. As for the other bottle ("Sealed/Unsealed"), it was kept sealed for the first 3 days. After 3 days it was unsealed, but the samples were only withdrawn 3 more times, providing overall less headspace.

There are basic methodological flaws with the study design. One core scientific principle of controlled experiments is that an investigator should only change one variable at a time unless multifactor statistical design of experiments methodology is used. If a study changes multiple variables, there is no way to discern whether an observed effect is associated with one variable over the other, or if the combination of variables interacts in either an additive or nullifying manner. For

this test, the sealed-unsealed conditions should be the only variable. But there are several additional variables changing between study conditions. First, the available headspace between the bottles is different. As noted above, headspace can be an important factor in considering stability and should be controlled. Second, there was no confirmation that the beginning levels of NDMA were the same between bottles. Dr. Najafi states: "The timepoint 0 analysis for Set 1 provided baseline NDMA levels," but it is an unfounded assumption. While these are from the same lot and presumably purchased from the same eBay seller, whether these bottles were subject to the same conditions prior to testing is unknown. Moreover, given samples in the same bottle can have high variability (discussed above), it is completely unsupported to presume that samples from different bottles stored under unknown conditions would have the same baseline levels of NDMA.

Additional problems with the methodology arise when considering how the study attempted to assess precision and tablet-to-tablet variability. In terms of the graphical representation, it appears that during all testing, only a single tablet was tested for each measurement except for the 150 mg Unsealed bottle at hour 172 which had replicate measurements (as demonstrated by that datapoint having the only visible error bars in *Fig. 14*). The graph is copied below for reference. Given that the scale is large, it is possible the error bars exist for the other measurements, but they are not visible, but as noted above, the data is not provided. Even if replicate values were tested, given that there is no protocol, there is also no sampling plan or randomization in sample selection, introducing likely bias into the study.




*Fig. 14, Dr. Najafi reports this figure represents: "NDMA levels during 60 degrees C and 95% RH storage in 150 mg Zantac tablets in Set 1 (unsealed) vs. Set 2 (sealed)." Notably, only one error bar is provided calling into question whether a protocol was prespecified, why replicate measurements were only taken once, and whether variability was properly controlled.*

Beyond the methodology problems, Dr. Najafi's conclusions do not follow from the available data even if I assume the data are valid. First, related to the sealed versus unsealed conditions, he concludes: "At 60 ˚C and 95% relative humidity NDMA formation is significant, rapid and occurs despite starting with sealed or unsealed bottles" and "In the sealed bottle arm of the study (Set 2),

starting out with sealed containers did not prevent NDMA formation under these storage conditions." I disagree insofar as Dr. Najafi does not present any evidence that NDMA formation is rapid when the bottle was sealed. Dr. Najafi reports only a single datapoint measuring the NDMA after the Sealed/Unsealed bottle was stored under the sealed conditions. That was the measurement at 72 hours. Since there is no baseline to compare this to, Dr. Najafi has no basis to say whether the levels of NDMA levels observed at 72 hours represent an increase, decrease, or no change from baseline. After 72 hours, the Sealed/Unsealed bottle was unsealed for the remainder of the experiment, so those data cannot be used to compare what occurred when the bottle was sealed.

Dr. Najafi also concludes that "NDMA formation occurred in the first 24 hours." Again, even if I assume the data are valid, I disagree that the data supports Dr. Najafi's conclusion. Tabular data is not provided but the graphical representation (*Fig. 15*) of the data shows almost no change in the levels of NDMA in the first 24 hours. The scale is large, precluding the ability to visually see smaller changes, but some data points in the first 24 hours appear to actually decrease from the measurements before them, such as the 150 mg at ~hour 8. Because of the high variability and the small change (if any), one cannot reliably conclude there is a true change in the levels of NDMA in the first 24 hours. In fact, this situation is analogous to Dr. Najafi's refrigeration experiment where analytically he detected a net increase of ~20 ng NDMA, but because of variability between datapoints, he concluded there was "no appreciable NDMA formation."




*Fig 15, Dr. Najafi reports this figure represents: "NDMA levels during 60 degrees C and 95% RH storage in Zantac tablets in Set 1 (unsealed)." Notably, NDMA levels do not appear to appreciably increase in the first 24 hours, despite Dr. Najafi's claim that they do.*

Dr. Najafi did not mention that different bottles can affect the rate of NDMA formation. Figures D and E in his report compare rates of NDMA formation starting after 72 hours when the sealed bottle was unsealed. After that point the rates of NDMA formation for unsealed and


Contains Confidential Information – Subject to Protective Order

sealed/unsealed bottles of 75 mg appear similar. However, the 150 mg sealed/unsealed bottle formed NDMA at a much lower rate than the unsealed bottle. (*Fig. 14*). In fact, the sealed/unsealed result decreased from 72 hours to 120 hours. It was unexplained and not even noted by Dr. Najafi that both bottles started with the same NDMA level at 72 hours, were both unsealed for the rest of the study, but yet showed much different rates of NDMA formation. The uncontrolled differences in headspace may have contributed to the different rates, but that does not explain the roughly equivalent results at 72 hours unless his baseline level assumption was faulty. This high variability between bottles has not been accounted for in any of Dr. Najafi's studies or conclusions.

Lastly, Dr. Najafi notes that the method is "a scientifically accepted method" under certain circumstances. It is worth noting that this is stress testing or "forced degradation" testing, where the intent of the experiment is to induce degradation. In a laboratory notebook *(Notebook No. 070-RC, pg. 11 of pdf)* a "bitter odor" was noted for 120 and 168 hour unsealed samples. This was not reported by Dr. Najafi. A patient would not plausibly take pills with such an odor and this highlights the non-relevance of stress conditions to real-world consumer experience. Neither regulatory authorities nor the scientific community view stress testing as representative of real-world conditions and so the doses of NDMA reported in this testing are not representative of real-world use and Dr. Najafi's opinions that it is are contrary to well-established stability practices.

**f. Emery's "Stability" Studies**

Although proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data, taking the data at face value, I will proceed to interpret Emery's stability (stress) testing.

Dr. Najafi conducted several stress studies that are discussed in his report but also some additional studies not discussed in his report. Dr. Najafi states: "The rate of ranitidine's transformation into NDMA is accelerated by heat and humidity." But he fails to acknowledge the large variation in the rate of NDMA formation that has been observed. The statement also fails to acknowledge the role that packaging plays in exposure to humidity. Based on the studies in his report, he concludes: "ranitidine is a highly unstable molecule and forms NDMA in 'real-life' storage conditions." The conditions in his studies, however, do not represent plausible real-life conditions and the results suggest that his pills may have liquified – which would yield results irrelevant to consumer use. Without further information from his studies, one cannot assess whether his results are representative of what might actually occur.

Before addressing Dr. Najafi's data it is important to recognize that a number of researchers have conducted stress testing on ranitidine drug product. Based on the available data, I will briefly discuss some basic findings which will assist in the interpretation of Dr. Najafi's data:

- GlaxoSmithKline has conducted stress testing on ranitidine drug product under various stress conditions, using no container closure system, and by leaving the product in solid state. GSK concluded that a combination of elevated and prolonged temperature and humidity conditions can increase the rate of NDMA formation. GSK

observed that the product turned dark brown upon significant degradation. GSK also observed that at a relative humidity of 50% and above, the film coat was lost, which is correlated with a decrease in the levels of NDMA over time. At high temperature and humidity conditions, GSK observed that ranitidine API deliquesces (liquefies) into a brown oil-like substance. *(GSK RCA)*.

- Japanese researchers reported conducting stress and accelerated stability studies and reported that NDMA formed, although there was no attempt to differentiate the effects of temperature and humidity. The researchers' findings report that tablet browning occurred during the study, calling into question the practical significance of their data. *(Abe 2020)*.
- FDA has conducted stability testing on ranitidine, but limited information is available. (*FDA Response to Valisure Citizen Petition*). FDA reported testing ranitidine under Accelerated Stability Conditions (presumedly 40°C, 75% RH, "feels like" 171°F) and reported elevated levels of NDMA were measured in all products after 2 weeks. FDA did not specify whether this testing was on drug products or API, whether a container closure system was used, or how "elevated" these levels were or whether they exceeded FDA's limit. FDA has also reported testing the product at room temperature and observing that levels can rise above the FDA limit over time, but FDA did not specify whether this testing was done inside a container closure system and how much time it took for the product to exceed the daily limit. FDA noted one batch increased in the level of NDMA over a period of 5 months.
- Before being retained by Plaintiffs, Emery exposed the drug product to elevated temperatures (98.6°F) for up to 30 days. Humidity and the container closure system were not reported. Despite being exposed to a high temperature for a month, Emery found no appreciable NDMA formation (approximately 1.4 ng or less of NDMA formed). This data was selectively omitted from the Citizen Petition and not even mentioned in Dr. Najafi's report.

In contrast, after being retained by Plaintiffs, Emery conducted additional testing and found much higher levels of NDMA formation. For example, at a lower temperature (25°C/65% RH) and in less time (21 days), Emery reports finding an increase of 321 ng NDMA (compared to only 1.4 ng formed at a higher temperature of 37°C for 30 days). An analysis of this testing is provided below.

There are many problems with Emery's latest testing. First, as a preliminary matter, there is no protocol, so one cannot be guaranteed that this is the product of a true experimental design. Nevertheless, Emery reports exposing the product to 25°C/65%, 25°C/95%, 40°C/65% ("feels like" 153°F), and 40°C/95% ("feels like" 214°F) for 180 days.

Dr. Najafi claims to have followed FDA's Guidance for Industry, Q1A(R2), but the conditions in Q1A(R2) were not followed. In addition to not following the conditions set forth in Q1A(R2), Dr. Najafi also did not comply with the container closure system requirements of the Guidance. Dr. Najafi


Contains Confidential Information – Subject to Protective Order

specifically says Emery only tested two pill bottles which were apparently opened and the pills re-packaged in High Density Poly Ethylene (HDPE) pill bottles. Dr. Najafi does not provide any information whether the replacement HDPE bottles and closure systems ("lids") are representative of the bottles and lids used by Zantac manufacturers. He also did not report the available headspace in each bottle. Nor did he report whether an induction seal was made and whether other product packaging features were sufficiently similar. Ultimately, without this essential information, which is necessary to be justified under Q1A(R2), one cannot claim to have followed the Guidance and this testing would not satisfy the requirements set forth in the Guidance.

In all testing, the NDMA levels rose, but subsequently fell, indicating that the tablets may have lost their film coating or deliquesced. Dr. Najafi did not report the physical conditions of the tablets, so this cannot be determined. A portion of the data was provided in tabular format, but the table omitted the significant error bars seen in the graph. Additionally, while Emery tested multiple samples at earlier timepoints, they were only testing a single sample at later timepoints. The haphazard collection and/or reporting of data is suspect and calls into question the validity of the results.

Lastly, even if one assumed all the results were valid and the testing properly conducted, Dr. Najafi does nothing to justify and explain the highly variable results observed between his varying tests. He concludes NDMA forms in "real-life" storage conditions, but based on his data, this can be as little as a few nanograms, the levels may increase and decrease, and there is no evidence from his stability studies that any particular levels of NDMA would be expected under any set storage condition.

**g. Emery's "Consumer Experience Testing (Post Purchase)"**

Although proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data, taking the data at face value, I will proceed to interpret Emery's Consumer Experience Testing Data, including the data Dr. Najafi failed to report, in light of the conclusions Dr. Najafi draws from the data.

Formal "in-use" stability protocols are established scientific methods that assess whether degradation may occur during consumer handling of their products. As noted above, regulators usually do not require in-use studies for solid oral dosage forms of pharmaceuticals. To the extent in-use testing is necessary, regulators generally suggest the studies be conducted at the recommended storage conditions. *(EMA, Note for Guidance on In-Use Stability Testing of Human Medicinal Products, March 1, 2001)*. It is generally understood that an in-use study can often lead to elevated levels of degradation beyond what a consumer would actually ingest depending on whether conservative conditions are used in the study design. In 2020, FDA's Information Request suggested an in-use protocol designed with highly conservative assumptions (storage at 30°C/75% RH with container opening for two minutes every day for a total number of openings/day that correspond to the most frequent dosing regimen in the product labeling), which would likely lead to much higher results than a consumer would actually ingest but would ensure compliance through in-use studies.

Dr. Najafi did not follow any well-established methodology and instead developed *ad hoc* methodologies which have not been demonstrated to be representative of consumer experience. For the reasons I describe below, Dr. Najafi did not utilize a scientifically reliable methodology.

**i. Hot Car Study**

First, the protocol for this experiment is not dated and provides no assurance that the experimental design was created before the experiment was run. In fact, there is evidence, discussed below, to suggest the protocol was drafted *after* the experiment concluded. The protocol specifically omits mentioning that certain data was collected but not reported. Under such suspect data integrity issues, it would not be reliable to even begin an analysis, but for the sake of completeness, I will proceed.

Dr. Najafi reported that his experimental designs were "to simulate a few examples of common consumer experience with Zantac to determine if NDMA would be formed while in storage." But he did not provide sufficient justification for his claim that storage of medicine in a hot car is "common consumer experience." In fact, in other places in his report, Dr. Najafi acknowledges Zantac is commonly taken in close temporal proximity with a meal, so unless the average Zantac user eats dinner in their car every day, there is no clear connection between Zantac's indication and reasons why Zantac users would store their medication in their cars.

Even assuming storage in a hot car was common, Dr. Najafi does not provide sufficient justification that the study design mimics real-world hot car conditions, nor has he reported any attempt to validate his study design through comparison to real-world data. These issues can be broken down to three separate parts below.

First, the temperature used in his study (75°C for sun, 50°C for shade) were purportedly derived from Vanos 2018, but Vanos does not provide adequate support for these assumptions. The Vanos study sought to demonstrate the impact of solar radiation on the heat balance of a hypothetical child left in a closed vehicle on a hot day *(Vanos 2018)*. Given that goal, the authors selected extreme weather conditions. Specifically, the Vanos publication measured interior car temperatures during June and July in Arizona. So already, this testing was conducted in one of the hottest climates in the United States during some of the hottest times of the year. The Vanos publication then reported several values: The air cabin temperature, and the surface temperatures of the dashboard, wheel, and seat. The average interior car temperatures (all measurements combined) reported in that study were 46.7°C and 38.3°C for sun and shade exposure, respectively. Average air cabin temperature (which is likely to be the most representative of what heat will actually transfer to the tablet) was 47.6°C and 39.5°C for sun and shade respectively. Average surface temperatures of 68.9°C, 53.3°C, and 50.6°C were reported for dashboard, steering wheel, and seat with exposure to sun. Without explaining or justifying his decision, Dr. Najafi chose to use a temperature even higher than the average *dashboard* temperature reported by Vanos, purportedly to simulate "real life". It is unclear why the dashboard measurement would be the relevant measure here, when it is much more likely that the air cabin temperature would be the more relevant metric (47.6°C and 39.5°C for sun and shade, respectively)

– to the extent any temperatures reported in the study are representative at all. The air cabin temperatures are much lower than what Dr. Najafi used. He then repeated these conditions for up to 50 "cycles" where the temperature would rise and fall in cycles.

Another flaw with Dr. Najafi's experimental design is that he does not disclose any information related to the container closure system used in his studies or the amount of headspace in each bottle. Both of these can greatly impact the exposure of each pill to the atmosphere. This type of information is necessary in stability studies and is specifically controlled for in FDA's in-use stability protocol. The fact that Emery did not prespecify these conditions in the protocol indicates a lack of scientific rigor. Additionally, Dr. Najafi does not consider these factors when interpreting results nor did he make any attempt to justify how the container closure systems used and available headspace would be relevant to real-world Zantac use.

Yet another flaw in Dr. Najafi's study design is that he did not make any attempt to control for variability or consider the representativeness of the tablets. His protocol does not provide any information for how sample selection was to occur. His report notes the sample selection was not randomized but states instead that "These lots were selected as they had varying levels of baseline NDMA in the tablets." This method of non-random selection can introduce bias and some samples may not be representative of what actual starting baseline levels may be. Moreover, Dr. Najafi does not report any replicate runs, so there are no measurements to address potential variability between tablets.

Additionally, five of the nine batches used by Dr. Najafi were expired and two more were within two months of expiring, so they would not represent consumer experience. Batches selected for additional studies started on January 5, 2022 included seven expired batches out of the ten batches used. For these ten batches, data from 15 sun and shade cycles were reported.

Since the design of this testing is intended to represent what might occur in a real situation, Dr. Najafi should have "validated" that the experiment was truly representative of real-world values. (Note, this type of validation is different from analytical validation, which is concerned with ensuring the analytical measurements are correct.) Validating the design would entail, for instance, reliably measuring the levels of NDMA that occur when consumers left their ranitidine in their car and then comparing the actual naturally occurring levels with the levels produced by the experiment. This type of validation is important because it not only ensures the factors controlled by the design are representative, but it also helps to ensure that there are not additional uncontrolled factors that could undermine the reliability of the study design.

Additionally, it is not clear whether this study used any true control. I assume that Dr. Najafi intended for his "0 cycle" data to serve as a control, but this is not appropriate. Rather, Dr. Najafi should have analyzed a control tablet with each set of samples at the same time, to ensure that the effect of time did not confound any observed effect of the "cycle".

Beyond the methodology, there are also issues in the way Dr. Najafi reported the data. First, for Dr. Najafi's first round of hot-car testing (listed in Figures JJ and KK in Dr. Najafi's report), he

reported the results of 9 batches (including one duplicate) but he actually tested a total of 15 batches during his initial study. Dr. Najafi's report provides no mention of collecting data after 6 cycles. His undated protocol likewise provides no mention of this data collection. This data is only available from the report of Dr. Davis, who conducted statistical analyses of all the results.

Second, Dr. Najafi did not report his visual and odor observations to justify whether each tablet was sufficiently intact for consumption. Step 3.10 in his protocol notes that the Emery analyst would "[v]isually inspect samples for any foreign particles or distinctive changes in color and/or odor prior to NDMA analysis." Given that his protocol specifically called for this information to be reported, it is unclear why no documentation to this effect was provided. One might suspect that at some of the higher levels of NDMA, a consumer could observe noticeable degradation either by sight or smell. Under such circumstances, a reasonable consumer is unlikely to ingest a spoiled tablet, which would undermine the practical relevance of this data.

Third, even if there were no data integrity issues here and the pills were suitable for consumption, some of the data raises additional flags. In some instances, the "shade" conditions resulted in higher NDMA levels than the "sun" conditions for the same batch, even though the "sun" conditions used 25°C higher temperatures (batch 19E573-50 cycles, batch 753969-30 cycles), In many instances, there does not appear to be any significant effect (or any apparent effect at all), until 50 cycles.

Additionally, there are unexplained inconsistencies even among the Dr. Najafi's baseline testing. For instance, he provides two sets of test results for lot 19D561. One set starts with a baseline level of 241.4 ng and the other with 818.3 ng. He doesn't address this difference. This may be due to tablet-to-tablet variability, but if so, Dr. Najafi would need to qualify that any observed differences may be due to variability between tablets and that predictions about the rate of NDMA formation cannot be made with a reasonable degree of confidence.




*Fig. 16, The above graph plots all data from Dr. Najafi's "shade" experiments showing high variability among batches. Several instances exist where decreasing levels of NDMA are observed with an increasing number of cycles (in addition to the haphazard collection of data) that prevent determination of an accurate rate of NDMA formation that could be generalized to other samples.*




*Fig. 17, The above graph plots all data from Dr. Najafi's "sun" experiments showing high variability among batches. Several instances exist where decreasing levels of NDMA are observed with additional cycles (in addition to the haphazard collection of data) that prevent determination of an accurate rate of NDMA formation that could be generalized to other samples.*

An overall average increase in NDMA levels is not consistent across all time points as shown by several instances where NDMA levels decreased with additional cycles. Also, tablet-to-tablet variability is not shown in these results and Dr. Najafi does not consider this variability when interpreting levels of NDMA. Even if a trend was present, the overall variability would preclude confident prediction of what levels of NDMA would be generated for any given tablet or other batch.

In her report, Dr. Le speculates that the decreases in NDMA observed with increasing cycles "suggest that NDMA may have transformed to other entities, that can be potentially its toxic metabolite that mediates cancer formation." (pg. 58). She provides no evidence to support her statement, and Dr. Le failed to account for tablet-to-tablet variability and that the potential loss of NDMA may be due to the loss of the film coat and other associated physical changes like browning of the tablet which may undermine the practical relevance of the data given that consumers would not plausibly ingest the tablets at this point.

Lastly, I would like to briefly address the statistical analysis performed by Dr. Davis. As a preliminary matter, it is important to note that usually an analytical chemist and a statistician would

collaborate *before* analytical testing to determine the experimental design, making sure that appropriate sample size, randomization, and other controls are present in the study design to yield reliable and well-powered results to address the hypothesis being tested. *(USP General Chapter <1010>).* Nothing like this was done. As noted several times, it does not even appear that Dr. Najafi's experiment was prespecified. Dr. Davis claims that he developed his statistical analysis plan prior to seeing any data, but later reversed and acknowledged that "alternative approaches" were used because of small sample sizes.

Dr. Davis attempted to determine the rate of NDMA formation under the stress conditions for shade, car, and shower. He calculates "slopes" for each condition where a *positive slope* indicates increasing NDMA levels while a *negative slope* indicates decreasing levels of NDMA. Dr. Davis recognizes that negative slopes exist, which he attributes to high baseline values. Negative slopes, however, exist beyond just the high baseline levels, but Dr. Davis only calculates the average slope, and does not comment on the fact that slopes with positive averages also contain instances of decreasing levels of NDMA between specific cycles, which raises questions regarding the practical relevance of the data if the tablets lost their film coatings and turned brown. In fact, Dr. Davis does not acknowledge the several instances where NDMA levels fell between Cycle 30 and 50, which occurred in lots with lower baseline values. Likely, Dr. Davis' slopes had a poor "fit" to the data as suggested by the high standard deviations associated with the mean slopes. This greatly reduces any ability to generalize NDMA formation rates.

Dr. Davis concludes the "estimated mean increases in NDMA level per 1 cycle increase in the number of cycles" are 54.5 ng for shade and 55.0 ng for sun in unexpired product. This type of crude "averaging" is misleading because it ignores the high variability, including negative slopes, observed in the dataset. This average is also reached, in part, based on observations between only two data-points. Essentially, there appears to be no collaboration between the testing conducted by Dr. Najafi and the subsequent analysis by Dr. Davis, and at no point do either of them acknowledge that the dataset is extremely limited and that no reliable conclusions can be drawn from it.

**ii. Shower Study**

Looking now to the shower experiments, many of the same criticisms apply such that I will only briefly cover criticisms already covered above.

As with the hot car study, the protocol is undated and provides no assurance that the experimental design was completed before the experiment was conducted. In fact, as with the hot car study, there is evidence to suggest that the protocol was drafted after the experiment concluded. The protocol specifically omits mentioning that certain data was collected but not reported. Under such suspect data integrity issues, it would not be reliable to even begin an analysis, but for sake of completeness, I will proceed.

First, as with the hot car study, the design of this study does not follow any recognizable or generally accepted experimental design. The conditions used in the shower experiment were purportedly based on the conditions reported in Aizawa 2006, a nonpeer-reviewed paper presented at

a conference about healthy houses. Putting aside the lack of peer-review, the conditions used by Emery do not even appear in the publication. For instance, the conditions used by Emery were 40°C/100% RH (a "feels like" 226°F) for 30 minutes. He then repeated these conditions for up to 50 "cycles". Comparatively, Aizawa 2006 found that the conditions in the "changing room" (where a medicine cabinet would presumably be located) reached 25°C/85% RH for about five minutes when starting at about room temperature. Even if we used the absolute highest value from the Aizawa paper, it was *at most* approximately 32°C/90% RH ("feels like" 120°F) for about five minutes. But even that value was derived based on summer conditions with no air conditioning. Thus, to the extent the study is applicable at all, Emery used much more severe conditions than are supported by the study.

However, I would also caution against considering Aizawa 2006 to be representative of an American bathroom. The Aizawa authors actually tested two rooms: the "bathroom" and the "changing room", which were separated by a folding door and were ventilated but not air conditioned. The bathroom was a Japanese bathroom that was 3.7 ft x 5.2 ft x 6.6 ft, so the entire room was slightly larger than the size of a bathtub. Practically speaking, there would be no room to store ranitidine and take a shower in a bathroom this size. Given the dimensions and purpose of the rooms in the Aizawa paper, the changing room is presumably where one might store ranitidine if in a bathroom at all, and the authors reported even lower temperature and humidity conditions in the changing room. It is unclear how Emery derived the conditions they used in their experiment, because even if one presumed ranitidine users physically took their pills into the shower and had no air conditioning, the authors report reaching a maximum of about 37°C/100% RH. So even if one makes exaggerated and implausible assumptions about how ranitidine users store their medications by their showers, Emery's conditions are still not supported by the study.

It is also important to note that the authors do not interpret their results in the same way that Emery does. The authors report their results in terms of temperature increase, finding that there is a 2°C and 5°C increase in summer and winter, respectively (note the winter increase was more dramatic because it started at ~10°C). Room temperature is generally considered 20-25°C, so even a 5°C increase is still far from the 40°C used by Emery. The point here is that these findings, even if assumed to be representative, cannot be combined with any plausible assumptions to arrive at the conditions Emery used.

Lastly, it is important to note that beyond the small dimensions and lack of air conditioning, there may be other differences that make the conditions in Aizawa 2006 unrepresentative. For instance, the windows were sealed and the authors described that the tub water was preheated with a cover and that the bathroom reached 100% humidity "right after" removing the cover, which suggests something different from a typical American shower routine.

In addition to the conditions used, this study also suffers from the failure to report the container closure system or the integrity of the tablets during the study. In fact, the results indicate that in some instances Emery observed that NDMA levels plateaued or even began to decrease, which generally occurs once the tablet has completely deliquesced into liquid. These tablets are often described as turning brown and losing their film coating. *(GSKZAN0000051927-2018)*. So even if

one were to assume the conditions used were representative, there is not sufficient evidence that the results are practically relevant.

Also, as with the hot shower experience, since the design of this testing is intended to represent what might occur in real situation, Dr. Najafi should have validated that the experiment was truly representative of real-world values. Without ever validating the study design, he cannot rule out the possibility that uncontrolled factors may be influencing the results of the study.

The same batches used in the hot car studies, most of which were expired, were also used for the bathroom studies. Again, using expired lots introduces doubt regarding the validity of any results.

Additionally, it not clear whether this study uses any true control. Again, I assume that Dr. Najafi intended for his “0 cycle” data to serve as a control, but this is not appropriate. Rather, Dr. Najafi should have analyzed a control tablet with each set of samples at the same time, to ensure that the effect of time did not confound any observed effect of the “cycle”.

Beyond the methodology, there are also issues in the way Dr. Najafi interpreted the data. For the second bathroom study, ten batches were used but data from only eight batches was reported. However, Figure NN and Figure PP are different versions of the same data for the eight batches reported. Dr. Najafi appears to have made an error in preparing his report that resulted in omission of bathroom data for two batches. Dr. Najafi’s also does not even mention collecting data after 6 cycles and his undated protocol likewise provides no mention of this data collection. Dr. Najafi does not mention this data or rationalize the reason for omitting it. Rather, he omitted the data from his report, which raises serious data integrity issues.


Contains Confidential Information – Subject to Protective Order




*Fig. 18, The above graph plots all data from Dr. Najafi's "shower" experiments. High variability, along with several instances where decreasing levels of NDMA are observed with an increasing number of cycles (in addition to the haphazard collection of data) prevent determination of an accurate rate of NDMA formation that could be generalized to other samples.*

An overall average increase in NDMA levels is not consistent across all time points as shown by several instances where NDMA levels decreased with additional cycles. Also, tablet-to-tablet variability is not shown in these results and Dr. Najafi does not consider this source of variability in his interpretation of NDMA levels.

Lastly, as with the hot car study, Dr. Davis attempted to statistically analyze this data. I share many of the same concerns regarding lack of overall scientific rigor and concerns related to the failure to pre-specify the statistical design prior to analytical experimentation as above, so I will not repeat them here.

In terms of the analysis, again, Dr. Davis fails to adequately consider whether the observed negative slopes undermine the experimental validity of the data. Instead, he provides a misleading estimated mean increase of 101.0 ng per cycle. This average assumes a continual increase and does not properly account for the several instances where NDMA levels decrease per each cycle and is made, in part, based on observations between only two data-points. The figure also ignored the high

variability and is based on a dataset including samples which may have turned brown and lost their film coating, leading to questionable real-world relevance.

**iii. Zone Studies**

Looking now to the climate zone studies, many of the same criticisms apply such that I will only briefly cover criticisms already covered above.

As with the prior two studies, the protocol is undated and provides no assurance that the experimental design was pre-specified. Again, there is evidence to suggest the protocol was drafted after the experiment concluded. The protocol specifically omits mentioning that certain data was collected but not reported. In light of such suspect data integrity issues, it would not be reliable to even begin an analysis, but for the sake of completeness, I will proceed.

Next, considering the climatic zone methodology, one fundamental flaw is that the climatic zone testing assumes consumers store their medication outside or have no air conditioning such that the atmosphere inside the house is the same as outside the house. In fact, Zones III and IVa are not reasonably predicted to be relevant to the United States, where air conditioning and interior environmental controls are widely accessible. In fact, FDA does not require manufacturers to test in Zones III and IVa even though some parts of the country have environmental temperatures that rise to this level. *(FDA, Guidance for Industry, Q1A(R2) Stability Testing of New Drug Substances and Products)*.

There is no rationale for the choice of samples used in the climatic zone study. Three of the five batches used were expired at the time of the study, so their relevance and reliability is questionable. As with other studies (such as API zone stability), some of the NDMA levels show numerical increases that are not consistent with the age of the sample. For example, batch HF6N was manufactured on June 1, 2017 so it was over 4 years old at the time the study was initiated on November 11, 2021. According to Appendix B, batch HF6N had been packaged in blister packs and had been stored at ambient temperature prior to shipment to Emery. Therefore, the batch had over 4 years to reach the baseline level of 203.3 ng/150 mg, assuming the baseline result is correct. Then, in just 2 weeks, the levels jumped by 139.2 and 148.1 ng/150 mg for the Zone I and II conditions, respectively. This apparent rate of NDMA formation (~72 ng/week) is much greater than supported by the baseline level (<1 ng/week assuming no NDMA present at time of manufacture), casting doubt on the validity of the study. Dr. Najafi overlooks this inconsistency in his report.

Dr. Najafi states that "… all samples tested, regardless of starting NDMA level, formed more NDMA when stored in each of the five test climatic zone conditions." A simple examination of graphs QQ and RR shows this statement to be false. A decrease in NDMA is reported for Batch AL4891B with Zones I and II. Since there are no error bars or replicate results reported for each time point, it is not possible to evaluate the significance of differences in most of the reported NDMA levels. However, the result for batch HA4J goes from a baseline of 330.7 ng/150 mg to 348.3 ng/150 mg for Zone I. Given the tablet-to-tablet variability observed by Emery, a difference of 17.6 ng/150 mg

(~5%) cannot be considered significant so the conclusion that the NDMA level increased is unfounded.

Given the many questions and flaws regarding the design of this study and the faulty conclusion reached by Dr. Najafi, the study cannot be considered relevant or reliable for assessing NDMA levels a consumer might ingest.

Dr. Davis' analysis, as with his prior analyses, is again unreliable. I share many of the same concerns regarding the lack of overall scientific rigor and concerns related to failure to pre-specify the statistical design prior to analytical experimentation as above, so I will not repeat them here.

In terms of the analysis, again, Dr. Davis calculated that some values resulted in negative slopes but failed to adequately consider whether the observed negative slopes undermine the experimental validity of the data. Instead, he provides an "estimated increase in NDMA level per 1-week change is 6.5, 9.7, 22.7, 64.0, and 97.7 for zones 1, 2, 3, 4A, and ACC, respectively", but these results are misleading based on the high level of variability observed. For instance, for the subject-specific slopes, some of the standard deviations are more than twice the mean, so no reliable prediction could be made regarding the levels of NDMA that might form in a specific tablet or batch under a given set of circumstances.

**iv. Summary of Consumer Experience Testing**

As noted above, there are significant flaws related to documentation practice, study design, execution, data interpretation, and statistical analyses conducted by Dr. Najafi and Dr. Davis related to this set of testing.

These shortcomings matter because the data has been misused by another expert, Dr. Salmon. Dr. Salmon used Emery's mean NDMA level observed after consumer handling to calculate the years it would take to reach a "significant finding level," i.e., years to reach a cumulative NDMA exposure that was purportedly associated with a statistically significant increase in risk of all cancers or gastric, esophageal, bladder, pancreatic, or liver cancer according to Dr. Salmon's interpretation of past epidemiological studies. By using these figures, he is making unfounded and implausible assumptions such as:

- For the hot car data, Dr. Salmon would need to assume ranitidine users store their medicine in the car for up to 50 "cycles" *before* ingestion; the car is hotter than a car in the *sun* in *Arizona* in *summer*; and the car gets this hot *year-round*.
- For the bathroom data, Dr. Salmon would need to assume ranitidine users store their medicine for up to 50 "cycles" *before* ingestion; ranitidine users live in a home with room temperatures, *year round*, of 35°C (95°F) before the shower begins; the bathroom temperature increases by the maximum amount (5°C) for every shower; the ranitidine user endures a "feels like" temperature well beyond what is considered "extreme danger" (226°F) for 30 minutes every day; and the entire bathroom is about

the size of a bathtub, but that the ranitidine user still stores the medicine in the bathroom.

- For the zone data, Dr. Salmon would need to assume ranitidine users store their medicine for up to 8 weeks *before* ingestion; that ranitidine users store their medicine *outside* or have no air conditioning; that the same environmental temperature is consistent *year-round* (i.e., the seasons no longer change). For instance, at the highest temperature used, he would need to assume ranitidine is stored at 40°C (104°F) every day year-round.

Despite these implausible assumptions, Dr. Salmon uses this data as the basis for his opinions. He also further calculates a multiplier of 2.5 which he applies to FDA's highest data point, which again, assumes that every time a ranitidine user purchases ranitidine, they pick the worst batch tested by FDA, they stored it either outside or in an unairconditioned room 2 to 8 weeks prior to consumption. He then takes a crude average from all weeks and all zones combined and uses this to estimate how NDMA levels might increase during consumer handling. Given the sheer number of implausible assumptions made about already inconsistent analytical data, Dr. Salmon's use of this data fails to meet well-accepted scientific principles and is unreliable.

Therefore, to a reasonable degree of scientific certainty, I conclude that Dr. Najafi's data and opinions regarding his "consumer experience" studies and the opinions offered by Dr. Davis and Dr. Salmon which extrapolate from these studies, are scientifically unreliable.

**h. Emery's Refrigeration Study**

Although proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data, taking the data at face value, I will proceed to interpret Emery's refrigerated stability study.

Emery conducted a stability study on samples stored under refrigeration (2-8°C) and presumably ambient humidity (although the humidity conditions are not specified). A protocol for the study was not provided, so there is no evidence that this data is the product of any proper experimental design. Moreover, Dr. Najafi reported the results of only a single batch of tablets and did not use any control group (in other words, comparison to the same product kept under room temperature conditions for the same period of time). The container closure system used to store the medicine during the stability portion of the experiment was not described or justified. Error bars are shown on the graph, but it is not clear what error is represented. The data summary furnished by plaintiffs *(Data_4C Long term Stability)* showed that 7 replicates were used for the first three time points and 3 replicates for the next five points, indicating an inconsistent protocol if one was used at all. Overall, the scientific rigor in this study design and execution is demonstrably poor. For reference a copy of the graph provided by Dr. Najafi is copied below:




*Fig. 19, Dr. Najafi's Results from Dr. Najafi's Refrigeration Study*

Dr. Najafi concludes that ranitidine does not degrade appreciably under refrigerated conditions, but he does not justify why generalization is appropriate from his limited testing. Nevertheless, this is the one set of testing where Dr. Najafi appears to recognize that when there is variability in levels between time points, with the slope going up and down, one cannot conclude that there is a meaningful difference. It is unclear why he recognizes this scientific principle here but does not apply it to his other data. This study was poorly designed and the results are relatively null.

**i. Emery's Study on Emery-Manufactured Tablets**

Although proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data, taking the data at face value, I will proceed to interpret Emery's manufactured tablet experiment.

Emery manufactured ranitidine tablets using API from GSK Jurong and BI Promeco in an attempt to compare the stabilities of product made with the two sources of API. The report stated that the protocol for drug product manufacturing and confirmatory tests was provided as Appendix A, but no protocol for manufacturing was present.

The study design is flawed from the outset because the tablets are not representative of real-world tablets. Manufacturers of ranitidine tablets (or the raw ingredient manufacturers) have their own proprietary formulations and manufacturing processes. The ingredients used and the process for making the tablets can impact the rate of NDMA formation so results obtained for one formulation cannot be applied to others. The API batches used in the Emery study were manufactured from 1-17-


Contains Confidential Information – Subject to Protective Order

2011 to 12-29-2014 and would not represent recently manufactured batches that would typically be used in drug product. The "direct comparison of stability of the APIs with a consistent tablet formulation" is not representative or applicable to products made by ranitidine tablet manufacturers.

Emery conducted a 4-week stability study of their self-manufactured tablets under climatic zone I, II, III, IVa, and accelerated conditions. No indication of how many tablets were used for the study or of the packaging was given. No error bars were included in the figures showing results and no uncertainties were reported in the tabular results. As with other Emery studies, the scientific rigor in this study design and execution is demonstrably poor.

Even if this study were relevant to approved manufacturers' tablets, the conclusions drawn from the data are unsupported. Dr. Najafi states that all samples progressively accumulated NDMA under all tested conditions within a period of 2-4 weeks, but his data demonstrates some uncertainty which he does not appear to consider. For example, tablets from API batch K26718 in all zones did not show any appreciable NDMA formation. Dr. Najafi does not appear to account for this discrepancy when coming to his conclusion.

Dr. Najafi's failure to account for discrepant data is concerning when comparing how Dr. Najafi's interpretation of data changes depending on the dataset. For instance, in Dr. Najafi's refrigeration study (discussed above), he concluded that NDMA formation was "not appreciable" during the course of the study. In this study, however, a similar amount of analytical variability was observed between datapoints, but rather than concluding that some batches had no appreciable formation of NDMA, he concludes they all did.

He also concluded, "all tablets developed more than an additional 96 ng of NDMA in the first 2 week time period", but this is demonstrably inaccurate. In fact, 8 of the 35 available comparisons available actually undermine this conclusion. For instance:

1. Zone I, K264718: The reported level of NDMA decreased between baseline and 2 weeks.
2. Zone I, K300726: The reported level of NDMA increased less than 96 ng in the first two weeks.
3. Zone II, K264718: The reported level of NDMA decreased between baseline and 2 weeks.
4. Zone III, K264718: The reported level of NDMA decreased between baseline and 2 weeks.
5. Zone IVa, K300200: The reported level of NDMA increased less than 96 ng in the first two weeks.
6. Zone IVa, K264718: The reported level of NDMA decreased between baseline and 2 weeks.
7. Zone IVa, K300726: The reported level of NDMA increased less than 96 ng in the first two weeks.
8. Accelerated, K264718: The reported level of NDMA decreased between baseline and 2 weeks.


Contains Confidential Information – Subject to Protective Order

Dr. Najafi reaches his opinion that "all tablets developed more than an additional 96 ng of NDMA in the first 2 week time period" despite this data, and he provides no explanation regarding why this data does not contradict his conclusion or otherwise account for this data.

Lastly, Dr. Najafi concludes that these samples "behave similar to other ranitidine drug products tested by Emery Pharma" and further concluded that "As will all other ranitidine drug products tested, these ranitidine tablets demonstrated instability for ranitidine towards NDMA formation when subjected to elevated heat and humidity over time." Notably, Dr. Najafi does not conclude that these data reflect similar rates of NDMA formation. Accordingly, the specific NDMA levels observed for one product in one test may not necessarily be translatable to these samples and vice-versa.

**j. Emery's API Stability Study**

Although proper documentation, analytical validation, and method performance are all prerequisites for the interpretation of analytical data, taking the data at face value, I will proceed to interpret Emery's API stability study.

Emery conducted a 4-week stability study on ranitidine API using conditions for climatic zones I, II, III, IVa, and accelerated stability. The reliability and relevance of the study are questionable for the following reasons. First, Emery did not conduct any testing to confirm that the API could have been used for commercial manufacturing. There is a chance that given their age (noted below), these batches would not meet specifications and thus would not be used to manufacture drug product. If they could not pass standard specifications, the samples would not be relevant. Second, the packaging conditions for the study were not disclosed. This would be necessary to evaluate the results and compare them to how ranitidine API is stored by manufacturers before processing into drug product. Third, the results simply do not make sense. For example, batch K280417 was manufactured in Sept. 2012, so it had about 9 years to accumulate NDMA, if Dr. Najafi's degradation theory is correct. Yet its baseline level was 91.6 ng/150 mg (assumed units since they are not reported in Figure AAA) and the level increased to 410.8 ng/150 mg in just 2 weeks under zone I conditions (21°C/45% RH). Dr. Najafi makes no attempt to explain why NDMA did not appreciably form for 9 years, but then began to rapidly form 2 weeks into his study while in his care, under conditions that were supposed to be similar to the prior 9 years of storage. Other discrepant results are apparent when looking at batch 1903000391. Despite Dr. Najafi's opinion that temperature and humidity accelerate NDMA formation, the results for that batch are similar at 4 weeks across all conditions in the study, including the accelerated conditions. Also, the accelerated conditions showed a lower NDMA level at 2 weeks compared to zones II, III, and IVa despite being at higher temperature and humidity than the other conditions.

Further, no control was used with the study. Previously, Dr. Najafi claimed that no appreciable formation of NDMA occurred in ranitidine when held under refrigerated conditions. A control held at 4°C for each sample should have been added to the study. Results, especially those for climatic zones III and IVa need to be evaluated in comparison with how ranitidine API is actually stored by

manufacturers. Finally, consumers do not take API, and given the other flaws in the study and/or its description, levels in drug product cannot be inferred from this study.

**k. Conclusion**

Plaintiffs' experts opine that ranitidine is an unstable molecule. Simply stating a molecule is "unstable" has no scientific value without an indication of what constitutes "unstable." Many things that we ingest on a daily basis would be considered unstable. For instance, perishable foods, such as milk, fruits, vegetables, or meat products, are prime examples of products we consume which degrade at room temperature. Moreover, even many non-perishable food items have a use-by date because essentially all organic products will degrade over time.

All drugs could be considered "unstable" under certain conditions. And since all drugs are unstable under certain conditions, regulatory authorities require stability data to demonstrate that a drug will maintain acceptable quality throughout its shelf life when stored under designated conditions. A key aspect of the evaluation of drug stability is the measurement of impurity levels. Under USP, for impurities in ranitidine HCl, the acceptable limits for total impurities are 0.5% and 2.0% in the API and tablets, respectively. *(USP Monograph Ranitidine HCl; USP Monograph Ranitidine Tablets)*. This means that 99.5% and 98.0% of the drug would still remain in API and tablets, respectively at the maximum levels allowed for impurities. These are stringent limits that would prevent highly degraded materials from being marketed. Ranitidine was marketed for nearly 40 years by many manufacturers around the world and has undergone extensive stability testing to demonstrate that it meets quality expectations for a room temperature product when placed within its container closure systems. This is demonstrated by its approval by FDA for the United States and other regulatory authorities worldwide.

As of around 2019 or 2020, new and unexpected evidence arose that some batches of ranitidine exceeded nitrosamine-specific thresholds which were not part of the FDA or USP specifications for the product. The nitrosamine-specific thresholds require the control of impurities to an extremely trace level. For context, in his report, Dr. Najafi referred to "less than 300ppm" as an "extremely low concentration." Now compare that to the relevant regulatory limit for NDMA in ranitidine which is 0.32 ppm. Manufacturers must control NDMA to nearly three-orders of magnitude less than what would already be an extremely low concentration. To put this into perspective, under the regulatory limit, NDMA cannot constitute more than 0.000032% of the API, by weight. Or, in other words, having 0.32 ppm of NDMA could mean 99.9999% of the ranitidine remains (without considering other degradation product that would be formed). Therefore, to say ranitidine is "highly unstable" because about one-millionth of the molecule degrades into NDMA is extremely misleading.

The science presented in Plaintiffs' expert witness reports is a misuse of chemistry in an attempt to rationalize that high doses of NDMA may have formed under hypothetical consumer circumstances. I am not aware of any examples, and Dr. Najafi has not provided sufficient examples of his own, where these methods are accepted to reliably determine a dose a consumer may have

ingested many years ago. In fact, given variability in results, there is no reliable methodology to determine with any precision the level of NDMA a consumer might have ingested.

Currently, the best evidence is provided by a range of results as reported by regulatory agencies and independent scientists. These results indicate that the levels of NDMA are much lower than the levels reported and used by Plaintiffs' experts in reaching their conclusions.

There is no scientific basis for discounting the data reported by FDA, other regulatory agencies, and independent scientists, but even considering all the data, one is left with a high degree of uncertainty and inability to reliably estimate consumer exposure to NDMA from ranitidine. In circumstances such as this, it is appropriate to defer to the medical and epidemiological community to answer questions related to risk by assessing real-world human outcomes data rather than speculating about what a dose might have been.

## VIII. Reference List


1. 21 CFR Parts 58, 211.
2. Abe, Y., Yamamoto, E., Yoshida, H., Usui, A., Tomita, N., Kanno, H., ... & Okuda, H. (2020). Temperature-dependent formation of N-nitrosodimethylamine during the storage of ranitidine reagent powders and tablets. Chemical and Pharmaceutical Bulletin, c20-00431.
3. American Chemical Society, Research Data Policy. https://publish.acs.org/publish/data_policy.
4. Aizawa, Y., Tanabe, S., Amai, H., Watanabe, K., & Yokoo, K. (2006). Thermal environment and moisture production in the bathroom. In Proceedings of Healthy Buildings.
5. Alshehri, Y. M., Alghamdi, T. S., & Aldawsari, F. S. (2020). HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. Journal of pharmaceutical and biomedical analysis, 191, 113582.
6. Australia TGA. Contamination of ranitidine medicines with the nitrosamine NDMA - TGA laboratory testing. October 22, 2019. https://www.tga.gov.au/tga-laboratories-testing-ranitidine-medicines.
7. Baertschi, S.W.; Olsen, B.A., Alsante, K.M. "Stress Testing: Relation to the Development Timeline", in Pharmaceutical Stress Testing, Baertschi, S.W., Ed., Taylor and Francis, Boca Raton, 2005, pp. 173-179, invited chapter.
8. Brice, T. & Hall, T., Heat Index Calculator, National Weather Service, https://www.weather.gov/epz/wxcalc_heatindex.
9. Deposition of Emery 30(b)(6) Witness Anahita Najafi, March 5, 2022.
10. Elsevier, Publishing Ethics, https://www.elsevier.com/about/policies/publishing-ethics#Authors.
11. EMA Note for Guidance on Bracketing and Matrixing Designs for Stability Testing of Drug Substances and Drug Products. February 2002. https://www.ema.europa.eu/en/documents/scientific-guideline/ich-q-1-d-bracketing-matrixing-designs-stability-testing-drug-substances-drug-products-step-5_en.pdf.



Contains Confidential Information – Subject to Protective Order

12. EMA Note for Guidance on In-Use Stability Testing of Human Medicinal Products. March 1, 2001. https://www.ema.europa.eu/en/documents/scientific-guideline/note-guidance-use-stability-testing-human-medicinal-products_en.pdf.
13. EMA-Official Medicines Control Laboratory Test method for the determination of NDMA by LC-MS/MS in Ranitidine Drug Substance and Film Coated Tablets. October 23, 2019. https://www.edqm.eu/sites/default/files/medias/fichiers/OMCL/omcl_cvua_karlsruhe_method_for_determination_of_nitrosamines_in_ranitidine_-_25102019.pdf.
14. EMERY 0141-0150.
15. EMERY 0151-0153.
16. EMERY 0574-0585.
17. EMERY 2019-2033.
18. EMERY 02553-02639.
19. Emery Pharma Citizen Petition. January 2, 2020.
20. Emery YouTube Presentation June 2020, https://www.youtube.com/watch?v=yptaLtg2yj0.
21. EPA. Technical Fact Sheet – N-Nitroso-dimethylamine (NDMA). November 2017. https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf.
22. FDA Analysis of N-nitrosdimethylamine (NDMA) Levels in Recalled Valsartan in the U.S. July 27, 2018.
23. FDA Data Integrity and Compliance With Drug CGMP Questions and Answers Guidance for Industry. December 2018.
24. FDA Drug Quality Sampling and Testing Programs. July 3, 2020. https://www.fda.gov/drugs/science-and-research-drugs/drug-quality-sampling-and-testing-programs.
25. FDA Expiration Dating and Stability Testing for Human Drug Products. November 11, 2014. https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-technical-guides/expiration-dating-and-stability-testing-human-drug-products.
26. FDA Grand Rounds: Laboratory and Clinical Studies to Investigate Whether Ranitidine Converts to a Probable Human Carcinogen in Humans. October 14, 2021.
27. FDA Guidance for Industry: ICH M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk. 2015 and 2018 (R1).
28. FDA Guidance for Industry: ICH Q1A Stability Testing of New Drug Substances and Products. November 2013 (R2).
29. FDA Guidance for Industry: ICH Q1B Photostability Testing of New Active Substances and Medicinal Products. November 1996.
30. FDA Laboratory analysis of valsartan products. May 2, 2019.



Contains Confidential Information – Subject to Protective Order

31. FDA Laboratory Tests | Ranitidine. November 1, 2019.
32. FDA News Release. July 12, 2018. https://www.fda.gov/news-events/press-announcements/fda-announces-voluntary-recall-several-medicines-containing-valsartan-following-detection-impurity.
33. FDA Response to Emery Pharma Citizen Petition. April 1, 2020
34. FDA Response to Valisure Citizen Petition. April 1, 2020.
35. FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan). July 11, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan.
36. Giménez-Campillo, C., Pastor-Belda, M., Campillo, N., Hernández-Córdoba, M., & Viñas, P. (2021). Development of a new methodology for the determination of N-nitrosamines impurities in ranitidine pharmaceuticals using microextraction and gas chromatography-mass spectrometry. Talanta, 223, 121659.
37. GSKZAN0000051927-2018.
38. Health Canada Nitrosamine impurities in medications. July 28, 2021. https://www.canada.ca/en/health-canada/services/drugs-health-products/compliance-enforcement/information-health-product/drugs/nitrosamine-impurities.html.
39. Journal of the American Chemical Society, Author Guidelines at https://publish.acs.org/publish/author_guidelines?coden=jacsat
40. King, F. J., Searle, A. D., & Urquhart, M. W. (2020). Ranitidine—investigations into the root cause for the presence of N-nitroso-N, N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products. Organic Process Research & Development, 24(12), 2915-2926.
41. Mani, C., & Banerjee, S., Determination of NDMA Impurity in Ranitidine Using the Agilent 6470 Triple Quadrupole LC/MS, Agilent Technologies, Inc. January 6, 2020. https://www.agilent.com/cs/library/applications/application-ndma-ranitidine-6470a-tq-lcms-5994-1668en-agilent.pdf.
42. National Academy of Sciences, National Academy of Engineering, & Institute of Medicine. (1992). Responsible Science: Ensuring the Integrity of the Research Process: Volume I. The National Academies Press. https://doi.org/10.17226/1864.
43. National Weather Service, Heat Index Chart, https://www.weather.gov/images/wrn/social_media/2017/heat_index.jpg.
44. SANOFI_ZAN_MDL_0000101357.
45. SANOFI_ZAN_MDL_000722379-2534.
46. Scheibner, O., Guo, T., Merrett, A., Calvet, M., & Comstock, K., High-resolution accurate-mass liquid chromatography mass spectrometry (HRAM LC-MS) methodology for the determination and quantitation of nitrosamine impurities in drug products. Thermoscientific. August 18, 2021. https://assets.thermofisher.com/TFS-Assets/CMD/Application-Notes/an-73472-hram-lc-ms-nitrosamine-impurities-in-drugs-an73472-en.pdf.

47. *Science*. Information for authors. https://www.science.org/content/page/science-information-authors.
48. Trudeau Lame, M., & Hatch, L. (2020). Photostability Testing of New Active Substances and Medicinal Products. Waters Corporation. https://www.waters.com/webassets/cms/library/docs/720006899en.pdf.
49. USP General Chapter <1010> Analytical Data—Interpretation and Treatment.
50. USP General Chapter <1225> Validation of Compendial Procedures.
51. USP General Chapter <905> Uniformity of Dosage Units.
52. USP Monograph Ranitidine HCl.
53. USP Monograph Ranitidine Tablets.
54. VAL 00068-00069.
55. Valisure Citizen Petition. September 2019.
56. Vanos, J. K., Middel, A., Poletti, M. N., & Selover, N. J. (2018). Evaluating the impact of solar radiation on pediatric heat balance within enclosed, hot vehicles. Temperature, 5(3), 276-292.
57. World Health Organization. (2016). Annex 5 Guidance on good data and record management practices. In WHO Expert Committee on Specifications for Pharmaceutical Preparations. Fifteenth Report. World Health Organization. http://academy.gmp-compliance.org/guidemgr/files/WHO_TRS_996_ANNEX05.PDF
58. Yamamoto, E., Kan-No, H., Tomita, N., Ando, D., Miyazaki, T., & Izutsu, K. I. (2022). Isolation of N-nitrosodimethylamine from drug substances using solid-phase extraction-liquid chromatography–tandem mass spectrometry. Journal of Pharmaceutical and Biomedical Analysis, 210, 114561.
59. Yokoo, H., Yamamoto, E., Masada, S., Uchiyama, N., Tsuji, G., Hakamatsuka, T., ... & Goda, Y. (2021). N-Nitrosodimethylamine (NDMA) Formation from Ranitidine Impurities: Possible Root Causes of the Presence of NDMA in Ranitidine Hydrochloride. Chemical and Pharmaceutical Bulletin, 69(9), 872-876.




Contains Confidential Information – Subject to Protective Order

# EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E.
REINHART

______________________________________

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**Supplemental Expert Report of Bernard A. Olsen, Ph.D.**

Date: May 21, 2022

Bernard A. Olsen, PhD

On March 7, 2022, I provided a report based on the information available at the time. Dr. Ron Najafi produced a sizable portion of laboratory documentation about a week prior to the deadline for my expert report. Yet, even with the compressed timeline to review and submit a report, I provided my opinions based on the available information.

On March 28, 2022, Dr. Najafi submitted a supplemental report which responded, in part, to my report from earlier that month. Dr. Najafi's rebuttal provided a misleading recount of what information was provided and when it was provided. Specifically, Dr. Najafi stated that he provided all his raw data via an external hard drive, but he failed to mention that this was not provided until *after* my report had been submitted. He also failed to mention that the hard drive he originally provided contained *only* a subset of files for a subset of his testing. Most importantly, it did not contain the files necessary to view his processed data, which are necessary in order to evaluate the work done by the Emery analysts. In fact, based on the Declaration of Dr. Mark Benotti, it was not until around May 4, 2022, when Dr. Najafi provided a second hard drive, that he provided the files necessary to view any of his processed data. Therefore, when Dr. Najafi signed his report claiming to have provided his "entire trove of raw LC-MS/MS" *(March 28, 2022 Najafi Rebuttal at 6)*, that statement was inaccurate.

Also troubling is that Dr. Najafi did not produce his chromatograms in an easily accessible format. He falsely claimed that "the Mass Spec detector adds significant complexity to the nature and size of the data, so much so, that even chromatograms from a single sequence (including calibration standards + QC samples + ~40 test samples) cannot be printed or exported as PDF due to the sheer size of the file." *(March 28, 2022 Najafi Rebuttal at 6)*. Anyone with any experience in analytical chemistry would know this is just plainly untrue. In my experience as an editorial board member and peer-reviewer for analytical chemistry journals, I have requested this type of underlying data to justify publication. Aside from Dr. Najafi, I have never encountered a scientist who claimed he or she could not export LC-MS/MS data for review or could not print comprehensive reports in PDF format. The notion that this data cannot be printed and shared with others trying to verify scientific work is simply absurd, as clearly demonstrated in Dr. Benotti's declaration. Once the necessary files were provided, Dr. Benotti was able to quickly (in 1-2 minutes per report) generate the reports for some of Dr. Najafi's data using a template included in the MassHunter software. Dr. Benotti's declaration is consistent with my experience.

Having finally had the opportunity to review Emery's processed chromatograms, the concerns I expressed in my initial report have been confirmed. I now address pertinent issues in turn below.

First, a scientist must confirm that an analytical test has been properly validated prior to conducting any testing with that method. *(USP General Chapter 1010).* When faced with criticisms about the validity of his work, Dr. Najafi claimed that there was "not an iota of evidence" that my expressed concerns applied to his analyses. *(March 28, 2022 Najafi Rebuttal at 11)*. Dr. Najafi's response turns generally accepted methodology on its head because it tries to push the onus on others to disprove validation when he has not proved the validity and reliability of his

testing in the first instance. Dr. Najafi's position is akin to saying that an analytical test is presumed valid until proven otherwise—a truly indefensible position. And, in fact, it is a position that has been proven false in the case of ranitidine, where initial testing of ranitidine drug products demonstrated that the GC/MS methodology used by the Valisure laboratory was artifactually generating NDMA. Moreover, my report and the reports of other defense experts have indeed shown ample evidence that Emery Pharma's analyses were unreliable – to which Dr. Najafi has provided no substantive response.

One of the concerns I raised about Dr. Najafi's method is well understood by the scientific community: in LC-MS—even MRM—there is still high heat used to volatilize the liquid solution to a gaseous state for the sample to be able to go through the detector. Dr. Najafi omitted this critical part of MS detection in the diagram he supplied in his rebuttal report. The high heat is applied right before the samples are analyzed by the mass spectrometer detector. This can present an issue and confound the results because when high heat is used, ranitidine or its impurities may artifactually degrade into NDMA. *(Yokoo 2021)*. The high voltage (2500 V) used to ionize sample components could also contribute to artifactual NDMA formation. Therefore, if ranitidine and its impurities are not properly separated from NDMA during the analysis, they will elute together, which risks artifactual NDMA formation and renders the results invalid. As noted in my prior report, the community of analytical scientists (not just me) have identified this issue of unreliable data being generated and specifically account for this potential in their analyses of ranitidine. *(EMA-Official Medicines Control Laboratory, Yamamoto 2022, Waters 2020)*. Dr. Najafi has not adequately addressed this issue, and, in fact when I raised it before, he responded with personal attacks instead of a response based on scientific principles.[1]

Dr. Najafi also claims that his use of Hydrophilic Interaction Liquid Chromatography (HILIC) offers better separation than traditional reversed-phase chromatography, but he justified this only by referencing generally the selectivity of HILIC for polar compounds. However, he has not actually demonstrated the degree or success of the separation of any sample components and neglects to acknowledge the potential for artifactual NDMA formation from ranitidine and ranitidine's other impurities. In fact, his newly available chromatograms tell a different story. His chromatograms show an undefined detector response (i.e., an unidentified substance with the same transition as NDMA) that elutes directly in front of and, at times, overlaps with the elution of NDMA. Dr. Najafi's assertion that HILIC provides different selectivity means that ranitidine (and likely its structurally similar impurities) would elute with or before NDMA and therefore have a retention time consistent with the undefined detector response. In other words, this undefined detector response, by Dr. Najafi's own reasoning, would likely be caused by artificial degradation

[1] Rather than addressing the serious concerns I raised, Dr. Najafi attacks me personally: "it is clear to me that Dr. Olsen has little to no understanding of how LC-MS, specifically MRM (Multiple Reaction Monitoring) MS works." Given that my opinions align with the scientific community and are consistent with generally accepted scientific principles, I must assume that Dr. Najafi misunderstood my report.

of ranitidine and its impurities—many of which could generate falsely high levels of NDMA upon exposure to high heat and energy in the MS detector.

Having now established that Dr. Najafi's testing methodology raises serious concerns about the reliability of his results, I will now address how an analytical scientist should properly interpret this data. As noted above, scientists must affirmatively demonstrate validation. When potential issues are observed, an analyst should continue to validate the method until validation is fully demonstrated. Here, not only has Dr. Najafi failed to affirmatively demonstrate validation, but in fact, the newly available evidence suggests that the HILIC method may be invalid. Based on Dr. Najafi's HILIC method, how the instrument recorded information, and his validation summary, it is impossible to determine whether NDMA was successfully separated from ranitidine and its impurities in Dr. Najafi's HILIC-based chromatograms when NDMA eluted with an undefined component. Under these circumstances, any claimed validation is insufficient and cannot be demonstrated retrospectively. A true scientist would need to conduct and demonstrate full validation and re-test the samples accordingly. The sample results that Dr. Najafi has reported and that he relies upon in reaching his opinions are not reliable.

Moreover, even a cursory review of the newly available data demonstrates that Emery's testing and processing of chromatograms suffer from many problems. First, Emery inconsistently evaluated the stability of the detector response during extended injection sequences. Emery also never demonstrated the stability of samples during this time. These cast doubt on the validity of Emery's results. Additionally, there is inconsistency in how chromatograms are integrated within the same injection sequence. Dr. Najafi did not provide any explanation or documentation to justify the inconsistency. In addition, I have attempted but was unable to trace some raw test data to any results in Dr. Najafi's report.

While in my initial report I noted that Emery's data could not be assumed valid, seeing Emery's chromatograms strengthens my opinion. Based on generally acceptable scientific standards, the data simply cannot be considered valid and cannot be relied upon for any purpose. In science, whether in a non-regulated or regulated laboratory testing, there are minimum standards that must be followed for the test results to be considered valid and reliable. For the reasons set forth both in my prior report and in this supplemental report, Emery's data fail to meet even minimum scientific standards.

**References:**

1. Declaration of Mark Benotti, with Exhibits.
2. EMA-Official Medicines Control Laboratory, *Test method for the determination of NDMA by LC-MS/MS in Ranitidine Drug Substance and Film Coated Tablets*, October 23, 2019.
3. Trudeau Lame, M., & Hatch, L. (2020). Photostability Testing of New Active Substances and Medicinal Products. Waters Corporation. https://www.waters.com/webassets/cms/library/docs/720006899en.pdf.

4. USP General Chapter <1010> Analytical Data—Interpretation and Treatment.
5. Yamamoto, E., Kan-No, H., Tomita, N., Ando, D., Miyazaki, T., & Izutsu, K. I. (2022). Isolation of N-nitrosodimethylamine from drug substances using solid-phase extraction liquid chromatography–tandem mass spectrometry. Journal of Pharmaceutical and Biomedical Analysis, 210, 114561.
6. Yokoo, H., Yamamoto, E., Masada, S., Uchiyama, N., Tsuji, G., Hakamatsuka, T., ... & Goda, Y. (2021). N-Nitrosodimethylamine (NDMA) Formation from Ranitidine Impurities: Possible Root Causes of the Presence of NDMA in Ranitidine Hydrochloride. Chemical and Pharmaceutical Bulletin, 69(9), 872-876.