# EXHIBIT 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

*THIS DOCUMENT RELATES TO ALL CASES*

# RULE 26 EXPERT REPORT OF DIPAK PANIGRAPHY, M.D.

Date: January 24, 2022

Dipak Panigrahy, M.D.

# EXHIBIT 2

# Table of Contents


QUALIFICATIONS .......... 1

PURPOSE .......... 6

INTRODUCTION .......... 8

SUMMARY OF EXPERT OPINIONS .......... 9

METHODOLOGY EMPLOYED .......... 10

RANITIDINE BACKGROUND .......... 15

NDMA -Background .......... 18

FDA Acceptable Daily Intake for NDMA .......... 21

Carcinogenesis .......... 22

Genotoxicity .......... 25

Ranitidine is Genotoxic, Mutagenic and Pro-Metastatic .......... 26

GSK Internal Mutagenicity and Genotoxicity Studies .......... 38

Ranitidine Preclinical Studies .......... 50

Ranitidine can cause cancer (carcinoids) via hypergastrinemia .......... 63

GSK Internal Studies Relating to Ranitidine Causing Cancer via Hypergastrinemia .......... 65

THE 10 KEY CHARACTERISTICS OF CARCINOGENS .......... 68

The Use of Key Characteristics in the Identification of a Carcinogen .......... 70

10 Key Characteristics of Carcinogens .......... 71

Ranitidine Exhibits Key Characteristics of Carcinogens .......... 72

Genotoxicity (DNA damage, mutagenicity, and impaired DNA repair) .......... 73

Chronic Inflammation .......... 73

Immunosuppression and Oxidative Stress .......... 73

Proliferation and Apoptosis .......... 77

Ranitidine Transforms into NDMA .......... 78

Ranitidine Transforms into NDMA .......... 78

Exogenous Formation .......... 78

Endogenous Formation of NDMA is Difficult to Measure ....................81
Endogenous Formation of NDMA....................83
Endogenous nitrosation from chemical reaction with ranitidine in the stomach....................85
Nitrite levels in the body....................88
Role of Vitamin C and E ....................109
Ranitidine distribution through the body....................111
Bacterial Nitrosation....................112
Extragastric Endogenous Formation of NDMA ....................114
Biomechanisms for NDMA formation ....................118
**Endogenous Nitrite, Chemical Nitrosation and Cancer Causation** ....................124
Animal Studies: Human Relevance ....................127
NDMA – Scientific Agencies ....................132
Role of NDMA in Pharmaceutical Industry .................... 138
NDMA: Background ....................139
NDMA is Tumor Initiator and Tumor Promoter ....................142
Low Dose NDMA Causes Many Cancer Types in Multiple Species ....................144
NDMA Oral v. Inhalation....................146
NDMA Exhibits 9 out of the 10 Key Characteristics of Carcinogens....................151
Animal Studies Support that NDMA is Distributed Throughout the Body....................185
Similarities in Metabolism of NDMA between Human and Rodents ....................185
Bioavailability of NDMA ....................186
Dose Response....................189
Dose Response in Humans and Lifetime Cumulative Exposure....................195
NDMA levels in ranitidine ....................198

NDMA Causes Human Cancer ....................200

Liver Cancer ....................201

Bladder Cancer....................208

Gastric Cancer....................213

Pancreatic Cancer....................215

Esophageal Cancer....................218

Conclusion ....................219

# QUALIFICATIONS

As an academic scientist, I am committed to research efforts that are focused on preventing and finding a cure for cancer. I am motivated and dedicated to discovering innovative approaches to answer important biological questions that impact carcinogenesis in humans. My scientific expertise has also extended to providing consulting services to cancer researchers in academia and industry.

I was accepted into medical school while still attending high school, graduated from the combined BA/MD program at Boston University Medical School and earned my M.D. degree in 1994. During my time in this medical program, I attended surgery with Dr. Roger Jenkins, who performed the first liver transplant in New England. From 1994 to 1996, I trained in a surgical residency at the University of Medicine and Dentistry of New Jersey-Robert Wood Johnson Medical School (UMDNJ-RWJ). Throughout my medical and post-doctoral training, I was mentored by Dr. Judah Folkman, who pioneered the field of angiogenesis. Tumor growth is dependent on this important process of new blood vessel growth in the body[1]. During my 15+ years in the Folkman laboratory, I assisted in establishing advanced angiogenesis and cancer animal models, which today serve as the foundation for studying mechanisms of cancer causation and pathogenesis in the cancer associated angiogenesis field world-wide. Abnormal blood vessel growth, either excessive or insufficient, plays an important role in many deadly and debilitating conditions, including cancer, age-related blindness, skin diseases, diabetic ulcers, cardiovascular disease, and stroke. By leading most of the *in vivo* tumor studies in the Folkman laboratory, I acquired a proficiency in synthesizing and utilizing several animal tumor models to study processes affecting the initiation and promotion of cancer, including inflammation, angiogenesis, oxidative stress, immunosuppression, and apoptosis (cell death). I also developed a



CONFIDENTIAL INFORMATION

comprehensive expertise in testing anti-cancer drugs and critically evaluating mechanisms of cancer causation[2,3]. My first publication in the Folkman laboratory demonstrating a critical role of tumor angiogenesis as a critical driver of cancer was featured on the cover of the high impact journal, *The Journal of Clinical Investigation,* in 2002[2].

Over the past two decades, I have developed an expertise in tumor dormancy and the mechanisms of tumor dormancy escape. Tumor dormancy is defined as a period of time in which cancer cells do not grow, remain "quiet", or where there is a balance between proliferation and death due to immunological clearance or lack of angiogenesis. My laboratory and colleagues demonstrated that the endothelium and certain stromal cells secrete signaling lipids called epoxyeicosatrienoic acids (EETs) that potently stimulate angiogenesis, multi-organ metastasis, and tumor dormancy escape (Panigrahy *et al. The Journal of Clinical Investigation* 2012[4], voted by Faculty of 1000 as one of the top 2% of publications in biology and medicine). Based on this discovery, as the principal investigator, I was awarded a substantial grant funded by the National Institutes of Health (NIH) and the National Cancer Institute (NCI), to study EETs in cancer and metastasis. Furthermore, our laboratory and colleagues discovered that EETs play a critical role in stimulating organ and tissue regeneration (Panigrahy et al., *Proceedings of the National Academy of Science*, 2013)[5]. As part of the NCI's Provocative Questions project, I, as the principal investigator, was awarded another multi-million-dollar grant funded by the NIH and NCI to study endogenous anti-inflammatory lipid autacoids and their role in inflammation resolution in cancer.

My laboratory has won over 50 awards for our studies on the key characteristics of carcinogens (e.g., inflammation, oxidative stress, immunosuppression, apoptosis, and angiogenesis) in cancer. In 2015, I was awarded the American Society of Investigative Pathology



CONFIDENTIAL INFORMATION

(ASIP) Cotran Early Investigator Award and a Young Investigator Award at the 14th International Conference on Bioactive Lipids in Cancer, Inflammation, and Related Diseases (Budapest, Hungary). Since 2015, I have held a Visiting Professorship at Khon Kaen University in Thailand. My laboratory focuses on targeting inflammation in cancer via lipids that are ideally suited for translation into the clinic for the treatment of cancer patients. I have chaired over ten symposiums and given over 70 invited lectures at various local/national/international meetings over the past decade. I continue to play an active role in bringing together the fields of bioactive lipids and cancer biology through the organization of meetings and editorial work. I was the top candidate in an international search for a research faculty member in the Center for Vascular Biology Research at the Beth Israel Deaconess Medical Center and Harvard Medical School, where I am currently an Assistant Professor of Pathology.

My laboratory conducts over 50 cancer studies each year, utilizing various animal cancer models to study the mechanisms of cancer causation and treatment. I am directly involved with designing these studies, which determine the pro-tumor or anti-tumor activity of various drugs, chemicals, and carcinogens. These studies include examination of human tissues and cells. My laboratory has recently published 7 high-impact publications focused on cancer causation and treatment of various cancer models. My laboratory studies the key characteristics of carcinogens; including DNA damage, inflammation, immunosuppression, oxidative stress, proliferation, angiogenesis, and apoptosis. We also study the mechanisms of initiation and progression of primary tumors and tumor metastasis in the context of different cancer types including liver, colorectal, breast, brain, ovarian, pancreatic, bladder, gastric, and esophageal cancers. My laboratory also designs and conducts studies for clinical translation of novel cancer drugs in



CONFIDENTIAL INFORMATION

collaboration with various pharmaceutical companies. Based on our preclinical studies, these drugs are candidates for clinical cancer trials in humans.

Since 2018, my laboratory has published seven original research papers in various high-impact journals, which is a testament to my laboratory's world-leading expertise in helping pioneer the field of inflammation resolution in cancer. My laboratory's scientific discoveries include demonstrating that endogenous anti-inflammatory and pro-resolution lipids, such as resolvins, and dual COX-2/sEH inhibitors, stimulate the resolution of inflammation in cancer. My laboratory has published the following studies in the past three years:

1. **Sulciner *et al.* 2018. Resolvins suppress tumor growth and enhance cancer therapy *Journal of Experimental Medicine.* 215:115-140[6].** Featured with related Insight commentary in *Journal of Experimental Medicine*: Resolving the dark side of therapy-driven cancer cell death. Voted by Faculty of 1000 as one of the top 2% of publications in biology and medicine. Featured in Science, EurekAlert, Genetic Engineering & Biotechnology News, ecancernews, Medical News, MedIndia, Newswise, ALN Magazine, Stat News, Health Medicine Network, Science Newsline, Medical News Today, El Economista, BioCentury, MedPage Today, and Boston Globe.
2. **Gartung *et al.* 2019. Suppression of chemotherapy-induced cytokine/lipid mediator surge and ovarian cancer by a dual COX-2/sEH inhibitor. *Proceedings of the National Academy of Sciences.* 116:1698-1703[7].** Featured in Medical Xpress, EurekAlert, Entomolology & Nematology UC News, Bug Squad Blog, and The California Aggie.



CONFIDENTIAL INFORMATION

3. **Gilligan *et al.* 2019. Aspirin-triggered pro-resolving mediators stimulate resolution in cancer. *Proceedings of the National Academy of Sciences*. 116; 6292-6297[8].** Featured in *Harvard Medical School News & Research*: Mitchell J, A daily dose.

4. **Panigrahy *et al.* 2019. Pre-operative stimulation of resolution and inflammation blockade eradicates micrometastases. *The Journal of Clinical Investigation*. 17:130; 2974-2979[9]**. Featured with Editor's pick and related commentary in *The Journal of Clinical Investigation:* Dampening the fire to prevent surgery- and chemotherapy-induced metastasis, and *Research Watch* in *Cancer Discovery*.

5. **Chang *et al.* 2019. Chemotherapy-generated cell debris stimulates colon carcinoma tumor growth via osteopontin. *The FASEB Journal* 33(1):114-125[10]**

6. **Fishbein *et al.* 2020. Resolution of eicosanoid/cytokine storm prevents carcinogen and inflammation-initiated hepatocellular cancer progression. *Proceedings of the National Academy of Sciences*. 1;117(35):21576-21587[11].** *Fishbein et al.* showed for the first time that simultaneously blocking two lipid pathways prevents cancer growth in mice caused by the carcinogen aflatoxin $B_1$. Over 4 billion people world-wide are at risk for cancer because of this carcinogen in their food.

7. **Deng *et al.* 2021. Resolution of debris-stimulated metastatic hepato-pancreatic cancer via combined soluble epoxide hydrolase and EP4 inhibition. *Proceedings of the National Academy of Sciences 12;118(41)*[12].**

My recent commentary on COVID-19 is highly relevant to inflammation and cancer (Panigrahy *et al.* 2020. Inflammation resolution: a dual-pronged approach to averting cytokine storms in COVID-19[13]). It was the most read publication of *Cancer & Metastasis Reviews* (Springer Nature publishing group) in 2020 and has over 18,000 downloads to date. My



CONFIDENTIAL INFORMATION

colleagues and I have published several high impact review articles focused on the role of chemical carcinogens in causing cancer including Fishbein *et al.* 2021. Carcinogenesis: Failure of resolution of inflammation? *Pharmacology & Therapeutics.* 218:107670[14]; Panigrahy *et al.* 2021. Resolution of inflammation: an organizing principle in biology and medicine. *Pharmacology & Therapeutics.* April 26:107879[15]; and Sulciner *et al.* 2018. Targeting lipid mediators in cancer biology. *Cancer & Metastasis Reviews* 37 (2-3):557-572[16]. My laboratory collaborates with a number of pharmaceutical companies to advance anti-inflammatory drugs into clinical development to treat various cancer types including pancreatic, colorectal, liver, lung, gastric, bladder and ovarian cancer. We study the mechanisms of action of inflammation-modulating drugs, such as PPAR antagonists and resolvins, in experimental cancer models, and develop methods to translate these molecules to benefit cancer patients. Thus, I have helped pioneer a new field of research of the role of inflammation resolution in cancer.

My hourly rate for work on this litigation is $500/hour. I have testified three times at deposition hearings including in the case of <u>In Re Actos Products Liability Litigation</u> (United States District Court for the Western District of Louisiana), once at the trial of <u>Decou and Iorio v. Takeda Pharmaceuticals America, Inc</u>. in 2015 (District Court in Las Vegas, Nevada) and at a deposition for <u>In re Valsartan, Losartan and Irbesartan Products Liability Litigation,</u> (District of New Jersey).

## PURPOSE

I was retained by the Plaintiffs' Counsel to review the available scientific evidence regarding ranitidine (Zantac®) and N-nitrosodimethylamine (NDMA) and form opinions whether ranitidine and/or NDMA formed from ranitidine could cause cancer or increase the risk



CONFIDENTIAL INFORMATION

of gastric, esophageal, pancreatic, liver and bladder cancer in humans, and what the biologically plausible mechanisms of action, if any, may be.

In forming opinions on these issues, I relied on my background, education, training, laboratory experience, and over three decades of researching cancer biology, carcinogenesis, the tumor microenvironment, and the role of chemicals in causing cancer and their carcinogenic mechanisms. I also reviewed materials, including published literature, clinical study reports and internal company documents. A list of materials considered in forming my opinions is included at the end of this report. I have formed the following opinions, all of which are stated to a reasonable degree of medical and scientific certainty.

**Abbreviations:** ADI- Acceptable daily intake; AI- Acceptable Index; API-Active Pharmaceutical Ingredient; ARBs- Angiotensin II Receptor Blockers; CHMP- EMA's Human Medicines Committee; CPDB- Carcinogenic Potency Database; CSST- Commission de la santé et de la sécurité du travail; CYPs- Cytochrome P450s; DHHS- The US Department of Health and Human Services; DMA- Dimethylamine; DMF- Dimethylformamide; ECL- Enterochromaffin-like; EETs- Epoxyeicosatrienoic acids; EMT- Epithelial-mesenchymal transition; EPA- Environmental Protection Agency; ER- Endoplasmic reticulum; FDA- Food and Drug Administration; GC- Gas chromatography; H2RA- Histamine-2-receptor antagonists; HMGB1- High mobility group B1; HPCs- Hepatocyte primary cultures; HPLC-MS- High performance liquid chromatography coupled with mass spectrometry; HPTLC- High performance thin layer chromatography; HS-SPME-GC-MS – Headspace solid-phase microextraction coupled to Gas Chromatography Mass Spectrometry; IARC- International Agency for Research on Cancer; ICH- International Conference on Harmonization; IL-2- Interleukin-2; LC-MS- Liquid Chromatography Mass Spectrometry; LTL- Less than lifetime; MGMT- O6-methylguanine-DNA transferase; MNNG- N-methyl-N'-nitro-N-nitrosoguanidine; NAP- Nitrosation assay procedure; NDEA- N-nitrosodiethylamine; NDMA- N-nitrosodimethylamine; NK cells- Natural killer cells; NOAEL- No-observed-adverse-effect level; NOC- N-nitroso compounds; NPRO- N-nitrosoproline; NTP- National Toxicology Program; O6-meG- *O6*-methylguanine; OTC- Over the counter; PBMCs- Peripheral blood mononuclear cells; PPIs- Proton pump inhibitors; RCTs- Randomized control trials; ROS- Reactive oxygen species; SCE- Sister chromatid exchange; SDS- Special Diet Services; TGA- Therapeutic Goods Administration; TMA- Trimethylamine; TTCs- Threshold of Toxicological Concerns; UDS- Unscheduled DNA synthesis; USP- United States Pharmacopeial Convention; WHO- World Health Organization



CONFIDENTIAL INFORMATION

# INTRODUCTION

Ranitidine (Zantac®) is carcinogenic in humans because it can degrade into NDMA due to time, temperature and humidity before ingestion and can also form NDMA after ingested when subjected to nitrosation in the gastric system, particularly when food is present[17-19]. NDMA is a potent probable human carcinogen[20-23]. The only legal use of NDMA is to induce cancer in laboratory animals and to study the mechanisms of cancer causation in the laboratory[24-34]. Thus, patients or consumers who have taken ranitidine, regardless of prescription, over the counter, brand name or generic versions, (since the ranitidine molecule is the same in every version) can be exposed to levels of NDMA from either the degradation of ranitidine into NDMA and/or the formation of NDMA in the gastric system upon ingestion. This is not a case in which the ranitidine (Zantac®) was contaminated, but one in which this drug molecule is unstable and transforms into NDMA[19]. The levels of NDMA that can form from either degraded ranitidine and/or from nitrosation of ranitidine in the gastric system can exceed the lifetime cumulative dose exposures of NDMA, which human epidemiology studies, like Hidajat[35], show statistically increases risk of certain cancers[18].

The amount of NDMA in the drug at the time it is taken by the consumer and further formation of NDMA after ingestion of ranitidine due to nitrosation is critical. Thus, newly manufactured ranitidine may show lower levels of NDMA since it has not had time to degrade. However, when exposed to time, temperature and humidity conditions in homes, vehicles and other places where this drug is stored, ranitidine can degrade into toxic levels of cancer-causing products such as NDMA. Moreover, ingestion of ranitidine into a gastric condition in which nitrites are present (such as from many food sources or beer for example), can also result in the



CONFIDENTIAL INFORMATION

formation of high levels of NDMA. Since ranitidine (Zantac®) has been sold in the US from 1983 until it was recalled in 2019, there are many consumers who have taken this drug over an extended period of time, including over years or decades, with exposures that could result in life threatening and deadly cancers.

Each patient will have an individual profile that affects their exposure to NDMA from ranitidine including such factors as the climatic conditions where they live, where they store their ranitidine (bathroom medicine cabinet, gym locker, car etc.), time of day taking ranitidine, whether they took ranitidine on a fasting or full stomach, and their diet.

## SUMMARY OF EXPERT OPINIONS

I. Exposure to ranitidine (Zantac®) causes multiple types of cancer in humans, including gastric, esophageal, pancreatic, liver, and bladder.

II. Exposure to NDMA formed from ranitidine (Zantac®) causes cancer in humans, including gastric, esophageal, pancreatic, liver and bladder cancer.

III. NDMA is a potent human carcinogen.

IV. NDMA is genotoxic, mutagenic, clastogenic, teratogenic, and functions as tumor initiator.

V. There are biologically plausible mechanisms to support carcinogenesis from exposure to ranitidine and NDMA formed from ranitidine.

VI. NDMA can cause irreversible changes to DNA that lead to cancer and increased cancer risk.

VII. NDMA that forms from ranitidine functions as a cancer initiator.

VIII. NDMA that forms from ranitidine functions as a tumor promoter.

IX. NDMA that forms from ranitidine stimulates tumor progression via direct action on tumor cells (e.g., cell autonomous processes) and through the tumor microenvironment.

X. Exposure to NDMA at the levels present in ranitidine can initiate and critically promote cancer growth.



CONFIDENTIAL INFORMATION

XI. The most plausible mechanisms by which ranitidine causes cancer in humans include 5 of 10 key characteristics of carcinogens; (1) genotoxicity; (2) alteration of DNA repair; (3) chronic inflammation; (4) immunosuppression; and (5) alteration of cell proliferation and cell death.

XII. The most plausible mechanisms by which NDMA formed from ranitidine causes cancer in humans include 9 of 10 key characteristics of carcinogens: (1) metabolic activation, (2) genotoxicity, (3) alteration of DNA repair, (4) induction of epigenetic alterations (5) oxidative stress, (6) chronic inflammation, (7) immunosuppression, (8) cell immortalization, and (9) alteration of cell proliferation, cell death, and angiogenesis (the growth of new blood vessels).

XIII. Human cumulative exposure to greater than 96 nanograms per day of NDMA increases one's risk of developing cancer, and increasing exposure to NDMA increases the risk of cancer initiation and progression.

XIV. Continued exposure to NDMA can cause an existing cancer to grow, metastasize and otherwise interfere with cancer therapy.

## METHODOLOGY EMPLOYED

To formulate an opinion as to whether ranitidine and/or NDMA formed from ranitidine could cause cancer or increase the risk of gastric, esophageal, pancreatic, liver and bladder cancer in humans, and what the biologically plausible mechanisms of action, if any, may be, I used the same methodology I would use if conducting clinical work or research for scientific publication. This methodology is consistent with what is followed by cancer research scientists when evaluating whether a chemical agent is a human carcinogen and whether exposed individuals are at risk of developing cancer because of their exposure[36]. I have reviewed relevant published scientific studies and medical literature, reports and documents produced in the process of litigation, and various websites that were relevant to the refinement or extension of my professional opinions. This evaluation of whether ranitidine and/or NDMA formed from ranitidine can cause gastric, esophageal, pancreatic, liver and bladder cancer in humans and



CONFIDENTIAL INFORMATION

whether such is biologically plausible required the analysis of the scientific data from animal cancer studies, animal and human tissue and cell studies investigating the mechanisms through which ranitidine and NDMA cause cancer, and studies of human populations exposed to NDMA[37,38]. There are numerous studies that provide valuable information regarding ranitidine, and other studies of NDMA as a carcinogen as it is used to induce cancer in experimental animal studies. My opinions are not based solely on my education and expertise, but also are based upon peer-reviewed publications, studies, and scientific evidence.

Peer-reviewed publications are an important part of the scientific investigation process. In the scientific review process, a group of scientists complete a study and submit their findings in the form of an article to a scientific journal for publication. The journal's editors send the article to several other scientists who usually work in the same or similar field (e.g., the "peers" of peer review). Those reviewers provide feedback on the article and tell the editor whether or not they think the study is of high enough quality to be published and which new experiments should be performed as appropriate controls prior to publication. The authors may then revise their article and resubmit it for consideration to be approved by the peer reviewers and journal editors. Only articles that meet scientific standards (e.g., acknowledge and build upon other work in the field, rely on logical reasoning and well-designed studies, and back up claims with scientific evidence) are finally accepted for publication. Given this rigorous review process, original peer-reviewed publications of new scientific studies are given greater weight in the scientific community than non-original articles such as reviews.

There are three principal types of studies used to determine if a chemical like NDMA is carcinogenic to humans when there have not been human randomized control trials (RCTs). In blinded RCTs, both the investigator and study participants are blinded to treatment or placebo



CONFIDENTIAL INFORMATION

assignment so any differences in incidence of outcome can be concluded to be a consequence of the exposure itself (e.g., causative). However, there are no RCTs which measure the outcome of cancer associated with NDMA. Because cancer causes death, it is unethical to ask for consent from a healthy human volunteer to be tested with NDMA knowing that it causes cancer. An important step in medical students becoming doctors is to uphold the Hippocratic Oath, which is held sacred by physicians who swear to uphold specific ethical standards and promise to abstain from doing harm to their patients. "Primum non nocere" is the Latin phrase that means "first, do no harm." This is a commonly taught principle in medicine and healthcare. Thus, no doctor should knowingly subject a human to NDMA. Instead, scientists must rely on animal cancer studies as well as mechanistic studies with animal and human tissue or cells, and human studies with unintentional exposures which contain NDMA (e.g., rubber dust or diet).

As such, to answer the question whether ranitidine and/or NDMA formed from ranitidine could cause cancer or increase the risk of gastric, esophageal, pancreatic, liver and bladder cancer in humans, and what the biologically plausible mechanisms of action, if any, may be, I reviewed, analyzed and synthesized: 1) ranitidine and NDMA animal cancer studies; 2) ranitidine and NDMA mechanistic studies of biological activity in animal tissue and cells; and 3) ranitidine and NDMA mechanistic studies of biological activity in human tissue and cells. I also reviewed GSK's internal ranitidine studies.

It is accepted scientific practice to utilize animal studies to determine cause and effect between toxic chemicals and cancer[39]. Qualitative extrapolation in toxicology rests upon the principal that a compound that causes an effect in one mammalian species causes it in another. There are three essential tenets on which the toxicologic discipline rests: a) the dose makes the poison; b) a chemical agent tends to produce a specific pattern of biological activity; and c) the



CONFIDENTIAL INFORMATION

toxic responses in laboratory animals are useful predictors of toxic responses in humans. To determine whether a chemical can cause cancer in humans, it is critical to use scientific evidence to quantify the extent of chemical-induced tumor formation in experimental animals. When evaluating these studies, it is important to incorporate our current understanding of carcinogenesis in laboratory animals and consider: 1) the induction of tumors in multiple species (e.g., multiple tumors in site-specific manner); 2) independent studies by different investigators; 3) the occurrence of common versus uncommon neoplasia (cancer); 4) latency in tumor induction; 5) metastases (development of secondary, distant tumor sites); and 6) the presence or absence of dose–response relationships.

Long-term chemical carcinogenesis bioassays in experimental animals remain the most globally accepted method of identifying potential human carcinogens[39-43]. A bioassay is a biochemical test that determines the activity of a chemical by measuring its effect on an organism, tissue, cell, enzyme or receptor preparation compared to a standard preparation. Importantly, exposures to chemicals are tightly controlled and monitored in animal bioassays. Accordingly, in the absence of adequate testing on humans, it is biologically plausible and prudent to regard agents for which there is sufficient evidence of carcinogenicity in experimental animals as *"presumed human carcinogens*[39,44]. Thus, substances that cause tumors in animals are considered as *presumed or suspected human carcinogens* unless convincing evidence to the contrary is presented[39].

In addition to animal studies, I reviewed studies on human tissue and cells relevant to ranitidine and NDMA. In general, the strongest indicator that a particular mechanism operates in humans is data from exposed humans or from human tissue and cells in combination with animal cancers studied. The objective identification of mechanistic data for consideration of biologic



CONFIDENTIAL INFORMATION

plausibility in the context of epidemiology, animal bioassay, or other types of evidence (e.g., studies in model organisms or *in vitro* assays) is important when classifying agents with regard to carcinogenic hazard. I reviewed studies conducted by GSK to support its indications for long term use of ranitidine, as well as published medical literature regarding ranitidine and cancer and ranitidine and long-term use.

The American Cancer Society does not determine if something causes cancer. Instead, it and other governing bodies (e.g., FDA) rely heavily on the determination of other respected agencies, such as the International Agency for Research on Cancer (IARC), United States National Toxicology Program (US NTP), and the Environmental Protection Agency (EPA). When conducting my investigation, I followed the basic steps employed in the peer-review scientific process used by scientists and IARC/NTP/EPA which included:

1. Identification of the scientific agencies that evaluate the carcinogenicity of various agents to humans such as IARC, NTP, and EPA, and conducted a search for their scientific review and evaluation of NDMA.
2. Identification of the relevant scientific publications through initial comprehensive searches of literature contained in authoritative biomedical databases (e.g., PubMed). These literature searches were designed to find relevant studies to determine whether ranitidine and/or NDMA causes cancer in humans, causes cancer in experimental systems, and/or exhibits key characteristics of established human carcinogens (in humans or in experimental systems). Searches were designed to identify relevant studies regardless of whether they supported or did not support a causal relationship between ranitidine and cancer, or NDMA and cancer.



CONFIDENTIAL INFORMATION

3. Screening the retrieved literature for inclusion based on title and abstract review. Exclusion of the studies occurred if they were not related to ranitidine or NDMA (or a metabolite of the agent), or if they reported no original data (e.g., review articles).
4. Evaluation of the quality of the included studies was based on considerations such as design, methodology, the experimental conditions under which ranitidine or NDMA was tested including route of administration and exposure, species, strain, sex, age, etc., the dose, duration and frequency of treatment with ranitidine or NDMA, how tumor response was measured, the experimental animal species and strains evaluated, numbers of animals per group, whether animals were allocated randomly to groups, whether there was sufficient mechanism of action analysis, whether the data was reported and analyzed adequately, the reproducibility of the study, the spectrum of neoplastic response (from benign neoplasia to multiple malignant tumors), tumor sites evaluated, and dose-response.

Importantly, I was able to identify over 25 peer-reviewed publications by over 15 different laboratories worldwide over the past 60 years which clearly demonstrate that NDMA causes multiple cancer types in a wide variety of animal species. This is critical confirmation of the overwhelming scientific evidence that NDMA is a human carcinogen which causes cancer via multiple biologically plausible mechanisms.

My opinions provided herein, all expressed with a reasonable degree of scientific and medical certainty, are based upon the weight of the evidence and my experience as a MD cancer research scientist for 25 years.



CONFIDENTIAL INFORMATION

## RANITIDINE BACKGROUND

At the time ranitidine was being developed and marketed, there was already existing scientific literature strongly suggesting that drugs like ranitidine, which contain a dimethylamine (*DMA*) group, are highly likely to form NDMA when combined with other substances, like, for example, nitrite found in the body[18,45-56] Ranitidine belongs to a class of medicines known as H-2 blockers, which block histamine receptors in the stomach and reduce the production of stomach acid. Ranitidine is a competitive and reversible inhibitor of the action of histamine on the histamine H2-receptors, which are present on gastric cells. Ranitidine blocks histamine which is released by enterochromaffin-like (ECL) cells[57]. There are four histamine-2-receptor antagonists (H2RA) available in the United States, including ranitidine (Zantac®, GlaxoSmithKline, London, England, among others), cimetidine (Tagamet®, SmithKline Beecham, among others), famotidine (Pepcid®, Merck & Co, Kenilworth, New Jersey, USA, among others), and nizatidine (AxidR®, Eli Lilly and Company, Indianapolis, Indiana, USA among others). Ranitidine is used to treat and prevent conditions such as heartburn and stomach ulcers[58,59].

Zantac® was developed by GlaxoSmithKline in the 1970s and approved for prescription use by the FDA in 1983. During the 1980s, the sales of Zantac® exceeded $1 billion and Zantac® was then described as “the single- largest-selling prescription drug ever”. Zantac® was marketed as a safe and effective treatment for gastrointestinal conditions such as acid indigestion, heartburn, sour stomach, and gastroesophageal reflux disease[60,61]. Zantac® became available without a prescription in 1996, and generic versions of the drug (ranitidine) became available the following year. Zantac® was available for purchase over the counter (OTC) in 75 and 150 mg pills, and by prescription in 150 mg and 300 mg pills, as well as syrup, injectable



CONFIDENTIAL INFORMATION

and 25 mg effervescent tablets. Ranitidine (Zantac®) was sold in the US from 1983 until it was recalled in 2019.

Prescription ranitidine was indicated for treatment and prevention of duodenal and gastric ulcers, gastroesophageal reflux disease (GERD), treatment and maintenance of erosive esophagitis, and pathological hypersecretory conditions like Zollinger-Ellison syndrome. Ranitidine is also prescribed for the management of chronic episodic dyspepsia, peptic ulcer hemorrhage, prophylaxis of stress ulceration, Mendelsons syndrome, post-operative ulcers, symptomatic relief of heart burn, dyspepsia (acid ingestion), and hyperacidity. The OTC version was indicated for relief and prevention of heartburn associated with acid indigestion and sour stomach brought on by eating or drinking certain foods or beverages.

The directions for administering prescription ranitidine in the product label are based upon the indication for which it is taken. Zantac® 150 mg tablets are available in bottles of 60, 180, 500 and 1000 tablets and unit dose packs of 100 tablets. The prescription label provides the recommended dose as follows:

| Indication | Recommended Dose |
|---|---|
| Active duodenal ulcer | 150 mg twice daily or 300 mg after the evening meal or before bedtime |
| Maintenance healing of duodenal ulcer | 150 mg at bedtime |
| Benign gastric ulcer | 150 mg twice daily |
| Maintenance healing of gastric ulcer | 150 mg at bedtime |
| GERD | 150 mg twice daily |
| Erosive Esophagitis | 150 mg four times a day |
| Maintenance healing of erosive esophagitis | 150 mg twice daily |
| Pathological hypersecretory conditions | 150 mg twice daily but can adjust to more frequently as long as clinically indicated |



CONFIDENTIAL INFORMATION

Over-the-counter (OTC) Zantac® is recommended for adults and children 12 years and older to relieve and prevent heartburn. For relief of heartburn symptoms, the directions state to take one 150 mg tablet with a glass of water and to prevent symptoms take one 150 mg tablet 30 to 60 minutes before eating food or drinking beverages that cause heartburn. The label indicates that 150 mg tablets can be taken twice daily. Based upon the directions, it is likely that Zantac® would be taken shortly before, during or after meals to relieve heartburn. Data regarding fasting nitrite levels would not be relevant for users who took the medication on a full stomach.

## NDMA - Background

NDMA is a well-known carcinogenic, mutagenic, genotoxic and clastogenic compound which belongs to a class of chemicals known as N-nitroso compounds, and to the family of nitrosamines. The dangers of NDMA formation being genotoxic, mutagenic, and carcinogenic were published in many scientific papers[62-68]. In 2002, the World Health Organization published the Concise International Chemical Assessment Document 38, N-Nitrosodimethylamine (NDMA), an internationally recognized, peer-reviewed publication. The purpose of the publication was to provide an authoritative document on the risk assessment of NDMA. As stated twenty years ago, NDMA is a well-known "clearly carcinogenic" compound which induces tumors in **all** species examined at relatively low doses. "There is overwhelming evidence that NDMA is mutagenic and clastogenic[17]." It was determined in 2002 that the "weight of the evidence of the carcinogenicity of NDMA in mammalian species is consistent and convincing" involving a "pattern of tumor development" characteristic of "carcinogenesis involving direct interaction with genetic material." The metabolism of NDMA in animals and humans was considered qualitatively similar and therefore "it is considered highly likely that NDMA is



CONFIDENTIAL INFORMATION

carcinogenic to humans" at relatively low doses. The World Health Organization's International Agency for Research on Cancer (IARC) evaluated NDMA in 1978 and concluded "there is sufficient evidence of a carcinogenic effect of NDMA in many experimental animals" and "similarities in its metabolism by human and rodent tissues has been demonstrated", thus it "should be regarded for practical purposes as if it were carcinogenic to humans." In 1987, NDMA was classified by the IARC as a Class 2A carcinogen, or "probably carcinogenic to humans"[22].

In August 2019, official medicinal control laboratories (OMCLs) conducted a random selection and testing or ranitidine active pharmaceutical ingredient (API) batches. The IICH-M7 provides guidelines for levels of NDMA in pharmaceuticals: an acceptable intake of 96 ng/day NDMA, a maximum daily dose of 600 mg and lifelong treatment. Preliminary results showed levels of NDMA in a range that raised concerns according to the principles of ICH-M7. In almost all ranitidine products tested so far, NDMA has been identified in levels above the current limit of 0.16 ppm established according to the principles of ICH-M7[67].

In October 2019, the FDA found "unacceptable levels" of NDMA in ranitidine. All ranitidine-containing products were removed from the U.S. market on April 1, 2020, at request of the FDA due to the presence of unsafe levels of NDMA which increased over time during storage.[69] Further testing confirmed that a combination of heat and time may be the culprit for NDMA formation as the longer the exposure, the higher the levels of NDMA[23,69]. New FDA testing, the agency said, had "confirmed that NDMA levels increase in ranitidine even under normal storage conditions, and NDMA has been found to increase significantly in samples stored at higher temperatures, including temperatures the product may be exposed to during distribution



CONFIDENTIAL INFORMATION

and handling by consumers[69].” The FDA found that the analytical procedure previously used to quantify NDMA can convert ranitidine to NDMA under the high temperatures used. A new method using lower temperatures was developed and validated by the FDA[70]. The FDA tested numerous lots of ranitidine finished dose product for NDMA finding the lowest ppm in Pharma syrup of 0.03 ppm and the highest ppm in tablets made by Novitium at 2.85 ppm. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine

N-nitrosamines such as NDMA are such potent mutagenic carcinogens that they are referred to as the “cohort of concerns” by the International Council for Harmonisation (ICH)[71]. The ICH sets guidelines and technical requirements for pharmaceuticals for human use and evaluates DNA reactive (mutagenic) impurities in pharmaceuticals to limit potential carcinogenic risk. These guidelines focus on DNA-reactive substances such as NDMA that, when present in low levels, have potential to directly cause DNA damage in the form of mutations and are therefore potentially cancer-causing. The FDA Center for Drug Evaluation and Research (CDER) published similar guidance to limit chemicals like NDMA that pose potential carcinogenic risk. https://www.fda.gov/media/85885/download

The Threshold of Toxicological Concerns (TTCs) were developed to define acceptable intake for any chemical that poses a negligible risk of carcinogenicity or other toxic effects. The methods upon which TTCs are based are generally considered to be conservative (meaning that the limits are set low in order to endure caution) since they involve a simple linear extrapolation from the dose giving a 50% tumor incidence (TD50) to a 1 in $10^6$ incidence, using TD50 data for the most sensitive animal species and most sensitive site of tumor induction. For application of a TTC in the assessment of acceptable limits of mutagenic impurities in drug substances and drug



CONFIDENTIAL INFORMATION

products, a value of 1.5 µg/day corresponding to a theoretical $10^{-5}$ excess lifetime risk of cancer, can be justified. Some structural groups were identified to be of such high potency that intakes even below the TTC would theoretically be associated with a potential for a significant carcinogenic risk. This group of high potency mutagenic carcinogens, collectively referred to as the "Cohort of Concern", includes N-nitroso compounds such as NDMA.

## FDA ACCEPTABLE DAILY INTAKE FOR NDMA

The FDA derived the daily acceptable intake (ADI) values for NDMA from compound-specific animal toxicological data[72]. They used the $TD_{50}$ estimate of the lowest dose, which is 95% certain to cause no more than a 10% cancer incidence in rodents, as the point of departure for the calculation of excess cancer risk. The $TD_{50}$ is a toxicology term that is defined as the median toxic dose of a substance in which toxicity occurs in 50% of a species)[72,73]. The $TD_{50}$ is a measure of carcinogenic potency that can be used to compare carcinogens. The $TD_{50}$ listed for NDMA is 0.096 mg/kg/day, calculated as a harmonic mean from all positive studies in rats including data from the Peto et al. (1991) study[25]. The extrapolation to the excess risk level for cancer is performed by linear back extrapolation to the dose theoretically causing a 1:100,000 risk by dividing the $TD_{50}$ by 50,000 (50% or 0.5 x 100,000). For NDMA this translates into a dose of 1.92 ng/kg/day. For a person with a body weight of 50 kg, this would result in an acceptable index (AI) level of 96 ng/day (50 kg x 1.92 ng). The calculated acceptable intake for NDMA is based on methods described in the *ICH Guidance M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk (http://wcms-internet.fda.gov/files/drugs/published/M7-R1-AssessmentAndControlOfDNA-*



CONFIDENTIAL INFORMATION

*Reactive-Mutagenic-ImpuritiesInPharmaceuticalsToLimitPotentialCarcinogenicRisk-Guidance.pdf*).

According to Haber's rule, a fundamental principle in toxicology, concentration (C) x time (T) = constant (k); therefore, the carcinogenic effect is based on both dose and duration of exposure[74]. This is generally accepted to be used for mutagenic carcinogens and therefore considered appropriate to apply to NDMA. The total dose taken over time (dose x time) produces a fixed level of effect; thus, determining the risk associated with the exposure. Applying this conservative principle, the cumulative dose acceptable for a lifetime is equivalent to the daily acceptable intake limit multiplied by the duration of a lifetime (70 years is generally accepted for this), which is 25,550 days. **The FDA established 96 nanogram daily acceptable intake limit of NDMA corresponds to a lifetime dose of 2,453 micrograms.**

## CARCINOGENESIS: BACKGROUND

The widely accepted meaning of the term *"chemical carcinogenesis"* that is used in the IARC monographs, is the chemical induction of cancer (or neoplasm) that is not usually observed at baseline[14,75]. A neoplasm is defined as an abnormal growth of cells in the body, also referred to as a tumor. Carcinogenesis is a multi-step process in which normal cells are transformed into cancer cells by acquiring various properties that allow them to proliferate unabated and form tumors[14]. Chemical carcinogenesis can be divided into three stages: initiation, promotion, and progression[76].

A carcinogen is an agent with the capacity to cause cancer in humans. If something causes cancer it is a carcinogen. A ***carcinogen*** is defined as a chemical substance, or a mixture of chemical substances, after inhalation, ingestion, dermal application or injection which induces cancer, increases its incidence, or shortens the time to tumor occurrence (e.g., latency) at any



CONFIDENTIAL INFORMATION

dosage level by any route in any species as compared to control[14,77]. Carcinogens may be natural, such as aflatoxin, which is produced by a fungus and sometimes found on stored grains; or manmade, such as asbestos or tobacco smoke. Carcinogens work by interacting with a cell's DNA and inducing genetic mutations. Many human carcinogens act via multiple mechanisms causing various biological changes in the multistage process of carcinogenesis. Mechanisms by which carcinogens induce and stimulate cancer include genotoxicity, DNA damage, inflammation, oxidative stress, immunosuppression, angiogenesis, acute or chronic injury, and subsequent regenerative proliferation via cell death[14,78,79].

The link between smoking, perhaps the most well-known human carcinogen, and cancer is very clear. Smoking causes at least 15 different types of cancer, including two of the most common, lung and intestinal cancer (colon/rectum), as well as mouth, pharynx (throat), nose and sinuses, larynx (voice box), esophagus, liver, pancreas, stomach, kidney, ovary, bladder, cervix, and some types of leukemia[80]. Smoking causes cancer via multiple mechanisms including metabolic activation, DNA adduct formation, inflammation, and mutation of critical genes[80]. There is no safe level of smoking. Smoking releases harmful chemicals which enter the lungs and spread across the entire body[80]. Thus, being smoke free can prevent over 15 types of cancer. Importantly, the 1964 Surgeon General’s Report linking cigarette smoking and lung cancer has had an enormous positive effect on public health in the U.S. Since then, male smoking prevalence decreased from 51.1% to the current 21.6% while prevalence in females diminished from 33.3% to 16.5%[80]. These facts clearly demonstrate the critical importance of public health stances on avoiding carcinogens such as tobacco.

More than 70 carcinogens have been classified by the IARC as having sufficient evidence for carcinogenicity in either laboratory animals or humans[81]. These include polycyclic aromatic



CONFIDENTIAL INFORMATION

hydrocarbons, tobacco-specific nitrosamines, volatile nitrosamines, alcohol, aromatic amines, aldehydes, and volatile hydrocarbons such as benzene[14]. Many of these carcinogens induce multiple cancer types.

Although epidemiology and studies with human tissues or cells are relevant to carcinogen exposure in humans, the mechanistic studies underlying carcinogenesis are focused in animal models for obvious ethical considerations. It would be unethical to use humans as "test subjects" to evaluate the carcinogenic activity of potential carcinogens. Importantly, laboratory animals are routinely utilized to study the mechanism of action of carcinogens and mimic cancer in humans because of their genetic, physiologic, biochemical, and metabolic similarities to humans, large sample size, reproducibility, and feasibility to generate various cancers[39]. Recent exposure to potent carcinogens, like NDMA, is more likely to be a significant factor in cancer causation than historical exposures of other agents[82]. Importantly, a single dose of NDMA causes cancer in mice (32 different strains or substrains), rats (10 different strains or substrains), mastomys (praoys) natalensis, rainbow trout, and Syrian golden hamsters[82].

The mechanisms of action of carcinogens have traditionally been classified as genotoxic and/or nongenotoxic. A genotoxic carcinogen causes cancer by directly altering the genetic material of target cells, while a nongenotoxic carcinogen induces cancer by mechanisms not related to direct genetic damage. Recent studies show that classification of carcinogens into genotoxic initiators and nongenotoxic promoters is an oversimplification of the complex processes involved in chemical carcinogenesis.

Cancer causation and mechanistic studies can be demonstrated in animal models after exposure to potential carcinogens. Chemicals that are carcinogenic via genotoxicity to rodents are presumed to be carcinogenic to humans unless proven otherwise[39]. Because genotoxic



CONFIDENTIAL INFORMATION

carcinogens are mutagenic and may interact with DNA to produce irreversible genetic changes in target organ cells, they may exhibit no dose threshold for their carcinogenic potential[41,83,84]. While carcinogen-induced DNA damage can cause cancer, mechanisms such as inflammation and angiogenesis which do not directly damage DNA are also critical to cancer progression[1,11,85].

## GENOTOXICITY – GENERAL

Genotoxicity can be defined as the potential to cause a heritable change in the structure or sequence of the genetic material at the level of the nucleic acid, the gene, or the chromosome[86]. It is widely accepted that multiple irreversible genetic alterations are necessary for transformation of a cell[86]. Basically, a cell sustains several *irreversible* genetic insults and becomes 'initiated'. Initiated cells may undergo several fates. First, the genetic events may be both genotoxic and cytotoxic, which may result in death of the cell and removal from potential progression[86]. Secondly, cellular repair mechanisms may detect alterations to DNA and repair the defect[86]. Identification of genotoxins is critically important in assessing the safety of drugs, food products and additives, and environmental contaminants[86]. The development of a range of *in vitro* and *in vivo* procedures to predict genotoxicity has been accepted by both industry and governmental regulatory agencies[86]. Genotoxicity screening procedures offer rapid and cost-efficient means to evaluate the potential risks of compounds, while minimizing the risk to humans. Typically, a positive result in one or more of these genotoxic tests leads to abandonment of the test agent from consideration for human exposure[87].



CONFIDENTIAL INFORMATION

## *IN VITRO* and *In VIVO* TESTS OF DNA DAMAGE and *IN VITRO* MUTAGENICITY TESTING

Two techniques exist for the direct detection of genomic DNA damage by genotoxic compounds: unscheduled DNA synthesis (UDS) and single-stranded DNA generation as measured by alkaline elution of DNA[86]. Both techniques are simple, rapid, inexpensive, and have been used extensively in genotoxicity screening procedures[88]. The UDS detection is an appropriate system for inclusion in carcinogenicity and mutagenicity testing programs because it measures the repair of DNA damage induced by many classes of chemicals over the entire mammalian genome[88].

Detection of damage to chromosomes or genomes at the macroscopic level allows for the examination of mammalian systems at a higher level of structural organization of the genome than at the DNA level directly[86]. Two assays are utilized for assessing genetic damage at this level: the sister chromatid exchange (SCE) assay and the mouse micronucleus assay[86]. Similarly, genomic damage may be observed in peripheral lymphocytes, spleen cells, and bone marrow cells of mice treated with genotoxic test agents[87]. Cells that have suffered genomic damage contain small perinuclear inclusions that contain fragmented chromosomal material and are termed *micronuclei.*

The reverse mutation assay using *Salmonella typhimurium* in conjunction with a rat liver microsomal activation system has been the gold standard for *in vitro* mutagenesis assays since its introduction in 1975 by Ames et *al*[86]. This procedure involves the treatment of 557 strains of S. *typhimurium,* which are histidine dependent. Exposure to the test agents, in the presence of rat liver microsomes, allows for possible mutation of the bacterial genome[86]. Reversion of the bacteria back to a histidine-independent state is interpreted as evidence of mutagenicity[86].



CONFIDENTIAL INFORMATION

**RANITIDINE IS GENOTOXIC, MUTAGENIC and PRO-METASTATIC**

Genotoxic chemicals are defined as impurities that can cause mutations in genetic material so that there is a loss of functionality and integrity of the cell[89]. There are many compelling studies demonstrating that ranitidine is genotoxic in bacteria, in cultured cells, and in rodents. It has also been demonstrated that ranitidine is capable of reacting with nitrite in an acidic environment to form genotoxic derivatives. The combination of ranitidine with nitrite also produced a variety of genotoxic effects in bacteria[90,91], in cultured mammalian cells[92,93], and in *in vivo* treated mice[94]. Ranitidine possesses several sites which are potentially nitrosatable and can react with nitrite to form compounds generating point mutations and non-reparable DNA damage in bacteria[95].

In 1981, De Flora, et al, discovered that ranitidine induced a mutagenic response in *S. typhimuriam* resulting from combination with a fixed amount of nitrite[90]. With ranitidine, preincubation with nitrite in human gastric juice from untreated individuals (60 min at 37°C) or acidification of nitrite-ranitidine mixtures results in toxic and mutagenic effects in bacteria[90]. The optimum pH for the reaction of nitrite with ranitidine is 2-3. Ranitidine with a slight molar excess of nitrite induced genotoxic effects in bacteria[90]. De Flora conducted additional experiments demonstrating that mixing ascorbic acid and ranitidine prior to additon of nitrite resulted in a dose-related inhibition of formation of mutagenic derivatives with an almost complete block of reaction when the ascorbic acid and nitrite concentrations were equimolar. As stated in the Lancet in 1981, "it would seem prudent to avoid nitrosation as far as possible by, for example, suggesting a diet low in nitrates and nitrites, by asking patients not to take these at times close to (or with) meals, or by giving inhibitors of nitrosations such as ascorbic acid[90]."



CONFIDENTIAL INFORMATION

In 1983, Brambilla, et al, demonstrated ranitidine is genotoxic (e.g., induces DNA damaging activity) and mutagenic through nitrosation.[94] Damage occurred to liver and gastric mucosa DNA in rats given a single high oral dose of ranitidine and sodium nitrite, and a significant increase in the frequency of sister chromatid exchanges occurs in bone marrow cells of ranitidine treated mice[94]. The mutations were even more potent in human tissues (e.g., human liver) than rodent (e.g., rat or mouse) samples. DNA fragmentation induced by simultaneous oral administration of ranitidine HCl and NaNO2 was dependent on gastric pH and on the molar ratio ranitidine/NaNO2[94]. Ranitidine was determined to be genotoxic in rats administered both ranitidine (at a dose of 175 mg or 350 mg/kg) and sodium nitrite (80 mg/kg)[94].

DNA damage is likely to be the initial step of most cancers[94]. DNA fragmentation correlates with the cancer causing activity of N-nitroso compounds[96]. Therefore, it was a significant finding that simultaneous oral administration in rats of ranitidine and NaNO2 can produce DNA fragmentation either in liver or in gastric mucosa[94]. However, this effect was found to be dependent on both gastric pH and molar ratio drug/nitrite. Concerning the pH of gastric juice, DNA damage occurred only when it was lowered from 5.5 to 2 – 3 and was increased by its further reduction. Any increase in the dose of NaNO2 would cause immediate toxicity by ranitidine[94]. In acidic conditions, ranitidine reacts with a 2-fold molar amount of nitrite with an 89% yield of N-nitroso compound(s). These results suggest that ranitidine reacts with NaNO2 in the acidic gastric environment giving rise to nitroso-derivatives(s) which interact with DNA causing single- strand breaks and/or alkali-labile sites[94]. Nitrosated ranitidine induces DNA damage, and absorption and systemic genotoxic effects of nitrosated ranitidine were confirmed by the increase of sister chromatid exchange (SCE) frequency observed in mouse bone marrow cells[94]. Brambilla et al concluded in 1983 that "***it could be wise to adopt the***



CONFIDENTIAL INFORMATION

***following simple measures to hinder the possible nitrosation of ranitidine: (i) to avoid foods rich in nitrites; (ii) to follow a dosage schedule assuring the maintenance of a gastric pH sufficiently high until the administration of the successive ranitidine tablet, in order to minimize nitrosation reaction; (iii) not to take the drug close to meals, and ingest together an inhibitor of nitrosation such as ascorbic acid which has been found to be effective in our experimental conditions."***[94].

In 1983, De Flora again confirmed that nitrosated ranitidine was genotoxic and mutagenic[90,91]. Preincubation of ranitidine and sodium nitrite in acidified solutions or in human gastric juice resulted in the formation of nitrosoderivatives which induced point mutations in bacteria and increased lethality in DNA repair-deficient strains[91]. The mutations were even more potent in human tissues (e.g. human liver) than rodent (e.g. rat or mouse) samples. Mixtures of nitrite (e.g. 2.5 mg) with ranitidine (e.g. 2.5 mg) acidifed to a pH of 2.5 was mutagenic[91]. Similar to a gastric carcinogen (N-methyl-N'-nitro-N-nitrosoguanidine (MNNG)) used as a positive control, nitrosated ranitidine showed increased toxicity in repair-deficient bacteria[91]. Under conditions of pH and temperature which are physiological in the stomach, but in excess of nitrite, the top levels of mutagenicity were achieved within the first 15 minutes of preincubation of nitrite and ranitidine. Optimal reaction occurred in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine. Increasing concentrations of ranitidine resulted in bacterial toxicity. However, some formation of genotoxic products also occurred when a lower ratio of nitrite to ranitidine was used[91].

Interestingly, liver preparations from human biopsies were the most potent mutagenic and toxic and had a more pronounced metabolic effect than rodent preparations. A clear mutagenic response could also be obtained by separately spotting equimolar amounts of nitrite and



CONFIDENTIAL INFORMATION

ranitidine in an acidified environment[91]. The authors noted; "*On the whole, there seems to be no doubt about the possibility of formation of genotoxic derivatives from ranitidine and an excess nitrite under in vitro conditions…Possibility of a long-term maintenance therapy suggest the prudent adoption of some simple measures, such as a diet low in nitrates and nitrites or the prescription of these anti-ulcer drugs at a suitable interval from meals*[91]."

In 1983, Maura, et al., found that ranitidine was genotoxic and DNA-damaging. These experiments demonstrated that ranitidine caused dose-dependent DNA fragmentation in cultured cells[92]. These studies confirmed the DNA damage induced *in vitro* by nitrosated ranitidine in cultured mammalian cells[92]. It was, therefore, of interest to extend the investigations on the possible genotoxic effects of nitroso derivatives of ranitidine. On the basis of quantitative correlation existing between DNA-damaging and carcinogenic potencies of N-nitroso compounds, DNA fragmentation elicited by the nitrosated ranitidine in cultured mammalian cells correlates with carcinogenic activity[92]. Maura and colleagues notably pointed out in 1983 that because the ranitidine molecule had a dimethylamino group, "DMN (NDMA) formation should also be expected."

The nitrosated analog(s) of ranitidine proved to be an effective direct-acting agent producing about the same amount of DNA fragmentation elicited by approximately equimolar amounts of MNU, a compound which is effective in inducing tumors in laboratory animals. These findings are consistent with those of De Flora, who showed that preincubation of ranitidine with excess nitrite in human gastric juice resulted in mutagenic effects in TAlOO and TA1535 S. strains. Glaxo scientists (Brittain, et al, 1981) also published an article showing that in the presence of a large excess of nitrous acid, ranitidine yields a mutagenic N-nitroso nitrolic acid derivative[97].



CONFIDENTIAL INFORMATION

Also in 1983, Martelli, et al, conducted experiments with ranitidine and sodium nitrite to evaluate whether the nitrosated ranitidine caused DNA damage in rat liver cells and found the nitrate (NO)-ranitidine combination formed by the reaction of dimethylamine with nitrite was more genotoxic than NDMA alone[93]. Nitrosated ranitidine induced dose-dependent DNA synthesis of rat hepatocytes[93]. Using a nitrosation assay procedure recommended by the WHO (IARC, 1980), it was demonstrated that ranitidine induced nitroso derivative(s) caused a dose-dependent DNA repair in hepatocyte primary cultures (HPCs). Martelli also found that ranitidine alone (without the addition of sodium nitrite) also caused DNA damage and was genotoxic. Martelli concluded: "*Together with the previous evidence for a mutagenic[91] and DNA-damaging activity[92,94], NO-ranitidine is capable of eliciting a dose-dependent DNA repair in HPC indicates the need for a more careful and more extensive assessment of its possible formation and genotoxicity in humans[93].*"

A strong correlation exists between induction of DNA synthesis in hepatic primary cultures and carcinogenic activity[93]. It is significant that NO-ranitidine induced DNA damage was positive over a range of concentrations of the same order as that found to be effective for several potent carcinogens (IARC, 1980)[93]. Interestingly, Glaxo scientist, Dr. D. Gatehouse reviewed the Martelli study in 1990 and reported that by 1990 criteria, the results obtained in 2 (experiment 2 and 3) of Martelli's experiments would now be considered to be positive, therefore "ranitidine could be classified as a genotoxin *in vitro*" (GSKZAN0003567025).

De Flora conducted additional experiments in 1986 and found ranitidine and cimetidine were more mutagenic and genotoxic than famotidine (e.g., the nitrosation products of ranitidine are active in Salmonella strain TA102). Ranitidine was capable of reacting with nitrite in an



CONFIDENTIAL INFORMATION

acidic environment to form genotoxic compounds[95]. A mixture of famotidine with nitrite, at acidic pH, resulted in the formation of mutagenic derivatives active in some of the *S. typhimurium* tester strains[95]. Nitrite-famotidine mixtures induced a dose-dependent increase in mutagenic activity. The formation of mutagenic derivative(s) was very rapid, as it was already evident after only 1 minute of contact of nitrite with famotidine at pH 2.0 and attained the highest levels after 5 minutes. However, the nitrosation products of famotidine were ***markedly*** less mutagenic than those of ranitidine and cimetidine, as demonstrated by the considerably higher amounts of famotidine needed to elicit the mutagenic response[95].

Franekic et al in 1989 next conducted experiments to further evaluate the mutagenicity and genotoxicity of ranitidine in varying doses[98]. Franekic found that a mixture of ranitidine and nitrite was both mutagenic and genotoxic. Using the nitrosation assay procedure (NAP), recommended by the WHO (IARC, 1980), the ability of ranitidine to react with nitrite and to form derivatives mutagenic and recombinogenic for bacteria and yeast was examined. A mixture of ranitidine and nitrite, with an acidic pH, resulted in the formation of a mutagenic derivatives active in both S. *typhimurium* strains tested[98]. In ranitidine-nitrite mixtures (higher doses of nitrite and ranitidine) yielded an increased mutagenicity in both bacterial strains. Nitrosated ranitidine *in vitro* was mutagenic for Salmonella strains TA100 and TA98[98]. The results from Franekic et al 1989 suggest that in addition to being mutagenic, the nitrosation product(s) of ranitidine also exhibit potent DNA damaging activity. Further studies by De Flora et al in 1986 demonstrated that the nitrosation product(s) of ranitidine was mutagenic in an assay with Salmonella strain TA102[95]. Nitroso derivatives of ranitidine caused a significant dose-dependent increase in unscheduled DNA synthesis (UDS) in rat hepatocyte primary cultures in a DNA repair assay[93].



CONFIDENTIAL INFORMATION

Studies by Mattar et al in 2004 also showed that ranitidine is genotoxic, clastogenic and teratogenic[99]. Oral administration of ranitidine-HCl results in genotoxic features especially in adult pregnant mice[99]. Oral administration of ranitidine to adult pregnant mice resulted in a dose dependent increase in the frequency of total structural chromosomal aberrations in the bone marrow cells of both the mothers and their embryos (Fig. 2)[99].




**Figure 2.** Chromosomal spreads showing the different types of aberrations induced by ranitidine[99].

The types of aberrations due to incision of DNA, were highly correlated with the dose of ranitidine. These studies suggested that ranitidine can interfere with the DNA repair system[99]. Altered DNA repair is a key characteristic of carcinogens[78]. Ranitidine exhibited a clastogenic effect resulting in the accumulation of a population of hepatic and placenta cells in the S-phase-aneuploidy complement of DNA[99]. This was consistent with studies by Brambilla et al 1983 wherein hepatocyte DNA fragmentation was reported in the liver of rats after a single dose of ranitidine along with NaNO2[94]. Genotoxicity of nitrosated ranitidine, which is produced as a



CONFIDENTIAL INFORMATION

product of ranitidine reaction in the gastric environment[92], was also reported using other methods[95,98]

In these studies by Mattar et al, genotoxicity of ranitidine administration was also illustrated by the appearance of populations of hepatic and placenta cells having the polyploidy complement of DNA especially at the double therapeutic dose[99]. Such cells as well as the polyploid cells found in bone marrow, which were also highly correlated with the dose of ranitidine, suggest that the drug may interfere with the onset of cell division and that these cells with high DNA complement represent cells arrested in the G2-phase[99]. Interference with the normal cell cycle events has been reported to cause apoptosis. Apoptotic hepatocytes are represented in all treatments and contained the sub G1 complement of DNA[99]. Apoptosis is another key characteristic of carcinogens[78]. Thus, ranitidine dose-dependently was genotoxic, e.g. induced structural and numerical chromosomal abnormalities[99]. Ranitidine administered to adult pregnant mice was also teratogenic in causing a dose related decrease in body weight and skeletal size in embryos (Fig. 3)[99].




**Figure 3.** Differences in skeletal size in embryos of mothers treated with different doses of ranitidine[99].



CONFIDENTIAL INFORMATION

In 2009, studies by Isadori et al also found ranitidine was mutagenic and genotoxic[100]. Ranitidine was irradiated in water in order to simulate the environmental fate of the drug. These studies demonstrate that ranitidine is hazardous to organisms in water exposed to long-term ranitidine. Importantly, in countries in Europe (e.g., France), ranitidine was selected in a priority list of pharmaceuticals as a compound showing the highest risk to the aquatic environment because of its mutagenic and carcinogenic activities[100]. All of these studies demonstrating the genotoxic and mutagenic activity of ranitidine also show that any nitroso donor reacting with ranitidine can produce NDMA.

Most cancer patients die of metastases, the spread of tumor cells from the primary tumor[101]. In a compelling study, a single dose of ranitidine stimulates B16F10 melanoma metastasis in various strains of mice (e.g., C57BL6 and BALB/c) (Fig. 4). The enhancement of B16F10 metastasis induced by ranitidine was dose-dependent at ranitidine doses of 12 to 50 mg/kg and mimicked by three other H2R antagonists: cimetidine, famotidine, and tiotidine (Fig. 5). A single dose of several H2R antagonists (including ranitidine, tiotidine, famotidine, and cimetidine) drastically augmented metastasis[102]. In contrast, the formation of lung metastasis was reduced by a single dose of histamine[102]. The antimetastatic effect of histamine was specifically mediated by H2R and it was blocked by the H2R antagonist ranitidine[102].



CONFIDENTIAL INFORMATION



**Figure 4.** Effect of ranitidine on B16F10 melanoma metastasis. Ranitidine (25 mg/kg) was injected into tail vein of mice. 24 hours later, $10^6$ B16F10 melanoma tumor cells were injected via the same route. Three weeks later, mice were sacrificed and photographs show lungs from the five ranitidine-treated animals (upper part) and their respective controls (lower part)[102].




**Figure 5.** Enhancement of B16 melanoma metastasis by the histamine receptor antagonists ranitidine (ran), cimetidine (cim), famotidne (fam), and tiotidine (tio). The H2 receptor antagonists or drug vehicle (control) were injected intravenously into the tail vein of mice 24 hours before the i.v. inoculation of B16F10 melanoma tumor cells. PMF= pulmonary metastatic foci; TM=tumor mass



CONFIDENTIAL INFORMATION

In contrast, ranitidine or histamine had no effect on metastasis after NK cell depletion. NK cell-mediated-lysis of YAC-1 lymphoma cells *in vivo* was enhanced by histamine and reduced by ranitidine[102]. The anti-metastatic effect of IL-2 was increased by histamine: in some studies, the combination of low dose IL-2 and histamine completely eliminated metastasis. In dramatic contrast, combined treatment with ranitidine neutralized the antimetastatic effects of IL-2: animals treated with ranitidine and IL-2 displayed the same level of enhanced metastasis as those treated with ranitidine alone[102]. Treatment of mice with $H_2$-RAs such as ranitidine, cimetidine and famotidine aggravates the metastatic spread of B16 melanoma cells[102]. In contrast, combined treatment with histamine and IL-2 has been shown to effectively protect mice against B16 melanoma metastasis[102]. The antimetastatic effect of histamine was specifically mediated by histamine H2-receptors[102].

The tumor enhancing activity of ranitidine was demonstrated to be a result of $H_2$R antagonism by comparing the activity of ranitidine with three structurally different $H_2$R antagonists: cimetidine, an imidazole derivative; famotidine and tiotidine, two thiazole derivatives[103]. All of these $H_2$R antagonists mimicked the tumor enhancing activity of ranitidine[103]. Consistent with these studies, cimetidine can enhance the metastasis of a syngeneic fibrosarcoma in mice[104]. In studies by Lawson et al, oral administration of ranitidine stimulated colon cancer growth *in vivo* in a dose-dependent manner in mice[105].

Animal studies have shown that H2RAs, including ranitidine, can induce gastric carcinoids, potentially due to secondary hypergastrinemia, which in turn exerts a trophic effect on the gastric ECL cells[106-109]. ECL cell hyperplasia in experimental animals can thus be induced by hypergastrinemia, and this hyperplasia may lead to carcinoid tumours[110]. Ranitidine increases



CONFIDENTIAL INFORMATION

the occurrence of intestinal metaplasia in rats[111]. These studies support that ranitidine can act as a tumor-promoter.

As a result, these studies show ranitidine as a H2R blocker of histamine production reduces the anti-metastatic protective effects of histamine by reducing immunosuppression and by blocking histamine as part of its drug design. Since many carcinogens have only 2 or 3 Key Characteristics, ranitidine's 5 Key Characteristics establish mechanisms on how ranitidine can initiate and promote cancer growth. The ability of ranitidine to degrade into NDMA exogenously and to form NDMA endogenously via nitrosation in the gastric system create a dramatic dual acting carcinogen.

## GSK's INTERNAL MUTAGENICITY AND GENOTOXICITY STUDIES

GSK conducted numerous studies assessing mutagenic and genotoxic effects of ranitidine over the years. These tests included mutagenicity and genotoxicity testing on the nitrosoderivatives of ranitidine, the impurities in ranitidine and the intermediates used in the manufacturing process of ranitidine. These internal tests and reports were provided to me for review and I have included them all in my materials considered list provided with this report. The tests that demonstrated positive mutagenic and genotoxic effects are summarized here.

In 1978, GSK conducted testing on the N-oxide (AH20199) of ranitidine in four test systems with and without metabolic activation (PATH/78/171 Mutagenicity testing on the N-Oxide of AH19065 N-Oxide=AH20199 GSKZAN0000369239). Negative results were obtained in all test systems except in the Fluctuation Test against tester strain *S. typhimurium* TA98. The investigators attributed the positive result to "*be due to breakdown of the compound during*



CONFIDENTIAL INFORMATION

*storage. A pure sample was found to be negative in four subsequent retests*." A lethal effect was demonstrated around 8000 µg/ml against *S. typhimurium* TA98 but not against E. coli WP2 or either of the yeast strains (*S. cerevisiae* JD1 and S9). The GSK investigators concluded that *"AH20199 was negative in all the test systems under the conditions imposed except for a weak positive in the Fluctuation test against S. typhimurium TA98 in the absence of a metabolizing system"*. A retest of this result, using the microtiter system, showed a weak positive result once more. However, an examination of the batch 299/140 by TLV showed it to be considerably impure. This was almost certainly due to spontaneous degradation in the air during storage at 4°C. The GSK scientists further concluded the initial negative result was obtained early in the testing program presumably before any breakdown had occurred. Further retesting demonstrated that the "pure compound AH20199 had no mutagenic activity whatsoever."

GSK also conducted studies on a chemical intermediate of ranitidine, Bis-s-methyl compound (AH22022X) (PATH/78/192 GSKZAN0003026861 – Mutagenicity testing of the chemical intermediates of AH 19065). This chemical intermediate of ranitidine (AH22022X) was found to be highly mutagenic, causing frameshift mutations. Since the purified sample was negative, these studies suggested the presence of a direct acting highly potent mutagenic impurity. Additional intermediates of ranitidine that were tested showing that AH21301 possessed weak mutagenic activity whereas all the remaining intermediates were found to be negative. The following were tested: AH18961 Amino alcohol; AH19013 Diamine; AH21031 S-methyloxalate; Dimethylamine (compound 4), Cysteamine HCL, monomethylamine, AH22022X Bis-S-methyl compound; and Furfuryl Alcohol. In a preliminary investigation using the yeast *S. cerevisiae* JDI and a rat metabolizing system, all demonstrated a highly toxic effect at 10 mg/nl.



CONFIDENTIAL INFORMATION

I also reviewed an addendum (further investigations on AH22022X (Bis-s-methyl compound) GSKZAN0003026885) to the above GSK report. This addendum noted the extreme mutagenic activity of AH22022X, which was resulted from the presence of an impurity (or impurities). Testing was carried out exclusively in the Fluctuation Test using tester strain *S. typhimurium* TA1538 as this proved most sensitive in the initial experiments. *"It can be seen that Liquor B from stage 2 is more mutagenic than the original impure sample. Liquor A from stage 1 is very toxic at doses above 1 µg/ml but is not mutagenic at non-toxic doses. In the purification of AH22022X, filtration was non-mutagenic, whereas PURITY D which had only been recrystallized from ethyl acetate, was of intermediary mutagenicity. The most dangerous stages of the process are therefore, Liquor B from stage 2 and the active charcoal, containing the mutagenic principle of AH22022X. Both should be handled with great care and disposed of through incineration."*

In 1979, GSK conducted research on the nitrosation products of ranitidine (PATH/79/220 – Mutagenicity Studies on the Nitrosation Products of AH19065 and AH22216 (liquid and agar assays); GSKZAN0000292368). The report indicated that "as a consequence of the WHO report entitled the Potential Carcinogenicity of Nitrosatable Drugs" further studies were carried out on AH19065 and AH22216. The investigators studied the ability of the drugs to produce nitroso-compounds in the presence of nitrite, and the mutagenicity of these nitroso-compounds against various strains of *S. typhimurium* (TA 1535 and TA 1537) and *E. Coli* (WP2 uvrA and WP67). These strains were selected by the investigators due to their sensitivity to mutagenesis by nitroso-compounds. *S. typhimurium* TA 1537 was utilized because it was used in the WHO report, although the investigators noted it was designed to detect frameshift mutagens and is extremely insensitive to nitroso-compounds. Testing was performed without the use of a microsomal



CONFIDENTIAL INFORMATION

system, derived from livers of rats induced with phenobarbitone and benzoflavone "S9-mix". The WHO NAP standards were used for *in vitro* nitrosation experiments (.01M of drug, .04M of nitrite and 37°C, pH of 3, carried out in dilute acetic acid 6% for 1 hour, then in pH of 6 with equal volume of saturated $NaHCO_3$). Consistent with published studies, nitrosated ranitidine was positive against *S. typhimurium* TA 1535, producing a 5-fold increase over control values. It was found to be negative against all other test strains. With S9-mix in the agar test, ranitidine was positive against *S. typhimurium* TA 1535 demonstrating a significant response down to 10 ug/ml.

AH22216 was also positive after nitrosation but against 1537 producing a 40-fold increase over the control. AH22216 demonstrated weak activity with TA1535 but not significant. The report stated it was completely negative against all test strains before nitrosation confirming results in report PATH 79/204. Importantly, the investigators concluded that it was obvious that ranitidine and AH22216 are metabolized after nitrosation into compounds with different mutagenic potentials. AH22216 is described as resembling the compounds discussed in the WHO report. The investigators also indicated that the results obtained with ranitidine are in accord with those expected from the formation of a nitroso compound. The investigators did describe the level of nitrite (2.7 mg/ml) as 300 times the level expected in the human stomach (10 ug/ml).

I also reviewed Glaxo Report PATH/79/ 224, which was a further evaluation of the mutagenic effects and screening of potential breakdown products from nitrosation of ranitidine. This report indicated that ranitidine, when subjected to the WHO nitrosation test, yielded a product which was mutagenic in a non-activated *Salmonella typhimurium* (TA 1535) system. Significant mutagenicity was observed when ranitidine (AH19065) was used in the WHO test at concentrations of 10 mMol (3.14 mg/ml) and 40 mMol (12.56 mg/ml) together with sodium



CONFIDENTIAL INFORMATION

nitrite at a concentration of 40 mMol (2.7 mg.ml). Reducing the nitrite concentration to 14.8 mMol (1.0 mg/ml) reportedly eliminated the mutagenic effect of these breakdown products from nitrosated ranitidine.

The Glaxo investigators indicated that a nitrosamide was probably involved because of the mutagenic activity. Other observations included the substitution of acetic acid by hydrochloric acid and increasing the reaction time to 4 hours, which did not qualitatively affect the mutagenic response seen with AH19065. TA 1535 is described as extremely sensitive to mutagenesis by n-nitroso-compounds and this strain was sensitive to the nitrosation product of ranitidine. The experiments were conducted at 37°C. The investigators noted that nitrite levels below 1000 μg/ml were inadequate for nitrosation of ranitidine to a detectable mutagenic product and such levels were approximately 100 times the level of nitrite one could reasonably expect in the human stomach. The investigators also noted that the mutagenic product of ranitidine formed after nitrosation of the drug had yet to be identified, however *"it is almost certainly produced in infinitely small quantities although its mutagenic potency must be of the same order of magnitude of NMNNG (gastric carcinogen) to allow for its detection."* Further, bacterial mediated nitrosation may occur in the contents of the large intestine but as this site was thought to contain little nitrite or nitrate, it was viewed unlikely. However, the recent demonstration of the endogenous synthesis of nitrites and nitrates in human intestine may significantly alter the previous conception of human exposure to nitrite and the potential formation of nitroso compounds in human body including the colon.

I also reviewed Glaxo studies conducted in 1980 regarding further mutagenicity of ranitidine and on its N-Oxide (AH 20199) and S-Oxide (AH20319). Initial tests on ranitidine revealed a weak positive signal against *S. typhimurium* TA1535 in the absence of 'S9-mix' and



CONFIDENTIAL INFORMATION

against *E. coli* WP67 in the presence of 'S9-mix'. These actions were described as consistent with the presence of a weak alkylating species. Consequently, a new batch of ranitidine was retested and tested negative with *S. typhimurium* TA1535, *S. typhimurium* TA100 and *E. coli* WP67. However, positive results were obtained against *E. coli* WP67 at doses of 30 mg/plate and 9 mg/plate in the absence of 'S9-mix' and at 30 mg/plate in the presence of 'S9-mix'. This was attributed *"to the activity of the compound itself and not to mutagenic impurities."* The results were confirmed by retesting the pure reference sample batch of ranitidine.

Elimination of agar during preincubation did not enhance the mutagenic effect against TA1535, but a statistically significant result was obtained at 9000 µg/plate. S-9 mix had no significant effect except a weak effect demonstrated at 10 µl S9 per plate. A microtitre fluctuation test was conducted and ranitidine was negative against both TA1535 and WP67 up to a maximum dose of 2mg/ml. The investigators concluded the negative result reflected the weakness of the alkylation effect. S-oxide was negative against all the test strains either with or without the incorporation of S-9-mix except for a slight increase over the background at the highest dose against TA1537. While this was attributed to chance, investigators concluded that these results had no biological significance to man.

Additional testing conducted by GSK on Bis-S-Methyl Compound (AH22022X) to isolate and identify the mutagenic impurity in AH22022X was unsuccessful (PATH/81/314 Mutagenicity Testing on AH22022X Bis-S-Methyl GSKZAN0000917248). GSK attributed this to the insolubility of the mutagenic entity and its failure to volatize in the Mass Spectroscope. In addition, Microbial Mutagenicity screen testing was conducted on GR31159X, a potential intermediate in the synthesis of ranitidine (WPT/82/086 (82MUT9) MICROBIAL MUTAGENICITY GSKZAN0000369554). GR31159X was tested for mutagenic activity at



CONFIDENTIAL INFORMATION

concentrations up to 1000 µg/plate in the Ames tests, 500 µg/ml in the Fluctuation tests, and 1000 µg/ml in the gene conversion assay. A statistically significant increase in revertant count was observed against *S. typhimurium* TA 1538. However, the investigators attributed it to chance because it was reportedly not confirmed on retest. The fluctuation assay and gene conversion assay using *S. cerevisiae* JD1 were negative. GR31159X was considered to be a non-mutagenic compound in these assays.

Further studies were performed on the compound as a potential replacement for the bis-s-methyl compound in the synthesis of ranitidine due to the bis-s-methyl compound mutagenicity results. The compound was toxic to the Salomella strains giving a minimum inhibitory concentration between 156-312 µg/ml, less toxic towards *E-coli* WP2 series giving a minimum inhibitory concentration of 625-1250 µg/ml, and relatively non-toxic towards yeast with MIC of 1250-2500 µg/ml. Toxic was induced on test strains necessitating the use of maximum test concentrations of 500 µg/plate and 500 µg/ml in the initial Ames and fluctuation tests respectively. Even though the compound was positive against *S. typhyimurium* TA 1538, *S. typhimurium* TA 98, S-9 mix in the gene conversion assay, the overall conclusion by GSK was that it was not mutagenic.

A cytogenetic study in the spermatogonial cells of mice following oral administration of ranitidine evaluated its potential to induce chromosomal damage in the germ cells of mice (A Cytogenetic Study in the Spermatogonial Cells of Mice Following Oral administration of ranitidine GSKZAN0000931154). Following oral doses of 1000, 300 or 100 mg/kg, there was no evidence of an elevation in chromosome or chromatid damage when compared to the vehicle control animals. Because of the methodology employed, slides generated from the animals killed on days 2 and 4 were not included in the study as the criteria was reportedly not fulfilled.

Furthermore, testicular preps from animals treated with 5 mg/kg mitomycin C were devoid of metaphases so only those treated with mitomycin C at 3 mg/kg were utilized. The results were a high proportion of polyploid cells for all groups (18-25%) and there was no dose related effect. Thus, GSK determined it was spontaneous. A number of terminal or centromeric associations were also observed in which the centromeres of the acrocentric chromosomes were orentated towards each other in groups of two. GSK noted they occurred randomly, with no dose related effect. GSK admitted that the mechanism is unknown, but they have been reported in mice bone marrow cells. There was a presence of visible strands connecting the centromeres in a few cases indicating that possibly a component of the heterochromatin near the centromere is involved. Assocations were present equally in all treatment groups and were therefore considered to be of no toxicological significance. The conclusion by GSK was that ranitidine did not induce an increase in detectable chromatid or chromosome damage in the germs cells of male mice *in vivo*.

Mutagenicity testing was conducted on the ranitidine base using two different yeast assays (Gene Conversion Assay; Forward Mutation Assay: CAN S-CAN R)WPT/83/055 Mutagenicity Testing on AH 19065 (ranitidine) base). In these studies, ranitidine demonstrated minimal toxicity towards *S. cerevisiae* strain D4 over the concentration range evaluated, and exhibited no biologically significant effects. The compound was slightly more toxic towards *S. cerevisiae* strain S9, in the presence of S-9 mix, but no significant mutagenic effects were obtained.

Micronucleus testing was performed on ranitidine to identify possible clastogenic and heritable hazards (WPT/83/056 *In Vivo* Cytogenetic Evaluation of AH 19065 (ranitidine GSKZAN0002772095; GSKZAN0002772111). Ranitidine was administered at dose levels of 3, 10 and 30 mg/kg equivalent to 2.7, 8.9, 26.8 mg/kg of free base. Mice dosed at T0 and T24 hours



CONFIDENTIAL INFORMATION

and killed at T30 hours. 1000 immature polychromatic cells were counted from each animal. There was a marginally significant increase in the proportion of mature to immature erythrocytes was observed with the intermediate dose of ranitidine (10 mg/mg/kg). The authors attributed this activity to chance since the effect wasn't noticed in the largest dose group. The conclusion of GSK was ranitidine "did not induce a significant increase in detectable chromosome damage. It was therefore concluded that AH 19065 was negative in this *in vivo* study." However, upon closer review of the laboratory notebook with the findings and comments of the study investigator, it was noted that these studies were being conducted to evaluate the question of nitrosation occurring in the gut. Moreover, the investigator noted "two slightly disturbing aspects of this experiment." One of which was the *"statistical analysis of the results indicating that ranitidine at 10 mg/kg shows significant statistical clastogenesis", however the investigator did "not consider the result to be biologically significant."*

Under current standards, this experiment was inadequate to measure an effect because intraperitoneal injection as a method of administration is not recommended since it's not physiologically relevant to human exposure. The investigator cited to Schmid as a resource for study design and methodology. In 1977, Schmid stated the principle that test substances should be applied by the same route that through which man is exposed (OECD Guidelines for the testing of chemicals, Test Guideline No. 488 Transgenic Rodent Somatic and Germ Cell Gene Mutation Assays, June 26, 2020). Specifically with regard to intraperitoneal injection, Schmid advised that a considerable proportion of injections may end up unknowingly in the caecum and it's difficult to say what proportion will reach the blood, therefore the only safeguard is to work with sufficiently large numbers of animals (e.g. a minimum of 10 animals per group is often needed to achieve statistically significant). Here, Glaxo used 4-5 animals per group. In addition,



CONFIDENTIAL INFORMATION

the high dose group only had 4 animals with measurable data. This was due to incorrect dosing of the 5th animal in that group. Despite the inadequate design and methods, *the experiment did demonstrate statistically significant evidence of clastogenesis in the intermediate dose group*.

GSK conducted an acute oral toxicity study in mice (M10348) regarding GR35178X which is an impurity formed during the synthesis of ranitidine (WPT/83/057 – GR35178X an impurity formed during the synthesis of ranitidine M10348 GSKZAN0000283147). A single dose was given orally to groups of 10 male and 10 female at levels of 1000 mg/kg, 100 mg/kg, 10 mg/kg or 1 mg/kg. All animals were observed for 14 days and then subjected to gross macroscopic post-mortem. No tissues were submitted for microscopic examination. They only performed a macroscopic exam and surprisingly, no histological analysis for cancer or dormant micrometastasis was performed. The conclusion was that GR35178X has a low order of acute oral toxicity in mice with an LD50 value in excess of 1000 mg/kg.

GSK also conducted an assessment of dinitrosated ranitidine formation in man (BIO/80/11 Nitrosation of Ranitidine – Assessment of dinitrosated ranitidine formation in man GSKZAN0000369530). Nitrosation of $^{14}C$ ranitidine was investigated throughout a range of nitrite concentrations. The mutagenicity observed when tested under the WHO recommended conditions is attributed to the formation of dinitrosated ranitidine AH23729. The GSK studies of the nitrosation of ranitidine under the conditions prevailing in the human stomach suggested to GSK that chemical n-nitrosation of ranitidine cannot occur in man. However, chemical analysis of the NAP test products from 220 (CR 295/79) indicated that ranitidine formed c-nitrosoranitidine which decomposed to form the amino alcohol (AH18961) and thiazine (AH22888). Fasting gastric juice samples were collected from clinical trial CP:25:79. Samples stored at -15°C. Nitrite determination was carried out according to SOP 29BP. Thiocyanate



CONFIDENTIAL INFORMATION

determinations used the Ruddell procedure (1977). The amounts of C-nitrosoranitidine and AH22888 appeared similar at each nitrite concentration, yet only at 40 mM nitrite was a positive result obtained in bacterial mutagenicity (PATH 79/220). Consequently, it was concluded that the mutagenicity was not caused by c-nitrosoranitidine or AH22888. However, the radioautogram revealed the existence of a minor component whose intensity increases with increasing nitrite concentration corresponding to dinitrosated ranitidine (AH23729). Potent mutagenic activity was documented in PATH 80/235. The observed correlation between nitrite concentrations and concentrations of AH23729 provide a chemical rationale for the nitrite dependency of mutagenicity (PATH 79/220). It was determined that dinitrosated ranitidine will not form at pH below 2.3 and under the conditions prevailing in the human stomach.

Further toxicity testing was conducted by GSK on furfuryl alcohol intermediate of ranitidine (TOX17 AC1211 GSKZAN0003567709 – testing on furfuryl alcohol (AH19065 (ranitidine) intermediate). It was administered orally to 10 male and 10 female mice. Animals were observed for 21 days after dosing. Histological changes were present in the lungs and liver but "their nature was not consistent with their being in any way related to or caused by the administration of the test substance." However, clear evidence of toxicity was seen at 1 ml/kg and at 0.1 ml/kg, there was a single death of a male at day 11. In toxicity testing was conducted on the amino alcohol intermediate of ranitidine, there was also clear evidence of toxicity observed at 1 ml/kg (TOX18 AC1212 GSKZAN0003567699 - testing on amino alcohol intermediate of ranitidine). Further signs of toxicity was noted on Bis-s-methyl (TOX19 AC1213 GSKZAN003567701 testing on bis-s-methyl. There were histological changes in the liver of 12 mice in different dosing groups. This immunohistochemical analysis revealed congestion, inflammatory infiltration, and varying degrees of periportal necrosis. Inflammation



CONFIDENTIAL INFORMATION

and necrosis (cell death) are consistent with key characteristic of carcinogens. While doses of 10 mg/kg exhibited minimal symptoms of toxicity, there was clear evidence of toxicity observed at 1000 mg/kg and 100 mg/kg. Toxicity testing was also conducted on monomethylamine, an intermediate of ranitidine (TOX20 AC1214 – GSKZAN0003567694 – testing on Mono methylamine – intermediate of AH 19065 (ranitidine). Again, clear evidence of toxicity was observed at 600 mg/kg.

Testing was conducted on mutagenicity of diamine intermediate of ranitidine on Charles River Laboratory mice (10 male and 10 female) and observed for 21 days (TOX21 AC1217 GSKZAN0003567697 - testing on mutagenicity of Diamine Intermediate of ranitidine). There was clear evidence of toxicity including histological changes at the 1 ml/kg dose. Three mice in the high dose group, which died within 30 hours of dosing, and had reddened intestines. One had localized infiltration of the mesentery, serosa and outer muscle of the stomach. However, the investigators noted that it was unlikely to be from administration of the test substance. Toxicity testing was also conducted on cysteamine HCL intermediate of ranitidine (TOX22 AC1217 GSKZAN0003567704 - testing of cysteamine HCL intermediate of ranitidine). The substance was dissolved in distilled water and administered orally to 10 male and 10 female Charles River Laboratory mice, 3 different doses were evaluated (10, 100, 1000 mg/kg). Here, clear evidence of toxicity was confirmed by histological changes in the liver at 1000 mg/kg. Evidence of slight toxicity observed at 100 mg/kg but at 10 mg/kg symptoms were minimal. However, changes in the kidney although small, were seen at all dose levels.

In summary, these GSK Studies provided evidence of the mutagenic, genotoxic, clastogenic, and toxic activity of ranitidine. There was also evidence of the breakdown of ranitidine during storage. Moreover, chemical intermediates of ranitidine were found to be highly



CONFIDENTIAL INFORMATION

mutagenic and caused frameshift mutations. Ranitidine intermediates were toxic. Nitrosated ranitidine exhibited mutagenic activity. Ranitidine is broken down after nitrosation into compounds with different mutagenic potentials. Ranitidine did induce a significant increase in detectable chromosome damage. Ranitidine also induced inflammation and necrosis (cell death), which are key characteristic of carcinogens. This are signs when taken together that ranitidine causes cancer via key characteristics of carcinogens, including genotoxic, mutagenic, and clastogenic activity. These internal GSK studies provide many indications that ranitidine is carcinogenic, genotoxic, mutagenic and clastogenic that were confirmed by many peer-reviewed publications over several decades starting in the 1980s.

## **GSK RANITIDINE PRECLINICAL STUDIES**

Glaxo submitted three rodent carcinogenicity studies to support its original application for approval of Zantac®. The studies consisted of one long term rat carcinogenicity study (AH88-801075) and two long term mice carcinogenicity studies (CAR 009 and CAR 010). These Glaxo studies show ranitidine can cause cancers in mice (e.g. lung) and rats (e.g. carcinoids) consistent with the published literature which also shows that long term administration of ranitidine (e.g., 2 years) can cause cancer (e.g. carcinoids). I reviewed all three study reports and appendices and address each of them below.

### **AH880801075 – Ranitidine AH 19065 hydrochloride potential tumorigenicity in long term dietary administration to rats**

This study was sponsored by the Glaxo Group Research Limited in the UK and conducted from 1978 until 1981 at the Huntingdon Research Centre. The study began prior to the issue of Good Laboratory Practice Regulations by the FDA. The final report was issued in March



CONFIDENTIAL INFORMATION

1981. The study consisted of a control group with 100 males and 100 females of Sprague Dawley rats of the CD strain. Three treatment groups of 50 males and 50 females each. The ranitidine HCl was given by admixture in the diet. The dose levels were increased at week 17 of the study due to the difficulties in achieving homogeneity of ranitidine in the diet. The original diet used was Spratt's Laboratory Diet No. 2. The diet was changed to BP Rat and Mouse No. 1 at week 10 to attempt to correct this issue. Ultimately, the need for an increase in dose led to the dose groups at week 17.

The product used was ranitidine HCl powder from various batches manufactured in 1978 through approximately 1980. This product was polymorphic form 1 ranitidine. GSKZAN0002598574, GSKZAN0003396752, GSKZAN0000282863, GSKZAN0000289955. Glaxo has confirmed on multiple occasions that polymorphic form 1 ranitidine was never marketed or sold in the U.S. and all product marketed and sold in the U.S. was polymorphic form **2** ranitidine (GSKZAN0002598574). The difference between the two forms relate to the crystal structure with significant variations in chemical shift between carbon atoms associated with the furan ring suggesting pronounced variation in conformation in the side chains of the two forms (GSKZAN0000282863). In addition, Glaxo noted marked line broadening effects due to quadrupolar coupling to nitrogen-14 particularly for form 1 where the -NHMe is observed as a doublet (GSKZAN0000282863). The two forms also look very different by scanning electron microscopy with form 1 appearing as chunky plates and for 2 showing aggregates of needles (GSKZAN0000282868). Studies have been undertaken to determine the differences between the two polymorphic forms (not specific to NDMA formation). Wu and colleagues undertook stability tests of the two polymorphic forms of ranitidine and found that storage of form 1 and form 2, particularly at high humidity, resulted in preferential loss of form 2 compared to form 1.



CONFIDENTIAL INFORMATION

Loss was greater at 30°C/75% RH than at 20°C/75% RH. In addition, Form 2 was preferentially lost under low humidity conditions. The two forms have different melting points. Wu noted that "unpredictably, sample stored at 42°C/45% RH turned brown faster than other samples and resulted in preferential loss of Form 2 faster than expected. The humidity (45% RH) was much lower than CRH and thus very little moisture update occurred yet significant loss of form 2 was found to occur." (GSKZAN0000282868)

Taday et al.,[112] noted that Form 1 is more difficult and expensive to crystallize while Form 2 is cheaper to manufacture and used exclusively in GSK products (Zantac®). Mirmehrabi, et al.,[113] found that the difference between the two polymorphs is configurational rather than conformational and studies suggest that Form 2 contains more molecular disorder while Form 1 may be more ordered. Mirmehrabi states that the most important difference is where one finds the C(18) which is the carbon with nitro group with Form 1 showing a singlet indicative of order and Form 2 showing a doublet which is indicative of disorder.

Given the potential differences in the two polymorphic forms, the early GSK carcinogenicity studies utilizing polymorphic form 1 ranitidine are unreliable to assess carcinogenicity and safety of form 2 ranitidine which was marketed to and ingested by consumers for 40 years. Putting aside the differences in the polymorphic forms of ranitidine, there are other inherent flaws in the design and analysis as it pertains to endogenous nitrosation. The nitrite content of the feed was listed as averaging 2.2 mg/kg Na $NO_2$. The nitrate content in the water was listed as between 28-47 ppm. Glaxo scientists represented that these amounts were able to demonstrate nitrosation of ranitidine if it were occurring endogenously [Gastrointestinal Drugs Advisory Committee Transcript, Testimony of Dr. Desmond Poynter, Director Pathology Glaxo Group Research and Dr. David Jack, Director of Research and Development Glaxo Group



CONFIDENTIAL INFORMATION

Research, May 13, 1982, pp 11-13, 62, 69. (GSKZAN00000050413)].However, this misperception was flawed for several reasons, first it did not take into account known inhibitors of nitrosation in the diet such as Vitamin E. It was well known at the time that these studies were conducted that Vitamin C and E reduced or inhibited nitrosation (Nutritional Requirements and Contaminant Analysis of Laboratory Animal Feeds, EPA 560/6-83-005, May 1984). Vitamin E was a standard component of rodent diets used in laboratory experiments typically ranging from 35-60 ppm[114].

The recommendations for dietary concentrations of Vitamin E in rodent laboratory animal feed in the 1970s and 1980s were 27 IU/kg with a range of 42 μmol/kg -57 μmol/kg depending on whether it was a high or low fat diet (Nutritional Requirements and Contaminant Analysis of Laboratory Animal Feeds, EPA 560/6-83-005, May 1984). In addition, vitamin E and vitamin C were known to reduce the endogenous formation of nitrosamines, such as NDMA 3658-3662[115,116] (PATH-80-235 Nitrosation of Ranitidine, Further Mutagenicity Studies, GSKZAN0000986964). Typical diets that Glaxo used in rodent studies included Special Diet Services (SDS) which had Vitamin E content ranging from 37-82 mg/kg (See GSKZAN0000920862-GSKZAN0000920885). Vitamin E supplements in diets for laboratory animals can jeopardize findings in animal models of disease[114]. Experimental animal models in various diseases showed that vitamin E supplementation decreases key characteristics of carcinogens (e.g. oxidative stress)[117]. Important vitamins (e.g. C and E) inhibit nitrosation. Thus, these animal studies are fundamentally flawed. It is not possible to translate the carcinogenesis results of these studies to humans in the context of a drug such as ranitidine that can cause cancer via nitrosation.



CONFIDENTIAL INFORMATION

The findings in this study were described as showing no evidence of tumorigenicity or carcinogenicity in the rats treated with ranitidine. Given the above limitations of this study, it is not valid to determine the safety of the product in relation to a carcinogenic effect of ranitidine. The authors did note that more treated rats had pale gray/green areas/foci on their lungs. In addition, 7 males and 4 females in group 4 had enlarged stomachs while all treated animals in group 4 and all treated male rats in groups 2-4 had increased stomach weights. Moreover, there was an increased incidence of lungs with foamy cells among rats of all treatment groups compared to the controls. The high dose group demonstrated increased incidence of lungs showing cholesterol clefts, which can be a sign of increased inflammation. There were also symptoms of sialodacryo-adenititis (severe inflammation of the salivary and lacrimal glands in rats) in all groups on the day before treatment started. Thus, ranitidine exhibited systemic effects of inflammation throughout the body. Inflammation is a key characteristic of carcinogens as cancer growth is stimulated by pro-inflammatory mechanisms[78]. There were findings of liver tumors in the male and female rats.

Overall, the large numbers of tumors in the controls also rendered this study inadequate for purposes of analyzing carcinogenicity in evaluating the pro-carcinogenic activity of a drug know to be genotoxic, mutagenic, and clastogenic. The incidence of spontaneous tumors typically found in laboratory rats is much less than the numbers demonstrated in the Glaxo study. Multiple studies demonstrate the typical rate of spontaneous tumors in Sprague Dawley rats. Bode, et al found the gradual increase of food intake and body weight was followed by a gradual increase in the incidence of spontaneous tumors: 5% and 13%[118]. The incidence of spontaneous tumors in laboratory rats was proportional to the increase in age: At 15 months only 6%, at 32 months 86%. 32% of the tumors were located in the mammary glands, 27% in the hypophysis,



CONFIDENTIAL INFORMATION

12% in skin and appendages, and 9% in other endocrine organs[118]. Gross and colleagues found in their colonies of Sprague-Dawley rats the incidence of tumors was 22% in females and 5% in males; and in Long-Evans rats the incidence of tumors and 28% in females and 10% in males[119]. The incidence of spontaneous leukemia and lymphoma in rats is relatively low. Most of the tumors in males are soft tissue fibromas or fibrosarcomas. However, in the Glaxo studies, there was a very high background rate of tumors in control animals. Almost 50% of the male rats in the Glaxo carcinogenicity study control group had tumors and more than 80% of female rats in the control group had tumors. This is unusual and is a fundamental flaw in the study rendering it unreliable to assess the carcinogenicity of ranitidine.

Two oral tumorigenicity studies (CAR 009 and CAR 010) were conducted in mice: PATH/81/269 – CAR 009 Ranitidine 2-year Oral Tumorigenicity Study in Mice (GSKZAN0000087138) and PATH/80/247 – 114-week Oral Tumorigenicity Study in Mice (CAR 010) issued in January 1981 (GSKZAN0000919203). I reviewed the interim progress report on both mouse carcinogenicity studies. The first, CAR 009, started August 9, 1977, and at the time of this report had been in progress for 61 weeks. The diet used was No. 2 laboratory diet for rodents supplied by Spratts Ltd. The drug (ranitidine) could not be detected in the blood of the mice. Thus, dietary concentrations had to be increased in late November and December 1977. During this time, 49 animals had died at this point.

A second study MISC 095 was undertaken to determine the issue with dosing that was demonstrated in CAR 009. First, it was not possible to detect ranitidine in the blood of mice receiving a daily dose of 100 mg/kg in the diet. The main problem was viewed to be that small amounts are consumed at intervals throughout each 24-hour period and since the drug is quickly absorbed and metabolized, detectable blood levels were not attained. It was found that 6.5 hours



CONFIDENTIAL INFORMATION

after mice that had been previously starved were given diet containing sufficient ranitidine to give a daily dose of 800 mg/kg, a level of 1.1 μg were detectable in the plasma. Under normal feeding, a plasma level of .3 μg/ml was attained when mice consumed a diet containing sufficient AH 19065 to give a daily dose of 1000 mg/kg. If a dose of 100 mg/kg was given by gavage, the plasma level 1 hour later was 0.44 μg/ml if the stomach contained food but 3.1 μg/ml if the stomach was empty.

The second tumorigenic study (CAR 010) was undertaken because of the dosing issues in CAR 009. Dosage levels administered were 100, 450 and 2000 mg/kg. The study started on May 26, 1978. Dietary concentrations of ranitidine were progressively increased during the first 3 weeks. At the beginning of this study, surplus mice were divided between the 4 groups and fed the appropriate diet. At the end of week 6, the surplus mice were killed and blood samples analyzed to determine plasma levels. This interim report also notes that in man, a single oral dose of 40 mg gives a peak blood level of 0.1-0.2 μg/ml with a half life of some 1.5 hours. The mouse levels are steady state levels. This study suffers from the same limitations as the study conducted on rats discussed above. Namely, the drug product used was polymorphic form 1 which was never marketed by GSK in the US and therefore an extrapolation of lack of carcinogenicity cannot be made between the two. Second, the high vitamin E content in the rodent diet would negate any endogenous formation of NDMA from ranitidine. It is not apparent whether these factors were considered or even appreciated by Glaxo at the time that the studies were conducted even though the inhibition of nitrosation from Vitamin E and C was well known in the scientific literature[120].

Another study involved C57BL/10ScSn inbred strain of pigmented mice. According to Glaxo, this strain is well suited for this type of study as its general health is good and the



CONFIDENTIAL INFORMATION

incidence of spontaneous tumors is low (approximately 15% at 23 months). However, in CAR 009, the control mice (n=100) developed 50% incidence of spontaneous tumors (n=50 out of 100) which is over 3-fold higher. This is a fundamental flaw and calls into question the results of the study. Again, 50% of the control group had tumors at the conclusion of the study (24 months). It is technically difficult to evaluate the pro-cancer activities of a drug when the control groups had such a high incidence of cancers. These mice had free access to tap water and powdered laboratory diet with the test substance incorporated into the diet for the treated groups. Nitrate content in the water was listed as between 26-56 ppm. Diet was Spratts' Laboratory Diet No. 2, pelleted and ground to 30%. Nitrate and nitrite levels were analyzed. Diet was supplied through hopper fed feeder troughs.

In terms of general pathology, a number of mice that died during the course of the study had infectious disease. There were cases of preputial gland abscess, mediastinal abscess, bacterial hepatitis and otitis. Described as an "interesting feature" in the stomach of 70 mice, lesions were grossly visible that were raised plaque-like, small, rounded nodules not greater than 2mm in diameter in the wall of the stomach near the muco-squamous junction with localized acanthosis and hyperkeratosis and vigorous inflammatory infiltration.

The lungs of the mice also exhibited pulmonary crystalloid proteinosis with numerous long needle like crystalloid structures in airways and alveoli. Also, found were excessive lung macrophages (an immune cell that stimulates inflammation), however, the investigators do not attribute any of this to the treatment. Age related findings were described as amyloid deposition, lymphoid hyperplasia, mural hyperplasia in the lungs, and heterotopy.

The investigators noted that the malignant rhabdomyosarcoma is a rare tumor in all species of mammal and therefore to find 5 cases in this strain of mouse "was interesting but of no



CONFIDENTIAL INFORMATION

toxicological significance." The round cell sarcoma of the uterus is also not typically seen in the mouse but it was found in all groups in this study. There was also a significant trend in connective tissue tumors in male mice which the authors attribute to chance. There was also a dose related increase in angiomas which the author described as "spurious". This study was not effective to measure carcinogenicity given the different polymorphic form of ranitidine utilized, the vitamin E content in the diet and its inhibitory effect, the large number of tumors in the control group (50%) and the issues with dosing that were encountered during the first four months of the study. The number of tumors in the control group alone renders the Glaxo ranitidine studies fundamentally flawed as there was an unusually high incidence of spontaneous tumors in the control group. It would have been virtually impossible to determine whether the pro-tumorigenic activity of ranitidine in these cancer studies.

The second tumorigenicity study in mice commenced on May 26, 1978, and was completed on August 5, 1980. This study also used polymorphic Form 1 ranitidine. Again, the investigators had issues with detection of ranitidine in the plasma of the mice requiring a change in dosing at week 12. Again, more than 50% of the control group of mice had tumors which is contrary to the norm in this strain of mouse (15% at 23 months). There were other significant errors made in preparing the concentrations of ranitidine in the diet. From week 34 to 36, the male high dose group received only 38% of the intended level of ranitidine. In weeks 57-59, the male low dose group received diet containing only 87% of the intended level. And, in week 5, a miscalculation led to errors in all treated groups diets. The concentrations of ranitidine in the diet during week 5 ranged from 83% to 117%. The diet used in this study was SQC Rat and Mouse No. 1 expanded diet supplied by BP Nutrition. Nitrite content ranged between <1-5.4 ppm. Nitrate levels were not determined regularly, but three analyzed batches had less than 1 ppm of



CONFIDENTIAL INFORMATION

nitrate in each batch. These mice were all found to have the same lesions in the stomach as those in CAR 009. Age related changes were described as amyloidosis, cardiomyopathy, nodular hyperplasia of the liver and lesions involving the eyes.

A revised statistical analysis was conducted noting that in the original report (pp 47-64) that animals had been cannibalized or were too autolyzed to allow a proper histological examination were included as non-tumor bearing animals in the analysis of tumor incidence. This skewed the data. A new statistical analysis was submitted that corrected the data. Investigators state that it does not change the conclusion of no evidence of carcinogenicity. However, there was a statistically significant positive dose-related trend in tumor rates for pulmonary tumors in female mice (p=0.01). There were 3 tumors in the high dose group with none in the lower dose or control groups. In the males, there were 3 in the high dose group, 3 in the intermediate dose group and 3 in the control group.

Not only the high incidence (e.g. 50%) but also the extremely high number of spontaneous tumors (e.g. 30) in control groups of the Glaxo carcinogenesis studies further make them technically flawed to determine carcinogenic activity of ranitidine. The control tumors included over 30 types of cancers including: fibrosarcoma, osteosarcoma, bile duct carcinoma, sarcoma, brain tumors, squamous cell carcinoma, prostate carcinoma, chondrosarcoma, lymphosarcoma, lymphoblastic sarcoma, metastatic osteosarcoma, myeloid leukemia, lymphoid leukemia, reticulum cell sarcoma, fibrosarcoma, mammary tumors, adrenal cortical carcinoma, malignant pheochromocytoma, uterine fibrosarcoma, uterine adenocarcinoma, uterine leiomyosarcoma, pituitary adenoma, pituitary carcinoma, hemangioma, fibrosarcoma, anaplastic sarcoma, hemangiosarcoma, prostate carcinoma, lung metastasis (e.g. from adrenal cortical carcinoma), fibroma, bile duct carcinoma, reticulum cell sarcoma, glioma, and myxoma. Male rat



CONFIDENTIAL INFORMATION

control tumors included lymphoreticular system tumors (lymphosarcoma, reticulum cell sarcoma, lymphoid leukemia, myeloid leukemia); liver (benign liver cell tumor and malignant liver cell tumor and cholangioma); kidney (renal mesenchymal tumor); stomach (papilloma); pancreas (exocrine adenoma, islet cell adenoma, and islet cell carcinoma); pituitary (adenoma and carcinoma); thyroid (follicular cell adenoma, follicular cell carcinoma, parafollicular cell adenoma, and parafollicular cell carcinoma); ovary (tubular adenoma and granulosa cell tumor); adrenal (cortical adenoma, cortical carcinoma, and pheochromocytoma); uterus (adenocarcinoma, leiomyosarcoma, and fibrosarcoma); mammary gland (fibroadenoma, adenoma, and adenocarcinoma); skin (fibroma, fibrosarcoma, and hemangioma); and central nervous system (glioma and meningioma), and interstitial cell tumor testis.

Although the 3 studies above were the primary carcinogenicity studies that were submitted to the FDA to support the application, I reviewed additional Glaxo long-term animal studies as well. A long term 372-week Beagle study commenced in October 1979 at Glaxo Group Research but was transferred to Huntingdon Research Centre in the middle of the second year (WPT/89/306 Ranitidine HCl – the effects of repeated, twice daily, oral administration to Beagles for 372 weeks of doses equivalent to 5 mg ranitidine/kg. (SAD112/D11281/GXO50G). GSKZINDC0000001061 (Vol 1) and GSKZINDC0000001492 (Vol 2 Annex 3-6)). Ranitidine was provided to the dogs as tablets containing 20 or 2.5 mg ranitidine/tablet (although some were found to be low on the assay). The tablets were placed in gelatin capsules for dosing and given twice a day. There were two groups of animals – a control and treated group. Each group had six male and six female Beagles. The treated group received the equivalent of 5 mg ranitidine base/kg body weight.



CONFIDENTIAL INFORMATION

During the course of the study, one male dog was euthanized at week 12 in the control group and replaced. A control female was euthanized due to polyarteritis at week 33 but not replaced. A treated male was found dead at week 182 from congestive heart failure with marked endocarditis of the right atrioventricular valve, which was considered unrelated to ranitidine by the investigators. Two males and one female from the control group were euthanized at weeks 372, 379 and 380 for humane reasons. Autopsy revealed pulmonary mesothelioma, metastasizing phaeochromocytoma and diffuse interstitial pneumonia, and severe pyometra.

A firm nodular mass was found in one mammary gland in two treated females. There was a statistically significant increase in pancreas weight for treated females, which the investigators said was considered to be of no toxicological significance. There were six malignant tumors – 4 in the control group as described above and 3 in the treated group: adenocarcinoma of the thyroid, mixed mammary tumor metastasized to the lymph nodes. There were also benign tumors found – 5 described as adenomas of various organs and one neurofibroma of the large intestine in the control group, and one mammary fibroadenoma and one phaeochromocytoma in the ranitidine-treated group.

Ranitidine was from batches C368/164A (used day 1 to 315), C368/167A (used day 1 to 516), and C377/202 (used days 316-516). The batches were manufactured between July 1979 and June 1980 using synthetic process 3 and were polymorphic Form 1 ranitidine. Batches 028, 093, 319, 416 and 490 were also used. They were manufactured between March 1981 and May 1985 using synthetic process 3 (solvent granulation). Presumably, these batches were polymorphic Form 2 ranitidine provided the date of manufacture. The diet used was SDS Diet A/SQC Laboratory Diet A (BP Nutrition UK Ltd.).



CONFIDENTIAL INFORMATION

I also reviewed a 397-week Beagle toxicology study (WPT/89/196 – 397-week toxicology study in Beagles (GSKZINDC0000000846)). This study conducted by Glaxo commenced on May 4, 1978, and was transferred to Huntingdon Research Center on March 25, 1981. It involved 2 males and 2 females, each receiving a single daily dose of ranitidine equivalent to 50 mg ranitidine base/kg. There was no control group. Dosing continued for 397 weeks, followed by a 7-week withdrawal period and autopsy. One female had increased liver weight, which was expected, and decreased pituitary weight. The main diet used was SQC Laboratory Diet A supplied by BP Nutrition. Three batches were analyzed for nitrate content and it ranged between 22 and 40 mg/kg. After December 1979, all batches were analyzed and it ranged between <1 and 41 mg/kg. Week 71 until week 90, diet was supplemented with Chappie Brand canned meat 215g per dog. Two females became pregnant during week 117 when a dog from another study escaped its pen. Ranitidine batches used were P270/1, P282/30, P282/91, P297/90 and B171/80 all manufactured between May 1978 and September 1980. These batches were all polymorphic Form 1 ranitidine based upon the date of manufacture.

Upon transfer to Huntingdon, the dogs were given Special Diet Services (SDS), Diet A for the remainder of the study (1981 until study termination). Batches of ranitidine used at Huntingon were B171/80, B241/81, B56/83 and B178/85 all manufactured between September 1980 and 1985, presumably all polymorphic Form 2 ranitidine based upon date of manufacture. The SDS Diet A contained 60 mg/kg of Vitamine E. The only finding that the investigator considered noteworthy was prominent lobular markings of the liver for Dog 559 and areas of pale mottling on the liver surface for Dogs 561, 560 and 562. Dog 560 had an abnormal increased liver weight.



CONFIDENTIAL INFORMATION

Spurling and colleagues (all Glaxo scientists) published an article relating to the 7-year study conducted on Beagles with daily oral administration of ranitidine[121]. Post-mortem examination revealed firm nodular masses in mammary glands of each of the two treated females which was confirmed to be fibroadenoma and a benign mixed mammary tumor, respectively. One treated male had thyroid adenocarcinoma. One of the treated dogs died from endocarditis and congestive heart failure. The authors did not attribute any of the findings to treatment with ranitidine.

**RANITIDINE CAN CAUSE CANCER (e.g. Carcinoids) VIA HYPERGASTRINEMIA**

Sustained hypergastrinemia, abnormal gastrin production, is closely related to chronic, profound acid suppression[86]. Gastrin is the hormone that stimulates secretion of gastric fluid. As more potent acid-suppressing medications have become available for therapeutic use, the potential clinical implications of hypergastrinemia have received considerable attention. The question now appears to be not whether the acid-suppressing medications are genotoxic, but whether they may act indirectly as tumor promoters under certain therapeutic conditions[86]. Hyperplasia of the gastric mucosa was initially observed following chronic treatment with large doses of cimetidine[86]. In the toxicological studies on the gastric antisecretory drug, omeprazole, however, the presence of generalized gastric mucosal hyperplasia was observed in rats, mice and dogs[109]. Investigations of the carcinoids showed that most of the endocrine cells could be characterized as ECL cells. The hyperplasia of oxyntic mucosal cells, including hyperplasia of endocrine ECL cells and development of gastric carcinoids in rats, resulted from the pronounced hypergastrinemia produced as a secondary effect of almost complete inhibition of acid secretion by the large doses of omeprazole used in the toxicity studies[109]. The hyperplasia of the oxyntic



CONFIDENTIAL INFORMATION

cells was prevented by antrectomy[109]. A similar hyperplastic gastric mucosal response was observed with other potent acid-suppressing medications, including loxtidine[122].

Subsequent experiments demonstrated that profound acid suppression can result in hypergastrinemia with an elevated gastric pH and the loss of the major physiological inhibitor of gastrin secretion, luminal acid[110,123]. The tumors can be defined as carcinoids of ECL cell origin[110]. ECL cells occur exclusively in oxyntic mucosa and proliferate in response to the trophic hormone gastrin. Ranitidine and other H2RAs are potent inducers of gastrin, which can influence tumor growth[124]. Gastrin is a trophic factor for gastric ECL cells[125].

An increasing number of case reports suggest a relation between atrophic gastritis and gastric carcinoids[126]. This relation has now been quantitatively documented in endoscopic screening studies. The extent of ECL cell hyperplasia correlates highly with the incidence of atrophic gastritis in omeprazole-treated patients[127]. Microscopically, the tumors, which are frequently of the ECL cell type, show various structural differentiations and glandular differentiation, indicating malignant potential[126].

The precursor lesion to such "early carcinoids", as well as to infiltrating carcinoids, is probably hyperplasia of endocrine cells in the atrophic fundic mucosa. Such hyperplasias, whether nodular or diffuse, are quantitatively related to hypergastrinaemia, which is a typical feature of antrum sparing (type A) atrophic gastritis[126]. Scientific studies show that that a significant component of the gastric hyperplasia that is observed following prolonged administration of acid-suppressing medications is due primarily to an increase in gastric mucosal ECL cells[86,128,129].



CONFIDENTIAL INFORMATION

## GSK INTERNAL STUDIES RELATING TO RANITIDINE CAUSING CANCER VIA HYPERGASTRINEMIA

Gastric carcinoids were observed in two GSK rat studies (WPT/94/381 and WPT/93/096) following the dietary administration of high doses of either ranitidine hydrochloride or ranitidine bismuth citrate, which resulted in extensive and prolonged systemic exposure and in continuous acid inhibition and hypergastrinemia.

WPT/94/381 was conducted in the early 1990s to determine the effects on the stomach in Sprague Dawley rats from ranitidine, famotidine and omeprazole over two years (WPT/94/381 Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomachs of rats (Study No. R13529) GSKZAN0000167573 (vol. 1) and GSKZAN0000585090 (vol 2)). The study only focused on the histopathology of the stomach. The study confirmed the association in the rat between acid suppression, hypergastrinaemia and gastric carcinoids. Carcinoids were induced at the high dose with ranitidine and at low dose with omeprazole. The low dose group was administered the test article by gavage and the high dose group by mixture in the powdered diet.

Pathology demonstrated negligible changes in the gavage group, except a progressive increase in neuroendocrine cell hyperplasia that was apparent after week 52 in the omeprazole group. In the dietary group, changes were trophic and increased between weeks 52 and 104. In this study, the test articles were stored in the test article storage room under refrigeration (approximately 4° C), protected from light and moisture. The diet was prepared weekly and stored under refrigeration until the day prior to administration.



CONFIDENTIAL INFORMATION

Notably, the two ranitidine groups had the lowest percentage survival rate along with the famotidine low dose group. The number of rats with carcinoids was zero in the control group out of 60 rats vs. 4 tumors out of 60 rats in the ranitidine group. Fundic carcinoids were present in all treated groups. In the ranitidine 2000 mg/kg group, they were present in 4 animals, as a single intramucosal carcinoid and confined to the mucosa. Thus, ranitidine caused carcinoid tumors compared to the control. The neuroendocrine cell hyperplasia formed aggregates and foci in some animals in all treated groups by week 52 and progressed to carcinoids in all treated groups by week 104. No immunohistochemical studies were performed to rule out metastatic tumor spread or micrometastases.

Havu, et al. undertook a long-term study with 100 female Sprague Dawley rats to deduce the effect of ranitidine use (2g/kg/day) in the diet for two years[130]. Specimens from the stomachs of all rats, including 50 controls were stained for argyrophil cells using Grimelius and Sevier-Munger argyrophil Silver staining technique. Plasma gastrin and ranitidine levels were measured. Mean plasma level of ranitidine was 37.5 µmol/l measured at midnight when maximal level after food intake was expected. The effect was pronounced hyperplasia of gastric ECL cells (19 rats had carcinoids with 4 being micro-invasive). The diet was standard Purina Certified Rodent Chow 5002. The ranitidine HCl was obtained from Uquifa, Barcelona Spain. The purity was determined to be 99.4% or higher. Food and tap water were permitted ad libitum. The plasma concentrations were constant with mean varying between 38.7 and 53.4 µmol/l. Plasma gastrin levels were significantly elevated in ranitidine treated rats compared to controls (increased by 125%).

Havu concluded that ECL cell changes in the gastric mucosa of rats are a consequence of prolonged hypergastrinaemia and are not a unique effect of any individual drug. The authors did



CONFIDENTIAL INFORMATION

not provide any information about findings beyond the stomach. However, the mechanism of carcinoid induction as studied by Havu was related to an increased gastrin effect that is common to all acid-reducing medications (H2RAs and PPIs alike). The limitations of the Havu study suffer from the same limitations as the Glaxo carcinogenicity studies when evaluating true carcinogenic effect from NDMA formation from ranitidine. First, the diet used would inhibit any endogenous formation of NDMA upon ingestion by the rats. As demonstrated in many published articles and Glaxo internal studies, Vitamin E is an effective inhibitor of nitrosation, and specifically of nitrosation of ranitidine. The Vitamin E content in the Purina Rodent Chow 5502 utilized by Havu and colleagues was 60 ppm (Nutritional Requirements and Contaminant Analysis of Laboratory Animal Feeds, EPA 560/6-83-005, May 1984; Table 1). It is unclear how the ranitidine hcl utilized in the study was stored and handled prior to the study and therefore cannot estimate any exogenous NDMA formation and levels in the substance prior to ingestion. Moreover, Havu, et al. only examined the stomachs in this study and did not undertake a comprehensive evaluation of other organs for evidence of carcinogenicity.

As stated previously, Havu did not undertake a comprehensive analysis for carcinogenicity but conducted a limited histopathological examination of the stomach of treated versus controls. The Vitamin E content in the diet would inhibit any endogenous formation of NDMA from occurring. Studies from Glaxo with the histamine H2-receptor antagonist loxtidine also demonstrated induced gastric carcinoid tumors in rats resulting from persistent achlorhydria caused by unsurmountable blockade of parietal cell H2-receptors[131]. Any drugs that cause cancer in animals is a presumed human carcinogen until proven otherwise[39]. Thus, ranitidine should have been considered a presumed human carcinogen until proven otherwise as there is no evidence of a rodent-specific mechanism of cancer causation.



CONFIDENTIAL INFORMATION

Carlsson et al 1990 documented the 2-year administration of gastric acid inhibitors (e.g. H2 blockers omeprazole and ciprofibrate) which induced gastric ECL carcinoids in rats[132]; There is no evidence that this is not relevant to the mechanism of cancer causation for humans or that this is a rodent-specific phenomenon. As stated *"Gastric ECL cell carcinoids may not have not been reported in studies of shorter-acting, reversible H2-receptor antagonists such as ranitidine, perhaps because the correct staining techniques[132]."*

Ryberg et al (1989) showed that ranitidine increased the ECL cells and sustained hypergastronemia[133]. Skrzydlo-radomaska et al (1985)[134] and Sokar et al (2016)[135] showed that ranitidine can stimulate serotonin, a potent pro-tumorigenic molecule that can initiate and promote cancer growth.

Studies by Wallmark et al (1990) showed that ranitidine in the food for 20 weeks stimulated proliferation and activation of ECL cell hyperplasia (e.g. density) in the stomach independent of gastrin levels[136]. Hyperplasia is an early sign and initial stage of cancer (e.g. carcinoids). These ECL cells produce serotonin which can initiate and stimulate cancer via angiogenesis and inflammation[137-139], which are key characteristics of carcinogens. Thus, Ranitidine could cause ECL-hyperplasia and small carcinoids and this was not ruled out in the ranitidine oncogenicity studies by Glaxo. This is an important potential mechanism of cancer causation of ranitidine via serotonin generated by the enterochromaffin cells.



CONFIDENTIAL INFORMATION

## THE TEN KEY CHARACTERISTICS OF CARCINOGENS

Carcinogens have recently been described by their 10 key characteristics that encompass genotoxic and nongenotoxic activity[78,79]. In 2019, the key characteristic profiles were determined for carcinogens based upon human and animal *in vivo* and *in vitro* studies. *In vivo* means taking place inside the body while *in vitro* means taking place in culture or a petri dish outside the body. The most prevalent key characteristic is that it "is genotoxic", followed by "alters cell proliferation, cell death, or nutrient supply" and "induces oxidative stress"[140]. Most carcinogenic agents exhibit several of the 10 key characteristics, with an average of four characteristics per agent, a finding consistent with chemical-induced cancer development in humans occurring via multiple pathways[140].

Over the past decade, it has become clear that mechanistic studies are very important in determining whether a chemical causes cancer[78,79,141]. Prior mechanistic studies focused on "genotoxic" vs. "non-genotoxic" mechanisms of carcinogens, however, this is an oversimplification. When the IARC updated the classification of carcinogens during its 2012 Working Group Meeting, two unmet needs were realized: (1) there was no broadly accepted method for identifying, organizing, searching, and summarizing mechanistic data when deciding whether a chemical is a carcinogen; and (2) human carcinogens commonly exhibit at least one of 10 key properties or characteristics which lead to cancer via multiple mechanisms[78]. These 10 key characteristics are different from the classic hallmarks of cancer which describe the properties of tumor cells and neoplasms compared to normal cells set forth by Hanahan and Weinberg[142,143]. Six hallmarks were described in 2000, along with two enabling characteristics (genome instability and inflammation), and two emerging hallmarks (deregulated metabolism



CONFIDENTIAL INFORMATION

and immune system evasion) were added in 2011. However, the hallmarks of cancer do not describe the properties of chemicals or agents that cause cancer[78]. Thus, while the hallmarks are the properties of cancer cells, the key characteristics are the properties of human carcinogens that induce cancer. During two 2012 workshops, organized by the IARC in Lyon, France, on Tumor Site Concordance and Mechanisms of Carcinogenesis, the participants extensively debated the mechanisms by which agents identified as human carcinogens cause cancer. These cancer experts noted that human carcinogens, while operating individually through distinct mechanisms, often share one or more characteristics related to the multiple mechanisms by which agents cause cancer[78,79]. This led to the identification of 10 key characteristics of human carcinogens[78,79]. Since the biologically plausible mechanisms of action of carcinogens are key to identifying carcinogens, the key characteristics of carcinogens were developed to provide a broad view of the properties of human carcinogens leading to cancer[78].

## The Use of Key Characteristics To Identify a Carcinogen

Mechanistic studies are key to determining whether a chemical causes cancer and understanding the human relevance of findings in experimental animal studies. For example, mechanistic evidence can add biological plausibility to epidemiological findings, thereby strengthening causal association between a chemical and cancer[79]. Biological plausibility is the proposal of a causal association (e.g., a relationship between a cause and an outcome) that is consistent with existing biological and medical knowledge. In this case, the question is whether ranitidine and/or NDMA formed from ranitidine can cause cancer or increase the risk of gastric, esophageal, pancreatic, liver and bladder cancer in humans? Strong mechanistic data can play a



CONFIDENTIAL INFORMATION

pivotal role in the overall carcinogen hazard classification in which human epidemiologic studies are limited[141].

The 10 key characteristics help identify the mechanisms contributing to the induction of the observed animal tumors from carcinogens and determine whether analogous mechanisms may be operative in humans. If similar mechanisms in animals and humans occur, this provides strong support for cancer causation of a chemical. If the key characteristics are present, they help to create the necessary tumor microenvironment for tumor initiation and progression. The IARC has applied the key characteristics in mechanistic data evaluations of more than 50 diverse chemicals and complex exposures since 2015[141] and have included them into the January 2019 Preamble of the IARC Monographs. Prior to the introduction of the key characteristics approach, there was no widely accepted method to systematically search for and organize relevant mechanistic evidence[79]. Other authoritative bodies, including the IARC, NTP (e.g., Report on Carcinogens), EPA, CalEPA, and OEHHA are increasingly using the key characteristics to identify carcinogens and better understand the mechanisms underlying how chemicals cause cancer.

The 10 key characteristics of human carcinogens provide the basis for an objective approach to identify and categorize scientific findings relevant to cancer mechanisms when assessing whether a chemical is a potential human carcinogen[78,79]. This systematic approach will assist future IARC Working Groups and other agencies in evaluating chemicals and pharmaceutical agents as potential human carcinogens, especially in the absence of convincing epidemiological data on many human cancers[78].



CONFIDENTIAL INFORMATION

The key characteristics of carcinogens described by Smith et al. (2016)[78,79] which are utilized by IARC are as follows:

**10 Key Characteristics of Carcinogens**

1. Can the agent act as an electrophile or be metabolically activated to an electrophile?
2. Is the agent genotoxic?
3. Does the agent alter DNA repair or cause genomic instability?
4. Does the agent induce epigenetic alterations?
5. Does the agent induce oxidative stress?
6. Does the agent induce chronic inflammation?
7. Is the agent immunosuppressive?
8. Does the agent modulate receptor-mediated effects?
9. Does the agent cause immortalization?
10. Does the agent alter cell proliferation, cell death, or nutrient supply?

The first four characteristics focus on the genotoxic nature of the chemical agent. The last six characteristics focus on the nongenotoxic mechanisms in the tumor microenvironment. These 10 key characteristics of human carcinogens are a roadmap for identifying and categorizing scientific findings relevant to cancer mechanisms when determining whether a chemical agent is a potential human carcinogen[78]. The 10 key characteristics can be used to identify carcinogens and serve as a first step in cancer prevention to prevent human suffering and death from cancer[79].



CONFIDENTIAL INFORMATION

## RANITIDINE EXHIBITS SEVERAL KEY CHARACTERISTICS OF CARCINOGENS

Ranitidine exhibits several of the key characteristics of carcinogens. As discussed previously, there are a multitude of studies demonstrating that ranitidine and the nitrosation products of ranitidine demonstrate six of the key characteristics of carcinogens; specifically, they are genotoxic, alter DNA repair, induce chronic inflammation, induce oxidative stress, induce immunosuppression, and alter proliferation as well as apoptosis.

### Characteristic #2 - Genotoxicity (DNA damage, mutagenicity, and altered DNA repair)

Ranitidine induces genotoxicity and mutagenicity, and alters DNA repair[91,94,95,98-100]. Oral administration of ranitidine to adult pregnant mice resulted in a dose dependent increase in the frequency of chromosomal aberrations in the bone marrow cells of both the mothers and their embryos[99]. The types of aberrations due to incision of DNA were highly correlated with the dose of ranitidine. These studies suggest that ranitidine can interfere with the DNA repair system[99].

### Characteristic #6 - Chronic Inflammation

Ranitidine can induce chronic inflammation via stress mechanisms[144]. In a lipopolysaccharide/ranitidine rat model, several pro-inflammatory mediators (e.g., TNF-alpha, PAI-1, and thrombin) are upregulated[144]. Pro-inflammatory mediators can stimulate cancer growth[145].



CONFIDENTIAL INFORMATION

## Characteristic #6 Oxidative Stress and #7 Immunosuppression

Ranitidine can induce immunosuppression[146], which is a key characteristic of carcinogens[78]. Stress or negative emotions can regulate tumor initiation and development by suppressing elements of the immune response important in responding to tumor cells[147-151]. A set of immune cells known as natural killer (NK) cells play an important role in a variety of immune functions, including defense against viral infections and surveillance of tumor cells[150], as well as intravascular tumor dissemination[152].

NK cells, B lymphocytes, and CD4+ and CD8+ T lymphocytes are important in the human body's defense against cancer[9,153-155]. A wide variety of cell types express H2Rs, including different immune cells, such as neutrophils, eosinophils, monocytes, dendritic cells, NK cells, T cells and B cells[156]. In healthy individuals, ranitidine decreases the number of B lymphocytes, NK cells, and ILRa (CD25) expressing CD4+ and CD8+ T lymphocytes. Numbers of these immune cells remain lower even after ranitidine treatment cessation, representing sustained immunosupression[156]. Reduced serum levels of interleukin-2 (IL-2) are also observed and remained low after treatment[156]. A six-fold increase in plasma G-CSF levels after cessation of ranitidine treatment have also been observed[156]. These studies demonstrate that H2R inhibition with ranitidine in healthy individuals induced substantial, prolonged, and multifaceted changes in immune cells to induce immunosuppression[156]. Decreased NK cells and reduced CD8+ T cell activation can stimulate tumor growth via immunosuppressive mechanisms. By contrast, histamine can reduce immunosuppression and promote cancer growth. Cancer cell-derived or allergy-released histamine binds to histamine receptor 1 (HRH1) on tumor-associated macrophages which suppress CD8+ T cell function, accelerate tumor growth, and confer



CONFIDENTIAL INFORMATION

immunotherapy resistance[157]. H1-antihistamines counteract histamine-mediated immunosuppression, reinforce antitumor immunity, and significantly enhance immunotherapy response[157].

Interleukin-2 (IL-2) is a major activating signal for human NK cells[158], and can induce suppression of human NK cell cytotoxicity[159]. Histamine and IL-2 synergistically activate human NK cells to promote their anti-tumor activity[158]. The effect of histamine on NK cells mediated by H2-type histamine receptors, is blocked by the H2 receptor antagonist ranitidine. Experiments in which monocytes and NK cells were treated with ranitidine suggest that NK-regulatory effects of histamine were mediated by H2 receptors on monocytes[158]. These studies indicate that histamine may be an important signal in the regulation of NK cell responsiveness to IL-2[158]. Ranitidine treatment can block the anti-tumor activity of IL-2[102]. A single dose of histamine inhibited Lewis lung cancer metastasis by activating NK cells in vivo which was blocked by ranitidine[102]. Thus, these studies support immunosuppressive activities of ranitidine.

Immune cells such as NK cells act to protect the human body from various cancers[14]. NK cells are considered particularly important as a defense mechanism against metastasis and in early stages of tumor development[103,160,161]. Ranitidine inhibits NK cell function *in vivo* at 2-24 hours after treatment[162]. *In vivo* treatment with histamine augments the antitumor reactivity of NK cells and reduces the formation of lung metastases by NK-cell sensitive B16 melanoma cells by a mechanism that requires intact NK cells[102]. Depletion of NK cells abolishes the antimetastatic effect of histamine as well as the tumor enhancing effect of ranitidine[102].

Importantly, T cells were not required for the pro-tumorigenic and pro-metastatic activity of ranitidine, as evidenced by the fact that ranitidine promoted metastatic growth in nude mice



CONFIDENTIAL INFORMATION

which express inactive T cells[102,163]. Histamine and $H_2R$-interactive compounds (such as ranitidine) have been studied on the clearance of YAC-1 lymphoma cells from mouse lung tissue, a model which reflects the anti-tumor cytotoxicity of NK cells *in vivo.* Treatment with ranitidine reduced the *in vivo* clearance of YAC-1 lymphoma tumor cells from lungs[162]. Tumor cell lysis was reduced by ranitidine in a dose-dependent manner[102,162]. When animals were inoculated with YAC-1 cells at 6, 72, or 120 hours after ranitidine treatment, ranitidine-induced reduction of NK cell lysis *in vivo* was observed 6 hours after ranitidine treatment[162]. Ranitidine did not affect lysis of YAC-1 cells after the NK cells were depleted[162]. Treatment of Swiss albino mice with histamine enhanced the clearance of NK cells, sensitive YAC-1 lymphoma, and B16/F10 melanoma cells from lung tissue *in vivo*[162]. The effect of histamine was mediated by $H_2R$ since it was blocked by ranitidine, an $H_2R$ antagonist[162]. Histamine can regulate NK cell function *in vivo*. For example, histamine-treated mice are protected from herpes simplex virus type 2 (HSV-2)-induced encephalitis in mice whereas ranitidine markedly reduces survival time[162]. Histamine can exert differential effects on tumor growth depending on which immunological defense system that is operable against the tumor cell type[162]. Thus, ranitidine inhibits NK cell function *in vivo* and aggravates the metastatic spread of tumor cells[102,162].

$H_2$RAs exert different effects depending on which anti-tumor effector cell is operative. T-cells, and in particular their synthesis of IL-2 and IFN-gamma, are inhibited by histamine via $H_2R$[164-166]. Histamine can act directly on human T-cells to inhibit IL-2 and interferon-gamma induction[166]. Nielsen and co-authors have treated patients with multiple myeloma with ranitidine (300 mg twice daily) for 3 weeks followed by monitoring of NK cell cytotoxicity and radical production *in vitro*. In a double-blind, placebo-controlled study, the potential impact of immunomodulation by ranitidine was studied in 20 patients with multiple myeloma[167]. The



CONFIDENTIAL INFORMATION

patients were randomized to oral ranitidine (300 mg twice a day for 21 days) or placebo, and several immunological parameters related to multiple myeloma were studied[167]. It was found that activation of NK cells by IL-2 or by IFN was significantly diminished after ranitidine treatment, whereas the production of reactive oxygen species (as reflected by the level of superoxide anion in peripheral blood) was significantly elevated[167]. Reactive oxygen species (ROS) is a marker of oxidative stress, a potent tumor-promoter. Thus, ranitidine can be immunotoxic and stimulate oxidative stress, which are two key characteristics of carcinogens[78].

Simultaneous treatment with histamine and IL-2 synergistically and consistently eliminated B16 metastases in mice. By contrast, ranitidine treatment blocked the antitumor effects of IL-2[102]. The synergy between histamine and Il-2, which activates human NK cells *in vitro* and mouse NK cell function *in vivo*, has formed the background to clinical trials of combined immunotherapy with histamine and IL-2 in metastatic melanoma and high-risk acute myelogenous leukemia (AML)[162]. A pilot melanoma study suggested that the addition of histamine to a high dose infusion of IL-2 induced complete regression of liver melanoma metastases, which otherwise are refractory to immunotherapy with IL-2. The addition of histamine also significantly prolonged survival time[168]. Thus, histamine treatment may improve the antitumor efficacy of immunotherapy in cancers such as metastatic melanoma[168].

**<u>Characteristic #10 - Proliferation and Apoptosis</u>**

Ranitidine stimulates dose-dependent proliferation of human gastric mucosal cells from a human gastric cancer cell line *in vitro*[169]. A 24-hour incubation with ranitidine at a concentration of $10^{-5}$ M caused an ~50% increase in tritiated thymidine uptake[169]. Ranitidine also induces apoptosis of cells (e.g. hepatocytes)[99].



CONFIDENTIAL INFORMATION

Therefore, there is scientific evidence that ranitidine demonstrates 6 Key Characteristics of Carcinogens: genotoxicity; alteration of DNA repair; induces chronic inflammation; induces oxidative stress; induces immunosuppression; and alters proliferation and apoptosis.

## RANITIDINE TRANSFORMS INTO NDMA

Patients are exposed to unsafe levels of NDMA from ranitidine from two different mechanisms - exogenous and endogenous formation. Thus, the total NDMA exposure a person has from ranitidine must account for both mechanisms of formation. Exogenous formation is NDMA formed outside the body, and endogenous formation is NDMA formed inside the body.

### Exogenous Formation

NDMA is formed in ranitidine drug substances because of an intermolecular degradation reaction of ranitidine molecules that occurs primarily in the solid state[170]. NDMA in ranitidine starts to increase in a slow rate from the point of manufacture; both elevated temperature and relative humidity contribute to an increase in degradation of ranitidine. An increase in NDMA levels can be observed over time in ranitidine[18,19,22,45,46,71,171-176]. The rate of formation of NDMA is influenced by storage conditions such as temperature and humidity. Based on the structure of ranitidine, which includes a nitro group, NDMA is generated by degradation of the molecule in the presence of nitrites.

A Citizen Petition filed by Emera Pharma assessed the formation of NDMA during the natural degradation of ranitidine API and finished drug product over time at different temperatures[177]. The study found that 150 mg of ranitidine tablets contained 18 ng of NDMA at baseline, but after storing it at 25°C for 12 days, NDMA dosages increased to 25 ng, and storing



CONFIDENTIAL INFORMATION

it at 70°C resulted in a dose increased to 142 ng[177]. Ranitidine 150 mg, sold as Zantac® Cool Mint, was found to increase from 19 ng NDMA at baseline to 70 ng NDMA when stored at 70°C for 14 days, just below the FDA's maximum acceptable level[177]. This means that having an acceptable amount of NDMA in the ranitidine at the time of manufacturing does not necessarily correspond for the levels present when an individual ingests it[177].

NDMA may be formed by degradation of ranitidine *without* the presence of additional source(s) of nitrite. Studies with isotopically-labelled ranitidine have been performed to determine of the presence of low levels of NDMA in ranitidine substance and products. One study was carried out with labelled material under stressed testing conditions while a further study aimed to determine whether the formation of NDMA was an intramolecular process (where reaction occurred within a single molecule) or an intermolecular process where the dimethylamino- and nitro groups were derived from separate molecules[171]. These results provided strong evidence that the formation of NDMA is an intermolecular reaction, meaning that no external nitrosating agent is needed.

As ranitidine degrades on the store shelf and in the medicine cabinet, especially when exposed to heat and humidity, it forms NDMA[170,178]. Evidence suggests that two independent degradation reactions occur, and that the by-products from those reactions may then combine to form NDMA. NDMA may be formed in ranitidine drug substance primarily due to an internal degradation mechanism that occurs in the solid state. The degradation proceeds without participation of any extraneous impurities. Elevated temperature and relative humidity both contribute to an increase in the rate of degradation.



CONFIDENTIAL INFORMATION

For instance, a study by Teraoka et al 1993 used high-performance liquid chromatography (HPLC) to determine the chemical stability of ranitidine HCl in solution and in the solid state at various temperatures. Ranitidine was unstable in lower pH buffer solutions, and the percent degradation after 72 hours increased as the pH of the buffer solution was reduced. Ranitidine HCl powder was unstable around the critical relative humidity (CRH; the humidity level at which the product begins to absorb moisture from the atmosphere)[179]. The percent degradation increased dose dependently, with a temperature of 45°C and absolute humidity of 45% causing ranitidine to degrade by about 20% with a maximum degradation between 60 and 70% relative humidity (RH). The critical relative humidity (CRH) of the ranitidine HCl bulk powder was approximately 67% RH[179].

Abe et al investigated the effect of high-temperature storage on the stability of ranitidine and the formation of NDMA. Commercially available ranitidine reagent powders and formulations were stored under various conditions and subjected to LC-MS/MS analysis[19]. When ranitidine tablets from two different brands (designated as tablet A and tablet B) were stored under accelerated condition (40°C with 75% relative humidity), following the drug stability guidelines issued by the ICH-Q1A, for up to 8 weeks, the amount of NDMA in them substantially increased from 0.19 to 116 ppm and from 2.89 to 18 ppm, respectively[19]. The formation of NDMA that exceeded the acceptable daily intake limit (0.32 ppm) at the temperature used under accelerated storage conditions clearly highlights the risk of NDMA formation in ranitidine formulations[19]. A forced-degradation study under a stressed condition (heat stress; under (60°C for 1 week) strongly suggested that environmental factors such as moisture and oxygen are involved in the formation of NDMA in ranitidine formulations[19]. Storage of ranitidine tablets and reagent powders at high temperatures also increased the amount



CONFIDENTIAL INFORMATION

of nitrite, which is considered one of the factors influencing NDMA formation[19]. Thus, NDMA impurities in ranitidine products might be a result of both (API and non-API) origins[180]. Abe et al. investigated the formation of NDMA in ranitidine solid forms that were represented by tablets and reagent powders[19]. To simulate storage conditions, the authors tested the effect of factors such as temperature, oxygen and nitrite on the quantified NDMA levels measured by LC-MS[19]. In conformance with the US FDA and TGA testing, NDMA levels in ranitidine showed a proportional increase within time as the tested temperatures increased (40°C and 50°C)[19].

In other experiments, the formation of NO-compounds has been demonstrated in the stomachs of laboratory animals by chemical analysis. Sander et al. in 1968 found up to 30% yields of diphenylnitrosamine and 4% yields of NO-methyl-aniline after rats were given gavage of amines and nitrite[54]. Sen et al. (1969) found 0.2 % yields of NDEA in cats and rabbits given diethylamine + nitrite[181]. In these studies, N-nitrosamines formed from secondary amines and nitrite in human and animal gastric juice[181]. Alam et al. found 0.5% yields of NO-piperidine when piperidine + nitrite were injected into rat stomachs[182]. Small yields of NO-piperidine were obtained in the stomach and small intestine after administration of piperidine and nitrate[182]. After gavage of proline and nitrite to fasted rats, NO-proline was detected[183]. The formation of nitrosamines by *in vitro* incubation of secondary amines+ nitrite in the gastric juice of various species, including in humans, was demonstrated by Sen et al.[181], Alam et al.[182], and Lane and Bailey[184]. To demonstrate that nitrosamines produced in the stomach are absorbed, Kamm et al (1974) detected 1-2 µg NDMA/ml in serum at 0.5-6 hours after rats were given gavage of 127 mg AP and 110 mg $NaNO_2$/ body weight[185].



CONFIDENTIAL INFORMATION

**ENDOGENOUS FORMATION OF NDMA IS DIFFICULT TO MEASURE DUE TO ITS RAPID METABOLIZATION**

Nitrosamines such as NDMA are very difficult to detect as they are metabolized very quickly at their local site of action[50]. In studies by Linjinsky et al. in 1974, twelve common drugs that are tertiary amines reacted with nitrite in aqueous solution at pH 3 to 4 to form dialkylnitrosamines, known carcinogens[47]. To quote from Linjinksy 1974 *"The significance of the reactions described here is that the products include nitrosamines that are highly potent carcinogens, such as dimethylnitrosamine (NDMA) and diethylnitrosamine. In circumstances in which people taking these drugs also consume diets containing nitrites (as, for example, preserved meat or fish, or crops grown on mineral-deficient soil), such a combination might pose a significant carcinogenic hazard, since nitrosamines could be formed in the stomach. This emphasizes the need to remove nitrite from the diet whenever it is present for reasons other than health."*[47]

NDMA is absorbed very quickly, as the highest blood level of NDMA was observed at 5 minutes after administration of NDMA into the stomach and duodenum[186]. Rapid absorption in the gastrointestinal tract suggested that the potential cancer causing activity of nitrosamines is also important to other tissues in the human body[186]. The blood level of NDMA 5 minutes after intravenous administration was about 1/7 of the estimated level of the remaining unmetabolized NDMA. Tissue levels of NDMA at 5 minutes and at 1 hour after intravenous administration were about 70% of the blood levels, which showed even distribution among main organs[186]. These studies suggest that NDMA passes freely between intravesicle to extravesicule space and between extracellular to intracellular compartments[186]. *In vivo* nitrate reduction to nitrite can increase the formation of mutagenic N-nitrosamines within the human body[187].



CONFIDENTIAL INFORMATION

Estimates of NDMA concentrations from endogenous formation are challenging to measure because NDMA is metabolized very quickly at the local site of action. Thus, estimates of NDMA concentrations from endogenous formation are uncertain[188]. The half-life of ranitidine is short: between 2 and 3 hours[189]. NDMA forms endogenously through the nitrosation of ingested secondary and tertiary amines, which increases the total NDMA encountered in humans[188]. The mean urinary excretion of NDMA was found to be 38.2 ng per day. Day-to-day differences in the mean urinary excretion of NDMA correlated with the concentrations of nitrogen dioxide in the air[190]. Spiegelhalder et al determined that NDMA was undetectable in urine when volunteers were given 13-26 micrograms of NDMA with orange juice[191]. NDMA only became detectable in urine when co-administered with alcohol[191]. In sum, endogenous N-nitrosamine formation has been identified, however. these measurements are not reliable as NDMA, for example, has a half-life in minutes. The high reactivity and instability of nitrogen containing compounds (e.g. ranitidine) causes favorable biological conditions for endogenous N-nitrosamine formation.

## Endogenous Formation of NDMA

## (Nitrosation: Chemistry, Kinetics, and *In Vivo* Studies)

There are two ways that ranitidine users are exposed to unsafe levels of NDMA. NDMA forms in ranitidine exogenously during the supply chain when subjected to different temperatures and humidity. NDMA also will form endogenously when ingested. It has been well established over the past 40 years that endogenous formation of nitrosamines can occur in the human



CONFIDENTIAL INFORMATION

digestive system. The nitrosation of tertiary or secondary amines, like ranitidine, occurs in the human gut under certain conditions.

The stomach is an important place for nitrosation[192]. This is because precursors of nitrosamines such as secondary amines and nitrite are taken into the stomach in foods with saliva, stored transiently while being mixed by peristalsis, and the acidity of gastric juice may be appropriate for nitrosation[54].

N-nitroso compounds (NOC) are composed of nitrosamines ($R_1NNOR_2$) and nitrosamides ($R_1NNO.COR_2$). These are generally produced by the reaction with nitrite (nitrosation) of secondary amines and N-alkylamides[53]. NOC have been determined by gas chromatography with detection by a 'thermal energy analyzer', in which they are pyrolyzed at 450°C to liberate NO[53]. Nitrosamines require metabolic activation by cytochrome P-450 enzymes in the microsome cell fraction of the endoplasmic reticulum (ER) to give a-hydroxynitrosamines[53]. The main rat liver enzyme that activates NDMA is P-450 2El, which shows a Michaelis constant (Kin) of 20 uM for NDMA demethylation[193]. Some of these species alkylate DNA bases, especially at N-7 and 0-6 of guanine and O-4 of thymine. O6-Alkylguanines pair with thymine rather than cytosine and this produces G:C--A:T mutations, which can initiate carcinogenesis[193]. Nitrosamides are converted to similar alkylating species by chemical non-enzymic reactions. The intermediates of nitrosamines are highly unstable, with physiological half-lives for the most stable of them (alpha-hydroxynitrosamines) of 1-10 s[194]. Hence, because of their short half-life and are metabolized quickly nitrosamines are primarily locally activated in the organs where tumors develop[193].

There are several pathways where conditions are optimal for nitrosation to occur in the stomach upon ingestion of ranitidine. The first involves a chemical reaction where ranitidine



CONFIDENTIAL INFORMATION

mixes with nitrites in the stomach and nitrosamines will be generated[195]. The second involves the mechanism of acid-reducing medications as a class. It has been well-established that acid-reducing medications like H2 blockers or PPIs cause an increase in pH in the stomach. When this occurs, bacterial overgrowth can occur which is another mechanism that can cause nitrosation to occur[120].

For both pathways, there are certain conditions which can affect the formation of nitrosamines by either acting as a catalyst or by inhibition of nitrosation. Relevant factors include the pH and nitrite levels in the gut, the presence of thiocyanate in the stomach from saliva, bacteria overgrowth that is capable of reducing nitrate to nitrite, and, most importantly, diet plays a very significant role.

***Endogenous nitrosation from chemical reaction with ranitidine in the stomach***

NDMA formation from ranitidine in combination with variables such as nitrite or thiocyanate is optimal at a pH of 2-3[54,196]. The gastric fluid in a normal human stomach has a pH < 3. However, for people with gastrointestinal disorders who take acid reducing medications such as H2 blockers, like ranitidine, the pH in the stomach increases as intra-gastric acidity is reduced. Ranitidine is a competitive, reversible inhibitor of the action of histamine at the histamine H2-receptors, including receptors on the gastric cells. It inhibits both daytime and nocturnal basal gastric acid secretions as well as gastric acid secretion stimulated by food

(*See* Zantac prescribing information, https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf)



CONFIDENTIAL INFORMATION

The influence of ranitidine on pH in the stomach has been well studied and there are many published results of clinical studies regarding the variabilities in pH with ranitidine depending on dosing and other factors such as fasting or non-fasting[197-199].

Merki, et al.,[197] conducted a double-blind study where 30 healthy volunteers each underwent four separate 24-hour studies at least one week apart. Subjects took cimetidine 800 mg, ranitidine 300 mg, famotidine 40 mg or placebo after the evening meal and continuous measurement of 24-hour acidity was conducted using intragastric electrodes. All H2 receptor antagonists inhibited 24-hour acidity compared with placebo.

Corinaldesi, et al.,[198] conducted a study comparing the effects of the oral administration of ranitidine 150 bid, cimetidine 400 mg bid and placebo on gastric acid concentrations and pH in active duodenal ulcer patients. The study had twelve patients who underwent three different tests according to a randomized cross-over experimental design, each test preceded by 3 days of treatment with the same drug administered during the study on the fourth day. The drugs were administered at 9 am and 9 pm. Three standard liquid meals were administered at 9 am and 7 pm via naso-gastric tube. Both ranitidine and cimetidine significantly decreased the hydrogen ion concentrations and increased the pH during the 24-hour period. Ranitidine over the 24-hour period produced a constant and significant increase in pH when compared to placebo. The mean 24-hour pH in the ranitidine arm was 3.3±0.4 and 35% of the samples had pH over 4.0.

Thomas and colleagues[199] conducted 24-hour studies of gastric contents after 6 weeks treatment with oral ranitidine 150 bd, twice on maintenance treatment for 9 to 12 months with once daily dosing and again one month after stopping the drug. At 6 weeks, the median pH for study participants taking ranitidine 150 mg twice a day was 3.0 (range 1.6-6.3). For those taking 150 mg once a day, the median pH at 3 months was 2.0 (range 1.6-5.0). For those taking



CONFIDENTIAL INFORMATION

ranitidine 9-12 months once a day, the median pH was 2.2 (range 1.6-5.5). The percent of samples in each treatment arm that had a pH above 4 ranged from 20-30%.

In a clinical trial conducted by GSKand submitted as part of the original IND, the effect of ranitidine on 24-hour intragastric pH was measured in a randomized, double-blind three period crossover study (RAN-433 An Evaluation of the Effect of Ranitidine (TID) on Intraesophageal and Intragastric pH in Reflux Patients, GSKZNDAD0000033882). For each treatment period, the study participant was sequestered at the research center for continuous measurement of intragastric and intra-esophageal pH and blood samples were obtained immediately prior to and 3 hours after ingestion of doses 2, 3 and 4 and 8 hours after dose 4 for the measurement of serum ranitidine values. Study drugs or placebo were administered every 8 hours which demonstrated a mean pH of 3.44 with ranitidine 150 mg and a mean pH of 3.49 with ranitidine 300 mg significantly increased compared to placebo mean=1.56. The respective medians were 2.86 and 3.15 and 1.21 in the placebo group. The mean percentage of time that study participants had a pH ≥ 2 was 67.73 in the 150 mg group and 65.65 in the 300 mg group. The mean percentage of time that study participants had a ph≥3 was 49.32% in the 150 mg group and 50.18% in the 300 mg group.

The use of acid reducing medications, like ranitidine, can also lead to hypochlorhydria or achlorhydria. A hypochlorhydric stomach has limited acid production in the stomach. Achlorhydria means that your stomach has stopped producing acid. There are consequences to either of these conditions such as bacterial overgrowth and increased nitrite production, which will be discussed more fully below.

The dissolution of ranitidine in the stomach begins at approximately 15 minutes and up to 1 hour[200]. The time to peak concentration of ranitidine is 2-3 hours[201,202], however absorption



CONFIDENTIAL INFORMATION

after oral administration is highly variable ranging from approximately 39% to 88% in adults and children[203,204]. Food does not significantly affect the bioavailability of Zantac[205]. The elimination half-life is approximately 1 to 3 hours after oral administration[201,205]. In some patients, ranitidine also exhibits a second peak plasma concentration that is observed in oral and IV formulations[206]. This bimodal pattern is evidenced by a second peak approximately 3 to 5 hours after dosing[207]. It is thought that the second peak in the plasma concentrations/time curves following oral ranitidine ingestion is due to discontinuous reabsorption wherein ranitidine undergoes transfer to a storage compartment, most likely bile or hepatic parenchymal tissues and is returned to the gut as the gallbladder empties coinciding with consumption of a meal. This transfer of some ranitidine from the systemic circulation into bile with subsequent recycling through the gut occurs irrespective of the route of administration of the drug.

The available literature demonstrates that pH conditions are optimal for ranitidine to nitrosate to form NDMA endogenously for a significant period of time during the course of administration of the drug.

***Nitrite levels in the body***

Nitrosation in the gut involves a direct chemical reaction between a tertiary or secondary amine and nitrite. This reaction is not only pH dependent but is also dependent upon nitrite. Nitrosation is catalyzed by acid, as nitrite is usually first converted to nitrous acid[53]. The $HNO_2$ is then converted to an active nitrosating species. Nitrosation generally occurs in an acidic aqueous solution with nitrous acid ($HNO_2$) or in organic solvents with NOCI, $N_20_3$, $N_2O_4$, $NOBF_4$, or NO-3-nitro-carbazole[53]. Nitrosation of secondary amines yields nitrosamines. Nitrosation can result in cancer-causing chemicals. For example, nitrosation of 1-methyl-3-nitroguanidine triggers formation of 1-methyl-1-nitroso-3-nitroguanidine (MNNG), a well know



CONFIDENTIAL INFORMATION

mutagen and inducer of gastric cancer[54]. In one study, nitrosation of 22 naturally occurring and synthetic guanidines yielded solutions containing nitrosocyanaimides, which exhibit mutagenic activity[53].

For ranitidine to form NDMA in the stomach, nitrite is necessary. The main sources of nitrite in the digestive system are from dietary nitrate. Ingestion of high nitrate foods are absorbed and about 25% is actively secreted into the saliva by an anion transport mechanism. Approximately 5% of ingested nitrate is reduced to nitrite by oral bacteria. Since most saliva is swallowed, about 80% of gastric nitrite in the normal acidic stomach arises from the reduction of ingested or endogenous nitrate. The remaining 20% of gastric nitrite arises from ingested nitrite in nitrite-preserved meat and fish and other foods[53].

There is a conversion of nitrate to nitrite in the body and is in part placed in the salivary glands and released when salivation occurs. Approximately 5-10% of dietary nitrate is typically converted to nitrite from the effects of saliva, stomach, and small intestine contents and that maximum nitrite conversion occurs 3 hours after the ingestion of nitrates. In addition to the nitrates and nitrates in the diet. According to the CDC, 25% of the nitrates in the plasma go to the salivary glands and are released into the mouth when digestion begins[208]. Sufficient nitrite (e.g. supplied with food and beverage) can reach the gastric environment and throughout the body containing ranitidine. Gastric nitrosation can also be catalyzed by thiocyanate and halides which will be discussed in greater detail in the next section. When gastric nitrosation occurs, it can produce nitroso compounds, like NDMA, that induce cancer at other sites[53].

Importantly, ranitidine expresses nitrosatable sites, which through the experience of other drugs, can lead to the formation of mutagenic and carcinogenic substances[47]. For example, 12



CONFIDENTIAL INFORMATION

common drugs that have the chemical structure of tertiary amines react with nitrite at pH 3 to 4 to form carcinogenic nitrosamines[47]. These reactions taking place in the human stomach are a source of carcinogenic nitrosamines such as dimethylnitrosamine[47], since nitrite is commonly used as a curing and preserving agent in meat and fish and can be formed by reduction of nitrate. The formation in gastric juice of N-nitroso compounds by the reaction between nitrite, as a precursor in food and drinking water, and nitrosable substances, has been clearly demonstrated[47,54].

Studies from as early as 1967, over 50 years ago, suggested that nitrites in the human diet can cause cancer through the formation of nitrosamines[209]. It was already known *before* the development of ranitidine in the early 1980s that the combination of nitrites and secondary/tertiary amines trigger the initiation of cancer via carcinogens such as nitrosamines including NDMA[50]. Nitrosamines can be formed *in vivo* and give rise to tumors in individuals not apparently exposed to nitrosamines[50]. Secondary amines, which can arise from cooking, have been shown to react with nitrite to form nitrosamines in conditions similar to those in the mammalian stomach, and also *in vitro* in gastric juice[50]. Human cancer can be caused by nitrosamines formed in the body from ingested nitrites and secondary amines[50].

There have been numerous in vitro and in vivo studies attempting to analyze the levels of nitrite in the stomach. The majority have been performed under fasting conditions with an empty stomach which would not be reflective of the real-world conditions for ranitidine use. The labeled directions for administering ranitidine are based upon the indication for which it is taken. Zantac 150 mg tablets are available in bottles of 60, 180, 500 and 1000 tablets and unit dose packs of 100 tablets. The prescription label provides the recommended dose as follows:



CONFIDENTIAL INFORMATION

| Indication | Recommended Dose |
|---|---|
| Active duodenal ulcer | 150 mg twice daily or 300 mg after the evening meal or before bedtime |
| Maintenance healing of duodenal ulcer | 150 mg at bedtime |
| Benign gastric ulcer | 150 mg twice daily |
| Maintenance healing of gastric ulcer | 150 mg at bedtime |
| GERD | 150 mg twice daily |
| Erosive Esophagitis | 150 mg four times a day |
| Maintenance healing of erosive esophagitis | 150 mg twice daily |
| Pathological hypersecretory conditions | 150 mg twice daily but can adjust to more frequently as long as clinically indicated |

(*See* Zantac prescribing information, https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf)

Over-the-counter (OTC) Zantac is recommended for adults and children 12 years and older to relieve and prevent heartburn. For relief of heartburn symptoms, the directions state to take one 150 mg tablet with a glass of water and to prevent symptoms take one 150 mg tablet 30 to 60 minutes before eating food or drinking beverages that cause heartburn. The label indicates that 150 mg tablets can be taken twice daily (See Zantac OTC prescribing information).

Based upon the directions, it is unlikely that Zantac would be taken on a completely empty fasting stomach but is generally taken shortly before or after meals. Therefore, data regarding fasting nitrite levels are irrelevant to this analysis, therefore I will not go through them



CONFIDENTIAL INFORMATION

in detail here but the literature I reviewed is indicated on my materials considered list. In addition, it has been firmly established based upon 24-hour intragastric monitoring studies that the nitrite concentration in gastric juice during a 24-hour period varies significantly and is highly dependent on the nature of the food being consumed (Barnard J, et al., *Gastric Juice, Nitrite, and Nitroso Compounds*, Banbury report 12:369-377 (1982).

Barnard, et al., measured gastric juice over a 24-hour period and found that higher nitrite concentrations were found at higher pH values (5 and above) and with those who have undergone successful proximal gastric vagotomy with healing of duodenal ulcer at least two years prior had much higher nitrite than that of controls. The concentrations of stable nitroso compounds were higher in the pH range 1.5-4.0. Barnard concluded that single sample gastric juice nitrite studies "do not reflect in any way what is, in fact, happening during 24 hours and under physiological conditions." Barnard further found that gastric samples that have been frozen, shipped and thawed prior to analysis are unsatisfactory for accurate and reproducible results. In addition, additional gastric samples must be stoppered in amber bottles for analysis because light rapidly destroys low concentrations of nitroso compounds.

Hall, et al., also measured gastric juice over a 24-hour period which was aspirated every half hour during the day and every hour overnight[210]. The study participants were described as 9 gastrectomy subjects at least 15 years post-surgery compared with 9 healthy volunteers free of gastrointestinal disease and with 8 patients with pernicious anemia. None were described as taking ranitidine. Hall found that nitrite concentration increased with increasing pH and increased markedly in the pH range of 4.00-7.92 corresponding with markedly raised counts of nitrate reducing bacteria. Mean nitrite levels ranged from 13 to 132 µmol[210]. Hall also found that the highest counts of total n-nitroso compounds and stable n-nitroso compounds were in the pH



CONFIDENTIAL INFORMATION

range of 5 to 6[210]. Nitrite levels were higher in the hypoacidic group than the acidic group. Again, it was demonstrated that the composition of gastric juice (nitrite, pH, bacterial counts and total n-nitroso compounds) varied widely over a 24-hour period and therefore single fasting samples have limited value.

Walters, et al. conducted in vitro and in vivo experiments measuring the effect of dietary nitrate on salivary nitrite levels and dietary nitrite on gastric nitrite levels as well as nitrosation of food amines and smoke in vitro[192]. Walters also conducted experiments with incubation of foods in vivo. The first experiment conducted in 9 presumably healthy volunteers demonstrated that nitrate rich meals caused a rapid rise in salivary nitrite levels with peak levels reached 2 hours after completion of the meal (mean peak concentrations 1.77±0.283 mM), although 21 hours later the salivary nitrite levels were still slightly increased[192]. In addition, an experiment conducted in six student volunteers following ingestion of meal containing nitrite of 0.83 mM, demonstrated that a rapid rise in gastric levels of nitrite took place with maximum values occurring approximately 40 minutes after commencement of the meal with a sharp decrease in the mean gastric nitrite levels from approximately 60 minutes. The figure below represents the findings.

Consequently, any non-fasting intragastric nitrite measurement that is performed 60 minutes or longer after consumption of a meal will not be reflective of peak concentrations within the stomach[192]. In addition, the mean nitrite in fasting gastric juice of the six participants was also measured and determined to be 14±8.17 µM (mean ±SEM). Walters also measured salivary and gastric concentrations of thiocyanate in 30 volunteers (15 smokers and 15 non-smokers)[192]. The mean concentrations of thiocyanate in the saliva of non-smokers were 1.82±0.183mM and smokers 5.45±0.190mM while the mean concentrations in the gastric



CONFIDENTIAL INFORMATION

contents were 0.48± 0.076mM and 1.49± 0.094mM. This finding is significant because the catalytic effect of thiocyanate on nitrosation of ranitidine was demonstrated in studies conducted by Glaxo in the early 80's (Glaxo Group Research Report No. PATH-80-235 Nitrosation of ranitidine: further mutagenicity studies, GSKZAN0000986964).

Xu and Reed[211] conducted a study to examine the relationship between intragastric N-nitrosation, gastric pH and nitrite on a large sample base. The samples were collected randomly from patients with a variety of gastrointestinal conditions while at endoscopy after an overnight fast of 12 hours. Analyses of total N-nitroso compounds in gastric juice with added sulphamic acid, total N-nitroso compounds and nitrite were completed within 30 minutes of collection. A total of 457 samples were collected and analyzed.

**Table I.** Analysis of 457 fresh gastric juice samples for nitrite and *N*-nitroso compounds (NOC) using an improved method

| pH | *n* | Nitrite (μmol/l) | | NOC (μmol/l) | |
|---|---|---|---|---|---|
| | | Mean ± SE | Range | Mean ± SE | Range |
| 1.13– | 176 | 0.12 ± 0.02 | ND–1.42 | 1.38 ± 0.21 | ND–23.56 |
| 2.00– | 66 | 0.17 ± 0.03 | ND–1.14 | 1.63 ± 0.30 | ND–11.58 |
| 3.00– | 26 | 0.33 ± 0.06 | ND–1.13 | 0.99 ± 0.21 | ND–4.61 |
| 4.00– | 18 | 2.55 ± 0.53 | ND–6.32 | 0.92 ± 0.18 | ND–2.75 |
| 5.00– | 17 | 8.75 ± 4.68 | 0.07–82.10 | 1.18 ± 0.23 | ND–3.43 |
| 6.00– | 39 | 25.64 ± 5.78 | 1.19–190.25 | 2.85 ± 0.39 | ND–10.15 |
| 7.00– | 100 | 53.59 ± 8.50 | 1.78–651.20 | 3.80 ± 0.46 | ND–28.26 |
| 8.00–8.42 | 15 | 48.49 ± 7.53 | 12.81–113.26 | 3.89 ± 1.16 | ND–16.07 |

ND, not detected.
Student's *t*-test: nitrite, all comparisons between any two pH categories, $P < 0.05$ (2.00– versus 3.00–) or $P < 0.01$, except for 1.13– versus 2.00–, 4.00– versus 5.00– and 7.00– versus 8.00–, $P > 0.05$; NOC, comparisons between different pH ranges, 1.13–2.99 (mean ± SE, 1.45 ± 0.17) versus 3.00–5.99 (1.02 ± 0.12), $P < 0.05$; 1.13–2.99 versus 6.00–8.42 (3.57 ± 0.33), $P < 0.01$; 3.00–5.99 versus 6.00–8.52, $P < 0.01$.

It was demonstrated that mean nitrite levels increased significantly as the pH rose and markedly when the pH exceeded 5[211]. A significant relationship was found between N-nitroso compounds and intragastric pH between 5.00-8.42 (r=0.218, p <0.01). Increased N-nitroso compounds were observed in low and high pH ranges but not statistically significant in the low pH range of 1.13-4.99. There was a statistically significant relationship between N-nitroso



CONFIDENTIAL INFORMATION

compounds and nitrite concentration at both low and high pH ranges (low pH range 1.13-4.99 ($r=0.169$, $p<0.01$) and high pH range 5.00-8.42 ($r=0.450$, $p<0.01$).

The authors acknowledge that it reveals a complicated picture of intragastric N-nitrosation with significantly higher N-nitroso compounds concentrations observed at both low pH range (1.13-2.99) and high pH range (6.00-8.42)[211]. The pronounced interindividual variability in intragastric nitrite and nitrosamine concentrations establish that factors pertinent to each individual situation will determine the levels of nitrite and N-nitroso compounds formed in the stomach. For example, factors that must be considered are the microbial species and their metabolic activity in the mouth and stomach, exposures to nitrosatable compounds (such as ranitidine), nitrite, nitrate, and N-nitrosation catalysts like thiocyanate and inhibitors such as vitamins C and E as well other physical conditions such as achlorhydria or hypochlorhydria. The limitations of this study include the inability to determine which N-nitrosamines were found as the method they used only measured total N-nitroso compounds as a group. Also, this was a collection of single fasting gastric samples which cannot represent an individual's long term intragastric N-nitrosation potential and will not show the acute or intermediate influence of ingested meals or nitrosatable drugs like ranitidine.

Garcia Del Risco and colleagues conducted a double-blind, randomized study to determine the influence of 24 hours of ranitidine treatment on gastric bacterial flora and n-nitroso compound formation[212]. These parameters were measured in the fasting and postprandial gastric juice of 4 healthy men under placebo and ranitidine 300 mg/day treatment. The authors state that it has been well established that humans may be exposed to endogenous n-nitroso compounds from in vivo formation in the stomach noting that in the absence of bacteria, non-enzymatic



CONFIDENTIAL INFORMATION

nitrosation reaction is best carried out at acidic pH whereas at neutral pH it requires the presence of bacteria[212].

The study participants were described as four healthy men, non-smokers, age 21 to 34 years who underwent two successive 24-hour tests. The study protocol for each test included medication (ranitidine or placebo), standardized meals and gastric juice sampling according to the following regimen:

| | |
|---|---|
| 7:45 am | Nasogastric tube insertion |
| 8:00 am | 150 mg ranitidine or placebo and breakfast |
| 10:00 am | 1st gastric juice sample |
| 12:30 pm | Lunch |
| 2:30 pm | 2nd gastric juice sample |
| 6:30 pm | 150 mg ranitidine or placebo and dinner |
| 8:00 pm | 3rd gastric juice sample |
| 7:00 am the following day | 4th gastric juice sample. |

The wash out time interval between the two study periods, ranitidine and placebo, was one week. It was demonstrated that the mean pH with placebo treatment was increased during ranitidine treatment (2.63±0.26 v. 4.96±0.34) Similarly, the nitrate-reducing bacterial count increased with ranitidine treatment compared to placebo (3.34±0.47 v. 4.43±0.40 N/ml)[212]. N-nitrosamine concentrations were measured, expressed as NDMA, in the gastric juice and there was an increase found when taking ranitidine versus placebo. With ranitidine use, the mean value of N-nitrosamine concentration in the gastric juice of healthy subjects was 94.40±15.80 ng/mL as compared to 68.30±9.22 ng/mL with placebo. These numbers represent the mean



CONFIDENTIAL INFORMATION

values for the pooled gastric juice samples of the 4 subjects collected under placebo and ranitidine treatment. While this study demonstrates a mean increase in NDMA in ranitidine users versus placebo, it has limitations[212]. First, the gastric juice sampling times are two hours after a meal and medication administration. Given the rapid formation of NDMA with ranitidine under certain conditions as demonstrated previously[196] and the rapid metabolism of NDMA, the numbers found would not reflect the peak NDMA concentrations. In addition, the variability with nitrite and pH levels throughout a 24-hour period and on a fasting stomach in the morning will skew the results. For example, it is not expected that NDMA would be measured in significant amounts in the fasting stomach 12+ hours after ranitidine consumption. As stated previously, ranitidine absorption does not seem to be affected by food intake and the maximum serum concentration after ingesting ranitidine is seen in 2-3 hours. So, it is reasonable to conclude that in healthy people, ranitidine is gone from the stomach less than two hours after ingestion. NDMA generated in the evening when ranitidine and a meal were consumed would also be metabolized by the morning gastric juice sample collection[213].The authors do not provide any further breakdown of the mean results for each sample period[212].

Thomas[199] and colleagues conducted a study looking at 15 patients with peptic ulcer disease over the time of their treatment with ranitidine. For controls they looked at 11 patients who had truncal vagotomy for duodenal ulcers. Patients were studied both on ranitidine and off ranitidine with measures of pH, nitrate and nitrite concentrations, N-nitroso compound measurements, bacterial counts and 24-hour pH studies.



CONFIDENTIAL INFORMATION

Each patient ate identical meals at identical times during all 24-hour studies. Half of the patients (7 ranitidine, 6 vagotomy) received additional nitrate 300 mg per study and were included as the high nitrate diet group. Ranitidine was given as 150 mg twice daily at 9:00 am and 9:00 pm for R2 group, and 150 mg once daily at night (9:00 pm) in the R3 and R4 groups.

The diet was calculated to contain 47 mg nitrate (553 µmol as sodium nitrate) and 48 mg (565 µmol) in liquids[199]. The nitrite in the drinking water varied from undetectable to 180 µmol/l. Each 24 hour study started at 8 am with the nasogastric tube and samples of gastric juice were collected at hourly intervals from 12:00 until 9:00pm and from 12 am until 9:00 am. However, the 3 hour periods from 9 am until 12 pm (R2) and 9 pm until 12 am (R2-R4) were avoided to prevent aspiration of unabsorbed ranitidine. The gastric juice samples were confirmed to contain no ranitidine via radioimmunoassay with a lower limit of detection at 20 ng of ranitidine/ml. This aligns with the statement I made previously regarding the time that ranitidine remains in the stomach. Notably, the authors state that "the assays were restricted to ranitidine free samples because the presence of ranitidine in gastric juice may result in falsely high concentrations of N-nitroso compounds being recorded. Unlike cimetidine, the ranitidine molecule contains a C-terminal nitro group which was shown in preliminary studies to liberate nitrogen oxide under conditions of the assay, thus responding as if it were an N-nitroso compound."

Measurements were taken of n-nitroso compounds only in R1 (pre-treatment), R3 (ranitidine 150 mg once daily at night for 3 months), R4 (ranitidine 150 mg once daily at night for 9-12 months), R5 (post-treatment) and after vagotomy. N-nitroso compounds were not measured for R2 (ranitidine 150 mg twice daily initally for 6 weeks). As stated by the authors, because of the "overriding need to be certain that ranitidine present in the gastric juice would not



CONFIDENTIAL INFORMATION

be assayed as if it were an N-nitroso compound, aspirates of gastric juice were only used for N-nitroso compound analysis when ranitidine was absent and therefore results were based on assay of approximately 1/3 of the samples that were measured." Additionally, besides excluding R2 from this measurement, the authors didn't assess any night time samples for n-nitroso compounds. The authors indicate that there were no increases in day time median values of n-nitroso compounds found during R3 and R4. This is not surprising since both of these groups were administered ranitidine 150 mg once a day in the evening at 9:00 pm and gastric juice samples were taken only during the day to measure for n-nitroso compounds. The timing of the gastric juice samples were at a time when the patient had not consumed ranitidine in 12 hours or more and therefore endogenous NDMA formation would have occurred overnight and be metabolized by the time that the samples were taken and assayed.

The median results are summarized in the below table.

Table 4 *Biochemical and bacteriological 24 hours summary data (1200-2100h for nitrosocompounds)*

| | *Ranitidine* $R_1$ [n=15] | *Ranitidine* $R_2$ [n=15] | *Ranitidine* $R_3$ [n=13] | *Postvagotomy* [n=11] | *Ranitidine* $R_4$ [n=12] | *Ranitidine* $R_5$ [n=10] |
|---|---|---|---|---|---|---|
| Median pH | 1·7 (1·0–3·3) | 3·0 (1·6–6·3) | 2·0 (1·6–5·0) | 2·2 (1·6–4·2) | 2·2 (1·6–5·5) | 1·8 (1·4–2·5) |
| % samples pH >4 | 0 (0–29) | 30 (5–95) | 20 (0–55) | 15 (0–63) | 23 (0–70) | 0 (0–12) |
| Median total bacteria $\log_{10}$ cfu/ml | 3·0 (<1·0–6·9) | 6·4 (<1·0–8·0) | 4·3 (2·4–6·8) | 3·4 (<1·0–6·8) | 3·4 (<1·0–7·3) | 2·4 (<1·0–4·5) |
| Median NRB $\log_{10}$ cfu/ml | <1·0 (<1·0–6·8) | 5·3 (<1·0–7·5) | <1·0 (<1·0–6·1) | <1·0 (<1·0–6·0) | <1·5 (<1·0–6·2) | <1·0 (<1·0–1·9) |
| % NRB >$10^5$ cfu/ml | 13 (0–71) | 50 (17–100) | 25 (0–67) | 25 (6–79) | 33 (0–79) | 11 (0–33) |
| Median nitrite concn µmol/l | <1·3 (<1·0–4·3) | 2·9 (<1·0–42·7) | 4·2 (<1·0–43·9) | 2·2 (1·2–32·8) | 5·1 (<1·0–50·1) | 1·5 (<1·0–3·6) |
| % samples nitrite concn >10 µmol/l | 0 (0–21) | 18 (0–100) | 32 (0–75) | 13 (0–77) | 33 (0–84) | 3 (0–21) |
| Median N-nitroso compound concn (nmol/l) | 395 (<88–1355) | — | 330 (126–690) | 260 (<5–1430) | 253 (<128–800) | 247 (<58–1020) |
| % samples N-nitroso compound concn >500 nmol/l | 43 (0–80) | — | 40 (20–71) | 33 (0–87) | 13 (0–63) | 35 (0–78) |

Numbers are medians (range); cfu = colony-forming units.

Thomas found that during treatment with ranitidine, median 24-hour intragastric pH, nitrate concentration and counts of total and nitrate reducing bacteria increased in a statistically

significant manner regardless of dietary nitrate content[199]. The authors attributed an acid tide at some point in each 24-hour study period prevented persistent bacterial colonization of the stomach. Notably, one month after stopping treatment, all variables returned to pretreatment levels. Thomas indicates that there was no increase in n-nitroso compounds, however as stated previously the analysis suffers from several limitations in study design and would be unlikely to demonstrate the actual effect[199].

The Thomas study was a clinical trial sponsored by Glaxo. The statistical analysis that was conducted was outlined in an internal Glaxo report which was provided by counsel and which I also reviewed (Glaxo Group Research Limited Report No. WCS/84/004, Protocol 26-RAN-316, Author listed as JK Forster, GSKZAN000319263-GSKZAN0003199302).

In another randomized, multiple cross-over, double-blind study in 16 healthy volunteers, three different regiments of acid inhibition were compared with placebo with ambulant 24-hour intragastric pH monitoring, measurements of intragastric bacteria, concentrations of n-nitroso compounds, nitrate and nitrite[214]. Each participant received four courses of treatment in random order: ranitidine 300 mg twice daily, omeprazole 20 mg om postprandial, omeprazole 40 mg om postprandial and placebo. Each treatment period lasted for 2 weeks. Between the treatment periods, wash-out periods of 2 weeks were maintained. In the morning of the last day of each treatment after overnight fasting, a nasogastric tube was placed and a gastric juice sample was taken and intragastric pH was monitored. Standardized meals and drinks were provided. Bacterial data was provided as mean values and pH, nitrite, nitrate, and N-nitroso compounds were provided as median values.



CONFIDENTIAL INFORMATION

**Table 1.** Median pH values and ranges for the 24-h period, mean values and (SD) for the bacterial concentrations in the gastric juice as log colony forming units/ml

| | Placebo | Ranitidine (300 mg b.i.d.) | Omeprazole (20 mg o.m.) | Omeprazole (40 mg o.m.) | $P^a$ |
|---|---|---|---|---|---|
| pH (24-h) | 1.7 (0.9–4.2) | 3.7 (1.9–6.8) | 4.5 (1.4–7.6) | 5.5 (2.1–7.1) | <0.01 |
| Total bacterial concentration | 2.5 (2.3) | 4.9 (1.1) | 5.2 (2.3) | 4.7 (2.5) | <0.05 |

[a] *P* values indicate overall significance with MANOVA.

Houben, et al[214]., indicates that they found no statistically significant differences between the various treatments for the nitrate, nitrite (p=0.15) and n-nitroso compounds (p=0.5) concentrations. A positive correlation was found between the intragastric nitrite concentrations and the total intragastric bacterial concentrations (p=0.001) and between the intragastric nitrite and n-nitroso compound concentrations (p=0.05). A negative correlation was found between the median 24-hour pH and the intragastric n-nitroso concentrations (p<0.05) and. There was no correlation found between median 24-hour pH and intragastric bacterial concentration, median 24 hour pH and the intragastric nitrite concentrations, and between the intragastric n-nitroso concentrations and the total intragastric bacterial concentrations. Despite the statistical analysis, it was found that the ranitidine arm had the highest number of intragastric n-nitroso compounds as set forth in the table below.

**Table 2.** Median values and ranges for nitrate, nitrite and *N*-nitroso compounds (NOC) in the gastric juice

| | Placebo | Ranitidine (300 mg b.i.d.) | Omeprazole (20 mg o.m.) | Omeprazole (40 mg o.m.) | $P^a$ |
|---|---|---|---|---|---|
| Nitrate (μmol/l) | 396 (280–1100) | 400 (160–2200) | 370 (59–2013) | 410 (200–1200) | NS |
| Nitrite (μmol/l) | 13.2 (4.6–62) | 24.0 (9.0–220) | 22.1 (4.9–64) | 9.8 (4.6–360) | NS |
| NOC (μmol/l) | 1.95 (0.08–24) | 2.22 (0.08–25.2) | 1.36 (0.16–4.5) | 0.54 (0.08–5.4) | NS |

[a] *P* values indicate overall significancy with MANOVA.



CONFIDENTIAL INFORMATION

The authors attribute the findings to the inhibition of acid secretion by ranitidine and omeprazole resulting in intragastric growth of bacteria[214]. The authors surmise that intrastric nitrite and n-nitroso concentrations tend to decrease at higher levels of acid inhibition corroborating the evidence that the formation of nitrite and n-nitrosamines is a composite chemical reaction which preferably occurs at intragastric pH values below 3 or above 6. Houben concludes that intragastric pH (up to pH of 6.0) and the subsequent bacterial growth does not automatically lead to high concentrations of nitrosamines. As dicussed previously with Garcia Del Risco and Thomas, the timing of the collection of the gastric samples after overnight fasting is a limitation in evaluating the true endogenous formation of NDMA from ranitidine.

Matsuda, et al.[215], conducted a study analyzing the gastric juice of 72 healthy subjects and 279 patients with gastric ulcer before and during treatment with H2RAs. Patients included 221 males and 58 females, aged 18 to 76 (mean 48±13). The stage of ulceration at the first analysis of gastric N-nitroso compounds included 121 patients in the active phase, 98 in the healing phase and 60 in the scarring phase. After endoscopy, most patients were given anticholinergics and antacids. On diagnosis of gastric ulcer, they were prescribed a regular dose of H2RAs and the dose was halved when the ulcer healed to the scarring stage, and maintained thereafter. There was no standard diet for this study. Gastric samples were taken after an overnight fast of at least 12 hours. N-nitrosamines were measured and N-nitrosodimethylamine (NDMA) and N-nitrosodiethylamine (NDEA) were detected in statistically significantly higher amounts in patients taking H2RAs versus those who were not taking H2RAs.



CONFIDENTIAL INFORMATION

**Table 5** Detection ratios and maximum concentrations of N-nitrosodimethylamine and N-nitrosodiethylamine of gastric juice in patients with gastric ulcte in patients with gastric ulcers with respect to treatment with different histamine $H_2$-receptor antagonists ($H_2$-blockers)

| $H_2$-blockers | Number of samples | N-Nitrosodimethylamine | | N-Nitrosodiethylamine | |
|---|---|---|---|---|---|
| | | % detected | maximum ng/ml | % detected | maximum ng/ml |
| Without $H_2$-blockers | 124 | 24.2 | 1.8 | 22.6 | 1.7 |
| Cimetidine | 115 | 39.1[a] | 7.9[c] | 40.9[b] | 9.8[c] |
| Roxatidine | 60 | 40.0[a] | 4.7 | 41.7[a] | 4.7[c] |
| Famotidine | 55 | 41.8[a] | 3.9 | 38.2[a] | 3.9[c] |
| Ranitidine | 51 | 41.2[a] | 6.7 | 37.5[a] | 6.8 |

a: $P<0.05$ and b: $P<0.01$ by $\chi^2$-test compared with patients without $H_2$-blockers.
c: $P<0.05$ by Mann-Whitney test compared with patients without $H_2$-blockers.

The gastric samples were taken after a 12 hour overnight fast[215]. The statistically significant increases in NDMA and NDEA in the gastric juice of H2RA users was similar across most drugs. In relation to ranitidine, 41.2% of ranitidine samples contained NDMA with maximum concentration of 6.7 ng/ml and 37.5% of ranitidine samples contained NDEA with the maximum concentration of 6.8 ng/ml. Longer use of H2RAs demonstrated slightly decreased intragastric NDMA and NDEA levels, however the authors attributed it to the reduced dose with maintenance treatment. There were higher detection ratios and concentrations of N-nitrosamines in the ulcer healing to scarring stage (from the active stage) although not statistically significant. The authors found no statistically significant differences demonstrated between pH and intragastric N-nitrosamine levels[215]. The authors calculated the intragastric NDMA/NDEA levels were less than 20 ng/ml however when this concentration was multiplied by daily secretion of gastric juice (3000 ml), the amount of NDMA/NDEA would be 60 ug/day (60,000 ng/day). The authors conclude that this would be unlikely to produce carcinogenesis in a short time in man but needs to be considered with caution over a long period of time.

***The role of thiocyanate***

As discussed, nitrite within the body come from multiple sources such as the diet and the formation of nitrite from the reduction of nitrates by bacteria. Nitrites from saliva also make a



CONFIDENTIAL INFORMATION

major contribution to the human nitrite load[184]. Thiocyanate is a normal component of human saliva which has been demonstrated to act as a catalyst for endogenous nitrosation of an amine[216]. It has been demonstrated that thiocyanate can catalyse the nitrosation of dimethylamine in human gastric juice resulting in an increase in formation of NDMA[184]. Thiocyanate has been found in normal human gastric juice at levels ranging from 1 to 4 mg/100ml[217]. Lane found that the presence of thiocyanate shifts the optimal pH for nitrosation to approximately 2.5[184].

Boyland, et al., conducted experiments measuring the nitrosation reaction utilizing different types of catalysts. Thiocyanate was demonstrated to be an effective catalyst that is present in human saliva in considerable amounts (11.7-33 mg/100ml)[218].

Table 1. *Relative rates of nitrosation at 37°C and pH 2 of* N-*methylaniline (0·1 mM) and morpholine (5 mM) by 0·1 mM nitrite in the presence of a 1 mM concentration of a catalytic salt*

| Catalyst | | Relative rates of nitrosation reactions with 0·1 mM nitrite and | |
|---|---|---|---|
| Salt | Concn of anion at pH 2 (mM) | 0·1 mM-*N*-Methylaniline | 5 mM-Morpholine |
| None | — | 1·00 | 1·00 |
| Sodium iodide | 1 | 390* | —† |
| Sodium thiocyanate | 1 | 255* | 43 |
| Sodium nitrite | 0·04 | 38 | — |
| Sodium acetate | 0·002 | 16 | — |
| Sodium bromide | 1 | 3·55 | 1·2 |
| Sodium chloride | 1 | 1·03 | 1·002 |
| Sodium nitrate | 0·3 | 1·00 | 1·00 |

*Figures calculated from results obtained with salt concentrations of 0·1 mM.
†Unstable to method of estimation.

Boyland concluded that the formation of nitrosamines in the stomach, when both nitrite and secondary amines are present would be accelerated by the thiocyanate of saliva.

Ruddell, et al[219]. undertook a study to determine whether nitrite and thiocyanate were present in gastric juice and to measure the concentrations in the saliva. Thiocyanate was measured in saliva and gastric juice of both smokers and non-smokers. Ruddell found the



CONFIDENTIAL INFORMATION

presence of thiocyanate in the fasting gastric juice of all 21 subjects examined at a mean concentration of 0.9 ±0.1 mM. The mean thiocyanate levels in smokers were significantly greater than non-smokers (1.1± 0.1 mM versus 0.4±0.1mM). Thiocyanate was noted to be a powerful catalyst of nitrosation, and a concentration of 1 mM reduced the optimal pH from 3 to 1.5 during in vitro experiments.

Krul, et al[213]., conducted experiments studying the formation of NDMA in an in vitro gastrointestinal model with gastric conditions closely simulating the physiological conditions in humans. To mimic the human exposure to nitrite in a realistic way, nitrite was gradually added to the gastric compartment simulating the swallowing of nitrite containing oral fluid after the intake of nitrate at the level of 0.1-10 times the ADI. Under these conditions, NDMA was formed. Krul further investigated the influence of thiocyanate (2mM) on the formation of n-nitroso compounds after the consumption of codfish, spinach and nitrite at the level of two times the acceptable daily intake (ADI) of nitrate. Krul utilized a TNO in vitro gastrointestinal model which was described as dynamic, multi-compartmental, computer-controlled system that mimics the physiological processes in the human stomach and small intestine. Body temperature, pH, peristaltic movements and secretion of digestive enzymes are simulated. Simulated gastric fluid and pepsin were added into the gastric compartment[213]. The pH in the gastric compartment was continuously measured and adjusted to simulate the delivery of a low calorie meal. Dimethylamine (5 mM) and sodium nitrite (5 mM) to determine whether NDMA could be formed under the experimental conditions. Further experiments were conducted with the addition of food as well as to determine the effect of salivary thiocyanate on the formation of NDMA. Thiocyanate (2mM) was continuously added to the gastric compartment (6 ml/h)



CONFIDENTIAL INFORMATION

simulating the swallowing of saliva containing thiocyanate[213]. The addition of thiocyanate increased the formation of NDMA from 7.2 ±3.4 µg to 10.6±5.2 µg (range 5.5-19.5 µg).

Table 3
The cumulative amount of N-nitrosodimethylamine (NDMA) formed in the gastric compartment of the gastrointestinal model after the intake of nitrosation precursors and modulators ($n=2$)

| Intake | | | | | NDMA (µg) | |
|---|---|---|---|---|---|---|
| Nitrite | Codfish (g) | Spinach (g) | Thiocyanate (mM) | Antioxidant | Mean | Range |
| 10×ADI nitrate | 100 | – | – | – | 423 | 291–555 |
| 10×ADI nitrate | 100 | 75 | – | – | 159 | 125–189 |
| 2×ADI nitrate | 70 | – | – | – | 63 | 53–74 |
| 2×ADI nitrate | 70 | 50 | – | – | 7.2±3.4 | 3.7–13[a] |
| 2×ADI nitrate | 70 | 50 | 2 | – | 10.6±5.2 | 5.5–19.5[a] |
| 2×ADI nitrate | 70 | 50 | 2 | Orange juice (80 ml) | 4.5 | 3.9–5.1 |
| 2×ADI nitrate | 70 | 50 | 2 | Orange juice (80 ml)[b] | 4.6 | 4.3–4.8 |
| 2×ADI nitrate | 70 | 50 | 2 | Black tea (0.5 g) | 3.2 | 3.0–3.4 |
| 2×ADI nitrate | 70 | 50 | 2 | Black tea (0.5 g)[b] | 3.0 | 2.9–3.0 |

[a] $n=6$.
[b] Added 1 h after the intake of codfish and spinach.

This study was also compared to a similar study conducted by Groenen, et al[220]., which utilized a static model. The dynamic model used by Krul demonstrated the same amounts of NDMA formation but with lower concentrations of precursers. Notably, the authors stated that NDMA formation rates in the human stomach cannot be estimated on the basis of urinary excretion because N-nitrosamines are rapidly and almost completely metabolised. One limitation noted by the authors was the study design precluded the ability to detect extra-gastric NDMA formation in other sites in the body by other mechanisms (as described by Leaf, et al)[221,222].

In 1980, Glaxo conducted a study evaluating the catalytic effect of thiocyanate with different concentrations of ranitidine and sodium nitrite. It was confirmed that thiocyanate had a catalytic effect on the nitrosation of ranitidine at a pH of 1.6. This was inferred by the detection of significant mutagenic activity at nitrite concentrations as low as 7.5mM (500 µg/ml) (Glaxo Group Research Report No. PATH-80-235 Nitrosation of ranitidine: further mutagenicity studies, GSKZAN0000986964).



CONFIDENTIAL INFORMATION

Other experiments conducted demonstrated that ascorbic acid under aerobic conditions also enhanced the nitrosation of ranitidine potentially through the formation of oxides of nitrogen which was confirmed by the ability of ascorbic acid to inhibit the nitrosation of ranitidine under anaerobic conditions. Additionally, experiments were conducted with vitamin E (a-tocopherol) which was found to be an effective inhibitor of nitrosation of ranitidine (GSKZAN0000986978). Current investigations have been undertaken by various entities to determine the extent of in vivo formation of NDMA from ranitidine with conflicting results albeit none of the studies have simulated physiological gastric conditions with the addition of thiocyanate.

Braunstein, et al.[196], conducted experimental work to evaluate the formatio of NDMA under simulated gastric conditions utilizing simulated gastric fluid at various pH and nitrite concentrations. Using a Zantac cool mint tablet, the minimum NDMA formed after two hours equaled 947 mg with 1 mmol/L of sodium nitrite and a pH of 2.5.

Gao, et al.[223], conducted experiments with 150 mg ranitidine tablets added to 50 or 250 mL of simulated gastric fluid with a range of nitrite concentrations and pH levels. Gao concluded that NDMA was not detected until nitrite was 5000 umol/L was added which yielded mean level 7353 ng. Thiocyanate does not appear to have been utilized by either Gao or Braunstein. A study by Florian et al showed in a trial with included 18 healthy participants, oral ranitidine (300 mg), compared with placebo, did not significantly increase 24-hour urinary excretion of NDMA when participants consumed noncured-meats or cured-meats diets. However, these studies did not use diseased people and subjects were not restricted from Vitamin C and E exposure[70].

The in vitro models used in Braunstein and Gao are instructive. To understand the mechanisms whereby ranitidine under simulated physiologic gastric states forms NDMA, it is critical to set up an ex vivo model in which ranitidine can be tested on gastric fluid exposed to



CONFIDENTIAL INFORMATION

nitrates. Ex vivo models are critical to simulate what happens in the complex environment of the human body and stomach in which there are many variables[224]. In this ex vivo model, only a few key variables can be cleanly manipulated such as varying concentrations of gastric fluid, nitrate, and ranitidine. Specific reactive, temperature and storage conditions can be precisely studied which cannot be studied directly in the human body. While *ex vivo* models have their own limitations, they serve as a useful bridge between *in vitro* approaches and *in vivo* experiments[225].

In Carmona, et al, evaluated the ultrasound dynamics of gastric content volumes after the ingestion of coconut water or a meat sandwich. This was a randomized controlled crossover study with healthy volunteers. The study demonstrated that meat remains in the stomach for many hours as the stomach was only completely empty of the meat in 65% of the subjects at 4 hours and 100% of the subjects after 7 hours. This lengthy gastric time for meats allows for an ample opportunity for ranitidine to react directly with the meat (and the nitrite contained therein) to form endogenous NDMA[226].

Studies have shown that meat, or protein can stay in the stomach for several hours. For example in a study of 17 healthy volunteers who ate a 355-kcal meat sandwich, the stomach was completely empty of the meat in 65% and 100% of the subjects after 4 and 7 hours, respectively. For the drink, the stomach emptied in 50% and 100% of the subjects after 2 and 4 hours, respectively. Given ranitidine's gastric residence time, it is highly likely that ranitidine comes into contact with food in the stomach. Particularly for patients who take ranitidine with, or shortly after a meal to relieve heartburn symptoms, food is an important consideration.



CONFIDENTIAL INFORMATION

***The role of Vitamin C (ascorbic acid) and Vitamin E (a-tocopherol)***

It has been long established that Vitamin C and Vitamin E are effective inhibitors of nitrosation of tertiary and secondary amines, like ranitidine (World Health Organization, Nitrites and N-Nitroso Compounds, 1978, (GSKZAN0000613222)).

Oshima and Bartsch[115] found that the simultaneous intake of ascorbic acid or a-tocopherol was found to inhibit the nitrosation of proline in vivo. Tannenbaum[227] found that there was definitive evidence of endogenous N-nitroso compound formation in human beings and therefore urged the scientific community to develop approaches to inhibit nitrosation, noting "[T]wo safe and effective compounds for this purpose are ascorbic acid and a-tocopherol."

There is also evidence that these two compounds inhibit the nitrosation of ranitidine. De Flora published the results of experiments conducted on ranitidine which demonstrated that the combination of ranitidine and sodium nitrite resulted in a mutagenic response greater than MNNG (a known carcinogen) advising that these results found in vitro would suggest that a prudent course of action would be to ask patients to eat a diet low in nitrates and nitrites, avoid taking ranitidine with meals and to give inhibitors of nitrosation such as ascorbic acid[90]. De Flora conducted additional experiments demonstrating that mixing ascorbic acid and ranitidine prioir to additon of nitrite resulted in a dose-related inhibition of formation of mutagenic derivatives with an almost complete block of reaction when the ascorbic acid and nitrite concentrations were equimolar[90].

Brambilla, et al.[94], conducted rodent studies giving rats and mice ranitidine with sodium nitrite and found DNA fragmentation in the liver and gastric mucosa. A gastric pH of 2-3 increased the amount of DNA damages compared to a pH of 5.5. Results below. Ranitidine and sodium nitrite given to mice induced statistically significant increase in frequency of sister



CONFIDENTIAL INFORMATION

chromatid exchanges in the bone marrow cells. Moreover, simultaneous administration of ascorbic acid (vitamin C) reduced the damage to gastric DNA. Given the results of the experiments with ranitidine and ascorbic acid, Brambilla and colleagues advised that it would be wise to take the simple measure of ingesting ranitidine with ascorbic acid to inhibit potential nitrosation[94]. Martelli, et al.[93], also conducted experiments with ranitidine and sodium nitrite to evaluate whether the nitrosated ranitidine caused DNA damage in rat liver cells.

The results indicate that ranitidine with nitrite caused a dose-dependent DNA repair and were toxic in concentrations exceeding 0.2 mM. Nitrosated ranitidine was compared to pure NDMA used as a control. The nitrosated ranitidine was markedly more potent than pure NDMA in 4 independent experiments conducted. Martelli also found that ranitidine alone (without the addition of nitrite) was positive meaning that ranitidine without the addition of sodium nitrite also caused DNA damage[93]. Martelli suggested that the concurrent ingestion of ascorbic acid might be helpful to inhibit the nitrosation of ranitidine in the human body[93].

In 1980, Glaxo conducted a study evaluating the role of ascorbic acid and a-tocopherol for inhibiting the nitrosation of ranitidine when combined with sodium nitrite (GSKZAN0000986978). Glaxo found that while ascorbic acid under ***aerobic*** conditions enhanced the nitrosation of ranitidine potentially through the formation of oxides of nitrogen, further experiments demonstrated that ascorbic acid inhibited the nitrosation of ranitidine under ***anaerobic*** conditions. This confirmed that the catalytic effect under aerobic conditions was through the formation of oxides of nitrogen. Additionally, experiments were conducted with vitamin E (a-tocopherol) which was found to be an effective inhibitor of nitrosation of ranitidine.

The differences observed in aerobic conditions compared to anaerobic conditions are significant. The inhibitory effect of a-tocopherol demonstrated by Glaxo experimental work in

1980: Based upon the evidence of the inhibitory effect of these compounds on nitrosation of ranitidine, simple steps could have been taken by the ranitidine manufacturers to limit the risk of endogenous formation of NDMA from ranitidine such as advise patients to take it with orange juice, vegetable juice or almonds.

***Ranitidine distribution through the body***

The volume of distribution of ranitidine is indicative of some binding to tissues[202,228,229]. (GSKZAN0002743484). Animal studies demonstrate widespread distribution of ranitidine into all tissues except the central nervous system. Ranitidine has been shown to bind to liver microsomes and cytochrome P-450[230]. Ranitidine is widely distributed throughout the body and is 10-19% protein bound. The apparent volume of distribution of ranitidine is reported to be 1.2-1.9 l/kg. The apparent volume of distribution in children 3.5-16 years of age is reported to be 2.3-2.5 l/kg (range: 1.1-3.7 l/kg) (McEvoy GK (ed.). American Hospital Formulary Service Drug Information 96. Bethesda, MD: American).

The bioavailability of ranitidine after oral administration is approximately 50% due to pre-systemic hepatic metabolism[205]. In 2020, GSK undertook a study of the distribution and disposition of ranitidine using physiologically based pharmacokinetic modeling (GSKZAN0002856477). The stated purpose was to predict concentrations of ranitidine in key tissues to determine the potential levels of metabolism and consequently potential exposure of tissues to NDMA from ranitidine in humans. GSK did not attempt the same modelling with NDMA. The predicted tissue to plasma distribution demonstrated greatest concentration of ranitidine in the liver, heart, spleen, gut, muscle, kidney and pancreas in descending order. Lesser distribution occurred in the skin, lung, bone, adipose and brain.



CONFIDENTIAL INFORMATION

***Bacterial nitrosation in the stomach***

During fasting, gastric juice in normal healthy individuals is either sterile or contains de minimis numbers of bacteria[195]. The variety of organisms that can be grown from normal gastric juice is similar to those which inhabit the mouth and pharynx. The sterilizing effect of the hydrochloric acid in the stomach prevents infections from this bacteria[195]. Most bacterial species do not survive at pH levels below 4; hence the acidic gastric environment is considered the most important barrier against colonization and infection by ingested bacteria[231]. In a healthy person who is not taking acid reducing medications like ranitidine, bacterial nitrosation in the stomach is not a risk because the bacteria that is in the saliva upon swallowing, is killed by the hydrochloric acid in the stomach. However, in patients with chronic gastric hypochlorhydria or achlorhydria, the lack of acid in the stomach leads to bacterial overgrowth[232]. There is substantial evidence that use of H2RAs, including ranitidine, significantly increases the bacterial counts in gastric juice. The bacterial overgrowth directly correlates with the increase in pH during acid suppressive therapy. Bacterially catalysed nitrosation of ranitidine could then lead to increased NDMA formation. Bacterial catalysed nitrosation of drugs has been demonstrated to yield carcinogenic nitroso compounds.

The gastric juice of hypochlorhydric or achlorhydric in patients contains nitrate-reducing bacteria in significant quantity[233] together with adequate amounts of nitrosable amines so that N-nitrosamines can be formed[234]. The ability of bacteria to catalyze the nitrosation of secondary amines is important in people exposed to high concentration of nitrates[233]. Many of the early studies on the *in vivo* formation of nitrates has focused on the stomach as a potential site of synthesis as the rate of nitrosation of dimethylamine has been shown to be maximal at pH 3-4 and the typical human range of pH in the stomach is 1.5-3.0. Nitrate is a normal dietary



CONFIDENTIAL INFORMATION

component, present in large amounts in certain vegetables and as a preservative in cured meats and some types of cheese. Nitrate can also occur in significant concentrations in drinking waters.

Bacterial formation of carcinogenic nitrosamines *in situ* is one of two mechanisms of endogenous formation of nitrosamines. Numerous studies have unequivocally shown that bacteria-mediated N-nitroso compound formation can occur *in vivo* and *in vitro* when using animal models and human studies. Bacterial nitrosation proceeds at neutral pH and is most likely to take place in the achlorhydric stomach and is mediated most efficiently by bacteria that can carry out denitrification (reduction of nitrate to nitrogen).

Bacterial nitrosation has been demonstrated in multiple experimental studies. Assuming the presence of bacteria with the appropriate metabolic activity which has been demonstrated with ranitidine use[199,212], (Glaxo Group Research Report, CP:16:81, Effect of Administration of Ranitidine for four weeks on gastric bacterial flora in healthy volunteers, November 1981, GSKZAN0000990147), N-nitroso compounds may be formed in the colonized stomach at much higher concentrations than in the normal acid stomach. These conditions combined with ranitidine, which will already contain high levels of NDMA from exogenous formation, further increases the risk. Evidence of increased mutagenicity of gastric juice in patients who have taken ranitidine demonstrates this mechanism and it has been suggested that the mutagenic activity in gastric juice is transient in the hours immediately following ingestion of the drug[235,236]. The concomitant ingestion of vitamin C and vitamin E will have an inhibitory effect on nitrosation and must be accounted for as well[237-239]. (Glaxo Group Research Report No. PATH-80-235 Nitrosation of ranitidine: further mutagenicity studies, GSKZAN0000986964).

Glaxo conducted a study in 1981 to measure the effect of administration of ranitidine for four weeks on gastric bacterial flora in healthy volunteers (Glaxo Group Research Report No.



CONFIDENTIAL INFORMATION

MD:29:81, protocol CP:16:81, Effect of Administration of Ranitidine For Four Weeks on Gastric Bacterial Flora in Healthy Volunteers, GSKZAN0000990147). Eleven healthy male participants received continuous treatment with ranitidine 150 mg twice daily for four weeks. Fasting gastric juice samples were taken on the first day of the study prior to drug administration. Treatment was commenced immediately after with ranitidine taken twice daily with breakfast and at 10:00 pm. On day 28, a second gastric juice sample as collected between 9:00 and 10:00 am between 11 and 12 hours after the previous evening dose of ranitidine. The morning dose was administered right after the gastric juice was collected and the evening dose was administered at 10:00 pm. On day 29, the subjects took their morning dose at 6:00 am with a glass of water. A third gastric juice sample was collected 3-4 hours later (between 9 and 10 am). No restrictions were placed on diet. A record of food intake on days prior to gastric juice sampling was kept by each participant. The gastric juice was tested for pH and bacteria. The median pH increased from the pretreatment value from 2 to 4 in the 12-hour sample and to a pH of 7 in the 4-hour samples. The number of samples with pH >4 increased from 4 of 11 in the pretreatment to 7 at 12-hour collection and 9 at the 4 hour sample collection. Bacterial content increased as pH increased. One-third of the samples contained bacteria which reduced nitrate to nitrite. There was an increase in the median total number from pretreatment of zero. The authors noted that the study was conducted "on an open basis with no control observations and therefore it was impossible to unambiguously test for and estimate the effects due to ranitidine (GSKZAN0000990229).

***Extragastric Endogenous Formation of NDMA***

As discussed previously, modeling studies have indicated that concentrations of ranitidine are found in the tissues beyond the stomach including the liver, pancreas, and kidney



CONFIDENTIAL INFORMATION

(GSKZAN0002856477). In addition, nitrate and nitrite have been measured in the human brain, pancreas, lung, thyroid, kidney, liver and spleen[120]. Plasma nitrate levels rise immediately after a nitrate-rch meal with a half life of approximately 5 hours and plasma nitrite levels rise in parallel albeit slightly delayed by the enterosalivary cycling for the reduction of nitrate to nitrite[240-242]. Circulating plasma nitrite levels are generally in the range of 150-600 nM[120].

The presence of ranitidine in the tissues of certain organs will automatically distribute NDMA from exogenous formation to those tissues. The potential for extragastric nitrosation must be considered[221,222]. Hence, because of their short half-life and are metabolized quickly nitrosamines are primarily locally activated in the organs where tumors develop[193]. It has also previously been demonstrated that N-Nitrosamines can form from activated macrophages[243].

*Glaxo had knowledge that Zantac® formed NDMA in the human body*

***Throughout the relevant periods on Zantac® use over the past 40 years, the scientific community continued to raise concerns about NDMA formation from ranitidine.*** Specifically, questions were raised as to whether Zantac® ingestion could lead to the formation of highly carcinogenic NDMA in the human body. Since the 1980s, the scientific evidence establishing that NDMA is formed from ranitidine, in the body, and in other conditions, continues to accumulate. The undeniable scientific evidence linking ranitidine to the production of high levels of NDMA, or, the mounting evidence that Zantac® itself is linked to cancer, was not disclosed on the Zantac® label or through any other means. From the time ranitidine (Zantac®) was made commercially available by prescription and over-the-counter until the time of the recall, the FDA was never presented with any disclosure by any Defendant, concerning the risk of NDMA formation from ranitidine.



CONFIDENTIAL INFORMATION

That Glaxo possessed knowledge that Zantac® formed NDMA in the human body comes from a human study Glaxo was involved in and that was published in 1987. Here, the researchers tracked 15 patients who took ranitidine and examined their gastric juice following ingestion of Zantac to study the long term gastric effects of ranitidine[199]. Critically, instead of using the gold standard assay — mass spectrometry — to detect nitrosamines, Glaxo used a nitrogen-oxide (i.e., nitric oxide, NO) assay. Thus, these studies were inherently flawed. The nitric oxide assay indicated the presence of N-nitroso compounds (e.g. NDMA) in the gastric fluid samples containing ranitidine[199]. However, instead of further investigation, the author claimed these results were "false" and then restricted studies to "ranitidine free samples to avoid high readings of nitrosamines" instead of study samples that contained ranitidine.[199] A mass spectrometry assay should have been used to test for the presence of nitrosamines.

In addition, unpublished studies were conducted by GSK in 1982 demonstrating the formation of NDMA from ranitidine. During this same timeframe (Tanner GSKZAN0000084994 and GSKZAN0003535392-GSKZAN0003535395), Smith Kline and French (pre-merger with Glaxo) also conducted studies demonstrating NDMA formed when ranitidine was combined with sodium nitrite.

GSK tested ranitidine to determination if N-nitrosodimethylamine formed by reaction of ranitidine hydrochloride with sodium nitrite (1982). CITE: GSKZAN0000084994- 85002 Tanner, The determination of N-nitrosodimethylamine formed by reaction of ranitidine hydrochloride with sodium nitrite (1982) In this study by Tanner, nitrite reacted with ranitidine to form NDMA (in 3.1% yield). "These reactions simulated the concentration of ranitidine and nitrite expected in the human stomach after oral administration of ranitidine and nitrate rich



CONFIDENTIAL INFORMATION

meal….Ranitidine hydrochloride contains a dimethylamino group therefore experiments were carried out to determine whether NDMA could be formed from the drug in the presence of nitrite. In these reactions ranitidine hydrochloride (1mM) and nitrite (0.3 mM) were incubated at 37°C in either 6% acetic acid or in gastric juice. The NDMA content was of concentrated extracts of the incubation mixtures was determined by gas chromatography-mass spectrometry (GC-MS). When ranitidine (10 ml, 10 mM) was incubated with sodium nitrite (40 mM) under the conditions of the WHO NAP test, 232 μg NDMA was formed equivalent to 3.1% yield based on ranitidine."

Thirty-nine (38) years later, in January 2021, an *in vitro* human stomach simulation study by Braunstein explored whether it is possible to form NDMA in the stomach from ranitidine using an *in vitro* model[196]. In a simulated stomach acid pH of 2.5, there was a relationship between the generation of NDMA as the concentration of sodium nitrite increased from 1 mmol/L to 100 mmol/L[196]. This suggests that when nitrogenous products are in the stomach at the same time as ranitidine, there would be an accelerated generation of NDMA[196]. Similarly, with a fixed amount of sodium nitrate (50 mmol/L), there was a correlation between reduced pH (e.g., from 5.5 to 2.5) and the amount of NDMA formed[196]. The NDMA formed with standard doses of ranitidine were more than 10 000 ng, an alarming amount[196].

*N-Nitroso derivatives of $H_2$-receptor antagonists*

Braunstein et al 2021 demonstrated that ranitidine may be a significant source of NDMA under a range of physiologically relevant conditions[196]. Under simulated gastric conditions, the NDMA yield from a standard tablet of ranitidine increased with both increasing nitrite and decreasing pH to levels up to 3 orders of magnitude beyond established limits[196]. Using LC-



CONFIDENTIAL INFORMATION

HRMS, the authors detected from ranitidine in SGF (simulated gastric fluid) across a range of physiological conditions. Under optimally reactive physiologic conditions (pH 2.5 and 50 mmol/L of sodium nitrite), the NDMA yield from a 300-mg ranitidine tablet increased to 0.612 mg (612000 ng)[196]. These studies support regulatory actions to limit ranitidine availability[196]. In another *in vitro* study, ranitidine conversion to NDMA was not detected until nitrite was 5000 μmol/L[223]. These studies support regulatory actions to limit ranitidine availability[196].

**BIOMECHANISMS FOR NDMA FORMATION FROM RANITIDINE**

There are several potential mechanisms for NDMA release from ranitidine that were originally reported in water research studies[174,244-248]. The chemical structure for ranitidine contains a lateral tertiary amine that is relevant to nitrosamine formation. During the 1970s and 1980s, there were many studies describing mechanisms for nitrosamine formation among molecules possessing tertiary amines. According to Loeppky et al.[52], nitrosamine generation requires three elements; (1) nitrosatable substrate, (2) nitrosating agent and (3) specified reaction conditions. Importantly, the tertiary amine functional group in ranitidine is considered as a nitrosatable substrate by the Loeppky definition[52]. Examples for nitrosating agents are nitric acid and nitrite[52]. Experimentally, chemical reactions have demonstrated that nitrosamines can generally be formed at room temperatures (e.g., 25°C), in addition to high temperatures such as 120°C[52,249]. These observations led to the suspicion that naturally occurring nitrite in the human body, might interact with potential nitrosatable drugs and generate nitrosamines[250-252]. In these studies, extreme conditions (e.g., concentrated acids and high temperatures) were applied, in order to confirm and identify the nitrosamine formation. To this end, these earlier observations



CONFIDENTIAL INFORMATION

established fundamental mechanisms for the recent findings of nitrosamines (e.g., NDMA) in ranitidine.

N-Nitrosamines can be formed from the heating of either a secondary or a tertiary amine with sodium nitrite in the presence of a high-boiling ester such as 2-acetoxyethanol in ethylene glycol[249]. The four secondary and six tertiary amines examined produced N-nitrosamines in yields ranging from 4% to 80% when equimolar amounts of amine and ester were heated at 120°C with one to ten-fold equivalents of sodium nitrite[249]. Preincubation of a large excess of sodium nitrite and ester led to the rapid formation of N-nitrosamines in high yield.

Multiple scientific studies demonstrate that ranitidine in combination with excess nitrate concentrations causes nitroso-compounds, such as NDMA, to be formed[91-93]. Ranitidine reacts with excess nitrite to create nitroso compound(s), which are capable of inducing mutagenic activity including point mutations in bacteria and increased lethality in DNA repair-deficient strains[91]. A single oral dose of ranitidine and sodium nitrite induces liver and gastric DNA damage in rats[94]. A single dose of dose of ranitidine and sodium nitrite also causes genotoxic effects by increasing sister chromatid exchanges in bone-marrow cells of mice[94]. Simultaneous administration of ascorbic acid reduced the damage of ranitidine-induced gastric DNA damage[94]. The nitroso-compounds generated by ranitidine demonstrated genotoxic activity in the rat hepatocyte DNA repair assay over a range of 0.02 – 0.2 mM. GSK studies by Brittain et al 1981, claimed an (instable) nitroso-nitrolic acid derivative of ranitidine with mutagenic activity and only produced after incubation in the presence of 40 mM nitrite and not in the range of 2-20 mM[97].

An excess of nitrite was needed, in the case of ranitidine, for optimal formation of mutagenic derivatives. The *in vitro* reaction of ranitidine with nitrite in acidified solutions or in



CONFIDENTIAL INFORMATION

human gastric juice resulted in the formation of genotoxic derivatives, mainly eliciting base-pair substitutions in *his-Salmonella typhimurium* and *trp-Escherichia coli* and inducing an increased lethality in DNA repair-deficient bacteria[91]. The ranitidine-induced mutagenic response was even more potent in human liver tissue preparations and was mutagenic in the presence of rodent tissues (e.g. rat and mouse). Most samples from both untreated and ranitidine-treated individuals induced mutations of different genetic specificity (frameshift errors), resulting from nitrosation of physiological components of gastric juice[91].

Histamine H2 receptor antagonists, with their potent antisecretory activities, can foster favorable conditions for intra-gastric bacterial growth, particularly growth of nitrate-reducing bacteria that promote the formation of N-nitroso compounds[234,253,254]. Reed et al demonstrated high levels of N-nitrosamines for intragastric pH of 4 or higher obtained after 1 week to 45 months of treatment with the H2 receptor antagonist cimetidine[234]. In a separate study with a six week course of cimetidine in healed peptic ulcers, there were statistically significant increases in nitrite and N-nitrosamine concentrations[254]. The conversion from nitrates to nitrites was closely related to the occurrence of nitrate-reducing bacteria. In three patients, the intragastric milieu had returned to normal two months after cimetidine treatment had been discontinued. Mean nitrite and N-nitrosamine concentrations did not return to pre-treatment levels in the group of eight patients who remained on maintenance cimetidine (0.4 g at night-time) for three months after the full dose treatment[254]. This study shows that H2 receptor antagonist treatment can create an intragastric milieu resembling that of atrophic gastritis[254].

The formation of NO-compounds has been demonstrated in the stomachs of laboratory animals by chemical analysis. Sander et al. in 1968 found up to 30% yields of diphenylnitrosamine and 4% yields of NO-methyl-aniline after rats were given gavage of amines



CONFIDENTIAL INFORMATION

and nitrite[54]. Sen et al. (1969) found 0.2 % yields of NDEA in cats and rabbits given diethylamine + nitrite[181]. In these studies, N-nitrosamines formed from secondary amines and nitrite in human and animal gastric juice[181]. Alam et al. found 0.5% yields of NO-piperidine when piperidine + nitrite were injected into rat stomachs[182]. Small yields of NO-piperidine were obtained in the stomach and small intestine after administration of piperidine and nitrate[182]. After gavage of proline and nitrite to fasted rats, NO-proline was detected[183]. The formation of nitrosamines by *in vitro* incubation of secondary amines + nitrite in the gastric juice of various species, including in humans, was demonstrated by Sen et al.[181], Alam et al.[182], and Lane and Bailey[184]. To demonstrate that nitrosamines produced in the stomach are absorbed, Kamm et al (1974) detected 1-2 ug NDMA/ml in serum at 0.5-6 hours after rats were given gavage of 127 mg AP and 110 mg $NaNO_2$/ body weight[185].

Ranitidine obtained by nitrosation *in vitro* was mutagenic for Salmonella strains TA100 and TA98 with and without metabolic activation[98]. Ranitidine caused a 3-fold increase in mutagenic activity (as measured by his+ revertants) in strain TA100 compared to controls[98]. Nitrosated ranitidine was also recombinogenic for the yeast *S. cerevisiae*[98]. Ranitidine also induced a dose-dependent genotoxicity (e.g. DNA fragmentation) in cultured mammalian cells[92]. In simulated gastric conditions with nitrite levels of 200 mM, nitroso-compounds are formed[93]. *In vitro*, the reaction of ranitidine, in acidified solution, with excess nitrite, yielded nitroso derivative(s) causing a dose-dependent amount of DNA synthesis in primary cultures of rat liver cells (hepatocytes)[93].

O'Connor et al did not find any evidence of increased mutagenicity in gastric aspirate from 18 patients after treatment with cimetidine or ranitidine[235]. However, these results conflict



CONFIDENTIAL INFORMATION

with those reported by Özhan and Alpertunga, who found genotoxic activity of nitrite-ranitidine reaction products generated under simulated gastric conditions at a nitrite concentration of 8.8 mg/L (0.13 mM) when assayed in the *umu*-assay[255]. In these studies, 28 orally administered drugs considered to be potentially nitrosatable on the basis of their chemical structure, were nitrosated with nitrite under simulated stomach conditions. A maximum daily dose of each drug was incubated with a nitrite concentration that can be found after a normal meal in the stomach at 37°C for 1 hour. The reaction was started at pH 6.8-7.0 and stopped at pH 2.0, comparable to the pH change that occurs in the human stomach. This study also tested the genotoxic activities of drug-nitrite interaction products using the umu-test with *Salmonella typhimurium* TA 1535/pSK1002 as tester strain in the presence. Twenty-two of the drug nitrosation products examined genotoxicity at different levels. The other six products showed negative results by the umu-test. Thus, under simulated intragastric conditions, NDMA formation (or formation of other nitroso

Studies by Himuna et al. also provided evidence that nitrosation occurs in gastric juice under optimal conditions, and indicated that nitrite levels were the limiting factor for nitrosation[186]. Rapid elimination from the gastrointestinal tract suggested that the pathologic implication of nitrosamines formed in the stomach could be important for other organs[186]. To study the implications of nitrosation in the stomach, the formation of NDMA and NDEA from nitrite and secondary amines was examined *in vitro* under conditions simulating gastric juice[186].

These results are in line with Krawcyznski et al.[256], who evaluated the concentration of nitrosamines in the gastric juice of children with chronic gastritis (CG) before and after treatment. The concentration of nitrosamines was examined before and 4-6 weeks after



CONFIDENTIAL INFORMATION

eradication treatment (ranitidine, amoxicillin, nitroimidazole). After treatment, there was a statistically significant increase of nitrosamine concentration in the gastric juice (1.031 mg/l), particularly in boys (1.499 mg/l) in comparison with the values obtained before treatment (0.074 mg/l), with the control group (0.063 mg/l), and an age-matched group of girls (0.924 mg/l). Nitrosamine concentrations in gastric juice in children with chronic gastritis were similar to the values obtained in the control group.

A recent study tested the hypothesis that endogenous chemical nitrosation in the normal stomach in early life could play a crucial role in inducing chronic atrophic gastritis/intestinal metaplasia in later life. The authors tested this hypothesis by applying the N-nitrosoproline (NPRO) test to 12-hour urine samples from about 50 children (aged 8-14 years) living in high- and low-risk areas for stomach cancer[257]. The median values of NPRO and the sum of four nitrosamino acids analyzed were 0.28-0.84 micrograms/12 hours and 0.75-1.75 micrograms/12 hours, respectively. The NPRO level after proline intake was significantly higher in children from a high-risk area than in those from a low-risk area, and markedly reduced after ingestion of ascorbic acid and proline[257].

Ranitidine may be a substrate for N(G), N(G)-dimethylarginine dimethylaminohydrolase (DDAH), leading to the generation of DMA, which can react to form NDMA in the presence of a nitrosating source. Differences may exist between ranitidine metabolism after oral and parenteral administration. After IV administration of 150 mg ranitidine, 79% of the dose was recovered in urine. After oral administration of 150 mg ranitidine, 27% of the dose was recovered in urine[207]. After i.v. administration, a larger fraction or ranitidine is excreted as the parent compound[258]. These differences may reflect first-pass metabolism and/or metabolism by the intestinal flora. NDMA was not measured in these older pharmacokinetic studies and may have been missed if it



CONFIDENTIAL INFORMATION

is formed as a minor metabolite. Due to the lack of available data, it is currently unclear if the route of administration has an impact on the endogenous formation of NDMA from ranitidine.

The observed differences between oral and parenteral administration may reflect first-pass metabolism and/or metabolism by the intestinal flora. Although the quantity of ranitidine metabolized is lower after parenteral administration, it is still uncertain whether less NDMA will be formed from ranitidine (if endogenous formation indeed occurs). It would depend on the site of formation. If the potential site of formation is gastrointestinal, then indeed the concern would be much less after parenteral administration. If, however, NDMA is a product of renal metabolism, this is not likely the case and considering the higher rate of renal excretion after parenteral administration, the quantity of NDMA formed could even be higher.

## ENDOGENOUS NITRITE, CHEMICAL NITROSATION AND CANCER CAUSATION

Tumors can be induced by the oral administration of amines or amides together with nitrites[185]. Tumor induction was due to *in vivo* production of nitrosamines predominantly in the stomach. Tumors caused by nitrosamines can be produced in the stomach when feeding animals diethylamine and nitrite to rats[185]. Studies in 1969 with Sander and Burklee showed that esophageal and liver tumors were induced in rats by feeding N-methylbenzylamine or morpholine and nitrite. A diet containing N-methylbenzylamine + varying amounts of nitrite induced esophageal tumors in rats only when [$NaNO_2$] was at least 0.08%. Mice also developed tumors on feeding N-methylbenzylamine + nitrite[185]. In many of these studies, the nitrites were given in the water and the nitrosatable compound in the food or vice versa. These studies demonstrate that only readily nitrosatable compounds are sufficiently nitrosated *in vivo* for tumors to be induced[185].



CONFIDENTIAL INFORMATION

A quantitative study of the piperazine and nitrate demonstrated that the number of lung adenomas/mouse was proportional to the piperazine in the food and nitrite in the drinking water via *in vivo* nitrosation in mice which was catalyzed by acid[259]. In a high profile publication in the journal *Nature* in 1973, when aminopyrene + $NaNO_2$ were administered to rats, with both compounds in the drinking water at 250 mg/liter, 90% of the rats developed liver tumors caused by *in vivo* NDMA formation[260]. When heptamethyleneimine + $NaNO_2$ (each 2 g/liter) were administered similarly, 90% of the rats showed tumors attributed to nitrosamine formation[260]. The amines given alone had no effect. Very little nitrosamine was present in the drinking water, meaning that the nitrosamines were formed endogenously. This was one of the first studies that showed that tumors were induced by *in vivo* by nitrosation of such a strong base when the amine and nitrite were ingested together[260].

Newberne and Shank (1973) induced hepatomas in rats by long-term feeding of semi-synthetic diets containing morpholine + nitrite. A 2-3% tumor incidence was induced with only 5 mg morpholine + 1000 mg $NaNO_2$/kg food, or 1000 mg morpholine + 50 mg $NaNO_2$/kg food[261]. The tumor incidence was 98% when the concentration of both components was 100 mg/kg[261]. Carcinogenic N-nitroso compounds are generated by the acid-catalyzed reaction of nitrite with certain nitrogen compounds. Humans can be exposed to N-nitroso compounds if they are formed in the food (e.g. during its storage or preparation) or *in vivo* (e.g. in the stomach)[54]. N-Nitroso compounds are divided into the nitrosamines and the nitrosamides. Most tested nitrosamines and nitrosamides have proven to be potent carcinogens[54]. One of the major factors regulating the endogenous synthesis of N-nitroso compounds is the concentration of nitrite in the gastric environment[227]. While gastric nitrite can originate directly from ingested nitrite from food or water, most of it arises from enzymatic reduction of nitrate in saliva or directly in gastric juice.



CONFIDENTIAL INFORMATION

Thus, the key factors regulating the exposure to nitrite are exposure to nitrate and the extent of its reduction[227]. Exposure to nitrate may occur from ingestion of nitrate (from food and water), inhalation of nitrogen dioxide, or endogenous formation of nitrate from reduced nitrogenous compounds[227]. Although nitrate of endogenous origin may form a significant proportion of an individual's exposure, the health impact of exogenous nitrate may be more important in terms of peak concentration reaching the gastrointestinal tract[227]. Since all individuals exhibit endogenous synthesis, the greatest increase in risk is in those individuals with the greatest environmental exposure[227]. An example of high environmental exposure is consumption of nitrate-contaminated water. Ayanaba et al found NDMA after incubating dimethylamine and nitrate with microorganisms derived from sewage and soil, and with whole acidic soil and sewage[262].

In another study of gastric cancer from a high-risk region (Colombia), samples of gastric contents from 2 groups of patients from a region of high risk for gastric cancer were analyzed for pH, nitrite, nitrate, thiocyanate, and chloride[263]. In each group, the patients could be divided into 2 subgroups: those with a gastric pH of less than 5 and those with a gastric pH of greater than 5. Above pH 5, nitrite correlated with nitrate[263]. The pH greater than 5 subgroups had significantly higher nitrite content (20- to 100-fold). Patients with diagnosed gastric pathology related to a precancerous state were shown to have high levels of a carcinogen precursor[263]. These studies demonstrated intragastric nitrite formation by bacterial reduction of nitrate with the synthesis of carcinogenic N-nitroso compounds[263]. Other studies show that the level of salivary nitrite is approximately proportional to the salivary nitrate concentration[227]. Moreover, studies show that urinary nitrite arises from bacterial reduction of urinary nitrate[264].



CONFIDENTIAL INFORMATION

A set of studies documented that the public water supply to Worksop contained high concentrations of nitrate[264]. Epidemiological data revealed that, compared with low nitrate control towns, Worksop had an increased gastric cancer death rate[264]. The bacterial production of nitrosamines increased the risk of stomach cancer deaths[264]. These studies link nitrate and nitrite to gastric, bladder, and esophageal cancer via chemical nitrosation[227]. Approaches have been developed to inhibit nitrosation in high-risk individuals for cancer prevention. These include methods for reducing exposure to nitrate, especially in areas with contaminated water, to prevent formation of N-nitroso compounds (e.g. under endogenous conditions)[227].

Many tertiary amines can be nitrosated under extreme conditions such as heating at 90°C for several hours with high nitrate. Secondary amines can also be nitrosated under milder

Various approaches have been developed to reduce or prevent nitrosation of drugs. These include: (1) administer the drugs by a non-oral route (e.g. rectally or by injection), (2) formulate the drugs with enough ascorbate (or a similar reagent) to block intragastric nitrosation, or (3) replace the drugs with safer, more effective compounds[54].

Tannenbaum found that there was definitive evidence of endogenous N-nitroso compound formation in human beings and therefore urged the scientific community to develop approaches to inhibit nitrosation, noting "[T]wo safe and effective compounds for this purpose are ascorbic acid and a-tocopherol[265]." There is also evidence that these two compounds inhibit the nitrosation of ranitidine.



CONFIDENTIAL INFORMATION

## ANIMAL STUDIES: HUMAN RELEVANCE OF CHEMICALS THAT CAUSE CANCER IN ANIMALS

The use of laboratory animals to identify carcinogenic potential of chemicals, mixtures, and other agents has a modern history of greater than 60 years from which copious scientific and public health information can be derived[39,41,266-269]. A stunning 80 to 90% of malignant tumors are caused by external environmental factors (carcinogens)[270,271]. The combination of animal and epidemiological studies has also determined that the main factors responsible for the development of malignant neoplasia among humans are environmental factors including smoking, excessive alcohol consumption, and diet[270,272]. Among various risk factors of cancer, tobacco is a key avoidable risk factor for cancers of the oral cavity, larynx, lung, pharynx, esophagus, stomach, liver, pancreas, kidney (pelvis), ureter, bladder, and cervix[273]. Chemicals derived from food processing can act as carcinogenic factors[274]. It has been well-characterized over the past 50 years that N-nitroso (NNO) compounds including NDMA can cause human cancer of various organs (e.g., pancreatic, liver, gastric, bladder and esophageal cancer)[21,55].

Experimental evidence indicates that there are more physiologic, biochemical, and metabolic similarities between laboratory animals and humans than there are differences[39,275]. These similarities increase the probability that results obtained in a laboratory setting would yield similar results for humans[39,276,277]. Clearly, the accumulated experience in the field of carcinogenesis supports this concept[39,278]. Carcinogenic mechanisms can result from activation by exposure to environmental carcinogens[269,279]. For example, DNA adducts link environmental exposures and biological damage. DNA mutation fingerprints are induced by carcinogens in tumor suppressor and oncogenes[279]. In epigenetics (changes caused by gene expression), methylation changes occur in specific genes by various carcinogens (e.g. arsenic, benzene,



CONFIDENTIAL INFORMATION

chromium, and cigarette smoke)[279]. Importantly, the key characteristics of carcinogens including inflammation, immunosuppression, angiogenesis, and proliferation stimulate the growth of various tumors initiated by DNA damage[14,78,280].

Past approaches evaluating human relevance have focused on whether the animal response is generalizable. This involved observing tumors in multiple species, in multiple independent studies, or under different experimental conditions[39]. It is important to elucidate the mechanism(s) involved in the induction of tumors in experimental animals, followed by an investigation of similarities and differences between experimental animals and humans to allow an informed determination about whether the mechanism(s) operating in experimental animals are also likely to be operative in exposed human populations[43]. Thus, experimental animal studies can adequately demonstrate *causality*, while their evaluation must address the question of *human relevance*[39,43].

Experiments using animal model surrogates for humans are the most reliable means for determining potential carcinogenic hazards to people exposed to chemical carcinogens, and long-term experimental animal studies closely mimic overall human biology[39,281]. *Animal data on the carcinogenicity of a variety of chemicals have preceded as well as predicted later epidemiological observations in humans.* In almost all cases in which human carcinogens have been tested in animals, there is at least one or more common target sites for carcinogenesis[282]. Cellular and molecular changes leading to cancer at these sites are expected to be similar to cellular and molecular changes seen in human cancers[39]. ***Mechanistically, it matters less where the eventual cancer target site may be; the important observation is whether a chemical does or does not cause cancer in experimental animals***[39]. As stated in Tomatis et al.[277], *"There is an obvious logic in assuming that if exposure to an agent causes cancer, avoiding exposure to it*



CONFIDENTIAL INFORMATION

*prevents cancer.* ***All chemicals known to induce cancer in humans that have been studied under adequate experimental conditions, also cause cancer in laboratory animals.*** *Thus, reducing exposure to chemicals known or suspected to cause cancer in humans or animals will reduce chemically-induced cancer in humans.*[283]*"*

Because similar pathways of mechanisms of cancer causation of NDMA are found in animals and humans, the experimental animal studies on NDMA are valid and establish NDMA as a human carcinogen. Because a positive association has been found in experimental animals between the capability of agents to form O6-methylguanine in DNA of target tissues and their carcinogenic potency in those tissues[284], NDMA is a human carcinogen[17,22].

If cancer risks were to be assessed only from epidemiological evidence of affected individuals, then the implementation of public health decisions to reduce or eliminate exposures could require up to 30 years or more of prior exposure to provide sufficient numbers of cancer deaths to ascertain human cancer causation. This practice would have grave human consequences. Dismissing animal carcinogenicity findings would lead to human cancer cases as the only means of demonstrating carcinogenicity of cancer-causing chemicals. This is an unacceptable public health policy[42]. ***Thus, there is a well-established principle that chemicals for which there is "sufficient evidence" of carcinogenicity in test animals should be regarded for practical purposes as if they were carcinogenic to humans***[281]**.**

Rodent models remain the most commonly used animal model for studying human disease because of their relatively low cost and maintenance requirements, rapid reproduction rates, and availability of research tools such as murine antibodies[285]. Chemical-induced cancer models have provided a tremendous amount of valuable information on the underlying mechanisms of clinical disease. There are considerable molecular and cellular similarities in carcinogenic processes



CONFIDENTIAL INFORMATION

among mammals, including rodents and humans[40,286,287]. Carcinogenesis is dissected into constituent steps, thereby exposing sites for intervention[14]. For those chemicals identified as carcinogenic to humans, experiments in animals have shown remarkable target organ concordance, meaning the same cancer types that chemicals cause in animals could occur in humans[40,282,288]. For many exposures causally related to human cancer, there is a target organ in common between humans and at least one animal species, despite many inherent physiological differences[288]. The experimental approach for the identification of carcinogens has an irreplaceable role in preventing the dispersal of new hazards into our environment[282].

Although rodent models have been invaluable in the screening of human carcinogens and furthering the mechanistic understanding of cancer, there are circumstances in which choosing a large animal species in place of a rodent model for chemical-induced cancer is scientifically justifiable. As investigators translate the wealth of basic science information developed from rodent models, large animal models provide a number of translational advantages[289,290], as they more closely approximate the clinical and pathologic features of human disease. The dog, swine, and monkey have been used extensively because their anatomy and physiology are considered to be highly similar to that of human beings. Large animals have many fundamental anatomic, physiological, genomic, proteomic, immunologic, and nutritional similarities to human beings. Swine are considered to be one of the main animal species used in translational research, surgical models, and procedural training and are increasingly being used as an alternative to the dog or monkey as the choice of nonrodent species in preclinical toxicologic testing of pharmaceuticals[291]. There are unique advantages to the use of swine in this setting given that they share similar anatomic and physiologic characteristics involving the cardiovascular, urinary, integumentary, and digestive systems to humans[291].



CONFIDENTIAL INFORMATION

Animal models allow for the identification of potential public hazards[39]. The use of rodent models to evaluate the carcinogenic potential of chemicals and other agents has a long and eventful history. Until a better, more rapid, less expensive, and more accurate and predictable assay to evaluate carcinogenesis is found***, long-term chemical carcinogenesis bioassays*** remain the best and most globally accepted means for identifying potential human carcinogens[39,41,42]. Many confirmed carcinogens in humans were identified first in experiments using laboratory animals[277,292,293] and all chemicals known to induce cancer in humans that have been studied under adequate experimental protocols also cause cancer in laboratory animals[277,288] demonstrating that ***chemicals shown to unequivocally induce cancer in laboratory animals, especially in multiple species, must be considered capable of causing cancer in humans[40].***

## N-NITROSODIMETHYLAMINE (NDMA)

### Scientific Agencies That Evaluate Carcinogens

National and international health agencies provide a scientific basis for governmental and private efforts to prevent cancer by reducing exposure to known and suspected human carcinogens. These highly respected authoritative agencies have published criteria in scientific journals that are used for evaluating potential carcinogens, including the World Health Organization-affiliated International Agency for Research on Cancer (*IARC) Monographs on the Evaluation of Carcinogenic Risks to Humans*, the *Report on Carcinogens* published by the United States National Toxicology Program (NTP), health risk assessments developed by the United States Environmental Protection Agency (EPA), and the list of chemicals known to cause cancer maintained by the California Environmental Protection Agency[43]. Each program



CONFIDENTIAL INFORMATION

considers all relevant studies in an evaluation of carcinogenicity, including cancer studies in humans, cancer studies in experimental animals, and mechanistic data[43].

The identification of a potential carcinogen requires rigorous scientific evaluation involving long-term bioassays in experimental animals, human epidemiologic studies, and the careful collection of other data relevant to cancer causation mechanisms[44]. These experts (e.g., IARC and NTP) review the available experimental scientific evidence to determine the cancer-causing potential of different substances. Under this paradigm, which is consistent with a multi-factorial view of carcinogenesis, it is possible to identify carcinogens through mechanistic understanding alone, without waiting for epidemiological studies[43]. The IARC, NTP, and other respected scientific organizations agree unanimously***:*** *in the absence of human data, animal studies are the most definitive for assessing human cancer risks.* Animal data should not be ignored, and precautions should be taken to lessen human exposures. Thus, the following organizations determined many years ago, in the absence of NDMA epidemiology studies, that NDMA, the degradant of ranitidine, should be regarded as a human carcinogen.

### 1. World Health Organization (WHO)/ International Agency for Research on Cancer (IARC)

The IARC is a research organization that evaluates the evidence on the causes of cancer through working groups of experts highly qualified to analyze the scientific evidence but does not make health recommendations. Health and regulatory agencies include IARC evaluations in their consideration of actions to prevent exposure to potential carcinogens. The cancer hazard classification methodology, outlined in the IARC Preamble, is based on the systematic assembly, review and integration of evidence of cancer in humans, cancer in experimental animals, and cancer mechanisms. Carcinogen identification involves the joint consideration of human



CONFIDENTIAL INFORMATION

epidemiologic studies, cancer bioassays, and mechanistic and other relevant data to determine whether an agent can increase the risk of cancer in humans[294].

The IARC Monographs are a series of scientific reviews that identify environmental factors that can increase the risk of cancer in humans. To date, more than 1,000 agents have been classified. IARC evaluations are used worldwide by national and international health agencies to support a wide range of subsequent activities ranging from research, risk assessment, and preventative actions[120,295]. The IARC Monographs Programme identifies the causes of human cancer[141]. The IARC assembles expert international, interdisciplinary Working Groups, free of conflicts of interest, to evaluate agents that have evidence of human exposure and are suspected to be carcinogens.

The IARC Monographs are unique in that the critical reviews and evaluations are developed by the experts who performed the original research[294]. Working Group Members are selected on the basis of knowledge and experience, and to avoid real or apparent conflicts of interests[294]. In general, for cancer in humans, cancer in experimental animals, and mechanistic evidence, only studies that have been published or accepted for publication in the openly available scientific literature are reviewed. The reliance on published and publicly available studies promotes transparency and protects against citation of premature information on scientific studies.

Although the IARC Monographs have emphasized hazard identification, important evaluations may also involve dose–response assessment. A subsequent publication may also be prepared by a separate Working Group with expertise in quantitative dose–response assessment. In many cases, the same epidemiological and experimental studies used to identify a cancer hazard can also be used to estimate a dose–response relationship. A Monograph may estimate



CONFIDENTIAL INFORMATION

dose–response relationships within the range of available epidemiological data, or it may compare the dose–response information from experimental and epidemiological studies.

When assessing mechanistic information, the *IARC Monograph* working groups answer the following questions; (1) is the mechanistic evidence that a chemical causes cancer weak, moderate, or strong?, and (2) is the mechanism likely to be operative in humans?[43] Strong mechanistic data can play a pivotal role in the overall classification of an agent as a carcinogen when there are limited human cancer studies and they are not possible to obtain because it would be unethical to perform a study in humans (e.g., NDMA),. The long-term objective is to critically review and evaluate published scientific evidence for all carcinogenic hazards to which humans are exposed[43].

Experts in mechanisms of carcinogenesis evaluate the strength of the mechanistic data and determine whether the mechanisms that cause cancer in experimental animals can also operate in humans. Through the combination of human, animal, and mechanistic evidence, a determination is made that a particular agent is either: Carcinogenic to humans (Group 1); Probably carcinogenic to humans (Group 2A); Possibly carcinogenic to humans (Group 2B); Not classifiable as to its carcinogenicity to humans (Group 3); or probably not carcinogenic to humans (Group 4).

Importantly, NDMA was classified as a "probable carcinogen" by the IARC without consideration of any human epidemiology studies, signifying the compelling experimental animal data as well as human tissue and cell data with NDMA[17,22]. In 1978, IARC concluded that "there is *sufficient evidence* of a carcinogenic effect of NDMA in many experimental animal species. Similarities in its metabolism by human and rodent tissues have been demonstrated[296]. Although no epidemiological data were available (and efforts should be directed toward this



CONFIDENTIAL INFORMATION

end), *NDMA* should be regarded for practical purposes as if it were carcinogenic to humans" (IARC Evaluation 1978)[17]. The IARC considered that previously, the most exposed workers to NDMA were in the rocket fuel industry and the pesticide industry.

The IARC reached this conclusion because NDMA caused cancer in numerous species of experimental animals, at several different tissue sites, and by several different routes of exposure (e.g., oral ingestion, inhalation, intra-tracheal, subcutaneous, intramuscular and intraperitoneal). Tumors were observed in all species tested, including mice, rats, hamsters, guinea pigs, multimammate mice (genus *Mastomys*), rabbits, frogs, newts, and various fish[53,296]. NDMA is carcinogenic following prenatal exposure, even when administered as only a single-dose[82]. IARC's conclusion was also supported by the fact that qualitatively, the metabolism of NDMA is similar in humans and animals, and it is therefore considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure[17,22,28].

### 2. **The United States National Toxicology Program** (NTP)

The NTP published the *Report on Carcinogens*, which identifies and discusses substances that can pose a carcinogenic hazard to human health and to which a significant number of persons residing in the United States are exposed[44]. The NTP *Report on Carcinogens* lists agents "known to be a human carcinogen" or "reasonably anticipated to be a human carcinogen." NDMA is identified by the NTP as **"reasonably anticipated to be a human carcinogen** based on sufficient evidence of carcinogenicity from studies in experimental animals"[44].

### 3. United States Environmental Protection Agency (EPA)

The EPA assesses the health hazards of chemical contaminants present in the environment[44]. Chemical assessments are developed through a toxicological review of the pertinent scientific literature written by U.S. EPA scientists or contractors, internal and external



CONFIDENTIAL INFORMATION

peer reviews, and an internal consensus review[297]. The EPA classifies NDMA as a ***"B2 (probable human) carcinogen"***, based on the induction of tumors in both rodents and non-rodent mammals exposed to NDMA by various routes of administration. According to the EPA, in animal studies of various species including rats and mice, exposure to NDMA causes tumors primarily of the liver, respiratory tract, kidney and blood vessels[298]. In fact, many federal regulations list NDMA as a "**priority toxic pollutant**". The EPA set the permissible level of NDMA in drinking water at only 7 nanograms (seven billionths of a gram) for every liter of water[299,300].

The following excerpt details the EPA's guidelines for carcinogen risk assessment: *"Agents that are positive in long-term animal experiments and also show evidence of promoting or carcinogenic activity in specialized tests should be considered as complete carcinogens unless there is evidence to the contrary.* (Guidelines for Carcinogen Risk Assessment: Risk Assessment Forum, U.S. Environmental Protection Agency, Washington D.C., September 1986)[297,301].

### 4. The US Department of Health and Human Services (DHHS)

The DHHS concluded that NDMA *"**is reasonably anticipated to be a human carcinogen**"* after identification of tumors in the livers, respiratory tracts, kidneys, and blood vessels of experimental animals exposed to NDMA (DHHS 2011)[34].

### 5. Environment Canada and Health Canada

NDMA is considered ***"highly likely to be carcinogenic to humans"*** as determined by Environment Canada and Health Canada (2001). The mechanism by which NDMA causes cancer is well understood to involve biotransformation by liver microsomal enzymes, generating the methyldiazonium ion[21,302].



CONFIDENTIAL INFORMATION

### 6. Commission de la santé et de la sécurité du travail (CSST)

NDMA is considered ***"suspected carcinogenic in humans"*** *as determined by* CSST: Commission de la santé et de la sécurité du travail (Québec's workman compensation board)[17].

Notably, each of these 6 highly respected scientific agencies has independently recognized the carcinogenic nature of NDMA and concluded that NDMA should be regarded as and/or anticipated to be a human carcinogen.

## Role of NDMA in the Pharmaceutical Industry

The pharmaceutical industry is well aware of nitrosamines and NDMA, which has been recognized as a potent carcinogen by the pharmaceutical industry for more than 40 years. NDMA is regularly used in academic laboratories and the pharmaceutical industry and as a positive control (a known genotoxin and carcinogen) in genotoxicity and carcinogenicity studies. For example, Astra Zeneca used NDMA as a control in its genetic toxicology testing of omeprazole in 1999 (AZ-ZAN-00025788). NDMA is used as a gold standard to induce various cancers in animals including liver, lung, kidney and blood vessels as well as to study mechanisms of cancer causation[14,37,296,298,303,304]. NDMA is used as a positive control in genotoxic, mutagenic, clastogenic, and teratogenic assays[63,305-307]. For example, ascorbic acid can protect against NDMA-induced genotoxicity and cytotoxicity as ascorbic acid protects cancer cells (e.g., HepG2 liver cancer cells) from the genotoxic effects caused by NDMA[308]. Alpha-tocopherol (Vitamin E) is also used to prevent nitrosamine (e.g. NDMA) formation[239]. For example, alpha-tocopherol can reduce the amount of NDMA produced in cigarette smoke[239]. Thus, NDMA is used to study not only mechanisms of cancer causation in the laboratory but also to identify potential new cancer therapies in cancers initiated by NDMA.



CONFIDENTIAL INFORMATION

NDMA is also routinely classified as a carcinogenic risk in pharmaceutical company material safety data sheets (MSDS) and hazard assessments. GSK noted "overwhelming evidence" of genotoxicity and clastogenicity and thus classified NDMA as a carcinogen in its Hazard Assessment Report dated September 25, 2019 (GSK Hazard Assessment for NDMA at GSKZAN0003419540). The GSK Hazard Assessment for NDMA states; "*Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.*" (GSK Hazard Assessment at GSKZAN0003419545).

**NDMA: Background and Properties**

NDMA is a semi-volatile organic chemical with the chemical formula $(CH_3)_2NNO$ that forms in both industrial and natural processes. It has the appearance of a yellow oil. It is a member of a large class of N-nitrosamines, which includes some of the most potent carcinogens known world-wide. Important sources of external exposure to nitrosamines include tobacco and food products. NDMA has two (2) components: the nitroso group (N) and the dimethylamine (DMA). This large class of nitrosamines includes the following that are classified as *probable human carcinogens*: 1) *N*-Methyl-*N'*-nitro-*N*-nitrosoguanidine (MNNG), 2) *N*-Nitrosodi-*n*-butylamine, 3) *N*-Nitrosodiethanolamine, (NDEA) 4) *N*-Nitrosodiethylamine, 5) *N*-Nitrosodimethylamine, (NDMA), 6) *N*-Nitrosodi-*n*-propylamine, 7) *N*-Nitroso-*N*-ethylurea, 8) 4-(*N*-Nitrosomethylamino)-\1-(3-pyridyl)-1-butanone (NNK), 9) *N*-Nitroso-*N*-methylurea, 10) *N*-Nitrosomethylvinylamine, 11) *N*-Nitrosonornicotine, 12) *N*-Nitrosopyrrolidine, and 13) *N*-Nitrososarcosine. These are all *reasonably anticipated to be human carcinogens* based on sufficient evidence of carcinogenicity from studies in experimental animals according to the NTP Report on Carcinogens (15th Edition).



CONFIDENTIAL INFORMATION

Nitrosamines including NDMA play a critical role in the initiation of carcinogenesis[82,309,310]. N-nitroso compounds including NDMA are used as prototype carcinogens to *induce* various types of cancer in animal models, including liver, lung, bile duct and pancreatic[82,311] to test anti-cancer drugs and study the biological mechanisms of cancer causation and cancer pathogenesis. Moreover, extensive studies have demonstrated the cytotoxicity, genotoxicity, carcinogenicity, mutagenicity, as well as reproductive and developmental toxicity of nitrosamines[312-315]. Nitrosamines have been found to be carcinogenic in over 40 animal species and one or more of the compounds has induced tumors in almost every organ in rodents[316]. Importantly, NDMA induces cancer via a dose-response[37], and has demonstrated highly carcinogenic, mutagenic, and teratogenic activity[317-319].

Over the past 60 years, NDMA has been extensively studied in experimental animal and human tissue models. Unlike many other carcinogens which require regular administration, ***only a single dose of NDMA is required to cause and initiate cancer*** in multiple animal species, at multiple-sites, and in multiple-strains of both male and female animals[82]. Importantly, NDMA causes cancer in animals even at low doses. NDMA initiates the transformation of normal cells to cancer cells, which is a key characteristic of carcinogens[78].

Due to its carcinogenic activity, NDMA is not allowed to be used in manufacturing processes in the United States. It was formerly used in production of liquid rocket fuel, antioxidants, and as additives for lubricants and softeners for copolymers. Potential industrial sources include byproducts from tanneries, pesticide manufacturing plants, rubber and tire manufacturers, alkylamine manufacture and use sites, fish processing facilities, foundries and dye manufacturers[298].



CONFIDENTIAL INFORMATION

NDMA can also be found in many processed foods and beverages such as beer, cured meats, bacon, smoked and salted fish, and cheeses. The estimated daily dietary intake of NDMA in the U.S. population ranges from 0.03 to 0.06 $\mu$g/day, depending on age, with adults aged 20–49 years experiencing exposure of 0.06 $\mu$g/day (or 0.08 $\mu$g/day when beer is included)[320]. NDMA is also an unintended byproduct of the chlorination of wastewater and drinking water at treatment plants that use chloramines for disinfection[321]. For example, water-resource managers in California became concerned about the potential for NDMA to reach ground water after NDMA was detected in two drinking-water supply wells located near a water reclamation facility where treated wastewater was injected directly into the subsurface to recharge ground water. Two drinking water supply wells in Orange County, California, were removed from service in the year 2000 following the detection of NDMA at concentrations of 30-40 ng/L (nanograms per liter), which were above the California Department of Health Services' drinking-water action level of 10 ng/L for NDMA.

Nitrosamines, including NDMA, have caused cancer in <u>every</u> animal model tested. Specifically, NDMA and other nitrosamines have caused cancer in multiple organs in at least 40 animal species (male and female) belonging to 36 genera, 25 families, 17 orders, and 5 classes, including higher primates[322]. ***No animal species has been found to be resistant[322]***. Importantly, many scientific studies have elegantly demonstrated that NDMA plays a critical role in the initial formation of cancer[82,309,310].

Since NDMA reliably and reproducibly causes cancer, it is used routinely world-wide by many scientists as a gold-standard to initiate tumor growth in the laboratory, including as examples, liver, lung, kidney, esophagus, bladder, blood vessel and bile-duct cancers in animals, to test anti-cancer drugs and study the biological mechanisms of the initiation and promotion of



CONFIDENTIAL INFORMATION

cancer[82]. NDMA is used in my laboratory to initiate tumor growth in animals and study mechanisms of cancer causation in murine and human tissues as well as cells. The commonly used colon-specific carcinogen azoxymethane (AOM) is an isomer of NDMA and is used world-wide as a gold-standard to induce experimental colitis-associated colon cancer along with dextran sodium sulfate (DSS)[323-325].

**NDMA is a Tumor Initiator and Tumor Promoter**

Regardless of whether it is formed from ranitidine or from another source, NDMA is a complete carcinogen that functions as both a tumor initiator and tumor promoter. It initiates cancer in various animal models without the administration of other carcinogens and also promotes the rapid growth of existing cancer. While the classic model of initiation-promotion-progression of cancer has helped scientists explain their observations in many animal cancer models, the idea that cancer is a *cell-autonomous* disease, where only the tumor cell alone is viewed as important, is outdated. The simple notion that cancer is a tumor cell disease driven by mutation/genetic changes and selection for fast growing and increasingly malignant cell clones has gradually yielded to a more integrated view that cancer requires the support from the "tissue microenvironment" in the "tumor bed" (Figure 7). It is now established that the tumor microenvironment is comprised of a variety of cells, including various inflammatory cells such as tumor-associated macrophages, that are critical for tumor growth, and angiogenesis[1,85].



CONFIDENTIAL INFORMATION




**Figure 7.** The tumor microenvironment includes non-tumor cells, such as endothelial cells and pericytes (making up tumor blood vessels), inflammatory cells (including macrophages), fibroblasts, and cancer stem cells. These cells stimulate the production of cancer stimulating cytokines/growth factors, such as vascular endothelial growth factor (VEGF) and fibroblast growth factor-2 (FGF2). (Created by Steve Moskowitz, Advanced Medical Graphics).

The distinction between tumor "initiator" and "promoter" has become scientifically less significant and relevant. In fact, instead of viewing carcinogens as simply "genotoxic vs nongenotoxic", there are 10 key characteristics of carcinogens that describe the different mechanisms of how a chemical can cause cancer[78,79]. Thus, we have a more complex picture of cancer: cancer stem cells (or tumor-initiating cells), circulating tumor cells, and stromal processes such as inflammation, angiogenesis, oxidative stress, immunosuppression and cell death are critical for tumor initiation, tumor promotion, tumor dormancy escape and tumor progression. NDMA stimulates tumor progression via actions directly on the tumor cells and through the tumor microenvironment such as triggering oxidative stress, inflammation, immunosuppression, and angiogenesis.



CONFIDENTIAL INFORMATION

**Low Dose NDMA Causes Many Cancer Types in Multiple Species**

NDMA has consistently shown potent carcinogenicity in all laboratory animal studies. Common sites of NDMA-induced cancerous tumors observed in extensive animal studies include liver, bile duct, lung, stomach, intestine/colon, kidney, bladder, brain, gallbladder, sarcomas, hemangiomas (blood vessel tumors), testicular, blood (e.g., lymphoma and leukemia), head and neck (e.g., nasal) and pancreatic cancer types. In this ranitidine specific report, we have focused on gastric, esophageal, liver, bladder and pancreatic cancers.

In Peto *et al.*, NDMA caused malignant tumors of the liver, bile duct, and gall bladder at doses of 1 to 5 ppm in rats and mice[25,304]. The number of NDMA-induced liver neoplasms was directly proportional to the dose, with no indication of a threshold[25]. An increased incidence of NDMA-induced hepatic tumors was observed at doses as low as approximately 0.1 mg/kg body weight per day in the rats[25]. In a high profile publication in the journal *Nature*, Terracini and Magee in 1964 demonstrated that a single dose of NDMA caused kidney tumors and hepatocellular carcinoma in animals[326]. Moreover, 5 mg/L of NDMA in tank water induced hepatocellular carcinomas, adenomas and blood tumors (hematopoietic system) in frogs[327].

In Arai et al. (1979), oral administration of NDMA (1 ppm) in rats caused liver tumors (e.g., hepatocellular carcinomas and hemangioendotheliomas), adrenal adenomas, pituitary adenomas, interstitial cell tumors of the testis, ovarian tumors, and leukemia[328]. In Moiseev and Benemanski et al., NDMA at 1.1 ppm induced lung, liver, and kidney cancers in rats and mice[329]. In Klein et al., NDMA at 0.2 to 1 ppm via chronic inhalation induced nasal tumors, squamous cell carcinoma, and sarcomas in rats[27,330]. In Otsuka and Kuwahara et al. (1971), administration of NDMA via diet or subcutaneous injection for 16 to 92 days induced lung adenomas and



CONFIDENTIAL INFORMATION

carcinomas, benign and malignant hemangiomas of the liver and soft tissue, kidney, spleen, and blood tumors (e.g., leukemia) in mice [331].

Kuwahara et al. (1972) demonstrated that weekly subcutaneous or intraperitoneal injections of NDMA to various strains of mice for 1 to 25 weeks resulted in very high incidences of tumors in multiple organs and tissues including liver (hemangioendothelial sarcomas), soft tissues and lung tumors[332]. Endothelial cells (blood vessels) of various organs and tissues were important targets of NDMA[332]. Remarkably, exposure to NDMA (25 µg as a 0.05% solution in drinking water) caused kidney tumors (e.g. adenomas) after only 7 days [333]. In studies by Terracini et al. (1966), NDMA induced liver vascular tumors, hepatomas, lung adenomas, and kidney adenomas[333]. A no-effect level of NDMA could not be established in the studies by Terracini et al. (1967), as all doses via dietary NDMA caused liver cancer in the rats (ranging from 2 to 50 ppm)[334]. Administration of NDMA in the drinking water (1 ppm) caused stomach cancer[335]. Tomatis et al. (1967) showed that NDMA (1 mg/animal over 5 weeks) or a single dose of NDMA to Syrian golden hamsters induced cholangioadenomas, cholangiocarcinomas (bile duct cancers), and hemangiosarcomas as well as hemangioendotheliomas of the liver[336]. In Campbell et al. (1974), injections of 10, 20, or 30 mg/rat at day 21 or 70 after birth produced 38% kidney tumors after 286-369 days (41% of kidney tumors were of the renal cell type and 59% were stromal nephromas); whereas no control rats developed kidney tumors[337].

Doses of NDMA required for tumor induction are low (e.g., 10 µg/kg in the food for mice and 33 µg/kg in the food for rats)[25]. In Peto et al., the lowest dose of NDMA (0.25 ppm) induced liver tumors, which were non-existent or less in the control (unexposed to NDMA)[25]. In contrast to animal cancer studies with NDMA, a “no-effect level” of NDMA of < 1-2 ppm in the food may be extrapolated based on animal studies[338]. For the nitrosamine class including



CONFIDENTIAL INFORMATION

NDMA, the maximal allowable concentrations as established by the FDA are absolutely necessary[338].

There has been clear, consistent evidence of NDMA causing cancer in studies in a wide variety of animal species via every type of administration including oral ingestion, inhalation, intratracheal instillation, intraperitoneal, and subcutaneous administration.

**NDMA: Oral vs. Inhalation**

NDMA is a potent carcinogen regardless of the route of administration. NDMA has been evaluated in numerous animal bioassays using various routes of exposure and experimental protocols. Significant increases in tumors were observed in male and female, mature and immature animals and in essentially all species that were evaluated (e.g., mice, rats, hamsters, rabbits, and guinea pigs). Carcinogenic activity was observed following both oral and inhalation exposure to NDMA as well as following intraperitoneal or subcutaneous injection of animals. NDMA causes benign and malignant tumors following administration by various routes, including ingestion and inhalation, in a wide variety of organs, including the liver, kidneys and respiratory tract. Absorption of NDMA mainly occurs in the respiratory and digestive tracts, sometimes in the dermal tracts. Tumors were observed in all of the following studies: at least five studies in rodents (all in rats) exposed to NDMA orally, four studies in rodents (3 in rats and 1 in mice) exposed to NDMA by inhalation and one study in hamsters exposed to NDMA intratracheally.

*Studies of animals chronically exposed to NDMA via* ***oral administration***

It should be remembered that Zantac and ranitidine have been sold to consumers since 1983 and has been available over-the-counter for purchase since 1996. As a result, there have been many long-term users of Zantac/ranitidine who have been chronically or regularly exposed



CONFIDENTIAL INFORMATION

to the NDMA formed from ranitidine by degradation via time, temperature and humidity and/or by nitrosation in the human stomach, usually in connection with ingested food which provides the necessary acidified environment for NDMA to form and become bioavailable as a genotoxic carcinogen to its human consumer. Thus, studies of animals involving chronic exposure to NDMA are highly pertinent to ranitidine causing cancer.

In 1956, Magee and Barnes first reported the induction of malignant liver tumors in rats given oral NDMA in their diet[339]. In 1962, Magee and Barnes observed a high incidence of kidney tumors in rats given oral NDMA in their diet for 1-4 weeks[340]. In these studies, a single oral dose of NDMA also increased the number of kidney tumors in rats compared to control rats[340]. NDMA given orally via the drinking water or the diet also causes liver tumors (e.g., hepatocellular carcinomas and hemangioendotheliomas), adrenal adenomas, pituitary adenomas, interstitial cell tumors of the testis, and ovarian tumors in rats[328]. In Le Page et al. (1969), rabbits given NDMA in their diet (25 to 50 ppm) developed hepatocellular (liver) tumors that spread to the lungs and kidney as well as benign papillary cholangiomas in 17-60 weeks[341]. In these studies, the histological appearance of the tumors was similar to the tumors caused by NDMA in rats or guinea-pigs[341,342]. Guinea-pigs given 25 or 50 mg NDMA/kg in their diet for 6-49 weeks developed papillary cholangiomas and liver cell carcinomas[342].

In Peto et al. (1991), groups of 60 male and female Colworth rats were exposed for their entire life (average median survival of approximately 2.5 years) to one of 15 different doses of NDMA (administered in drinking water at concentrations ranging between 0.033 to 16.896 ppm NDMA). The number of tumors observed was compared to that observed in the control group of 120 male and female rats. These studies included a total of 4,080 rats. This experimental study involved multiple doses with several animals per dose, and all cancer types were analyzed taking



CONFIDENTIAL INFORMATION

care to reflect rates of cancers observed and expected in the exposed group. The follow-up of rats was performed until natural death occurred, which in some cases was more than 3.5 years. Note that in experimental cancer studies, rats are generally sacrificed after 2 years of life. This results in not being able to observe the natural increased rate of death from cancer in the last months of life. However, like the age dependent cancers seen in humans, this rate increases very rapidly in animals at the end of their life. Thus, Peto et al. concluded that in rats exposed to low levels of NDMA starting at 6 weeks of age, mortality due to liver cancer would be approximately 7-fold greater in the animals allowed to succumb naturally than in those exposed to NDMA and then monitored for only 2 years[25]. The survival rate of animals exposed to NDMA decreased as the dose of NDMA increased.

Lijinksy *et al.* (1984) demonstrated that NDMA in the drinking water caused a large incidence of liver cancers (e.g., 35% hemangiosarcomas, as well as hepatocellular tumors) in rats[34]. Even the low NDMA dose caused liver tumors in half of the rats[34]. In studies by Lijinsky et al. (1981), at higher doses, NDMA caused earlier death in the rats, specifically almost exclusively by hemangiosarcomas of the liver[343]. Lijinksy *et al.* (1987) observed that NDMA induced a high incidence of mesenchymal tumors of the kidney and alveolar-bronchiolar tumors of the lungs as well as liver tumors in rats with 6 mg NDMA/kg twice weekly for 30 weeks[344]. Tumors developed in the liver, lung, and kidney[34,328,343,344]. In some cases, such as Terracini *et al.* (1966), the period of exposure to NDMA was relatively short, as a week of NDMA in the drinking water was sufficient to cause tumors in the kidney and lungs[333]. In Terracini *et al.* (1967), a dose-response study was conducted in rats in which NDMA in oil solution was added to the diet. After 120 weeks, liver tumors were observed in rats[334].



CONFIDENTIAL INFORMATION

In rodents, liver tumors are most commonly induced when NDMA passes through the liver at relatively low concentrations, such as when the compound is absorbed at low concentrations from the GI tract. At greater concentrations, as when NDMA is given via pulsed doses by gavage (force-fed), much of the dose escapes the liver's first pass metabolism and reaches other organs in sufficient quantities to induce tumors through the rest of the body[344].

Clapp et al. (1968) observed that NDMA given orally in the drinking water induced liver and lung tumors in 97% and 99% of mice, respectively, compared to 4% and 39% of controls (not exposed to NDMA) in mice[345]. Liver tumors were mainly hemangiosarcomas and hemangioendotheliomas[345]. Clapp and Toya (1970) observed oral NDMA via drinking water induced nearly 100% of lung adenomas (increase over controls by a factor of 2) and 96% of liver hemangiosarcomas in mice[346]. Clapp et al. (1971) also reported lung adenomas and liver hemangiosarcomas in two strains of BALB/c and RF mice from exposure to NDMA in their drinking water[347]. Otsuka and Kuwahara et al. (1971) demonstrated that daily administration of NDMA in the diet of mice for 16 to 92 days induced lung adenomas and carcinomas, benign and malignant hemangiomas of the liver, hemangioendothelial sarcomas, soft tissue tumors, and/or kidney tumors[331].

*Studies of cancer in animals chronically exposed to NDMA via* ***inhalation***

While ranitidine is not inhaled, these studies support that the potent carcinogenic properties of NDMA also apply to inhalation exposure of this genotoxin. The carcinogenicity of inhaled NDMA has been evaluated in several studies by Drukrey et al. (1967), Moiseev and Benemanski (1975), and Klein et al. (1991). In studies by Drukrey et al. (1967), twice weekly 30-minute exposures to NDMA by inhalation (vapor) produced malignant nasal cavity tumors in 8 of 12 rats[348]. Moiseev and Benemanski et al. (1975) showed that rats and mice continuously



CONFIDENTIAL INFORMATION

exposed to 0.07 ppm NDMA for 25 and 17 months, respectively, developed significantly increased lung, liver, and kidney tumors[27,329]. Tumor types included various carcinomas and sarcomas in the lung, liver, and kidneys, and hemangiomas in the liver. Increased incidences of nasal, liver, lung, and kidney tumors were observed in rats exposed to NDMA inhalation. Since the tumors associated with exposure to 0.07 ppm NDMA are consistent with those produced by NDMA in oral and injection studies, 0.07 ppm is considered to be the chronic exposure level (CEL) for rats and mice for continuous inhalation over time.

In Moiseev and Benemanski et al. (1975- study 1), the effects of NDMA inhalation exposure on male and female Wistar rats were evaluated with a group of 87 rats exposed for 25 months to 50 µg NDMA/kg body weight/day, a group of 61 rats exposed to 200 µg NDMA/kg body weight/day, and a group of 77 control rats unexposed to NDMA. Exposure to 1.1 ppm in rats resulted in increased incidence of lung cancer: exposed group (12/61) vs. control group (5/77); liver cancer: exposed group (12/61) vs. control group (3/77), and kidney cancer: exposed group (32/61) vs. control group (2/77)[329]. In Moiseev and Benemanski et al. (1975- study 2), a group of 101 mice exposed to 200 µg NDMA/kg body weight/day (1.1 ppm) via inhalation were compared with a group of 81 unexposed control mice. NDMA induced lung cancer: exposed group (19/101) vs. control group (3/81); liver cancer: exposed group (6/101) vs. control group (0/81); and kidney cancer: exposed group (4/101) vs. control group (0/81)[329].

In the Klein et al. studies from 1989 to 1991, inhalation of low dose (0.2 ppm) NDMA caused a remarkable 86% nasal tumor incidence in rats[330]. Tumors occurred mainly in the nasal cavity, with the highest incidences in the groups receiving 1.0 and 0.2 ppm NDMA (19/36 and 31/36 tumor-bearing animals, respectively). No nasal or respiratory tract tumors were observed in the control animals. At 1 ppm NDMA, 47% of the tumors were aesthesioneuroblastomas,



CONFIDENTIAL INFORMATION

whereas following inhalation of 0.2 and 0.04 ppm NDMA observation of this tumor type was reduced to 6% to 15%, respectively. In the 0.2 and 0.04 ppm groups, mucoepidermoid tumors represented the greatest proportion of tumors. The studies are important as they confirm that NDMA is a potent carcinogen via inhalation. Here, the rats were allowed to live until death before performing a necropsy. Some rats were bearing more than one tumor evidencing that NDMA increases the incidence of nasal, liver, lung, and kidney tumors[27,329]. Thus, NDMA causes cancer in studies of a wide variety of animal species via multiple types of administration including oral ingestion and inhalation. The doses that are absorbed into the body whether orally ingested or inhaled are equally potent.

I utilized the 10 Key Characteristics of Carcinogenesis[78,79] to determine the biological plausibility of the mechanisms of action for NDMA-induced carcinogenesis. The range of evidence available to determine whether NDMA exhibits these 10 key characteristics includes the following: animal cancer bioassays, studies of specific biological mechanisms in tissues and cells derived from humans, studies of specific biological mechanisms in tissues and cells derived from animals, and studies from exposures to humans. Starting in 1956, scientific studies show that NDMA has been extensively characterized as a presumed human carcinogen for decades. There is little available data from human exposures aside from incidental exposures because of occupation or diet, and unfortunate incidents of intentional poisoning. My analysis as to whether NDMA has each of these 10 key characteristics is below.

**NDMA EXHIBITS 9 OUT OF THE 10 KEY CHARACTERISTICS OF CARCINOGENS**

Most human carcinogens exhibit more than 1 of the 10 key characteristics with known carcinogens having an average of 3 to 4 key characteristics (e.g., benzene and polychlorinated



CONFIDENTIAL INFORMATION

biphenyls (PCBs)[78]. By stunning contrast, NDMA exhibits 9 out of the 10 key characteristics which makes NDMA an extremely potent carcinogen with multiple mechanisms of action for its activity as a human carcinogen. My analysis below determined whether NDMA exhibits each of these key characteristics of carcinogens.




Figure 8. NDMA exhibits 9 of the 10 key characteristics of carcinogens.

As previously explained, the levels of NDMA in ranitidine are variable depending upon multiple factors affecting endogenous and exogenous formation. Despite the variability, ranitidine exhibits 5 of the 10 key characteristics of carcinogens.



CONFIDENTIAL INFORMATION

**Key Characteristic #1: NDMA is Metabolically Activated to Electrophiles Inducing the Formation of DNA Adducts**

*General Description*

Many carcinogens do not directly cause cancer as the "parent molecule" but instead must first undergo a transformation process called metabolic activation to induce cancer. *Metabolic activation* is defined as the chemical conversion of a relatively benign ("harmless") substance into a more hazardous ("cancer causing") substance by biochemical processes in the cells and tissues. It is now well established with many thorough scientific studies that the cancer causing activity of NDMA results from its metabolic transformation within susceptible tissues in the body to a chemically reactive agent which methylates a variety of molecules such as DNA forming DNA adducts[349]. Methylation is a chemical reaction in which a methyl group replaces a hydrogen atom.

Thus, before NDMA can cause cancer, the initial NDMA molecule that is ingested via a contaminated drug or degraded and/or nitrosated ranitidine tablet must undergo bioactivation to electron-seeking molecules (called electrophiles) that bind to DNA to form addition products, referred to as adducts, which lead to DNA damage and mutations. DNA adducts are segments of DNA bound to a cancer-causing chemical. The formation of DNA adducts is a key process that initiates the transition to a cancerous cell from a normal cell (carcinogenesis). The ability to form DNA and protein adducts is a common property of electrophilic and metabolically activated human carcinogens. For example, the classic mechanism of smoking includes metabolic activation of tobacco smoke to DNA adducts[350]. The measurement of DNA adducts is one of the most common methods of assessing electrophilic activity both *in vitro* (outside the body) and *in vivo* (inside the body) to determine if this key characteristic occurs. The DNA adduct O6-



CONFIDENTIAL INFORMATION

alkylguanine has been shown to alter the DNA resulting in a mutation. The ability of carcinogens to form DNA adducts can lead to cancer[349].

*Why is metabolic activation important to the mechanism of carcinogenesis?*

While some chemical carcinogens can directly cause cancer, many other carcinogens must undergo biotransformation by enzymes via metabolic activation before the chemical can cause cancer[351]. Metabolism to an active metabolite is required for NDMA-induced cancer as the carcinogenic effects of NDMA are due to a metabolite rather than the compound itself. Metabolic activation of NDMA is required for its genotoxic and cancer causing activity. Several human enzymes can biotransform relatively inert chemical compounds to potent toxic and carcinogenic metabolites or reactive intermediates. These enzymes include cytochrome P450s (CYPs)[350]. CYPs are a superfamily of enzymes that catalyze chemical reactions of a wide variety of compounds, including drugs, carcinogens, and other chemicals. Many CYPs also activate carcinogens to electrophilic (electron loving), highly reactive compounds that bind to DNA which initiates the process of cancer formation[352].

Electrophiles and their nucleophilic targets can be described by their strength, which can predict how strong a reaction they undergo to cause cancer[79]. Electrophiles are very dangerous since they have electron withdrawing groups capable of binding to N and O sites in the DNA which generates DNA adducts leading to cancer[79]. Thus, any tissue or cell in the human body that expresses the enzyme (e.g., CYP) can metabolically activate the carcinogen. The cytochrome P450 enzymes that induce the metabolic activation of NDMA are present in many human tissues and cells including blood, liver, small and large intestine, bladder, lung, kidney, prostate, and pancreas[353].



CONFIDENTIAL INFORMATION

*NDMA induces metabolic activation in animal tissues and cells*

Extensive studies in animal carcinogenesis bioassays, animal tissues and cells demonstrate that NDMA can cause cancer via metabolic activation inducing DNA adducts. NDMA is an alkylating agent that causes cancer via molecules called electrophiles. The electrophiles generated by NDMA induce DNA adducts[316]. NDMA is capable of methylating many cell types to generate DNA adducts to initiate cancer throughout the body. In a high profile scientific paper in the high impact journal *Nature,* NDMA was elegantly demonstrated to cause persistent levels of DNA adducts (e.g. 6-methylguanine) in the rat liver and kidney DNA, which lead to cancer[349]. Liver microsomes from NDMA-treated rats also show an increased ability to convert NDMA to mutagenic molecules that can cause cancer.

While NDMA-induced DNA adduct formation occurs at a number of DNA sites, certain sites are preferred. The principal DNA adduct formed following exposure to NDMA is *N7*-methylguanine (representing about 65% of all adducts formed initially upon exposure); *O6*-methylguanine (O6-meG) is a secondary adduct (representing about 7% of all adducts formed initially upon exposure). Thus, NDMA methylates the DNA at certain sites to cause cancer in many tissues remote from the site of administration[24]. NDMA at low doses (e.g., 0.2 to 2.6 ppm) in the drinking water of rats can induce DNA adducts (e.g., O6-meG) in the blood leukocytes (white blood cells) and liver leading to cancer formation[28,316]. NDMA-induced DNA adducts accumulate rapidly in the blood leukocytes and liver of rats, reaching a steady state within 2-7 days of NDMA exposure[28]. Importantly, the steady state DNA adduct levels were approximately linear related to NDMA dose-rate[28]. NDMA-induced adducts are harmful as they cause mutations and stimulate unabated cell proliferation[316].



CONFIDENTIAL INFORMATION

NDMA-induced tumors typically occur in tissues that have the ability to metabolize NDMA. The occurrence of tumors is related to the levels of cytochrome P450 (principally CYP2E1) within the cell and the ability of cells to metabolize NDMA by the alpha hydroxylation pathway. The cancer-causing activity of NDMA is directly dependent upon the cytochrome P450 (e.g., CYP2E1)-dependent metabolic conversion of NDMA to highly reactive molecules such as the methyldiazonium ion[354,355]. In rat studies NDMA is shown to be metabolized primarily in the liver by an enzyme called cytochrome P450 2E1 (CYP2E1) to a methyldiazonium ion[118]. CYP2E1 is responsible for at least 60% of the NDMA-induced DNA methylation in rat hepatocytes[356]. The cytochrome P-450 mixed-function oxidase system also metabolizes NDMA to a mutagen[357]. Activation of NDMA to a mutagen is cytochrome P450 dependent[357]

Importantly, mutations can lead to cancer. Thus, NDMA can induce tumors in any cells which express cytochrome P450 enzymes[357]. NDMA is rapidly metabolized in any tissue that expresses the cytochrome P450 enzymes and can initiate cancer in that tissue. In addition, NDMA can act as a tumor-promoter to other sites in the body via the key characteristics and stimulate human cancer via inflammation, oxidative stress, immunosuppression, proliferation, cell death and angiogenesis (the growth of new blood vessels). Thus, NDMA can stimulate many cancer types including colorectal/intestinal, esophageal/pharyngeal, gastric, kidney, liver, lung, pancreatic, prostate, bladder and blood (e.g., lymphoma, leukemia and multiple myeloma) via metabolic activation, inflammation, angiogenesis, and the other key characteristics of carcinogens. The focus of this ranitidine specific report is on gastric, esophageal, liver, bladder and pancreatic cancers caused by ranitidine formed NDMA.

Even at low doses in the rat's drinking water, NDMA stimulated the formation of DNA adducts (e.g., O6-methylguanine) in the white blood cells (called leukocytes) and the liver within



CONFIDENTIAL INFORMATION

2 to 7 days exposure[172]. Blood leukocytes are a reliable surrogate tissue for monitoring the biologically significant exposure to NDMA. NDMA causes DNA adduct formation and gene mutations (e.g., G:C to A:T) in various tissues such as the liver. NDMA-induced formation of O6-methylguanine in DNA is important in tumor initiation caused by NDMA. The formation of the DNA adduct N7-methylguanine is proportional to NDMA dose in the liver and kidney in rats orally administered NDMA. O6-methylguanine DNA adducts that accumulated over 28 days were linearly related to NDMA dose in the rat liver. The administration of NDMA in drinking water to rats also resulted in a dose-dependent increase of N7-methylguanine adducts in the liver at 28 days.

The probable human carcinogen formaldehyde can be formed from NDMA via chemical reactions (e.g., oxidation) with liver microsomes in rats, mice and hamsters[357,358]. Additionally, the formaldehyde and acetaldehyde produced in the metabolism of NDMA are carcinogens. After NDMA treatment *in vivo* in animals or in tissue slices *in vitro*[359-361], the major product was 7-methylguanine. In rats, even a single oral NDMA dose induces O6-methylguanine DNA adducts in the kidney which parallels earlier findings in which oral or intraperitoneal administration of NDMA to rats increases the incidence of kidney tumors[340,362]. Changes in DNA (e.g., G:C to A:T transitions) have been observed in the *ras* oncogene in mouse lung tumors induced by NDMA[363]. DNA methylation was studied in peripheral blood lymphocytes (PBLs) collected from Sprague-Dawley rats exposed to a single dose of NDMA[364]. The O6-meG-DNA adduct formation in PBLs and hepatocytes, at 2-24 h following the exposure to NDMA, was analogous for both types of cells[364]. In another study, DNA was extracted from livers, kidneys and lungs of Syrian golden hamsters at various times (up to 96h) after injection of a cancer causing dose of [14C]NDMA[365]. At 7h after NDMA administration liver DNA was alkylated to



CONFIDENTIAL INFORMATION

the greatest extent, followed by that of the lung and kidney. O6-methylguanine was the most persistent alkylated purine in the hamster tissues[365].

DNA adducts are also generated by NDMA in large animals. In monkeys, orally dosed with 0.1 mg NDMA/kg body weight, the DNA adduct O6-methylguanine was detected in 32 tissues examined[366]. When monkeys were exposed to 0.1 mg/kg oral NDMA, the DNA adduct O6-methylguanine was detected in all tissues studied including stomach, esophagus, large intestine, small intestine, pancreas, liver, blood (white blood cells), ovary, bladder, spleen, brain (e.g. cerebellum, cerebrum, and brain stem), uterus, bone marrow, lymph nodes, prostate, adrenal, pituitary, skeletal muscle, kidney, heart muscle, heart blood vessels, skin, and lung[366]. The highest levels were in the gastric mucosa and liver with elevated levels also present in white blood cells which circulate throughout the body, the esophagus, ovaries, pancreas, bladder and uterus[366]. Thus, NDMA can cause cancer in all these tissues. Humans share over 90% of their DNA with their primate cousins the monkeys and chimpanzees[367] and as one of our closest living evolutionary relatives, non-human primates (e.g. monkeys) are especially suited to teach us about ourselves. The monkey species is widely used for biomedical research due to its high sequence similarity with humans (>93% for protein-coding genes)[368]. Thus, monkeys provide meaningful scientific evidence on cancer formation mechanisms that applies to humans[290].

In large animals (e.g., primates), low doses of NDMA given systemically caused the formation of DNA adducts (e.g., O6 methylguanine DNA adducts) in the esophageal tissue of oral mucosa. In monkeys, NDMA induced O6-methylguanine DNA adducts four hours post-administration in various tissues (e.g., kidney, esophagus, stomach, brain) similar to what was observed in the liver. This is unlike what is typically observed in rodents, in which adducts occurred primarily in the liver. To test if the fetus in primates is sensitive to the formation of



CONFIDENTIAL INFORMATION

cancer initiation-related DNA adducts, pregnant patas monkeys were given 1.0 or 0.1 mg/kg *NDMA*. Elevated levels of O6-methylguanine were detected in fetal liver, lung, kidney, spleen, brain, and placenta in a study in which pregnant patas monkeys were administered a single gastric NDMA dose of 1 mg/kg body weight (bw)[369].

NDMA has also been demonstrated to induce DNA adducts in various ***human tissues*** including liver, lung, bladder, colorectal/intestinal, pancreas, esophagus, buccal mucosa (the lining of the cheek), and placenta (an organ that develops in the uterus during a pregnancy)[296,370-375]. Thus, NDMA exposure to humans can form similar adducts throughout the human body to initiate cancer including these and other tissues such as gastric, kidney, and blood.

*Human tissue and cells*

This first key characteristic of NDMA was demonstrated in a human by the unfortunate case of poisoning, which was reported by Herron and Shank (1980)[372]. A considerable amount of DNA methylation (O6-methylguanine and 7-methylguanine) was found in the victim's liver which evidenced that NDMA is metabolically activated in humans[372]. DNA molecules in liver cells from humans exposed to NDMA contain the methylated purines N7-methylguanine and O6-methylguanine, indicating alterations in DNA by NDMA. Human tissue (e.g. breast xenografts) also metabolize NDMA to active intermediates that react with DNA[376].

This mode of action, and a crucial role of O6--methylguanine DNA-methyltransferase, is similar in rodents and humans (WHO, 2002). O6-methylguanine is the most potent premutagenic lesion induced by NDMA. Many tissues and cells in animals and humans metabolize NDMA including stomach, esophageal, pancreatic, bladder, liver, kidney, lung, prostate and leukocytes (white blood cells). In fact, in human lymphocytes, the identical DNA adducts as those observed in experimental animal studies are detected. In addition, adducts have



CONFIDENTIAL INFORMATION

been detected in human liver DNA following NDMA exposure[372]. *Thus, humans activate NDMA metabolically in an identical fashion as laboratory animals including rodents.*

Importantly, metabolism of NDMA, including NDMA formed from ranitidine is similar in animals (e.g., rats) and humans, mediated by the identical enzyme, CYP2E1. NDMA metabolism in animals and humans is virtually identical, allowing scientists to conclude that NDMA is a human carcinogen. The mechanism of action of NDMA is related to metabolism by cytochrome P-450 enzymes to generate methyldiazonium ions and subsequent DNA adducts, predominantly *N*7-methylguanine and O6-methylguanine.

*Conclusion – Key Characteristic #1*

As cited above, there is overwhelming evidence that NDMA is metabolically activated via the formation of DNA adducts to cause cancer. The formation of DNA adducts such as O6-methylguanine is of critical importance in the cancer-causing activity of NDMA. Importantly, there is also convincing evidence that the biological activity of NDMA in humans does not differ to any meaningful degree from that in experimental animals and there is a human study that confirmed a considerable amount of DNA methylation (O6-methylguanine and 7-methylguanine) in the victim's liver[372]. As such, we can predict with a high degree of confidence that NDMA is carcinogenic in humans. Thus, NDMA requires metabolic activation to exert its cancer-causing activity.

**It is biologically plausible that NDMA causes cancer via key characteristic #1.**



CONFIDENTIAL INFORMATION

**Carcinogen Key Characteristic #2: NDMA is Genotoxic**

*General Description*

That ranitidine can degrade into NDMA or be nitrosated in the gastric tract into NDMA is extremely serious as a potent genotoxin is formed. Genotoxicity is defined as the capability of a chemical to cause DNA damage, alter the genome (mutation), or both[79]. Mutagens are agents that damage DNA and can, depending on the ability of an organism to repair DNA damage, lead to permanent changes (mutations) in the DNA sequence. A clastogen is a mutagen that results in sections of chromosomes being deleted, added, or rearranged. This process is a form of mutagenesis which can lead to cancer. The term "genotoxic" refers to an agent that induces DNA damage, but this damage may or may not necessarily be processed by the cell into a mutation. If an agent is found to induce DNA damage, it is a genotoxin, and if it is shown that the agent also induces mutations in a mutagenicity assay, it can be classified as a mutagen.

*Why is genotoxicity important to the mechanism of carcinogenesis?*

The link between genotoxicity and cancer causation is well-established as cause and effect and has shaped standardized testing of carcinogens for decades[377]. Genotoxicity can arise from DNA strand breaks, DNA adducts, DNA-DNA crosslinks, and DNA-protein crosslinks, as well as from oxidative damage to DNA (which is also relevant to key carcinogen characteristic #5)[78]. It is very important to perform genotoxicity studies to avoid human exposure to the potential DNA damage that can be caused by genotoxic carcinogens. Mutagenesis (the formation of mutations in DNA molecules) is driven by DNA damage resulting from genotoxicity.

*Genotoxicity in animal tissues and cells*

There is overwhelming evidence that NDMA is genotoxic, mutagenic and clastogenic (IARC, 1978). NDMA is a well-studied prototype genotoxic carcinogen which binds directly to



CONFIDENTIAL INFORMATION

DNA generating DNA adducts, DNA damage, and mutations[378]. NDMA has been classified as a genotoxic carcinogen by the European Union (ISZW99)[379]. NDMA exhibits genotoxic activity in standard assays such as the Ames assay and the Comet assay. Many studies show that NDMA is genotoxic both *in vivo* and *in vitro*. Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange and unscheduled DNA synthesis have been observed in a wide variety of cell types and assays. Clear evidence of genetic effects has also been observed in *in vivo* studies. Clastogenic effects (e.g., micronuclei, sister chromatid exchange, chromosomal aberrations) in hepatocytes[380-382], bone marrow cells[383,384], spleen cells[385], and peripheral blood lymphocytes[381], as well as in esophageal[386] and kidney cells[387], have been observed in rodents (rats, mice or hamsters) administered with NDMA either orally or by intraperitoneal injection.

Increased frequencies of micronucleated cells were observed at NDMA doses as low as 5 mg/kg body weight in rats[386]. Effects in germ cells (e.g., micronucleated spermatids) were observed in mice given 6 or 9 mg NDMA/kg body weight via intraperitoneal injection[388]. The inhalation exposure of female mice to NDMA at 1030 $mg/m^3$ increased the frequency of micronucleated bone marrow cells[389]. Evidence of genotoxicity (e.g., chromosomal aberrations, micronuclei, gene mutation, DNA strand breaks) has also been observed in the offspring of hamsters[390] and mice[62] administered NDMA during gestation. Numerous publications have demonstrated that in rodents (rats, mice or hamsters) administered with NDMA either orally or by intraperitoneal injection, evidence of DNA damage has been observed in many tissues throughout the body including liver, kidneys and lungs[63,96,391-404]. DNA damage in the thymus[392], sperm[397], and nasal and tracheal cells[399] has also been observed. NDMA was also mutagenic at the *lacI* locus (in the liver) in *in vivo* assays involving transgenic mice[405-407]. In addition, increased unscheduled hepatic DNA synthesis has been observed in rats at NDMA doses as low



CONFIDENTIAL INFORMATION

as 0.1 mg/kg bw[394]. In mice, NDMA caused an increase in mutations (e.g., 10-20-fold) that increased with time and the number of treatments[405,406].

The NDMA-induced genotoxic effects and DNA damage in cancer cells generate reactive oxygen species (ROS) which can lead to further DNA strand breaks and oxidative DNA damage (which synergizes with key characteristic #5) to initiate and promote cancer. Genotoxicity induced by NDMA is further demonstrated in extrahepatic (outside the liver) tissues of rats by the persistence of DNA damage in the lung, liver, kidney and nasal cavity[63,305,401]. Remarkably, two notable studies observed genotoxicity in the *offspring* of animals exposed to NDMA[408]. When nursing Sprague-Dawley rats were treated with radiolabeled NDMA and other nitrosamines, the liver and kidney DNA from their 14-day-old offspring that had been nursed over a 24-hour period became labeled with the NDMA and other nitrosamines. Notably, upon analysis, liver DNA from the offspring whose nursing mothers were treated with the radiolabeled NDMA showed N7-methylguanine and O6-methylguanine DNA adducts[408].

Importantly, NDMA is such a potent genotoxic carcinogen that it does *not* exhibit a no-observed-adverse-effect level (NOAEL) as demonstrated by studies including Peto *et al.*[25]. The NOAEL is defined by the level of exposure of an organism, found by experiment or observation, at which there is no increase in the frequency or severity of any adverse effects (e.g., cancer incidence) of the tested protocol. In Peto *et al.* there was no indication of any threshold for tumor induction. NDMA at 0.1 ppm in drinking water caused about 2.5% of animals to develop liver tumors and therefore a dose of 0.01 ppm would yield a 0.25% incidence.

*NDMA causes genotoxicity in large animals*

NDMA causes genotoxicity (DNA damage) in a wide spectrum of tissues in the monkey, with at least eight tissues sustaining DNA damage levels with 50% of those of the liver[366].



CONFIDENTIAL INFORMATION

Among these tissues are included common sites of human cancer such as the large and small bowel, the pancreas and the esophagus. Four hours after NDMA exposure, DNA adducts (O6-meG) are expressed in all tissues including gastric mucosa, liver, white blood cells, esophagus, ovary, large intestine, bladder, spleen, uterus, and brain[366]. In the diet, DNA adducts from NDMA (e.g., O6-meG) were found in blood cell DNA, at levels ranging 0.02– 0.12 fmol mg DNA. To quote from this publication ***"It is evident, that in contrast to rodents, these important cancer targets share with liver an equal likelihood of sustaining DNA damage after NDMA exposure[366]."*** Thus, NDMA can lead to cancers and genotoxic damage in many organs and target tissues[366].

*Human tissue and cells*

Two studies by Hakura *et al.* found that fractions from human cells were considerably more active than those from rats in stimulating the mutagenic response to NDMA in the Ames test: the mutation rate was up to 8 times higher with some human S9 fractions[409,410]. The recent observation that human S9 fractions are much more active than rat S9 fractions in promoting genotoxicity in the Ames test suggests that humans may be especially sensitive to the carcinogenicity of NDMA[409,410]. Thus, the genotoxicity of NDMA has been extensively proven in animal models as well as animal and human tissue.

Importantly, human tissues (e.g., liver, kidneys, lung, and digestive tract) metabolize NDMA into genotoxic DNA adducts. Seven different human tissues such as trachea, lung, **esophagus**, colon, **pancreas**, **bladder**, and buccal mucosa can metabolize NDMA into cancer causing metabolites (e.g., reactive electrophiles- a key characteristic of carcinogens). Human tissues such as lung (e.g., bronchi), colon and esophagus metabolize NDMA into reactive electrophilic metabolites that react with cellular DNA and protein leading to carcinogen DNA



CONFIDENTIAL INFORMATION

adducts (e.g., alkylated DNA in both O-6 and N-7 position of guanine). Both human **liver** and lung can metabolize NDMA *in vitro*. Montesano and Magee reported that slices of human liver can metabolize radio-labeled ($^{14}C$) NDMA into ($^{14}C$)CO2 and intermediates that alkylate bases in nucleic acids forming primarily 7-methylguanine[371]. Slices of human lung can metabolize ($^{14}C$) NDMA, as measured by production of ($^{14}C$)CO2. ($^{14}C$)NDMA binds to both DNA and protein of cultured human bronchi. Binding to DNA was NDMA dose-dependent. NDMA results in methylation of DNA at both the O-6 and N-7 positions of guanine in human cells. NDMA induced O-6 methylation of DNA in cultured human bronchia. Thus, human tissues (e.g., lung tissue) can metabolize NDMA into reactive intermediates. As discussed above, ranitidine, once ingested into the stomach can interact with nitrite in the stomach to form high levels of NDMA[18,173], which can lead to DNA adducts in the gastric system[366].

The cellular and molecular changes induced by nitrosamines (e.g., NDMA) in animals are similar to those in human tissues. Repair of DNA lesions such as O6-methylguanine occurs in other tissues besides the liver. Thus, the cancer-causing mechanisms which occur in animals also take place in humans. The metabolism of NDMA as measured by alkylation of DNA is similar in the rat and human esophagus as well as extrahepatic tissues.

NDMA is genotoxic in various human tissues (e.g., liver, colon, bronchi, and esophagus) in cultured cells. DNA molecules in liver cells from humans intoxicated with NDMA contained the methylated purines N7-methylguanine and O6-methylguanine, indicating alterations in DNA caused by NDMA. Liver cancer cells are capable of metabolizing NDMA to genotoxic products. NDMA induces a dose-dependent increase in the frequency of DNA single-strand breaks and alkali-labile sites in primary cultures of rat lung cells and in lung cells from human donors.



CONFIDENTIAL INFORMATION

*Conclusion – Key Characteristic #2*

Abundant studies have demonstrated potent genotoxic activity of NDMA in numerous *in vivo* and *in vitro* assays, including with human cells. Thus, studies with human cells, as well as studies of animals and microbes, clearly demonstrate the genotoxicity activity of NDMA.

**It is biologically plausible that NDMA causes cancer via key characteristic #2.**

## Carcinogen Key Characteristic #3: NDMA Alters DNA Repair and Causes Genomic Instability

When ranitidine is carcinogenic, it can act as a genotoxin due to its transformation into NDMA via degradation or nitrosation in the stomach. While the human body has DNA repair systems which can help eliminate DNA mutations, this system can break down via exposure to NDMA resulting in impaired DNA repair and genomic instability.

*General Description*

Normal cells try to avoid deleterious mutations by replicating their genomes with high accuracy. Most spontaneous mutations are caused by polymerase error[411]. The nature of the mistake, the presence of DNA damage, and the ability to correct errors all have an impact on the outcome of this process. As a consequence, defects in processes that determine DNA replication fidelity can confer strong mutator phenotypes that result in genomic instability. Thus, carcinogens may act not only by producing DNA damage directly but also by altering the processes that control normal DNA replication. Different susceptibilities of organs to carcinogenic stimuli may be determined by the ability to repair certain alterations produced by the carcinogen in DNA[349].



CONFIDENTIAL INFORMATION

*Why is genomic instability important to the mechanism of carcinogenesis?*

DNA damage is a source of genomic instability without correct DNA repair. DNA repair is critical for cancer prevention as DNA repair prevents the genetic mutations in normal cells[412]. While DNA excision repair pathways are predominantly error-free and thus protective, double-strand DNA break repair is largely error-prone and may contribute to genomic instability. Genomic instability is a well-recognized hallmark of many cancers and is considered to be one of the enabling characteristics of cancer[143]. Markers of genomic instability include chromosome aberrations, gene mutations, microsatellite instability, and apoptosis[78]. The ability of cells to repair DNA adducts (by removing *O*-methylguanine through the action of a specific *O*-methylguanine DNA-methyltransferase) prior to cell division likely plays a critical role in determining the susceptibility of tissues to tumor development.

*NDMA alters DNA repair and causes genomic instability.*

The ability of the tissue to repair DNA adducts plays an important role in the mechanism of NDMA causing cancer. Importantly, NDMA alters DNA replications and promotes subsequent DNA damage, thereby priming cells for carcinogenesis. The rate of elimination of DNA adducts may be an important factor in neoplastic transformation by alkylating carcinogens. Following administration to rats of various doses of NDMA, O6-methylguanine (O6-meG) was lost from the DNA of four tissues (liver, white blood cells, lymph nodes, bone marrow). NDMA alters DNA repair enzymes (e.g., AGT) with DNA leading to genomic instability. Following the administration of NDMA, alkylation of DNA occurs in both the liver and kidney, but the adducts are more persistent in the kidney. O6-methylguanine-DNA transferase (MGMT) is an enzyme that repairs O6-methyl guanine and other O6-alkyl guanine DNA adducts. Repair of DNA by MGMT (or lack of repair) has a key role in the development of NDMA-induced cancer. A single



CONFIDENTIAL INFORMATION

dose of NDMA can induce the inability of the kidney to rapidly repair DNA methylation leading to kidney tumors[21]. The greatest capacity to metabolize these nitrosamines to alkylating agents is found in the liver, but other organs, including the esophagus, lung and kidney, are also capable of metabolic activation[21]. These organs may be more susceptible to alkylation by NDMA than the liver because they have a lesser ability to catalyse the removal of 06-alkylguanine from their DNA[21].

*Human tissue and cells*

Consistent with carcinogen key characteristics #1 and #3, DNA adducts from NDMA are repaired very slowly in human blood, hence, these DNA adducts can build up in the blood. Intra- and intercellular variations occur in the repair efficiency of O6-methylguanine in human liver cancer cells (HepG2 cells) treated *in vitro* with NDMA[413]. MGMT, the enzyme responsible for the repair of O6-methylguanine DNA adducts, has been detected in the liver of humans. Thus, NDMA results in DNA alkylation adducts which are not repaired correctly, leading to cancer. NDMA can increase expression of alkyladenine DNA glycosylase (AAG), which excises 1,N6-ethenoadenine (epsilonA) associated with higher adduct formation, suggesting imbalanced DNA repair[414]. In the liver of rats treated with NDMA, large differences were found in the formation and/or repair of O6-alkylGuanine between different cell types, between hepatocytes of different localization, and also between normal and precancerous hepatocytes[415]. Importantly, NDMA induces several types of DNA adducts (e.g. N7 and O6)[28,31,416] in various tissues (e.g. 32 different tissues[366]). NDMA can induce high amounts of N7-alkylated guanines[417]. After cessation of exposure, N7-alkylguanines remained elevated for 1 day and then gradually decreased over time but were still higher than the background levels, even at day 16 (half-lives of 7-8 days). Thus, a human error free DNA repair (e.g., O6-methylguanine transferase) targeting



CONFIDENTIAL INFORMATION

a single type of DNA adduct would be unlikely to prevent NDMA-induced impaired DNA repair.

*Conclusion – Key Characteristic #3*

NDMA alters the processes that control normal DNA replication or repair of DNA damage. Thus, NDMA induces genomic instability with an increased risk for DNA mutations and other genetic changes during cell division. As a result, NDMA is a probable human carcinogen via alterations in DNA repair capacity and genomic instability.

**It is biologically plausible that NDMA causes cancer via key characteristic #3.**

## Carcinogen Key Characteristic #4: NDMA Induces Epigenetic Alterations (e.g., DNA Methylation)

*General Description*

The term "epigenetic" refers to all stable changes in gene expression and chromatin organization that are independent of the DNA sequence itself and that can be mitotically inherited over cell divisions. Epigenetic phenomena include genomic imprinting, changes in chromatin and histone modification patterns. Epigenetic alterations are changes in gene expression including DNA methylation. Carcinogens can induce epigenetic changes which can lead to cellular transformation. Epigenetic changes initiate and mediate cancer progression.

*Why are epigenetic alterations (e.g., DNA methylation) important to the mechanism of carcinogenesis?*

A wide range of known and suspected carcinogens (including chemical, physical, and biological agents) have been shown to deregulate the epigenome. Alterations in DNA methylation are common in a variety of tumors[418]. Carcinogenesis is accompanied by widespread DNA methylation changes within the cell[419].



CONFIDENTIAL INFORMATION

*NDMA epigenetic alterations in animal tissues and cells*

NDMA-induces epigenetic alterations in the animal studies. In rats, independent of dose and route of administration, NDMA induced DNA methylation (e.g., N7Guanine and O6Guanine) in whole tissues (e.g., liver and nasal mucosa) after a single injection of NDMA. Several independent studies from various laboratories have demonstrated that NDMA induces DNA methylation in rats[420-422]. The induction of microsomal NDMA demethylase activity was closely related to the increase of DNA methylation by NDMA[423].

DNA methylation can mediate the pro-tumorigenic and cancer-initiating activity of NDMA. The rat nasal mucosa contains relatively high levels of cytochrome P-450 enzymes and these enzymes can catalyze the alpha-hydroxylation of NDMA.

*Conclusion – Key Characteristic #4*

NDMA may disrupt epigenetic mechanisms as a human carcinogen via DNA methylation. **It is biologically plausible that NDMA causes cancer via key characteristic #4.**

## Carcinogen Key Characteristic #5: NDMA Induces Oxidative Stress

*General Description*

Reactive oxygen species (ROS) are compounds that cause oxidative damage to cellular biomolecules. Oxidative stress including reactive oxygen and nitrogen species (RONS) critically mediate cancer progression by carcinogens and pathogens[412,424]. ROS are important mediators of oxidative stress. An imbalance between formation of reactive oxygen and/or nitrogen species and their detoxification is commonly referred to as oxidative stress. ROS, which can arise from inflammation, may contribute to genomic instability and, along with other free radical species, play key roles in many of the processes identified as being necessary for the conversion of



CONFIDENTIAL INFORMATION

normal cells to cancer cells[14,79]. Oxidative stress can lead to oxidative damage to DNA[425]. Oxidative stress is directly related to many other key characteristics of carcinogens, notably #2 and #3 via DNA damage leading to genotoxicity and alteration of DNA repair, as well as others including chronic inflammation (#6) and altered cell proliferation (#10)[79]. Oxidative stress is also a common occurrence in cancer and can be a critical component of the tumor microenvironment. Oxidative damage is considered a major factor in the generation of mutations in DNA, and greater than one hundred different types of oxidative DNA damage have been identified to date[425]. Oxidative damage to DNA may initiate or promote carcinogenesis[425].

*Why is oxidative stress important to the mechanism of carcinogenesis?*

Experimental, clinical and epidemiological studies have provided compelling evidence that oxidative stress is critical in the initiation and progression of cancer. Oxidative stress causes cellular and molecular events that can cause and promote cancer by causing an imbalance between production and accumulation of ROS in cells and tissues and the ability of a biological system to detoxify these reactive products. ROS can trigger genomic instability. Oxidative damage to DNA can lead to point mutations, deletions, insertions, or chromosomal translocations, which can cause activation of oncogenes and inactivation of tumor suppressor genes, potentially leading to initiation of carcinogenesis. Oxidative stress, reactive chemical species (e.g., ROS), and proliferation stimulate DNA damage and inhibit DNA repair to stimulate tumor progression.

*NDMA induced oxidative stress in animal tissues and cells*

NDMA induces oxidative stress including oxidative damage to both DNA and lipids[426,427] NDMA stimulates ROS and induces a dramatic change in the body weight of animals leading to toxicity. NDMA can cause cancer via an aggressive positive feedback loop between oxidative



CONFIDENTIAL INFORMATION

stress, inflammation, DNA damage, and carcinogenesis. NDMA stimulates inflammation-mediated DNA damage.

NDMA triggers metabolites which can produce mutations in DNA via oxidative stress. This results in high amounts of oxidative stress and production of ROS that further contributes to organ damage and cell death. NDMA stimulates oxidative stress and lipid peroxidation that enhances necrosis (cell death), which initiates mitosis and hepatic regeneration. Thus, NDMA injures cells in various organs and throughout the human body in multiple ways to trigger inflammation via oxidative stress and ROS. The formation of 8-OHdG can be one of the causes of point mutations that contribute to the activation of oncogenes or the inactivation of suppressor genes leading to cancer.

The toxic effect of NDMA greatly influences the biological activity and lifespan of immune cells, including neutrophils, by inducing a respiratory burst and subsequent release of ROS which stimulates oxidative stress. Oxidative stress can stimulate proliferation of tumor cells acting in synergy with genotoxic mechanism including mutations to cause cancer. Oxidative and endoplasmic reticulum (ER) stress stimulates apoptotic cell death and survival factors contributing to the persistent cycle of cell death and tissue regeneration ("Phoenix Rising" pathway) which can lead to tumor repopulation and persistent tumor growth. Chronic inflammation and pro-inflammatory cytokines generated by immune cells in the human body cause hyperplasia and oxidative stress, and act synergistically with DNA damage to drive carcinogenesis. Carcinogens induce reactive oxygen and nitrogen species resulting in oxidative stress and inflammation.



CONFIDENTIAL INFORMATION

*Conclusion – Key Characteristic #5*

Thus, NDMA can be a human carcinogen by stimulating oxidative stress via oxygen radical-induced cellular injury.

**It is biologically plausible that NDMA is a human carcinogen via oxidative stress - key characteristic #5.**

## Carcinogen Key Characteristic #6: NDMA Stimulates Chronic Inflammation

*General Description*

The relationship between inflammation and cancer dates back to 1863 when Rudolf Virchow suggested that chronic inflammation from tissue injury stimulates the proliferation of cells leading to cancer[428]. Many experimental studies including those from my laboratory have indeed confirmed that inflammation can stimulate or induce tumor initiation, growth, and metastasis[6-10,14,85,145,429-432]. Inflammation in the tumor microenvironment is now known as a hallmark of cancer[143] and is recognized as a key characteristic of carcinogens[78,79].

*Why is chronic inflammation important to the mechanism of carcinogenesis?*

Inflammation triggers escape from tumor latency and tumor dormancy[433]. Inflammation is a critical driver of cancer and metastasis which can occur throughout the entire body. Chronic inflammation including signaling from pro-inflammatory cytokines triggers oxidative stress and genotoxicity leading to DNA damage and cancer cell proliferation. Thus, inflammation can synergize with DNA damage to promote cancer growth. Chronic inflammation also acts as a tumor promoter in various malignancies such liver, prostate, pancreatic, colorectal (CRC), gastric, gallbladder, and esophageal cancers[432,434,435]. My laboratory has also recently demonstrated that chronic inflammation acts as a tumor promoter[6,7,10,11].



CONFIDENTIAL INFORMATION

*NDMA induces chronic inflammation in animal tissues and cells*

Inflammation, an initial stage of cancer (e.g., cholangiocarcinoma), can be induced in hamsters exposed to NDMA and a human liver fluke infection[436]. NDMA-induced cancer tissues showed significantly higher numbers of inflammatory cells, especially eosinophils, bile duct proliferation and IL-17+ inflammatory cell infiltration compared to normal livers[436]. NDMA-induced cholangiocarcinoma in hamsters resulted from increased pro-inflammatory molecules such as high mobility group B1 (HMGB1), interleukin-8, and 8-OxodG (oxidative DNA damage marker) in the cancer tissues[437]. HMGB1 is a potent pro-inflammatory factor that can initiate and stimulate inflammation[438].

NDMA can also act as a tumor-promoter in bile duct cancers that are initiated with either infection by *Helicobacter pylori* or *Opisthorchis viverrini* (liver fluke)[437]. A study by Thamavit showed that 12.5% of hamsters receiving 12.5 ppm of NDMA in drinking water alone exhibited tumors, and 50% of hamsters receiving NDMA plus *O. viverrine* infection developed tumors by 40 weeks[439]. In multiple studies in Syrian hamsters, NDMA stimulated inflammation in the bile ducts[440,441]. Histopathologic analysis of bile duct tissues from hamsters treated with NDMA showed a high number of inflammatory cells[440,441]. NDMA induced the infiltration of inflammatory cells around the bile ducts and liver at days 30 and 60[441]. Similarly, NDMA administration in rats induces chronic inflammation and liver tumors[304]. In rats, NDMA-induced inflammation resulted from an increase in inflammatory cells called neutrophils induces liver fibrosis[442], which can also act as a tumor promoter. Pro-inflammatory molecules such as connective tissue growth factor (CTGF), α-SMA, type I collagen, MMP-2, and MMP-9 were markedly increased in NDMA-treated mice[443].



CONFIDENTIAL INFORMATION

NDMA can also induce liver fibrosis in mice that is similar to fibrosis observed in humans through the generation of oxyradicals, which can stimulate tumor growth. NDMA-induced fibrosis leads to oxidative stress and generation of reactive oxygen species, which can promote tumor growth. These processes lead to cellular injury and inflammation that trigger activation and transformation of hepatic stellate cells into myofibroblast-like cells, which initiates excessive synthesis of connective tissue proteins, especially collagens. Uncontrolled and extensive fibrosis results in distortion of lobular architecture of the liver leading to nodular formation and cirrhosis. The perpetual injury and regeneration process can also result in genomic aberrations and mutations that lead to the development of various cancers including bladder, liver and prostate. NDMA triggers the immune system and activates lymphocytes which in turn produce various pro-inflammatory cytokines such as IL-1β, IL-6, IL-22, interferon-γ (IFN-γ), and TNF-α. The pro-inflammatory cytokines trigger hepatocytes to activate downstream pro-tumorigenic molecular signaling pathways such as NF-kB and TGF-β.

*Human tissue and cells*

In human cells called human H69 cholangiocytes, NDMA stimulates the pro-inflammatory enzyme cyclooxygenase 2 (COX-2), which can generate pro-inflammatory lipid molecules called eicosanoids[444]. Cholangiocytes are epithelial cells that line the bile ducts, which are small tubes that carry bile from the liver. COX-2 over-expression has been observed in various inflammatory diseases and can be strong promoter of cancer via inflammation[444]. In human white blood cells (called peripheral blood mononuclear cells), NDMA stimulates several pro-inflammatory and pro-tumorigenic mediators including TNF-α, IL-1, GM-CSF, and VEGF. NDMA activates mitogen-activated protein kinases (MAPK) in human white blood cells, which promotes cell proliferation and cancer progression.



CONFIDENTIAL INFORMATION

*Conclusion – Key Characteristic #6*

NDMA functions as a tumor promoter by stimulating chronic inflammation. Strong interdependent links exist between inflammation, genotoxicity and the induction of oxidative stress and genomic instability. Because NDMA stimulates all of these key characteristics, these mechanisms can act synergistically with chronic inflammation to cause and promote cancer. Thus, NDMA is a human carcinogen.

**It is biologically plausible that NDMA is a human carcinogen via chronic inflammation - key characteristic #6.**

## Carcinogen Key Characteristic #7: NDMA is Immunosuppressive (e.g., inhibits B and T lymphocytes)

*General Description*

Immunosuppression is a reduction in the capacity of the immune system to respond effectively to foreign molecules including those on tumor cells. Immunosuppression differs from other mechanisms of carcinogenesis in that immunosuppressive agents may not directly transform normal cells into potential tumor cells[78]. However, they can promote tumor growth synergistically with other processes that directly transform cells. A classic example of an immunosuppressive drug given before organ transplant (e.g., kidney transplants) is cyclosporine. Epidemiological data from patients with congenital immunodeficiencies, virally induced immunodeficiencies (e.g., HIV-mediated), and from patients treated with immunosuppressive therapies (e.g., organ transplant rejection prevention therapies such as cyclosporine) show that profound immunosuppression is associated with an increased cancer risk[78].



CONFIDENTIAL INFORMATION

*Why is immunosuppression important to the mechanism of carcinogenesis?*

The immune system in the human body normally functions to protect against invading pathogens and eliminate cancers. Immune cells typically have the ability to detect specific markers on potential tumor cells and clear them before cancer is initiated. Thus, chemicals that cause immunosuppression can increase the risk of cancer and persistent immunosuppression can cause or stimulate cancer.

*NDMA induced immunosuppression in animal tissues and cells*

In mice, chronic exposure to NDMA induced a marked and persistent immunosuppression of cellular and humoral responses in mice[445]. Cellular immunity protects the body from cancer via the activation of immune cells called phagocytes, T cells and the release of cytokines in response to an antigen on a tumor cell. Humoral immunity protects the human body from cancer via substances found in the humors, or body fluids. Chronic exposure to NDMA induces immunosuppression via a reduced cellular and humoral immune response in mice. The persistent NDMA-induced immunosuppression could be reversed after the removal of NDMA from the drinking water[445].

In mice, NDMA induced suppression of the protective antibody response to a T-cell-dependent antigen, and the lymphoproliferative response to the T-cell and the B-cell mitogens in a dose-dependent manner[446]. Exposure of mice for 14 days to NDMA by intraperitoneal injection resulted in depressed T-lymphocyte function as measured by T-cell proliferation and suppressed IgM antibody-forming cell response in a dose–dependent manner. NDMA-exposed animals exhibited immunotoxicity via reduced humoral antibody responses, T-cell mitogenesis, and bactericidal activity. NDMA suppressed various measures of humoral immunity. NDMA suppressed the IgM antibody-forming cell response to sheep red blood cells (on day four) in a



CONFIDENTIAL INFORMATION

dose–dependent manner. Reduced host resistance to infectious agents (reduced response to streptococci and influenza challenge) following NDMA administration also indicated suppressed effects on humoral immunity. NDMA blocked T-lymphocyte function as measured by T-cell proliferation. NDMA exhibits immunotoxic effects *in vitro* and in various animal models.

*In vivo* studies have shown that NDMA modulates the cellular immune response by altering the production and/or maturation/differentiation of bone marrow stem cells into functional macrophages. One of the primary cell targets of NDMA is the B-lymphocyte, which normally generates antibodies that protect the body from cancer. NDMA suppressed IgM antibody-forming cell response to sheep red blood cells after only 4 days in a dose–dependent manner. Splenocyte proliferation in response to lipopolysaccharide, an inflammatory molecule, was also suppressed by NDMA administration, showing an impaired immune response by NDMA. Thus, NDMA decreases the overall reactivity of both T- and B-lymphocytes, which are important to protect from cancer. NDMA suppressed various measures of humoral immunity. Cellular immune response, monitored by stimulation of cells in mixed lymphocyte reaction (MLR), was markedly suppressed by NDMA, suggesting increased cancer progression due to chronic immunosuppression.

*Human tissue and cells*

In addition to experimental animal evidence, human studies also support adverse effects of NDMA on certain immune functions. In human blood cells called neutrophils, NDMA activates the pro-cancer PI3K-Akt/PKB and immunosuppressive pathway, which in turn, contributes to the activation of pro-inflammatory transcription factors NF-κB, c-Jun, and FosB[447]. The expression of Bax and Mcl-1 proteins in autologous peripheral blood mononuclear cells (PBMCs) results in impairment of white blood cell (e.g., leukocyte) function in persons



CONFIDENTIAL INFORMATION

exposed to NDMA. NDMA alters humoral immunity and antibody-mediated host defense mechanisms. White blood cell differentials are indicators of the ability of the body to eliminate infection. A reduction in neutrophils can indicate that the ability of the body to attack and destroy invading bacteria, viruses, and other injurious agents (via phagocytosis) is compromised.

*Conclusion – Key Characteristic #7*

Thus, NDMA can disrupt the normal host immune response, which would usually protect from cancer progression. The ability of NDMA to be immunosuppressive contributes to its pro-carcinogenic activity.

**It is biologically plausible that NDMA causes cancer via immunosuppression, key characteristic #7.**

**Carcinogen Key Characteristic #8: Modulates Receptor-Mediated Effects**

Numerous carcinogens act as ligands to receptor proteins. Receptor-mediated activation broadly falls into two categories: *a*) intracellular activation, mediated by nuclear receptors that translocate into the nucleus and act on DNA as transcription factors, and *b*) activation of cell surface receptors that induce signal-transduction pathways resulting in biological responses that involve a variety of protein kinases[78]. Molecular pathways that are regulated through ligand-receptor interaction and are most relevant to carcinogenesis include cell proliferation (e.g., stimulation of the normal proliferative pathways, as is the case for estrogen-dependent tissues and hormone therapy), xenobiotic metabolism, and apoptosis[78].

The carcinogen NDMA receptor-mediated activity has not been characterized. Receptor-mediated effects can occur at the cell surface (through ligand-binding) or intracellularly (via the disruption of signaling cascades or actions on nuclear/cytosolic receptors), all of which can modulate transcriptional changes in the nucleus. Thus, since both receptor binding and receptor



CONFIDENTIAL INFORMATION

functional activity of NDMA have not been characterized, it is unknown if NDMA exhibits this characteristic.

**Carcinogen Key Characteristic #9: NDMA Causes Immortalization By Transforming Normal Cells Into Cancer Cells.**

*General Description*

Cancer cells are immortal, and therefore have limitless replicative potential and can divide non-stop. Normal (non-cancer) cells have a limited lifespan and will stop dividing. Immortalization is associated with stemness, the ability of cells to self-replicate indefinitely.

*Why is immortalization important to the mechanism of carcinogenesis?*

Cancer cells are immortal and undergo proliferation. If the cancer cells are dividing more rapidly, it means the cancer is faster growing or more aggressive. The rate of cancer cell proliferation can be estimated by doing a Ki-67 test for proliferation. The opposite of immortalization is cellular senescence, a cellular program in which cells stop dividing. Chemical carcinogens including tobacco, PCBs and asbestos promote immortalization and inhibit senescence.

*NDMA induced immortalization in animal tissues and cells*

NDMA as a carcinogen is highly toxic to experimental animals by causing severe liver injuries and cancers[437]. NDMA reacts with rapidly proliferating cells in the terminal end buds of cellular DNA forming DNA adducts, which transform normal terminal end buds to cancer[448]. Thus, NDMA induces cell transformation from non-malignant cells to cancer cells[444]. In *in vitro* studies, nitrosamines including NDMA can transform normal cells (e.g., fibroblasts) into cancer cells. The mutagenic potential of nitrosamines can be measured using a cell transformation



CONFIDENTIAL INFORMATION

assay *in vitro,* and nitrosamine mixture including NDMA caused a malignant transformation in NIH3T3 fibroblast cells to cancer cells[449]. NIH3T3 cells were used due to their wide applicability in cell malignant transformation studies[449]. As stem cells can play a role in cell transformation, NDMA and other nitrosamines can induce damaged cells in the stem cell region of the small bowel[450,451].

*Human tissue and cells*

In human cells called H69 cholangiocytes (bile duct cells), NDMA can induce the transformation of normal H69 cells to cancer-like cells via the overexpression of pro-tumorigenic molecules Cy19, Ki-67 and COX-2.

*Conclusion – Key Characteristic #9*

NDMA can immortalize the non-tumor (normal) cell into tumor cells.

**It is biologically plausible that NDMA causes cancer via immortalization- key characteristic #9.**

## Carcinogen Key Characteristic #10: NDMA Alters Cell Proliferation, Cell Death or Nutrient Supply (e.g., Angiogenesis)

*General Description*

Sustained cellular proliferation is a key factor in cancer progression. As summarized in the United States Environmental Protection Agency guidance assessing risk of cancer from early-life exposures (EPA, 2005), more frequent cell division during development can result in enhanced fixation of mutations because of the reduced time available for repair of DNA lesions, while clonal expansion of a mutated cell produces a larger population of mutant cells[79]. Cell death releases pro-inflammatory signals into the surrounding tissue microenvironment, resulting in recruitment of inflammatory cells of the immune system that can participate in tumor



CONFIDENTIAL INFORMATION

promotion through their influence on cancer cell proliferation and invasiveness. Angiogenesis, in which new blood vessels grow into a tumor, is key to providing nutrients to the cancer. Tumor growth requires angiogenesis to grow[1].

*Why is alteration of cell proliferation, cell death or nutrient supply (angiogenesis) important to the mechanism of carcinogenesis?*

*Cell proliferation:* Abnormal proliferation can allow transformed cancer cells to evade usual checkpoints and to continue replication.

*Cell death:* Apoptotic and necrotic cell death releases pro-inflammatory signals into the surrounding tissue microenvironment, recruiting inflammatory immune cells to the site of trauma, which can enhance cancer-cell proliferation and promote cancer metastasis. In addition, my laboratory recently demonstrated that cell death generated by carcinogens as well as cancer therapy (e.g., chemotherapy and radiation) paradoxically stimulate the growth of surviving tumor cells via inflammation and a storm of pro-inflammatory and pro-angiogenic molecules.

*Angiogenesis:* Tumor growth is dependent on angiogenesis, the formation of new blood vessels[1]. Tumor angiogenesis is stimulated by angiogenic growth factors that stimulate blood vessel growth. For example, pro-angiogenic factors (e.g., CXCL-8/IL-8) and vascular endothelial growth factor (VEGF) stimulate tumor growth and tumor dormancy escape.

*NDMA alters cell proliferation, cell death, or nutrient supply (e.g., angiogenesis) in animal tissues and cells*

In Syrian hamsters, NDMA stimulates proliferation of cells (e.g., from the bile duct), as confirmed with an increase in a proliferation marker called proliferating cell nuclear antigen (PCNA)[440]. RNA analysis using a technique called quantitative real time PCR confirmed NDMA-induced proliferation with cell proliferating genes (e.g., telomerase and c-Ski)[440].



CONFIDENTIAL INFORMATION

Stimulation of cell proliferation is important in the induction of mutations or cancer by NDMA[416,452].

A single dose of NDMA causes massive activation of pro-apoptotic (cell death) mechanisms. NDMA induces cell death which can lead to tumor-promoting inflammation. NDMA induces apoptotic cell death via CYP2E1-catalyzed metabolism of NDMA[453]. The metabolites of NDMA trigger apoptotic cell death in these P450-expressing cells[453]. The metabolism of NDMA in the CYP2E1-expressing cell line, GM2E1, causes both DNA methylation and oxidation and support that NDMA-mediated DNA damage plays a key role in NDMA-induced cancer[454]. Hydroxydeoxyguanosine (8-OHdG), a biomarker for oxidative DNA damage, was stimulated by NDMA and lowered by administration of ascorbic acid[454].

NDMA induces the apoptosis (cell death) of neutrophils and PBMC (human macrophage). NDMA also results in cytotoxic activity and apoptosis in various organs (e.g., large bowel). Oxidative stress (key characteristic #5) plays a key role in the NDMA-induced cell death. Cell death induces a pre-cancer “Phoenix rising pathway” that can stimulate tumor growth. Paradoxically, cell death can stimulate tumor growth via inflammation, pro-inflammatory cytokines and bioactive lipid mediators.

In a bile duct (cholangiocarcinoma) cancer model, NDMA stimulated angiogenesis, the formation of new blood vessels and microvessel density via pro-angiogenic and lymphangiogenic factors (e.g., VEGFC) and their receptors (VEGFR3)[455]. This was associated with high VEGFR3 and VEGFC which was significantly associated with angiogenesis and metastasis in human cancer tissues from bile duct cancer patients[455]. Thus, NDMA stimulates angiogenesis and cancer spread (e.g., metastasis) in bile duct cancers.



CONFIDENTIAL INFORMATION

*Human tissue and cells*

In human cholangiocyte cells of the bile duct, NDMA increases the turnover (proliferation) of cells and the proliferation marker called Ki-67[444]. NDMA induces apoptotic cell death of various cells such as human white blood cells (e.g., leukocytes). The pro-apoptotic effects of NDMA that were confirmed in human leukocytes indicate an active participation of the cell death molecules TRAIL/DR5 complex and Fas protein[456]. NDMA can also induce the apoptosis of human neutrophils by regulating the expression of death receptor DR5 as well as through the release of its soluble form (sDR5).

*Conclusion – Key Characteristic #10*

Thus, NDMA can act as a tumor promoter via stimulating these 3 processes: cell proliferation, cell death, and the vascular supply (angiogenesis) that provides oxygen and other nutrients to growing tumors.

**It is biologically plausible that NDMA acts as a tumor promoter via cell proliferation, cell death, and the angiogenesis (vascular supply of nutrients) -key characteristic #10.**

**As a result, the NDMA that is created as a result of the degradation of ranitidine is a potent and very toxic carcinogen which exhibits 9 out of the 10 key characteristics of carcinogens.** Such a toxic substance at levels far above the FDA acceptable daily intake level ingested by the human body for lengthy periods of time would be of great concern for causing increased risks of cancer in humans. Given the indisputable compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of NDMA, ***NDMA can clearly cause cancer in animals and humans.***



CONFIDENTIAL INFORMATION

## ANIMAL STUDIES SUPPORT THAT NDMA IS DISTRIBUTED THROUGHOUT THE MAMMALIAN BODY

Humans are mammals. Studies in animals exposed to NDMA intravenously or orally, confirm its distribution in the fluids of all tissues in the body of mammals. NDMA is miscible in water. Non-ionized molecules of low molecular weight that are soluble in water, such as NDMA, tend to move freely across biological membranes and be distributed in the body fluids or in highly vascularized organs and tissues and in the extravascular fluid.

In the patas monkey, NDMA causes DNA damage to a wide spectrum of tissues, with ***at least eight tissues*** sustaining DNA damage including the liver, esophagus, stomach, pancreas, small and large bowel, bladder, prostate, lung, kidney. uterus, ovaries and white blood cells. Thus, NDMA-induced cancer can occur in these tissues and any other tissues as the blood (white blood cells) travels through the body[366]. This is particularly significant given the similarities between monkeys and humans. Non-human primate models most closely resemble human anatomy and physiology.

In rats exposed to varying oral NDMA doses for 4 weeks and sacrificed thereafter, Anderson et al. reported the presence of NDMA in the blood, liver, kidney, lung and brain, regardless of the dose given. In pregnant Syrian hamsters, two hours after a subcutaneous dose of 12.5 mg/kg, NDMA was detected in maternal blood, placenta, amniotic fluid and fetus.

These studies demonstrate how widely NDMA is distributed throughout the body and is able to cause cancers at a variety of sites.

### Similarities in Metabolism of NDMA between Human and Rodents

The IARC (1978) evaluated the evidence for NDMA causing cancer and determined ***"there is sufficient evidence of a carcinogenic effect of NDMA in many experimental animal species. Similarities in its metabolism by human and rodent tissues have been demonstrated. Although***



CONFIDENTIAL INFORMATION

***no epidemiological data were available, NDMA should be regarded for practical purposes as if it were carcinogenic to humans."*** Multiple other authoritative agencies have concluded that NDMA is a probable human carcinogen, as there is compelling evidence that human tissue, cells and organ cultures, including liver, buccal mucosa, esophagus, bronchus, liver, colon and urinary bladder are capable of metabolic activation of NDMA into an electrophilic and DNA-binding species leading to cancer. These study results demonstrate the metabolic pathways of NDMA-induced cancer are often qualitatively and quantitatively similar in animals and humans.

**Bioavailability of NDMA is Dramatically Higher in Larger Species than in Rodents**

There are important differences in the bioavailability of NDMA between rodents and humans. Oral bioavailability is defined as the amount of NDMA that reaches the systemic blood circulation which can transport the NDMA to various tissues throughout the body. The bioavailability of NDMA is higher in larger experimental animals compared to rodents, suggesting that NDMA's potent cancer- causing activity observed in rodents can be even more aggressive and lead to many more tumor types in humans. The level of NDMA in the blood following oral administration is primarily controlled by the amount metabolized in the liver. The fraction of an orally administered dose of NDMA that can be detected in blood (compared to I.V. administration) has been investigated in a number of different species. For example, approximately 8% of an orally administered dose was accounted for in the blood of the rat and hamster, while 49%, and up to 93%, of the administered dose was bioavailable in the monkey (49%), pig (67%) or dog (93%)[457-460]. Thus, a high percentage of an orally administered dose of NDMA passes through the liver into the systemic circulation in larger species such as dogs and



CONFIDENTIAL INFORMATION

monkeys compared to smaller species such as rodents. NDMA bioavailability in rats is only 8% (e.g., >90% of the NDMA is metabolized in a single pass)[460].

Swine provide an attractive model for physiologic and pathophysiologic studies because their body size, dietary habits, digestive physiology and other physiologic processes are similar to humans. The pig is an omnivore that will eat almost any feed presented to it. This makes the pig a particularly good model for studying *in vivo* nitrosation[458]. In the swine, 67% of an orally administered dose of NDMA passes through the liver into the systemic circulation. Since the systemic clearance of NDMA in swine is greater than hepatic blood flow, organs other than the liver are involved in the clearance of NDMA. This data suggests that a substantial fraction of the systemic clearance in a swine is extrahepatic and that the pharmacokinetics of NDMA in higher species are likely quite different from that observed in rodents[459].

A similar situation (e.g., high bioavailability and clearance exceeding hepatic blood flow) was observed in dogs. The lungs also play an important role in the clearance of NDMA. The bioavailability of the oral dose (i.e., the fraction of the dose that reached the systemic circulation) averaged 93% in beagles[459]. To illustrate this point, chronic administration of low doses of NDMA in the rat results in liver tumors whereas single high doses cause other tumor types (e.g., kidney). This occurs because in rodents when small doses of NDMA are given, the capacity of the liver to metabolize the carcinogen is likely sufficient; hence, the nitrosamine is effectively cleared by the liver in a 'first-pass' effect, leaving little to interact with other organs in the rodent. However, if the rodent is given a high dose, first pass metabolism is saturated, and a larger fraction of the dose passes the liver and reaches the systemic circulation.

This has two important consequences: 1) In the rodents, levels of NDMA found in peripheral blood may be significantly lower than those expected on the basis of total NDMA



CONFIDENTIAL INFORMATION

exposure because of the rapid metabolism and effective clearance of the carcinogen by the liver; and 2) in larger mammals like humans, low metabolic activation in the liver can result in ***more of the carcinogen being metabolized in other tissues, thereby increasing the risk of cancer developing in those other tissues.*** Since a large fraction of NDMA passes through the liver in large mammals such as swine, dogs and monkeys, NDMA can lead to extrahepatic cancers in these large mammals. This is also expected to occur in humans.

Since a larger portion of an oral dose of NDMA in swine, dogs and monkeys reaches the systemic circulation, NDMA can be metabolized in organs other than the liver even if the exposure is a low dose. In higher species such as humans the bioavailability of NDMA is high, and organs in addition to the liver will be exposed to NDMA. There is also ample evidence that human tissues in addition to the liver can metabolize NDMA and repair of DNA lesions such as O6-methylguanine. This is further evidence of human's ability to metabolize of NDMA throughout the body. Therefore, animal studies reporting cancers caused by NDMA exposure in the liver and other organs are relevant to humans.

NDMA bioavailability increases with the size of mammals, suggesting that it would be higher in humans than in rodents[457-459]. Regarding the pharmacokinetic profile of NDMA in humans, it is unethical to perform NDMA studies in humans because of its severe toxicity and carcinogenic activity. Thus, drawing comparisons with the animal studies is critical. A comparison of NDMA metabolism across 7 different species indicates higher bioavailability of NDMA in species larger than rodents meaning that extrahepatic metabolism of NDMA likely plays an important role in NDMA clearance in humans. Thus, humans that have consumed NDMA are at higher risk of various tumor types including colorectal/intestinal, esophageal/pharyngeal, gastric, kidney, liver, lung, pancreatic, prostate, bladder, and blood (e.g.,



CONFIDENTIAL INFORMATION

lymphoma, leukemia, and multiple myeloma) cancers.

**Dose-Response and Lifetime Cumulative Exposure**

The concept of dose-response (also known as biological gradient) references the principle that the rate of disease (in this case, cancer) increases with increasing dose of exposure (in this case, to the carcinogen NDMA). In animal studies, NDMA exhibits a classic dose-response. NDMA exhibits the same chemical properties whether it is formed from ranitidine or another source.

**A. Dose-Response in Animal Studies**

NDMA is characterized by a classic dose-response in stimulating cancer growth in many animal studies. One of the first detailed studies was from Peto *et al.* (1991), demonstrating a classic dose-response between exposure to NDMA and the induction of liver tumors in rats[25,304]. This study included a total of 4,080 rats. In Peto, the control group received zero NDMA and the sixteen treatment groups were treated with increasing doses of NDMA in their drinking water starting at 6 weeks of age. The NDMA dosing ranged from 0.033 ppm to 16.896 ppm[25]. The main target organ in the rat for tumor formation by NDMA was the liver, although NDMA also caused lung tumors. A linear relationship was observed at low doses (below 1 ppm) suggesting that a dose of 1 ppm NDMA in drinking water would cause about 25% of the animals to develop a liver neoplasm[25]. This Peto et al study is impactful and statistically powerful, as it involved multiple doses, several animals per dose, and multiple tumor-types to reflect the rates of cancers observed and expected in the NDMA-exposed groups[25,304]. In fact, the Peto et al studies are a landmark publication in the field of carcinogenesis. Rats were followed until natural death



CONFIDENTIAL INFORMATION

occurred, which was in some cases more than 3.5 years (in experimental cancer studies, rats are generally sacrificed after 2 years of life which results in not being able to observe the natural increased rate of death from cancer in the last months of life). Increasing the dose of NDMA promoted the incidence of tumors of the lungs, skin, and lymphatic and hematopoietic tissues[25,304].

The study primarily focused on the evaluation of liver tumors because approximately 90% of orally administered NDMA is metabolized by the rodent liver which makes the liver a target organ in the rodent model. On the other hand, in larger mammals (e.g., monkey, dog or pig) approximately 50% of the orally administered dose of NDMA is accounted for in the blood. This difference suggests that metabolic activation of NDMA occurs in extrahepatic tissues in larger species and occurs at higher rates compared to in rodents. This can lead to cancer in many tissues besides the liver in larger mammals.

Other animal studies have confirmed that NDMA exhibits a classic dose-response[304]. For example, NDMA causes primary tumors of the lung in a dose-dependent manner[461]. Some of the rats developed more than one tumor. Tumor incidence in rats significantly increased with increasing dose of NDMA[27]. Tumors occurred mainly in the nasal cavity, with the highest incidences in the groups receiving 1.0 and 0.2 ppm NDMA (19 of 36 and 31 of 36 tumor-bearing animals, respectively); in the lowest exposure group, 13 of 36 animals developed nasal tumors[27]. No tumors were observed in control animals not exposed to NDMA[27]. Thus, this study demonstrated NDMA-induced cancer progression is directly proportional to the dose of this carcinogen[27,304].

In another study, a clear tumor dose-response was evident in the liver. NDMA induced aggressive hepatocellular carcinomas and hemangiosarcomas in a dose-dependent fashion. A



CONFIDENTIAL INFORMATION

dose-related effect was also demonstrated in the induction of pre-neoplastic lesions and the incidence of papillomas and carcinomas. Tumors appeared much earlier in the higher NDMA dose groups. Thus, the dose of administered NDMA regulates the incidence of tumors (e.g., liver) and the timing of when they develop. There are dozens of animal studies that show that NDMA exhibits a classic-dose response[25,304,346,462-471].

The human epidemiological studies that examine the association between NDMA and cancer also show evidence of dose-response. For example, the Hidajat study, an occupational study of NDMA exposure in the rubber industry, clearly illustrates NDMA's dose-response[35]. The study examined the overall increased risk of some individual cancer types with increasing occupational exposure to NDMA. A statistically significant increased risk of all malignant neoplasms with increased exposure to NDMA was identified for the second, third and fourth exposure quartiles (1.32, 1.83, and 2.08 respectively) with a P-value for trend of less than 0.01. The statistically significant increased risk of cancer with increased exposure demonstrates a classic-dose response relationship.

Given the depth of animal studies, which is reinforced by the *Hidajat* study in human participants, the evidence is overwhelming that NDMA exhibits a classic dose-response.

## B. <u>Proportional responses are observed at low doses of NDMA with no safe level as there is not a No Observed Effect Level (NOEL)</u>

Genotoxic chemicals have been assumed to exhibit linear cancer dose-response. A dose-threshold can be defined as:

*Biological definition:* The dose below which the organism does not suffer from any (adverse) effects from the compound considered.

*Experimental definition in cancer:* The dose below which no cancer is observed.



CONFIDENTIAL INFORMATION

The linear no threshold data states that *all doses no matter how low, increase the risk of cancer*. If a threshold exists, safe levels can be calculated; if there is a linear dose-response, there are no safe exposure levels[83]. The EPA has acknowledged that NDMA has a linear dose-response with an oral slope factor for carcinogenic risk at 51 milligrams per kilogram per day (mg/kg-day) (EPA IRIS 2002) with no threshold. Because a genotoxic chemical can permanently induce DNA damage and mutations, there is viewed to be no safe exposure threshold or dose with genotoxic carcinogens[83,84]. This is based on the assumption that even one molecule of genotoxic chemicals may induce a mutation that may cause cancer[84,472]. I am not suggesting that a single molecule of NDMA from ranitidine will cause cancer as that is unlikely, however the risk is not zero because it is a genotoxin[83]. Genotoxic carcinogens are chemicals that exert carcinogenicity via the induction of mutations. Owing to their DNA interaction properties, studies show that there is no safe exposure threshold or dose. Genotoxic carcinogens are regulated under the assumption that they pose a cancer risk for humans, even at very low doses[83]. The effects of genotoxic carcinogens are of great concern in many countries, and international organizations, such as the World Health Organization, and national agencies such as FDA, NTP, and EPA have established guidelines for the regulation of these carcinogens[83]. Accordingly, genotoxic carcinogens are strictly regulated and not allowed to be used as food additives, pesticides, or veterinary drugs (FAO/WHO 2009)[84]. Importantly, genotoxic carcinogens are regulated under the policy that they have no thresholds or safe dose[83,84]. Thus, there is likely no completely safe dose with NDMA in terms of causing cancer. This is evidenced by the ability of NDMA to cause cancer at low doses in experimental animals[25,28,37,470,471,473].

The effects from exposure to NDMA, even at low doses, include organ damage and transformation of normal cells to cancer cells. This suggests that pro-cancer non-genotoxic



CONFIDENTIAL INFORMATION

mechanisms such as inflammation and oxidative stress, in addition to accumulation of the DNA adducts (*O6*-meG or *N*7-meG), caused the dose-response of cancers from NDMA. The cancer-causing activity of NDMA, while linearly related to the dose at very low doses, increased sharply at doses higher than 1 ppm. A threshold for a response to a carcinogen is defined as the dose below which no response occurs. Genotoxic carcinogens such as NDMA are DNA-reactive, act as tumor initiators to cause cancer, and are assumed to exhibit proportional responses at low doses. NDMA is a risk to human health, even at low doses of exposure via non-genotoxic mechanisms such as stimulating tumor inflammation, oxidative stress, immunosuppression, and tumor angiogenesis. NDMA is activated by cytochrome P450 2E1 in humans and all animal species. Many genotoxins including NDMA exhibit a linear relationship between dose and mutagenic response.

Cancer is the critical endpoint used to quantify the dose exposure–response for NDMA. As NDMA-induced cancer mechanisms in animals also occur in humans, cancer causation observed in animals also applies to humans. While there is a difference in rodents versus larger mammals' bioavailability of NDMA, there are no qualitative differences in metabolic activation (e.g., DNA adducts, key characteristic #1) of NDMA between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively different. The genotoxicity of NDMA (including formation of critical DNA adducts), for which the weight of evidence is exceedingly consistent and convincing, undoubtedly plays a critical role in cancer causation.

NDMA causes liver cancer in a linear relationship at very low doses and increases sharply at doses higher than 1 ppm with no threshold. A dramatic increase in the carcinogenicity of NDMA above 1 ppm was also reported in the early studies of Druckrey. Importantly, the US



CONFIDENTIAL INFORMATION

Environmental Protection Agency (EPA), the Agency for Toxic Substances and Disease Registry and the Department of Human Health Services state that NDMA is a human carcinogen that causes cancer in low concentrations with no threshold. This demonstrates that any dose of exposure in humans of NDMA cause cancer in humans.

**C. Scaling based on the ratio between surface area to body weight of rodents vs. humans is inappropriate for NDMA because of the mechanism of cancer causation**

Scaling for variations in the ratios of surface area to body weight between rodent species and humans is likely not needed for the measures of exposure–response developed based on experimental data in animals, since it is well-established that the carcinogenicity of NDMA is mediated mainly through the generation of an active metabolite (i.e., the methyldiazonium ion) (WHO 2002 NDMA). Quantification of exposure and dose-response for cancer and NDMA is based on studies in laboratory animals. It is biologically plausible that agents such as NDMA which cause cancer in experimental animals also cause cancer in humans. Translating the ratios of surface area to body weight from rodents to humans is not appropriate for measuring the exposure–response, which was developed on the basis of experimental data in animals, since it is highly probable that the cancer causation of NDMA is mediated primarily through the generation of an active metabolite (e.g., the methyldiazonium ion); WHO 2002[17,22].

The World Health Organization (WHO), in developing their drinking water guideline for NDMA, used a methodology similar to that used by Canada. However, the major difference was that they did not use an animal-to-human scaling factor. They chose a risk level of $10^{-5}$ and calculated a guideline value of 100 ng $L^{-1}$ for drinking water, based on a 60 kg adult consuming 3 L of water per day. **Importantly, the WHO argued that scaling based on the ratio between surface area to body weight for rodents vs. humans is inappropriate for NDMA because of the probable mechanism of carcinogenicity.** Because genotoxic carcinogens are mutagenic and



CONFIDENTIAL INFORMATION

interact with DNA to produce irreversible genetic changes in target organ cells, there is no dose threshold for their carcinogenic potential, suggesting low doses of NDMA can cause cancer. **Thus, because of the NDMA-induced genotoxicity and generation of cancer-causing metabolites, NDMA is a human carcinogen independent of any dose scaling between rodents and humans.**

## B. Dose-Response in Humans and Lifetime Cumulative Exposure

Hidajat *et al*. is an occupational study of a large cohort of 36,441 males (aged 35 years or older) in the United Kingdom rubber industry[35]. The study had a 49-year follow up period. NDMA exposure was measured quantitatively via a job exposure matrix. This study reported increased cancer mortality with increasing cumulative exposure to NDMA for the following cancers: bladder, lung, stomach, leukemia, multiple myeloma, non-Hodgkin's lymphoma, esophageal, prostate, pancreas, and liver cancer[35]. The study used a survival analysis to examine cancer mortality risk and compared cumulative exposure in Quartile IV to that in Quartile I, which would have included the background cancer risk for this population. The study found statistically significant elevated risks for death from bladder, stomach, esophageal, pancreas and liver cancers (among others not addressed in this report) associated with increasing NDMA exposure. The study analysis reported P-values for trend of less than 0.01 for bladder. The P-values for trend were 0.01 for stomach, 0.26 for esophageal, 0.42 for pancreas and 0.03 for liver cancers. Notably, bladder, stomach, esophageal, and pancreas cancers were found to have a statistically significant increased risk in Quartile II. The increased risk for liver cancer was found to be statistically significant in Quartile III.

The strengths of this study included the large cohort, a long 49-year term follow-up (which would capture most cancer related deaths), inclusion of controls for confounding effects



CONFIDENTIAL INFORMATION

of age, and there was an objective measurement of NDMA exposure. The weaknesses include that it underestimated cancer cases because not all cancer results in death, did not control for smoking (however, the study indicates that simulations of smoking with the data do not change the results), studied only men, and measured the concentration of NDMA in the air, which does not accurately reflect the dose of NDMA absorbed by the worker as a percentage of the NDMA inhaled is exhaled.

In Hidajat, the cumulative exposure to NDMA associated with the four quartiles are defined as follows: Quartile I, less than 3.12 year $\mu g/m^3$; Quartile II, 3.12 - 5.96 year $\mu g/m^3$; Quartile III, 5.96 – 9.67 year $\mu g/m^3$; and Quartile IV, greater than 9.67 year $\mu g/m^3$. These quartile values may be converted into micrograms of exposure by using the cumulative exposure values that define the quartiles, the number of weeks worked per year, hours worked per week and breathing rate[474]. When doing this calculation, assuming 48 weeks of work per year, 40 hours of work per week (8 per day x 5 days per week), and a breathing rate of 10 m3 per 8-hour work day[475,476], there is a cumulative NDMA uptake of 7,488 micrograms for the lower bound of Quartile II, 14,304 micrograms for the lower bound of Quartile III and 23,208 micrograms for the lower bound of Quartile IV.

Independent of whether the mode of exposure is inhalation or ingestion (oral) as explained earlier in this report, there is an adjustment that should be made to compare the cumulative doses of NDMA in the Hidajat study with cumulative oral doses. The chemical in question must be examined to determine the percentage of the inhaled dose that is absorbed into the body as it is well accepted that with most chemicals some of the inhaled dose is exhaled. The percentage which is absorbed varies depending on the properties of the chemical such as particle size, solubility, and site of metabolism.



CONFIDENTIAL INFORMATION

Since this phenomenon is chemical specific, I conducted a search for studies that would address this issue specifically for NDMA. My search yielded an animal study that addressed this issue which was not surprising as it would be unethical to run a trial with humans inhaling a presumed carcinogen. The *Klein et al.* study measured exhaled NDMA following inhaled NDMA in rats[477]. Specifically, systematic measurements were taken of exhaled NDMA following 10-minute exposures to inhaled NDMA at concentrations of 1 to 450 µg/L. The study found that approximately 10% to 30% of the inhaled dose was exhaled[477]. Inhalation exposures are similar in animals as humans as the absorption is through the lungs (no variability due to the first pass effect). Thus, the exhalation percentage of 20% (median value) and absorption percentage of 80% observed by Klein may be applied to humans[477].

When applying the absorption percentage of 80% to the cumulative exposure values in Hidajat, you arrive at the following cumulative exposure values for each quartile:

1. Cumulative NDMA exposure of 5,990 micrograms for the lower bound of Quartile II (statistically significant increased risk of death from stomach, bladder, esophageal and pancreatic cancer);
2. Cumulative NDMA exposure of 11,443 micrograms for the lower bound of Quartile III (statistically significant increased risk of death from liver cancer);
3. Cumulative NDMA exposure of 18,566 micrograms for the lower bound of Quartile IV.

The Hidajat Quartile II cumulative NDMA exposure of 5,990 micrograms is equivalent to 5,990,000 ng cumulative exposure. Quartile III cumulative NDMA exposure of 11,443 micrograms is equivalent to 11,443,000 ng and Quartile IV cumulative NDMA exposure of 18,566 micrograms is equivalent to 18,566,000 ng of cumulative exposure to NDMA.



CONFIDENTIAL INFORMATION

**C. NDMA levels in ranitidine**

The FDA tested ranitidine finished dose products and posted the results of their testing. Strides Shasun's 300 mg tablets had the lowest NDMA at 0.02 ppm (6 ng for a 300 mg tablet). Novitium's 300 mg tablet at 2.85 ppm was the highest (855 ng for a 300 mg tablet). Sanofi product was also tested with levels for the 150 mg tablets of 10-360 nanograms, and 75 mg tablets of 10 to 40 nanograms. Sanofi also tested its own product finding NDMA at 2801 ppb (2.801 ppm) for a Zantac Cool 150 mint batch (Mfd. 4/24/2019) equaling 420.15 nanograms in the 150 mg tablet. Sanofi also tested a batch that had been placed under 25ºC ± 2º C/60% RH ± 5 % conditions. That batch had 5.24 ppm of NDMA equaling 786 nanograms in a 150 mg tablet. SANOFI_ZAN_MDL_0000033886.

Using these FDA testing level of 420 ng in a 150 mg tablet, a person taking ranitidine (840 nanograms NDMA per day for 2-150 mg tablets) can reach Hidajat cumulative NDMA exposure of 5,990 micrograms for the lower bound of Quartile II in in 19.5 years; and cumulative NDMA exposure of 11,443 micrograms for the lower bound of Quartile III in 37 years.

It must be remembered that the above NDMA test results are very conservative estimates using only the FDA testing levels. If NDMA levels in the 150 mg ranitidine tablets taken were approximately 1,000 nanograms, then a person taking ranitidine (2000 nanograms NDMA per day for 2-150 mg tablets) can reach Hidajat cumulative NDMA exposure of 5,990 micrograms for the lower bound of Quartile II in 8.2 years; and cumulative NDMA exposure of 11,443 micrograms for the lower bound of Quartile III in 15.7 years.

Emery Pharma tested finished dose product samples of the defendants the results of which are contained in a "Master Baseline Tablet Data Spreadsheet" which I have reviewed for this report[478]. Emery's baseline ranitidine tablet testing mean NDMA for unexpired ranitidine



CONFIDENTIAL INFORMATION

product was 1,096.6 nanograms per 150 mg dose. Using this mean value of 1,096.6 nanograms of NDMA per tablet, then a person taking ranitidine (2,193.2 nanograms NDMA per day for 2-150 mg tablets) can reach Hidajat cumulative NDMA exposure of 5,990 micrograms for the lower bound of Quartile II in 7.5 years; and cumulative NDMA exposure of 11,443 micrograms for the lower bound of Quartile III in 14.3 years.

If those consumers had eaten food, particularly with higher nitrite levels in the food or drink, the ranitidine would be nitrosated in the gastric system to create even more NDMA from the same tablet resulting in increased NDMA exposure from ranitidine and thereby decreasing the time needed to reach the levels in Hidajat that cause a statistically significant increased risk of cancer.

An individual's level of NDMA exposure would depend on their ranitidine shipping conditions, dosage, storage conditions (before and after sale), climatic conditions, length of ranitidine use, and diet among other factors. Note that any exposure to NDMA from ranitidine would be additive other NDMA baseline exposures from diet or environment. Zantac/ranitidine was on the market for 37 years so there is an opportunity for many patients/consumers to be long term users of the medication.

Humans exposed to or exceeding the lifetime cumulative levels of NDMA exposure in Quartiles II, III and IV of *Hidajat*, will be at statistically increased risk of death from the cancers identified herein. These lifetime cumulative exposures to NDMA are the basis for my opinions that when reached or exceeded by humans there is a statistically significant increased risk of these cancers.



CONFIDENTIAL INFORMATION

## NDMA CAUSES HUMAN CANCER

As a carcinogenic genotoxin mutagen, NDMA has been studied for many years with animal studies, *in vitro* and *in vivo* and in cellular studies of both human and animal cells. As stated before, it is unethical to perform human testing with NDMA in a RCT due to its carcinogenicity. NDMA is used in laboratories to induce cancer in lab animals for research and is associated with multiple cancers as discussed below. The cancers which I was asked to consider are gastric, esophageal, bladder, pancreatic and liver for ranitidine and NDMA from ranitidine and that will be the focus of this report and my opinions. The other cancer types are described to provide a complete picture of the research conducted and the potent carcinogenicity of NDMA.

In addition, it is important to remember that NDMA, once formed from any source, retains the chemical properties and dangers of NDMA regardless of whether it is from degraded or nitrosated ranitidine or another exogenous source such as certain foods and beverages.

The peer reviewed NDMA animal cancer studies demonstrate that NDMA (generally) causes over 10 types of cancer in experimental animal models. The cancers identified by the animal bioassays include liver, kidney, lung, bladder, esophageal, stomach, blood, intestinal, bile duct, testicular, ovarian, nasal, brain, sarcomas and blood vessels. The peer-reviewed scientific literature demonstrates that NDMA follows the same mechanisms of action and damages human tissue and cells similarly to that of animals. For this report on NDMA formed from ranitidine, the focus is on five cancers: gastric, esophageal, bladder, pancreatic and liver cancer.

As a physician and cancer researcher, I searched for and reviewed the epidemiological studies which specifically quantified human exposure to NDMA. As there are no randomized control trials (RCTs), the studies available to review were limited to occupational exposure and



CONFIDENTIAL INFORMATION

dietary studies. I reviewed these studies to ascertain if the cancers that I previously identified in the animal and human cell and tissue studies also occurred in humans who have been incidentally exposed to NDMA. As set forth above in the dose-response section of this report, one of the important studies I identified is the occupational study of the rubber industry authored by Hidajat *et al.*, which quantified cumulative levels of NDMA exposure, and evaluated the risk of cancer death from cumulative exposure to NDMA[35].

The Hidajat study looked at the overall increased risk of death from cancer, and the increased risk of death from the following individual cancers: bladder, lung, stomach, leukemia, multiple myeloma, non-Hodgkin's lymphoma, esophagus, prostate, larynx, brain, pancreas and liver, which include the cancers to be discussed in this ranitidine report. A statistically significant increased risk of cancer death with increasing exposure of NDMA of all malignant neoplasms was identified for the second, third, and fourth exposure quartiles (1.32, 1.83, and 2.08 respectively) with a P-value for trend of less than 0.01[35]. The increased risks of death associated for each of the cancer types for ranitidine is discussed below.

After completing this comprehensive review, I focused on the following cancers, liver, bladder, esophageal, gastric, and pancreatic. It is my opinion that these 5 cancers can be caused by NDMA exposure from ranitidine in humans, and that there is a biologically plausible mechanism. My analysis of each of these cancers is discussed in detail below.

## **Cancer Type #1 - NDMA Causes Liver Cancer**

NDMA induces cancer via exposure from various routes of administration, such as oral, inhalation, subcutaneous, intraperitoneal injection, intramuscular injection, and exposure via tank water in frogs and fish. There are 32 representative scientific publications: NDMA is a powerful liver carcinogen in animals, as Magee and Barnes first reported in 1956 that oral administration



CONFIDENTIAL INFORMATION

of NDMA induced liver tumors and metastases *between 26 and 42 weeks* in 19 of 20 rats[339]. In Magee and Barnes (1962), NDMA in the diet induced liver tumors *after 26 weeks* in 13 of 18 rats[340]. In studies by Mohr et al (1974) in hamsters, NDMA induced malignant tumors of the liver including haemangioendotheliomata and hepatocellular carcinoma after *13 to 28 weeks*[479]. In Anderson *et al*. (1986), NDMA induced liver tumors by *16 to 28 weeks* in mice[480]. In Toth *et al.* (1964), a single injection of NDMA induced liver tumors *after 141 days* in mice[481]. A single subcutaneous injection of NDMA to adult and newborn BALB/c mice induced hepatomas, hemangiomas and hemangiosarcomas mainly in the liver, and liver cell carcinomas[481]. In 1967, Terracini et al. showed that NDMA administered in the diet of rats (0, 2, 5, 10, 20 or 50 ppm) for up to 120 weeks resulted in a marked increase in liver tumors in a dose-dependent manner[334]. In Otsuka et al. (1971), NDMA in the diet induced liver (e.g., hepatocellular) tumors *after 5 months* in mice[331]. NDMA induced benign and malignant hemangiomas of the liver[331]. NDMA is a well-established liver carcinogen in rodents based on statistical analysis of results from Peto et al., in a long-term carcinogenicity test at low doses in a study with 4080 rats[25]. Similarly, in a study of 5120 rodents, NDMA induced liver tumors in rats and mice including hemangiomas in the liver[37]. Incidences of liver cancer are generally very high (often 50% to 100%) in rats and hamsters because NDMA and other nitrosamines are effectively cleared by the liver in a "first-pass" effect, leaving very little to interact with other organs. The NDMA-induced liver tumors in Peto et al. are hepatocellular carcinomas and hemangiosarcomas[25,37,304].

In a high profile publication in the high impact prestigious journal *Nature*, a single administration of NDMA induced liver (hepatoma) tumors in newborn and 1-week old rats[326]. Exposure of 0.4 mg NDMA/rat 5 times weekly for 24 weeks (total dose 48 mg/rat) induce liver tumors (3 liver-cell carcinomas, 2 sarcomas) in 5 out of 19 Sprague-Dawley rats[482]. NDMA also



CONFIDENTIAL INFORMATION

induced liver cancer incidence in male rats receiving 5 parts per million (ppm) in their drinking water for 30 weeks[483].

NDMA induced liver tumors (e.g. hemangiosarcomas and hemangioendotheliomas) in 97% of mice as compared with control values of 4% after oral administration in drinking water[345]. Malignant hemangioendotheliomas of the liver were observed in mice fed a diet containing 50 ppm of NDMA for 5 months[484]. Oral administration of NDMA induced adenomas of the liver in 16 cases, carcinomas of the liver in 6 cases, hemangioendothelial sarcomas of the liver in 14 cases in mice[485]. Continuous NDMA administration resulted in vascular tumors in the livers of C3Hf female mice, whereas C3Hf males developed a high incidence of hepatomas both after continuous treatment and after a single injection of NDMA[486].

NDMA in the drinking water of C3HI male mice resulted in a high liver-tumor incidence[487]. NDMA induced liver hemangiosarcomas in Balb/c mice, a strain which has a low spontaneous incidence of tumors[347]. NDMA also induced liver cancer including hemangiomas, hemangioendotheliomas, and hemangioendothelial sarcomas in 96% of mice after oral administration[346]. Thus, oral administration of NDMA in mice induces hemangiomas (e.g., hemangioendothelioma) of the liver[332,333,481,484,488]. There was a positive dose-response in a study where six intraperitoneal injections of NDMA (1-4 mg/kg bw) administered to 7-day old mice increased hepatomas, hepatocarcinomas, lung adenomas, and hemangiomas[489]. Six or seven injections of 16 mg/g body weight of NDMA, administered over a period of 3-4 weeks, gave rise to liver tumors, both anaplastic and nodular hepatic cell tumors[490].

Balb/c mice and Wistar rats were exposed to daily inhalation of NDMA for 17 months (for mice) and 25 months (for rats). Tumors were observed earlier and were larger in the liver in the mice given the concentration of 0.2 $mg/m^3$ compared to control animals[329]. NDMA dissolved



CONFIDENTIAL INFORMATION

in tank water at a dose of 5 ppm, induced liver tumors (hepatocellular cancers and adenomas) in 19 of 43 frogs (44.2%)[327].

Guinea-pigs given 25 or 50 mg NDMA in the diet for 6-49 weeks developed liver-cell carcinomas[342]. Doses of 7.5 to 1,920 mg NDMA/100 g dry diet for 9 months or longer induced liver cancers (adenomas and adenocarcinomas) in rainbow trout[491]. These cancers were grossly and histologically similar to those reported for rats and other mammals, with direct spread of the neoplasms from the liver to visceral fascia and to pancreatic adipose tissue in a subset of trout[491]. In fish, NDMA induced liver tumors *after 9 to 20 months*[491]. Guppies developed liver tumors after *13 months* of exposure to NDMA[492].

In larger animals such as rabbits, Le Page et al. (1969) demonstrated that NDMA induced liver tumors with metastases after 23 weeks[341]. Rabbits fed low concentrations of NDMA developed liver cirrhosis and liver cell tumors[341]. Doses of 25 mg and 50 mg NDMA/kg in the diet of rabbits for 17-60 weeks induced hepatocellular cancer with lung metastases and benign papillary cholangiomas[341].

The animal cancer studies show a strong dose-response association between NDMA exposure and liver cancer: increasing rate of liver cancer with increasing dose of NDMA. The largest study that illustrated this classic dose response was the Peto, *et al*, study entitled, *"Effects on 4080 Rats of Chronic Ingestion of* N-*Nitrosodiethylamine or* N-*Nitrosodimethylamine: A Detailed Dose-Response Study*" (1991)[25]. The purpose of this study, that is pertinent to this report, was to characterize the dose-response relationship for the effects of NDMA on liver cancer. . The principal dose-response relationships studied for NDMA were on bile duct or liver cells. At low dose rates, the number of liver neoplasms induced was simply proportional to the dose rate. For example, a dose of 1 ppm of NDMA in the drinking water caused about 25% of the test animals



CONFIDENTIAL INFORMATION

to develop a liver neoplasm and a dose of 0.1 ppm caused about 2.5% of the test animals to develop a liver neoplasm. Importantly, there was no indication of any "threshold", with the higher the dose, the higher the incidence of cancer. These findings of increasing cases of liver cancer with increasing dose show a classic dose-response.

This classic dose response was observed in many other animal bioassays. For example, in 1967, Terracini et al. showed that NDMA administered in the diet of rats (0, 2, 5, 10, 20 or 50 ppm) for up to 120 weeks resulted in a marked increase in liver tumors in a dose-dependent manner. There was a positive dose-response relationship as six intraperitoneal injections of NDMA (1-4 mg/kg bw) to 7-day old mice increased hepatomas, hepatocarcinomas, lung adenomas, and hemangiomas[489]. Six or seven injections of 16 mg/g body weight of NDMA, administered over a period of 3-4 weeks, gave rise to a short-term lethal effect due to liver necrosis and in the long term to liver tumors[490]. The tumors induced were of similar type to nitrosamine-induced tumors in rats, one being an anaplastic liver tumor and the other nodular hepatic cell tumors[490].

In particular, the following studies support the bio plausibility of NDMA causing liver cancer. In a case of suspected NDMA poisoning in a human male, methylation of liver DNA was evident at both the $N^7$ and $O^6$ positions of guanine[372]. NDMA also induces DNA damage (e.g., DNA strand breaks and oxidative DNA damage) in human derived liver cancer cells[493]. Even though a much smaller percentage of NDMA is metabolized by the human liver than a rodent's liver, human liver microsomes are as efficient as rat liver microsomes in the metabolism of NDMA[494]. While NDMA is metabolized through similar mechanisms via metabolic activation such as DNA reactive metabolites (characteristic #1), the first pass metabolism of NDMA is higher in rodents than larger animals resulting in a higher bioavailability in larger animals[457-459].



CONFIDENTIAL INFORMATION

Importantly, human liver microsomes are capable of metabolizing NDMA via the pathways that have been established with rat liver microsomes[494,495]. Both human lung and human liver metabolize NDMA via the same metabolic pathway as in animal species. Similar to animals, cytochrome P450 2E1 in human liver microsomes metabolizes NDMA in a similar fashion[496]. NDMA increased oxidative stress (e.g., reactive oxygen species) and induced genotoxicity in human liver cancer cells[308]. Animal livers including monkeys, fish, rats, hamsters, and mink can metabolize NDMA into the DNA adducts[28,29,366,414,417]. Similar to animals, cytochrome P450 2E1 from human liver microsomes metabolizes NDMA in similar fashion[496]. NDMA increased the key characteristic oxidative stress (e.g., reactive oxygen species) and caused genotoxicity in human liver cancer cells[308]. During metabolic conversion of NDMA in human liver preparations, there are no qualitative differences in the metabolism of NDMA between humans and laboratory animals. In addition, there is overwhelming evidence that NDMA is mutagenic, clastogenic, and genotoxic (reviewed in IARC, 1978; ATSDR, 1989). Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays with human cells. Thus, there are no *qualitative* differences in genotoxicity or metabolism of NDMA between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently to NDMA from animals.

In publication in the high impact journal *Nature*, Montesano and Magee demonstrated that slices of human liver can metabolize NDMA into the DNA adduct 7-methylguanine[371]. They found that human liver slices metabolize NDMA at a rate such that 0.13% of the DNA guanine was methylated at position 7 in 1 hour compared to 0.17% of the DNA guanine in rat liver slices[371]. Humans, like rodents, activate NDMA to a strong methylating agent, resulting in



CONFIDENTIAL INFORMATION

methylation of liver DNA at both the 7- and O6 positions of guanine[372]. Thus, the human liver has the capacity to activate NDMA like that of the rat liver.

**<u>NDMA from Ranitidine causes liver cancer</u>**

The absorption, distribution, metabolism, and excretion (ADME) characteristics of ranitidine are consistent between human and preclinical species, as well as between *in vitro* and *in vivo*; oral ranitidine has a moderate absorption. Hepatic metabolism plays a minor role in the overall clearance of ranitidine, catalyzed by microsomal enzymes FMO3 and FMO5 and CYP2C9, 1A2 and 2D6. The principal route of excretion of ranitidine is the urine. In humans, approximately 30% of the oral dose of ranitidine is accounted for as unchanged drug in the urine, followed by minor components of metabolites N-oxide (about 4-6%), S-oxide (about 1-2%) and desmethyl-ranitidine (about 1-2%) and furoic acid analogue (1-2%) of ranitidine. The furoic acid analogue is formed by oxidative deamination. Formation of this metabolite, as postulated via oxidative deamination, may also result in the release of dimethylamine (DMA), which may then be available to form NDMA on exposure to nitrite. In some studies, it was challenging to detect the furoic acid analogue[258,497-499]. The elimination half-life of ranitidine ranged from 110-246 minutes[258]. These studies support that ranitidine can cause cancer via NDMA.

NDMA-induced cancer is consistent with the generally known facts and the biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion result from exposure to chemicals like NDMA that can be metabolically activated to electrophiles; are genotoxic; induce genomic instability; alter DNA repair; induce epigenetic alterations, oxidative stress, and chronic inflammation; are immunosuppressive; cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). Some ingested NDMA undergoes first pass metabolism in the liver where it is



CONFIDENTIAL INFORMATION

metabolized into an active metabolite by cytochrome P450 enzymes (which are highly expressed in the human liver)[500]. Thus, it makes biological sense that the liver would have an increased risk of cancer development after ingestion of NDMA.

It is my opinion expressed with a reasonable degree of medical and scientific certainty that NDMA from ranitidine increases the risk of and can cause liver cancer, and there exists biologically plausible mechanisms of action.

## <u>Cancer Type #2 - NDMA Causes Bladder Cancer</u>

In a Chala et al. bladder cancer model mouse study, NDMA was used as a tumor-promoter with schistosomiasis (*Schistosoma haematobium*) which is used to initiate the bladder cancer[32]. A urinary bladder cancer model is created by injecting *S. haematobium* eggs into the bladder wall and then adding NDMA[32]. Inflammation (key characteristic #6), cell proliferation (key characteristic #10) and signs of cancer (e.g., abnormal changes in the bladder tissue such as dysplasia and hyperplasia) were observed in the mice administered NDMA and *S. haematobium* eggs. *Vimentin*, a pro-cancer marker of epithelial-mesenchymal transition (EMT), was also increased in the mice that received both *S. haematobium* eggs and NDMA; EMT is a pro-cancer process that makes tumors more invasive and able to spread throughout the body more aggressively. The EMT changes after exposure to *S. haematobium* eggs and NDMA coupled with histopathological and *Ki*-67 (proliferation) data at the same time point suggest that NDMA can act as a tumor-promoter in this bladder cancer model[32]. *Vimentin* was observed in 43% of bladder cancers, whereas it was either not expressed or found negative in all normal urothelial cells[501]. The expression of *vimentin* may indicate a high degree malignancy of bladder cancer[501].



CONFIDENTIAL INFORMATION

Thus, NDMA acts as a tumor-promoter slowly transforming normal bladder cells into bladder cancer cells[32].

As set forth in detail in the Key Characteristics of Carcinogens section of this report, there are 9 clear biologically plausible mechanisms for NDMA to cause cancer including bladder cancer. In particular, the following studies support the bio plausibility of NDMA causing bladder cancer: The bladder tissue in Patas monkeys is a sensitive target for NDMA induced DNA adduct damage (e.g. O(6)-methylguanine), which can lead to bladder cancer[366]. Studies also show that NDMA can be metabolized by human bladder tissues[502]. Human bladder cells (e.g., epithelial cells) can activate and metabolize NDMA into DNA binding metabolites as measured by the formation of carbon dioxide ($CO_2$) and aldehydes. The human bladder cells convert NDMA into carbon dioxide ($CO_2$) and metabolites such as aldehydes which react with DNA or are incorporated into DNA[373].

**NDMA from Ranitidine causes Bladder Cancer**

The metabolites in urine have been analyzed and encompass, besides the parent compound ranitidine, ranitidine N-oxide, ranitidine S-oxide and desmethyl ranitidine[258]. GSK also reported a furanoic acid derivative of ranitidine as a minor metabolite. This latter metabolite indicates that DMA is generated, which once excreted into the urine could be nitrosylated in the presence of sufficient quantities of nitrite. This reaction may generate significant quantities of NDMA throughout the human body. Krawczynski et al also evaluated the concentration of nitrosamines in the urine in children with chronic gastritis before and 4-6 weeks after eradication treatment (ranitidine, amoxicillin, nitroimidazole) and observed an increase in nitrosamines (about 10–fold): this study provided a combined concentration measurement without the results of individually measured nitrosamines.



CONFIDENTIAL INFORMATION

N-nitrosocompounds may be increased and concentrated in the bladder[503]. In a large population-based study, the use of ranitidine (particularly long-term use) was associated with an increased risk of bladder cancer with established dose-response.[504] In this analysis, the authors observed a 22% increased risk of bladder cancer in ranitidine users, which increased to 43% in participants using ranitidine for more than 3 years, compared with nonusers[504]. Another study reported limited evidence of an increased risk of bladder cancer with combined ranitidine or cimetidine use[505]. Two other studies investigating ranitidine and risk of any cancer reported bladder cancer risk as a secondary outcome, however the power was limited as relatively small numbers of ranitidine users developed bladder cancer in these studies[506,507]. In 2004, an extensive epidemiology study was published linking Zantac® use to bladder cancer[505]. In a trial of 18 healthy participants, oral ranitidine (300 mg), compared with placebo, did not significantly increase 24-hour urinary excretion of NDMA when participants were exposed to non-cured meats and cured-meats[70]. However, healthy volunteers and not diseased patients were utilized in these studies. NDMA can result in the induction of cancer at a number of sites, including bladder cancer, and is involved in the increased risk of bladder cancer observed in patients with Schistosoma infection[504].

Nitrosamines can act directly on target tissue and result in carcinogenesis[508]. Nitrosamines require the important enzyme cytochrome P450 (CYP)2E1 for metabolic activation[508]. CYP2E1 is an important activator of carcinogenic compounds[509]. There is an association between CYP2E1 gene polymorphisms and bladder cancer. A polymorphism is defined as a difference in DNA sequence that occurs in ≥1% of the population. Some studies support a potential mechanism of how ranitidine may act via CYP2E1 gene C2 allele mutations, and cause genotoxicity and bladder cancer formation via NDMA formation. Limitations of these



CONFIDENTIAL INFORMATION

studies include a small number of people and inadequate control data. Based on 8 reports that studied the association of CYP2E1 and bladder cancer risk were examined, there are significant associations between CYP2E1 gene polymorphisms and bladder cancer in all genetic models[509]. These data also suggest that CYP2E1 gene polymorphisms might be a protective factor against bladder cancer in Asian people. In a sub analysis, there were no significant associations between CYP2E1 gene polymorphisms and bladder cancer in Caucasian people[509].

Urine becomes acidic when the human bladder is infected with *Escherichia coli.* These bacteria can reduce nitrate to nitrite, which can react chemically or enzymatically with the secondary amines normally present in the urine (e.g. dimethylamine, piperadine, and pyrrolidine- which mainly arise as metabolites of intestinal bacteria)[233]. Brooks et al. (1972) reported NDMA in the urine of two people with *Proteus mirabilis*-infected bladders[510]. When rats with *E coli*-infected bladders were given gavage with piperidine and given nitrate in drinking water, their urine was found to contain NO-piperidine[185]. Nitrosamines produced in the bladder can act systemically, since they have been demonstrated to be readily absorbed from the bladder. Data showed that after IV administration of 150 mg $^3$H-ranitidine 93% was excreted in urine, of which 70% was unchanged parent drug (i.e., not metabolized). This contrasts with the level of excretion in urine after oral administration of 150 mg $^3$H-ranitidine which is of 70% of which 35% was unchanged parent drug. It was argued that the potential for *in vivo* formation of nitrosamine might be of less concern in view of lower level of metabolization (this route of administration may not expose patients to NDMA formation from ranitidine due to gastric fluids or gastrointestinal microflora).

NDMA induced cancer is consistent with the generally known facts and the biology of cancer. The natural history and biology of cancer tells us that cancer initiation and promotion



CONFIDENTIAL INFORMATION

result from exposure to chemicals like NDMA that can be metabolically activated to electrophiles; are genotoxic; induce genomic instability; alter DNA repair; induce epigenetic alterations, oxidative stress, and chronic inflammation; are immunosuppressive; cause immortalization and alter cell proliferation, cell death and nutrient supply (key characteristics of carcinogens). In humans, a large percentage of ingested NDMA is available extrahepatically (outside the liver). The extrahepatic bioavailability of NDMA ranges from 49% to 93% in large mammals including swine, dogs, and monkeys[457-459]. NDMA enters the systemic circulation which provides a functional blood supply to all blood tissues throughout the body including the bladder. Cytochrome P450 enzymes, which metabolize NDMA into its carcinogenic metabolite, are expressed in the human bladder[511]. Thus, it makes biological sense that the bladder would have an increased risk of cancer development after ingestion of NDMA.

In particular, the following study supports the bio plausibility of NDMA causing bladder cancer: NDMA induced pro-mutagenic DNA adducts (e.g. O6-methylguanine) in the monkey bladder[366]. A study of human NDMA metabolism showed that human bladder cells (e.g., epithelial cells) can activate and metabolize NDMA into DNA binding metabolites as measured by the formation of carbon dioxide ($CO_2$) and aldehydes. In this study, the human bladder cells converted NDMA into carbon dioxide ($CO_2$) and metabolites such as aldehydes which reacted with DNA or were incorporated into DNA[373].

It is my opinion expressed with a reasonable degree of medical and scientific certainty that NDMA from ranitidine increases the risk of and can cause bladder cancer, and there exists biologically plausible mechanisms of action.



CONFIDENTIAL INFORMATION

## Cancer Type #3 - NDMA Causes Gastric Cancer

Animal studies have reported NDMA-induced stomach cancer. Here are some examples: Oral administration of NDMA induced forestomach papillomas in seven cases[485]. Administration of NDMA in the drinking water induced invasive adenocarcinoma of the stomach in Syrian hamsters[335]. The digestive tissues (e.g. esophagus, stomach, and large bowel) in Patas monkeys are sensitive targets for NDMA-induced DNA adduct damage (e.g. O(6)-methylguanine),[366] which can lead to digestive cancers. For example, the amount of adducts in the stomach mucosa were consistently higher than the liver[366].

As set forth in detail in the Key Characteristics section of this report, there are 9 clear biologically plausible mechanisms for NDMA to cause cancer including gastric cancer. In particular, the following studies support the bio plausibility of NDMA causing gastric cancer:

**NDMA from Ranitidine causes gastric cancer**

Ranitidine undergoes nitrosation in the stomach forming NDMA. A source of nitrite, which is required for nitrosation, is the reduction of nitrate in foods[512]. Nitrate can be derived from its deliberate addition to food as a preservative, from drinking water, and from foods grown in nitrate-rich soils. The reduction of nitrate is less likely to occur at 2-4°C, accounting for the decline in gastric cancer in countries and regions where means of refrigerated food storage have been introduced[512]. Functional polymorphisms in CYP2E1 are also associated with the development, progression and poor outcome of gastric cancer[513].

Ranitidine can cause gastric carcinoid in a patient[514]. There are reports of gastric carcinoid tumors arising in association with ranitidine[514]. There are also reports of duodenal carcinoid tumors in patients administered long term treatment with ranitidine[515].



CONFIDENTIAL INFORMATION

In Le Vecchia et al 1991, studies were performed on the relationship between treatment with histamine-2 ($H_2$)-receptor antagonists (cimetidine and ranitidine) and subsequent risk of gastric cancer. A case-control study was conducted in northern Italy between 1983 and 1991 on 628 incident cases of gastric cancer and 1776 control subjects who had been hospitalized for acute, nonneoplastic, non-digestive-tract disorders[516]. A significantly elevated risk was evident among individuals who had started using the drug more than 5 years before diagnosis[516]. In dogs, 94% of a nitrite dose, fed in a semisynthetic diet, disappeared from the stomach after 1 hour[517]. Formation of NDMA from the precursors nitrate and dimethylamine has been studied in the chronically fistulated dog stomach. Measurements have also been made as a function of time for nitrite stability and gastric pH, and a nonabsorbable marker has been used to correct for gastric emptying and dilution. In the fasting animal, NDMA may form within minutes after addition of the reactants if the pH is below 5[517]. The presence of food in the stomach slows the reaction, and the additional presence of ascorbic acid greatly depresses the amount of NDMA formed[517]. The concentration of nitrite in gastric juice declines rapidly after its introduction, but the concentration of NDMA declines even more rapidly than nitrite[517]. This suggests that NDMA is likely rapidly absorbed directly from the dog stomach, in contrast to earlier results in rodent experiments[517]. Nitrite is also unstable in the blood, where it oxidizes hemoglobin to methemoglobin, however, nitrite in the blood can be measured; its half-life has been demonstrated to be about 30 minutes in dogs, sheep, and ponies[518]. Less than 1% of nitrate was bound to canine plasma at equimolar concentrations (5 to 100 µg of $NO^{-3}$/ml)[518].

It is my opinion expressed with a reasonable degree of medical and scientific certainty that NDMA from ranitidine increases the risk of and can cause gastric cancer, and there exists biologically plausible mechanisms of action.



CONFIDENTIAL INFORMATION

**Cancer Type #4 - NDMA Causes Pancreatic Cancer**

As set forth in detail in the Key Characteristics section of this report, there are 9 clear biologically plausible mechanisms for NDMA to cause cancer including pancreatic cancer. The animal studies support the bio plausibility of NDMA causing pancreatic cancer: For example, NDMA was carcinogenic in an *in vitro* model of human pancreatic cancer carcinogenesis and induced proliferation[519]. This human cancer tissue developed tumors within eight weeks after injection into the mice[519]. NDMA also induced pro-mutagenic DNA adducts (e.g. O6-methylguanine) in the monkey pancreas[366], supporting the bio plausibility of NDMA causing pancreatic cancer.

Human pancreatic cells derived from NDMA-treated human pancreatic cancer explants produced multiple nodules of carcinoma when injected subcutaneously into nude mice[519,520]. An explant is a technique in this case to grow human pancreatic tissues outside a person and manipulate the tissue by treating the human tissue with a carcinogen such as NDMA. When these NDMA-treated pancreatic cells were injected into mice, they caused tumor growth (See Fig. 3 below).



CONFIDENTIAL INFORMATION



**Figure 3.** Tumor growth in a mouse 16 weeks after injecting the animal with cells from human pancreatic cells that were grown in culture for 12 weeks in the presence of NDMA.

The formation of the DNA adduct O6-methylguanine can be detected in human pancreatic explants incubated *in vitro* with NDMA[521]. NDMA induced both ductal hyperplasia and atypia of the epithelial linings of main ducts, smaller ducts, and ductules within 6 weeks, and carcinoma by the tenth week of human pancreas cultures. Importantly, cells derived from 10-week-old NDMA-treated explants produced multiple nodules of carcinoma when injected subcutaneously into nude mice[520]. The pancreas tissue in Patas monkeys is a sensitive target for NDMA-induced DNA adduct damage (e.g. 06-methylguanine),[366] which can lead to pancreatic



CONFIDENTIAL INFORMATION

cancer.

**NDMA from Ranitidine causes Pancreatic Cancer**

Ranitidine exposure was associated with an increased risk of hospitalization for acute pancreatitis, as were alcohol abuse and gallstones[522]. Pancreatitis is a risk factor for pancreatic cancer. A nested case control study evaluated the effect of medications associated with pancreatitis on pancreatic cancer risk and found a statistically significant increased risk of pancreatic cancer with ranitidine (adjusted OR 1.37, 95%CI 1.10, 1.70)[523]. Ranitidine can cause gastric carcinoid in a patient[514]. There are reports of gastric carcinoid tumors arising in association with ranitidine[514]. There are also reports of duodenal carcinoid tumors in patients administered long term treatment with ranitidine[515]. These gastrointestinal cancers relate to pancreatic cancer via similar biomechanism of action of ranitidine via the key characteristic of carcinogens, such DNA damage, genotoxicity, mutagenicity, inflammation, immunosuppression, proliferation, and apoptosis.

In humans, a large percentage of ingested NDMA is available extrahepatically (outside the liver). The extrahepatic availability of NDMA ranges from 49% to 93% in large mammals. NDMA enters the systemic circulation which provides a functional blood supply to all blood tissues throughout the body. Cytochrome P450 enzymes which metabolize NDMA into its carcinogenic metabolite are expressed in the human pancreas[524,525]. Thus, it makes biological sense that the pancreas would have an increased risk for cancer development after ingestion of NDMA. The presence of cytochrome P450 enzymes in the human pancreas, and human tissue and animal studies showing the metabolization of NDMA by the pancreas are consistent with the biology of cancer and support a causal association.



CONFIDENTIAL INFORMATION

It is my opinion expressed with a reasonable degree of medical and scientific certainty that NDMA from ranitidine increases the risk of and can cause pancreatic cancer, and there exists biologically plausible mechanisms of action.

**Cancer Type #5- NDMA Causes Esophageal Cancers**

As set forth in detail in the Key Characteristics section of this report, there are 5 clear biologically plausible mechanisms for ranitidine and NDMA to cause cancer including esophageal cancer. In particular, there is a study that supports the bio plausibility of NDMA causing esophageal cancer as evidence of human esophageal tissues activating NDMA via cytochrome P450s 3A4 and 2E1[526]. Human esophageal tissue can metabolize NDMA into electrophilic metabolites that bind to DNA[375]. NDMA was metabolized to both $CO_2$ and carbonium ions[375]. The NDMA-induced carbonium ions causes methylation of DNA bases including O6-methylguanine, 3-methyladenine, and 7-methylguanine[375]. A follow-up study confirmed that the metabolism of NDMA as measured by the alkylation of DNA was similar in both rat and human esophagus[527]. As measured by both $CO_2$ and formaldehyde, NDMA is metabolized by the human and rat esophagus into the guanine position 7 and O6 of the DNA[527]. These NDMA-induced adducts are identical to the ones found in human lung and colon. These NDMA-induced adducts and the metabolic pathways leading to them are similar to those found in experimental animals who developed NDMA-induced cancers[375]. Thus we can extrapolate the results of NDMA causing cancer in animals directly to humans[375]. The esophageal tissue in Patas monkeys is another sensitive target for NDMA-induced DNA adduct damage (e.g. 0(6)-methylguanine),[366] which can lead to esophageal cancer. The presence of cytochrome P450 enzymes in the human esophagus and animal studies showing the metabolization of NDMA by the esophageal tissues support a causal association.



CONFIDENTIAL INFORMATION

In humans, a large percentage of ingested NDMA is available extrahepatically (outside the liver). The extrahepatic availability of NDMA ranges from 49% to 93% in large mammals. NDMA enters the systemic circulation which provides a functional blood supply to all blood tissues throughout the body. Cytochrome P450 enzymes that metabolize NDMA into its carcinogenic metabolite are expressed in the human esophagus. Thus, it makes biological sense that the esophagus would have an increased risk of cancer development after ingestion of NDMA.

**NDMA from Ranitidine causes esophageal cancer**

It is my opinion expressed with a reasonable degree of medical and scientific certainty that NDMA from ranitidine increases the risk of and can cause esophageal cancer, and there exists biologically plausible mechanisms of action.

In my research, I encountered and considered studies that showed that ranitidine exhibited some protective, anti-tumor effects due to inhibition histamine-mediated proliferation of certain cancers, primarily breast, colorectal and melanoma[528-530]. Data in these studies were strongest for breast cancer and mixed for colorectal and melanoma. These studies do not affect my opinions with regard to bladder, gastric, esophageal, liver and pancreatic cancers as these are well supported by studies showing NDMA as a causal factor in their carcinogenesis.

## CONCLUSIONS

It is my opinion with a reasonable degree of medical and scientific certainty that exposure to Zantac/ranitidine and NDMA from ranitidine can cause human gastric, esophageal, liver, bladder and pancreatic cancers, and there exists biologically plausible mechanisms of action.

.

## REFERENCES


1 Folkman, J. Angiogenesis: an organizing principle for drug discovery? *Nat Rev Drug Discov* **6**, 273-286, doi:nrd2115 [pii]
10.1038/nrd2115 (2007).

2 Panigrahy, D. *et al.* PPARgamma ligands inhibit primary tumor growth and metastasis by inhibiting angiogenesis. *J Clin Invest* **110**, 923-932, doi:10.1172/JCI15634 (2002).

3 Kaipainen, A. *et al.* PPARalpha deficiency in inflammatory cells suppresses tumor growth. *PLoS One* **2**, e260, doi:10.1371/journal.pone.0000260 (2007).

4 Panigrahy, D. *et al.* Epoxyeicosanoids stimulate multiorgan metastasis and tumor dormancy escape in mice. *J Clin Invest* **122**, 178-191, doi:10.1172/JCI58128
58128 [pii] (2012).

5 Panigrahy, D. *et al.* Epoxyeicosanoids promote organ and tissue regeneration. *Proc Natl Acad Sci U S A*, doi:10.1073/pnas.1311565110 (2013).

6 Sulciner, M. L. *et al.* Resolvins suppress tumor growth and enhance cancer therapy. *J Exp Med* **215**, 115-140, doi:10.1084/jem.20170681 (2018).

7 Gartung, A. *et al.* Suppression of chemotherapy-induced cytokine/lipid mediator surge and ovarian cancer by a dual COX-2/sEH inhibitor. *Proc Natl Acad Sci U S A* **116**, 1698-1703, doi:10.1073/pnas.1803999116 (2019).

8 Gilligan, M. M. *et al.* Aspirin-triggered proresolving mediators stimulate resolution in cancer. *Proc Natl Acad Sci U S A* **116**, 6292-6297, doi:10.1073/pnas.1804000116 (2019).

9 Panigrahy, D. *et al.* Preoperative stimulation of resolution and inflammation blockade eradicates micrometastases. *J Clin Invest* **129**, 2964-2979, doi:10.1172/JCI127282 (2019).

10 Chang, J. *et al.* Chemotherapy-generated cell debris stimulates colon carcinoma tumor growth via osteopontin. *FASEB J* **33**, 114-125, doi:10.1096/fj.201800019RR (2019).

11 Fishbein, A. *et al.* Resolution of eicosanoid/cytokine storm prevents carcinogen and inflammation-initiated hepatocellular cancer progression. *Proc Natl Acad Sci U S A* **117**, 21576-21587, doi:10.1073/pnas.2007412117 (2020).

12 Deng, J. *et al.* Eicosanoid regulation of debris-stimulated metastasis. *Proc Natl Acad Sci U S A* **118**, doi:10.1073/pnas.2107771118 (2021).

13 Panigrahy, D. *et al.* Inflammation resolution: a dual-pronged approach to averting cytokine storms in COVID-19? *Cancer Metastasis Rev* **39**, 337-340, doi:10.1007/s10555-020-09889-4 (2020).

14 Fishbein, A., Hammock, B. D., Serhan, C. N. & Panigrahy, D. Carcinogenesis: Failure of resolution of inflammation? *Pharmacol Ther* **218**, 107670, doi:10.1016/j.pharmthera.2020.107670 (2021).

15 Panigrahy, D., Gilligan, M. M., Serhan, C. N. & Kashfi, K. Resolution of inflammation: An organizing principle in biology and medicine. *Pharmacol Ther*, 107879, doi:10.1016/j.pharmthera.2021.107879 (2021).

16 Sulciner, M. L., Gartung, A., Gilligan, M. M., Serhan, C. N. & Panigrahy, D. Targeting lipid mediators in cancer biology. *Cancer Metastasis Rev* **37**, 557-572, doi:10.1007/s10555-018-9754-9 (2018).




CONFIDENTIAL INFORMATION

17 White, C. M. Understanding and Preventing (N-Nitrosodimethylamine) NDMA Contamination of Medications. *Ann Pharmacother* **54**, 611-614, doi:10.1177/1060028019892222 (2020).

18 Wagner, J. A., Dinh, J. C., Lightdale, J. R., Gold, B. D. & Colombo, J. M. Is this the end for ranitidine? NDMA presence continues to confound. *Clin Transl Sci* **14**, 1197-1200, doi:10.1111/cts.12995 (2021).

19 Abe, Y. *et al.* Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. *Chem Pharm Bull (Tokyo)* **68**, 1008-1012, doi:10.1248/cpb.c20-00431 (2020).

20 Hassel, M., Frei, E., Scherf, H. R. & Wiessler, M. Investigation into the pharmacodynamics of the carcinogen N-nitrodimethylamine. *IARC Sci Publ*, 150-152 (1987).

21 Pegg, A. E. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ*, 3-22 (1980).

22 Adamson, R. H. & Chabner, B. A. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist* **25**, 460-462, doi:10.1634/theoncologist.2020-0142 (2020).

23 Dasukil, S., Verma, S., Routray, S., Arora, G. & Boyina, K. K. Ranitidine: Is its injunction a warning bell? *Indian J Pharmacol* **53**, 80-81, doi:10.4103/ijp.ijp_929_20 (2021).

24 Archer, M. C. Mechanisms of action of N-nitroso compounds. *Cancer Surv* **8**, 241-250 (1989).

25 Peto, R., Gray, R., Brantom, P. & Grasso, P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res* **51**, 6415-6451 (1991).

26 Koppang, N. & Rimeslatten, H. Toxic and carcinogenic effects of nitrosodimethylamine in mink. *IARC Sci Publ*, 443-452 (1976).

27 Klein, R. G. *et al.* Effects of long-term inhalation of N-nitrosodimethylamine in rats. *IARC Sci Publ*, 322-328 (1991).

28 Souliotis, V. L., Chhabra, S., Anderson, L. M. & Kyrtopoulos, S. A. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis* **16**, 2381-2387, doi:10.1093/carcin/16.10.2381 (1995).

29 Martino, P. E., Diaz Gomez, M. I., Tamayo, D., Lopez, A. J. & Castro, J. A. Studies on the mechanism of the acute and carcinogenic effects of N-nitrosodimethylamine on mink liver. *J Toxicol Environ Health* **23**, 183-192, doi:10.1080/15287398809531105 (1988).

30 Labuc, G. E. & Archer, M. C. Comparative tumor initiating activities of N-nitrosomethylbenzylamine and N-nitrosodimethylamine in rat liver. *Carcinogenesis* **3**, 519-523 (1982).

31 Souliotis, V. L. *et al.* DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat Res* **500**, 75-87 (2002).

32 Chala, B. *et al.* Development of Urinary Bladder Pre-Neoplasia by Schistosoma haematobium Eggs and Chemical Carcinogen in Mice. *Korean J Parasitol* **55**, 21-29, doi:10.3347/kjp.2017.55.1.21 (2017).

33 Boonjaraspinyo, S. *et al.* Overexpression of PDGFA and its receptor during carcinogenesis of Opisthorchis viverrini-associated cholangiocarcinoma. *Parasitol Int* **61**, 145-150, doi:10.1016/j.parint.2011.07.008 (2012).




CONFIDENTIAL INFORMATION

34 Lijinsky, W. & Reuber, M. D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett* **22**, 83-88, doi:10.1016/0304-3835(84)90047-8 (1984).

35 Hidajat, M. *et al.* Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med* **76**, 250-258, doi:10.1136/oemed-2018-105181 (2019).

36 Grosse, Y. *et al.* Development of a database on tumors and tumor sites in humans and in experimental animals for 'Group 1 agents identified through volume 109 of the IARC Monographs. *J Toxicol Environ Health B Crit Rev* **22**, 237-243, doi:10.1080/10937404.2019.1642601 (2019).

37 Peto, R., Gray, R., Brantom, P. & Grasso, P. Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). *IARC Sci Publ*, 627-665 (1984).

38 Lu, S. H. *et al.* Determination of N-nitrosamines in gastric juice and urine and a comparison of endogenous formation of N-nitrosoproline and its inhibition in subjects from high- and low-risk areas for oesophageal cancer. *IARC Sci Publ*, 538-543 (1987).

39 Maronpot, R. R., Flake, G. & Huff, J. Relevance of animal carcinogenesis findings to human cancer predictions and prevention. *Toxicol Pathol* **32 Suppl 1**, 40-48 (2004).

40 Fung, V. A., Barrett, J. C. & Huff, J. The carcinogenesis bioassay in perspective: application in identifying human cancer hazards. *Environ Health Perspect* **103**, 680-683, doi:10.1289/ehp.95103680 (1995).

41 Tomatis, L. *et al.* Avoided and avoidable risks of cancer. *Carcinogenesis* **18**, 97-105 (1997).

42 Tomatis, L., Melnick, R. L., Haseman, J., Barrett, J. C. & Huff, J. Alleged misconceptions' distort perceptions of environmental cancer risks. *FASEB J* **15**, 195-203, doi:10.1096/fj.99-1056com (2001).

43 Cogliano, V. J. Current criteria to establish human carcinogens. *Semin Cancer Biol* **14**, 407-412, doi:10.1016/j.semcancer.2004.06.003 (2004).

44 Cogliano, V. J. *et al.* The science and practice of carcinogen identification and evaluation. *Environ Health Perspect* **112**, 1269-1274 (2004).

45 Ruepp, R. *et al.* The EU Response to the Presence of Nitrosamine Impurities in Medicines. *Front Med (Lausanne)* **8**, 782536, doi:10.3389/fmed.2021.782536 (2021).

46 Hu, J., Christison, T. & Rohrer, J. Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation. *Heliyon* **7**, e06179, doi:10.1016/j.heliyon.2021.e06179 (2021).

47 Lijinsky, W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. *Cancer Res* **34**, 255-258 (1974).

48 Lijinsky, W., Conrad, E. & Van de Bogart, R. Carcinogenic nitrosamines formed by drug-nitrite interactions. *Nature* **239**, 165-167, doi:10.1038/239165b0 (1972).

49 Sakai, A., Inoue, T. & Tanimura, A. Formation of volatile nitrosamines by drug-nitrite interactions under physiological conditions. *Gan* **75**, 245-252 (1984).

50 Lijinsky, W. & Epstein, S. S. Nitrosamines as environmental carcinogens. *Nature* **225**, 21-23, doi:10.1038/225021a0 (1970).

51 Lijinsky, W. N-Nitroso compounds in the diet. *Mutat Res* **443**, 129-138 (1999).




CONFIDENTIAL INFORMATION

52 Loeppky, R. N., Tomasik, W., Outram, J. R. & Feicht, A. Nitrosamine formation from ternary nitrogen compounds. *IARC Sci Publ*, 41-56 (1982).

53 Mirvish, S. S. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett* **93**, 17-48, doi:10.1016/0304-3835(95)03786-V (1995).

54 Mirvish, S. S. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol* **31**, 325-351, doi:10.1016/0041-008x(75)90255-0 (1975).

55 Mirvish, S. S. N-nitroso compounds: their chemical and in vivo formation and possible importance as environmental carcinogens. *J Toxicol Environ Health* **2**, 1267-1277, doi:10.1080/15287397709529529 (1977).

56 Mirvish, S. S. *et al.* Total N-nitroso compounds and their precursors in hot dogs and in the gastrointestinal tract and feces of rats and mice: possible etiologic agents for colon cancer. *J Nutr* **132**, 3526S-3529S, doi:10.1093/jn/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S (2002).

57 Prinz, C. *et al.* The mechanism of histamine secretion from gastric enterochromaffin-like cells. *Am J Physiol* **277**, C845-855, doi:10.1152/ajpcell.1999.277.5.C845 (1999).

58 Grant, S. M., Langtry, H. D. & Brogden, R. N. Ranitidine. An updated review of its pharmacodynamic and pharmacokinetic properties and therapeutic use in peptic ulcer disease and other allied diseases. *Drugs* **37**, 801-870, doi:10.2165/00003495-198937060-00003 (1989).

59 Strum, W. B. Ranitidine. *JAMA* **250**, 1894-1896 (1983).

60 Sirgo, M. A., Mills, R., Euler, A. R. & Walker, S. The safety of ranitidine in elderly versus non-elderly patients. *J Clin Pharmacol* **33**, 79-83, doi:10.1002/j.1552-4604.1993.tb03908.x (1993).

61 Marks, I. N. *et al.* Ranitidine heals duodenal ulcers. *S Afr Med J* **61**, 152-154 (1982).

62 Bolognesi, C., Rossi, L. & Santi, L. A new method to reveal the genotoxic effects of N-nitrosodimethylamine in pregnant mice. *Mutat Res* **207**, 57-62, doi:10.1016/0165-7992(88)90042-5 (1988).

63 Brendler, S. Y., Tompa, A., Hutter, K. F., Preussmann, R. & Pool-Zobel, B. L. In vivo and in vitro genotoxicity of several N-nitrosamines in extrahepatic tissues of the rat. *Carcinogenesis* **13**, 2435-2441 (1992).

64 Yamazaki, H. *et al.* Participation of rat liver cytochrome P450 2E1 in the activation of N-nitrosodimethylamine and N-nitrosodiethylamine to products genotoxic in an acetyltransferase-overexpressing Salmonella typhimurium strain (NM2009). *Carcinogenesis* **13**, 979-985, doi:10.1093/carcin/13.6.979 (1992).

65 Wolf, T., Niehaus-Rolf, C. & Luepke, N. P. Investigating genotoxic and hematotoxic effects of N-nitrosodimethylamine, N-nitrosodiethylamine and N-nitrosodiethanolamine in the hen's egg-micronucleus test (HET-MN). *Food Chem Toxicol* **41**, 561-573 (2003).

66 Arranz, N., Haza, A. I., Garcia, A., Rafter, J. & Morales, P. Protective effect of vitamin C towards N-nitrosamine-induced DNA damage in the single-cell gel electrophoresis (SCGE)/HepG2 assay. *Toxicol In Vitro* **21**, 1311-1317, doi:10.1016/j.tiv.2007.03.015 (2007).

67 Li, K. *et al.* Estimated Cancer Risks Associated with Nitrosamine Contamination in Commonly Used Medications. *Int J Environ Res Public Health* **18**, doi:10.3390/ijerph18189465 (2021).




CONFIDENTIAL INFORMATION

68 Brambilla, G., Carlo, P. & Finollo, R. Effect of ten thiocompounds on rat liver DNA damage induced by a small dose of N-nitrosodimethylamine. *Arch Toxicol* **66**, 286-290, doi:10.1007/BF02307175 (1992).
69 Dyer, O. All ranitidine should be discarded, says US drug agency. *BMJ* **369**, m1390, doi:10.1136/bmj.m1390 (2020).
70 Florian, J. *et al.* Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA* **326**, 240-249, doi:10.1001/jama.2021.9199 (2021).
71 Sedlo, I., Kolonic, T. & Tomic, S. Presence of nitrosamine impurities in medicinal products. *Arh Hig Rada Toksikol* **72**, 1-5, doi:10.2478/aiht-2021-72-3491 (2021).
72 Cross, K. P. & Ponting, D. J. Developing Structure-Activity Relationships for N-Nitrosamine Activity. *Comput Toxicol* **20**, doi:10.1016/j.comtox.2021.100186 (2021).
73 Kroes, R. *et al.* Structure-based thresholds of toxicological concern (TTC): guidance for application to substances present at low levels in the diet. *Food Chem Toxicol* **42**, 65-83, doi:10.1016/j.fct.2003.08.006 (2004).
74 Miller, F. J., Schlosser, P. M. & Janszen, D. B. Haber's rule: a special case in a family of curves relating concentration and duration of exposure to a fixed level of response for a given endpoint. *Toxicology* **149**, 21-34, doi:10.1016/s0300-483x(00)00229-8 (2000).
75 Luch, A. Nature and nurture - lessons from chemical carcinogenesis. *Nat Rev Cancer* **5**, 113-125, doi:10.1038/nrc1546 (2005).
76 Pitot, H. C. The molecular biology of carcinogenesis. *Cancer* **72**, 962-970, doi:10.1002/1097-0142(19930801)72:3+<962::aid-cncr2820721303>3.0.co;2-h (1993).
77 Mulware, S. J. Trace elements and carcinogenicity: a subject in review. *3 Biotech* **3**, 85-96, doi:10.1007/s13205-012-0072-6 (2013).
78 Smith, M. T. *et al.* Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogenesis. *Environ Health Perspect* **124**, 713-721, doi:10.1289/ehp.1509912 (2016).
79 Smith, M. T. *et al.* The Key Characteristics of Carcinogens: Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them. *Cancer Epidemiol Biomarkers Prev*, doi:10.1158/1055-9965.EPI-19-1346 (2020).
80 Hecht, S. S. & Szabo, E. Fifty years of tobacco carcinogenesis research: from mechanisms to early detection and prevention of lung cancer. *Cancer Prev Res (Phila)* **7**, 1-8, doi:10.1158/1940-6207.CAPR-13-0371 (2014).
81 Hecht, S. S. Research opportunities related to establishing standards for tobacco products under the Family Smoking Prevention and Tobacco Control Act. *Nicotine Tob Res* **14**, 18-28, doi:10.1093/ntr/ntq216 (2012).
82 Calabrese, E. J. & Blain, R. B. The Single Exposure Carcinogen Database: assessing the circumstances under which a single exposure to a carcinogen can cause cancer. *Toxicol Sci* **50**, 169-185, doi:10.1093/toxsci/50.2.169 (1999).
83 Nohmi, T. Thresholds of Genotoxic and Non-Genotoxic Carcinogens. *Toxicol Res* **34**, 281-290, doi:10.5487/TR.2018.34.4.281 (2018).
84 Nohmi, T. & Matsumoto, K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen* **61**, 193-199, doi:10.1002/em.22315 (2020).
85 Mantovani, A., Allavena, P., Sica, A. & Balkwill, F. Cancer-related inflammation. *Nature* **454**, 436-444, doi:10.1038/nature07205 (2008).



CONFIDENTIAL INFORMATION

86 Powers, R. E., Lawton, G. P. & Modlin, I. M. Genotoxicity, carcinogenicity and acid-suppressing medications. *Pharmacol Ther* **65**, 303-317, doi:10.1016/0163-7258(95)98596-i (1995).
87 Steinheider, G., Neth, R. & Marquardt, H. Evaluation of nongenotoxic and genotoxic factors modulating the frequency of micronucleated erythrocytes in the peripheral blood of mice. *Cell Biol Toxicol* **1**, 197-211, doi:10.1007/BF00120164 (1985).
88 Mitchell, A. D. *et al.* Unscheduled DNA synthesis tests. A report of the U.S. Environmental Protection Agency Gene-Tox Program. *Mutat Res* **123**, 363-410, doi:10.1016/0165-1110(83)90029-5 (1983).
89 Bhosale S, K. K., Goyal D, Kumar A. Genotoxic Impurities in Ranitidine Containing Products: An Overview. *Applied clinical Rsearch, Clinical Trials & Regulatory Affairs*, 7: 155-161 (2020).
90 De Flora, S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. *Lancet* **2**, 993-994, doi:10.1016/s0140-6736(81)91199-5 (1981).
91 De Flora, S., Bennicelli, C., Camoirano, A. & Zanacchi, P. Genotoxicity of nitrosated ranitidine. *Carcinogenesis* **4**, 255-260, doi:10.1093/carcin/4.3.255 (1983).
92 Maura, A. *et al.* DNA damage induced by nitrosated ranitidine in cultured mammalian cells. *Toxicol Lett* **18**, 97-102, doi:10.1016/0378-4274(83)90077-2 (1983).
93 Martelli, A., Fugassa, E., Voci, A. & Brambilla, G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. *Mutat Res* **122**, 373-376, doi:10.1016/0165-7992(83)90022-2 (1983).
94 Brambilla, G. *et al.* Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* **4**, 1281-1285, doi:10.1093/carcin/4.10.1281 (1983).
95 De Flora, S. *et al.* Bacterial genotoxicity of nitrosated famotidine. *Mutagenesis* **1**, 125-130, doi:10.1093/mutage/1.2.125 (1986).
96 Brambilla, G., Cavanna, M., Pino, A. & Robbiano, L. Quandtitative correlation among DNA damaging potency of six N-nitroso compounds and their potency in inducing tumor growth an bacterial mutations. *Carcinogenesis* **2**, 425-429, doi:10.1093/carcin/2.5.425 (1981).
97 Brittain, R. T., Harris, D. M., Martin, L. E., Poynter, D. & Price, B. J. Safety of ranitidine. *Lancet* **2**, 1119, doi:10.1016/s0140-6736(81)91328-3 (1981).
98 Franekic, J., Skupnjak, S. & Matijasevic, Z. Genotoxicity of nitrosated ranitidine. *Mutat Res* **227**, 13-16, doi:10.1016/0165-7992(89)90061-4 (1989).
99 Mattar FE, A.-A. S., El-Mekkawy AI, and Sharaf HA. Genotoxicity of Ranitidine-HCL histochemical, cytogenetic and teratological study. *Journal of the Egyptian Society of Toxicology.* **31**, 1-10 (2004).
100 Isidori, M., Parrella, A., Pistillo, P. & Temussi, F. Effects of ranitidine and its photoderivatives in the aquatic environment. *Environ Int* **35**, 821-825, doi:10.1016/j.envint.2008.12.002 (2009).
101 Fidler, I. J. & Kripke, M. L. The challenge of targeting metastasis. *Cancer Metastasis Rev* **34**, 635-641, doi:10.1007/s10555-015-9586-9 (2015).
102 Hellstrand, K., Asea, A. & Hermodsson, S. Role of histamine in natural killer cell-mediated resistance against tumor cells. *J Immunol* **145**, 4365-4370 (1990).
103 Hanna, N. The role of natural killer cells in the control of tumor growth and metastasis. *Biochim Biophys Acta* **780**, 213-226, doi:10.1016/0304-419x(85)90004-6 (1985).



CONFIDENTIAL INFORMATION

104 Barna, B. P., Haines, R., Edinger, M. & Chiang, T. Tumor-enhancing effects of cimetidine. *Oncology* **40**, 43-45, doi:10.1159/000225689 (1983).

105 Lawson, J. A., Adams, W. J. & Morris, D. L. Ranitidine and cimetidine differ in their in vitro and in vivo effects on human colonic cancer growth. *Br J Cancer* **73**, 872-876, doi:10.1038/bjc.1996.155 (1996).

106 Poynter, D. *et al.* Association of long lasting unsurmountable histamine H2 blockade and gastric carcinoid tumours in the rat. *Gut* **26**, 1284-1295, doi:10.1136/gut.26.12.1284 (1985).

107 Betton, G. R. *et al.* Gastric ECL-cell hyperplasia and carcinoids in rodents following chronic administration of H2-antagonists SK&F 93479 and oxmetidine and omeprazole. *Toxicol Pathol* **16**, 288-298, doi:10.1177/019262338801600222 (1988).

108 Havu, N., Mattsson, H., Ekman, L. & Carlsson, E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. *Digestion* **45**, 189-195, doi:10.1159/000200245 (1990).

109 Ekman, L., Hansson, E., Havu, N., Carlsson, E. & Lundberg, C. Toxicological studies on omeprazole. *Scand J Gastroenterol Suppl* **108**, 53-69 (1985).

110 Havu, N. Enterochromaffin-like cell carcinoids of gastric mucosa in rats after life-long inhibition of gastric secretion. *Digestion* **35 Suppl 1**, 42-55, doi:10.1159/000199381 (1986).

111 Watanabe, H., Kamikawa, M., Nakagawa, Y., Takahashi, T. & Ito, A. The effects of ranitidine and cysteamine on intestinal metaplasia induced by X-irradiation in rats. *Acta Pathol Jpn* **38**, 1285-1296, doi:10.1111/j.1440-1827.1988.tb02279.x (1988).

112 Taday, P. F., Bradley, I. V., Arnone, D. D. & Pepper, M. Using Terahertz pulse spectroscopy to study the crystalline structure of a drug: a case study of the polymorphs of ranitidine hydrochloride. *J Pharm Sci* **92**, 831-838, doi:10.1002/jps.10358 (2003).

113 Mirmehrabi m, R. s. R. B. Characterization of tautomeric forms of ranitidine hydrochloride: Thermal analysis, solid-state NMR, X-ray. *Journal of Crystal Growth* **260(3)**, 517-526 (2004).

114 Lehr, H. A., Vajkoczy, P., Menger, M. D. & Arfors, K. E. Do vitamin E supplements in diets for laboratory animals jeopardize findings in animal models of disease? *Free Radic Biol Med* **26**, 472-481, doi:10.1016/s0891-5849(98)00219-6 (1999).

115 Ohshima, H. & Bartsch, H. Quantitative estimation of endogenous nitrosation in humans by monitoring N-nitrosoproline excreted in the urine. *Cancer Res* **41**, 3658-3662 (1981).

116 Mirvish, S. S. Blocking the formation of N-nitroso compounds with ascorbic acid in vitro and in vivo. *Ann N Y Acad Sci* **258**, 175-180, doi:10.1111/j.1749-6632.1975.tb29277.x (1975).

117 Gugliandolo, A., Bramanti, P. & Mazzon, E. Role of Vitamin E in the Treatment of Alzheimer's Disease: Evidence from Animal Models. *Int J Mol Sci* **18**, doi:10.3390/ijms18122504 (2017).

118 Bode, G., Hartig, F., Hebold, G. & Czerwek, H. Incidence of spontaneous tumors in laboratory rats. *Exp Pathol* **28**, 235-243, doi:10.1016/s0232-1513(85)80013-x (1985).

119 Gross, L. & Dreyfuss, Y. Spontaneous tumors in Sprague-Dawley and Long-Evans rats and in their F1 hybrids: carcinogenic effect of total-body x-irradiation. *Proc Natl Acad Sci U S A* **76**, 5910-5913, doi:10.1073/pnas.76.11.5910 (1979).




CONFIDENTIAL INFORMATION

120 IARC. IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins. *IARC Monogr Eval Carcinog Risks Hum*
. **94**, 1-412 (2010).
121 Spurling, N. W., Selway, S. A. & Poynter, D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. *Hum Toxicol* **8**, 23-32, doi:10.1177/096032718900800105 (1989).
122 Gatehouse, D. *et al.* Investigations into the genotoxic potential of loxtidine, a long-acting H2-receptor antagonist. *Mutagenesis* **3**, 57-68, doi:10.1093/mutage/3.1.57 (1988).
123 Ryberg, B. *et al.* Effects of partial resection of acid-secreting mucosa on plasma gastrin and enterochromaffin-like cells in the rat stomach. *Digestion* **45**, 102-108, doi:10.1159/000200230 (1990).
124 Freston, J. W. Omeprazole, hypergastrinemia, and gastric carcinoid tumors. *Ann Intern Med* **121**, 232-233, doi:10.7326/0003-4819-121-3-199408010-00012 (1994).
125 Ryberg, B., Axelson, J., Hakanson, R., Sundler, F. & Mattsson, H. Trophic effects of continuous infusion of [Leu15]-gastrin-17 in the rat. *Gastroenterology* **98**, 33-38, doi:10.1016/0016-5085(90)91287-g (1990).
126 Borch, K. Atrophic gastritis and gastric carcinoid tumours. *Ann Med* **21**, 291-297, doi:10.3109/07853898909149210 (1989).
127 Lamberts, R., Creutzfeldt, W., Struber, H. G., Brunner, G. & Solcia, E. Long-term omeprazole therapy in peptic ulcer disease: gastrin, endocrine cell growth, and gastritis. *Gastroenterology* **104**, 1356-1370, doi:10.1016/0016-5085(93)90344-c (1993).
128 Tielemans, Y., Hakanson, R., Sundler, F. & Willems, G. Proliferation of enterochromaffinlike cells in omeprazole-treated hypergastrinemic rats. *Gastroenterology* **96**, 723-729 (1989).
129 Ryberg, B. *et al.* Gastrin stimulates the self-replication rate of enterochromaffinlike cells in the rat stomach. Effects of omeprazole, ranitidine, and gastrin-17 in intact and antrectomized rats. *Gastroenterology* **99**, 935-942, doi:10.1016/0016-5085(90)90610-d (1990).
130 Havu N, M., H., Ekman L., Carlsson E. Enterochromaffin-Like Cell Carcinoids in the Rat Gastric Mucosa following Longf-Term Administration of Ranitidine. *Digestion* **45**, 189-195.
131 Brittain, R. T., Jack, D., Reeves, J. J. & Stables, R. Pharmacological basis for the induction of gastric carcinoid tumours in the rat by loxtidine, an insurmountable histamine H2-receptor blocking drug. *Br J Pharmacol* **85**, 843-847, doi:10.1111/j.1476-5381.1985.tb11083.x (1985).
132 Carlsson, E., Havu, N., Mattsson, H. & Ekman, L. Gastrin and gastric enterochromaffin-like cell carcinoids in the rat. *Digestion* **47 Suppl 1**, 17-23; discussion 49-52, doi:10.1159/000200510 (1990).
133 Ryberg, B. *et al.* Omeprazole and ranitidine, antisecretagogues with different modes of action, are equally effective in causing hyperplasia of enterochromaffin-like cells in rat stomach. *Regul Pept* **25**, 235-246, doi:10.1016/0167-0115(89)90265-6 (1989).
134 Skrzydlo-Radomanska, B., Pokora, J., Kleinrok, Z. & Radwan, P. The effect of stimulation and blocking of histamine H2 receptors on the turnover of the serotonin in different parts of the alimentary tract and the brain of the rat. *Agents Actions* **16**, 183-186, doi:10.1007/BF01983134 (1985).



CONFIDENTIAL INFORMATION

135 Salem Sokar, S., Elsayed Elsayad, M. & Sabri Ali, H. Serotonin and histamine mediate gastroprotective effect of fluoxetine against experimentally-induced ulcers in rats. *J Immunotoxicol* **13**, 638-651, doi:10.3109/1547691X.2016.1145158 (2016).
136 Wallmark, B. *et al.* Effect of 20 weeks' ranitidine treatment on plasma gastrin levels and gastric enterochromaffin-like cell density in the rat. *Digestion* **45**, 181-188, doi:10.1159/000200244 (1990).
137 Qin, L. *et al.* The vascular permeabilizing factors histamine and serotonin induce angiogenesis through TR3/Nur77 and subsequently truncate it through thrombospondin-1. *Blood* **121**, 2154-2164, doi:10.1182/blood-2012-07-443903 (2013).
138 Balakrishna, P., George, S., Hatoum, H. & Mukherjee, S. Serotonin Pathway in Cancer. *Int J Mol Sci* **22**, doi:10.3390/ijms22031268 (2021).
139 Asada, M. *et al.* Depletion of serotonin and selective inhibition of 2B receptor suppressed tumor angiogenesis by inhibiting endothelial nitric oxide synthase and extracellular signal-regulated kinase 1/2 phosphorylation. *Neoplasia* **11**, 408-417, doi:10.1593/neo.81630 (2009).
140 Krewski, D. *et al.* Key characteristics of 86 agents known to cause cancer in humans. *J Toxicol Environ Health B Crit Rev* **22**, 244-263, doi:10.1080/10937404.2019.1643536 (2019).
141 Guyton, K. Z. *et al.* Application of the key characteristics of carcinogens in cancer hazard identification. *Carcinogenesis* **39**, 614-622, doi:10.1093/carcin/bgy031 (2018).
142 Hanahan, D. & Weinberg, R. A. The hallmarks of cancer. *Cell* **100**, 57-70 (2000).
143 Hanahan, D. & Weinberg, R. A. Hallmarks of cancer: the next generation. *Cell* **144**, 646-674, doi:S0092-8674(11)00127-9 [pii]
10.1016/j.cell.2011.02.013 (2011).
144 Deng, X., Luyendyk, J. P., Ganey, P. E. & Roth, R. A. Inflammatory stress and idiosyncratic hepatotoxicity: hints from animal models. *Pharmacol Rev* **61**, 262-282, doi:10.1124/pr.109.001727 (2009).
145 Fishbein, A. *et al.* Resolution of eicosanoid/cytokine storm prevents carcinogen and inflammation-initiated hepatocellular cancer progression. *Proc Natl Acad Sci U S A*, doi:10.1073/pnas.2007412117 (2020).
146 Hahm, K. B. *et al.* Comparison of immunomodulative effects of histamine-2 receptor antagonists in gastric cancer patients: focus on the lymphoblastogenesis and cytotoxicity of peripheral blood mononuclear cells. *Int J Immunopharmacol* **16**, 985-993, doi:10.1016/0192-0561(94)90077-9 (1994).
147 Andersen, B. L., Kiecolt-Glaser, J. K. & Glaser, R. A biobehavioral model of cancer stress and disease course. *Am Psychol* **49**, 389-404 (1994).
148 Antoni, M. H. *et al.* The influence of bio-behavioural factors on tumour biology: pathways and mechanisms. *Nat Rev Cancer* **6**, 240-248, doi:10.1038/nrc1820 (2006).
149 Reiche, E. M., Nunes, S. O. & Morimoto, H. K. Stress, depression, the immune system, and cancer. *Lancet Oncol* **5**, 617-625, doi:10.1016/S1470-2045(04)01597-9 (2004).
150 Kiecolt-Glaser, J. K., Robles, T. F., Heffner, K. L., Loving, T. J. & Glaser, R. Psycho-oncology and cancer: psychoneuroimmunology and cancer. *Ann Oncol* **13 Suppl 4**, 165-169 (2002).
151 Heffner, K. L., Loving, T. J., Robles, T. F. & Kiecolt-Glaser, J. K. Examining psychosocial factors related to cancer incidence and progression: in search of the silver lining. *Brain Behav Immun* **17 Suppl 1**, S109-111 (2003).



CONFIDENTIAL INFORMATION

152 Pollock, R. E., Lotzova, E. & Stanford, S. D. Mechanism of surgical stress impairment of human perioperative natural killer cell cytotoxicity. *Arch Surg* **126**, 338-342 (1991).
153 Shimasaki, N., Jain, A. & Campana, D. NK cells for cancer immunotherapy. *Nat Rev Drug Discov* **19**, 200-218, doi:10.1038/s41573-019-0052-1 (2020).
154 Wang, J. Z., Zhang, Y. H., Guo, X. H., Zhang, H. Y. & Zhang, Y. The double-edge role of B cells in mediating antitumor T-cell immunity: Pharmacological strategies for cancer immunotherapy. *Int Immunopharmacol* **36**, 73-85, doi:10.1016/j.intimp.2016.04.018 (2016).
155 Talmadge, J. E., Meyers, K. M., Prieur, D. J. & Starkey, J. R. Role of NK cells in tumour growth and metastasis in beige mice. *Nature* **284**, 622-624, doi:10.1038/284622a0 (1980).
156 Meghnem, D., Oldford, S. A., Haidl, I. D., Barrett, L. & Marshall, J. S. Histamine receptor 2 blockade selectively impacts B and T cells in healthy subjects. *Sci Rep* **11**, 9405, doi:10.1038/s41598-021-88829-w (2021).
157 Li, H. *et al.* The allergy mediator histamine confers resistance to immunotherapy in cancer patients via activation of the macrophage histamine receptor H1. *Cancer Cell* **40**, 36-52 e39, doi:10.1016/j.ccell.2021.11.002 (2022).
158 Hellstrand, K. & Hermodsson, S. Synergistic activation of human natural killer cell cytotoxicity by histamine and interleukin-2. *Int Arch Allergy Appl Immunol* **92**, 379-389, doi:10.1159/000235169 (1990).
159 Hellstrand, K. & Hermodsson, S. Interleukin-2 can induce suppression of human natural killer cell cytotoxicity. *Clin Exp Immunol* **77**, 410-416 (1989).
160 Trinchieri, G. Biology of natural killer cells. *Adv Immunol* **47**, 187-376, doi:10.1016/s0065-2776(08)60664-1 (1989).
161 Hanna, N. Regulation of natural killer cell activation: implementation for the control of tumor metastasis. *Nat Immun Cell Growth Regul* **3**, 22-33 (1983).
162 Asea, A., Hermodsson, S. & Hellstrand, K. Histaminergic regulation of natural killer cell-mediated clearance of tumour cells in mice. *Scand J Immunol* **43**, 9-15, doi:10.1046/j.1365-3083.1996.d01-14.x (1996).
163 Hanna, N., Davis, T. W. & Fidler, I. J. Environmental and genetic factors determine the level of NK activity of nude mice and affect their suitability as models for experimental metastasis. *Int J Cancer* **30**, 371-376, doi:10.1002/ijc.2910300319 (1982).
164 Carlsson, R., Dohlsten, M. & Sjogren, H. O. Histamine modulates the production of interferon-gamma and interleukin-2 by mitogen-activated human mononuclear blood cells. *Cell Immunol* **96**, 104-112, doi:10.1016/0008-8749(85)90343-0 (1985).
165 Dohlsten, M., Sjogren, H. O. & Carlsson, R. Histamine inhibits interferon-gamma production via suppression of interleukin 2 synthesis. *Cell Immunol* **101**, 493-501, doi:10.1016/0008-8749(86)90160-7 (1986).
166 Dohlsten, M., Sjogren, H. O. & Carlsson, R. Histamine acts directly on human T cells to inhibit interleukin-2 and interferon-gamma production. *Cell Immunol* **109**, 65-74, doi:10.1016/0008-8749(87)90292-9 (1987).
167 Nielsen, H. J. *et al.* The effect of ranitidine on cellular immunity in patients with multiple myeloma. *Cancer Immunol Immunother* **32**, 201-205, doi:10.1007/BF01771458 (1990).
168 Hellstrand, K. *et al.* Histamine in immunotherapy of advanced melanoma: a pilot study. *Cancer Immunol Immunother* **39**, 416-419, doi:10.1007/BF01534430 (1994).



CONFIDENTIAL INFORMATION

169 Ciacci, C. *et al.* Histamine H2-receptor antagonists stimulate proliferation but not migration of human gastric mucosal cells in vitro. *Dig Dis Sci* **41**, 972-978, doi:10.1007/BF02091539 (1996).
170 King FJ, S. A., Urquhart MW. . Ranitidine—investigations into the root cause for the presence of N-Nitroso-N,N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products. *Org Process Res Dev.* , 24:2915-2926. (2020).
171 King FJ, S., AD, Urquhart, MW. Ranitidine!Investigations into the Root Cause for the Presence of N!Nitroso!N,N!dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. *Organic Process Research & Development* **24**, 2915-2926 (2020).
172 Yokoo, H. *et al.* N-Nitrosodimethylamine (NDMA) Formation from Ranitidine Impurities: Possible Root Causes of the Presence of NDMA in Ranitidine Hydrochloride. *Chem Pharm Bull (Tokyo)* **69**, 872-876, doi:10.1248/cpb.c21-00289 (2021).
173 McGwin, G. The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)* **13**, doi:10.3390/cancers13010024 (2020).
174 Liu, Y. D., Selbes, M., Zeng, C., Zhong, R. & Karanfil, T. Formation mechanism of NDMA from ranitidine, trimethylamine, and other tertiary amines during chloramination: a computational study. *Environ Sci Technol* **48**, 8653-8663, doi:10.1021/es500997e (2014).
175 Lim, H. H., Oh, Y. S. & Shin, H. S. Determination of N-nitrosodimethylamine and N-nitrosomethylethylamine in drug substances and products of sartans, metformin and ranitidine by precipitation and solid phase extraction and gas chromatography-tandem mass spectrometry. *J Pharm Biomed Anal* **189**, 113460, doi:10.1016/j.jpba.2020.113460 (2020).
176 Kodamatani, H., Sugihara, K., Tanisue, T., Kanzaki, R. & Tomiyasu, T. Contamination, Decomposition, and Formation of N-Nitrosodimethylamine in Water Samples at the ng/L Level of Determination. *Anal Sci* **36**, 1393-1399, doi:10.2116/analsci.20P162 (2020).
177 White, C. M. Ranitidine's N-nitrosodimethylamine Problem May be Tip of the Iceberg. *JAMA Netw Open* **4**, e2035158, doi:10.1001/jamanetworkopen.2020.35158 (2021).
178 White, C. M. & Hernandez, A. V. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. *JAMA* **326**, 225-227, doi:10.1001/jama.2021.10043 (2021).
179 Teraoka, R., Otsuka, M. & Matsuda, Y. Effects of temperature and relative humidity on the solid-state chemical stability of ranitidine hydrochloride. *J Pharm Sci* **82**, 601-604, doi:10.1002/jps.2600820611 (1993).
180 Aldawsari, F., Alshehri, YM, and Alghamdi, TS. N-nitrosodimethylamine (NDMA) Contamination of Ranitidine Products: A review of recent findings. *Journal of Food and Drug Analysis*, 29;39-45 (2021).
181 Sen, N. P., Smith, D. C. & Schwinghamer, L. Formation of N-nitrosamines from secondary amines and nitrite in human and animal gastric juice. *Food Cosmet Toxicol* **7**, 301-307, doi:10.1016/s0015-6264(69)80366-4 (1969).
182 Alam, B. S., Saporoschetz, I. B. & Epstein, S. S. Synthesis of nitrosopiperidine from nitrate and piperidine in the gastro-intestinal tract of the rat. *Nature* **232**, 199-200, doi:10.1038/232199a0 (1971).
183 Braunberg, R. C. & Dailey, R. E. Formation of nitrosoproline in rats. *Proc Soc Exp Biol Med* **142**, 993-996, doi:10.3181/00379727-142-37160 (1973).



CONFIDENTIAL INFORMATION

184 Lane, R. P. & Bailey, M. E. The effect of pH on dimethylnitrosamine formation in human gastric juice. *Food Cosmet Toxicol* **11**, 851-854, doi:10.1016/0015-6264(73)90144-2 (1973).
185 Mirvish, S. S. Kinetics of dimethylamine nitrosation in relation to nitrosamine carcinogenesis. *J Natl Cancer Inst* **44**, 633-639 (1970).
186 Hinuma, K. *et al.* N-nitrosamines in the stomach with special reference to in vitro formation, and kinetics after intragastric or intravenous administration in rats. *Gastroenterol Jpn* **25**, 417-424, doi:10.1007/BF02779329 (1990).
187 Lundberg, J. O., Weitzberg, E., Cole, J. A. & Benjamin, N. Nitrate, bacteria and human health. *Nat Rev Microbiol* **2**, 593-602, doi:10.1038/nrmicro929 (2004).
188 Fristachi, A. & Rice, G. Estimation of the total daily oral intake of NDMA attributable to drinking water. *J Water Health* **5**, 341-355, doi:10.2166/wh.2007.030 (2007).
189 Grainger, S. L., Marigold, J. H. & Keeling, P. W. Ranitidine and liver blood flow. *Lancet* **1**, 398, doi:10.1016/s0140-6736(82)91425-8 (1982).
190 Garland, W. A. *et al.* Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. *Cancer Res* **46**, 5392-5400 (1986).
191 Spiegelhalder, B., Eisenbrand, G. & Preussmann, R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ*, 443-449 (1982).
192 Walters, C. L. *et al.* Nitrite sources and nitrosamine formation in vitro and in vivo. *Food Cosmet Toxicol* **17**, 473-479, doi:10.1016/0015-6264(79)90006-3 (1979).
193 Yang, C. S., Yoo, J. S., Ishizaki, H. & Hong, J. Y. Cytochrome P450IIE1: roles in nitrosamine metabolism and mechanisms of regulation. *Drug Metab Rev* **22**, 147-159, doi:10.3109/03602539009041082 (1990).
194 Okada, M. *et al.* Formation, deoxygenation and mutagenicity of alpha-hydroperoxydialkylnitrosamines. *IARC Sci Publ*, 71-82 (1980).
195 Yeomans, N. D. *et al.* Effects of acid suppression on microbial flora of upper gut. *Dig Dis Sci* **40**, 81S-95S, doi:10.1007/BF02214873 (1995).
196 Braunstein, L. Z. *et al.* Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open* **4**, e2034766, doi:10.1001/jamanetworkopen.2020.34766 (2021).
197 Merki, H. S. *et al.* Double blind comparison of the effects of cimetidine, ranitidine, famotidine, and placebo on intragastric acidity in 30 normal volunteers. *Gut* **29**, 81-84, doi:10.1136/gut.29.1.81 (1988).
198 Corinaldesi, R. S., V; Sacco, T; Raiti, C; Galassi, A Comparative effects of the twice-daily oral administration of ranitidine and cimetidine on 24-hour gastric hydrogen ion concentration and pH in duodenal ulcer patients *Current Therapeutic Research* **34(1)**, 92-97 (1983).
199 Thomas, J. M. *et al.* Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. *Gut* **28**, 726-738, doi:10.1136/gut.28.6.726 (1987).
200 Cappola, M. L. A better dissolution method for ranitidine tablets USP. *Pharm Dev Technol* **6**, 11-17, doi:10.1081/pdt-100000008 (2001).
201 Louis, W. J. *et al.* Pharmacokinetic and gastric secretory studies of ranitidine in man. *Scand J Gastroenterol Suppl* **69**, 11-17 (1981).
202 Chau, N. P., Zech, P. Y., Pozet, N. & Hadj-Aissa, A. Ranitidine kinetics in normal subjects. *Clin Pharmacol Ther* **31**, 770-774, doi:10.1038/clpt.1982.109 (1982).



CONFIDENTIAL INFORMATION

203 Mignon, M. *et al.* Ranitidine upon meal-induced gastric secretion: oral pharmacokinetics and plasma concentration effect relationships. *Br J Clin Pharmacol* **14**, 187-193, doi:10.1111/j.1365-2125.1982.tb01960.x (1982).

204 Miller, R. Pharmacokinetics and bioavailability of ranitidine in humans. *J Pharm Sci* **73**, 1376-1379, doi:10.1002/jps.2600731013 (1984).

205 Roberts, C. J. Clinical pharmacokinetics of ranitidine. *Clin Pharmacokinet* **9**, 211-221, doi:10.2165/00003088-198409030-00003 (1984).

206 Woodings, E. P., Dixon, G. T., Harrison, C., Carey, P. & Richards, D. A. Ranitidine--a new H2-receptor antagonist. *Gut* **21**, 187-191, doi:10.1136/gut.21.3.187 (1980).

207 van Hecken, A. M., Tjandramaga, T. B., Mullie, A., Verbesselt, R. & de Schepper, P. J. Ranitidine: single dose pharmacokinetics and absolute bioavailability in man. *Br J Clin Pharmacol* **14**, 195-200, doi:10.1111/j.1365-2125.1982.tb01961.x (1982).

208 Qu, X. M. *et al.* From Nitrate to Nitric Oxide: The Role of Salivary Glands and Oral Bacteria. *J Dent Res* **95**, 1452-1456, doi:10.1177/0022034516673019 (2016).

209 Sander, J. [Can nitrites in the human diet be the cause of cancerogenesis through formation of nitrosamines?]. *Arch Hyg Bakteriol* **151**, 22-28 (1967).

210 Hall, C. N. *et al.* Evaluation of the nitrosamine hypothesis of gastric carcinogenesis in precancerous conditions. *Gut* **27**, 491-498, doi:10.1136/gut.27.5.491 (1986).

211 Xu, G. P. & Reed, P. I. N-nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method. *Carcinogenesis* **14**, 2547-2551, doi:10.1093/carcin/14.12.2547 (1993).

212 Garcia del Risco, F. *et al.* [Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects]. *Gastroenterol Clin Biol* **8**, 749-753 (1984).

213 Krul, C. A., Zeilmaker, M. J., Schothorst, R. C. & Havenaar, R. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. *Food Chem Toxicol* **42**, 51-63, doi:10.1016/j.fct.2003.08.005 (2004).

214 Houben, G. M., Hooi, J., Brummer, R. J., Stobberingh, E. E. & Stockbrugger, R. W. Are intragastric N-nitroso compounds elevated after short-term acid suppression? *Eur J Cancer Prev* **5 Suppl 1**, 83-87 (1996).

215 Matsuda, J. *et al.* N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. *Gastroenterol Jpn* **25**, 162-168, doi:10.1007/BF02776810 (1990).

216 Walters, C. L., Dyke, C. S. & Saxby, M. J. Nitrosation of food amines lnder stomach conditions. *IARC Sci Publ*, 181-193 (1976).

217 Boxer, G. E. & Rickards, J. C. Studies on the metabolism of the carbon of cyanide and thiocyanate. *Arch Biochem Biophys* **39**, 7-26, doi:10.1016/0003-9861(52)90256-7 (1952).

218 Boyland, E., Nice, E. & Williams, K. The catalysis of nitrosation by thiocyanate from saliva. *Food Cosmet Toxicol* **9**, 639-643, doi:10.1016/0015-6264(71)90151-9 (1971).

219 Ruddell, W. S., Blendis, L. M. & Walters, C. L. Nitrite and thiocyanate in the fasting and secreting stomach and in saliva. *Gut* **18**, 73-77, doi:10.1136/gut.18.1.73 (1977).

220 Groenen, P. J., de Cock-Bethbeder, M. W., Bouwman, J. & Dhont, J. H. Formation of N-nitrosamine and N-nitrosamino acids from food products and nitrite under simulated gastric conditions. *IARC Sci Publ*, 215-229 (1980).




CONFIDENTIAL INFORMATION

221 Leaf, C. D., Wishnok, J. S. & Tannenbaum, S. R. Mechanisms of endogenous nitrosation. *Cancer Surv* **8**, 323-334 (1989).

222 Leaf, C. D. *et al.* Nitrate biosynthesis in rats, ferrets and humans. Precursor studies with L-arginine. *Carcinogenesis* **11**, 855-858, doi:10.1093/carcin/11.5.855 (1990).

223 Gao, Z. *et al.* In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. *JAMA Netw Open* **4**, e2118253, doi:10.1001/jamanetworkopen.2021.18253 (2021).

224 Szczesny, S. E. Ex vivo models of musculoskeletal tissues. *Connect Tissue Res* **61**, 245-247, doi:10.1080/03008207.2020.1742418 (2020).

225 Brown, G. N., Sattler, R. L. & Guo, X. E. Experimental studies of bone mechanoadaptation: bridging in vitro and in vivo studies with multiscale systems. *Interface Focus* **6**, 20150071, doi:10.1098/rsfs.2015.0071 (2016).

226 Carmona, B. M. *et al.* [Ultrasound dynamics of gastric content volumes after the ingestion of coconut water or a meat sandwich. A randomized controlled crossover study in healthy volunteers]. *Braz J Anesthesiol* **68**, 584-590, doi:10.1016/j.bjan.2018.06.008 (2018).

227 Tannenbaum, S. R. N-nitroso compounds: a perspective on human exposure. *Lancet* **1**, 629-632, doi:10.1016/s0140-6736(83)91801-9 (1983).

228 Garg, D. C., Weidler, D. J. & Eshelman, F. N. Ranitidine bioavailability and kinetics in normal male subjects. *Clin Pharmacol Ther* **33**, 445-452, doi:10.1038/clpt.1983.60 (1983).

229 McFadyen, M. L., Folb, P. I., Miller, R., Keeton, G. R. & Marks, I. N. Pharmacokinetics of ranitidine in patients with chronic renal failure. *Eur J Clin Pharmacol* **25**, 347-351, doi:10.1007/BF01037946 (1983).

230 Bell, J. A., Gower, A. J., Martin, L. E., Mills, E. N. & Smith, W. P. Interaction of H2-receptor antagonists with drug-metabolizing enzymes. *Biochem Soc Trans* **9**, 113-114, doi:10.1042/bst0090113 (1981).

231 Drasar, B. S., Shiner, M. & McLeod, G. M. Studies on the intestinal flora. I. The bacterial flora of the gastrointestinal tract in healthy and achlorhydric persons. *Gastroenterology* **56**, 71-79 (1969).

232 Stockbruegger, R. W. Bacterial overgrowth as a consequence of reduced gastric acidity. *Scand J Gastroenterol Suppl* **111**, 7-16, doi:10.3109/00365528509093749 (1985).

233 Hawksworth, G. M. & Hill, M. J. Bacteria and the N-nitrosation of secondary amines. *Br J Cancer* **25**, 520-526, doi:10.1038/bjc.1971.66 (1971).

234 Reed, P. I., Smith, P. L., Haines, K., House, F. R. & Walters, C. L. Effect of cimetidine on gastric juice N-nitrosamine concentration. *Lancet* **2**, 553-556, doi:10.1016/s0140-6736(81)90940-5 (1981).

235 O'Connor, H. J., Riley, S. E., Axon, A. T. & Garner, R. C. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice. *Mutat Res* **188**, 201-208, doi:10.1016/0165-1218(87)90090-5 (1987).

236 Morris, D. L. *et al.* Mutagenicity in gastric juice. *Gut* **25**, 723-727, doi:10.1136/gut.25.7.723 (1984).

237 Mowat, C. & McColl, K. E. Alterations in intragastric nitrite and vitamin C levels during acid inhibitory therapy. *Best Pract Res Clin Gastroenterol* **15**, 523-537, doi:10.1053/bega.2000.0196 (2001).




CONFIDENTIAL INFORMATION

238 Kodama, K. *et al.* Gastric juice nitrite and vitamin C in patients with gastric cancer and atrophic gastritis: is low acidity solely responsible for cancer risk? *Eur J Gastroenterol Hepatol* **15**, 987-993, doi:10.1097/00042737-200309000-00008 (2003).

239 Mergens, W. J., Kamm, J. J., Newmark, H. L., Fiddler, W. & Pensabene, J. Alpha-tocopherol: uses in preventing nitrosamine formation. *IARC Sci Publ*, 199-212 (1978).

240 Kapil, V., Webb, A. J. & Ahluwalia, A. Inorganic nitrate and the cardiovascular system. *Heart* **96**, 1703-1709, doi:10.1136/hrt.2009.180372 (2010).

241 Lundberg, J. O. & Govoni, M. Inorganic nitrate is a possible source for systemic generation of nitric oxide. *Free Radic Biol Med* **37**, 395-400, doi:10.1016/j.freeradbiomed.2004.04.027 (2004).

242 Ahluwalia, A. *et al.* Dietary Nitrate and the Epidemiology of Cardiovascular Disease: Report From a National Heart, Lung, and Blood Institute Workshop. *J Am Heart Assoc* **5**, doi:10.1161/JAHA.116.003402 (2016).

243 Marletta, M. A. Mammalian synthesis of nitrite, nitrate, nitric oxide, and N-nitrosating agents. *Chem Res Toxicol* **1**, 249-257, doi:10.1021/tx00005a001 (1988).

244 Le Roux, J., Gallard, H. & Croue, J. P. Chloramination of nitrogenous contaminants (pharmaceuticals and pesticides): NDMA and halogenated DBPs formation. *Water Res* **45**, 3164-3174, doi:10.1016/j.watres.2011.03.035 (2011).

245 Roux, J. L., Gallard, H., Croue, J. P., Papot, S. & Deborde, M. NDMA formation by chloramination of ranitidine: kinetics and mechanism. *Environ Sci Technol* **46**, 11095-11103, doi:10.1021/es3023094 (2012).

246 Seid, M. G., Cho, K., Lee, C., Park, H. M. & Hong, S. W. Nitrite ion mitigates the formation of N-nitrosodimethylamine (NDMA) during chloramination of ranitidine. *Sci Total Environ* **633**, 352-359, doi:10.1016/j.scitotenv.2018.03.181 (2018).

247 Shen, R. & Andrews, S. A. Demonstration of 20 pharmaceuticals and personal care products (PPCPs) as nitrosamine precursors during chloramine disinfection. *Water Res* **45**, 944-952, doi:10.1016/j.watres.2010.09.036 (2011).

248 Selbes, M., Beita-Sandi, W., Kim, D. & Karanfil, T. The role of chloramine species in NDMA formation. *Water Res* **140**, 100-109, doi:10.1016/j.watres.2018.04.033 (2018).

249 Loeppky, R. N., Tomasik, W. & Millard, T. G. Ester-mediated nitrosamine formation from nitrite and secondary or tertiary amines. *IARC Sci Publ*, 353-363 (1984).

250 Rao, G. S. & Krishna, G. Drug-nitrite interactions: formation of N-nitroso, C-nitroso, and nitro compounds from sodium nitrite and various drugs under physiological conditions. *J Pharm Sci* **64**, 1579-1581, doi:10.1002/jps.2600640943 (1975).

251 Tannenbaum, S. R., Wishnok, J. S., Hovis, J. S. & Bishop, W. W. N-Nitroso compounds from the reaction of primary amines with nitrite and thiocyanate. *IARC Sci Publ*, 155-159 (1978).

252 Castegnaro, M., Pignatelli, B. & Walker, E. A. Analysis of volatile N-nitrosamines in commercial drugs. *Food Cosmet Toxicol* **19**, 489-491, doi:10.1016/0015-6264(81)90455-7 (1981).

253 Ruddell, W. S., Axon, A. T., Findlay, J. M., Bartholomew, B. A. & Hill, M. J. Effect of cimetidine on the gastric bacterial flora. *Lancet* **1**, 672-674 (1980).

254 Stockbrugger, R. W. *et al.* Intragastric nitrites, nitrosamines, and bacterial overgrowth during cimetidine treatment. *Gut* **23**, 1048-1054, doi:10.1136/gut.23.12.1048 (1982).

255 Ozhan, G. & Alpertunga, B. Genotoxic activities of drug-nitrite interaction products. *Drug Chem Toxicol* **26**, 295-308, doi:10.1081/dct-120024844 (2003).



CONFIDENTIAL INFORMATION

256 Krawczynski M, I. I., Borucki M. Nitrosamines in children with chronic gastritis. 1-11 (2002).

257 Sierra, R. *et al.* Exposure to N-nitrosamines and other risk factors for gastric cancer in Costa Rican children. *IARC Sci Publ*, 162-167 (1991).

258 Carey, P. F., Martin, L. E. & Owen, P. E. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. *J Chromatogr* **225**, 161-168, doi:10.1016/s0378-4347(00)80255-8 (1981).

259 Greenblatt, M. & Mirvish, S. S. Dose-response studies with concurrent administration of piperazine and sodium nitrite to strain A mice. *J Natl Cancer Inst* **50**, 119-124, doi:10.1093/jnci/50.1.119 (1973).

260 Lijinsky, W., Taylor, H. W., Snyder, C. & Nettesheim, P. Malignant tumours of liver and lung in rats fed aminopyrine or heptamethyleneimine together with nitrite. *Nature* **244**, 176-178, doi:10.1038/244176a0 (1973).

261 Ndwberne, P. M. & Shank, R. C. Induction of liver and lung tumours in rats by the simultaneous administration of sodium nitrite and morpholine. *Food Cosmet Toxicol* **11**, 819-825, doi:10.1016/0015-6264(73)90140-5 (1973).

262 Ayanaba, A., Vestraete, W. & Alexander, M. Possible microbial contribution of nitrosamine formation in sewage and soil. *J Natl Cancer Inst* **50**, 811-813, doi:10.1093/jnci/50.3.811 (1973).

263 Tannenbaum, S. R., Moran, D., Rand, W., Cuello, C. & Correa, P. Gastric cancer in Colombia. IV. Nitrite and other ions in gastric contents of residents from a high-risk region. *J Natl Cancer Inst* **62**, 9-12 (1979).

264 Hill, M. J., Hawksworth, G. & Tattersall, G. Bacteria, nitrosamines and cancer of the stomach. *Br J Cancer* **28**, 562-567, doi:10.1038/bjc.1973.186 (1973).

265 Tannenbaum, S. R., Wishnok, J. S. & Leaf, C. D. Inhibition of nitrosamine formation by ascorbic acid. *Am J Clin Nutr* **53**, 247S-250S, doi:10.1093/ajcn/53.1.247S (1991).

266 Tomatis, L. *et al.* Evaluation of the carcinogenicity of chemicals: a review of the Monograph Program of the International Agency for Research on Cancer (1971 to 1977). *Cancer Res* **38**, 877-885 (1978).

267 Tomatis, L. The IARC program on the evaluation of the carcinogenic risk of chemicals to man. *Ann N Y Acad Sci* **271**, 396-409, doi:10.1111/j.1749-6632.1976.tb23139.x (1976).

268 Tomatis, L. The contribution of the International Agency for Research on Cancer to the prevention of cancer. *Ann Ist Super Sanita* **21**, 435-438 (1985).

269 Malik, S., Prasad, S., Kishore, S., Kumar, A. & Upadhyay, V. A perspective review on impact and molecular mechanism of environmental carcinogens on human health. *Biotechnol Genet Eng Rev* **37**, 178-207, doi:10.1080/02648725.2021.1991715 (2021).

270 Lewandowska, A. M., Rudzki, M., Rudzki, S., Lewandowski, T. & Laskowska, B. Environmental risk factors for cancer - review paper. *Ann Agric Environ Med* **26**, 1-7, doi:10.26444/aaem/94299 (2019).

271 Higginson, J. Importance of environmental factors in cancer. *IARC Sci Publ*, 15-23 (1976).

272 Weisburger, J. H. Environmental cancer: on the causes of the main human cancers. *Tex Rep Biol Med* **37**, 1-20 (1978).

273 Tominaga, S. Major avoidable risk factors of cancer. *Cancer Lett* **143 Suppl 1**, S19-23, doi:10.1016/s0304-3835(99)90005-8 (1999).



CONFIDENTIAL INFORMATION

274 Persano, L., Zagoura, D., Louisse, J. & Pistollato, F. Role of environmental chemicals, processed food derivatives, and nutrients in the induction of carcinogenesis. *Stem Cells Dev* **24**, 2337-2352, doi:10.1089/scd.2015.0081 (2015).
275 Birkett, N. *et al.* Overview of biological mechanisms of human carcinogens. *J Toxicol Environ Health B Crit Rev* **22**, 288-359, doi:10.1080/10937404.2019.1643539 (2019).
276 Tomatis, L. The identification of human carcinogens and primary prevention of cancer. *Mutat Res* **462**, 407-421, doi:10.1016/s1383-5742(00)00029-6 (2000).
277 Tomatis, L. The predictive value of rodent carcinogenicity tests in the evaluation of human risks. *Annu Rev Pharmacol Toxicol* **19**, 511-530, doi:10.1146/annurev.pa.19.040179.002455 (1979).
278 Heidelberger, C. Chemical carcinogenesis. *Cancer* **40**, 430-433, doi:10.1002/1097-0142(197707)40:1+<430::aid-cncr2820400703>3.0.co;2-b (1977).
279 Ceccaroli, C., Pulliero, A., Geretto, M. & Izzotti, A. Molecular fingerprints of environmental carcinogens in human cancer. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* **33**, 188-228, doi:10.1080/10590501.2015.1030491 (2015).
280 Hu, Z. *et al.* Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: focus on the cancer hallmark of tumor angiogenesis. *Carcinogenesis* **36 Suppl 1**, S184-202, doi:10.1093/carcin/bgv036 (2015).
281 Huff, J., Haseman, J. & Rall, D. Scientific concepts, value, and significance of chemical carcinogenesis studies. *Annu Rev Pharmacol Toxicol* **31**, 621-652, doi:10.1146/annurev.pa.31.040191.003201 (1991).
282 Tomatis, L., Aitio, A., Wilbourn, J. & Shuker, L. Human carcinogens so far identified. *Jpn J Cancer Res* **80**, 795-807 (1989).
283 Huff, J. Chemicals studied and evaluated in long-term carcinogenesis bioassays by both the Ramazzini Foundation and the National Toxicology Program: in tribute to Cesare Maltoni and David Rall. *Ann N Y Acad Sci* **982**, 208-230, doi:10.1111/j.1749-6632.2002.tb04935.x (2002).
284 Harris, C. C. *et al.* Metabolism of dimethylnitrosamine and 1,2-dimethylhydrazine in cultured human bronchi. *Cancer Res* **37**, 2309-2311 (1977).
285 Chung, S. K., Lee, A. Y. & Chung, S. S. Mouse models for human diseases. *Hong Kong Med J* **3**, 201-209 (1997).
286 Bertram, J. S., Kolonel, L. N. & Meyskens, F. L., Jr. Rationale and strategies for chemoprevention of cancer in humans. *Cancer Res* **47**, 3012-3031 (1987).
287 Boyd, J. A. & Barrett, J. C. Genetic and cellular basis of multistep carcinogenesis. *Pharmacol Ther* **46**, 469-486, doi:10.1016/0163-7258(90)90028-z (1990).
288 Wilbourn, J. *et al.* Response of experimental animals to human carcinogens: an analysis based upon the IARC Monographs programme. *Carcinogenesis* **7**, 1853-1863 (1986).
289 Ziegler, A., Gonzalez, L. & Blikslager, A. Large Animal Models: The Key to Translational Discovery in Digestive Disease Research. *Cell Mol Gastroenterol Hepatol* **2**, 716-724, doi:10.1016/j.jcmgh.2016.09.003 (2016).
290 Kelly, M. G. *et al.* Induction of hepatic cell carcinomas in monkeys with N-nitrosodiethylamine. *J Natl Cancer Inst* **36**, 323-351 (1966).
291 Swindle, M. M., Makin, A., Herron, A. J., Clubb, F. J., Jr. & Frazier, K. S. Swine as models in biomedical research and toxicology testing. *Vet Pathol* **49**, 344-356, doi:10.1177/0300985811402846 (2012).



CONFIDENTIAL INFORMATION

292 Huff, J. Chemicals and cancer in humans: first evidence in experimental animals. *Environ Health Perspect* **100**, 201-210, doi:10.1289/ehp.93100201 (1993).

293 Tomatis, L. Prenatal exposure to chemical carcinogens and its effect on subsequent generations. *Natl Cancer Inst Monogr*, 159-184 (1979).

294 Cogliano, V. J. *et al.* Use of mechanistic data in IARC evaluations. *Environ Mol Mutagen* **49**, 100-109, doi:10.1002/em.20370 (2008).

295 Loomis, D., Guha, N., Hall, A. L. & Straif, K. Identifying occupational carcinogens: an update from the IARC Monographs. *Occup Environ Med* **75**, 593-603, doi:10.1136/oemed-2017-104944 (2018).

296 Bartsch, H. & Montesano, R. Relevance of nitrosamines to human cancer. *Carcinogenesis* **5**, 1381-1393, doi:10.1093/carcin/5.11.1381 (1984).

297 Gehlhaus, M. W., 3rd *et al.* Approaches to cancer assessment in EPA's Integrated Risk Information System. *Toxicol Appl Pharmacol* **254**, 170-180, doi:10.1016/j.taap.2010.10.019 (2011).

298 EPA. Technical Fact Sheet - N-Nitroso-dimethylamine (NDMA). *EPA 505-F-14-005*, 1-7 (2014).

299 Dai, N. & Mitch, W. A. Relative importance of N-nitrosodimethylamine compared to total N-nitrosamines in drinking waters. *Environ Sci Technol* **47**, 3648-3656, doi:10.1021/es305225b (2013).

300 Chuang, Y. H. *et al.* Formation of N-nitrosamines during the analysis of municipal secondary biological nutrient removal process effluents by US EPA method 521. *Chemosphere* **221**, 597-605, doi:10.1016/j.chemosphere.2019.01.053 (2019).

301 Wiltse, J. & Dellarco, V. L. U.S. Environmental Protection Agency guidelines for carcinogen risk assessment: past and future. *Mutat Res* **365**, 3-15, doi:10.1016/s0165-1110(96)90009-3 (1996).

302 Bartsch, H., Hietanen, E. & Malaveille, C. Carcinogenic nitrosamines: free radical aspects of their action. *Free Radic Biol Med* **7**, 637-644 (1989).

303 Montesano, R. & Bartsch, H. Mutagenic and carcinogenic N-nitroso compounds: possible environmental hazards. *Mutat Res* **32**, 179-228, doi:10.1016/0165-1110(76)90001-4 (1976).

304 Peto, R., Gray, R., Brantom, P. & Grasso, P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res* **51**, 6452-6469 (1991).

305 Pool-Zobel, B. L. *et al.* Systemic genotoxic effects of tobacco-related nitrosamines following oral and inhalational administration to Sprague-Dawley rats. *Clin Investig* **70**, 299-306 (1992).

306 Mestankova, H., Schirmer, K., Canonica, S. & von Gunten, U. Development of mutagenicity during degradation of N-nitrosamines by advanced oxidation processes. *Water Res* **66**, 399-410, doi:10.1016/j.watres.2014.08.012 (2014).

307 Goto, Y. *et al.* Mutagenicities of N-nitrosodimethylamine and N-nitrosodiethylamine in Drosophila and their relationship to the levels of O-alkyl adducts in DNA. *Mutat Res* **425**, 125-134, doi:10.1016/s0027-5107(99)00032-9 (1999).

308 Erkekoglu, P. & Baydar, T. Evaluation of the protective effect of ascorbic acid on nitrite- and nitrosamine-induced cytotoxicity and genotoxicity in human hepatoma line. *Toxicol Mech Methods* **20**, 45-52, doi:10.3109/15376510903583711 (2010).




CONFIDENTIAL INFORMATION

309 Hong, J. Y. *et al.* Metabolism of carcinogenic nitrosamines by rat nasal mucosa and the effect of diallyl sulfide. *Cancer Res* **51**, 1509-1514 (1991).

310 Ratajczak-Wrona, W., Jablonska, E., Garley, M., Jablonski, J. & Radziwon, P. Role of ERK1/2 kinase in the expression of iNOS by NDMA in human neutrophils. *Indian J Exp Biol* **51**, 73-80 (2013).

311 Sharma, V. & Singh, M. Ameliorative Effects of Operculina turpethum and its Isolated Stigma-5,22dien-3-o-beta-D-glucopyranoside on the Hematological Parameters of Male Mice Exposed to N-Nitrosodimethylamine, a Potent Carcinogen. *Toxicol Int* **21**, 29-36, doi:10.4103/0971-6580.128789 (2014).

312 Zhao, Y. Y. *et al.* Formation of N-nitrosamines from eleven disinfection treatments of seven different surface waters. *Environ Sci Technol* **42**, 4857-4862 (2008).

313 Zhou, W. J., Boyd, J. M., Qin, F., Hrudey, S. E. & Li, X. F. Formation of N-nitrosodiphenylamine and two new N-containing disinfection byproducts from chloramination of water containing diphenylamine. *Environ Sci Technol* **43**, 8443-8448, doi:10.1021/es901935v (2009).

314 Chen, W. H. & Young, T. M. Influence of nitrogen source on NDMA formation during chlorination of diuron. *Water Res* **43**, 3047-3056, doi:10.1016/j.watres.2009.04.020 (2009).

315 Yin, Y. *et al.* Probabilistic health risk assessment of nitrosamines in drinking water of Shaoxing, Zhejiang, China. *Environ Sci Pollut Res Int*, doi:10.1007/s11356-018-4026-3 (2019).

316 Swenberg, J. A., Hoel, D. G. & Magee, P. N. Mechanistic and statistical insight into the large carcinogenesis bioassays on N-nitrosodiethylamine and N-nitrosodimethylamine. *Cancer Res* **51**, 6409-6414 (1991).

317 Zhang, O. *et al.* Experimental and Theoretical Investigation of Effects of Ethanol and Acetic Acid on Carcinogenic NDMA Formation in Simulated Gastric Fluid. *J Phys Chem A* **120**, 4505-4513, doi:10.1021/acs.jpca.6b02582 (2016).

318 Dennehy, M. K. & Loeppky, R. N. Mass spectrometric methodology for the determination of glyoxaldeoxyguanosine and O6-hydroxyethyldeoxyguanosine DNA adducts produced by nitrosamine bident carcinogens. *Chem Res Toxicol* **18**, 556-565, doi:10.1021/tx049802o (2005).

319 Fitzgerald, D. J. & Robinson, N. I. Development of a tolerable daily intake for N-nitrosodimethylamine using a modified benchmark dose methodology. *J Toxicol Environ Health A* **70**, 1670-1678, doi:10.1080/15287390701434844 (2007).

320 Hrudey, S. E., Bull, R. J., Cotruvo, J. A., Paoli, G. & Wilson, M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal* **33**, 2179-2208, doi:10.1111/risa.12070 (2013).

321 Zhou, Q. *et al.* Field evidence of biodegradation of N-Nitrosodimethylamine (NDMA) in groundwater with incidental and active recycled water recharge. *Water Res* **43**, 793-805, doi:10.1016/j.watres.2008.11.011 (2009).

322 Preussmann, R. Occurrence and exposure to N-nitroso compounds and precursors. *IARC Sci Publ*, 3-15 (1984).

323 Yamaguchi, M., Takai, S., Hosono, A. & Seki, T. Bovine milk-derived alpha-lactalbumin inhibits colon inflammation and carcinogenesis in azoxymethane and dextran sodium sulfate-treated mice. *Biosci Biotechnol Biochem* **78**, 672-679, doi:10.1080/09168451.2014.890034 (2014).



CONFIDENTIAL INFORMATION

324 Hattori, N. *et al.* Antibiotics suppress colon tumorigenesis through inhibition of aberrant DNA methylation in an azoxymethane and dextran sulfate sodium colitis model. *Cancer Sci* **110**, 147-156, doi:10.1111/cas.13880 (2019).
325 Yang, H. *et al.* A common antimicrobial additive increases colonic inflammation and colitis-associated colon tumorigenesis in mice. *Sci Transl Med* **10**, doi:10.1126/scitranslmed.aan4116 (2018).
326 Terracini, B. & Magee, P. N. Renal Tumours in Rats Following Injection of Dimethylnitrosamine at Birth. *Nature* **202**, 502-503, doi:10.1038/202502a0 (1964).
327 Khudoley, V. V. The induction of tumors in Rana temporaria with nitrosamines. *Neoplasma* **24**, 249-251 (1977).
328 Arai, M. *et al.* Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan* **70**, 549-558 (1979).
329 Moiseev, G. E. & Benemanskii, V. V. [The carcinogenic activity of small concentrations of nitrosodimethylamine when inhaled]. *Vopr Onkol* **21**, 107-109 (1975).
330 Klein, R. G. *et al.* Effect of long-term inhalation of N-nitroso-dimethylamine (NDMA) and SO2/NOx in rats. *Exp Pathol* **37**, 273-280 (1989).
331 Otsuka, H. & Kuwahara, A. Hemangiomatous lesions of mice treated with nitrosodimethylamine. *Gan* **62**, 147-156 (1971).
332 Kuwahara, A., Otsuka, H. & Nagamatsu, A. Induction of hemangiomatous lesions with dimethyl-nitrosoamine: influence of route of administration and strain of mice. *Gan* **63**, 499-502 (1972).
333 Terracini, B., Palestro, G., Gigliardi, M. R., Montesano, G. & Montesano, R. Carcinogenicity of dimethylnitrosamine in Swiss mice. *Br J Cancer* **20**, 871-876, doi:10.1038/bjc.1966.100 (1966).
334 Terracini, B., Magee, P. N. & Barnes, J. M. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. *Br J Cancer* **21**, 559-565 (1967).
335 Homburger, F. *et al.* Adenocarcinoma of the glandular stomach following 3-methylcholanthrene, N-nitrosodiethylamine, or N-nitrosodimethylamine feeding in carcinogen-susceptible inbred Syrian. *J Natl Cancer Inst* **57**, 141-144, doi:10.1093/jnci/57.1.141 (1976).
336 Tomatis, L. & Cefis, F. The effects of multiple and single administration of dimethylnitrosamine to hamsters. *Tumori* **53**, 447-451 (1967).
337 Campbell, J. S., Wiberg, G. S., Grice, H. C. & Lou, P. Stromal nephromas and renal cell tumors in suckling and weaned rats. *Cancer Res* **34**, 2399-2404 (1974).
338 Preussmann, R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds: some general aspects. *Oncology* **37**, 243-250, doi:10.1159/000225445 (1980).
339 Magee, P. N. & Barnes, J. M. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer* **10**, 114-122 (1956).
340 Magee, P. N. & Barnes, J. M. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol* **84**, 19-31 (1962).
341 Le Page, R. N. & Christie, G. S. Induction of liver tumours in the rabbit by feeding dimethylnitrosamine. *Br J Cancer* **23**, 125-131, doi:10.1038/bjc.1969.18 (1969).
342 Le Page, R. N. & Christie, G. S. Induction of liver tumours in the guinea pig by feeding dimethylnitrosamine. *Pathology* **1**, 49-56, doi:10.3109/00313026909061034 (1969).



CONFIDENTIAL INFORMATION

343 Lijinsky, W. & Reuber, M. D. Comparative carcinogenesis by some aliphatic nitrosamines in Fischer rats. *Cancer Lett* **14**, 297-302, doi:10.1016/0304-3835(81)90158-0 (1981).
344 Lijinsky, W., Kovatch, R. M. & Riggs, C. W. Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters. *Cancer Res* **47**, 3968-3972 (1987).
345 Clapp, N. K., Craig, A. W. & Toya, R. E., Sr. Pulmonary and hepatic oncogenesis during treatment of male RF mice with dimethyl-nitrosamine. *J Natl Cancer Inst* **41**, 1213-1227 (1968).
346 Clapp, N. K. & Toya, R. E. Effect of cumulative dose and dose rate on dimethylnitrosamine oncogenesis in RF mice. *J Natl Cancer Inst* **45**, 495-498 (1970).
347 Clapp, N. K., Tyndall, R. L. & Otten, J. A. Differences in tumor types and organ susceptibility in BALB-c and RF mice following dimethylnitrosamine and diethylnitrosamine. *Cancer Res* **31**, 196-198 (1971).
348 Druckrey, H., Preussmann, R., Ivankovic, S. & Schmahl, D. [Organotropic carcinogenic effects of 65 various N-nitroso- compounds on BD rats]. *Z Krebsforsch* **69**, 103-201 (1967).
349 Nicoll, J. W., Swann, P. F. & Pegg, A. E. Effect of dimethylnitrosamine on persistence of methylated guanines in rat liver and kidney DNA. *Nature* **254**, 261-262, doi:10.1038/254261a0 (1975).
350 Hecht, S. S. Lung carcinogenesis by tobacco smoke. *Int J Cancer* **131**, 2724-2732, doi:10.1002/ijc.27816 (2012).
351 Miller, J. A. Carcinogenesis by chemicals: an overview--G. H. A. Clowes memorial lecture. *Cancer Res* **30**, 559-576 (1970).
352 Kang, J. S., Wanibuchi, H., Morimura, K., Gonzalez, F. J. & Fukushima, S. Role of CYP2E1 in diethylnitrosamine-induced hepatocarcinogenesis in vivo. *Cancer Res* **67**, 11141-11146, doi:10.1158/0008-5472.CAN-07-1369 (2007).
353 Nishimura, M., Yaguti, H., Yoshitsugu, H., Naito, S. & Satoh, T. Tissue distribution of mRNA expression of human cytochrome P450 isoforms assessed by high-sensitivity real-time reverse transcription PCR. *Yakugaku Zasshi* **123**, 369-375, doi:10.1248/yakushi.123.369 (2003).
354 Lee, V. M., Cameron, R. G. & Archer, M. C. The role of hepatocyte heterogeneity in the initiation of hepatocarcinogenesis. *Carcinogenesis* **14**, 1403-1408 (1993).
355 Lee, V. M., Keefer, L. K. & Archer, M. C. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. *Chem Res Toxicol* **9**, 1319-1324, doi:10.1021/tx960077u (1996).
356 Encell, L., Foiles, P. G. & Gold, B. The relationship between N-nitrosodimethylamine metabolism and DNA methylation in isolated rat hepatocytes. *Carcinogenesis* **17**, 1127-1134, doi:10.1093/carcin/17.5.1127 (1996).
357 Czygan, P. *et al.* Microsomal metabolism of dimethylnitrosamine and the cytochrome P-450 dependency of its activation to a mutagen. *Cancer Res* **33**, 2983-2986 (1973).
358 Argus, M. F., Arcos, J. C., Pastor, K. M., Wu, B. C. & Venkatesan, N. Dimethylnitrosamine-demethylase: absence of increased enzyme catabolism and multiplicity of effector sites in repression. Hemoprotein involvement. *Chem Biol Interact* **13**, 127-140, doi:10.1016/0009-2797(76)90002-8 (1976).



CONFIDENTIAL INFORMATION

359 Lawley, P. D. Some chemical aspects of dose-response relationships in alkylation mutagenesis. *Mutat Res* **23**, 283-295, doi:10.1016/0027-5107(74)90102-x (1974).

360 O'Connor, P. J., Capps, M. J. & Craig, A. W. Comparative studies of the hepatocarcinogen N,N-dimethylnitrosamine in vivo: reaction sites in rat liver DNA and the significance of their relative stabilities. *Br J Cancer* **27**, 153-166, doi:10.1038/bjc.1973.19 (1973).

361 Pegg, A. E. Formation and metabolism of alkylated nucleosides: possible role in carcinogenesis by nitroso compounds and alkylating agents. *Adv Cancer Res* **25**, 195-269, doi:10.1016/s0065-230x(08)60635-1 (1977).

362 Hard, G. C. & Butler, W. H. Cellular analysis of renal neoplasia: light microscope study of the development of interstitial lesions induced in the rat kidney by a single carcinogenic dose of dimethylnitrosamine. *Cancer Res* **30**, 2806-2815 (1970).

363 Devereux, T. R., Anderson, M. W. & Belinsky, S. A. Role of ras protooncogene activation in the formation of spontaneous and nitrosamine-induced lung tumors in the resistant C3H mouse. *Carcinogenesis* **12**, 299-303, doi:10.1093/carcin/12.2.299 (1991).

364 Fadlallah, S. *et al.* O6-methylguanine-DNA adducts in rat lymphocytes after in vivo exposure to N-nitrosodimethylamine (NDMA). *Int J Immunopharmacol* **16**, 583-591, doi:10.1016/0192-0561(94)90109-0 (1994).

365 Margison, G. P., Margison, J. M. & Montesano, R. Methylated purines in the deoxyribonucleic acid of various Syrian-golden-hamster tissues after administration of a hepatocarcinogenic dose of dimethylnitrosamine. *Biochem J* **157**, 627-634, doi:10.1042/bj1570627 (1976).

366 Anderson, L. M. *et al.* N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer* **66**, 130-134, doi:10.1002/(SICI)1097-0215(19960328)66:1<130::AID-IJC22>3.0.CO;2-G (1996).

367 Chimpanzee, S. & Analysis, C. Initial sequence of the chimpanzee genome and comparison with the human genome. *Nature* **437**, 69-87, doi:10.1038/nature04072 (2005).

368 Yan, G. *et al.* Genome sequencing and comparison of two nonhuman primate animal models, the cynomolgus and Chinese rhesus macaques. *Nat Biotechnol* **29**, 1019-1023, doi:10.1038/nbt.1992 (2011).

369 Chhabra, S. K. *et al.* O6-methylguanine DNA adduct formation and modulation by ethanol in placenta and fetal tissues after exposure of pregnant patas monkeys to N-nitrosodimethylamine. *Cancer Res* **55**, 6017-6020 (1995).

370 Annola, K. *et al.* Transplacental transfer of nitrosodimethylamine in perfused human placenta. *Placenta* **30**, 277-283, doi:10.1016/j.placenta.2008.12.012 (2009).

371 Montesano, R. & Magee, P. N. Metabolism of diethylnitrosamine by human liver slices in vitro. *Nature* **228**, 173-174, doi:10.1038/228173a0 (1970).

372 Herron, D. C. & Shank, R. C. Methylated purines in human liver DNA after probable dimethylnitrosamine poisoning. *Cancer Res* **40**, 3116-3117 (1980).

373 Autrup, H., Grafstrom, R. C., Christensen, B. & Kieler, J. Metabolism of chemical carcinogens by cultured human and rat bladder epithelial cells. *Carcinogenesis* **2**, 763-768, doi:10.1093/carcin/2.8.763 (1981).

374 Autrup, H., Harris, C. C. & Trump, B. F. Metabolism of acyclic and cyclic N-nitrosamines by cultured human colon. *Proc Soc Exp Biol Med* **159**, 111-115 (1978).




CONFIDENTIAL INFORMATION

375 Harris, C. C. *et al.* Metabolism of benzo(a)pyrene, N-nitrosodimethylamine, and N-nitrosopyrrolidine and identification of the major carcinogen-DNA adducts formed in cultured human esophagus. *Cancer Res* **39**, 4401-4406 (1979).
376 Zaidi, S. N. *et al.* Normal human breast xenografts activate N-nitrosodimethylamine: identification of potential target cells for an environmental nitrosamine. *Br J Cancer* **66**, 79-83, doi:10.1038/bjc.1992.220 (1992).
377 Cimino, M. C. Comparative overview of current international strategies and guidelines for genetic toxicology testing for regulatory purposes. *Environ Mol Mutagen* **47**, 362-390, doi:10.1002/em.20216 (2006).
378 Kossler, N. *et al.* Identification of specific mRNA signatures as fingerprints for carcinogenesis in mice induced by genotoxic and nongenotoxic hepatocarcinogens. *Toxicol Sci* **143**, 277-295, doi:10.1093/toxsci/kfu248 (2015).
379 EMA. Nitrosamine impurities in human medicinal products
. *EMA/369136/2020*
, 1-90 (2020).
380 Tates, A. D., Neuteboom, I. & Hofker, M. A micronucleus technique for detecting clastogenic effects of mutagens/carcinogens (DEN, DMN) in hepatocytes of rat liver in vivo. *Mutat Res* **74**, 11-20, doi:10.1016/0165-1161(80)90187-9 (1980).
381 Tates, A. D., Neuteboom, I., de Vogel, N. & den Engelse, L. The induction of chromosomal damage in rat hepatocytes and lymphocytes. I. Time-dependent changes of the clastogenic effects of diethylnitrosamine, dimethylnitrosamine and ethyl methanesulfonate. *Mutat Res* **107**, 131-151, doi:10.1016/0027-5107(83)90084-2 (1983).
382 Tates, A. D. *et al.* Persistence of preclastogenic damage in hepatocytes of rats exposed to ethylnitrosourea, diethylnitrosamine, dimethylnitrosamine and methyl methanesulphonate. Correlation with DNA O-alkylation. *Carcinogenesis* **7**, 1053-1058, doi:10.1093/carcin/7.7.1053 (1986).
383 Bauknecht, T., Vogel, W., Bayer, U. & Wild, D. Comparative in vivo mutagenicity testing by SCE and micronucleus induction in mouse bone marrow. *Hum Genet* **35**, 299-307, doi:10.1007/BF00446622 (1977).
384 Wild, D. Cytogenetic effects in the mouse of 17 chemical mutagens and carcinogens evaluated by the micronucleus test. *Mutat Res* **56**, 319-327, doi:10.1016/0027-5107(78)90200-2 (1978).
385 Neft, R. E. & Conner, M. K. Induction of sister chromatid exchange in multiple murine tissues in vivo by various methylating agents. *Teratog Carcinog Mutagen* **9**, 219-237, doi:10.1002/tcm.1770090405 (1989).
386 Mehta, R. *et al.* Micronucleus formation induced in rat liver and esophagus by nitrosamines. *Cancer Lett* **35**, 313-320, doi:10.1016/0304-3835(87)90133-9 (1987).
387 Robbiano, L., Mereto, E., Migliazzi Morando, A., Pastore, P. & Brambilla, G. An in vivo micronucleus assay for detecting the clastogenic effect in rat kidney cells. *Mutat Res* **390**, 51-57, doi:10.1016/s0165-1218(96)00165-6 (1997).
388 Cliet, I., Fournier, E., Melcion, C. & Cordier, A. In vivo micronucleus test using mouse hepatocytes. *Mutat Res* **216**, 321-326, doi:10.1016/0165-1161(89)90042-3 (1989).
389 Odagiri, Y., Adachi, S., Katayama, H. & Takemoto, K. Detection of the cytogenetic effect of inhaled aerosols by the micronucleus test. *Mutat Res* **170**, 79-83, doi:10.1016/0165-1218(86)90084-4 (1986).



CONFIDENTIAL INFORMATION

390 Inui, N., Nishi, Y., Taketomi, M. & Mori, M. Transplacental action of sodium nitrite on embryonic cells of Syrian golden hamster. *Mutat Res* **66**, 149-158, doi:10.1016/0165-1218(79)90060-0 (1979).

391 Laishes, B. A., Koropatnick, D. J. & Stich, H. F. Organ-specific DNA damage induced in mice by the organotropic carcinogens 4-nitroquinoline 1-oxide and dimethylnitrosamine. *Proc Soc Exp Biol Med* **149**, 978-982, doi:10.3181/00379727-149-38938 (1975).

392 Petzold, G. L. & Swenberg, J. A. Detection of DNA damage induced in vivo following exposure of rats to carcinogens. *Cancer Res* **38**, 1589-1594 (1978).

393 Abanobi, S. E., Farber, E. & Sarma, D. S. Persistence of DNA damage during development of liver angiosarcoma in rats fed dimethylnitrosamine. *Cancer Res* **39**, 1592-1596 (1979).

394 Mirsalis, J. C. & Butterworth, B. E. Detection of unscheduled DNA synthesis in hepatocytes isolated from rats treated with genotoxic agents: an in vivo- in vitro assay for potential carcinogens and mutagens. *Carcinogenesis* **1**, 621-625, doi:10.1093/carcin/1.7.621 (1980).

395 Brambilla, G., Carlo, P., Finollo, R. & Sciaba, L. Dose-response curves for liver DNA fragmentation induced in rats by sixteen N-nitroso compounds as measured by viscometric and alkaline elution analyses. *Cancer Res* **47**, 3485-3491 (1987).

396 Bermudez, E., Mirsalis, J. C. & Eales, H. C. Detection of DNA damage in primary cultures of rat hepatocytes following in vivo and in vitro exposure to genotoxic agents. *Environ Mutagen* **4**, 667-679, doi:10.1002/em.2860040606 (1982).

397 Cesarone, C. F., Bolognesi, C. & Santi, L. DNA repair synthesis in mice spermatids after treatment with N-methyl-N-nitroso-urea and N-N-dimethyl-nitrosamine: preliminary results. *Toxicology* **12**, 183-186, doi:10.1016/0300-483x(79)90045-3 (1979).

398 Barbin, A., Bereziat, J. C. & Bartsch, H. Evaluation of DNA damage by the alkaline elution technique in liver, kidneys and lungs of rats and hamsters treated with N-nitrosodialkylamines. *Carcinogenesis* **4**, 541-545, doi:10.1093/carcin/4.5.541 (1983).

399 Doolittle, D. J., Bermudez, E., Working, P. K. & Butterworth, B. E. Measurement of genotoxic activity in multiple tissues following inhalation exposure to dimethylnitrosamine. *Mutat Res* **141**, 123-127, doi:10.1016/0165-7992(84)90023-x (1984).

400 Kornbrust, D. & Dietz, D. Aroclor 1254 pretreatment effects on DNA repair in rat hepatocytes elicited by in vivo or in vitro exposure to various chemicals. *Environ Mutagen* **7**, 857-870, doi:10.1002/em.2860070607 (1985).

401 Pool, B. L., Brendler, S. Y., Liegibel, U. M., Tompa, A. & Schmezer, P. Employment of adult mammalian primary cells in toxicology: in vivo and in vitro genotoxic effects of environmentally significant N-nitrosodialkylamines in cells of the liver, lung, and kidney. *Environ Mol Mutagen* **15**, 24-35 (1990).

402 Jorquera, R., Castonguay, A. & Schuller, H. M. Effects of age and ethanol on DNA single-strand breaks and toxicity induced by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone or n-nitrosodimethylamine in hamster and rat liver. *Cancer Lett* **74**, 175-181, doi:10.1016/0304-3835(93)90240-a (1993).

403 Asakura, S. *et al.* Effects of dietary restriction on induction of unscheduled DNA synthesis (UDS) and replicative DNA synthesis (RDS) in rat liver. *Mutat Res* **322**, 257-264, doi:10.1016/0165-1218(94)90101-5 (1994).




CONFIDENTIAL INFORMATION

404 Webster, R. P., Gawde, M. D. & Bhattacharya, R. K. Protective effect of rutin, a flavonol glycoside, on the carcinogen-induced DNA damage and repair enzymes in rats. *Cancer Lett* **109**, 185-191, doi:10.1016/s0304-3835(96)04443-6 (1996).

405 Mirsalis, J. C. *et al.* Induction of hepatic mutations in lacI transgenic mice. *Mutagenesis* **8**, 265-271, doi:10.1093/mutage/8.3.265 (1993).

406 Tinwell, H., Lefevre, P. A. & Ashby, J. Mutation studies with dimethyl nitrosamine in young and old lac I transgenic mice. *Mutat Res* **307**, 501-508, doi:10.1016/0027-5107(94)90261-5 (1994).

407 Butterworth, B. E. *et al.* Long-term mutagenicity studies with chloroform and dimethylnitrosamine in female lacI transgenic B6C3F1 mice. *Environ Mol Mutagen* **31**, 248-256, doi:10.1002/(sici)1098-2280(1998)31:3<248::aid-em6>3.0.co;2-g (1998).

408 Diaz Gomez, M. I., Tamayo, D. & Castro, J. A. Administration of N-nitrosodimethylamine, N-nitrosopyrrolidine, or N'-nitrosonornicotine to nursing rats: their interactions with liver and kidney nucleic acids from sucklings. *J Natl Cancer Inst* **76**, 1133-1136 (1986).

409 Hakura, A., Suzuki, S. & Satoh, T. Advantage of the use of human liver S9 in the Ames test. *Mutat Res* **438**, 29-36, doi:10.1016/s1383-5718(98)00159-4 (1999).

410 Hakura, A. *et al.* Use of human liver S9 in the Ames test: assay of three procarcinogens using human S9 derived from multiple donors. *Regul Toxicol Pharmacol* **37**, 20-27, doi:10.1016/s0273-2300(02)00024-7 (2003).

411 Preston, B. D., Albertson, T. M. & Herr, A. J. DNA replication fidelity and cancer. *Semin Cancer Biol* **20**, 281-293, doi:10.1016/j.semcancer.2010.10.009 (2010).

412 Kay, J., Thadhani, E., Samson, L. & Engelward, B. Inflammation-induced DNA damage, mutations and cancer. *DNA Repair (Amst)* **83**, 102673, doi:10.1016/j.dnarep.2019.102673 (2019).

413 Souliotis, V. L., Sfikakis, P. P., Anderson, L. M. & Kyrtopoulos, S. A. Intra- and intercellular variations in the repair efficiency of O6-methylguanine, and their contribution to kinetic complexity. *Mutat Res* **568**, 155-170, doi:10.1016/j.mrfmmm.2004.07.009 (2004).

414 Dechakhamphu, S., Pinlaor, S., Sitthithaworn, P., Bartsch, H. & Yongvanit, P. Accumulation of miscoding etheno-DNA adducts and highly expressed DNA repair during liver fluke-induced cholangiocarcinogenesis in hamsters. *Mutat Res* **691**, 9-16, doi:10.1016/j.mrfmmm.2010.06.003 (2010).

415 Scherer, E., Jenner, A. A. & den Engelse, L. Immunocytochemical studies on the formation and repair of O6-alkylguanine in rat tissues. *IARC Sci Publ*, 55-58 (1987).

416 Souliotis, V. L., van Delft, J. H., Steenwinkel, M. J., Baan, R. A. & Kyrtopoulos, S. A. DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis* **19**, 731-739 (1998).

417 Chao, M. R., Chang, Y. Z., Wong, R. H. & Hu, C. W. Time course evaluation of N-nitrosodialkylamines-induced DNA alkylation and oxidation in liver of mosquito fish. *Mutat Res* **660**, 33-39, doi:10.1016/j.mrfmmm.2008.10.004 (2009).

418 Das, P. M. & Singal, R. DNA methylation and cancer. *J Clin Oncol* **22**, 4632-4642, doi:10.1200/JCO.2004.07.151 (2004).

419 Locke, W. J. *et al.* DNA Methylation Cancer Biomarkers: Translation to the Clinic. *Front Genet* **10**, 1150, doi:10.3389/fgene.2019.01150 (2019).




CONFIDENTIAL INFORMATION

420 Hecht, S. S., Trushin, N., Castonguay, A. & Rivenson, A. Comparative tumorigenicity and DNA methylation in F344 rats by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N-nitrosodimethylamine. *Cancer Res* **46**, 498-502 (1986).
421 Dai, W. D. *et al.* DNA methylation in specific cells of rat liver by N-nitrosodimethylamine and N-nitrosomethylbenzylamine. *Carcinogenesis* **12**, 1325-1329, doi:10.1093/carcin/12.7.1325 (1991).
422 Chung, F. L., Wang, M. Y. & Hecht, S. S. Effects of dietary indoles and isothiocyanates on N-nitrosodimethylamine and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone alpha-hydroxylation and DNA methylation in rat liver. *Carcinogenesis* **6**, 539-543, doi:10.1093/carcin/6.4.539 (1985).
423 Hong, J. & Yang, C. S. The nature of microsomal N-nitrosodimethylamine demethylase and its role in carcinogen activation. *Carcinogenesis* **6**, 1805-1809, doi:10.1093/carcin/6.12.1805 (1985).
424 Meira, L. B. *et al.* DNA damage induced by chronic inflammation contributes to colon carcinogenesis in mice. *J Clin Invest* **118**, 2516-2525, doi:10.1172/JCI35073 (2008).
425 Klaunig, J. E., Wang, Z., Pu, X. & Zhou, S. Oxidative stress and oxidative damage in chemical carcinogenesis. *Toxicol Appl Pharmacol* **254**, 86-99, doi:10.1016/j.taap.2009.11.028 (2011).
426 Ahotupa, M., Bussacchini-Griot, V., Bereziat, J. C., Camus, A. M. & Bartsch, H. Rapid oxidative stress induced by N-nitrosamines. *Biochem Biophys Res Commun* **146**, 1047-1054, doi:10.1016/0006-291x(87)90753-4 (1987).
427 Kiziltas, H. *et al.* Antioxidant properties of Ferulago angulata and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. *Pharm Biol* **55**, 888-897, doi:10.1080/13880209.2016.1270974 (2017).
428 Balkwill, F. & Mantovani, A. Inflammation and cancer: back to Virchow? *Lancet* **357**, 539-545, doi:10.1016/S0140-6736(00)04046-0 (2001).
429 Guerra, C. *et al.* Chronic pancreatitis is essential for induction of pancreatic ductal adenocarcinoma by K-Ras oncogenes in adult mice. *Cancer Cell* **11**, 291-302, doi:10.1016/j.ccr.2007.01.012 (2007).
430 Bogen, K. T. Inflammation as a Cancer Co-Initiator: New Mechanistic Model Predicts Low/Negligible Risk at Noninflammatory Carcinogen Doses. *Dose Response* **17**, 1559325819847834, doi:10.1177/1559325819847834 (2019).
431 Coussens, L. M. & Werb, Z. Inflammation and cancer. *Nature* **420**, 860-867 (2002).
432 Wang, D. & Dubois, R. N. Eicosanoids and cancer. *Nat Rev Cancer* **10**, 181-193, doi:nrc2809 [pii]
10.1038/nrc2809 (2010).
433 De Cock, J. M. *et al.* Inflammation Triggers Zeb1-Dependent Escape from Tumor Latency. *Cancer Res* **76**, 6778-6784, doi:10.1158/0008-5472.CAN-16-0608 (2016).
434 Aggarwal, B. B., Shishodia, S., Sandur, S. K., Pandey, M. K. & Sethi, G. Inflammation and cancer: how hot is the link? *Biochem Pharmacol* **72**, 1605-1621, doi:S0006-2952(06)00389-3 [pii]
10.1016/j.bcp.2006.06.029 (2006).
435 Espinoza, J. A. *et al.* The inflammatory inception of gallbladder cancer. *Biochim Biophys Acta* **1865**, 245-254, doi:10.1016/j.bbcan.2016.03.004 (2016).



CONFIDENTIAL INFORMATION

436 Wongsena, W. *et al.* Melatonin suppresses eosinophils and Th17 cells in hamsters treated with a combination of human liver fluke infection and a chemical carcinogen. *Pharmacol Rep* **70**, 98-105, doi:10.1016/j.pharep.2017.07.017 (2018).
437 Dangtakot, R. *et al.* CagA(+) Helicobacter pylori infection and N-nitrosodimethylamine administration induce cholangiocarcinoma development in hamsters. *Helicobacter*, e12817, doi:10.1111/hel.12817 (2021).
438 Yang, H., Wang, H. & Andersson, U. Targeting Inflammation Driven by HMGB1. *Front Immunol* **11**, 484, doi:10.3389/fimmu.2020.00484 (2020).
439 Thamavit, W., Kongkanuntn, R., Tiwawech, D. & Moore, M. A. Level of Opisthorchis infestation and carcinogen dose-dependence of cholangiocarcinoma induction in Syrian golden hamsters. *Virchows Arch B Cell Pathol Incl Mol Pathol* **54**, 52-58, doi:10.1007/BF02899196 (1987).
440 Boonjaraspinyo, S., Boonmars, T., Aromdee, C., Puapairoj, A. & Wu, Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. *Parasitol Res* **108**, 7-14, doi:10.1007/s00436-010-2031-7 (2011).
441 Boonjaraspinyo, S., Boonmars, T., Aromdee, C. & Kaewsamut, B. Effect of fingerroot on reducing inflammatory cells in hamster infected with Opisthorchis viverrini and N-nitrosodimethylamine administration. *Parasitol Res* **106**, 1485-1489, doi:10.1007/s00436-010-1809-y (2010).
442 George, J., Rao, K. R., Stern, R. & Chandrakasan, G. Dimethylnitrosamine-induced liver injury in rats: the early deposition of collagen. *Toxicology* **156**, 129-138 (2001).
443 George, J., Tsutsumi, M. & Tsuchishima, M. MMP-13 deletion decreases profibrogenic molecules and attenuates N-nitrosodimethylamine-induced liver injury and fibrosis in mice. *J Cell Mol Med* **21**, 3821-3835, doi:10.1111/jcmm.13304 (2017).
444 Kim, E. M., Bae, Y. M., Choi, M. H. & Hong, S. T. Connexin 43 plays an important role in the transformation of cholangiocytes with Clonochis sinensis excretory-secretory protein and N-nitrosodimethylamine. *PLoS Negl Trop Dis* **13**, e0006843, doi:10.1371/journal.pntd.0006843 (2019).
445 Desjardins, R., Fournier, M., Denizeau, F. & Krzystyniak, K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. *J Toxicol Environ Health* **37**, 351-361, doi:10.1080/15287399209531676 (1992).
446 Jeong, H. G. & Lee, Y. W. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. *Cancer Lett* **134**, 73-79, doi:10.1016/s0304-3835(98)00246-8 (1998).
447 Ratajczak-Wrona, W. *et al.* PI3K-Akt/PKB signaling pathway in neutrophils and mononuclear cells exposed to N-nitrosodimethylamine. *J Immunotoxicol* **11**, 231-237, doi:10.3109/1547691X.2013.826307 (2014).
448 Sharma, V. & Singh, M. Attenuation of N-nitrosodimethylamine induced hepatotoxicity by Operculina turpethum in Swiss Albino mice. *Iran J Basic Med Sci* **17**, 73-80 (2014).
449 Wang, H. Y., Qin, M., Dong, L., Lv, J. Y. & Wang, X. Genotoxicity of a Low-Dose Nitrosamine Mixture as Drinking Water Disinfection Byproducts in NIH3T3 Cells. *Int J Med Sci* **14**, 961-969, doi:10.7150/ijms.20121 (2017).



CONFIDENTIAL INFORMATION

450 Potten, C. S., Li, Y. Q., O'Connor, P. J. & Winton, D. J. A possible explanation for the differential cancer incidence in the intestine, based on distribution of the cytotoxic effects of carcinogens in the murine large bowel. *Carcinogenesis* **13**, 2305-2312 (1992).
451 Li, Y. Q., Fan, C. Y., O'Connor, P. J., Winton, D. J. & Potten, C. S. Target cells for the cytotoxic effects of carcinogens in the murine small bowel. *Carcinogenesis* **13**, 361-368 (1992).
452 Kyrtopoulos, S. A. DNA adducts in humans after exposure to methylating agents. *Mutat Res* **405**, 135-143, doi:10.1016/s0027-5107(98)00130-4 (1998).
453 Lin, H. L., Parsels, L. A., Maybaum, J. & Hollenberg, P. F. N-Nitrosodimethylamine-mediated cytotoxicity in a cell line expressing P450 2E1: evidence for apoptotic cell death. *Toxicol Appl Pharmacol* **157**, 117-124, doi:10.1006/taap.1999.8651 (1999).
454 Lin, H. & Hollenberg, P. F. N-nitrosodimethylamine-mediated formation of oxidized and methylated dna bases in a cytochrome P450 2E1 expressing cell line. *Chem Res Toxicol* **14**, 562-566, doi:10.1021/tx0001979 (2001).
455 Suksawat, M. *et al.* Upregulation of endothelial nitric oxide synthase (eNOS) and its upstream regulators in Opisthorchis viverrini associated cholangiocarcinoma and its clinical significance. *Parasitol Int* **66**, 486-493, doi:10.1016/j.parint.2016.04.008 (2017).
456 Iwaniuk, A., Jablonska, E., Jablonski, J., Ratajczak-Wrona, W. & Garley, M. Expression of selected proteins of the extrinsic and intrinsic pathways of apoptosis in human leukocytes exposed to N-nitrosodimethylamine. *Hum Exp Toxicol* **34**, 591-600, doi:10.1177/0960327114551391 (2015).
457 Gombar, C. T. *et al.* Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. *Cancer Res* **50**, 4366-4370 (1990).
458 Gombar, C. T. *et al.* Pharmacokinetics of N-nitrosodimethylamine in swine. *Carcinogenesis* **9**, 1351-1354, doi:10.1093/carcin/9.8.1351 (1988).
459 Gombar, C. T., Pylypiw, H. M., Jr. & Harrington, G. W. Pharmacokinetics of N-nitrosodimethylamine in beagles. *Cancer Res* **47**, 343-347 (1987).
460 Streeter, A. J. *et al.* Metabolic denitrosation of N-nitrosodimethylamine in vivo in the rat. *Cancer Res* **50**, 1144-1150 (1990).
461 Beebe, L. E. *et al.* Comparison of transplacental and neonatal initiation of mouse lung and liver tumors by N-nitrosodimethylamine (NDMA) and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and promotability by a polychlorinated biphenyls mixture (Aroclor 1254). *Carcinogenesis* **14**, 1545-1548 (1993).
462 Clapp, N. K., Craig, A. W. & Toya, R. E., Sr. Diethylnitrosamine oncogenesis in RF mice as influenced by variations in cumulative dose. *Int J Cancer* **5**, 119-123, doi:10.1002/ijc.2910050116 (1970).
463 Rajewsky, M. F., Dauber, W. & Frankenberg, H. Liver carcinogenesis by diethylnitrosamine in the rat. *Science* **152**, 83-85, doi:10.1126/science.152.3718.83 (1966).
464 Arcos, J. C., Argus, M. F. & Mathison, J. B. Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. *Experientia* **25**, 296-298, doi:10.1007/BF02034405 (1969).
465 Montesano, R. & Saffiotti, U. Carcinogenic response of the respiratory tract of Syrain golden hamsters to different doses of diethylnitrosamine. *Cancer Res* **28**, 2197-2210 (1968).



CONFIDENTIAL INFORMATION

466 Argus, M. F. & Hoch-Ligeti, C. Induction of malignant tumors in the guinea pig by oral administration of diethylnitrosamine. *J Natl Cancer Inst* **30**, 533-551 (1963).
467 Lijinsky, W., Reuber, M. D. & Riggs, C. W. Dose response studies of carcinogenesis in rats by nitrosodiethylamine. *Cancer Res* **41**, 4997-5003 (1981).
468 Hendricks, J. D., Cheng, R., Shelton, D. W., Pereira, C. B. & Bailey, G. S. Dose-dependent carcinogenicity and frequent Ki-ras proto-oncogene activation by dietary N-nitrosodiethylamine in rainbow trout. *Fundam Appl Toxicol* **23**, 53-62, doi:10.1006/faat.1994.1078 (1994).
469 Thorgeirsson, U. P., Dalgard, D. W., Reeves, J. & Adamson, R. H. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol* **19**, 130-151, doi:10.1006/rtph.1994.1013 (1994).
470 Berger, M. R., Schmahl, D. & Zerban, H. Combination experiments with very low doses of three genotoxic N-nitrosamines with similar organotropic carcinogenicity in rats. *Carcinogenesis* **8**, 1635-1643, doi:10.1093/carcin/8.11.1635 (1987).
471 Verna, L., Whysner, J. & Williams, G. M. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther* **71**, 57-81, doi:10.1016/0163-7258(96)00062-9 (1996).
472 Kirsch-Volders, M., Aardema, M. & Elhajouji, A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res* **464**, 3-11, doi:10.1016/s1383-5718(99)00161-8 (2000).
473 Anderson, L. M., Hagiwara, A., Kovatch, R. M., Rehm, S. & Rice, J. M. Transplacental initiation of liver, lung, neurogenic, and connective tissue tumors by N-nitroso compounds in mice. *Fundam Appl Toxicol* **12**, 604-620, doi:10.1016/0272-0590(89)90033-x (1989).
474 Tielemans, E. *et al.* Conceptual model for assessment of inhalation exposure: defining modifying factors. *Ann Occup Hyg* **52**, 577-586, doi:10.1093/annhyg/men059 (2008).
475 Hidajat, M. *et al.* Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. *Occup Environ Med* **76**, 259-267, doi:10.1136/oemed-2018-105182 (2019).
476 Cherrie, J. W., McElvenny, D. & Blyth, K. G. Estimating past inhalation exposure to asbestos: A tool for risk attribution and disease screening. *Int J Hyg Environ Health* **221**, 27-32, doi:10.1016/j.ijheh.2017.09.013 (2018).
477 Klein, R. G. & Schmezer, P. Quantitative measurement of the exhalation rate of volatile N-nitrosamines in inhalation experiments with anaesthetized Sprague-Dawley rats. *IARC Sci Publ*, 513-517 (1984).
478 Emery. Ranitidine FDA Citizen Petition 1-7 (2020).
479 Mohr, U., Haas, H. & Hilfrich, J. The carcinogenic effects of dimethylnitrosamine and nitrosomethylurea in European hamsters (Cricetus cricetus L.). *Br J Cancer* **29**, 359-364, doi:10.1038/bjc.1974.83 (1974).
480 Anderson, L. M., Ward, J. M., Fox, S. D., Isaaq, H. J. & Riggs, C. W. Effects of a single dose of polychlorinated biphenyls to infant mice on N-nitrosodimethylamine-initiated lung and liver tumors. *Int J Cancer* **38**, 109-116 (1986).
481 Toth, B., Magee, P. N. & Shubik, P. Carcinogenesis Study with Dimethylnitrosamine Administered Orally to Adult and Subcutaneously to Newborn Balb-C Mice. *Cancer Res* **24**, 1712-1721 (1964).



CONFIDENTIAL INFORMATION

482 Hoch-Ligeti, C., Argus, M. F. & Arcos, J. C. Combined carcinogenic effects of dimethylnitrosamine and 3-methylcholanthrene in the rat. *J Natl Cancer Inst* **40**, 535-549 (1968).
483 Keefer, L. K., Lijinsky, W. & Garcia, H. Deuterium isotope effect on the carcinogenicity of dimethylnitrosamine in rat liver. *J Natl Cancer Inst* **51**, 299-302, doi:10.1093/jnci/51.1.299 (1973).
484 Takayama, S. & Oota, K. Malignant Tumors Induced in Mice Fed with N-Nitrosodimethylamine. *Gan* **54**, 465-472 (1963).
485 Takayama, S. & Oota, K. Induction of Malignant Tumors in Various Strains of Mice by Oral Administration of N-Nitrosodimethylamine and N-Nitrosodiethylamine. *Gan* **56**, 189-199 (1965).
486 Den Engelse, L. The formation of methylated bases in DNA by dimethylnitrosamine and its relation to differences in the formation of tumours in the livers of GR and C3HF mice. *Chem Biol Interact* **8**, 329-338, doi:10.1016/0009-2797(74)90011-8 (1974).
487 den Engelse, L., Bentvelzen, P. A. & Emmelot, P. Studies on lung tumours. I. Methylation of deoxyribonucleic acid and tumour formation following administration of dimethylnitrosamine to mice. *Chem Biol Interact* **1**, 395-406, doi:10.1016/0009-2797(70)90006-2 (1970).
488 Clapp, N. K. & Craig, A. W. Carcinogenic effects of diethylnitrosamine in RF mice. *J Natl Cancer Inst* **39**, 903-916 (1967).
489 Vesselinovitch, S. D. The sex-dependent difference in the development of liver tumors in mice administered dimethylnitrosamine. *Cancer Res* **29**, 1024-1027 (1969).
490 Ingram, A. J. The lethal and hepatocarcinogenic effects of dimethylnitrosamine injection in the newt Triturus helveticus. *Br J Cancer* **26**, 206-215, doi:10.1038/bjc.1972.28 (1972).
491 Ashley, L. M. & Halver, J. E. Dimethylnitrosamine-induced hepatic cell carcinoma in rainbow trout. *J Natl Cancer Inst* **41**, 531-552 (1968).
492 Sato, S., Matsushima, T., Tanaka, N., Sugimura, T. & Takashima, F. Hepatic tumors in the guppy (Lebistes reticulatus) induced by aflatoxin B 1 , dimethylintrosamine, and 2-acetylaminofluorene. *J Natl Cancer Inst* **50**, 767-778, doi:10.1093/jnci/50.3.767 (1973).
493 Delgado, M. E., Haza, A. I., Arranz, N., Garcia, A. & Morales, P. Dietary polyphenols protect against N-nitrosamines and benzo(a)pyrene-induced DNA damage (strand breaks and oxidized purines/pyrimidines) in HepG2 human hepatoma cells. *Eur J Nutr* **47**, 479-490, doi:10.1007/s00394-008-0751-6 (2008).
494 Yoo, J. S., Guengerich, F. P. & Yang, C. S. Metabolism of N-nitrosodialkylamines by human liver microsomes. *Cancer Res* **48**, 1499-1504 (1988).
495 Yamazaki, H., Inui, Y., Yun, C. H., Guengerich, F. P. & Shimada, T. Cytochrome P450 2E1 and 2A6 enzymes as major catalysts for metabolic activation of N-nitrosodialkylamines and tobacco-related nitrosamines in human liver microsomes. *Carcinogenesis* **13**, 1789-1794, doi:10.1093/carcin/13.10.1789 (1992).
496 Patten, C. J. *et al.* Catalytic properties of the human cytochrome P450 2E1 produced by cDNA expression in mammalian cells. *Arch Biochem Biophys* **299**, 163-171, doi:10.1016/0003-9861(92)90258-x (1992).
497 Bell, J. A., Dallas, F. A., Jenner, W. N. & Martin, L. E. The metabolism of ranitidine in animals and man [proceedings]. *Biochem Soc Trans* **8**, 93, doi:10.1042/bst0080093 (1980).



CONFIDENTIAL INFORMATION

498 Martin, L. E., Oxford, J. & Tanner, R. J. The use of on-line high-performance liquid chromatography-mass spectrometry for the identification of ranitidine and its metabolites in urine. *Xenobiotica* **11**, 831-840, doi:10.3109/00498258109045320 (1981).
499 Martin, L. E., Oxford, J. & Tanner, R. J. Use of high-performance liquid chromatography-mass spectrometry for the study of the metabolism of ranitidine in man. *J Chromatogr* **251**, 215-224, doi:10.1016/s0021-9673(00)98519-4 (1982).
500 Hakkola, J., Tanaka, E. & Pelkonen, O. Developmental expression of cytochrome P450 enzymes in human liver. *Pharmacol Toxicol* **82**, 209-217, doi:10.1111/j.1600-0773.1998.tb01427.x (1998).
501 Ding, X. *et al.* Expression of HMGA2 in bladder cancer and its association with epithelial-to-mesenchymal transition. *Cell Prolif* **47**, 146-151, doi:10.1111/cpr.12096 (2014).
502 Sheweita, S. A., El-Shahat, F. G., Bazeed, M. A., Abu El-Maati, M. R. & O'Connor, P. J. Effects of Schistosoma haematobium infection on drug-metabolizing enzymes in human bladder cancer tissues. *Cancer Lett* **205**, 15-21, doi:10.1016/j.canlet.2003.09.023 (2004).
503 Penston, J. & Wormsley, K. G. H2-receptor antagonists and gastric cancer. *Med Toxicol* **1**, 163-168, doi:10.1007/BF03259835 (1986).
504 Cardwell, C. R., McDowell, R. D., Hughes, C. M., Hicks, B. & Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol* **116**, 1612-1619, doi:10.14309/ajg.0000000000001310 (2021).
505 Michaud, D. S., Mysliwiec, P. A., Aldoori, W., Willett, W. C. & Giovannucci, E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. *Cancer Epidemiol Biomarkers Prev* **13**, 250-254, doi:10.1158/1055-9965.epi-03-0174 (2004).
506 Kantor, E. D. *et al.* Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology* **160**, 1856-1859 e1855, doi:10.1053/j.gastro.2020.12.037 (2021).
507 Yoon, H. J., Kim, J. H., Seo, G. H. & Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med* **10**, doi:10.3390/jcm10010153 (2021).
508 Hou, D. F., Wang, S. L., He, Z. M., Yang, F. & Chen, Z. C. Expression of CYP2E1 in human nasopharynx and its metabolic effect in vitro. *Mol Cell Biochem* **298**, 93-100, doi:10.1007/s11010-006-9356-7 (2007).
509 Yin, X. *et al.* Association of CYP2E1 gene polymorphisms with bladder cancer risk: A systematic review and meta-analysis. *Medicine (Baltimore)* **97**, e11910, doi:10.1097/MD.0000000000011910 (2018).
510 Brooks, J. B., Cherry, W. B., Thacker, L. & Alley, C. C. Analysis by gas chromatography of amines and nitrosamines produced in vivo and in vitro by Proteus mirabilis. *J Infect Dis* **126**, 143-153, doi:10.1093/infdis/126.2.143 (1972).
511 Al-Saraireh, Y. M. *et al.* Profiling of CYP4Z1 and CYP1B1 expression in bladder cancers. *Sci Rep* **11**, 5581, doi:10.1038/s41598-021-85188-4 (2021).
512 Weisburger, J. H. & Raineri, R. Dietary factors and the etiology of gastric cancer. *Cancer Res* **35**, 3469-3474 (1975).
513 Feng, J. *et al.* Functional PstI/RsaI polymorphism in CYP2E1 is associated with the development, progression and poor outcome of gastric cancer. *PLoS One* **7**, e44478, doi:10.1371/journal.pone.0044478 (2012).



CONFIDENTIAL INFORMATION

514 Rao, S. S. *et al.* Gastric carcinoid associated with ranitidine in a patient with renal failure. *Am J Gastroenterol* **88**, 1273-1274 (1993).

515 Duane, P. D., Shallcross, T. M. & Heatley, R. V. Duodenal carcinoid tumour in a patient with rheumatoid arthritis receiving long term ranitidine treatment. *BMJ* **300**, 124-125, doi:10.1136/bmj.300.6717.124-d (1990).

516 La Vecchia, C., Negri, E., Franceschi, S. & D'Avanzo, B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition* **8**, 177-181 (1992).

517 Lintas, C. L., Clark, A., Fox, J., Tannenbaum, S. R. & Newberne, P. M. In vivo stability of nitrite and nitrosamine formation in the dog stomach: effect of nitrite and amine concentration and of ascorbic acid. *Carcinogenesis* **3**, 161-165, doi:10.1093/carcin/3.2.161 (1982).

518 Schneider, N. R. & Yeary, R. A. Nitrite and nitrate pharmacokinetics in the dog, sheep, and pony. *Am J Vet Res* **36**, 941-947 (1975).

519 Parsa, I., Marsh, W. H. & Sutton, A. L. An in vitro model of human pancreas carcinogenesis: effects of nitroso compounds. *Cancer* **47**, 1543-1551, doi:10.1002/1097-0142(19810315)47:6+<1543::aid-cncr2820471417>3.0.co;2-3 (1981).

520 Parsa, I., Marsh, W. H., Sutton, A. L. & Butt, K. M. Effects of dimethylnitrosamine on organ-cultured adult human pancreas. *Am J Pathol* **102**, 403-411 (1981).

521 Parsa, I., Friedman, S. & Cleary, C. M. Visualization of O6-methylguanine in target cell nuclei of dimethylnitrosamine-treated human pancreas by a murine monoclonal antibody. *Carcinogenesis* **8**, 839-846, doi:10.1093/carcin/8.6.839 (1987).

522 Evans, J. M., McMahon, A. D., Steinke, D. T., McAlpine, R. R. & MacDonald, T. M. Do H2-receptor antagonists cause acute pancreatitis? *Pharmacoepidemiol Drug Saf* **7**, 383-388, doi:10.1002/(SICI)1099-1557(199811/12)7:6<383::AID-PDS377>3.0.CO;2-Q (1998).

523 McDowell, R. D., Hughes, C. M., Murchie, P. & Cardwell, C. R. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol* **71**, 101880, doi:10.1016/j.canep.2020.101880 (2021).

524 Guo, Y., Zhu, L. R., Lu, G., Wang, H. & Hong, J. Y. Selective expression of CYP2A13 in human pancreatic alpha-islet cells. *Drug Metab Dispos* **40**, 1878-1882, doi:10.1124/dmd.112.046359 (2012).

525 Wacke, R. *et al.* Up-regulation of cytochrome P450 1A2, 2C9, and 2E1 in chronic pancreatitis. *Pancreas* **16**, 521-528, doi:10.1097/00006676-199805000-00011 (1998).

526 Smith, T. J. *et al.* Characterization of xenobiotic-metabolizing enzymes and nitrosamine metabolism in the human esophagus. *Carcinogenesis* **19**, 667-672, doi:10.1093/carcin/19.4.667 (1998).

527 Autrup, H. & Stoner, G. D. Metabolism of N-nitrosamines by cultured human and rat esophagus. *Cancer Res* **42**, 1307-1311 (1982).

528 Cricco, G. P. *et al.* Histamine as an autocrine growth factor in experimental mammary carcinomas. *Agents Actions* **43**, 17-20, doi:10.1007/BF02005757 (1994).

529 Deva, S. & Jameson, M. Histamine type 2 receptor antagonists as adjuvant treatment for resected colorectal cancer. *Cochrane Database Syst Rev*, CD007814, doi:10.1002/14651858.CD007814.pub2 (2012).




CONFIDENTIAL INFORMATION

530 Ucar, K. The effects of histamine H2 receptor antagonists on melanogenesis and cellular proliferation in melanoma cells in culture. *Biochem Biophys Res Commun* **177**, 545-550, doi:10.1016/0006-291x(91)92018-f (1991).



CONFIDENTIAL INFORMATION

# EXHIBIT 17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# Report of Michael P. Porter, MD, MS

Date: March 7, 2022

Michael P. Porter, MD, MS

## 1. <u>Introduction.</u>

### 1A. Qualifications.

I am a urologist and a clinical expert in the treatment of urologic cancer with a subspecialty focus on bladder cancer. I received a B.A. from the University of Iowa in 1992 (major biology, minor chemistry) and a M.D. from the University of Iowa in 1997 (Iowa City, IA). I completed a 6-year residency in Urologic Surgery in 2003 at the University of Washington (Seattle, WA). During surgical residency I spent my research year obtaining a M.S. in epidemiology from the University of Washington School of Public Health and Community Medicine (2000). After residency I spent 2 years as a Robert Wood Johnson Clinical Scholar, a health services research fellowship which I completed in 2005. I joined the faculty at the University of Washington upon completion of my fellowship. During my tenure as a faculty member at the University of Washington, I served 2 terms as a National Cancer Institute (National Institute of Health) Bladder Cancer Task Force member (2010-2016), 10 years as a member of the National Comprehensive Cancer Network Bladder Cancer Guideline Panel (2010-2019), and currently serve on the Scientific Advisory Board of the Bladder Cancer Advocacy Network (2012-present).

I am currently a Professor of Urology and Adjunct Professor of Epidemiology at the University of Washington, and Chief of Urology at the VA Puget Sound Health Care System. My clinical practice focuses on surgical urologic oncology, with a focus on bladder, kidney, and prostate cancer.

### 1B. Summary of Opinions.

I was retained to provide opinions on behalf of the Defendants regarding the epidemiological evidence surrounding ranitidine exposure and the potential risk of bladder cancer and provide an expert report summarizing my findings. It is my opinion, to a high degree of medical and scientific certainty, that the existing epidemiological evidence does not support a true increased risk or causal association between ranitidine exposure and bladder cancer.

The opinions expressed in this report are based on my education, training, and experience (CV attached as Exhibit A), as well as the literature and materials I have reviewed (attached as Exhibit B). I reserve the right to amend or supplement my opinions upon review of additional materials. I am being compensated for my time at the rate of $700 per hour. This is the first time I have served as an expert witness.

## 2. <u>Assessment of Ranitidine and the Risk of Bladder Cancer.</u>

I was asked to review the epidemiological evidence surrounding ranitidine exposure and the potential risk of bladder cancer. Studies that directly examine exposure to ranitidine and subsequent risk of bladder cancer are most relevant to the question of whether ranitidine use causes bladder cancer and I have given the most weight to these studies.

In addition to studies on ranitidine, I have also evaluated studies that assessed H2 blockers combined, the medication class ranitidine belongs to. H2 blockers are a class of acid suppressive drugs used to treat heartburn, gastroesophageal reflux disease (GERD), and peptic ulcer disease (PUD). Review of these studies was included for completeness and because there are still some valuable insights to be gained from these studies. However, they represent a weaker level of evidence than studies specifically evaluating ranitidine.

Lastly, I reviewed studies on N-nitrosodimethylamine (NDMA) and the risk of bladder cancer, which included studies on non-ranitidine contaminated medication, dietary, and occupational exposure. These studies were evaluated because some of them were cited by Plaintiffs' experts, who claim that a purported association between ranitidine and bladder cancer may be mediated by alleged NDMA exposure from exogenous contamination in the medication and endogenous formation in the body. However, the relevant scientific inquiry in this litigation is whether ranitidine use increases the risk of bladder cancer and since these studies do not address ranitidine exposure, they constitute a considerably weaker level of evidence than the studies specifically on ranitidine.

NDMA is a type of nitrosamine that is commonly found in the environment and the diet, including in cured, smoked, and grilled meats and fish, dairy products, vegetables, and water (FDA 2021). The FDA has reported exogenous contamination (also known as an impurity) of NDMA and other nitrosamines in several medications since 2018, including medications to treat hypertension (valsartan, losartan, irbesartan), heartburn (ranitidine, nizatidine), diabetes (metformin), tuberculosis (rifampin, rifapentine), and for smoking cessation (varenicline). The FDA has reported the NDMA levels in ranitidine are low and similar to the levels expected from consumption of common foods. However, following manufacturer recalls, the FDA requested a withdrawal of ranitidine products from the U.S. market on April 1, 2020. It was found that the impurity in some ranitidine products may increase over time and when stored at higher temperatures and thus the quality control over the NDMA levels could not be assured. The FDA has indicated they may consider allowing ranitidine product back on the market if product stability with respect to NDMA levels can be demonstrated.

The FDA has also stated that the "FDA does not expect nitrosamines to cause harm when ingested at low levels. Nitrosamine impurities may increase the risk of cancer if people are exposed to them above acceptable levels and over long periods of time, but a person taking a drug that contains nitrosamines at, or below, the acceptable daily intake limits every day for 70 years is not expected to have an increased risk of cancer" (FDA 2021). NDMA has been classified by scientific and regulatory organizations as a probable human carcinogen (not a known human carcinogen), meaning high doses have been found to cause certain cancers in experimental animals, however, there is limited evidence of carcinogenicity from studies in humans (IARC 1987; NTP 2021).

It has also been proposed that ranitidine forms additional NDMA in the body following ingestion of the medication (endogenous formation). In 2016, Zeng and Mitch reported the results of a study of 10 healthy volunteers that measured the 24-hour urinary excretion of NDMA before and after ingestion of a ranitidine 150 mg tablet (Zeng and Mitch 2016). Based on gas

chromatography-mass spectrometry (GC/MS) analysis of urine samples obtained from the study subjects, the authors reported that the subjects who ingested ranitidine had 400x the levels of NDMA in their urine after, as compared to before, ingestion. However, it was found that the analytic method used created the high levels of NDMA; in other words, the high heat used in the GC method degrades ranitidine to form NDMA that was not in the original urine sample. The FDA subsequently recommended that all future ranitidine studies examining NDMA levels use liquid chromatography-mass spectrometry (LC/MS) (which uses lower temperatures) as an accurate analytic method. In 2021, Zeng and Mitch issued a formal retraction of their 2016 study stating "[g]iven this artifact, the… NDMA measurements are not reliable."

Furthermore, in 2021 the FDA performed a randomized controlled trial using the proper LC/MS analytic technique (Florian et al 2021). They recruited 18 healthy volunteers and randomized them to receive ranitidine 300 mg or placebo in a 4-period crossover study. They also randomized subjects in both the ranitidine and placebo groups to either low or high NDMA/nitrite/nitrate diets. Subjects were sequestered in a clinic for 10 days, and received either ranitidine or placebo on days 1, 3, 5, and 7 immediately after breakfast, and urine and plasma samples were collected over a 24-hour period. They found no significant difference between urine or plasma NDMA levels between the ranitidine and placebo groups. Importantly, a significantly higher level of urinary NDMA was found in those who consumed the high NDMA diet compared to the low NDMA diet, regardless of whether they received ranitidine or placebo, demonstrating the adequate design of the study to detect small, significant differences in urine NDMA and the importance of controlling for diet (which was not done in the Zeng and Mitch 2016 study). This remarkably well-conducted study provides robust evidence that users of ranitidine, compared to non-users, do not have elevated urinary NDMA levels. The retraction of the Zeng and Mitch 2016 study and the subsequent FDA 2021 study conclusively refute the proposed biologically plausible mechanism of an increased risk of bladder cancer with ranitidine as there is no reliable evidence showing an increase in urinary excretion of NDMA in persons taking ranitidine.

To the extent that Plaintiffs may posit other potential biologically plausible mechanisms, it is important to remember that epidemiological studies on ranitidine and bladder cancer intrinsically test any proposed mechanism of action (e.g., NDMA exposure). In other words, a biologically plausible mechanism of harm may be rejected where there is no evidence of harm in well-designed epidemiological data. Ultimately, to draw any conclusion on whether ranitidine causes bladder cancer in humans, epidemiological studies on ranitidine and bladder cancer are required.

### 3. <u>Epidemiology</u>.

### 3A. Epidemiologic Studies.

Epidemiology is the study of how disease is distributed in a population and of the factors that influence or determine this distribution. By its nature, epidemiology is based on observations of disease in populations of people. In cancer epidemiology, the focus is often on trying to

determine if certain exposures change the risk of developing a certain cancer. This is often accomplished by following a group of people (a cohort), measuring each individual's exposure to a suspected factor that is hypothesized to increase or decrease the risk of cancer (the exposure), and then determining if the risk of cancer (the outcome) varies over time between individuals who were or were not exposed (the risk estimate). The risk estimate is often expressed as a relative risk (RR). For example, if a certain exposure is associated with a 50% increased risk of cancer, this is expressed as a RR=1.5. If it is associated with triple the risk, this equates to a RR=3.0. Conversely, if a certain exposure is associated with a 50% decreased risk of cancer, this is expressed as a RR=0.50, and a three-fold decrease in associated risk is expressed as a RR=0.33. If an exposure has no effect, this is expressed as RR=1.0 (the "null"). However, not every RR above or below 1.0 reflects a true association. As will be discussed, chance, confounding, and bias must be ruled out to avoid false or spurious associations.

Depending on the study design, the risk estimate may also be expressed as an odds ratio (OR) or hazard ratio (HR). RRs are the product of cohort studies (as described above). Odds ratios are the product of a study design called a case-control study. Whereas a cohort study starts with the exposure and compares the subsequent risk of an outcome among those exposed and unexposed, a case-control study starts with the outcome and compares the frequency of a past exposure among those with the outcome (cases) and those without the outcome (controls). If derived from properly performed studies, the OR and RR have a similar interpretation. HRs also have a similar interpretation as RRs and are reported when a cohort study accounts for person-time at risk and uses a multivariate Cox proportional hazards model to adjust for potential confounding variables.

**3B. Sources of Study Bias.**

Epidemiologic studies are often observational because epidemiologists cannot randomize people to potentially harmful exposures (randomizing participants to a potential carcinogen, for example). As a result, there are often intrinsic differences between exposed and unexposed individuals in the population or cohort that is being studied that could produce a false result if not controlled for. Additionally, there may be difficulties in accurately measuring exposure and other factors that could influence the outcome. These issues are broadly defined as bias.

A major source of bias in observational epidemiologic studies, and perhaps the most difficult to control for, is confounding. This occurs when the exposure of interest is closely associated with another factor that is also a risk factor for the outcome of interest. For example, suppose you were studying a large cohort of people trying to determine if gum disease and tooth loss were associated with an increased risk of lung cancer. In such a study, you would want to try to adjust for any factors that may be associated with tooth loss and gum disease that could contribute to the risk of developing lung cancer, such as smoking. If you did not statistically adjust for smoking, it may appear that tooth loss and gum disease were associated with lung cancer, when in reality, the underlying factor creating this association was cigarette smoking (as smoking independently causes both tooth loss/gum disease and lung cancer). As another example, many studies have reported an increased risk of bladder cancer with coffee consumption, including a dose-response

relationship (Zhou et al 2012). However, smoking is independently associated with both coffee consumption (Bjorngaard et al 2017) and bladder cancer (Thun et al 2018), with smoking being a very strong risk factor for bladder cancer. Further analyses of prospective cohort studies showed that the association between coffee drinking and bladder cancer only remained in analyses of current smokers and studies that poorly adjusted for smoking (Dai et al 2019). In 2018, the International Agency for Research on Cancer (IARC) updated their 1991 assessment on coffee and bladder cancer in which they previously concluded that "coffee is possibly carcinogenic to the human urinary bladder (Group 2B)" (IARC 1991; IARC 2018). In their 2018 update, they found "higher-quality epidemiological studies of cancer of the bladder and coffee drinking… did not show a consistent association or a dose–response relationship. The Working Group judged that the positive associations between coffee drinking and cancer of the bladder observed in some studies were probably due to inadequate control for the confounding effects of tobacco smoking, a major risk factor for cancer of the bladder that is often strongly associated with coffee drinking" and ultimately "concluded that drinking coffee is not classifiable as to its carcinogenicity to humans (Group 3)" (IARC 2018). Thus, the potential influence of confounding in observational studies cannot be overlooked, particularly in relation to strong risk factors for bladder cancer such as smoking. Of course, to adequately adjust for smoking, you must measure it accurately. Smoking status may be unavailable or inadequately captured from studies utilizing medical records and health care administration databases. Similarly, in studies based on self-reported exposure, tobacco use, current or former, may be underreported due to social desirability bias or recall bias (Brigham et al 2010). It has also been documented in multiple studies that self-reported smoking status significantly underestimates the true prevalence of smoking, often by as much as 20-40% (Gorber et al 2009).

A common type of confounding in epidemiological studies of medications (also known as pharmacoepidemiology) is confounding by indication. Confounding by indication occurs when the underlying indication for a medication, or factors associated with the underlying indication, are the cause of the outcome, rather than the medication itself. For example, in a study evaluating whether a drug used to treat diabetes increases the risk of cancer, it would be important to control for the underlying indication (diabetes), which may itself independently increase the risk of cancer. Additionally, it would be important to control for factors associated with diabetes, such as obesity, that also may independently increase the risk of cancer. Without adequately controlling for these variables, a study may report a false association between the drug used to treat diabetes and cancer when one does not actually exist.

Statistical techniques can adjust for and minimize confounding, but all observational studies may be biased by so called residual confounding, i.e., factors that were not considered, or factors that were considered but were not accurately measured (misclassification) and therefore not completely adjusted for. The selection of the comparison group (i.e., those unexposed to the exposure of interest) can also minimize confounding. In pharmacoepidemiologic studies, the use of an active comparator inherently reduces the risk of confounding as a patient population that is exposed to a medication used to treat the same indication(s) is more likely to have similar baseline characteristics than a general population of nonusers. Active comparators for ranitidine include other H2 blockers and proton pump inhibitors (PPIs), with the former being the most

appropriate active comparator as the mechanism of action is the same (i.e., blocking the H2 receptor). Furthermore, indications and contraindications for choosing a PPI (a different class of acid suppressive agents that reduce stomach acid through a different mechanism) may differ from H2 blockers, and if the indications are related to another risk factor for the outcome of interest, this could introduce confounding. For example, PPIs have been reported to be associated with an increased risk of chronic kidney disease (CKD) and kidney disease progression (Xie et al 2016; Wijarnpreecha et al 2017), and smoking is a risk factor for CKD (Xia et al 2017). Thus, patients with CKD may be more likely to be prescribed an H2 blocker over a PPI, leading to a higher percentage of patients who are smokers taking ranitidine compared to PPIs. For these reasons, and since the allegation is that ranitidine causes cancer through a mechanism mediated by NDMA, and not by its action at the H2 receptor, other H2 blockers are ideal active comparators for ranitidine.[1]

Another major source of bias in epidemiologic studies is termed misclassification bias. Misclassification occurs when an exposure, an outcome, or any of the other variables that are being measured and adjusted for are not measured accurately. Misclassification bias can have varying effects on the results: sometimes resulting in a spurious finding that appears significant (i.e., bias away from the null value of 1.0), sometimes diluting findings that would be statistically significant if the misclassification had not occurred (i.e., bias toward the null), or sometimes having no overall effect on the risk estimate. Misclassification can be either differential or non-differential. Differential misclassification of exposure occurs when exposure is misclassified differentially based on the outcome. Differential misclassification of outcome occurs when outcomes are misclassified differentially based on the exposure. By contrast, non-differential misclassification of exposure occurs when the misclassification of exposure is not differential based on the outcome. Similarly, non-differential misclassification of outcome occurs when outcome misclassification is non-differential based on the exposure.

Differential misclassification can bias study results by changing the risk estimate either away from or toward the null if the misclassified variable is associated with the outcome. Recall bias is a type of differential misclassification bias that occurs in studies that use self-reporting. This is particularly problematic in retrospective case-control studies, as knowledge of the outcome at the time of reporting may influence recall and result in spurious associations.

In general, non-differential misclassification tends to move the risk estimates toward the null. However, this generalization does not always hold true. For example, in cases where the misclassified variable is polychotomous (a categorical variable with more than 2 categories), non-differential misclassification can bias the results either towards or away from the null. It is well recognized that non-differential misclassification of polychotomous variables in pharmacoepidemiologic, dietary, and occupational studies can create bias away from the null

[1] Of the other H2 blockers, only nizatidine has been found to also contain low levels of NDMA (FDA 2021). However, only one study on bladder cancer that compared ranitidine to other H2 blockers included nizatidine in the comparator group (Cardwell et al 2021). In this study, the other H2 blocker group largely consisted of cimetidine (93%), with famotidine and nizatidine making up the remaining 7%. Thus, inclusion of nizatidine in the comparator group in this study would have minimal impact.

and create non-existent associations (Funk et al 2014; Hornell et al 2017). In studies where there is misclassification of confounders, there is a higher likelihood of bias away from the null (Funk et al 2014). If you cannot accurately measure a confounder, you cannot accurately adjust for it. Thus, residual confounding can occur when confounders are misclassified. The magnitude of bias from misclassified confounders will be greatest when the confounder is strongly associated with the outcome in comparison to the study exposure. For example, smoking is the strongest and most common exogenous risk factor for bladder cancer and is commonly misclassified in studies irrespective of the data source (administrative databases, medical records, or self-reported use). Another potential source of non-differential misclassification in pharmacoepidemiology studies using administrative databases is the possibility that patients may fill a prescription medication but not take it. However, the likelihood of this bias is reduced in studies that evaluate long-term use and high number of filled prescriptions, as well as study designs relying on self-reported medication use. Since ranitidine was available as both a prescription and over-the-counter (OTC) drug, misclassification of OTC use may have occurred in studies using prescription databases. However, simulation studies have demonstrated that the magnitude of this bias is minimal if the overall prevalence of the medication exposure in the population is low (Yood et al 2007), as is the case for ranitidine (Kaufman et al 2002; Kantor et al 2015; Abrahami et al 2020; Danish Health Data Authority 2022). Finally, when an active comparator is used, particularly other H2 blockers that have similar patterns of use as ranitidine, any bias arising from non-differential misclassification is lessened both in likelihood and magnitude; additionally, the bias may go in either direction.

Protopathic bias is a bias that occurs in pharmacoepidemiologic studies when a medication is used to treat early symptoms of an undiagnosed outcome; in other words, the exposure takes place after the outcome has already occurred and cannot be the cause. Symptoms of undiagnosed bladder cancer include blood in the urine, pain and/or burning during urination, changes in urinary frequency (difficulty urinating or more frequent urination), lower abdominal pain and discomfort, and back pain. These symptoms also overlap with common bladder infections, including urinary tract infection, cystitis, and bladder stones. Thus, many physicians may initially treat early, undiagnosed symptoms of bladder cancer as one of these bladder conditions. Common treatments may include antibiotics for the presumed bladder infection and non-steroidal anti-inflammatory drugs (NSAIDs) for the pelvic, abdominal and/or back pain. Acid suppressants like ranitidine may also be prescribed for the treatment of the non-specific lower abdominal pain presenting as a symptom of bladder cancer and/or in combination with antibiotics and NSAIDs as both drug classes are known to be associated with gastrointestinal side effects. In this scenario, a study would erroneously consider the medication to precede the outcome when it really was used to treat the outcome that was not yet diagnosed. Therefore, protopathic bias may affect studies on H2 blockers and non-gastrointestinal cancers (Hsu et al 2013). One method to reduce protopathic bias in studies is the application of a lag period, which excludes the medication exposure in a certain time period (e.g., 1 year) prior to the cancer diagnosis.

Additional types of bias commonly encountered in epidemiologic studies include detection bias and selection bias. Detection bias arises when the frequency of a preventive or diagnostic test

for a disease differs between study groups, such that it may influence the likelihood of disease detection. For example, individuals that receive more preventive screenings or diagnostic exams may be medication users that require frequent doctor visits compared to non-medication users. Selection bias arises when the selection of the case group differs in an important way from the control group.

**3C. Statistical Significance and Chance.**

An important concept in all science is inference testing. This is a method used to determine if an observed result was more likely to be the result of the exposure (or intervention, if running an experiment) than random chance alone. A simple example is a coin toss. If you toss a coin once and get heads, you do not conclude that the coin is more likely to produce a heads result than a tails result. If you flipped it twice and came up with heads both times, you still would not conclude that the coin is more likely to produce a heads result by anything other than random chance. But what if you flipped the coin 100 times, and it came up heads in 60 of the flips? The cumulative probability of this occurring randomly (i.e., 60 or more heads results assuming a 50% probability of a head result with each toss) is 2.8%. Do you conclude the coin was imbalanced or rigged, or was this random chance? The answer depends on several factors.

The "p" value is the probability that the observed results in the study could have occurred solely due to chance in instances when there is truly no association between the exposure and outcome (i.e., the null hypothesis is true). In epidemiology (and most other clinical sciences), the threshold of 5% is generally agreed upon as the threshold for a finding being statistically significant. When the probability of an observed outcome occurring by chance alone (i.e., if the null hypothesis is true) is less than 5% ($p<0.05$), it is referred to as statistically significant. Simply put, this means that there is a greater than 95% chance that the observed outcome was related to something other than random chance, presumably the exposure of interest (absent bias or confounding). If a p-value is $\geq 0.05$, chance cannot be excluded as a likely explanation for the observed results and the finding is considered not to be statistically significant. Another way to express this is with a 95% confidence interval (95% CI), which is closely related to the p-value and is used often when studies report results with RR, HR, or OR. If a 95% CI does not cross 1.0 (the null value where exposed and unexposed individuals have the same risk of the outcome of interest), the result is considered statistically significant. The confidence interval is usually shown in parentheses directly after the RR, HR, or OR. For example, a RR of 1.6 (1.2-1.8) is typically interpreted as: the exposure is associated with a 60% statistically significant increased risk of the outcome. On the other hand, a RR of 1.6 (0.9-2.3) is typically interpreted as no statistically significant association, even though the RR was the same in each example, because the 95% CI crosses 1.0 in the latter example, and therefore there is a >5% chance that the result was observed due to random chance.

So, in our coin toss example, 60 heads out of 100 tries is considered a statistically significant outcome ($p=0.028$), but does that mean we can conclude that the coin is weighted towards heads? The answer is complex and involves a concept known as causality.

**3D. Causal Inference: Association vs. Causality.**

An individual epidemiologic study examines the relationship between an exposure(s) and an outcome(s) and reports its results most often in terms of a RR, HR, or OR (depending on study type) with associated p-values or 95% CI. A single study often reports numerous analyses, yielding numerous risk estimates. If the analyses yield statistically significant findings, the investigators may conclude that exposure x is *associated* with an increased (or decreased) risk of outcome y. The key word is associated. A single epidemiologic study is almost never sufficient to determine if exposure x *causes* outcome y. There are several reasons for this. First, and as described above, there could be bias in the study through misclassification and confounding. Most researchers will acknowledge weaknesses in their study, including the possibility of misclassification and unmeasured confounding variables or inability to fully adjust for a suspected confounding variable due to imprecise measurement.

Secondly, science relies on replication, and it is common for a single study to identify a statistically significant association between an exposure and an outcome, but to not have this finding replicated by additional studies in similar patient populations. This can occur due to bias and/or confounding, as stated above, but can also occur through random chance. Remember, if a study reports a p=0.05, there is a 1 in 20 chance that this finding was the result of random chance, and not related to the exposure. This problem of "multiple comparisons" is particularly acute in studies that run numerous statistical analyses. The more analyses they perform, the higher the probability of finding a statistically significant association that occurred by chance. Based purely on the math of probability and the p-value being set at 0.05, a study that looks at 100 different exposures will find an average of 5 statistically significant associations as a result of chance alone (100 x 0.05 = 5). The lack of replication for many initial statistically significant associations is heightened by publication bias, in which studies reporting a statistically significant association are more likely to be published than those finding no association. In other words, a single study may report a false positive result, and follow-up studies not finding the same association may be less likely to be published. Because of the high rate of false positive results and to improve reproducibility of research, some scientists advocate for a more conservative p-value of < 0.005 for claims of discovery of new effects (Benjamin et al 2018), but this has yet to be broadly adopted by the scientific community. It is also important to note that if the same bias is present across multiple studies, then the same false association can occur across multiple studies as well, such as an association driven by inadequate control for smoking.

Finally, if there is a replicated, valid association between an exposure and outcome that is not likely the result of chance, bias, or confounding, causal criteria can be applied. Causal inference is a process that takes the totality of available information into account and relies on some commonly accepted principles that are referred to as the Bradford Hill Criteria, after being described by epidemiologist Sir Austin Bradford Hill in 1965. Notably, in 1964 a US Surgeon General committee appointed to create criteria for epidemiologic studies published very similar criteria to provide guidance for interpreting epidemiologic studies evaluating smoking and risk of lung cancer. They consist of the following (adapted from Gordis 2014):

1. **Temporality**: The outcome must occur after the exposure. Similarly, if there is an expected delay (latency period) between the exposure and outcome (as is typical in cancer), then the effect must occur after that delay.
2. **Consistency or reproducibility**: Consistent findings observed by different researchers, using different methods, in different study populations strengthens the likelihood that the exposure causes the outcome.
3. **Strength of association**: This is also known as effect size. The larger the association (e.g., HR=5.0), the more likely that it is causal. A small association (e.g., HR=1.2) does not mean that there is not a causal effect, but is more likely to be the result of chance, bias, or confounding.
4. **Consideration of alternate explanations**: When judging whether an association is causal, the extent to which alternative explanations (such as confounding) are taken into account and the extent to which such explanations have been ruled out are important considerations.
5. **Dose-response relationship:** Greater exposure (as measured by dose, number of prescriptions, and/or duration) should generally lead to a greater incidence/risk of the outcome.
6. **Specificity**: Causation is more likely if there is a very specific association at a specific site and disease with no other likely explanation. The more specific an association between an exposure and an outcome is, the more likely the relationship is causal. In general, specificity in cancer epidemiology is uncommon since cancer is a multifactorial disease.
7. **Biologic Plausibility:** A plausible mechanism explaining why the exposure leads to the outcome lends more credence to any observed association.
8. **Consistency with other knowledge**: A causal relationship is more likely if the findings are consistent with other data.
9. **Cessation of exposure**: If an exposure is a cause of a disease, then the risk of the disease should decline when exposure to the factor is reduced or eliminated. This data, however, is not always available, particularly for diseases that have long latency periods such as cancer.

The process of determining if the relationship between the exposure and the outcome is causal uses these criteria as a roadmap. The criteria are assessed together and weighed based on the strength of evidence. Not all the criteria are given equal weight and sometimes a causal relationship can exist in the absence of certain factors (such as cessation of exposure). Conversely, temporality is an absolute requirement, i.e., an exposure that occurs after development of a disease cannot be a cause of the disease. Consistency, strength of an association, and consideration of alternative explanations are also major causation criteria.

There is a reason that causal effects are inferred, rather than proven. In the science of epidemiology, researchers cannot perform experiments. In an experiment, such as a clinical trial evaluating the effect of a new drug, participants are randomized to receive the new drug or a placebo (or perhaps the older drug depending on the trial design). Participants and researchers are also blinded to the treatment assigned by randomization. This double blinded randomized experimental study design, if done correctly, eliminates confounding and most types of bias. If a

difference in outcomes is observed between the treatment group (experimental group receiving the new drug) and the placebo group (or group receiving the old drug), the only explanations are that the new drug influenced the outcome (whether positive or negative) compared to the placebo or that the observed effect occurred by random chance.

In observational epidemiology (e.g., cohort studies and case-control studies), there is no randomization and measurements of exposure and outcome may be imprecise. Because of this, observational studies are highly vulnerable to bias based on confounding, misclassification, and other biases as described above. Studies looking at the same question may enroll different populations of patients and measure potential confounding factors differently, yielding different results. It is only when enough studies have been performed, and there appears to be a consistent statistically significant association between an exposure and an outcome that is not likely a result of chance, bias, or confounding, that the evidence can be reviewed in the context of the Bradford Hill criteria. Based on this review, it may be possible to infer a causal relationship between the exposure and the outcome. This can be a much more laborious process than conducting a single large clinical trial (i.e., an experiment), but there is often no other way to answer questions about many types of environmental exposures and disease occurrence. As noted previously, you cannot ethically randomize participants to a smoking vs. non-smoking group to study the effects of smoking on cancer outcomes.

To go back to the coin toss example, admittedly an imperfect analogy, the null hypothesis would be that the coin is perfectly balanced (and therefore you expect a result of heads 50% of the time). You reject that null hypothesis because it produced 60% heads in a 100-toss trial (p=0.028). But before you infer that the coin is weighted towards heads, you could ask several questions before making this conclusion. Where did you acquire the coin – at a US mint or at a magic shop? Is the coin visibly damaged? Would flipping it 1000 times make you more certain, or should you try to replicate the results, perhaps with several 100 toss trials and different people tossing the coin? If you replicated the study 10 different times and only once found a statistically significant result favoring heads, what is your conclusion? If your initial trial led you to the hypothesis that all US pennies are biased towards a heads results, would you examine this hypothesis by replicating the trial with the same penny, or would you acquire different pennies for future trials?

**4. <u>Risk Factors for Bladder Cancer.</u>**

Bladder cancer is the 5th most common non-cutaneous malignancy in the United States. Urothelial carcinoma (also known as transitional cell carcinoma) is the most common type of bladder cancer, accounting for approximately 90% of all bladder cancers. Other types of bladder cancer include squamous cell carcinoma, adenocarcinoma, and small cell carcinoma. Bladder cancer may also be referred to as non-invasive or invasive, which describes whether the cancer is only in the inner surface of the bladder or has grown into the deeper layers of the bladder wall, respectively. Finally, urothelial carcinoma is classified as either high grade, or low grade. High grade tumors have a high propensity for invasion, while low grade tumors tend to be non-invasive. High grade invasive tumors cause the vast majority of mortality from bladder cancer.

Understanding of the known established risk factors for bladder cancer is important when evaluating the evidence surrounding ranitidine and its potential association with this malignancy. This allows the reviewer to draw conclusions as to whether any given study adequately adjusted its analysis to account for these known risk factors, thus allowing for more critical analysis and interpretation of the study results.

Risk factors for bladder cancer include, but are not limited to, advanced age, white race, male sex, cigarette smoking, recurrent urinary tract infections (UTI), and family history of bladder cancer (Lenis et al 2020; American Cancer Society 2021). Less common risk factors are hereditary conditions (e.g., Lynch Syndrome) and occupational exposures (e.g., benzene compounds found in petrochemical, rubber, and other industries). Men are approximately 3x more likely to be diagnosed with bladder cancer than women. According to the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR), smokers have 6x the risk of bladder cancer than those who have never smoked (WCRF/AICR 2018). It has been shown that approximately 50% of bladder cancer cases in the United States can be attributed directly to cigarette smoking, and smoking is widely considered to be the strongest risk factor for bladder cancer in the United States (Thun et al 2018). Importantly, the risk associated with smoking does not return to baseline even after smoking cessation (van Osch et al 2016). Any epidemiologic study that does not adequately account for smoking in its statistical analysis risks significant bias due to confounding. It should also be noted that the 2018 WCRF/AICR report on diet, nutrition, physical activity, and bladder cancer does not mention NDMA, and it describes meat and fried foods (tangentially related to NDMA exposure) as "limited evidence – no conclusion" (WCRF/AICR 2018).[2]

**5. <u>Epidemiologic Studies Evaluating Exposure to Ranitidine and Risk of Bladder Cancer.</u>**

Studies that directly examine exposure to ranitidine (as opposed to other exposures) and subsequent risk of bladder cancer are most relevant to the question of whether ranitidine use causes bladder cancer. However, the strength of the study design depends on several factors, including the study's ability to accurately (i) measure ranitidine use, (ii) ascertain a diagnosis of cancer, and (iii) account for potential confounding factors and other biases. The most important factors to adjust for are conditions or exposures that are risk factors for bladder cancer and are also risk factors for conditions for which ranitidine is indicated, such as peptic ulcer disease (PUD) and gastroesophageal reflux (GERD, aka chronic heartburn). The most obvious such factor is cigarette smoking, as it is a risk factor for bladder cancer as well as PUD and GERD. The best designed ranitidine studies used an active comparison group as an additional way to control for confounding factors, including smoking. Active comparators for ranitidine include other H2 blockers and proton pump inhibitors (PPIs), with the former representing a patient population

[2] The category of "limited evidence – no conclusion" is defined by the WCRF/AICR as: "Evidence is so limited that no firm conclusion can be made. This judgement represents an entry level and is intended to allow any exposure for which there are sufficient data to warrant Panel consideration, but where insufficient evidence exists to permit a more definitive grading." Based on this definition, it appears there was insufficient data on dietary NDMA to warrant an entry level Panel consideration.

most similar to ranitidine users. This study design was utilized in the most recent studies conducted to test the "NDMA hypothesis", which are the most informative studies in evaluating any purported risk through this mechanism. By contrast, studies that compare ranitidine users to non-users are subject to significant bias and confounding since those populations differ in important baseline characteristics.

**5A. Published Peer Reviewed Studies.**

***Habel LA et al (2000). Cimetidine Use and Risk of Breast, Prostate, and Other Cancers. Pharmicoepidem Drug Saf 9(2):149-155.***

The authors of this study assembled a cohort of subjects from the Northern California Kaiser Permanente administrative database using patients enrolled from 1982-1987 and followed until 1995. Patients with a previous cancer diagnosis were excluded from the analysis on that specific cancer type. Cimetidine exposure was the primary analysis, while ranitidine exposure was evaluated as a comparator; both medications were available only as prescription during the study period. They identified 10 subjects without a history of ranitidine or cimetidine use for each user of these agents matched on pharmacy database, gender, and age. Their final cohort included 4,125 cimetidine users, 922 ranitidine users, and 49,229 nonuser controls. They used Cox proportional hazards regression to calculate RR and to adjust for age, gender, and pharmacy data source.

For cimetidine users, the authors reported a combined kidney/bladder cancer RR=1.32 (0.90-1.96). For ranitidine users, they reported a combined kidney/bladder RR=1.56 (0.74-3.30), based on 7 exposed cases. None of these results were statistically significant, including the difference in cancer risk between cimetidine and ranitidine users. This latter analysis better controls for confounding and although the authors did not present the relative risk for this active comparator analysis, they described "none of the differences between cimetidine and ranitidine users were statistically significant."

This study has several important weaknesses. First, it should be noted that kidney and bladder cancers arise from distinct genetic and biologic alterations that result in carcinogenesis in the respective organ. For this reason, any causality assessment with respect to these two cancer types must be undertaken on a cancer by cancer basis. In other words, epidemiologic analyses that combine bladder and kidney cancers are not informative with respect to bladder cancer specifically. Second, the investigators did not adjust for health factors other than age, gender, and pharmacy, the most important of which is smoking. As noted previously, smoking is an established risk factor for bladder cancer, and is also a risk factor for peptic ulcer disease and gastroesophageal reflux, so not adjusting for smoking exposure almost guarantees residual confounding. Third, the sample size of the study was small, and the authors warn that the "[r]elative risk estimates were often unstable due to the small number of cancer cases among cimetidine and ranitidine users".

***Kantor ED et al (2021). Ranitidine use and cancer risk: Results from the UK Biobank. Gastroenterology 160(5):1856-1859.***

This study used the UK Biobank cohort, a prospective cohort of 502,493 men and women who were enrolled between 2006-2010, to evaluate the risk of cancer from ranitidine use based on the assumption that ranitidine contained NDMA contamination. All subjects received a baseline questionnaire regarding health habits and medications. Participant information was then linked to administrative health records and cancer registries to determine if they developed cancer. Individuals with a preexisting cancer diagnosis were excluded, and the final cohort contained 459,204 subjects between the ages of 38-73. The authors compared 8,844 regular ranitidine users to 26,959 regular omeprazole (PPI) users and 450,360 non-users. Regular use was defined as "most days of the week for the last 4 weeks" and included both prescription and OTC use. Follow-up was through 2015 (median 6.7 years) and the primary outcome was invasive cancer. Cox proportional hazards regression was used to estimate HRs and adjust for age, sex, race, household income, body mass index (BMI), smoking status, pack-years smoked, alcohol intake, physical activity, and diabetes.

The authors examined several different cancer outcomes, but germane to my analysis was the bladder cancer analysis. They reported a bladder cancer HR=1.22 (0.74-2.01) for ranitidine users vs. nonusers, and HR=1.30 (0.69-2.46) for ranitidine vs. omeprazole users. None of these findings show a statistically significant increased risk. The authors also found no risk for overall cancer and, in a sensitivity analysis, found that the overall cancer risk non-significantly decreased with longer follow-up.

There is an important point worth mentioning about this study – it included a comparison of ranitidine to omeprazole. As noted previously, this approach is a more methodologically valid way to investigate the association between ranitidine and cancers because both are medications that are prescribed for peptic ulcer disease and gastroesophageal reflux and it would be expected that the underlying patient populations would be more similar in baseline characteristics such as smoking (which can cause both PUD/GERD and cancer). Using omeprazole, an agent with a different mechanism of action than H2 blockers but with similar indications for prescribing, as the comparison group likely mitigates some of the effects of residual confounding from incomplete adjustment for smoking exposure. However, as stated in section 3B, it could be argued that the best active comparators to ranitidine are other H2 blockers such as famotidine, especially if the proposed biologic mechanism is NDMA contamination. The study also accounted for several other confounding factors. A weakness of the study was the lack of lag periods (which takes into account both latency periods and protopathic bias), although this limitation would likely only create falsely elevated risks.

***Yoon HJ et al (2021). Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med 10(1): 153.***

The aim of this cohort study was to examine ranitidine exposure and risk of cancer from presumed NDMA contamination. The authors used the HIRA database in South Korea (an administrative insurance claims database). Eligible subjects were aged 30-80 and were using prescription ranitidine or famotidine for at least 1 year between 2009-2011. They excluded subjects with previous cancer diagnosis, previous use of these drugs, and those who had overlapping use of these drugs during the study period. Subjects were matched on age, sex, cumulative duration of drug use, and diabetes in a 4:1 ratio of ranitidine (n=40,488) to famotidine (n=10,122) users. They ascertained cancer outcomes between 2012-2018 and used Cox proportional hazards regression to calculate HR.

Comparing ranitidine to famotidine, they reported a bladder cancer HR=1.41 (0.88-2.24) among 118 ranitidine exposed cases. This result is not statistically significant.

One important aspect of this study is that they compared ranitidine to famotidine, using famotidine as the reference group. As another H2 blocker, famotidine is perhaps the best suited active comparator. Although the study only controlled for a few confounding factors through matching, the use of an active comparator likely mitigates the effect of confounding by smoking and other variables and is a more valid comparison than comparing ranitidine use to nonuse when evaluating the risk of bladder cancer. That said, smoking was not directly controlled for and residual confounding may be contributing to the non statistically significant observed elevation in bladder cancer risk. The study also evaluated long-term use (≥ 1 year) and high cumulative doses (average 220,395 mg) of ranitidine, which strengthens the overall results as well as decreases the likelihood of exposure misclassification.

***Cardwell CR et al (2021). Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol 116(8):1612-1619.***

This study was performed as a follow-up study up based on the results of a hypothesis generating screening study with thousands of comparisons using the same data set by the same authors (McDowell 2021). Per the authors, the follow-up study on ranitidine and bladder cancer (rather than investigating one of the other 100+ associations reported in the McDowell study) was instigated based on the results in the Zeng and Mitch 2016 study, which reported elevated NDMA levels in the urine of subjects taking ranitidine. Cardwell et al used the Primary Care Clinical Information Unit Research (PCCIUR) database, an administrative dataset that captured general practice (GP) records for 3 million individuals in Scotland between 1993-2011. Using a nested case-control study design, they matched cases and controls in a 1:5 ratio based on practice, year of birth, sex, and year of registration into the database. Bladder cancer cases diagnosed between 1999-2011 were identified based on coding, and they excluded subjects if they had been previously diagnosed with cancer or diagnosed with another cancer of the same date of the bladder cancer diagnosis. Both cases and controls had 3 years of records available prior to the

index date (date of cancer diagnosis in cases and corresponding date in controls). Exposure status was determined from GP prescription records for ranitidine, PPIs, and other H2 blockers (cimetidine, famotidine, or nizatidine; 93% were cimetidine users). The final study group included 3,260 bladder cancer cases and 14,037 controls. Conditional logistic regression was used to generate odds ratios, and multiple sensitivity analyses and imputations were used to account for missing data (including smoking and alcohol use). Of note, there were significantly higher numbers of smokers and subjects with UTI/cystitis, diabetes, coronary heart disease (CHD), peripheral vascular disease (PVD), chronic obstructive pulmonary disease (COPD), and PUD among the bladder cancer case group compared to controls. This is notable because smoking and UTI are risk factors for bladder cancer, and diabetes, CHD, PVD, COPD, and PUD are smoking related diseases. The authors presented three estimates adjusting for age; age and comorbidities; and age, comorbidities, and smoking.

A statistically significant increased risk of bladder cancer was found for ranitidine users in the fully adjusted model compared to nonusers, OR=1.22 (1.06-1.40), and compared to PPIs, OR=1.20 (1.04–1.39). However, there was no significant association for ranitidine compared to other H2 blockers, OR=1.05 (0.86–1.28), the comparison group most similar to ranitidine. Similarly, dose-response relationships were found for ranitidine compared to the nonuser and PPI comparators, but not compared to the H2 blocker comparator. In sensitivity analyses increasing the lag period from 1 to 2 years, there was no longer a statistically significant dose-response relationship compared to nonusers (this latter analysis was not presented for the two active comparators).

It should also be noted that 20.5% of cases and 23.9% of controls had missing smoking data which increases the possibility of residual confounding based on incomplete smoking adjustment (which the authors acknowledge). Furthermore, it appears the authors only adjusted for smoking in the nonuser comparator, and not the two active comparator analyses. There is further evidence of insufficient adjustment for smoking if you examine the McDowell paper, which used the same dataset as the current study. In table 3 of that paper, the authors report an increased risk of bladder cancer (OR=1.26) among those who had ever been prescribed ranitidine after adjusting for comorbidities and smoking. However, in the same adjusted analysis, nicotine prescription was associated with an increased risk of bladder cancer (OR=1.54). The only medical indication that I am aware of for nicotine prescription is smoking cessation, so adequate adjustment for smoking should have removed nicotine prescription as a risk factor for bladder cancer. The only plausible explanation that nicotine prescription remained a risk factor for bladder cancer after adjustment for smoking and comorbidities is incomplete adjustment for smoking (i.e., residual confounding). Because the current study relied on the same data source and patient population as the McDowell study, residual confounding based on incomplete adjustment for smoking is almost certainly present in the current study. Further evidence of residual confounding by misclassified smoking status and comorbid conditions in the McDowell study is demonstrated with drugs associated with lung cancer. Several prescription drugs used to treat COPD remain associated with lung cancer after adjustment for comorbidities and smoking status. Smoking is the strongest risk factor for both COPD and lung cancer. The fact that COPD medications remain associated with lung cancer even after adjustment for COPD (and other smoking related illnesses) and smoking raises doubt about significant misclassification

leading to residual confounding in multiple variables in the dataset. Administrative datasets are prone to misclassification and thus residual confounding, and the above examples demonstrate how incomplete adjustment for smoking and comorbidities can lead to misleading findings.

The analysis best controlling for confounding in the Cardwell study was the comparison to other H2 blockers (as the most similar active comparators to ranitidine), which showed no increased risk for bladder cancer. As described by Norgaard et al 2021, smoking is "unlikely to be strongly related to choice of type of H2-blocker." Furthermore, the observation that longer term ranitidine use was associated with a higher risk of bladder cancer in the non H2 blocker comparator may just be a reflection of longer term smoking exposure that was poorly adjusted for (since PUD and GERD are smoking related diseases). Exposure misclassification from potential non-compliance is lessened since this study evaluated long-term use. Additionally, the potential bias from not capturing OTC use is minimal since both total ranitidine prevalence (<2%) and the proportion sold as OTC (10%) in this population was low (Yood et al 2007; Holyfield 2013; Abrahami et al 2020). Importantly, the authors also acknowledge the fact that this analysis is "not independent" of their screening analysis, which is perhaps the biggest flaw in this study. Typically, when an exploratory analysis shows a possible association between an exposure and an outcome, the study is then repeated in a different population of patients. The fact that it was performed using the exact same data set almost makes the outcome predetermined. And the fact that the exploratory study looked at thousands of possible associations (5,622 medication-cancer associations across 22 cancer sites) makes the risk of false positive results, based on random chance alone, highly plausible. Lastly, the Zeng and Mitch 2016 study the authors relied on for a biological plausible rationale was retracted several weeks prior to this publication as the high NDMA levels measured in the urine samples containing ranitidine were the result of an analytical artefact.

***Norgaard M et al (2021). Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev 31(1):45-50.***

This cohort study utilized Danish population-based databases, including nationwide prescription, cancer, and patient registries. The aim of this cohort study was to examine ranitidine exposure and risk of bladder and kidney cancer from presumed NDMA contamination. The authors defined cohorts as ranitidine users (n=31,393), other H2 blocker users (famotidine or cimetidine; n=65,384), and PPI users (n=509,849) who started their prescription during the years 1996-2008 and had at least two filled prescriptions. They followed cohort members until 2018 and ascertained incident bladder and kidney cancer case data from the Danish cancer registry. Patients with a prior cancer diagnosis were excluded from the analysis, and median follow up time in the ranitidine cohort was 14 years. The authors obtained additional health information from a national patient registry and used this information to adjust the analysis for several disease diagnoses, including GERD, PUD, other upper gastrointestinal disease, urogenital disease, diabetes, chronic obstructive pulmonary disease, coronary artery disease, alcohol related diseases, and hypertension. They further adjusted for age, time between first and second prescription, calendar time, marital status, and several medications (thiazolidinedione, NSAIDs, low dose aspirin and other anti-platelet medication, and oral anticoagulants). They used logistic

regression to create propensity scores for exposure to ranitidine, other H2 blocker, and PPI. The propensity model was used to adjust risk estimates in their Cox proportional hazards analyses.

The main findings for ranitidine and risk of bladder cancer include a non-statistically significant adjusted HR=1.11 (0.95-1.29) compared to other H2 blockers (the best active comparator group) and a statistically significant adjusted HR=1.24 (1.04-1.48) compared to PPI users; this latter analysis translates into a 0.15% 10-year risk difference between ranitidine users and PPI users.

The authors performed a number of sensitivity analyses to assess the robustness of their results. First, subjects were included in the cohort if they received 2 prescriptions for the drugs being studied. In sub-analyses, the authors examined differing numbers of prescriptions (≥ 5 and ≥ 10 prescriptions) and did not identify a dose dependent effect on cancer risk, and in fact there appeared to be a trend towards decreased risk in the subjects who filled the largest number of prescriptions for ranitidine. This is the opposite of the trend that would be expected if a true causal relationship existed. Additionally, there was no association in sub-analyses on long follow-up (≥ 10 years) following high exposure (≥ 10 prescriptions) for bladder cancer (HR=0.75 (0.44-1.28) vs. other H2 blockers; HR=0.73 (0.46-1.15) vs. PPIs).

It is also notable that in the ranitidine vs. PPI analysis, the subgroup with the highest risk of developing bladder cancer was the group of most recent users, which is inconsistent with the long period of development for bladder cancer (initiated treatment in 1996-1999: HR=0.96 (0.74–1.24); initiated treatment in 2004-2008: HR=1.31 (1.01–1.68)). In the ranitidine vs. PPI analysis, the risk was also limited to non-invasive bladder cancer as there was no association in the subgroup of patients with invasive bladder cancer, HR=0.98 (0.79–1.22). These analyses, in addition to the lack of an association in dose-response analyses and with the other H2 blocker comparator, suggest that the small statistically significant increased risk in the main analysis for ranitidine vs. PPIs is a product of residual confounding. This is particularly the case as there was no information on smoking, the most important risk factor for bladder cancer. Given that smoking is such a strong risk factor for bladder cancer, even a small difference in smoking exposure between ranitidine and PPI users could create a falsely elevated risk estimate. As noted by the authors, "smoking and other lifestyle factors are unlikely to be strongly related to choice of type of H2-blocker; thus, the active comparator design likely averted potential confounding by these factors" in the analysis comparing ranitidine to other H2 blockers.

Finally, it should be noted that ranitidine, other H2 blockers, and PPIs were available as over-the-counter medications during most of the study period. Given that only 2 filled prescriptions were required to be entered into a cohort, it's possible that over-the-counter use of these medications was not captured, resulting in misclassification of exposure. However, as described by the authors, the use of active compactor groups decreases this likelihood as they "would expect concomitant use of over-the-counter ranitidine to be low" in users of prescription PPIs or other H2 blockers. Second, there was no association in patients with higher prescription use (≥ 5 and ≥ 10 prescriptions), which may be an indicator of less over-the-counter use. This analysis also reduces concerns that patients may fill a prescription but not take it. Third, the proportion of ranitidine sold over-the-counter increased during the study period, however, there were no

associations in the sub-analysis of patients who initiated ranitidine treatment in the earliest period of 1996-1999 (all point estimates below 1.0), the analysis least affected by this potential bias. If there was a true association and misclassification bias was occurring for any of these reasons in the primary analysis, then the analyses least likely to be affected by misclassification (1996-1999 period and higher prescription use) would be expected to have the highest risk estimates, although they were actually the lowest in these analyses. In addition to not supporting a causal association, this also suggests non-differential misclassification is not a substantial bias in studies on ranitidine. Fourth, the potential bias on the risk estimate from not capturing OTC use is minimal since total ranitidine prevalence (<1%) in the Danish population was low (Yood et al 2007; Adami et al 2021; Danish Health Data Authority 2022). The likelihood of this bias was further minimized in the other H2 blocker comparator that had a similar proportion of OTC use as ranitidine users.

In summary, the authors conclude that this study "provided little evidence of any substantially increased risk of bladder or kidney cancer in ranitidine exposed individuals." Finally, it should be noted that in a separate screening study using the same Danish registries as a data source, no association was found between ranitidine use and bladder cancer (Pottegard 2016).

**5B. Non Peer Reviewed Studies.**

Studies that are not peer reviewed are typically presented at scientific meetings prior to publication or submission for publication. Another source of non peer reviewed studies are preprint servers, which are repositories for unpublished manuscripts that have yet to be accepted for publication. These represent a lower level of evidence as they have not undergone the peer review process. Additionally, the study methods and data sources are often not described in detail as the abstract format required by most scientific meetings limits space to several hundred words. These studies are included in my review for sake of completeness.

***Mohy-ud-din N et al (2020). Risk Cancer with Use of Ranitidine: Results of a Cohort Study of 65 Million US Adults. Gastroenterology 158(6):S1073. Abstract/Poster presented at Digestive Disease Week (DDW), May 2020.***

The aim of this study was to examine exposure to ranitidine and risk of cancer from presumed NDMA contamination. The authors used the Explorys database which includes deidentified health records of 65 million Americans. They identified 1.62 million ranitidine users, 3.37 million famotidine users, and 59.63 million subjects that did not use either H2 blocker between 1999-2019. In their adjusted model, they found a statistically significant decreased risk of bladder cancer (OR=0.72 (0.70-0.76)) in users of ranitidine compared to famotidine. Of note, the authors found that ranitidine and famotidine users were more likely to have risk factors for cancer, including obesity, smoking, alcohol use, cirrhosis, and GERD, compared to nonusers. For example, approximately 75% of H2 blocker users were smokers compared to 28% of nonusers, demonstrating the importance of using an appropriate comparator group (i.e., other H2 blockers or PPIs) to reduce residual confounding. Based on ranitidine prevalence rates in the U.S. and the

use of an active comparator, any potential impact from not capturing OTC use should be minimal in this study (Kaufman et al 2002; Yood et al 2007; Kantor et al 2015).

***Braunstein LZ et al (2021). Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv preprint.***

The authors of this unpublished, non-peer reviewed report present a lab-based analysis of ranitidine followed by a clinical analysis of cancer patients; the focus of this summary will be the clinical analysis. In the clinical analysis, they performed a cross sectional analysis by identifying 10,347 newly diagnosed cancer patients at a single institution, Memorial Sloan Kettering Cancer Center, between 2013 and 2019 who reported using ranitidine or an active comparator (other H2 blocker or PPI) around the time of their diagnosis. They then used logistic regression to calculate the odds of presenting with a specific cancer type compared to presenting with all other cancer types among users of ranitidine compared to other H2 blockers/PPIs. They adjusted for age, sex, race/ethnicity, and body mass index.

The authors report ranitidine use, compared to use of an active comparator, was associated with a significant increase in the odds of presenting with certain cancer types, including bladder, relative to other cancer types. The finding for bladder cancer was no longer significant when including only invasive cancers (i.e., excluding *in situ* cases). Several other cancer types were also analyzed, some showing a significant decrease in the odds of presenting with that cancer type, relative to other cancer types, among users of ranitidine versus active comparator.

This study is highly flawed for several reasons. First, taking ranitidine "about the time of initial cancer diagnosis" likely violates the principle of temporality noted above in section 3D. In carcinogenesis, exposure to a carcinogen almost always occurs years prior to the diagnosis, and usually involves sustained exposure. For this reason, many cancer studies use a lagged analysis excluding exposures around the time of cancer diagnosis, in contrast to this study that only looked at this timeframe. Second, several important confounding variables were not adjusted for, most notably smoking. Third, and perhaps most importantly, their clinical analysis was cross sectional and did not compare cancer cases to non-cancer controls. The observation that a bladder cancer patient has 1.6 times the odds of taking ranitidine proximate to diagnosis of cancer compared to an ovarian cancer patient says nothing about ranitidine exposure and risk of developing cancer. You cannot calculate risk of cancer from a specific exposure without including comparisons to patients without cancer – there is no circumstance in epidemiology where this is possible. The authors acknowledge this, concluding: "These associations reflect the odds of presenting with different cancers exclusively among an oncology population, and do not directly represent risk in a general population (as there were no cancer-free individuals in this study). Moreover, these exploratory analyses are to be viewed as hypothesis generating and should prompt analyses of larger cohorts with longer follow-up." At best, the most this study can conclude is that among newly diagnosed cancer patients, there are statistically significant differences in the types of GERD/PUD drugs being used by patients around the time of diagnosis with different cancer types. It is highly likely that you could replicate this study using any class of common medications (e.g., antihypertensives, diabetes medications) and find statistically

significant differences between proportions of patients using different active comparators of these medications and cancer types. If they compared the proportion of Yankees fans to Mets fans (active comparator) by cancer type among these same 10,000 patients and different cancer sites, they would likely find statistically significant differences as well, and it is impossible to argue that baseball loyalty to a certain team is a cause of one cancer and protective against another.

The fact that this study did not survive peer review, nor was it presented at a scientific meeting in abstract form, speaks to the weakness of the study design and conclusions.

**5C. Summary on Ranitidine and Risk of Bladder Cancer.**

In summary, there are six epidemiologic studies (5 published peer reviewed articles and 1 non peer reviewed scientific abstract) assessing the risk of bladder cancer with ranitidine use. The 2 studies/analyses that reported a statistically significant association between ranitidine and bladder cancer had significant methodologic flaws and/or a significant concern of residual confounding. Moreover, there was no association in these 2 studies when ranitidine was compared to other H2 blockers, which is the analysis that would be least affected by residual confounding. Furthermore, no statistically significant increased risks were found in the other 4 studies and one showed a statistically significant decreased risk.

**6. Epidemiologic Studies Evaluating Exposure to H2 Blockers Combined and Risk of Bladder Cancer.**

Though the studies in this section did not directly examine ranitidine use and risk of bladder malignancy, they evaluated the use of H2 blockers combined, which includes ranitidine. Review of these studies was included for completeness and because there are still some valuable insights to be gained from these studies. However, they represent a weaker level of evidence than studies specifically evaluating ranitidine.

**6A. Published Peer Reviewed Studies.**

***Michaud DS et al (2004). Peptic Ulcer Disease and the Risk of Bladder Cancer in a Prospective Study of Male Health Professionals. Cancer Epid Biomarkers Prev 13(2):250-254.***

The goal of this study was to examine the association between peptic ulcer disease and bladder cancer risk. The authors used the Health Professionals Follow-Up Study cohort of 51,529 men (mostly white) between the ages of 40-75 at time of enrollment in 1986. The subjects received an initial, and then every other year, survey of health habits as well as annual assessments of collected health outcomes. Follow-up for bladder cancer was performed through 2000. They used a Cox proportional hazards regression model to calculate RR and to adjust for potentially confounding variables, including age, smoking, geographic region, and total fluid intake. They excluded subjects with a prior cancer diagnosis.

The authors report a bladder cancer RR=1.55 (1.03–2.33) for subjects with gastric ulcer, and a RR=0.97 (0.68–1.38) for subjects with duodenal ulcer. In a subanalysis, they found that subjects who were taking ranitidine or cimetidine in 1986 (only 20% of the entire cohort) had a bladder cancer RR=1.58 (0.93-2.69), and a RR=1.46 (0.85–2.50) following additional adjustment for gastric ulcer. The results for H2 blockers are not statistically significant.

There are two important considerations to take away from this study. First, the users of ranitidine or cimetidine all had peptic ulcer disease, and according to the study results, there may be an association between gastric ulcer and an increased risk of bladder cancer. Secondly, and perhaps more importantly, it should be noted that PUD (as well as GERD) and bladder cancer share a common risk factor in cigarette smoking. And since PUD and GERD are the main indications for taking H2 blockers, a study that does not adequately control for cigarette smoking is at risk of bias due to residual confounding. Cigarette smoking is difficult to control for because it is easily misclassified by recall bias and subject minimization of poor health habits (Brigham et al 2010).

***Oh H et al (2020). Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. Cancer Causes Control 31(4): 383-391.***

The aim of this study was to examine the association between peptic ulcer disease, periodontal disease, and risk of bladder cancer. They used the Health Professional Follow-Up Study cohort, the same population that was used in the Michaud study discussed above, though they had an additional 16 years of follow up data through 2016. They used Cox proportional hazards regression models to calculate HR and to adjust for potential confounding variables, including several additional factors not adjusted for in the Michaud study.

They found a bladder cancer HR=1.22 (0.90-1.66) among subjects with peptic ulcer disease, HR=1.19 (0.98-1.46) among subjects with periodontal disease, and HR=1.52 (1.05-2.20) for subjects who had both. Importantly, they performed a second multivariate analysis adjusting for H2 blocker use and report that this did not affect the results. If H2 blockers were the mechanism by which peptic ulcer disease was associated with an increased risk of developing bladder cancer, it would be expected that adjusting for their use would attenuate the HR toward the null (i.e., 1.0).

Finally, it is also important to note that in the subanalyses that were performed, the authors found that the elevated risk of bladder cancer in subjects with peptic ulcer disease and periodontal disease was only statistically significant among the subgroup who were smokers. This is further evidence that smoking, a risk factor for peptic ulcer disease and bladder cancer, is likely the mechanism of carcinogenesis.

**6B. Summary on H2 blockers Combined and Risk of Bladder Cancer.**

In summary, epidemiologic studies evaluating H2 blockers combined and the risk of bladder cancer have found no statistically significant increased risks.

## 7. Epidemiologic Studies Evaluating Exposure to NDMA and Risk of Bladder Cancers.

These studies were evaluated as the proposed mechanism for ranitidine use and subsequent risk of developing bladder cancer was NDMA exposure, both from exogenous contamination in the medication and endogenous formation in the body. These studies do not directly address ranitidine exposure and risk of bladder cancer and are therefore a considerably weaker level of evidence than studies specifically on ranitidine, particularly the newer studies designed to address the NDMA mechanism by comparing ranitidine to other H2 blockers/PPIs. As described above, the original research paper that reported high urinary NDMA levels from volunteers who ingested ranitidine and suggested a biological plausible mechanism for bladder cancer was subsequently retracted (Zeng and Mitch 2016) and further refuted by the methodologically superior FDA study (Florian et al 2021). Furthermore, studies that rely on self-reported dietary questionnaires are prone to systemic bias (WCRF/AICR 2018).

### 7A. Published Peer Reviewed Studies on NDMA Contaminated Medications.

***Pottegard A et al (2018). Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ 362:K3851.***

The aim of this study was to examine exposure to NDMA contaminated valsartan (a hypertension medication) and risk of developing cancer. The authors used the Danish national health registry to identify subjects who were potentially exposed to the contaminated drug from certain manufacturing plants by using unique drug IDs. The final cohort contained 3,450 subjects exposed to NDMA contaminated valsartan, and a control group of 3,625 subjects who took non-contaminated valsartan from 2012-2018. They used the Danish cancer registry to ascertain cancer outcomes after building in a 1-year lag time. They used Cox proportional hazards regression to calculate HR and adjust for potentially confounding variables.

In the group exposed to NDMA contaminated valsartan (compared to non-contaminated valsartan), the bladder cancer HR=0.66 (0.15-2.89), which is not statistically significant.

This study design is perhaps the most methodologically sound in evaluating NDMA exposure and cancer risk, particularly regarding exposure from a medication. Studies that estimate exposure to NDMA through food frequency questionnaires are prone to recall bias and therefore misclassification of exposure, however, recall bias is absent in the current study design and the authors used a more systematic approach to determine potential NDMA exposure. The inclusion of only valsartan users, who differed on the random event of whether they received NDMA contaminated versus uncontaminated tablets, minimized residual confounding that greatly affects dietary and occupational studies on NDMA. At the same time, the study's findings are limited by a relatively short follow-up (median of 4.6 years).

***Gomm W et al (2021). N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int 118(21):357-362***.

This study was similarly designed to the Pottegard study and evaluated the risk of cancer from NDMA contaminated valsartan using a German health insurance database. 409,183 subjects potentially exposed to NDMA contaminated valsartan were compared to 371,688 subjects exposed to non-contaminated valsartan from 2012-2017. They used a 1-year lag time and Cox proportional hazards regression to calculate HR and adjust for potentially confounding variables. As with the Pottegard study, the length of follow-up was relatively short (median of 3.25 years).

The authors reported no statistically significant increased risk for bladder cancer (HR=1.02 (0.95-1.11)) in subjects exposed to potentially NDMA contaminated valsartan compared to non-contaminated valsartan.

**7B. Published Peer Reviewed Studies on Dietary NDMA.**

***Jakszyn P et al (2011). Red Meat, Dietary Nitrosamines, and Heme Iron and Risk of Bladder Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20(3):555-559.***

The aim of this study was to examine if exposure to red meat, dietary nitrosamines, or heme iron is associated with an increased risk of bladder cancer. Nitrosamines are a category of compounds that include NDMA and can be found in some red and processed meats. The authors used the European Prospective Investigation into Cancer and Nutrition (EPIC) cohort of 500,000 patients that was assembled from centers in 10 European countries. They ascertained exposures using a food frequency questionnaire and cancer outcomes were ascertained by a combination of tumor registries, insurance records, and hospital registries. Mean follow up for the cohort was 8.7 years and the authors used Cox proportional hazards regression to calculate HR and adjust for potential confounding variables.

The authors found no statistically significant increased risk of bladder cancer across multiple analyses on dietary NDMA intake. The HR for the highest versus lowest quartile of dietary NDMA intake was HR=1.12 (0.88–1.44) (p-value for trend=0.49) and the HR in the continuous variable analysis was 0.98 (0.92–1.05). The lack of an association persisted in subanalyses stratified by sex, smoking status, occupational exposure risk, and bladder cancer progression risk.

***Ronco AL et al (2014). Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. Asian Pac J Cancer Prev 15(14):5805-9.***

The aim of this study was to examine the role of dietary meat and animal product consumption and the risk of bladder cancer. This was a case-control study comparing 225 bladder cancer cases to 1,510 controls with conditions unrelated to smoking and alcohol drinking. Cases and controls were identified from Uruguay hospitals between 1996-2004. A 64-item food frequency questionnaire was administered shortly after hospital admission to ascertain exposure to dietary

components, including NDMA. The authors note that the FFQ was not validated. Unconditional multiple logistic regression model was used to calculate OR and adjust for potential confounding factors.

The authors report a statistically significant association between dietary NDMA intake and bladder cancer. Compared to the lowest tertile of NDMA exposure, tertiles 2 (OR=2.16 (1.46-3.21)) and 3 (OR=2.14 (1.43-3.18)) were significantly elevated (p-value for trend=0.0002). Notably, many other food items were associated with statistically significantly increased risk for bladder cancer in this study including total meat, processed meat, hot dogs, ham, salted meat, barbequed meat, boiled meat, whole milk, boiled eggs, fried eggs, total eggs, cholesterol, sodium, and nitrate. Many of the associations do not make sense from a biological plausibility standpoint, such as the positive association for meat that is barbequed or boiled, but not fried. Cheese, on the other hand, was associated with a statistically significant decreased risk of bladder cancer.

As acknowledged by the authors, selection bias and recall bias are major limitations of dietary case-control studies. Selection bias arises when the selection of the case group differs in an important way from the control group. This was evident in this study by smoking status; there were significantly more smokers among bladder cancer cases compared to controls. This was likely driven by the fact that controls were only eligible for the study if they had a condition not related to smoking. In contrast, approximately half of all bladder cancer cases are directly attributable to smoking. In all dietary studies, potential exposure misclassification may occur through error in an individual's recall on the FFQ, as well as the published data used to estimate NDMA content in specific foods. This is further complicated by the fact that the NDMA content in foods has changed over time and a dietary assessment at one point in time may not accurately represent an individual's diet over a lifetime. However, while this type of exposure misclassification is usually non-differential in prospective cohort studies (i.e., does not differ among those with and without cancer), differential exposure misclassification often occurs in retrospective case-control studies through recall bias and results in spurious associations. Since the FFQs are completed after the individual already has cancer in case-control studies, knowledge of the cancer diagnosis can influence the self-reported dietary intake such that cases may tend to overreport unhealthy foods (e.g., processed meat that is high in NDMA) they think may have contributed to their cancer. Residual confounding is another issue in these studies as it is difficult to isolate the effects of a single dietary component from another or adequately control for smoking. Lastly, positive results arising from chance alone must also be considered in studies performing multiple statistical comparisons.

**7C. Published Peer Reviewed Studies on Occupational NDMA.**

***Hidajat M et al (2019). Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med 76(4): 250-258.***

The aim of this study was to examine workplace exposure to rubber dust, rubber fumes, and N-nitrosamine compounds and risk of dying from cancer. The authors obtained work place data

records on 36,441 rubber factory workers who were employed in the rubber industry in the United Kingdom in 1967 and who were at least 35 years of age. Exposure was estimated based on the job assignment of the employee in 1967 based on a database of measurements of compounds taken at rubber factories across Europe. Deaths from cancer were ascertained through 2015 through a national registry. They employed a statistical model to account for competing risk of death for other causes, but they adjusted only for age and not for other health factors (such as smoking).

The authors report a statistically significant increased risk of death for bladder cancer (along with many other cancers) with increasing exposure to rubber dust, rubber fumes, NDMA, N-nitrosomorphiline (another nitrosamine), and total nitrosamines. However, this study has some very important weaknesses. First, the authors assumed that workers remained in the same factory work area for their entire career based on their assignment in 1967. Second, the authors had no way of accurately measuring individual exposure. Third, NDMA exposure in this study was ambient and inhaled, not ingested. Fourth, as the authors acknowledge, workers in the rubber industry are exposed to many potentially, and some known, carcinogenic exposures (including other nitrosamines, rubber dust, rubber fumes, polycyclic aromatic hydrocarbons including phthalates, aromatic amines including β-naphthylamine and solvents including benzene). However, there was no attempt to control for these exposures in the analyses and even if there was, it is difficult to disentangle the many chemicals workers in the rubber industry are exposed to. Fifth, the inability to adjust for potentially confounding variables such as cigarette smoking (lung cancer accounted for 37% of the cancer cases in this cohort, suggesting a high prevalence of smoking) makes bias from confounding likely. Sixth, the risk for bladder cancer was not consistent with another study that evaluated rubber industry workers in the curing/vulcanizing department (the department with the highest potential nitrosamine exposure) from this same UK rubber factory cohort, raising further questions regarding the findings from the Hidajat study (McElvenny et al 2018; Sorahan 2019).

Though this study may provide limited evidence that working in the rubber industry beginning in the 1950s and 1960s may increase risk of cancer death (whether from industrial exposure or a culture of cigarette smoking), it is irrelevant to the question of whether ranitidine use or oral consumption of NDMA is associated with an increased the risk of bladder cancer.

**7D. Summary on NDMA and Risk of Bladder Cancer.**

In summary, two epidemiological studies on NDMA contaminated valsartan, two studies on dietary NDMA, and one study on occupational NDMA have evaluated the risk of bladder cancer. As a whole, these studies constitute a considerably weaker level of evidence than studies specifically on ranitidine, since these studies do not address ranitidine directly. The NDMA contaminated valsartan studies, which are more applicable to ranitidine and more methodically sound, found no association for bladder cancer. While the dietary and occupational studies are substantially less reliable and relevant to the risk from a medication, there was no association between NDMA and bladder cancer in the one dietary cohort study that was better designed and had fewer biases than the other studies.

8. **Summary on Ranitidine and Risk of Bladder Cancer.**

This expert report includes an analysis of the scientific literature that examines exposure to ranitidine, H2 blockers combined, and NDMA and the risk of bladder cancer. Since there is no reported association between ranitidine and bladder cancer that is not likely the result of chance, bias, or confounding, the application of a causal assessment is not warranted. However, I have applied the Bradford Hill criteria for sake of completeness and also because it can be a useful tool in summarizing the current evidence. Since studies specifically on ranitidine are the most relevant in answering this question, I have focused the Bradford Hill criteria discussion below on these studies. Nevertheless, my conclusion is the same even when considering all the data discussed in this report.

1. **Temporality:** In all reviewed studies on ranitidine and the potential risk of bladder cancer, exposure to ranitidine appeared to occur prior to the diagnosis of bladder cancer. However, cancer develops over a long period and may not be diagnosed immediately following onset. Therefore, it is possible that ranitidine exposure began after the onset of cancer, but before the diagnosis, particularly in studies that did not incorporate an adequate lag period. Therefore, temporality may not be guaranteed.

2. **Consistency or reproducibility:** Overall, studies examining ranitidine exposure showed no consistent statistically significant association between ranitidine and bladder cancer (Habel et al 2000; Kantor et al 2021; Yoon et al 2021; Cardwell et al 2021; Norgaard et al 2021; Mohy-ud-din et al 2020 abstract). The only reported associations with bladder cancer were in non-H2 blocker comparator groups (but not in the other H2 blocker comparator group) in the Cardwell et al 2021 and Norgaard et al 2021 studies. Studies such as these that show weak associations are most vulnerable to bias from residual confounding. Cardwell was flawed in that the initial finding was derived from a large screening study that demonstrates neither chance nor residual confounding from smoking can be ruled out, and Norgaard did not adjust for smoking. The fact that both associations were no longer significant when compared to other H2 blockers, the population most similar to ranitidine, further supports residual confounding as the likely explanation for the non-H2 blocker comparator analyses. Although Plaintiffs' epidemiology experts, Dr. Moorman and Dr. McTiernan, point to the weak, non-statistically significant findings from the other 2 higher quality studies that used an active comparator (Kantor et al 2021; Yoon et al 2021) and conclude that they show evidence that a consistent association exists between ranitidine and bladder cancer, this conclusion is scientifically inappropriate. Both studies had very large cohorts, and it is not scientifically accurate to assume that increased numbers of subjects will necessarily narrow confidence intervals and create a statistically significant finding. Furthermore, these studies were also vulnerable to residual confounding which likely resulted in the non-statistically significant risk estimates above 1. Yoon did not adjust for smoking, and though Kantor did, residual confounding is very likely given the difficulties in accurately classifying smoking exposure and smoking's strong causal association with bladder

cancer. Finally, because of random chance, it is unlikely for a completely null association to have a risk estimate of exactly 1.0 in every study (e.g., coin toss example in section 3). Overall, the consistency criterion is not met for ranitidine and bladder cancer risk.

3. **Strength of association:** There was not a single study that showed a strong association between exposure to ranitidine and risk of bladder cancer (all risk estimates were <1.5). Although it is established that weak or modest associations can be accepted as causal, in such cases, there is a much larger body of high-quality studies supporting the causal association (e.g., passive smoking and lung cancer risk >100 studies and radon exposure and lung cancer risk >20 studies). Furthermore, the other main causal criteria are fulfilled for these associations, including consistency, dose-response, consideration of alternative explanations, and a clear biologic mechanism, something that is absent in the studies examining an association between ranitidine and bladder cancer. In summary, the strength of association criterion is not met for ranitidine and bladder cancer risk.

4. **Consideration of alternate explanations:** Some of the studies reviewed did a poor job of accounting for confounding, especially confounding due to cigarette smoking. Smoking exposure is very difficult to accurately measure, and even minor misclassification of smoking exposure can result in residual confounding given how strong of a risk factor smoking is for bladder cancer. As noted previously, there is evidence that this occurred in the Cardwell study based on the results published in McDowell. And as noted in section 3B, misclassification of smoking status, even if non-differential, can bias results away from the null. Since smoking is a risk factor for GERD and PUD, the indications for which ranitidine is used, residual confounding from smoking is a substantial concern in non-active comparator studies. Even in active comparator analyses, not all active comparators are equal. As was also mentioned in section 3B, indications and contraindications for choosing PPIs may differ from H2 blockers. For example, ranitidine users may be more likely to be smokers given that smoking is a risk factor for chronic kidney disease (CKD) and some prescribers may favor H2 blockers over PPIs in patients with CKD based on the reported link between PPIs and CKD progression. In contrast, there were no increased risks observed in studies that used an active comparator group that most closely resembles ranitidine users (other H2 blockers), which is an effective tool to minimize residual confounding. Adequate consideration of alternative explanations has not been met in studies on ranitidine and bladder cancer risk.

5. **Dose-response relationship:** The only studies to address a dose-response relationship between ranitidine and bladder cancer were the Norgaard et al 2021 and Cardwell et al 2021 studies. Norgaard et al 2021 found no dose-response relationship between ranitidine and bladder cancer compared to either active comparator group (PPIs or other H2 blockers). In fact, the point estimates decreased in most analyses as the number of prescription fills increased. In the Cardwell et al 2021 study, while a dose-response relationship was found when ranitidine was compared to the general population or PPI users, no association was observed when ranitidine was compared to other H2 blocker users, the population most similar to ranitidine users and best suited to minimize

confounding. In addition to residual confounding, chance is also a likely explanation for the Cardwell findings as this study was part of a screening analysis that evaluated several thousand medication-cancer associations. It is also very possible that longer term ranitidine use was a marker for longer term smoking (and thus higher smoking exposure), which would bias the results in favor of ranitidine being associated with bladder cancer if not accurately controlled for. The other H2 blocker analysis in the Cardwell study likely reduced this residual confounding. In addition, there was no association between ranitidine and bladder cancer in the Yoon study, which only included long-term users (≥ 1 year of use). Studies assessing high doses or durations of use also decreased the likelihood of non-differential exposure misclassification. In summary, the dose-response relationship criterion is not met for ranitidine and bladder cancer risk.

6. **Specificity:** This criterion is rarely met because most diseases (including cancer) have many different causes.

7. **Biologic plausibility:** When a reliable association is observed in the epidemiological literature, a biologically plausible mechanism may provide additional credence to that association. However, in the absence of consistent, reliable epidemiological evidence, biological plausibility by itself cannot support or prove causation. Furthermore, the retraction of the Zeng and Mitch 2016 study and the subsequent methodologically superior FDA study refutes any proposed biological plausible mechanism of an increased risk of bladder cancer as there is no reliable evidence showing an increase in urinary excretion of NDMA in persons taking ranitidine. In addition, all 3 of the higher quality epidemiologic studies that were designed to examine the risk of bladder cancer from presumed NDMA contamination in ranitidine products did not find an association in the active comparator analyses that best controlled for confounding (Kantor et al 2021; Yoon et al 2021; Norgaard et al 2021). Lastly, there was no reliable or consistent association for bladder cancer in studies on NDMA exposure. Thus, the biologic plausibility criterion is not met for ranitidine and bladder cancer risk.

8. **Consistency with other knowledge:** A causal relationship is more likely if the findings are consistent with other data. For example, increased cigarette consumption has been found to track closely with increased incidence in lung cancer in both men and women. I am not aware of any comparable data for ranitidine use and bladder cancer.

9. **Cessation of exposure:** None of the existing epidemiologic studies examined this question.

## 9. Conclusion.

Epidemiological studies showed no consistent association between ranitidine and bladder cancer in analyses that best controlled for bias and confounding. The sporadic observed associations in certain analyses were inconsistent, weak, and did not adequately account for alternate explanations such as residual confounding; furthermore, they were not replicated within the same studies using a more appropriate comparator. Therefore, it is my opinion, to a high degree of medical and scientific certainty, that the existing epidemiological evidence does not support a true increased risk or causal association between ranitidine exposure and bladder cancer.

**References**


1. Abrahami et al (2020). Trends in acid suppressant drug prescriptions in primary care in the UK: a population-based cross-sectional study. BMJ Open 10(12):e041529. PMID 33293322.
2. Adami et al (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev 30(12):2302-2308. Corrected online January 25, 2022. PMID 34620629.
3. American Cancer Society (2021). https://www.cancer.org/. Accessed September 9, 2021.
4. Benjamin DJ et al (2018). Redefine statistical significance. Nat Hum Behav 2(1):6-10. PMID: 30980045.
5. Bjørngaard JH et al (2017). Heavier smoking increases coffee consumption: findings from a Mendelian randomization analysis. Int J Epidemiol 46(6):1958-1967. PMID: 29025033.
6. Braunstein LZ et al (2021). Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv preprint. https://www.medrxiv.org/content/10.1101/2021.01.27.21250656v1.
7. Brigham J et al (2010). Validity of recall of tobacco use in two prospective cohorts. Am J Epidemiol 172(7):828-35. PMID 20720099.
8. Cardwell CR et al (2021). Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol 116(8):1612-1619. PMID 34028367.
9. Dai et al (2019) Association between coffee consumption and risk of bladder cancer in a meta-analysis of 16 prospective studies. Nutr Metab (Lond) 16:66. PMID: 31528185.
10. Danish Health Data Authority (2022). Register of Medicinal Products Statistics. Available from: https://medstat.dk/. Accessed February 10, 2022.
11. FDA (2021). Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Accessed September 9, 2021.
12. Florian J et al (2021). Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA 326(3):240-249. PMID 34180947.
13. Funk MJ, Landi SN (2014). Misclassification in administrative claims data: quantifying the impact on treatment effect estimates. Curr Epidemiol Rep 1(4):175-185. PMID 26085977.
14. Gomm W et al (2021). N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int 118(21):357-362. PMID 34247699.
15. Gorber SC et al (2009). The accuracy of self-reported smoking: a systematic review of the relationship between self-reported and cotinine-assessed smoking status. Nicotine Tob Res 11(1):12-24. PMID 19246437.
16. Gordis L (2014). Chapter 14: From Association to Causation: Deriving Inference from Epidemiologic Studies. In: Epidemiology. 5th Edition, Elsevier Saunders. pp 243-261.
17. Habel LA et al (2000). Cimetidine Use and Risk of Breast, Prostate, and Other Cancers. Pharmicoepidem Drug Saf 9(2):149-155. PMID 19025815.
18. Hidajat M et al (2019). Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med 76(4): 250-258. PMID 30772818.

19. Holyfield G (2013). Public Health Wales. Over the Counter (OTC) Summary Report for 2010 to 2012. http://www.primarycareone.wales.nhs.uk/sitesplus/documents/1191/Common%20Ailments%20Scheme%20Wales%20Update%20Report%202013.pdf. Accessed February 10, 2022.
20. Hornell A et al (2017). Perspective: An Extension of the STROBE Statement for Observational Studies in Nutritional Epidemiology (STROBE-nut): Explanation and Elaboration. Adv Nutr 8(5):652-678. PMID 28916567.
21. Hsu CL et al (2013). Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. Pharmacoepidemiol Drug Saf 22(6):632-40. PMID 23576472.
22. International Agency for Research on Cancer (IARC) (1987). IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Supplement 7. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. World Health Organization. Lyon, France.
23. International Agency for Research on Cancer (IARC) (1991). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 51. Coffee, Tea, Mate, Methylxanthines, and Methylglyoxal. World Health Organization. Lyon, France.
24. International Agency for Research on Cancer (IARC) (2018). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 116. Drinking Coffee, Mate, and Very Hot Beverages. World Health Organization. Lyon, France.
25. Jakszyn P et al (2011). Red Meat, Dietary Nitrosamines, and Heme Iron and Risk of Bladder Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20(3):555-559. PMID 21239687.
26. Kantor et al (2015). Trends in Prescription Drug Use Among Adults in the United States From 1999-2012. JAMA 314(17):1818-31. PMID 26529160.
27. Kantor ED et al (2021). Ranitidine use and cancer risk: Results from the UK Biobank. Gastroenterology 160(5):1856-1859. PMID 33385434.
28. Kaufman et al (2002). Recent patterns of medication use in the ambulatory adult population of the United States: the Slone survey. JAMA 287(3):337-44. PMID 11790213.
29. Lenis AT et al (2020) Bladder Cancer: A Review. JAMA 324(19):1980-1991. PMID 33201207.
30. Loh YH et al (2011). *N*-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study. Am J Clin Nutr 93(5): 1053-61. PMID 21430112.
31. McDowell RD et al (2021). A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med 19(1):22. PMID 33494748.
32. McElvenny et al (2018). British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med 75(12):848-855. PMID 30269103.
33. Michaud DS et al (2004). Peptic Ulcer Disease and the Risk of Bladder Cancer in a Prospective Study of Male Health Professionals. Cancer Epid Biomarkers Prev 13(2):250-254. PMID 14973090.
34. Mohy-ud-din N et al (2020). Risk Cancer with Use of Ranitidine: Results of a Cohort Study of 65 Million US Adults. Gastroenterology 158(6):S1073. Abstract/Poster presented at Digestive Disease Week (DDW), May 2020.

35. Norgaard M et al (2021). Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev 31(1):45-50. PMID 34649959.
36. Oh H et al (2020). Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. Cancer Causes Control 31(4): 383-391. PMID 32060837.
37. Pottegard A et al (2016). Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine 2016 May;7:73-9. PMID 27322460.
38. Pottegard A et al (2018). Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ 362:K3851. PMID 30209057.
39. Ronco AL et al (2014). Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. Asian Pac J Cancer Prev 15(14):5805-9. PMID 25081704.
40. Sorahan T (2019). Conflicting findings from a rubber industry cohort study: what is the explanation? Occup Environ Med 76(10):780. PMID 31515444.
41. Thun MJ, Freedman ND (2018). Tobacco. In: Schottenfeld and Fraumeni Cancer Epidemiology and Prevention. Ed: Thun et al. 4th Edition, Oxford University Press. pp 185-211.
42. U.S. National Toxicology Program (NTP) (2021). N-Nitrosodimethylamine. Report on Carcinogens, 15th Ed. U.S. Department of Health and Human Services, Public Health Service: Research Triangle Park, NC, USA.
43. van Osch FH et al (2016). Quantified relations between exposure to tobacco smoking and bladder cancer risk: a meta-analysis of 89 observational studies. Int J Epidemiol. 45(3):857-70. PMID 27097748.
44. Xia J et al (2017). Cigarette smoking and chronic kidney disease in the general population: a systematic review and meta-analysis of prospective cohort studies. Nephrol Dial Transplant 32(3):475-487. PMID 28339863.
45. Xie Y et al (2016). Proton Pump Inhibitors and Risk of Incident CKD and Progression to ESRD. J Am Soc Nephrol 27(10):3153-3163. PMID 27080976.
46. Wijarnpreecha et al (2017). Associations of Proton-Pump Inhibitors and H2 Receptor Antagonists with Chronic Kidney Disease: A Meta-Analysis. Dig Dis Sci 62(10):2821-2827. PMID 28836158.
47. World Cancer Research Fund/ American Institute for Cancer Research (WCRF/AICR). Diet, Nutrition, Physical Activity and Cancer: A Global Perspective. Continuous Update Project. Third Expert Report 2018. https://www.wcrf.org/diet-and-cancer/.
48. Yood et al (2007). Using prescription claims data for drugs available over-the-counter (OTC). Pharmacoepidemiol Drug Saf 16(9):961-8. PMID 17654746.
49. Yoon HJ et al (2021). Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med 10(1): 153. PMID 33466237.
50. Zeng T, Mitch WA (2016). Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis 37(6):625-634. PMID 26992900. Retraction in: Carcinogenesis 2021;42(7):1008. PMID 33942056.
51. Zhou Y et al (2012). A dose-response meta-analysis of coffee consumption and bladder cancer. Prev Med 55(1):14-22. PMID: 22564775.

# EXHIBIT 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# RULE 26 EXPERT REPORT OF ANDREW GALE SALMON M.A., D.PHIL., C.CHEM., M.R.S.C.

Date: January 24, 2022

A. G. Salmon

Andrew Gale Salmon M.A., D.Phil., C.Chem., M.R.S.C.

# Contents


Re Zantac: ....4
Remit....4
Qualifications and Experience ....4
Questions that I Have Been Asked to Address ....5
Methodology for Risk and Causality Assessment....6
Summary of Opinions ....7
Introduction ....8
Carcinogen identification and mechanisms of action ....8
  Characteristics of cancer ....10
Key steps in risk and causality assessment for carcinogens....11
Bradford Hill Considerations for Causality ....13
Types of evidence for carcinogen causal assessment ....14
  Human studies: epidemiology, ecological studies and case reports ....14
  Animal studies ....16
  Supporting evidence: genetic toxicity, mechanistic studies ....18
Inference guidelines and classifications of carcinogens....20
  "The agent is carcinogenic to humans (Group 1)....20
  The agent is probably carcinogenic to humans (Group 2A)....21
  The agent is possibly carcinogenic to humans (Group 2B) ....21
  The agent is not classifiable as to its carcinogenicity to humans (Group 3) ....22
Exposure Assessment ....22
  The exposed individual....22
  Media and routes of exposure ....23
  Duration of exposure....25
Dose Response Assessment....26
Risk characterization....27
Risk assessment for NDMA....28
  Overall evaluation of NDMA as a human carcinogen: summary. ....30
Mechanisms of toxicity and carcinogenesis by NDMA....31
  NDMA Metabolism and Bioavailability ....33
NDMA Animal Studies....34
Route of Administration ....35
  a. Oral Administration ....35
  b. Inhalation or intratracheal administration....40
  c. Subcutaneous and/or intramuscular administration ....40
  d. Intraperitoneal administration....43
Factors that modify carcinogenicity in animals....44
Humans are found to have a higher sensitivity to NDMA's carcinogenic effects than laboratory animals49
Epidemiology of NDMA cancer effects. ....51
  Studies of NDMA exposure – occupational environment....52
  Other Occupational Rubber Worker Studies....59
  Other studies of diet and cancer incidence....99
  Summary of findings in NDMA epidemiological studies ....100




CONFIDENTIAL INFORMATION

Comparison of trends with NDMA exposure across studies ....... 105
Consolidated Slopes ....... 127
Dose-response for cancer following NDMA exposure: animal studies and epidemiological evidence ....... 132
Evaluation of causality for NDMA and the NDMA in ranitidine as a human carcinogen ....... 133
Epidemiological studies of ranitidine use and the relationship with NDMA exposure ....... 134
Review of Epidemiological Studies of Ranitidine use ....... 138
Relationship between NDMA carcinogenicity and ranitidine exposure ....... 160
Nitrosation and mutagenicity studies of ranitidine. ....... 161
Mutagenicity Publications ....... 169
GSK Carcinogenicity Studies ....... 171
Metabolism and pharmacokinetic studies of ranitidine ....... 172
Ranitidine Metabolism ....... 172
NDMA presence or formation related to ranitidine treatment. ....... 175
Evaluation of evidence for causal relationship between ranitidine use and cancer ....... 177
Bladder cancer ....... 180
Strength and consistency of the observed associations ....... 180
Consistency of Association. ....... 181
Temporality. ....... 181
Coherence. ....... 182
Biological Plausibility. ....... 182
Dose-Response. ....... 184
Specificity. ....... 184
Experimental evidence. ....... 184
Analogy ....... 185
Stomach cancer ....... 186
Strength and consistency of the observed associations ....... 186
Consistency of Association. ....... 189
Temporality. ....... 189
Coherence. ....... 189
Biological Plausibility. ....... 189
Specificity. ....... 190
Experimental evidence. ....... 190
Analogy ....... 190
Esophageal cancer ....... 191
Strength and consistency of the observed associations ....... 191
Consistency of Association. ....... 193
Temporality. ....... 193
Coherence. ....... 193
Biological Plausibility. ....... 194
Dose-Response. ....... 194
Specificity. ....... 194
Experimental evidence. ....... 194
Analogy ....... 195
Pancreatic cancer ....... 196
Strength and consistency of the observed associations ....... 196
Consistency of Association. ....... 198
Temporality. ....... 198
Coherence. ....... 198



CONFIDENTIAL INFORMATION

Biological Plausibility. ....198
Dose-Response. ....199
Specificity. ....199
Experimental evidence. ....199
Analogy ....199
Liver cancer ....200
Strength and consistency of the observed associations ....200
Consistency of Association. ....201
Temporality. ....201
Coherence ....202
Biological Plausibility. ....202
Dose-Response. ....202
Specificity. ....202
Experimental evidence. ....203
Analogy ....204
Predicted Impact of NDMA contamination of ranitidine. ....205
FDA NDMA Testing ....206
GSK NDMA Testing and Root Cause Analysis ....207
GSK Found NDMA in all Ranitidine Samples Tested ....207
RCA Confirms NDMA is Generated from Degradation of the Ranitidine Molecule ....207
RCA Confirms Temperature and Relative Humidity are Significant Factors Impacting the Rate of NDMA Formation in Drug Substance and Drug Product ....208
Testing from Other Ranitidine Manufacturers Finds NDMA in Their Ranitidine Products ....208
Dr. Reddy's ....208
Sanofi ....208
BI & Uquifa ....209
Uquifa ....209
Comparison and effects of measured NDMA levels in ranitidine medications ....209
References ....224



CONFIDENTIAL INFORMATION

# Re Zantac:

## Remit

## Qualifications and Experience

I have both a first degree and a doctorate from the University of Oxford, U.K. which has been recognized as one of the top research universities in the world. Following this I worked as a postdoctoral research scientist at the University of California, in the Lawrence Berkeley Laboratory, on a cancer research-oriented project directed by Nobel Prize winner Prof. Melvin Calvin. I then worked for several years at the Central Toxicology Laboratory of Imperial Chemical Industries (a multinational chemical company, now restructured), studying mechanisms of action and metabolism of carcinogens and industrial chemicals. On leaving that post I returned to academia, initially as a research fellow at University College London's School of Medicine and then as a Lecturer in Industrial Toxicology at the London School of Hygiene and Tropical Medicine. During this latter period, I conducted several experimental studies on industrial chemicals. These included some experiments on effects of methyl isocyanate, in collaboration with colleagues who were investigating the aftermath of the Bhopal gas leak disaster in India.

I then moved to California to work on public health risk assessment, in the department now identified as the Office of Environmental Health Hazard Assessment (OEHHA) within the California Environmental Protection Agency. During my 31 years employment there I initially worked in the group undertaking cancer risk assessments for the Proposition 65 program, and was then appointed as Section Chief of the group doing health risk assessment for the Air Toxics Hot Spots and Toxic Air Contaminants (TAC) programs. This included advising the California State Attorney General's office in connection with legal challenges to the TAC program's risk assessment for diesel exhaust. I spent the last six years as a Scientific Advisor to the Director of OEHHA. In this position I was tasked with advising various program staff on particularly challenging or controversial risk assessment problems and working with the Director's office in developing technical policy recommendations. I also was the OEHHA contract manager and technical contributor for a series of research contracts with the University of California at Berkeley and Davis which examined hormonal disruption by chemicals found in the California environment. The techniques used include advanced methods in vivo, in vitro and in silico (molecular docking).

During my time working for OEHHA I also worked with the staff developing the Public Health Goals (PHGs) for the Drinking Water Program. In a considerable number of cases I provided advice, calculation methods and specific calculations which were used in these reports. I was the editor and joint author for the tetrachloroethylene PHG published in 2001.

Following my retirement from the OEHHA in September 2019, I have worked as a consultant, acting as a peer reviewer of documents for government agencies such as US EPA, contributing



CONFIDENTIAL INFORMATION

to reports by the US Surgeon General and Health Canada, and consulting as an expert witness in legal matters, in three of which I have been deposed[1].

My list of publications (Attachment A) includes 122 items – letters and papers published in academic journals, conference presentations with peer reviewed abstracts, and chapters in technical books.

My fee schedule for work on the present case is $450 per hour, plus any direct expenses.

## Questions that I Have Been Asked to Address:

The following topics will be addressed in this report:

1. General description of cancer causation by chemicals and approach for identifying such chemicals
2. Key steps in risk and causality assessment for carcinogens:
    a. Risk assessment framework
    b. Types of evidence
    c. Inference guidelines and classification of carcinogens
    d. Exposure assessment
    e. Dose-response assessment
    f. Risk characterization
3. Risk and Causality Assessment for NDMA
    a. Mechanisms of toxicity and carcinogenesis by NDMA
    b. Animal evidence of NDMA carcinogenesis.
    c. Epidemiology of NDMA cancer effects
    d. Dose response assessment for studies with quantified exposure
    e. Description and analysis of studies of NDMA exposure
    f. Comparison of trends with NDMA across studies
4. Epidemiological studies of Ranitidine use

---

[1] The three cases in which I was deposed over the last four years include:

1. Lucia Lucas Barragan as special administrator of the estate of Hector Lopez v. Terra Contracting, Inc.; Oatey Supply Chain Services, Inc. in the Eighth Judicial District Court, Clark County, Nevada in 2016/2017.

2. Benny M. Rodriguez v. Union Pacific Railroad·et al. in the Superior Court for the State of California, County of Los Angeles (Case No. 18STCV01662) in December 2020.

3. Gary Garner, personal representative for the estate of Melvin Garner v. BNSF Railway Company, f/k/a Burlington Northern and Santa Fe Railway Company et al. in the Superior Court for the State of California, County of San Bernardino (Case No. ClVDS1720288) in February 2021



CONFIDENTIAL INFORMATION

5. Estimation of anticipated human health risks of exposure to NDMA as a degradant of ranitidine.

All of my opinions are held to at least a reasonable degree of scientific certainty.

## Methodology for Risk and Causality Assessment

The methods I have used in addressing the objectives of this report are standard methods used in risk/causality assessment and evaluation relied on in scientific research and regulatory actions relating to carcinogenesis and public health. These methods are the same as those I relied upon when working on environmental public health issues in my previous employment by the State of California's Office of Environmental Health Assessment. They are laid out in publicly available guidance documents from public agencies such as U.S Environmental Protection Agency and the State of California, and from advisory bodies such as the National Academy of Sciences and the World Health Organization's (WHO) International Agency for Research on Cancer (IARC). I refer to and quote from these guidance documents as appropriate throughout this narrative. The general principles of risk assessment which I use are summarized in Figure 2 (page 7) which is based on the guidance of the National Academy of Sciences.

In evaluating associations found in experimental and epidemiological studies, I rely on the principles laid out by Bradford Hill for causality, which are summarized in this report. A key principle in all this guidance is to consider and analyze the overall weight of the of the evidence, rather than relying exclusively on one particular finding or interpretation. I have employed the same methodology that I use as a toxicologist to make the risk and causality assessment in my Report that I have routinely in the various positions I have held as a toxicologist. This is consistent with the methodological approach applied by toxicologists in the field in conducting risk and causality assessments, and which I have utilized during my 30+ years of experience. I have used this principle in all my considerations of the evidence for NDMA carcinogenicity and the effects of the NDMA on individuals who are exposed to it in their ranitidine use. I conducted an independent review and assessed the available scientific literature including human epidemiologic studies, meta-analyses, animal cancer studies, clinical and non-clinical studies, mechanistic studies and data including evaluating and assessing how chemicals, specifically NDMA, cause cancer. In reviewing the available scientific and medical literature, I used unrestricted keyword searches of public literature databases such as the National Library of Medicine's PubMed database, and checked citations and cross-references and guidance documents. I have also requested and reviewed documents produced in the litigation including GlaxoSmithKline's (GSK) animal studies, nitrosation studies, toxicological studies, and internal document, Pfizer's, Boehringer Ingelheim's (BI), and Sanofi's internal documents, and other relevant documents, and these have also informed my review and analysis.

Mathematical assumptions and modeling approaches used in this analysis are described in detail in the sections where they are applied. These are standard methods in regular use for



CONFIDENTIAL INFORMATION

risk assessment and scientific causality analysis. I have calculated the toxicological dose-response assessment based on the epidemiological diet and occupational studies with the corresponding NDMA measurements in ranitidine taken by the FDA, GSK, Sanofi, BI and Emery Pharma. I have conducted a risk and causality assessment and applied a weight of the evidence approach and used the Bradford Hill viewpoints to determine if NDMA and specifically the NDMA in ranitidine can cause cancer. In my analysis, I evaluated literature that investigates the association between NDMA and the NDMA in ranitidine and cancer including bladder, breast, colorectal, esophageal, kidney, liver, lung, pancreatic, prostate and stomach cancer. In my review, I have carefully considered studies the have found positive associations and those that have not; and have evaluated the reliability of the studies by assessing the studies' designs, methodology, limitations, and reporting of results. I have evaluated and weighed each study, and detailed my findings and assessments of the literature and studies in this report. Using a weight of the evidence methodology, and applying my education, training, and experience, I have considered and synthesized multiple lines of scientific data, studies and other relevant evidence in reaching my conclusions in this case.

Based on this, I conclude to a reasonable degree of scientific certainty that NDMA and specifically the NDMA in ranitidine can cause bladder, esophageal, liver, pancreatic and stomach cancer. While I reviewed evidence about the connection between NDMA and the NDMA in ranitidine and other cancers, I do not believe the evidence is sufficient to reach a conclusion about causation on the other cancers at this time.

## Summary of Opinions

1. NDMA is a genotoxin and a carcinogen, for which there is strong evidence of carcinogenicity in animals at multiple sites, strong mechanistic evidence and, recently, sufficient evidence in humans that demonstrates that NDMA can cause cancers at multiple sites.
2. Experimental studies show that NDMA is a multi-site carcinogen in multiple animal models.
3. Experimental and epidemiological evidence and analysis show that the dose-response for carcinogenicity following exposure to NDMA is linear with the cumulative dose received over a lifetime. This is consistent with the regulatory guidance applicable to all carcinogens except for those few chemicals for which contrary evidence exists.
4. NDMA is a human carcinogen.
5. My causation opinions are based on considering the multiple lines of evidence discussed in this Report, including the human studies of NDMA and of ranitidine, dietary and occupational NDMA studies, animal studies, non-clinical and clinical studies, and related mechanistic data and studies, and applying the Bradford Hill guidelines to reach a causation judgment.
6. Tumor sites seen for human NDMA exposure and ranitidine use show substantial consistency, subject to the limitations of the available evidence.



CONFIDENTIAL INFORMATION

7. Although interspecies concordance of tumor sites is not necessarily expected, the sites of tumors seen in rodents and other animals treated with NDMA are consistent with the sites of tumors in humans with NDMA exposure.
8. Ranitidine has been found to degrade to form NDMA exogenously as a breakdown product due to time, heat and relative humidity and during storage and transit.
9. NDMA is also formed in the stomach by reaction of ranitidine with dietary nitrite under certain physiological conditions and with consumption of meals and specifically nitrite-rich meals.
10. Some food types contain NDMA. NDMA can be formed by reaction of nitrite with various amine precursors. This happens in a food item during processing and also in the stomach when nitrite (or nitrate, which may be reduced to nitrite by bacterial action) is ingested.
11. Epidemiological studies of human exposure to NDMA in the diet or through occupational exposure provide a consistent pattern of elevated risk from exposure to NDMA, consistent with cancer causation, at several sites and indicate the dependence of tumor incidence on dose in these situations.
12. Dose-response has been demonstrated, where the levels of NDMA in ranitidine formulations, as discussed in my Dose Response section, are sufficient, based on the NDMA testing results of the FDA, Defendants and Emery Pharma, and comparable to NDMA exposure in dietary studies, the Hidajat study and Cardwell to lead to an increased risk of bladder, esophageal, liver, pancreatic and stomach cancer.
13. Based on the levels of NDMA reported by Emery Pharma and FDA to occur in ranitidine medications both as supplied and after storage under conditions simulating consumer handling, it appears that users of ranitidine were exposed to levels as great or greater than the levels observed to cause bladder, esophageal, liver, pancreatic and stomach cancer in people exposed to NDMA.

## Introduction

### Carcinogen identification and mechanisms of action

Cancer is a disease which, in its many forms, is a major cause of mortality and morbidity in the human population. Only cardiovascular disease (heart attacks, strokes etc.) and lung diseases (other than lung cancer) have greater impacts. Considerable effort has therefore been directed to understand how this disease starts, how it progresses, and what treatments are available to cure it or reduce its impact. In order to further these aims it is necessary to understand the events and processes which give rise to cancer. The basic definition of cancer is the appearance of a tumor composed of cells which, unlike the normal cells of the body, grow and divide in an uncontrolled way. The tumor may cause medical problems just due to its increase in size and interference with the normal function of the organ within which it has appeared. These aberrant cells also show characteristic properties such as loss of the normal specialized architecture of the tissue from which they originate, and the ability to invade surrounding tissue and to break free and travel around the body to set up additional tumors (metastases) at remote sites. The extent to which these altered properties appear is dependent on the nature



CONFIDENTIAL INFORMATION

of the cell from which the tumor originated, and on the severity of the individual case: it is often observed that tumor cells appear initially in a relatively unmodified form other than the excess growth, but over time additional changes occur resulting in the tumor cells becoming invasive (intruding into surrounding tissues) and metastatic. The medical consequences in these later stages are correspondingly more severe, often becoming fatal unless treatment to remove the aberrant cells is successful.

Studies of the genetics of both normal cells and tumor cells have shown that cell growth regulation is achieved by means of certain regulatory genes, some of which promote cell division when activated and others suppress it. These genes work together and with other physiological signals such as hormones to achieve the proper balance of cell growth and division. Some tissues such as blood cells, skin and the lining of the intestine normally show steady, controlled growth and cell division to replace older cells which die by apoptosis. Other tissues divide steadily during infancy and childhood, but in the adult the organs reach a preferred size and then cell division mostly stops, with cells adopting specialized forms which do not divide further (this is referred to as "differentiation"). In these tissues the ability to divide is confined to the "stem cells" which are normally quiescent (i.e., inactive) but may divide to replace cells which die as a result of injury or ageing. This finely balanced mechanism is complemented by processes which identify and remove cells which become infected or damaged.

In cancer this regulation of cell division and differentiation is disrupted, and genetic analysis of tumors shows that mutations occur in those critical regulatory genes, disrupting the control processes and allowing uncontrolled cell division. These regulatory genes are often referred to as "proto-oncogenes", and their mutated forms are called oncogenes, or cancer-causing genes. It is generally observed that tumors, at least in their earlier stages, are clonal, in other words all the tumor cells are descendants of a single modified cell. It is also usually observed that several mutations are necessary to overcome the tight control of the cell division process to the point where uncontrolled division occurs[i]. Once this point is reached additional mutations occur which lead to further changes in cell behavior which are seen as invasion, metastasis, and other signs of tumor progression.

In the later stages of development of tumors, the mechanisms ensuring fidelity of replication of the genes during division often become disrupted, increasing the rate of appearance of mutations and other genetic changes including those related to the appearance of tissue invasion and metastasis. There are many processes in the cell which prevent or reverse genetic damage or cause the cell to shut down and die if it is damaged in this way, so it is rare for a potential tumor-founding mutation to escape these. But it does happen occasionally, resulting in cancer. One of the unique features of cancer is that although it may occur in response to a number of exposures or conditions, it very often does not: the appearance of a medically detectable tumor is a random or "stochastic" process which cannot be predicted in any



CONFIDENTIAL INFORMATION

individual case. It can however be described in terms of the risk, or the rate of appearance of the tumor across a large population of potential sufferers.

It has been known for decades that exposure to certain chemicals is a contributing cause for cancer. Such chemicals are referred to as carcinogens, and extensive work has been devoted to identifying them and understanding their mechanisms of action. In initial discussions about the role of chemical carcinogens there were attempts to estimate the percentage of human cancer which were caused by chemical exposure[ii]. More recently it has been realized that individual cases of cancer are the result of a number of different factors, some being external including exposure to chemicals and some being internal factors including genetics and health status[iii]. This is illustrated in Figure 1. On this basis, an actual case of cancer does not have a single exclusive cause but instead is multi-factorial, and can be shown by epidemiological and other studies that exposure to carcinogenic chemicals, for instance in the diet, drinking water, medicines, the general environment or workplace, is a substantial contributor to the risk of cancer among individuals thus exposed.[iii]

*Figure 1. Higher vs. lower cumulative disease risk of hypothetical individuals at a single point in time based on combinations of multiple risk factors. (From McHale et al., 2018)*

**CUMULATIVE RISK**

| HIGHER | ← → | LOWER |
|---|---|---|
| HIGH | Level of chemical exposure | LOW |
| >30 (Obese) | BMI | ≤ 25 (Normal) |
| LOW | Essential nutrients in diet | HIGH |
| YES | Smoker | NO |
| HIGH | Psychosocial stress level | LOW |
| Chronic | Current infection | NO |
| LOW (poor) | Material wealth | MODERATE |
| Familial | Genetic susceptibility | LOW |
| HIGH | Pharmaceutical intake | LOW |
| YES | Recreational drug use | NO |
| LOW (e.g. HIV+) | Immunity | NORMAL |

Characteristics of cancer

Studies of carcinogenic chemicals have revealed a characteristic range of properties which are associated with cancer causation, which are related to either direct mutagenic action, amplification of background mutation rates, impacts on regulatory processes of division or repair[iv] or a combination of these factors. A summary of these characteristics of carcinogens is shown in the table below. These characteristics are not all seen for all carcinogens, but typically a carcinogen would show several of them: which characteristics are seen in a particular case will provide guidance as to the probable mechanism of action for that carcinogen. Any of the 10 characteristics in this table could interact with any other (e.g., oxidative stress, DNA damage,



CONFIDENTIAL INFORMATION

and chronic inflammation), which when combined provide stronger evidence for a cancer mechanism than would oxidative stress alone.

*Key characteristics of human carcinogens. (from Smith et al., 2016)*

| Characteristic | Examples of relevant evidence |
|---|---|
| 1. Is electrophilic or can be metabolically activated | Parent compound or metabolite with an electrophilic structure (e.g., epoxide, quinone), formation of DNA and protein adducts |
| 2. Is genotoxic | DNA damage (DNA strand breaks, DNA–protein cross-links, unscheduled DNA synthesis), intercalation, gene mutations, cytogenetic changes (e.g., chromosome aberrations, micronuclei). |
| 3. Alters DNA repair or causes genomic instability | Alterations of DNA replication or repair (e.g., topoisomerase II, base-excision or double-strand break repair) |
| 4. Induces epigenetic alterations | DNA methylation, histone modification, microRNA expression |
| 5. Induces oxidative stress | Oxygen radicals, oxidative stress, oxidative damage to macromolecules (e.g., DNA, lipids) |
| 6. Induces chronic inflammation | Elevated white blood cells, myeloperoxidase activity, altered cytokine and/or chemokine production |
| 7. Is immunosuppressive | Decreased immunosurveillance, immune system dysfunction |
| 8. Modulates receptor-mediated effects | Receptor in/activation (e.g., ER, PPAR, AhR) or modulation of endogenous ligands (including hormones) |
| 9. Causes immortalization | Inhibition of senescence, cell transformation |
| 10. Alters cell proliferation, cell death or nutrient supply | Increased proliferation, decreased apoptosis, changes in growth factors, energetics and signaling pathways related to cellular replication or cell cycle control, angiogenesis |

Abbreviations: AhR, aryl hydrocarbon receptor; ER, estrogen receptor; PPAR, peroxisome proliferator–activated receptor

## Key steps in risk and causality assessment for carcinogens

(Portions of this section are quoted or modified from my published chapter on Risk Assessment for Chemical Carcinogens[v], and other sources where cited).

The National Academy of Sciences/National Research Council [vi] presented their analysis “Risk Assessment in the Federal Government: Managing the Process” in 1983. Although risk assessment methodology has developed in various ways since[vii, viii], that publication remains a critical landmark in the development and formalization of risk assessment procedures in the United States. The broad principles and procedures laid out in this publication remain the basis of most risk assessment activity in the United States at the Federal and State level.

Drawing on various earlier academic analyses, and on experience with risk assessment particularly within the U.S. Environmental Protection Agency (EPA) and the U.S. Food and Drug Administration (FDA), this document provides a summary of the key steps in risk assessment.



CONFIDENTIAL INFORMATION

Risk assessment is a stage in the overall process of evaluation and regulatory control of a hazardous material or situation. It is preceded by a phase of research and measurement to provide data as input to the assessment process and is followed by a risk management phase in which technical options for mitigation or elimination of the risk are considered along with other social and economic factors, leading to eventual practical and/or legal action. The key steps of the risk assessment process are Hazard Identification, Exposure Assessment, Dose-Response Assessment and Risk Characterization. These key steps are illustrated in Figure 2.

*Figure 2 Key steps in risk assessment (based on NRC, 1983).*

| RESEARCH | | RISK ASSESSMENT | | | | RISK MANAGEMENT |
|---|---|---|---|---|---|---|
| Laboratory and field observations of adverse health effects and exposures to particular agents | ➔ | Hazard Identification (Does the agent cause the adverse effect?) | | | | Development of regulatory options |
| | | | ↘ | | ↗ | ↓ |
| Information on extrapolation methods for high to low dose and animal to human | ➔ | Dose-Response Assessment (What is the relationship between dose and incidence in humans?) | ➔ | Risk Characterization (What is the estimated incidence of the adverse effect in a given population?) | | Evaluation of public health, economic, social, political consequences of regulatory options |
| | | | ↗ | | ↘ | ↓ |
| Field measurements, estimated exposures, characterization of populations | ➔ | Exposure Assessment (What exposures are currently experienced or anticipated under different conditions?) | | | | Agency decisions and actions to prevent or mitigate the risk |



CONFIDENTIAL INFORMATION

## Bradford Hill Considerations for Causality

There has been extensive discussion of the decision processes which will support causality, i.e., the determination that an observed effect is actually caused by an observed process or event. This particularly relates to epidemiological data and is also relevant to interpretation of animal studies. Most scientists including toxicologists, epidemiologists and others utilize the factors for causality established by epidemiologist and statistician Sir Austin Bradford Hill (1965)[ix]. Using these principles, the factors used to assess causality have been laid out in various risk assessment guidance documents from public agencies. These are not to be used as a mechanical checklist, but rather as a set of considerations to frame an analysis of available studies and evidence leading to a judgment regarding whether an exposure is a likely cause of a disease. The above 9 factors are the Bradford Hill guidelines- for a causality assessment. As noted above, a judgment of causation does not require that all of these 9 considerations are met. The below chart summarizes the Bradford Hill considerations used for assessing causality.[x]

Table 2. EPA aspects to aid in judging causality.

| Aspect | Description |
|---|---|
| Consistency of the observed association | An inference of causality is strengthened when a pattern of elevated risks is observed across several independent studies. The reproducibility of findings constitutes one of the strongest arguments for causality. If there are discordant results among investigations, possible reasons such as differences in exposure, confounding factors, and the power of the study are considered. |
| Coherence | An inference of causality from one line of evidence (e.g. epidemiologic, controlled human exposure [clinical], or animal studies) may be strengthened by other lines of evidence that support a cause-and-effect interpretation of the association. The coherence of evidence from various fields greatly adds to the strength of an inference of causality. In addition, there may be coherence in demonstrating effects across multiple study designs or related health endpoints within one scientific line of evidence. |
| Biological plausibility | An inference of causality tends to be strengthened by consistency with data from experimental studies or other sources demonstrating plausible biological mechanisms. A proposed mechanistic linking between an effect and exposure to the agent is an important source of support for causality, especially when data establishing the existence and functioning of those mechanistic links are available. |
| Biological gradient (exposure–response relationship) | A well-characterized exposure–response relationship (e.g. increasing effects associated with greater exposure) strongly suggests cause and effect, especially when such relationships are also observed for duration of exposure (e.g. increasing effects observed following longer exposure times). |
| Strength of the observed association | The finding of large, precise risks increases confidence that the association is not likely due to chance, bias or other factors. However, it is noted that a small magnitude in an effect estimate may represent a substantial effect in a population. |
| Experimental evidence | Strong evidence for causality can be provided through "natural experiments" when a change in exposure is found to result in a change in occurrence or frequency of health or welfare effects. |
| Temporal relationship of the observed association | Evidence of a temporal sequence between the introduction of an agent, and appearance of the effect, constitutes another argument in favor of causality. |
| Specificity of the observed association | Evidence linking a specific outcome to an exposure can provide a strong argument for causation. However, it must be recognized that rarely, if ever, does exposure to a pollutant invariably predict the occurrence of an outcome, and that a given outcome may have multiple causes. |
| Analogy | Structure activity relationships and information on the agent's structural analogs can provide insight into whether an association is causal. Similarly, information on mode of action for a chemical, as one of many structural analogs, can inform decisions regarding likely causality. |

Source: US EPA (2013a, Table I).

Bradford Hill causal factors are guidelines for assessing whether a causal association exists between a factor and a disease, rather than hard-and-fast rules. As to strength of the



CONFIDENTIAL INFORMATION

association factor, Sir Austin Bradford Hill advised "[W]e must not be too ready to dismiss a cause-and-effect hypothesis merely on the ground that the observed association appears to be slight. There are many occasions in medicine when this is in truth so." (Bradford Hill 1965).[xi] And for example, on the specificity factor he raised, one-to-one relationships are infrequent. Sir Bradford Hill utilized smoking and multiple types of cancer as an example to demonstrate why the importance of specificity when analyzing causation should not be over-emphasized. (Bradford Hill 1965).

In providing his landmark assessment of causality, Hill specifically stated that none of his "nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." The viewpoints were different objective factors to consider when making a subjective scientific judgment on a causal effect. Sir Bradford Hill and later commentators have indicated that a determination of causality is a pragmatic conclusion rather than an absolute verdict, and advocate that these criteria should be seen as "deductive tests of causal hypotheses".

Hill expressly warned that too much focus is spent on statistical significance and the value of P such that "no significant difference" was dangerously being interpreted as "no difference" and thus a reasonable approach is necessary to interpret the data and weigh the evidence "whatever the value of P." While a helpful reminder regarding the effects of chance, the value of P and statistical significance is not a threshold that must be reached. (Bradford Hill)

Regulatory decision making relies on these criteria to support decision making (quoting OEHHA's Hot Spots program guidelines[xxii], which exemplify the scientific consensus on this aspect of risk and causality assessment methodology), but their application relies on expert and informed scientific judgment rather than a "check the boxes" approach.

## Types of evidence for carcinogen causal assessment

### Human studies: epidemiology, ecological studies and case reports

The initial step in characterizing the risk of cancer causation, as applied in this investigation, is hazard identification. Hazard identification requires chemicals that present a potential carcinogenic impact on human health to be identified. Therefore, the ideal hazard identification relies on studies in humans by which the nature and extent of the hazard may be demonstrated. In a few situations, such as clinical trials of experimental drugs that may benefit the subjects of the trial more than the current standard treatments, experiments in humans can be ethically justified. These have yielded valuable information on human response to pharmacological agents, including toxic responses as well as the intended effects. However, other experimental studies of toxic effects in human subjects are rarely undertaken and seldom justifiable or permissible for ethical reasons. Purely pharmacokinetic volunteer studies, where the doses used are well below the threshold for any toxic effect, are well established. Apart from this type of situation, the risk assessor will rely on epidemiological studies of existing occupational or environmental exposures.



CONFIDENTIAL INFORMATION

When using epidemiological data, accepted standards of rigor (as described in the preamble to the IARC monographs[xxvi]) must be followed in drawing inferences from observations of morbidity or mortality. This is an important tenet of a proper assessment, which I have applied to the ranitidine risk/causality assessment. It is easier to meet these standards in situations where both the exposures and the population are substantial and well-defined, and accessible to direct measurement rather than anecdotal reports or recall. Thus, many important determinations of carcinogenicity to humans are based on analysis of occupational exposures. Examples include benzidine[xii], vinyl chloride[xiii], inhaled chromium VI[xiv, xv], coke oven emissions[xvi] and diesel exhaust[xvii]. A common problem in occupational situations is simultaneous exposure to several different known or suspected carcinogens. Often quantification of the exposures is vague or anecdotal. While this certainly complicates the later task of dose-response assessment, it is also important for hazard identification when trying to resolve the role of multiple agents in a workplace. Other confounding exposures such as active or passive cigarette smoking may also complicate the interpretation. A further difficulty in using occupational data for public health risk assessment is that workers in chemical-using industries tend to be healthy adults. The historical database of occupational studies also has a bias in favor of male Caucasians. Thus, the hazard analysis of these studies may not accurately characterize effects on women, infants, children or the elderly, or on members of other ethnic groups. Despite these difficulties, the analysis of occupational epidemiological studies has proved an important and reliable source for unequivocal identification of human carcinogens, extensively used for decision making by scientists, government agencies and international organizations.

Other important sources of epidemiological evidence are situations where a large but clearly identifiable segment of a general population has some unusual exposure, due for instance to the presence of the material of interest in drinking water or food sources. This may occur either naturally, or because of human activity (industry, mining, etc.). Unusual food preferences, cooking and storage methods, and cultural practices may also create populations having greater or lesser exposure than elsewhere. Rigorous cohort and case-control studies are possible, in which exposed individuals are identified, their exposure and morbidity or mortality evaluated, and compared to less exposed but otherwise similar controls. More often at least the initial investigation is an “ecological” study, where prevalence of exposures and outcomes is compared in the control and exposed populations. Such studies are less definitive than cohort and case-control studies, but are important sources of information nevertheless. Additionally, these studies can often justify more costly and labor-intensive follow-up studies. Investigations of exposures via drinking water have been important especially for naturally occurring toxic minerals, such as the classic and continuing investigations of carcinogenesis and other toxic effects caused by arsenic in Taiwan, Chile, Argentina and Bangladesh. Important results have also been obtained in the study of microbial toxins (aflatoxins, fumonisins) in food. In some cases, the agent responsible is unknown except as a component of a unique food material, such as the “salted fish” carcinogen.



CONFIDENTIAL INFORMATION

The clinical medical literature contains many "case reports" where some interesting or unusual medical outcome is reported along with unusual exposures or situations that might have contributed to the occurrence. These reports typically involve a single patient or a small group, and thus lack statistical power. While insufficient on their own to establish causation, they are of interest in hazard identification as indications of possible associations that deserve follow-up using epidemiological methods, and as supporting evidence, addressing the plausibility of associations measured in larger studies. Many thorough and definitive investigations were initiated in response to such reports.

Animal studies

Although the observation of human disease in an exposed population is the definitive hazard identification, this analysis represents a failure of public health protection, not a success. Ideally, we would have identified the hazard earlier, and avoided the exposure before human sickness or death resulted. Usually, risk estimates have been based on studies in experimental animals, and extrapolation of these results to predict human toxicity. The animals used are mostly rodents, typically the common laboratory strains of rat and the mouse. Laboratory rodents are relatively inexpensive, survive and breed well in captivity without requiring extraordinary diet, housing conditions or handling, and live for a convenient span of about two years – manageable for lifetime studies. They also include genetically well-defined inbred strains with constant and well-characterized anatomy, physiology and biochemistry.

Rats and mice are similar to humans in many ways. Physiology and biochemistry are similar for all mammals, especially at the fundamental levels of xenobiotic metabolism, DNA replication and DNA repair that we are most concerned with in identifying carcinogens. More complex functions (*e.g.,* behavior, endocrine function and reproduction) also share many common fundamental themes, although there are well-characterized differences. The fact that rodents are omnivores makes them more similar to humans in biochemical terms than some other mammals that are phylogenetically closer to humans but have a purely herbivorous or carnivorous diet.

These advantages of rodents as experimental subjects have led to them being used extensively in preclinical safety assessments of candidate pharmaceuticals, and in regulatory or research studies of industrial chemicals and environmental contaminants, to determine carcinogenicity. Later in my Report, I discuss specifically the ranitidine animal studies GSK conducted and relied on to support ranitidine's safety profile. As my discussion details, the studies had significant limitations that prevented identification of the safety red flags.

In spite of the important similarities, in interpreting the results of animal studies the risk assessor should also consider the known and specific differences between rodents and humans. When interpreting carcinogenicity data, it must be remembered that rodents, with a short life span, have differences in cell growth regulation compared to longer-lived species such as the human. For instance, whereas laboratory investigations have suggested that two regulatory gene mutations (*e.g.*, H-ras and p-53) are sometimes sufficient to convert a rodent cell to a



CONFIDENTIAL INFORMATION

tumorigenic state, many human cancers observed clinically have seven or eight such mutations. The use of genomics to study chemical carcinogenesis is relatively new, but the differences at present appear to be a matter of degree rather than kind.

Differences in regulation of cell division are one possible reason for the variation between species that is often observed in the site of action of a carcinogen, or its potency at a particular site. While a positive finding of carcinogenesis in the mouse liver, for instance, is not necessarily a reliable indicator for human liver cancer risk, it is a reasonably good indicator of potential for carcinogenesis at some site in the human. The mouse liver (and to a lesser extent that of the rat) is a common site of spontaneous tumors[xviii]. It is also relatively sensitive to chemical carcinogenesis. The human liver is apparently more resistant to carcinogenesis; human liver tumors are unusual except when associated with additional predisposing disease, such as hepatitis B or alcoholic cirrhosis. Conversely, other tumor sites are more sensitive in the human.

The other major reason for interspecies variation in site and sensitivity to carcinogenesis is differences in pharmacokinetics and metabolism, especially for carcinogens where metabolic activation or detoxification is important. This variability may cause important differences in sensitivity between individuals in a diverse species such as humans. Variability between individuals in both susceptibility and pharmacokinetics or metabolism is probably less in experimental animal strains that are bred for genetic homogeneity.

The original design of animal carcinogenesis studies was intended to maximize the chances of detecting a positive effect, and thus did not mimic realistic human exposure scenarios. Much early work on the carcinogenic effects of polycyclic aromatic hydrocarbons involved dermal application, a known and important route of human exposure to these materials, but frequently also involved promotion with agents such croton oil (or its active ingredient, phorbol ester). While promotion by injury or recurrent irritation does occur in human dermal carcinogenesis, the typical initiation-promotion study in mouse skin is an extreme application of this phenomenon. Similarly, in unpromoted studies by the oral or inhalation routes, doses are very large compared to those commonly encountered in the environment or workplace. This is designed to counter the limitation in statistical power caused by the relatively small size of an animal experiment. Whereas the exposed population of an epidemiological study might number in the hundreds (or, for a large ecological study, even the thousands or millions), the typical animal study might have fifty individuals per exposure group. With this group size any phenomenon with an incidence of less than about 5% is likely to be undetectable unless it is an extremely rare tumor.

Early animal studies were often even smaller, but this was not necessarily a problem when studying extremely potent carcinogens. Statistically significant results were obtained even with groups as small as ten animals per dose group, when incidence of a tumor that is rare in the controls approached 100% in a treated group. However, agents as potent as this are relatively unusual. Some studies have also used routes such as subcutaneous or intraperitoneal injection.



CONFIDENTIAL INFORMATION

These may be useful in specific circumstances as investigational tools. They are less helpful for hazard identification because of the frequent appearance of tumors at the site of injection, and the bypassing of important metabolic processes to which carcinogens are exposed during uptake by routes more relevant to human exposure (*e.g.,* oral or inhalation).

The consensus experimental design for animal carcinogenesis studies, which has evolved over the last 50 years of investigation, is represented by the protocol used by the U.S. National Toxicology Program for studies using oral routes (diet, gavage or drinking water) or inhalation. The first step is to establish a likely maximum tolerated chronic dose by means of a small subchronic study. "Maximum tolerated dose" (MTD) is defined as the highest dose which causes no mortality or other severe non-cancerous pathology, and which has a marginal impact (about 10% ideally) on body weight gain. If there is no impact at all on body weight gain, it may be suspected that the MTD was not achieved. Conversely, if the impact at the highest dose level was greater than 10% - 15%, or if there is treatment-related mortality or morbidity (other than related to tumors, of course), the MTD may have been exceeded. For a typical carcinogenesis study, groups of fifty animals of a single sex and species are used, with a control group, and at least two dose groups, one receiving the MTD and one receiving one half that dose. More recent designs have emphasized the desirability of more dose levels. The MTD is still the target for the top dose level, but the study now typically includes at least three levels covering a decade with "logarithmic" spacing (*i.e.,* MTD, 1/2 MTD or 1/3 MTD, and 1/10 MTD). This extended design is aimed at providing better dose-response information, and may contribute important additional information, such as mechanistic insights, for the hazard identification phase.

These carcinogenesis bioassays, usually involve control and exposed groups for both sexes of an experimental species, and most often two species. The National Toxicology Program has standardized the use of the C57BlxC3H $F_1$ hybrid mouse, and the Fischer 344 rat as the standard test species, which offer an acceptable compromise between low background rates of common tumors and sensitivity to chemically induced tumors. These strains are also well characterized and stable. There is now an extensive database of background tumor incidences, normal physiology, biochemistry, histology and anatomy, which aid the interpretation of pathological changes observed in experiments. Although this background information is helpful in interpretation, it is generally regarded as essential that the controls and experimental groups in a single experiment be conducted concurrently. There is, for instance, enough variation in background rates of common tumors that the use of "historical control" data in hazard identification or dose-response assessment is undesirable, except as a last resort in analyzing poorly conducted experiments, or to indicate anomalous outcomes in concurrent controls.

Supporting evidence: genetic toxicity, mechanistic studies

Animal studies of the size and complexity described in the previous section are expensive and time-consuming, and even when conducted appropriately may yield equivocal results. Investigators have therefore developed additional data sources that can support or modify the



CONFIDENTIAL INFORMATION

conclusions of animal carcinogenesis bioassays and provide information on mechanisms of action of agents suspected of being carcinogenic based on epidemiological studies or animal bioassays.

A substantial body of information has been obtained in the last thirty years on chemicals that cause genetic damage in exposed organisms[xix]. This damage includes both gene mutations (point or frameshift), and larger scale effects such as deletions, gene amplification, sister-chromatid exchanges, translocations and loss or duplication of segments or whole chromosomes. These genetic effects of chemical exposures are deleterious in their own right. In addition, since carcinogenesis results from somatic mutations and similar genetic alterations, agents that cause genetic damage generally have carcinogenic potential. Conversely, many known carcinogens are also known to be genotoxic, although there is also a significant class of carcinogens that are not directly genotoxic according to the usual tests. These latter agents presumably work by some other mechanism, although recent genetic studies have shown that even tumors induced by these agents show mutations, deletions or amplification of growth regulatory genes.

Genetic toxicity has been measured by a number of experimental procedures. These may involve exposure of intact animals, and examination of genetic changes in, for example, bone marrow cells (or cells descended from these e.g., the micronucleus test, which detects remnants of chromosomal fragments in immature erythrocytes), mutations in *Drosophila* flies, or appearance of color spots in the coat of mice. However, the majority of genetic tests have employed single celled organisms or mammalian cells in culture, since these tests are generally simpler, faster and cheaper to undertake. The best known of these tests is the *Salmonella* reverse mutation assay, popularly known as the Ames test after its inventor. This is representative of a larger class of tests for mutagenic activity in prokaryotic organisms (bacteria), which necessarily only look at gene-level mutations. Similar tests in eukaryotic microorganisms (yeasts, *Aspergillus*) and cultured mammalian cells also detect chromosomal effects. A further class of tests in mammalian cells examines the induction of cell transformation, *i.e.*, impaired growth regulation, where cells pile up instead of remaining as a monolayer (morphological transformation) or gain the ability to divide while suspended in soft agar (anchorage-independent growth transformation). These changes are seen as analogues of the conversion of a normal tissue cell into a tumorigenic cell.

These different classes of genetic test contribute slightly different information, which together may be used to amplify and confirm conclusions drawn from human studies or animal bioassays, or to draw tentative conclusions in the absence of epidemiological or bioassay data. In the latter case they have been an important source of data in prioritizing agents for more complete evaluation by means of bioassays, or conversely for identifying chemical structures which would not be worth further investigation as a possible drug or pesticide.



CONFIDENTIAL INFORMATION

## Inference guidelines and classifications of carcinogens

Risk assessors performing carcinogen risk assessments, whether conducting general scientific investigation, providing input to public regulatory processes or pharmaceutical consulting, or for arbitration or litigation, value consistency and transparency. This ensures that any interested party has access to all the input data and can follow the logic by which the conclusions are reached. An important contributor to this goal is the use of standard inference guidelines. These are generally peer reviewed to ensure their acceptance by the scientific community and may also receive regulatory endorsement. The US EPA originally published a guidance document for carcinogen risk assessment in 1986[xx]. An update was developed and, after several revisions, presented in 2005[xxi].

Various State governments have also developed guidance for carcinogen risk assessment, notably California[xxii]. These guidelines are in general similar to the recommendations of the US EPA, although some differences in emphasis and additional analyses are shown.

In the specific area of hazard identification, the IARC, a component agency of the WHO based in Lyon, France, is often seen as the ultimate arbiter of both methodology and conclusions on cancer research. The IARC Monograph series provides a description of the data inputs and inference guidelines used in a preamble, followed by detailed evaluations of the carcinogenicity of individual substances or commonly occurring mixtures. The inference guidelines used are similar to those used by regulatory authorities, although IARC is a scientific, rather than a regulatory, organization. IARC undertakes a critical review and evaluation of all relevant information to assess the strength of the available evidence to determine whether an agent is capable of causing cancer. The purpose is to provide a comprehensive international, independent, expert scientific opinion on environmental carcinogenesis. An important distinction is that the IARC will not provide recommendations or opinions regarding regulatory or legislative guidance but instead provides extensive and thorough peer reviewed scientific, qualitative judgments on the evidence of carcinogenicity based on all available data.[xxiii]

IARC reviews the evidence available in three basic categories: human carcinogenicity, animal carcinogenicity, and supporting evidence (including genotoxicity and mechanistic data). Evidence in both animal and human categories is judged to be either Sufficient, Limited or Inadequate, based on the quality and specificity of the data. Mechanistic evidence is classified as Strong, Limited or Inadequate. Overall consideration of this evidence is used to classify a compound or exposure situation into one of the following categories, as described in the following quotation from the Preamble to the IARC Monographs[xxiii]:

"The agent is carcinogenic to humans (Group 1)

> This category applies whenever there is sufficient evidence of carcinogenicity in humans. In addition, this category may apply when there is both strong evidence in exposed humans that the agent exhibits key characteristics of carcinogens and sufficient evidence of carcinogenicity in experimental animals.



CONFIDENTIAL INFORMATION

The agent is probably carcinogenic to humans (Group 2A)

This category generally applies when the Working Group has made at least two of the following evaluations, including at least one that involves either exposed humans or human cells or tissues:

- Limited evidence of carcinogenicity in humans,
- Sufficient evidence of carcinogenicity in experimental animals,
- Strong evidence that the agent exhibits key characteristics of carcinogens.

If there is inadequate evidence regarding carcinogenicity in humans, there should be strong evidence in human cells or tissues that the agent exhibits key characteristics of human carcinogens. If there is limited evidence of carcinogenicity in humans, then the second individual evaluation may be from experimental systems (i.e., sufficient evidence of carcinogenicity in experimental animals or strong evidence in experimental systems that the agent exhibits key characteristics of carcinogens).

Additional considerations apply when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans for one or more tumour sites. Specifically, the remaining tumour sites should still support an evaluation of sufficient evidence in experimental animals in order for this evaluation to be used to support an overall classification in Group 2A.

Separately, this category generally applies if there is strong evidence that the agent belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in Group 1 or Group 2A.

The agent is possibly carcinogenic to humans (Group 2B)

This category generally applies when only one of the following evaluations has been made by the Working Group:

- Limited evidence of carcinogenicity in humans,
- Sufficient evidence of carcinogenicity in experimental animals,
- Strong evidence that the agent exhibits key characteristics of carcinogens.

Because this category can be based on evidence from studies in experimental animals alone, there is no requirement that the strong mechanistic evidence be in exposed humans or in human cells or tissues. This category may be based on strong evidence in experimental systems that the agent exhibits key characteristics of carcinogens.

As with Group 2A, additional considerations apply when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans for one or more tumour sites. Specifically, the remaining tumour sites should still support an evaluation of sufficient evidence in experimental animals in order for this evaluation to be used to support an overall classification in Group 2B. I discuss the underlying studies supporting the Group 2A Classification below.



CONFIDENTIAL INFORMATION

The agent is not classifiable as to its carcinogenicity to humans (Group 3)

> Agents that do not fall into any other group are generally placed in this category. This includes the case when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans for one or more tumour sites in experimental animals, the remaining tumour sites do not support an evaluation of sufficient evidence in experimental animals, and other categories are not supported by data from studies in humans and mechanistic studies.
>
> An evaluation in Group 3 is not a determination of non-carcinogenicity or overall safety. It often means that the agent is of unknown carcinogenic potential and that there are significant gaps in research. If the evidence suggests that the agent exhibits no carcinogenic activity, either through evidence suggesting lack of carcinogenicity in both humans and experimental animals, or through evidence suggesting lack of carcinogenicity in experimental animals complemented by strong negative mechanistic evidence in assays relevant to human cancer, then the Working Group may add a sentence to the evaluation to characterize the agent as well-studied and without evidence of carcinogenic activity."

It is worth noting, that based on the strength of the evidence of carcinogenicity based on animal studies, experts in the field deem it appropriate to conclude that an exposure is probably carcinogenic in humans even though there is limited evidence of carcinogenicity in humans, This is because animal to human carcinogenicity can be very compelling and scientifically reliable, whereas it is very challenging for a multitude of reasons to study cancer causation relationships in humans because, for example, use of clinical trials for a suspected carcinogen are not ethical in humans, and observational studies have to overcome challenges of accurately assessing exposure (including frequency and duration of exposure, which are important) and outcome, dose response, biases, confounders, and for other reasons.

## Exposure Assessment

Having identified a particular chemical or exposure situation as presenting a cancer hazard, the next step in estimating the risk that this may present is to estimate the level of exposure which occurs under the specific situation of concern.

### The exposed individual

In determining the exposure, it is important to identify the characteristics of the exposed individuals, the routes of exposure, and the intensity and duration of the exposure. The intensity of exposure may be further divided into the concentration in the external media, the bioavailability (i.e., extent to which absorption from these media occurs), and finally the toxicokinetics that determine the delivery of the material or its toxic metabolites to the sensitive tissues, and their eventual detoxification and/or removal from the body. Although these different processes form a continuum, it is conventional in risk assessment to consider concentrations in, and exposure to, the external media, and the bioavailability, under the



CONFIDENTIAL INFORMATION

heading of exposure assessment. Toxicokinetics are generally considered under the heading of dose-response assessment.

Depending on circumstances, the exposed subject may be an actual individual whose exposure may be measured by personal sampling, estimation of biomarkers such as urinary metabolites, or measurements of the environment in which they are located, coupled with measurements of uptake parameters such as breathing rates, water consumption, etc. However, the "exposed individual" is often instead a model of what might occur under particular hypothetical circumstances. The risk assessment thereby identifies precautionary requirements to avoid significant harm occurring to the local or general population. The exposure analysis often defines a hypothetical "maximally exposed individual", using health-conservative assumptions that are unlikely to be exceeded. Several exposure estimates may be derived, representing both the maximally exposed individual, and others such as medians for the whole population and for specified subgroups. Often a "tiered" approach is used, starting with an estimate using simple methodology and assumptions for a maximally exposed individual. If the risk prediction for this case is insignificant, further analysis is unnecessary. However, if this simple but extreme analysis predicts a significant risk it may be necessary to employ a more complex and realistic analysis to better estimate the exposure.

Individuals vary markedly in physiological parameters, including body weight, and in factors such as age and health status that may also affect their exposure to toxicants. Uptake parameters such as breathing rate, food and water consumption are often assumed as "standard" values in simple models but are more fully described by distributions based on values measured for sample populations. The standard values may represent a hypothetical individual (often a healthy adult male), or they may be chosen as points on a population distribution. Special distributions may be chosen to represent subgroups of a population, such as children or infants in certain age ranges, pregnant women or members of a cultural or occupational group.

Media and routes of exposure

The analysis needs to consider the media to which an individual may be exposed. Media such as air or drinking water directly convey the toxicant from the source to the exposed individual, but there are also more complex routes such as contaminated food grown in soil containing the toxicant or inhalation (and dermal) exposure to volatile materials present in the domestic water supply during showering and other water-handling activities. Exposure assessment generally requires determination of concentrations, and often time-dependent functions such as flows, chemical reactions and biodegradation, in both the media into which the toxicant is first emitted, and the media to which the individual of interest is exposed. This situation is frequently addressed using computer models.

The nature of the toxicant and the media containing it to which the individual is exposed, determine the routes by which the material is absorbed into the body. The route of exposure is often an important determinant of the toxic effect. Some toxicants such as reactive irritants



CONFIDENTIAL INFORMATION

produce their major impacts on tissues at or near their first point of contact. Carcinogens sometimes act in this way, but many also or instead act at target organs remote from the point of first contact, following distribution via the blood. One would not expect different potencies for different routes of exposure when the dose is expressed in terms of the amount actually absorbed. However, the uptake by different routes may vary greatly.

For inhaled materials, the concentration in air and the solubility of the material in blood are important determinants of the extent of uptake. Where there is equilibrium between a vapor phase in the lung alveoli and dissolved material in the blood, a partition coefficient can be defined. This, along with the blood flow through the lung, determines how much material is absorbed. Where equilibrium is not achieved, the uptake may be better described by the diffusion coefficient through the area in the lung where gas absorption occurs, which is the alveolar surface. Pharmacokinetic models are often used to describe these uptake processes, especially at the high exposure concentrations observed in some occupational situations[xxiv]. Simpler descriptions may be sufficient at low doses, either based on measured data if available, or using standard assumptions in the absence of compound and situation-specific information[xxv].

In general,

$$D = \frac{C \,.\, V \,.\, u}{bw}$$

where:

D = Dose (μg/kg/day)

C = Air Concentration (μg/m$^3$)

V = Volume of air breathed per day (default 20 m$^3$)

u = fraction absorbed

bw= body weight (default 70 kg)

The volume of air inspired in a given period depends on the individual, being affected by variables such as body weight, age, sex, and activity level. It may be sufficient to use the default value of 20 m$^3$ per day assumed for an adult male, who is also assigned a default body weight of 70 kg. More sophisticated analyses may use population breathing rate distributions or consideration of different “standard” individuals, such as an infant, child, generic adult female, or a worker with an especially high physical activity level.

Uptake from food or drinking water depends on the amount of food or water consumed. National and regional databases listing consumption of food commodities may be useful if more local sources or actual data are unavailable. Drinking water consumption may also be estimated using population distribution, real data or default values. A default consumption of



CONFIDENTIAL INFORMATION

2 L/day is often assumed, but this will increase for high levels of physical activity and hot climates.

In considering consumption of drinking water, this figure includes actual drinking and an allowance for water consumption as a result of food preparation and cooking. An additional factor in household situations is that piped water is used in various other domestic activities such as showering, flushing toilets, washing clothes and dishes, etc. These will result in additional exposures to volatile contaminants in drinking water via inhalation since the materials will equilibrate between the supplied water and the indoor air of the residence. Dermal exposure to water contaminants will also occur during bathing or showering. The extent of these additional exposure factors varies according to the vapor pressure, water solubility and dermal permeability of the compounds: in certain cases the effective consumption may be as much as 2 – 3 times the direct consumption as drinking water.

Both food and water contaminants are subject to partial uptake, like air contaminants. The proportion taken up by the oral route is referred to as a bioavailability factor. There are extensive experimental studies of bioavailability for pharmaceuticals, and most of the expertise in measurement and modeling derives from this area. Data are more limited for most environmental contaminants, especially at low doses. In the absence of specific data, a default of 100% bioavailability is often assumed to protect public health. Some metals, particularly lead, and those for which an essential dietary role has been identified, have been studied extensively. For volatile materials, absorption from the gastrointestinal tract may be effectively 100%, but there may be loss of unchanged material through the lungs by equilibration with alveolar air, especially at higher doses[xxiv].

In a few cases, the issue of “bioavailability” by the oral route is complicated by reaction of the toxicant with food or digestive secretions, which may reduce uptake of the actual toxic material. Activation of compounds to a carcinogenic intermediate may also occur as a result of chemical reactions, digestive enzymes or intestinal microflora. In these situations, it is likely that actual compound- and case-specific data will be required to provide a realistic exposure assessment.

Duration of exposure

Since cancer is a consequence of genetic mutations which persist in clones of modified somatic cells once they have occurred, and these mutations are related to the exposure to a carcinogenic agent, it is expected that the effect of such exposures would be cumulative. The standard exposure metric for cancer risk assessment is therefore the cumulative lifetime exposure to the carcinogenic agent [xx]. For risk assessment purposes the standard human lifetime is assumed to be 70 years, and exposures are often described as an annual average dose or concentration over this period. Similarly, in interpreting animal carcinogenicity data the standard lifetime for rodents (rats and mice) is assumed to be two years, and exposure is described as the average dose or exposure concentration over this period (which is the standard study duration for rodent bioassays).



CONFIDENTIAL INFORMATION

For a more or less constant exposure to a carcinogen the duration of exposure is generally addressed in risk assessment for carcinogens by assuming that the exposure will continue at a constant level for the standard human lifetime. Exposure assessment for carcinogens becomes more complex when shorter periods are involved because both the underlying animal or human data and the risk model used in dose-response-assessment are based on chronic exposures which continue for a substantial fraction of the lifetime of an exposed human or experimental animal. Where exposure is observed or expected to continue for a substantial number of years, the cumulative exposure may be described by the fraction of the standard lifetime during which the exposure occurred and the dose or concentration during this period. Although some recent papers have made arguments to deviate from the linear dose models, there is no reliable data that warrants deviating from the linear dose model with genotoxic carcinogens and attempts to do so are inconsistent with the applicable regulatory standards in the US. This is discussed later in my report. (See section: Dose-response for cancer following NDMA exposure: animal studies and epidemiological evidence and studies).

The risk model used in evaluating carcinogenic exposures does not apply to short-term acute, or highly episodic, exposures. Extensive data in the scientific literature show that single exposures to carcinogens are effective in causing tumors, but there are no standard ways of using these data to provide quantitative prospective risk estimates.

## Dose Response Assessment

Once the degree and duration of exposure have been determined or estimated, the next step in risk assessment for carcinogens is to determine the dose-response. The dose response phase of a cancer risk assessment aims to characterize the relationship between an applied dose of a carcinogen and the risk of tumor appearance in a human.

As described previously, cancer is understood to be the result of mutations in somatic cells affecting genes involved in the regulation of cell division and differentiation. The multi-stage model, which is extensively used in cancer risk assessment assumes this description of cancer causation, using a polynomial model (an equation of the general form $y = a + b_1x + b_2x^2 + \ldots b_ix^i$) to describe the dose-response expected as a result. Although there are numerous additional factors involved in the eventual appearance of cancer which are not incorporated in this dose-response model, it has been found empirically that this mathematical form is adequate to fit most cancer incidence data in both animals and humans [xx]. The model predicts a linear dose-response at low doses, with possibly increases in risk above this linear trend at higher doses. Although it is seldom possible to directly determine cancer risk from exposures as low as those commonly seen in environmental exposures, for the great majority of carcinogens the data which are available support the low dose linearity predicted in the multistage model. This is also supported by mechanistic studies such as those determining the dose-response for formation of DNA adducts [when an actual chemical residue becomes attached to the structure of DNA which causes DNA damage and lead to abnormal replication]. This description of low



CONFIDENTIAL INFORMATION

dose linearity is applied for nearly all carcinogens, except for a very few where an exclusively epigenetic mode of action has been demonstrated[xxi, xxii].

In view of this low-dose linearity, the dose-response for a carcinogen is usually expressed as a cancer slope factor or "potency", in units of reciprocal dose [usually (µ/kg-body weight.day)$^{-1}$ or "unit risk" – reciprocal air concentration – usually (µg/m$^3$)-$^1$] for the lifetime tumor risk associated with lifetime continuous exposure to the carcinogen at low doses. This potency is determined by fitting the mathematical model to observed data on cancer incidence in animals or humans exposed to the agent of concern, in humans in epidemiological studies, and on animals in carcinogenesis bioassays [xx, xxii]. The potency factor is normally determined as the upper 95% confidence limit on the modeled dose response slope at the low dose range.

For many epidemiological studies the doses involved are in the relatively lower range where substantial departures from linearity are not observed, and in any case the data seldom have sufficient power to determine the higher terms of a polynomial. In these cases, the simpler linear equation is used as a mathematical model of the dose-response.

Cancer risks are generally considered to be *additive*, meaning that they apply independently for both background risk and for multiple specific risks. The "overall cancer risk" experienced by an individual or population, therefore, is the *sum* of all such contributing risks. The estimate of additional risk to a human being from exposure to a carcinogen is a population-based estimate. This is because any one individual's susceptibility to getting cancer is largely unknowable. But the estimate of additional risk applies, as an average, to a specific individual who fits the description of the population on which the estimate is based.

For most carcinogens, the selection of the most sensitive site in the animal studies is recognized as providing a risk estimate which is appropriate to protect human health. However, for chemicals that induce tumors at multiple sites, the single-site approach may underestimate the true carcinogenic potential. In such cases, particularly where the potencies for different individual sites are similar, a statistical procedure may be used to estimate an overall potency.

## Risk characterization

For characterization of cancer risk, the usual way of presenting the effect of exposure to the carcinogen is a statement of the additional risk experienced as a result of the exposure. This risk is calculated by multiplying the exposure estimate by the potency (slope factor) and may be expressed as a factor (between 0 and 1), or a proportion (e.g., "x in a million). This is based on numbers of cases expected in a population exposed to the conditions described in the analysis. Background rates of the cancer observed in the absence of the carcinogenic exposure are subtracted when estimating potency. Estimates of cancer potency derived from animal studies, and those used in regulatory actions, are normally based on estimated number of this type. Epidemiological studies on the other hand most often describe their results in terms of relative risks or odds ratios, in other words the proportionate difference in cancer rates observed between the test group and a comparison or control group which resembles the test group but



CONFIDENTIAL INFORMATION

did not receive the specific exposure of concern. Risk expressed in these terms may be converted to absolute number estimates by multiplying the background incidence in a suitable reference population by the calculated risk ratio. Relative risk, hazard ratios, and odds ratios also provide important measures of increased risk from exposure vs non-exposure, and to that extent, incorporate the concept of background risk by comparing the risk from exposure to the risk of not being exposed to the agent of interest.

## Risk assessment for NDMA

N-Nitrosodimethylamine (NDMA) has been reported as an exposure in various occupational situations, and also as a contaminant in a number of foods, beverages and drugs. It is known as a carcinogen based on numerous studies in animals: IARC noted that "N-Nitrosodimethylamine is carcinogenic in all animal species tested" [xxvi]. Descriptions of the main animal studies identified by IARC are given in a following section of this report.

Following initial findings in the 1960s and 1970s, it was notably the subject of a very large bioassay in rats exposed to NDMA in drinking water.[, xxvii] Tumors were observed in the liver, and dose-related trends toward increased incidence were also observed for tumors of the lung, skin, lymphatic/hematopoietic tissues, and seminal vesicles. Other oral studies found tumors of the liver, lung and kidney in mice and rats[xxvi]. Only a few inhalation studies have been reported[xxvi, xxii, xxviii] but these observed tumors in the lung and upper respiratory tract in addition to the liver and kidney. Studies by other routes such as subcutaneous or intraperitoneal injection are numerous, and revealed tumors at the site of injection and elsewhere. IARC's review and other more recent reviews also identified genotoxic activity of NDMA in a variety of test systems: US EPA's 1987 summary in IRIS[xxix] states:

> "N-Nitrosodimethylamine is mutagenic for *Escherichia coli*, *Salmonella typhimurium* and *Neurospora crassa*, produces mitotic recombination in *Saccharomyces cerevisiae*, recessive lethal mutations in *Drosophila melanogaster*, and chromosomal aberrations in mammalian cells. Positive responses in bacterial cells are dependent upon the addition of a mammalian metabolism system."

Numerous mechanistic studies have used NDMA as a model genotoxic carcinogen in exploring the mechanisms of mutation, DNA adduct formation and other processes contributing to the eventual appearance of tumors. Based on these lines of evidence, IARC considers NDMA to be a probable human carcinogen (Group 2A, upgraded in 1987 from the original classification of 2B based on the supporting evidence). US EPA provides a weight-of-evidence characterization for NDMA of B2; probable human carcinogen, based on induction of tumors at multiple sites in both rodents and non-rodent mammals exposed by various routes.

Human evidence of carcinogenicity for NDMA is more difficult to evaluate. For a chemical with such strong evidence of carcinogenicity in animals and numerous reports of genotoxic effects, any controlled studies with deliberate human exposure, or prospective studies where clear evidence of exposure is present, are precluded on ethical grounds. Any studies of NDMA



CONFIDENTIAL INFORMATION

effects in humans are thus confined to observational studies of essentially unintended exposures, and these are often necessarily retrospective. Under these conditions it is frequently difficult to obtain reliable quantitative information on exposure to NDMA. It is also hard to identify and quantitate potentially confounding exposures to other carcinogenic agents. Several epidemiological studies identified cancer in occupational situations where exposure to NDMA occurred, but these have generally been to complex mixtures where a number of other potentially carcinogenic compounds were also present. Because of this, earlier risk assessors such as US EPA[xxix], IARC [xxvi] and OEHHA [xxii] concluded that the human evidence for carcinogenicity available to them at that time was inadequate.

Recent data however requires this conclusion be updated. For example, a study of rubber industry workers in the UK [xxx] used competing risk survival analysis to separate out the individual effects of exposure to rubber dust, rubber fumes and various N-nitrosamines. Based on cumulative lifetime exposures, they found statistically significant dose-dependent increases in risk with level of exposure to NDMA for all cancers and for cancers of the bladder, stomach, leukemia, multiple myeloma, prostate and liver. These findings are consistent with observations in the animal studies and significantly reinforce the expectation that the findings in animals are applicable in humans also.

There is also a substantial number of reports describing an association between cancer and NDMA (and other nitrosamines) either present as such in the diet or formed by reaction between nitrite and amines under the acidic conditions of the stomach[xxxi, xxvi]. Various types of preserved meats where nitrites or nitrates are used as preservatives are a particular focus of these investigations[xxxii]. NDMA and other nitrosamines have also been reported as contaminants in beer and other fermented beverages, possibly formed by microbial action during the fermentation process.[xxxiii] Several epidemiological studies examining the association of these kinds of dietary exposures with cancer are reviewed individually later in my report. The association between dietary exposures and certain types of cancer is clear, and the role of NDMA in these situations has studied and shown to increase the risk of several human cancers. These epidemiological findings are clearly consistent with the well-known findings of animal carcinogenicity and genotoxicity for NDMA, and with the recent occupational study[xxx]. However, due to the timing of the review process, analysts such as IARC have not yet directly considered these studies in determining their evaluation of NDMA as a human carcinogen. The classifications currently in place were relying primarily on the earlier animal studies. IARC adhered to their guidelines in looking for human studies with directly measured exposures to NDMA but did not find any at the time of their evaluation review in 1987.

However, the recently published National Toxicology Program Report on Carcinogens classified NDMA as "*reasonably anticipated to be a human carcinogen* based on sufficient evidence of carcinogenicity from studies in experimental animals,"[xxxiv]but the report also discussed the human epidemiological studies that had been published at the time the report was prepared (which pre-dated its publication), reporting that:



CONFIDENTIAL INFORMATION

> "Several case-control studies reported dose-related associations, some statistically significant, between estimated *N*_ -nitrosodimethylamine intake and oropharyngeal cancer (De Stefani, et al. 1994), stomach cancer (Le Vecchia, et al.,1995, Pobel, et al, 1995., Larsson, et al., 2006), esophageal cancer (Lu, et al, 1987, Rogers, et al. 1995), or colorectal cancer (Knekt, et al, 1999). Ecological studies also suggested an as-sociation between high dietary *N*_ -nitrosodimethylamine intake and high rates of esophageal cancer in populations (Siddiqi, et al, 1988, 1991, Lin, et al, 2002a,b). A case-control study of lung cancer found a dose-related increase in risk associated with estimated dietary intake of *N*_ -nitrosodimethylamine among smokers and nonsmokers (De Ste-fani, et al, 1996)."[xxxiv]

Various drugs also are a source of potential exposure to NDMA, including ranitidine[xxxv], metformin[xxxvi], and valsartan[xxxvii]. These drugs have been reported to contain NDMA as a production impurity or degradation product. Additionally, NDMA has been reported to form from ranitidine during storage and transport due to time, temperature and humidity. NDMA also forms endogenously and by chemical reactions under physiological conditions in the stomach[xxxviii, xxxix]. Specific studies addressing association of ranitidine use with cancers in humans at various sites will be reviewed subsequently in this report. These findings are of concern because of the known toxicity and carcinogenicity of NDMA.

Overall evaluation of NDMA as a human carcinogen: summary.
The overall weight of the evidence for the probable carcinogenicity of NDMA in humans is overwhelming, including animal carcinogenicity shown in multiple studies in multiple test species, with appearance of tumors at multiple sites, as described in detail below. There is clear evidence of genotoxicity and other characteristics of cancer, and known mechanistic details of the processes by which NDMA causes cancer in experimental systems. This range of evidence is sufficient to characterize NDMA as a probable human carcinogen, as reported by IARC and various regulatory authorities in the US and around the world. In addition, there is supporting evidence for human carcinogenicity of NDMA from epidemiological studies, as detailed below. Although this is not as definitive as the animal studies, due to the inevitable limitations of epidemiology and the data available, it is clearly consistent with and supportive of the experimental evidence in animals. This consistency and quality of evidence is in line with the recommendations of Bradford Hill, indicating that there is a causal relationship between exposures to NDMA and cancer in humans.



CONFIDENTIAL INFORMATION

In its September 25, 2019, N-Nitroso-dimethylamine (NDMA) Hazard Assessment Report, GSK identifies NDMA as a carcinogen.[xl] GSK indicates that there is overwhelming evidence of mutagenicity, clastogenicity, and genotoxicity. Further, GSK undertook a review and evaluation of 7 human epidemiological case control studies (dietary NDMA) and notably found there was a positive relationship with evidence of dose response for the intake of NDMA and gastric cancer in 3 out of 4 studies and with lung cancer in 2 studies. GSK determined "[I]n almost all studies, associations between the cancers of interest and nitrate, nitrite and NDMA were examined; results were relatively consistent in this regard, with there being an association with cancer most commonly with NDMA…" GSK also determined that there appeared to "be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA." GSK concludes its section on carcinogenicity with the statement that "***NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible***."

## Mechanisms of toxicity and carcinogenesis by NDMA

The classification of NDMA as a potent animal carcinogen and probable human carcinogen is based on the observation of actual tumor formation in animals and the measurement of genotoxicity in a variety of standard assays. However, the process of carcinogenesis is more complex than this simple series of observations implies, and involves a number of factors described earlier as key characteristics of cancer. It is therefore informative to examine these factors with particular regard to NDMA carcinogenesis.

NDMA shows clear evidence of genotoxicity and induction of DNA damage associated with metabolism to reactive intermediates. This is noted by regulatory authorities such as US EPA in their IRIS summary[xxix] as described previously, and international advisors such as IPCS [xli], as well as the much earlier (1978) review by IARC[xxvi] which noted both mutagenic effects and formation of DNA adducts.

Some more recent investigations of genetic and epigenetic effects have provided information on the underlying mechanisms of those effects of NDMA. Mutagenicity of NDMA has been demonstrated in C57BL/6J x SWR F1 hybrid mice in intestinal crypt cells. In 1992, Li et al.[xlii] studied the cytotoxic effects of carcinogens like NDMA in the murine small bowel. There is a larger incidence of cancer in the large bowel versus the small bowel. One possibility that has been raised is that target mutation cells are more efficient with cell deletion by apoptosis (programmed cell death) in certain areas of the intestine. The study assessed the distribution of identifiable dead cells after mutagen and carcinogen treatment, with NDMA and other carcinogens, using the above mouse strain. For small bowel carcinogenesis, it is believed that that the cancer starts in and the process is restricted to the stem cell population in the small bowel. The authors concluded that NDMA reacts several-fold more efficiently with the small intestine DNA of lab rodents than NEU based on overall tissue reaction levels. The authors noted that cell death was dramatic and that NDMA had significant level of cytotoxicity.



CONFIDENTIAL INFORMATION

A study[xliii] was conducted *in vitro* to assess genotoxicity and carcinogenicity of a low-dose nitrosamines mixture including NDMA, NDEA and NMEA and assess each individually. This nitrosamine mixture is a disinfectant byproduct in drinking water. The data showed that the nitrosamine mixture at 1000-fold of the actual concentration in drinking water was highly potent and increased mutagenicity in double revertants in the TA98 and TA100 *S. typhimurium* strains, chromosome abbreviations and DNA double-strand breaks. The NIH3T3 cells' exposure to the nitrosamine mixture causes DNA damage, initiated DNA repair pathways, triggered cell-cycle arrest to repair the damage. But at exposure levels where malignant cells were observed, the activated repair response was ineffective.

A study[xliv] showed association between nitrosamines, including NDMA, and shorter telomere length on average in peripheral blood of Swedish rubber workers.

In an investigation[xlv] of transformation of cholangiocytes in human cholangiocyte line H69 by *Clonochis sinensis*, a human fluke found in the liver and a main cause of cholangiocarcinoma, NDMA and ESP (excretory-secretory products of the fluke) were found to have a synergistic effect on proliferating human cholangiocytes, upregulated gap junction protein expression, Cx43 (connexin 43) and Cx26 in H69 cells, and upregulated cell proliferation-related proteins and cancer related proteins.

These mechanistic studies of genetic and epigenetic effects of NDMA highlight its role in triggering telomere shortening and related cell death by apoptosis. This is an important mechanism for removal of mutated stem cells, avoiding the establishment of immortalized and potentially cancerous cell clones. However, the data also show that this process is not 100% efficient, and that such immortalized clones are established and lead to the appearance of tumors in the affected tissues. This indicates that NDMA not only shows epigenetic effects (characteristic 4) but also immortalization (characteristic 9).

NDMA also increases oxidative stress, a frequent source of both genotoxic and epigenetic effects[l]. Oxidative stress and direct adduct formation in DNA may interact to produce enhanced mutagenic effects, as shown in experiments with Drosophila comparing wild-type and a more oxidative stress sensitive strain exposed to NDMA[xlvi]. Cytotoxicity in the liver is associated with inflammation, hyperplasia, and eventually fibrosis, while cytotoxic effects are also implicated in the immunosuppressive effects of NDMA. Thus, NDMA displays many of the key characteristics of human carcinogens, both those directly related to genotoxic effects and also characteristics which are associated with epigenetic or "promotional" effects which may amplify existing oncogene mutations. Both the genotoxicity and the epigenetic effects such as enhanced cell division will interact with and amplify the effect of previous mutation-inducing exposures or spontaneous pre-existing mutations. Nine of the ten key characteristics are shown by NDMA in the examples quoted in the table below, and the remaining one may be unreported simply due to the difficulty in measuring them in this case.



CONFIDENTIAL INFORMATION

**Key characteristics of human carcinogens for NDMA**

| | |
|---|---|
| 1. Is electrophilic or can be metabolically activated | NDMA is metabolized to reactive intermediates.[xlvii] |
| 2. Is genotoxic | NDMA is genotoxic in a wide variety of systems. [xxix] |
| 3. Alters DNA repair or causes genomic instability | Interaction between repair of NDMA alterations to DNA and excision/repair vs. double stranded breaks: alters mutagenicity vs. cytotoxicity.[xlviii] |
| 4. Induces epigenetic alterations | DNA methylation observed: complex interaction with carcinogenesis.[xlix] |
| 5. Induces oxidative stress | NDMA induces reactive oxygen production and stimulates apoptosis in rat neutrophil cells.[l] |
| 6. Induces chronic inflammation | Inflammation and underlying cellular events are a key element in hepatic fibrosis induced by NDMA.[li] |
| 7. Is immunosuppressive | NDMA is immunosuppressive.[lii] |
| 8. Modulates receptor-mediated effects | Not reported for NDMA, probably any such effects are overshadowed by cytotoxicity and induction of apoptosis (see above). |
| 9. Causes immortalization | NDMA triggers apoptosis of mutated cells, but immortalized clones are sometimes established.[xlii] |
| 10. Alters cell proliferation, cell death or nutrient supply | Inflammation, cytotoxicity and regenerative hyperplasia are a key element in hepatic fibrosis induced by NDMA. [li] |

NDMA Metabolism and Bioavailability

NDMA is metabolized rapidly. Once it is absorbed, NDMA and its metabolites are widely distributed. Studies demonstrate that the metabolism in animals and humans follows a similar pattern where NDMA is metabolized by cytochrome P450 (CYP)2E1[liii,xlvii]. NDMA becomes hepatotoxic when the methyldiazonium ion is formed via α-hydroxylation pathway.[liv] Pharmacokinetic analysis of NDMA when injected into lab species intravenously shows that it is rapidly cleared from the blood where it is metabolized hepatically and extrahepatically.[lv]

The following adducts are formed with NDMA exposure: the principal DNA adduct is N7-methylguanine (represents about 65% of all adducts formed by exposure initially); O6-methylguanine is a secondary adduct (representing about 7% of all adducts initially formed) and other DNA adducts in smaller amounts include N3-methyladenine and O4-methylthymine.[lvi]

The oral bioavailability of NDMA, however, varies by species. While the bioavailability in rats is approximately 8% where >90% of the NDMA is metabolized in a single pass[lvii]. The oral bioavailability of NDMA in larger species is much greater than rats. Gombar et al. (1987)



CONFIDENTIAL INFORMATION

conducted studies to evaluate the pharmacokinetics of NDMA and measure bioavailability in larger species more comparable to humans including beagles[lvii], swine[lviii] and monkeys.[lix] The orally administered dose of NDMA that passes through the liver into systemic circulation was about 93% in beagles, 67% in swine and 49% in patas monkeys.

The NDMA across these species is rapidly distributed and eliminated. In beagles, after a bolus i.v. dose, the blood concentration of NDMA has a mean distribution half-life of 19 minutes and a mean elimination half-life of 73 minutes. In swine, after a bolus i.v. dose, the blood concentration of NDMA has a mean distributions half-life of 7 minutes and a mean elimination half-life of 28 minutes. In monkeys, after an i.v. dose, the mean clearance (Cl), steady-state volume of distribution ($V_{33}$), mean residence time, and elimination half-life (t1/2) were 103.3 ± 26.7 (SD) nil/mill, 3061 ±821 ml, 30.8 ±10.8 min, and 21.1 ±8.5 min, respectively.

Swine are appropriate models for physiologic and pathophysiologic studies because of their body size, dietary habits, digestive physiology and other physiologic processes that are more akin to humans. In swine, it was observed that when high oral doses of NDMA were administered, similar to beagles, the systemic clearance of NDMA was greater than the hepatic blood flow. Since 67% was bioavailable it indicated that organs other than the liver were involved in NDMA clearance. Therefore, some of this clearance is extrahepatic. It was raised that the lungs may also play an important role in NDMA clearance. In larger species if more NDMA is bioavailable then this means that other organs will be exposed to high concentrations of a carcinogen.

## NDMA Animal Studies

IARC reviewed carcinogenicity data on NDMA in its 1978 Monograph Volume 17,[xxvi] examining more than 175 studies, which looked at different modes of administration of NDMA in multiple species of animals, including mice, rats, hamsters, guinea-pigs, rabbits, ducks, and fish. These studies are described in this section. The IARC reviewers summarized their conclusions on the animal studies as follows:

> "N-Nitrosodimethylamine is carcinogenic in all animal species tested: mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs. It induces benign and malignant tumors following its administration by various routes, including ingestion an inhalation, in various organs in various species. It produces tumors, mainly of the liver, kidney and respiratory tract. It is carcinogenic following its administration prenatally and in single doses. In several studies, dose-response relationships were established."

In 1987, following a re-evaluation of the epidemiological and experimental carcinogenicity data related to 628 agents which had been reviewed in IARC Monographs Volumes 1-42, IARC classified NDMA as a Group 2A a probable human carcinogen. This was based on the Working



CONFIDENTIAL INFORMATION

Group's review and evaluation of animal and human carcinogenicity data, studies on genetic and related effects, and other relevant data judged to be of sufficient importance to affect the overall evaluation that there was sufficient degree evidence of carcinogenicity for NDMA.[lx]

## Route of Administration

### a. Oral Administration

#### i. Mouse carcinogenicity studies

These studies were reviewed in IARC Monograph Volume 17[xxvi]. Based on its review of oral administration studies, IARC stated: "[s]everal studies on different strains of mice have demonstrated *N*-nitrosodimethylamine (NDMA) produced haemangiomas, haemangioendotheliomas, haemangioendothelial sarcomas, adenomas and hepatocellular carcinomas of the liver, as well as adenomas and adenocarcinomas of the lung."

Clapp, et al., (1968)[lxi] orally treated 94 RF mice with 0.94 mg/kg/day of NDMA and the control group consisted of 164 mice which were not given NDMA. The treated group had a tumor incidence rate of 99% in lung and 97% in the liver whereas the untreated group had incidence rate of 39% and 4% respectively. The treated group also had a much shorter mean age of death "MAD" with disease when compared to the untreated group. The treated group's MAD for both lung and liver was 393 days; the untreated control groups MAD for lung was 667 days and 713 days for liver. In Clapp & Toya (1970)[lxii], four groups of male RF mice received varying cumulative and daily dose amounts of NDMA. All four groups saw high rate of incidence of lung tumors ranging from 76% (given a cumulative dose of 89 mg/kg of NDMA at a rate of 0.4 mg/kg a day) to 99% (given a cumulative dose of 243 mg/kg of NDMA at a rate of 0.91 mg/kg a day) whereas the control group's incidence rate was 39%. This study also showed the greater the dose of NDMA the shorter the mean age of death with tumors and minimum induction time.

Clapp et al., (1971)[lxiii] found of the 15 BALB/c mice histologically examined that were treated with NDMA; 10 were tumor positive-including 47% incidence rate for Lung tumors and 20% incidence rate for Liver tumors compared to 0% respectively for the control group of BALB/c mice. In Kuwahara, et al. (1972)[lxiv], 40 DDD mice received weekly oral NDMA for a period of 2 to 13 weeks, of which 9 or 22.5% developed soft tissue hemangiomatous lesions, 5 developed hemangiomatous lesions of the liver, and 32 developed epithelial tumors of the lungs.

In Otsuka & Kuwahara (1971)[lxv], NDMA was administered to 3 groups of mice orally or subcutaneously for a period of between 16 days and 25 weeks. The investigators concluded that the high incidence of lung adenomas and hemangiomatous lesions of the liver and soft tissues (most frequently in the retroperitoneal areas) seen in the treated mice were induced by the ingestions of NDMA because there were no reports of spontaneous hemangioendotheliomas in BALB/c or DDD mice. In Takayama & Oota (1963)[lxvi], the authors noted that it is well known that NDMA can induce liver, lung, and kidney tumors in rats. In this study, there was no control group and 27 ddN mice were fed a basal diet containing 50 ppm of NDMA for 5 months. Of these, one mouse developed anaplastic carcinoma of the right kidney



CONFIDENTIAL INFORMATION

and 18% developed malignant pulmonary tumors with histological malignancy. 2 cases of hemangioendothelioma of the liver occurred, despite there being no reported cases of spontaneous hemangioendothelioma of the liver in such mice.

Takayama & Oota (1965)[lxvii], reported that oral administration of NDMA induced neoplastic lesions in the liver, lung, kidney, stomach, testis, and subcutis. In this study, three strains of mice, ddN, ICR a ndC3H/AHe were divided into 9 experimental groups. In the control group, 10 mice received no treatment for 18 months, of the 10 surviving mice, 4 liver, and 0 lung, kidney or other tumors developed. The first three lower dose groups, consisting of 27 ddN mice, 22 ICR, and 30 C3H/AHe mice respectively, receiving 50 ppm of NDMA in their diet continuously for 5 months, the average NDMA received daily for ddN, ICR, and C3H/AHe mice was 7.05 mg/kg bw, 6.65 mg/kg bw, and 5.26 mg/kg bw, respectively. In the ddN group receiving lower dose dietary NDMA, of the 21 surviving mice, 2 liver, 21 lung, 1 kidney tumor were found. In the ICR group receiving lower dose dietary NDMA, of the 17 surviving mice, 4 liver, 16 lung, and 1 kidney tumor were found. In the C3H/AHe group receiving lower dose dietary NDMA, of the 25 surviving mice, 10 liver, 14 lung, and 4 kidney tumors developed. A fourth group of 20 ICR mice received 50 ppm of NDMA for 10 months with the average NDMA per mouse 9.04 mg/kg bw, of the 17 surviving mice, 5 liver, 13 lung, and no kidney tumors developed. In this study, there were also two higher dose NDMA treatment groups. One group of 20 ddN mice receiving 100 ppm of NDMA in their diet continuously for 5 months, the average daily NDMA received was 17.66 mg/kg.day, of the 17 surviving mice, 4 liver, 11 lung and 1 kidney, 2 seminoma, and 2 cases of leukemia developed. Lastly, in a group of 20 ICR group receiving 200 ppm of NDMA in their diet continuously for 5 months, the average daily NDMA received was 18.89 mg/kg/day, of the 11 surviving mice, no liver, 6 lung, no kidney, 1 case of leukemia and one other tumor were found.

Terracini, et al. (1966)[lxviii] also looked at oral administration of NDMA in mice and found that administration of NDMA orally to mice in drinking water induced liver, kidney and lung tumors. In this study, 143 treated mice and 69 untreated controls were analyzed. Survival in the treated groups was poor: there were no survivors past 60 weeks, and in some groups none survived past 10 or 30 weeks. Incidences of 6/10 renal adenomas, 2/4 liver angiomas, and 10/10 lung adenomas were reported in female mice receiving 50 mg/l NDMA in drinking water for one week: the denominator in these incidence rates is the number of survivors at the time of first appearance of the tumor. No males survived in this treatment group. A second treatment group received 25 mg/l for 3 weeks, but this was also very toxic so the drinking water concentration was reduced to 5 mg/l for a further 35 weeks. With this treatment regime in females there were 7/8 renal adenomas, 5/12 liver angiomas, 3/13 hepatomas and 12/13 lung adenomas in females. In males receiving the same dose the incidences were 4/16 renal adenomas, 9/15 liver angiomas, 2/19 hepatomas and 19/19 lung adenomas. In the control population: there were no renal adenomas, 2 liver angiomas, no hepatomas, and 2 lung adenomas.



CONFIDENTIAL INFORMATION

ii. Rat carcinogenicity studies

IARC reviewed the literature addressing oral administration of NDMA in rats and concluded that NDMA is carcinogenic in several strains. Tumors were observed at multiple sites in rats, specifically liver, lung, kidney, hemangioendothelial sarcomas, testis, tongue, pancreas, stomach, thyroid, mammary gland and nasal cavity.

Argus and Hoch-Ligeti (1961)[lxix] orally exposed male Wistar rats to 400 µg NDMA daily 5 times a week for up to 48 weeks. All 22 rats developed tumors, which were found in the liver, kidney or lung, and 6 of these rats developed primary tumors in all 3 locations.

Geil, et al. (1968)[lxx] looked at the carcinogenic effect of NDMA in low doses. Female Holtzman rats were administered 15 mg/l NDMA in drinking water continuously, whereas the control group were given tap water. No gross, light microscopic, or electron microscopic abnormalities were observed in the livers of the control rats, nor were any tumors found. In the treated group, 9 rats developed hepatic liver tumors and the authors concluded that the carcinogenic effect of NDMA was manifest in the development of the 9 tumors.

In Magee & Barnes (1956)[lxxi], 10 rats in the control group were given no dietary NDMA, 20 rats in the treatment group were fed a normal diet with 50 ppm NDMA and all but 1 developed primary hepatic tumors within less than a year, of which 7 also developed metastatic spread, 4 pulmonary and 3 intra-abdominal. One control died of pulmonary abscess in week 6, but all other controls were healthy at death. The authors of the study posited that NDMA may be a useful agent in investigating hepatic carcinogenesis. Magee & Barnes (1959)[lxxii] demonstrated that a single-dose treatment of high doses of NDMA, LD 50, induced kidney tumors. Magee & Barnes (1967)[lxxiii] reviewed available NDMA studies and reported that NDMA was carcinogenic in rats in the liver, kidneys, lung, and nasal sinuses. The authors explained that continual feeding of NDMA at levels that allowed the rats to survive for 30 weeks or longer resulted in liver tumors, but higher doses could induce kidney tumors after just one dose. They also reported that nitroso compounds are “unequivocally mutagenic.”

All 18 Sprague-Dawley rats in Taylor, et al. (1974)[lxxiv] that were given a drinking solution of NDMA at a concentration of 40 mg/l developed Kupffer cell sarcomas of the liver and 12 of these rats also developed, metastatic tumor foci in the lungs. All 15 rats that were given just aminopyrine (AP) and sodium nitrite as control developed tumors in the Kupffer cells and none developed hepatocytes. 9 of the 18 rats given AP, sodium nitrite and carbon tetrachloride developed Kupffer cell tumors and 6 developed hepatocytes. The test group receiving NDMA survived far less long on average than the control group. The control group had 11 survivors after 30 weeks whereas the NDMA group had only 6 survivors. For the NDMA test group, there were no survivors at 40 weeks, whereas there were surviving control animals into the 50 week mark. Riopelle & Jasmin (1969)[lxxv] examined 135 male and female rats for incidences of renal tumors for 7 1/2 months after being treated with NDMA at a dose of 0.8 mg/100 g body weight for 6 consecutive days. Of the 106 surviving rats, 84 developed renal tumors and 53 of these rats developed tumors in both kidneys. There were 60 rats used for control, and there were no



CONFIDENTIAL INFORMATION

histologically identifiable tumors in any of these control rats. 136 male Sprague-Dawley rats were dived into 8 groups in Shinohara, et al., (1976)[lxxvi]. 8 of the 14 rats in the group that received NDMA treatment alone developed kidney tumors. There were 10 animals used as a control group, none of which developed any form of tumor.

In Zak, et al. (1960)[lxxvii], male and female Sprague-Dawley rats were fed a diet supplemented with 125 ppm of NDMA. As feeding duration increased, incidences of kidney, liver, and lung tumors increased. Out of 13 examined rats that were fed NDMA for a duration of 80-120 days, 4 developed kidney tumors and 11 developed liver damage. Out of 9 examined rats that were fed NDMA for a duration of 121-160 days, 5 developed kidney tumors and 6 developed liver damage. Out of 8 examined rats that were fed NDMA for a duration of 161-224 days, 7 developed kidney tumors and all 8 developed liver damage. Of the control rats examined in Table 2, none developed tumors. Ito et al. (1971)[lxxviii], looked at the histopathology of tumors induced by NDMA in three strains of rats, Wistar, Sprague-Dawley, and BDIX. Wistar and BDIX rats were administered 0.1 mg of NDMA subcutaneously at birth. The Weanling, adult and old rats were fed a basal diet with containing 500 ppm of NDMA for 2 weeks. A total of 167 tumors were induced by the NDMA administration, 14.4% were found to be renal cell tumors, 83.2% were found to be embryonal cell tumors, and 2.4% were found to be hemangioendothelioma.

In Ireton, et al., (1972)[lxxix], 10 female Hooded Wistar rats developed mesenchymal tumors after receiving oral NDMA in sesame seed oil at a dose of 0.8 mg per 100 g body weight on 6 consecutive days. McGiven & Ireton (1972)[lxxx] examined a study performed in Ireton et al., (1972) and reported the susceptibility of the kidneys to the carcinogenic effects of NDMA.

The IARC reviewed a number of low dose studies. Hoch-Ligeti, et al., (1968)[lxxxi], for example, reported that NDMA is a potent carcinogen in rats, and causes malignant tumors in the liver, lungs, and kidneys. In this study, 5 of 19 male Sprague-Dawley rats treated with low dose NDMA, 0.4 mg/rat 5 times weekly for 24 weeks developed malignant liver tumors. Keefer, et al., (1973)[lxxxii] also showed that at low doses, NDMA exhibited great carcinogenic potency, where .07 mM/l of NDMA in drinking water caused liver tumors in 8 out of 30 MRC rats and at a higher dose, .35 mM/l in drinking water, NDMA caused liver tumors in 24 out of 30 MRC rats. Tumors in the nasal cavity, tongue, stomach, pancreas, testis, thyroid, and mammary gland were also reported with both doses. None of the 15 control rats developed liver tumors, 5 did develop tumors in the testicles, pancreas, and hemangiosarcoma.

In Terracini, et al. (1967)[lxxxiii], the authors sought to identify a dose of NDMA at which tumors were not observed using white rats fed NDMA ranging between 2 and 50 ppm. In this study, Porton rats were given dietary NDMA in oil and observed for up to 120 weeks. Significantly, a rat treated with low dose NDMA 2 ppm developed a malignant liver tumor, which precluded a finding of a no-effect level for NDMA. A dose-response effect was seen with increasing doses of NDMA and liver tumors. None of the 41 control group rats developed liver tumors. In contrast, 1 of 37 rats receiving 2 mg/kg of diet of NDMA developed liver tumors, 5 of 68 rats receiving 5 mg/kg of diet of NDMA developed liver tumors, 2 of 5 rats receiving 10 mg/kg of diet NDMA

developed liver tumors, 15 of 23 rats receiving 20 mg/kg of diet NDMA developed liver tumors, and 10 of 12 rats receiving 50 mg/kg of diet NDMA developed liver tumors. Additionally, IARC examined the study in Hadjiolov & Markow, (1973)[lxxxiv] where 16 male Wistar rats were given 0.8mg of NDMA daily in drinking water up to a total dose of 112mg. Haemangioendothelial sarcomas of the liver were observed.

iii. Other carcinogenicity studies

In the studies reviewed by IARC, NDMA caused an increase rate of cholangioadenomas, cholangiocarcinomas, haemangiosarcomas, adenocarcinoma of the glandular stomach, and liver tumors in hamsters. Compared to rats, hamsters are relatively resistant to liver carcinogens but still show a high rate of tumor development when given NDMA. In Tomatis et al., (1964), 58 Syrian golden hamsters were given a small chronic dose of NDMA and 36 hamsters developed cholangiocarcinomas and 11 developed liver-cell carcinomas. In a second study, Tomatis & Cefis, (1967)[lxxxv], the authors gave 60 Syrian golden hamsters NDMA either in multiple doses or a single 1.6 mg dose. 36 hamsters developed tumors, including 22 liver-cell carcinomas and 16 tumors at other organ sites like the stomach, spleen, uterus, and intestine. In Haas, eat al. (1973)[lxxxvi], papilloma of the forestomach was seen in a Syrian golden hamster given a subcutaneous dose of 1/20 of LD50 of NDMA. In Homburger, et al. (1976)[lxxxvii], a Syrian hamster develop adenocarcinoma of the glandular stomach when given 1 mg/l of NDMA in its drinking water.

IARC reviewed two Le Page & Christie articles that examined the effect of NDMA on guinea pigs and rabbits, in which NDMA was shown to cause liver tumors. In Le Page & Christie (1969a)[lxxxviii], 24 male guinea-pigs received NDMA. Five of twelve guinea-pigs which were given 25 mg or 50 mg NDMA/kg of diet for 6-49 weeks developed malignant tumors in the liver. No guinea pigs in the untreated control group developed liver tumors. In the second Le Page & Christie (1969b)[lxxxix] study, rabbits received doses of 25 or 50 mg NDMA/kg of diet for 17-60 weeks. Four of the 15 surviving rabbits treated with NDMA developed malignant liver tumors, and lung metastases and one kidney tumor were also observed. None of the 11 surviving control group rabbits developed tumors. The authors also noted prolonged NDMA administration caused the rabbit's livers to become grossly cirrhotic.

IARC also reviewed the effects of oral administration of NDMA on non-mammalian animal species. These studies showed a higher incidence rate of tumor development the longer NDMA is administrated. Ashley & Halver (1968)[xc] involved two experiments where rainbow trout were given a 30, 120, 480 and 1,920 mg dose of NDMA/kg of diet for up to 20 months. Both studies saw the incidence of induced adenomas and adenocarcinomas of the liver increase as the dose amount and duration increased. Fish in the control groups had no observed pathological abnormalities.

In Sato, et al., (1973)[xci] no changes or tumors were detected in the livers of guppies during the first 11 months of the study. Two guppies developed hepatic nodules, described as liver tumors, and a leiomyosarcoma in the mesentery after 13 months of receiving a diet of 4.8g



CONFIDENTIAL INFORMATION

NDMA/kg. None of the guppies in the control group developed hepatic nodules. NDMA's effects on ducks was examined in McCracken et al., (1973)[xcii], which showed an incidence rate of 71% for hepatic neoplasms after 9 months of dietary NDMA of 50 mg NDMA/kg.

b. Inhalation or intratracheal administration

i. Mouse carcinogenicity studies

IARC reported tumors in the liver, lung, kidney, and nasal cavity of mice and rats when NDMA was administrated via inhalation or intratracheal. In Druckrey et al., (1967)[xciii] NDMA was administered via inhalation for a duration of 30 minutes to induce tumors in rats. Four of 6 rats developed aesthesioneuropitheliomas and squamous-cell carcinomas after inhalation of an NDMA concentration of 4 mg/kg per body weight. Eight of twelve rats developed nasal cavity tumors when NDMA was administered using half the concentration. Moiseev & Benemansky, (1975)[xciv] performed an inhalation study on rats and mice. Wistar rats that received 0.005 or 0.2 $mg/m^3$ of NDMA for 25 months developed tumors in the lung, liver, and kidneys in larger amounts than control group. The mice were given the same concentration of NDMA for the duration of 17 months. Tumors developed earlier and at a higher rate, 0.2 $mg/m^3$ concentration, in the lung, liver, and kidney in mice than the lower concentration.

c. Subcutaneous and/or intramuscular administration

i. Mouse carcinogenicity studies

Kuwahara, et al. (1972)[lxiv] evaluated the induction of hemangiomatous lesions with NDMA in mice injected subcutaneously. In this study, DDD, BALB/c and SJL/J mice received injections of 0.15 mg of NDMA weekly either subcutaneously or via intraperitoneal administration. Of the 114 mice receiving NDMA subcutaneously, 73 developed soft tissue tumors, 22 developed liver hemangiomatous lesions, and 4 developed hemangiomatous lesions of the kidneys. A remarkably high incidence of sarcomas were seen in the soft tissues, especially in the pararenal and retroperitoneal tissues, and abdominal adipose tissues in the mice receiving NDMA subcutaneously. In Otsuka and Kuwahara (1971)[lxv], DDD and BALB/c mice received subcutaneous injections of 0.15 mg NDMA weekly for 1 to 35 weeks. 52 of 81 mice, in groups 2 and 3 that received the subcutaneous injection, developed soft tissue angiomatous lesions, 19 developed angiomatous lesions of the liver, and 4 developed angiomatous lesions of the kidneys.

In Cardesa, et al. (1974a)[xcv], Swiss mice received a single subcutaneous injection of NDMA dissolved in saline. The treatment groups consisted of 20 male and 20 females who were administered NDMA at 0.5, 1, 2, 4, and 8 mg/kg b.w. Animals lost to cannibalism or autolysis were excluded. The control group consisted of 218 mice (94 males and 124 females). The NDMA treated group had a higher tumor incidence than the control group (in the control group, 15% developed lung tumors, 32% developed malignant lymphomata, 7% developed vascular tumors, none developed subcutaneous sarcomata and 10% developed other tumors. By comparison in the NDMA treatment group, of those receiving the highest dose, 8.0 mg/kg b.w., 67% developed lung tumors, 10% developed malignant lymphomata, 15% developed



CONFIDENTIAL INFORMATION

vascular tumors, 3% developed subcutaneous sarcomata and 13% developed other tumors. In the treatment group receiving the lowest dose of NDMA, 0.5 mg/kg b.w., 17% developed lung tumors, 30% developed malignant lymphomata, 15% developed vascular tumors, 5% developed subcutaneous sarcomata and 3% developed other tumors. Significantly, a dose response relationship for lung tumors was found in this study. In the treatment groups, lung tumors were identified as follows: 17% in the 0.5 mg/kg b.w. group, 29%, in the 1.0 mg/kg b.w. group, 35% in the 2/0 mg/kg b.w. group, 39% in the 4.0 mg/kg b.w. group, and 67% in the 8.0 mg/kg b.w. group. In the control group only 15% developed lung tumors.

A number of studies looked at the effects of single subcutaneous injections in mice and found that NDMA administration gave rise to tumors in multiple organs. In Terracini et al., (1966)[lxviii], mice received subcutaneous injections of 25 or 37.5 µg NDMA in distilled water. In the control group, none of the animals developed renal adenomas, liver angiomas, or hepatomas, and 4 of 22 developed lung adenomas. In the treated group receiving subcutaneous injections, none developed renal adenomas. However, 3 of 25 developed liver angiomas, 18 of 29 developed hepatomas, and of 24 of 31 developed lung adenomas. Other tumors seen in the treatment groups included a malignant lymphoma, ovarian cyst, and liver sarcoma.

In Toth and Shubik (1967)[xcvi], 96 newborn AKR mice received 30 µg of NDMA subcutaneously and 105 newborn ARK mice were monitored in the control group. The control group saw no cases of liver cell carcinoma, hepatoma or other tumors, and 1 case of lung tumors but 95% of females and 88% of males developed malignant lymphoma. In the NDMA-treated group,76% of the females and 54% of the males developed malignant lymphoma, 58.1% of the females and 25.8% of the males developed lung adenomas, 27% females and 25% males developed hepatoma, and 16% females and 12% males developed liver cell carcinoma. The authors noted that these findings were consistent with prior studies in other strains of mice, in which NDMA was found to give rise to lung adenomas and liver cell tumors. In Toth et al. (1964)[xcvii], four groups of BABL/c mice received NDMA by subcutaneous injection at birth in doses ranging from 1.5 µg to 75 µg. The control group developed no hemangiomas, hemangiosarcomas, hepatomas or liver cell carcinomas, but did develop 4 cases of lung adenomas. In contrast, across the four treated groups, 9 developed lung adenomas, 12 developed hemangiomas, 3 developed hemangiosarcomas, 6 developed hepatomas, and 11 developed liver cell carcinomas.

In Fujii & Sato (1970)[xcviii], *Mastomys* (a type of rodent) were administered subcutaneous injections of NDMA twice weekly in a dose of 0.1 ml/animal for 10, 19, 27, 36, and 44 weeks, to a total dose of 2.0, 3.8, 5.4, 7.1, and 8.8 mg. Liver tumors were seen in 6 out of 36 treat male mastomys and 22 out of 52 treated mastomys developed stomach tumors. In control group, 4 out of 82 mastomys developed liver tumors, all were seen in females and none in males. 46 of 76 males and 46 of 82 female mastomys in the control group developed stomach tumors.

### ii. Rat carcinogenicity studies

IARC reviewed multiple animal studies that focused on the development of renal tumors in rats when given subcutaneous injections of NDMA, in particular, newborn and weaning rats. In



CONFIDENTIAL INFORMATION

Campbell et al., (1974)[xcix], 159 Wistar Rats developed renal tumors whereas the control group of 240 rats developed zero tumors. The NDMA treated rats were given subcutaneous injection doses of 125 µg at birth and 7 days old; 10 mg/kg at 7 days old, 21 days old, or 70 days old, and 20 or 30 mg/kg dose at 21 or 70 days old. The incidence and induction times were influenced by the age of the rat whereas the younger treated rats showed a higher rate of tumor development. Terracini & Magee, (1964)[c] reported 44 rats less than a day old and 9 7-day old rats were given 125 µg doses of NDMA via subcutaneous injection. Of the surviving rats that were less than a day old at time of injection, 6 developed renal tumors, 1 developed liver tumor, and 1 developed an “other” tumor. Of the surviving rats that were 7 days old at time of injection, 3 developed renal tumors and 1 of these 3 also developed a liver tumor. No untreated rats in this experiment developed renal or liver tumors.

Researchers in Ito (1973)[ci] observed 6 out of 11 newborn rats develop kidney tumors after being given 0.1 mg/rat subcutaneous injections at birth. These 11 tumors were adenomas and clear cell carcinomas. Researchers also observed 18 out of 23 adult rats develop kidney tumors after being treated with NDMA. Ito concluded that tumors of the kidney, ureter and bladder developed in rats by administration of carcinogens like NDMA were similar in histological appearance to those in the urinary system for humans.

### iii. Hamster carcinogenicity studies

Multiple hamster studies where NDMA was administered subcutaneously were referenced by IARC. These studies provided that NDMA was not only carcinogenic but the duration of dosing and not strength of dose played a larger role in incidence rate of tumor development. In Herrold (1967)[cii] 36 hamsters were given subcutaneous injection of varying dose and duration of dose treatment of NDMA. In Group 3 (1 mg of NDMA weekly for 1.5 to 3.5 months), 5 out of 10 surviving hamsters developed 3 incidences of hemangioendothelial sarcomas, 2 cholangiocarcinomas, and 3 tumors of the posterior nasal cavity. In Group 4 (0.5 mg of NDMA weekly for 4-5 months), 9 of 10 surviving hamsters developed 7 incidences of hemangioendothelial sarcomas, 1 cholangiocarcinoma, and 1 tumor of the posterior nasal cavity.

In Stenback et al., (1973)[ciii] 24 male Syrian golden hamsters received 6 weekly injections of NDMA (0.25 mg in 2 ml of saline) subcutaneously. 12 of the hamsters developed tumors in the liver including cavernous hemangiomas, hemangioendotheliomas, hemangioendotheliosarcomas, hepatomas, and 3 developed papillomas in the forestomach. In Reznik (1975)[civ] and Reznik et al., (1976)[cv] 120 Chinese hamsters were given once weekly subcutaneous injection of NDMA at levels of 0.2, 0.1, or 0.05 of the LD50. In all, 100 NDMA treated hamsters developed liver tumors (dose size did not play a factor in incident rate) and none of the control hamsters developed liver tumors. The authors concluded that the hamsters receiving the lower dose of NDMA had a higher incidence rate of tumor development because these hamsters had a longer life span and received more chronic NDMA doses. In Mohr at al., (1974)[cvi], 60 wild European hamsters were dived into equal groups receiving weekly

subcutaneous injection of NDMA at levels of 1/5, 1/10 or 1/20 LD50. 29 of the 60 hamsters developed tumors, mostly liver and kidney, tumors developed in other organs as well. Only 3 of 20 hamsters in the control group developed spontaneous tumors. The authors found a statistically significant difference in survival rates dependent upon dosage of the group and the longer the hamsters survived the higher incidence rate of tumor development.

d. Intraperitoneal administration

IARC reviewed additional studies in which animals were given NDMA via intraperitoneal injections. In Frei (1970)[cvii], adult and newborn mice were given 0.11 mM/kg of NDMA via single intraperitoneal injections. Although no adult mice developed tumors, 26 newborn mice developed lung adenomas and 26 newborn mice developed hepatomas. 3 newborn mice in the control group developed lung adenomas and 1 developed a benign squamous cell papilloma of the skin. In Clapp (1973)[cviii], single doses of 5, 10, or 15 mg/kg per body weight of NDMA were administered via single intraperitoneal injections to RF mice, which induced 9 out of 18, 16 out of 19, and 4 out of 5 lung tumors, respectively, as to dose size. 25 of 52 mice in the control group developed lung tumors. There were no liver tumors in the NDMA treated mice, the authors theorized that a single intraperitoneal injection, as contrasted with continuous oral administration, may be a factor as to why the incidence of liver tumor development varies so widely between routes of administration.

Cardesa et al., (1973)[cix] gave weekly intraperitoneal injections of 6 mg/kg body weight for 10 weeks in 50 female and 50 male Swiss mice. Treated female mice resulted in a significantly increased incidence (P<0.001) of vascular tumors 16 out of 40 studied mice, while the incidence in males was only 6 out of 39 studied mice. There was a low incidence of hepatic vascular tumors (3 female and 5 males) in both sexes. 1 out of 47 female control mice developed a vascular tumor and 2 out of 46 male control mice developed a vascular tumor. In Noronha (1975)[cx], 42 NZO/Bl mice were given a single intraperitoneal injection doses of 7.5 mg/kg per body weights and 63 NZO/Bl mice were given a single intraperitoneal injection doses of 15 mg/kg body weight of NDMA at 60 days of age. A large increase in the incidence of lung tumors in males and females (76-100%, compared with 19-25% in controls) and of kidney adenomas and carcinomas in males (33% (7/21) in the lower dose group and 56% (10/33) in the higher dose group, compared with only 1/268 in controls). The authors posited that in view of carcinogenic effect of nitrosamines seen in studies, one dose or very small dose amounts may have serious implications for humans.

In Den Engelse et al., (1974)[cxi] 5 groups of male and female C3Hf mice received NDMA in a single intraperitoneal injection of 7 mg of NDMA or doses between 112.4 and 122.5 mg/kg for 13 weeks in drinking water. The sex of the mice influenced the results; the NDMA induced hepatomas in 14 treated males (7 in the group that received intraperitoneal injection and 7 that received 114.1 mg of NDMA in drinking water) but one in females (112.4 mg of NDMA in drinking water) and female mice developed 5 vascular tumors (2 that received 112.4 mg of NDMA in drinking water and 3 that received 122.5 mg of NDMA in drinking water) whereas the



CONFIDENTIAL INFORMATION

male mice developed none. 12 of 69 male control mice and 1 of 40 female control mice develop hepatomas and only 1 female control mouse developed a vascular tumor.

In Vesselinovitch (1969)[cxii] mice were given six intraperitoneal injections of 1-4 mg/kg body weight starting at 7 days of age. Out of 149 effective mice that received NDMA treatment, 70 developed liver cell tumors (8 males and 1 female that received 1µg/gm b.w. of NDMA; 18 males and 4 females that received 2µg/gm b.w. of NDMA; 29 males and 10 females that received 4 µg/gm b.w. of NDMA), 45 developed parenchymal hepatomas (8 males and 1 female that received 1µg/gm b.w. of NDMA; 14 males and 3 females that received 2µg/gm b.w. of NDMA; 14 males and 5 females that received 4 µg/gm b.w. of NDMA), 25 developed hepatocarcinomas (4 males and 1 females that received 2µg/gm b.w. of NDMA; 15 males and 5 females that received 4 µg/gm b.w. of NDMA), 29 developed lung adenomas (3 males that received 1µg/gm b.w. of NDMA; 6 males that received 2µg/gm b.w. of NDMA; 10 males and 10 females that received 4 µg/gm b.w. of NDMA), and 10 developed hemangiomas (1 female that received 2µg/gm b.w. of NDMA; 4 males and 5 females that received 4 µg/gm b.w. of NDMA). None of the 42 control mice developed a tumor. The author reported that the findings show a positive dose response relationship between the dose of NDMA delivered and the incidence of hepatomas, hepatocarcinomas, lung adenomas, and hemangiomas.

In Murphy et al., (1966)[cxiii] Wistar rats were injected with single, low dose 18 mg/kg b.w. injections of NDMA intraperitoneally at 5 months old to evaluate renal tumor induction. The control group developed no tumors during the study. The treated group receiving intraperitoneal injections had a 10.6% tumor incidence over time.

Ingram (1972)[cxiv] studied the lethal effects of NDMA in newts by giving newts an intraperitoneal injection in concentrations up to 16 mg/g body weight and newts in the first and second multidose experiments received 6 to 7 injections of 16 mg/g body weight of NDMA over a period of 3 to 4 weeks. Newts that received just one injection developed zero liver tumors but newts that received multiple treatments of NDMA over multiple weeks developed liver tumors.

### Factors that modify carcinogenicity in animals

IARC reviewed numerous animal studies that examined potential factors that modify the carcinogenic effect of NDMA administration in various animal species. A number of the studies looked at the carcinogenic effects of NDMA when combined with different diets. IARC reviewed two studies that examined tumor development caused by NDMA in rats fed a protein-free diet. In McLean & Magee (1970)[cxv], the authors looked at whether NDMA's carcinogenic action was altered by protein deficiency. In this study, 22 Sprague-Dawley rats received a single intraperitoneal injection of 60 mg/kg body weight of NDMA and received a protein-free diet. All 14 of the surviving rats in the treatment group developed renal tumors and two pulmonary adenomas between 8-11 months after receiving the NDMA injections. In the control group, 10 rats were given saline and of the 8 who survived for 16 months, none developed tumors. The authors concluded that metabolism of NDMA was necessary for it to be effective as a toxin.



CONFIDENTIAL INFORMATION

Decreased NDMA metabolism by liver resulting from a protein free diet allowed NDMA to stay in the blood longer and come into contact with other organs, causing an increase in methylation of kidney DNA and leads to an increase in kidney tumor development.

Hilfrich et al., (1975)[cxvi] looked at whether NDMA-induced kidney tumors could be modified by a secondary treatment, here, the antibiotic Actinomycin D (ACT), which can bind to DNA and inhibit DNA dependent RNA synthesis. ACT has also been shown to reduce the incidence of skin tumors in mice and mammary neoplasms in rats. In this study, 330 female Sprague-Dawley rats were divided into 11 equal groups of 30 rats and given 30 mg of NDMA alone, 6 µg of ACT or NDMA with ACT with a normal protein diet or a protein deficient diet. The control group received saline only 16 of 28 rats developed tumors (while no kidney tumors, nasal cavity, heart, or adrenal gland tumors developed, 13 developed mammary gland tumors, 1 developed a lymphatic syst, and 4 developed tumors in other organs. In the treatment groups, 205 out of 288 effective rats bore tumors in the kidney, mammary glands, lymphatic system, nasal cavity, heart, adrenal glands, stomach, and numerous other locations. 15 out of 23 effective rats in the NDMA treated group alone developed tumors, 15 rats developed 10 kidney tumors, 4 mammary gland tumors, 2 tumors in the lymphatic system, 1 adrenal gland tumor, 1 Schwannoma, and 1 lipoma. 14 out of 26 effective rats in the group that was treated with ACT alone developed tumors, the 14 rats developed 9 mammary gland tumors, 3 tumors in the lymphatic system, 2 adrenal gland tumor, 1 Schwannoma, 1 adenocarcinoma, 2 granulosa theca cell tumors, and 1 lipoma. 19 out of 24 effective rats in the group that was treated with NDMA and ACT with a 2 hour administration difference developed tumors, the 19 rats developed 14 kidney tumors, 8 mammary gland tumors, 1 tumor in the lymphatic system, and 1 heart tumor. 22 out of 23 effective rats in the group that was treated with NDMA and ACT simultaneously developed tumors, the 22 rats developed 13 kidney tumors, 4 mammary gland tumors, 4 tumors in the lymphatic system, 3 heart tumors, 1 adrenal gland tumor, 1 fibrosarcoma, 1 papilloma, 1 fibrosarcoma, and 1 lipoma. 17 out of 26 effective rats in the group that was treated with NDMA and ACT with a 5 hour administration difference developed tumors, the 17 rats developed 8 kidney tumors, 2 mammary gland tumors, 3 tumors in the lymphatic system, 3 nasal cavity tumors, 2 heart tumors, 3 adrenal gland tumors, 1 adenoma in pituitary gland, 1 adenoma in thyroid, and 1 hepatoma. 18 out of 26 effective rats in the group that was treated with NDMA and ACT with a 48 hour administration difference developed tumors, the 18 rats developed 15 kidney tumors, 5 mammary gland tumors, 1 tumor in the lymphatic system, 1 adrenal gland tumor, and 1 lung adenoma. 15 out of 30 effective rats in the group that was treated with NaCl and a protein deficient diet developed tumors, the 15 rats developed 10 mammary gland tumors, 2 tumors in the lymphatic system, 3 adrenal gland tumors, 1 papilloma in the forestomach, 1 granulosa theca cell tumor, 1 fibrosarcoma in anal region, and 1 lipoma. 30 out of 30 effective rats in the group that was treated with NDMA and a protein deficient diet developed tumors, 30 rats developed 30 kidney tumors, 5 mammary gland tumors, 2 tumors in the lymphatic system, 1 nasal cavity tumor, 1 adrenal gland tumor, 1 1 osteogenic sarcoma, 1 lung adenoma, and 1 leiomyosarcoma in the uterus. 14 out of 26 effective rats in the group that



CONFIDENTIAL INFORMATION

was treated with ACT and a protein deficient diet developed tumors, the 14 rats developed 1 kidney tumor, 11 mammary gland tumors, 1 heart tumor, 2 adrenal gland tumors, 1 leiomyosarcoma in the uterus, 2 granulosa theca cell tumors, and 1 polymorph sarcoma. 25 out of 26 effective rats in the group that was treated with NDMA, ACT, and a protein deficient diet developed tumors, the 25 rats developed 24 kidney tumors, 3 mammary gland tumors, 3 tumors in the lymphatic system, 6 nasal cavity tumors, 3 adrenal gland tumor, 1 papilloma in the tongue, and 1 papilloma in the forestomach. The researchers noted that rats deprived of protein and treated with NDMA had a significantly increased kidney tumor incidence rate compared to rats treated with NDMA and had a normal protein diet.

Carlton & Price (1973)[cxvii] looked at whether diets high in copper would inhibit the induction of neoplasia caused by NDMA. Here, male Sprague-Dawley rats were feed a copper-deficient diet or a copper-excessive diet and received 50 ppm of NDMA in their drinking water for 4 days. The type of diet, copper deficient (CD) or excess-copper (EC) with 50 mg/l of NDMA in the drinking water did not change the incidence of liver or lung tumors (23.3 CD/27.6% EC for hepatomas, 10% CD/13.8% EC for hepatocellular carcinomas); however, kidney neoplasms occurred in 57% of rats receiving the copper-deficient diet, as compared with 0% in the excess-copper group. The control group had a 0% incidence rate for hepatomas, hepatocellular carcinomas, and 0% for EC kidney neoplasms and 2.4% for CD kidney neoplasms.

In Rogers et al., (1974)[cxviii] Sprague-Dawley rats were fed an adequate diet or a diet high in fat and marginally deficient in lipotropes for 3 weeks then placed in different groups being treated with different nitrosamines. This study did not include control data. For the NDMA treated group, rats were either given 100 ppm in the diet for 3 weeks or 25 ppm in the diet for 4 weeks and then 50 ppm in the diet for 8 weeks. Rats fed a diet with NDMA at 50 ppm over a longer period of time saw a higher incidence rate of tumors in the liver and reticuloendothelial system; rats fed NDMA at 100 ppm for a shorter duration saw a higher incidence rate of kidney tumors and a diet high in fat and marginally deficient in lipotropes did not affect liver tumor development by NDMA. This study also saw additional carcinogenic effects in the pituitary gland and transitional cell polyps of the bladder.

IARC examined whether the administration of additional chemicals affected NDMA metabolism by the liver. In Schmahl et al. (1976)[cxix], 6% of the 600 control animals developed tumors, 20 of the 31 effective rats given 4 mg/ kg body weight/week of NDMA developed tumors including 17 in the liver. 18 out of 29 effective rats that were given both DSF (disulfiram) and NDMA developed tumors including 1 liver, 1 esophagus, and 17 paranasal sinus. The effective suppression by disulfiram of liver tumors induced by NDMA shows that the liver metabolism of NDMA is low and allows the unmetabolized NDMA to stay in the blood longer to be metabolized outside of the liver, which in turn could be "'toxicated' in extra-hepatic organs". NDMA is an efficient and potent carcinogen that is routinely used in lab experiments to induce tumors. In 1999, when AstraZeneca conduced genotoxicity testing for Omeprazole (Prilosec), a



CONFIDENTIAL INFORMATION

drug used to treat acid-related disorders, it used NDMA as a positive control where it effectively induced DNA strand breaks in rat liver cell cultures and had a 10-fold increase over control.[cxx]

In Pound et al., (1973)[cxxi] male Sprague-Dawley rats were given a single dose of 20 mg/kg body weight of NDMA alone or after being pre-treated with carbon tetrachloride, a chemical that causes necrosis in the liver that forces regeneration. Zero animals developed kidney tumors that were given just NDMA, 9 out of 27 developed kidney tumors 42 hours after carbon tetrachloride treatment and NDMA, and 3 out of 34 developed kidney tumors 60 hours after carbon tetrachloride treatment. None of the 55 control rats developed tumors or tumor like lesions. The results seen with carbon tetrachloride were viewed as a dose effect – this caused the rate of metabolism of NDMA to decrease for a period after carbon tetrachloride administration ensuring that more NDMA was available to the kidneys for a longer period of time. In Hadjiolov (1971) researchers observed that administration of aminoacetonitrile inhibits the metabolism of NDMA, in Wistar rats and decreases the carcinogenic effects of NDMA; the number of malignant liver tumors induced decreased by 80%. None of the control group, receiving aminoacetonitrile alone, developed tumors.

IARC reviewed a study that compared the effects of NDMA alone and NDMA and another nitrosamine. In Cardesa, et al., (1974b)[cxxii], 40 Swiss mice were given 6 mg/kg b.w. NDMA via intraperitoneal injection alone and 40 Swiss mice were given 3 mg/kg b.w. NDMA with 3 mg/kg b.w. diethylnitrosamine via intraperitoneal injection simultaneously. In the NDMA treatment group, 95% developed lung tumors, 31% developed vascular tumors, 0% developed forestomach papillomata, 10% developed kidney tumors, and 10% developed lymphomata. In the combined treatment group, 92% developed lung tumors, 13% developed vascular tumors, 10% developed forestomach papillomata, 0% developed kidney tumors, and 13% developed lymphomata. In the control group, 26% developed lung tumors, 7% developed vascular tumors, 31% developed lymphomata and 10% developed other tumors, but no forestomach or kidney tumors were found.

In Love, et al., (1977)[cxxiii] a group of Syrian golden hamsters received 15 mg/l NDMA in drinking water with antibiotics which suppresses intestinal microflora. Another group received NDMA alone. In the antibiotic treated animals, the incidence of tumors was more than twofold compared to the group receiving NDMA alone. There was a control group of 40 hamsters who received antibiotics alone, without NDMA (20 male, 20 female). The control group showed no tumorous lesions and only a few cases of granulovacuolar degeneration of hepatocytes. According to the authors, it is likely that changes in the microflora between those receiving antibiotic or antibiotics with NDMA, and those involving NDMA alone, lead to the variations in tumor incidence between the groups.

In sum, IARC classified NDMA as a 2A probably carcinogenic to humans in 1987 following its re-review of extensive animal carcinogenicity literature that demonstrates that NDMA is carcinogenic across every animal species studied with compelling consistency. Subsequent to the review of NDMA carcinogenesis studies undertaken for IARC Monograph 17, there have



CONFIDENTIAL INFORMATION

been numerous studies where NDMA was used as a model carcinogen to induce tumor formation. But there are few actual bioassay-style studies since NDMA carcinogenicity has been widely assumed as proven in recent years.

There is however one major exception to this trend: as noted earlier Peto and colleagues undertook a very large-scale study in which they exposed Colworth rats to NDMA and N-Nitrosodiethylamine (NDEA) in drinking water for life. Peto et al., (1991)[cxxiv], was designed to examine the dose-response for NDMA and NDEA carcinogenicity over a wide range of doses. 15 concentrations ranging from 0.033 to 16.896 ppm were used in groups of 60 rats for each sex, and a group of 240 animals receiving plain drinking water served as controls. Additional treatment groups of 6 animals/group were sacrificed at 6 and 12 months. Water consumption for male and female rats was measured and found to be 41 ml/kg and 72 ml/kg respectively, and these data were used to calculate intakes for each treatment group, which ranged from 0.001 to 0.653 mg/kg-day. Among animals exposed to NDMA, there was a significant ($p<0.005$) and dose-related increase over controls in the incidence of fatal liver neoplasms. Other tumors with positive trends in incidence included tumors of the lung ($p =0.004$), skin ($p =0.001$), lymphatic and hematopoietic tissues ($p =0.032$), and seminal vesicles ($p =0.004$). Results with NDEA were similar, with the additional feature of a substantial incidence of esophageal tumors.

Exposure and observation of the rats continued throughout life, so the duration of this study was significantly longer than the NTP standard bioassay. This long duration and eventual 100% mortality rate complicate the analysis of the results, so the authors used a time-dependent analysis based on the multistage cancer model to measure both tumor incidence and time to the appearance of tumors[cxxv, cxxvi]. A Wiebull model (exponential in time) was used to describe the time to tumor appearance, and the analysis also distinguished between mortality associated with a particular tumor type (fatal tumors) and the appearance of incidental tumors in rats dying of unrelated causes (other types of tumors, or non-cancer mortality). They showed several different ways of examining the data for several tumor types with both NDMA and NDEA. The conclusion was that the overall tumor incidence increased linearly with dose and the time to tumor decreased with dose, as expected from the multistage model. This was thoroughly analyzed for liver tumors with NDMA and esophageal tumors for NDEA, the most commonest tumor types for these two compounds. This analysis allowed for the impact of intercurrent mortality on the observed tumor rates. This effect is particularly notable in the incidence tables for the less common tumors, where most of the rats died of liver tumors (NDMA) or liver and esophageal tumors (NDEA) before developing one of these less common tumors.

A basic indication of the dose-response trend can be obtained by looking at the data for fatal liver cell tumors, which are less affected by background rate and intercurrent mortality than the incidental tumors or tumors at other sites. This is illustrated below in the table of tumor numbers and incidence rates at the various NDMA concentrations in drinking water, and the corresponding figure.



CONFIDENTIAL INFORMATION

| NDMA concentration (ppm) | Males + females n | Fatal Liver cell tumors | Incidence |
|---|---|---|---|
| 0.000 | 480 | 1 | 0.002 |
| 0.033 | 120 | 1 | 0.008 |
| 0.066 | 120 | 1 | 0.008 |
| 0.132 | 120 | 3 | 0.025 |
| 0.264 | 120 | 2 | 0.017 |
| 0.528 | 120 | 5 | 0.042 |
| 1.056 | 120 | 4 | 0.033 |
| 1.584 | 120 | 5 | 0.042 |
| 2.112 | 120 | 10 | 0.083 |
| 2.640 | 120 | 16 | 0.133 |
| 3.168 | 120 | 17 | 0.142 |
| 4.224 | 120 | 25 | 0.208 |
| 5.280 | 120 | 39 | 0.325 |
| 6.336 | 120 | 49 | 0.408 |
| 8.448 | 120 | 83 | 0.692 |
| 16.896 | 120 | 87 | 0.725 |

## Humans are found to have a higher sensitivity to NDMA's carcinogenic effects than laboratory animals

While IARC, among other agencies, has concluded that animal data supports the extrapolation of findings to humans, there is evidence that humans are more sensitive to NDMA than laboratory animals. NDMA is metabolized via the same pathway in humans and mammals, which supports the use of extrapolation from animal carcinogenicity studies to evaluate the risk in humans. The 1978 IARC, noted: "[s]tudies in vitro suggest that NDMA is metabolized by human liver and lung via the same metabolic pathway as in other mammalian species." IARC (1978) citing (Harris et al., 1977[cxxvii]; Montesano & Magee, 1970[cxxviii]). While the metabolic pathways are understood to be the same, there is also evidence that humans are more sensitive to N-nitroso compounds than laboratory rodents.

A number of studies have evaluated the inter-species differences in terms of their response to NDMA and have indicated that humans are more sensitive to NDMA than animals as more NDMA is bioavailable in humans, as they are larger species, than rats. This causes NDMA to be more potent and hepato-carcinogen in humans than rats as discussed below. Lijinsky (1999)[cxxix] noted "... the possibility—even likelihood—that humans are more sensitive to these carcinogens than are laboratory rodents." In a 1987 IARC Scientific Publication[cxxx] presenting the proceedings of the IXth International Symposium on N-Nitroso Compounds, factors were

discussed that could play a role in NDMA's carcinogenic potential in humans compared to other mammal species. Several authors noted that in rats the liver played a predominant role in the metabolization of NDMA and stated it was assumed that the conditions are similar in humans. The oral bioavailability of NDMA in dogs and pigs is substantially greater than in rats, which may explain the presence of NDMA circulating in human blood. In a keynote address, Magee cited Gombar et al., who found that in dogs[lvii] and pigs[lviii] hepatic extraction of NDMA is lower in these species than in rats, noting that humans resemble these larger animals more closely than rats.

According to the WHO[liv], "[t]here is also ample evidence that NDMA is genotoxic both in vivo and in vitro." Activation by liver microsomal S9 fractions is necessary for a positive in vitro result. The recent observation that human S9 fractions are much more active in promoting genotoxicity in the Ames test than rat S9 fractions suggests that humans may be especially sensitive to the carcinogenicity of NDMA. Hakura et al.[cxxxi] in 2003 compared the mutagenicity of NDMA in S9 fractions in humans and rats using the Ames test, a test for bacterial mutagenicity *in vitro* which is often used to predict possible carcinogenicity. These authors found the mutagenicity of NDMA in the presence of either human liver S9 fraction or pooled human liver S9 fractions was 8-fold higher than that found in the presence of rat S9 fraction in terms of mutagenic activity. Similarly, in 1999 Hakura et al.[cxxxii] reported that human S9 fractions on Ames tests showed higher mutagenic activity than in rat liver S9. In this study, standard Ames tests (with pre-incubation of test compounds with S9) were conducted using human S9 fractions, and phenobarbital or 5,6-benzoflavone-pretreated (R-i) rat liver or normal rat liver (R-n) from Sprague-Dawley rats, to look at the metabolic activation. NDMA tested with induced rat liver S9 fractions resulted in mutagenic activity (expressed as the highest number of induced revertants per µg per plate) of 5.1, with normal rat liver S9 it was 4.3, with Induced human liver S9 it was 39 and with normal human liver S9 from three different individuals it was 27, 28, and 30 respectively.



CONFIDENTIAL INFORMATION

## Epidemiology of NDMA cancer effects.

In reaching the conclusions in this report, I have carefully considered the available human epidemiological studies. Studies of cancer in humans exposed to NDMA are complicated by the complexity of such exposure situations, which have involved industrial environments with exposure to multiple carcinogenic agents, or dietary exposures where the presence and concentration of NDMA is often inferred rather than directly measured. This is also often the case with exposures to drugs contaminated with, or degrading to, NDMA. In this latter case the dose received may only be reported by general criteria such as "number of prescriptions" rather than an actual dose received. Some epidemiology studies rely on crude measures of exposure such as categories ("high", "medium", "low" etc.) without necessarily providing reliable estimates of the lifetime cumulative dose received. Nevertheless, there are several studies where these problems are avoided or minimized, to provide a reliable quantitative evaluation of the increased risk of certain cancers in humans exposed to NDMA. Several relevant studies to which this advantage applies are reviewed below.

In regulatory risk/causality assessment, it is usual to describe the increased risk as a numerical increase in risk (as a fraction, or number of cases per million of the target population, for instance). However, many epidemiological studies, including those reviewed here, evaluate the dose-response in terms of risk relative to a control or low-exposure group. Studies using a cohort design allow calculation of an absolute risk rate by examining the rate in the control group, and this may be useful if the composition of the control group is similar to that of the target population for the risk/causality assessment. Case control studies by their nature do not provide an internal value for the background rate, only the odds ratio between case and comparison groups. However, because these studies provide a risk comparison between exposure and non-exposure, they provide a framework for understanding background (unexposed risk) rate risk vs risk from exposure, based on the groups studied. Absolute risks can be calculated based on assumed or measured control incidences in the target population, but this introduces an additional level of uncertainty. Description of risk in this portion of the narrative will therefore be initially confined to relative risk or risk ratios. Occupational studies using a control worker group may display a "healthy worker" effect. This is where those actively in work have a lower incidence of adverse health effects due to "background" causes than the general population, which includes the young, the sick, the elderly and susceptible subgroups who may deliberately avoid that particular work environment.

I searched the available scientific literature was searched to find published studies which would be informative as to the effect of NDMA exposure in humans, either in occupational situations where NDMA was present, or where exposures from diet were measured. The literature was also searched for studies of NDMA exposure as a result of drug found to contain NDMA by contamination (valsartan) or through degradation (primarily ranitidine). In reviewing these studies and reaching conclusions, the specificity and reliability of exposure data affected the weight given to each study. A primary focus of this report is to provide a quantitative analysis



CONFIDENTIAL INFORMATION

of the dose response relationship for NDMA carcinogenesis in these various contexts, so only studies which permit quantitative description of the exposure are considered here in detail. Many studies only describe the exposure in very broad terms (*e.g.*, exposed *vs*. non-exposed) or use quantities such as amounts of foods or number of prescriptions without relating these to actual NDMA concentrations or doses. These studies were not further considered unless they provide some additional insight into hazard identification, such as target tissues for carcinogenesis.

Studies of NDMA exposure – occupational environment

A number of occupational studies have examined work environments where exposure to NDMA is possible, but these tend to be environments where multiple possible carcinogens are present and measurements are not readily to separate out the contribution of the multiple components of these mixed exposures. One recent study described below was able to differentiate the contributions of NDMA and other components, using a detailed exposure analysis and also benefiting from the fact that some long-standing contributors to occupational carcinogenesis in the rubber industry such as β-naphthylamine are no longer used and were not present during the study period.

*Hidajat et al., 2019*

This study[xxx cxxxiii xxx] analyzes the cancer mortality among a large group of individuals (36,441 males aged 35+ years) employed in the British rubber industry, starting in 1967 and followed up to 2015. Exposures were based on a job-exposure matrix developed by the same research group**Error! Bookmark not defined.**. This provided exposure estimates for the various categories of workers to inhaled rubber dust, rubber fumes and N-nitrosamines including NDMA, and total N-nitrosamines, a sum of NDMA, N-nitrosomorpholine, N-nitrosodibutylamine, N-nitrosodiethylamine and N-nitrosopiperidine. Individual exposures were calculated as lifetime cumulative exposures to these materials, based on work history. Individuals were assigned to exposure quartiles with stated boundaries in year* mg/m$^3$ (rubber dust and fumes) or year* µg/m$^3$ (nitrosamines). The quartiles for NDMA were:

I: <3.12 year µg/m$^3$ (407 378.9 person years);

II: 3.12–5.96 year µg/m$^3$ (210 818.3 person years);

III: 5.96–9.67 year µg/m$^3$ (133 681.9 person years);

IV: >9.67 year µg/m$^3$ (128 914.5 person years)

In order to provide a value for the slope of the dose-response across these quartiles an estimate of the median value for each quartile was needed. The spacing of the stated quartile boundaries was linear:



CONFIDENTIAL INFORMATION

**Quartiles for cumulative NDMA exposure (µg/m³ x years)**




$R^2 = 0.993102972$

Based on this the quartile medians were estimated assuming linearity:

| Percentile | µg/m³ x years |
|---|---|
| 0 | 0 |
| 12.5 | 1.56 |
| 25 | 3.12 |
| 37.5 | 4.54 |
| 50 | 5.96 |
| 67.5 | 7.815 |
| 75 | 9.67 |
| 87.5 | 11.525 |

To facilitate the comparison of results in this study with others where the route of exposure was oral, these inhalation exposures were converted to equivalent cumulative doses in mg. In the absence of specific information about the study participants, standard values for body weight and daily inhalation rate while at work were used. These values are based on guidance for regulatory risk assessment such as that offered by the State of California [xxiiixxv]. The days worked per year assumes a five-day work week, and two weeks of vacation time or other absences. Uptake of inhaled NDMA from inhaled air was estimated based on experimental data in rats.[cxxxiv] In these experiments the median value for the percentage systemic uptake of an inhaled dose was 80%, with minimum of estimate 70% and maximum estimate of 90%. This uncertainty in the conversion to equivalent oral dose is shown below:



CONFIDENTIAL INFORMATION

| | | | Quartile intakes | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Oral equiv.) | | |
| Quartile | | percentile | µg/m³ x years | µg/m³ x days | Cumulative µg | Cumulative mg (min | Cumulative mg (median) | Cumulative mg (max) |
| | boundary | 0 | 0 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| I | median | 12.5 | 1.56 | 374.400 | 3744.0 | 2.6 | 3.0 | 3.4 |
| | boundary | 25 | 3.12 | 748.800 | 7488.0 | 5.2 | 6.0 | 6.7 |
| II | median | 37.5 | 4.54 | 1089.600 | 10896.0 | 7.6 | 8.7 | 9.8 |
| | boundary | 50 | 5.96 | 1430.400 | 14304.0 | 10.0 | 11.4 | 12.9 |
| III | median | 67.5 | 7.815 | 1875.600 | 18756.0 | 13.1 | 15.0 | 16.9 |
| | boundary | 75 | 9.67 | 2320.800 | 23208.0 | 16.2 | 18.6 | 20.9 |
| IV | median | 87.5 | 11.525 | 2766.000 | 27660.0 | 19.4 | 22.1 | 24.9 |
| | boundary | 100 | (undetermined) | | | | | |

| | | | |
|---|---|---|---|
| Days worked per year | | 240 | |
| breathing rate m³/d | | 10 | (during time at work) |
| % uptake inhalation | min | 70% | (based on Klein and Schmezer |
| reported value | median | 80% | (1984) |
| calculated value | max | 90% | |

The cohort had nearly complete mortality (94.1%) by the end of the follow-up. A competing risk survival analysis was used to model time to death either from specific cancers, a competing event (death by another cause) or censored due to attrition (e.g. through emigration). This analysis allowed determination of the subdistribution hazard ratios (SHRs) for the various exposure categories, allowing identification of the specific effects associated with the rubber dust, fumes and nitrosamines including specifically NDMA. The calculation included a 15-year lag time to allow for the anticipated time between cancer induction and death. A sensitivity analysis to examine the effect of uncertainty in the work exposure profile was also undertaken.

Linear exposure-response associations with NDMA exposures (p for linear trend <0.03 or less) were found for mortality from bladder cancer (n=417, 4.7% of all cancer deaths), liver cancer (n=122, 1.3% of all cancer deaths), pancreatic cancer (n=328, 3.6% of all cancer deaths) and prostate cancer mortality (n=885, 9.7% of all cancer deaths)

Increased SHRs were also observed in the higher dose quartiles for esophageal cancer mortality (n=333, 3.7% of all cancer deaths) and stomach cancer mortality (n=768, 8.4% of all cancer deaths)), although the linearity of the dose-response was less evident for these cancers. Results are shown in detail in the following table.



CONFIDENTIAL INFORMATION

**Risk of death from selected cancers by 15-year lagged cumulative exposure to NDMA**

| Malignancy | N | Exposure quartile | sHR | 95% CI |
|---|---|---|---|---|
| All malignant neoplasms | 9101 | I | | |
| | | II | 1.32 | 1.25 to 1.40 |
| | | III | 1.83 | 1.72 to 1.95 |
| | | IV | 2.08 | 1.96 to 2.21 |
| P for trend | | | <0.01 | |
| Bladder | 417 | I | | |
| | | II | 1.57 | 1.19 to 2.07 |
| | | III | 2.45 | 1.87 to 3.21 |
| | | IV | 2.82 | 2.16 to 3.67 |
| P for trend | | | <0.01 | |
| Lung | 3377 | I | | |
| | | II | 1.21 | 1.10 to 1.32 |
| | | III | 1.54 | 1.39 to 1.70 |
| | | IV | 1.7 | 1.54 to 1.87 |
| P for trend | | | 0.36 | |
| Stomach | 768 | I | | |
| | | II | 1.32 | 1.10 to 1.57 |
| | | III | 1.62 | 1.32 to 1.98 |
| | | IV | 1.72 | 1.41 to 2.10 |
| P for trend | | | 0.01 | |
| Leukaemia | 195 | I | | |
| | | II | 1.52 | 0.99 to 2.33 |
| | | III | 3.27 | 2.20 to 4.86 |
| | | IV | 3.47 | 2.35 to 5.13 |
| P for trend | | | <0.01 | |
| Multiple myeloma | 462 | I | | |
| | | II | 1.59 | 1.22 to 2.08 |
| | | III | 2.78 | 2.15 to 3.60 |
| | | IV | 2.81 | 2.17 to 3.64 |
| P for trend | | | <0.01 | |
| Non-Hodgkin’s lymphoma | 141 | I | | |
| | | II | 1.51 | 0.93 to 2.43 |
| | | III | 2.17 | 1.35 to 3.47 |
| | | IV | 2.25 | 1.41 to 3.59 |
| P for trend | | | 0.11 | |
| Esophagus | 333 | I | | |
| | | II | 1.7 | 1.24 to 2.33 |
| | | III | 2.43 | 1.78 to 3.31 |
| | | IV | 3.04 | 2.26 to 4.09 |
| P for trend | | | 0.26 | |



CONFIDENTIAL INFORMATION

**Risk of death from selected cancers by 15-year lagged cumulative exposure to NDMA**

| Malignancy | N | Exposure quartile | sHR | 95% CI |
|---|---|---|---|---|
| Prostate | 885 | I | | |
| | | II | 2.32 | 1.82 to 2.97 |
| | | III | 4.87 | 3.89 to 6.11 |
| | | IV | 5.36 | 4.27 to 6.73 |
| P for trend | | | <0.01 | |
| Larynx | 62 | I | | |
| | | II | 1.71 | 0.93 to 3.14 |
| | | III | 1.49 | 0.69 to 3.19 |
| | | IV | 1.39 | 0.67 to 2.90 |
| P for trend | | | 0.24 | |
| Brain | 106 | I | | |
| | | II | 1.3 | 0.76 to 2.25 |
| | | III | 1.26 | 0.68 to 2.36 |
| | | IV | 2.5 | 1.53 |
| P for trend | | | <0.01 | |
| Pancreas | 328 | I | | |
| | | II | 1.59 | 1.18 to 2.15 |
| | | III | 2.19 | 1.60 to 3.00 |
| | | IV | 2.6 | 1.94 to 3.49 |
| P for trend | | | 0.42 | |
| Liver | 122 | I | | |
| | | II | 1.53 | 0.93 to 2.50 |
| | | III | 1.96 | 1.16 to 3.29 |
| | | IV | 2.86 | 1.78 to 4.59 |
| P for trend | | | 0.03 | |
| In situ, benign and tumors of unknown origin | 36 | I | | |
| | | II | 0.78 | 0.31 to 1.97 |
| | | III | 0.46 | 0.06 to 3.67 |
| | | IV | 0.3 | 0.04 to 2.18 |
| P for trend | | | 0.4 | |
| Cancers associated with the rubber industry | 6860 | I | | |
| | | II | 1.32 | 1.23 to 1.41 |
| | | III | 1.82 | 1.70 to 1.95 |
| | | IV | 2.07 | 1.94 to 2.21 |
| P for trend | | | <0.01 | |

Exposure quartiles based on cumulative NDMA (year* µg/m$^3$)
sHR = subdistribution hazard ratio, relative to group I

Highlight shows sites where significant elevation of sHR and/or dose-response trend were seen.
Some cancers associated with the rubber industry NDMA exposure are those of the bladder, stomach, esophagus, pancreas and liver.



CONFIDENTIAL INFORMATION

This study provides strong evidence, consistent with the animal studies and other NDMA evidence discussed above, that NDMA in humans is a cause of human cancers, including those listed above, with a dose response. This study also provides relevant evidence for my causation assessment of ranitidine.

Hidajat, et al. addressed limitations of the study including that individual employment histories before 1967 were unavailable and during the follow-up period and therefore continued employment was assumed until retirement at 70, death or emigration. However, sensitivity analysis was conducted with different employment durations which largely supported the main study results. Also, a 15 year lag was assumed between exposure and clinical manifestation of cancer but authors noted that these lags are not uniform across all cancers and generally shorter for bloodborne cancers but recognized it was an overall approximation that seemed appropriate. Additionally, information on some confounders like smoking and other lifestyle factors unavailable but additional simulations indicated smoking was not a significant confounding factor. A further limitation is that the study examined the cancer mortality and not incidence, potentially not including data of this individuals whose bladder cancer was successfully treated or those who died from other causes.

*Straif et al (2000)*

This is a German occupational retrospective cohort study[cxxxv] looking at the relationship between nitrosamines (talc, asbestos, and black carbon) exposure and mortality from stomach and other cancers in rubber workers. The cohort included all German male workers hired during or after 1950 and who were alive and actively employed or retired on January 1, 1981. Follow-up period was January 1, 1981 but not before completion of one year employment and ended at age 85, at death, or end of the follow-up period, December 31, 1991.

Work histories within rubber companies were reconstructed using documented and archived cost center codes. The study assessed risk of stomach, lung and laryngeal cancer with exposure to asbestos, talc and other things but the focus here is the nitrosamine exposure. Exposure nitrosamine assessments were done based on a hazard study conducted in the early 1980s. The authors assumed nitrosamine concentrations of >15 $\mu g/m_3$ for the high exposure category and 2.5 $\mu g/m_3$, the then current technical limit for specific nitrosamine exposures in the German rubber industry, as the upper bound for the low exposure category.

Nitrosamines exposure was estimated collectively and classified into categories as low, medium or high based individual work histories within the rubber companies using routinely documented and archived cost center codes. Complete exposure assessment was made for 95% of the cohort. The exposure classification scheme was developed based on hazard surveys obtained from epidemiologic studies from the 1980s and involvment of industrial hygenists from rubber plants and other experts. For the period from 1950-1979, no information was avaialble to assess nitrosamine exposure, so semi-quantitative estimates were made.

Approximately 27% of the cohort members were exposed to high nitrosamine levels based on exposure from salt bath curing (with the exception of salt bath curing using only peroxide accelerators), production stages in vulcanization and with use of N-nitrosodiphenylamine.



CONFIDENTIAL INFORMATION

Approximately 25% were exposed to medium nitrosamine exposure levels based on exposure to hot processes starting with vulcanization that were not included in the high exposure category. Approximately 42% of the cohort were involved in other work areas and classified as having low nitrosamine exposure. Approximately 5% had missing exposure data and were not placed into a nitrosamine exposure category. While the sepcific nitrosamine levels were not provided for each classification group, for the high exposure category it was assumed that nitrosamine concentrations of > 15 µg/m3, where as for the low exposure category an upper bound of 2.6 µg/m3 was used.

Table 4 contained the hazard rate ratios for stomach cancer death bivariate model, which divided the exposures into two categories. For exposure catagorization 1: High, means at least 1 year at a high exposure level; and low, means less than 1 year the medium and high exposure levels (combined). For exposure catagorization 1, the hazard rate ratio for the low exposure category was 1.0 HRR, medium exposure category was 1.1 HRR [95% CI 0.5-2.3] and high exposure category was 1.2 [95% CI 0.6-2.5]. For Exposure categorization 2: high, means at least 10 years at the high exposure level; low, means less than 0.5 year at the medium and high epxosure levels (combined). For exposure catagorization 2, the hazard rate ratio for the low exposure category was 1.0, for the medium exposure category was 1.1 HRR [95% CI, 0.6-2.0], and for the high exposure category was 1.2 HRR [95% CI 0.5-2.9].

Table 5 contained the the hazard rate ratios for stomach cancer death multivariate model, which divided the exposures into the two categories used in Table 4. For exposure catagorization 1, the hazard rate ratio for the low exposure category was 1.0 HRR, medium exposure category was 0.8 HRR [95% CI 0.4-1.8] and high exposure category was 1.2 [95% CI 0.5-2.5]. For exposure catagorization 2, the hazard rate ratio for the low exposure category was 1.0, for the medium exposure category was 0.9 HRR [95% CI, 0.5-1.8], and for the high exposure category was 1.2 HRR [95% CI 0.5-3.2].

Table 6 contained the the hazard rate ratios for lung cancer death bivariate model, which divided the exposures into two categories used in Tables 4 and 5. For exposure catagorization 1, the hazard ratio for the low exposure category was 1.0 HRR, medium exposure category was 1.2 HRR [95% CI 0.8-1.7] and high exposure catagorization was 1.0 [95% CI 0.7-1.5]. For exposure catagorization 2, the hazard rate ratio for the low exposure category was 1.0, for the medium exposure category was 1.2 HRR [95% CI, 0.8-1.6], and for the high exposure category was 1.1 HRR [95% CI 0.6-1.8].

Table 7 contained the the hazard rate ratios for lung cancer death bivariate model, which divided the exposures into two categories used in Tables 4-6. For exposure catagorization 1, the hazard rate ratio for the low exposure category was 1.0 HRR, for the medium exposure category was 1.0 HRR [95% CI 0.6-1.5] and for the high exposure category was 1.0 [95% CI 0.7-1.6]. For exposure catagorization 2, the hazard ratio for the low exposure category was 1.0, for the medium exposure category was 1.0 HRR [95% CI, 0.7-1.8], and for the high exposure category was 1.1 HRR [95% CI 0.6-1.9].



CONFIDENTIAL INFORMATION

Table 8 contained the hazard rate ratios for laryngeal cancer death. Only 1 exposure categorization was provided. The hazard ratio was 1.0 for low exposure, the medium exposure category was .4 HRR [95% CI, 0.0-3.1], and for the high category was HRR 0.4 [95% CI 0.0-3.0].

Nitrosamine exposure was not associated with mortality from stomach or lung cancer. The findings from the laryngeal cancer, while consistent with the lung cancer findings, involved a small number of deaths that precluded firm conclusions.

The authors noted that in assessing the validity of the study, potential for residual confounders must be considered as smoking and other occupational exposures in the rubber industry were not considered for the exposure assessment. The method to assess exposures suffered from some limitations including that nitrosamines were not identified specifically and that the exposure levels were only calculated as high, medium, low or had missing data.

*Vlaanderen, 2013*

This cohort study[cxxxvi] added 9 years of followed up to a previously studied German rubber industry worker. The cohort consisted of 111,632 men and 1,863 women. 47 men and 2 women were excluded from the study. The authors noted that workers involved in the vulcanization process with rubber goods have potential nitrosamine exposure. Table 4 provides the Standardized Mortality Ratios for cancer outcomes, stratified by work area found SMRs of 1.05 [95% CI, 0.71–1.49] for stomach cancer, 1.32 [95% CI, 1.1–1.58] for lung cancer, 1.55 [95% CI, 0.95–2.39] for bladder cancer, 0.96 [95% CI, 0.51–1.64] for lymphatic system cancer, 1.37 [95% CI, 0.77–2.26] for leukemia, 0.86 [95% CI, 0.37–1.7] for esophageal cancer, 1.30 [95% CI, 0.48–2.83] for larynx cancer, and 0.73 [95% CI, 0.46–1.1] for prostate cancer. Nitrosamine levels were not estimated in this study. The authors concluded that additional analysis of the cancer risk of rubber workers was warranted that focused on differences between work areas and associated exposures.

Other Occupational Rubber Worker Studies[cxxxvii] [cxxxviii]

While there are several occupational studies I have reviewed that evaluated mortality and cancer incidence, and others that collected data on exposures to nitrosamines in the rubber industry[cxxxix], including some of which are discussed above, they did not measure and quantify NDMA exposure and assess the increased risk of cancer associated with it.[cxlcxlicxliicxliiicxliv] Straif, et al. did conduct studies using indirect measurements based on years of employment and departments but did not quantify NDMA exposure specifically. Conversely, Hidajat, et al. (2019) conducted a very robust study that did so NDMA exposure could be assessed.[xxx] The Hidajat cohort was 36,441 workers and had a follow-up period of 49 years which was the longest cohort study of UK rubber workers. Also, Hidajat had nearly complete mortality data which allowed the authors to provide precise lifetime risk for rubber workers. Hidajat, unlikemany other occupational studies, quantified NDMA exposure by using job-exposure matrices from the EXASRUB database and assessed and evaluated cancer mortality due to such exposure. Studies of NDMA exposure and cancer – dietary exposures.



CONFIDENTIAL INFORMATION

Several studies have been undertaken in which dietary exposure to NDMA is demonstrated to be a risk factor for cancer at various sites. Exposure estimation is generally based on the reported intake of various foods and beverages. Some studies report levels of NDMA in these foods and beverages, which allows an estimate of the cumulative intake of NDMA for specified groups. This estimate requires knowledge of the duration of exposure as well as the level of NDMA in the food or beverage and the amount of those items consumed. Some of this information is provided in the published reports of the studies, but it is generally necessary to make some reasonable assumptions to complete the calculation. The studies generally measured dietary intakes via a questionnaire administered by a trained interviewer. This provides a measure of NDMA intake at a single point in time, generally at the start of the study period for prospective studies or at the time of case identification. However, cancer risk is associated with long-term exposures and is cumulative over the whole lifetime, as noted earlier. In view of this, a cumulative exposure was estimated for the whole time that the study subject would have consumed an adult diet, up to the cutoff time identified in the study. The reported dietary intakes and compositions were assumed, for a consistent approach, to have been constant over this period (similar to what the authors did for their analysis). For the following studies it was assumed that consumption of an adult diet began at age 10. This scenario allows for some intake in childhood and adolescence, although less than the rate seen in adults. The extent to which the diet of infants or children resembles that of the same individual as an adult is uncertain. For instance, how many of the items of concern for NDMA exposure (typically cured meats etc.) are consumed during childhood is not reported in the dietary studies relied upon in this analysis. As an alternative, calculations are shown assuming a start age of 16 for the adult diet, which makes no allowance for consumption of NDMA during childhood. In those studies where consumption of alcoholic beverages with a known NDMA content was considered, it was first assumed that consumption of these beverages started at age 21. An alternative assumption that alcoholic beverage consumption started at age 18 was also considered, which may be applicable for some study populations. These assumptions although reasonable necessarily are the source of some uncertainty in the estimates of cumulative NDMA exposure, but the proportional impact of these uncertainties as shown in the alternative scenarios presented is not so consequential as to impair the usefulness of the calculation which reduces the ability to see an effect rather than create biased results.

When estimating the cumulative intake for these studies for each percentile (tertile, quartile or pentile) of NDMA exposure, the aim was to evaluate and determine a mean or median estimate of the intake for each percentile, including the highest. Some studies provide this information, but others only describe the highest percentile as greater than a certain value. To obtain a median value for the highest percentile a linear extrapolation approach was used which is routinely done in studies, similar to that described above for the study by Hidajat et al. This linear assumption was generally shown to be reasonable especially for the middle and higher quartiles for which ranges were available.



CONFIDENTIAL INFORMATION

*Chyou et al., 1990*

This study[cxlv] used a case-cohort design, in which cases of gastric cancer identified from a cohort of 8006 men of Japanese ancestry living in Hawaii were matched with a control group of cancer-free men randomly selected from the overall cohort after a follow up period of 18 years. Stomach cancer cases with histological tissue confirmation were identified. To reduce the possibility of missing incident cases, computer linkage was periodically done with data files from the Hawaii Tumor Registry, which is a population-based cancer registry and a member of the Surveillance, Epidemiology, and End Results Program of the National Cancer Institute.

Dietary intake data were obtained by a questionnaire covering the consumption of various types of fruits, vegetables, dried fish, processed meats, pickles, breakfast cereal, grains and legumes. Levels of nitrate, nitrite and NDMA in the foods were obtained from USDA and other databases. The primary interest of the study was the association (positive or negative) of gastric cancer with consumption of various types of food, but the association with nitrosamine intake was also examined. Cases were found on average to have a higher NDMA intake than controls: 0.8 µg/day (standard error ± 0.1) as opposed to 0.7 µg/day (standard error ± 0.1): this was only moderately significant (p = 0.1). The authors did not examine the dose-response for NDMA further, or report odds ratios related to NDMA exposure. Cumulative NDMA exposure in the study can be reasonably inferred, as shown below, assuming start of adult diet at age 10 or age 16. Age and smoking status were matched with controls. The NDMA dietary intake data and the calculations used to estimate cumulative intake are shown in the following table.

| | Median µg/d | Mean age | Exposure duration (d) | Cumulative µg | Cumulative mg |
|---|---|---|---|---|---|
| Cases | 0.8 | 57.7 | 15220.5 | 12176.4 | 12.2 |
| Non-cases | 0.6 | 57.6 | 17374 | 10424.4 | 10.4 |
| | Assumed: | Days/year | 365 | | |
| | | Start diet at age | 16 | | |
| | **median µg/d** | **Mean age** | **Exposure duration (d)** | **Cumulative µg** | **Cumulative mg** |
| Cases | 0.8 | 57.7 | 17410.5 | 13928.4 | 13.9 |
| Non-cases | 0.6 | 57.6 | 17374 | 10424.4 | 10.4 |
| | Assumed: | Days/year | 365 | | |
| | | Start diet at age | 10 | | |



CONFIDENTIAL INFORMATION

*De Stefani et al., 1996*

This report[cxlvi] describes a hospital-based case-control study in Uruguay, in which the intake of NDMA and its sources in food was measured in the diet for 320 cases of lung cancer and 320 controls afflicted with diseases not related to tobacco use or diet, and frequency matched on age, sex and residence. All subjects identified and qualifying for the study agreed to be interviewed.

Dietary intakes for the 5 years prior were determined by a comprehensive food frequency questionnaire conducted by trained interviewers that allowed a rather precise estimation of NDMA intake in the diet. The main sources of NDMA included in the questionnaire were bacon, sausage, mortadella, salami, saucisson, frankfurter, ham, salted meat, fish, poultry, cheese, beer, and hard liquor. NDMA contents were determined from local published sources. Data were also collected on age, sex, residence, urban/rural status, family history of lung cancer, body mass index, pack-years, and total energy intake. Adjustments for these variables were included in the calculations of odds ratios. For example, NDMA estimates were fully adjusted for potential confounders, including body mass, total energy intake, and pack-years of cigarette smoking. Individual NDMA intakes in µg/d were divided into four quartiles: I (<0.13), II (0.14-0.18), III (0.19–0.26) and IV (>0.27). Calculated cumulative exposures to NDMA starting adult diet at 16 or 10 years and the assumptions used are shown below.

| Quartile | Median µg/d | Exposure duration (d)* | Cumulative µg | Cumulative mg |
|---|---|---|---|---|
| I ( ≤0.13) | 0.07 | 16279 | 1139.5 | 1.1 |
| II (0.14-0.18) | 0.16 | 16279 | 2604.6 | 2.6 |
| III (0.19–0.26) | 0.225 | 16279 | 3662.8 | 3.7 |
| IV ( ≥0.27) | 0.305 | 16279 | 4965.1 | 5.0 |
| Start diet at age | | 16 | | |
| Start smoking and drinking at age | | 21 | | |
| Effective years of exposure | | 44.6 | | |
| I ( ≤0.13) | 0.07 | 17921.5 | 1254.5 | 1.3 |
| II ( 0.14-0.18) | 0.16 | 17921.5 | 2867.4 | 2.9 |
| III (0.19–0.26) | 0.225 | 17921.5 | 4032.3 | 4.0 |
| IV ( ≥0.27) | 0.305 | 17921.5 | 5466.1 | 5.5 |
| Start diet at age | | 10 | | |
| Start smoking and drinking at age | | 18 | | |
| Effective years of exposure | | 49.1 | | |

| | | |
|---|---|---|
| Assumed: | Days/year | 365 |
| | Mean age | 63.1 |
| | Percentage from smoking & drinking | 50% |



CONFIDENTIAL INFORMATION

Increasing levels of consumption of foods containing NDMA were associated with increased risk of lung cancer. Adjusted odds ratios (OR) and confidence intervals (CI) for the ORs for all types of lung cancer and for several individual cell types are shown below. Significantly elevated odds ratios were seen for those in the high NDMA intake quartile relative to the low intake quartile for all cancers and for the three specific cell types (squamous cell, small cell and adenocarcinoma), and in all but the small cell cancers for the third quartile of NDMA exposure. Statistical significance for the small cell cancers was not observed because of the smaller number of cancers of this type.

**Adjusted Lung Cancer ORs and 95% CI s for NDMA by cell type**

| | | NDMA, µg/d | | | |
|---|---|---|---|---|---|
| Cell type | | ≤0.13 | 0.14 - 0.18 | 0.19-0.26 | ≥0.27 |
| All types | Cases | 67 | 66 | 82 | 105 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 0.88 | 1.77 | 3.14 |
| | 95% CI low | - | 0.53 | 1.06 | 1.86 |
| | 95% CI hi | | 1.48 | 2.96 | 5.29 |
| Squamous cell | Cases | 26 | 32 | 47 | 48 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 1.08 | 2.34 | 3.11 |
| | 95% CI low | - | 0.56 | 1.24 | 1.62 |
| | 95% CI hi | | 2.1 | 4.42 | 5.95 |
| Small cell | Cases | 10 | 9 | 5 | 12 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 0.78 | 0.93 | 2.41 |
| | 95% CI low | - | 0.26 | 0.27 | 0.87 |
| | 95% CI hi | | 2.31 | 3.2 | 7.13 |
| Adenocarcinoma | Cases | 13 | 11 | 19 | 22 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 0.87 | 2.78 | 4.57 |
| | 95% CI low | - | 0.33 | 1.13 | 1.88 |
| | 95% CI hi | | 2.29 | 6.85 | 11.1 |

(pink) = OR elevated, lower CI > 1
(yellow) = OR elevated, lower CI < 1



CONFIDENTIAL INFORMATION

*De Stefani et al., 1998*

This report[cxlvii] describes a case-control study of stomach cancer and dietary intake in Uruguay in which the intake of NDMA and its sources in food was measured in the diet for 340 cases of stomach cancer and 698 controls. Conditions for eligibility as controls were 1) age 25-84 years, 2) free of conditions related to the digestive tract or nutritional disorders, and 3) free of conditions related to tobacco and alcohol consumption. All controls were selected from the same hospitals and in the same period as the cases. Among the cases of stomach cancer, 270 (79.4%) had tumors in the antrum and pylorus, 20 had cancer of the cardia, 20 had diffuse tumors compromising the whole stomach, and 30 had cancer of the corpus. Mean ages of the study participants (calculated from the table showing age ranges and numbers in the paper) were: overall, 65.1 years, cases 65.3 years and controls 65.0 years

Cases and controls were interviewed shortly after admission to the hospital (mean time after admission 26 days) by trained social workers. The questionnaire covered sociodemographic variables, tobacco history, alcohol consumption history, and a food-frequency questionnaire. This food questionnaire was particularly detailed on meat items, including beef, lamb, salted meat, barbecued meat, salami, saucisson, mortadella, and ham. It also covered consumption of cheese, milk, butter, oil for dressing salads, a variety of fruits and vegetables, beer, wine, hard liquor, and mate. This not only provided a consumption estimate for various dietary elements suspected of being related to stomach cancer, but also allowed calculation of the intakes of various micronutrients and contaminants, including NDMA. The questionnaire assessed the proportion of different meats cooked by frying, broiling, or salting. This allowed calculation of NDMA intake as follows: frequency of consumption of fried, broiled, or salted meat x [(portion size (g) x NDMA content for each fried or salted meat)/100 g]. NDMA content of the various food items was obtained from scientific literature.

Individual NDMA intakes in µg/d were divided into four quartiles: I (< 0.14), II (0.15-0.18), III (0.19–0.26) and IV ( ≥0.27). Calculated cumulative exposures to NDMA starting adult diet at 16 or 10 years are shown below.

| | | Start diet at 10 | | | Start diet at 16 | | |
|---|---|---|---|---|---|---|---|
| **Quartile** | **average µg/d** | **Exposure duration (d)** | **Cumulative µg** | **Cumulative mg** | **Exposure duration (d)** | **Cumulative µg** | **Cumulative mg** |
| I (< 0.14) | 0.07 | 20111.5 | 1407.8 | 1.4 | 17921.5 | 1254.5 | 1.3 |
| II ( 0.15-0.18) | 0.16 | 20111.5 | 3217.8 | 3.2 | 17921.5 | 2867.4 | 2.9 |
| III (0.19–0.26) | 0.225 | 20111.5 | 4525.1 | 4.5 | 17921.5 | 4032.3 | 4.0 |
| IV ( ≥0.27) | 0.305 | 20111.5 | 6134.0 | 6.1 | 17921.5 | 5466.1 | 5.5 |



CONFIDENTIAL INFORMATION

The reasonable assumptions used in calculating the cumulative exposure were

| | | | | |
|---|---|---|---|---|
| Days/year | 365 | | Mean age | 65.1 |
| Start diet at age | 10 | 16 | | |
| Effective years of exposure | 55.1 | 49.1 | | |

As shown in the table below, dietary NDMA intake was associated with an increased risk of stomach cancer. ORs were calculated with adjustment for age, sex, residence, urban/rural status, tobacco duration, total alcohol consumption, and "mate" drinking. ORs for stomach cancer were significantly elevated in all three of the higher exposure quartiles relative to the lowest, with the highest exposure quartile showing an OR of 3.6 (95% CI = 2.4 - 5.5). The dose-response trend was highly significant (P<0.001).

**Adjusted ORs and 95% Confidence Intervals for NDMA exposure and stomach cancer.**

| | NDMA | | | |
|---|---|---|---|---|
| Interquartile Range | < 0.14 | 0.15 - 0.18 | 0.19 - 0.26 | > 0.27 |
| Cases | 45 | 79 | 105 | 111 |
| N | 215 | 180 | 154 | 149 |
| OR | 1 | 2.07 | 3.23 | 3.62 |
| 95% CI low | | 1.36 | 2.13 | 2.38 |
| 95% CI high | | 3.18 | 4.89 | 5.51 |
| P for trend | 0.001 | | | |

The authors state that a possible limitation of this study is that the limited food-frequency questionnaire precluded the total energy intake from being calculated. This limitation could result in exposure misclassification, but the authors recognized that this would affect cases and control groups similarly and lead results to the null. The strengths of the study included the statistical power and that the participation rate was high for cases and controls.

*De Stefani et al., 2012*

These authors also reported a case-control study[cxlviii] of cancer and dietary intake in Uruguay where a similar range of food intakes was described to that studied for their 1996 paper. The main sources of NDMA included in the questionnaire were bacon, sausage, mortadella, salami, saucisson, frankfurter, ham, salted meat, fish, poultry, cheese, beer, and hard liquor. NDMA contents were determined from local published sources. But they did not report NDMA intakes for this study. However, they did find elevated levels of several different cancers associated with consumption of foods previously shown to contain high levels of NDMA, particularly processed meat.

The study consisted of 3,528 cases of newly diagnosed microscopically confirmed cancers and 2,532 controls after a response rate of 96.9% and 97.1% respectively. The population of cases and controls came from patients admitted to a hospital which admits only patients of lower



CONFIDENTIAL INFORMATION

socioeconomic status. Since this status is generally associated with higher cancer rates, the odds ratios reported for this population typically would not be applicable to the general population; however, the study results here were consistent with findings from other dietary studies indicating the applicability of these results to the general population. Consumption was measured via a food frequency questionnaire (FFQ) on 64 food items via double-blind interviews conducted by trained social workers shortly after hospital admission. The FFQ was recorded in servings per week and was previously tested for reproducibility with good results[cxlix].

Processed meat intake was positively associated with cancers of the esophagus, stomach, colon, rectum, larynx, lung, breast, prostate, and urinary bladder after controlling for age, sex (when necessary), residence, BMI, smoking, alcohol, and maté consumption, total energy, and total consumption of fruits, vegetables, white meat, and red meat. These results replicate the findings of previous reports (Larsson et al, 2006[cl]; Cross et al, 2007[cli]; Santarelli et al, 2008[clii]), which strongly suggest that processed meat consumption was associated with an increased risk of gastric and colorectal cancers.

*Gonzalez et al (1994)*
This study[cliii] examines gastric cancer and diet in four regions of Spain in 1988 and 1989. It is a case-control study in which new incidences of gastric cancer were identified in 15 hospitals, representing most of the hospital facilities in the participating areas. There were 354 cases with histologically confirmed gastric adenocarcinoma with an average age of 65.3 years. Controls were matched by age, sex, area of residence, and selected for each case from the admissions register of the same hospital as the diagnosed case. Subjects who were hospitalized for diseases for which diet is a known factor were excluded from the control group.

Trained interviewers conducted interviews of the subjects while the subjects were still in the hospital. The questionnaire included information about diet, estimating the usual diet during the year preceding the onset of illness. The quantity and frequency of consumption of items eaten at least 0.5 times a week were recorded, considering seasonal variations. The portions were converted into grams (or milliliters for beverages). The average intake of 77 different food or food groups was estimated and used to calculate nutrient intake. For nitrites, nitrates, and *N*-nitrosodimethylamine, a composition table was used that included 26 of the most frequently consumed food products of food groups, particularly those considered to be the main sources of these nitroso compounds in Mediterranean countries. Researchers found that when nutrients possibly associated with gastric cancer were introduced into the multivariate regression model, the increase in risk associated with consumption of total fat and cholesterol disappeared, but a significant independent effect remained only for nitrites and nitrosamines.

The authors did a conditional logistic analysis regression analysis for specific nutrients while adjusting for total calories and showed a statistically significant risk for gastric cancer with high intake of nitrosamines. It was also observed for nitrites but the trend was not statistically significant in that case.



CONFIDENTIAL INFORMATION

| | Quartile of compounds | | | - |
|---|---|---|---|---|
| | 2 | 3 | 4 | p for trend |
| Nitrites | 1.20 | 1.09 | 1.28 | 0.377 |
| Nitrosamines | 1.86 | 1.79 | 2.09 | 0.007 |

*Goodman et al., 1992*

In this case-control study[cliv] based in Hawaii, the relationship between lung cancer and dietary factors was examined in 326 histologically confirmed primary lung cancer patients of either Caucasian, Japanese, Chinese, Filipino, or Hawaiian/partial Hawaiian descent and 2 population-based controls totaling 865 people frequency-matched on age group and sex.

A primary emphasis was the role of high fat and high cholesterol diets, but as part of the investigation consumption of food groups including types of processed meats was determined by interview using a structured format for data collection to determine food consumption for the year prior to diagnosis or the onset of symptoms for the cases, and during the corresponding time period for the matched controls. Colored photographs were used to aid interviewees in serving size estimates, and diet history was estimated by frequencies of consumption by week or month, and yearly for some seasonal items. This method has been shown to be reproducible and valid when compared with food record data. If the subject died or was too ill to be interviewed directly, surrogate interviews were obtained from someone who lived with the subject for 5 years (spouse or next of kin) and was knowledgeable about the subject's diet. This use of a surrogate interview was necessary in 29% of the cases but only 7% of the controls. The authors found that the main analysis for high-fat foods had similar results for subjects with direct interviews as for the entire dataset, so the use of surrogate interviews appear valid in this context, but this question was not addressed regarding the results for NDMA. In addition to this procedural difference, there were differences in ethnic representation between cases and controls, and a substantially higher smoking rate in cases than controls. Concerns about the case and control matching in the study was addressed and adjusted for in the analysis.

Among other comparisons, these data were used to estimate intake of nitrite and NDMA. Four quartiles of NDMA exposure were defined: cumulative intakes for adult diet starting at 10 or 16 years are shown below based on data reported by the study authors and the assumptions listed.

*Jakszyn et al., 2006*

This study[clv] examined gastric cancer rates in the European Prospective Investigation into Cancer and Nutrition (EPIC). A prospective cohort of residents of 10 European Union countries, consisting of 521,457 subjects. 314 incident gastric cancer cases confirmed as adenocarcinoma were included in this cohort analysis. Intake of dietary NDMA was determined from country-specific food questionnaires, and also a measure of endogenous nitrosamines (ENOC) was calculated from iron intake data (a marker for meat consumption). Subjects were followed up



CONFIDENTIAL INFORMATION

for an average of 3.73 years (cases) and 6.64 years (non-cases), and incidence of all stomach cancer, cardia and non-cardia tumors was observed. No association between NDMA intake and stomach cancer was observed in this study either in analysis of hazard ratio by tertile or by a continuous analysis when adjusted for sex, height, weight, education level, alcohol intake, smoking status, daily cigarette smoking, work physical activity, leisure physical activity, energy intake, consumption of total vegetables, fresh fruits, citrus fruits, and nitrites. This extensive range of adjustments for dietary components may actually have obscured an association with direct exposure to NDMA, which is correlated with these factors. They found a significant association of non-cardia cancer risk with the estimated endogenous nitrosamines (HR, 1.42; 95% CI, 1.14–1.78 for an increment of 40 mg of ENOC). Validation and confirmation of the diagnosis and classification of tumor site was carried out by a panel of pathologists. Of the 314 GC incident cases, 92 were classified as cardia cancer (including 19 gastro–esophageal junction cases) and 155 as non-cardia, and for 67 cases the site was unknown. The prospective cohort design of this study is an important approach to identify potentially causal associations, but in view of the relatively short follow-up it is unclear whether the study had sufficient power or lag time coverage to detect an effect. The finding of an association of non-cardia cancer with ENOC (the measure of endogenous nitrosamine formation), is consistent with other dietary studies involving meat consumption, and with Keszei et al. (2013)[clvi] which also found an association between this cancer and NDMA intake in men.

**Exogenous (dietary) NDMA**

Start diet at age 16

| | | median µg/d | Age at recruitment | Follow-up years | Age at end | Exposure duration (days) | Cumulative µg | Cumulative mg |
|---|---|---|---|---|---|---|---|---|
| All | Cases | 0.26 | 59.2 | 3.73 | 62.93 | 17129.45 | 4453.7 | 4.5 |
| | Non-cases | 0.19 | 51.48 | 6.64 | 58.12 | 15373.8 | 2921.0 | 2.9 |
| Males | Cases 33%ile | 0.12 | | | 62.93 | 17129.45 | 2055.5 | 2.1 |
| | Cases 66%ile | 0.28 | | | 62.93 | 17129.45 | 4796.2 | 4.8 |
| Females | Cases 33%ile | 0.06 | | | 62.93 | 17129.45 | 1027.8 | 1.0 |
| | Cases 66%ile | 0.11 | | | 62.93 | 17129.45 | 1884.2 | 1.9 |

Start diet at age 10

| | | average µg/d | Age at recruitment | Follow-up years | Age at end | Exposure duration (days) | Cumulative µg | Cumulative mg |
|---|---|---|---|---|---|---|---|---|
| All | Cases | 0.26 | 59.2 | 3.73 | 62.93 | 19319.45 | 5023.1 | 5.0 |
| | Non-cases | 0.19 | 51.48 | 6.64 | 58.12 | 17563.8 | 3337.1 | 3.3 |
| Males | Cases 33%ile | 0.12 | | | 62.93 | 19319.45 | 2318.3 | 2.3 |
| | Cases 66%ile | 0.28 | | | 62.93 | 19319.45 | 5409.4 | 5.4 |
| Females | Cases 33%ile | 0.06 | | | 62.93 | 19319.45 | 1159.2 | 1.2 |
| | Cases 66%ile | 0.11 | | | 62.93 | 19319.45 | 2125.1 | 2.1 |

Assumed: Days/year 365



CONFIDENTIAL INFORMATION

*Jakszyn et al., 2011*

This study[clvii] examined the association between red meat intake, endogenous and exogenous dietary nitrosamines, heme iron intake, and bladder cancer incidence in the EPIC prospective cohort, the same cohort used in the previous study by the same authors examining gastric cancer. In this study, a lifestyle questionnaire was used to collect information about sociodemographic characteristics, lifestyle factors, and medical history. Dietary data were collected by validated country-specific questionnaires recording the usual diet over the previous 12 months. NDMA and endogenous nitroso compounds (ENOC), both in micrograms per day, were obtained from a previously published estimation in the EPIC-EURGAST study by these authors. Published information on measured values of different types of meat was used to estimate heme iron. Some of the reported parameters were missing or questionable as discussed below. The mean age of the subjects was not reported in this paper, so the average (60.53 years) for all in Jakszyn et al., (2006)[xxxii] which reported on the same cohort was used. Also, the upper bound of NDMA exposure in quartile 4 was reported as an extremely high value (21.11 µg/d), which is not credible as representing the group but reasonably believed to be a very long outlier. Since only the range, not average intakes were reported, the median values were used, and a more plausible estimate was used to represent this quartile. These reasonable assumptions and calculations are shown in the following table:

| | Range (µg/d): | | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|
| NDMA Quartile | lower | upper | Median µg/d | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| 1 | 0 | 0.05 | 0.025 | 461.0 | 0.461 | 406.3 | 0.406 |
| 2 | 0.05 | 0.1 | 0.075 | 1383.1 | 1.383 | 1218.9 | 1.219 |
| 3 | 0.1 | 0.19 | 0.145 | 2674.0 | 2.674 | 2356.5 | 2.356 |
| 4 | 0.19 | 0.4 | 0.245 | 4518.2 | 4.518 | 3981.6 | 3.982 |
| 4 | 0.19 | 21.11 | 10.65 | 196403.3 | 196.403 | 173079.8 | 173.080 |

Estimated
Reported

| | | |
|---|---|---|
| Days/year | 365 | |
| Mean age | 60.53 | |
| Start diet at age | 10 | 16 |
| Effective years of exposure | 50.53 | 44.5 |

The mean follow-up time was 8.7 years. After exclusion of individuals without dietary or nondietary exposure information, with implausible dietary data or with an extreme heme iron intake, the sample consisted of 481,419 subjects, of which 1,001 developed primary bladder cancer. Elevated hazard ratios for bladder cancer were observed in all three of the higher quartiles of NDMA exposure, but none of these were statistically significant. No clear dose-



CONFIDENTIAL INFORMATION

response relationship was observed. This failure to observe a clear effect may be a result of the relatively short follow-up period which was only 8.7 years and possibly limitations in the exposure estimation: this would be hard to standardize over a large multinational cohort such as EPIC.

Full cohort (n = 481,419)

| NDMA Quartile | Cases | HR | 95% CI |
|---|---|---|---|
| Q1 | 165 | 1.00 | |
| Q2 | 190 | 1.14 | (0.91–1.42) |
| Q3 | 226 | 1.07 | (0.85–1.34) |
| Q4 | 420 | 1.12 | (0.88–1.44) |
| P for trend | | 0.49 | |

Jakszyn et al., 2012[clviii]

This study examined the association between red meat intake, endogenous and exogenous dietary nitrosamines, heme iron intake, and prostate cancer incidence in the EPIC prospective cohort, which was also used in the previous two studies by the same authors which examined gastric and bladder cancer. The study cohort consisted of 139,005 men, recruited in 8 European countries. 4,606 participants were diagnosed with prostate cancer. Details of the study population and questionnaire used to estimate preformed NDMA from different food groups, predicted ENOC and heme iron intake are the same as described for the other EPIC studies. Exposure to NDMA, ENOC and heme iron were divided into quintiles, but only intake values for the first and 5 quartiles were reported. In this study the mean age of subjects at recruitment was 50.44 years in Q1 and 51.37 years in Q5 with an average of 10 years follow-up, indicating an average overall age of 61 years at the end of the study.

| Prostate cancer | | | Start diet at 10 | Start diet at 16 |
|---|---|---|---|---|
| NDMA Quintile | Mean (mg/d) | Age at recruitment | Cumulative mg | Cumulative mg |
| Q1 | 0.045 | 50.44 | 2.290725 | 2.020725 |
| Q5 | 0.87 | 51.37 | 44.28735 | 39.06735 |

| | | |
|---|---|---|
| Days/year | 365 | |
| follow-up | 10 years | |
| Mean age | 60.91 years | |
| Start diet at age | 10 | 16 |
| Effective years of exposure | 50.91 | 44.91 |

Modestly elevated hazard ratios for prostate cancer were observed in all four of the higher quartiles of NDMA exposure, but none of these were statistically significant. No clear dose-response relationship was observed either. This failure to observe an effect may be a result of



CONFIDENTIAL INFORMATION

limitations in the exposure estimation: this would be hard to standardize over a large multinational cohort such as EPIC. Also, any increase in prostate cancer would be harder to detect against the background rate of this relatively common cancer.

**Prostate cancer cases in full cohort (139,005 subjects)**

| | NDMA | (mg/kcal) | | |
|---|---|---|---|---|
| | Noncases | Cases | HR | |
| Q1 | 26,889 | 795 | 1 | |
| Q2 | 26,880 | 804 | 1.07 | (0.96–1.19) |
| Q3 | 26,774 | 910 | 1.05 | (0.94–1.17) |
| Q4 | 26,673 | 1,011 | 1.05 | (0.94–1.18) |
| Q5 | 26,607 | 1,077 | 1.04 | (0.92–1.18) |
| P for trend | | | 0.95 | |

*Keszei et al., 2013*

This study[clvi] was a cohort study based in the Netherlands which examined the relation between risks of esophageal and gastric cancer subtypes and dietary intake of NDMA, heme iron, nitrite, and nitrate. The cohort consisted of 120,852 men and women aged 55–69. Diet was assessed based on a 150-item food-frequency questionnaire, and the cohort was followed for 16.3 years. Other risk factors were assessed: education, cigarette smoking status and history, total energy intake, body mass index, non-occupational physical activity, beer, alcohol, vegetable, and fruit consumption, long-term use of nonsteroidal anti-inflammatory drugs and lower esophageal sphincter–relaxing medications and history of esophageal or gastric cancer in the family. The questionnaire was validated against a 9-day diet record. A case-cohort design was used, in which a randomly selected subcohort is followed for migration and vital status to estimate the accumulated person-years of the whole cohort.

Observer bias was minimized by blinding data entry with respect to case/sub cohort status. The completeness of the cancer registries was estimated to be >95%. The large cohort population, long and comprehensive follow-up, collection of detailed data of potential confounders, and the fact that the effect of preclinical disease on exposure was not likely to introduce substantial error, are key strengths of this study for reducing the potential for bias.

NDMA intake was estimated using food types and intakes from the questionnaire and published levels of NDMA for the food types in the Netherlands. Similar intake estimates were also obtained for heme iron, nitrite, and nitrate. Median intake of NDMA (µg/d) for each tertile of intake of intake were provided in the paper. Cumulative dietary intake of NDMA was determined for the tertiles for males and for females, as shown below:



CONFIDENTIAL INFORMATION

| | | | | | Start diet at 10 | Start diet at 16 |
|---|---|---|---|---|---|---|
| | Tertile NDMA | median µg/d | % NDMA from diet | µg/day NDMA from diet | Cumulative dietary NDMA µg | Cumulative dietary NDMA µg |
| Males | 1 | 0.04 | 93% | 0.0372 | 695.19 | 613.73 |
| | 2 | 0.08 | 65% | 0.052 | 971.78 | 857.90 |
| | 3 | 0.25 | 20% | 0.05 | 934.40 | 824.90 |
| Females | 1 | 0.03 | 100% | 0.03 | 562.83 | 494.94 |
| | 2 | 0.04 | 98% | 0.0392 | 732.57 | 646.72 |
| | 3 | 0.07 | 76% | 0.0532 | 994.20 | 877.69 |

| | | | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|
| | Tertile NDMA | % NDMA - beer | µg/day NDMA from beer | Cumulative beer NDMA µg | Total Cumulative NDMA mg | Cumulative beer NDMA µg | Total Cumulative NDMA mg |
| Males | 1 | 7% | 0.0028 | 44.15 | 0.74 | 41.08 | 0.65 |
| | 2 | 35% | 0.028 | 441.50 | 1.41 | 410.84 | 1.27 |
| | 3 | 80% | 0.2 | 3153.60 | 4.09 | 2934.60 | 3.76 |
| Females | 1 | 0% | 0 | 0.00 | 0.56 | 0.00 | 0.49 |
| | 2 | 2% | 0.0008 | 12.67 | 0.75 | 11.80 | 0.66 |
| | 3 | 24% | 0.0168 | 266.13 | 1.26 | 247.73 | 1.13 |

Mean age of subcohorts: Males 61.2, Females 61.4

| | | |
|---|---|---|
| Assumed: | Days/year | 365 |
| | Start diet at age | 10 or 16 |
| | Start drinking at age | 18 or 21 |

Results are shown in the table below. Hazard ratios (HRs) were adjusted for age, smoking status, years of cigarette smoking, number of cigarettes smoked per day, total energy intake, alcoholic beverages not including beer, vegetable intake, fruit intake, level of education, and nonoccupational physical activity. They were calculated using a Cox proportional hazards model. The models for esophageal adenocarcinoma were additionally adjusted for use of lower esophageal sphincter–relaxing medications. Several sensitivity analyses were carried out to assess the robustness of the findings. Analysis was conducted by excluding the first 2-year follow up to assess possible effects of preclinical disease on the associations, time scale measurement was assessed, analysis was restricted to individuals who were not drinking beer, and analysis with NDMA was calculated without non-cheese dairy products given that few estimates of NDMA content in non-cheese dairy products were available.

Significantly elevated HRs were seen for esophageal squamous cell cancer in men in the highest tertile of NDMA exposure. There was also a significant trend in hazard ratio with increasing NDMA exposure for this cancer in men. For gastric noncardia adenocarcinoma in men, the



CONFIDENTIAL INFORMATION

confidence interval on the hazard ratio just barely included 1.0, although the unadjusted HR did not. There was a significant trend in hazard ratio with increasing NDMA exposure for this cancer in men.

**HRs and 95% CIs of esophageal and gastric cancer subtypes in men by *N*-nitrosodimethylamine intake**

| Men | Tertile 1 | Tertile 2 | Tertile 3 | *P*-trend | Continuous (0.1-mg/d increment) |
|---|---|---|---|---|---|
| Median intake (μg/d) | 0.04 | 0.08 | 0.25 | | |
| Person-years in subcohort | 8697 | 9042 | 8971 | | |
| Esophageal squamous cell carcinoma | | | | | |
| No. of cases | 16 | 15 | 29 | | |
| HR (95% CI) | 1 | 1.21 (0.54, 2.74) | 2.43 (1.13, 5.23) | 0.01 | 1.15 (1.05, 1.25) |
| Esophageal adenocarcinoma | | | | | |
| No. of cases | 40 | 39 | 38 | | |
| HR (95% CI) | 1 | 0.93 (0.57, 1.50) | 0.87 (0.52, 1.45) | 0.63 | 0.98 (0.91, 1.06) |
| Gastric cardia adenocarcinoma | | | | | |
| No. of cases | 47 | 47 | 45 | | |
| HR (95% CI) | 1 | 1.00 (0.64, 1.56) | 0.94 (0.59, 1.49) | 0.75 | 1.01 (0.94, 1.08) |
| Gastric noncardia adenocarcinoma | | | | | |
| No. of cases | 100 | 105 | 125 | | |
| HR (95% CI) | 1 | 1.09 (0.79, 1.50) | 1.31 (0.95, 1.81) | 0.09 | 1.06 (1.01, 1.10) |

Statistically significant | Close to significant: unadjusted HR was 1.41 (1.05, 1.90)

For women, elevated HRs were seen in the highest tertile of NDMA exposure for esophageal squamous cell carcinoma, and in the second tertile for gastric noncardia adenocarcinoma, but these were not statistically significant (confidence levels included 1.0). This most likely reflects the lower exposures and lower number of cases observed in women: it is plausible that the effect in women would be similar to that seen in men, but the study apparently lacks the power to confirm this.



CONFIDENTIAL INFORMATION

**HRs and 95% CIs of esophageal and gastric cancer subtypes in women by NDMA intake.**

| Women | Tertile 1 | 2 | 3 | *P*-trend | Continuous (0.1-mg/d increment) |
|---|---|---|---|---|---|
| Median intake (μ/d) | 0.03 | 0.04 | 0.07 | | |
| Person-years in subcohort | 10,308 | 10,507 | 10,248 | | |
| Esophageal squamous cell carcinoma | | | | | |
| No. of cases | 15 | 14 | 21 | | |
| HR (95% CI) | 1 | 0.92 (0.43, 1.97) | 1.21 (0.56, 2.62) | 0.57 | 1.34 (1.04, 1.71) |
| Esophageal adenocarcinoma | | | | | |
| No. of cases | | 10 | 11 | | |
| HR (95% CI) | | 0.79 (0.32, 1.91) | 0.92 (0.40, 2.14) | 0.90 | 0.92 (0.55, 1.54) |
| Gastric cardia adenocarcinoma | | | | | |
| No. of cases | | 9 | 10 | | |
| HR (95% CI) | | 0.97 (0.34, 2.78) | 1.02 (0.33, 3.14) | 0.96 | 0.65 (0.23, 1.84) |
| Gastric noncardia adenocarcinoma | | | | | |
| No. of cases | | 70 | 44 | | |
| HR (95% CI) | | 1.37 (0.92, 2.02) | 0.90 (0.58, 1.42) | 0.49 | 0.74 (0.51, 1.06) |

Limitations of this study concern the questionnaire's lack of information regarding cooking methods and *Helicobacter pylori*. The authors do conclude the lack of cooking method data, or the *Helicobacter pylori* infection status of participants would not have reduced the risk estimates for esophageal squamous cell carcinoma. Additionally, the authors included different estimates for the NDMA content in food items in their analysis and observed similar results.

*Knekt et al., 1999*

This was a prospective cohort study[clix] of 9,985 Finnish men and women designed to determine whether intake of NDMA or foods rich in nitrosamines was predictive of gastro-intestinal tract and also colorectal cancer. Initially cancer-free, they were followed up for up to 24 years and from 1967 to 1990, 189 cases of cancer of the gastro-intestinal tract were ascertained through the nationwide Finnish Cancer Registry. These included cancers of the head and neck combined (48), the stomach (60) and the colorectum (73). Food and beverage intakes for the previous year were determined by questionnaire, with method of food preparation specified, as was smoking status and extent. Short and long-term reproducibility of the study was assessed via dietary interviews performed 4 to 8 months apart for a period of 4-7 years. Lifetime cumulative uptakes for the study cohort were estimated from the reported daily exposures as shown,



CONFIDENTIAL INFORMATION

assuming either adult diet starting at age 10 and drinking at age 18, or adult diet starting at age 16 and drinking starting at age 21.

| | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| | average µg/d | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| From diet | 0.052 | 835.12 | 0.84 | 721.24 | 0.72 |
| From beer | 0.071 | 932.94 | 0.93 | 855.195 | 0.86 |
| Total | 0.123 | 1768.06 | 1.77 | 1576.435 | 1.58 |

| | | | |
|---|---|---|---|
| * Assumed: | Days/year | 365 | |
| | Study follow-up duration (years) | 24 | |
| | Average age at start (assumed) | 30 | |
| | Start diet at age | 10 | 16 |
| | Start drinking at age | 18 | 21 |
| | Effective years exposure - diet | 44 | 38 |
| | Effective years exposure - beer | 36 | 33 |

For analysis of cancer risk the study cohort was divided into quartiles of NDMA intake (and also for nitrate and nitrite intakes), but the cut points for these quartiles were not reported in this paper. Relative risks (RRs) were estimated using a proportional hazards model of the association between nitrate, nitrite and NDMA intake and risk of cancer, adjusting for sex, age, geographic area, smoking status and energy intake.

**RELATIVE RISK (RR) OF CANCER BETWEEN QUARTILES OF NDMA INTAKE**

| Site of cancer | RR by quartile (95% CI) | | | | |
|---|---|---|---|---|---|
| | 1 (lowest) | 2 | 3 | 4 (highest) | p for trend |
| Head and neck | 1 | 2.82 (1.11–7.17) | 1.95 (0.73–5.17) | 1.37 (0.50–3.74) | 0.43 |
| Stomach | 1 | 1.03 (0.55–1.95) | 0.78 (0.39–1.56) | 0.75 (0.37–1.51) | 0.39 |
| Colorectum | 1 | 1.47 (0.69–3.11) | 1.95 (0.95–3.99) | 2.12 (1.04–4.33) | 0.47 |

A significant increase of colorectal cancer was observed in the highest quartile. There is a very slight increased risk observed for stomach cancer in the 2nd quartile that is not statistically significant, but there is apparently decreased risk in the 3rd or 4th quartile. Head and neck cancers also showed increased risk in the 2nd quartile, but only smaller non-significant increases in the 3rd or 4th quartiles. This may reflect inaccuracies in the NDMA intake estimates, or over-compensation for linked exposures such as nitrate or nitrite. These problems may also underlie the relatively weak significance for the p values for trend for all the



CONFIDENTIAL INFORMATION

reported endpoints. In spite of these problems, the prospective design and extended follow-up in this study provide significant power to identify an effect. However, other similar studies that had different designs and follow-up periods gave inconsistent results.

A limitation of this study is that researchers did not account for NDMA content impacted by environmental factors. However, researchers point out that the strength of dietary intake and cancer risk association is likely underestimated.

*LaVecchia et al., 1995*

This case-control study[clx], based on patients at hospitals in Milan, Italy, examined 746 patients (457 men and 289 women) with stomach cancer diagnosed no longer than 1 year prior to the interview compared to 2053 subjects (1205 men and 848 women) admitted to the same hospitals for acute conditions not including cancer, digestive tract disease or diet modification. Food consumption data, demographic characteristics and smoking data were obtained via structured questionnaire by trained interviewers. NDMA intakes were reasonably estimated based on the food consumption and published Italian data on NDMA content of foods, and subjects were assigned to tertiles based on intake levels.

Strengths of this study include a large dataset with near complete participation, the absence of confounding data on causes of gastric cancer, and the avoidance of inclusion of any chronic and digestive-tract diseases in controls. Weaknesses are that there was no distinction made between histological types of gastric cancer, and no information on *H. Pylori* infections for cases or controls (though this is not shown to correspond to high-risk areas of gastric cancer).

The authors report a concern regarding the uncertainty of exposure assessment because the NDMA content was only available on a limited number of foods and nitrate levels of water in the region were unknown. However, the authors do conclude the uncertainties do not eclipse the direct relationship between NDMA intake and risk of gastric cancer observed.

| | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| Tertile NDMA | median µg/d | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| 1 (≤ 0.130) | 0.0655 | 1114.07 | 1.11 | 970.62 | 0.97 |
| 2 (0.131-0.190) | 0.161 | 2378.40 | 2.74 | 2385.81 | 2.39 |
| 3 (≥0.191) | 0.221 | 3758.92 | 3.76 | 3274.93 | 3.27 |

| | | | |
|---|---|---|---|
| | Median age cases | 61 | |
| | Median age controls | 55 | |
| Assumed: | Average for all | 56.60 | |
| | Days/year | 365 | |
| | Start diet at age | 10 | 16 |
| | Effective years exposure | 46.60 | 40.60 |
| | Effective days exposure | 17008.69 | 14818.69 |

| | n = |
|---|---|
| Cases | 746 |
| Controls | 2053 |
| All | 2799 |



CONFIDENTIAL INFORMATION

Significantly increased odds ratios for stomach cancer cases were observed in the highest tertile of exposure to NDMA, and the trend across the tertiles was also significant.

**Distribution of stomach cancer cases and controls, and odds ratios (ORs) with 95% confidence intervals (CIs) of gastric cancer according to tertiles of NDMA intake.**

| | Cases | | Controls | | OR (95% CI) | | |
|---|---|---|---|---|---|---|---|
| **NDMA Tertile** | **No.** | **%** | **No.** | **%** | **1** | **2** | **3** |
| 1 (reference) | 207 | 27.7 | 683 | 33.3 | 1 | 1 | 1 |
| 2 | 231 | 31 | 687 | 33.5 | 1.13 (0.9 -1.4) | 1.12 (0.9 -1.4) | 1.11 (0.9 -1.4) |
| 3 | 308 | 41.3 | 683 | 33.3 | 1.56 (1.3-1.9) | 1.41 (1.1-1.8) | 1.37 (1.1-1.7) |
| $\chi^2$ trend | | | | | 17.89 | 9.11 | 7.42 |
| p trend | | | | | <0.01 | <0.01 | <0.01 |

Estimates from multiple logistic regression equations including terms for: OR 1, age and sex; OR 2, age, sex, education, family history of gastric cancer, combined food score index, intake of β-carotene, vitamin C and total calories; OR 3, as OR 2 plus nitrite and nitrate intake.

*Larsson et al., 2006*

This study[cl] examined the association of processed meat consumption, dietary nitrosamines and stomach cancer risk in a prospective cohort of Swedish women. Originally set up to examine breast cancer risk, the cohort was established between 1987 and 1990. Participants received an initial questionnaire on diet, alcoholic beverages, weight, height and education from the last year, and survivors residing in the study area in the autumn of 1997 received a second questionnaire to update information on diet and to collect data on other lifestyle factors (including cigarette smoking). Amounts of foods consumed were not identified in these questionnaires. Instead, to calculate the amounts of foods consumed, age specific portion sizes for foods were based on mean values obtained from 213 randomly selected women in the study area who weighed and recorded their food intake for 27.8 days on average. After excluding cohort members with missing or possible erroneous data, and those with prior cancer diagnoses, the cohort consisted of 61,433 women, 39,227 of whom completed the follow up survey. The baseline questionnaire was validated in a subsample of 129 women randomly chosen from the study population. Incident cases of stomach cancer were ascertained via national and regional Swedish Cancer registers, which are estimated to provide close to 100% complete case ascertainment in Sweden.

NDMA intake was determined using food intake data from the questionnaires and tables based on foods on the Swedish market in 1980–1988. Foods included in the calculation of NDMA intake were specific processed meat products (bacon, side pork, sausages, ham), smoked fish,



CONFIDENTIAL INFORMATION

caviar and roe, alcoholic beverages and chocolate. Participants were assigned to quintiles based on their NDMA intake: median intakes for the quintiles were reported in the paper. Cumulative exposures were calculated assuming adult diet started at age 10 or 16 years.

| | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| **Quintile** | **average µg/d** | **Cumulative µg** | **Cumulative mg** | **Cumulative µg** | **Cumulative mg** |
| I | 0.017 | 269.30 | 0.27 | 232.07 | 0.23 |
| II | 0.061 | 966.30 | 0.97 | 832.71 | 0.83 |
| III | 0.098 | 1552.42 | 1.55 | 1337.80 | 1.34 |
| IV | 0.151 | 2391.99 | 2.39 | 2061.30 | 2.06 |
| V | 0.277 | 4387.96 | 4.39 | 3781.33 | 3.78 |
| | | | | | |
| Age: | Meat 1 | 54.7 | | | |
| | Meat 2 | 52.2 | | | |
| | Meat 3 | 53.3 | | | |
| | Average | 53.4 | | | |
| | Start diet at age | 10 | 16 | | |
| Effective years exposure | | 43.4 | 37.4 | | |
| Effective days exposure | | 15841 | 13651 | | |

Hazard ratios (HRs) for stomach cancer relative to the low-exposure quintile were reported both as adjusted for age (in months) alone, and also with a multivariate adjustment which additionally included education (less than high school, high school graduate or more than high school), body mass index (<23.0, 23.0–24.9, 25.0–29.9 or 30 kg/m$^2$) and intakes of total energy (continuous), alcohol (quartiles), fruits (quartiles) and vegetables (quartiles). The multivariate adjustment slightly increased most of the hazard ratios.

A significantly increased HR for stomach cancer was observed in the highest quintile of NDMA exposure, and increases which were nearly significant were also found in quintiles III and IV. Tests for trend were significant both for the age-adjusted and the multivariate HRs. This study is particularly reliable due to the prospective cohort design, the large size of the population, strong data for exposure (collected over two questionnaires at different dates) and the long follow up period (18 years). Reporting and analysis were detailed: recorded food intake was across 27.8 days on average, which is more comprehensive than a 24-hr questionnaire. To evaluate the possibility that preclinical symptoms of stomach cancer caused a change in diet, thereby biasing the results, an analysis was conducted excluding cases that were diagnosed during the first 3 years of follow up, which resulted in the positive association of processed meat consumption with stomach cancer risk to become stronger. The study did not examine risk by subsite and histological type of stomach cancer, nor include information on *H. Pylori* infection status.



CONFIDENTIAL INFORMATION

**HAZARD RATIOS OF STOMACH CANCER BY N-NITROSODIMETHYLAMINE (NDMA) INTAKE.**

| | Quintile of NDMA intake, µg/day | | | | | p-trend |
|---|---|---|---|---|---|---|
| | I | II | III | IV | V | |
| Range | <0.041 | 0.041–0.078 | 0.079–0.120 | 0.121–0.193 | ≥0.194 | |
| Median intake | 0.017 | 0.061 | 0.098 | 0.151 | 0.277 | |
| No. of cases | 28 | 28 | 37 | 32 | 31 | |
| Person-years of follow-up | 190,011 | 190,002 | 185,879 | 186,639 | 188,238 | |
| Age-adjusted HR | 1 | 1.03 | 1.62 | 1.51 | 1.81 | 0.01 |
| 95% CI | | (0.60–1.75) | (0.99–2.68) | (0.90–2.53) | (1.07–3.07) | |
| Multivariate HR[1] | 1 | 1.03 | 1.66 | 1.6 | 1.96 | 0.02 |
| 95% CI | | (0.61–1.77) | (1.00–2.75) | (0.93–2.76) | (1.08–3.58) | |

Significant    Close to significant

Authors reported the potential limitations of a self-administrated food-frequency questionnaire because of possible misidentification of foods by participants. However, the authors reported this type of misclassification is inevitable but would tend to reduce any true relationship observed.

*Loh et al., 2011*

This was a prospective cohort study[clxi] which examined the relation between dietary NDMA, endogenous N-nitroso compounds or dietary nitrite and cancer incidence. The cohort consisted of 23,363 men and women in Norfolk, United Kingdom, aged 40–79 y, who were recruited in 1993–1997 and followed up to 2008, with a mean follow up of 11.4 years. 3268 individuals were identified with incident cancer. A dietary assessment was conducted before the diagnosis of cancer to minimize recall bias and reverse causation. Different causes of cancer at different sites were also acknowledged. The baseline diet was assessed with food-frequency questionnaires designed to establish average food consumption of the foods during the preceding year, and intake of NDMA and nitrite were determined from country-specific food composition data. Cohort members were divided into quartiles of NDMA intake, and mean daily intakes for each quartile were reported. Intakes of alcohol, energy, and vitamin C were also obtained for this study. Participants completed a questionnaire which included questions on cigarette smoking, alcohol consumption, physical activity, social class, occupational history, use of medication, history of disease, short family history of major diseases, and reproductive history for women. Consenting participants also attended a health examination. Incident cases of cancer other than nonmelanoma skin cancer were identified from the East Anglian Cancer Registry and National Health Service Central Register.



CONFIDENTIAL INFORMATION

| | | | Start diet at 10 | | | Start diet at 16 | | |
|---|---|---|---|---|---|---|---|---|
| Quartile | Mean ng/d | age at baseline | Exposure duration (d)* | Cumulative µg | Cumulative mg | Exposure duration (d)* | Cumulative µg | Cumulative mg |
| I | 16.8 | 59.7 | 18140.5 | 304.7604 | 0.30 | 15950.5 | 267.9684 | 0.27 |
| II | 33.4 | 58.8 | 17812 | 594.9208 | 0.59 | 15622 | 521.7748 | 0.52 |
| III | 53.1 | 58.7 | 17775.5 | 943.87905 | 0.94 | 15585.5 | 827.59005 | 0.83 |
| IV | 125.9 | 57.3 | 17264.5 | 2173.6006 | 2.17 | 15074.5 | 1897.8796 | 1.90 |

Assumed: Days/year 365

Hazard ratios for cancers in the higher three quartiles relative to the lowest quartile were determined for cancers associated with the gastrointestinal tract and also common cancers in this study population. These common cancers included esophageal, stomach, colon, rectum, breast, prostate, lung, and ovarian cancers.

HR was determined using a Cox proportional regression HR1 was adjusted for age and sex. HR2 was additionally adjusted for BMI, cigarette smoking status, alcohol intake, energy intake, physical activity status, educational level, and menopausal status (in women).

**Dietary NDMA exposure in relation to risk of all cancers**

| | | Quartile 1 | Quartile 2 | Quartile 3 | Quartile 4 | P for trend |
|---|---|---|---|---|---|---|
| **All (n = 23,363)** | **cases/total in quartile (%)** | 787/5054 (13.5) | 815/5026 (14.0) | 812/5029 (13.9) | 854/4986 (14.6) | |
| | **HR1** | 1 | 1.07 | 1.05 | 1.14 | 0.03 |
| | **95% CI** | | 0.97, 1.18 | 0.95, 1.16 | (1.03, 1.27) | |
| | **HR2** | 1 | 1.06 | 1.03 | 1.1 | 0.22 |
| | **95% CI** | | 0.96, 1.18 | 0.93, 1.15 | 0.97, 1.24 | |
| **Men (n = 10,783)** | **cases/total in quartile (%)** | 231/1243 (15.7) | 311/1591 (16.4) | 424/2307 (15.5) | 705/3971 (15.1) | |
| | **HR1** | 1 | 1.12 | 1.11 | 1.24 | 0.005 |
| | **95% CI** | | 0.94, 1.33 | 0.95, 1.31 | 1.07, 1.44 | |
| | **HR2** | 1 | 1.12 | 1.1 | 1.18 | 0.08 |
| | **95% CI** | | 0.94, 1.33 | 0.93, 1.29 | 1.00, 1.40 | |
| **Women (n = 12,580)** | **cases/total in quartile (%)** | 556/3811 (12.7) | 504/3435 (12.8) | 388/2722 (12.5) | 149/1015 (12.8) | |
| | **HR1** | 1 | 1.04 | 1.02 | 1.12 | 0.33 |
| | **95% CI** | | 0.92, 1.17 | 0.90, 1.16 | 0.93, 1.34 | |
| | **HR2** | 1 | 1.03 | 0.99 | 1.05 | 0.83 |
| | **95% CI** | | (0.91, 1.17) | (0.86, 1.14) | (0.86, 1.29) | |



CONFIDENTIAL INFORMATION

For all subjects and in men, the risk of all cancers was elevated in quartile 4, and the trend was significant, in the analysis adjusted for age and sex (HR1). In the multivariate analysis with many additional factors (HR2) the hazard ratios in the fourth quartile were still elevated, but did not quite achieve statistical significance. Although some of the HRs in women were elevated, none achieved statistical significance.

The authors did not report HRs of cancer risk at specific cancer sites by quartiles of NDMA exposure, but they did report overall trends in HR for an increment of 0.05 µg NDMA (the standard deviation of the measurements of NDMA). These are shown the table below.

**Dietary NDMA exposure in relation to site-specific cancer risk**

| Cancer site | n (cases) | HR per 0.05 µg NDMA (95% CI) | P |
|---|---|---|---|
| Esophageal | 55 | 1.13 (0.77, 1.68) | 0.53 |
| Stomach | 64 | 1.13 (0.81, 1.57) | 0.47 |
| Colon | 276 | 0.99 (0.83, 1.18) | 0.93 |
| Rectum | 137 | 1.46 (1.16, 1.84) | 0.001 |
| Gastrointestinal | 532 | 1.13 (1.00, 1.28) | 0.04 |
| Breast | 423 | 1.01 (0.84, 1.20) | 0.94 |
| Prostate | 461 | 1.01 (0.90, 1.13) | 0.92 |
| Lung | 235 | 1.05 (0.88, 1.24) | 0.6 |
| Ovarian | 80 | 0.96 (0.60, 1.53) | 0.85 |
| Others | 1462 | 1.11 (1.03, 1.19) | 0.007 |

Total population = 22,920 individuals.
Hazard ratio by Cox proportional regression adjusted for age, sex, BMI, cigarette smoking status, alcohol intake, energy intake, physical activity status, educational level, and menopausal status (in women).

There was an overall increased cancer risk with NDMA when cancers of the gastrointestinal tract were analyzed as combined. Two categories, rectal cancer and other cancers showed increased risks with significant HRs of 1.46 and 1.11 per 0.05 µg NDMA, respectively. The 5 cancers listed in the order of highest incidence in the "other" category were malignant



CONFIDENTIAL INFORMATION

melanoma of skin, malignant neoplasms of bladder, corpus uteri, pancreas, and kidney (except for renal pelvis) cancers.

The estimated mean intake of NDMA for their study was relatively low when they compared estimates from other studies. Any random measurement error due to estimations would only reduce any association.

*Mitacek et al., 2008*
This is a dietary study[clxii] conducted in Thailand to determine the mean total dietary intake of nitrate, nitrite, and NDMA by geographical region (North, Northeast, Central and South). Samples of fresh foods prevalent in Thailand were collected and analyzed for nitrite, nitrate and NDMA. Participants were interviewed to determine dietary habits and other health and demographic information. Ninety-seven different types and varieties of foods, chosen for their high concentration of nitrate, nitrite, and NDMA and because they were frequently consumed in the previous and current year were included in the dietary portion of the interview. Beer consumption was recorded but other ethanol consumption was not recorded. Food amounts were assessed per day, per week, or per month. Real food samples were used in estimating food amounts and, in cooked dishes, ingredients were determined through interviews with family members and cooks from local eateries. The reported consumption information from the participants was combined with the analytical data for the foods from the IARC and previous studies focused on specific Thai communities to determine the mean intake of nitrate, nitrite, and NDMA in the study population. Levels found from this study were substantially higher than those from the United States, Japan and other developed countries. Not including nitrate intake from the drinking water into the nitrate calculations is a limitation to this study, as the nitrate intake from water can be quite high. Though no drinking water analysis was conducted in the 4 regions of Thailand, the nitrate content of randomly selected drinking water wells in the Northeast showed high concentrations, ranging from 80 to 366 mg/l in most of them. Water samples from the major waterways, the Chao-Praya and Mekong Rivers, contained from 40 to 1,210 mg/l and 22 to 1,150 mg/l, respectively, of nitrate.

The study population was a total of 467 adults (212 males and 255 females), of the 572 that agreed to participate in the study after quality controlling to remove incomplete questionnaire responses from the study. This 572 came from a random sample of 920 people aged 19+, in selected rural and semiurban and urban communities.

Prior to the study, the questionnaire used was pilot tested for content and clarity, small changes were made to the questionnaire based on comments. The validity and reliability of the questionnaire was later assessed by comparing results of administrations of this instrument, 3 weeks apart, each time to 10 different residents.

The analysis of variance (ANOVA) method was used to compare levels of nitrate, nitrite, and NDMA across various major food groups, and in the comparison of intake of these compounds



CONFIDENTIAL INFORMATION

in males and females, among different age groups, working in different occupations, living in different geographical areas, and among current smokers, ex-smokers, and nonsmokers.

| | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| **Region (Thailand)** | **average µg/d** | **Cumulative µg** | **Cumulative mg** | **Cumulative µg** | **Cumulative mg** |
| North | 1.41 | 19572.128 | 19.57 | 16484.228 | 16.48 |
| Northeast | 1.59 | 22070.698 | 22.07 | 18588.598 | 18.59 |
| Central | 0.95 | 13186.895 | 13.19 | 11106.395 | 11.11 |
| South | 0.65 | 9022.6124 | 9.02 | 7599.1124 | 7.60 |

| Age Range | | Age midpoint | n | n*a |
|---|---|---|---|---|
| from 20 | to 39 | 30 | 140 | 4200 |
| from 40 | to 59 | 50 | 233 | 11650 |
| from 60 | + | 70 | 94 | 6580 |
| | | Sums | 467 | 22430 |
| | | | Average age | 48.03 |

| Assumed: | Days/year | 365 |
|---|---|---|
| | Start diet at age | 10 or 16 |
| | Exposure duration (d) | 11691 |

The intake of these compounds in the different regions was compared to the rates of liver and stomach cancer in these regions of Thailand (from IARC reports).

**Age-standardized incidence rate per 100,000 of stomach and liver cancer in Thailand, Time trends from 1988–1997**

| | **Male** | | | **Female** | | |
|---|---|---|---|---|---|---|
| **Stomach cancer** | | | | | | |
| **Region** | 1988–1991 | 1992–1994 | 1995–1997 | 1988–1991 | 1992–1994 | 1995-1997 |
| **North** | 10.7 | 7.7 | 6.45 | 6.1 | 4.9 | 4.35 |
| **Northeast** | 5.2 | 3.2 | 3.2 | 2.3 | 1.9 | 1.9 |
| **Central** | 4.2 | 4.8 | 4.9 | 2.2 | 2.9 | 3.7 |
| **South** | 3.2 | 2.2 | 1.9 | 1 | 1.3 | 1.4 |
| **Liver cancer** | | | | | | |
| North | 49.8 | 21.3 | 23.55 | 37.4 | 11.2 | 11.55 |
| Northeast | 94.8 | 87.5 | 88 | 39.4 | 37.2 | 35.4 |
| Central | 9.7 | 11 | 14.4 | 2.7 | 3.4 | 3.9 |
| South | 10.7 | 6.4 | 6.6 | 1.9 | 1.4 | 1.5 |



CONFIDENTIAL INFORMATION

The Northeast region had the highest incidence and mortality rates from liver cancer and had the highest intake of NDMA. The South region had the lowest liver cancer and stomach cancer incidence rates. It also had the lowest NDMA intake. The North region, which had the second highest incidence of liver cancer and the highest incidence of stomach cancer, had significantly higher intakes of nitrate and nitrite but slightly lower intake of NDMA than the Northeast region. The authors interpreted these data to suggest that regional variation in nitrate, nitrite, and NDMA may be associated with the regional variation in liver and stomach cancer incidence and mortality. The authors did not calculate hazard ratios from these data.

*Palli et al., 2000*[clxiii]
These authors studied the survival of gastric cancer patients as a function of various dietary components. These components included antioxidants such as vitamins C and E and carotenoids which are hypothesized to have a protective effect against chemically induced cancer, and also NDMA and dimethylamine (which can be nitrosated to NDMA). The study examined the premorbid diet and 10-year prognosis among 382 gastric cancer patients who had participated in a population-based case-control study on diet and gastric cancer in Italy during 1985–1987. The diet during the 12-month period 1 year prior to the onset of symptoms or prior to surgery was ascertained by interview, which was conducted by trained dietitians. It was assumed that the diet during this period was representative of the adult life of the patient. Nutrient intakes, adjusted for total energy intake, were reported by tertiles, but the tertile means or boundaries were not stated. For dimethylamine the hazard ratios for death during the 10-year follow-up in the second and third tertiles relative to the lowest were 1.00 (95% confidence interval 0.76–1.32) and 1.22 (0.93–1.62), with a linear correlation *P* value of 0.1. For NDMA the corresponding values were 1.11 (0.84–1.46), 1.06 (0.80–1.40) and *P* = 0.6. Since actual consumption values were not listed in the report, and the analysis concentrated on survival rather than cancer incidence, this study was not susceptible to dose-response analysis for comparison with the other studies listed.

Like most dietary studies, published reports were relied on to make estimates for NDMA content for food items. However, the authors, using HP/LC, measured concentrations of NDMA in 28 local food items.

*Palli et al., 2001*
In this study, the authors studied the incidence of gastric cancer as a function of various dietary components, including antioxidants such as vitamins C and E and carotenoids. The study population consisted of 382 gastric cancer cases and 561 controls during 1985 - 1987. Details of the population and dietary analysis are the same as in the study by Palli et al. (2000), with an additional series of 142 controls enrolled at the end of the study period in order to obtain a more representative sample of the general population. The mean age of the study population was estimated using the age range data provided in the study. Cumulative intakes of NDMA were calculated as shown below using the reported mean NDMA intakes for the tertiles.



CONFIDENTIAL INFORMATION

| | | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|
| Tertile NDMA | %ile | average µg/d reported | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| 1 | mean | 0.12 | 2267.3 | 2.27 | 2004.5 | 2.00 |
| | 33% | 0.17 | 3212.1 | 3.21 | 2839.8 | 2.84 |
| 2 | mean | 0.2 | 3778.9 | 3.78 | 3340.9 | 3.34 |
| | 67% | 0.24 | 4534.7 | 4.53 | 4009.1 | 4.01 |
| 3 | mean | 0.33 | 6235.2 | 6.24 | 5512.5 | 5.51 |
| | | Days/year | 365 | | | |
| | | Average age | 61.8 | | | |
| | | Start diet at age | 10 | | 16 | |
| | | Exposure duration (d) | 18894 | | 16704 | |

Among many other comparisons, the authors report gastric cancer incidence for tertiles of intake of nitrate, nitrite, dimethylamine (DMN, a precursor of NDMA) and NDMA.

| | Tertile of intake | | | | | p-value for linear trend |
|---|---|---|---|---|---|---|
| | I | II | | II | | |
| | | OR | 95% CI | OR | 95% CI | |
| ***Nitroso-compounds and precursors*** | | | | | | |
| Nitrate | 1 | 0.7 | (0.5-1.0) | 0.6 | (0.4-0.9) | 0 01 |
| Nitrite | 1 | 1.4 | (1.0-2.0) | 1.4 | (1.0-2.0) | 0 04 |
| DMA | 1 | 1.3 | (0.9 -1.8) | 0.9 | (0.7-1.3) | 0.7 |
| NDMA | 1 | 1.1 | (0.8-1.6) | 1.1 | (0.8-1.5) | 0.7 |

Nitrate was associated with a reduction in overall OR for gastric cancer, probably due to the correlation of this value with vegetable intake, a significant linear trend was noted for this response. A marginally significant increase was noted for nitrite intake. Results for DMA were inconsistent and non-significant. A very small increase in OR for NDMA was noted, but this was not statistically significant. None of the latter three comparisons showed any evidence of a dose response.

Although this study appears to have been adequately designed it did not provide any consistent information either from the observed ORs or a dose related trend for NDMA or its precursors nitrite and DMA. This may be related to the relatively short duration of the study (1985 - 1987), and possible weakness in the determination of intakes of NDMA and precursors in the diet.

*Pobel et al., 1995*

This is a hospital-based case-control study[clxiv] on stomach cancer and diet which was conducted in Marseille (France). All histologically confirmed incident cases of gastric adenocarcinoma, identified eight public and private centers for gastric surgery in Marseille, were considered for inclusion in the study. Controls were undergoing functional re-education for trauma or injuries in two specialized medical centers, and were group matched to cases by sex and age distribution. None of the eligible subjects refused to participate. Ninety-two patients with histologically confirmed adenocarcinoma and 128 controls were interviewed by a trained dietician using a dietary history questionnaire on their usual diet during the year preceding the first symptoms for cases, or preceding interview for controls. The interviews included questions on demographic characteristics, socio-economic status, occupation, medical history, family history of cancer and consumption of tobacco and alcohol. The diet history questionnaire included details on the main dietary sources of nitrate, nitrite and nitrosamine, such as vegetables, smoked, cured and salted foods, and beer. For each food item, subjects were asked about their usual portion size and average frequency of consumption. Seasonal consumption was considered, averaged over the duration of the period of consumption. Values for nitrite, nitrate and NDMA in foods were obtained from literature data. NDMA intakes for the 25th, 50th and 75th percentiles were reported in the paper, and there was a linear trend of intake with percentile ($R^2 = 0.99$ for both cases and controls). Since the median percentiles of the tertiles did not correspond to the reported percentiles, linear regression was used to determine calculated values for the tertile medians (16.67, 50 and 83.33 percentiles). The differences between intakes reported for cases and controls were small and well within the confidence ranges for these estimates, so an average intake (weighted by number of cases and controls) for each tertile was calculated. Cumulative exposures were calculated assuming adult diet started at age 10 or 16 years. These data and calculations are shown in the table below.

| | | | | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|---|
| | Tertile NDMA | %ile | average µg/d reported | average µg/d calculated | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| Cases n=92 | 1 | 16.67 | | 0.11 | 2341.4 | 2.34 | 2093.2 | 2.09 |
| | | 25.00 | 0.2 | | 4131.8 | 4.13 | 3693.8 | 3.69 |
| | 2 | 50.00 | 0.25 | 0.32 | 6610.9 | 6.61 | 5910.1 | 5.91 |
| | | 75.00 | 0.51 | | 10536.1 | 10.54 | 9419.2 | 9.42 |
| | 3 | 83.33 | | 0.53 | 10880.4 | 10.88 | 9727.0 | 9.73 |
| Controls n=128 | 1 | 16.67 | | 0.17 | 3505.8 | 3.51 | 3133.5 | 3.13 |
| | | 25.00 | 0.19 | | 3918.3 | 3.92 | 3502.2 | 3.50 |
| | 2 | 50.00 | 0.23 | 0.24 | 4880.7 | 4.88 | 4362.4 | 4.36 |
| | | 75.00 | 0.29 | | 5980.5 | 5.98 | 5345.4 | 5.35 |
| | 3 | 83.33 | | 0.30 | 6255.5 | 6.26 | 5591.2 | 5.59 |
| All | 1 | 16.67 | | | | 3.02 | | 2.70 |



CONFIDENTIAL INFORMATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| n=220 | 2 | 50.00 | | | | 5.60 | | 5.01 |
| | 3 | 83.33 | | | | 8.19 | | 7.32 |

| Days/year: 365 | Cases | | Controls | |
|---|---|---|---|---|
| Average age | 66.6 | | 66.5 | |
| Start diet at age | 10 | 16 | 10 | 16 |
| Exposure duration (d) | 20659 | 18469 | 20622.5 | 18432.5 |

Substantial and statistically significant increases in the odds ratio for stomach cancer were observed when comparing the tertiles of reported NDMA exposure. No relationship was observed for stomach cancer and nitrate or nitrite exposure.

**Odds ratios (ORs)" for gastric cancer associated with exogenous NDMA and their precursors**

| | OR1 | OR2 | (95% CI) | OR3 | (95% CI) | p value for trend |
|---|---|---|---|---|---|---|
| Total nitrate | 1 0 | 0.49 | (0.24-1.01) | 0.76 | (0.38-1.50) | 0.96 |
| Total nitrite | 1 0 | 0.83 | (0.41-1.67) | 0.88 | (0.44-1.79) | 0.49 |
| NDMA | 1 0 | 4.13 | (0.93-18.27) | 7.00 | (1.85-26.46) | 0.04 |

Patients and controls in this study completed a dietary history questionnaire assessing their usual diet during the year preceding symptoms of gastric cancer or preceding interview for controls. The authors do note the limitation of this 1-year dietary history questionnaire as not being representative of childhood or adolescence diets which may be relevant to the cause of gastric cancer. The authors point out that many epidemiological studies indicate diet during adulthood is also likely to be the cause of gastric cancer.

*Risch, 1985*

This is a case-controlled study[clxv] in Canada evaluating dietary exposures and gastric cancer involving newly diagnosed gastric cancer cases diagnosed between 1979 and 1982. Dietary intake was obtained by dietary questionnaires. Cases were asked to provide intake for the period prior to the onset of symptoms, whereas the controls were asked to provide information for one year before the interview. Ultimately, 246 gastric cancer cases and 246 controls were included in the study. This study reported, in Table 3, that NDMA and gastric cancer had an OR of 0.94 per 10 µg/day [95% CI, 0.14-6.13]: the trend was not significant. The study authors do not provide information about how the dietary intake estimates for NDMA were calculated and noted that there may have been overreporting of dietary information by the cases, which the authors sought to address by including total food consumption in the regression models. I have evaluated and considered this study but it received no weight because there must be a study



CONFIDENTIAL INFORMATION

error as 10 ug/day is an extremely large quantity of NDMA which is inconsistent with the reported daily intake with other dietary studies. As such, I did not consider this study to be reliable because this error and lacking information about diet estimates.

*Rogers et al., 1995*

This is a population-based case control study[clxvi] in Washington State, USA in which cases of cancers of the esophagus, larynx and oral cavity were compared with controls for consumption of foods and beverages containing NDMA, nitrites, and nitrates. The study group consisted of 645 cancer cases (125 esophageal, 169 laryngeal and 351 oral) and 458 controls, frequency matched by age and gender. Physician or subject refusal occurred for 17% of cases and 18% of controls, and individuals with 5 or more unknown food items on the questionnaire were excluded, as well as those unable to complete the questionnaire due to language or medical problems. Participants completed a food frequency questionnaire on their usual diet 10 years prior to the interview. Foods known to contain nitrate, nitrite, or NDMA were specifically added to this questionnaire. Amounts of these substances were estimated using data from the National Academy of Sciences report and surveys of NDMA content in meats and fish. Intakes from beer and drinking water were also estimated. Dietary content of ascorbic acid (Vitamin C) was also noted, and increased intake was found to reduce the risk of the cancers studied. This intake was one of the factors adjusted for in the odds ratios reported for this study.

| | | | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|
| Tertile NDMA | lower bound | Upper bound | average µg/d | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| 1 | 0 | 0.06 | 0.03 | 569.4 | 0.57 | 503.7 | 0.50 |
| 2 | 0.06 | 0.179 | 0.1195 | 2268.1 | 2.27 | 2006.4 | 2.01 |
| 3 | 0.179 | 0.2385 | 0.20875 | 3962.1 | 3.96 | 3504.9 | 3.50 |

| | | |
|---|---|---|
| Average age not specified: assumed | 62 | |
| Days/year | 365 | |
| Start diet at age | 10 | 16 |
| Exposure duration (d) | 18980 | 16790 |

Odds ratios for cases of cancer of the larynx, esophagus, and oral cavity by tertile of NDMA intake are shown below. There was a 79% increased risk of upper aerodigestive tract cancer (all sites combined) in individuals in the higher tertiles of NDMA consumption compared to individuals in the lowest tertile of NDMA consumption (significant: P = 0.037 for trend). This association was quite consistent across each cancer site, with increasing odds ratios in the second and third tertile for all three sites, although the confidence limits for these individual site values included 1 except for the high dose oral cancer cases. This probably reflects the smaller numbers of

cases for the larynx and esophagus. The analysis controlled for age, gender, educational level, tobacco use, alcohol use, BMI, and energy intake.

| **NDMA tertile** | **No. of Controls** | **No. of Cases** | **OR** | **95% CI** |
|---|---|---|---|---|
| | | **Larynx** | | |
| <0.06pg | 134 | 32 | 1 | |
| 0.06-0.179 pg | 147 | 37 | 1.11 | 0.57-2.13 |
| >0.179 pg | 147 | 82 | 1.7 | 0.91-3.18 |
| | | | (trend: *P*= 0.258) | |
| | | **Esophagus** | | |
| <0.06pg | | 22 | 1 | |
| 0.06-0.179 pg | | 23 | 1.31 | 0.60-2.85 |
| >0.179 pg | | 52 | 1.86 | 0.87-3.95 |
| | | | (trend: *P= 0.063)* | |
| | | **Oral cavity** | | |
| <0.06pg | | 68 | 1 | |
| 0.06-0.179 pg | | 75 | 1.51 | 0.92-2.48 |
| >0.179 pg | | 155 | 1.82 | 1.10-3.00 |
| | | | (trend: *P= 0.118*) | |

The authors of this study wrote the NDMA, nitrate, and nitrite content of the food included in the food frequency questionnaire were estimated using data from the National Academy of Sciences and other surveys. The authors conclude wider availability of N-nitroso compounds concentrations in foods is needed.



CONFIDENTIAL INFORMATION

*Ronco et al. (2014).*

This report[clxvii] describes a case-control study of bladder cancer and dietary intake in Uruguay. The study considered all newly diagnosed and microscopically validated cases of transitional-cell carcinoma of the urinary bladder occurring in men between 1996 and 2005 from the four major public health hospitals in Montevideo, Uruguay. A response rate of 97.8% was obtained, providing 225 cases for inclusion in the study. In the same time period and in the same hospitals, all men afflicted with non-neoplastic conditions not related to smoking and alcohol drinking were considered eligible for inclusion as controls in the study. A final total of 1,510 controls were included in the study. The response case rate was 97.8%. Average age of the cases was 67.6 years, and of the controls 66.9 years.

Participants were administered a structured questionnaire in face-to-face interviews by two trained social workers shortly after admittance to the hospitals. The questionnaire included sections on sociodemographics, self-reported height and weight five years before the date of interview, family history of bladder cancer among first-degree relatives, occupational history, smoking, alcohol use, a history of non-alcoholic beverages (mate, coffee, tea, soft drinks), and a food frequency questionnaire (FFQ) on 64 food items. The FFQ recorded the consumption of foods representative of the Uruguayan diet, in servings/years and the corresponding portion size per food. This questionnaire had been used in a previous study[cxlix] by the same authors, and it was tested for reproducibility with good results. Odds ratios (ORs)for bladder cancer were estimated by multiple logistic regression[clxviii]. The basic model included age, residence, education, tobacco smoking in pack years, alcohol and mate consumption, total energy intake and total vegetables and fruits (continuous). The model also included terms for risk factors of interest in the study (meat intake, dairy foods, total eggs, and selected nutrients). Intake of foods and nutrients were divided into tertiles, but the boundary or median values of these tertiles were not reported so it is not possible to do a quantitative dose-response analysis on this study. The authors reported ORs for bladder cancer as a function of tertiles of NDMA intake.

**ORs for Bladder Cancer for Dietary NDMA**

| Tertiles NDMA | | | | | |
|---|---|---|---|---|---|
| **I** | **II** | | **III** | | |
| (reference) | OR | (95% CI) | OR | (95% CI) | p value trend |
| 1 | 2.16 | (1.46-3.21) | 2.14 | (1.43-3.18) | 0.0002 |

Both the second and third tertiles of NDMA exposure showed significantly increased odds ratios for bladder cancer. The overall trend was statistically significant, although a clear dose response between the second and third tertiles was not apparent. This may be due to problems with the estimation of NDMA intake: the authors did not report their sources or methodology for estimating this quantity, although it was necessarily based on their food intake questionnaire.



CONFIDENTIAL INFORMATION

In addition to reporting the association with NDMA exposure, this study examined the association of bladder cancer with consumption of various classes of food (indeed, this is the primary emphasis of the report). Notably, they reported association of consumption of various classes of meat product which they described as commonly considered sources of nitrosamine exposures. Elevated odds ratios between the reference and higher tertile were found for consumption of all meats, all processed meats, hot dogs, ham and "salted meat" (a local specialty). The trends for increasing odds ratio with tertile of consumption were also significant. The odds ratio for the second tertile of hot dog consumption was also significantly elevated. These findings reinforce the conclusion that exposure to NDMA is associated with increased risk of bladder cancer.

**Odds Ratios of Bladder Cancer for Meat Consumption**

| Tertiles | I | II | | III | | |
|---|---|---|---|---|---|---|
| Type of meat | OR (reference) | OR | 95% CI | OR | 95% CI | p value trend |
| Total meat | 60/503[a] | 74/504 | | 91/503 | | |
| | 1.0 | 1.18 | 0.81-1.72 | 1.47 | 1.02-2.11 | 0.036 |
| Processed meat | 59/503 | 76/504 | | 90/503 | | |
| | 1.0 | 1.3 | 0.89-1.89 | 1.55 | 1.07-2.24 | 0.018 |
| Hot dog | 136/1085 | 45/237 | | 44/188 | | |
| | 1.0 | 1.76 | 1.19-2.61 | 2.16 | 1.45-3.23 | <0.0001 |
| Ham | 148/1086 | 26/190 | | 51/234 | | |
| | 1.0 | 1.43 | 0.86-2.39 | 1.83 | 1.26-2.65 | 0.002 |
| Salted meat | 174/1313 | 10/69 | | 41/128 | | |
| | 1.0 | 1.34 | 0.63-2.83 | 2.37 | 1.57-3.57 | 0.0001 |
| (shaded) | Statistically significant result | | | | | |

[a] cases/controls

Two limitations are noted in the study. Recall bias and selection bias. Recall bias is very difficult to manage and can result in misclassification, which can lead to erroneous estimates. The authors were unworried about selection bias because the individuals in the cases group and individuals in the control group were selected from the same population base.

*Song et al (2015)*

This study[xxxi] was a meta-analysis of 22 articles consisting of 49 studies – 19 studies related to nitrates, 19 studies related to nitrites, and 11 studies related to NDMA. Of the articles, seven were cohort studies and 15 were case-control studies. The authors examined these articles to provide a quantitative assessment of the relationship between dietary consumption of nitrates, nitrites, and nitrosamines and the risk of gastric cancer. Researchers searched PubMed and Embase databases through August 2015 using key word search terms relating to nitrate, nitrite, NDMA, gastric cancer, and stomach cancer. Studies found that met the criteria: (1) cohort or case-control design; (2) exposure of interest was dietary nitrates, nitrites, and NDMA intake; (3)



CONFIDENTIAL INFORMATION

the endpoint of interest was gastric cancer; (4) risk estimates with corresponding 95% confidence intervals (95% CIs) were provided; (5) published in English were included in the meta-analysis.

Nine cohort studies and 10 case-control studies were examined that studied the relationship between nitrate intake and gastric cancer risk. The authors reported the summary Risk Ratio (RR) was 0.80 (95% CI, 0.69-0.93) with significant heterogeneity ($I^2 = 46.1\%$, $p = 0.015$) when comparing the highest versus the lowest intake rates. The authors saw a significant association between nitrite consumption and risk of gastric cancer in eight cohort and 10 case-control studies. Individuals with the highest nitrite consumption, when compared to the lowest, had an increased risk of gastric cancer (pooled RR, 1.31; 95% CI, 1.13-1.52). Seven cohort and four case-control studies were pooled together to examine the association between NDMA consumption and stomach cancer. The authors reported a pooled RR for high intake versus low intake for NDMA as 1.34 (95% CI, 1.02-1.76) with obvious evidence of heterogeneity ($I^2 = 75.8\%$, $p < 0.001$).

Study authors also performed dose-response analysis. The authors saw a nonlinear association (P non-linearity = 0.001) between dietary nitrate intake and gastric cancer risk. Some evidence of a linear association (Plinearity = 0.041) between nitrite intake and gastric cancer was found after evaluating the dose-response pattern. The authors also observed a nonlinear (P non-linearity <0.001) trend between gastric cancer risk and NDMA intake following an increase in the risk of NDMA intake up to 0.12 µg/day, when NDMA intake reached this point, the authors stated that the harmful effect to humans became more obvious.

The study concluded that high intake of nitrites and NDMA resulted in an elevated risk of gastric cancer.

The authors report some limitations to their meta-analysis. A limitation includes potential measurement error due to the nature of food frequency questionnaires which might contribute to attenuation of the true relationship. Only three studies in the meta-analysis reported *Helicobacter pylori* infection status, a risk factor of gastric cancer. Also, studies with long follow-ups may present issues because participants' diets may change or the levels of nitrates, nitrites, and nitrosamines in food may decrease and food technology advances.

*Zheng et al., 2019*
This is a hospital-based case-control study[clxix] in Texas of cases of pancreatic ductal adenocarcinomas, compared to cancer-free controls. The recruitments for the case and control groups had similar response rate, were done simultaneously, and had no significant differences in demographic factors. Cases and controls were from the same catchment, which supports the idea that the controls were representative of the hospital population from which the pancreatic cancer cases were drawn.

Participants were interviewed using a food frequency questionnaire to identify their dietary intakes of 84 food items (or 131 in an updated version) within the previous year, and to



CONFIDENTIAL INFORMATION

determine medical history, alcohol consumption and smoking history. Interviews were conducted by well-trained interviewers following a written protocol using a structured and validated questionnaire. Validity of the questionnaires was tested against 4-week and two 1-week diet records among a small subsample in prior studies, which supported modest correlation coefficients between the energy adjusted nutrients intake measured by diet records and the questionnaires. The questionnaire was updated mid-way through the study, and was administered unevenly - 776 cases and 953 controls took original, and 334 cases and 57 controls took the updated version. The updated questionnaire included changes to the consumer food market like soy milk, extreme lean hamburger, and open-ended questions to account for other consumed foods.

Participants with improbable dietary data or who left more than half of the food items listed on the questionnaire blank were removed from the study, resulting in a total of 1110 cases and 1010 controls. Frequency matching on age group, race, and sex was then performed, resulting in a final matched dataset of 957 cases and 938 controls.

Intakes of nitrosamines were determined using a database of NDMA and nitrosodiethylamine (NDEA) content for food items. This database was developed originally in conjunction with an existing modified Block FFQ established based on the National Cancer Institute's Health Habits and History Questionnaire, to assess dietary NOCs in cancer studies. The validity of this database has been assessed by comparing NOCs consumption derived from the modified Block FFQ with 7-day food records in a cross-sectional study of 98 healthy controls, and findings showed modest agreement from the two methods. Intakes were reported as µg NDMA per 1000 kcal/day, which was converted to individual daily intake values using a mean body weight value from the USEPA Exposure factors handbook.

| | | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|
| Quartile | (µg per 1000 kcal/day) | average µg/d | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| I | 0.28 | 0.81452 | 16351.5 | 16.35 | 14567.7 | 14.57 |
| II | 0.45 | 1.30905 | 26279.2 | 26.28 | 23412.4 | 23.41 |
| III | 0.58 | 1.68722 | 33870.9 | 33.87 | 30175.9 | 30.18 |
| IV | 0.99 | 2.87991 | 57814.2 | 57.81 | 51507.2 | 51.51 |

kcal/day age 50-70 (from USEPA Exposure factors handbook)

| | | |
|---|---|---|
| Range | 2,671 to | 3,147 |
| Average | 2,909 | |
| Age (assumed: median of groups) | 65 | |
| Days/year | 365 | |
| Start diet at age | 10 | 16 |
| Exposure duration (d)* | 20075 | 17885 |



CONFIDENTIAL INFORMATION

**NDMA from dietary sources**

| | Quartiles of intake | | | | |
|---|---|---|---|---|---|
| | **Q1** | **Q2** | **Q3** | **Q4** | **P trend** |
| **All sources** | | | | | |
| Mean | 0.28 | 0.45 | 0.58 | 0.99 | |
| (range) | (0.09–0.41) | (0.36–0.70) | (0.47–0.96) | (0.62–3.45) | |
| Case/control | 239/235 | 239/234 | 230/235 | 249/234 | |
| Age and energy-adjusted OR | 1 | 1 | 0.99 | 1.09 | 0.47 |
| (95%CI) | | (0.77–1.29) | (0.77–1.28) | (0.84–1.41) | |
| Multivariable-adjusted OR | 1 | 0.99 | 1.03 | 1.03 | 0.78 |
| (95%CI) | | (0.75–1.31) | (0.78–1.37) | (0.78–1.37) | |
| **Plant sources** | | | | | |
| Mean | 0.04 | 0.06 | 0.08 | 0.12 | |
| (range) | (<0.001–0.05) | (0.04–0.07) | (0.05–0.10) | (0.07–0.37) | |
| Case/control | 158/235 | 227/234 | 300/235 | 272/234 | |
| Multivariable-adjusted OR | 1 | 1.48 | 1.97 | 1.93 | <0.0001 |
| (95%CI) | | (1.10–1.99) | (1.48–2.64) | (1.42–2.61) | |
| **Animal sources** | | | | | |
| Mean | 0.18 | 0.33 | 0.43 | 0.74 | |
| (range) | (0.02–0.33) | (0.25–0.56) | (0.35–0.74) | (0.46–3.37) | |
| Case/control | 250/235 | 234/234 | 201/235 | 272/234 | |
| Multivariable-adjusted OR | 1 | 0.97 | 0.87 | 1.17 | 0.26 |
| (95%CI) | | (0.74–1.28) | (0.65–1.15) | (0.89–1.54) | |

No association with total dietary intake of NDMA with pancreatic cancer was observed in this study. This may be caused by intensive correction for so many dietary factors, some of which are NDMA correlates, and also by the uncertainty associated with variations and inaccuracies in the dietary determination by different questionnaires. An association was found with NDMA from plant sources only, but the significance of this is unclear since this source was a very small proportion of the total intake. It is unclear whether the plant sourced NDMA caused cancer, or just that more cancer cases were able to accurately report plant-based consumption than controls. Also, the questionnaire seems to be asking about food consumption without accounting for changes in diet that would come from being diagnosed with cancer: more cancer patients might switch to more heavily plant-based diets.

Inherent limitation of any case-control study includes misclassification of exposure due to recall bias in food frequency questionaries and reliance on databases for estimations of NDMA content in food. These limitations may have caused the authors to see a null result. A specific limitation is when the questionnaire was completed. The participants filled in the questionnaire



CONFIDENTIAL INFORMATION

after diagnosis and the study does not note if recalled diet includes the time period after cancer diagnosis which may impact type of food participants ate.

*Zheng et al., 2021*
This is a hospital-based case-control study[clxx] looking at the association between intake of N-nitroso compounds (NOCs)and liver cancer (hepatocellular carcinoma - HCC), based in Texas. General methodologies and data sources used were similar to those reported by the same authors for their 2019 study of pancreatic cancer. For this study, the subjects comprised 827 pathologically or radiologically confirmed HCC cases and 1,013 controls recruited simultaneously and consecutively from January 2004 to December 2018 who were treated in The University of Texas MD Anderson Cancer Center's gastrointestinal medical oncology and surgical oncology outpatient clinics. Patients with other types of primary liver cancer (cholangiocarcinoma, fibrolamellar carcinoma, or benign or unknown tumors) or a concurrent or past history of other cancers were excluded from the study.

As in the earlier study, participants were interviewed by trained interviewers using a structured and validated questionnaire to collect information on demographics, lifestyle factors, family histories of cancers among first- and second- degree relatives, and personal medical histories. Self-reported data on alcohol consumption, height, weight and body mass index were recorded. A food frequency questionnaire (FFQ) was used to identify their dietary intakes of 84 food items (or 131 in an updated version) within the previous year. The most commonly consumed American foods were on both questionnaires. Validity of the questionnaires was tested against weekly diet records among a small subsample of participants in prior studies, which supported correlation between the energy adjusted nutrients intake measured by diet records and the questionnaires. The questionnaire was updated mid-way through the study, and was administered unevenly - a total of 1,257 persons (301 cases and 956 controls) completed the original version of the FFQ, and 583 persons 526 cases and 57 controls) completed the updated version. Intake of NOCs was calculated by linking food item and consumption data from the FFQ with a previously published NOC concentration database. Because of assay complexities, measured levels for NOCs were not available for all foods, and no food had complete data for all the NOCs. Results for NOC intake using this database were comparable to other published information on NOC levels in foods. In their analysis the authors reported the intake of total NOCs, and various nitrosated compounds including N- nitrosodiethylamine (NDEA), NDMA, N-nitrosodibutylamine (NDBA), N- nitrosodipropylamine, N- nitroso- N- (1- methylacetonyl)- 3-methylbutylamine (NMAMBA), N- nitrosopyrrolidine, N- nitrosopiperidine (NPIP), nitrate, and nitrite. For the purposes of this report the values for NDMA alone are considered. Intakes were reported as µg NDMA per 1000 kcal/day, which was converted to individual daily intake values using a mean body weight value from the USEPA Exposure factors handbook.



CONFIDENTIAL INFORMATION

**NDMA**

| | | | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|
| Quartile | Mean µg per 1000 kcal/day | Range µg per 1000 kcal/day | Mean µg/d | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| I | 0.28 | (0.05-0.46) | 0.8145 | 16351.5 | 16.35 | 14567.7 | 14.57 |
| II | 0.46 | (0.35-0.68) | 1.3381 | 26863.2 | 26.86 | 23932.6 | 23.93 |
| III | 0.61 | (0.47-0.96) | 1.7744 | 35622.9 | 35.62 | 31736.8 | 31.74 |
| IV | 1.2 | (0.63-9.84) | 3.4908 | 70077.8 | 70.08 | 62433.0 | 62.43 |

kcal/day age 50-70 (from USEPA Exposure factors handbook)

| | | |
|---|---|---|
| Range | 2,671 | 3,147 |
| Average | 2,909 | |

| | | | |
|---|---|---|---|
| Age (average of reported groups) | | 62.2 | |
| Days/year | 365 | | |
| Start diet at age | 10 | 16 | |
| Exposure duration (d)* | 19049 | 16859 | |

There was no significant sex difference in the associations between intake of NOCs and HCC, so all the association analyses were reported for men and women combined. Dietary intakes of total NOC, each of 21 individual nitrosated compounds, nitrite, and nitrate were categorized according to FFQ-specific, log transformed and energy-adjusted quartile distributions of the control group. Unconditional logistic regression was used to estimate the multivariable-adjusted ORs and 95% CIs of HCC for participants in the higher versus those in the lowest quartiles of NOCs intake, with adjustment for confounders including total calorie intake, age, sex, race, education level, BMI when aged in the thirties, alcohol drinking, history of diabetes, smoking status, and family history of liver cancer.

Linear trend of HCC risk across quartiles was assessed by using the median value of each quartile in the multivariable-adjusted model. Odds ratios and P values were reported for quartiles of total NDMA intake, and also for intake from dietary plant sources and animal sources separately (although actual intake values for these subcategories were not reported). Odds ratios for the three higher quartiles of total intake were consistently below 1, although the confidence limits on these included 1. For plant sources of NDMA, the odds ratios for the second and third quartiles were below 1, but there was a barely increased odds ratio (1.54, 95% CI 1.01-2.34) for the fourth quartile. A linear trend for the quartiles of plant sourced NDMA was not observed. For the quartiles of animal product derived NDMA the odds ratios were widely scattered, with a marginally elevation seen in the first quartile and a more substantially elevated odds ratio for the fourth quartile, but none of these were statistically significant (95% CI included 1). It is hard to conclude anything definite from these findings with regard to NDMA



CONFIDENTIAL INFORMATION

effects. This may be caused by the inclusion of so many dietary factors, some of which are NDMA correlates, in the multivariate model. This is supported by the odd finding of odds ratios of less than 1 for all three higher groups of total intake. There may also be a contribution from the uncertainty associated with variations and inaccuracies in the dietary determination by different questionnaires. Nevertheless, there are some odds ratio values between NDMA exposure and HCC suggesting the possibility of an association, although none have substantial statistical significance.

| **Quartiles of NDMA Intake** | **Q1** | **Q2** | **Q3** | **Q4** | P Trend |
|---|---|---|---|---|---|
| **Total intake** | | | | | |
| Case/control (n) | 252/254 | 191/253 | 174/253 | 210/253 | |
| Multivariable-adjusted OR | 1 | 0.89 | 0.67 | 0.8 | 0.22 |
| (95% CI) | | (0.59-1.34) | (0.43-1.05) | (0.53-1.21) | |
| **Plant sources** | | | | | |
| Case/control (n) | 175/254 | 158/253 | 170/253 | 324/253 | |
| Multivariable-adjusted OR | 1 | 0.87 | 0.87 | 1.54 | * |
| (95% CI) | | (0.56-1.37) | (0.56-1.37) | (1.01-2.34) | |
| **Animal sources** | | | | | |
| Case/control (n) | 216/254 | 219/253 | 146/253 | 246/253 | |
| Multivariable-adjusted OR | 1 | 1.1 | 0.84 | 1.26 | 0.39 |
| (95% CI) | | (0.72-1.69) | (0.53-1.33) | (0.83-1.91) | |

Limitations of this study include recall biases, reverse causality biases, selection bias, and nondifferential misclassification of NOC exposures which could have driven the association estimates towards null. As to selection bias, the authors attempted to limit this bias by selecting cases and controls from similar backgrounds.

Zhu et al., 2014
This case-control study[clxxi] used data collected as part of a large Newfoundland and Ontario (Canada) colorectal cancer project. Cases for the study were recruited through the Newfoundland Familial Colorectal Cancer Registry (NFCCR) and the Ontario Familial Colorectal Cancer Registry (OFCCR) between 1997 and 2006. Controls were a random sample of each provincial population. Both cases and controls were aged between 20 and 74 years old. Dietary intake of foods, including some specific to the areas of the study, was assessed by food frequency questionnaire for 1 year before enrolment or diagnosis for a total of 1159 case patients with pathologically confirmed colorectal cancer and a random sampling of population



CONFIDENTIAL INFORMATION

controls. Strengths of this study include the relatively large sample size (1760 cases, 2481 controls) and that the availability of the large amount of information on personal and family history from participants allowed for a comprehensive assessment of relevant confounders.

In Ontario, the validated Hawaii semi-quantitative questionnaire was used, and in Newfoundland, a similar questionnaire was used that is based on a validated instrument and has been adapted for the Canadian population. It was also slightly modified to include foods indigenous to the Newfoundland population. Example portion sizes were specified.

Personal and family history data were also collected, and those with family history of adenomatous polyposis and those who provided insufficient information on diet and related factors were excluded from analysis. Food intake and composition data were used to estimate dietary exposures to NDMA, nitrite and nitrate, using the instrument developed by Howe et al. Study subjects were classified into quintiles for intake, the median intake of NDMA in µg/d for each quintile being reported.

| | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| **Quintile NDMA** | **Median µg/d** | **Cumulative µg** | **Cumulative mg** | **Cumulative µg** | **Cumulative mg** |
| I | 0.03 | 553.36926 | 0.55 | 487.66926 | 0.49 |
| II | 0.07 | 1291.1949 | 1.29 | 1137.8949 | 1.14 |
| III | 0.2 | 3689.1284 | 3.69 | 3251.1284 | 3.25 |
| IV | 0.77 | 14203.144 | 14.20 | 12516.844 | 12.52 |
| V | 2.29 | 42240.52 | 42.24 | 37225.42 | 37.23 |

| | Mean age | n |
|---|---|---|
| Cases | 59.6 | 1760 |
| Non-cases | 61.2 | 2481 |
| All | 60.5 | 4241 |

| | | |
|---|---|---|
| Days/year | 365 | |
| Start diet at age | 10 | 16 |
| Exposure duration (d) | 18446 | 16256 |

The relationships between dietary NDMA, nitrite and nitrate and colorectal cancer were evaluated using a logistic regression model adjusted for age, sex, and province of residence OR1), and a multivariate logistic regression model adjusted for age, sex, energy intake, BMI, cigarette smoking status, alcohol drinking, physical activity(metabolic equivalent hours/week), education attainment, household income, reported colon screening procedure, NSAID use, multivitamin supplements use, folate supplement use, and province of residence (OR2). As shown in the table below, odds ratios for colorectal cancer were significantly greater in the highest quintile of NDMA intake compared to the lowest quintile in both models, and the trend test across all quintiles was significant. Odds ratios were also significant for the subtype of rectal cancer, and trends were significant for this and also for proximal colon cancer. Thus, it was concluded that there was an association between dietary NDMA intake and colorectal cancer in this study. Associations with other dietary factors (nitrite, nitrate, vitamin C and

vitamin E) were also examined. It was concluded that these antioxidant vitamins may provide a degree of protection against colorectal cancer associated with NDMA exposure.

**ORs of colorectal cancer for Dietary NDMA exposures**

| Quintile NDMA | OR | 95% CI | OR | 95% CI |
|---|---|---|---|---|
| | All colorectal | | Proximal colon | |
| I | 1 | | 1 | |
| II | 1.06 | 0.83,1.37 | 0.96 | 0.72,1.28 |
| III | 1.13 | 0.87,1.47 | 1.08 | 0.79,1.46 |
| IV | 1.22 | 0.92,1.63 | 1.11 | 0.80,1.53 |
| V | 1.42 | 1.03,1.96 | 1.58 | 0.80,1.67 |
| P for trend | 0.005 | | 0.003 | |
| | Distal colon | | Rectum | |
| I | 1 | | 1 | |
| II | 1.06 | 0.77,1.45 | 1.06 | 0.77,1.45 |
| III | 1.24 | 0.89,1.72 | 1.19 | 0.86,1.66 |
| IV | 0.97 | 0.68,1.39 | 1.15 | 0.81,1.63 |
| V | 1.37 | 0.93,2.01 | 1.61 | 1.11,2.35 |
| P for trend | 0.2 | | 0.01 | |

This case-control study, like other case-control studies of dietary factors, is subject to recall and selection biases.

Other studies of diet and cancer incidence

In addition to studies which examined the associations between dietary levels of NDMA and incidence of various cancers, there is a substantial literature of studies which examined the association between consumption of various food items suspected of causing increased exposure to endogenous or exogenous NDMA. These studies assess general intake of certain foods, including processed meat, a source of NDMA, with an association of increased cancer risks. While such associations are, in general, supportive where NDMA is measured, these studies do not isolate, measure and quantify NDMA exposure and effect and so they are not considered in detail in this Report. There have been a number of meta-analyses of this literature, which have generally found or suggested such associations. Some of these are cited below for reference.

| | | |
|---|---|---|
| Crippa A, et al., (2018) | Red and processed meat consumption and risk of bladder cancer | Eur J Nutr. 57(2): 689-701 |
| Handel MN et al. (2020) | Processed meat consumption and risk of colorectal cancer | Eur J Clin Nutr. 74(8): 1132-1148. |



CONFIDENTIAL INFORMATION

| | | |
|---|---|---|
| Kim SR et al. (2019) | Red, processed, and white meat and risk of gastric cancer | Nutrients. 11(4). |
| Larsson SC, Wolk A. (2012) | red and processed meat and risk of pancreatic cancers | Br J Cancer. 106(3): 603-7. |
| Xue XJ et al. (2014): | Red and processed meat and risk of lung cancer | Int J Clin Exp Med. 7(6): 1542-53. |
| Bylsma LC, Alexander DD (2015) | Red and processed meat and risk of prostate cancer | Nutr J. 14: p. 125. |
| Kazemi A et al. (2021) | Breast cancer risk and dietary patterns including total meat, red meat and processed meat: | Adv Nutr. 12(3): 809-849. |
| Lee, J.E., et al. (2008) | Fat and protein, red meat, processed meat, poultry, seafood and risk of renal cell cancer | J Natl Cancer Inst. 100(23): 1695-706. |
| Dianatinasab, M, et al. (2021) | Meat consumption and bladder cancer | Eur J Epidemiol. 36(8): 781-792. |

Summary of findings in NDMA epidemiological studies

The basic features and findings of the occupational study by Hidajat et al., (2019)[cxxxiii] and the dietary studies described above are summarized in the table below. Statistical significance is indicated by shading, where the highest percentile exposure group showed an odds ratio/hazard ratio for which the 95% confidence limit did not include 1.0, or where the p for trend with exposure reported by the authors was less than 0.05.

| First Author | | Country | Design | Base High Dose µg/day | Approx. Average Age | LCE mg | Effect size (OR in hi gp.) | SS? | P for Trend |
|---|---|---|---|---|---|---|---|---|---|
| ***All malignancies*** | | | | | | | | | |
| Loh | All | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.14 | Y | 0.03 |
| | M | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.24 | Y | 0.005 |
| | F | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.05 | N | 0.83 |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | 2.08 | Y | <0.01 |
| ***All Gastro-intestinal*** | | | | | | | | | |
| Loh | | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.13 | Y | 0.04 |



CONFIDENTIAL INFORMATION

| First Author | | Country | Design | Base High Dose μg/day | Approx. Average Age | LCE mg | | Effect size (OR in hi gp.) | SS? | P for Trend |
|---|---|---|---|---|---|---|---|---|---|---|
| ***Gastric*** | | | | | | | | | | |
| DeStefani 98 | | Uruguay | CC | 0.305 | 65 | 1.4, 3.2, 4.5, 6.1 | | 3.62 | Y | < 0.001 |
| Hidajat | M | UK | C | 0.32 μg/m$^3$ | 70 | 3.0, 8.7, 15.0, 22.1 | | 1.72 | Y | 0.01 |
| Jakszyn 2006 | | EU | C | 0.28 | 60.5 | 3.3, 5.0 | | 1.04 | N | NR |
| Keszei | M | Holland | C | 0.25 | 61 | 0.74, 1.41, 4.09 | | 1.31 | Y | 0.09 |
| | F | Holland | C | 0.07 | 61 | 0.56, 0.75, 1.26 | | 0.90 | N | 0.49 |
| Knekt | | Finland | C | 0.123 | NR (54?) | 1.77 (average) | | 0.75 | N | 0.39 |
| Larsson | | Sweden | C | 0.277 | 53 | 0.27, 0.97, 1.55, 2.39, 4.39 | | 1.96 | Y | 0.02 |
| LaVecchia | | Italy | CC | 0.221 | 57 | 1.11, 2.74. 3.76 | | 1.37 | Y | < 0.01 |
| Loh | | UK | C | 0.126 | 59 | 0.30, 0.59, 0.94, 2.17 | | 1.13[a] | N | 0.47 |
| Palli | | Italy | CC | NR | NR (70?) | NR | | 1.06[b] | N | 0.6 |
| Pobel | | France | CC | 2.26 | 67 | 3.02. 5.60. 8.19 | | 7.00 | Y | 0.04 |
| Song et al | | Meta-analysis | | various | various | High vs.low | | 1.34 | Y | - |
| ***Esophagus*** | | | | | | | | | | |
| Keszei | M | Holland | C | 0.25 | 61 | 0.74, 1.41, 4.09 | Sq. | 2.43 | Y | 0.01 |
| | | | | | | | Ad. | 0.87 | N | 0.63 |
| | F | Holland | C | 0.07 | 61 | 0.56, 0.75, 1.26 | Sq. | 1.21 | N | 0.57 |
| | | | | | | | Ad. | 0.92 | N | 0.90 |
| Hidajat | M | UK | C | 0.32 μg/m$^3$ | 70 | 3.0, 8.7, 15.0, 22.1 | | 3.04 | Y | 0.26 |
| Loh | | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | | 1.13[a] | N | 0.53 |
| Rogers | | US | CC | 0.209 | NR (62?) | 0.57, 2.27, 3.96 | | 1.86 | N | 0.063 |
| ***Oral cavity*** | | | | | | | | | | |
| Rogers | | US | CC | 0.209 | NR (62?) | 0.57, 2.27, 3.96 | | 1.82 | Y | 0.118 |
| ***Colon/Colorectal*** | | | | | | | | | | |
| Knekt | | Finland | C | 0.123 | NR (54?) | 1.77 (avg of I,II,III,IV) | | 2.12 | Y | 0.47 |
| Loh | | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | Colon | 0.99[a] | N | 0.93 |
| | | | | | | | Rectum | 1.46[a] | Y | 0.001 |
| Zhu | | Canada | CC | 2.29 | 61 | 0.55, 1.29, 3.69, 14.20, 42.24 | All c/r | 1.42 | Y | 0.005 |
| | | | | | | | Prox c | 1.58 | Y | 0.003 |
| | | | | | | | Rectum | 1.61 | Y | 0.01 |
| ***Bladder*** | | | | | | | | | | |
| Jakszyn 2011 | | EU | C | 4.0 (173?) | 61 | 0.46, 1.38, 2.67, 4.52 | | 1.12 | N | 0.49 |
| Hidajat | M | UK | C | 0.32 μg/m$^3$ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.08 | Y | <0.01 |
| Ronco | M | Uruguay | CC | NR | 67 | NR | | 2.14 | Y | 0.0002 |
| ***Prostate*** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m$^3$ | 70 | 3.0, 8.7, 15.0, 22.1 | | 5.36 | Y | <0.01 |
| Jakszyn 2012 | | EU | C | 39.07 | 61 | Min 2.29, Max 44.3 | | 1.04 | N | 0.95 |
| Loh | | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | | 1.01[a] | N | 0.92 |
| ***Pancreas*** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m$^3$ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.6 | Y | 0.42 |
| Zheng | | US | CC | 2.88 | 65 | 16.35, 26.28, 33.87, 57.81 | | 1.03 | N | 0.78 |
| ***Larynx*** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m$^3$ | 70 | 3.0, 8.7, 15.0, 22.1 | | 1.39 | Y | 0.24 |
| Rogers | | US | CC | 0.209 | NR (62?) | 0.57, 2.27, 3.96 | | 1.7 | N | 0.258 |



CONFIDENTIAL INFORMATION

| First Author | | Country | Design | Base High Dose μg/day | Approx. Average Age | LCE mg | | Effect size (OR in hi gp.) | SS? | P for Trend |
|---|---|---|---|---|---|---|---|---|---|---|
| **Lung** | | | | | | | | | | |
| DeStefani 96 | | Uruguay | CC | 0.305 | 63 | 1.3, 2.9, 4.0, 5.5 | All | 3.14 | Y | < 0.001 |
| | | | | | | | Sq | 3.11 | Y | < 0.001 |
| | | | | | | | SC | 2.41 | Y | < 0.001 |
| | | | | | | | Ad | 4.57 | Y | < 0.001 |
| Goodman | | US | CC | 0.125 | 64 | 0.10, 0.59, 1.47, 2.46 | M | 3.3 | Y | 0.0006 |
| | | | | | | | F | 2.7 | Y | 0.04 |
| Hidajat | M | UK | C | 0.32 μg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 1.7 | Y | 0.36 |
| Loh | | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | | 1.05[a] | N | 0.6 |
| **Leukemia** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 3.47 | Y | <0.01 |
| **Multiple myeloma** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.81 | Y | <0.01 |
| **Non-Hodgkin's lymphoma** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.25 | Y | 0.11 |
| **Brain** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.5 | Y | <0.01 |
| **Liver** | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 μg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.86 | Y | 0.03 |

NR = not reported

[a] OR per standard deviation of NDMA exposure (0.05 μg/day).

[b] this was a study of survival, not incidence.

Statistically significant: 95% CI on OR in highest quantile excludes 1 and/or p for trend < 0.05

Statistically significant: 95% CI on OR in this quantile excludes 1

<0. Statistically significant: p for trend < 0.05

There is a notable degree of concordance as to the sites at which cancers were observed across all the dietary studies and also with the occupational study by Hidajat, et al., (2019)[cxxxiii] where the exposure was by inhalation of NDMA vapor. As shown in the table above, this is particularly notable for sites such as the stomach, esophagus, colon/rectum and lung which have been the subject of several independent studies in various parts of the world, many of which found significant increases in cancer at these sites. For several sites where one or more studies found a statistically significant incidence of cancer, but another study did not, that latter study in several cases showed an increased risk at that site even if it was not statistically significant. Some studies showed increased incidence in at least one exposure quantile but no clear dose-response trend was seen. These observations suggest that for these non-positive studies there is a lack of power or a lack of precision in the exposure estimation, rather than a lack of effect. This can also be seen in the results for some of the less frequently studies sites such as the bladder and prostate pancreas, where at least one or two studies found statistically significant incidence of cancer and one or more other studies were showed increased hazard ratios although these were not statistically significant.



CONFIDENTIAL INFORMATION

Cancers of the bladder and prostate were clearly identified by Hidajat et al.[xxx] but although both were found to show increased hazard ratios in dietary studies (Jakszyn et al., 2011[clvii], 2012[clviii]; Loh et al., (2019)[clxxii]) the latter findings were not statistically significant, probably due to the limitations of the dietary studies. Cancer of the pancreas was found by Hidajat et al.[xxx], although only a weak and non-significant effect at that site was seen by Zheng et al[clxix]. Hidajat et al.[xxx] also found a possible increase in cancer of the larynx, but this did not meet their criteria for significance and dose response. However, another study (Rogers et al.[clxvi] ) also found an increased risk of cancer of the larynx, although they too did not find statistical significance. Among the several sites identified by Hidajat et al. (2019) [xxx] only leukemia, myeloma, non-Hodgkin's lymphoma, and brain cancer were not paralleled by findings in dietary studies, which reflect that these cancers were not explored in case-control studies rather than any clear negative findings. Overall, the level of concordance between Hidajat et al., (2019) [xxx] and the dietary studies is notable in view of the substantial difference between these studies. These differences include that Hidajat studied mortality whereas the dietary studies reported incidence: the route of exposure being inhalation rather than oral, and direct measurement of exposure rather than estimation based on intake and composition of dietary items.

There is also concordance of tumor sites observed epidemiologically with those seen in the animal studies. Although there is no expectation that tumor sites will be the same in humans and in experimental animals, such site concordance is often seen especially as here where NDMA is found to metabolize similarly in animals and humans. As shown in the table below, NDMA is a multisite carcinogen in both humans and rodents. Several of these sites are common between humans and animals. On the other hand, there are well-known differences in species sensitivity between rodents and humans. For instance, with most carcinogens metabolized to DNA reactive metabolites, rodents are relatively resistant to bladder cancer because they do not retain urine in the bladder. Because of this, exposure of the bladder epithelium to the metabolites which are DNA reactive or break down to such intermediates is much less than in species, such as humans, which do retain urine in the bladder. (This is illustrated by the species sensitivities to β-naphthylamine [clxxiii]). In the case of NDMA, the rodents are not reported to show bladder tumors like humans, although other parts of the urinary system (kidney) are sensitive in rodents.



CONFIDENTIAL INFORMATION

| Mice | Rats | Humans |
|---|---|---|
| Liver | liver | Liver |
| Lung | lung | Lung |
| | nasal cavity | Larynx |
| kidney | kidney | Bladder |
| haemangioendothelial sarcomas | haemangioendothelial sarcomas | |
| testis (seminoma) | testis | Prostate |
| leukemia | | Leukemia |
| | | Multiple myeloma |
| | | Non-Hodgkin's lymphoma |
| | tongue | Oral cavity |
| | | Esophagus |
| | stomach | Stomach |
| | | Proximal colon |
| | | Rectum |
| | pancreas | Pancreas |
| | mammary gland | |
| | thyroid | Brain |



CONFIDENTIAL INFORMATION

Comparison of trends with NDMA exposure across studies

Dose-response is a key element in understanding the impact of a carcinogenic exposure. As described previously, the observation of a smooth and continuous relationship between the dose received and the response (either incidence of or mortality from cancer) is one of the criteria used by Bradford Hill in evaluating the inference of causality of a chemical exposure associated with increased cancer risk. The relation between dose and risk is also fundamental in risk assessment, which seeks to describe the additional cancer risk experienced by a population exposed to a chemical or other carcinogenic agent. Also as noted previously, this dose-response relationship for carcinogens is generally found to be linear, at least at low doses. The dose is therefore described by the slope of the dose-response curve, otherwise referred to as the cancer potency.

In order to compare findings across the multiple studies of NDMA described here, the slope values for increment in hazard ratio per mg of cumulative exposure to NDMA were computed for studies where a significant trend was observed. The values for hazard ratio for individual quartiles were selected to include an appropriate multivariate analysis[xiError! Bookmark not defined.] where this was reported. The use of cumulative intake as the dose measure facilitates comparison of studies with different exposure routes, schedules or durations. These analyses are shown below. The data are also shown graphically to assist appreciation of the dose-response for individual cancer sites and studies.

*Hidajat et al., 2019*[cxxxiiixxx]

Oral equivalent cumulative doses are reported here as minimum, median and maximum estimates as described in the previous section, and corresponding slope values are shown to give an indication of the impact of alternative assumptions about uptake of inhaled NDMA on the cumulative intake values. (A maximum estimate of the oral equivalent cumulative intake results in a minimum estimate of the slope of the dose-response). Graphical presentations are shown using the median values.

| Quartile | Oral equiv. Cumulative mg (min) | Oral equiv. Cumulative mg (median) | Oral equiv. Cumulative mg (max) |
|---|---|---|---|
| I (<3.12) | 2.6 | 3.0 | 3.4 |
| II (3.12–5.96) | 7.6 | 8.7 | 9.8 |
| III (5.96–9.67) | 13.1 | 15.0 | 16.9 |
| IV (>9.67) | 19.4 | 22.1 | 24.9 |



CONFIDENTIAL INFORMATION

| **Malignancy** | **Exposure quartile** | **sHR** | **Parameter** | **value** |
|---|---|---|---|---|
| **All malignant neoplasms** | I | 1 | $R^2$ | 0.97670 |
| | II | 1.32 | slope (median) | 0.05859 |
| | III | 1.83 | slope (min) | 0.06696 |
| | IV | 2.08 | slope (max) | 0.05208 |
| Bladder | I | 1 | $R^2$ | 0.96855 |
| | II | 1.57 | slope (median) | 0.09891 |
| | III | 2.45 | slope (min) | 0.11304 |
| | IV | 2.82 | slope (max) | 0.08792 |
| Lung | I | 1 | $R^2$ | 0.97608 |
| | II | 1.21 | slope (median) | 0.03796 |
| | III | 1.54 | slope (min) | 0.04338 |
| | IV | 1.7 | slope (max) | 0.03374 |
| Stomach | I | 1 | $R^2$ | 0.93502 |
| | II | 1.32 | slope (median) | 0.03814 |
| | III | 1.62 | slope (min) | 0.04359 |
| | IV | 1.72 | slope (max) | 0.03390 |
| Leukaemia | I | 1 | $R^2$ | 0.89907 |
| | II | 1.52 | slope (median) | 0.14274 |
| | III | 3.27 | slope (min) | 0.16314 |
| | IV | 3.47 | slope (max) | 0.12688 |
| Multiple myeloma | I | 1 | $R^2$ | 0.88287 |
| | II | 1.59 | slope (median) | 0.10261 |
| | III | 2.78 | slope (min) | 0.11727 |
| | IV | 2.81 | slope (max) | 0.09121 |
| Non-Hodgkin's lymphoma | I | 1 | $R^2$ | 0.90693 |
| | II | 1.51 | slope (median) | 0.06829 |
| | III | 2.17 | slope (min) | 0.07804 |
| | IV | 2.25 | slope (max) | 0.06070 |
| Oesophagus | I | 1 | $R^2$ | 0.99317 |
| | II | 1.7 | slope (median) | 0.10713 |
| | III | 2.43 | slope (min) | 0.12244 |
| | IV | 3.04 | slope (max) | 0.09523 |
| Prostate | I | 1 | $R^2$ | 0.92987 |
| | II | 2.32 | slope (median) | 0.24318 |
| | III | 4.87 | slope (min) | 0.27792 |
| | IV | 5.36 | slope (max) | 0.21616 |
| Larynx | I | 1 | $R^2$ | 0.14132 |
| | II | 1.71 | slope (median) | 0.01355 |
| | III | 1.49 | slope (min) | 0.01549 |
| | IV | 1.39 | slope (max) | 0.01205 |



CONFIDENTIAL INFORMATION

| Malignancy | Exposure quartile | sHR | Parameter | value |
|---|---|---|---|---|
| Brain | I | 1 | $R^2$ | 0.77362 |
| | II | 1.3 | slope (median) | 0.07159 |
| | III | 1.26 | slope (min) | 0.08181 |
| | IV | 2.5 | slope (max) | 0.06363 |
| Pancreas | I | 1 | $R^2$ | 0.98314 |
| | II | 1.59 | slope (median) | 0.08426 |
| | III | 2.19 | slope (min) | 0.09630 |
| | IV | 2.6 | slope (max) | 0.07490 |
| Liver | I | 1 | $R^2$ | 0.98442 |
| | II | 1.53 | slope (median) | 0.09481 |
| | III | 1.96 | slope (min) | 0.10836 |
| | IV | 2.86 | slope (max) | 0.08428 |

These data are presented as figures with cumulative intake of NDMA on the x-axis and hazard ratio on the y-axis.  A positive dose-response is shown by a relatively linear upward trend of the points for successive quartiles.



CONFIDENTIAL INFORMATION












CONFIDENTIAL INFORMATION












CONFIDENTIAL INFORMATION


Non-Hodgkin's lymphoma
Hazard ratio
2.5
2
1.5
1
0.5
0
0.0
5.0
10.0
15.0
20.0
25.0
NDMA cumulative mg


Oesophagus
Hazard ratio
3.5
3
2.5
2
1.5
1
0.5
0
0.0
5.0
10.0
15.0
20.0
25.0
NDMA cumulative mg


Prostate
Hazard ratio
6
5
4
3
2
1
0
0.0
5.0
10.0
15.0
20.0
25.0
NDMA cumulative mg









CONFIDENTIAL INFORMATION







*De Stefani et al., 1996*[cxlvi]

For this study the most inclusive assumptions about the cumulative intake are based on the subjects starting the adult diet at age 10. However, in order to illustrate the effect of this assumption about dietary patterns, the dose-response slope is also shown calculated for starting the adult diet at age 16. There appears to be some degree of divergence in this study between the first quartile and the trend of the second and higher quartiles, so the trend for quartiles II – IV is also shown. Trends with NDMA exposure were noted for all lung cancers, squamous cell cancer and adenocarcinoma. For small cell cancers there was no trend for all quartiles, but the slope of the dose response did increase with higher exposures to NDMA, and a trend was seen for quartiles II – IV.



CONFIDENTIAL INFORMATION

| | Start diet at 10 | Start diet at 16 |
|---|---|---|
| **Quartile** | **Cumulative mg** | **Cumulative mg** |
| I (≤0.13) | 1.3 | 1.1 |
| II ( 0.14-0.18) | 2.9 | 2.6 |
| III (0.19–0.26) | 4.0 | 3.7 |
| IV (≥0.27) | 5.5 | 5.0 |

| **Lung cancer** | **Quartile NDMA** | **sHR** | | **$R^2$** | **Slope (diet 16)** | **Slope (diet 10)** |
|---|---|---|---|---|---|---|
| All types | I | 1 | I - IV | 0.79380 | 0.57124 | 0.51888 |
| | II | 0.88 | II - IV only | 0.99612 | 0.96103 | 0.87295 |
| | III | 1.77 | | | | |
| | IV | 3.14 | | | | |
| Squamous cell | I | 1 | I - IV | 0.88299 | 0.59292 | 0.53858 |
| | II | 1.08 | II - IV only | 0.96126 | 0.84981 | 0.77193 |
| | III | 2.34 | | | | |
| | IV | 3.11 | | | | |
| Small cell | I | 1 | I - IV | 0.53803 | 0.34338 | 0.31191 |
| | II | 0.78 | II - IV only | 0.86201 | 0.70745 | 0.64261 |
| | III | 0.93 | | | | |
| | IV | 2.41 | | | | |
| Adenocarcinoma | I | 1 | I - IV | 0.83790 | 0.98441 | 0.89419 |
| | II | 0.87 | II - IV only | 0.99387 | 1.56018 | 1.41719 |
| | III | 2.78 | | | | |
| | IV | 4.57 | | | | |

Graphical representations of the dose response are shown for cumulative intakes based on starting the adult diet at age 16.






CONFIDENTIAL INFORMATION












CONFIDENTIAL INFORMATION

*De Stefani et al., 1998*[cxlvii]

The dose-response slope for stomach cancer in this study is shown with cumulative exposures calculated for starting the adult diet at ages 16 and 10, to illustrate the effect of different assumptions about dietary patterns. As shown in the table, this effect is not large in comparison to the calculated values of cumulative intake. In the graph the cumulative dose of NDMA assuming adult diet started at 10 is used, which is the more inclusive scenario, and the median value for the odds ratio is used.

| Stomach cancer | Start diet at 10 | Start diet at 16 | |
|---|---|---|---|
| **Quartile** | **Cumulative mg** | **Cumulative mg** | **OR** |
| I (≤0.14) | 1.4 | 1.3 | 1 |
| II ( 0.15-0.18) | 3.2 | 2.9 | 2.07 |
| III (0.19–0.26) | 4.5 | 4.0 | 3.23 |
| IV (≥0.27) | 6.1 | 5.5 | 3.62 |

| | |
|---|---|
| $R^2$ | 0.96034 |
| Slope (diet 16) | 0.65130 |
| Slope (diet 10) | 0.58038 |






CONFIDENTIAL INFORMATION

Goodman et al., 1992[cliv]

In order to illustrate the range of uncertainty due to assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16. The median value for the odds ratio is used. In the graphs the cumulative dose of NDMA assuming adult diet started at 10 is used.

**Goodman et al., 1992**

| | | Start diet at 10 | | Start diet at 16 | | |
|---|---|---|---|---|---|---|
| **Quartile** | **Median µg/week** | **Cumulative µg** | **Cumulative mg** | **Cumulative µg** | **Cumulative mg** | |
| I (< 0.07) | 0.035 | 98.28 | 0.10 | 87.36 | 0.09 | |
| II (0.07-0.35) | 0.21 | 589.68 | 0.59 | 524.16 | 0.52 | |
| III (0.35-0.7) | 0.525 | 1474.2 | 1.47 | 1310.4 | 1.31 | |
| IV (> 0.7) | 0.875 | 2457 | 2.46 | 2184 | 2.18 | 0.125 |

| | | |
|---|---|---|
| Mean age - | 64 | |
| Start diet at age | 10 | 16 |
| Years on diet | 54 | 48 |
| Weeks on diet | 2808 | 2496 |

**Lung Cancer**



CONFIDENTIAL INFORMATION




*Keszei et al., 2013*[clvi]

In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16. The median value for the odds ratio is used. In the graphs the cumulative dose of NDMA assuming adult diet started at 10 is used, which is the more inclusive scenario. Calculations are shown for esophageal and gastric cancers in males: data for these endpoints were also obtained for females but their increases in cancers were not statistically significant.

| | | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|---|
| | **Tertile NDMA** | **Total Cumulative NDMA mg** | **Total Cumulative NDMA mg** | **sHR** | | |
| Males | | | | | | |
| Esophageal squamous cell carcinoma | 1 | 0.74 | 0.65 | 1 | $R^2$ | 0.99736 |
| | 2 | 1.41 | 1.27 | 1.21 | slope 16 | 0.46901 |
| | 3 | 4.09 | 3.76 | 2.43 | slope 10 | 0.43531 |
| Gastric noncardia adenocarcinoma | 1 | 0.74 | 0.65 | 1 | $R^2$ | 0.99038 |
| | 2 | 1.41 | 1.27 | 1.09 | slope 16 | 0.09653 |
| | 3 | 4.09 | 3.76 | 1.31 | slope 10 | 0.08964 |



CONFIDENTIAL INFORMATION







*LaVecchia et al., 1995*[clx]

In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16. The median value for the odds ratio is used. The graph shows the dose-response for stomach cancer with the cumulative dose of NDMA, assuming adult diet started at 10 is used, which is the more inclusive scenario

| Stomach cancer | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|
| Tertile NDMA | Cumulative NDMA mg | Cumulative NDMA mg | sHR | | |
| 1 (≤ 0.130) | 1.11 | 0.97 | 1 | $R^2$ | 0.87526 |
| 2 (0.131-0.190) | 2.74 | 2.39 | 1.11 | slope 16 | 0.15296 |
| 3 (≥0.191) | 3.76 | 3.27 | 1.37 | slope 10 | 0.13326 |




*Larsson et al., 2006*[cl]
In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16. The median value for the odds ratio is used. The graph shows the dose-response for stomach cancer with the cumulative dose of NDMA, assuming adult diet started at 10 is used, which is the more inclusive scenario

| | | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|---|
| | Quintile NDMA | Cumulative NDMA mg | Cumulative NDMA mg | sHR | | |
| Stomach cancer | I | 0.27 | 0.23 | 1 | $R^2$ | 0.806675 |
| | II | 0.97 | 0.83 | 1.03 | slope 16 | 0.27571 |
| | III | 1.55 | 1.34 | 1.66 | slope 10 | 0.23759 |
| | IV | 2.39 | 2.06 | 1.6 | | |
| | V | 4.39 | 3.78 | 1.96 | | |



CONFIDENTIAL INFORMATION




*Loh et al., 2011*[clxxii]

In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for all cancers in all study participants and for men only, starting the adult diet at ages 10 and 16. Dietary analyses and assignment to quartiles of NDMA intake were provided across all study participants: more men than women were in the higher intake quartiles.

| | | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|---|
| **ALL CANCERS** | **Quartile NDMA** | **Cumulative NDMA mg** | **Cumulative NDMA mg** | **sHR** | **Parameter** | **Value** |
| **All (n = 23,363)** | I | 0.30 | 0.27 | 1 | $R^2$ | 0.85106 |
| | II | 0.59 | 0.52 | 1.07 | slope 16 | 0.07467 |
| | III | 0.94 | 0.83 | 1.05 | slope 10 | 0.06511 |
| | IV | 2.17 | 1.90 | 1.14 | | |
| **Men (n = 10,783)** | I | 0.30 | 0.27 | 1 | $R^2$ | 0.86384 |
| | II | 0.59 | 0.52 | 1.12 | slope 16 | 0.12720 |
| | III | 0.94 | 0.83 | 1.11 | slope 10 | 0.11089 |
| | IV | 2.17 | 1.90 | 1.24 | | |

The graph shows the dose-response for all cancers with the cumulative dose of NDMA, assuming adult diet started at 10 is used, which is the more inclusive scenario.



CONFIDENTIAL INFORMATION




These authors reported significant dose-response for all cancers in all study subjects and in men, but the results were not significant for women. They also reported trends for various specific sites but did not present the results by quartiles for these cancers. The cancers identified in this study included esophageal, stomach, colon, rectum, breast, prostate, lung, and ovarian cancers. Cancers of the esophagus, stomach, colon, and rectum were also grouped under gastrointestinal cancers. The rest of cancers in the study population were categorized as "others". Significant trends were reported for all gastrointestinal cancers and for rectal cancer. Slopes were reported per 50 ng per day, which was calculated to be equivalent to 0.89 mg cumulative dose assuming this dose started at age 10.

| Cancer site | n (cases) | OR, 95% CI per 50 ng/d NDMA | P | Increment per 50 ng/d | Increment per cumulative mg |
|---|---|---|---|---|---|
| Rectum | 137 | 1.46 | 0.001 | 0.46 | 0.52 |
| | | 1.16, 1.84 | | | |
| Gastrointestinal | 532 | 1.13 | 0.04 | 0.13 | 0.15 |
| | | 1.00, 1.28 | | | |
| Others | 1462 | 1.11 | 0.007 | 0.11 | 0.12 |
| | | 1.03, 1.19 | | | |

*Pobel 1995*[clxiv]

The dose-response slope for gastric adenocarcinoma is shown calculated for starting the adult diet at ages 16 and 10 to illustrate the effect of assumptions about dietary patterns. Dietary analyses and assignment to tertiles of NDMA intake were calculated across all study participants.



CONFIDENTIAL INFORMATION

| | Start diet at 10 | Start diet at 16 | | | | |
|---|---|---|---|---|---|---|
| **Tertile NDMA** | **Cumulative mg** | **Cumulative mg** | **OR** | (95% CI) | | |
| 1 | 3.02 | 2.70 | 1 | | $R^2$ | 0.999374 |
| 2 | 5.60 | 5.01 | 4.13 | 0.93-18.27 | slope 16 | 1.298068 |
| 3 | 8.19 | 7.32 | 7.00 | 1.85-26.46 | slope 10 | 1.160388 |

The graph shows rates of gastric adenocarcinoma as a function of NDMA exposure, using the scenario in which the adult diet was started at age 10. Substantial odds ratios for stomach cancer were observed in the two higher tertiles of NDMA exposure relative to the lower tertile.

The linear dose-response trend was very significant, with $R^2 = 0.999$. The dose-response slope assuming adult diet started at age 10 was 1.16. The increment of OR per mg of cumulative exposure: for adult diet starting at age 16 the slope was 1.30




*Rogers et al., 1995*[clxvi]
In order to illustrate the range of uncertainty due to assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 16 and 10.

| | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|
| **Tertile NDMA** | **Cumulative mg** | **Cumulative mg** | **OR** | | |
| | | | **Larynx** | | |
| 1 | 0.57 | 0.50 | 1 | $R^2$ | 0.86395 |



CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 2 | 2.27 | 2.01 | 1.11 | slope 16 | 0.23316 |
| 3 | 3.96 | 3.50 | 1.7 | slope 10 | 0.20626 |
| | | | **Esophagus** | | |
| 1 | | | 1 | $R^2$ | 0.97444 |
| 2 | | | 1.31 | slope 16 | 0.28651 |
| 3 | | | 1.86 | slope 10 | 0.25345 |
| | | | **Oral cavity** | | |
| 1 | | | 1 | $R^2$ | 0.98078 |
| 2 | | | 1.51 | slope 16 | 0.27325 |
| 3 | | | 1.82 | slope 10 | 0.24172 |

In the graphs the cumulative dose of NDMA assuming adult diet started at 10 is used, which is considered the more plausible scenario.









CONFIDENTIAL INFORMATION




Zhu et al., 2014[clxxiv]

| | Start diet at 10 | Start diet at 16 | | | | |
|---|---|---|---|---|---|---|
| | Cumulative | Cumulative | All colorectal | | Proximal colon | |
| Quintile NDMA | mg | mg | OR | 95% CI | OR | 95% CI |
| I | 0.55 | 0.49 | 1 | | 1 | |
| II | 1.29 | 1.14 | 1.06 | 0.83,1.37 | 0.96 | 0.72,1.28 |
| III | 3.69 | 3.25 | 1.13 | 0.87,1.47 | 1.08 | 0.79,1.46 |
| IV | 14.20 | 12.52 | 1.22 | 0.92,1.63 | 1.11 | 0.80,1.53 |
| V | 42.24 | 37.23 | 1.42 | 1.03,1.96 | 1.58 | 0.80,1.67 |
| | | P for trend | 0.005 | | 0.003 | |
| | | $R^2$ | 0.93492 | | 0.96612 | |
| | | slope 16 | 0.01024 | | 0.01588 | |
| | | slope 10 | 0.00903 | | 0.01399 | |
| | | | Distal colon | | Rectum | |
| I | | | 1 | | 1 | |
| II | | | 1.06 | 0.77,1.45 | 1.06 | 0.77,1.45 |
| III | | | 1.24 | 0.89,1.72 | 1.19 | 0.86,1.66 |
| IV | | | 0.97 | 0.68,1.39 | 1.15 | 0.81,1.63 |
| V | | | 1.37 | 0.93,2.01 | 1.61 | 1.11,2.35 |
| | | P for trend | 0.2 | | 0.01 | |
| | | $R^2$ | 0.46937 | | 0.91905 | |
| | | slope 16 | | | 0.01486 | |
| | | slope 10 | | | 0.01310 | |

Significantly elevated odds ratios in the highest quintile of NDMA exposure were reported for all colorectal cancers and for cancers of the rectum. Significant trends were observed for these



CONFIDENTIAL INFORMATION

cancers and also for cancers of the proximal colon. The graphs shown below reflect the cumulative exposures calculated assuming the adult diet started at age 10. On visual inspection, the graphs for individual cancer sites show an overall trend of increasing odds ratio with increasing NDMA exposure. However, quintiles 3 and 4 appear to deviate somewhat, quintile 3 appearing above the trend line and quintile 4 below it. For proximal colon and rectum this deviation is minor and does not greatly impact the linear correlation ($R^2$) or slope calculation. The impact of this deviation is proportionately much greater for the distal colon, so the overall trend is not significant for this cancer category. It is still possible to discern an overall dose-response trend ($R^2 = 0.98$) if the two deviating quintiles are ignored as outliers. This probably indicates some degree of exposure misclassification, or asymmetric distribution of intakes within the quintiles, for the distal colon cancer cases.









CONFIDENTIAL INFORMATION









CONFIDENTIAL INFORMATION

## Consolidated Slopes

Consolidated Slopes

The following table consolidates the dose response slopes (increment in hazard ratio per mg cumulative exposure to NDMA) for the occupational and dietary studies described.  The slopes presented here were calculated using cumulative exposure calculations based on the adult diet starting at age 10 in the dietary studies.



CONFIDENTIAL INFORMATION

| Malignancy | subtype | | Hidajat et al., 2019 | De Stefani et al., 1996* | De Stefani et al., 1998 | Goodman et al., 1992 | Keszei et al., 2013 | La Vecchia et al., 1995 | Larsson et al., 2006 | Loh et al., 2011 | Pobel et al., 1995 | Rogers et al., 1995 | Zhu et al., 2014 | Mean slope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All malignant neoplasms | All subjects | R2 | | | | | | | | 0.8511 | | | | |
| | | slope | | | | | | | | 0.0651 | | | | 0.0651 |
| | Men only | R2 | 0.9761 | | | | | | | 0.8638 | | | | |
| | | slope | 0.0586 | | | | | | | 0.1109 | | | | 0.0847 |
| Bladder | | R2 | 0.9685 | | | | | | | | | | | |
| | | slope | 0.0989 | | | | | | | | | | | 0.0989 |
| Lung - all types | All subjects | R2 | | 0.7938 | | | | | | | | | | |
| | | slope | | 0.5189 | | | | | | | | | | 0.5189 |
| | Men | R2 | 0.9761 | | | 0.9560 | | | | | | | | |
| | | slope | 0.0380 | | | 0.9818 | | | | | | | | 0.9818 |
| | Women | R2 | | | | 0.9804 | | | | | | | | |
| | | slope | | | | 0.6938 | | | | | | | | 0.6938 |
| Lung - subtypes (all subjects) | Squamous cell | R2 | | 0.8830 | | | | | | | | | | |
| | | slope | | 0.5386 | | | | | | | | | | 0.5386 |
| | Small cell | R2 | | 0.5380 | | | | | | | | | | |
| | | slope | | 0.3119 | | | | | | | | | | 0.3119 |
| | Adeno-carcinoma | R2 | | 0.8379 | | | | | | | | | | |
| | | slope | | 0.8942 | | | | | | | | | | 0.8942 |
| All Gastro-intestinal | | R2 | | | | | | | | | | | | |
| | | slope | | | | | | | | 0.1671 | | | | 0.1671 |
| Oral cavity | | R2 | | | | | | | | | | 0.9808 | | |
| | | slope | | | | | | | | | | 0.2417 | | 0.2417 |
| Stomach | All types | R2 | 0.9350 | | 0.9603 | | | 0.8753 | 0.8067 | | | | | |
| | | slope | 0.0381 | | 0.5804 | | | 0.1333 | 0.2376 | | | | | 0.2473 |



CONFIDENTIAL INFORMATION

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adeno-carcinoma | R2 | | | | | 0.9904 | | | 0.9994 | | | |
| | | slope | | | | | 0.0896 | | | 1.1604 | | | 0.6250 |
| Leukaemia | | R2 | 0.8991 | | | | | | | | | | |
| | | slope | 0.1427 | | | | | | | | | | 0.1427 |
| Multiple myeloma | | R2 | 0.8829 | | | | | | | | | | |
| | | slope | 0.1026 | | | | | | | | | | 0.1026 |
| Non-Hodgkin's lymphoma | | R2 | 0.9069 | | | | | | | | | | |
| | | slope | 0.0683 | | | | | | | | | | 0.0683 |
| Esophagus | All types | R2 | 0.9932 | | | | | | | | 0.9744 | | |
| | | slope | 0.1071 | | | | | | | | 0.2535 | | 0.1803 |
| | squamous cell ca. | R2 | | | | | 0.9974 | | | | | | |
| | | slope | | | | | 0.4353 | | | | | | 0.4353 |
| All colorectal | | R2 | | | | | | | | | | 0.9349 | |
| | | slope | | | | | | | | | | 0.0090 | 0.0090 |
| Proximal colon | | R2 | | | | | | | | | | 0.9661 | |
| | | slope | | | | | | | | | | 0.0140 | 0.0140 |
| Rectum | | R2 | | | | | | | | | | 0.9191 | |
| | | slope | | | | | | | 0.5913 | | | 0.0131 | 0.3022 |
| Prostate | | R2 | 0.9299 | | | | | | | | | | |
| | | slope | 0.2432 | | | | | | | | | | 0.2432 |
| Larynx | | R2 | 0.1413 | | | | | | | | 0.8639 | | |
| | | slope | 0.0136 | | | | | | | | 0.2063 | | 0.2063 |
| Brain | | R2 | 0.7736 | | | | | | | | | | |
| | | slope | 0.0716 | | | | | | | | | | 0.0716 |
| Pancreas | | R2 | 0.9831 | | | | | | | | | | |
| | | slope | 0.0843 | | | | | | | | | | 0.0843 |
| Liver | | R2 | 0.9844 | | | | | | | | | | |
| | | slope | 0.0948 | | | | | | | | | | 0.0948 |

* quartiles 1 - 4



CONFIDENTIAL INFORMATION


Discordant by route?
incident cases
mortality

This table consolidates the dose-response slopes (increment in hazard ratio per mg cumulative exposure to NDMA) for the occupational and dietary studies described. The trends for increased hazard ratio with increasing exposure to NDMA in these studies are significant in most cases where statistically informative numbers of cases were reported. Notably, the dose-response is relatively linear. In examining these regression analyses it is important to note that the reference group (lowest percentile in most of these reports) is not a zero-exposure group. Bearing this in mind, these data support the conclusion of a linear dose-response at least at the relatively low doses observed in the dietary studies. Also notable is that where the occupational study by Hidajat et al., (2019) in which exposure was by inhalation, reported similar cancer endpoints to the dietary studies, the slope of the dose-response for some endpoints was comparable. Exceptions to this were for stomach cancers (all types), the lung and for the larynx. In the case of the lung and stomach cancers there was actually a fairly wide variation among the dietary studies which reported this endpoint, but these were consistently higher that the slope calculated for the data of Hidajat et al. (2019) I believe that this is an indication of some route specificity for this endpoint which is at the point of most direct exposure in the dietary studies.

There are significant differences in the estimated cumulative exposures reported by Hidajat et al., (2019) compared to those in the dietary studies. The occupational exposure values are based on area sampling (from the stationary samplers) and the personal samplers. The values were higher (almost double) for the stationary samplers than most of the personal samplers recorded. Also, the estimated cumulative values were based on averages for the work groups. While this is a standard approach for this type of data, the fact that the distribution of individual measured values has a long tail toward the high end may have weighted this average to a higher value than that experienced by most of the subjects. Thus, although the approach used by Hidajat to estimate exposures is reasonable and reliable for the purpose of that study, it may have produced higher exposure values (and thus lower slope values) for those subjects compared to the more individual bodily exposure estimates used in the dietary studies. Additionally, these values were tied to mortality and not morbidity making the analysis very conservative.

Hidajat et al. (2019), De Stefani et al., and Goodman et al. report clear associations with lung cancer, but the slopes reported by Goodman et al. and De Stefani et al. are substantially higher than that found by Hidajat et al. The findings of laryngeal cancer in the Hidajat et al. study are somewhat uncertain since a clear trend is not displayed across all quartiles, but nevertheless the observation of some such cancer is supportive of the more substantial findings in the study by Rogers et al.



CONFIDENTIAL INFORMATION

## Dose-response for cancer following NDMA exposure: animal studies and epidemiological evidence

The preceding narratives illustrate the evidence available on the overall shape of the dose-response for cancer resulting from exposure to NDMA. This evidence comes both from the animal studies and the epidemiology studies. As described earlier, regulatory authorities have produced risk assessment guidance which clearly states that dose-response for chemically induced cancer is expected to be linear at low doses. This is based on a range of evidence including cancer incidence rates and mechanistic studies of the processes involved in chemical carcinogenesis. This linearity is particularly, although not exclusively, assumed for carcinogens which have a direct impact on DNA as evidenced by genotoxic activity, and chemical reactivity of the compound itself or its metabolites. US EPA specifies in their guidelines [xxi] for cancer risk assessment as follows:

" Linear extrapolation should be used when there are MOA data to indicate that the dose response curve is expected to have a linear component below the POD. Agents that are generally considered to be linear in this region include:

• agents that are DNA-reactive and have direct mutagenic activity, or

• agents for which human exposures or body burdens are high and near doses associated with key precursor events in the carcinogenic process, so that background exposures to this and other agents operating through a common mode of action are in the increasing, approximately linear, portion of the dose-response curve."

NDMA belongs in this category, based on the extensive genotoxicity and related evidence described in this report. Doses received in the human studies are substantial enough to not only cause measurable tumor incidence, but also where key precursor events such as metabolism can be detected. This guidance on use of low dose linearity is similar to the various statements by other regulatory and advisory bodies such as US FDA, ATSDR, and various state health and environmental agencies.

There is also evidence of linear dependence of the tumor incidence with dose in animal studies with NDMA. The extensive investigation of NDMA and NDEA in rats by Peto et al.[clxxv] described earlier[xxviixxvii] is not only important in describing the dose response for NDMA, but is one of the fundamental pieces of evidence relied upon by risk assessors and scientists in understanding carcinogen dose response in general. That study is generally seen as being the upper limit in size and power of what is technically and economically possible in an animal carcinogenesis bioassay. It showed consistency of the tumor response with the multistage model (described earlier) which explicitly features linearity of response at low doses. It is also interesting that an earlier and much more limited study (Terracini et al., 1967[lxxxiii]) also described apparent low-dose linearity, despite having attempted to identify a threshold dose for tumor induction by NDMA. This evidence from animal studies and associated mechanistic evidence such as genotoxicity is why the dose response for NDMA carcinogenicity is linear. (The model predicts



CONFIDENTIAL INFORMATION

the possibility of supra linear dose response at higher doses, but this has not generally been seen for NDMA because the doses at which this might be seen clearly are lethal before tumors can appear).

Because NDMA is identified as a mutagenic carcinogen in several species and is listed as a probable human carcinogen, FDA uses linear extrapolation to $TD_{50}$ to derive the AI for NDMA. The $TD_{50}$ value for NDMA are 0.0959 mg/kg/day (rat) based on the Peto study and 0.189 mg/kg/day (mouse) based on the Carcinogenicity Potency Database (CPDB). The lower, more conservative value for rat is used, and the resulting AI associated with a 1 in 100,000 cancer risk over 70 years of exposure is calculated by dividing the $TD_{50}$ by 50,000 and then multiplying 50 for a patient with a 50-kg body weight, resulting in 0.0000959 mg/day NDMA or 96 ng/day.[clxxvi]

In addition to this clear evidence from animal studies it is consistent and confirming that the epidemiological studies described here show many examples of linear dose-response with NDMA exposure. Although these studies are not powered and as precise as a laboratory-based study, they clearly support the conclusion that the NDMA dose-response is linear, at human exposure levels encountered in real situations such as occupational and dietary exposure. A laboratory-based study dosing people with NDMA or ranitidine with similar quantities of NDMA seen in these epidemiological studies to assess cancer rates is impossible and unethical to do.

Evaluation of causality for NDMA and the NDMA in ranitidine as a human carcinogen

The animal studies of NDMA carcinogenicity overwhelmingly confirm that NDMA causes cancerous tumors in multiple organs including the bladder, esophagus, liver, pancreas and stomach. The data available from epidemiological studies show that NDMA is a multisite carcinogen in humans, and that the dose-response is linear at least in the range of exposures relevant to impacts on human health in both dietary and occupational contexts. These findings weigh heavily in confirming numerous Bradford Hill factors. The number of similar results, their statistical significance and the high potency of NDMA as a carcinogen satisfy the factor of strength, consistency and coherence. Both animal and human studies address the requirement of temporality by their design. Biological plausibility is supported by extensive findings of genotoxicity by NDMA, and by mechanistic studies including measurement of DNA adducts and demonstration of the metabolism of NDMA to a reactive intermediate. Dose-response is consistently observed in both the animal and the human studies. Although cancers have multiple causes, the consistency of tumor sites between studies and species addresses the requirement of specificity. Although human experimental evidence is lacking for practical and ethical reasons the experimental evidence in animals is very extensive. The extent to which these factors are extensively met for NDMA carcinogenicity is consistent with the evaluations by IARC and numerous regulatory authorities that NDMA is a human carcinogen, since those evaluations explicitly or implicitly rely on the Bradford Hill criteria to reach their conclusions.



CONFIDENTIAL INFORMATION

## Epidemiological studies of ranitidine use and the relationship with NDMA exposure

The data from the occupational and dietary studies of human exposure to NDMA are directly relevant to the risk/causality assessment of NDMA exposures from other sources, since the impact of NDMA is dose-related and additive to any other carcinogenic exposures which may also occur.

This is of particular importance in assessing the potential impact of exogenous and endogenous formation of NDMA in ranitidine. The dietary exposures are by a similar route and at comparable levels to those experienced by ranitidine users. Comparison of dietary and occupational studies shows NDMA carcinogenic effects are consistent across different routes of exposure and over a substantial range of exposure levels. These findings, and also comparison of the effects of human exposure to NDMA with the animal studies, establish NDMA as a multisite carcinogen and provide quantitative measures of the dose-response.

This establishes a concern over NDMA exposure as a result of its presence as a degradant and breakdown product of ranitidine for exogenous exposure and also for endogenous exposure. In response to this concern, several epidemiological studies of cancer incidence in ranitidine users have been undertaken. These are recent studies: the end point of cancer for ranitidine users was not carefully evaluated previously because the presence of NDMA in ranitidine was only identified to the regulatory bodies in 2019. These studies particularly sought to identify any association between ranitidine use and cancers of the types associated with NDMA exposure. An aim of several of these studies is to distinguish between cancers associated with exposure to ranitidine and/or its contaminants and any increased cancer incidence as part of the conditions (e.g., excessive gastric acidity and esophageal reflux) which prompted ranitidine use. Strategies to address this question include studies of patients using alternative drugs with different contaminants and mechanisms of action which are also used for these conditions.



CONFIDENTIAL INFORMATION

Because the concern for cancer in ranitidine users was only recently identified, the studies generally are either of limited duration for follow-up or based on extended retrospective analyses of exiting data sets. The inevitable shorter follow-up time, and small numbers of subjects in some studies, necessarily limit the power of these studies to detect effects. Another problem in interpreting these studies is that many of them reported the level of exposure to ranitidine and other drugs in non-quantitative terms: “users” vs. “non-users” or classified by the number of prescriptions given without specifying the size of duration of those prescriptions. This limitation of the exposure description reduces the power to demonstrate an effect of ranitidine use in these studies and extrapolate and quantify dose-response. These studies are potentially useful in identifying an association between ranitidine use and cancer and a qualitative assessment of dose-response is possible, but an evaluation of the response to actual doses of ranitidine is not available where this has not been measured. Most of the studies described here were of limited power due to this imprecise description of exposure to ranitidine where individuals were included in the studies with only 1 Zantac prescription (Chow/Habel) or if they used Zantac for most days of the week for the last 4 weeks. Iwagami et al.[clxxvii] described the usage of H2RAs by subjects in their study in some detail, showing the considerable variation in timing and dose, as illustrated in the following figure and table from that paper.



CONFIDENTIAL INFORMATION

**Study flow chart.** ***H2 blockers*** **histamine 2 receptor antagonists,** ***JMDC*** **Japan Medical Data Center**






CONFIDENTIAL INFORMATION

The study used the JMDC database, comprising 96,339 patients starting ranitidine or nizatidine and 503,982 patients starting other H2 blockers. Of the 503,982 patients, 17,406 patients subsequently started ranitidine/nizatidine and were therefore included in the ranitidine/nizatidine groups new users of ranitidine/nizatidine from that time onward. Dosage data are shown in the following table.

| | Number of prescriptions | Median prescribed daily dose mg/day | DDD; | IQR (mg/day) |
|---|---|---|---|---|
| **Ranitidine/nizatidine group** | | | | |
| Total | 270,984 | | | |
| ranitidine | 120,509 | 150 | 0.5 | 150–300 |
| nizatidine | 150,475 | 150 | 0.5 | 150–300 |
| Median DDDs | 6 | | | |
| IQR (DDDs) | 3–14 | | | |
| **Other H2 blockers group** | | | | |
| Total | 1,482,150 | | | |
| cimetidine | 109,572 | 400 | 0.5 | 400–600 |
| famotidine | 1,159,323 | 20 | 0.5 | 0.5–1 |
| roxatidine | 33,376 | 150 | 1 | 75–150 |
| lafutidine | 179,879 | 20 | 1 | 10–20 |
| Median DDDs | 6 | | | |
| IQR (DDDs) | 3–14 | | | |

IQR = interquartile range

Several studies reported central tendencies for the odds ratio for ranitidine users *vs.* controls for some tissue targets but lacked the power to detect a statistically significant effect (see the study descriptions below and the following table). The only study that evaluated and quantified long term ranitidine use (prescription use was measured with 1-6 prescriptions up to >36 prescriptions) reported a positive association of cancer with ranitidine exposure which also provided quantifiable exposure data was the study of bladder cancer incidence by Cardwell et al. (2021)[clxxviii].



CONFIDENTIAL INFORMATION

Review of Epidemiological Studies of Ranitidine use
Brief descriptions of some of the relevant studies follow:

*Adami et al. (2021)*[clxxix]
This was a cohort study using based on Danish National Prescription Registry data. [clxxx] The results from the final Adami study seem to be quite different compared to the original pre-published version, which was not explained. There was an increased crude risk compared to other H2-blockers for stomach cancer and pancreatic cancer, though it was not significant when using their version of multivariate analysis. Although the study was large, there were a number of limitations, especially pertaining to exposure assessment, including lack of information on exposure based on over-the-counter use, use before 1996, or based on cross-over from ranitidine to other acid blocking medications. These exposure measurement problems led me to conclude that the study likely understated the cancer risk for ranitidine. I also note that the study did not provide any information on the risk of use vs non-use of ranitidine, which is the question of importance in my analysis. The study reported various versions of the odds ratios and significance. The crude hazard ratios showed elevated risk of stomach cancer (HR = 1.28; 95% CI: 1.07-1.54), esophageal cancer (HR = 1.34; 95% CI: 1.14-1.58), esophageal adenocarcinoma (HR = 1.66; 95% CI: 1.29-2.13) and pancreatic cancer (HR = 1.18; 95% CI 1.05-1.32) where the comparison group was other H2 receptor antagonists. As noted by the above confidence intervals, these results were statistically significant. However other reported values were not, based on the adjusted values shown in the main report and the IPT (stabilized-inverse-probability-of-treatment) calculations. The study overall contributed very little to an understanding of whether ranitidine causes human cancers.

**Users of ranitidine versus users of other H2RAs**

| | Ranitidine | | Comparison | | | |
|---|---|---|---|---|---|---|
| | Events | Person years | Events | Person years | Hazard ratio | (95%CI) |
| **Esophageal cancer** | 261 | 1,522,653 | 398 | 2,534,090 | 1.09 | 0.91-1.29) |
| adenocarcinoma | 105 | 1,522,808 | 133 | 2,534,288 | 1.3 | 1.01-1.68) |
| squamous cell carcinoma | 73 | 1,522,905 | 113 | 2,534,393 | 1.07 | 0.80--1.44) |
| **Stomach cancer** | 331 | 1,522,485 | 564 | 2,533,517 | 0.98 | 0.84-1.14) |
| proximal | 149 | 1,522,796 | 257 | 2,534,075 | 0.96 | 0.76--1.21) |
| distal | 651 | 1,522,863 | 151 | 2,534,155 | 0.72 | 0.54--0.97) |
| unknown/several regions | 191 | 1,522,846 | 283 | 2,534,330 | 1.07 | 0.93-1.36) |
| **Hepatocellular carcinoma** | 127 | 1,522,856 | 235 | 2,534,285 | 0.89 | 0.72-1.10) |



CONFIDENTIAL INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **Pancreatic cancer** | 498 | 1,522,599 | 850 | 2,533,886 | 0.97 | 0.87-1.10) |

| | | Ranitidine | | Comparison | | |
|---|---|---|---|---|---|---|
| | Events | Person years | Events | Person years | Hazard ratio | (95%CI) |
| **Esophageal cancer** | **276** | **1,411,683** | 392 | 2,640,226 | 1.34 | (1.14-1.58) |
| adenocarcinoma | 115 | 1,411,840 | 133 | 2,640,420 | 1.66 | (1.29--2.13) |
| squamous cell carcinoma | 73 | 1,411,954 | 114 | 2,640,535 | 1.21 | (0.91-1.60) |
| **Stomach cancer** | **342** | **1,411,530** | **560** | **2,639,646** | **1.15** | **(0.99--1.33)** |
| proximal | 154 | 1,411,850 | 251 | 2,640,220 | 1.16 | (093-145) |
| distal | 71 | 1,411,903 | 151 | 2,640,290 | 0.88 | (0.66--1.16) |
| unknown/several regions | 196 | 1,411,900 | 287 | 2,640,460 | 1.28 | (1.07-1.54) |
| **Hepatocellular carcinoma** | 133 | **1,411,907** | **228** | **2,640,427** | **1.13** | **(0.92-1.39)** |
| **Pancreatic cancer** | 517 | 1,411,659 | 835 | 2,640,020 | 1.18 | (1.05-1.32) |

| | |
|---|---|
| | Statistically significant |
| | Elevated HR |

Key points of study design:

1. This is a study of ranitidine use that provides no information on the NDMA levels to which study subjects were exposed. The authors note that the levels of NDMA in ranitidine were highly variable between batches, and probably also with time.
2. This study compares ranitidine users with users of other drugs used to treat gastric acid hypersecretion. This is a relevant comparison since there have been arguments that the gastric problems themselves may influence the incidence of stomach and esophageal cancer. However, it does not directly address the question of whether use of ranitidine is associated with increased cancer risk: there is no untreated control group.



CONFIDENTIAL INFORMATION

3. The exposure to ranitidine and other drugs was ascertained from prescription records. Extent of exposure is based on number of prescriptions: the actual cumulative dose in mass units is not quoted. In the ranitidine group, there appears likely to have been substantial (82% in 2018: Supplemental Table 2) use of over-the-counter ranitidine supplies, and this is true to a lesser extent for other drugs except the PPIs. This certainly questions the accuracy of the exposure determination for both prescription ranitidine users and others, particularly in more recent years, thus weakening the ability of the study to detect an effect.
4. It is not clear from the study narrative exactly how much exposure to ranitidine the individual study participants had. It appears that many of the participants had relatively short exposures (few prescriptions): approximately half of ranitidine users had only one prescription although some had longer use.
5. Follow-up for the participants varied considerably: while some participants were followed for up to 20 years, many were observed for shorter periods and the mean follow-up time for ranitidine users was 14 years. To the extent that follow-up is reduced the ability of the study to detect an effect is weakened.

In view of the limitations in the degree of exposure to ranitidine and in the accuracy of determining this, and the considerable variation in level of exposure and length of follow-up, the power of the study to determine the presence or absence of an effect appears relatively low. (The authors did not provide any quantitative statement of what they believe to be the power of this study.) The failure to observe any substantial statistically significant differences between users of ranitidine and of other H2RAs or PPIs is therefore not informative.

*Braunstein et al., 2021*

This study[clxxxi] used a cross-sectional analysis among 10,347 oncology patients newly presenting to Memorial Sloan Kettering Cancer Center with localized invasive or *in situ* disease between 2013 and 2019. Analyses were limited to those self-reporting ranitidine use or an active comparator (other H2RA or PPI) at the time of initial cancer diagnosis. Researchers calculated the odds of those who presented with cancer at one of the 12 cancer sites. Results are shown in the following table.

**Associations between Ranitidine vs Active Comparator Use and Site-Specific Cancer**

| | Cases N (%) | Control (All other Cancers) N (%) | Unadjusted OR (95% CI) | Adjusted OR[a] (95% CI) |
|---|---|---|---|---|
| All Participants | | | | |
| Lung Cancer | | | | |
| Non-Ranitidine Only | 818 (93.0%) | 8658 (91.5%) | REF | REF |
| Ranitidine Only | 62 (7.1%) | 809 (8.5%) | 0.81 (0.61, 1.05) | 0.80 (0.60, 1.03) |
| Colorectal Cancer | | | | |
| Non-Ranitidine Only | 440 (95.7%) | 9036 (91.4%) | REF | REF |



CONFIDENTIAL INFORMATION

| | Cases N (%) | Control (All other Cancers) N (%) | Unadjusted OR (95% CI) | Adjusted OR[a] (95% CI) |
|---|---|---|---|---|
| Ranitidine Only | 20 (4.3%) | 851 (8.6%) | 0.48 (0.30, 0.74) | 0.48 (0.30, 0.74) |
| Thyroid Cancer | | | | |
| Non-Ranitidine Only | 136 (85.5%) | 9340 (91.7%) | REF | REF |
| Ranitidine Only | 23 (14.5%) | 848 (8.3%) | 1.86 (1.16, 2.85) | 1.89 (1.18, 2.92) |
| Kidney Cancer | | | | |
| Non-Ranitidine Only | 219 (89.8%) | 9257 (91.6%) | REF | REF |
| Ranitidine Only | 25 (10.2%) | 846 (8.4%) | 1.25 (0.80, 1.86) | 1.34 (0.86, 2.00) |
| Bladder Cancer | | | | |
| Non-Ranitidine Only | 301 (88.5%) | 9175 (91.7%) | REF | REF |
| Ranitidine Only | 39 (11.5%) | 832 (8.3%) | 1.43 (1.00, 1.98) | 1.58 (1.10, 2.21) |
| Melanoma | | | | |
| Non-Ranitidine Only | 128 (88.9%) | 9348 (91.6%) | REF | |
| Ranitidine Only | 16 (11.1%) | 855 (8.4%) | 1.37 (0.78, 2.24) | 1.41 (0.80, 2.32) |
| Brain Cancer | | | | |
| Non-Ranitidine Only | 326 (95.0%) | 9150 (91.5%) | REF | REF |
| Ranitidine Only | 17 (5.0%) | 854 (8.5%) | 0.56 (0.33, 0.89) | 0.56 (0.33, 0.89) |
| Hematologic Cancer[b] | | | | |
| Non-Ranitidine Only | 1367 (92.1%) | 8109 (91.5%) | REF | REF |
| Ranitidine Only | 117 (7.9%) | 754 (8.5%) | 0.92 (0.75, 1.12) | 0.94 (0.76, 1.15) |
| Restricted to Women | | | | |
| Breast Cancer | | | | |
| Non-Ranitidine Only | 759 (87.6%) | 3931 (91.2%) | REF | REF |
| Ranitidine Only | 107 (12.4%) | 378 (8.8%) | 1.47 (1.16, 1.84) | 1.58 (1.23, 2.01) |
| Ovarian Cancer | | | | |
| Non-Ranitidine Only | 166 (87.4%) | 4524 (90.8%) | REF | REF |
| Ranitidine Only | 24 (12.6%) | 461 (9.2%) | 1.42 (0.89, 2.16) | 1.39 (0.87, 2.13) |
| Endometrial Cancer | | | | |
| Non-Ranitidine Only | 164 (91.6%) | 4526 (90.6%) | REF | REF |
| Ranitidine Only | 15 (8.4%) | 470 (9.4%) | 0.88 (0.49, 1.46) | 0.99 (0.55, 1.65) |
| Restricted to Men | | | | |
| Prostate Cancer | | | | |
| Non-Ranitidine Only | 484 (88.5%) | 4302 (93.0%) | REF | REF |
| Ranitidine Only | 63 (11.5%) | 323 (7.0%) | 1.73 (1.29, 2.29) | 1.80 (1.34, 2.39) |

[a] Adjusted for age (grouped linear; <50, 50-<60, 60-<70, 70-<80, 80+), sex, race (categorical; White, Black, Asian Other/Unknown), ethnicity (categorical; Non-Hispanic, Hispanic, Unknown), and BMI (categorical; <25, 25-<30, 30+, Missing) in models with all participants. Adjusted models for cancers restricted to women and cancers restricted to men did not include sex.

[b] Defined as leukemia, lymphoma, and bone marrow cancers.



CONFIDENTIAL INFORMATION

Use of ranitidine, versus active comparators, was associated with a significant increase in the adjusted odds ratio of presenting with bladder (OR=1.58; 95%CI: 1.10-2.21), breast (OR=1.58; 95%CI: 1.23-2.01), thyroid (OR=1.89; 95%CI: 1.18-2.92), and prostate (OR=1.80; 95%CI: 1.34-2.39) cancers. Ranitidine, conversely, was inversely associated with colorectal cancer (OR=0.48; 95%CI: 0.30-0.74), brain cancer (OR=0.56; 95%CI: 0.33-0.89), and lung cancer (OR=0.80; 95%CI: 0.60-1.03). Additionally cancers that were evaluated included, thyroid (OR=1.89; 95%CI: 1.18-2.92), kidney (OR=1.34; 95%CI: .86-2.00), melonoma (OR=1.41; 95%CI: 0.80-2.32), hematologic (OR=0.94; 95%CI: 0.76-1.15), ovarian (OR=1.39; 95%CI: 0.87-2.13) and endometrial (OR=0.99; 95%CI: 0.55-1.65) cancers.

While this was a large cohort, some of the weaknesses of this study include the lack of a control group of unaffected patients. Further, this study was an observational cross-sectional study that did not consider any available data on dose or duration of use and had no data on prior use, so no dose-resplonse evaluation is possible. The authors acknowledge that this study should be viewed as “hypothesis-generating.” I give this study little weight.

*Cardwell et al. (2021)*
This case-control study[clxxviii] examines the use of prescription ranitidine in bladder cancer patients, with a comparison group of similar individuals who did not have a cancer diagnosis for whom ranitidine use data were available. Data were obtained from a Scottish database of health statistics (Primary Care Clinical Information Unit Research, PCCIUR) also examined in several other of these recent reports. Similar comparisons were made in users of other histamine-2 receptor blockers (H2Bs) or of proton pump inhibitors (PPIs - another type of treatment for gastrointestinal reflux and related problems). Doses of these drugs were determined as the cumulative number of defined daily doses (DDDs), a measure developed by the WHO to allow comparison between different drugs. The DDD is the assumed average maintenance dose per day in adults. For ranitidine, 1 DDD is 300 mg[clxxxii].

In this study a nested design allows comparison of different classes of user, including ranitidine users with different levels of cumulative use of ranitidine. Odds ratios (ORs) for bladder cancer in the various defined groups of cases relative to controls were developed and adjustments applied to allow for variations in factors possibly affecting cancer incidence. The adjustment model contained age, gastroesophageal reflux disease, Barrett’s esophagus, peptic ulcer, urinary tract infections/cystitis and various comorbidities (diabetes, myocardial infarction, coronary heart disease, heart failure, peripheral vascular disease, dementia, cerebrovascular disease, chronic obstructive pulmonary disease, osteoporosis, severe mental illness, rheumatological disease, renal disease, liver disease, irritable bowel disease, and human immunodeficiency viruses), and celecoxib use (Celecoxib is a selective non-steroidal anti-inflammatory drug used to treat arthritis). The full model used also corrected for smoking status. Odds ratios for bladder cancer were elevated in all the dose groups of users, and these elevations were statistically significant for all users (OR = 1.20, 95% CI = 1.06–1.36) and in the highest dose group (OR =1.45, 95% CI = 1.09–1.93).



CONFIDENTIAL INFORMATION

Calculations were made for the median cumulative use of ranitidine in the various dose subgroups, in total mg, using the definition of a DDD for ranitidine given above. For the top group (> 1095 DDD) a median was estimated based on the assumption of use equivalent to between 3 and 5 years at 1 DDD. For these various groups the increment in OR per mg of cumulative exposure was calculated. The cumulative dose for the entire group of ranitidine users was also calculated (since it was not given in the paper) by determining the average exposure across all dose subgroups, weighted by the number of individuals in each group. Calculations are shown in the attached table.

| Ranitidine Use (DDDs) | years @ 1 DDD | n | DDD median | DDD x n | Dose mg | OR | Increment in OR/mg |
|---|---|---|---|---|---|---|---|
| none | | 2805 | 0 | | 0 | 1 | 0 |
| 1 to 182 | <0.5 | 214 | 91 | 19474 | 27300 | 1.18 | 6.59341E-06 |
| 182 to 365 | 0.5 to 1 | 58 | 273.5 | 15863 | 82050 | 1.24 | 2.92505E-06 |
| 365 to 1095 | 1 to 3 | 106 | 730 | 77380 | 219000 | 1.17 | 7.76256E-07 |
| > 1095 | 3 to 5(?) | 77 | 1460 | 112420 | 438000 | 1.43 | 9.81735E-07 |
| all | | 455 | 494.8 | | 148442 | 1.22 | 1.48206E-06 |

1 DDD = 300

n = number of subjects in group




The increment in OR for bladder cancer per mg of cumulative exposure varies from 7.8 x $10^{-7}$ for the 365 to 1095 DDD group to 6.6 x $10^{-6}$ for the 1 to 182 DDD group. There was an overall linear correlation between dose and odds ratio for bladder cancer (mean slope = 7.23E-07, $R^2$ = 0.71). As shown in the graph, the slope (increment in OR per mg) is high in the lowest exposure



CONFIDENTIAL INFORMATION

group (1 to 182 DDD) and also elevated, although less so in the second group (182 to 365). The two highest groups show similar values for the increment in OR with dose, within the likely uncertainty of the calculation. Since these low-dose groups necessarily involve shorter duration of exposure, this may reflect rates nearer to the time of diagnosis which may be affected by additional factors. However, the measured exposure period ended 1 year before the date of diagnosis (cases) or enrollment (controls), to reduce the risk of reverse causality and exclude exposures that are unlikely to have had sufficient time for cancer to be observed. Associations were similar after removing prescriptions in the 2 years before diagnosis. There could also be differences in response and interactions with other conditions in these groups. Given its larger base of subjects, the overall result of $1.5 \times 10^{-6}$ per mg of cumulative exposure for all ranitidine users is probably the most reliable figure. The study authors found that the odds ratio result for all users was statistically significant ($p = 0.005$).

This study demonstrates that a certain amount of ranitidine exposure leads to statistically significant increased cancer risks. Cardwell et al. found that at only 3 years of usage there is a statistically significant increased risk of bladder cancer. Many Zantac users have used Zantac for at least 3 years. So this study supports the question of dose for general causation: at doses ingested by US population cancers are being caused. There was a clear dose-response relationship demonstrating increased risk with increased use/exposure.

A limitation of this study was the lack of over the counter acid-suppressant drug use information which has potential to lead to misclassification of exposure. The authors did note non-prescription sales only account for about 10% of ranitidine sales during this time.

*Chow et al. (1995)*[clxxxiii]
This was a case-control study of adenocarcinoma of the esophagus and gastric cardia conducted in Southern California, examining the relationship between these cancers and various gastroesophageal conditions. Data were also obtained on the use of drugs including ranitidine to treat these conditions. Doses of these drugs were estimated from prescription number only, which prevents making a quantitative determination of cumulative dose. This reduces the possibility of seeing a clear dose-response. Data were reported for all H2Bs: an OR of 1.5 (95% Cl, 0.4 to 5.4). Data for ranitidine and other H2Bs were not reported individually but were said to be "similar". An odds ratio of 4 for stomach cancer was seen in the group with highest exposure to H2Bs, but this effect mostly disappeared with the composite condition correction applied. No impact on cancer was seen for PPIs.

*Habel et al. (2000)*
This paper[clxxxiv] describes a case-control study, based in Northern California, which is mainly about cimetidine, but also includes data on ranitidine. Exposure data was limited to "users" and "non-users": there was no quantitation. Elevated ORs were reported for stomach/esophagus and pancreas in ranitidine users. Relative risks were also elevated for all cancers, lung, prostate and kidney/bladder, but these were of borderline significance due to the small number of cases. Findings for cimetidine were dismissed as linked to treatment of



CONFIDENTIAL INFORMATION

symptoms for existing cancer since the increase was confined to cases reported soon after first use, but this effect was not so noticeable for ranitidine users. There were relatively few ranitidine user cases (they had 81 vs.336 cancer cases for cimetidine). This small number of cases reduces the power of the study to observe a clear effect for ranitidine. The limited definition of exposure as users and nonusers not only prevents dose-response analysis but also limits the ability to identify a significant effect: the authors note that although they did not have the actual data on use rates or duration it is likely that the majority of the users were short-term users of H2RA drugs.

**Relative risks of cancer associated with ranitidine use**

| | No. cases | RR | 95% CI Lower | 95% CI Upper |
|---|---|---|---|---|
| All sites | 81 | 1.26 | 1.01 | 1.58 |
| Prostate | 19 | 1.57 | 1 | 2.48 |
| Breast | 10 | 0.92 | 0.49 | 1.71 |
| Uterine | 1 | 0.52 | 0.07 | 3.73 |
| Ovarian | 1 | 0.77 | 0.11 | 5.55 |
| Lung: bronchus | 15 | 1.5 | 0.9 | 2.51 |
| Colon: rectum | 7 | 0.82 | 0.39 | 1.74 |
| Esophagus: stomach | 6 | 2.42 | 1.07 | 5.49 |
| Pancreas | 5 | 2.6 | 1.06 | 6.38 |
| Kidney: bladder | 7 | 1.56 | 0.74 | 3.3 |
| Melanoma | 2 | 0.67 | 0.17 | 2.69 |
| Lymphoma: myeloma: leukemia | 5 | 0.91 | 0.38 | 2.19 |

*Hsu et al (2013)*

This study[clxxxv] is a nested case-control study examining. 640,173 type 2 diabetes patients were identified using the Taiwan National Health Insurance (NHI) claims database in 2000. The patients were followed from 2000 to earliest of cancer diagnosis, death, disenrollment from the health insurance, or December 31, 2007. Researchers collected information on the use of H2 blockers, including cimetidine, ranitidine, famotidine, nizatidine, and roxatidine. Cumulative dosage of the medications was calculated. Then average daily dose was then calculated by dividing the cumulative dosage by the follow-up duration. During the follow-up period, 3,527 incidents of lung cancer were identified and matched to 14,108 controls. The odds ratio for lung cancer was 1.27, 95% CI 1.13-1.42 for ranitidine use in the unadjusted analysis. Adjusted analyses were conducted with all H2RAs combined demonstrating OR 1.02 (0.93-1.11) for any use, with OR 0.60 (0.38-0.96) for ≥ 360 DDD. Individual H2 blocker adjusted odds ratios were not provided.



CONFIDENTIAL INFORMATION

Strengths of this study include the large dataset. Weaknesses of this study include that a dose-response analysis and adjusted odds ratio was not reported for ranitidine users. The follow-up period, at 7 years, is short. Further, the study does not account for over-the-counter ranitidine therapies and then number of filled prescriptions actually ingested is unknown. The study is also limited to Type 2 diabetes patients, restricting the findings to that cohort of individuals.

*Iwagami et al. (2021)*
In this study[clxxxvi] based on a central database of health care users in Japan, users of ranitidine and/or nizatidine were compared with users of other H2RA drugs. These authors determined doses of the drugs in DDDs, allowing comparison of different drugs, noting that as proposed by the World Health Organization, one DDD is 300 mg/day for ranitidine. None of the comparisons made showed statistically significant differences (see table below). Thus the authors found no evidence that ranitidine/nizatidine is associated with an increased risk of cancer, although they noted that further studies with more accurate measurement of exposure, inclusion of older people, and longer follow-up may be needed. Nearly all analyses in the study lumped in ranitidine users with nizatidine users. When separate analyses of just ranitidine users were performed, the authors excluded the group of users who used both ranitidine and nizatidine for this analysis. This group of users who used both ranitidine and nizatidine (as opposed to only ranitidine or nizatidine) had a higher incidence of cancers. The median follow-up period was 2.4 year which is likely too short to observe an association. Additionally, the authors while they did not find a dose-response relationship stated that they could not state whether a high dose of ranitidine/nizatidine use was associated with an increased risk of cancer because the limited sample size and statistical power.



CONFIDENTIAL INFORMATION

| | **New users of ranitidine or nizatidine** | | | **New users of other H2 blockers** | | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of outcomes / patients | Amount of population -time of follow-up (PY) | Crude rate [/1000 PY] (95% CI) | No. of outcomes/ patients | Amount of population -time of follow-up (PY) | Crude rate [/1000 PY] (95% CI) | Crude HR (95%CI) | Adj HR[a] (95%CI) |
| Specific cancers (ranitidine or nizatidine users vs other blocker users)) | | | | | | | | |
| Breast | 341/ 57,902 | 173,018 | 1.97 (1.77–2.19) | 1254/ 247,050 | 673,294 | 1.86 (1.76–1.97) | 1.05 (0.93–1.19) | 1.04 (0.92–1.17) |
| Colorectal | 359/ 113,745 | 362,698 | 0.99 (0.89–1.10) | 1428/ 503,982 | 1,481,549 | 0.96 (0.92–1.02) | 1.04 (0.92–1.16) | 1.02 (0.91–1.15) |
| Gastric cancer | 288/ 113,745 | 362,935 | 0.79 (0.71–0.89) | 1085/ 503,982 | 1,482,392 | 0.73 (0.69–0.78) | 1.11 (0.97–1.26) | 1.09 (0.96–1.24) |
| All cancers (vs other H2 blocker users) | | | | | | | | |
| Ranitidine users | 945/ 46,771 | 150,762 | 6.27 (5.88–6.68) | 9038/ 503,982 | 1,464,596 | 6.17(6.05–6.30) | 1.03 (0.96–1.10) | 1.01 (0.95–1.08) |
| Nizatidine users | 1193/ 64,219 | 193,188 | 6.17 (5.83–6.54) | 9038/ 503,982 | 1,464,596 | 6.17 (6.05–6.30) | 1.00 (0.95–1.07) | 0.98 (0.92–1.04) |

*Kantor et al. (2020)*

This study[clxxxvii] used the UK Biobank, a large prospective cohort also examined in several other papers described here, to determine any associations of a range of cancers with ranitidine and omeprazole use. In this study there was relatively short follow-up (median case follow-up 6.7 years) while cancer latency for the cancers studied is generally longer (discussed by Hidajat et al.[cxxxiii xxx], who considered a 15-year latency period). Exposure classification was based on self-reported "regular use" defined as "most days of the week" for the last 4 weeks before enrollment. Since exposure was self-reported with few details, "[W]e were unable to examine associations by dose or distinguish long- *vs*. short-term use". Description of dose was confined to user/ non-user. This prevents examination of dose-response. Findings of various cancers for users of ranitidine vs. non-users and vs users of omeprazole are shown in the table below.



CONFIDENTIAL INFORMATION

**Association between Ranitidine and Cancer Risk.**

| PRIMARY ANALYSIS: Overall Cancer and Common Cancer Sites | | | | |
|---|---|---|---|---|
| | Cohort N (%) | Case N (%) | Minimally-Adjusted[a] HR (95% CI) | Multivariable-Adjusted[b] HR (95% CI) |
| Overall Cancer[c] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 25,665 (97.8) | Reference | Reference |
| Yes | 8,844 (1.9) | 565 (2.2) | 1.06 (0.98, 1.15) | 1.01 (0.93, 1.09) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 1,907 (78.9) | Reference | Reference |
| Regular Ranitidine Use | 8024 (23.5) | 509 (21.1) | 0.95 (0.87, 1.05) | 0.94 (0.85, 1.04) |
| Colorectal Cancer[d] | | | | |
| Regular Ranitidine Use | | | | |
| No | 428,360 (98.1) | 2,664 (97.7) | Reference | Reference |
| Yes | 8,281 (1.9) | 64 (2.3) | 1.17 (0.92, 1.50) | 1.12 (0.88, 1.44) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 24,453 (76.4) | 167 (74.6) | Reference | Reference |
| Regular Ranitidine Use | 7,537 (23.6) | 57 (25.4) | 1.26 (0.93, 1.71) | 1.25 (0.92, 1.69) |
| Lung Cancer[e] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 1,783 (97.3) | Reference | Reference |
| Yes | 8,844 (1.9) | 50 (2.7) | 1.32 (1.00, 1.75) | 0.96 (0.72, 1.27) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 199 (81.6) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 45 (18.4) | 0.84 (0.60, 1.16) | 0.76 (0.55, 1.06) |
| Breast Cancer[f,g] | | | | |
| Regular Ranitidine Use | | | | |
| No | 235,859 (98.1) | 4,989 (97.8) | Reference | Reference |
| Yes | 4,677 (1.9) | 110 (2.2) | 1.08 (0.89, 1.30) | 1.04 (0.86, 1.26) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 14,525 (77.3) | 324 (76.1) | Reference | Reference |
| Regular Ranitidine Use | 4,267 (22.7) | 102 (23.9) | 1.09 (0.87, 1.36) | 1.08 (0.86, 1.35) |
| Prostate Cancer[h,i] | | | | |
| Regular Ranitidine Use | | | | |
| No | 196,195 (98.1) | 5,067 (98.1) | Reference | Reference |
| Yes | 3,785 (1.9) | 97 (1.9) | 0.96 (0.78, 1.17) | 1.01 (0.82, 1.23) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 10,377 (75.2) | 309 (78.6) | Reference | Reference |
| Regular Ranitidine Use | 3,424 (24.8) | 84 (21.4) | 1.00 (0.78, 1.27) | 1.02 (0.80, 1.30) |



CONFIDENTIAL INFORMATION

| EXPLORATORY ANALYSIS: Less-Common Cancer Sites | | | | |
|---|---|---|---|---|
| | Cohort N (%) | Case N (%) | Minimally-Adjusted[a] HR (95% CI) | Multivariable-Adjusted[b] HR (95% CI) |
| Liver Cancer[j] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 249 (95.0) | Reference | Reference |
| Yes | 8,844 (1.9) | 13 (5.0) | 2.49 (1.43, 4.35) | 1.91 (1.09, 3.36) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 37 (77.1) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 11 (22.9) | 1.10 (0.56, 2.16) | 1.15 (0.58, 2.26) |
| Kidney Cancer[k] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 691 (98.7) | Reference | Reference |
| Yes | 8,844 (1.9) | 9 (1.3) | 0.63 (0.33, 1.22) | 0.53 (0.27, 1.02) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 74 (90.2) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 8 (9.8) | 0.39 (0.19, 0.81) | 0.39 (0.19, 0.82) |
| Bladder Cancer[l] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 538 (97.1) | Reference | Reference |
| Yes | 8,844 (1.9) | 16 (2.9) | 1.44 (0.87, 2.36) | 1.22 (0.74. 2.01) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 36 (73.5) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 13 (26.5) | 1.34 (0.71, 2.54) | 1.30 (0.69, 2.46) |
| Ovarian Cancer[f,m] | | | | |
| Regular Ranitidine Use | | | | |
| No | 225,680 (98.1) | 472 (97.7) | Reference | Reference |
| Yes | 4,284 (1.9) | 11 (2.3) | 1.13 (0.62, 2.06) | 1.11 (0.61, 2.02) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 13,156 (77.1) | 34 (75.6) | Reference | Reference |
| Regular Ranitidine Use | 3,917 (22.9) | 11 (24.4) | 1.17 (0.59, 2.31) | 1.08 (0.54, 2.15) |

[a] Adjusted for age (time axis of analysis), sex, race (white, non-white)
[b] Adjustment variables depend on the outcome of interest
[c] Analyses of overall cancer adjusted for factors listed in footnote a above, as well as
household income (<£18,000; £18,000- 30,999; £31,000-51,999; £52,000-100,000; >£100,000; Do not know/prefer not to answer/missing),
BMI (12.1-25 kg/m2; 25-<30 kg/m2; 30-<35 kg/m2; 35-74.7 kg/m2),
History of smoking status (Never; Former; Current), packyears (0/Non- smokers,0.05-12.5, >12.5-26.3, >26.3-301.0);



CONFIDENTIAL INFORMATION

Alcohol intake (Never; Special occasions only; One to three times a month; One to four times a week; Daily or almost daily);

Physical activity (None; Any moderate; Any vigorous; Do not know/prefer not to answer/missing); diabetes (No; Yes)

d Analyses of colorectal cancer adjusted for factors listed in footnote c above as well as:

History of bowel screening (No; Yes),

Fruit intake (0-<2.0 servings per day; 2.0-2.9 servings per day; 3.0-3.9 servings per day; 4.0-65.0 servings per day),

Vegetable intake (0-<2.0 servings per day; 2.0-2.9 servings per day; 3.0-3.9 servings per day; 4.0-50.0 servings per day),

Red meat intake (0-<1 time per week; 1.0-1.9 times per week; 2.0-2.9 times per week; 3.0-21.0 times per week),

Processed meat intake (Never; <1.0 time per week; 1.0 time per week; >=2.0 times per week; 1.0 or more times per day,

Aspirin intake (No; Yes), non-aspirin NSAID intake (No; Yes),

Menopause status and post-menopausal hormone use (Pre-menopausal/Men; Post- menopausal w/ No PMH; Post-menopausal w/ PMH; Do not know/missing)

[e] Analyses of lung cancer adjusted for factors listed in footnote c above. These were additionally adjusted for history of pre-existing lung disease (No; Yes)

[f] Analyses restricted to women

[g] Analyses of breast cancer adjusted for factors listed in footnote c above, except for sex. This analysis was additionally adjusted for:

History of screening/mammogram (No; Yes), age at menarche (5-<11, 11-12, 14-15, 16-25)

Menopause status and post-menopausal hormone use (Pre-menopausal; Post-menopausal w/ No PMH; Post-menopausal w/ PMH; Do not know/missing), and parity (0; 1-2; 3-22).

[h] Analyses restricted to men

[i] Analyses of prostate cancer adjusted for factors listed in footnote c above, except for sex, as well as prostate specific antigen screening (No; Yes).

[j] Analyses of liver cancer adjusted for factors listed in footnote c above, as well as history of pre-existing liver disease (No; Yes)

[k] Analyses of kidney cancer adjusted for factors listed in footnote c above. We additionally adjusted for NSAID use (No; Yes), and hypertension/hypertension meds (No; Yes – unmedicated; Yes - medicated).

[l] Analyses of bladder cancer adjusted for factors listed in footnote c above

[m] Analyses of ovarian cancer adjusted for factors listed in footnote c above, except for sex. These were additionally adjusted for:

Parity (0; 1-2; 3-22), NSAID use (No; Yes)

Oral contraceptive use (No; Yes)

Menopause status and post-menopausal hormone use (Pre-menopausal; Post-menopausal w/ No PMH; Post-menopausal w/ PMH; Do not know/missing)

History of tubal ligation (No; Yes), and history of hysterectomy (No; Yes).

Women with history of bilateral oophorectomy were excluded from this analysis.



CONFIDENTIAL INFORMATION

*Kim S et al (2021) - Korea*

In this cohort study[clxxxviii], authors examined the potential association between gastric cancer risk and ranitidine use using data retrieved from the Korean National Health Insurance Service (KNIHS). Data on 1,025,340 subjects from the KNHIS was reviewed and 40,887 subjects were divided into three groups: control, subjects prescribed ranitidine and nizatidine, or other histamine-2 blockers (cimetidine, famotidine, roxatidine, and lafutidine) for more than 30 days between January 2002 and December 2008. Results only show data for subjects diagnosed with gastric cancer. The study excluded patients who were diagnosed with any other malignancy between 2002 to 2008 or diagnosed with other malignancies before the diagnosis of gastric cancer and those who died as a result of any cause before 2009. The study also excluded those diagnosed with several other gastric diseases (polyp, erosion, and ulcer since 2009 and patients who were prescribed proton-pump inhibitors.

The authors used a 1:1 propensity score-matching according to age, sex, residential area, household income, disability, NSAID dose, smoking history, and alcohol use. Additionally, the Cox proportional hazard regression model was used to calculate the hazard ratio (HR) and 95% confidence intervals (CI). The study showed no significant difference in the demographic variables among the three groups. The authors reported the ranitidine group was associated with potential gastric cancer development with an adjusted HR of 1.01 (95% CI, 0.86-1.18) whereas the other histamine-2 blockers showed an adjusted HR of 0.98 (95% CI, 0.84-1.15). The authors saw no significant difference between the three groups in terms of subsequent gastric cancer development.

This study did have the strength of nationwide data but the authors noted several limitations. Some of these include that the study did not report dosage or duration of ranitidine use, and that the follow-up period (5 years for this study) was not long enough to fully detect gastric cancer development. The authors combined the ranitidine and nizatidine users into one group which does not allow one to assess the individual drug's impact.

*Kim YD et al. (2021) US*

This cohort study[clxxxix] used the nationwide database, IBM Explorys, to compare risk of developing digestive tract cancers between patients taking ranitidine, famotidine, or omeprazole. Incidence data of malignancies of the esophagus, stomach, liver, pancreas, and colon were obtained in 1-year intervals for up to 10 years but only included patients who were taking acid suppressant drugs at time of cancer diagnosis. Two multivariable logistic regression models were used by the authors to calculate odds ratios (ORs), one adjusting for common risk factors and the other adjusting for demographic factors.

The study's results showed patients on ranitidine when compared to patients on famotidine had ORs of 0.51 (95% CI 0.43-0.60), 0.43(95% CI 0.36-0.51), 0.39(95% CI 0.36-0.41), 0.54(95% CI 0.49-0.62), and 0.46(95% CI 0.43-0.49) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively ($P < 0.001$). The study's results also showed patients on ranitidine when compared to omeprazole patients, had ORs of 0.62 (95% CI 0.52-



CONFIDENTIAL INFORMATION

0.72), 0.58(95% CI 0.49-0.68), 0.81 (95% CI 0.76-0.86), 0.68(95% CI 0.60-0.76), and 0.66(95% CI 0.62-0.70) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers respectively (P< 0.001).

Patients diagnosed with any prior gastrointestinal malignancies and patients who were prescribed more than one anti-reflux medication were excluded from the study to control the effect of confounding factors. Adjusted odds ratios (ORs) were calculated by multivariable logistic regression analysis accounting for only three common risk factors for each cancer type in study. The authors also performed a separate multivariable logistic regression model to account for demographic factors including age, gender, and race.

When adjusted for demographic factors, patients on ranitidine when compared to patients on famotidine had ORs of 0.56 (95% CI 0.45-0.70), 0.49(95% CI 0.40-0.60), 0.38(95% CI 0.34-0.42), 0.50(95% CI 0.42-0.59), and 0.49(95% CI 0.46-0.52) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively (P< 0.001). When adjusted for demographic factors, patients on ranitidine when compared to omeprazole patients, had ORs of 0.80 (95% CI 0.65-0.97), 0.93(95% CI 0.76-1.13), 0.97 (95% CI 0.88-1.07), 0.84(95% CI 0.71-0.99), and 0.97(95% CI 0.90-1.03) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers respectively (P< 0.001).

The authors, using Explorys, identified three cohorts, adults prescribed with either ranitidine, famotidine, or omeprazole. The cohorts were 581,028 patients prescribed ranitidine, 909,970 patients prescribed famotidine, and 2,179,048 patients prescribed omeprazole. Each cohort was further divided into sub-cohorts to identify the incidences of first-time diagnoses of five gastrointestinal malignancies. Of the ranitidine patients, 180 (0.031%), 170 (0.029%), 880 (0.15%), 320 (0.055%) and 1,370 (0.24%) developed new GI esophageal, gastric, hepatic, pancreatic, and colorectal malignancies respectively. Of the famotidine patients, 550 (0.06%), 670 (0.074%), 4,520 (0.5%), 1,120 (0.12%) and 5,330 (0.59%) developed new GI esophageal, gastric, hepatic, pancreatic, and colorectal malignancies respectively. Of the omeprazole patients, 1,260 (0.058%), 1,160 (0.053%), 5,440 (0.25%), 2,060 (0.094%) and 7,190 (0.33%) developed new GI esophageal, gastric, hepatic, pancreatic, and colorectal malignancies respectively.

This study contained multiple issues or limitations that potentially effected results. The authors acknowledged patient-level data was not available. Usage information was lacking and inclusion in study required concurrent use of anti-reflux therapy at time of cancer diagnosis. This could lead to misclassification of exposure. The ranitidine cohort displayed 3.2% lower prevalence of common risk factors for GI malignancies, or the three cohorts had unmeasured confounding factors which may have artificially elevated cancer incidence in the famotidine and omeprazole cohorts. Since all the odds ratios reported are less than 1, these various factors appear to have influenced the results. With all these limitations this study does not appear to be informative as to risks of gastrointestinal cancers in the general population using ranitidine.



CONFIDENTIAL INFORMATION

*Kumar et al. (2021)*

This retrospective multicenter, nationwide cohort study[cxc] evaluated the association of nonproximal gastric adenocarcinoma (GC), among patients with *Helicobacter pylori* (HP), and acid suppression with either ranitidine, other H2RA, or proton pump inhibitor (PPI). 279,505 patients within the Veterans Health Administration were identified with HP and prescribed long-term acid suppression for at least 30 days. The cohort was followed until cancer diagnosis, death, switching to a different acid suppressant category or until December 2018. Approximately 70% of the ranitidine users switched to another acid-suppressant drug, nearly all of them to a PPI, and >80% of the other H2RA users switched to another acid-suppressant drug, with roughly half switching to ranitidine and half to PPIs. Additionally, there was limited information on the long-term risk of cancer for ranitidine users.

The study utilized a multivariable Cox proportional hazards model to evaluate the association of GC and acid suppression type. The authors evaluated multiple covariates shown to be associated with GC including age, gender, race, ethnicity, smoking history, and zip code-level poverty. The study also performed a secondary analysis to evaluate the impact of HP treatment and eradication status on future GCs. The authors included all clinically significant hazard ratios (ORs), p<0.10 for the purpose of model building and all statistical tests were two-tailed, with results achieving significance at predefined level of p. <0.05.

69,157 (24.7%) of the 279,505 cohort members were prescribed ranitidine compared to 6,559 (2.4%) of another H2RAand 203,789 (72.9%) prescribed a PPI. 367 (0.53%) of ranitidine prescribed patients developed gastric cancer. 1,108 (0.54%) of patients prescribed a PPI developed gastric cancer and 49 (0.75%) of patients prescribed a non-ranitidine H2RA developed gastric cancer. A multivariable Cox proportional hazard model evaluating the relationship between the prescribed acid suppressant and future GC was used to compare the three groups. When compared to ranitidine, non-ranitidine H2RA users were more likely to develop future cancer (HR 1.83, 95% CI 1.36-2.45). The authors found no significant difference in the risk of GC between ranitidine and PPI prescribed patients (HR 0.92, 95% CI 0.82-1.04) p<0.001 for the difference between the two groups.

As for the secondary analysis, 27,999 patients from the larger cohort had a positive diagnostic test. Of these 5,243 (18.7%) were prescribed ranitidine and 971 (18.5%) had confirmed HP eradication. 305 (1.1%) were prescribed a different H2RA and 44 (14.4%) of these had confirmed eradication. 4,665 (20.8) of the 22,451 PPI patents had confirmed HP eradication. A multivariable Cox proportional hazard model was used to evaluate the relationship between initially prescribed acid suppressant and future GC among patients with positive diagnostic test for HP considering treatment and eradication status. The authors reported non-ranitidine H2RAs had an increased risk with future GC (HR 3.97, 95% CI 1.36-11.65, p<0.001 among groups) and no difference between ranitidine and PPI users (HR 1.29, 95% CI 0.81-2.05).

The authors provided that multiple study limitations may have impacted results. The authors were unable to determine on an individual level the amount of NDMA consumed or the



CONFIDENTIAL INFORMATION

particular dose-response relationship stemming from the amount of NDMA contaminant (i.e., duration or dosage). The smaller sample size of H2RA patients likely impacted estimates. Using an HP cohort has inherent selection bias due to HP being tested only due to a clinical indication. The study also lacked a control group. The cohort population was also predominately male, 92.9%. Additionally, the possibility for misclassification was present if a patient received care outside of the VHA system, if a patient took OTC versions of an acid suppressant or was prescribed a different form of acid suppressant from another health system. The studies follow-up time (median follow-up time was 4.4 years) could also impact the data. With all these limitations and the fact that the subject population was selected for infection by *H. pylori,* this study does not appear to be informative as to risks of gastrointestinal cancers in the general population using ranitidine although it may inform mechanistic investigations.

*Liu et al. (2020)*
This paper[cxci] used case-control and prospective cohort methodology to examine the association of gastric cancer with PPI or H2RA use in two databases, one in Scotland (PCCIUR) and one (UK Biobank) in England, Scotland and Wales. In the PCCIUR database, doses of any drugs in the two classes (PPI or H2RA) were noted as DDDs. It also covers use of some individual PPIs (omeprazole, lansoprazole) and H2RAs (cimetidine, ranitidine), but does not include any dose information for these: the comparisons shown are only for users *vs.* non-users. They also examined the dependence of gastric cancer risk with time of exposure. Large increases in risk were observed for use of PPI or H2RAin the year before diagnosis, but this was considered to reflect prescription of these drugs to treat symptoms associated with the cancer. Exclusion of the data for use one, two or three years before diagnosis from the analysis greatly reduced the association for PPIs and H2RAs. Increased odds ratios for ranitidine use as opposed to non-use were seen when one year's use prior to diagnosis was excluded. However, although still somewhat elevated, the OR was not significant if use two or three years before the diagnosis was excluded, perhaps because the observation period prior to diagnosis was shortened, reducing the power of the study to measure an effect with this restriction. The UK Biobank analysis only considered use of PPI and any H2RA, and did not find an association of H2RA use with gastric cancer.

**The association between H2RA use and the risk of gastric cancer in the PCCIU database.**

| | | | Unadjusted | Fully adjusted [a] |
|---|---|---|---|---|
| | Case, n (%)/ | Control, n (%) | OR (95% CI) | OR (95% CI) |
| Any H2RA (removing 1 year before the index): H2RA user vs. non-user | | | | |
| All | 199/1119 (17.8) | 689/5394 (12.8) | 1.49 (1.25, 1.77) | 1.44 (1.16, 1.80) |
| Male only | 100/639 (15.6) | 356/3082 (11.6) | 1.42 (1.11, 1.82) | 1.43 (1.05, 1.94) |
| Female only | 99/480 (20.6) | 333/2312 (14.4) | 1.56 (1.21, 2.01) | 1.45 (1.04, 2.01) |
| Ranitidine user vs. non-user | | | | |
| Removing 1 year before the index | 128/1119 (11.4) | 459/5394 (8.5) | 1.39 (1.12, 1.71) | 1.42 (1.10, 1.85) |



CONFIDENTIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| Removing 2 years before the index | 78/862 (9.1) | 341/4126 (8.3) | 1.09 (0.84, 1.42) | 1.22 (0.89, 1.67) |
| Removing 3 years before the index | 57/644 (8.9) | 255/3062 (8.3) | 1.05 (0.77, 1.43) | 1.17 (0.81, 1.68) |

[a] The study matched on age, sex and general practice, and the model included obesity, comorbidities in the exposure period and other medication uses in the exposure period (statins and aspirin). The OR was further adjusted for alcohol and smoking.

A key limitation of the study is that dose or frequency was use is not known and they were unable to adjust for *H. pylori* a risk factor.

*McDowell et al. (2021a)*

This study[cxcii] used case-control methodology applied to the Scottish PCCIUR database used in some other recent studies to examine the association between pancreatic cancer and use of drugs suspected of causing drug-induced pancreatitis. The median exposure period was 8.9 years, which excluded one year before the index date (date of diagnosis of the case in each matched group). This was intended to reduce the risk of reverse causality and exclude medications that are unlikely to have had sufficient time to cause the cancer. The doses were listed only by number of prescriptions. Ranitidine ever use *vs*. non-use showed an adjusted OR of 1.37 (95% CI 1.10, 1.70; p = 0.005). However, the adjusted OR comparing six or more prescriptions with none was 1.24 (95 % CI 0.91, 1.69; p = 0.179), whereas the adjusted OR comparing five or fewer prescriptions with none was 1.49 (95 % CI 1.12.1.99; p = 0.007). In other words, no dose-response was observed in this study. Since this study only reported exposure as number of prescriptions, rather than a quantitative measure of cumulative dose, and did not account for non-prescription use, its ability to demonstrate dose-response is limited.

*McDowell et al (20221b)*

This is a meta-analysis[cxciii] of reported adverse reaction to drugs. They found an association of ranitidine use with bladder cancer, with an adjusted (co-morbidities and smoking) odds ratio of 1.26 (95% CI 1.10 – 1.44) for any number of prescriptions. For ranitidine users with ≥ 6 prescriptions, they found an adjusted (co-morbidities and smoking) odds ratio of 1.28 for bladder cancer.

*McGwin, 2020*

This study[cxciv] analyzed the FDA Adverse Events Reporting System (FAERS) and compared the number of reports of gastrointestinal cancers (esophageal, stomach, colon/rectum and pancreatic) associated with ranitidine against those reported with other PPIs and H2RAs. From 2013 to the first quarter of 2020, there were 637,563 mentions of PPI and H2RAs in FAERS, which represented 143,359 unique events. 13,856 reported adverse events were for ranitidine monotherapy. The researcher used proportionate reporting ratios (PPRs) and 95% confidence intervals to calculate the difference between reports of cancers associated with ranitidine



CONFIDENTIAL INFORMATION

versus the other therapies. The PPRs for esophageal cancer (3.56, 95% CI 2.54-4.98), stomach cancer (1.48, 95% CI 1.08-2.01), colon/rectum cancer (16.31, 95% CI 12.58-21.14), liver cancer (2.64, 95% CI 1.76-3.96), and pancreatic cancer (2.18, 95% CI 1.34-3.54) were statistically significant.

The FAERS database is based on the adverse events that the reported information was not validated. There was no exposure information on dose and duration evaluated and this was based on adverse event reports. As such, while I considered this study, I did not ascribe weight to it in my analysis.

*Michaud et al. (2004)*
This was a prospective study[cxcv] with a 14 year follow-up to assess the association between history of peptic ulcer disease (self-reported) and the risk of bladder cancer for health professionals. The study used the data from the Health Professionals Follow-up Study that was initiated in 1986 where 51,529 predominantly white men ages 40-75 completed a detailed questionnaire on medical history, diet and other characteristics. Follow-up questionnaires were sent every 2 years to surviving cohort members to update medical information and other time-dependent variables.

The cohort excluded men diagnosed with cancer before 1986 (excluding nonmelanoma skin cancer), those with incomplete diet data, death date before baseline questionnaire return date, and any with missing dates of birth. The remaining 47,848 men eligible for follow-up were further assessed for smoking, medication use, including use of H2RA, ranitidine and cimetidine, and/or NSAIDs, diet, and other factors. At baseline, participants were asked if they ever had gastric or duodenal ulcers and, if so, diagnosis dates and asked this again in 1988. The study analyses was derived from self-reported ulcers diagnosed before 1986 (from the 1986 and 1988 responses). Medical records for ulcer diagnosis pre-1986 were not available. The authors raised a possibility that some ulcers may have been misclassified in the study. Self-reported bladder cancer diagnosis was confirmed with medical records.

The study found that a history of gastric ulcer was associated with a significantly increased risk of bladder cancer.

*Table 2* Relation between gastric and duodenum ulcers and bladder cancer incidence in the Health Professionals Follow-up Study, 1986–2000

| | Gastric ulcer | | | Duodenum ulcer | | |
|---|---|---|---|---|---|---|
| | Case no. | Relative risk[a] (95% confidence interval) | Multivariate relative risk[b] (95% confidence interval) | Case no. | Relative risk[a] (95% confidence interval) | Multivariate relative risk[b] (95% confidence interval) |
| None | 388 | 1.0 | 1.0 | 378 | 1.0 | 1.0 |
| Ever | 26 | 1.74 (1.16–2.62) | 1.55 (1.03–2.33) | 36 | 1.09 (0.77–1.55) | 0.97 (0.68–1.38) |
| Before 1955 | 3 | 1.38 (0.44–4.34) | 1.19 (0.38–3.77) | 9 | 0.90 (0.46–1.76) | 0.79 (0.40–1.55) |
| 1955–64 | 6 | 1.90 (0.82–4.39) | 1.58 (0.68–3.66) | 10 | 1.20 (0.64–2.26) | 1.11 (0.59–2.10) |
| 1965–74 | 7 | 2.55 (1.19–5.50) | 2.31 (1.06–4.99) | 8 | 1.58 (0.78–3.21) | 1.43 (0.70–2.92) |
| 1975–86 | 5 | 1.13 (0.46–2.75) | 1.07 (0.44–2.61) | 8 | 1.25 (0.59–2.66) | 1.08 (0.51–2.31) |
| Unknown date | 5 | 2.10 (0.85–5.18) | 1.84 (0.74–4.58) | 1 | 0.32 (0.04–2.26) | 0.27 (0.04–1.92) |

[a] Age-adjusted relative risks.
[b] Multivariate relative risks from proportional hazard models adjusting for age, pack-years of smoking, current smoking status, region, and total fluid intake.



CONFIDENTIAL INFORMATION

Additionally, an increased risk in bladder cancer was observed with men who reported using Zantac (ranitidine) and Tagamet (cimetidine) in 1986 (MV RR = 1.58; 95% CI = 0.93-2.69) (20% of the men with a history of gastric/duodenal ulcer reported using Zantac/Tagamet in 1986). The bladder cancer RRs remained elevated for both Zantac/Tagamet use and gastric ulcer history in a combined MV [MV RR = 1.46, 95% CI = 0.85-2.50 for Zantac/Tagamet; MV RR = 1.48 (0.98-2.24 for gastric ulcer)]. The authors reported this association was independent of the elevated bladder cancer observed with gastric ulcers.

The ulcer diagnosis were self-reported and the ulcer location may have been misclassified (gastric vs duodenal). The authors noted that the likelihood may be less for this as the study participants were health professionals and well-informed. Additionally, usage or dosage information was not provided for Zantac/Tagamet and both were combined in a single group so any associated risk with ranitidine use could not be assessed.

*Mohy-ud-din, 2020 (Abstract only)*
In this study[cxcvi], data from the Explorys database, which includes electronic medical records from over 40 health systems nationwide, was collected and assessed for risk factors and occurrence of specific diseases. Researchers identified 1.62 million ranitidine users, 3.37 million famotidine users, and 59.63 million individuals who used neither H2RA. Users of ranitidine and famotidine were then compared to the general population, and famotidine users compared to ranitidine users. The cancer sites were colorectal, pancreas, lung, melanoma, bladder, uterine, prostate, breast, and liver.

The risk of cancer in ranitidine users versus famotidine users for pancreatic, bladder, and liver are OR 0.63 (95% CI 0.61-0.65), OR 0.65 (95% CI 0.64 - 0.67), and OR 0.54 (95% CI 0.53 - 0.55), respectively.

The incident rate of cancers was 26.4% of ranitidine, 31.1% for famotidine, and 13% for the general population. In the comparison between cancer risk for ranitidine users and famotidine users, the ORs ranged from 0.54, 95% CI 0.53-0.55 for liver cancer to 0.99, 95% CI 0.96-1.02 for melanoma. The abstract does not provide any information about its methodology and therefore it is not possible to assess the strengths and weaknesses of the study. I therefore do not consider it in my analysis.

*Norgaard et al. (2022)*
This study[cxcvii] is a population based Danish cohort study involving adults without prior cancer who were first time users of ranitidine who filled at least two or more ranitidine prescriptions between 1996 and 2008 and, also two comparison cohorts were patients who filled at least two or more other acid suppressive medications prescriptions (PPI or other H2RAs), who were first time users of such medications during the study period. This study had a robust sample size with 31,393 ranitidine, 65,384 other H2RA, and 509,849 PPI users identified.



CONFIDENTIAL INFORMATION

The study did a separate analysis for patient who filled five and 10 prescriptions of study drug, rather than two prescriptions and inclusion and exclusion criteria and set the index date to the 5th and 10th prescription.

Ranitidine users were found to have a statistically significant increased risk for bladder cancer compared with PPI users, the weighted HR of 1.24, 95% CI 1.04-1.48. Compared to other H2RA users, ranitidine users had an increased risk of bladder cancer with HR of 1.11, 95% CI 0.95-1.29. When ranitidine use was limited to patients with at least 5 or 10 ranitidine prescriptions, the hazard ratios fell below 1.0, indicating no increased risk. The study also looked at kidney cancer and did not find any increased risk between ranitidine users compared to PPI or other H2RA users. This large cohort study had a long median follow-up period and virtually complete follow-up The study authors noted a number of limitations, including that it did not consider use of OTC ranitidine and the other medications studied, and failed to control for smoking, a major risk factor for bladder cancer, and other lifestyle factors.

*Tan et al. (2018)*
This study[cxcviii] is a nested case-controlled study evaluating the link between use of acid-suppressive medications, H2RAs and PPIs, and esophageal adenocarcinoma. The cohort was identified between 2004-2009 from the Veterans Affairs Corporate Data Warehouse (CA CDW) and consisted of US male veterans with Barrett's esophagus. Barrett's oesophagus diagnosis was based on ICD code and at least one endoscopy within 1 year of diagnosis. Patients with prior gastroesophageal cancer or resection, or anti-reflux or bariatric surgery within 5 years from Barrett's esophagus index date (i.e., the initial date the ICD code was added to the records) were excluded. From the Barrett's oesophagus cohort, cases of esophageal adenocarcinoma were determined based on ICD code for oesophageal or gastric cancer through September 30, 2011, and then limited to cases with OAC verified in endoscopy and histopathology. Controls were selected as men without esophageal or gastric neoplasia.

From a cohort of 29,536 patients with Barrett's esophagus, 300 esophageal adenocarcinoma cases were matched to 798 controls. Acid suppressant drug exposure, including H2RA use, was calculated from prescription records from 1 year prior to Barrett's esophagus diagnosis (to take into account that this can be an asymptomatic disease) until up to 3 months prior to esophageal adenocarcinoma index date. Usage of acid suppressive medications, that included numerous PPIs and H2RAs, was calculated based on the sum of duration for prescriptions, not considering gaps or overlaps. Analyses were performed using Defined daily dose (DDD) to obtain the mean dosage per day, which were calculated by dividing the cumulative daily dose of all prescriptions by the total duration of medication use. Association of duration of PPI and H2RA use (no use, <6 moths, 6-17.9 months, ≥18 months) and dosage for PPIs and ranitidine DDD and Barett's progression risk to esophageal adenocarcinoma was examined.

Compared to non-ranitidine users, lower DDD of ranitidine was associated with an increased risk of esophageal adenocarcinoma. For all users the OR was 0.71, 95%CI 0.5 – 1.00. Within dose groups, DDD of ≤ 150 mg ranitidine had an OR 3.00, 95% CI 1.84-4.90. Whereas, higher



CONFIDENTIAL INFORMATION

DDD of ranitidine was associated with an inverse association with esophageal adenocarcinoma, with DDD of > 150 mg, with OR 0.17, 95% CI 0.09-0.32, compared with no ranitidine use.

The key strength of this study was that the large number of esophageal adenocarcinoma cases with known Barett's esophagus and the adjustment for multiple confounders. This study authors noted a number of potential limitations, including the study only included male veterans, and thus, the study may have limited external validity; however, Barrett's oesophagus and OAC are predominantly diseases of older-age men, which was the population in this study. It is possible that misclassification of exposure to PPIs, H2RAs, NSAIDs, or aspirin occurred because these medications are available over the counter and the study only based medication use on VA prescription data. Ranitidine users were compared with non-ranitidine users who may have received other acid suppressive medications.

*Tran et al. (2018).*
In this paper[cxcix], data from the two databases (PCCIUR and UK Biobank) examined in several other analyses reported here were used to assess the association of liver cancer with use of PPIs and H2RAs. The PCCIU database matched 434 liver cancer cases to 2,103 controls and allowed for access to up to 18 years of prescription and medical records. 182 of 475,768 participants developed liver cancer in the UK biobank in a follow up period of 8 years, but only assessed exposure to acid suppressants at baseline. Doses of the two drug classes were listed by both prescription numbers and DDDs but ranitidine dose specifically was not reported in DDDs. No association with overall use of H2RAs was reported. In the PCCIUR database, there was an increased odds ratio for liver cancer in ranitidine users vs. non users was observed when fully adjusted for numerous factors including certain comorbidities, alcohol and smoking: 1.41 (95% confidence intervals 0.91 - 2.15, P = 0.110) but this was not statistically significant. In the UK Biobank, the adjusted odds ratio for any liver cancer in ranitidine users was 1.82 (95% confidence interval 0.87-3.79, P = 0.11). The failure to report use of ranitidine specifically, as opposed to all H2RAs, by DDDs and using only prescription number for this analysis reduces the power to see an effect and limits examination of the dose-response. Furthermore, the lack of data regarding over-the-counter usage of ranitidine and the lack of follow up regarding use of acid-suppressants after the baseline assessment for the UK Biobank may have resulted in misclassification of participant exposure to ranitidine and potentially weakened the calculated odds ratio and its significance. The observation of an effect with ranitidine only, as opposed to the lack of association with all H2RAs in a more rigorous analysis using the DDDs as the dose measure, indicates that the observed effect may have been due to a ranitidine-specific effect and not linked only to the symptoms which H2RAs are used to treat.

*Yoon et al. (2021)*
This is a population-based cohort study[cc] using a database in South Korea. The authors looked at cancers at various sites associated with use of ranitidine and famotidine, an H2RA with no NDMA contamination. Doses were reported in mg of drug and DDD: users of either drug in the two years preceding the observation period were excluded. Hazard ratios were reported for



CONFIDENTIAL INFORMATION

the relative risks of cancers between ranitidine and famotidine users. No significant differences were observed at any site, although bladder cancer showed a noticeable but non-significant increase in hazard ratio of 1.41 (95% confidence intervals 0.88–2.24). Modestly increased hazard ratios were also observed for biliary (1.22, 95% CI 0.75–2.00), stomach (1.06, 95% CI 0.86–1.31), uterine (1.15, 95% CI 0.58–2.28) and thyroid cancer (1.07, 95% CI 0.75–1.54), but these were also non-significant. Interpretation of these findings is complicated in that hazard ratios were only reported between users of ranitidine and users of famotidine rather than providing comparison with a non-treated control group. However, this approach does provide indication that the effects seen are specifically associated with ranitidine exposure rather than related to underlying gastric symptoms, since both ranitidine and famotidine were prescribed for such conditions. Exposure duration was limited: less than 2 years on average and up to 3 years for some subjects, so the power to detect an effect in this study was limited. This study did not analyze dose response. The follow-up period was also limited to 7 years, as a result of which it is likely that the study underestimated the cancer risk. Additionally, the study did not provide information regarding non-prescription use which could have lead to misclassification, especially if the famotidine group included OTC users of ranitidine.

## Relationship between NDMA carcinogenicity and ranitidine exposure

It has been found that ranitidine forms NDMA as a result of degradation of the active ingredient in formulated medicines.[cci] It has also been reported that ranitidine reacts in the stomach to form NDMA[xxxviii], although this has been questioned.[ccii] As a result of these findings FDA announced the withdrawal of ranitidine-based medications in April 2020. The basis for this decision was summarized in the statement accompanying the FDA announcement[xxxv]. The finding of NDMA as a breakdown product was cited, along with the evaluation of IARC as to the carcinogenicity and genotoxicity of NDMA. NDMA content of ranitidine-containing formulated drugs appears to vary considerably, but all samples tested by GSK had NDMA[cciii].

At the time of this announcement there were very few epidemiological studies of ranitidine use in relation to cancer, but the increasing concern over NDMA exposure as a result of ranitidine use has prompted the undertaking of a number of studies in the last few years. These generally suffer from weaknesses to extrapolate and quantify dose-response, not least of which is relatively short duration of exposure and follow-up, which is inevitable given the short time available. Several of the studies relied on existing databases of cancer cases and matching control subjects. This approach is helpful in identifying cases but suffers from the problem of identifying actual use of ranitidine, which was generally obtained retrospectively from medical records or by questionnaire. The amount of ranitidine taken by study subjects was often quantified only by number of prescriptions, which does not actually specify how much (by mass) of the drug was prescribed. It also does not include an assessment of how much of the prescribed drug was actually taken. A few studies used an improved method of dose assessment recommended by the WHO which uses the DDD as a unit of intake, which can also be used to compare doses of other drugs with related treatment targets of effect. WHO



CONFIDENTIAL INFORMATION

defines the DDD in terms of mg of drug per daily dose for each drug of interest. This has been useful in comparing the effect of ranitidine with other H2RA drugs and drugs used to treat gastric hypersecretion by other mechanisms (the PPI drugs).

The only study among those described above which used the DDD as a quantitative dose measure and found statistically significant cancer incidence associated with this use of ranitidine is that by Cardwell et al.[clxxviii][clxxviii] Error! Bookmark not defined. which found increased odds ratios for bladder cancer. A dose-response curve for ranitidine exposure was somewhat irregular, probably due to difficulties in determining both dose rate and timing from the data presented. However, it does show that higher and longer use of ranitidine is associated with increased bladder cancer incidence. Even though the precise levels of NDMA were not known, I believe to a reasonably degree of scientific certainty that this increased cancer incidence is NDMA related in view of the various studies of NDMA formation from ranitidine both endogenously and exogenously.

Although the extent to which the epidemiological data on ranitidine can be interpreted quantitatively is limited, a pattern of tumors observed in these studies is consistent with tumor sites seen for dietary and occupational studies of NDMA exposure. Although a considerable proportion of these findings are not statistically significant as individual observations, the pattern shown here across multiple studies is supportive of a general similarity in the effects of NDMA measured alone and NDMA-containing ranitidine. They are also consistent with the effects seen in rodent studies of NDMA carcinogenicity.

### Nitrosation and mutagenicity studies of ranitidine.

Reports of the formation of alkyl nitrosamines by reaction of nitrite with various drugs, most notably aminopyrine, appeared in the 1970s[cciv]. In response, a protocol was developed by the WHO to test for formation of mutagenic products by reaction of drugs with nitrite, and this was a recommended test for drug candidates with chemical features (such as secondary amine groups) which might be susceptible to this reaction. Since ranitidine has these features in its chemical structure, nitrosation studies and related investigations were required for regulatory purposes. Initial studies of possible mutagenic products from reaction of ranitidine (referred to as AH 19065 in the reports) with nitrite were conducted by GSK starting in 1979, using the WHO protocol and modifications thereof.[ccv,ccvi] This involved incubation of ranitidine (50 or 200 µg/ml) with sodium nitrite, followed by mutagenicity using the Ames test. This investigation was initially distinct from the later concerns about NDMA as a degradation product of ranitidine. At this earlier stage, the mutagenic products which GSK's investigators sought to identify were nitrosated products of larger portions of the ranitidine structure.

Variations in parameters of the standard criteria for *in vitro* nitrosation testing recommended by the WHO were examined to determine their modifying effect on mutagenicity. Specifically, these were:



CONFIDENTIAL INFORMATION

1. The effect of decreasing nitrite concentrations from 40 mM (2700 µg /ml) to 0.15 mM (10 µg /ml).
2. The effect of 30 mM hydrochloric Acid (pH 3) instead of the dilute acetic acid (6%), which was used in the original publications[cciv].
3. The effect of increasing the reaction time from one to four hours.

The reaction temperature for all the above experiments was kept constant at 37°C.

The Ames test, a standard *in vitro* reverse mutation assay using mutated *Salmonella* bacteria, was used to detect mutagenic activity in the reaction products. The strains utilized were *S. typhimurium* TA 1535, which detects base-change effects, and *S. typhimurium* TA 1537, which detects frameshift effects. The test strain TA 1535 is very sensitive to mutagenesis by nitrosamines. Also examined for mutagenic activity were furane methanol – "AH 18961" and "oxime" – "AH22888", possible breakdown products of ranitidine, and C-nitrosoranitidine and a model C-nitroso compound, considered possible nitrosation products of ranitidine. Further Ames Tests were carried out using an Aroclor-induced S9-metabolizing system and test strains S. typhimurium TA 1535, TA1537 and TA98. A fluctuation test (an array-based test using similar microbial test strains to the standard Ames test)[ccvii] was also used for some samples.

In this report, GSK provided further information on their studies of ranitidine nitrosation using the WHO nitrosation protocol. The results were similar to those described in the 1979 reports, but with additional information on reaction products. They were tested in the Ames plate incorporation and fluctuation assays using to following test substances:

1. Ranitidine
2. N'-[2-[[[ Dimethylamino)methyl]-2-furanyl]methyl]thio]ethyl]-2-(hydroxyimino) N-methyl-2-nitroethanimidamide - "AH 23720"
3. 5-[(Dimethylamino)methyl-2-furanemethanol – "AH 18961"
4. 5,6-Dihydro-3-(methylamino)-2H-1,4-thiazin-2-one oxime – "AH22888"
5. N'-[2-[[[5-[(Dimethylamino)methyl]-2-furanyl]methyl]thio]ethyl]-2-(hydroxyimino)N-methyl-2-nitroethanimidamide – "AH 23729"

Tests on AH 18961 and AH22888 were also described in the earlier (1979) reports. AH 23729 is formed by nitrosation of nitrolic acid AH 23720 in the presence of excess nitrous acid. None of the nitrosation products was mutagenic in any of the tests except AH 23729, which was mutagenic in S. typhimurium TA 1535. That compound is highly reactive and is considered by the authors to be responsible for the mutagenic action seen in these studies of ranitidine nitrosation.

AH 22022X was a compound received from outside suppliers which was used in the production of ranitidine (AH 19065). It had been found to have frameshift mutagenic activity due to the presence of an impurity. Subsequent to this finding it was shown[ccviii] that this impurity could be removed by recrystallization of AH22022X from solution in toluene with the presence of



CONFIDENTIAL INFORMATION

charcoal. When purified in this way, AH 22022X was non-mutagenic. However, efforts to identify the chemical structure of the mutagenic impurity were unsuccessful.

Further analyses of the chemical products of ranitidine nitrosation under the WHO conditions, using radiolabelled ranitidine were reported in a later document.[ccix] $^{14}$C ranitidine (10 mM) was incubated with sodium nitrite (40 mM, 20 mM and 10 mM) and 6% acetic acid at 37°C for 1 hour and the products formed were identified using thin layer chromatography (TLC). The major radioactive components at each nitrite concentration are C-nitrosoranitidine and AH22888 ("oxime"). No unchanged drug was detected. The position of the radiolabel in $^{14}$C ranitidine meant that any AH18961 ("furanemethanol") formed would be non-radioactive and hence not detected. The amounts of C-nitrosoranitidine and AH22888 were similar at each nitrite concentration. Previous mutagenicity studies had shown mutagenesis only after reaction of ranitidine with 40 mM nitrite. This finding, and studies of individual chemical reaction products, indicate that C-nitrosoranitidine and AH22888 are not the cause of mutagenicity described in the nitrosation reaction product mixture. However, the TLC plate, when used to expose photographic film to demonstrate radioactivity, showed a minor component whose intensity increases with increasing nitrite concentration. The position of this component on the TLC plate corresponds to that expected for dinitrosated ranitidine - AH23729. When this compound was assayed in bacterial mutagenicity tests it was found to be a powerful mutagen. Its greater formation at high nitrite concentrations is consistent with the positive mutagenicity finding only for the reaction product mixture at 40 mM nitrite. Thus, the eventual conclusion of the various studies on ranitidine nitrosation in the WHO test system was that the minor product dinitrosated ranitidine - AH23729 was responsible for the observed mutagenicity.

In this report the authors also looked for possible formation of AH23729 in an incubation mixture with human gastric juice. They failed to find any of this compound, which they attributed to the pH of the gastric juice (pH 1.1) and low nitrite concentrations. It was already clear that the conditions of the WHO assay (which was designed to identify the possibility of drug nitrosation reactions) are not necessarily representative of the actual conditions in the human stomach. On the other hand, their standard (fasting) gastric samples do not represent the possible range of stomach fluid composition.

The pH of gastric secretions is known to vary widely between individuals, with gastrointestinal health, diet and also, notably, with use of gastric acid suppressing drugs such as H2RAs (including ranitidine) and PPIs. The authors made statements such as "consequently in gastric juice (pH 1: 1) no N-nitrosation took place whereas in 6% acetic acid (pH 3.0) AH23729 was formed but only at nitrite concentrations above 1 mM". What they mean (and state elsewhere) is that they were unable to detect the reactions under certain conditions – chemical reaction theory implies that these equilibrium reactions are possible at some level but that the equilibrium levels (and rate of formation in some cases) are strongly influenced (but not reduced to zero) by factors such as pH and other reactant concentrations. In any case, the



CONFIDENTIAL INFORMATION

authors argued that it is unlikely that the formation of dinitrosated ranitidine - AH23729 is a major mutagenic process in the stomach of ranitidine users. None of this discussion has any bearing on the finding of low levels of mutagenic activity in *S. typhimurium* TA 1535 and *E. coli* WP67 at high concentrations, which the GSK investigators attributed to an unidentified impurity (a "weak alkylating agent").

An additional report appeared in 1980 which provided further details of studies with AH23729 (dinitroso-ranitidine).[ccx] This compound is a direct acting bacterial mutagen. The majority of the data were derived using the standard Ames test protocol with incorporation of the test substance in agar. Metabolic activation was not required for activity. The sensitive strain is *S. typhimurium* TA 1535, which responds to base-substitution mutations resulting from DNA alkylation. The mutagenic activity was described as quantitatively similar to nitrosocimetidine, but considerably less than that of the structural analogue of AH23729, N-methyl, N-nitro-N nitrosoguanidine.

The nitrosation of secondary and tertiary amines is catalyzed by thiocyanate. (Boyland and Walker 1974)[ccxi]. Since thiocyanate is secreted in the saliva, such catalysis could occur in the stomach. Experiments to address this possibility were undertaken using the WHO test protocol with ranitidine as described previously. In 6% Acetic Acid, 3mM potassium thiocyanate did not significantly reduce the level of nitrite required for effective nitrosation of 40mM ranitidine to AH 23729X. The only significant result was obtained using 40mM nitrite, and this was similar to the earlier results obtained in the absence of thiocyanate. However, Boyland and Walker (1974) report that the catalytic effect of thiocyanate shifts the optimum pH for nitrosation of secondary amines to a lower pH. Experiments on ranitidine nitrosation were therefore carried out using 50mM hydrochloric acid (pH 1.6). At the lower pH, thiocyanate did have a catalytic effect on the nitrosation process, as shown by the detection of significant mutagenic activity at nitrite concentrations as low as 7.5mM (500μg/ml). This implies that increased AH 23729X production occurred at these lower nitrite concentrations as a result of thiocyanate catalysis.

Experiments were carried out to determine the effect of ascorbic acid on dinitrosoranitidine formation in the standard WHO test. Initially, 40mM ranitidine and 40mM sodium nitrite were used aerobically in 6% Acetic Acid, in the presence of 0, 5, 10, 20 and 40mM ascorbic acid. In subsequent experiments, increased ascorbic acid concentrations of 40 and 60mM were used, and the effect of 60mM ascorbic acid on the formation of dinitrosoranitidine within human gastric juice was also ascertained. The effect of 60mM ascorbic acid on the nitrosation of 10mM ranitidine was also examined under anaerobic conditions. The formation of AH 23729X under aerobic conditions with excess nitrite is enhanced by ascorbic acid. This is believed to exert its effect through the generation of the oxides of nitrogen (which are more potent nitrosating compounds) from the ascorbic acid interaction with oxygen. This possibility was confirmed by the observation that 60mM ascorbic acid inhibited the formation of AH 23729X under anaerobic conditions.



CONFIDENTIAL INFORMATION

Vitamin E (α-tocopherol,) on the other hand, was found to be an efficient inhibitor of the nitrosation process. An approximate concentration of 60mM α-tocopherol totally inhibited dinitroso-formation when 10 and 20mM ranitidine were used, although it was less effective when 40mM ranitidine was used. It is probable that α-tocopherol reduces nitrite to nitric oxide, with the concomitant formation of α-tocopherolquinone.

The formation of AH 23729X appeared to depend on the nature of the acidifying agent. In human gastric juice, no significant mutagenic activity was detected with 10 mM ranitidine; and nitrite levels up to 40 mM.

Mutagenicity assays were performed on urine and gastric juice samples obtained from volunteers dosed with 150 mg ranitidine, using the standard agar-incorporation assay and the microtitre fluctuation test. No mutagenic activity was detected. Since any levels of dinitrosoranitidine present may have been below the limits of sensitivity of the microbial tests, gastric juice and urine samples were extracted using XAD-2 resin, to concentrate any dinitrosoranitidine present. No significant mutagenic activity for *S. typhimurium* TA 1535, could be detected in either gastric juice or urine samples concentrated in this way.

These investigations were based on the assumption (to some extent built in to the WHO testing protocol) that the nitrosation products of concern were nitroso derivatives of the whole drug molecule or at least a large portion of it. It does not appear that this type of derivative is a substantial product in the case of nitrosamine. On the other hand, there have also been reports[ccxii, ccxiii] that smaller molecules such as NDMA can be formed under this type of nitrosation conditions. The previously described investigations were not designed to find NDMA.

In 1982 GSK reported an investigation[ccxiv] of whether NDMA was formed when nitrite reacted with ranitidine. Ranitidine hydrochloride was incubated with sodium nitrite in 6% acetic acid or in gastric juice (pH 3), for four hours at 37°C. Control incubations, with no drug, were carried out with each experiment. In the incubations in 6% acetic acid, ranitidine concentrations of 1 mM, 10 mM and 40 mM were used, and nitrite concentrations were 0.3 mM and 40 mM. In gastric juice an incubation with 1 mM ranitidine and 0.3 mM nitrite was performed. The authors considered that these concentrations simulated those of drug and nitrite in the human stomach after oral administration of 150mg ranitidine and ingestion of a nitrite rich meal. The reaction mixtures were analyzed by solvent extraction and gas chromatography/mass spectrometry. This is a technique combination suitable for volatile materials such as NDMA, as opposed to the TLC method used previously, where any volatile materials would have been lost to the air and not detected.

When ranitidine (10 ml volume, 10mM) was incubated with sodium nitrite (40mM) under the conditions of the WHO test, 232µg NDMA were formed (corrected for 62% recovery), equivalent to 3.1% yield based on ranitidine. Identity of the NDMA was confirmed by examination of the mass spectrometry ion spectrum. A similar amount of NDMA, 219 µg, was



CONFIDENTIAL INFORMATION

formed when the ranitidine concentration was raised to that of nitrite (40mM). When ranitidine (1mM) and nitrite (0 .3 mM) were incubated either in gastric juice pH3 or in acetic acid, analyses of the extracts gave a low intensity signal like that observed in extract of control gastric juice incubated without drug. The significance of this is unclear and probably implies insufficient sensitivity to provide a clear result, although the pH dependence of nitrosation reactions shown earlier may be a factor here.

Additionally, as discussed in my Report in the mutagenicity of ranitidine section, in 1982, Smith, Kline & French also used the WHO NAP Assay on nitrosation and found that ranitidine with sodium nitrite yielded hundreds to several hundreds of thousands of nanograms of NDMA.

GSK concluded decades ago that ranitidine exhibits weak genotoxic activity *in vitro* based on its internal testing.[ccxv.] GSK's studies demonstrate that ranitidine is mutagenic when exposed to increasing levels of nitrite. The testing also confirmed the findings in published literature that Vitamin E could be used to inhibit the nitrosation potential of ranitidine when combined with nitrite.

Multiple GSK tests have demonstrated that ranitidine is mutagenic when levels of nitrite used are increased. In *in vitro* tests, for example, GSK PATH 79/234, GSK subjected ranitidine to the WHO nitrosation test, which yielded a mutagenic product in a strain of non-activated *S. typhimurim*.[ccxvi] The generation of the mutagenic species was strongly dependent on nitrite concentration, drug concentration, and the nature of the acidifying agent. Significant mutagenicity was seen when higher concentrations of sodium nitrite were used, 40 mMol (2.7 mg/ml), and combined with 10mMol and 40 mMol of ranitidine. The mutagenic effect was not seen with a nitrite concentration of 14.8 mMol (1.0 mg/ml). In PATH/79/220, GSK found that, in the presence of nitrite (40 mM) and 6% Acetic acid, ranitidine undergoes nitrosation to yield mutagenic product(s) towards certain strains of *S. typhimurim*.[ccxvii] After nitrosation, ranitidine was positive against *S. typhimurim* TA 1535 and showed a 5x increase over the control. In the other strains tested, ranitidine did not show a significant effect. A dose response was observed against *S. typhimurim* TA 1535 after nitrosation, and liver microsomes (S9-mix) had no activating or deactivating effects relating to mutation. GSK concluded that ranitidine is broken down after nitrosation into compounds with different mutagenic potentials.

Similar to numerous published studies, GSK's testing confirmed that use of Vitamin E could inhibit the mutagenic effects of ranitidine. For example, in PATH/80/235, GSK reported that the formation of dinitroso-ranitidine under conditions of excess nitrite is inhibited by the use of Vitamin E.[ccxviii] GSK also found that that dinitroso-ranitidine formation was highly dependent on the nature of the acidifying acid with no significant mutagenic effect seen in human gastric juice with 10 mM ranitidine and nitrite level up to 40 mM.

In a number of studies where GSK found positive mutagenicity results, they discounted the significance. For example, in PATH/78/171, GSK researchers observed that ranitidine was "weak positive" in a Fluctuation test against *S. typhimurim* and in a retest using the Microtitre system, in studies looking at N-oxide ranitidine with and without metabolic activation, but was negative



CONFIDENTIAL INFORMATION

in most of the test systems in the conditions employed in the tested.[ccxix] GSK attributed the positive study result to the spontaneous degradation in the ranitidine in storage and concluded that the weak direct mutagenic effect had no clinical significance. *In vitro* testing in Path/80/240 showed "weak positive results" for ranitidine against *S. Typhimurim T*A1353 in the absence of S9-mix and against *E. Coli* WP69 in the presence of S9-mix.[ccxx] Retesting with a new batch produced negative results up to 30 mg/plate on *S. Typhimurim* TA1535, and on *S. Typhimurim* TA100 and E*. coli* WP67. At a higher dose 30mg/plate with S9-mix and 9 mg/plate without S9-mix, however, tests were positive on *E. coli* WP67*.* GSK concluded that the mutagenic activity was due to the compound itself and not to mutagenic impurities. GSK discounted the statistically significant results obtained with the 9000 µg/plate, reporting that the results had no biological relevance.

GSK's *in vivo* studies of ranitidine were negative for genotoxicity but they did not test for NDMA and did not report the quantity of NDMA content. GSK conducted a cytogenetic study in the spermatogonial cells of mice, report WPT/83/037.[ccxxi] In this *in vivo* study, mice were given a single dose of ranitidine in oral doses of 100, 300, or 1000mg and researchers saw no elevation in chromosome or chromatid damage compared to control. In WPT/83/056, GSK researchers observed ranitidine did not induce significant increase in detectable chromosome damage and therefore negative in *in* vivo micronucleus testing.[ccxxii] However, marginally significant increase in the ratio of mature to immature erythrocytes was observed in the 10 mg/kg dose experiment of ranitidine. In WPT/90/065, GSK evaluated ranitidine's genotoxicity, using an *in vivo* rat stomach unscheduled DNA synthesis assay. [ccxxiii] While ranitidine HCl was inactive in the assay at dosing of 30, 100, and 200 mg/k, this result was based on only giving a single oral dose.

While I have considered the non-clinical testing performed by GSK in the 1980s to evaluate ranitidine's potential mutagenicity, it is significant that GSK's *in vitro* and *in vivo* mutagenicity testing did not test for NDMA or DMA.[ccxxiv] GSK (with the Tanner Study discussed below), and prior to it, Smith, Kline & French in 1982, conducted a WHO NAP Test for nitrosation that yielded large quantities of NDMA.[ccxxv] In the in vitro simulated gastric fluid WHO NAP study with ranitidine and sodium nitrite, NDMA formed in varying amounts based on the conditions. With .01M of ranitidine hydrochloride solid (Ref. Standard Batch C267/270.2 prepared by Glaxo) and .04 M of sodium nitrite at pH3 and at 37° C about 1.3% Molar (96,000 ng) of NDMA formed at 1 hour and 3.8% Molar (280,600 ng) of NDMA formed at 24 hours. With the same ratio of ranitidine to sodium nitrite, NDMA still formed with the WHO NAP Nitrosation test conditions. With .01M of ranitidine hydrochloride solution (Commercially available Zantac injection in ampoules, lot P001) and .01 M of sodium nitrite at pH3 and at 37° C about .007% Molar (516 ng) of NDMA formed at 1 hour and .12% Molar (8,800 ng) of NDMA formed at 24 hours.



CONFIDENTIAL INFORMATION

Table 1

Formation of NDMA from Tertiary Amines (0.01M) and Sodium Nitrite (0.04M) at pH3 and at 37°C

| tertiary amine | Molar % NDMA After | | |
|---|---|---|---|
| | 1 hr. | 4 hr. | 24 hr. |
| SK&F 93391 - Raniditine (prepared by SK&F) | 1.3 | 2.7 | 3.8 |
| Ranitidine (hydrochloride - solid) | 1.3 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solid) (repeat) | 1.4 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solution) (ampoule) | 1.8 | 2.7 | 3.9 |
| Chlorpromazine (hydrochloride) | 0.0007 | 0.005 | 0.03 |
| Chlorpheniramine (maleate salt) | 0 | 0.004 | 0.02 |
| Oxytetracycline (hydrochloride) | 0.8 | 3.3 | 7.9 |

Table 2

Formation of NDMA from Ranitidine (0.01 M) and Sodium Nitrite (0.01 M) at pH 3 and at 37°C

| Form of Ranitidine | Molar % NDMA after | | |
|---|---|---|---|
| | 1 hr. | 4 hr. | 24 hr. |
| Ranitidine Hydrochloride Solution (Ampoule) | 0.007 | 0.04 | 0.12 |

The 1982 Tanner study, discussed in my Report below, and the 1982 Smith, Kline & French study confirm that ranitidine with sodium nitrite at normal human body temperatures and pH yields significant quantities of NDMA at levels that are multiple magnitudes of the acceptable levels.

This should not really have been a surprise to GSK given experimental work that they had conducted in or around 1980. I reviewed the report titled "The Reaction Between Ranitidine and Nitrous Acid: The Mutagenic Potential of the Reaction Products" (GSKZAN0000087455-GSKZAN0000087480). The Report states in its summary conclusions that ranitidine reacts rapidly with nitrous acid under weakly acid conditions to yield a nitrolic acid (AH 23720) by a process which involves nitrosation of the terminal carbon atom of the longer side chain of the drug. With the addition of excess nitrous acid, nitrolic acid reacts to form nitroso-nitrolic acid (AH 23729). Nitroso-nitrolic acid is unstable unless in the presence of nitrous acid. It will otherwise rapidly revert to nitrolic acid when dissolved in water or exposed to ranitidine in aqueous solution. In aqueous acid, nitrolic acid is unstable and decomposes to yield furfuryl alcohol (AH 18961), and a known compound, dihydrothiazine derivative (AH 22888). AH 22888 and AH 23720 are non-mutagenic in s. typhimurium TA 1535 and TA 1537 in agar-incorporation assay tests (Ames tests). However, AH 23729 was mutagenic in s. typhmurium TA 1535 in the Ames test without activation with microsomal enzymes. Glaxo researchers indicate that it was not mutagenic when sodium



CONFIDENTIAL INFORMATION

nitrite was reduced to 15mM or less because significant formation of AH 23729 requires excess nitrous acid. Therefore, Glaxo believed that since AH 23729 could not be formed under any probable physiological conditions and since the other nitrosation products of ranitidine are not mutagenic in micro-organisms there is no reason to suppose that ranitidine will be mutagenic in animals or man as a consequence of in vivo nitrosation. Glaxo points to the long-term carcinogenicity studies conducted in mice and rats as evidence of this.

During these experiments, Glaxo conducted the WHO NAP test and the Agar Incorporation Assay (Ames test). The metabolic activation was conducted using S9-mix. The WHO Nap was conducted with 10mM of ranitidine HCl incubated at 37 C with 40 mM sodium nitrite in 6% v/v aqueous acid (pH 2.6) for 1 hour. The reaction was then terminated by adding an equal volume of saturated aqueous sodium bicarbonate. After neutralization, the mutagenicity of the reaction mixture was determined using the Ames test. Reaction was investigated at 1 hour and 4 hours and with nitrite that varied between 40 mM and 0.15 mM and with acetic acid (pH 2.6) as well as human gastric acid (pH 1.1), and hydrochloric acid (pH3). It was observed that it was clearly mutagenic with the addition of nitrite but decreases as the nitrite levels decrease. The investigators claim that there was no mutagenic effect at 15 mM of sodium nitrite and less nor was there any mutagenic effect when the reaction time was 4 hours.

D164 B01

Table 2. The effect of varying the nitrite concentration and incubation time on the mutagenicity of the nitrosation products of ranitidine in a modified NAP test.

(Reaction conditions: 10 mM ranitidine plus variable nitrite in 6% aqueous actic acid)

| Reaction time at 37°C | sodium nitrite concentration µg/ml (mM) reaction | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2700 µg/ml (40mM) | 1000 µg/ml (15mM) | 500 µg/ml (7.5mM) | 100 µg/ml (1.5 mM) | 10 µg/ml (0.15mM) | Control A | Control B |
| 1 hr | 89.8 ± 10.4 | 58 ± 6.4 | 41 ± 6.8 | 24 ± 5.6 | 23.6 ± 4 | 34 ± 10.8 | 31 ± 3.1 |
| 4 hrs | 33.8 ± 7.79 | 23.6 ± 5.59 | 23.8 ± 3.11 | 22.6 ± 3.21 | 18 ± 4.58 | 19.2±1.64 | 23±2.0 |

Biologically significant results underlined

Control A: 40mM sodium nitrite in 6% aqueous acetic acid

Control B: 0.1M sodium phosphate Buffer pH 7.4

Positive control: sodium azide (0.75 µg/plate) gave a mean of >500 TA 1535 His⁺rev/plate

Mutagenicity Publications

In the early 1980s, peer-reviewed publications began to surface in prominent medical and scientific journals, such as *The Lancet*, of experiments demonstrating mutagenic and genotoxic effects of ranitidine.

In 1981, Dr. Silvio De Flora reported the results from unpublished experiments demonstrating ranitidine's mutagenicity in testing in *S. typhimurium* TA100 and TA1535 when preincubated with nitrite in human gastric juice from untreated individuals (60 min at 37°C).[ccxxvi] Dr. De Flora, in



CONFIDENTIAL INFORMATION

light of his findings, recommended that to avoid nitrosation, individuals taking ranitidine maintain diets low in nitrates and nitrites, avoid taking the drug close to meals, and taking ascorbic acid with ranitidine to inhibit nitrosation and block the formation of mutagenic derivatives.

On behalf of Glaxo Group Research Ltd., Brittain et al. responded to Dr. De Flora in the Lancet, indicating they had looked for mutagenicity in *Salmonella typhimurium* and *Escherichia* coli following the chemical reaction of nitrous acid with ranitidine in fasting human gastric juice (pH 1-2) and concluded that ranitidine was not mutagenic at concentrations up to 600µg/plate. Brittain confirmed that Glaxo experiments found ranitidine to be mutagenic if the concentration of sodium nitrite was increased to 40 mmol/l and a further reaction occurred where an N-nitroso nitrolic acid derivative was formed from non-mutagenic nitrolic acid derivative. The N-nitroso nitrolic acid derivative was mutagenic at concentrations of 30 µg/plate and toxic at 700µg/plate in strain TA1535 of *Salmonella typhimurium*.[ccxxvii] The GSK researchers questioned whether the amounts of sodium nitrite used in Dr. De Flora's studies were physiologically plausible in humans.

Shortly afterwards, another study published by Dr. De Flora and colleagues reported on the genotoxicity of nitrosated ranitidine based on the results of bacterial model tests.[ccxxviii] Here, ranitidine, when combined with nitrite, was positive for mutagenicity when adjusted to pH 2-3 in multiple bacterial strains. The study reported the pH level of 2-3 was optimal for mutagenic derivatives to form and the optimal nitrite to ranitidine ratio was a molar excess of 10 to 20-fold of nitrite over ranitidine. Though some genotoxic products formed even when a lower nitrite ratio to ranitidine was used. The authors also noted that human liver S-9 fractions displayed the most potent metabolic effects. The formation of mutagenic derivatives was inhibited in a dose-related manner when ascorbic acid was mixed with ranitidine before the nitrite was added. De Flora also conducted mutagenicity experiments with gastric juice samples from individuals who were given ranitidine 2 hours before collection which did not demonstrate significant mutagenic increases in S. typhimurium test strains with or without S-9 mix, at 0.1-0.5 ml/plate. However, in some assays, there was a "slight increase of revertants or the appearance of toxic effects" following preincubation with nitrite (1-5 mg in 0.5 ml gastric juice) when testing the ranitidine-treated human gastric juice samples in strains TA1535 and TA100 with S-9 mix, especially if carried out at 4°C rather than 37°C. However, De Flora cautioned that these effects did not lead to any "convincing conclusion."

In 1983, Brambilla et al., oral administration of high doses of ranitidine and $NaNO_2$ (sodium nitrite) were shown to produce DNA fragmentation in the liver or in gastric mucosa in rats, dependent on gastric pH (lowered from 5.5 to 2–3) and the molar ratio drug/nitrite used (when ratio was 1:1:16 or 1:23).[ccxxix] Similar to Dr. De Flora et al., (1983), Brambilla showed that ascorbic acid reduces ranitidine's mutagenicity. Here, the authors reported a reduction of damage to gastric DNA when doses of ranitidine were administrated simultaneously with ascorbic acid.

That same year, Maura, et al., reported the results of testing that showed that ranitidine causes DNA damage in mammalian cells in acidic conditions with excess sodium nitrite.[ccxxx] In this study, N-nitroso-N-methylurea (MNU), a compound used to induce tumors in animal studies, was used



CONFIDENTIAL INFORMATION

as the control. According to the findings, nitrosated ranitidine produced the same level of DNA damage as MNU. The authors highlighted that NDMA formation from ranitidine is expected based on ranitidine's chemical structure, noting: "[b]ecause of the presence in ranitidine molecule of a dimethylamino group, in analogy with the nitrosation pattern of other tertiary amines DMN [NDMA] formation should be also expected."

Additionally in 1983, Martelli et al., performed a study combining ranitidine HCI with NaNO2 (1:4 ratio) and adjusting the pH level to 3.3-3.7.[ccxxxi] In this case, nitrosated dimethylamine (DMA), used as the control, formed NDMA. The authors observed that nitrosated ranitidine was more potent than NDMA alone in inducing unscheduled DNA synthesis, ranitidine combined with nitrite elicited a dose-dependent DNA repair. Ranitidine-induced DNA damage absent the addition of nitrite was also reported in one experiment demonstrating that ranitidine alone was genotoxic. By 1990 standards, additional experiments also would have been viewed as positive for genotoxic effect of ranitidine.

Mutagenicity studies in humans have also been reported with ranitidine. In 1987, for example, O'Connor et al., examined the effect of H2RA therapy on the mutagenic activity of fasting gastric juice in 18 individual patients with peptic ulcers.[ccxxxii] The authors found no significant change in mutagenic activity after ranitidine therapy; although, in the undiluted gastric juice sample, 7 of 10 patients who took ranitidine had mutagenic samples prior to therapy and 9 after therapy. The authors noted the possibility of transient changes in mutagenicity in the hours immediately following ingestion of ranitidine.

Mutagenic results for ranitidine were observed again in 1989. Franekic et al., examined the ability of ranitidine to react with nitrite and form nitroso derivatives which were mutagenic and demonstrated recombinogenic potency in bacteria and yeast.[ccxxxiii] The authors observed the formation of a mutagenic derivative in both *S. typhimurium* strains tested using an acidic mixture of ranitidine and nitrite. The authors also reported a 5-times increase of mutation frequencies obtained by nitrosation products of ranitidine over that of the control.

These studies from the 1980s show the potential for ranitidine to cause DNA damage and fragmentation when exposed to sufficient sodium nitrite and decreased pH. Moreover, ranitidine alone was weakly positive in genotoxicity testing (Martelli). To reduce the potential for nitrosation, numerous authors recommended the use of ascorbic acid taken with ranitidine to inhibit ranitidine's potential mutagenicity.

## GSK Carcinogenicity Studies

I have also reviewed the three life-time studies in mice and rats, and the related appendices, that GSK conducted to assess the carcinogenic potential of ranitidine, CAR 009, CAR 010, and AH88-801075. The studies suffer from significant limitations and design flaws, including using a polymorphic form of ranitidine that was never marketed or used by consumers, higher levels of Vitamin E used in the rodent diets that inhibit nitrosation, and flaws in design and methods like inadequate dosing that required GSK to do another study. Despite these limitations, a statistically



CONFIDENTIAL INFORMATION

significant increase in pulmonary tumors was observed in female mice. In addition, 5 other tumors, which are rare in the C57BL/10ScSn inbred strain of pigmented mice, were found (malignant rhabdomyosarcoma). Four in the treated groups and one in the control. The investigators described this as interesting but of no toxicological significance. Malignant liver cell tumors were found in 3 male rats in intermediate dose treatment group 3 with none in the controls or other groups. In female rats, there was 1 rat with malignant liver tumors in the high dose group and none in the controls. Glaxo did not discuss these findings in the body of the report. They were contained in the tables and therefore, I cannot ascertain the investigators analysis of these findings, if one was conducted. However, malignant liver tumors have also been found in studies assessing the effect of NDMA on Sprague Dawley rats.[cxxvi]

## Metabolism and pharmacokinetic studies of ranitidine

Ranitidine metabolism in humans had been the subject of some earlier studies[ccxxxiv], [ccxxxv]. In 1985, GSK undertook a study[ccxxxvi] to further investigate the metabolism of ranitidine in humans, using radiolabelled ($^3$H) ranitidine. There were four male subjects in this study: two received ranitidine orally and two intravenously. The dose consisted of 150 mg of ranitidine hydrochloride (75 mg [$^1$H] ranitidine and 75 mg of [$^2$H] ranitidine) and 50 µCi [$^3$H] ranitidine. After dosing, blood samples were taken up to 8 hours; urine and feces were collected up to 120 hours. Total radioactivity was measured in plasma, urine and feces. Unchanged ranitidine was measured in plasma by radioimmunoassay. Ranitidine and its metabolites were measured in urine by high performance liquid chromatography and thin layer chromatography, with quantitation of radioactivity by scintillation counting.

The majority of the dose was rapidly excreted in urine: following intravenous dosing 92 -93% was recovered in the urine, out of 97 - 98% of the total dose recovered. Earlier studies had identified the N-oxide, S-oxide and desmethyl metabolites of ranitidine, and this study additionally identified a furoic acid metabolite which had not previously been identified from humans. The identity of this metabolite was confirmed by gas chromatography/mass spectrometry. The analytical techniques used to identify and quantify these metabolites, especially the TLC method, appear to have been specifically adapted to find these relatively high molecular weight metabolites, and apart from the measurement of $^3$H released as water (from oxidation of the $^3$H-ranitidine) would most likely not have identified low molecular weight or volatile metabolites had these been present.

### Ranitidine Metabolism

The Zantac Prescribing Information provides that Zantac (ranitidine) is 50% absorbed after oral administration.[ccxxxvii] Whereas an IV injection will have mean peak levels of 440 to 545 ng/mL which occur 2-3 hours after a 150-mg dose. The syrup and EFFER dose formulations are bioequivalent to the tablets. When ranitidine is metabolized, several metabolites form including N-oxide (principal metabolite at <4% of the dose), S-oxide (1%), the desmethyl ranitidine (1%) and furoic acid. The remaining administered dose is found in the stool. Ranitidine is excreted in the urine where 30% is excreted unchanged from an oral dose. Renal



CONFIDENTIAL INFORMATION

clearance is approximately 410 mL/min which indicates active tubular excretion. Ranitidine's half-life is 2.5-3 hours.

GSK subsequently (in 2020) undertook several studies of the metabolism and pharmacokinetics of ranitidine in rodents and humans, which were designed to provide further information of the distribution of ranitidine in the body and to address questions of possible formation of NDMA or similar metabolites. The following descriptions show the design and results of these studies.

Binding of ranitidine to plasma proteins was investigated[ccxxxviii] *in vitro* using pooled plasma from male Sprague-Dawley rats and plasma from male human donors. Equilibrium dialysis was performed at ranitidine concentrations of 50, 500 and 5000 ng/mL. Equilibration times of eight hours were found to be sufficient to establish equilibrium, and the ranitidine was stable over this period in plasma. The plasma protein binding of ranitidine was considered low: the mean % bound of ranitidine in rat plasma was 4.59% at 50 ng/mL, 2.21% at 500 ng/mL and 2.79% at 5000 ng/mL. The mean % ranitidine bound in plasma of three human donors was 16.8% bound at 50ng/mL, 8.19% bound at 500 ng/mL, and 10.7% bound at 5000 ng/mL. There was no clear concentration dependence in plasma protein.

In this report the association of ranitidine with blood cells *in vitro* was also investigated. Pooled blood from male Spague-Dawley rats and blood from three individual male human donors was equilibrated with ranitidine over a 60 minute incubation period. The mean blood-to-plasma ratio of ranitidine at 50, 500 and 500 ng/mL ranged from 0.908 to 1.06 in rat and from 1.08 to 1.21 in human. The corresponding mean blood cell association values ranged from 28.4% to 38.7% in rat and from 50.4 to 58.0 in human. No concentration dependence in blood cell partitioning was observed.

In another report[ccxxxix], the tissue distribution of ranitidine was examined in the male Sprague-Dawley rat. Ranitidine was infused until a steady state was reached, and its concentration was measured in muscle, skin, adipose tissue, liver, kidney, lung and brain. Four male Sprague-Dawley rats were administered an intravenous bolus dose followed by a 360-minute intravenous infusion at a target dose of 2 mg/kg of ranitidine HCl. Plasma samples were collected over the infusion period, and at the end of this period the tissues were collected. Ranitidine concentrations were measured by LC/MS/MS. Tissue-to-plasma ratios were determined by dividing the tissue concentrations (corrected for residual plasma contamination) by steady-state plasma concentrations. Results are shown in the table below.



CONFIDENTIAL INFORMATION

| Parameter | Rat 1 | Rat 2 | Rat 3 | Rat 4 | Mean | ± SD |
|---|---|---|---|---|---|---|
| Corrected Brain Concentration (ng/mL) | NQ | NQ | NQ | NQ | NC | |
| Brain: Plasma Ratio | NQ | NQ | NQ | NQ | NC | |
| Corrected Kidney Concentration (ng/mL) | 850 | 747 | 1097 | 672 | 841 | ± 186 |
| Kidney: Plasma Ratio | 11.7 | 9.55 | 16 | 10.2 | 11.9 | ± 2.9 |
| Corrected Liver Concentration (ng/mL) | NQ | 158 | 214 | 239 | 204 | ± 42 |
| Liver: Plasma Ratio | NC | 2.02 | 3.13 | 3.61 | 2.92 | ± 0.82 |
| Corrected Lung Concentration (ng/mL) | 384 | 283 | 365 | 282 | 328 | ± 53 |
| Lung: Plasma Ratio | 5.29 | 3.62 | 5.33 | 4.27 | 4.62 | ± 0.83 |
| Corrected Muscle Concentration (ng/mL) | 218 | 204 | 191 | 184 | 199 | ± 15 |
| Muscle: Plasma Ratio | 3 | 2.61 | 2.78 | 2.79 | 2.8 | ± 0.16 |
| Corrected Adipose Concentration (ng/mL)[a] | 46.9 | NQ | NQ | NQ | 46.9 | ± NC |
| Adipose: Plasma Ratio | 0.646 | NQ | NQ | NQ | 0.646 | ± NC |
| Corrected Skin Concentration (ng/mL) | NQ | 95.4 | 64.1 | 78.8 | 79.4 | ± 15.7 |
| Skin: Plasma Ratio | NC | 1.22 | 0.936 | 1.19 | 1.12 | ± 0.16 |

NQ = not quantifiable NC = not calculable
[a] Not corrected for drug contained in the residual plasma in tissue. There was no plasma reference found.

The tissue-to-plasma ratio of ranitidine was lowest in adipose tissue and highest in the kidney. Brain had no quantifiable concentrations. The muscle tissue-to-plasma ratio was intermediate and similar to the other non-fatty tissues apart from kidney. Brain had no quantifiable concentrations, so no evidence of possible accumulation in this organ.

A further report on ranitidine pharmacokinetics[ccxl] produced by GSK in 2020 described the development of physiologically based pharmacokinetic models in the rat and human describing the uptake, distribution, and excretion of ranitidine. These relied, *inter alia,* on data obtained and reported in the preceding two study reports released in 2020. Standard model formats were used with measured and adjusted parameter values to suit the ranitidine kinetic data. By the standards typical for such endeavors, the model was able to adequately predict the observed concentration/time curves for ranitidine uptake and clearance. This particular exercise does not have any particular implications for the health impacts of ranitidine beyond previously reported experimental and clinical results but is a standard exercise for pharmaceuticals which supports regulatory compliance and assists clinical use including dose selection. The availability of human models emphasizes the general similarity of ranitidine pharmacokinetics in rodents and humans and allows estimation of values such as tissue concentrations which are experimentally available in rodents but not, for the most part, in humans.



CONFIDENTIAL INFORMATION

## NDMA presence or formation related to ranitidine treatment.

Suspicions about the potential presence of NDMA in ranitidine formulations, as an impurity or degradation product, and its formation by nitrosation and other degradative reactions in vivo, have been reported in the literature on a number of occasions[xxxv]. An initial report[ccxli] of NDMA formation by nitrosation of ranitidine *in vitro* and elevated levels of NDMA in the urine after ingestion of ranitidine was later withdrawn when NDMA formation was found to be an artefact of the analytical technique used. Notably, the study used the approved methods for testing in place at the time. Nonetheless, following its publication in 2016, GSK never conducted a study to evaluate the article's findings and determine the levels of NDMA being generated in vivo due to ingestion of degraded ranitidine, if any.

However, concerns continued[xxxix], and other reports examined NDMA formation in simulated stomach conditions and its presence either as a manufacturing impurity or degradation product in ranitidine formulations. Braunstein et al., (2021)[xxxviii xxxviii] measured NDMA formation *in vitro* under conditions which they stated were representative of physiological conditions in the stomach with dietary nitrite. While there were higher levels of sodium nitrite included that would not be representative of a fasting stomach, sodium nitrite levels of 1 mmol/L could easily be reached while consuming a nitrite-rich meal, and per the findings in the Braunstein study a 150 mg cool mint branded ranitidine yielded 947 ng of NDMA at pH 2.5 with 100mL of SGF. However, Braunstein[xxxviii], a *in vitro* study used conditions which they argued were more representative of physiological conditions in the stomach than those in earlier studies, did not find any NDMA formation from ranitidine.[ccxxxvii] Additionally, the Gao[ccxlii] study does not reflect real world conditions with relevant nitrite levels, pH or gastric conditions.

A randomized clinical trial with healthy participants, which was performed in a clinical pharmacology unit in Wisconsin by Florian et al., (2021). [ccxliiiccii] This study also looked at the influence of diets. Each participant received a diet with noncured meats, organic vegetables and fruits and distilled water (the "noncured-meats" diet) for 4 days and then cured meats, conventional vegetables and fruits, and tap water (the "cured-meats diet") for 4 days. The second diet was designed based on the literature to have higher nitrite, nitrate, and NDMA levels. Participants received either ranitidine or a placebo. The amount of ranitidine given to participants was relatively small and not representative of the chronic use ingested by typical real world ranitidine users: a total of four standard doses of ranitidine [300 mg] over a period of 7 days, with two on the cured meat diet and two on the non-cured meat diet. Several of the participants had no quantifiable NDMA in their urine: this was not correlated with their diet at the time. There was no statistically significant difference in 24-hour urinary excretion of NDMA between ranitidine and placebo with either diet. Plasma NDMA and urinary DMA were also measured but did not show differences between ranitidine and placebo treatments. Although this study was intended to be carefully designed and executed, it was sufficiently powered to show an observed effect. Moreover, Florian did not consider the effect that dietary concentrations of Vitamin E and Vitamin C would have on the ability for nitrosation to occur in vivo. The high levels of Vitamin E and Vitamin C in the study diets would inhibit nitrosation occurring with ingestion of ranitidine. This effect has been proven by GSK's internal studies in



CONFIDENTIAL INFORMATION

the early 80's as well as reflected in the publicly available medical literature as early as 1981.[ccxliv] Despite this, Florian did find increases in NDMA in the urine and plasma in some ranitidine users.

In addition to these published studies GSK undertook investigations of NDMA formation when this issue became widely reported and questions were asked by regulatory agencies in the US and abroad. Their 2020 report[ccxlv] described studies of possible formation of NDMA or its precursors such as dimethylamine in human urine. In their first experiment, ranitidine (from a batch obtained from Sigma-Aldrich) was used to evaluate potential formation of dimethylamine (DMA) and NDMA in human urine at different pH values and three temperatures: at 37°C, room temperature, and 4°C. Three pools of human urine were made. Sodium hydroxide ("two pellets") was added to the first to yield a pH of 9.5. A second urine pool was unmodified, having a pH of 6.8. For the third pool of urine, a solution of 1% formic acid in water was used to adjust the pH to pH 5.0. Three replicates from each urine pool were incubated at room temperature, 4°C, or 37°C for 30 min prior to the addition of ranitidine. Then ranitidine (30 µg/mL) was added and incubation at room temperature, 4°C, and 37°C continued while samples were taken at 0, 1, 2, 4, and 24-hour time points and stored at -20°C. All samples were analyzed for ranitidine, DMA and NDMA by HPLC/mass spectrometry. There was no indication of ranitidine degradation or formation of DMA beyond the background level in control urine. NDMA was observed in all ranitidine-treated samples at a similar concentration (650 pg/mL), but since there was no increase in this level during incubation in urine it was hypothesized that this NDMA was an impurity in the Sigma-Aldrich batch of ranitidine rather than being formed during the experiment.

A second experiment was undertaken with similar methodology but using higher concentrations of ranitidine 40 µg/mL, 80 µg/mL, and 160 µg/mL) and varying amounts of sodium hydroxide: one, two or three pellets producing a pH range between 8.3 and 11.5. The ranitidine used was from a different batch obtained from Saraca, a GSK ranitidine API supplier. Again, no decrease in ranitidine or increase in DMA was observed during the experiment. DMA levels were higher than in the first experiment, but consistent with the background levels in the urine pool used. In this experiment NDMA levels in samples with one or two pellets of sodium hydroxide were below the limit of detection (50 pg/mL), suggesting that the Saraca/GSK batch of ranitidine had lower (or possibly zero) NDMA content and supporting the hypothesis that the NDMA observed in the first experiment was a pre-existing impurity in the Sigma-Aldrich batch of ranitidine. In samples that were treated with 3 pellets sodium hydroxide, approximately 150 pg/mL NDMA was observed, but there was no correlation between the levels of NDMA and the concentration of ranitidine. The source of this NDMA was not identified, but it was hypothesized to be related to breakdown of urinary components at the high pH of these samples.

In a third experiment in this series DMA and NDMA were monitored in human urine samples containing ranitidine at 160 µg/mL (the highest level used in Experiment 2, and 5.33 times the



CONFIDENTIAL INFORMATION

level used in experiment 1) from three different batches (Saraca/GSK, Sigma-Aldrich,and TRC) after storage at ambient conditions for 24 hours in the presence of 3 pellets of sodium hydroxide. In addition, a control human urine sample (with no ranitidine) containing 3 pellets sodium hydroxide was included in this experiment. Levels of ranitidine, DMA, and NDMA in samples with Saraca/GSK and TRC sourced ranitidine and in control human urine containing 3 pellets sodium hydroxide were comparable (NDMA around 220 pg/mL) and similar to the levels found in Experiment 2. The levels of NDMA in samples with the Sigma-Aldrich batch of ranitidine were much higher (~3700 µg /mL) than those with the other two batches. That level is approximately 5.6-fold higher than the levels found in experiment 1, consistent with the 5.33-fold higher level of ranitidine in experiment 3.

Overall, these experiments by GSK suggest that ranitidine is relatively stable in human urine, and formation of NDMA by degradation of ranitidine in this medium was not demonstrated. This does not address NDMA formation *in vivo* by other processes such as nitrosation in gastric fluid or enzymatic degradation in tissues. The GSK experiments do indicate that some batches of ranitidine contain measurable amounts of NDMA, and that this persists at least in urine (and perhaps therefore in other physiological media). Speigelhalder et al. (1982) performed a study which confirmed that NDMA will not be found in the urine even if excessive amounts of pure NDMA are given.[ccxlvi] Additionally, the FDA in its recent Working Group on Nitrosamines raised the difficulty in measuring NDMA in blood or urine due to its rapid metabolism.[ccxlvii] Recently, other reports of NDMA as an impurity of ranitidine have also appeared. Valisure reported substantial levels based on their own analyses in their petition[xxxv] to FDA. FDA themselves have developed enhanced methods for NDMA measurement, and they reported NDMA in all ranitidine samples tested[ccxlviii]. Levels of NDMA in ranitidine varied widely, from 0.02 ppm to 2.85 ppm (equivalent to up to 0.86 µg per tablet), with variation between batches from a single manufacturer being nearly as large as variation between manufacturers. Further measurements were reported by FDA in their final letter[ccxlix] to Valisure explaining their response to the petition, which was to order the recall of ranitidine products. They observed a range of 0.013 ppm to 2.97 ppm NDMA in ranitidine. FDA test results further showed that 46 samples had NDMA levels above the ADI of 0.32 ppm based on a 300 mg daily dose of ranitidine (which corresponds to the 96 ng ADI determined previously for NDMA by FDA). Ranitidine manufacturers reported similar values for NDMA levels in their products as those observed by FDA. Later in my report, I discuss the NDMA testing results from the FDA, GSK, BI, Sanofi and Emery Pharma. The results and analysis confirm there is variability with the tablet's NDMA levels which increase when the tablets are exposed to heat and humidity.

## Evaluation of evidence for causal relationship between ranitidine use and cancer

My consideration of a causal relationship between ranitidine use and human cancer entails my review of the weight of the evidence, as discussed throughout my report. My evaluation of causation entails, among other things, evaluation of human epidemiological studies, including



CONFIDENTIAL INFORMATION

studies of ranitidine, NDMA in diets and from occupational exposures to NDMA. I utilized the Bradford Hill considerations to aid in evaluating the evidence of the causal relationship between ranitidine use and these human cancers: bladder, stomach, esophagus, pancreas and liver, for which substantial evidence of causation is available. Based on my consideration of the evidence, I conclude that ranitidine, within a reasonable degree of scientific certainty, causes bladder, stomach, esophagus, pancreatic and liver cancer. The epidemiological evidence for human cancers associated with ranitidine use is one basis for assessing this link as causal. The following ranitidine studies reviewed earlier address this association:

| Tumor site | Study | Maximum OR | 95% CI |
|---|---|---|---|
| Bladder | Cardwell et al. (2021) | 1.45 | 1.09 - 1.93 |
| | Habel et al. (2000) | 1.56 | 0.74 - 3.3 |
| | Kantor | 1.22 (use vs no use) | 0.74 – 2.01 |
| | | 1.30 (vs omeprazole) | 0.69 – 2.46 |
| | McDowell | 1.26 all prescriptions | 1.10 - 1.44 |
| | Michaud | 1.58 (ns) | |
| | Norgaard | 1.11 (vs H2RAs) | 0.95 -1.29 |
| | | 1.24 (vs PPIs) | 1.04 -1.48 |
| | | 0.99 (5+ prescriptions vs. H2RAs) | 0.76 - 1.28 |
| | | 1.06 (5+ prescriptions vs. PPIs) | 0.77 - 1.44 |
| | | 0.73 (10+ prescriptions vs. HR2As) | 0.53 - 1.01 |
| | | 0.84 (10+ prescriptions vs. PPIs) | 0.56 - 1.27 |
| | Yoon et al. (2020) | 1.41 | 0.88 - 2.24 |
| Stomach | Adami | All stomach 1.15 | 0.99-1.33 |
| | | Proximal 1.16 | 0.93-1.45 |
| | | Distal 0.88 | 0.66-1.16 |
| | | Unk/several regions 1.28 | 1.07-1.54 |
| | Iwagami | 1.09 (vs H2RAs) | .96—1.24 |
| | Kim (US) | 0.49 (vs famotidine) | 0.40 - 0.60 |
| | Kim (US) | 0.93 (vs omeprazole) | 0.76-1.13 |
| | Kim (Korea) | 1.01 (ns) | |
| | Kumar | 0.92 (vs PPIs) | 0.82 - 1.04 |
| | | 1.83 (vs H2RAs) | 1.36 - 2.48 |
| | Liu et al. (2020) | 1.42 | 1.10 - 1.85 |
| | Yoon et al. (2020) | 1.06 | 0.86 - 1.31 |
| | Habel et al. (2000) | 2.42 | 1.07 - 5.49 |



CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| Stomach & esophagus combined | Chow et al (1995) | 1.50 | 0.40 - 5.40 |
| Esophagus | Adami | All esophageal 1.34 | 1.14-1.58 |
| | | Adenocarcinoma 1.66 | 1.29-2.13 |
| | | Squamous Cell 1.21 | 0.91 - 1.60 |
| | Kim (US) | 0.56 vs famotidine | 0.45 - 0.70 |
| | | 0.80 vs omeprazole | 0.65 - 0.97 |
| | Tan | 0.71 (ns) ever use | 0.5 – 1.00 |
| | | 0.17 (ns >150mg) | 0.09 – 0.32 |
| | | OR 3.0 (ss) ≤150mg)) | 1.84 – 4.9cf |
| Pancreas | Habel | 2.60 | 1.06 - 6.38 |
| | Kim (US) | 0.84 (vs omeprazole) | 0.71 - 0.99 |
| | | 0.50 (vs famotidine) | 0.42 - 0.59 |
| | McDowell et al. (2020) | 1.37 | 1.10 - 1.70 |
| | Adami | 1.18 | 1.05 - 1.32 |
| Liver | Adami | 1.13 | 0.92 - 1.39 |
| | Kantor | 1.91 use vs non-use | 1.09 - 3.36 |
| | | 1.15 vs omeprazole | 0.58 - 2.26 |
| | Kim (US) | 0.38 vs famotidine | 0.34 - 0.42 |
| | | 0.97 vs omeprazole | 0.88 - 1.07 |
| | Tran et al. (2018) | 1.41 | 0.91 - 2.15 |
| Liver (biliary) | Yoon et al. (2021) | 1.22 | 0.75 - 2.00 |

I evaluate these studies in addition to the epidemiological evidence from occupational and dietary studies of NDMA exposure, animal carcinogenicity, and mechanisms of cancer, site by site to conduct a Bradford Hill analysis of causality.

In conducting this review, I have employed the same level of rigor in assessing the available lines of evidence relevant as I do when I conduct a risk and causality assessment in my professional career. I discuss the Bradford Hill considerations for each cancer separately.



CONFIDENTIAL INFORMATION

## Bladder cancer

### Strength and consistency of the observed associations

I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication. There are seven epidemiologic studies available to evaluate bladder cancer risk with ranitidine use which I evaluated and discussed earlier in my report. These three studies demonstrate a statistically significant odds ratios greater than 1.

As discussed earlier in my report, the majority of the ranitidine specific studies do not measure dose and duration and therefore cancer risk cannot adequately be measured based on usage. The only study that measured long term usage and robust was Cardwell. Cardwell et al., (2021), was based on a large community-wide database from Scotland, and included quantitative reporting of exposure on a DDD basis. Odds ratios for bladder cancer associated with ranitidine use were statistically significant for all users (OR = 1.20, 95% CI = 1.06 – 1.36) and in the highest dose group (OR =1.45, 95% CI = 1.09 – 1.93). The authors concluded that "In this large population-based study, the use of ranitidine particularly long-term use was associated with an increased risk of bladder cancer."

I have given little weight to the Michaud (2004) study in my analysis because it combined ranitidine and cimetidine use without distinction. I also do not find Habel et al., (2000) informative because it evaluates the risk of (a very small number of) bladder and kidney cancers without distinction between the two and did not quantify exposure levels.

The remaining two studies, which I also give little weight, found non-significant increased odds ratios for bladder cancer. Neither of which performed a dose-response analysis. Yoon et al. (2020) found a noticeable increase bladder cancer risk with a hazard ratio of 1.41 (95% confidence intervals 0.88–2.24) even though exposure was limited averaging less than 2 and up to 3 years. In Kantor et al. (2020), exposure classification was based on the last 4 weeks before enrollment, and dose was confined to user verses non-user. Yet, despite their limitations, ranitidine use (vs. non-use) was associated with an increased bladder cancer risk with multivariate OR =1.22 (95 % CI = 0.74. 2.01).

Despite the limitations of these latter two studies, their findings support the statistically significant findings in McDowell et al. (2021) (finding association of ranitidine use with bladder cancer, with an odds ratio of 1.26 (95% CI 1.10 – 1.44) for any number of prescriptions); and Norgaard et al. (2021) (ranitidine user had a statistically significant increased risk for bladder cancer compared with PPI users, the weighted HR of 1.24, 95% CI 1.04-1.48). Compared to other H2RA users, ranitidine users had an increased risk of bladder cancer with HR of 1.11, 95% CI 0.95-1.29 and it was only when ranitidine use was limited to patients with at least 5 or 10 ranitidine prescriptions, which is not representative of typical ranitidine use associated with chronic to long-term use, the hazard ratio fell below 1.0.



CONFIDENTIAL INFORMATION

In Mohy-ud-din (2020) ranitidine users had a lower risk of bladder cancer when compared to famotidine users (OR 0.65, 95% CI 0.64-0.67). I am not able to evaluate the strengths and weaknesses of this study because it is reported in abstract form only (lacking methodology and study details) and not peer reviewed. Because of this, I gave this study little weight in my analysis. I did not ascribe much weight to Braunstein et al. (2021), which is not peer reviewed. While the authors noted it was "hypothesis-generating", they reported elevated risks of bladder cancer in ranitidine users compared to non-users (OR = 1.58, 95% CI 1.10 – 2.21), which is in line with multiple other studies I have reviewed.

Collectively, these studies demonstrate consistency across different populations, in different countries, with different databases, and conducted by different investigators. While the increased risk demonstrated is at times modest, the statistically significant findings in three studies and clear dose-response as seen in Cardwell et al. (2021), provide strong evidence of a causal association. These findings are also supported by relevant dietary and two occupational studies, two of which found dose-dependent response. Both Ronco et al., (2014) and Hidajat et al., (2019) also found statistically significant evidence for the association of bladder cancer with human exposure to NDMA as discussed above. Jaksyn, et al. (2011), consistent with the other two studies, found an increased odds ratio for bladder cancer. Collectively, these two sets of data provide strong support for the consistency of the association for bladder cancers with ranitidine use. Both Ronco et al., (2014) and Hidajat et al., (2019) provide substantial and statistically significant evidence for the association of bladder cancer with human exposure to NDMA as discussed above. Jaksyn, et al. (2011), consistent with the other two studies, found an increased odds ratio (though not statistically significant) for bladder cancer.

These two sets of data provide strong support for the consistency of the association for bladder cancers with ranitidine use. As discussed above, of the studies which address the relationship between ranitidine use and cancers of the bladder, multiple well-powered studies show elevated or statistically significant risk of bladder cancer and are supportive of the association. The other studies, although lacking power, are concordant with those results. The diet and occupational studies provide important additional and consistent evidence for causation. Further, there is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the bladder, and evidence of bladder carcinogenesis.

I have concluded that the evidence relating to bladder cancer with ranitidine use shows both strength and consistency of the association.

Consistency of Association.
See above discussion.

Temporality.
In all the epidemiological studies reviewed, exposure to ranitidine preceded appearance of the cancer. In Cardwell et al., (2021), associations were similar after excluding prescriptions in the 2 years before diagnosis. A latency period of two years before the start of the observation



CONFIDENTIAL INFORMATION

period was applied by Yoon et al., (2021). The observation period extended for several years in each study. Similar considerations apply to the occupational and dietary exposure studies.

In the NDMA animal studies, exposure was experimentally controlled at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals. These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the studies have evaluated examining causation of bladder tumors by exposure to ranitidine and NDMA meet the Bradford Hill temporality factor.

Coherence
Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use. NDMA induces cancers at various sites in animals, including the urinary tract as described below under experimental evidence. Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted. Evaluation of dosing patterns for ranitidine confirms that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.
An assessment of biological plausibility relates to whether an agent plausibly could cause a disease based on the current understanding of human biology and disease etiology. The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA. As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites as a result of exposure to ranitidine and NDMA. There are also *in vivo* and *in vitro* genotoxicity tests, and mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity. This data and research have confirmed the role NDMA's role in causing the characteristic features of cancer laid out by Smith et al. (2016), which were identified earlier in this report. The summary table is repeated below.



CONFIDENTIAL INFORMATION

**Key characteristics of human carcinogens for NDMA**

| | |
|---|---|
| 1. Is electrophilic or can be metabolically activated | NDMA is metabolized to reactive intermediates.[xlvii] |
| 2. Is genotoxic | NDMA is genotoxic in a wide variety of systems. [xxix] |
| 3. Alters DNA repair or causes genomic instability | Interaction between repair of NDMA alterations to DNA and excision/repair vs. double stranded breaks: alters mutagenicity vs. cytotoxicity.[xlviii] |
| 4. Induces epigenetic alterations | DNA methylation observed: complex interaction with carcinogenesis.[xlix] |
| 5. Induces oxidative stress | NDMA induces reactive oxygen production and stimulates apoptosis in rat neutrophil cells.[l] |
| 6. Induces chronic inflammation | Inflammation and underlying cellular events are a key element in hepatic fibrosis induced by NDMA.[li] |
| 7. Is immunosuppressive | NDMA is immunosuppressive.[lii] |
| 8. Modulates receptor-mediated effects | Not reported for NDMA, probably any such effects are overshadowed by cytotoxicity and induction of apoptosis (see above). |
| 9. Causes immortalization | NDMA triggers apoptosis of mutated cells, but immortalized clones are sometimes established.[xlii] |
| 10. Alters cell proliferation, cell death or nutrient supply | Inflammation, cytotoxicity and regenerative hyperplasia are a key element in hepatic fibrosis induced by NDMA. [li] |

Nine of the ten key characteristics are shown by NDMA:

1. It is electrophilic or can be metabolically activated
2. It is genotoxic
3. It alters DNA repair and causes genomic instability
4. It induces epigenetic alterations
5. It induces oxidative stress
6. Induces chronic inflammation
7. It is immunosuppressive
9. It causes immortalization
10. It alters cell proliferation, cell death or nutrient supply.

The remaining one is unreported probably due to the difficulty in measuring it in this case.

This demonstrates the biological plausibility that NDMA exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including bladder cancer. See also section on experimental evidence, below.



CONFIDENTIAL INFORMATION

Dose-Response.
The one study of bladder cancer associated with ranitidine use which is susceptible to quantitative analysis of dose response, Cardwell et al., (2021), shows an overall dose related trend with increasing cumulative dose of ranitidine ($R^2 = 0.71$). This study also showed a significantly increased risk of bladder cancer with three years of use. In Hidajat et al., (2019) there was a significant dose response trend ($p < 0.01$) for bladder cancer related to increasing quartiles of occupational NDMA exposure. Ronco et al., (2014) reported ORs for bladder cancer for dietary NDMA and found a significant trend for dose response ($p = 0.0002$). Thus dose-response was observed in the study of ranitidine use, and two studies of NDMA exposure showed clear dose-response. Although Jakszyn et al. (2011) in their study of dietary NDMA exposure showed elevated ORs at various levels of NDMA, due to limitations of the study neither these nor the trend were significant ($p = 0.49$). Although not informative, their findings are not inconsistent with the other studies' findings of significant dose-response trends. Overall, the studies reviewed present clear evidence of a dose response.

Specificity.
All the epidemiological studies and other evidence addressed in this evaluation relate to bladder cancer and related effects. There are other potential causes of bladder cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of bladder cancer causation. Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures, as I have addressed in my discussion of the individual studies. Thus, the condition of specificity is satisfied.

Experimental evidence.
Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans. As noted previously the rodent test species generally used in carcinogenesis bioassays is not an appropriate model for human bladder cancer, since the rodents do not retain urine in the bladder so exposure of this organ to carcinogenic compounds and metabolites is minimal. However, of the numerous animal studies identified by IARC and reviewed earlier in this report, one does present a relevant finding. Rogers et al., (1974) fed Sprague-Dawley rats either an adequate diet or a diet high in fat and marginally deficient in lipotropes for 3 weeks then placed in different groups being treated with different nitrosamines. This study found transitional cell polyps of the bladder. Other areas of the urinary system, especially the kidney, are also sensitive to NDMA carcinogenesis. A substantial number of the studies reviewed reported the induction of kidney tumors following NDMA exposure:



CONFIDENTIAL INFORMATION

| Species | Route | Citation |
|---|---|---|
| Mice | Oral | Takayama & Oota (1963) |
| | | Takayama & Oota (1965) |
| | | Terracini, et al. (1966) |
| | inhalation | Moiseev & Benemansky, (1975) |
| Rats | Oral | Argus and Hoch-Ligeti (1961) |
| | | Magee & Barnes |
| | | Riopelle & Jasmin (1969) |
| | | Shinohara, et al., (1976) |
| | | Zak, et al. (1960) |
| | | McGiven & Ireton (1972) |
| | | Hoch-Ligeti, et al., (1968) |
| | | Hilfrich et al., (1975) |
| | | Carlton & Price (1973) |
| | | Rogers et al., (1974) |
| Rabbits | Oral | Le Page & Christie (1969b) |

The findings in animal studies show extensive carcinogenesis of the urinary system in animals, which is considered supportive of the findings of bladder tumors in humans. In assessing the risk of cancer in humans on the basis of animal carcinogenicity results it is not necessary to expect site concordance for tumors induced in humans compared to rodents. Although this may be seen for many cancers, in other cases there are specific toxicokinetic or physiological reasons why the target sites may differ between species.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that bladder cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy assessment is for structural analogies of NDMA with other carcinogens. NDMA is a member of the larger class of dialkyl nitrosamines, many of which have been studied and found to be carcinogenic. IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds. They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species, including several which caused tumors in the urinary system (bladder and/or kidney), as show in the table below.



CONFIDENTIAL INFORMATION

| Compound | species | bladder | kidney | Other sites/species |
|---|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, rat | Y | | Y |
| N-Nitrosodietholamine | rat | | Y | Y |
| N-Nitrosodiethylamine | multiple | | Y | Y |
| N-Nitrosodi-n-propylamine | rat | | Y | Y |
| N-Nitroso-N-ethylurea | opossum | | Y | Y |
| N-Nitrosofolic acid | (ID) | | | |
| N-Nitrosomethylethylamine | | | | Y |
| N-Nitroso-N-methylurea | mouse, rat | Y | Y | Y |
| N-Nitrosomethylvinylamine | | | | Y |
| N-Nitrosomorpholine | rat | | Y | Y |
| N'-Nitrosonornicotine | | | | Y |
| N-Nitrosopiperidine | | | | Y |
| N-Nitrosoproline | (ID) | | | |
| N-Nitrosohydroxyroline | (ID) | | | |
| N-Nitrosopyrolidine | | | | Y |
| N-Nitrososarcosine | mouse | | Y | |
| Streptozotocin | mouse, rat | | Y | Y |

(ID) – inadequate data.

On this basis the analogy factor for bladder cancer as a result of exposure to ranitidine or NDMA is very strong.

Utilizing the Bradford Hill framework, which I employ in my research and studies outside of this case, I have reviewed, considered, and weighed the evidence, studies, and data relating to the risk of bladder cancer and exposure to ranitidine containing NDMA. Applying my training, educational and professional experience, it is my opinion to a reasonable degree of scientific certainty that ranitidine can cause bladder cancer.

## Stomach cancer

### Strength and consistency of the observed associations

I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication.

I have reviewed and evaluated the epidemiologic studies that assess the stomach cancer risk with ranitidine use. Liu et al., (2020) show statistically significant odds ratios greater than 1, OR 1.42, 95% CI (1.10 – 1.85), for stomach cancer for users vs. non-users, implying increased risk. This study collected robust exposure data on prescription ranitidine use from 1996 to 2011, used high-quality population-based data from two independent sources, and controlled for many potential confounders, including smoking, but did not have dose response for ranitidine. Yoon et al., (2020) report an odds ratio above 1 compared to other H2RAs, although these were not statistically significant. Chow et al., (1995) reported an increased hazard ratio for stomach



CONFIDENTIAL INFORMATION

and esophageal cancers combined, but this was not statistically significant. The remaining studies are regarded as uninformative for risk of ranitidine use found increased odds ratios for stomach cancer.

Multiple studies looked at stomach cancer in conjunction with other cancers, thereby precluding the ability to assess the risk associated with stomach cancer. The case-control study by Habel et al., (2000), reported a relative risk for stomach and esophagus combined (RR = 2.42, 95% CI 1.07 = 5.49) in ranitidine users compared to non-use. There was no quantitation of exposure because exposure data was limited to "users" and "non-users". Likewise, Chow et al. (1995), a case-control study reported data for all H2RAs vs. esophageal and gastric cancer combined: an OR of 1.5 (95% Cl, 0.4 to 5.4) for adenocarcinoma of the esophagus and gastric cardia. Again, data for ranitidine and other H2RAs was combined. Due to these limitations, these studies were not informative of the stomach cancer risk related to ranitidine use.

There are important limitations to these studies, as discussed above in my report, in particular the studies compare ranitidine to other acid suppressing medications, which will tend to underestimate the risk of ranitidine and do not provide information of the risk of cancer from ranitidine users as compared non-users. The Danish cohort study by Adami et al., (2021) compared the incidence of stomach cancer in users of prescription ranitidine with those in users of other H2RAs and reported a crude hazard ratio that showed elevated risk of stomach cancer (HR = 1.28; 95% CI: 1.07-1.54). I discuss the limitations of this study in detail above, but it is notable that this study did not compare use to non-use or provide information on OTC use while likely underestimated the cancer risk and ranitidine exposure. Kim et al., (2021) combined ranitidine and nizatidine in one group, did not report dosage or duration of ranitidine use, and the short follow up period is likely to underestimate gastric cancer which is a latent disease and may take years or decades to develop.

Other limitations are discussed above in my Report when I fully discuss these studies and include for example limitations like small sample size, Kumar et al., (2021), Habel et al., (2000); did not consider OTC use, Kim YD – US et al., (2021); did not have dose information, Adami et al., (2021) did not have dose information, Kim YD – US et al., (2021), Habel et al., (2000), did not have dose information, Adami et al., (2021),

An important factor in the evaluation is the demonstration that ranitidine contains substantial levels of NDMA above the daily acceptable limit as I have discussed in my analysis of bladder cancer. I refer to it here and my Dose Response section discussed below. There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the stomach. In conducting my review of the available literature, I have thoroughly considered and analyzed those studies involving occupational exposures to NDMA and stomach cancer. This includes, among other studies, Song et al., (2015) which is a meta-analysis of 22 articles consisting of 49 studies – 11 of which related to NDMA. This study reported that high levels of dietary NDMA exposure were associated with a statistically significant 34% increase in the risk of gastric cancer. The authors also conducted a dose-response analysis and saw a non-linear (P

non-linearity <0.001) trend between gastric cancer risk and dietary NDMA intake following an increase in the risk of NDMA intake. Hidajat et al., (2019) analyzed the cancer mortality among a large group of British rubber industry workers, starting in 1967 and followed up to 2015. This was a well-designed study with a large cohort and long follow up period but the study did not control for smoking. A significant association with stomach cancer deaths was seen in all three higher quartiles of NDMA exposure relative to the lowest, reference quartile.

Multiple case-control studies that I have considered and analyzed have reported dose response associations between NDMA and stomach cancer, including Larsson et al., (2006), LaVecchia et al., (1995), Pobel et al., (1995). These studies supplement the human epidemiologic studies and provide additional evidence of a casual causation.

Dietary NDMA intake was associated with a significantly increased risk of stomach cancer in De Stefani et al., (1998). Additional dietary studies found studies elevated, and in some groups significant, increases in gastric cancer with NDMA exposure, which provides further evidence of a positive causal association including Loh et al., (2011) and Palli et al., (2000). Keszei et al., 2013, a cohort study in the Netherlands examined the risks of esophageal and gastric cancers and dietary NDMA. For gastric noncardia adenocarcinoma in men, the confidence interval on the hazard ratio just barely included 1.0, although the unadjusted HR did not. There was a significant trend in hazard ratio with increasing NDMA exposure for this cancer in men.

Knekt et al., (1999) divided the study cohort into quartiles of NDMA intake but did not further quantitate exposure, the study found a small increased risk observed for stomach cancer in the 2nd quartile that is not statistically significant.

Multiple of the dietary NDMA studies I have considered did not look at NDMA individually and are therefore of limited value for the purposes of this Report, including Gonzalez et al., (1994), and Jakszyn et al., (2006). Additionally, McGwin (2021) conducted a study of the FDA Adverse Events Reporting System (FAERS) and observed a statistically significant association for stomach cancer and ranitidine use versus therapy with other H2RA combined with PPIuse, showing a proportional reporting ratio of 1.48 (95% CI, 1-08-2.01). The study, however, was based on adverse event reports, and did not measure dose or duration and is based on spontaneous adverse events and therefore is given little weight.

In summary, human epidemiologic studies have found a statistically significant relationship between ranitidine use and gastric cancers and are supportive of the association. The majority of the other studies, although lacking power, are concordant with those results to confirm a causal association. Collectively, the dietary and occupational studies provide important additional evidence of strength and consistency in support of a finding a causal relationship.

I have concluded that the evidence relating to stomach cancer with ranitidine use shows both strength and consistency of the association.



CONFIDENTIAL INFORMATION

### Consistency of Association.

See above discussion.

Temporality.

In the epidemiological studies of ranitidine use, exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis. The observation period extended for several years in each study.

Similar considerations apply to the epidemiological studies of occupational and dietary exposure to NDMA. For the dietary studies the evaluation of diet was applied to a period preceding the observation period. The occupational studies are retrospective cohort studies where exposure occurred several to many years before diagnosis or mortality.

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for consistency in the causation of stomach tumors by exposure to ranitidine containing NDMA is strong.

Coherence

Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use. NDMA induces cancers at various sites in animals, including the stomach tract as described below under experimental evidence. Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted. Evaluation of dosing patterns for ranitidine confirm that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.

The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA. As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites. This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity. See discussion of the key characteristics of human carcinogens laid out by Smith et al. (2016), which were identified earlier in this Report and in the Table titled Key characteristics of human carcinogens for NDMA and incorporated here. This demonstrates the biological plausibility that NDMA exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including stomach cancer. See also section on experimental evidence, below.



CONFIDENTIAL INFORMATION

Dose-Response.

The studies of stomach cancer associated with ranitidine use are not susceptible to quantitative analysis of dose response because of their designs. However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al., (2019) in which there was a significant dose response trend (p <0.01). Six of the dietary studies (De Stefani et al., (1998), Keszei et al., (2013), LaVecchia et al., (1995), Larsson et al., (2006), Loh et al., (2011), Pobel et al., (1995)) show a clear dose response, as shown in the analyses presented earlier in this report. Lastly, the NDMA levels in the ranitidine tablets discussed in my Dose Response section, which increase over time with exposure to heat and humidity, including with consumer storage, directly correlate to the NDMA exposure in the dietary studies associated with stomach cancer. Overall, the evidence for dose response is clear.

Specificity.
All the epidemiological studies and other evidence addressed in this evaluation relate to stomach cancer and related effects. There are other potential causes of stomach cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of stomach cancer causation. Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures. Thus, the condition of specificity is satisfied.

Experimental evidence.
Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans. Of the numerous animal studies identified by IARC and reviewed earlier in this report, some present relevant findings. Several studies reviewed reported the induction of stomach tumors following NDMA exposure:

| Species | Route | Citation |
|---|---|---|
| Mouse | Oral | Takayama & Oota (1965) |
| Rats | Oral | Keefer, et al., (1973) |
| Hamsters (Syrian golden) | Oral | Tomatis & Cefis (1967) |
| | | Homburger, et al. (1976) |
| | Subcutanous | Stenback et al., (1973 |
| *Mastomys* | Subcutanous | Fujii & Sato (1970) |

The findings in animal studies show carcinogenesis of the stomach in animals, which is considered supportive of the findings of stomach tumors in humans.

Analogy
Given the demonstration that ranitidine contains NDMA, and the understanding that stomach cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy argument is for structural analogies of NDMA with other carcinogens. NDMA is a member of the larger class of



CONFIDENTIAL INFORMATION

dialkyl nitrosamines, many of which have been studied and found to be carcinogenic. IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds. They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species, including several which caused tumors in the stomach, as shown in the table below.

| Compound | species | Stomach | Other sites/species |
|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, hamster | Y | Y |
| N-Nitrosodietholamine | | | Y |
| N-Nitrosodiethylamine | mouse, hamster | Y | Y |
| N-Nitrosodi-n-propylamine | | | Y |
| N-Nitroso-N-ethylurea | rat | Y | Y |
| N-Nitrosofolic acid | (ID) | | |
| N-Nitrosomethylethylamine | | | Y |
| N-Nitroso-N-methylurea | Rat, guinea pig | Y | Y |
| N-Nitrosomethylvinylamine | | | Y |
| N-Nitrosomorpholine | hamster | Y | Y |
| N'-Nitrosonornicotine | rat | Y | Y |
| N-Nitrosopiperidine | various | Y | Y |
| N-Nitrosoproline | (ID) | | |
| N-Nitrosohydroxyroline | (ID) | | |
| N-Nitrosopyrolidine | | | Y |
| N-Nitrososarcosine | | | Y |
| Streptozotocin | | | Y |

(ID) – inadequate data.

On this basis the analogy factor for stomach cancer as a result of exposure to ranitidine or NDMA is very strong.

Utilizing the Bradford Hill framework, which I also used in my research and studies outside of this case, I have reviewed, considered, and weighed the evidence relating to the risk of stomach cancer and exposure to ranitidine containing NDMA, which includes ranitidine epidemiologic studies, dietary and occupational exposure studies relating to NDMA, animal studies, non-clinical and clinical studies, and related mechanistic data and studies. Applying my training, educational and professional experience, it is my opinion to a reasonable degree of scientific certainty that ranitidine can cause stomach cancer.

## Esophageal cancer

### Strength and consistency of the observed associations

I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication.



CONFIDENTIAL INFORMATION

Three studies have evaluated esophageal cancer risk with ranitidine use. One additional study reported on incidence of stomach and esophageal cancer combined. I have evaluated and discussed the studies earlier in my report. Two studies found a statistically significant relationship between ranitidine use and cancers of the esophagus and which are therefore supportive of the association. The other esophagus study, as well as the stomach/esophagus combined study, although lacking power are concordant with those results to confirm. No studies offer negative or null results.

There are important limitations to these studies as discussed above in my Report when I individually discuss the studies, including for example: lack of adequate follow up, Adami et al., (2021); lack of information regarding dose, Kim YD – US (2021), Adami et al., (2021); lack of information to assess the risk of use vs non-use, Adami et al., (2021); lack of information regarding long term use, Adami et al., (2021).

Additionally, McGwin (2021) conducted a study of the FDA Adverse Events Reporting System (FAERS) and reported a proportional reporting ratio of 3.56 (95% CI, 2.54-4.98) for esophageal cancer and ranitidine use versus therapy with other H2RA combined with PPI use. As previously noted in discussing the limitations of this study, it did not measure dose or duration and is based on spontaneous adverse events and therefore is given little weight.

Because of these limitations and the relatively small database of independent studies of ranitidine use and esophageal cancer, these findings are suggestive of an association but not definitive by themselves and I give them little weight. As previously explained, an important factor in the evaluation is the demonstration that many batches of ranitidine contain substantial levels of NDMA which increases with exposure to heat and humidity when in storage and transport, including consumer storage. In some cases, these levels were in excess of those shown to be linked to human cancer in dietary studies and the Hidajat study of NDMA exposure. Having established the presence of NDMA at relevant levels in ranitidine (and not including the additional NDMA that can form after ingestion) as discussed in my Dose Response section, the extensive data on NDMA cancer causation are supportive of the conclusion of an association of cancer with ranitidine use. There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the esophagus.

In addition to the findings above, a review of the one occupational (Hidajat et al., (2019) and dietary epidemiological studies (Keszei et al., (2013), Loh et al., (2011), Rogers et al., (1995)) measuring NDMA exposure and esophageal cancer provide important additional evidence supporting causation.

Hidajat et al., (2019) analyzed the cancer mortality among a large group of individuals (36,441 males aged 35+ years) employed in the British rubber industry, starting in 1967 and followed up to 2015. A significant association with esophageal cancer deaths was seen in all three higher quartiles of NDMA exposure relative to the lowest, reference quartile: hazard ratios of 1.7 (95% CI 1.24 to 2.33), 2.43 (95% CI 1.78 to 3.31) and 3.04 (95% CI 2.26 to 4.09) were observed for

esophageal cancer in the second, third and fourth quartiles respectively. The P for trend was 0.26.

These two sets of data above provide support for the consistency of the association for esophageal cancers with ranitidine use. Further, when reviewed in the context of all relevant studies and data relating to esophageal cancer and NDMA, and data from ranitidine testing for NDMA discussed later in this report, there is compelling evidence of a causal association.

In summary, there is consistent evidence of an increased risk in studies of esophageal cancer and ranitidine use, and studies of esophageal cancer with NDMA, with no substantial evidence to the contrary. I have concluded that the relative risks are modest and are consistent with causation, and the magnitude of the risk is in line with other generally accepted causal relationships (e.g., radon and lung cancer, second-hand smoke and lung cancer, oral birth control medications, and breast cancer). I have concluded that the evidence relating to esophageal cancer with ranitidine use shows both strength and consistency of the association.

Consistency of Association.
See above discussion.

Temporality.
In the epidemiological studies of ranitidine use, measured exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis. The observation period extended for several years in each study.

Similar considerations apply to the epidemiological studies of occupational and dietary exposure to NDMA. For the dietary studies the evaluation of diet was applied to a period preceding the observation period. The occupational studies are retrospective cohort studies where exposure occurred several to many years before diagnosis or mortality.

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for temporality in the causation of esophageal tumors by exposure to ranitidine containing NDMA is strong.

Coherence
Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use. NDMA induces cancers at various sites in animals, including the esophagus as described below under experimental evidence. Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted. Evaluation of dosing patterns for ranitidine confirm that these doses



CONFIDENTIAL INFORMATION

would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.
The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA. As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites. This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity. See discussion of the key characteristics of human carcinogens laid out by Smith et al. (2016), which were identified earlier in this Report and in the Table titled Key characteristics of human carcinogens for NDMA and incorporated here. This demonstrates the biological plausibility that NDMA exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including esophageal cancer. See also section on experimental evidence, below.

Dose-Response.
The studies of esophageal cancer associated with ranitidine use are susceptible to quantitative analysis of dose response, due to their design. However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al. (2019), in which there was a significant dose response trend ($p < 0.01$). The dietary studies (Keszei et al., 2013, Loh et al., 2011, Rogers et al., 1995) also show a dose response, as shown in the analyses presented earlier in this report. Additionally, the findings in my Dose Response section below confirm the NDMA levels in ranitidine formulations, which increase over time with exposure to heat and humidity, including with consumer storage, are consistent with the NDMA exposure in the diet studies and specifically the Hidajat et al., (2019) study to cause an increased risk of esophageal cancer. Overall, the evidence for dose response is clear.

Specificity.
All the epidemiological studies and other evidence addressed in this evaluation relate to esophageal cancer and related effects. There are other potential causes of esophageal cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of esophageal cancer causation. Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures. Thus, the condition of specificity is satisfied.

Experimental evidence.
Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans. Of the numerous animal studies identified by IARC and reviewed earlier in this report, many present relevant findings. A few studies reviewed reported the induction of esophageal tumors following NDMA exposure.



CONFIDENTIAL INFORMATION

| Species | Route | Citation |
|---|---|---|
| Rats | Oral | Schmahl et al., (1976) |
| Hamsters (Syrian golden) | Oral | Homburger et al., (1976) |
| | Subcutanous | Haas et al., (1973) |

The findings in animal studies show some evidence of carcinogenesis of the esophagus in animals, which is considered supportive of the findings of esophageal tumors in humans. Although relatively few observations of carcinogenesis by NDMA in the esophagus have been reported, there are a very large number of positive findings at other sites. Since strict concordance of affected site is not expected, this evidence overall is considered suggestive of carcinogenicity of NDMA to the human esophagus.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that esophageal cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy assessment is for structural analogies of NDMA with other carcinogens. NDMA is a member of the larger class of dialkyl nitrosamines, many of which have been studied and found to be carcinogenic. IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds. They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species, including eight which caused tumors in the esophagus. These were seen in various species, including the monkey where the tumors were considered analogous to human esophageal carcinoma[ccl], as shown in the table below.



CONFIDENTIAL INFORMATION

| Compound | Species | Esophagus | Other sites/species |
|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, rat | Y | Y |
| N-Nitrosodietholamine | | | Y |
| N-Nitrosodiethylamine | various | Y | Y |
| N-Nitrosodi-n-propylamine | rat | Y | Y |
| N-Nitroso-N-ethylurea | | | Y |
| N-Nitrosofolic acid | (ID) | | |
| N-Nitrosomethylethylamine | | | Y |
| N-Nitroso-N-methylurea | monkey, hamster | Y | Y |
| N-Nitrosomethylvinylamine | rat | Y | Y |
| N-Nitrosomorpholine | | | Y |
| N'-Nitrosonornicotine | rat | Y | Y |
| N-Nitrosopiperidine | various | Y | Y |
| N-Nitrosoproline | (ID) | | |
| N-Nitrosohydroxyroline | (ID) | | |
| N-Nitrosopyrolidine | | | Y |
| N-Nitrososarcosine | rat | Y | Y |
| Streptozotocin | | | Y |

(ID) – inadequate data.

On this basis the analogy factor for esophageal cancer as a result of exposure to ranitidine or NDMA is very strong.

## Pancreatic cancer

Strength and consistency of the observed associations
I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication.

I reviewed epidemiological studies that evaluate pancreatic cancer risk with ranitidine use. I evaluated and discussed the studies earlier in my report.

Three of the studies reported a significant association between ranitidine use and pancreatic cancer. (McDowell et al., (2020), Habel et al., (2000), Adami et al., (2021). In McDowell, (2021), researchers applied a strong criterion for a signal and evidence of an exposure response. Because true associations could have been missed, I consider this study of value in my assessment. Researchers found an association of ranitidine use with pancreas cancer, with an odds ratio of 1.37 (95% CI 1.10 - 1.70).

There are important limitations to these studies, as discussed above in my report. In particular, the studies which compare ranitidine to other acid suppressing medications, which will tend to understate or miss the risk of ranitidine. Other limitations include lack of adequate follow up, or lack of information regarding dose, for example, Habel et al., (2000) Adami et al., (2021),

McGwin (2021); lack of information regarding long term use, Habel et al., (2000), Adami et al., (2021).

I also reviewed Mohy-ud-din (2020), in my analysis which is an analysis of data collected from the Explorys database, comparing the incidence of specific cancers in users of ranitidine and famotidine. Ranitidine users had a lower risk of pancreatic cancer when compared to famotidine users (OR 0.63, 95% CI 0.61-0.65). This study is in abstract form only and not peer reviewed. Important information about methodology and study details are not provided. I do not rely on it here. Additionally, as set forth above, McGwin (2021) showed a positive association but was not given weight because of the limitations previously discussed.

An important factor in the evaluation is the demonstration that many commercial samples of ranitidine contain substantial levels of NDMA. This is discussed fully in my Dose Response section. In some cases, these levels were in excess of those shown to be linked to human cancer in dietary studies and the Hidajat study of NDMA exposure. Having established the presence of NDMA at relevant levels in ranitidine (and not including the additional NDMA that can form after ingestion), the extensive data on NDMA cancer causation are supportive of the conclusion of an association of cancer with ranitidine use. There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the pancreas.

Two studies of NDMA exposure and pancreatic cancer include an occupational exposure study, Hidajat et al., (2019) and dietary study, Zheng et al., (2019). One of these two studies found a statistically significant relationship between ranitidine use and cancers of the pancreas, which is therefore supportive of the association. The other study failed to show association with overall NDMA intake, although there was association with one class of dietary sources. The significance of that result is unclear, but no studies offer negative or null results. Together, diet and occupational studies provide generally consistent evidence of an association, when factoring in the likelihood that a number of the studies were likely to understate or miss an association.

As noted in the discussion of the strength of association, there is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the pancreas, and some evidence of pancreatic carcinogenesis in animals also.

These two sets of data provide support for the consistency of the association for pancreatic cancers with ranitidine use.

In summary, there is evidence of an increase in risk in studies of pancreatic cancer and ranitidine use, and studies of pancreatic cancer with NDMA, with no substantial evidence to the contrary. I have concluded that the relative risks are modest and are consistent with causation, and in line with other generally accepted causal relationships (e.g., radon and lung cancer, second-hand smoke and lung cancer, oral birth control medications and breast cancer). I have concluded that the evidence relating to pancreatic cancer with ranitidine use shows both strength and consistency of the association.



CONFIDENTIAL INFORMATION

Consistency of Association.
See above discussion.

Temporality.
In the epidemiological studies of ranitidine use, measured exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis. The observation period extended for several years in each study.

Similar considerations apply to the epidemiological studies of occupational and dietary exposure to NDMA. For the dietary study the evaluation of diet was applied to a period preceding the observation period. The occupational study is a retrospective cohort study where exposure occurred several to many years before diagnosis or mortality.

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for temporality in the causation of pancreatic tumors by exposure to ranitidine containing NDMA is strong.

Coherence
Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use. NDMA induces cancers at various sites in animals, including the pancreas as described below under experimental evidence. Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted. Evaluation of dosing patterns for ranitidine confirm that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.
The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA. As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites. This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity. See summary table above and discussion of the key characteristics of human carcinogens laid out by Smith et al. (2016), which were identified earlier in this report. This demonstrates the biological plausibility that NDMA exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including pancreatic cancer. See also section on experimental evidence, below.



CONFIDENTIAL INFORMATION

Dose-Response.
The studies of pancreatic cancer associated with ranitidine use are susceptible to quantitative analysis of dose response, due to their design. However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al., (2019) in which there was a significant dose response trend ($p < 0.01$). Additionally, as discussed in my Dose Response section below, the NDMA levels found in the ranitidine formulations which increase over time with exposure to heat and humidity, including with consumer storage, are consistent with the NDMA exposure in Hidajat associated with an increased risk of pancreatic cancer. The dietary showed a dose response in its only substantial findings, as shown in the analyses presented earlier in this report. Overall, the evidence for dose response is supportive.

Specificity.
All the epidemiological studies and other evidence addressed in this evaluation relate to pancreatic cancer and related effects. There are other potential causes of pancreatic cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of pancreatic cancer causation. Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures. Thus, the condition of specificity is satisfied.

Experimental evidence.
Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans. Of the numerous animal studies identified by IARC and reviewed earlier in this report, many present relevant findings. Two studies reviewed reported the induction of pancreatic tumors following NDMA exposure.

| Species | Route | Citation |
|---|---|---|
| Rats | 0ral | Schmahl et al. (1976) |
| | | |

The findings in animal studies show some evidence of carcinogenesis of the pancreas in animals, which is considered supportive of the findings of pancreatic tumors in humans. Although relatively few observations of carcinogenesis by NDMA in the pancreas have been reported, there are a very large number of positive findings at other sites. Since strict concordance of affected site is not expected, this evidence overall is considered supportive of carcinogenicity of NDMA to the human pancreas.

Analogy
Given the demonstration that ranitidine contains NDMA, and the understanding that pancreatic cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy assessment is for structural analogies of NDMA with other carcinogens. NDMA is a member of the larger class of dialkyl nitrosamines, many of which have been studied and found to be carcinogenic. IARC



CONFIDENTIAL INFORMATION

Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds. They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species. There are few reports of these compounds causing tumors in the pancreas: this site appears to be a relatively rare observation in the animal studies reviewed, especially for rats and mice. However, IARC did note that N-Nitrososarcosine caused pancreatic tumors in mice, and streptozotocin caused these tumors in the rat. They also noted that N-nitroso-bis (2-hydroxy-n-propyl)amine, N-nitroso-bis (2-oxo-N-propyl)amine and N- Nitroso-bis (2-acetoxy-N-propyl)amine, derivatives of N-nitroso-di N-propylamine, caused pancreatic tumors in rats and hamsters, and 2,6-diethyl-nitrosomorpholine also caused pancreatic duct tumors in hamsters.

On this basis the analogy criterion for pancreatic cancer as a result of exposure to ranitidine or NDMA is supportive.

## Liver cancer

### Strength and consistency of the observed associations

I have considered the strength and consistency of the observed associations individually, but discuss them together here to discuss strength of association and consistency together to avoid duplication

There are five studies available to evaluate liver cancer risk with ranitidine use. One of the four studies, Kantor et al., (2020), reported significant association between ranitidine use and liver cancer. Tran et al. (2018) also reported an increased risk while and Yoon et al., (2021), reported modestly increased hazard ratios, for liver and biliary cancer, but these were non-significant. A fourth study, Kim YD et al., (2021), appears to show reduced odds ratios for all comparisons, but this appears not to represent a definitive finding. McGwin (2021) also reported an elevated association between ranitidine use and liver cancer compared to PPI and other H2RA use from 2013 to 2020, with a proportional reporting ratio of 2.64 (95% CI, 1.76-3.96). However, McGwin is based on spontaneous adverse events; therefore, I give it little weight.

There are important limitations to all these studies, as discussed above in my report, in particular where the studies compare ranitidine to other acid suppressing medications, which will tend to understate or miss the risk of ranitidine. However, when you review Tran et al., (2018) which looked at the association of liver cancer with use of PPIs and H2RAs in the UK it observed an increased odds ratio for liver cancer in ranitidine users vs. non users was observed: 1.41 (95% confidence intervals 0.91 - 2.15, P = 0.110) but this was not statistically significant.

Additionally, while Zheng et al., (2021) is a case-control study looking at the association between intake of N-nitroso compounds (NOCs) and liver cancer did find not find an association for plant sources of NDMA for the second and third quartiles which were below 1, it did have an increased odds ratio (1.54, 95% CI 1.01-2.34) for the fourth quartile. Lastly, Hidajat et al. (2019), found a statistically significant relationship between NDMA exposure and cancers of the liver. Hazard ratios of 1.52 (95% CI 0.99 to 2.33), 3.27 (95% CI 2.20 to 4.86) and 3.47 (95% CI 2.35 to



CONFIDENTIAL INFORMATION

5.13) were observed for liver cancer in the second, third and fourth quartiles respectively. The P for trend was <0.01.

Based on my review of the ranitidine studies relating to liver cancer the findings provide evidence of a positive causal association However, an important factor in the evaluation is the demonstration that many commercial samples of ranitidine contain substantial levels of NDMA. In some cases, these levels were in excess of those shown to be linked to human cancer in the Hidajat study due to NDMA exposure. Having established the presence of NDMA at relevant levels in ranitidine (and not including the additional NDMA that can form after ingestion), the extensive data on NDMA cancer causation are supportive of the conclusion of an association of cancer with ranitidine use. There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the liver.

Although the database of studies is fairly limited in both number and power, together the diet and occupational studies provide supportive evidence for causation.

As noted in the discussion of the strength of association, there is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the liver. There is extensive evidence of liver carcinogenesis by NDMA in animals also, which substantially reinforces the more limited epidemiological evidence. These data provide support for the consistency of the association for liver cancers with ranitidine use.

In summary, there is evidence of an increase in risk in studies of liver cancer and ranitidine use, and a study of liver cancer with NDMA, with no substantial evidence to the contrary. I have concluded that the relative risks are consistent with causation, and in line with other generally accepted causal relationships (e.g., radon and lung cancer, second-hand smoke and lung cancer, oral birth control medications and breast cancer). I have concluded that the evidence relating to liver cancers with ranitidine use shows both strength and consistency of the association.

Consistency of Association.
See above discussion.

Temporality.
In the epidemiological studies of ranitidine use, measured exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis. In one study users of ranitidine in the two years prior to the observation period were excluded, assuming a latency period for cancer appearance. Observation then continued for several years in each study.

Similar considerations apply to the epidemiological studies of occupational exposure to NDMA. The occupational study is a retrospective cohort study where exposure occurred several to many years before diagnosis or mortality.



CONFIDENTIAL INFORMATION

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for temporality in the causation of liver tumors by exposure to ranitidine containing NDMA is strong.

Coherence

Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use. NDMA induces cancers at various sites in animals, including the liver as described below under experimental evidence. Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted. Evaluation of dosing patterns for ranitidine confirm that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.

The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA. As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites. This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity. All these provide confirmation of the role of NDMA in causing the characteristic features of cancer laid out by Smith et al. (2016), which were identified earlier in this report. See also section on experimental evidence, below.

Dose-Response.

The studies of liver cancer associated with ranitidine use are not susceptible to quantitative analysis of dose response, due to their design. However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al. (2019) in which there was a significant dose response trend ($p < 0.01$). In addition, there is evidence of dose-response in the animal studies of NDMA carcinogenesis. The large study of NDMA exposure in rats by Peto et al., described earlier, extends over a wide range of doses and demonstrates a linear dose response extending to the lowest doses. Additionally, the NDMA levels found in the ranitidine formulations which increase with exposure to heat and humidity, including with consumer storage, are consistent with the NDMA exposure in Hidajat associated with an increased risk of liver cancer. Overall, the evidence for dose response is supportive.

Specificity.

All the epidemiological studies and other evidence addressed in this evaluation relate to liver cancer and related effects. There are other potential causes of liver cancer, but this does not



CONFIDENTIAL INFORMATION

impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of pancreatic cancer causation. Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures. Thus, the condition of specificity is satisfied.

Experimental evidence.
Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans. Of the numerous animal studies identified by IARC and reviewed earlier in this report, many present relevant findings. Studies finding induction of liver tumors in various species following NDMA exposure are shown below. Subsequent to the review of NDMA carcinogenesis studies undertaken for IARC Monograph 17, there have been many studies where NDMA was used as a model carcinogen to induce tumor formation, but few actual bioassay-style studies, since NDMA carcinogenicity has been widely assumed as proven in recent years. The one major exception to this trend is a very large-scale study in which Peto et al. exposed Colworth rats to NDMA and NDEA in drinking water for life.

| Species | Route | Citation |
|---|---|---|
| Mouse | 0ral | Clapp, et al., (1968, 1971) |
| | | Kuwahara et al. (1972) |
| | | Takayama & Oota (1963, 1965) |
| | | Terracini et al. (1966) |
| | Subcutaneous | Kuwahara, et al. (1972) |
| | | Otsuka and Kuwahara (1971) |
| | | Terracini et al., (1966) |
| | | Toth and Shubik (1967) |
| | | Toth et al. (1964) |
| | Intraperitoneal | Frei (1970) |
| | | Den Engelse et al. (1974) |
| | | Vesselinovitch (1969) |
| Rat | 0ral | Argus & Hoch-Ligeti (1961) |
| | | Carlton & Price (1973) |
| | | Geil et al. (1968) |
| | | Hadjiolov & Markow (1973) |
| | | Hoch-Ligeti, et al. (1968) |
| | | Keefer, et al. (1973) |
| | | Magee & Barnes (1956) |
| | | Peto et al. (1991) |
| | | Rogers et al. (1974) |
| | | Schmahl et al. (1976) |
| | | Taylor et al. (1974) |
| | | Terracini et al. (1967) |



CONFIDENTIAL INFORMATION

| | | |
|---|---|---|
| | | Zak, et al. (1960) |
| | Inhalation | Druckrey et al., (1967) |
| | | Moiseev & Benemansky (1975) |
| | Subcutaneous | Terracini & Magee, (1964) |
| Hamster | 0ral | Tomatis et al. (1964) |
| | | Tomatis & Cefis (1967) |
| | Subcutaneous | Herrold (1967) |
| | | Stenback et al., (1973 |
| | | Reznik (1975), Reznik et al., (1976) |
| | | Mohr at al., (1974) |
| Guinea pig | 0ral | Le Page & Christie (1969a) |
| Rabbit | 0ral | Le Page & Christie (1969b) |
| *Mastomys* | subcutaneous | Fujii & Sato (1970) |

The findings in animal studies show extensive evidence of carcinogenesis of the liver in animals, which is considered supportive of the findings of liver tumors in humans. This evidence is considered sufficient and consistent with the reported carcinogenicity of NDMA to the human liver.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that liver cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy argument is for structural analogies of NDMA with other carcinogens. NDMA is a member of the larger class of dialkyl nitrosamines, many of which have been studied and found to be carcinogenic. IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds.

| Compound | Species | Liver | Other sites/species |
|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, rat | Y | Y |
| N-Nitrosodietholamine | rat, hamster | Y | Y |
| N-Nitrosodiethylamine | various | Y | Y |
| N-Nitrosodi-n-propylamine | rat, monkey | Y | Y |
| N-Nitroso-N-ethylurea | mouse, opossum | Y | Y |
| N-Nitrosofolic acid | (ID) | | |
| N-Nitrosomethylethylamine | rat | Y | N |
| N-Nitroso-N-methylurea | | N | Y |
| N-Nitrosomethylvinylamine | | N | Y |
| N-Nitrosomorpholine | rat, mouse | Y | Y |
| N'-Nitrosonornicotine | rat | Y | Y |



CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| N-Nitrosopiperidine | various | Y | Y |
| N-Nitrosoproline | (ID) | | |
| N-Nitrosohydroxyroline | (ID) | | |
| N-Nitrosopyrolidine | rat | Y | Y |
| N-Nitrososarcosine | mouse | Y | Y |
| Streptozotocin | rat | Y | Y |

(ID) – inadequate data.

IARC found that all the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species. Twelve of the fourteen compounds for which data were available caused liver tumors in one or more species.

On this basis the analogy criterion for pancreatic cancer as a result of exposure to ranitidine or NDMA is sufficient.

Utilizing the Bradford Hill framework, which I employ in my research and studies outside of this case, I have reviewed, considered, and weighed the evidence relating to the risk liver cancer and exposure to ranitidine containing NDMA.s. Applying my training, educational and professional experience, it is my opinion to a reasonable degree of medical and scientific certainty that ranitidine can and does cause liver cancer.

## Predicted Impact of NDMA contamination of ranitidine.

Based on the observed increased risk of various cancers associated with human dietary or occupational exposure to NDMA, it is possible to calculate the increased risks of these cancers as a result of ingestion of therapeutic doses of contaminated ranitidine over a period of time. For the purposes of this assessment, I assumed that the standard dose contained 1000 ng (1µg) of NDMA, and that this was taken daily for 10 years. (Prescription records show that 60% of ranitidine users take the drug for at least 10 years.) The following table shows the increase in hazard ratio for various cancers at sites for which dose-response information could be calculated from the epidemiological studies of dietary and occupational NDMA exposure.

### Increment in risk for 1000 ng/dose for 10 years

Cumulative intake, mg NDMA: 3.6500

| Malignancy | subtype | Mean slope | HR Increase | HR |
|---|---|---|---|---|
| All malignant neoplasms | All subjects | 0.0651 | 23.76% | 1.2376 |
| | Men only | 0.0847 | 30.93% | 1.3093 |
| Bladder | | 0.0989 | 36.10% | 1.3610 |

| Malignancy | subtype | Mean slope | HR Increase | HR |
|---|---|---|---|---|
| All Gastro-intestinal | | 0.1671 | 61.00% | 1.6100 |
| Stomach | All types | 0.2473 | 90.28% | 1.9028 |
| | Adeno-carcinoma | 0.6250 | 228.13% | 3.2813 |
| Esophagus | All types | 0.1803 | 65.81% | 1.6581 |
| | squamous cell ca. | 0.4353 | 158.89% | 2.5889 |
| All colorectal | | 0.0090 | 3.30% | 1.0330 |
| Proximal colon | | 0.0140 | 5.11% | 1.0511 |
| Rectum | | 0.3022 | 110.31% | 2.1031 |
| Prostate | | 0.2432 | 88.76% | 1.8876 |
| Larynx | | 0.2063 | 75.29% | 1.7529 |
| Brain | | 0.0716 | 26.13% | 1.2613 |
| Pancreas | | 0.0843 | 30.76% | 1.3076 |
| Liver | | 0.0948 | 34.61% | 1.3461 |

## FDA NDMA Testing

On September 13, 2019, the FDA issued a statement alerting patients and health care professionals that low levels of NDMA were found in samples of ranitidine.[ccli] NDMA is classified as a probable human carcinogen (as substance that could cause cancer). The FDA noted that it was working with international regulators and members of industry to determine the source of the impurity. A number of ranitidine manufacturers, including Sanofi and GSK, announced that they were recalling their ranitidine products shortly after this announcement was made.[cclii] [ccliii]

In October 2019, FDA published new testing method recommendations for detecting NDMA, LC-HRMS. The updated procedure did not use elevated temperatures, which is now known could generate elevated levels of NDMA.[ccliv] FDA noted that preliminary results for their NDMA testing showed unacceptable levels of NDMA even though the test did not use high heat.[cclv] Later that month, FDA published the LC-MS method, an alternative method for detecting NDMA in ranitidine.[cclvi]

In November, FDA published preliminary results from its ranitidine testing that found NDMA in all ranitidine samples tested, across all dosages and formulations.[ccxlviii] In a release issued with



CONFIDENTIAL INFORMATION

the test results, the FDA reported that manufacturers who find NDMA over the regulatory limit in their ranitidine products should recall their products, stating:

"The calculated acceptable intake for NDMA in drugs is based on methods described in the 2018 ICH Guidance M7(R1). *Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk*. If we or the manufacturers find NDMA levels above the acceptable limits (96 nanograms per day or 0.32 ppm), we're now asking companies to voluntarily recall ranitidine."[cclvii] In addition to FDA's testing, it asked ranitidine manufacturers to conduct their own testing to examine NDMA levels and later expanded the request to cover all lots of medication before making them available to consumers.[cclviii]

On January 2, 2020, Emery Pharma submitted a Citizen's Petition to FDA asking for all ranitidine products to be recalled from the US market.[cclix] Emery made this request after obtaining preliminary LC-MS/MS test results that showed that the ranitidine molecule is heat-liable and that NDMA accumulates progressively under elevated temperatures.

On April 1, 2020, FDA recalled all ranitidine drugs from the US market because consumers could be exposed to unacceptable levels of NDMA when ranitidine products were stored at higher than room temperatures, which could cause NDMA to increase over time.[cclx] In its response to Emery Pharma's Citizen's Petition, FDA told the laboratory: "Our preliminary stability tests under accelerated conditions, one of which was conducted at 40ºC/75% humidity, indicate that elevated temperatures can lead to the presence of NDMA in the drug product."[cclxi]

## GSK NDMA Testing and Root Cause Analysis

In response to inquiries from regulatory agencies including FDA, GSK began an investigation to determine why NDMA was being generated in ranitidine products. GSK conducted the root cause testing between September 2019 and April 2020.[cclxii] The results of GSK's root cause analysis were signed on June 15, 2020 by Andrew Searle, GSK's Director of Chemistry.[cclxii] In December, GSK's root cause analysis findings were published in an article in the Organic Process Research and Development journal.[cclxiii]

### GSK Found NDMA in all Ranitidine Samples Tested

During its root cause testing, GSK tested retained ranitidine drug substance and drug product samples that it sourced from various manufacturing sites.[cclxiv] GSK's testing found NDMA in all batches of drug substance and drug product that were tested.[cclxiv] In finished dose tablets made with Dr. Reddy's and Jurong ranitidine drug substance, GSK found NDMA levels ranging from 24.75 ng to 195 ng per tablet in 75 mg tablets, 36 ng to 435 ng per tablet in 150 mg tablets, and 168 ng to 330 ng in its 300 mg tablets. The 150 mg ranitidine syrup, had between 2.4 ng to 9.9 ng NDMA per dose in its 10 mg, and 5 ng to 27.5 ng per dose in its 25 mg.[cclxv]

### RCA Confirms NDMA is Generated from Degradation of the Ranitidine Molecule

As part of the RCA, GSK conducted experiments to assess potential degradation pathways of ranitidine. GSK found that NDMA was not a synthetic impurity formed during ranitidine's



CONFIDENTIAL INFORMATION

manufacture because freshly prepared batches of drug substance did not contain NDMA.[cclxiv] GSK conducted an isotopic labeling study that confirmed that NDMA was being generated directly from the ranitidine molecule itself via an intramolecular process.[cclxiv]

RCA Confirms Temperature and Relative Humidity are Significant Factors Impacting the Rate of NDMA Formation in Drug Substance and Drug Product

To analyze the impact of temperature and relative humidity on ranitidine, GSK performed accelerated stability monitoring (ASM) studies. In these studies when the drug substance was exposed to relative humidity at ≥ 50%, the samples deliquesced and became liquid during decomposition, turning dark brown. GSK concluded that NDMA increases when ranitidine drug substance is exposed to elevated temperatures. Further, under storage conditions, GSK found that humidity which is already present in the drug substance at trace levels increases the rate of NDMA formation.[cclxiv] GSK testing also showed elevated temperature and humidity increases the rate at which ranitidine degrades and forms NDMA.[cclxiv]

## Testing from Other Ranitidine Manufacturers Finds NDMA in Their Ranitidine Products

Dr. Reddy's

One of the drug substance manufacturers for GSK, Dr. Reddy's tested finished dose products and found elevated levels of NDMA ranging from 13.335ng to 109.838 ng per 75 mg tablet, 28.185 ng to 122.16 ng per 150 mg tablet; and 360 ng to 840 ng per 300 mg tablet.[cclxvi]

Sanofi

FDA tested Sanofi's finished dose tablets and found NDMA levels between 10 ng to 40 ng per 75 mg tablet, and 10 ng to 360 ng per 150 mg tablet.[ccxlviii] Sanofi also tested 75 mg and 150 mg finished dose, and found NDMA levels ranging from 0 ng to 105.08 ng and 0 ng to 420.15 ng per tablet, respectively.

In a response to a request from the EMA, UK's regulatory agency, Sanofi provided the results of drug product stress testing that showed that NDMA content increased in all drug product batches in response to oxidation, temperature and humidity.[cclxvii] In a Health Hazard Evaluation, Sanofi reported that NDMA is a mutagenic carcinogen in rodents and is classified by IARC as a 2A carcinogen (probably carcinogenic in humans).[cclxviii] Sanofi's report cited IARC 1998, which had found that NDMA should be regarded for practical purposes as if it was carcinogenic to humans based on the occurrence of cancer in several species and different exposure routes.[cclxviii] NDMA is controlled as a class 1 impurity under ICHM7, and N-nitroso compounds, including NDMA, are "high potency mutagenic carcinogens referred to as the cohort of concern in ICH M7 guidelines."[cclxviii]

Sanofi also reported the results from preliminary drug product and API tests for batches that had been manufactured for the US market.[cclxviii] In all 7 API batches, the NDMA content far exceeded the acceptable limit for NDMA of 320 ppb and all of the drug product tested had detectable levels of NDMA.[cclxviii]



CONFIDENTIAL INFORMATION

After the FDA recalled all ranitidine products from the market in April 2020 Sanofi sought to create a ranitidine hydrochloride tablet with low iron contamination, which would produce low levels of NDMA.[cclxix] Sanofi hypothesized that that iron contamination from processing and transportation, or from the raw materials used could be affecting the NDMA levels found in ranitidine. Sanofi noted that when ranitidine HCl is exposed to oxygen, the iron/oxygen interactions activate NDMA and promote its formation.[cclxix] Based on its investigation, Sanofi concluded: "NDMA formation is due to iron species presence and includes the following steps: cleavage of ranitidine with iron species, concomitant formation of mineral nitrite, NDMA formation, the NDMA formation being accelerated when the temperature increases."[cclxix]

BI & Uquifa

FDA testing of BI's finished dose ranitidine tablets found NDMA levels ranging from 18.225 ng to 41.175 ng per 75 mg tablet. The NDMA levels for 150 ng tablets ranged from 16.2 ng to 62.25 ng per tablet.[cclxx]

In June 2020, Boehringer Ingelheim (BI) conducted an investigation to assess whether its manufacturing process caused NDMA to form in the ranitidine drug product.[cclxxi] BI performed the investigation after being asked to do so by Sanofi because, at the time, BI manufactured bulk ranitidine for Sanofi.[cclxxi]

BI's investigation determined that the manufacturing process or individual manufacturing steps performed at BI Promeco were not the cause of the NDMA.[cclxxi] BI did not conduct its own NDMA testing but concluded that the API supplier, Uquifa, was responsible for the NDMA, finding the API supplied by Uquifa to be a "high risk" for nitrosamine formation."[cclxxi] BI's conclusion is based on a May 11, 2020 report from Uquifa, in which Uquifa determined that "thermal sensitivity" was causing ranitidine to form NDMA.[cclxxi]

Uquifa

In its February 2020 Executive Summary, Uquifa stated the presence of NDMA in ranitidine API was due to the effect of temperature and humidity on the stability of the API based on its testing.[cclxxii] Uquifa determined there was a potential for NDMA to form during the manufacturing process because ranitidine's nitro group could generate trace levels of nitrites.[cclxxiii] Although NDMA was not detected, in three of the batches tested, nitrite was found at 9.82 ppm, 26.47 ppm, and 39.23 ppm.[cclxxiii] Uquifa's stability testing also showed that elevated NDMA forms due to the effects of temperature, relative humidity, and time.[cclxxiii]

## Comparison and effects of measured NDMA levels in ranitidine medications

The various measurements of NDMA levels vary considerably, in part linked to differences in supplier, bulk material vs. finished medications, age and storage conditions. Within any of these categories there is still considerable variation. I will attempt to present a summary of the available information, based on data assembled by FDA and the defendants (Zantac - NDMA Testing results.xlx) and by Emery Laboratories.



CONFIDENTIAL INFORMATION

The testing reported by FDA includes a relatively small number of samples, and these were of various ages but stored under manufacturers storage conditions rather than by users. The values considered in this report are for tablet formulations only, and exclude expired samples or those sourced from Dr. Reddy, who have only a small share of the US market. The data are shown below with graphical presentations to illustrate the shape and breadth of the distribution.



CONFIDENTIAL INFORMATION

## Zantac – NDMA Testing results – FDA, Part 1

All samples are tablets. Values listed by FDA for iv product, syrup and Dr. Reddy manufactured samples were not included.

| Defendant / Manufacturer | Bates / Location | Product Name | Strength | Factor to ng/150 mg | Expired / Unexpired Finished Product | Testing Entity | Value number |
|---|---|---|---|---|---|---|---|
| BI | SANOFI_ZAN_MDL_0000065220 | Zantac | 150mg | 1 | Presumed Unexpired | FDA | 1 |
| Sanofi | https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine | Ranitidine (OTC) | 75mg | 2 | Presumed Unexpired | FDA | 2 |
| BI | SANOFI_ZAN_MDL_0000065220 | Zantac | 75mg | 2 | Presumed Unexpired | FDA | 3 |
| Sanofi | SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586 | Zantac | 75mg | 2 | Unexpired | Sanofi | 4 |
| GSK | GSKZAN0000883508 | Zantac | 300mg | 0.5 | Unexpired | GSK | 5 |
| Sanofi | https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine | Ranitidine (OTC) | 150mg | 1 | Presumed Unexpired | FDA | 6 |
| Sanofi | SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586 | Zantac | 150mg | 1 | Unexpired | Sanofi | 7 |
| BI | SANOFI_ZAN_MDL_0000065220 | Zantac | 150mg | 1 | Presumed Unexpired | Sanofi | 8 |
| GSK | GSKZAN0000883508 | Zantac | 75mg | 2 | Unexpired | GSK | 9 |
| GSK | GSKZAN0000883508 | Zantac | 150mg | 1 | Unexpired | GSK | 10 |



CONFIDENTIAL INFORMATION

## Zantac – NDMA Testing results – FDA Part 2

| Value number | NDMA Content (ng) Low | NDMA Content (ng) median | NDMA Content (ng) High | NDMA/dose (ng/150 mg) Low | NDMA/dose (ng/150 mg) median | NDMA/dose (ng/150 mg) high | Spread | Percentile of mean | High as Percentile of max |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.2 | 39.225 | 62.25 | 16.2 | 39.225 | 62.25 | 46.05 | -72.8% | 14.3% |
| 2 | 10 | 25 | 40 | 20 | 50 | 80 | 60 | -65.4% | 18.4% |
| 3 | 18.225 | 29.7 | 41.175 | 36.45 | 59.4 | 82.35 | 45.9 | -58.9% | 9.5% |
| 4 | 0 | 52.5375 | 105.075 | 0 | 105.075 | 210.15 | 210.15 | -27.2% | 24.2% |
| 5 | 168 | 249 | 330 | 84 | 124.5 | 165 | 81 | -13.8% | 75.9% |
| 6 | 10 | 185 | 360 | 10 | 185 | 360 | 350 | 28.1% | 82.8% |
| 7 | 0 | 210.075 | 420.15 | 0 | 210.075 | 420.15 | 420.15 | 45.5% | 96.6% |
| 8 | 11.1 | 215.625 | 420.15 | 11.1 | 215.625 | 420.15 | 409.05 | 49.3% | 96.6% |
| 9 | 24.75 | 109.875 | 195 | 49.5 | 219.75 | 390 | 340.5 | 52.2% | 44.8% |
| 10 | 36 | 235.5 | 435 | 36 | 235.5 | 435 | 399 | 63.1% | 100.0% |

| | | | | | |
|---|---|---|---|---|---|
| Global min | Global mean | Global max | Global min | Global mean | Global max |
| 0 | 135.154 | 435 | 0 | 144.415 | 435 |
| Average min | | Average max | Average min | | Average max |
| 29.428 | | 240.880 | 26.325 | | 262.505 |



CONFIDENTIAL INFORMATION









CONFIDENTIAL INFORMATION







The 75% percentile of the maximum NDMA level, was approximated by point 5: 326 ng NDMA per 150 mg ranitidine.



CONFIDENTIAL INFORMATION

The tests undertaken by Emery Pharma (Baseline_FINAL.xlx and Combined Addl testing.xlx) are summarized below. These included measurement of baseline NDMA sampling of ranitidine medications, and also measurement of NDMA after storage under a variety of conditions.

All the reported measurements of NDMA were considered. Excluded from this analysis were 14 anomalous measurements which exceeded the global average by a large factor: between 9.8 and 17.0. The next highest measurement was only 3.9 times the global average.

One of the issues to be addressed in these data is that some of the samples obtained had passed their expiration date by the time they were analyzed. Examination of the whole dataset and the values for expired and current samples separately. This showed that there was no systematic difference between the current samples and those past their expiration date at the time of analysis.

The results per sample are summarized as follows:

| Status | Number of values | Average NDMA Level (ng/150mg) | Std deviation | 95% percentile | min | max |
|---|---|---|---|---|---|---|
| All | 240 | 879.9 | 717.7 | 2390.9 | 11.7 | 3422.4 |
| Current | 164 | 876.4 | 699.6 | 2298.6 | 11.7 | 2957.0 |
| Expired | 76 | 887.5 | 755.0 | 2499.6 | 77.5 | 3422.4 |




Emery Pharma also examined the effect of storage conditions and duration on NDMA levels in ranitidine medications. One group of measurements used three storage scenarios: storage in the shade, in a location exposed to the sun, and storage in a humid location representing a bathroom with a shower. Another group of measurements examined the effects of storage in



CONFIDENTIAL INFORMATION

various climatic zones with increasing humidity and temperature. In both scenario groups the storage conditions were maintained for a variety of different cycle numbers or times. Containers were unsealed but with lids replaced to simulate user handling.

As noted above, some of the samples used by Emery Pharma were past their expiration date by the time they were analyzed. As noted previously this appears to make no difference to the baseline NDMA values obtained. The following chart shows baseline values for all the samples used in the scenario analyses, in order of NDMA concentrations.




Shown are before/after ratios for NDMA levels to show the relative effect of the exposure scenarios. Some of the samples studied had much higher levels of baseline NDMA than the others, which affected the average results substantially. While these are likely representative of a subgroup of medications in the market, they are markedly different from the other samples used. The other samples are more consistent, as shown by the ratios calculated for the scenario groups excluding these particular samples. Global averages of baseline and post-exposure NDMA content were 2575.0 ng/150mg and 4463.7 ng/150mg respectively.

The baseline values of NDMA in the samples used in the storage scenario studies by Emery Pharma vary considerably, as shown in the table below:

| ID Variable FD Batch/Lot Number | Baseline NDMA Level (ng/150mg) | ID Variable FD Batch/Lot Number | Baseline NDMA Level (ng/150mg) |
|---|---|---|---|
| AL4219B | 77.0 | 9116CAWS | 1142.2 |
| 957266 | 113.8 | 18N024U | 1743.2 |
| 858855 | 126.9 | 19E573 | 2255.9 |
| 957422 | 162.4 | 9238CAWS | 2651.8 |
| AL7319 | 174.0 | AK0118B | 8608.4 |
| HF6N | 203.4 | 960810 | 11224.2 |
| 19D561 (1) | 241.4 | 958258 | 11425.8 |
| 753969 | 264.8 | 960302 | 12024.9 |
| 960678 | 312.2 | 960740 | 12076.5 |
| HA4J | 330.7 | 960303 | 12366.1 |
| AL4891B | 369.5 | AK0119A | 12378.1 |
| 19D563 | 435.4 | 958032 | 12751.3 |
| 18H008M | 721.4 | 960803 | 13421.3 |
| 19D561 (2) | 818.3 | | |
| **Global average** | **4764.7** | | |
| **Average <8000** | **674.7** | | |
| **Min** | **113.8** | | |
| **Max** | **2651.8** | | |
| **Average >8000** | **12126.8** | | |
| | **8608.4** | | |
| | **13421.3** | | |

Two distinct subsets of values are notable: a lower NDMA content group (average 674, minimum 113.8 and maximum 2651 ng/150 mg ranitidine) and a much higher group (average 12126.8, minimum 8608.4 and maximum 13421.3 ng/150 mg ranitidine). The values in the lower group overlap with the range of values seen in the FDA measurements. Although they do extend somewhat higher than those reported by FDA they are consistent with those values particularly considering the smaller number of values given, the spread of individual measurements reported by FDA, and the more controlled source (direct from manufacturer).

Results averaged for scenario groupings are discussed below.

**NDMA Baseline and after exposure levels for the Shade/Sun/Shower scenarios**

The smaller group of samples included in this scenario had an average baseline of 2562.4 ng NDMA/150 mg ranitidine and an average value after consumer storage simulation of 4463.7, showing an average 1.7 - fold increase. Excluding the expired samples makes no systematic difference to the individual treatment values. It reduces the after-cycle global average



CONFIDENTIAL INFORMATION

somewhat (to 3699.2) but this probably reflects the reduced number of values rather than any substantial difference from the total dataset.

The zone storage samples are more consistent because they mostly were based on a smaller number of different samples (for logistical reasons), although two samples were used in both series (FD Batch/Lot Numbers HA4J and HF6N). These did not include the samples with exceptionally high background levels. It is notable that the levels of NDMA increased successively with length of storage in the zone conditions, in each of the zones. The more climatically severe zones also had a substantially greater effect, as shown in the following graph. The global average for unexposed samples was 623.2 ng/150mg. but the ratio of baseline to after exposure increased on average by a substantial ratio of 2.5. The background levels were not substantially different from the measurements of non-expired samples only, consistent with the data on all samples analyzed which were shown earlier. The current values after exposure were actually slightly lower on average because of the selective examination of the data, but the ratio of after exposure vs. background was essentially identical (2.5 vs. 2.6), suggesting that the current vs. expired status of the samples had no effect on the impact of the exposure scenarios on the levels of NDMA.

**NDMA Baseline and after exposure levels for different zones**

| # of Weeks | Zone 1 | Baseline NDMA Level (ng/150 mg) | Baseline NDMA Level (ng/150 mg) exc expired | NDMA Levels after Weeks | Ratio After/ baseline | Excluding expired NDMA Levels after Weeks | Excluding expired Ratio After/ baseline |
|---|---|---|---|---|---|---|---|
| 2 weeks | **Zone 1** | 283.2 | 223.3 | 334.7 | 1.3 | 244.1 | 1.4 |
| | **Zone 2** | 283.2 | 223.3 | 347.7 | 1.3 | 249.4 | 1.2 |
| | **Zone 3** | 283.2 | 223.3 | 347.7 | 1.3 | 249.4 | 1.2 |
| | **Zone 4a** | 283.2 | 223.3 | 448.8 | 1.7 | 251.1 | 1.5 |
| | **Zone ACC** | 283.2 | 223.3 | 369.7 | 1.40 | 248.47 | 1.31 |
| 4 weeks | **Zone 1** | 283.2 | 223.3 | 394.9 | 1.7 | 287.8 | 2.0 |
| | **Zone 2** | 283.2 | 223.3 | 428.3 | 1.8 | 264.8 | 1.7 |
| | **Zone 3** | 283.2 | 223.3 | 397.9 | 1.78 | 276.27 | 1.88 |
| | **Zone 4a** | 283.2 | 223.3 | 659.0 | 3.0 | 594.7 | 4.1 |
| | **Zone ACC** | 283.2 | 223.3 | 1064.7 | 4.1 | 610.5 | 3.7 |
| 8 weeks | **Zone 1** | 283.2 | 223.3 | 358.6 | 1.6 | 274.0 | 1.9 |
| | **Zone 2** | 203.4 | 223.3 | 832.1 | 4.1 | 0.0 | 0.0 |
| | **Zone 3** | 283.2 | 223.3 | 719.3 | 3.0 | 389.9 | 2.8 |
| | **Zone 4a** | 263.2 | 223.3 | 743.7 | 3.19 | 318.58 | 2.10 |
| | **Zone ACC** | 283.2 | 223.3 | 1552.1 | 6.3 | 994.8 | 994.8 |
| **Global averages** | | **283.2** | **223.3** | **623.2** | **2.5** | **409.7** | **2.6** |



CONFIDENTIAL INFORMATION




In selecting a likely value of NDMA in a dose of ranitidine it is reasonable to use the values obtained by Emery Pharma, which are likely representative of the actual doses ingested by patients rather than materials obtained directly from the manufacturer. These are somewhat higher than those observed in the FDA report, which looked at a limited number of samples obtained directly from manufacturers, which have probably been stored under highly controlled conditions. It is evident from the work of Emery Pharma that storage of ranitidine doses under likely consumer conditions has a substantial impact on the levels of NDMA in the medication. Even before consumer storage there is a very wide range of concentrations observed in the baseline concentration.

The substantial number of samples examined by Emery Pharma had an overall average baseline level of 876.4 ng NDMA per 150 mg ranitidine. The baseline in their scenario studies was higher at 2562.4 ng NDMA per 150 mg ranitidine for the shade/sun/shower studies which was the larger group, because the 15-cycle group included some very high baseline samples. The 30 and 50 cycle groups are more representative, having a mean baseline of 750 8 ng NDMA per 150 mg ranitidine, which is consistent with although slightly lower than the overall mean of 876.4 ng NDMA per 150 mg ranitidine. It is also necessary to consider Emery's observations of increased NDMA content after storage under simulated user handling. The lower range samples in their measurements showed increases of up to 8.4 times (excluding outlier values), while others (including the fewer higher-level samples increased) by up to 2 times). The overall



CONFIDENTIAL INFORMATION

average increase as a result of consumer handling is relatively consistent across all scenarios: a value of 2.5 was seen in the zone experiments. For the samples tested under the sun/shade/shower scenarios, the global average was 4463.7 ng NDMA per 150 mg ranitidine, but the average for the 30 and 50 cycle groups which are considered more representative was 3090.1 ng NDMA per 150 mg ranitidine. This 3090.1 ng value was considered more representative, since the samples utilized for the 30 and 50 cycle groups had an average baseline of 750.8 ng which was close, but lower than the overall baseline averages of the 240 samples analyzed for baseline NDMA averages (excluding the 14 anomalous large baseline values). The 3090.1 ng value reflects the likely median of consumer experiences which would include both modest impacts and large impacts depending on individual circumstances. It should also be considered that, depending on their circumstances, some individuals would see an 8-fold increased NDMA exposure after consumer storage. And if they were unfortunate to buy a series of retail prescriptions from the 5% of batches which had a 15-fold greater baseline level of NDMA they would have an even more extreme exposure than these average values represent, regardless of the impact of any storage conditions they applied.

FDA's reported measurements did not include consideration of the impact of storage under consumer conditions, but it is necessary to consider this in understanding the enhanced risk of cancer experienced by ranitidine users. The ratio of 2.5 observed in Emery Pharma's zone experiments may be considered a reasonable hypothesis as to what would be seen in the samples studied by FDA, had these actually been retail samples used by consumers and this ratio applied is even more conservative that the Emery Pharma's testing demonstrated for shade/sun/shower scenarios.

An average user takes two daily doses of the 150 mg ranitidine prescription per day[cclxxiv] and continues this treatment for 10 years (although patients with some conditions may receive much higher doses). This allows calculation of cumulative intake of NDMA from ranitidine over a typical treatment period. The values to be considered are shown in the table below:

NDMA dose calculation

| | **ng/150 mg** | | **µg /year, 2 doses/day** | | **mg/year** | | **mg/10 years** | |
|---|---|---|---|---|---|---|---|---|
| | **Baseline** | **After consumer storage** | **Baseline** | **After consumer storage** | **Baseline** | **After consumer storage** | **Baseline** | **After consumer storage** |
| Consumer storage ratio for FDA | | 2.5 | | 2.5 | | 2.5 | | 2.5 |
| FDA max | 435.0 | 1087.5 | 317.55 | 793.88 | 0.32 | 0.79 | 3.18 | 7.94 |
| Emery overall average | 879 | 3090.1 | 641.67 | 2255.70 | 0.64 | 2.26 | 6.42 | 22.60 |

FDA Max after consumer storage estimated.



CONFIDENTIAL INFORMATION

Impact of likely NDMA exposure from ranitidine use.

Some of the studies reported of NDMA exposure, either occupationally or in dietary studies, show statistically significant findings at measured levels of cumulative NDMA intake. As a measure of the exposure at which cancer impacts are seen, the exposure in the lowest exposure group (tertile, quartile etc.) at which significant findings were seen is noted. This was done for the five cancer sites evaluated previously according to the Bradford Hill criteria: stomach, esophagus, bladder, pancreas and liver. The studies chosen are not necessarily the most sensitive, since many of the studies did not sufficiently quantify the actual NDMA exposures to make this calculation. In particular, cumulative exposure taken from the occupational study by Hidajat may be appear higher in comparison to the dietary studies due to the differences in exposure quantification, exposure route, and the fact that this is a study of mortality rather than incidence. A value is also shown for all cancer, for comparison:

| Site | Author | mg NDMA | OR | CI |
|---|---|---|---|---|
| ***All*** | Loh | 2.17 | 1.14 | 1.03, 1.27 |
| ***Gastric*** | De Stefani et al., 1998 | 3.2 | 3.62 | 1.36 - 3.18 |
| ***Esophagus*** | Keszei | 4.09 | 1.57 | 1.13 - 5.23 |
| ***Bladder*** | Hidajat | 8.70 | 2.82 | 1.19 - 2.07 |
| ***Pancreas*** | Hidajat | 8.70 | 1.59 | 1.18 - 2.15 |
| ***Liver*** | Hidajat | 15.00 | 1.96 | 1.16 - 3.29 |

A comparison of these values with the several estimates of exposure from ranitidine use over 10 years is shown in the following graph:



CONFIDENTIAL INFORMATION




Exposures to NDMA from ranitidine use are clearly substantial in relation to the exposures seen in the studies. The overall baseline estimate from Emery Pharma exceeds the measurably effective exposures for all cancers, gastric and esophageal cancer. Although the FDA maximum is somewhat lower it still exceeds the effective exposures for those cancers: due to the limited database that is probably an underestimate of the exposures actually received by ranitidine users. The estimate of exposure from ranitidine after storage greatly exceeds the effective exposures for all of the cancers of concern.

Another way of looking at these data is to calculate the number of years exposure at the expected rates required to reach measurably effective exposure for the various cancers. This is shown in the table below.



CONFIDENTIAL INFORMATION

**Years to achieve dose equivalent to significant finding level:**

| | | Baseline | | After consumer storage | |
|---|---|---|---|---|---|
| | **Study cumulative mg** | **FDA max** | **Emery overall average** | **FDA max after consumer storage** | **Emery average after consumer storage** |
| NDMA, mg/year | | 0.31755 | 0.64167 | 0.79 | 2.2557787 |
| Site | | Years to reach significance | | | |
| All | 2.17 | 6.83 | 3.38 | 2.73 | 0.96 |
| Gastric | 3.2 | 10.08 | 4.99 | 4.03 | 1.42 |
| Esophagus | 4.09 | 12.88 | 6.37 | 5.15 | 1.81 |
| Bladder | 8.70 | 27.40 | 13.56 | 10.96 | 3.86 |
| Pancreas | 8.7 | 27.40 | 13.56 | 10.96 | 3.86 |
| Liver | 15.0048 | 47.25 | 23.38 | 18.90 | 6.65 |

As was apparent from the previous presentation, levels of NDMA expected from ranitidine use are very likely to result in significant cancer incidence, particularly when allowing for the considerable range of NDMA concentrations observed in baseline ranitidine samples, and even more so when allowing for formation of additional NDMA during consumer storage under what are, for the stability of ranitidine, not ideal conditions of temperature and humidity.



CONFIDENTIAL INFORMATION

References

[i] Fearon E, Vogelstein B (1990). A genetic model for colorectal tumorigenesis. Cell. 61: 959-967.

[ii] Doll R, Peto R (1981). The causes of cancer: quantitative estimates of avoidable risks of cancer in the United States today. JNCI. 66(6): 1192-1308.

[iii] McHale CM, Osborne G, Rachel Morello-Frosch R, Salmon AG, Sandy MS, Solomon G, Zhang L, Smith MT, Zeise L (2018). Assessing health risks from multiple environmental stressors: Moving from G × E to I × E. Mutation Research-Reviews in Mutation Research. 775: 11–20.

[iv] Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert P, Hecht SS, Bucher JR, Stewart BW, Baan R, Cogliano VJ, Straif K (2016). Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. Environ Health Perspect. 124: 713–721.

[v] AG Salmon (2006). Chapter 23: Risk Assessment for Chemical Carcinogens. Molecular Carcinogenesis and the Molecular Biology of Human Cancer. 1: 501-545.

[vi] National Research Council (1983). Risk Assessment in the Federal Government: Managing the Process. National Academies Press.

[vii] National Research Council (1983). Science and Judgment in Risk Assessment. National Academies Press.

[viii] National Research Council (1996). Understanding Risk: Informing Decisions in a Democratic Society. National Academies Press.

[ix] Hill AB (1965). The Environment and Disease: Association or Causation? Proceedings of the Royal Society of Medicine. 58: 295-300.

[x] Goodman JE, Prueitt RL, Sax SN, Bailey LA, Rhomberg LR. (2013). Evaluation of the causal framework used for setting national ambient air quality standards. Crit Rev Toxicol. 43(10):829-49.

[xi] Bradford Hill A. (1965). The Environment and Disease: Association or Causation?. Section of Occupational Medicine. 295-300.

[xii] Meigs JW, Marrett LD, Ulrich FU and Flannery JT (1986). Bladder tumor incidence among workers exposed to benzidine: a thirty-year follow-up. J. Natl Cancer Inst. 76: 1-8.

[xiii] Creech JL Jr, Johnson MN (1974). Angiosarcoma of liver in the manufacture of polyvinyl chloride. J Occup Med. 16: 150-151.



CONFIDENTIAL INFORMATION

[xiv] Mancuso T and Hueper W (1951). Occupational cancer and other health hazards in a chromate plant: A medical appraisal. I. Lung cancers in chromate workers. Industrial Medicine and Surgery. 20: 358-363.

[xv] Mancuso T (1975). Consideration of Chromium as an Industrial Carcinogen. In: International Conference on Heavy Metals in the Environment. 343-356.

[xvi] Redmond CK (1983). Cancer mortality among coke oven workers. Environ Health Perspect. 52: 67-73.

[xvii] Garshick E, Schenker M, Munoz A, Segal M, Smith T, Woskie S, Hammond S, Speizer F (1988). A retrospective cohort study of lung cancer and diesel exhaust exposure in railroad workers. Am Rev Respir Dis. 137: 820-825.

[xviii] Maronpot RR, Boorman GA, Gaul BW (Editors) (1999). Pathology of the mouse: Reference and Atlas. Cache River Press.

[xix] Dearfield KL, Moore MM (2005). Use of genetic toxicology information for risk assessment. Environ Mol Mutagen. 46(4):236-45.

xx U.S. Environmental Protection Agency (1986). Guidelines for Carcinogen Risk Assessment. EPA/630/R-00/004. Risk Assessment Forum, U.S. Environmental Protection Agency. Federal Register. 51(185):33992-34003

xxi U.S. Environmental Protection Agency (2005). Guidelines for Carcinogen Risk Assessment. Risk Assessment Forum. EPA/630/P-03/001F.

xxii OEHHA (2009). Technical Support Document for Cancer Potency Factors.

xxiii IARC. (2019). IARC Monographs on the Identification of Carcinogenic Hazards to Humans. Preamble. Amended January 2019.

xxiv U.S. EPA (2006). Approaches For the Application of Physiologically Based Pharmacokinetic (PBPK) Models and Supporting Data In Risk Assessment (Final Report). U.S. Environmental Protection Agency. EPA/600/R-05/043F.

xxv California Office of Environmental Health Hazard Assessment (2015). Air Toxics Hot Spots Program Risk Assessment Guidelines, Guidance Manual for Preparation of Health Risk Assessments, February 2015.

xxvi IARC. (1978). IARC Monographs on the Identification of Carcinogenic Hazards to Humans. 17: 125-175.



CONFIDENTIAL INFORMATION

xxvii Peto R and Gray R (1984). Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3,6 or 20 weeks) and of species (rats, mice or hamsters). N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer, IARC Scientific Publications. International Agency for Research on Cancer. =57: 501-512.

xxviii Klein RG, Janowsky I, Pool-Zobel BL, Schmezer P, Hermann R, Amelung F, Spiegelhalder B, Zeller WJ (1991). Effects of long-term inhalation of N-nitrosodimethylamine in rats. IARC Sci Publ. 105:322-8.

xxix Integrated Risk Information System (1987). U.S. Environmental Protection Agency, National Center for Environmental Assessment. Chemical Assessment Summary for N-Nitrosodimethylamine. CASRN 62-75-9.

xxx Hidajat M, McElvenny DM, Ritchie P et al. (2019). Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 76:250–258.

xxxi Song P, Wu L, Guan W (2015). Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients. 7(12), 9872-9895.

xxxii Jakszyn P, González CA (2006). Nitrosamine and related food intake and gastric and oesophageal cancer risk: A systematic review of the epidemiological evidence. World J Gastroenterol. 12(27): 4296-4303.

xxxiii Massey RC, Key PE, McWeeny D J, Knowles M E (1987). An investigation of apparent total N-nitroso compounds in beer. IARC Sci Publ 84:219-21.

xxxiv National Toxicology Program. (2021). 15th Report on Carcinogens. Department of Health and Human Services (Dec 2021). https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html?utm_source=direct&utm_medium=prod&utm_campaign=ntpgolinks&utm_term=roc

xxxv Valisure, LLC (2019). Valisure Citizen Petition on Ranitidine. https://downloads.regulations.gov/FDA-2019-P-4281-0001/attachment_1.pdf.

xxxvi Zmysłowski A, Ksiazek I, Szterk A (2020). N-Nitrosodimethylamine Contamination in the Metformin Finished Products. Molecules. 25: 5304.

xxxvii Tsutsumi T, Akiyama H, Demizu Y, et al. (2019). Analysis of an Impurity, N-Nitrosodimethylamine, in Valsartan Drug Substances and Associated Products Using GC-MS. Biol Pharm Bull. 42(4):547-551.



CONFIDENTIAL INFORMATION

xxxviii Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY (2021). Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw. Open. 4(1): e2034766.

xxxix White CM (2021). Ranitidine's N-nitrosodimethylamine problem may be tip of the iceberg. JAMA Netw Open. 4(1): e2035158.

xl GSKZAN0003419540 (GSK's NDMA Hazard Assessment Report from September 25, 2019).

xli International Programme on Chemical Safety (IPCS) (2002). Concise International Chemical Assessment Document 38. N-Nitrosodimethylamine. World Health Organization..

xlii Li YQ et al. (1992). Target cells for the cytotoxic effects of carcinogens in the murine. Carcinogenesis. 13(3): 361-368.

xliii Wang H et al. (2017). Genotoxicity of a Low-Dose Nitrosamine Mixture as Drinking Water Disinfection Byproducts in NIH3T3 Cells. Int J Med Sci 14(10): 961.

xliv Li H et al. (2011). N-nitrosamines are associated with shorter telomere length. Scand J Work Enviro Health 37(4):316-324.

xlv Kim E et al. (2019). Connexin 43 plays an important role in the transformation of cholangiocytes with Clonochis sinensis excretory-secretory protein and N-Nitrosodimethylamine. PLOS Neglected Tropical Diseases. 13(3): e0006843.

xlvi Koike R, Uchiyama T, Arimoto-Kobayashi S et al. (2018). Increase of somatic cell mutations in oxidative damage-sensitive drosophila. Genes and Environment 40(1): 1-8

xlvii Yang CS, Patten C, Lee MJ, Li M, Yoo JS, Pan J, Hong J (1987). Enzymatic mechanisms in the metabolic activation of N-nitrosodialkylamines. IARC Sci Publ. 84:104-108.

xlviii Kay JE, Corrigan JJ, Amanda L. Armijo AL (2021). Excision of mutagenic replication-blocking lesions suppresses cancer but promotes cytotoxicity and lethality in nitrosamine-exposed mice Cell Reports 34: 108864

xlix von Hofe E, Schmerold I, Lyinsky W, Jeltsch W, Kleihues P (1987). DNA methylation in rat tissues by a series of homologous aliphatic nitrosamines ranging from N-nitrosodimethylamine to N-nitrosomethyldodecylamine. Carcinogenesis 8(9): 1337-1341.

l Jablonski J, Jablonska E, Chojnowski (2001). The influence of very low doses of N-nitrosodimethylamine (NDMA) on the apoptosis of rat neutrophils in vivo. The role of reactive oxygen species. Toxicology. 165(1):65-74.



CONFIDENTIAL INFORMATION

li George J, Tsuchishima M, Tsutsumi M (2019). Molecular mechanisms in the pathogenesis of N-nitrosodimethylamine induced hepatic fibrosis. Cell Death Dis. 10(1):18

lii Desjardins R, Fournier M, Denizeau F, Krzystyniak K (1992). Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. J Toxicol Environ Health. 37(3):351-61.

liii Liteplo RG, Meek ME, Windle W. (2002). WHO Concise International Chemical Assessment Document 38 N-Nitrosodimethylamine. 15.

liv WHO (2008). N-Nitrosodimethylamine in Drinking-water Background document for development of WHO Guidelines for Drinking-water Quality. World Health Organization. 10.

lvi Anderson LM, Souliotiss VL, Chhabra SK, Moskal TJ et al. (1996). N-Nitrosodimethylamine-derived 06-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. Int. J. Cancer. 66: 130-134.

lvii Gombar CT, Pylypiw HM, Harrington GW (1987). Pharmacokinetics of N-Nitrosodimethylamine in Beagles. Cancer Research. 47: 343-347.

lviii Gombar CT, Harrington GW, Pylypiw HM, et al. (1988). Pharmacokinetics of N-nitrosodimethylamine in swine. Carcinogenesis. 9(8): 1351 – 1354.

lix Gombar CT, Harrington GW, Pylypiw HM, et al. (1990). Interspecies Scaling of the Pharmacokinetics of N-Nitrosodimethylamine. Cancer Research. 50: 4366-4370.

lx IARC (1987). Supplement 7 of the Agency's Monographs on the Evaluation of the Carcinogenic Risks to Humans Overall Evaluation of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42

lxi Clapp N, Craig A, R Toya (1968). Pulmonary and Hepatic Oncogenesis During Treatment of Male RF Mice with Dimethylnitrosamine. Journal of the National Cancer Institute 41(5): 1213-1227.

lxii Clapp N, Toya R (1970). Effect of Cumulative Dose and Dose Rate on Dimethylnitrosamine Oncogenesis in RF Mice. J Nat Cancer Inst 45(3): 495-498.

lxiii Clapp N, Tyndall R, Otten J (1971). Differences in Tumor Types and Organ Susceptibility in BALB/c and RF Mice following Dimethylnitrosamine and Diethylnitrosamine. Cancer Research 31: 196-198.



CONFIDENTIAL INFORMATION

lxiv Kuwahara A, Otsuka H, Nagamatsu A (1972). Induction of Hemangiomatous Lesions with Dimethylnitrosamine: Influence of Route of Administration and Strain of Mice. GANN 63: 499-502.

lxv Otsuka H, Kuwahara A (1971). Hemangiomatous Lesions of Mice Treated with Nitrosodimethylamine. GANN 62(3) 147-156.

lxvi Takayama S, Oota K (1963). Malignant Tumors Induced in Mice fed with N-Nitrosodimethylamine. GANN 54: 465-472.

lxvii Takayama S, Oota K (1965). Induction of Malignant Tumors in Various Strains of Mice by Oral Administration of N-Nitrosodimethylamine and N-Nitrosodiethylamine. GANN 56: 189-199.

lxviii Terracini B, Palestro G, Ramela Gigliardi M, Montesano R (1966). Carcinogenicity of Dimethylnitrosamine in Swiss Mice. British Journal of Cancer 20(4): 871-876.

lxix Argus M, Hoch-Ligeti (1961). Comparative Study of the Carcinogenic Activity of Nitrosamines. J Nat Cancer Inst 27: 695-709.

lxx Geil J, Stenger R, Behki R, Morgan W (1968). Hepatotoxic and Carcinogenic Effects of Dimethylnitrosamine in Low Dosage. Light and Electron Microscopic Study. J Nat Cancer Inst 40: 713-730.

lxxi Magee P, Barnes J (1956). The Production of Malignant Primary Hepatic Tumours in the Rat by Feeding Dimethylnitrsamine. British Journal of Cancer 10(1): 114-122.

lxxii Magee P, Barnes J (1959). The Experimental Production of Tumours in the Rat by Dimethylnitrosamine (N-Nitroso Dimethylamine). Acta Unio Int Contra Cancrum 15(1): 187-190.

lxxiii Magee P, Barnes J (1967). Carcinogenic nitroso compounds. Adv Cancer Res 10:163-246.

lxxiv Taylor H, Lijinsky W, Nettesheim P, Snyder C (1974). Alternation of Tumor Response in Rat Liver by Carbon Tetrachloride. Cancer Research 34: 3391-3395.

lxxv Riopelle J, Jasmin G (1969). Nature, Classification, and Nomenclature of Kidney Tumors Induced in the Rat by Dimethylnitrosamine. J Nat Cancer Inst 42: 643-662.

lxxvi Shinohara Y, Arai M, Hirao K, Sugihara S, Nakanishi K, Tsunoda H, Ito N (1976). Combination Effect of Citrinin and Other Chemicals on Rat Kidney Tumorigenisis. Gann 67: 147-155.

lxxvii Zak F, Holzner H, Singer E, Popper H (1960). Renal and Pulmonary Tumors in Rats Fed Dimethylnitrosamine. Cancer Res 20: 96-99.



CONFIDENTIAL INFORMATION

lxxviii Ito N, Hiasa Y, Kamamoto Y, Makuira S, Sugihara S, Maragami M (1971). Histopathological Analysis of Kidney Tumors in Rats Induced by Chemical Carcinogens. Gann 62: 435-444.

lxxix Ireton H, McGiven A, Davies D (1972). Renal Mesenchymal Tumors Induced in Rats by Dimethylnitrosamine: Light- and Electron-Microscope Studies. The Journal of Pathology 108(3): 181-185.

lxxx McGiven A, Ireton H (1972). Renal Epithelial Dysplasia and Neoplasia in Rats Given Dimethylnitrosamine. J Pathol 108(3): 187-190.

lxxxi Hoch-Ligeti C, Argus M, Arcos J (1968). Combined Carcinogenic Effects of Dimethylnitrosamine and 3-Methylcholanthrene in the Rat. J Nat Cancer Inst 40: 535-549.

lxxxii Keefer L, Lijinsky W, Garcia H (1973). Bried Communication: Deuterium Isotope Effect on the Carcinogenicity of Dimethylnitrosamine in Rat Liver. J Natl Cancer Inst 51: 299-302.

lxxxiii Terracini B, Magee PN, Barnes JM (1967). Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br J Cancer 21(3): 559-565.

lxxxiv Hadjiolov D, Markow D (1973). Fine Structure of Hemangioendothelial Sarcomas in the Rat Liver indued with N-Nitrosodimethylamine. Archiv fur Geschwulstforschung 42(2): 120-126.

lxxxv Tomatis L, Magee P, Shubik P (1964). Induction of Liver Tumors in the Syrian Golden Hamster by Feeding Dimethylnitrosamine. J Nat Cancer Inst 33: 341-345.

lxxxvi Haas H, Mohr U, Kruger FW (1973). Comparative studies with different doses of N-Nitrosomorpholine, N-Nitrosopiperidine, N-Nitrosomethylurea, and Dimethylnitrosamine in Syrian Golden Hamsters. J Natl Cancer Inst 51: 1295-1301.

lxxxvii Homburger F, Hanler A, Soto E, Hsueh S, Van Dongen C, Russfield A (1976). Adenocarcinoma of the Glandular Stomach Following 3-Methylcholanthrene, N-Nitrosodiethylamine, or N-Nitrosodimethylamine Feeding in Carcinogen-Susceptible Inbred Hamsters. J Natl Cancer Inst 57: 141-144.

lxxxviii Le Page R, Christie GS. (1969). Induction of Liver Tumours in the Guinea Pig by Feeding Dimethylnitrosamine. Pathology 1(1): 49-56.

lxxxix Le Page R, Christie G (1968). Induction of Liver Tumors in the Rabbit by Feeding Dimethylnitrosamine. British Journal of Cancer 23: 125-131.

xc Ashley L, Halver J (1968). Dimethylnitrosamine-Induced Hepatic Cell Carcinoma in Rainbow Trout. J Nat Cancer Inst 41: 531-552.



CONFIDENTIAL INFORMATION

xci Sato S, Matusushima T, Tanaka N, Sugimura T, Takashima F (1973). Hepatic Tumors in the Guppy (Lebistes reticulatus) induced by Aflatoxin B, Dimethylnitrosamine, and 2-Acetylaminofluorene. J Natl Cancer Inst 50: 765-778.

xcii McCracken M, Bottoms G, Carlton W (1973). Tumorigenesis of dimethylnitrosamine in the Pekin duck. Toxicol Appl Pharmacol 25: 447-448.

xciii Druckrey H, Preussmann R, Ivankovic S, Schmahl D (1967). Organotrope carcinogene Wirkungen bei 65 verschiedenen N-Nitroso-Verbindungen an BD-Ratten. Zeitschrift fur rebsforschung 69: 103-201.

xciv Moiseev G, Benemansky V (1975). On the carcinogenic activity of low concentrations of nitrosodimethylamines in inhalation. Vop Onkol 27(6): 107.

xcv Cardesa A, Pour P, Althoff J (1974). Comparative Studies of Neoplastic Response to a Single Dose of Nitroso Compounds. Z Krebsforsch 81: 229-233.

xcvi Toth B, Shubik P (1967). Carcinogenesis in AKR Mice Injected at Birth with Beno(a)prene and Dimethylnitrosamine. Cancer Research 27: 43-51.

xcvii Toth B, Magee P, Shubik P (1964). Carcinogenisis Study with Dimethylnitrosamine Administered Orally to Adult and Subcutaneously to Newbord BALB/c Mice. Cancer Research 24: 1712-1721.

xcviii Fuji K, Sato H (1970). Response of Adult Mastomys (Praomys Natalensis) to Subcutaneous Injection of N-Nitrosodimethylamine. Gann 61: 425-434.

xcix Campbell J, Wiberg G, Grice H, Lou P (1974). Stromal Nephromas and Renal Cell Tumors in Suckling and Weaned Rats. Cancer Research 34: 2399-2404.

c Terracini B, Magee P (1964). Renal tumours in rats following injection of dimethylnitrosamine at birth. Nature 202(4931): 502-503.

ci Ito N (1972). Experimental Studies on Tumors of the Urinary System of Rats induced by Chemical Carcinogens. Acta Path Jap 23(1): 87-109.

cii Herrold K (1967). Histogenesis of Malignant Tumors Induced by Dimethylnitrosamine. An Experiment Study in Syrian Hamsters. J Nat Cancer Inst 39: 1099-1111.

ciii Stenback F, Ferrero A, Montesano R, Shubik R (1972). Synergistic Effect of Ferric Oxide on Dimethylnitrosamine Carcinogenisis in the Syrian Golden Hamster. Z Krebsforsch 79: 31-38.



CONFIDENTIAL INFORMATION

civ Reznik G (1975). The Carcinogenic Effect of Dimethylnitrosamine on the Chinese Hamster (Cricetulus Griseus). Cancer Letters 1: 25-28.

cv Reznik G, Mohr U, Kmoch N (1976). Carcinogenic Effects of Different Nitroso-Compounds in Chinese Hampsters. Br. K Cancer 33:411-418.

cvi Mohr U, Haas H, Hilfrich J (1974). The Carcinogenic Effects of Dimethylnitrosamine and Nitrosomethylurea in European Hampsters (Cricetus L). Br J Cancer 29: 359-364

cvii Frei J (1970). Toxicity, Tissue Changes, and Tumor Induction in Inbred Swiss Mice by Methylnitrosamine and -amide Compounds. Cancer Research 30: 11-17.

cviii Clapp N (1973). Carcinogenicity of Nitrosamines and Methanesulphonate Esters Given Intraperitoneally in RF Mice. Int J Cancer 12: 728-733.

cix Cardesa A, Pour P, Althoff J, Mohr U (1973). Vascular Tumors in Female Swiss Mice After Intraperitoneal Injection of Dimethylnitrosamine. Journal of the National Cancer Institute 51(1): 201-208.

cx Noronha R (1975). The Inhibition of Dimethylnitrosamine-Induced Renal Tumorgenisis in NZO/B1 Mice by Orchiectomy. Investigative Urology 13: 136-141.

cxi Den Engelse L, Hollander C, Misdorp W (1974). A Sex-Deendent Difference in the Type of Tumours Induced by Dimethylnitrosamine in the Livers of C3Hf Mice. Europ J Cancer 10: 129-135.

cxii Vesselinovitch S (1969). The Sex-Dependent Difference In the Development of Liver Tumors in Mice Administered Dimethylnitrosmine. Cancer Research 29: 1024-1027.

cxiii Murphy G, Mirand E, Johnston G, Schmidt J, Scott W (1966). Renal Tumors Induced by a Single Dose of Dimethylnitrosamine: Morphologic, Functional, Enzymatic, and Hormonal Characterizations. Investigative Urology 4(1): 39-56.

cxiv Ingram A (1972). The Lethal and Hepatocarcinogenic Effects of Dimethylnitrosamine Injection in the Newt Triturus Helveticus. Br J Cancer 26: 206-215.

cxv McLean A, Magee P (1970). Increased Renal Carcinogenesis by Dimethyl Nitrosamine in Protein Deficient Rats. Br J exp. Path 51: 587-590.

cxvi Hilfrich J, Haas H, Kmoch N, Montesano R, Mohr U, Magee P (1975). The Modification of the Renal Carcinogenicity of Dimethylnitrosamine by Actinomycin D and A Protein Deficient Diet. Br J Cancer 32: 578-587.



CONFIDENTIAL INFORMATION

cxvii Carlton W, Price P (1973). Dietary Copper and the Induction of Neoplasms in the Rat by Acetylaminofluorine and Dimethylnitrosamine. Fd Cosmet Toxicol 11: 827-840.

cxviii Rogers A, Sanchez O, Feinsod F, Newberne P (1974). Dietary Enhancement of Nitrosamine Carcinogenisis. Cancer Research 34: 96-99.

cxix Schmahl D, Kruger F, Habs M, Diehl B (1976). Influence of Disulfiram on the Organotropy of the Carcinogenic Effect of Dimethylnitrosamine and Diethylnitrosamine in Rats. Z Krebsforsch 85: 271-276.

cxx AZ_ZAN_00025774.

cxxi Pound A, Lawson T, Horn L (1973). Increased Carcinogenic Action of Dimethylnitrosamine After Prior Administration of Carbon Tetrachloride. Br J Cancer. 27: 451-459.

cxxii Cardesa A, Pour P, Althoff J (1974). Effects of Introperitoneal Injections of Dimethyl- and Diethylnitrosamine, Alone or Simultaneously on Swiss Mice. Z. Krebsforsch 82: 233-238.

cxxiii Love L, Pelfrene A, Garcia H (1977). Effect of Intestinal Microflora Suppression on Liver Carcinogenicity of Dimethylnitrosamine in Syrian Hamsters: Brief Communication. J Natl Cancer Inst 58: 1835-1836.

cxxiv Gray R, Peto R, Brantom , Grasso P (1991). Chronic Nitrosamine Ingestion in 1040 Rodents: The Effect of the Choice of Nitrosamine, the Species Studied, and the Age of Starting Exposure. Cancer Research 51(23 pt 2): 6470-6491.

cxxv Peto R, Gray R, Brantom P, Grasso P (1991a). Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Res 51(23 Pt 2): 6452-6469.

cxxvi Peto R, Gray R, Brantom P, Grasso P (1991b). Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res. 51(23 Pt 2): 6415-6451.

cxxvii Harris C, Autrup H, Stoner G, McDowell E, Trump B (1977). Metabolism of Dimethylnitrosamine and 1,2 Dimethylhydrazine in Cultured Human Bronchi. Cancer Research 37: 2309-2311.

cxxviii Montesano R, Magee P (1970). Metabolism of Dimethylnitrosamine by Human Liver Slices in Vitro. Nature 228: 173-174.

cxxix Lijinsky W (1999). N-Nitroso compounds in the diet. Mutation Research 443: 129-138.



CONFIDENTIAL INFORMATION

cxxx IARC (1987). The Relevance of N-Nitroso Compounds to Human Cancer: Exposures and Mechanisms. IARC Scientific Publication No. 84.

cxxxi Hakura A, Suzuki S, Sawada S et al. (2003). Use of human liver S9 in the Ames test: assay of three procarcinogens using human S9 derived from multiple donors. Regulatory Toxicology and Pharmacology 37: 20–27.

cxxxii Hakura A, Suzuki S, Satoh T (1999). Advantage of the use of human liver S9 in the Ames test. Mutation Research 438: 29–36.

cxxxiii Hidajat, M., McElvenny, D. M., Mueller, et al (2019). Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. Occupational and Environmental Medicine. 76(4):259-267.

cxxxiv Klein RG, Schmezer P. (1984). Quantitative measurement of the exhalation rate of volatile N-nitrosamines in inhalation experiments with anaesthetized Sprague-Dawley rats. IARC Scientific Publications 57: 513-517.

cxxxv Straif, K et al. (2000). Exposure to nitrosamines, carbon black, asbestos, and talc and mortality from stomach, lung, and laryngeal cancer in a cohort of rubber workers. Am J Epidemiol. 152(4): 297-306.

cxxxvi Vlaanderen, DT, Wellman, J, et al. (2013). Extended Cancer Mortality Follow-up of a German Rubber Industry Cohort. J. Occup. Environ. Med. 55(8): 966-972.

cxxxvii Sorahan T, Hamilton L, Jackson JR. (2000). A further cohort study of workers employed at a factory manufacturing chemicals for the rubber industry, with special reference to the chemicals 2-mercaptobenzothiazole (MBT), aniline, phenyl-β-naphthylamine and o-toluidine. Occup Environ Med. 57: 106-115.

cxxxviii De Vocht F, et al. (2007). Occupational Exposure to NDMA and NMor in the European rubber industry. J Environ Monit 9(3): 253-259.

cxxxix Oury B, Limasset JC, and Protois J C. (1997). Assessment of exposure to carcinogenic N-nitrosamines in the rubber industry. Int Arch Occup and Environ Health, 70(4), 261–271.

cxl Baxter PJ and Werner JB. (1980) Mortality in the British rubber industries 1967-1976. London: Health and Safety Executive.

cxli Dost A, Straughan J, Sorahan T. (2007). A Cohort mortality and cancer incidence survey of recent entrants (1982-91) to the UK rubber industry: findings for 1983-2004. Occup Med. 57:186-90.



CONFIDENTIAL INFORMATION

cxlii McElvenny DM, Mueller W, Ritchie P, Cherrie J W, Hidajat M, Darnton A J, Agius R M, and de Vocht F. (2018). British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med. 75(12), 848–855.

cxliii Sorahan T, Parkes HG, Veys CA, et al. (1986). Cancer mortality in the British rubber industry: 1946-80. Occup and Environ Med.43:363-373.

cxliv Sorahan T, Parkes HG, Veys CA, et al. (1989). Mortality in the British rubber industry 1946-85. Occup Environ Med. 46:1-10.

cxlv Chyou P-H, Nomura AMY. Hankin JH, Stemmermann GN (1990). A Case-Cohort Study of Diet and Stomach Cancer. Cancer Research 50: 7501-7504.

cxlvi De Stefani E, Deneo-Pellegrini H, Carzoglio JC et al. (1996). Dietary Nitrosodimethylamine and the Risk of Lung Cancer: A Case-Control Study from Uruguay. Cancer Epidemiology, Biomarkers & Prevention 5: 679- 682.

cxlvii De Stefani E, Boffetta P, Mendilaharsu M et al. (1998). Dietary Nitrosamines, Heterocyclic Amines, and Risk of Gastric Cancer: A Case-Control Study in Uruguay. Nutrition and cancer 30(2): 158-162.

cxlviii De Stefani E, Boffetta P, Ronco AL et al. (2012). Processed meat consumption and risk of cancer: a multisite case–control study in Uruguay. British Journal of Cancer 107: 1584–1588.

cxlix Ronco AL, De Stefani E, Boffetta P, et al. (2006). Food patterns and risk of breast cancer: A factor analysis study in Uruguay. Int J Cancer 119(7):1672-8.

cl Larsson SC, Bergkvist L, and Wolk A. (2006). Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. International Journal of Cancer, 119(4): 915–919.

cli Cross AJ, Leitzmann MF, Gail MH, Hollenbeck AR, Schatzkin A, and Sinha R. (2007). A Prospective Study of Red and Processed Meat Intake in Relation to Cancer Risk. PLoS Medicine, 4(12): e325.

clii Santarelli R, Pierre F, and Corpet D. (2008). Processed Meat and Colorectal Cancer: A Review of Epidemiologic and Experimental Evidence. Nutrition and Cancer. 60(2): 131–144.

cliii Gonzalez CA et al. (1994). Nutritional Factors and Gastric Cancer in Spain. Am J Epidemiol. 139(5): 466-473.

cliv Goodman MT, Hankin JH, Wilkens LR, Kolonel LN (1992). High-fat foods and the risk of lung cancer. Epidemiology 3(4):288-99.



CONFIDENTIAL INFORMATION

clv Jakszyn P, Bingham S, Pera G et al. (2006). Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 27(7): 1497–1501.

clvi Keszei A, Goldbohm R, Schouten L, Jaksyn P, van der Brandt P (2013). Dietary N-Nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. The American Journal of Clinical Nutrition 97: 135-146.

clvii Jakszyn P, Gonzalez CA, Lujan-Barroso L et al. (2011). Red Meat, Dietary Nitrosamines, and Heme Iron and Risk of Bladder Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20(3): 555-559.

clviii Jakszyn PG, Allen NE, Lujan-Barroso L, Gonzalez CA, et al. (2012). Nitrosamines and Heme Iron and Risk of Prostate Cancer in the European Prospective Investigation into Cancer and Nutrition. Cancer Epidemiology Biomarkers & Prevention, 21(3): 547–551.

clix Knekt P, Jarvinen R, Dich J, Hakulinen T (1999). Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. Int. J. Cancer 80: 852–856.

clx La Vecchia C, D'Avanzo B, Airoldi L, et al. (1995). Nitrosamine intake and gastric cancer risk. Eur J Cancer Prev 4(6): 469-74.

clxi Loh YH, Jakszyn P, Luben RN, et al. (2011). N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. Am J Clin Nutr. 93(5): 1053-61.

clxii Mitacek EJ, Brunnemann KD, Suttajit M, et al. (2008). Geographic distribution of liver and stomach cancers in Thailand in relation to estimated dietary intake of nitrate, nitrite, and nitrosodimethylamine. Nutr Cancer.60(2): 196-203.

clxiii Palli D, Russo A, Saieva M, et al. (2000). Dietary and familial determinants of 10-year survival among patients with gastric carcinoma. Cancer, 89(6), 1205–1213.

clxiv Pobel D, Riboli E, Cornée J, et al. (1995). Nitrosamine, nitrate and nitrite in relation to gastric cancer: A case-control study in Marseille, France. European Journal of Epidemiology 11: 67-73.

clxv Risch H, Jain M, Choi NW, et al. (1985). Dietary Factors And The Incidence Of Cancer Of The Stomach. American Journal of Epidemiology, 122(6), 947–959.



CONFIDENTIAL INFORMATION

clxvi Rogers MA, Vaughan TL, Davis S, et al. (1995). Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol Biomarkers Prev. 4(1): 29-36.

clxvii Ronco AL, Mendilaharsu M, Boffetta P, et al. (2014). Meat Consumption, Animal Products, and the Risk of Bladder Cancer: A Case-Control Study in Uruguayan Men. Asian Pac J Cancer Prev 15 (14): 5805-5809.

clxviii Rothman KJ, Greenland S, Lash TL (2008). Modern Epidemiology. Third Edition. Lippincott Williams & Wilkins, Philadelphia, pp 381-417.

clxix Zheng J, Stuff J, Tang H, et al. (2019). Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis. 40(2): 254-262.

clxx Zheng J, Daniel CR, Hatia RI, et al. (2021). Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study. Hepatology. 74(6): 3161-3173.

clxxi Zhu Y, Wang PP, Zhao J, et al. (2014). Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada. Br J Nutr 111(6): 1109-17.

clxxii Loh, Y. H., Jakszyn, P., Luben, R. N., et al. (2011). N-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study. The American Journal of Clinical Nutrition, 93(5), 1053–1061.

clxxiii National Toxicology Program (2016). Report on Carcinogens, Fourteenth Edition. Profile: Naphthylamine. https://ntp.niehs.nih.gov/ntp/roc/content/profiles/naphthylamine.pdf

clxxiv Zhu Y, Wang P, Zhao J, et al. (2014). Dietary N-nitroso compounds and risk of colorectal cancer: A case–control study in Newfoundland and Labrador and Ontario, Canada. British Journal of Nutrition, 111(6), 1109-1117.

clxxv Gray R, Peto R, Brantom P, et al. (1991). Chronic nitrosamine ingestion in 1040 rodents: the effect of the choice of nitrosamine, the species studied, and the age of starting exposure. Cancer research, 51(23 Part 2), 6470-6491.

clxxvi Control of Nitrosamine Impurities in Human Drugs, Guidance for Industry (Feb. 2021), Appendix B., p. 24

clxxvii Iwagami M, Kumazawa R, Miyamoto Y, et al. (2021). Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf. 44(3):361-371.



CONFIDENTIAL INFORMATION

clxxviii Cardwell CR, McDowell RD, Hughes CM, et al. (2021). Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. The American journal of gastroenterology, 116(8), 1612-1619.

clxxix The Competing interests section of the study provided that Drs. Adami and Chang have served previously as Defendant Sanofi's consultants in this litigation and that Dr. Chang provides ongoing consulting support for Sanofi but that Sanofi had no involvement in publication.

clxxx Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Oct 7: cebp.0831.2021. doi: 10.1158/1055-9965.EPI-21-0831. Epub ahead of print. PMID: 34620629.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: 2302-2308.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Figure 1.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Figure 2.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Table 1.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Table 2.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Table 3.

clxxxi Braunstein LZ, Kantor ED, O'Connell K, et al. (2021). Ranitidine use, N-nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv 2021.01.27.21250656; doi: https://doi.org/10.1101/2021.01.27.21250656.

clxxxii Iwagami et al (2021) cite WHO as defining one DDD as 300 mg/day for ranitidine. (Iwagami, M., Kumazawa, R., Miyamoto, Y. et al. (2021). Risk of Cancer in Association with



CONFIDENTIAL INFORMATION

Ranitidine and Nizatidine vs other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. Drug Saf 44: 361–371.)

clxxxiii Chow WH, Finkle WD, McLaughlin JK, et al. (1995). The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. Jama, 274(6), 474-477.

clxxxiv Habel LA, Levin TR, Friedman GD (2000). Cimetidine Use and Risk of Breast, Prostate and Other Cancers. Pharmacoepidemiology and Drug Safety 9: 149-155.

clxxxv Hsu CL, Chang CH, Lin JW, et al. (2013). Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients - an exploratory analysis. Pharmacoepidemiol Drug Saf 22(6): 632-40.

clxxxvi Iwagami M, Kumazawa R, Miyamoto Y, et al. (2021). Risk of Cancer in Association with Ranitidine and Nizatidine vs other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. Drug Saf 44: 361–371.

clxxxvii Kantor ED, O'Connell K, Du M, et al. (2021). Ranitidine Use and Cancer Risk: Results from UK Biobank. Gastroenterology 160(5):1856-1859

clxxxviii Kim S, Lee S, Hong J, et al. (2021). Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel) 9(8).

clxxxix Kim YD, Wang J, Shibli F, et al. (2021). No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther,. 54(5): 606-615.

cxc Kumar S, Goldberg DS, Kaplan DE (2021). Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Digestive Diseases and Sciences, 1-9.

cxci Liu P, McMenamin ÚC, Johnston BT, et al. (2020). Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer. 123(2): 307-315.

cxcii McDowell RD, Hughes CM, Murchie P, Cardwell CR (2021a). The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiology 71 (2021) 101880.

cxciii McDowell RD, Hughes C, Murchie P, C. Cardwell C (2021b). A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Medicine (2021) 19:22.



CONFIDENTIAL INFORMATION

cxciv McGwin G (2020). The association between Ranitidine use and gastrointestinal cancers. Cancers, 13, 24.

cxcv Michaud DS, Mysliwiec PA, Aldoori W., et al. (2004). Peptic Ulcer Disease and the Risk of Bladder Cancer in a Prospective Study of Male Health Professionals. Cancer Epidemiology, Biomarkers & Prevention 13: 250-254

cxcvi Mohyuddin GR, Syed A, Desai SM, et al. (2020). Tu1360 risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. Gastroenterology, 158(6), S-1073.

cxcvii Norgaard M, Andersen IT, Heide-Jørgensen U, et al. (2022). Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev. 31(1): 45-50.

cxcviii Tan MC, El-Serag HB, Yu X, et al. (2018). Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 48(4): 469-477.

cxcix Tran KT, McMenamin UC, Hicks B (2018). Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther. 48: 55–64

cc Yoon HJ, Kim J-H, Seo GH, et al. (2021). Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J. Clin. Med. 10: 153.

cci White CM (2021). Ranitidine's N-nitrosodimethylamine Problem May be Tip of the Iceberg. JAMA Netw Open. 4(1): e2035158.

ccii Florian J, Matta MK, DePalma R, et al. (2021). Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA 326(3):240-249.

cciii GSKZAN0000883508 Master Data Spreadsheet.xlsx

cciv Lijinsky W (1974). Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. Cancer Res. Jan;34(1):255-8.

ccv Glaxo Group Research (1979). Report PATH/79/220: Mutagenicity studies on the nitrosation products of AH19065 and AH222I6 (liquid and agar assays). (Author: Gatehouse D)

ccvi Glaxo Group Research (1979). Report PATH 79/224: Nitrosation of H2 blockers (AH 19065 and AH 22216), further evaluation of mutagenic effects, and screening of potential breakdown products. (Author: Gatehouse D).



CONFIDENTIAL INFORMATION

ccvii Gatehouse D (1978). Detection of mutagenic derivatives of cyclophosphamide and a variety of other mutagens in a "microtitre" fluctuation test, without microsomal activation. Mutat Res. 53(3): 289-96.

ccviii Glaxo Group Research (1981). Report PATH 81/4. Mutagenicity testing on: 1. 26 batches of AH 22022X (Bis-S-methyl) 2. Samples derived from the purification of the mutagenic impurity within AH 22022X. (Authors: Poynter D, Gatehouse D)

ccix Glaxo Group Research (1981a). Report BIO-80/11. Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man. (Authors: Bell JA, Manchee GR, Smith WP.)

ccx Glaxo Group Research (1981b). Report BIO-80/235. Nitrosation of ranitidine: further mutagenicity studies. (Authors: Gatehouse D, Evans S.)

ccxi Boyland E, Walker SA (1974). Effect of thiocyanate on nitrosation of amines. Nature. 248(449): 601-2.

ccxii Lijinsky W, Conrad E, Van de Bogart R. (1972). Formation of carcinogenic nitrosamines by interactions of drugs with nitrite. In: N-nitroso compounds analysis and formation. IARC scientific publication No . 3. Eds. Bogovski P, Preussman R, Walker BA. IARC, Lyon, 1972, pp.130-133.

ccxiii Mirvish SS, Gold B, Eagen M, et al. (1974). Kinetics of the nitrosation of aminopyrine to give dimethylnitrosamine. Z. Krebsforsch 82: 259—268.

ccxiv Glaxo Group Research (1982). Report WBP 82: 011. The determination of N-nitroso-dimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite. (Author: Tanner RJN.)

ccxv GSKZAN0003567025.

ccxvi GSKZAN0000917222

ccxvii GSKZAN0000292386, GSKZAN0000986966.

ccxviii GSKZAN0000986964.

ccxix GSKZAN0000369239.

ccxx GSKZAN0000253081.

ccxxi GSKZAN0000931154

ccxxii GSKZAN0002772095



CONFIDENTIAL INFORMATION

ccxxiii GSKZAN0000171801.

ccxxiv GSKZNDAA0000636707 GSKZNGSDAA0000636707

ccxxv GSKZAN000353530

ccxxvi De Flora, et al., Cimetidine, ranitidine, and their mutagenic nitroso derivatives, The Lancet, 2(8253), pp. 993-994, 1981.

ccxxvii Brittain, et al., Safety of ranitidine, The Lancet, 2(8253) pp. 1119, 1981.

ccxxviii De Flora, et al., Genotoxicity of nitrosated ranitidine, Carcinogenesis, Vol 4., No. 3, pp. 255-260, 1983.

ccxxix Brambilla, et al., Genotoxic Effects in Rodents Given High Oral Doses of Ranitidine and Sodium Nitrite, Carcinogenesis, Vol 4., No. 10, pp. 1281-1285, 1983.

ccxxx Maura, et al. DNA Damage Induced by Nitrosated Ranitidine in Cultured Mammalian Cells, Toxicology Letters, 18 (1983) 97-102.

ccxxxi Martelli, er al., Unscheduled DNA Synthesis Induced by Nitrosated Ranitidine in Primary Cultures of Rat Hepatocytes, Mutation Research, 122 (1983) 373-376.

ccxxxii O'Connor, et al. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice, Mutation Research, 188 (1987) pp. 201-208.

ccxxxiii Franekic, et al., Genotoxicity of Nitrosated Ranitidine, Mutation Research, 227 (1989) 13-16.

ccxxxiv Carey PF, Martin LE, Owen PE (1981). Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. J Chromatogr. 225(1): 161-8.

ccxxxv Lant MS, Martin LE, Oxford J (1985). Qualitative and quantitative analysis of ranitidine and its metabolites by high-performance liquid chromatography-mass spectrometry. J Chromatogr. 323(1): 143-52.

ccxxxvi Glaxo Group Research (1985). Report WMH/85/013. A radioisotope study to investigate the metabolic disposition of ranitidine in man. (Authors: Broom C, Thomas M, Bell A, Lant MS Manchee GR).

ccxxxvii GlaxoSmithKline (2004). Zantac Prescribing Information. FDA. October 2004. https://www.accessdata.fda.gov/drugsatfda_docs/label/2005/018703s065,019675s031,020251s016lbl.pdf.



CONFIDENTIAL INFORMATION

ccxxxviii Glaxo Smith Kline Group (2020a). Report GSKZAN0002493782. An In Vitro Investigation of the Plasma Protein Binding and Blood Partitioning of Ranitidine in Rat and Human Plasma and Whole Blood. Study Number: 20DMM013

ccxxxix Glaxo Smith Kline Group (2020b). Report GSKZAN0002494773. Investigation of the Tissue Distribution of Ranitidine HCl in the Male Sprague-Dawley Rat.

ccxl Glaxo Smith Kline Group (2020c). Report GSKZAN0002494787. Distribution and Disposition of Ranitidine using Physiologically Based Pharmacokinetic Modeling.

ccxli Zeng T, Mitch WA (2016). Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis 37(6): 625–634.

ccxlii Gao, et al. (2021) In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation from Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Open Network 4(6): e2118253-e2118253.

ccxliii Florian, et al., (2021) - Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial, JAMA, doi: 10/1001.

ccxliv GSKZAN0000986964.

ccxlv Glaxo Smith Kline Group (2020e). Report GSKZAN0002495198. An in vitro investigation into the potential formation of N-nitrosodimethylamine (NDMA) and Dimethylamine (DMA) from ranitidine in human urine.

ccxlvi Spiegelhalder, et al. (1982) Urinary excretion of nitroso in rats and humans. IARC scientific publications. Pp. 443-449.

ccxlvii Nitrosamines as Impurities in Drugs-Health Risk Assessment and Mitigation Public Workshop, March 29-20, 2021, FDA. (GSKZAN0003505669)

ccxlviii FDA (2019). Laboratory analysis of ranitidine and nizatidine products. Drug and Safety Availability. November 1, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.

ccxlix CDER (2019). Decision from FDA CDER to Valisure LLC. FDA. April 3, 2020. https://www.regulations.gov/document/FDA-2019-P-4281-0008

[ccl] Adamson RH, Krolikowki FJ, Correa P, et al. (1977). Carcinogenicity of N-methyl-N-nitrosourea in nonhuman primates. J. nat. Cancer Int. 59: 415-422

ccli FDA (2019). Statement alerting patients and health care professionals of NDMA found in samples of ranitidine. Press Announcement. September 13, 2019. https://www.fda.gov/news-



CONFIDENTIAL INFORMATION

events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine.

cclii Sanofi (2019). Sanofi to conduct precautionary voluntary recall of Zantac OTC in US and Canada. Sanofi Press Release. October 18, 2019. https://www.news.sanofi.us/2019-10-18-Sanofi-to-conduct-precautionary-voluntary-recall-of-Zantac-OTC-in-U-S-and-Canada (on October 18, 2019 Sanofi announced a recall of all Zantac OTC products I the US and Canada).

ccliii ET Bureau (2019). GSK to recall Ranitidine from India after regulator alert. The Economic Times. Septemer 26, 2019. https://economictimes.indiatimes.com/industry/healthcare/biotech/pharmaceuticals/gsk-to-recall-ranitidine-from-india-after-regulator-alert/articleshow/71303923.cms?from=mdr

(on September 26, 2019, GSK recalled Zintac ranitidine products manufactured in India using Saraca API).

cclivFDA (2019). FDA provides update on testing of ranitidine for NDMA impurities. Press Announcement. October 2, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (10/2/2019 FDA Update).

cclv FDA (2019). FDA provides update on testing of ranitidine for NDMA impurities. Press Announcement. October 2, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (10/2/2019 FDA Update).

cclvi FDA (2019). FDA releases additional NDMA testing method and alerts health care professionals and patients to multiple voluntary recalls of ranitidine. Press Announcement. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (10/23/2019 FDA Update).

cclvii FDA (2019). Statement from Janet Woodcock, MD, director of FDA's Center for Drug Evaluation and Research on new testing results, including low levels of impurities in ranitidine drugs. Press Announcement. November 1, 2019. https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs (11/1/2019 FDA Statement on new testing results, including low levels of impurities in ranitidine drugs).

cclviii FDA (2019). FDA requires additional testing of ranitidine and nizatidine as part of agency's ongoing effort to help ensure product safety for patients and consumers. Press Announcement. December 4, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine . (12/4/2019 FDA Update).



CONFIDENTIAL INFORMATION

cclix Najafi R (2020). Emery Pharma Citizen Petition. Emery Pharma. January 2, 2020. https://emerypharma.com/wp-content/uploads/2020/01/EP-Ranitidine-FDA-Citizen-Petition-v21-January-2-2020.pdf

cclx FDA (2020). FDA Requests Removal of All Ranitidine Products (Zantac) from the Market. Press Announcement. April 1, 2020. https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market (4/2/2020 FDA Recall Notice).

cclxi Emery Pharma (2020). FDA Responds to Emery Pharma's Citizen Petition Regarding Ranitidine. April 1, 2020.

cclxii GSKZAN0000051927.

cclxiii King, F. J., Searle, A. D., Urquhart, M. W. (2020). Ranitidine—Investigations into the Root Cause for the Presence of N-Nitroso-N,N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. Organic Process Research & Development, 24(12), 2915–2926.

cclxiv GSKZAN0000051927- GSKZAN0000052018.

cclxv GSKZAN0000883507 - GSKZAN0000883508.

cclxvi DRLMDL0000070414; DRLMDL0000022940.

cclxvii SANOFI_ZAN_MDL_0000033806.

cclxviii SANOFI_ZAN_MDL_0000039072.

cclxix SANOFI_ZAN_MDL_0000750496.

cclxx SANOFI_ZAN_MDL_0000065219.

cclxxi SANOFI_ZAN_MDL_0000065237.

cclxxii SANOFI_ZAN_MDL_0000100135.

cclxxiii SANOFI_ZAN_MDL_0000169084.

[cclxxiv] 2014 Zantac Prescribing Information.pdf



CONFIDENTIAL INFORMATION

# EXHIBIT 19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

---

THIS DOCUMENT RELATES TO: ALL ACTIONS

# RULE 26 EXPERT REPORT OF MARY BETH TERRY, PH.D.

Dated: 3/7/2022

Mary Beth Terry
Mary Beth Terry, Ph.D.

# TABLE OF CONTENTS

I. Qualifications ..... 1
II. Scope and Summary of Opinions ..... 2
III. Epidemiology Overview ..... 3
A. Epidemiological Study Designs ..... 5
1. Case-control studies ..... 6
2. Cohort studies ..... 6
3. Nested case-controls studies ..... 7
4. Randomized Controlled Trials ..... 7
5. Case reports and other non-controlled clinical data ..... 8
6. Meta-Analyses ..... 8
B. Considerations in Assessing Epidemiology Studies ..... 9
1. Associational measures ..... 9
2. Statistical significance ..... 10
3. Confounding ..... 13
C. Other Biases in Epidemiology Studies ..... 13
1. Selection bias ..... 13
2. Information bias ..... 14
D. Special Considerations in Pharmacoepidemiology Cancer Studies ..... 14
1. Exposure measurement ..... 14
2. Confounding by indication ..... 17
3. Other confounding issues ..... 17
4. Internal versus external comparators ..... 18
5. Exposure-time related assumptions ..... 19
IV. Methodology of Causal Inference ..... 20
A. Evaluation of Bias ..... 21
B. Comparability ..... 22
C. Alternative Explanations and Application of Bradford-Hill Criteria ..... 22
V. Epidemiological Studies on Ranitidine & Cancer ..... 24
A. Early Studies Reporting on Cancer Outcomes in Ranitidine Users ..... 25
1. Penston 1990 ..... 26
2. Chow 1995 ..... 27
3. Habel 2000 ..... 28
4. Tan 2018 ..... 32



Contains Confidential Information - Subject to Protective Order

5. Tran 2018 ... 33
B. Studies Published Since 2019 ... 35
1. Liu 2020 ... 35
2. McDowell (2021) ... 37
3. Iwagami (2021) ... 38
4. Yoon (2021) ... 39
5. Kantor (2021) ... 40
6. Kumar (2021) ... 41
7. Cardwell (2021) ... 42
8. Kim Y (2021) ... 44
9. Adami (2021) ... 47
10. Kim S (2021) ... 51
11. Norgaard (2021) ... 52
C. Screening Studies ... 54
D. Abstracts ... 55
E. Overall Synthesis and Analysis by Type of Cancer ... 56
1. Overall Cancer ... 60
2. Bladder cancer ... 61
3. Esophageal Cancer ... 64
4. Gastric Cancer ... 66
5. Liver Cancer ... 67
6. Pancreatic Cancer ... 69
F. Conclusion on Ranitidine Cancer Epidemiology Studies ... 70
VI. Epidemiological Studies on H2RAs & Cancer ... 70
A. Gastric and Esophageal Cancer ... 71
B. Liver Cancer ... 72
C. Pancreatic Cancer ... 73
D. Bladder Cancer ... 73
E. Summary ... 73
VII. Epidemiological Studies on NDMA & Cancer ... 74
A. NDMA Contaminated Valsartan & Cancer ... 78
B. Dietary NDMA & Cancer ... 81
1. Bladder Cancer ... 85
2. Esophageal Cancer ... 87



Contains Confidential Information - Subject to Protective Order

3. Gastric Cancer ..... 90
4. Liver Cancer ..... 95
5. Pancreatic Cancer ..... 96
6. Cancers with No Associations ..... 97
7. Conclusion ..... 97
C. Occupational NDMA/Nitrosamines & Cancer ..... 97
VIII. Assessment of Causal Criteria ..... 100
A. Strength of Association ..... 100
B. Consistency ..... 101
C. Specificity ..... 101
D. Temporality ..... 101
E. Biological Gradient (dose-dependent relationship) ..... 102
F. Plausibility ..... 104
G. Coherence ..... 105
H. Experiment ..... 105
I. Analogy ..... 105
IX. Summary & Conclusions ..... 106
X. Table 1. Summary of Ranitidine Epidemiology Studies ..... 108



Contains Confidential Information - Subject to Protective Order

## I. QUALIFICATIONS

I am a tenured Professor of Epidemiology at Columbia University's Mailman School of Public Health (MSPH). I joined the faculty in 1999 after completing my doctoral degree in cancer epidemiology at MSPH. I am the Leader of the Chronic Disease Unit in the Department of Epidemiology and also have various leadership positions at Columbia's Herbert Irving Comprehensive Cancer Center. As Chronic Disease Unit Leader, I oversee cancer epidemiology faculty and students studying many different cancer types as well as faculty and students studying other chronic diseases like heart disease. For over 20 years, I have led observational studies of cancer risk and outcomes after cancer diagnosis. In addition to my research, I teach introductory and advanced epidemiologic methods to MSPH students and introductory data science to Columbia undergraduate students. In addition to my PhD in epidemiology, I have a Master's Degree in Economics.

I have conducted research across many different areas of cancer epidemiology for different cancer types (including, for example, colorectal, esophageal, stomach, and breast cancer). Much of my research focuses on understanding the role that genetics, epigenetics, and other biomarkers play in modifying the effects of lifestyle and environmental exposures related to cancer development. Starting with my doctoral dissertation, which focuses on colorectal cancer, I have also focused across cancer types in understanding difference in cancer etiology across histology and molecular subtypes as well as methods to evaluate progression from *in situ* tumors. I have received supported from the National Institutes of Cancer, Environmental Health, the American Cancer Society and the Breast Cancer Research Foundation. Currently, I lead large family-based cohorts that integrate pedigree, clinical, genetic and epidemiologic data. I have served as the Principal Investigator (PI) for the New York site of the Breast Cancer Family Registry (BCFR) for over 15 years and I currently serve as Contact PI for the entire international BCFR. I also serve as the Contact PI of DNA Repair Phenotype: the missing link in Breast Cancer Risk Assessment. I am also leading several collaborative studies that are focused on reducing health disparities in multiple cancer types including liver, prostate, breast and colorectal cancers. For a list of current and past support, please see my curriculum vitae. I have published over 415 peer-reviewed articles in top clinical, cancer and epidemiology journals in the field, including Lancet Oncology, JAMA, Journal of the National Cancer Institute, Cancer Research, International Journal of Epidemiology, and the American Journal of Epidemiology.

I also Direct the Herbert Irving Comprehensive Cancer Center (HICCC) Office of Community Outreach and Engagement (COE). In addition to my research, I serve as a Multiple Principal Investigator (MPI) of the HICCC NCI Training grant in cancer epidemiology. In this role, I oversee community health educators and health communication specialist to help disseminate information about cancer risk factors, screening and treatment.

For over twenty years, I have also served as a grant reviewer for federal, state, foundation and international review panels (please see CV for full list). In addition, I



Contains Confidential Information - Subject to Protective Order

currently serve as an Editor of the International Journal of Epidemiology, one of the highest impact journals for epidemiological methods. I am also on the Editorial Board of the American Cancer Society's journal, *Cancer*, which is one of the oldest peer-reviewed scientific journals in oncology. I am currently the Cancer Epidemiology Section Editor for Current Epidemiology Reports and an Associate Editor for Breast Cancer Research. These editorial positions are in addition to the scientific peer review that I have done for over 23 years for individual papers. These grant review and editorial positions require me to use my expertise to evaluate research hypotheses and study design and analytic methods to provide a scientific judgment on the quality of the methodology and causal inferences. These positions and review experience have required me to evaluate cancer epidemiology and epidemiological methods for many different cancers including the five cancers that are the focus of this report.

I am also currently serving a three-year position on the National Cancer Institute's (NCI) Board of Scientific Counselors. I am also an invited member of the NCI's PDQ (Physician Data Query) Genetics Board for Breast and Gynecological Cancers. This position calls on me to evaluate intramural scientists and research programs at the National Cancer Institute including scientific work in molecular, nutritional and clinical epidemiology branches and including work in the five cancers described in this report.

In addition to my research, I have spent over two decades teaching and mentoring postdoctoral fellows, pre-doctoral fellows, medical, masters, and undergraduate students. In 2013, I received the Dean's inaugural award for mentoring. I also co-Direct the HICCC summer training program to increase diversity in cancer research through training programs for high school and undergraduate students in our local communities. My primary area of teaching is on epidemiological study design and applied statistical analysis, and I have taught over two thousand students study design and applied statistical methods. Prior to pursuing my PhD, I received a Master's Degree in Economics with a specialty in econometrics and worked as an econometrician conducting statistical analyses. Combined, I have 34 years of applied statistical analyses using the empirical methods discussed throughout this report.

A complete curriculum vitae detailing my qualifications and expertise is attached to this report as Exhibit A.

I am being compensated for my time at a rate of $500.00/hour. I have not testified as an expert in the past four years.

## II. SCOPE AND SUMMARY OF OPINIONS

I have been retained to provide opinions on behalf of the Defendants to review the available epidemiologic literature to determine whether there is reliable epidemiologic evidence that ranitidine (Zantac®) exposure is associated with, or causes, any type of cancer. My understanding is that Plaintiffs' experts are alleging the ranitidine causes the following types of cancer: stomach/gastric, pancreatic, esophageal, liver, and bladder. While I have reviewed the totality of epidemiologic



Contains Confidential Information - Subject to Protective Order

literature relating to ranitidine and cancer outcomes, my focus in this report is on the various cancers alleged to have been caused by ranitidine exposure. I also discuss data relating to other cancers to illustrate the epidemiological principles discussed in my report.

My opinions are based on my education, training, and experience as a cancer epidemiologist, both as researcher and as teacher, and my review of the relevant scientific literature. In addition to my review and analysis of the totality of the epidemiologic literature on ranitidine and cancer outcomes, I also have reviewed and considered epidemiologic literature relating to other acid-suppressing therapies (histamine 2 receptor antagonists and proton pump inhibitors) and cancer outcomes, environmental/dietary and occupational exposure to NDMA and cancer outcomes, and other scientific literature. Additionally, I reviewed the reports of experts for Plaintiffs, with a focus on the reports of Drs. McTiernan and Moorman. A list of literature and other materials considered is attached as Exhibit B.

As detailed in this report, it is my opinion that the epidemiologic evidence does not support a reliable and valid association, much less a causal relationship, between ranitidine and any type of cancer, including the specific cancers alleged to have been caused by ranitidine. The ranitidine epidemiology studies are the only reliable source to assess whether the presence of NDMA in ranitidine has any clinical or operative effect on cancer because the studies of ranitidine and cancer outcomes inherently account for any NDMA impurity that may be present in ranitidine. Numerous large studies have been performed since NDMA was reported in ranitidine in 2019, and were designed specifically to assess whether NDMA in ranitidine increases cancer risk, including by comparing ranitidine to other acid-suppressing therapies. Those studies uniformly show no statistically significant association between ranitidine and increased risk of any cancer compared to H2RAs. Some statistically significant <u>decreased</u> risks of certain cancers are observed compared to famotidine or other H2RAs, including gastric cancer, esophageal cancer, liver cancer, colorectal cancer, and pancreatic cancer, although the results indicating reduced risk are inconsistently observed and may be explained by residual confounding. In reaching my opinions, I have also considered the sporadic, inconsistent findings of increased risk, particularly when ranitidine is compared to non-use, which is subject to confounding by indication. Overall, the epidemiological data clearly are not consistent with a causal relationship between ranitidine and any cancer, including esophageal, gastric, liver, pancreatic, and bladder cancers.

All of my opinions are held to a reasonable degree of scientific certainty and are based on my application of generally accepted epidemiological principles. I reserve the right to supplement my opinions should additional information become available.

## III. <u>Epidemiology Overview</u>

Epidemiology is a scientific discipline that measures the incidence, severity, and outcomes on a population level to understand the etiology (causes) of disease in humans, in order to reduce and control the burden of disease. As such, epidemiology is the science that informs public health, and the tools of epidemiology can be applied



Contains Confidential Information - Subject to Protective Order

across public health issues. For example, epidemiology is a discipline used to understand disease outbreaks/epidemics (e.g., Covid-19), and epidemiological methods also are used to understand chronic disease burdens and causes across the population, such as cardiovascular disease and cancer.

Epidemiology is a critical aspect of evidence-based medicine and is the only discipline that can produce answers directly measuring and quantifying the impact of exposures on human disease, as opposed to animal-based models of disease or bench science evaluating potential biological pathways. It has long been understood that, while animal models and other non-clinical data are useful to direct research and inform our understanding of disease processes, such areas of science are not designed to answer questions about causation in humans. In fact, the International Agency for Research on Cancer (IARC) classifies exposures as carcinogens based on the sufficiency of human data. Even if the animal data are compelling and deemed sufficient, the highest category of classification that IARC will use is “probable” when there are not sufficient data in humans (IARC 2019). Animal data alone are not sufficient to draw causal conclusions about human carcinogens. The need for human data before determining causality is well recognized by cancer researchers. For example, when asked about his cancer research based on his animal experiments, esteemed scientist Judah Folkman, widely recognized as the father of angiogenesis (a process that describes how blood flow can help feed a tumor), emphasized that until there are studies in humans we cannot say anything about relevance to humans: “even the drugs' discoverer, Dr. Judah Folkman, a cancer researcher at Children's Hospital in Boston, is cautious about the drugs' promise. Until patients take them, he said, it is dangerous to make predictions. All he knows, Dr. Folkman said, is that ''if you have cancer and you are a mouse, we can take good care of you” (Kolata 1998).

The area of cancer research contains many examples of exposures thought to modify cancer risk based on non-clinical data, but which, when tested clinically, did not have the predicted effect. For example, non-steroidal anti-inflammatory drugs (NSAIDs) increase the risk of colon cancer in mice (Yang 2001), but reduce the risk of colon cancer in humans (Thun 2002, Rothwell 2010). Further, there have been different reporting requirements for human and animal studies (Muhlhausler 2013), with important areas not required to be reported in animal studies even with the more systematic reporting requirements that have been observed in recent years. For example, the ARRIVE (Animal Research: Reporting In Vivo Experiments) guidelines for conduct and scientific reporting of animal studies, which were developed in 2010, did not require reporting if outcomes changed over the trial, nor subgroup specific analyses, unlike guidelines for human studies for clinical trials. It is important to note that guidelines are updated periodically, but evidence from older studies should be considered within the guidelines in place (if any) at the time of publication.

Thus, although non-human data can help guide research and can raise hypotheses about what impact a particular therapy or exposure may have on human disease, human data are necessary to draw conclusions, and human data provide the most reliable evidence base to address questions about causes of human disease. In other words, there is a hierarchy of scientific evidence when assessing human cancer



Contains Confidential Information - Subject to Protective Order

causation, with reliable and consistent human data (either randomized controlled trials or observational epidemiology studies) being required to show causation, while non-human data can help to direct research in humans and to understand findings from the human studies. As described below, evidence from studies not conducted in humans can be important for understanding biological plausibility. However, plausibility is not causality. Only when the human data are consistent and sufficient, and a rigorous evaluation of the sources of biases is conducted and the associations are reliable and valid, can causality be reliably inferred.

As a threshold consideration, appropriately defining the exposure of interest and the outcome of interest is of critical importance in assessing the relevant body of evidence to draw reliable inferences about associations. Here, the exposure of interest is ranitidine, because the concern is whether exposure to ranitidine (and NDMA that may result from ranitidine exposure) increases the risk of any specific type of cancer (the outcome, or outcomes, of interest). As explained below, studies looking at non-ranitidine exposures do not reliably inform whether exposure to ranitidine is associated with increased or decreased risk of cancer. With respect to ranitidine and cancer outcomes, we fortunately have a large and growing body of human epidemiological data. In particular, after n-nitrosodimethylamine (NDMA) was reported as a contaminant in ranitidine in 2019, numerous, large and well-designed epidemiologic studies were performed specifically to assess whether NDMA in ranitidine increases the risk of cancer (and if so, what type). The result of that body of research consistently shows no valid association between ranitidine and any type of cancer after potential confounding, bias, and chance findings are appropriately evaluated.

### A. Epidemiological Study Designs

The major types of study designs used in epidemiology include case-control studies, cohort studies, and randomized controlled trials. Most case-control and cohort studies are classified as **observational studies**, meaning that research participants are followed and observed passively, but exposures to participants are not manipulated by the study investigators. Prospective cohort studies that do intervene and assign the exposure to the research participants are referred to as randomized controlled trials (“RCTs”). It should be noted that most epidemiological studies of potential causes of cancer (e.g., smoking, viruses, alcohol) have been observational studies and that there are no randomized controlled studies designed to assess cancer outcomes after ranitidine or NDMA exposure. **Figure 1** summarizes the key methodological differences between case-control studies, retrospective cohort studies, and prospective cohort studies, based on when information on disease and exposure are collected. As noted in the figure, these study designs examine associations between exposures and outcomes. Associations cannot be established as causal until biases and other criteria are evaluated, and any one single study is not sufficient to determine causality. As described below, the methodological differences among the observational study designs lead to different considerations of factors that should be evaluated and that can impact the interpretation of study results.



Contains Confidential Information - Subject to Protective Order

*1. Case-control studies*

Case-control studies are an efficient study design to collect participants who already have the disease or outcome of interest, as they sample based on knowing the disease status. Cases are selected who have the disease (e.g., stomach cancer), and controls are selected who do not have the disease. Then each group is evaluated to see whether they had the exposure of interest (e.g., ranitidine). A case-control design can be statistically efficient, meaning it requires fewer people because investigators will sample based on known outcomes (which generally are rare). However, for diseases with a longer induction times (e.g., years) between the exposure and disease onset, such as cancer, case-control studies can be methodologically challenging. For example, exposures may be difficult for study subjects to remember accurately, and investigators may not have alternative measures of exposure (such as measures from biospecimens or medical records). Recall of past exposures may also be different based on whether someone has the disease or not, which is a type of information bias called recall bias (as discussed below) that can skew study results and lead to observed associations that are not valid. This is one reason why case-control studies of dietary and medication exposures in the context of cancer outcomes can be challenging to conduct, particularly where participants are asked to remember diets or other exposures that may have occurred years prior, or where assumptions need to be made about the consistency of diets or the content of diets over long periods of time. For these reasons and others, cohort studies generally are considered more reliable than case-control studies when assessing cancer outcomes.

*2. Cohort studies*

Cohort studies, as opposed to case-control studies, sample without knowing the disease status (i.e., they start with exposure status, not disease status). Thus, when people report their exposure, they do not know if they will have the disease in the future. Cohort studies can be prospective, following people into the future to see who gets the disease of interest, or retrospective, meaning information from the past such as medical records is used to classify exposure prior to diagnosis of disease. In both prospective and retrospective cohort studies, exposure classification happens before knowledge of the disease. The design of cohort studies attempts to ensure that the exposure of interest came before the disease onset. However, even cohort studies, and in particular cohort studies of cancer, cannot always ensure that exposure preceded disease onset, given that an undiagnosed cancer may be present prior to exposure.



Contains Confidential Information - Subject to Protective Order




**Figure 1. Comparison of Case-Control Studies vs. Cohort Studies**
Adapted from Schold, JD and Kim SJ. "Clinical Research Methods and Analysis in Organ Transplantation." Textbook of Organ Transplantation. (2014): 1607-1621.

### *3. Nested case-controls studies*

Within a defined cohort, studies can be conducted that use all prospectively ascertained cases with the disease of interest, but only a random sample of the non-diseased cohort. These studies are called **nested case-control studies,** and they share some advantages of a cohort study, in that the exposure is assessed before knowing the outcome, as well as the advantage of statistical efficiency as with a traditional case-control study (not nested within a designated cohort study). Because nested case-control studies do not utilize the full cohort, careful consideration must be given to ensure appropriate matching of cases to controls at the time of the event of interest to guard against the introduction of bias. A similar design to the nested case-control design is the case-cohort design. The case-cohort design is also conducted within a larger cohort but the comparison group is a randomly selected cohort at the beginning. In the ranitidine epidemiology literature nested case-control studies are used but not case cohort designs.

### *4. Randomized Controlled Trials*

Prospective cohort studies that do intervene and assign the exposure to the research participants are referred to as controlled trials. Controlled trials that randomly assign exposure are referred to as **randomized controlled trials**. RCTs are designed to be like experiments, insofar as randomization can make groups as much as possible



Contains Confidential Information - Subject to Protective Order

comparable to each other on all other factors (measured and unmeasured) except for the exposure of interest. For all epidemiological studies, whether interventional or not, the methodological goal is try to isolate the effect of the factor being studied (e.g., an exposure like ranitidine). For this main reason, RCTs are often viewed as the "gold standard" of epidemiological designs for assessing causal relationships. When the study is large enough, randomization ensures an "apples to apples" comparison that isolates the effect of the exposure of interest, so if there is an effect observed in the study (beneficial or harmful), the likelihood that the effect was caused by something other than the exposure of interest is minimized. Observational studies like case-control and cohort studies do not have randomization and so must take into account, and attempt to control for, differences between groups. Such differences are known as confounding factors (described more fully below).

It should be emphasized that while RCTs are often viewed at the top of the hierarchy of epidemiological designs, with certain diseases, like cancers, it is extremely challenging to conduct RCTs to understand disease etiology. This is because it is unethical to randomize exposures that may be related to increased risk of cancer. Further, even for exposures that can be randomized (e.g., pill based nutrients such as beta-carotene that have been evaluated in trials to potentially reduce the risk of lung cancer), the induction time for most cancers makes it very difficult to carry out the study, as RCTs need to follow individuals for a long time and/or recruit large numbers of very high risk individuals in order to have sufficient statistical power to draw reliable inferences. As a result, for most cancer prevention RCTs (e.g., like the hormone replacement therapy (HRT) trials in women's health), the dose, duration and age at initiation of medication may be very different than what is experienced in the general population.

*5. Case reports and other non-controlled clinical data*

Reports of events in individual patients (e.g., **case reports** or adverse event reports) or in series of patients (case series) are anecdotal and not generally considered a type of epidemiologic study, as there is no comparison group and there is no ability to rigorously assess factors necessary to evaluate potential associations or causal relationships. For example, finding that a high percent of adverse events are reported to have a certain exposure cannot be reliably interpreted unless we know what the prevalence of exposure is in non-cases and can reliably compare exposure and other factors between cases and non-cases.

*6. Meta-Analyses*

In addition to single studies (whether observational or RCT), multiple studies can be combined into a larger analysis. This is generally done though pooling the original study data across multiple studies, or combining the summary results from multiple studies without obtaining the original study data. This is known as a **meta-analysis**. Meta-analyses attempt to quantify one estimate of risk across combined studies. While meta-analyses may provide a statistical summary of a collection of studies, such analyses generally will favor the larger studies irrespective of the quality of the study,



Contains Confidential Information - Subject to Protective Order

and also are difficult to interpret when the individual studies are different (heterogeneous), meaning for example different populations, different designs, different adjustment factors, and different comparison groups. A metric to determine if the studies are different from each other and should not be combined into a meta-analysis is called the heterogeneity index. If this index is statistically significant, then the interpretation is that the individual studies are too different to combine and should not be pooled together into a meta-analysis with one overall summary estimate. Conducting meta-analyses on heterogeneous studies will not remove systematic biases. The increased size of a meta-analyses (because it is combining multiple studies) will necessarily provide greater statistical power and precision of a risk estimate, but cannot make up for differences across studies in comparison groups and/or how they control for other factors. On its face, the greater precision may look like greater certainty in the result. However, meta-analyses cannot remove biases that exist in the individual studies, and therefore meta-analyses of biased studies can be misleading and produce inaccurate results. In general, where there is a well-developed body of epidemiological literature across different populations and employing different study designs, a meta-analysis does not materially add to the interpretation of those studies and could accentuate biased estimates of risk.

For example, in a meta-analysis of dietary nitrates, nitrites and nitrosamines intake and the risk of gastric cancer (Song 2015), the 11 studies of dietary NDMA exposure that were included were determined to be heterogeneous based on the heterogeneity index. Specifically, there was no association between dietary NDMA and gastric cancer in the cohort studies, and a reported positive association in the case-control studies. This pattern of findings, as will be discussed more in Section VII, suggests that recall bias is the most likely explanation for the findings and that there is no causal association with exposure to dietary NDMA and gastric cancer. The combined estimate of heterogenous results cannot be used to establish causality, and the authors themselves concluded as such: "Due to the lack of uniformity for exposure assessment across studies, further prospective researches are warranted to verify these findings."

### B. Considerations in Assessing Epidemiology Studies

As described above, the most important study designs for studying the causes of cancer etiology are observational study designs. Thus, it is important to understand how causal inference is made given the role of study design and assessing potential biases, confounding factors, and chance in interpreting study results. I describe these considerations below.

#### *1. Associational measures*

In epidemiology studies, outcomes are measured by risk (the probability of having the outcome for those at risk of the outcome), rate (number with the outcome divided by the total time at risk for the population), and odds (risk divided by 1-risk). Examining differences between rates or risk can be done on an absolute or additive scale through subtraction (i.e., the difference in risk between two groups). It is more



Contains Confidential Information - Subject to Protective Order

typical however, and is needed for certain study designs like case-control studies, to measure associations on a relative scale. That is, associations between exposures and diseases are expressed as a ratio between one group (e.g., subjects exposed to a drug like ranitidine) relative to another group (e.g., subjects taking a different acid-suppressing medication, but not exposed to ranitidine). The two groups are compared by dividing the observed risks/rates/odds of the outcome (e.g., some type of cancer). If the rates, risks or odds of disease are similar between the two groups, then the ratio will not be statistically different from 1.0, meaning that the data do not reliably demonstrate a statistical difference in risk of the outcome between the two groups. If the rate, risks or odds of disease are higher in the exposed group compared with the rate, risks or odds of disease in the unexposed group, then the ratio measure will be statistically higher than 1.0. If the rate, risks or odds of disease are lower in the exposed group compared with the rate, risks or odds or disease in the unexposed group, then the ratio measure will be statistically lower than 1.0. The specific names for these ratios are relative risk ("RR", when risks are compared), hazard ratio ("HR", when rates are compared also called a rate ratio when other methods are used to estimate it), and odds ratio ("OR", when odds are compared). In general, the RR, HR and OR are statistically similar to each other, and can be interpreted similarly, when the outcome of interest is rare (<10% prevalence in population) like individual cancers.

In addition to the RR, HR, and OR, other ratios measures can be used in epidemiology, particularly when comparing an exposed group to another group outside of the individual study. For example, standardized incidence ratios (SIR) are used to compare individual counts of people with disease to an outside standard. The interpretation of SIR is similar to other ratio measures based on examining whether the ratio is different from 1.0. However, studies using SIR typically have no internal control group and cannot evaluate or adjust for important factors that may influence disease outcomes. Thus, while such comparisons may be the only data available until more rigorous data are available, they offer limited value to draw inferences about potential associations between exposure/disease outcomes.

*2. Statistical significance*

As alluded to above in the discussion of risk estimates and associational measures, whether or not an observed "risk" represents a real difference between two groups must evaluated statistically. Epidemiological studies generally start with the "null hypothesis," meaning there is no true or real association between the exposure and the outcome, and then try to disprove the null hypothesis by providing affirmative evidence of an association between the exposure and outcome. In general, the null hypothesis is represented by a risk estimate of 1.0 (the risk of the outcome is the same in the exposed group and the unexposed group).

Statistics are used in order to draw conclusions about whether what we have observed is different than what we would expect to observe by chance. "Chance" is another name for statistical variability. As described above, when there is no real difference in risk between two groups (i.e., no association between the variable of interest and the outcome of interest), we expect the risk estimate to not differ


Contains Confidential Information - Subject to Protective Order

statistically from 1.0. However, there is almost always some degree of observed numerical “difference” between the groups being studied, because it is impossible to eliminate some degree of statistical variability or chance. We evaluate such variability with statistical methods to help inform our interpretation of observed results and to decide whether the results represent a statistical association between an exposure and an outcome. Such statistical tools and methods (e.g., p-values, confidence intervals, described below) are relevant to the concept of “statistical significance.”

Whether a given association is determined to be statistically significant depends on various factors, including (1) the sample size of the study, (2) the magnitude of the observed association, (3) the variability of the association, and (4) the statistical testing criteria (level of certainty). With statistical significance testing, there are two types of error: Type 1 error, which is concluding that there is a difference between groups when in truth there is not, and Type 2 error, which is concluding that there is no difference, when in fact there is a difference. The statistical testing criteria that are generally used is a type 1 error of 0.05 and a type 2 error of 20%. Statistical power is based on 1 minus the type 2 error, and therefore is generally set at 80%. For a given sample size in a study, and assuming a type 1 error of 0.05 and a type 2 of 20%, statistical significance will be based the magnitude of the observed risk and the variability of the risk. The larger the magnitude of the association and the smaller the variability, the more likely an association will be statistically significant.

These generally accepted and commonly used testing criteria translate into using two statistical techniques that provide information about the role of chance in epidemiological studies. The first is the confidence interval (“CI”), which is a statistical boundary that helps to assess the random error/chance in a risk estimate (whether a relative risk, or odds ratio, etc.). Typically, epidemiologists use a 95% CI. The second, related concept, is the p-value, which provides information on the consistency of the observed risk estimate with the null hypothesis. Under generally used statistical criteria, we conclude an association is “statistically significant” on a relative scale if the upper and lower boundaries of the 95% CI do not include the null hypothesis of 1.0 (i.e., the width of the CI is entirely above, or entirely below, 1.0). If the 95% CI includes 1.0, then the association is not statistically significant based on a Type 1 error rate of 5%. Similarly, a result is not statistically significant unless the p-value is less than 0.05. Under either circumstance, where the results are not statistically significant, chance has not been ruled out as an explanation for the observed risk estimate (whether above or below 1.0). Because science does not, and cannot, “prove the negative,” epidemiologists start with the null hypothesis and try the reject the null hypothesis through rigorous scientific studies that provide valid, reliable, affirmative and consistent evidence of an association. Without such evidence, although individual studies may report sporadic, statistically significant associations, there is no reliable basis establishing that an exposure in fact increases (or decreases) the risk of a particular disease. I disagree with Plaintiffs’ expert’s assertion that the American Statistical Association (ASA) advocates for abandoning the term “statistically significant.” In 2019, the President of the ASA convened a Task Force to address these concerns. The Task Force explained, “P-values and significance tests are among the most studied and best understood statistical procedures in the statistics literature. They are important tools that


Contains Confidential Information - Subject to Protective Order

have advanced science through their proper application" (Benjamini 2021). Further, "P-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from the data" (Benjamini 2021).

When reviewing data across a body of epidemiological evidence it is essential that associations are observed in many different studies of different designs. For example, a pattern of results in case-control studies that is not replicated in cohort studies means that exposure misclassification and selection bias cannot be ruled out, and the overall body of data therefore does not demonstrate a valid association, let alone a causal association.

As discussed above, when many studies that are not statistically significant are analyzed in meta-analysis, the pooled associations may be statistically significant. What is crucial, however, is to make sure that the results are not heterogeneous and that the pattern of associations are seen in both case-control and cohort studies before drawing a conclusion that the association is not explained by the different biases in case-control compared to cohort studies. If the results of meta-analysis are only supported by one type of study (e.g., case-control) but not the other (e.g., cohort), even though the summary estimate of the meta-analysis may be statistically significant, the role of bias has not been ruled out.

Further, when one observes a series of estimates that may be higher than 1.0 (whether statistically significant or not), it is important to consider whether there is publication bias and that the associations below 1.0 were not published. If publication bias is present then that means that the overall true association is likely to be smaller than what is reported in the published literature. Publication bias may exist because investigators may not want to publish a finding that goes against their hypothesis or because peer reviewers and journal editors may reject the papers that do not support the hypothesis. However, in my experience both as a reviewer and journal editor, as long as the study is well designed and well powered, and the exposures, confounders and outcomes are validly measured, papers will be accepted even if the results are counter to the hypothesis. In evaluation of nutritional epidemiology, publication bias has been cited as a concern along with the need for stronger designs, measurement, analyses, execution and reporting (Satija 2015, Brown 2021).

It is also important to note that statistical significance is not equivalent to clinical or public health significance, as very large studies may have the statistical power to detect very small effects that are not clinically meaningful. Relatedly, it is known that, based on the error rates described above, for every 20 comparisons performed, a statistically significant association is likely to be observed by chance alone. In other words, if a study includes many endpoints or exposures, and therefore performs many different comparisons among exposures and outcomes, one would expect to see statistically significant results that arise merely because of the number of comparisons being performed. This is particularly true in genetic studies, where thousands of comparisons may be performed, and where often there is a statistical correction employed to limit the number of chance associations observed (such as a Bonferroni correction).



Contains Confidential Information - Subject to Protective Order

When analyzing associations across levels of exposure and the outcome, statistical tests of trend are often reported. These p values are specifically testing whether there is a linear association between the exposure and outcome and can sometimes be useful in formally testing dose-response associations. In evaluating tests for statistical trends, evaluation of bias across levels of exposure need to be considered, just as with the overall associations of exposure and outcome.

Finally, an evaluation of statistical significance, whether with confidence intervals or p-values, only assesses variability/chance and does not inform confounding or bias as explanations for any observed results. For example, risk estimates may be "statistically significant," but not valid, because they are likely the product of bias or confounding in the study. The critical concepts of confounding and bias are described below.

#### *3. Confounding*

As noted above, in observational studies, the exposures are not randomized. Therefore, it is important to measure and examine whether other factors that are related to exposure and disease may explain an observed association between the exposure and disease. These are known as "confounding factors." For example, in studies examining the effects of alcohol on cancer risk, we would need to examine whether smoking, which may be correlated with alcohol drinking and is known to cause some cancers, can explain an observed, statistically significant association between alcohol and cancer risk. That is, after considering the effects of smoking, does alcohol still have an <u>independent</u> effect on cancer risk? We can examine the impact of confounders through statistical adjustment (i.e., control) and also through appropriate study design (i.e., making sure the comparator populations are as similar as possible). When confounders are not included in a statistical model (either by design, or because the information was unavailable), and/or the included variables are measured with error, there is the possibility of the results having what is known as "residual" confounding, and therefore the results may remain biased. Confounding, if not appropriately evaluated and controlled, can lead to incorrect and invalid measures of association.

### C. Other Biases in Epidemiology Studies

In addition to confounding, the possibility of which is present in case-control and non-randomized cohort studies, two other key types of bias in epidemiological designs are "selection bias" and "information bias."

#### *1. Selection bias*

Selection bias refers to when the selection of subjects into a study are a biased sample of the population an investigator is using for inferences. In cohort studies, including RCTs, selection bias can occur when there is loss to follow up based on both the exposure and the outcome of interest. In case-control studies, selection bias can occur if the controls are a biased sample of individuals at risk for the disease. For example, in case-control studies, selection bias may occur if controls are selected such



Contains Confidential Information - Subject to Protective Order

that they are more likely or less likely to be exposed than the population at risk of disease. In the past, controls were often selected in a hospital setting using patients with other outcomes. However, if the control outcome was also related to exposure, then this selection would create a biased finding making the cases and controls more alike on exposure. In a cohort study, selection bias may occur if individuals with the exposure of interest are more (or less) likely to be followed over time. For example, in a medication study, people may be harder to follow if they no longer have connection to the same health care plan. If the people who drop out of the study are different than the people who stay in, this can create a bias that skews results.

#### *2. Information bias*

Information bias refers to whether the information collected on exposure or outcome is biased in the way it is collected or reported. For example, in a case-control study, exposure information is ascertained after individuals already know they have disease, so reporting of exposure may be different than individuals without disease (i.e., someone with pancreatic cancer may be more likely to recall all their exposures than someone who is healthy). This is known as "recall bias." In cohort studies, if outcome information is collected differently based on exposure status, this is also a type of information bias. For example, in studies of medication effects, if individuals are more likely to see a doctor to have a prescription renewed, or if their underlying condition prompts more frequent doctor visits, they might be more likely to have a disease (like cancer) detected. In cohort studies, there may also be information bias on the exposure, which is likely higher for self-reported (questionnaire) than measured exposures (i.e., prescription records). Such information bias in cohort studies occurs without knowing the disease status, and therefore generally will be non-differential measurement error.

### D. Special Considerations in Pharmacoepidemiology Cancer Studies

In addition to the general methodological considerations described above, there are several specific considerations that concern pharmacoepidemiological studies of cancer that merit additional discussion, including 1) exposure measurement; 2) confounding by indication; 3) other confounding issues specific to cancer; 4) internal versus external comparators; and 5) exposure-time related assumptions. I will describe each below.

#### *1. Exposure measurement*

Many exposures can be reliably recalled and self-reported based on questionnaires or interviews (e.g., smoking, reproductive history). Other exposures, including medications, may be harder to recall unless used on a regular basis or based on prescription. Over the counter (OTC) medications that are used sporadically, or for which there are other medications of a similar type, likely have measurement error (information bias), which can lead to differential misclassification in case-control studies (recall bias) and generally non-differential misclassification in cohort studies. Thus, case-control studies of self-reported medications should be followed up with cohort


Contains Confidential Information - Subject to Protective Order

studies to make sure that the finding is not based on differential recall. Pharmacoepidemiology studies that use medical records to measure and verify exposure are a more reliable way to assess exposure compared to self-report. In the studies of ranitidine and cancer described below, the use of OTC medication was different in different countries. It is important to note, and as I describe in more detail below, that the overall inferences and conclusions regarding ranitidine and cancer outcomes are unlikely to differ because of misclassification of use from OTC. Findings were similar, and do not demonstrate an association between ranitidine and increased risk of cancer, whether conducted in countries with higher prevalence of OTC versus lower prevalences. Further, studies that used questionnaires to assess OTC medication (e.g., UK Biobank) also did not find associations with OTC ranitidine. Simulation studies similarly have found that pharmacy databases without OTC information are likely to have little bias, particularly if the prevalence of the prescribed medication is less than a third of the population (Yood 2007). In some countries, like the UK, where a number of studies were conducted, the OTC use is likely to be quite low as OTC use is only available for short duration (e.g., 2 weeks). Thus, while it is always important to consider the impact of OTC medication, misclassification of exposure based on OTC is unlikely to change the overall inference regarding ranitidine and cancer risk, and it is not reliable to assume OTC use would materially change reported results. Importantly, studies that use medical and pharmacy records may undercount total use of the product when medications are used OTC, but such undercounting likely does not affect the relative comparisons across categories of medications within cohorts using the same methods to extract medication information.

Another important consideration in pharmacoepidemiology is whether intake can be proxied by prescription. Although it is true that, for any prescription, individuals may not take the medication, the misclassification from using prescription data is likely to be greatest for short-term fills and not for medications that are used for several months or years. Thus, studies of intensity (amount of prescription) and duration of prescriptions can help in making inferences. For example, while such misclassification may in theory result in some associations being biased towards the null, it is more scientifically plausible that the highest category is not biased towards the null and the middle categories may even be biased away from the null. Thus, we would expect for a given medication, even if there is misclassification based on prescription vs. intake, that such misclassification would actually not result in a bias towards the null for all categories, and we would expect that the top category would not be biased at all if there is a true association between the medication and the outcome.

In assessing exposure for purposes of determining potential causal effects, it is important to separate out specific medications even within a general class of medication, as different medications have different chemical structures and can have different effects. While drugs in the same class have the same on-target effect that is responsible for similar efficacious properties of the medication class, they differ in other pharmacological and molecular properties that makes each drug unique. Adverse drug effects may be due to the similar or dissimilar properties of the individual drugs in a class. When lumping together all drugs in a medication class, it is not possible to disentangle the individual characteristics of a particular drug, including impurity profiles.



Contains Confidential Information - Subject to Protective Order

Thus, it is critical from a methodological perspective to draw inferences about associations between a disease endpoint and a specific drug based on information specific to the drug of interest.

Ranitidine belongs to the class of medications known as histamine 2 receptor antagonists. This class is often abbreviated or alternatively called H2 blockers, H2 receptor antagonists, or H2RAs (I will refer to them as H2RAs in this report). Other drugs included in the H2RA class include cimetidine, famotidine, and nizatidine. The central question at issue is whether exposure to ranitidine causes specific cancers. Thus, the most reliable and relevant data is the data specific to ranitidine exposure and specific cancer outcomes. In fact, evaluating data specific to ranitidine exposure is the only way to reliably assess whether NDMA that may be present in ranitidine has any effect on cancer risk.

Plaintiffs' experts propose that ranitidine causes cancer via an effect of N-nitrosodimethylamine (NDMA), which has been detected in ranitidine. NDMA has also been detected in some nizatidine products, but to my understanding has not been detected in the other H2RAs, cimetidine or famotidine, or in proton pump inhibitors (PPIs), which is another class of acid suppressing agents (ASAs) (FDA 2019). Evaluating the class of H2RAs as a group on cancer endpoints does not reliably inform of the risk, if any, associated with NDMA that may be in ranitidine. However, studying the other H2RAs, as well as the PPIs, does have an advantage when evaluating them as a comparator group to ranitidine. If a similar cancer risk is observed across acid suppressing drugs (e.g., ranitidine, other H2RAs, and PPIs), it means that there is not any unique cancer risk that may be attributable to NDMA in ranitidine. Similar rates of a particular cancers in ranitidine-exposed patients compared to patients taking another acid-suppressing medication reflect the underlying cancer risk in a population requiring such therapies.

In pharmacoepidemiology studies, it is important to compare the characteristics of individuals taking different medications to examine whether there may be channeling bias which would render the groups not comparable. For example, if ranitidine users differ from users of other H2RAs or PPIs in terms of other cancer risk factors (e.g., age, smoking rates, obesity), then the groups may not be comparable unless these factors can be reliably adjusted for in the analyses. As shown in Table 1 of the appendix, many of the studies that compared ranitidine to H2RAs or to PPIs were able to control for other covariates that could differ between groups.

It also means that one must consider other explanations for reported associations between ranitidine and cancer endpoints. These other inferences include confounding and biases inherent in the study design that would similarly affect all ASAs (e.g., confounding, confounding by indication, and reverse causation, described more fully below), chance findings that may arise in the context of screening or hypothesis-generating studies, and/or that the findings are a result of acid suppression itself, the targeted result of any acid suppressing agent, and therefore not unique to any one agent. As described below, cancer studies evaluating H2RAs as a group, or studies of



Contains Confidential Information - Subject to Protective Order

other non-ranitidine acid-suppressing medications, highlight the need for close methodological consideration to address issues relating to confounding.

For the studies described and evaluated in this report, this means that studies that specifically address ranitidine are considered separately from studies that combine H2RAs as a group. It also means that studies using another acid suppressing drug as a comparator to ranitidine more reliably address potential confounding than studies comparing ranitidine users to non-users of any acid-suppressing therapy.

*2. Confounding by indication*

An important aspect of pharmacoepidemiology is to ensure that any relationship between the medication and the outcome is not due to another condition that increases the risk of the outcome and is the reason why the individual is taking the medication. One way of examining this issue is to have enough people with the condition that are not taking the medication of interest and to examine the association for that group to compare with the group with the same condition who are taking the medication of interest. In the case of ranitidine, as described below, some observed associations with specific cancers may relate to the underlying medical condition for which ranitidine is taken, and not the medication. For example, gastric esophageal reflux disorder (GERD) is a relatively common condition, affecting an estimated 20-30% of individuals in the United States (El-Serag *et al.* 2014). It is also a known risk factor for certain types of esophageal and gastric cancers. (Anderson *et al.* 2007; Chow *et al.* 1995; Cook *et al.* 2014; Derakhshan *et al.* 2008; Farrow *et al.* 2000; Garcia Rodriguez *et al.* 2006; Lagergren *et al.* 1999; National Cancer Institute 2021; Rubenstein *et al.* 2010; Wang *et al.* 2021; Whiteman *et al.* 2008; Wu *et al.* 2003; Ye *et al.* 2001). Ranitidine is commonly used by patients with GERD. Thus, this concept of confounding by indication is recognized repeatedly in the H2RA and ranitidine cancer epidemiology studies and is thoroughly addressed methodologically in numerous recent ranitidine studies.

*3. Other confounding issues*

A key consideration in evaluating a given medication with cancer risk overall is that each cancer type has different risk factors that contribute to the disease. For example, hormone replacement therapy (HRT) is a risk factor for breast cancer, but selected types of HRT have been shown to reduce risk of colorectal cancer in clinical trials. Cigarette smoke is a well-recognized risk factor for bladder cancer, but does not have a clear relationship with thyroid cancer. In other words, cancer is a very heterogeneous disease, and each cancer needs to be separately analyzed to reliably draw inferences about potential associations with purported risk factors. Pharmacoepidemiology studies that do not separately address confounding of each cancer type separately will likely still have some residual confounding or bias. Further, when addressing other potential confounders like co-morbidities and other medications that are used, adjustment needs to consider duration of these other factors, as incomplete control for confounders will lead to residual confounding. For instance, smoking is more common among patients with GERD compared to the general population without GERD. Thus, smoking is an important potential confounder in



Contains Confidential Information - Subject to Protective Order

studies of ranitidine and cancer and underscores why it is important to compare ranitidine users to a comparator population that requires acid-suppressive therapy. The more factors that need to be adjusted for, the larger the sample size should be so that the statistical estimates are precise. For example, with multivariable adjustment for statistical models that are controlling for many of the risk factors for a particular cancer, ideally we would want at least thirty individuals with the outcome for that subgroup. In the ranitidine studies that are reviewed below, some (e.g., see Habel et al. 200) conduct a number of subgroup analyses where there are insufficient number of individuals in the outcome group to draw reliable conclusions about associations.

*4. Internal versus external comparators*

A key challenge with pharmacoepidemiology studies is determining the best comparator groups. Any observation from a study needs to be interpreted in the context of what one would expect to see in the population under study. Sometimes, outside rates from registries (like cancer registries) are used to estimate what we would expect and an observed-to-expected ratio is calculated (often referred to as a standardized incidence ratio or SIR). As with other ratio measures, a finding that is not statistically different than 1.0 indicates that the observed incidence and the expected incidence are not different from each other (no association). The challenge with external comparators is that they often may differ on many other confounding factors including use of other medications and other comorbidities (e.g., see description of the Penston study below).

Active Comparators: Therefore, internal comparators in pharmacoepidemiology, particularly in studies that can compare different medications from the same general class of medication, are essential for interpretation. As noted previously, evidence from studies that separately examine ranitidine are the most relevant for evaluating any potential association between ranitidine and any type of cancer. Within those studies, the ones that compare ranitidine to other acid-suppressing drugs, and in particular the studies that compare ranitidine to H2RAs or to another specific H2RA, most reliably assess potential confounding factors.

The use of active comparators thus offers a much greater control for confounding than comparisons of non-medication users where the latter can only control for confounding through statistical adjustment. Use of active comparators provides robust inferences when there is confounding as the confounding is dealt with through the direct comparison of exposure groups and not through statistical adjustment (Sendor 2022). This is particularly important for confounders that are hard to measure and/or not measured at all (Franklin 2022). Particularly when there is a real possibility of confounding by indication, “active comparators are often effective practical solution to restrict the study population in this manner when indication cannot be measured accurately” (Sendor 2022). Use of an active comparator is also very powerful when studies may have few exposed cases making multivariable statistical adjustments subject to overfitting (e.g., see Kantor below for liver cancer analyses). Thus, use of an active comparator increases validity through the design and reduces the potential for residual confounding. The advantages of the active comparator group are clear such that Franklin and colleagues argued “Thus, if a nonuser comparator group is used, there



Contains Confidential Information - Subject to Protective Order

should be a strong justification for its necessity and extreme care taken to measure and balance all potential confounders" (Franklin 2022). In my analysis of the ranitidine epidemiology literature, no such justification can be made for use of the nonuser comparator as detailed below.

When using an active comparator it is important to consider whether the comparison medication can also increase the outcome of interest separate from the underlying conditions (Pottegård 2018). As I detailed below, there is no evidence to support that other H2RAs increase cancer risk, and therefore the argument of the Plaintiffs' experts that this is a possibility and that studies using an active comparator should be discounted is not valid. The most important feature of any comparison is the issue of comparability. As described below, ranitidine users differ greatly from non-users on many risk factors. The uneven distribution of risk factors between users of ranitidine and a population of non-users who do not require acid-suppressive therapy leads to biased estimates of risk that do not represent valid associations. As I will detail below with empirical examples, in the case of ranitidine epidemiology, the use of active comparator is essential to reduce the much greater biases from confounding. Active comparator designs are essential for developing valid inferences of whether NDMA in ranitidine actually increases cancer risk above the baseline risk present in a population of patients with GERD or peptic ulcer disease. Thus, one needs to carefully review all of the evidence including the evidence comparing ranitidine to individuals not using any medication, associations, which are likely biased away from the null, and make a careful decision regarding the role of bias when evaluating causality. As summarized below by cancer type, the evidence supports the benefit of using an active comparator in these studies to remove much of the bias from confounding.

*5. Exposure-time related assumptions*

Given the long induction time of many specific cancer types (sometimes a decade or more), it is very important to examine whether the medication has only recently been used or has been used for a longer duration prior to cancer diagnosis. In a case-control study, this can be done if information on initiation and duration are available. Sometimes, researchers will not count use for at least one year or more prior to cancer diagnoses. In cohort studies, which typically measure current use at baseline but may also have historical data on use, researchers may not count cancers that are diagnosed within at least a year or two of baseline. The reason that cancers diagnosed close in time to medication initiation are not counted is to account for the likelihood that symptoms from the undiagnosed cancer may have be the reason for the medication use. This is known as a "protopathic bias" or reverse causation.

Some exposures can operate as both cancer initiators and cancer promoters. If the association is stronger for individuals who take the medication close to diagnosis and dissipates or is no longer observed as exposure duration increases, whether this pattern is due to cancer promoting effects or related to reverse causation needs to be considered. Again, here is where replication across study designs of different types is very useful. As reviewed below, if ranitidine was a tumor promoter for the cancers considered here, the effect would be observed in the cohort studies after the first few


Contains Confidential Information - Subject to Protective Order

years of follow-up as well as the case-control studies with use in the few years closest to diagnosis. No such pattern is evident as will be further discussed below. Unless a study has sufficient data analyzing trends by time before diagnosis as well as data on common precursor conditions that are associated with the cancer and may be the reason for taking the medication (e.g., GERD), it is often hard to distinguish confounding by indication and protopathic bias. It is important, however, to distinguish between not counting exposure during defined periods (e.g., 1 year before diagnosis) and examining windows of exposures (e.g., use within 1-2 years, 2-5 years, 5-10 years) to determine whether longer exposure periods support a causal inference. Under both techniques, there is no reliable, consistent evidence that ranitidine increases the risk of specific cancers.

In case-control studies, a history of medication use can be queried and/or collected through linkage to medical records. Case-control studies that are not nested within cohort studies are also not analyzed with the concept of person time. In general, cohort studies have the advantage of knowing that the exposure came before the diagnosis of the outcome but have an added challenge of counting person-time correctly. For example, many epidemiological studies still analyze exposures as “fixed effects,” which often results in counting all of the person time towards the exposed group even if the exposed individuals were not exposed the full time. This can create methodological issues, if the time prior to taking a medication is counted towards the time exposed and the individual is cancer free, with what is known as “immortal” time bias. In reality, as individuals can go on and off medications, and if these patterns can be accounted for in the way the data are collected, then the more valid way to analyze the data is through time-varying covariate analyses. Time-varying covariate analyses count the time when someone is on the medication as contributing time to the exposure and the time when they are off the medication as time to the unexposed (e.g., see discussion of the Pottegard study below). In cohort studies without repeated measures of exposure (e.g., see discussion of the Tran study and the Kantor study below), they do not have immortal person time bias if they start the follow-up at baseline when current use is measured. These studies assume that the baseline measures proxy for usual and regular use and cannot address if use is discontinued after baseline.

## IV. Methodology of Causal Inference

Given the considerations around conducting RCTs described above, the evidence in support of almost all causes of cancer that we know about today, including factors that are behavioral (e.g., tobacco use), environmental (e.g., asbestos and radiation exposure) and infections (e.g., human papilloma and hepatitis viruses), have come from observational, non-randomized studies. For potential carcinogenic effects of a medication, determining causality requires reviewing the totality of the epidemiological evidence, determining the quality of the individual studies to assess the validity of any reported associations, and application of causal criteria after a valid association based on the epidemiologic evidence is determined. All observational studies will have some degree of confounding, information and selection bias (i.e., there is no “perfect” observational study).


Contains Confidential Information - Subject to Protective Order

Key to establishing a reliable association from the totality of observational data is a detailed analysis on the role that bias (including confounding, selection bias and information bias) may play in influencing the observed association. Two critical pieces of this analysis involve:

1) an evaluation of the role of bias given the magnitude of the observed association, the likelihood of potential biases, and the likelihood that potential biases may explain an observed association; and

2) an evaluation of comparability of the groups being compared. Without an "apples to apples" comparison (i.e., ensuring that the baseline, pre-exposure risk of cancer in the ranitidine group is similar to the baseline risk of cancer in the comparator group), then one cannot reliably isolate and evaluate the potential impact, if any, of NDMA present in ranitidine.

After careful consideration and evaluation of bias and comparability, and a determination that the epidemiologic data show an association that is not likely the product of chance, bias, or confounding (i.e., a "valid" association), it is useful to consider causal criteria to evaluate whether the association is a causal association.

### A. Evaluation of Bias

Formal evaluation of statistical biases very much depend on the magnitude of the association and whether it is plausible that the biases could exist of the same magnitude to explain the association. The size of association is critical, because for associations that are large, it is not likely that uncontrolled confounding (including residual confounding), selection and information biases would explain a large magnitude association. For example, the association between smoking and lung cancer is over 10-fold; even if a study is conducted with substantial information, selection or confounding biases, it is very unlikely that the "true" risk would be 1.0 on a relative scale (no association). When relative associations are more modest (e.g., < 2.0), it is much easier for the actual risk to be influenced by uncontrolled confounders or biases. It is true that when exposures are analyzed as continuous variables rather than categorical variables (e.g., weight in kg vs categories of body mass index, respectively) that effect estimates may be small and close to 1.0 as they represent the effect of a single unit change of X on Y. Thus, a small magnitude of effect may still be important if the exposure is continuous. However, with few exceptions, most all of the studies discussed below examine categories of exposure (e.g., exposed vs. non-exposed; different quartiles of exposure, etc.), rather than continuous variables.

When we evaluate the size of an association, we also need to ensure that there is sufficient sample size so that the size of the association is not due to "over-fitting" of the model. For example, when there are very few individuals with an outcome, and there are many factors in the statistical model, it is possible for the model to produce large parameter estimates that cannot be replicated in larger studies. As a general rule, as noted above, we would like at least 30 people for each exposure(s) and disease combination when running statistical regression models.



Contains Confidential Information - Subject to Protective Order

When the magnitude of association is not large, we may still be able to rule out information bias and selection bias as likely drivers of the association, if findings between case-control and cohort studies consistently report the same observations. For example, the magnitude of the association between oral contraceptive use and breast cancer is modest (e.g., RR = 1.3-1.5), but the consistency in the association between case-control studies and cohorts studies provided strong evidence against the association being able to be explained away by bias. Information and selection bias operate differently in case-control and cohort studies, so consistency across study designs is helpful to evaluate the potential for these biases in the absence of large associations. Therefore, it is essential not to draw inferences about causality when there are inconsistencies between case-control and cohort studies and the mostly plausible reason for these inconsistencies is likely because of bias. For example, case control studies of many dietary exposures are often not replicated in cohort studies, making it extremely difficult to rule out recall bias as a plausible explanation for observed associations in the case-control studies.

### B. Comparability

Comparability can be evaluated both by the study design, by evaluating the choice of comparison group and whether the comparison group is internal or external to the study itself, as well as the analyses and the way the investigators measured and adjusted for confounders of interest. In this context, epidemiologists often use the framework of comparability based on potential outcomes. For robust analyses of ranitidine, this would mean that high quality studies have, either through design or through analyses, ensured that the group unexposed to ranitidine is comparable on other factors that affect cancer risk for the cancer of interest, for example underlying conditions like GERD, and risk factors like smoking or obesity. As noted above, and as employed in numerous recent studies, the best design feature to ensure comparability is to use an active-comparator control population, such as a non-ranitidine H2RA group.

### C. Alternative Explanations and Application of Bradford-Hill Criteria

One of the bedrock principles of epidemiology is that association is not causation. That is why each study is interrogated to see if the findings could have been due to chance or bias, including confounding, as discussed above. Thus, epidemiological evaluation involves interrogating the findings to rule out the role of chance, information bias, selection bias and confounding biases as alternative explanations. Only once these alternative explanations are ruled out, do we consider the study contributing to epidemiological evidence regarding causality.

If the epidemiological data in total reliably show an association after the considerations outlined above, causal criteria are applied to determine whether the observed association is causal. Evidence from studies not conducted in humans can be important for understanding biological plausibility. However, plausibility is not causality. Where the human data are consistent and a rigorous evaluation of the sources of biases is conducted and the associations are reliable and valid, a causal assessment should then be applied to the observed association.



Contains Confidential Information - Subject to Protective Order

A generally accepted framework for assessing whether associations are causal are laid out in the Bradford-Hill Criteria:

1) Strength of Association (size or magnitude of the association),

2) Specificity (between exposure and outcome),

3) Consistency of Findings (replicated, consistent findings for specific cancers in studies of different designs and populations),

4) Temporality (exposure before outcome),

5) Dose-Response Relationship (the greater the exposure, the higher the risk of disease),

6) Biological Plausibility (understanding the mechanism by which the exposure contributes to the disease process),

7) Coherence (how well the evidence of different types supports the association),

8) Experiment (if RCTs are available), and

9) Analogy (have similar associations been observed to support the context).

In addition to these criteria, in population science, if changes at a population level are observed when an exposure is reduced (e.g., as in smoking cessation over time), this can be strong evidence of causality if other confounding factors have not substantially changed over the same time. For example, population-level reductions in the use of hormone replacement therapy occurred after the Women's Health Initiative findings were released on the observed association between HRT and breast cancer. The subsequent declining incidence of breast cancer provided another line of evidence in supporting that HRT therapy influenced breast cancer risk.

While the only absolutely necessary criteria for causality is temporality, each factor should be examined in the context of a valid association shown in the epidemiological literature. This methodology, as it applies to cancer outcomes, incorporates important considerations about interpreting evidence in the hierarchy to which it pertains. In other words, to draw conclusions about the effect of a medication in humans, the most important and reliable evidence comes from studies of humans. For common disease endpoints such as cancer, it is critical that the human epidemiological evidence establish an association between ranitidine and a specific cancer before any reliable conclusion about causation can be inferred. To my knowledge, there is no such thing as a "ranitidine cancer." That is, liver cancer in a patient who took ranitidine presumably looks the same as liver cancer in a patient who did not take ranitidine. This is in contrast to other circumstances where, for example, a genetic signature is present to help determine the cause of the cancer (e.g., breast cancer in the context of a BRCA1 mutation). Because there is no "signature" from ranitidine, and given the



Contains Confidential Information - Subject to Protective Order

common cancers that are alleged to be caused by ranitidine, only cancer outcome studies of ranitidine can reliably address potential increased risk.

For all the reasons described above, for my analysis, I focused on studies that attempt to ensure temporality, where the findings are large enough to reliably assess selection, information, and other biases (and/or there is consistency across designs of different types to help assess such factors), and which have sufficiently compared ranitidine users to a group of non-ranitidine users to ensure comparability and reliably assess confounding factors. Given the importance of establishing temporality as well as the challenge of recalling exposures associated with NDMA, prospective studies including cohort studies and nested case-control studies, have higher validity than retrospective case-control studies for this topic.

## V. EPIDEMIOLOGICAL STUDIES ON RANITIDINE & CANCER

As noted above, in evaluating the question of whether ranitidine exposure is associated with, or causes, cancer in humans, the most relevant and reliable data is the human epidemiologic data on ranitidine and cancer. Simply put, where there exists a large body of data on the exposure of interest (in this instance ranitidine), there is no scientific reason to try to extrapolate from data relating to other exposures to draw inferences about ranitidine. As of the date of this report, there are numerous, large epidemiological studies that evaluate ranitidine and cancer outcomes, with many studies covering multiple cancer sites (see **Appendix Table 1** for summary). Of note, the majority of these studies (n=11) were published after NDMA was reported to be detected in ranitidine in 2019. In other words, because NDMA has been classified as a potential cause of cancer in humans, researchers set out specifically to evaluate whether NDMA in ranitidine increased the risk of cancer. These cancer researchers incorporated into their studies many of the methodological considerations I have outlined above, including comparing cancer rates in patients taking ranitidine to cancer rates in patients taking another H2RA. My discussion below proceeds chronologically in order of publication date rather than by cancer type, as many of the studies specifically addressing ranitidine and cancer risk evaluate more than one cancer type. Although the plaintiffs' experts allege that ranitidine causes 5 different types of cancer (gastric/stomach, liver, esophageal, pancreatic and bladder cancer), I discuss the evidence relating to additional cancers in the context of individual studies.[1] After my chronological discussion of the epidemiological studies, I evaluate and summarize the epidemiological evidence for ranitidine and each cancer specifically alleged to be caused by ranitidine, and provide a description of other cancers for context where appropriate. As described below, it is my opinion that the body of literature relating to ranitidine and cancer outcomes does not demonstrate that ranitidine increases the risk

[1] I note that Plaintiffs' epidemiologist, Dr. McTiernan, concluded that "the evidence was not sufficient to support an opinion that the use of ranitidine can cause breast, prostate, kidney, lung or colorectal cancer."



Contains Confidential Information - Subject to Protective Order

of, or is associated with, cancer outcomes of any type, including those alleged by plaintiffs.[2]

### A. Early Studies Reporting on Cancer Outcomes in Ranitidine Users

From the 1990s to 2018, a limited number of publications in the peer-reviewed literature evaluated cancer outcomes in patients with ranitidine use. The studies were relatively small and generally did not use active comparator groups. As discussed above, use of an active comparator group is useful particularly to address confounding by indication as well as confounding in general. For example, individuals may take H2RAs or PPIs for precursor conditions like GERD and ulcers. While such precursor conditions may be more common in esophageal and gastric cancers, use of an active comparator is also useful for controlling for other confounders like use of alcohol, tobacco and obesity that are more similar across H2RA and PPI users than non-users (Funk 2014, Sendor 2022). Thus, use of an active comparator is a robust way to ensure greater comparability among exposure groups defined by medication and is particularly important when confounders are measured with error or not measured at all. Substantial data supports this greater comparability across users of H2RAs compared to non-users when comparing cancer risk factors (e.g., see Iwagami, Yoon, Kantor). Thus, an active comparator analysis permits tighter control of confounding and the ability to draw evidence about whether the medication itself is related to different cancers. Two additional studies were published in 2018, both designed primarily to evaluate PPIs and H2RAs, but which included data relating to ranitidine. These publications are discussed below.

I note that none of the ranitidine cancer epidemiology studies quantify NDMA content directly in ranitidine. However, it is my understanding that ranitidine can degrade to form NDMA prior to ingestion (exogenous formation) (King 2020) and that

[2] Please note that I reviewed and evaluated descriptive studies using data from the US FDA Adverse Events Report System (e.g., McGwin 2021, Cohen Sedgh 2021). Such surveillance data is heterogeneous in reporting source and does not represent a valid epidemiologic approach to determine associations between exposures and outcomes, let alone causality. Because such reporting data is readily available from FDA, its analysis may be useful as a first step towards identifying potential associations that warrant further investigation with more reliable epidemiologic designs. When a large body of epidemiological data exist, as it does here, adverse event surveillance data are of no scientific value to draw inferences about associations. In fact, FDA warns against use of adverse event report data for such purposes, noting that such studies are "inherently exploratory or hypothesis generating" in nature, and that the practice "is not a tool for establishing causal attributions between products and adverse events." FDA Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, at 8 and 9 (March 2005). Further, there are many other factors that can cause stimulated reporting. As explained by Cohen Sedgh and colleagues, the "sudden and transient increase in neoplasms reported through the Food and Drug Administration adverse event reporting system after the [recalls of angiotensin receptor blockers considered as part of the main analysis] likely represent false cancer signals temporally associated with the Food and Drug Administration recall/warnings and subsequent extensive media coverage."



Contains Confidential Information - Subject to Protective Order

plaintiffs' experts further allege that NDMA can be formed from ranitidine after ingestion (endogenous formation. Endogenous formation has been studied by the FDA in a clinical trial and experimentally, and FDA did not find evidence that NDMA would form from ranitidine after ingestion (Florian 2021, Gao 2021). Irrespective of NDMA formation from ranitidine, the epidemiology studies of ranitidine and cancer represent patient use of ranitidine, and thus account for the presence of NDMA and whether any NDMA exposure that may result from use of ranitidine increases the risk of specific types of cancer.

*1. Penston 1990*

Penston 1990 is a cohort study evaluating medical events in 436 patients (62.8% male, 37.2% female) receiving maintenance ranitidine treatment for duodenal ulcer disease at Ninewells Hospital in Scotland. Ranitidine treatment ranged from less than 1 year to greater than 9 years (total of 2175 patient-years). Ranitidine use and medical events, including malignancies, were ascertained from medical record review. Among the 436 ranitidine-treated patients, 13 new cases of malignant disease were detected in 12 patients. The 12 patients presented with various types of cancers: carcinoma of the stomach (n=1), carcinoma of the rectum (n=1), carcinoma of the lung (n=1), carcinoma of the bladder (n=1), carcinoma of the prostate (n=1), malignant lymphoma (n=1), basal cell carcinoma (n=3), carcinoma of the large bowel (n=2), and carcinoma of the large bowel + malignant melanoma of the skin (n=1). The duration of ranitidine treatment in patients who developed malignant disease ranged from 3-9 years. There was no internal comparison group in this study, so Penston compared the observed number of malignant cases to the expected number in the general population (based on the 1984 Scotland cancer registration rates) according to the age distributions of patient-years in the study. The observed versus expected number of cases for all malignancies, carcinoma of the stomach, and carcinoma of the large intestine (colon + rectum) was 13 vs. 15.5, 1 vs. 0.8, and 4 vs. 1.8, respectively. Statistical analysis was presented for carcinoma of the large intestine, and there was no statistically significant difference between observed and expected rates ($p>0.05$). The authors concluded there is no evidence of an increased risk of malignant disease in general, or for the target organ of the drug in patients receiving long-term treatment with ranitidine, and "it must be emphasized that there is no evidence of a causal relationship between ranitidine and colonic cancer since other factors possibly associated with large-intestinal malignancy were present in at least three of these patients."

While this study did not detect a signal for any type of cancer with ranitidine use, it is a small study with significant limitations. A key challenge to making inferences from this study is that it only has an external comparison group, and therefore cannot adjust for confounders that may affect the associations between ranitidine use and cancer risk. Although the author compared the numbers observed to those expected based on cancer registration rates in Scotland, this comparison was not presented for all the cancer subtypes. In addition to a general population comparison group, a comparison group of patients with untreated duodenal ulcer disease would have been better to assess potential confounding by indication. Furthermore, frequent clinic visits due to an underlying condition that requires maintenance pharmaceutical treatment may lead to



Contains Confidential Information - Subject to Protective Order

increased detection rates of cancer in this population, a type of information bias, as described above, that could potentially bias the study toward identification of cancers in users of ranitidine compared to the general population. Overall, Penston et al. provides no evidence of increased risk of cancer associated with ranitidine use. However, given its size and methodologic weaknesses, it has little inferential value, particularly given much larger and methodologically rigorous studies that have more recently been conducted.

*2. Chow 1995*

Chow *et al.* 1995 is a medical record based case-control study examining the relationship of gastroesophageal disorders and their treatment on the risk of adenocarcinomas of the esophagus and gastric cardia (AEC). Although it is recognized that cancer is a heterogeneous disease, it is not uncommon for the specific subtypes of esophageal and gastric cancers evaluated in this study to be studied together as they have a similar etiologic, epidemiologic, and histologic profile. Utilizing the Southern California Kaiser Foundation Health Plan, 196 cases newly diagnosed with histologically confirmed AEC from 1986-1992 were compared to 196 controls matched for sex, year of birth, membership in the California Kaiser Foundation Health Plan at time of the case's diagnosis, and duration of membership. Information on prescription medications for gastroesophageal disorders, medical history, and lifestyle factors were ascertained through medical record review using a structured medical abstract form. Medication use was defined as a chart record of a prescription, refill, or notation suggesting its use or discontinuation. Patients first prescribed the medication within one year of AEC diagnosis (or corresponding interval for controls) were classified as nonusers. Odds ratios (OR) were adjusted (aOR) for race, smoking, and body mass index (BMI). In addition, the authors conducted analyses that further adjusted for number of composite gastroesophageal conditions in the medication analyses and number of H2RA prescriptions in the gastroesophageal conditions analyses.

Several gastroesophageal conditions were associated with a statistically significant increased risk of AEC, including esophageal reflux (aOR 2.1 (1.3-3.5)), hiatal hernia (aOR 4.0 (2.1-7.7)), esophagitis/esophageal ulcer (aOR 5.2 (1.7-15.7)), and difficulty swallowing (aOR 2.2 (1.2-4.2)), and the risks increased with increasing number of conditions. Further adjustment for number of H2RA prescriptions did not materially affect the risk estimates, indicating H2RAs were not a confounder in these analyses. Importantly, as the H2RA medication data was from medical records and not self-reported, these data provide some of the first evidence that the conditions requiring treatment with an H2RA, rather than the medication taken by people with the conditions, are the driver of AEC cancer risk. The overall use of H2RAs combined was associated with a non-significant decreased risk for AEC: aOR 0.6 (0.3-1.3). The authors further reported that "[f]indings for the individual drugs, cimetidine and ranitidine, were similar to those for the combined group of $H_2$ antagonists (data not shown)." Although the individual data on ranitidine was not presented in the study, per the authors there does not appear to be any association between ranitidine and AEC. For H2RAs combined, there were also no significant increased risks in the fully adjusted model for any of the subgroup analyses performed: number of prescriptions, years since first use, and years



Contains Confidential Information - Subject to Protective Order

since last use. The authors reported a four-fold statistically significant increased risk in patients with ≥ 4 H2RA prescriptions in the non-fully adjusted model (aOR 4.0 (1.3-12.4)), that was largely reduced and no longer statistically significant when adjusting for predisposing gastroesophageal conditions (aOR 1.8 (0.5-6.7)). Further, there were only 16 cases and 4 controls who reported four or more prescriptions. Additional sensitivity analyses showed that there was no increased risk for H2RA users who did not have a gastroesophageal condition, regardless of the number of prescriptions, while those with a gastroesophageal condition had an increased risk irrespective of medication use. The authors concluded: "In our study, risk of AEC was not related to use of $H_2$ antagonists but was linked instead to long-term gastroesophageal reflux and related conditions. In particular, no excess risk was observed among users of $H_2$ antagonists who did not have a predisposing condition."

This was a well-conducted study that controlled for confounding by indication and did not rely on self-report for medical conditions or medication exposures. Through different adjustment models and sensitivity analyses, the authors consistently showed an association between adenocarcinomas of the esophagus and gastric cardia and gastroesophageal conditions, but not with use of H2RAs. The substantial decrease in risk in the analysis of ≥ 4 H2RA prescriptions when adjusting for underlying gastroesophageal conditions underscores the significant role confounding by indication plays in analyses of H2RAs and gastrointestinal cancers. This same effect was confirmed in subsequent studies (described below), indicating that it is critical that confounding by indication be appropriately controlled when evaluating a potential effect of ranitidine on cancer outcomes. Although the authors did not present the data for ranitidine specifically, an analysis of ranitidine was performed and was reported to be similar to all H2RAs combined, which showed no association. As this was a medical record based case-control study and the abstractor was blinded to the case-control status, this study minimized the potential for information bias in measuring the exposure, which is also referred to as recall bias in case-control studies. The authors appropriately did not consider patients who had first started H2RAs in the year before AEC diagnosis as users in order to account for reverse causation (i.e., using the medication for symptoms of early undiagnosed cancer). Limitations of the study include a relatively small sample size, which can lead to statistically imprecise estimates of risk. Despite the small sample size, the risk estimate for the medical conditions on AEC was generally above 2.0 and statistically significant. This study does not support that NDMA in ranitidine causes esophageal or gastric cancer.

*3. Habel 2000*

Habel *et al.* 2000 is a matched cohort study of a health maintenance organization in California. The study was conducted to examine the association between cimetidine and different types of cancer, and ranitidine was analyzed separately from cimetidine. The study was designed to specifically examine whether cimetidine users had a higher risk of hormonal cancers given the anti-androgenic effects of cimetidine. Patients receiving a ranitidine or cimetidine prescription were identified from two pharmacy databases at Northern California Kaiser Permanente from 1982-1987. The cohort was comprised of a 1% sample of medications dispensed at all Northern California Kaiser



Contains Confidential Information - Subject to Protective Order

Permanente pharmacies from 1982-1985 and in 1987, and a complete file of medications dispensed from one Kaiser Permanente pharmacy for a one year period from 1984-1985. Each patient with a ranitidine (n=922) or cimetidine prescription (n=4,125) was matched to ten individuals without a prescription for either H2RA according to pharmacy database, gender, and birth year (n=49,229). Individuals were excluded if they received prescriptions for both ranitidine and cimetidine (n=131, a large proportion compared with the ranitidine only users). Outcomes of newly diagnosed cancer were identified through the Kaiser Permanente Medical Care Program and the Northern California Cancer Center operated Surveillance, Epidemiology and End Results (SEER) Program. Outcome follow-up began at the date of the first ranitidine or cimetidine prescription (or first prescription of any medication for those unexposed) and ended at diagnosis of cancer, departure from the Kaiser Permanente Medical Care Program, or on December 31, 1995. Eleven different types of cancer were evaluated, as well as all cancer sites combined. Additional subgroup analyses (lagged analysis and age analysis) was performed for breast and prostate cancers, as emphasis was placed on these cancers due to cimetidine's influence on hormone levels. Relative risks were adjusted for age, gender, and pharmacy data source. When calculating each risk estimate, individuals with a history of that specific cancer prior to their index prescription were excluded from that analysis.

In this study, there were a total of 81, 336, and 3,700 cancers diagnosed among the ranitidine users, cimetidine users, and non-users, respectively. The 81 cancers in the subcohort of 922 ranitidine users were compared to all non-users, which based on the study design would be skewed towards the matching characteristics based on gender and birth year of the cimetidine group as there were 4125 cimetidine users compared to the 922 ranitidine users. Although the breakdown by gender appears very similar in the report, it is unclear if the age distribution would affect the observed results. Compared to non-users, the authors reported a statistically significant association between ranitidine and all cancer sites combined, esophagus/stomach cancer, and pancreatic cancer, and no statistically significant association for prostate, breast, uterine, ovarian, lung/bronchus, colon/rectum, kidney/bladder, melanoma, and lymphoma/myeloma/leukemia cancers (see Table 1 below). Specifically, the esophagus/stomach findings and pancreas findings were based on only 6 and 5 cases, respectively. As the authors note, "[r]elative risk estimates were often unstable due to the small number of cancer cases among cimetidine and ranitidine users." A similar, statistically significant association was observed between cimetidine and esophagus/stomach cancer (RR 1.98; 1.27-3.07).

<u>Table 1: Adjusted Relative Risks of Cancer Associated with Ranitidine and Cimetidine Use (Habel 2000)</u>

| | Ranitidine | Cimetidine |
|---|---|---|
| All Cancer Sites | aRR 1.26 (1.01-1.58); n=81 | aRR 1.09 (0.97-1.22) n=336 |
| Prostate | aRR 1.57 (1.00-2.48), n=19 | aRR 1.01 (077-1.32) n=58 |



Contains Confidential Information - Subject to Protective Order

| | | |
|---|---|---|
| Breast | aRR 0.92 (0.49-1.71); n=10 | aRR 1.09 (0.83-1.43) n=58 |
| Uterine | aRR 0.52 (0.07-3.73); n=1 | aRR 0.73 (0.34-1.56) n=7 |
| Ovarian | aRR 0.77 (0.11-5.55); n=1 | aRR 0.64 (0.23-1.75) n=4 |
| Lung/Bronchus | aRR 1.50 (0.90-2.51); n=15 | aRR 1.24 (0.94-1.62) n=58 |
| Colon/Rectum | aRR 0.82 (0.39-1.74); n=7 | aRR 1.12 (0.82-1.520 n=45 |
| Esophagus/Stomach | aRR 2.42 (1.07-5.49); n=6 | aRR 1.98 (1.27-3.07) n=23 |
| Pancreas | aRR 2.60 (1.06-6.38); n=5 | aRR 1.10 (0.57-2.10) n=10 |
| Kidney/Bladder | aRR 1.56 (0.74-3.30); n=7 | aRR 1.32 (0.90-1.96) n=28 |
| Melanoma | aRR 0.67 (0.17-2.69); n=2 | aRR = 0.94 (0.55-1.63) n=14 |
| Lymphoma/Myeloma/Leukemia | aRR 0.91 (0.38-2.19); n=5 | aRR = 1.09 (0.74-1.61) n=28 |

There were no associations between ranitidine and either prostate or breast cancer in the lagged analyses (0-11, 12-47, 48-83, & 84+ months following first prescription). In the age stratified analyses (≤59, 60-69, 70-79, & 80+ years at diagnosis), the authors reported an increased risk for ranitidine and prostate cancer in patients diagnosed at younger ages (≤59 and 60-69 years old), but not older ages (70-79 years and 80+ years), and for breast cancer in patients diagnosed at older ages (80+ years old), but not for the younger age groups. These sporadic findings were based on very few cases and are inconsistent with a true association between ranitidine and increased risk of prostate or breast cancer. There does not appear to be any compelling reason why an association would be observed only in certain age groups, but it could be a reflection of the very small cell counts in the stratified results. It is also important to consider these analyses in the context of multiple comparisons as the more statistical comparisons that are performed, the greater the likelihood of significant findings by chance alone.

Habel *et al.* also performed a lagged analysis for esophagus/stomach cancer as there was an increased risk reported for both ranitidine and cimetidine in the main analysis. The authors discuss: “An elevation in cancer risk among cimetidine and ranitidine users might reflect the use of either of these drugs for early symptoms of cancer. This was suggested by a lagged analysis of cancer of the esophagus or stomach; relative risks associated with cimetidine use and ranitidine use were only significantly elevated during the first 12 months after prescription date.” Specifically, the relative risk of esophageal/stomach cancer with cimetidine was 17.58 (95% CI 6.26-49.4) during the first 12 months, 1.45 (95% CI 0.58-3.69) for the period 1-4 years, and 0.94 (95% CI 0.29-3.06) for the period 4-7 years following prescription date. Although



Contains Confidential Information - Subject to Protective Order

direct comparisons between cimetidine and ranitidine are not presented, the authors note that “none of the differences between cimetidine and ranitidine users were statistically significant.”

As the authors suggest, the lagged analysis is indicative of reverse causation, rather than a true association, since the association was limited to the first 12 months after the first prescription. The symptoms of early gastrointestinal cancers are difficult to distinguish from the conditions H2RAs are used to treat, thus these cancer symptoms may lead to the use of H2RAs. In addition, an association between cancer and a medication started in the year before diagnosis does not account for the latency period in which cancer develops, which can take 10-30 years for esophageal and gastric cancers (den Hoed 2011; Umar 2012; Nadler 2014). This type of lagged analysis is vital to perform in studies that do not otherwise account for this type of protopathic bias (e.g., excluding this period altogether), and it would have been valuable if the authors had performed this lagged analysis for pancreatic cancer as well, which shares some of the same overlapping symptoms and may also be subject to reverse causation (Hicks 2018).

A strength of this study is their ascertainment of exposure, which was based on Kaiser Permanente prescription databases. In addition, the Surveillance, Epidemiology, and End Results Program (SEER) program was used as one of their sources of outcome identification, which is one of the most commonly used cancer databases in the U.S. One potential limitation is that SEER relies on being able to match patients to a SEER site. If patients have moved and are no longer accounted for by one of the SEER sites, their cancers may be missed and it is possible that this could have occurred differentially based on the individuals taking medications selected for the comparison group.

There are also other limitations of this study. As discussed earlier, cancer is a heterogeneous disease and cannot be studied as a single entity to address a causal relationship. Even different subtypes of the same cancer can have different contributing factors and causes. The “all cancer” combined analysis does not reliably inform about specific types of cancer, particularly as it does not allow for consideration of different confounding factors for different cancer types. In addition, the grouping of some of the individual cancer types is questionable for purposes of drawing inferences about specific types of cancer. It is not clear from the methods if these cancer groupings were predefined or were used to compensate for the small number of exposed cancer cases. There is a lack of information and control for potential confounders. The study did not provide a table or description of baseline characteristics of ranitidine and cimetidine users compared to non-users, including a basic descriptor of age, which may affect the comparisons given the matching (see above). In any study, it is important to know how ranitidine users differ from the comparison group and to appropriately account for those differences. For instance, another U.S. study abstract reported that ranitidine users may be more likely to have several risk factors for cancer compared to the general population, including smoking, alcohol use, obesity, chronic conditions, and family history of cancer (Mohy-ud-din 2020). The Habel authors adjusted only for age, gender and pharmacy data source and acknowledged their “estimates may be confounded”



Contains Confidential Information - Subject to Protective Order

since information on other known risk factors were unavailable. Likewise, the authors also recognized that "[a]n association of cimetidine and ranitidine with some cancers may also result from a sharing of risk factors with peptic ulcer disease, dyspepsia, or GERD (the conditions for which these drugs are taken). For example, smoking is related to an increased risk of lung, esophageal, and bladder cancer, as well as peptic ulcer disease." The underlying gastroesophageal conditions themselves have also been reported to be associated with a number of different cancer types, including esophageal cancer as was observed by Chow and colleagues (described above) using the same Kaiser cohort, but there was no attempt to control for confounding by indication.

The fact that risks were similar between users of ranitidine and cimetidine, two drugs used to treat the same conditions but which have different chemical structures and potentially different off-target effects, suggests a baseline risk factor common to H2RA use as likely driving the observed associations reported in Habel, and does not support the hypothesis that NDMA contamination in ranitidine causes cancer. The two key limitations of Habel are the lack of control for underlying conditions and the small sample size for each individual cancer. Furthermore, as this was the first study evaluating the risk of most cancers with the use of ranitidine, any reported associations should be considered hypothesis-generating and require replication in additional studies evaluating the specific cancers with a much larger sample size, and which are more reliably able to rule out the potential for spurious findings, a conclusion the authors drew as well for cimetidine which was what the study was designed to evaluate: "The potential effect of cimetidine on risk of cancer, especially those that are hormone-related, should continue to be monitored, preferably in larger study populations." As described below, larger studies of ranitidine, with better designs and control of confounding factors, are inconsistent with the observed associations reported in Habel.[3]

*4. Tan 2018*

Tan *et al.* 2018 is a nested case-control study conducted among a cohort of male patients with Barrett's esophagus in the national Veterans Affairs Corporate Data Warehouse from 2004-2009. Barrett's esophagus is a known precursor to esophageal adenocarcinoma (EAC) and may arise as a complication of GERD. As H2RAs and PPIs are used to treat GERD, this study was performed to examine their potential <u>protective</u> effect on the risk of EAC in patients with Barrett's esophagus. In a cohort of 29,536 patients with Barrett's esophagus, 300 cases with a subsequent diagnosis of incident EAC (identified through 2011) were compared to 798 controls without EAC, matched by incidence density sampling on birth year and Barrett's diagnosis date. EAC cases were identified by ICD-9 codes for esophageal or gastric cancer and further confirmed by medical record review. Pharmacy data was used to ascertain dispensed prescription medications from 1 year prior to Barrett's diagnosis to 3 months prior to EAC diagnosis. Prescriptions filled within 3 months of EAC diagnosis were excluded to control for

[3] Mathes et al. 2008 is a case-control study evaluating the relationship between H2RA use and the risk of two types of breast cancer: invasive ductal carcinoma (IDC) and invasive lobular (ILC) carcinoma. I reviewed this study, but given that there is no allegation that ranitidine causes breast cancer, I am not discussing or relying on Mathes in my report.

reverse causation. However, as discussed above, based on induction times of most cancers, 3 months is likely too short a window to account for such protopathic bias. Odds ratios were adjusted for age at Barrett's diagnosis, smoking, body mass index (BMI), number of esophagogastroduodenoscopies (EGDs) after Barrett's diagnosis, use of statins, NSAIDs and aspirin, and PPI use (in the H2RA analysis) or H2RA use (in the PPI analysis). The simultaneous adjustment for the different medications allowed analyses of specific medications after accounting for the effects of the others.

An independent statistically significant reduced risk of esophageal adenocarcinoma was reported in Barrett's esophagus patients using H2RAs (aOR 0.70 (0.50-0.99); n=59) and PPIs (aOR 0.59 (0.35-0.99); n=270) compared to non-users. The large majority of H2RA users were ranitidine users, and a borderline significant decreased risk of EAC was observed with ranitidine (aOR 0.71 (0.50-1.00); n=58 cases). Dose-response analyses showed an increased risk with lower doses of ranitidine (DDD ≤150 mg: aOR 3.00 (1.84-4.90); n=47 cases) and a decreased risk with higher doses of ranitidine (DDD >150 mg: aOR 0.17 (0.09-0.32); n=11 cases). A similar dose-response was observed for the PPI omeprazole, and the authors hypothesized that lower doses, which may represent inconsistent use or inadequate control of acid reflux, may not have the same protective effect as higher doses.

This was a well-powered study (e.g., 300 cases of the same cancer type). Due to the study's time-matched, nested case-control design, the study was free of immortal time bias, which is a common bias encountered in pharmacoepidemiological cohort studies of cancer. Furthermore, the authors adequately controlled for a number of confounders, including chemopreventive medications. Medication use was based on filled prescriptions, which has greater accuracy than studies relying on self-reported use. Exposure misclassification could occur if individuals classified as unexposed were taking the OTC form of these medications, however, the authors discuss that VA pharmacies often cover OTC medications, likely reducing this type of bias in this patient cohort. Lastly, most patients using H2RAs were concomitantly using PPIs; only 6/59 exposed cases and 15/205 exposed controls were exclusive H2RA users. While H2RA risk estimates were adjusted for PPI use to account for independent medication effects, further analyses showed a non-significant decreased risk among exclusive H2RA users. This study does not support that NDMA in ranitidine causes esophageal cancer.

### 5. *Tran 2018*

Tran *et al.* is a single publication on two separate population-based studies examining the association between liver cancer and the use of H2RAs and PPIs. The first study is a nested case-control study within the Primary Care Clinical Informatics Unit (PCCIU) database in Scotland. This electronic primary care dataset of computerized medical records contains information on demographics, clinical diagnoses, and prescriptions from general practitioners (GP). Cases with a first diagnosis of primary liver cancer between 1999-2011 (n=434) were matched to up to 5 controls each (n=2103) on birth year, sex, and GP practice. Medication exposure accounted for potential effects of reverse causation (end of the exposure period was 1 year prior to the index date). The risk period for exposure was the same for the



Contains Confidential Information - Subject to Protective Order

members of the matched set based on the shorter duration for the case. Odds ratios were adjusted for obesity, comorbidities (diabetes, coronary heart disease, myocardial infarction, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, chronic obstructive pulmonary disease, mental illness, peptic ulcer disease, liver disease (cirrhosis, alcoholic and non-alcoholic fatty liver, and hepatitis)), other medication use (statins, aspirin), alcohol, and smoking.

The second study is a prospective cohort study of 471,669 participants within the UK Biobank. Data was collected at baseline (2006-2010) on lifestyle, medical history and physical measures; medication use was self-reported (touchscreen questionnaire followed by verification during a verbal nurse interview). Liver cancer diagnoses (n=182) were ascertained from cancer registry records from 1 year after baseline through 2014. Participants were excluded if they had cancer diagnosis prior to, or in the year after, baseline. Hazard ratios were adjusted for age at baseline, gender, deprivation, BMI, alcohol, smoking, comorbidities at baseline (GERD, peptic ulcer disease, cirrhosis, hepatitis and diabetes) and other medication use at baseline (statins, aspirin).

No statistically significant association was observed for ranitidine users and liver cancer in either the PCCIU study (aOR 1.41 (0.91-2.15); n=45) or the UK Biobank study (aHR 1.82 (0.87-3.79); n=8). Similarly, no association with liver cancer was found for H2RAs combined in either the PCCIU study (aOR 1.21 (0.84-1.76); n=63) or the UK Biobank study (aHR 1.70 (0.82-3.53); n=8). Additional sensitivity analyses were conducted for H2RAs combined in the two studies and were generally consistent with the main analyses. In the PCCIU study, there was no evidence of a dose-response relationship. In the UK Biobank study, no association was found for two different liver cancer subtypes, hepatocellular carcinoma or intrahepatic bile duct carcinoma. Increasing the lag period slightly attenuated the point estimate in the PCCIU study, but not in the UK Biobank study. When additionally adjusting for PPI use, an association was reported for H2RAs combined in the UK Biobank study (aHR 2.10 (1.03-4.31)), but not in the PCCIU study (aOR 1.06 (0.72-1.55)). Both studies reported a statistically significant association between PPI use and liver cancer (PCCIU: aOR 1.80 (1.34-2.41); UK Biobank: aHR 1.99 (1.34-2.94)) and this association remained significant with further adjustment for H2RA use.

Overall, these were well-done studies that independently found no association between ranitidine and liver cancer. These studies differed in study design (nested case-control vs. cohort) and exposure ascertainment (prescription records vs. self-reported use). With regard to exposure, the PCCIU study more accurately captured prescription use, had information on dose and duration, and accounted for time-varying exposure, although unlike the UK Biobank study, OTC use would not be captured in this dataset. Both studies accounted for reverse causation and extended the lag periods in additional sensitivity analyses. Although both studies adjusted for potential confounders, residual confounding could be present. The PCCIU more comprehensively controlled for liver disease, a known risk factor for liver cancer, by adjusting for cirrhosis, hepatitis, alcoholic fatty liver, and non-alcoholic fatty liver, while the UK Biobank study only adjusted for cirrhosis and hepatitis. The authors also discuss that confounding by indication may be present. The significant finding for H2RAs combined in a single


Contains Confidential Information - Subject to Protective Order

sensitivity analysis should also be evaluated in the context of multiple comparisons and the likelihood of chance given the many sub-analyses performed in these two studies with over 30 different sensitivity analyses. It should be noted that as the UK Biobank only had 8 cases that were exposed, it is possible that some of the elevated associations were from over-fitting of the regression model. The authors conclude that their analyses provide some evidence of an association between PPI use and risk of liver cancer, but caution that their observed findings require confirmation in other studies due to the possibility of residual confounding and reverse causation. This study does not support that NDMA in ranitidine causes liver cancer.

### B. Studies Published Since 2019

Following the discovery of NDMA in ranitidine in 2019, twelve additional studies have been published to assess the risk of cancer in ranitidine users. In many instances, cancer researchers specifically investigated the potential cancer risk from NDMA in ranitidine, and designed studies to assess whether ranitidine exposure increases the risk of various cancers. The results of the studies published after 2019 are discussed below, and I note where investigators specifically designed studies to assess potential cancer risk from NDMA in ranitidine.

#### *1. Liu 2020*

Liu *et al.* is a single publication on two independent population-based studies examining the association between gastric cancer and the use of H2RAs and PPIs. It was not designed specifically to assess whether NDMA in ranitidine increases the risk of gastric cancer, but provides valuable insight into the role of bias in studies of acid-suppressing drugs and gastric cancer risk. The authors conducted a nested case-control study using the Scottish PCCIU database and a prospective cohort study using the UK Biobank dataset, which are the same databases and study designs utilized by Tran 2018 (described above). The PCCIU comprised of 1,119 gastric cancer cases diagnosed between 1999–2011 and 5,394 controls matched on age, sex, and GP practice. Medication use was determined from GP prescription records and accounted for the effects of time-varying exposure and reverse causation through the use of various lag periods. Odds ratios were adjusted for obesity, comorbidities (diabetes, coronary heart disease, myocardial infarction, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, chronic obstructive pulmonary disease, mental illness, liver disease, peptic ulcer and esophagitis), other medication use (statins and aspirin), alcohol and smoking. The UK Biobank cohort study consisted of 471,779 participants. Medication use in the UK Biobank was self-reported at baseline (2006–2010) and gastric cancer cases (n=250) were ascertained from cancer registries from 1 year after baseline through 2014. Hazard ratios were adjusted for age at baseline, sex, socioeconomic status, alcohol, smoking, BMI, comorbidities (diabetes, GERD, esophagitis and peptic ulcer) and other medication use (statins and aspirin).

In the PCCIU database, the individual H2RAs ranitidine and cimetidine were evaluated in addition to all H2RAs combined, and PPIs. The analyses do not support that NDMA contamination in ranitidine causes gastric cancer. A statistically significant



Contains Confidential Information - Subject to Protective Order

association was reported for ranitidine use and gastric cancer in the analysis utilizing a 1 year lag period (aOR 1.42 (1.10-1.85); n=128), however, the association was attenuated and no longer significant when extending the lag period to 2 years (aOR 1.22 (0.89-1.67)) or 3 years (aOR 1.17 (0.81-1.68)). The same pattern — a significant association using a 1 year lag period that was diminished and non-significant with longer lag periods — was observed for cimetidine, H2RAs combined, and PPIs. Further analysis of H2RA use in specific periods prior to diagnosis showed that H2RAs were more commonly used in gastric cancer cases compared with controls in the 1 year prior to cancer diagnosis. As the number of years increased between exposure and diagnosis, the association was dramatically reduced and no longer statistically significant (OR 3.07 and OR 1.29 for H2RA use 0-1 year and 4-5 years before diagnosis, respectively). Moreover, gastric cancer cases were more often new users of H2RAs in the year immediately before diagnosis compared with controls, which suggests a new indication or reason for their use (aOR 9.87; 6.04-16.15). All of these analyses strongly support the role of reverse causation. The risk for H2RAs combined also substantially decreased and was not significant when compared to PPI users (aOR 0.86 (0.60-1.24)) instead of the unexposed general population (aOR 1.44 (1.16-1.80)). This analysis, along with the fact that similar patterns were observed for PPI users, strongly suggests confounding by indication.

In the UK Biobank cohort study, no association was observed for H2RA use and gastric cancer (aHR 0.49 (0.16-1.56); n=4). This analysis utilized a 1 year lag period. Further analyses, including individual H2RAs, were not evaluated in the cohort study due to the small number of H2RA users.

These are well-done analyses that independently evaluated the risk of gastric cancer in two separate studies with different designs. The authors concluded that the associations they observed for gastric cancer with the use of H2RAs and PPIs "were sensitive to the duration of lag time used in the analysis. [These] results revealed a marked increase in the prescription of acid suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation." The role of reverse causation was confirmed through the use of several different type of analyses: varying the duration of the lag periods, investigating medication use in one year intervals before the gastric cancer diagnosis, and conducting analyses on new medication users in the year before diagnosis. The authors aptly discuss the importance of conducting the lagged analyses using a range of time periods, stating: "Lag times are recommended in studies of drug–cancer associations because (a) cancer, including gastric cancer, develops over a prolonged period of time, and medications newly prescribed in the short period before cancer diagnosis are unlikely to be causative; (b) medications prescribed immediately before cancer diagnosis could reflect reverse causality, as pre-diagnostic cancer symptoms may lead to the prescription of medications. Relatively short lags are thought to be sufficient to avoid bias from reverse causation, but the relevant lag time to address the induction and latency period is unclear, and it is therefore recommended that a range of lags are used." In addition, confounding by indication should be considered. Some important underlying conditions that are also risk factors for gastric cancer were not measured; the PCCIU study did not adjust for GERD, and neither study adjusted for *H. pylori*. The role of confounding by indication is also supported by the



Contains Confidential Information - Subject to Protective Order

analysis comparing H2RA users to PPI users, in which the risk substantially decreased and the point estimate fell below the null value of 1.0. Using a reference group of patients taking a different acid suppression medication allows for a more comparable population to those taking H2RAs, not just from the standpoint of the underlying condition, but also (as described above) other potential confounding factors that may be more likely in this patient population. Liu *et al.* does not support that NDMA in ranitidine causes gastric cancer.

*2. McDowell (2021)*

McDowell and colleagues conducted a nested case-control study of pancreatic cancer (n=1,069 cases, n=4,729 controls) using a Primary Care Clinical Informatics Database in Scotland. The authors note that inflammation is a potential pathway involved in the development of certain cancers, including pancreatic cancer, because of the potential for cell mutation and proliferation as the body responds to tissue damage. Thus, the authors evaluated numerous medications that may be associated with pancreatitis (inflammation of the pancreas) and pancreatic cancer risk. The authors evaluated 13 commonly prescribed medications.

Cases of pancreatic cancer were diagnosed between 1999 and 2011. Controls were matched to cases based on age, sex, GP practice and date of registration, and up to 5 controls were identified per case. The authors reported an association with any ranitidine use compared with never use (aOR=1.37, 95%CI = 1.10-1.70). While lower use of ranitidine (1-5 prescriptions) was associated with pancreatic cancer (aOR 1.49; 1.12-1.99), there was no evidence that higher ranitidine use (> 6 prescriptions) was associated with pancreatic cancer risk (aOR 1.24; 0.91-1.69). The authors were able to adjust for many comorbidities, but were unable to control for BMI or potential genetic risk factors, and they did not compare ranitidine to another acid suppressing medication. As described above and noted in other studies, comparing ranitidine to another acid suppressing medication is a critical design feature to control for potential known (and unknown) confounders. The authors also analyzed many different medications (13 different types) increasing the likelihood of a spurious finding arising by chance alone, because no adjustment was performed to account for the many comparisons performed. For the two medications that did have a positive association with pancreatic cancer risk (ranitidine and metronidazole), there was only an association with low use but not with high use, which does not suggest a causal role and is inconsistent with the theory that NDMA contamination in ranitidine causes pancreatic cancer. The authors noted that there was no “strong evidence of an exposure-response relationship with cancer risk” and recommended that “further studies of the association between ranitidine and pancreatic cancer risk take place over time frames and/or in countries where ranitidine was only available on prescription.” This study was not designed to assess whether NDMA in ranitidine increases the risk of cancer, as the authors themselves acknowledge they were interested in assessing inflammation across many different drugs exposures. Consequently, the study does not reliably address the potential for protopathic bias, which may be present with pancreatic cancer (Hicks 2018). This study also appears to overlap with a screening study conducted by the same authors, using the same database, where multiple medications and multiple



Contains Confidential Information - Subject to Protective Order

cancers were evaluated (described in the section on screening studies, below) and so should not be considered independent of the original screening analysis. Moreover, as described below, there is no consistent evidence that ranitidine increases the risk of pancreatic cancer. This study does not support that NDMA in ranitidine causes any type of cancer.

*3. Iwagami (2021)*

Iwagami and colleagues conducted a cohort study evaluating the risk of cancer among patients receiving ranitidine or nizatidine compared to other H2RAs (cimetidine, famotidine, roxatidine, and lafutidine) in Japan, specifically to assess whether NDMA in ranitidine/nizatidine increased the risk of various cancers. Reflecting the recognized concern regarding confounding by indication, the authors chose to use other H2RAs as the comparator group because “we considered that the main confounding factor was an indication for an H2 blocker.” Ranitidine and nizatidine were evaluated together since NDMA levels have been detected in these two H2RAs, but not other H2RAs. The Japan Medical Data claims database was used to identify new users of H2RAs from 2005-2018. A time-varying exposure model was used such that if new users of other H2RAs subsequently received ranitidine/nizatidine, they were censored from the comparison group and regarded as new users of ranitidine/nizatidine from that time point forward.

This is a large cohort study, including 113,745 new users of ranitidine/nizatidine compared to 503,982 new users of other H2RAs. The median follow-up in the two groups was 2.4 years (IQR 1.1-4.5) and 2.3 years (IQR 0.9-4.2), respectively. Overall, there was no statistically significant increased risk of cancer with ranitidine/nizatidine compared to other H2RAs (aHR 1.02 (0.98-1.07); n=2,289). Given the relatively short median follow-up period, the authors also evaluated longer duration since first prescription and higher cumulative dosing, to assess whether more exposure was associated with greater risk. The risk estimates did not support any duration response effect (≤5 y: aHR 1.03 (0.98-1.08); >5 y: aHR 0.97 (0.85-1.11)), nor any effect with higher cumulative doses (≤180 DDD: aHR 1.03 (0.98-1.08); 181 to 365 DDD: aHR 1.00 (0.73-1.39), 366 to 730 DDD: aHR 0.95 (0.61-1.48), and > 730 DDD: aHR 0.83(0.45-1.55)). Thus, the lack of dose response and duration response does not support that higher ranitidine exposure increases the risk of cancer. For the individual cancers evaluated, there was no association for colon cancer (aHR 1.02 (0.91-1.15), n=334), breast cancer (aHR 1.04 (0.92-1.17), n=338), or gastric cancer (aHR 1.09 (0.96-1.24), n=263) among ranitidine/nizatidine users compared to other H2RA users. Although the authors only report the adjusted findings for these cancers in Table 2, they report the percentage of other cancers for users of ranitidine or nizatidine compared to other H2 blockers, respectively: Pancreatic Cancer (4.1 vs 4.8%), Lung Cancer (6.8 vs 7.2%), Malignant melanoma (0.3 vs 0.6%), Uterine Cancer (4.1 vs 3.9%), Prostate cancer (5.1 vs 5.4%), Kidney Cancer (2.4 vs 2.1%), Bladder Cancer (2.3 vs 2.4%), and other cancers (34.2 vs 34.3%). These statistics reflect similar distribution of cancers across users of H2RAs, which does not support any effect from exposure to ranitidine. The combined analysis of ranitidine and nizatidine demonstrates the lack of association between H2RAs potentially contaminated with NDMA and development of cancer. The authors also analyzed ranitidine users separately, with similar results compared to other



Contains Confidential Information - Subject to Protective Order

H2 blockers (aHR 1.01; 0.95-1.08). The use of a reference group of other H2RAs allows for comparison of two similar patient populations and, as described previously, is the most reliable way to account for confounding by indication. The relatively short period of follow up is a limitation, given the latency period for the cancers studied. The authors attempted to address greater exposure periods and greater dose exposures, as discussed, and found no evidence supporting a causal relationship. The authors concluded that "we found no evidence that ranitidine/nizatidine is associated with an increased risk of cancer, although further studies with more accurate measurement of exposure, inclusion of older people, and longer follow-up may be needed." Iwagami *et al.* does not support that NDMA in ranitidine causes any type of cancer.

*4. Yoon (2021)*

Yoon and colleagues conducted a cohort study comparing 40,488 ranitidine users with 10,122 famotidine users in the Health Insurance Review and Assessment database in South Korea. Exposure data was based on medical records. The groups were matched on sex, age, diabetes mellitus, and cumulative exposure. The authors noted that NDMA was recently detected in ranitidine, and that their study was designed to assess the risk of cancer in ranitidine users. In particular, the authors included cancers where they noted evidence of carcinogenicity from NDMA animal models, such as lung, liver, kidney, and biliary tract.

There was no difference in overall cancer (HR=0.99, 95% CI = 0.91-1.07), nor in 11 separate cancers studied: liver HR=0.85, 95% CI = 0.69-1.05, n=400, colorectal HR=0.98, 95% CI = 0.78-1.23, n=359, biliary HR=1.22, 95% CI = 0.75-2.00, n=93, stomach HR=1.06, 95% CI = 0.86-1.31, n=450, lung HR=0.99, 95% CI = 0.81-1.21, n=473, prostate HR=1.01, 95% CI = 0.72-1.40, n=173, kidney HR=0.78, 95% CI = 0.49-1.25, n=72, bladder HR=1.41, 95% CI = 0.88-2.24, n=118, uterine HR=1.15, 95% CI = 0.58-2.28, n=46, breast HR=0.82, 95% CI = 0.55-1.21, n=108 and thyroid HR=1.07, 95% CI = 0.75-1.54, n=159.

There are a number of strengths and limitations to this study, including that individuals needed to be on the medication for at least a year between January 2009 and December 2011 and selected based on cumulative dose exceeding 10,800 mg and 14,400 mg for ranitidine and famotidine, respectively.[4] They excluded users of these medications if they had prior use in 2007-2008 and/or if they used both medications during the period of 2009-2011. The overall cohort was followed for 7 years, which the authors noted may not be sufficient to assess the onset of cancer. The authors use an active comparator (famotidine), which they note is suitable as a control because famotidine lacks NDMA but has the same clinical function and "the clinical indications of ranitidine and famotidine are almost identical," and "as all co-variates cannot be

[4] The cumulative dose of ranitidine stated in Yoon 2021 appears to have been an error. The authors note that the defined daily dose (DDD) was calculated as the assumed average maintenance dose per day for the main indication. A DDD of 300 mg for ranitidine corresponds with a cumulative total of 108,000 mg over 360 days. The cumulative dose selected for famotidine users, 14,400 mg, appropriately corresponds with a DDD of 40 mg for 360 days.



Contains Confidential Information - Subject to Protective Order

adjusted, a control group using a similar indication drug is more appropriate than the general population." This, again, expresses the idea of confounding by indication. Even in studies where the authors may adjust for known variables, using an active comparator population rather than a general population is a more reliable way to account for unknown variables that may be present in a population of patients who require acid-suppressing medication. The authors observed that when they compared the standardized incidence ratio for all cancers combined (SIR, adjusted for age and sex) for ranitidine and famotidine to the general population, they observed a statistically significant increased risk (SIR 1.23 and 1.31 for ranitidine and famotidine, respectively). The authors noted that "because of the protopathic bias, cancer incidence is higher than that of the general population," which underscores the need to compare ranitidine to another H2RA to reliably estimate cancer incidence with ranitidine and to attempt to isolate any effect from NDMA in ranitidine. Limitations include that the authors were not able to specifically quantify NDMA content, and medication compliance was not known.

Yoon *et al.* does not support that NDMA in ranitidine causes any type of cancer.

*5. Kantor (2021)*

Kantor and colleagues 2021 analyzed 459,204 individuals who participated in the UK Biobank. The large cohort study used self-reported medication measured at baseline based on regular use (defined as answering yes to using most days of the week for the last 4 weeks). Exposure was defined two ways: (1) a binary yes/no where ranitidine was compared to non-use, and (2) binary yes/no with ranitidine compared to another medication (omeprazole) with similar indications of use. The design of the study ensured temporality and they also had an appropriate internal comparator by comparing ranitidine users with users of the proton pump inhibitor (PPI) omeprazole. The investigators counted follow up time from baseline and therefore did not have immortal time bias. However, they are unable to account for change in medication use if that occurred after baseline. Given the size of the study, they were able to examine associations for separate strata based on sex, age, BMI, and smoking status, and further adjusted for variables specific to individual cancers. They also stratified based on follow-up time (first 5 years of follow up, and after 5 years of follow up).

In the cohort, 1.9% reported use of ranitidine (n=8,844) and 5.9% reported use of omeprazole (n=26,959). Compared to non-use, there was no association observed for cancer overall (HR= 1.01, 95% CI=0.93-1.09). Compared to omeprazole, there was no association for cancer overall (0.94, 95%CI = 0.85-1.04). Compared to non-use, there was no association observed for the primary outcomes of breast (HR= 1.04, 95% CI=0.86-1.26, n=110), prostate (HR= 1.01, 95% CI=0.82-1.23, n=97), lung (HR= 0.96, 95% CI=0.72-1.27, n=50), colorectal cancer (HR= 1.12, 95% CI=0.88-1.44, n=64). Compared to omeprazole, there was no association observed for the primary outcomes of breast (HR= 1.08, 95% CI=0.86-1.35), prostate (HR= 1.02, 95% CI=0.80-1.30), lung (HR= 0.76, 95% CI=0.55-1.06), colorectal cancer (HR= 1.25, 95% CI=0.92-1.69). Four cancer sites were considered exploratory: liver, kidney, bladder and ovary. Compared to non-use, no statistically significant association was observed for kidney cancer (HR= 0.53, 95% CI=0.27-1.02, n=9), bladder cancer (HR 1.22; 0.74-2.01), or ovarian cancer



Contains Confidential Information - Subject to Protective Order

(HR 1.11; 0.61-2.02). Compared to omeprazole, there was no association observed for bladder cancer (HR 1.30; 0.69-2.46), or ovarian cancer (HR 1.08; 0.54-2.15) and an association with reduced risk for kidney cancer (HR= 0.39, 95%CI = 0.19-0.82).

They authors reported a statistically significant association with increased risk of liver cancer (HR= 1.91, 95% CI=1.09-3.36), which was only observed when compared to non-users, but not when ranitidine was compared to users of omeprazole (HR= 1.15, 95%CI= 0.58-2.26). The liver cancer findings were based on only 13 cases (11 cases in the comparator analyses) and viewed by the authors as exploratory. As discussed above, when there are few individuals with the outcome, it is very challenging to make conclusions from multivariable analyses, which may be over-fitted. Body mass index, age, sex, and smoking status did not modify the results. When they examined the association with time, the HRs for cancer overall with ranitidine were below 1.0 with longer follow-up (more than 5 years of follow-up). The authors interpret their results as showing "no association between ranitidine use and cancers of the breast, prostate, lung, or colorectum." The authors also note that the reported positive finding for liver cancer compared to non-use, and the negative finding for kidney cancer compared to omeprazole, "are compelling for hypothesis generation, and study findings merit confirmation in other populations." This study does not support that NDMA in ranitidine causes any type of cancer.

*6. Kumar (2021)*

Kumar *et al*. 2021 is a cohort study on patients treated for *Helicobacter pylori* (HP) with long-term acid suppression drugs using records from the Veterans Health Administration (VHA). Patient information was taken from the VHA Corporate Data Warehouse, which includes medical records from all VHA facilities. The authors identified HP patients that received prescription acid suppressants for at least 30 days between May 1, 1998, and December 31, 2018. The outcome measured was diagnosis with nonproximal gastric adenocarcinoma (GC). The authors followed the patients until one of the following events occurred: GC diagnosis, death, switching to a different acid suppressant treatment, or December 1, 2018. Patients diagnosed with other types of gastric cancer were excluded from the analysis. The risk of developing GC was determined based on the type of long-term treatment the patients received. Long term treatments were grouped based on ranitidine (n=69,157), non-ranitidine H2RAs (n=6,559) (cimetidine, nizatidine, famotidine), or PPI (n=203,789) (esomeprazole, dexlansoprazole, lansoprazole, omeprazole, pantoprazole, rabeprazole). Median follow-up was 4.4 years (IQR 1.7-9.2 years). Over the period of follow-up, gastric cancer developed in 367 (0.53%) of ranitidine users, 49 (0.75%) of other H2RA users, and 1108 (0.54%) of PPI users.

As compared to ranitidine, non-ranitidine H2RA users were more likely to develop GC cancer (HR 1.83, 95% CI 1.36–2.48). Thus, comparing ranitidine to non-ranitidine H2RA users, there was a statistically significant decreased risk of GC (HR =



Contains Confidential Information - Subject to Protective Order

0.54, 95% CI = 0.40-0.73).[5] There was no significant difference in the risk of GC between ranitidine and PPI users (HR 0.92, 95% CI 0.82–1.04 for PPI compared to ranitidine). Among the subset of patients with a positive diagnostic test for HP, considering treatment and eradication status, the authors observed a 4-fold increased risk of gastric cancer comparing non-ranitidine H2RA users to ranitidine users (HR 3.97; 95% CI 1.36-11.65). The authors concluded: "we demonstrate that there is no demonstrable association of ranitidine use and future GC. . . . [Our results] demonstrate that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine."

The study is particularly strong due to the nature of the cohort, as the authors note that "controlling for HP status is of utmost importance in determining the association of ranitidine and GC," because HP is a well-recognized cause of GC. Although predominately male, the cohort contained granular data and a large number of cases. The authors noted that there may be some inpatients who were prescribed non-ranitidine H2RAs, because 97.4% of ranitidine users who switched medications switched to PPI, while 52.2% of non-ranitidine H2RA users who switched medications switched to a PPI. Non-ranitidine H2RA users also were less likely to be diagnosed by endoscopic pathology, and less likely to have documented racial and ethnic categories, and potentially some smoking misclassification. Thus, the finding of increased risk of GC in other H2RA users compared to ranitidine in this cohort may represent confounding by indication. The authors note that despite the potential for confounding, "our findings only strengthen the evidence for the lack of association of ranitidine and GC." This study does not support that NDMA in ranitidine causes gastric cancer.

*7. Cardwell (2021)*

Cardwell and colleagues conducted a nested case-control study of bladder cancer (n=3,260 cases, n=14,037 controls) using a Primary Care Clinical Informatics Database in Scotland. The cases were diagnosed between 1999 and 2011. Controls were matched to cases based on age, sex, GP practice and date of registration and up to 5 controls were identified per case. The exposure period ended one year before the index date (cancer diagnosis date in cases) to reduce the risk of reverse causality. The primary comparison was ranitidine compared to non-use, and sensitivity analyses were performed comparing ranitidine to users of other H2RA medications and comparing ranitidine to users of PPIs. The comparison to other H2RAs was done to assess "the specificity of any association to ranitidine." The median exposure period was 8.4 years (IQR 5.7-11.1). A greater proportion of cases compared to controls were former or current smokers.

The authors reported an association between ranitidine use and bladder cancer compared to non-use (OR=1.22, 95%CI = 1.06-1.40). This association compared to

[5] Because the authors presented data comparing non-ranitidine H2RA users to ranitidine users, I calculated the inverse of the hazard ratio, to better compare the results of Kumar across different studies.

non-use appeared stronger when they considered the highest estimated defined daily doses (DDDs) of ranitidine use (> 1,095 DDD) (OR=1.43, 95%CI=1.05-1.94). Defined daily dose (DDD) as defined by the World Health Organization is 300 mg/day for ranitidine. No significant association was reported for use of 1-182 DDDs ranitidine compared to non-use (OR 1.18; 0.98-1.42), 182-365 DDDs (OR1.24; 0.85-1.79), or 365-1095 DDDs (OR 1.17; 0.89-1.54). The observed bladder cancer risk with highest use (>1,095 DDDs) of non-ranitidine H2RA medications was a similar magnitude, but not statistically significant (OR=1.33, 95%C = 0.83-2.15). The authors did not observe an association with PPI use compared to non-use (OR 0.98; 0.88-1.11), nor with DDDs greater than 1095 of PPI use compared to non-use (OR 0.98; 0.80-1.20). The authors noted that "the association [with ranitidine] was largely attenuated when comparing ranitidine users with ranitidine nonusers who used other histamine-2 receptor agonists (adjusted OR 1.05; 95% CI 0.86-1.28), but remained when comparing ranitidine users with ranitidine nonusers who used PPIs (adjusted OR 1.20; 95% CI 1.04-1.39." The authors suggest that the lack of association when comparing ranitidine to other H2RAs may be due to "a reduction in power, a class effect of histamine 2 receptor antagonists or that the association could be explained by confounding by indications for histamine 2 receptor antagonists." As the overall design was a case-control study, most of the cases and controls did not use either ranitidine or H2RAs. However, the statistical power for the comparison of ranitidine to non-users and the comparison of other H2RAs and non-users had similar statistical power.

A strength of this study is that they were able to adjust for multiple comorbidities, although information on smoking and alcohol use was incomplete. Smoking may be associated with conditions for which ranitidine is prescribed, like GERD (Kohata 2016), which illustrates the importance of comparing ranitidine to another H2RA. The authors were able to compare ranitidine to non-use, to PPI use, and to other H2RA use, as recommended to assess confounding by indication. Of note, the Cardwell study uses the same set of cases and controls that were previously identified in a screening study conducted by the same authors (McDowell 2021 – described below).

McDowell and colleagues (2021) published a study screening medications and cancer risk using the Primary Care Clinical Informatics Unit (PCCIU) that was utilized for their specific study on pancreatic cancer risk (described above) and for the Cardwell bladder cancer study. This screening exercise examined 5,622 medication-cancer potential associations, and as the authors describe, these associations are used for hypothesis generation. In essence, this is a type of datamining exercise done to generate hypotheses and not to test hypotheses about specific drug/cancer questions. Over 20 different cancer types were examined in different nested case-control studies, and the only association with ranitidine that was found after adjusting for other comorbidities and smoking was with bladder cancer (OR=1.28). However, it should be noted that this same nested case-control study found a positive association between Celecoxib and bladder cancer (OR=1.78), which is inconsistent with the literature that supports a reduced risk of bladder cancer from nonsteroidal anti-inflammatories like Celecoxib.


Contains Confidential Information - Subject to Protective Order

This anomaly may be because the PCCIU study did not have data on stage of bladder cancer. It is important to note that, unlike many other cancers, a large percentage of bladder tumors are diagnosed before the tumor is invasive. In situ cancers are not malignant. It has been estimated that approximately half of all bladder cancers are found when the tumor is non-invasive or in situ (American Cancer Society 2022). Thus, the lack of exclusion of Stage 0 (in situ) cancers from these studies may result in an inflated estimate of both celecoxib and ranitidine as individuals who are getting frequent refills may be more likely to be diagnosed with Stage 0 bladder cancer leading to an inflated estimate of risk.

Cardwell reported using read code B49 to select the bladder cancer cases. Cardwell and colleagues also report in their discussion that “we did not have access to stage or grade of the bladder cancer diagnosis to allow for investigation of high risk disease.” The B49 code, however, includes invasive urinary bladder carcinoma as well as superficial (disorder) carcinoma as well as categories of malignant tumors. Thus, it is likely that the Cardwell study included carcinoma in situ as they were unable to exclude Stage 0.

Further, the incomplete information on smoking history may have impacted the study’s findings. Smoking is a known risk factor, estimated to account for approximately 50% of bladder cancer cases in adults (Islami 2018). In McDowell 2021, the authors screened nicotine replacement therapy for bladder cancer risk and reported an OR of 2.04 (95% CI, 1.65-2.51), adjusted for comorbidities. When adjusted for comorbidities and smoking, the OR was 1.54 (95% CI, 1.23-1.94), indicating the association was related to smoking itself, which could not be fully adjusted. This further demonstrates the significance of information on smoking history.

Given the many thousands of comparisons performed in the screening study, it is unsurprising that some associations, irrespective of validity, would be produced. While signal generating studies can be a useful first step, they need to be followed up with independent studies specifically designed to test the signal that has been generated.

The Cardwell authors acknowledge that their data was generated in the screening study, and as such “there remains the risk of type 1 error, and the observed association is not independent from the association seen in our screening study.” The authors note that “further studies are necessary to attempt to replicate this finding.” The Cardwell findings are inconsistent (i.e., associations reported for comparison to non-use and PPI, but not compared to other H2RAs) and are not independent of the original screening study. Cardwell does not reliably demonstrate an association between ranitidine use and increased risk of bladder cancer.

*8. Kim Y (2021)*

Kim *et al*. 2021 is a cohort study using the U.S. IBM Explorys database, which is an aggregated, deidentified electronic medical record registry. From the Explorys registry, they selected three groups of patients based on exclusive use of one of the following three medications: famotidine, ranitidine, and omeprazole. Patients with prior



Contains Confidential Information - Subject to Protective Order

GI malignancies or using more than one reflux medication, or who developed cancer within a year of medication initiation, were excluded. The study evaluated new incidence of gastrointestinal (GI) cancers (oesophagus, stomach, liver, pancreas, and colorectal cancers) in 1-year intervals following ranitidine initiation (following patients for up to 10 years). Ranitidine users were compared to users of famotidine (another H2RA) or omeprazole (a PPI), which decreases the likelihood of confounding by indication. Adjusted odds ratios were calculated by multivariable logistic regression analysis accounting for three common risk factors, depending on the specific cancer studied (e.g., for pancreatic cancer, the risk factors were tobacco use, diabetes mellitus, and obesity; for liver cancer, the risk factors were cirrhosis, obesity, and chronic viral hepatitis). A separate multivariable logistic regression analysis was performed adjusting for age, gender, race, and the highest weighted risk factor for each cancer. A Bonferroni correction was used to correct for multiple comparisons.

A total of 581,028 patients were prescribed ranitidine, 909,970 were prescribed famotidine, and 2,179,048 were prescribed omeprazole. Across the cohorts, combined incidences of new GI malignancies were highest in the 1-2 years after starting anti-reflux therapy and consistently decreased throughout the study period. When adjusted for common risk factors, compared to famotidine, ranitidine use was associated with a statistically significant decreased risk of all five GI cancers evaluated: oesophageal (OR 0.51 (0.43-0.60); n=180), gastric (OR 0.43 (0.36-0.51); n=170), hepatocellular (OR 0.39 (0.36-0.41); n=880), pancreatic (OR 0.54 (0.49-0.62); n=320), and colorectal (OR 0.46 (0.43-0.49); n=1370) cancer. Similar results (all statistically significant decreased risks) were obtained when ranitidine was compared to omeprazole, with oesophageal (OR 0.62 (0.52-0.72)), gastric (OR 0.58 (0.49-0.68)), hepatocellular (OR 0.81 (0.76-0.86)), pancreatic (OR 0.68 (0.60-0.76)), and colorectal (OR 0.66 (0.62-0.70)) cancer. When adjusted for demographic factors and the highest weighted risk factors for each cancer, the statistically significant reduction in risk remained for all five cancers comparing ranitidine to famotidine. When compared to omeprazole, the statistically significant reduction remained for oesophageal and pancreatic cancers, but the reduction in risk was no longer significant for stomach, liver, or colorectal cancers. The distribution of the five GI cancers were similar among the three medications. Furthermore, as illustrated in Figure 2, the same pattern was observed for the three exposure groups, in that the GI cancer incidence was highest in the 1-2 years following initiation of acid suppression medication, and gradually decreased to under 1.0 for ranitidine by 3 years, to under 1.0 for omeprazole by 5-6 years and to under 1.0 for famotidine by 7-8 years with greater time between initiation and diagnosis.


Contains Confidential Information - Subject to Protective Order




**FIGURE 2** Combined incidences of all GI malignancies for ranitidine, famotidine, and omeprazole queried over a 10-year period

These analyses are compatible with those conducted by Liu *et al.* and supports the role of reverse causation and confounding by indication in studies examining the association between H2RAs and GI cancers. When cancer diagnoses decrease over time after exposure, this supports that the exposure does not act as a cancer initiator. However, because they selected patients who continued use until the initial diagnosis of GI cancers, the pattern is also not consistent with ranitidine acting as a tumor promoter. When a medication acts as a tumor promoter, we would expect the risk to remain elevated for the duration that the individuals is on the medication. Thus, the best explanation of the pattern of data observed in this study is that the cancer diagnoses observed shortly after the initiation of ranitidine, famotidine, and omeprazole support reverse causation and are not an effect of the medications.

The authors note that the reduction in GI cancers associated with ranitidine was unexpected, and that one potential explanation is that the ranitidine cohort displayed a lower prevalence of common risk factors, and that by adjusting for every potential risk factor (which the study did not do), the ORs for the ranitidine cohort could increase. The authors interpreted the data to show that the incidence of GI malignancies is low in patients taking ranitidine, famotidine, or omeprazole, and that the odds of developing GI cancers while taking ranitidine are not elevated. This study does not support that NDMA in ranitidine causes GI cancers.


Contains Confidential Information - Subject to Protective Order

*9. Adami (2021)*

Adami *et al.* 2021 is a cohort study utilizing the Danish Prescription Registry, Danish National Patient Registry, and Danish Cancer Registry. The Danish Prescription Registry has complete data on all prescriptions dispensed from community pharmacies (not hospital pharmacies) since 1995. The Danish National Patient Registry records all inpatient admissions (since 1977) and all hospital outpatient clinic and emergency room visits (since 1995). The Danish Cancer Registry has recorded cancer diagnoses since 1943. All Danish adults who had a first prescription of ranitidine, other H2RA drugs, or PPIs were identified between 1996 and 2008, and were followed through 2018 for incidence of esophageal, stomach, liver and pancreatic cancers.

The authors recognized that NDMA was identified in ranitidine in 2019 and that NDMA is classified based on animal data as a “probable human carcinogen” by IARC. They also recognized that “while NDMA is an animal carcinogen, decades of research have not documented a causal association with any human cancer site or type.” This is consistent with my own review of the NDMA epidemiology (described in this report below). Given this uncertainty, the authors designed their study to evaluate whether NDMA in ranitidine had any carcinogenic effect.

First-time users of ranitidine were defined as those adults who redeemed their first prescription for ranitidine between 1996 and 2008 and had no previous prescription for nizatidine.

The active comparator group of other H2RAs was defined as adults who redeemed a prescription for cimetidine or famotidine between 1996 and 2008, and who had no previous prescriptions for ranitidine or famotidine. A second active comparator group was similarly identified and defined for those adults taking PPIs. The authors note that use of the nationwide medical registry allowed long and virtually complete follow-up, and enabled use of an active comparator design including other H2-blockers and PPIs as reference groups “to minimize confounding by indication as these drugs are used for similar indications as ranitidine.” The authors did not include a comparison group of non-users (i.e., those not taking either H2RAs or PPIs) “since comparisons with such a group would be strongly biased due to confounding by indication and reverse causality.”

The index date was defined as the date of first prescription. Ranitidine users who later redeemed prescriptions for other H2RAs or PPIs remained in the ranitidine exposed group (a sensitivity analysis was performed censoring such patients), while users of other H2RAs or PPIs who later redeemed a prescription for ranitidine were censored.

The authors followed members of the three cohorts (ranitidine, other H2RA, and PPI) starting one year after the index date to account for reverse causality. Any subject with a cancer diagnosis recorded before the start of follow-up (other than non-melanoma skin cancer) was excluded. As noted above, the outcomes were esophageal cancer, stomach cancer, liver cancer, and pancreatic cancer. The authors also identified


Contains Confidential Information - Subject to Protective Order

deaths due to cancer (via the Danish Register of Causes of Death) and included cancer-specific deaths in the outcomes if the cancer was not identified via the Cancer Registry.

Table 1 of Adami indicates that the baseline characteristics of ranitidine users more closely resemble the baseline characteristics of users of other H2 blockers than those of PPI users. To control for potential confounding, the authors used stabilized inverse probability of treatment weights (sIPT). This method is used to make the treatment groups as similar as possible based on the available covariate data. The authors compared the 10 year cumulative risk for each of the cancer outcomes in the ranitidine cohort to the other two active comparator cohorts. To evaluate treatment duration, the authors conducted analyses of subjects who redeemed at least 10 prescriptions within each cohort (starting follow up one year after the 5th prescription, or one year after the 10th prescription). To identify subjects with the highest exposure and longest follow-up, the authors also identified those who redeemed at least 10 prescriptions and evaluated the first 10 years of follow-up and after 10 years of follow-up.

The median follow-up for the ranitidine cohort was 14 years (IQR 10-18), during which 276 esophageal, 342 stomach, 133 liver, and 517 pancreatic cancers were ascertained. For the primary analysis (i.e., at least one prescription), there were no statistically significant associations observed for overall esophageal cancer, stomach cancer, liver (hepatocellular) cancer, or pancreatic cancer, comparing ranitidine to either other H2RAs or PPIs. Compared with other H2RAs, there was no association for stomach (HR=0.98, 95% CI=0.84-1.14), liver (HR=0.89, 95% CI=0.72-1.10), esophageal (HR=1.09, 95% CI=0.91-1.29), or pancreatic (HR=0.97, 95% CI=0.87-1.10). Compared with PPIs, there was no association for stomach (HR= 1.03, 95% CI = 0.92-1.16), liver (HR=0.86, 95% CI=0.71-1.05), or pancreatic (HR=0.99, 95% CI=0.89-1.09).

When specific subtypes were evaluated, a statistically significant increased risk of esophageal adenocarcinoma was observed comparing ranitidine to other H2RAs (HR 1.30; 1.01-1.68), and compared to PPIs (HR 1.27; 1.04-1.56). A statistically significant decreased risk was observed for distal stomach cancer comparing ranitidine to other H2RAs (HR 0.72; 0.54-0.97), and for esophageal squamous cell carcinoma comparing ranitidine to PPIs (HR 0.76; 0.60-0.96). A representation of the data from the study appears below.



Contains Confidential Information - Subject to Protective Order



| Ranitidine vs. Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 261/1,522,653 | 398/2,534,090 | 1.09 (0.91–1.29) |
| Adenocarcinoma | 105/1,522,808 | 133/2,534,288 | 1.30 (1.01–1.68) |
| Squamous cell carcinoma | 73/1,522,905 | 113/2,534,393 | 1.07 (0.80–1.44) |
| Stomach cancer | 331/1,522,485 | 564/2,533,517 | 0.98 (0.84–1.14) |
| Proximal | 149/1,522,796 | 257/2,534,075 | 0.96 (0.76–1.21) |
| Distal | 65/1,522,863 | 151/2,534,155 | 0.72 (0.54–0.97) |
| Unknown/several regions | 191/1,522,846 | 283/2,534,330 | 1.13 (0.93–1.36) |
| Hepatocellular carcinoma | 127/1,522,856 | 235/2,534,285 | 0.89 (0.72–1.10) |
| Pancreatic cancer | 498/1,522,599 | 850/2,533,886 | 0.97 (0.87–1.10) |

| Ranitidine vs. PPIs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 283/1,290,801 | 2,074/9,629,278 | 1.01 (0.90–1.14) |
| Adenocarcinoma | 123/1,290,945 | 716/9,630,580 | 1.27 (1.04–1.56) |
| Squamous cell carcinoma | 68/1,291,076 | 669/9,630,798 | 0.76 (0.60–0.96) |
| Stomach cancer | 349/1,290,655 | 2,533/9,627,031 | 1.03 (0.92–1.16) |
| Proximal | 158/1,290,974 | 1,146/9,629,693 | 1.02 (0.86–1.22) |
| Distal | 74/1,291,000 | 570/9,630,314 | 0.98 (0.77–1.24) |
| Unknown/several regions | 196/1,291,024 | 1,297/9,630,522 | 1.13 (0.96–1.33) |
| Hepatocellular carcinoma | 153/1,291,005 | 1,311/9,630,519 | 0.86 (0.71–1.05) |
| Pancreatic cancer | 511/1,290,806 | 3,861/9,628,916 | 0.99 (0.89–1.09) |

Figure 2: Adami *et al.* 2021

When follow up was restricted to those who had at least 10 prescriptions (i.e., the most exposure to ranitidine), the only statistically significant association observed was a reduction in the risk of pancreatic cancer comparing ranitidine to PPIs (HR 0.66; 0.50-0.86). Of note, there was no longer any increased risk observed with esophageal adenocarcinoma, with a borderline decreased risk observed when ranitidine was compared to PPIs (HR 0.97; 0.53-1.76 compared to other H2RAs; HR 0.62; 0.38-1.00 compared to PPIs). A representation of the data appears below. In supplementary analyses, similar results (i.e., the only statistically significant association was for decreased risk of pancreatic cancer comparing ranitidine to PPIs) was reported for subjects restricted to at least 5 prescriptions.



Contains Confidential Information - Subject to Protective Order



| Ranitidine vs. Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 65/159,816 | 45/130,515 | 1.16 (0.80–1.69) |
| Adenocarcinoma | 22/159,856 | 19/130,537 | 0.97 (0.53–1.76) |
| Squamous cell carcinoma | 17/159,863 | 8/130,556 | 1.71 (0.70–4.15) |
| Stomach cancer | 75/159,814 | 54/130,475 | 1.13 (0.77–1.65) |
| Proximal | 48/159,829 | 31/130,507 | 1.25 (0.73–2.13) |
| Distal | 5/159,886 | 12/130,547 | 0.32 (0.09–1.16) |
| Unknown/several regions | 38/159,886 | 21/130,548 | 1.44 (0.88–2.38) |
| Hepatocellular carcinoma | 23/159,871 | 24/130,529 | 0.79 (0.43–1.44) |
| Pancreatic cancer | 83/159,811 | 83/130,527 | 0.81 (0.60–1.09) |

| Ranitidine vs. PPIs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 39/125,594 | 859/2,343,948 | 0.84 (0.61–1.15) |
| Adenocarcinoma | 12/125,608 | 355/2,344,316 | 0.62 (0.38–1.00) |
| Squamous cell carcinoma | 12/125,622 | 217/2,344,680 | 1.06 (0.49–2.28) |
| Stomach cancer | 44/125,588 | 887/2,343,541 | 0.92 (0.68–1.23) |
| Proximal | 26/125,598 | 454/2,344,150 | 1.05 (0.73–1.51) |
| Distal | 3/125,625 | 176/2,344,564 | 0.37 (0.05–2.60) |
| Unknown/several regions | 22/125,625 | 423/2,344,642 | 0.97 (0.63–1.50) |
| Hepatocellular carcinoma | 20/125,616 | 602/2,344,420 | 0.61 (0.35–1.08) |
| Pancreatic cancer | 51/125,582 | 1,447/2,344,003 | 0.66 (0.50–0.86) |

Figure 3: Adami *et al.* 2021

In the analysis that stratified subjects with a least 10 prescriptions by 1 to < 10 years, and after 10 years, statistically significant reductions in risk were observed for pancreatic cancer comparing ranitidine to other H2RAs after 10 years (HR 0.46; 0.24-0.88), pancreatic cancer comparing ranitidine to PPIs within 10 years (HR 0.66; 0.48-0.91), and hepatocellular cancer comparing ranitidine to PPIs within 10 years (HR 0.47; 0.24-0.93).

Adami does not support an association between ranitidine and increased risk (or decreased risk) of any of the cancers studied. Given the number of comparisons performed, there is a possibility that the statistically significant results observed may be chance findings. More importantly, as the authors noted, if a causal association existed, one would expect to see stronger associations with greater numbers of ranitidine prescriptions and follow-up time. As described above, the data do not support increased risk with greater exposure and follow-up time, which is inconsistent with a causal relationship between ranitidine and the cancers studied.



Contains Confidential Information - Subject to Protective Order

The Adami publication is a large study, utilizing a countrywide database with accurate prescription exposure and cancer diagnoses. The use of propensity scores is a reliable method to ensure the groups being compared have similar baseline risks of cancer. In addition, the active comparator design and use of lag time is the best method to protect against confounding by indication, reverse causation, and potential residual confounding for unmeasured variables. As noted by the authors, some cancers my take a longer time to develop and be diagnosed. Thus, the study is limited by the number of participants with long-term follow up. Nonetheless, the analyses evaluating participants with the longest follow up and the greatest exposure to ranitidine provide no evidence of increased risk of any cancer. The study was limited to prescription use, and OTC use could have resulted in exposure misclassification. Overall, this is a well-done study that utilized appropriate methods. This study does not support that NDMA in ranitidine causes upper gastrointestinal cancers.

*10. Kim S (2021)*

Kim *et al*. 2021 is a cohort study utilizing the National Sample Cohort of the Korea National Health Insurance Service (KNHIS). The cohort is comprised of 1,025,340 representative random subjects with data collected from 2002-2013. Of that cohort, the authors identified all subjects who were prescribed ranitidine or nizatidine (also reported to be contaminated with NDMA), or other H2RAs, for more than 30 days between January 2002 and December 2008. Patients were followed until 2013, and patients with gastric cancer were identified. Patients prescribed PPIs were excluded due to concern that hypergastrinemia, gastric atrophy, and bacterial overgrowth could increase gastric cancer risk. Other exclusion criteria included patients under 20, those who died before 2009, subjects diagnosed with any malignancy between 2002-2008, and those diagnosed with other malignancies before the diagnosis of gastric cancer.

The authors used 1:1 propensity score matching according to age, sex, residential area, household income, disability, NSAID dose, and history of smoking and alcohol use. They used a Cox proportional hazard regression model to calculate hazard ratios, adjusting for other predictor variables. The final study population included 13,629 subjects in each group (ranitidine/nizatidine, other H2RA, non-use), including slightly more than 67,000 person-years in each group. The groups were well-matched on demographic variables.

The incidence of gastric cancer was related to male sex, age, household income, disability, and current smoking status. There was no evidence for any association between ranitidine exposure and development of gastric cancer (aHR 1.01; 0.86-1.18). The authors note that “consistent with previous studies, we found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine).”

This is a large, well-matched cohort study, with reliable exposure and outcome data that included a population of patients exposed to other H2RA drugs (i.e., not ranitidine or nizatidine, which potentially contain NDMA above regulatory limits). The authors did not have information on H. pylori status, BMI, lipid profiles, or other chemical



Contains Confidential Information - Subject to Protective Order

exposures. The follow-up time was 5 years, which limits inferences about development of gastric cancer. Kim *et al.* interpret their data to suggest that "the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."

This study does not support that NDMA in ranitidine causes gastric cancer.

*11. Norgaard (2021)*

Norgaard *et al.* 2021 is a cohort study using the Danish National Prescription Registry and the Danish Cancer Registry. The study identified three study cohorts: first time users of ranitidine, first time users of non-ranitidine H2-blockers (cimetidine or famotidine), and first time users of PPIs. "First-time users" was defined as subjects who redeemed at least two prescriptions of the same study drug category between 1996-2008, with no prescription of the drug in 1995. The index date was defined as the date of the second prescription. Subjects less than 18 years old were excluded, as were subjects who redeemed a prescription for one of the other drug categories between the first prescription and index date. All individuals who redeemed a prescription for ranitidine bismuth citrate or for nizatidine were excluded.

The outcomes studies were bladder cancer and kidney cancer. Baseline variables were measured at the index date, and propensity scores were developed to compute stabilized inverse probability of treatment weights to ensure the cohorts were matched on covariates that potentially could influence cancer risk. Patients were followed from the index date to the date of bladder or kidney cancer diagnosis, diagnosis of any other cancer except non-melanoma skin cancer, death, emigration, a prescription of nizatidine or ranitidine bismuth citrate, or the end of the study period (December 31, 2018). If subjects in the non-ranitidine cohorts redeemed a prescription for ranitidine, they were censored. Various subgroup analyses were performed, including subjects who required at least 10 prescriptions and 10 years of follow-up after the 10th prescription, "to focus on those with high exposure and long follow-up."

The investigators identified 31,393 initiators of ranitidine, 65,384 initiators of other H2-blockers, and 509,849 initiators of PPIs. Ranitidine subjects were followed for a median of 14 years (IQR 9-18). During follow-up, 270 bladder cancer diagnoses and 107 kidney cancer diagnoses were identified in the ranitidine cohort.

In the primary analysis, no statistically significant association for bladder cancer or kidney cancer was identified comparing ranitidine to other H2 blockers (HR 1.11; 0.95-1.29; HR 0.89; 0.72-1.10, respectively). Compared to PPIs, there was a statistically significant increased risk of bladder cancer, but not kidney cancer (HR 1.24; 1.04-1.48; HR 0.87; 0.67-1.13, respectively). When the authors restricted the analysis to patients who redeemed at least 5 or at least 10 prescriptions (to identify those patients with more exposure), no associations were observed for bladder cancer compared to H2 blockers (HR 0.99; 0.76-1.28 after the 5th prescription; HR 0.73; 0.53-1.01 after the 10th prescription). The same analysis also showed no association with bladder cancer compared to PPI use (HR 1.06; 0.77-1.44 after the 5th prescription; HR



Contains Confidential Information - Subject to Protective Order

0.84; 0.56-1.27 after the 10th prescription). There also was no association with kidney cancer when restricted to either 5 or 10 prescriptions, either compared to other H2 blockers or to PPIs. The authors commented that they "found no dose response association when restricting to persons who redeemed at least five and persons who redeemed at least 10 prescriptions."

To assess the subjects who redeemed the most ranitidine prescriptions and were followed the longest, the authors evaluated those who were followed for 10 years after the 10th prescription. In that analysis, there was no association with bladder cancer compared to H2 blockers or PPIs (aHR 0.75; 0.44-1.28 compared to other H2 blockers; HR 0.73; 0.46-1.15). Of note, when subjects were followed for 10 years after the index date (irrespective of the number of prescriptions) there was a statistically significant association observed with bladder cancer comparing ranitidine to other H2 blockers (HR 1.26; 1.02-1.56), but not compared to PPIs (HR 1.24; 0.96-1.60). The association reported comparing ranitidine to other H2 blockers is inconsistent with the lack of association observed when patients with the most prescriptions were followed. In other words, one would expect, if a causal association existed, to see a stronger association with subjects exposed to the most ranitidine for the longest period of time. The observation that the reported association with bladder cancer 10 years after the index date was reversed in the population followed for 10 years after the 10th prescription of ranitidine is inconsistent with a valid association between ranitidine and increased risk of bladder cancer. There also was no association observed between ranitidine and bladder cancer for patients who initiated treatment in the earliest time period (1996-1999), and therefore had the longest period for which NDMA to act if it indeed increased bladder cancer risk, which is contrary to what one would expect if ranitidine causes bladder cancer.

Finally, when the authors restricted their analysis to invasive bladder cancer, no association with ranitidine use was observed compared to other H2 blockers or compared to PPIs (HR 1.05; 0.84-1.31; HR 0.98; 0.79-1.22, respectively). As described above, this is particularly important as approximately half of all bladder cancers are non-malignant carcinoma in situ.

Similar to Adami, Norgaard *et al.* is large, well-conducted cohort study that was able to account for numerous covariates and that used appropriate active control comparator populations. The authors noted that because OTC medication is more expensive than prescription medication in Denmark, they would not anticipate concomitant use of OTC medications in their cohorts. The authors did not have access to information on smoking status or BMI, but given the design of the study such variables were unlikely to bias the results. The authors interpret their results to suggest that "the N-nitrosodimethylamine contamination found in ranitidine did not substantially impact bladder or kidney cancer occurrence in our population."

Norgaard *et al.* does not provide evidence of a valid association between ranitidine and either bladder or kidney cancer.


Contains Confidential Information - Subject to Protective Order

## C. Screening Studies

In addition to the specific studies designed to examine ranitidine, there have been other epidemiologic studies examining associations between ranitidine and cancer. These studies were screening studies that examined many medications at the same time. Therefore, these studies are hypothesis generating but are not considered along with the studies specifically designed to investigate whether there are valid or causal associations between ranitidine and cancers.

Pottegård and colleagues (2016) conducted screening study with a large number of comparisons. The study used a case-control design to identify associations between prescribed drugs and the risk of various cancer types using data from Danish health registries. The authors investigated 22,125 drug-cancer pairs in 278,485 cases of cancer diagnosed between 2000 and 2012. Of those pairs, the authors identified 1,020 signals, defined as drug-cancer associations with an OR of greater than 1.5 or less than 0.67, or a lower limit of the 95% confidence interval above 1.2 or a higher limit below 0.83. Among the 1,020 drug-cancer pairs that met the authors' criteria for a signal, three were reported as to ranitidine – increased risks for stomach adenocarcinoma (aOR 1.87, 95% CI, 1.43-2.46) and lung carcinoid (aOR 2.18, 95% CI, 1.18-4.04) and decreased risk for esophageal squamous cell carcinoma (aOR 0.62, 95% CI, 0.31-1.23).

The authors recognized that some of the purported signals could be attributed to confounding by indication. For example, the strongest association reported by drug class was between squamous cell carcinoma of the lung and drugs used to treat obstructive airway disease. Chronic obstructive airway disease is caused primarily by smoking. The study was not able to adjust for potential confounding related to lifestyle factors, including smoking. Further, the authors note that approximately 1,100 false positive associations would be expected due to the number of comparisons (22,125). As with other screening studies, Pottegård 2016 should be considered hypothesis generating and not a basis on which to draw conclusions as to causal relationships.

McDowell and colleagues (2021) published a series of nested case-control studies screening medications and cancer risk using the Primary Care Clinical Informatics Unit (PCCIUR) described above for their specific study on pancreatic cancer risk and another study on bladder cancer (see separate descriptions of McDowell and Cardwell, above). As these series of case-control studies examined 5,622 medication cancer associations, and as the authors describe, these associations are used for hypothesis generation. Over 20 different cancer types were examined in different nested case-control studies, and the only association that was found after adjusting for other comorbidities and smoking was with bladder cancer (OR=1.28). However, it should be noted that this same nested case-control study found a positive association between Celecoxib and bladder cancer (OR=1.78), which is inconsistent with the literature which supports a reduced risk of bladder cancer from nonsteroidal anti-inflammatories like Celecoxib. Thus, these signal generating studies can be a useful first step but need to be followed up with other studies specifically designed to test the



Contains Confidential Information - Subject to Protective Order

medication, like the other studies discussed above, as signal generation studies may report spurious findings given the number of comparisons.

### D. Abstracts

In addition to the peer-reviewed published literature discussed above, several abstracts have investigated the potential association between ranitidine use and cancer. Although I summarize the abstract findings below, I have not relied on abstracts for my opinions expressed in this report for several reasons. First, although abstracts are often reviewed by peers for acceptance at meetings, the acceptance is based on only partial information and has not been subject to the full peer-review process required of full articles, which is a critical step (but certainly not the only step) in assessing the validity of the research. Second, abstracts are typically short summaries that don't provide detailed information on methodology needed to evaluate the strengths and limitations of the study. Third, abstracts often present preliminary findings and the results reported in the final, peer-reviewed publication, if ultimately published, may differ. Fourth, there is no systematic approach to identify all the abstracts available on a given subject as only some meeting abstracts are published and indexed in public databases. Because of these reasons, it is not appropriate to rely on abstracts for a causal assessment.

Mohy-ud-din *et al.* 2020 is a cohort study evaluating ranitidine use and the risk of different types of cancer using the IBM Explorys database (same database as the Kim 2020 abstract). This database, which collects health information from electronic medical records, comprised over 65 million patients from 1999-2019, including 1.62 million ranitidine users, and is the largest study on ranitidine and cancer conducted to date. Ranitidine use was compared to two referent groups: patients using famotidine (n=3.37 million) and the general population that did not use either H2RA (n=59.63). Risk factors for cancer were more prevalent in ranitidine and famotidine users compared to the general population, and in famotidine users compared to ranitidine, including older age, smoking, obesity, cirrhosis, alcohol use, and family history of cancer.

While the study was originally published as an abstract and reported no significant results, a subsequent poster discussing the study clarified that the abstract results were not adjusted for risk factors. The poster's adjusted results showed that, compared to famotidine, there was no statistically significant association between ranitidine use and the following cancers: bladder (aOR 0.72, 95% CI, 0.7-0.76), breast (aOR 0.71, 95% CI, 0.69-0.72), liver (aOR 0.64, 95% CI, 0.61-0.66), lung (aOR 0.72, 95% CI, 0.7-0.74), pancreatic (aOR 0.74, 95% CI, 0.7-0.78), prostate (aOR 0.89, 95% CI, 0.87-0.92), and uterine (aOR 0.9, 95% CI, 0.88-0.92) cancers. The authors reported a significant increase in post-adjusted risk ratios for colorectal cancer (aOR 1.08, 95% CI, 1.07-1.1) and melanoma (aOR 1.19, 95% CI, 1.13-1.24).

The significant increased risk in colorectal cancer may be attributable to bias, as the authors did not use lag periods to control for bias. Similar to other studies described above, the use of a reference group of another H2RA medication allows for comparison of two similar patient populations to account for confounding by indication.



Contains Confidential Information - Subject to Protective Order

Joung et al. 2021 is a population-based cohort study evaluating the overall cancer risk of new ranitidine users compared to new users of other H2 blocker drugs (cimetidine, lafutidine, nizatidine, famotidine, or roxatidine) using patient data from the South Korean National Health Insurance Service–National Sample Cohort (the same database used by Kim S. 2021). The study cohort included any individual who used an H2 blocker drug between January 1, 2004 and December 31, 2015 and were at least age 40 on January 1, 2004. The authors further excluded individuals who received a prior cancer diagnosis two years before cohort entry, individuals who used any H2 blocker drug two years before cohort entry, and individuals who used more than one H2 blocker drug at the index date. A total of 87,960 individuals met these criteria.

Of the 87,960 individuals, 18,666 were new users of ranitidine and 69,294 were new users of another H2 blocker. Differences in cancer rates were calculated between the two groups overall (18,666 ranitidine vs. 69,294 other H2 blocker, 1-to-3 ratio) and using a matched propensity score (12,680 ranitidine vs. 12,680 other H2 blocker, c-statistic=0.542). The cancer rate hazard ratios were controlled for age, sex, type of health insurance, income level, region, year of index entry, COPD, alcohol related disorders, hypertension, diabetes, severe liver disease, and obesity.

No differences in overall cancer rates for were observed between new users of ranitidine and new users of other H2 blockers in the overall group comparison (aHR 0.95, 95% CI, 0.83-1.09; n=244) or in the comparison between propensity score-matched cohorts (aHR 0.98, 95% CI, 0.81-1.20; n=205). While the authors did not express which cancer types were included in the comparison, they noted that no differences were observed for any individual cancer type. They further noted that a longer, 6-year lag period did not affect the results.

I am also aware of Braunstein *et al.* 2021, an unpublished, cross-sectional study of cancer patients presenting to Memorial Sloan Kettering Center (MSK), which investigated cancer diagnoses in patients with ranitidine exposure compared to patients with exposure to an active comparator. The study is available online from MedRxiv, and like other abstracts discussed here, was not peer-reviewed by the research community. The study has numerous limitations, including the fact that the entire study population was made up of patients with cancer diagnoses. Dr. Lior Braunstein was deposed in this litigation and discussed the 2021 cross-sectional study. I have reviewed that transcript, and I agree with Dr. Braunstein's testimony that her 2021 study "cannot draw a causal link between Zantac and any specific cancer" (Dep., 67-68) and "does not provide any evidence of increased risk, much less causation" (Dep., 81).

### E. Overall Synthesis and Analysis by Type of Cancer

There is no reliable or consistent association between ranitidine and any type of cancer. I will address each of the alleged cancers below. Forest plots of primary findings are also provided. I have not attempted to illustrate every risk estimate across every study, as there are many sub-analyses. Rather, I focus on the primary, overall results for individual cancers, and important analyses relating to a potential causal relationship (e.g., lag times, comparisons to active controls, and dose/duration analyses). Please


Contains Confidential Information - Subject to Protective Order

note that, in the forest plots, 14 of the 16 studies are shown as point estimates with confidence limits. Two of the earlier studies were not included for the following reasons: Penston 1990, no confidence limits provided; and Chow 1995, ranitidine separate analyses described in report but numerical estimates not provided in tables. These two studies are included below where appropriate for completeness. The methods, characteristics, results, and conclusions of each study are described above.

In my opinion, the most methodologically sound design to assess whether NDMA in ranitidine increases the risk of cancer (either overall or of any particular type) involves comparison to another acid-suppressing medication, and in particular comparison to H2RA, which would most closely resemble the population of ranitidine users. In the descriptive plots represented below, the studies using active comparators are placed at the top. Note, as described above, the use of active comparators in pharmacoepidemiology can provide a more valid comparison as the two groups are more comparable on measured and unmeasured confounding factors, including underlying conditions leading to the use the medication.

Drs. Moorman and McTiernan argue that the active control comparisons are not informative because the active controls themselves may increase the risk of cancer. I disagree. In the case of ranitidine and risk of different cancers, it is my conclusion that the benefit of using the active comparator far outweighs any potential bias from the possibility of the active comparator independently increasing cancer risk. First, there is a large body of literature on H2RAs and the cancers considered in this report, which I have reviewed (see below). These studies overwhelmingly support that it is the underlying conditions and not the H2RAs that are associated with the selected cancer; and these studies have remained overwhelmingly consistent since one of the earliest studies by Chow 1995 as summarized above. This conclusion has been supported both from studies that have individuals with the underlying condition who have not been on medication as well as statistical analyses that can adjust for both the underlying condition and the use of medication. The literature on PPI and cancer risk is smaller and inconsistent, and does not demonstrate that PPI use increases the risk of any particular cancer, including the cancers alleged to be caused by ranitidine. However, even assuming for the sake of argument that long-term use of PPIs increases the risk of selected cancers, there is no evidence based on the substantial data that already exists examining the alleged association between ranitidine and selected cancers that the conclusions regarding potential cancer risks from ranitidine would be any different. The table below summarizes key risk factors for each cancer type in column 2. Many of these risk factors including tobacco exposure, viral exposures and environmental exposures are very strongly related to the cancers and/or challenging to measure in an epidemiological study. An active comparator analysis through design can more closely control for measured and unmeasured confounders rather than by statistical adjustment. The argument against an active comparator analysis by the plaintiffs' experts is that there might be a bias towards the null. As column 4 in the table below shows, the evidence of a bias towards the null by using an active comparator group is minimal at best and has a much smaller, if any, quantitative effect on the overall conclusion.



Contains Confidential Information - Subject to Protective Order

| | Key Risk Factors (National Cancer Institute 2022) | Studies that used multiple comparison groups | Quantitative Impact of the different comparison groups on overall findings | Conclusion re use of non-use vs. active comparator |
|---|---|---|---|---|
| Bladder | Smoking<br><br>Occupational and environmental | Cardwell, Kantor, Norgaard | Non-use vs. H2RA 1.16 (Cardwell) Non-use and PPI (1.02, 0.94 Cardwell and Kantor, respectively) H2RA vs PPI 1.07 (Norgaard) | Magnitude of known risk large (e.g., smoking 3-4 fold) (Saginala 2000), also many known risk factors harder to measure (e.g., environmental pollution Burger 2013) supports using active comparator for better control of confounding. Even for studies that had multiple groups, findings support very small differences based on comparison groups. |
| Esophageal | Smoking<br><br>Alcohol<br><br>GI reflux<br>Barrett's<br>Obesity | N/A | N/A | Magnitude of known risk factors large (e.g., smoking) supports using active comparator for better control of confounding.<br>Even for the Tan study, which used non-medication group, finding was 0.7. |
| Gastric | Smoking<br>H. pylori infection<br>Overweight | N/A | N/A | Magnitude of known risk factors large (smoking and H pylori); supports using active comparator for better control of confounding.<br>Even for the studies that used non-medication group as reference - Kim and Liu – they did not support association. |
| Liver | Hepatitis B and C<br>Cirrhosis<br>Alcohol<br>Tobacco<br>Diabetes<br>Environmental factors including aflatoxin | Kim, Adami, Kantor | Kim both H2RA and PPI findings far below 1.0, Adami supports no difference between H2RA findings and PPI findings; Kantor reports differences based on Non-medication group compared to PPI | Magnitude of known risk factors large (Hepatitis B and C), also many known risk factors harder to measure (e.g., environmental exposures) supports using active comparator for better control of confounding.<br>Magnitude of known risk factors also much larger than any reported study with ranitidine (including |


Contains Confidential Information - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| | | | | 1.4 -1.9 for Tran and Kantor) supports use of active comparator for better control of confounding.<br>No evidence that PPI and H2RA result in different conclusion from Adami, |
| Pancreatic | Tobacco<br><br>Overweight/obesity Chemicals and environmental exposures, Diabetes | Adami<br>Kim | Kim both H2RA and PPI findings far below 1.0, Adami supports no difference between H2RA findings and PPI findings | Magnitude of known risk factors larger (e.g., smoking), also many known risk factors harder to measure (e.g., environmental chemicals) supports using active comparator for better control of confounding.<br>Magnitude of known risk factors much larger than any reported study with ranitidine (including 1.37 for McDowell) supports use of active comparator for better control of confounding. |

The Plaintiffs' experts' argument that the overall summary that the results of using the active comparator are biased is clearly not supported. Particularly given the large magnitude of association for many of the established risk factors for these cancers, the importance of valid methods of control of these factors through active comparators methodologically outweighs any use of non-medication group for comparison to draw reliable inferences about the risk of cancer.

Further there is no consistent, epidemiological evidence that supports the proposition that ranitidine is operating as a cancer initiator or as a cancer promoter. As detailed above and summarized below and in Table 1 of the Appendix, there are very large studies with sufficient follow-up time in order to draw conclusions about cancer risk. For example, Norgaard (n=65,384 ranitidine users) followed individuals for 14 years (IQR range of 9-18 years). Similarly, Adami (n=1,093,787) followed individuals for 14 years (IQR 10-18) years.

There are also many large studies that do not support the proposition that ranitidine is operating as a promoter based on either shorter follow-up time and/or specific analyses based on time since initiation of mediation. For example, S Kim (n=1,025,340) followed individuals on average for 5 years and also illustrates the cumulative hazard in Figure 1. If there were any evidence of a promotion effect with gastric cancer it would be seen by a higher curve for ranitidine during the first few years. No such pattern was observed. The large study by Y Kim (n=581,028 ranitidine users) found higher risks earlier on for ranitidine but much higher risk for famotidine and omeprazole earlier meaning that ranitidine was not associated with GI cancer promotion (esophageal, stomach, liver, pancreas, and colorectal) when compared with an active



Contains Confidential Information - Subject to Protective Order

comparator. The large study by Kumar (n=69,157 users of ranitidine) had a median follow-up of 4.4 years and did not find an association with gastric cancer also providing support against the tumor promotion hypothesis. The large Adami study (n=1,093,787) also did not observe stronger associations for esophageal, stomach, liver, or pancreatic cancers within the first 10 years and therefore does not offer support for tumor promotion. Iwagami (n=113,745) also followed individuals on average of 2.4 years (IQR 1.1-4.5) and did not find any associations with bladder, pancreas, and gastric cancer, lending even more support that ranitidine is not operating as a tumor promoter.

*1. Overall Cancer*

While cancer is not one disease, and it is not methodologically sound to draw causal conclusions about individual cancers based on aggregated cancer data, if ranitidine actually caused the numerous types of cancer being alleged, one would also expect to see increased risk of overall cancer in the ranitidine cancer studies. As described above, Habel 2000 reports an increased risk of cancer overall, but Habel is a small study that did not include an active comparator design and had limited ability to adjust for potential confounding variables. Three much larger, recently published studies that were undertaken to assess any effect of NDMA in ranitidine (Iwagami 2021, Yoon 2021, and Kantor 2021) reported no increased risk of overall cancer. Of note, even if one were to argue that active comparator analyses may be biased towards the null, the larger Kantor study (565 cancer cases compared to 81 with Habel) clearly does not support any association with ranitidine exposure and overall cancer group. As described above Habel was unable to adjust for confounding factors (other than age and gender) where all of the other studies were, whether through comparison with an active comparator and/or statistical adjustments in the regression model.


Contains Confidential Information - Subject to Protective Order




*Forest plot of primary findings for ranitidine and overall cancer. Graphic does not include every sub-analysis and sensitivity analysis reported.*

As seen above, the findings from the largest, most methodologically rigorous studies provide no evidence that ranitidine increases the risk of cancer. These findings are inconsistent with the hypothesis that NDMA in ranitidine increases the risk of, or causes, cancer.

*2. Bladder cancer*

There are five published studies reporting data on ranitidine and bladder cancer risk: Habel 2000, Kantor 2021, Cardwell 2021, Yoon 2021, and Norgaard 2021. Please note that the Habel 2000 study combined bladder and kidney cancer together and the results only reflect 7 cases of both bladder and kidney cancers. Further, the Kantor study only had 16 bladder cancer cases that were exposed, 13 of which were used in the active comparator analyses, and the Yoon study only had 21 exposed cases in the comparison group. As described, when there are few cases in either group that are exposed, it is challenging to estimate associations with precision and over-fitting of models is possible.

The most reliable studies either employed lag-time analyses, active comparator analyses, or both to address protopathic bias and residual confounding respectively.



Contains Confidential Information - Subject to Protective Order




*Forest plot of primary findings for ranitidine and bladder cancer.*

There is no reliable or consistent evidence of an association between ranitidine and increased risk of bladder cancer, nor a causal relationship. Cardwell, Norgaard, and Yoon reported no association between ranitidine and bladder cancer compared to other H2RA medications, which as described above is the most methodologically rigorous comparison to address residual confounding generally as well as the potential of confounding by indication. In Cardwell, non-ranitidine H2RAs compared to non-use reported a similar magnitude risk of bladder cancer with increased doses, supporting that the association observed in the ranitidine comparison to non-use may be due to



Contains Confidential Information - Subject to Protective Order

confounding. While Cardwell reported that longer duration of exposure may be related to bladder cancer risk when ranitidine was compared to non-users and compared to PPI users, this association was not seen when ranitidine was compared with other H2Ras. By contrast, Kantor found no association when ranitidine was compared to omeprazole, and Norgaard reported no evidence of a dose/duration response with bladder cancer when ranitidine was compared to PPI use. Moreover, the association observed in Norgaard when comparing ranitidine to PPIs was no longer present when the authors evaluated invasive bladder cancer.

It is important to note that unlike many other cancers, a large percentage of bladder tumors are diagnosed before the tumor is invasive. In situ cancers are not malignant. It has been estimated that approximately half of all bladder cancers are found when the tumor is non-invasive or in situ (American Cancer Society 2022). The table below summarizes staging for selected cancers for comparison (National Cancer Institute n.d.).

| | Bladder | Esophageal Cancer | Gastric Cancer | Liver Cancer | Pancreas |
|---|---|---|---|---|---|
| In Situ | 51% | | | | |
| Invasive - Localized | 34% | 17% | 28% | 45% | 11% |
| Invasive - Regional | 7% | 34% | 26% | 26% | 30% |
| Invasive - Distant | 5% | 39% | 36% | 18% | 52% |
| Unknown | 3% | 10% | 10% | 11% | 7% |

Norgaard present results separately for invasive bladder cancer cases (which were 50% of all bladder cancers in the study similar to the table above), and their study supports no association with ranitidine and either active comparator group when focusing on invasive cancer. Yoon also reports only counting malignant neoplasm of any site in the bladder.

In contrast, however, Cardwell does not show analyses separately for malignant bladder cancer and they reported using read code B49 to select the bladder cancer cases. Cardwell and colleagues also report in their discussion that “we did not have access to stage or grade of the bladder cancer diagnosis to allow for investigation of high risk disease”. The B49 code, however, includes invasive urinary bladder carcinoma as well as superficial (disorder) carcinoma as well as categories of malignant tumors. Thus, it is likely that the Cardwell study included carcinoma in situ as they were unable to exclude Stage 0. If the same pattern with PPI was observed for Cardwell as


Contains Confidential Information - Subject to Protective Order

in Norgaard, one would expect that the entire association between ranitidine and bladder cancer in Cardwell (OR = 1.20) would be removed (Norgaard reduction = 1.24/0.98 when removing in situ tumors) when applying the similar reduction to Cardwell. Further, Plaintiffs' experts' argument that a PPI comparator is biased toward the null is clearly not seen in Cardwell, which reported a similar finding for PPI (1.2) and for non-medication group (1.22). Given the similarity between the PPI and non-medication group, we could expect a similar reduction to 1.0 if in situ cancers were excluded.

While data regarding ranitidine and bladder cancer consistently show no association when ranitidine is compared to users of non-ranitidine H2RAs, the data regarding comparisons to PPIs and non-users are inconsistent, but best explained by the inclusion/exclusion of in situ tumors or residual confounding, and not indicative of a causal association. Of note, however, there is no association compared to PPI when only invasive or Stage 1+ bladder cancer is considered, as in the Norgaard study. The study authors of Cardwell and Norgaard cautiously interpret their results, recognize that no association between ranitidine and bladder cancer is established in their studies, and call for further studies.

*3. Esophageal Cancer*

There are five published studies reporting data on ranitidine and esophageal cancer risk: Chow 1995, Habel 2000, Tan 2018, Kim YD 2021, and Adami 2021.


Contains Confidential Information - Subject to Protective Order



*Forest plot of primary findings for ranitidine and esophageal cancer.*

While Habel 2000 reported a statistically significant increased risk of stomach and esophageal cancer combined (not specific to esophageal cancer and therefore should not be used to draw conclusions about esophageal cancer), the conclusion was based on only 6 cases, and thus may be from over-fitting of the multivariable model. Additionally, Tan 2018 reported a borderline significant reduction in the risk of esophageal cancer in patients with Barrett's esophagus, and Kim YD 2021 and Adami 2021, both of which employed active control comparator designs, either reported statistically significant decreased risk of esophageal cancer with ranitidine use, or no association at all. Adami 2021 did report an increase in risk for esophageal adenocarcinoma when compared to H2RAs (HR 1.30; 95% CI 1.01-1.68)) and PPIs (HR 1.27; 95% CI 1.04-1.56), but in subjects with more than 10 prescriptions there was no association compared to H2RAs (HR 0.97; 95% CI 0.53-1.76) and a borderline significant reduced risk compared to PPIs (HR 0.62; 95% CI 0.38-1.00). There were no associations observed with greater duration of ranitidine use. Thus, there is no reliable



Contains Confidential Information - Subject to Protective Order

or consistent evidence of any association between ranitidine and increased risk of esophageal cancer.

*4. Gastric Cancer*

There are numerous published studies reporting data on ranitidine and stomach/gastric cancer risk: Penston 1990, Habel 2000, Liu 2020, Kim SM 2021, Iwagami 2021, Adami 2021, Yoon 2021, Kim YD 2021, and Kumar 2021. The most reliable studies either employed lag time analyses, active comparators, or both in order to address confounding by indication and protopathic bias, which are the most important methodological considerations to assess any relationship between ranitidine and cancer. Those studies found no association between ranitidine and increased risk of gastric cancer, and some reported decreased risk. The studies that reported a statistically significant increased risk (Habel 2000 (esophageal and stomach cancer combined) and Liu 2020) found that the results were driven by protopathic bias, as was shown in analyses performed by the investigators using lagged time periods.


Contains Confidential Information - Subject to Protective Order




*Forest plot of primary findings for ranitidine and gastric/stomach cancer for studies that reported risk ratios and confidence intervals.*

There is no reliable or consistent evidence of any association between ranitidine and increased risk of gastric/stomach cancer.

*5. Liver Cancer*

There are five publications with six separate studies reporting data on ranitidine and liver cancer risk: Tran 2018 (a and b), Kantor 2021, Adami 2021, Yoon 2021, and Kim YD 2021. The only statistically significant positive association between ranitidine and liver cancer was in the Kantor study when comparing with non-users (HR= 1.91, 95%CI = 1.09-3.36). Note that both Tran 2018 and Kantor 2021 used the UK Biobank so cannot be viewed as independent studies. There were very few exposed cases (8 and 13, respectively), and, therefore, the multivariable models are more susceptible to over-fitting. Further, the Kantor finding was no longer statistically significant when



Contains Confidential Information - Subject to Protective Order

comparing ranitidine with other H2RAs (HR= 1.15, 95%CI = 0.58-2.26). Kantor and colleague conclude that "this association was attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly related factor)." Additionally, Kim YD 2021 reported statistically significant decreased risks of liver cancer comparing ranitidine to famotidine and comparing ranitidine to omeprazole.

The most reliable studies, most notably Kim and Adami, had many more cases of liver cancer than the study by Kantor, were not examining liver cancer as an exploratory analysis, compared ranitidine to an active control, and provide robust evidence of no association between ranitidine and liver cancer.




*Forest plot of primary findings for ranitidine and liver cancer.*



Contains Confidential Information - Subject to Protective Order

Of note, the Tran and Kantor analyses of the UK Biobank examine overlapping populations, and so cannot be considered as separate studies or populations. There is no reliable or consistent evidence of any association between ranitidine and increased risk of liver cancer.

*6. Pancreatic Cancer*

There are four published studies reporting data on ranitidine and pancreatic cancer risk: Habel 2000, McDowell 2021, Kim YD 2021, and Adami 2021.



*Forest plot of primary findings for ranitidine and pancreatic cancer.*

There is no reliable or consistent evidence of any association between ranitidine and increased risk of pancreatic cancer. The positive associations reported in the McDowell study and the Habel study did not employ active comparators, which limits the ability of those studies to methodologically address confounding by indication. Further, findings from the McDowell study should be interpreted with caution, as it originated as a screening study and, therefore, is subject to the potential for chance


Contains Confidential Information - Subject to Protective Order

findings due to multiple comparisons. The McDowell study also did not observe a dose-response association. Accordingly, the McDowell authors recognize that whether an association between ranitidine and pancreatic cancer exists is “yet to be determined” and note that, given controversies concerning NDMA, there should be further studies of ranitidine and pancreatic cancer risk. Moreover, the studies that employed active comparator designs either reported no association or reported statistically significant decreased risk of pancreatic cancer (Kim YD, Adami).

### F. Conclusion on Ranitidine Cancer Epidemiology Studies

As described above, there is no consistent, reliable epidemiological support establishing that ranitidine is associated with increased risk of cancer overall or any specific type of cancer, including the various cancers Plaintiffs’ experts allege to be caused by ranitidine. Thus, there is no reliable epidemiological basis supporting that ranitidine causes such cancers. Because only the studies of ranitidine and cancer outcomes inherently account for any NDMA impurity that may be present in ranitidine, the ranitidine epidemiology studies are the only reliable source to assess whether the presence of NDMA in ranitidine has any clinical or operative effect on cancer. Numerous large studies have been performed since NDMA was reported in ranitidine in 2019, and were designed specifically to assess whether NDMA in ranitidine increases cancer risk, including by comparing ranitidine to other H2RAs or PPIs to account for confounding by indication and reverse causation. Those studies uniformly show no statistically significant association between ranitidine and increased risk of any cancer compared to H2RAs. Some statistically significant decreased risks of certain cancers are observed compared to famotidine or other H2RAs, including gastric cancer, esophageal cancer, liver cancer, colorectal cancer, and pancreatic cancer, although the results indicating reduced risk are inconsistently observed and may be explained by residual confounding. As described above, there also are sporadic, inconsistent findings of increased risk, particularly when ranitidine is compared to non-use, which is subject to confounding by indication. Overall, the epidemiological data clearly are not consistent with a causal relationship between ranitidine and any cancer.

## VI. EPIDEMIOLOGICAL STUDIES ON H2RAS & CANCER

I have also reviewed and considered epidemiologic findings on H2RAs (as a group) and cancer risk. I have briefly summarized the findings by cancer type, below. Although I summarize the findings on H2RAs and cancer risk, it is my opinion that studies on ranitidine and cancer risk are the most informative to the question of whether ranitidine causes cancer. Although studies evaluating either cancer outcomes for a different H2RA (e.g., cimetidine) or that group H2RAs together are not a reliable basis to assess the risk of ranitidine and cancer, such studies are informative regarding epidemiologic concepts I describe above, such as confounding by indication and reverse causation.


Contains Confidential Information - Subject to Protective Order

### A. Gastric and Esophageal Cancer

Several studies have been conducted related to risk from H2RAs and gastric and/or esophageal cancers.[6] As some of these studies examined specific histology of gastric cancer include gastric cardia cancers which may be similar in etiology to esophageal adenocarcinomas, gastric and esophageal cancers are discussed together in this section. The studies vary greatly in their design and quality. I have not attempted to describe each study, but rather illustrate common themes across the studies.

La Vecchia *et al.* 1992[7] was a case-control study of gastric cancer which reported a statistically significant association between H2RA use (ranitidine or cimetidine) and gastric cancer (aRR 2.1 (1.4-3.1)); the association was limited to individuals who first started using H2RAs less than 5 years before cancer diagnosis and not for longer duration supporting the role of reverse causation. The same investigators (Fioretti *et al.* 1997) found no association between H2RA use and esophageal cancer (aOR 0.5 (0.2-1.0)). Other case-control studies published in this same time period also found similar to La Vecchia *et al.*, associations with H2RAs and gastric cancer were limited to use 2-4 years before cancer diagnosis but not for longer duration (e.g., Johnson *et al.* 1996). Chow *et al.* 1995 is a medical record based case-control study (*see Section V for details*), which reported no association (aOR 0.6 (0.3-1.3)) between H2RAs combined and adenocarcinomas of the esophagus and gastric cardia (AEC). This study reported significantly increased risks for AEC and several gastroesophageal conditions, independent of H2RA use, which demonstrates the importance of considering confounding by indication in all of these studies. The finding that the underlying condition and not the medication by Chow and colleagues was supported by several case control studies including Birgisson *et al.* 1997, Farrow *et al*. 2000, and Crane *et al.* 2007, Pandeya *et al.* 2010. For example, Birgisson *et al.* 1997, concluded, "The more frequent use of H2RAs and PPIs in patients with adenocarcinoma is not an independent risk factor associated with adenocarcinoma but may reflect the increased frequency of gastroesophageal symptoms and Barrett's esophagus in these patients. This is supported by results of a recent study of Chow *et al.* showing that gastroesophageal reflux, but not H2RAs, is a risk factor for adenocarcinoma of the esophagus." Further support that any associations were limited to the time near cancer diagnosis (reverse causation) and not seen when considering different time periods for esophageal adenocarcinoma and gastric cardia was seen in Suleiman *et al.* 2000.

---

[6] Studies that report findings on H2RAs and gastric cancer include La Vecchia 1990/1992, Chow 1995, Johnson 1996, Farrow 2000, Suleiman 2000, Garcia Rodriguez 2006, Crane 2007, Tamim 2008, Duan 2009, Poulsen 2009, Ahn 2013, Brusselaers 2017, Wennerstrom 2017, Cheung 2018/2019, Niikura 2018, Peng 2019, Lai 2019, Liu 2020, Song 2020, Shin 2021, and Abrahami 2022. Studies that report findings on H2RAs and esophageal cancer include Chow 1995, Birgisson 1997, Fioretti 1997, Farrow 2000, Suleman 2000, El-Serag 2004, Garcia Rodriguez 2006, Crane 2007, Duan 2009, Nguyen 2010, Pandeya 2010, Whiteman 2010, Tan 2018, Kastelein 2013, Thota 2017, Brusselaers 2018, Song 2020, and Seo 2021. Xie 2019 reports findings on upper gastrointestinal cancers.

[7] This study is an update and overlaps with an earlier study by La Vecchia et al. 1990 (1985-1989), which presented similar findings.



Contains Confidential Information - Subject to Protective Order

Other respective case-control studies did not report associations between H2RAs and gastric cancer (e.g., Duan *et al.* 2009).

In addition to the retrospective case-control data, prospective cohort data and prospective nested case-control data also supports that the associations between H2RAs and esophageal adenocarcinoma and/or gastric cardia cancers are explained by confounding by indication as the associations with the GERD is much stronger than any associations with H2RAs (e.g., García Rodriguez *et al.* 2006)

Some prospective studies also support similar effects, where they exist, for both H2RAs and PPI use, which also supports that the most plausible explanation for the association is the underlying condition and not the medication as these classes of medications are very different molecularly (e.g., Tamim *et al*. 2008. Poulsen *et al.* 2009, Liu *et al.* 2020 Shin *et al*. 2021). Other cohort studies, however, found associations with PPIs but not H2RAs for gastric cancer Brusselaers *et al.* 2017, Cheung *et al.* 2018, Niikura *et al.* 2018) and esophageal cancer (Brusselaers *et al.* 2018) and upper GI mortality (Xie *et al.* 2019). A large cohort study (Wennerstrom *et al.* 2017), assessing whether associations between H2RAs and gastric cancer were specific to gastric location, did not find that their hypothesis was supported: “Given their frequent prescription for premonitory symptoms of stomach cancer and the consequent confounding by indication, our analysis focused upon comparing associations with these drugs across anatomic subsites. *A priori*, distal cancers would be equally likely to be preceded by indications for treatment, whereas any additional increase in proximal cancers would support an interpretation that the association is causative. Our findings in general did not support this hypothesis.”

Based on the epidemiological evidence to date, it is my opinion that the body of literature on H2RAs and gastric and esophageal cancer (despite its larger relative size) suffers from the same types of biases that affects the literature on ranitidine specifically, including confounding by indication, incomplete measurement of exposure, and reverse causation. There is no reliable and consistent evidence that H2RAs as a group, or any specific H2RAs, cause esophageal cancer.

**B. Liver Cancer**

Seven publications address H2RAs and liver cancer.[8] No association for H2RAs was observed in well-conducted studies in the U.S. (Li 2018) and the U.K. (Tran 2018 - PCCIU; Tran 2018 - UK Biobank). In addition, studies from Taiwan found no association between H2RAs and hepatocellular carcinoma (Lin 2020) and cholangiocarcinoma (Peng 2018) in patients with gastroesophageal conditions. Although two other studies from Taiwan reported a significant increased risk of hepatocellular carcinoma among H2RA users (Lai 2013; Shao 2018), neither study was designed to study H2RAs as a primary exposure and assessed H2RAs only as a covariate. The lag periods applied to PPIs in those studies were not applied to H2RAs and these studies did not control for

[8] Studies that report findings on H2RAs and liver cancer include Lai 2013, Li 2018, Peng 2018, Tran 2018, Shao 2018, Lin 2020, and Song 2020.



Contains Confidential Information - Subject to Protective Order

the confounding or confounding by indication to the same extent as Lin 2020, which analyzed the same outcome using the same Taiwan national database and found no association. The epidemiological evidence does not support a reliable, consistent association, let alone a causal association, between H2RAs and liver cancer.

### C. Pancreatic Cancer

Nine publications address H2RAs and pancreatic cancer.[9] Overall, the epidemiologic evidence consistently shows no association between H2RAs as a group and pancreatic cancer (Bao 2010; Bradley 2012; Bosetti 2013; Peng 2018; Hicks 2018; Brusselaers 2020). Although an increased risk was reported in the Lai 2014 study, it is important to consider the limitations of this study in evaluating the true association with H2RAs, as this study only investigated H2RAs as a covariate. Furthermore, there was inadequate control for indication and protopathic bias and confounding. There is no reliable or consistent evidence that H2RAs are associated with, or cause, pancreatic cancer.

### D. Bladder Cancer

Only two studies report findings on H2RAs and bladder cancer. Michaud *et al.* 2004 is a prospective cohort study on peptic ulcer disease and bladder cancer in the U.S. Health Professionals Follow-Up Study. The authors assessed the independent risk of H2RA use in 1986 (at baseline) and found no statistically significant association for bladder cancer (aRR 1.46 (0.85-2.50)). Oh *et al.* 2020 is follow-up study to the Michaud 2004 study extending the follow-up of the Health Professionals Follow-Up Study an additional 16 years (30 years total) from 1986-2016. An independent evaluation of the association between H2RA use and bladder cancer was not performed, however, an additional multivariable analysis was performed further adjusting for the use of H2RAs. The authors explained, “Additional adjustment for H2 blocker, a potential mediator, did not change the results materially.” In other words, H2RA use did not alter the risk of bladder cancer in this cohort.

Overall, there have been no statistically significant increased risks of bladder cancer reported with the use of H2RAs and no reliable evidence that H2RAs increase the risk of, or cause, bladder cancer.

### E. Summary

Overall, the epidemiological data relating to the class of H2RAs and cancer outcomes supports that reverse causation and confounding by indication are critical methodological issues that must be properly accounted for to determine whether an acid-suppressing medication like ranitidine increases the risk of cancer.

[9] Studies that report findings on H2RAs and pancreatic cancer include Bao 2010, Bradley 2012, Bosetti 2013, Lai 2014, Hicks 2018, Peng 2018, Brusselaers 2020, Laoveeravat 2020, and Song 2020. Chien 2016 reports findings on periampullary cancers.



Contains Confidential Information - Subject to Protective Order

## VII. EPIDEMIOLOGICAL STUDIES ON NDMA & CANCER

Plaintiffs' experts rely on epidemiological studies of N-nitrosodimethylamine (NDMA) and cancer outcomes to support the theory that NDMA in ranitidine causes various types of cancer. By way of background, NDMA is a type of nitrosamine found in a number of sources, including certain foods and beverages, water, toiletry products, cigarettes, and workplace environments (EPA Technical Fact Sheet - NDMA 2017). Plaintiffs' experts also include the larger literature of dietary and occupational studies of nitrates and nitrites and red meat consumption. Nitrates and nitrites are nitrogen-oxygen chemical units that naturally occur in soil, water, and some foods. When taken into the body by drinking water and through other dietary sources, nitrate and nitrite can react with amines and amides to form N-nitroso compounds. I have considered but do not address the dietary and occupational studies on nitrates and nitrites here, as these studies are challenging for inference and they do not address medication exposure directly. Importantly there is no direct way to infer NDMA exposure from the studies reporting overall nitrate or nitrite exposure. Accordingly, such studies are simply irrelevant and uninformative regarding any cancer risk from ranitidine use.

It also has been well established that nutrient intake through dietary supplements can have very different effects that dietary exposures in carcinogenesis. Large randomized controlled trials (RCTs) of dietary supplements for cancer prevention have resulted in findings that have been very different from studies of dietary intake, which underscores that estimates if dietary exposures should be interpreted cautiously and should not be extrapolated to other settings. For example, RCTs of beta-carotene and selenium supplements have not been associated with reduced incidence of cancer, even though higher dietary sources of these nutrients have been shown to reduce risk of some cancers. The Table below summarizes a few of these well-established and very large RCTs that were not in line with what was expected based studies of dietary intake.

| **Prospective study or RCT** | **Number of people** | **Finding** |
|---|---|---|
| SELECT Trial (Vitamin E and selenium) | >35,000 men age 50+ at start | Trial stopped early as supplements did not show benefit of reducing prostate cancer and in fact follow-up supported an increase in risk in supplement group (Lippman 2009) |
| CARET Trial (beta-carotene and retinyl palmitate) | >18,000 | Supplementation increased lung cancer risk even though dietary sources of beta carotene had been shown to decrease lung cancer risk |
| ATBC (alpha-tocopherol beta carotene trial) (Myung 2010) | >29,000 | Did not reduce lung, gastric, pancreatic cancer, colorectal cancer, upper aerodigestive track cancer – effect seen for alpha-tocopherol and reduced prostate but not for beta-carotene |
| WHS (Vitamin E, aspirin) (Myung 2010) | >39,000 | No effect seen for overall cancers |
| PHS (beta carotene) (Myung 2010) | >22,000 | No effect seen for overall cancers |
| HPSG (Vitamins E, C, and beta carotene) (Myung 2010) | >20,000 | No effect seen in overall cancers |


Contains Confidential Information - Subject to Protective Order

As a result of these trials, among other evidence, the World Cancer Research Fund and American Institute for Cancer Research has recommended against using dietary supplements for cancer prevention even though they recommend a diet high in fruits and vegetables for cancer prevention. Thus, there is ample evidence to support that extrapolation from dietary studies to understand the impact of medications is not reliable. The lack of transportability may be for many reasons, including differences in exposure levels and induction time, but also likely stem from the fact that ingestion of pills versus dietary intake of similar nutrients cannot be compared directly in understanding carcinogenesis.

Another clear example of the lack of transportability between medication exposures and dietary NDMA is a randomized controlled trial conducted by FDA investigators and published in the Journal of the American Medical Association (Florian 2021). The study investigators randomized 18 individuals to receive ranitidine vs placebo with a non-cured and cured meat diet using a cross-over design, which allowed for within-person control. The individuals were monitored and given ranitidine or placebo with non-cured and cured meat diets during a 10-day period. There were no differences in urinary NDMA based on ranitidine exposure compared to placebo whether or not they were on the cured meat or non-cured meat diet: the median 24-hour NDMA urinary excretion values for ranitidine and placebo were 0.6 ng (IQR, 0 to 29.7) and 10.5 ng (IQR, 0 to 17.8), respectively, with a noncured-meats diet and 11.9 ng (IQR, 5.6 to 48.6) and 23.4 ng (IQR, 8.6 to 36.7), respectively, with a cured-meats diet.

There was no statistically significant difference between ranitidine and placebo in 24-hour urinary excretion of NDMA with a noncured-meats diet (median of the paired differences, 0 [IQR, -6.9 to 0] ng; P = .54) or a cured-meats diet (median of the paired differences, -1.1 [IQR, -9.1 to 11.5] ng; P = .71). There also was no impact of ranitidine on plasma NDMA or on DMA urinary or plasma concentrations. Importantly, the lack of transportability is illustrated by the very strong effect of diet on urinary NDMA and the absence of an effect from ranitidine on urinary NDMA with urinary NDMA 22 and 2 times higher when on the cured meat versus noncured meats, for ranitidine and placebo respectively. Thus, dietary NDMA exposure is clearly a different exposure construct than NDMA that may be present in ranitidine.

**Table 2. Effect of Ranitidine on NDMA and DMA 24-Hour Urinary Excretion and Plasma Measurements (Primary and Exploratory Outcomes)**

| Outcome | Diet | Ranitidine, median (IQR) | Placebo, median (IQR) | Paired differences, median (IQR)[a] | *P* value[b] |
|---|---|---|---|---|---|
| No. | 17 | | | | |
| Primary outcome | | | | | |
| NDMA 24-h urinary excretion, ng | Noncured meats | 0.6 (0-29.7) | 10.5 (0-17.8) | 0 (−6.9 to 0) | .54 |
| | Cured meats | 11.9 (5.6-48.6) | 23.4 (8.6-36.7) | −1.1 (−9.1 to 11.5) | .71 |

Because dietary and occupational exposures are so different in terms of duration and amount of exposure across the life course, medications need to be examined separately in assessing risk. Including all of the potential indirect sources of NDMA would be similar to including dietary and occupational sources of hormone exposures when evaluating causality for hormone replace therapy and breast cancer.



Contains Confidential Information - Subject to Protective Order

Methodologically, such conflation of exposures leads to erroneous inferences about the effects of exposures.

For completeness, however, I have reviewed and will discuss the occupational and dietary studies that attempted to measure NDMA exposure directly, rather than overall nitrate or nitrite exposure. As summarized below, the methodology of these studies, particularly given the duration and measurement of the exposures are not informative in understanding whether ranitidine causes cancers. As reviewed above, there are sufficient number of studies evaluating ranitidine directly to assess whether ranitidine increases the risk of cancer.

NDMA is a recognized animal carcinogen, and has been classified by the International Agency for Cancer Research (IARC) in Group 2A, "probably carcinogenic to humans." Of note, probably carcinogenic as defined by the IARC Preamble (2019, pg. 34) is as follows: "The terms probably carcinogenic and possibly carcinogenic have no quantitative significance and are used as descriptors of different strengths of evidence of carcinogenicity in humans; probably carcinogenic signifies a greater strength of evidence than possibly carcinogenic." As I noted previously, it is not reliable to conclude, based on studies in animals, that an exposure will have the same effect in humans. IARC also includes a categorization (Group 1) for exposures where the evidence shows that the exposure is "carcinogenic to humans," a category for exposures that are "possibly carcinogenic to humans' (Group 2B) and a category for exposures that are not classifiable as to carcinogenicity (Group 3).[10] For context, alcoholic products, helicobacter pylori infection, menopausal hormone therapy, hepatitis B and C viruses, Human Immunodeficiency Virus, certain human papillomaviruses, outdoor air pollution, processed meats, tobacco smoking and over another 100 exposures are classified in Group 1. Over 75 exposures are in Group 2A, including anabolic steroids, night shift work, very hot beverages (above 65 degrees Celsius), and consumption of red meat.

It is important to note that Group 2A is summarized by IARC as having limited or inadequate evidence in humans, whereas Group 1 has sufficient evidence in humans (IARC 2019).

Through its classification, IARC has determined that NDMA has only limited or inadequate evidence of cancer in humans. Thus, IARC has determined that the epidemiological data on NDMA are not sufficient to say NDMA causes cancer in humans.

Ranitidine is not included in any of the classification categories, but was assessed by IARC in 1999 in connection with an expert Working Group evaluating

[10] Per IARC, the classifications relate to hazard identification, which is distinct from risk assessment. Hazard identification as conducted within the IARC monograph refers to the strength of evidence that an agent is carcinogenic (yes/no in some system at some dose, such as high doses in animals), whereas risk assessment is used to estimate whether a hazard poses a cancer risk for a given scenario and level of exposure. (Samet et al. 2020).



Contains Confidential Information - Subject to Protective Order

studies on gastric cancer in humans in relation to the use of anti-ulcer drugs. The Working Group noted that "a major problem in the assessment of the role of anti-ulcer drugs in gastric carcinogenesis is that the early symptoms of gastric cancer are often difficult to distinguish from those of benign peptic ulcer" (La Vecchia 2003). They recognize that in epidemiological studies, "selective prescription of anti-ulcer drugs for early symptoms of gastric cancer represents a major and unavoidable indication bias in observational (cohort and case-control) studies, which can be addressed only by careful analysis of the time-risk relationship." This is the problem of reverse causation I described above. The authors also recognize that "assessment of the long-term effects of H2 receptor antagonists on gastric carcinogenesis has, however, been hampered by the fact that the most common indications for use of these drugs (particularly chronic gastritis) are themselves associated with risk for gastric cancer." This is the problem of indication bias I described above. Moreover, the Working Group recognized the potential contribution of acid suppressing therapy to the generation of carcinogenic N-nitroso derivatives that could provide a theoretical mechanism for carcinogenesis, and to address that hypothesis evaluated the extant epidemiological literature.[11] After review of the epidemiological data, they concluded that "the findings of analytical epidemiological studies are thus consistent with the absence of a causal association between H2-receptor antagonist use and risk for gastric cancer." The process of the IARC Working Group in 1999 is the same process the scientific community undertook after NDMA was reported to be present in ranitidine: the scientific community evaluated (and in many cases designed and conducted) epidemiologic studies evaluating whether exposure to ranitidine increases the risk of any particular cancer.

The primary type of epidemiological studies on NDMA are dietary studies and occupational studies, which assess the cancer risk based on the estimated exposure to NDMA in the diet or workplace environment, respectively. In addition, there are three studies assessing the potential cancer risk from valsartan, a blood pressure medication reported to be contaminated with NDMA. The valsartan studies are informative insofar as they attempt to assess whether NDMA contamination in a medication results in increased risk of cancer to patients exposed to the contaminated medicine.

While Plaintiffs' experts allege that it is the NDMA impurity found in ranitidine products that causes cancer, rather than ranitidine itself, that does not negate the importance of the epidemiological studies on ranitidine, or make the epidemiological studies on NDMA dietary or occupational exposure more relevant to ranitidine exposure and potential cancer risk. As NDMA levels have been found in most of the ranitidine products tested to date (FDA 11/01/19), the epidemiological studies on ranitidine inherently account for the exposure to the NDMA impurity. In other words, if the amount of NDMA found in ranitidine products were causing cancer, this would be reflected in the substantial body of epidemiological studies assessing ranitidine and cancer that I

[11] In other words, identifying a potential mechanism is not sufficient to conclude that the mechanism, in fact, has an operative effect in humans. Particularly here, where various levels of NDMA in ranitidine products have been reported by FDA (from undetectable levels to levels well above the regulatory limit), the only way to assess whether the NDMA in ranitidine actually increases the risk of cancer it to evaluate the epidemiological literature on ranitidine and cancer.



Contains Confidential Information - Subject to Protective Order

described above. There simply is no reliable, consistent epidemiological evidence that NDMA in ranitidine increases the risk of any particular type of cancer. Moreover, as will be described in more detail below, there are a number of limitations with the dietary and occupational NDMA studies that hinder the interpretation of their results generally, as well as preclude any reliable extrapolation from NDMA in the diet or workplace environment to NDMA exposure from ranitidine. Finally, even the NDMA occupational and dietary exposure studies are insufficient to conclude that NDMA exposure through the diet or otherwise is associated with increased risk of cancer. While there are animal studies of NDMA showing that at high enough doses of NDMA are capable of having a carcinogenic effect in certain animal species, the human data do not establish a real-world increased risk of cancer from NDMA exposure. This likely is why IARC classifies NDMA as a "probable" human carcinogen rather than a known human carcinogen. While I evaluate and describe the results from the studies on dietary and occupational NDMA exposure and cancer, I do not believe they are useful to draw reliable inferences regarding cancer risk from ranitidine.

### A. NDMA Contaminated Valsartan & Cancer

Pottegard *et al.* 2018, Gomm *et al.* 2021 and Chan *et al.* 2022 evaluate the risk of cancer after exposure to an NDMA-contaminated medication, valsartan, an anti-hypertensive medication.

Pottegard *et al.* 2018 is a nationwide cohort study in Denmark assessing the risk of cancer in patients exposed to valsartan potentially contaminated with NDMA compared to non-contaminated valsartan. The study included 5,150 patients without a prior history of cancer using valsartan between January 2012 and June 2017. Participants were followed from one year after cohort entry (lag time period) until experiencing a cancer outcome, death, migration, or end of study period (June 2018), with a median follow-up of 4.6 years. Information on valsartan use, cancer outcomes, and other patient characteristics were ascertained from four Danish registries: the Danish Cancer Registry, the National Prescription Registry, the National Patient Register, and the Civil Registration System. NDMA contamination of valsartan was specific to drug products manufactured by Zhejiang Huahai Pharmaceuticals (ZHP) in China between the years 2012-2018. In this study, each patient's exposure to NDMA contaminated valsartan was determined using the unique drug ID recorded in the National Prescription Registry, which identifies the valsartan product dispensed and its manufacturer. Of the valsartan prescriptions filled between 2012-2018, 18% were classified as "probably contaminated with NDMA" (manufactured using an active pharmaceutical ingredient (API) from ZHP), 26% as "possibly contaminated with NDMA" (contained an API from both ZHP and from other companies), and 55% as "unlikely to be contaminated with NDMA" (no API from ZHP). Immortal time bias was avoided as NDMA exposure was assessed as a time-varying exposure, meaning individuals contributed follow-up to the non-contaminated cohort until filling their first prescription for a potentially NDMA contaminated product. Compared to exposure to non-contaminated valsartan products, exposure to valsartan products potentially (probably or possibly) contaminated with NDMA was not associated with an increased risk of all cancers (aHR 1.09 (0.85-1.41), n=198), and there was no evidence of a dose-response



Contains Confidential Information - Subject to Protective Order

relationship (p=0.70). Furthermore, there was no statistically significant association for any individual type of cancer evaluated: bladder (aHR 0.66 (0.15-2.89)), breast (aHR 0.85 (0.42-1.73)), colorectal (aHR 1.46 (0.79-2.73)), kidney (aHR 1.00 (0.22-4.65)), lung (aHR 0.94 (0.47-1.91)), melanoma (aHR 1.34 (0.46-3.85)), pancreatic (aHR 0.71 (0.21-2.44)), prostate (aHR 1.33 (0.68-2.62)), and uterine (aHR 1.81 (0.55-5.90)). Sensitivity analyses were consistent with the primary results and remained non-significant.

Overall, this was a well-done study that found no significant association between NDMA contamination in valsartan and any type of cancer. Strengths of the study include ascertainment of data from nationwide health registries, accounting for time-varying exposure, and adjusting for a number of potential confounders. In particular, counting for the time-varying nature of the medication is a robust way to ensure that person time is accurately counted for the exposure and unexposed time periods as individuals may go off and on medications. However, certain important cancer risk factors were not controlled for, including family history of cancer, smoking, alcohol use, and BMI. The presence of residual confounding may falsely elevate findings for risk factors that are both positively related to the exposure and outcome of interest. Another limitation of the study is the relatively short follow-up. Despite limitations, the lack of an association between NDMA contamination in a medication and any type of cancer in the Pottegard 2018 study is consistent with the lack of association reported in the ranitidine epidemiological literature. Moreover, the levels of NDMA in contaminated valsartan were reported to be much higher than the levels of NDMA in ranitidine reported by the FDA (per the authors, the concentrations of NDMA in contaminated valsartan were up to 22 ug in 320 mg tablets, and up to 10 ug in 160 mg tablets). The authors appropriately conclude that “the results do not imply a markedly increased short-term overall risk of cancer in users of valsartan contaminated with NDMA.”

Gomm *et al.* 2021 is a cohort study in Germany based on a German statutory health insurance provider (AOK) assessing the risk of cancer in patients potentially exposed to NDMA-contaminated valsartan compared to individuals who were not potentially exposed to NDMA-contaminated valsartan. The study included 780,871 persons that filled a valsartan prescription during the period 2012–2017, were at least 40-years-old in 2012, and were not diagnosed with cancer between 2009-2013 so that newly incident cancers could be evaluated rather than reoccurrences of existing cancers. Participants were followed from one year after cohort entry (lag time period) until experiencing a cancer outcome, with a median follow-up of 3.25 years. Patient information was taken from the AOK, a German health insurance database that has records of around 25 million persons for the years 2012 to 2017. The AOK data included information, updated quarterly, on patients’ age, gender, outpatient and inpatient diagnoses, and filled drug prescriptions. Valsartan use was determined from records of filled prescriptions, and potential exposure to NDMA-contaminated valsartan was determined from the pharmaceutical registration number (PZN) as product identifier and information on valsartan drug products from marketing authorization holders.

Of the 780,871 individuals selected, 409,183 were classified as “ever” and 371,688 as “never” exposed to potentially NDMA-contaminated valsartan. After adjusting for comorbidities, no association was found for bladder cancer (HR 1.02 [0.95;



Contains Confidential Information - Subject to Protective Order

1.11], n=1491), breast cancer (HR 1.02 [0.96; 1.08], n=2736), colorectal cancer (HR 0.99 [0.94; 1.05], n=2866), kidney cancer (HR 0.96 [0.87; 1.05), n=1091), lung cancer (HR 0.97 [0.91; 1.03], n=2279), malignant melanoma (HR 0.94 [0.85; 1.03], n=983), pancreatic cancer (HR 0.93 [0.84; 1.02], n=967), prostate cancer (HR 1.00 [0.94; 1.06], n=2379), or uterine cancer (HR 1.08 [0.96; 1.21], n=759). No association was observed for all cancer outcomes combined (HR 1.00 [0.98; 1.02], n=24,752), but an increased risk was observed for liver cancer (HR 1.16 [1.03; 1.31], n=736). Further analysis on liver cancer outcomes was performed, and the risk of liver cancer was not statistically significant for long-term (3-years) users of potentially NDMA-contaminated valsartan (aHR=1.22 [0.80; 1.89], n=130). There were no observed differences when liver cancer outcomes were stratified by dose or lag-time.

Overall, Gomm 2021 was a well-done study that was much larger than Pottegard 2018. Like Pottegard, the strengths of Gomm 2021 include the large cohort size and quality sample data. The weaknesses of Pottegard are also the same for Gomm 2021: certain important cancer risk factors were not controlled for, including family history of cancer, smoking, alcohol use, and BMI. The presence of residual confounding may falsely elevate findings when the omitted variables are positively associated with the exposure and outcome of interest. Another limitation of the study is the relatively short follow-up. Overall, Gomm 2021 found no significant association between NDMA contamination in a medication and any type of cancer except liver cancer, and that increased risk was no longer statistically significant when considering longer term use, which is inconsistent with the theory that NDMA contaminated valsartan increases the risk of liver cancer.

Chan *et al.* 2022 is a population-based retrospective cohort study conducted within the Clinical Data Analysis and Reporting System of the Hong Kong Hospital Authority. The cohort was define based on prescriptions of valsartan (n=5,023) or amlodipine (control medication, n=3,692) from January 1 2003 to June 30 2010. After a median follow-up time of 10.97 and 12.12 years for valsartan and amlodipine, respectively the adjusted cancer rate ratio was 0.94, 95% CI = 0.88-1.01) for cancer overall. Of the 7 different cancer types assessed (colorectal, lung, breast, prostate, liver, stomach, and Non-Hodgkin lymphoma) only breast cancer rates were statistically significantly different (decreased) between the two groups (RR = 0.63, 95%CI= 0.46-0.86 for valsartan vs. amlodipine, respectively).

This study had a key advantage of long follow-up time, comprehensive coverage of inpatient records (80%) over a region of 7 million people. The coverage for outpatient records however was only approximately 30%. The electronic medical record also allowed the investigators to adjust for the Charlson Comorbidity but as with other medical record studies, did not have accurate capture of body mass index or smoking and alcohol history.

Together, the Pottegard, Gomm and Chan study are consistent with each other, and do not support any increase in cancer risk from valsartan.



Contains Confidential Information - Subject to Protective Order

## B. Dietary NDMA & Cancer

Nutritional epidemiology is a branch of epidemiology that investigates the relationship between diet and disease. There are unique aspects and challenges to nutritional epidemiology as the diet is a complex exposure comprised of thousands of nutrients and other dietary components. Isolating a single dietary component is difficult, and the effect of a dietary constituent may differ depending on how it is processed and prepared, and through its interaction with other nutrients. For example, even epidemiologists conducting such studies have written that “it remains difficult to attribute the etiology of cancer to a single nutrient” (Song 2015). As dietary constituents tend to be clustered within foods, it makes adequate control of other dietary components particularly important in studying the effect of a single food or food substance. Measurement of dietary intake is also complicated and usually based on self-report. In studies on dietary NDMA and cancer, ascertainment of dietary NDMA levels is a two-step process: participants complete a dietary or food-frequency questionnaire recording their usual dietary intakes over a certain period of time (often one year) and then the NDMA levels in various foods are estimated from published literature or databases. This methodology increases the likelihood of exposure misclassification, as there is potential for error in the dietary recall or the extent the current diet accurately reflects past or future diet. In case-control studies this exposure misclassification of dietary exposures is likely to be differential misclassification meaning that individuals without cancer may be more likely to underreport dietary exposures than individuals with cancer leading to overestimates. Given this known likelihood of bias in case-control studies of diet and cancer, any findings from case-control studies must be replicated in cohort studies when individuals are reporting their diet without knowing their future disease outcomes. There is also potential measurement error in the published data on NDMA content in food as this data is limited for many food items and the NDMA levels vary over time, across countries, and depending on the methods used in food processing, preservation, and preparation (Keszei 2013). Because most people are exposed to some level of a dietary component, including NDMA, dietary studies assess exposure as a continuous or categorical variable across quantiles of exposure (e.g., quartiles 1-4, with 1 being the lowest level of exposure and 4 being the highest), rather than a dichotomous exposure (e.g., ever vs. never exposure). There are many foods that contain NDMA, including processed, grilled, cured, and smoked meat and fish products, pickled vegetables, cheese, and alcoholic beverages. When evaluating the effect of NDMA from the diet, it is extremely difficult to separate out the effect of NDMA from other dietary components. For example, processed meats containing NDMA may also contain high amounts of salt, fat, and heme iron, and cooking meats at high temperatures may result in the formation of heterocyclic amines and polycyclic aromatic hydrocarbons, all which may contribute to a carcinogenic effect (WCRF/AICR 2018).

As with the pharmacoepidemiology studies previously discussed, the two main types of observational nutritional epidemiology studies are cohort and case-control studies. Cohort studies obtain information on diet at baseline and prospectively follow-up on the outcome of cancer, while case-control studies retrospectively assess diet after cancer is already diagnosed. It is well established that prospective cohort studies are superior and more reliable than retrospective case-control studies in nutritional



Contains Confidential Information - Subject to Protective Order

epidemiology as they reduce differential information bias seen in case-control studies and ensure temporality (McCullough 2018; Satija 2015; WCRF/AICR 2018). The World Cancer Research Fund/American Institute for Cancer Research report on "Diet, Nutrition, Physical Activity and Cancer: a Global Perspective" describes "[t]he hierarchy of epidemiological evidence places cohort studies above case-control studies" (WCRF/AICR 2018). There are a number of diet-cancer associations reported in early case-control studies that have not been replicated or confirmed in subsequent large, well-designed cohort studies (McCullough 2018; Satija 2015; WCRF/AICR 2018). A notable example is the relationship between dietary fat and breast cancer, in which a positive association was reported over several decades in animal, ecological, and case-control studies, however, the association has not been adequately replicated in large prospective cohort studies as well as the Women's Health Initiative, a large randomized trial assessing dietary fat and breast cancer risk. As such, the National Cancer Institute (NCI) and WCRF/AICR consider there to be limited evidence for the role of dietary fat in the etiology of breast cancer (WCRF/AICR 2018).

As cohort studies are prospective in nature, many of the biases affecting case-control studies are minimized or absent in cohort studies, including selection bias based on control selection and recall bias based on exposure misclassification (Kelemen 2007; McCullough 2018; Satija 2015). In case-control studies, selection bias may occur as participation rates are often higher among cancer cases than controls, and controls that do participate in dietary studies may be more likely to be overly health conscious. Recall bias, a type of differential exposure misclassification, occurs in case-control studies when the knowledge of the cancer diagnosis influences the self-reported diet such that cases recall their diet differently than controls and may over-report foods they think may have contributed to their cancer. Both of these biases may overestimate the true association of a positive finding. While exposure misclassification may also occur in cohort studies because of dietary measurement error from the questionnaires or databases used (as described above), this type of exposure misclassification is often non-differential, meaning it affects participants irrespective of disease outcome. Non-differential exposure misclassification, particularly in dietary studies that use polytomous categorizations (e.g., quartiles of exposure) rather than a dichotomous scale (e.g., ever vs. never exposure), may bias the association in either direction (Hornell 2017). Going back to the example on dietary fat and breast cancer, a study by the Nurses' Health Study assessed diet before (prospective cohort study) and after (retrospective case-control study) diagnosis of breast cancer within the same group of women (Giovannucci 1993). The age-adjusted odds ratio for dietary fat and breast cancer was 0.87 in the cohort study compared to 1.43 in the case-control study, and the authors concluded their study "illustrates the effect of both selection and recall bias" in retrospective case-control studies on diet.

Overall, there are many limitations to these studies and in general, bias, confounding, and chance cannot be ruled out as likely explanations for the findings for the inconsistent, statistically significant associations reported in some dietary studies of NDMA and cancer outcomes. As described below, the authors of some of the studies themselves recognize this issue. For example, Keszei *et al.* noted, "It is difficult, however, to estimate the N-nitrosodimethylamine intake of individuals based on



Contains Confidential Information - Subject to Protective Order

questionnaire and published data on N-nitrosodimethylamine contents of food. The nitrosamine contents of food vary across countries and over time, because of changes in methods of food processing, and available data are limited for some food items… food-frequency questionnaires are prone to the misclassification of dietary intake…" (Keszei 2013).

Several studies discuss that the presence of residual confounding cannot be excluded in many dietary studies, and that important confounders were not accounted for. For example, one study (De Stefani 1998) reported a statistically significant association between dietary NDMA and gastric cancer. However, in a follow-up study in the same population, but subsequent years (De Stefani 2001), the authors repeated the analysis and found the association was no longer significant when adjusting for additional confounding factors (total energy intake and intake of proteins and total fat). Confounding in nutritional epidemiology is particularly a problem given the number of dietary components in each food item and the diet in general. Finally, most of these studies are evaluating a variety of dietary risk factors (not just NDMA), thus multiple comparisons could result in significant associations by chance alone.

Plaintiffs' experts assert that dietary studies of nitrates, nitrites, and meat consumption should be considered in addition to the dietary studies of NDMA specifically. To provide context why these additional dietary exposures are not relevant, I report the conclusion based on the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) continuous update project by cancer type. (WCRF/AICR 2018). It is important to note that this update in 2018 includes the more recent data particularly from cohort studies, which do not support an association with dietary nitrates, nitrites, or nitrosamines as detailed below. It is essential that the evaluation of the dietary studies include the more recent studies as previous summaries and evaluations that included mainly case-control studies are inconclusive given the numerous biases described above including recall bias. To draw conclusions about causality particularly for exposures that have substantial information bias require confirmation and replication in cohort and case-control studies. For example, in a systematic review published in 2022 (Abasse 2022) examining the potential association between dietary nitrate, nitrite and 13 different cancer types reported the following pooled ORs:

| Pooled ORs (high to low) | Nitrate | Nitrite | Comments |
|---|---|---|---|
| Pancreatic | 0.96, 95% CI = 0.84-1.09) | 0.87, 95% CI = 0.76-0.97 | Evidence of publication bias for nitrite |
| Bladder | 0.94, 95% CI= 0.84-1.04 | 1.07, 95% CI=0.94-1.19 | |
| Esophageal | 0.75, 95% CI =0.57-0.94 | 1.01, 95% CI=0.78-1.23 | |



Contains Confidential Information - Subject to Protective Order

| | | | |
|---|---|---|---|
| Stomach | 0.81, 95% CI= 070-0.92 | 1.06, 95% CI=0.92-1.20 | Evidence of publication bias for nitrate |

The WCRF AICR conclusions are based on a panel review of scientific experts in the field of diet, nutrition and physical activity reached consensus on the scientific evidence present in the Table below and as presented directly from their report summary.

| **WCRF-AICR** | **Bladder (2018)** | **Esophagus (2018)** | **Gastric (2018)** | **Liver (2018)** | **Pancreas (2018)** |
|---|---|---|---|---|---|
| Strong evidence - convincing | | Body fatness | | Aflatoxins, alcohol, body fatness | Body fatness |
| Strong Evidence – Probable | Arsenic in drinking water | | Body fatness (cardia), alcoholic drinks, food preserved by salting | Coffee (decreases) | Adult attained height |
| Limited - suggestive | Vegetables and fruit (decreases) Tea (decreases) | Vegetables (decreases), physical activity (decreases) | Citrus fruit (decreases), processed meat (non-cardia), grilled or BBQ meat and fish, low fruit | Fish (decreases), physical activity (decreases) | Red meat, processed meat, alcoholic drinks, foods and beverages containing fructose, foods containing saturated fatty acids |
| Limited no conclusion | Many dietary factors including meat | Many dietary factors including processed meat, total meat, smoked and cured foods, nitrates and nitrites, frying, grilling, BBQing | Many dietary factors including processed meat (cardia), NDMA | Many dietary factors including meat | Many dietary factors, physical activity |
| Other established factors not in report | Smoking, infection (worms), occupational exposures | Smoking, HPV, reflux disease | Smoking, H pylori, chemical exposure | Cirrhosis, steroid hormone medications, hepatitis, smoking | |

Of note, there is no convincing or even probable evidence that NDMA, nitrosamines generally, nitrites or nitrates in the diet cause cancers of the bladder, pancreas, liver, stomach or esophagus. Further, in addition to the expert review of the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) continuous update summarized in the table above, a systematic review and meta-analysis examining the association between dietary nitrate, nitrite intake, and site-specific cancer risk published in 2021 found the following after reviewing 41 peer-reviewed studies on 13 different cancer types:

1) No association between dietary nitrates and increased risk of any of the five cancers alleged by Plaintiffs' experts
2) No association between dietary nitrites and increased risk of any of the five cancers alleged by Plaintiffs' experts



Contains Confidential Information - Subject to Protective Order

Further, in a recent meta-analysis of red and processed meat intake and cancer incidence and mortality using cohort data from more than 6 million people, concluded that "the possible absolute effects of red and processed meat consumption on cancer mortality and incidence are very small, and the certainty of evidence is low to very low" (Han 2019). Thus, the data based on epidemiological studies of dietary nitrates, nitrites, and red meat does not support an association for the five cancers considered even if one were to accept the premise that dietary intake could be extrapolated to medication exposure which are very different constructs as described above. Thus, the inclusion of dietary studies of nitrates, nitrites, and red meat consumption and cancer risk by Plaintiff's experts to support a causal link between NDMA and selected cancers is entirely at odds with the most recent synthesis of the evidence by experts in cancer epidemiology.

For completeness, I discuss the dietary NDMA studies here, but, for all of the reasons described below, I do not believe that the dietary NDMA data are relevant for assessing whether the association between ranitidine and specific cancers is causal. Below is a description of the overall results of studies assessing the potential association between dietary NDMA and selected cancer sites, including bladder, esophageal, stomach, liver, and pancreas. As discussed above, with few exceptions, most associations were based on categorization of dietary exposures and not continuous measure, so the small magnitude of association that are seen are subject to bias. Also, as discussed above, the small magnitude of effect is not as much a concern if there is consistency across case-control and cohort studies. But as will be clear below, particularly for the large meta-analysis of NDMA and gastric cancer, the case-control studies are not consistent with the cohort studies, and therefore recall bias cannot be ruled out as an explanation for the findings. As noted above, cohort studies are considered more reliable study designs when assessing the effect of diet on cancer risk as there is substantial agreement across the cancer epidemiology community that dietary exposures are subject to recall bias (Slimani 2002, Han 2019). That is why for the last 20 years, cancer epidemiologists have focused on cohort studies of diet and cancer including pooled analyses of individual cohorts to estimate associations between dietary factors and cancer risk. Of note and as summarized below, most of the evidence prior to 2000 regarding diet and cancer was primarily based on case-control studies.

*1. Bladder Cancer*

Ronco 2014 was a retrospective case-control study that examined NDMA exposure estimated from meat consumption and the risk of bladder cancer. The cases were microscopically confirmed transitional-cell carcinoma of the urinary bladder in men. There was no information provided about stage, which is important particularly if carcinoma in situ tumors were included. Cases were from the time period of 1996 to 2005 and were drawn from the four major hospitals in Montevideo, Uruguay. The controls were identified from the same time period and were men afflicted with non-neoplastic conditions not related to smoking and alcohol consumption. By specifically selecting controls based on conditions not related to smoking and alcohol, the



Contains Confidential Information - Subject to Protective Order

investigators created a distortion in the exposure odds for the controls likely leading to a gross inflation of the estimates. The cases were more likely to have been smokers based on overall pack years (p=0.01) and mate drinkers (p <.0001) compared with controls. All the cases and controls were administered a questionnaire by trained social workers shortly after being admitted to the hospital. The questionnaire included information regarding sociodemographics, height, weight five years prior to the interview, family history of bladder cancer, occupational history, smoking history, alcohol consumption, history of beverage consumed, and a food-frequency questionnaire (FFQ) with 64 food items. The FFQ recorded the consumption of food in servings/years and the corresponding portion size per food. Based on this data, the researchers were able to determine the consumption of food in grams per day. The nutrients, including NDMA, were calculated from a table of chemical consumption of the foods. Although the primary analysis of the authors was to compare the odds ratio with various meats, they did calculate the odds ratio for NDMA consumption. The NDMA data were divided into tertiles with the lowest tertile used as the reference. The odds ratio were adjusted for age, residence, education, BMI, smoking, alcohol, mate (stimulating drink containing caffeine and tannins) consumption, and total vegetable and fruit intake. The authors reported positive, statistically significant associations between bladder cancer and total eggs, total meat, salted meat, hot dogs, processed meat, barbequed meat, cholesterol, sodium, nitrate (but not nitrite) and NDMA. The authors also reported a statistically significant decreased association with cheese. Given the case-control design, this study in addition to selection bias based on the control selection likely suffered from recall bias which also would result in inflated estimates.

Jakszyn 2011 studied the association between red meat, dietary nitrosamines, and heme iron with the risk of bladder cancer. The researchers used participants of the European Prospective Investigation into Cancer and Nutrition (EPIC). There were 481,419 participants recruited from 10 European countries. A questionnaire was used to collect information on sociodemographics, lifestyle factors, and medical history. The dietary data was collected by country-specific questionnaires recording the usual diet over the previous 12 months to estimate the intake of red meat. NDMA was estimated through previous estimations in the EPIC-EURGAST study. There were 1,049 bladder cases identified with a mean follow-up of 8.7 years. Participants were excluded if there was an absence of dietary or nondietary information as well as individuals with implausible dietary information or implausible hemi iron intake. After the exclusion, there were 481,419 subjects and 1,001 subjects developed primary bladder cancer. Proportional hazards were used to estimate the association between NDMA and bladder cancer risk. The NDMA data was divided into quartiles and compared to the lowest quartile for purposes of calculating the hazard ratio. The hazard ratios were adjusted and the data was as follows: HRQ4v1: 1.12: 0.88-1.44; HRQ3v1: 1.07: 0.85-1.34; HRQ2v1: 1.14: 0.91-1.42. Overall, the authors found no association between NDMA and bladder cancer risk. The authors of this study cite a previous paper regarding methods of case-ascertainment, and the earlier article reports that carcinoma in situ cases were included (Büchner 2009). None of the findings for dietary NDMA were statistically significant and the authors conclude that “our findings do not support an effect of red meat intake, nitrosamines (endogenous or exogenous) or heme iron



Contains Confidential Information - Subject to Protective Order

intake on bladder cancer risk". In the Plaintiffs' expert report, they cite the relative risk estimates as evidence supporting causality even though the estimates were not statistically significant. Jakszyn and colleagues present the results stratified by high risk versus low risk bladder cancer and comparing Q4 to Q1 for high and low risk was HR = 0.99 (95% CI = 0.72-1.36) and 1.16 (95%CI = 0.83-1.63), respectively.

The different reported results between Ronco 2014 and Jakszyn 2011 regarding a potential association between estimated NDMA exposure and risk of bladder cancer illustrate why cancer researchers look for consistency and replication across different study designs and populations, particularly as positive case-control studies of diet and cancers are not often replicated in cohort studies as seen here. Such failure to replicate dietary associations in cohort studies gives strong support to the argument that recall bias may have be the main reason for the positive findings in the case control studies. There is no consistent or reliable association observed between estimated dietary exposure to NDMA and increased risk of bladder cancer.

*2. Esophageal Cancer*

There are 4 studies of estimated dietary intake of NDMA and esophageal cancer, with no consistent association with increased risk observed.

Rogers *et al.* 1995 is a population-based case-control study from Western Washington State that evaluated 645 cases of newly diagnosed upper aerodigestive tract cancer (169 laryngeal, 125 esophageal, and 351 oral cavity) compared to 458 controls without a history of cancer (frequency matched by age and gender). Cases were identified using the Cancer Surveillance System, part of the Surveillance, Epidemiology, and End Results Program. All of the participants were newly diagnosed with laryngeal, esophageal, or oral cavity cancers (ICD: 140-141.9, 143.0-146.9, 148.0-150.0, and 161.0-161.9) between September 1983 and February 1987. Participants completed a food frequency questionnaire (125 foods and beverages) indicating their usual eating habits 10 years prior to the interview. Amounts of NDMA were estimated using data from the National Academy of Sciences and surveys of NDMA content in meats and fish. Eligible cases were individuals with cancers of epithelial origin, no prior history of cancer, had a residential telephone and had no AIDS diagnosis. NDMA exposure was estimated using data from the National Academy of Sciences and surveys of NDMA content in meat and fish. Of the 125 foods and beverages, 18 of them were estimated to contain NDMA. Odds ratios were adjusted for age, gender, pack-years of cigarettes, drink-years of alcohol, energy intake, ascorbic intake, BMI, and level of education. The data was divided into tertile groups based on daily consumption of NDMA. The lowest tertile (<0.06 μg/day) was used as the control group. A statistically significant association with all upper aerodigestive tract cancers was observed comparing highest estimated NDMA dietary intake (>0.179 μ/day) to lowest estimated intake (OR 1.79, p for trend 0.037), but not for esophageal cancer specifically (p for trend = 0.063). Individuals that consumed the highest amount of NDMA had no association with developing esophageal cancer (OR 1.86: 0.87-3.95). Additionally, the middle tertile (0.06-0.179 μg/day) also showed no association with developing esophageal cancer (OR 1.31: 0.60-2.85). A sub analysis was performed on 33



Contains Confidential Information - Subject to Protective Order

individuals (31 men/2 women) that developed esophageal adenocarcinomas. The crude associations for NDMA were similar to those for esophageal squamous carcinomas; however, the small number of cases prohibited further adjustments. The authors also analyzed their data to account for ascorbic acid and tea intake. Tea and ascorbic acid have shown to inhibit N-nitrosation. The authors noted that there was a reduction in the odds ratio for the three sites combined. When the cancers were analyzed separately, the authors noted, "the reduction in the odds ratio with increasing ascorbic acid intake was evident for each cancer site, although the test for trend was only statistically significant for esophageal cancer (P<0.001 for trend) and laryngeal cancer (P=0.024 for trend) but not oral cancer (P=0.103 for trend). The data suggested that individuals with a high NDMA intake and low ascorbic acid intake are at an increased risk of developing aerodigestive cancers. When adjusted for covariates, there was no evidence that more frequent tea drinking modified the esophageal cancer risk from NDMA intake.

Loh *et al.* 2011 is a prospective cohort study evaluating the relationship between dietary *N*-nitroso compounds and cancer incidence in the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk, UK study. The study included 23,363 men and women aged 40-79 years (mean: 58.6 y), recruited in 1993-1997, with a mean follow-up of 11.4 years. There were 3268 incident cancer cases (ICD-10 C00-C97, excluding C44 (non-melanoma skin cancer). Detailed health and lifestyle questionnaire was completed and blood samples were collected at baseline. Dietary NDMA data was estimated from a food frequency questionnaire (131 food items) on the average consumption of foods during the preceding year. NDMA consumptions were estimated by matching FFQ food items with a food database of potential carcinogens (Jakszyn 2004). When available, the NDMA values for country-specific food items were used. If a food item did not have an estimated value, the value of the closest available food was selected. Subjects were excluded who had cancer at baseline or who had missing dietary data from FFQs. Hazard ratios were adjusted for age, sex, BMI, cigarette smoking status, alcohol intake, energy intake, physical activity status, educational level, and menopausal status (in women). The Loh *et al.* investigators noted that "the lack of food-content information is one of the main difficulties in the assessment of effects of dietary nitrosamines… The unavailability of a complete food-composition table for the NOC content in foods probably led to the use of individual food sources as a proxy measure in previous studies. These foods may be sources of other compounds that may play a role in cancer risk." This highlights the methodological difficulties in trying to assess the potential role of NDMA dietary exposure via FFQs, where there is not only variation of NDMA content across foods/drinks and across time, but also an inability to control for other potential carcinogenic exposures. However, because this was a prospective study, and the dietary assessment was conducted before the diagnosis of cancer, the potential for recall bias and reverse causation was minimized. Loh *et al*. reported a statistically significant association for cancer of the rectum (HR 1.46: 1.16, 1.84), but not colon (HR 0.99: 0.83, 1.18), esophageal (HR 1.13: 0.77. 1.68), or stomach (HR 1.13: 0.87, 1.57). Additionally, cancers of the prostate (HR 1.01: 0.90, 1.13) and lung (HR 1.05: 0.88, 1.24) showed no increased association with NDMA consumption. The authors noted that men had an estimated NDMA intake (~0.08 µg/d) that was approximately double that of women (~0.04 µg/d). The authors postulate



Contains Confidential Information - Subject to Protective Order

that the increased NDMA intake for men is associated with increased consumption of cured meats and beer. The authors did not however perform a sex-specific analysis for individual cancers. Given the many comparisons performed, the possibility that reported significant associations for rectal cancer arose by chance cannot be excluded.

De Stefani et al. 2012 is a hospital-based case-control study from Uruguay (1996-2004) that examined 234 cases of newly diagnosed and microscopically examined esophageal squamous cell carcinoma (ESCC). 2020 subjects with conditions not related to tobacco smoking or alcohol drinking and without recent changes to their diets (frequency matched on residence and other sociodemographic variables) were used as controls. Dietary intake of NDMA was collected by food-frequency questionnaire (64 food items) and referred to food consumption in the 5 years before the interview. Odds ratios were adjusted for age, gender, residence, education, BMI, smoking, alcohol drinking, maté consumption, total energy intake, total vegetables and fruits, total grains, nonmeat fatty foods, and different types of meat. The study reported statistically significant, positive associations with the risk of ESCC for lamb meat, fried red meat, barbecued red meat, boiled red meat, salted meat, heterocyclic amines (PhIP), and NDMA. The authors note that "selection bias is probably almost unavoidable… Recall bias, which is avoided in prospective studies, is a major threat for case-referent studies… Since the items in the questionnaire referred to consumption 5 yr before the date of the interview, it is not possible to exclude nondifferential misclassification of the exposure, that is, results closer to the null." They further cautioned that "some authors have suggested that the Helicobacter pylori infection could be co-carcinogenic in ESCC. Unfortunately, we did not have samples and could not evaluate the role of this bacterium in the present study."

Keszei 2013 is a prospective cohort study out of the Netherlands involving 120,852 men and women aged 55-69 years. Self-administered questionnaire was completed at baseline on dietary habits and other risk factors for cancer. The baseline questionnaire included 150 items on food and beverage consumption during the year before the start of the study and was validated against a 9-d diet record. NDMA estimated values in food items were extracted from publications on NDMA content in food in the 1970s and 1980s. Subjects were followed for 16.3 years. 924 incident, microscopically confirmed cancer cases identified: 110 esophageal squamous cell carcinoma (ESCC), 151 esophageal adenocarcinoma, 166 gastric cardia adenocarcinoma, and 497 gastric noncardia adenocarcinoma (GNCA). Individuals with prevalent cancer (except skin cancer) at baseline, and those with incomplete and/or inconsistent dietary data were excluded. Hazard ratios were adjusted for age, smoking status, years of cigarette smoking, number of cigarettes smoked per day, total energy intake, BMI, alcoholic beverages not including beer, vegetable intake, fruit intake, level of education, and nonoccupational physical activity. The HR for esophageal adenocarcinoma additionally adjusted for use of lower esophageal sphincter-relaxing medications. A statistically significant association was reported between estimated dietary intake of NDMA and ESCC, but not esophageal adenocarcinoma or other gastric cancer subtypes. They reported results based on a continuous measure of NDMA (per .1 microgram per day) as well as tertiles.



Contains Confidential Information - Subject to Protective Order

Overall, the results were inconsistent between the two cohort studies and also inconsistent across case-control and cohort designs.

*3. Gastric Cancer*

*Case-control studies: Overall summary.* Three hospital-based case-control studies in France (Pobel 1995), northern Italy (La Vecchia 1995), and Uruguay (De Stefani 1998) reported statistically significant associations between dietary NDMA and gastric cancer. However, subsequent studies in central Italy (Palli 2001) and Uruguay (De Stefani 2001) did not report an association. Particularly, De Stefani 2001 was a follow-up study of De Stefani 1998 that was conducted to specifically adjust for additional confounders, including total energy intake, and there was no longer an association between NDMA and gastric cancer in the setting of better control for confounding. A population-based case-control study in Canada also did not find an association between dietary NDMA and gastric cancer (Risch 1985).

Pobel 1995 is a case-control study looking at the association between gastric cancer and diet. The study was conducted with cases from Marseille, France, identified via the departments of gastroenterological surgery of 8 centers for gastric surgery in Marseille. There were 92 patients that were histologically confirmed with adenocarcinoma and 128 controls. Both cases and controls were identified between 1985 and 1988. The controls were group matched to cases by sex and age. Only French citizens who had lived in France for at least 20 years were considered. Interviews were conducted by a trained dietician. The dietary patterns were identified by a diet history questionnaire which included the primary dietary sources of nitrate, nitrite and nitrosamines, including NDMA. The food items were described by the subjects in terms of their usual portion size and average frequency of consumption for the year preceding the first symptoms of disease. Values of nitrate, nitrite, and NDMA were estimated based on a table from available literature. The odds ratios were calculated between stomach cancer risk and dietary variables with adjustments made for total calorie intake. Each dietary variable, including NDMA, was subdivided into tertiles defined by daily intake. The lowest tertile was used as the reference. The authors noted that NDMA intake was significantly higher for cases rather than controls. They observed an increased risk of gastric cancer for the high levels of NDMA intake (OR2: 4.13; 0.93-18.27; OR3 7.00; 1.85-26.46). They also confirmed the association and found a linear increased risk of gastric cancer with increasing NDMA intake of NDMA (p=0.04). The authors noted that their study NDMA could be a marker for overall intake of foods rich in nitroso compounds and poor in protective factors that could contribute to different stages of carcinogenesis.

La Vecchia 1995 is a hospital-based case-control study conducted in Northern Italy between 1985 and 1993. The cases and controls were identified through a network of hospitals in the Greater Milan area. Trained interviewers administered a questionnaire with questions on sociodemographic and anthropometric characteristics, smoking habit, the frequency of intake of 29 foods, alcohol and coffee consumption, and family history of cancers. There were 746 cases with histologically confirmed stomach cancer that were diagnosed no longer than one year prior to the interview. There were



Contains Confidential Information - Subject to Protective Order

2,053 controls identified through the same hospital network. The estimates of NDMA intake were derived from the food content values in the survey. The NDMA intake was divided into tertiles. The authors noted a moderate but significant association between NDMA intake and gastric cancer with the association being observed over across sex and age. When controlled for age, sex, education, family history of gastric cancer, combined food score index, intake of beta carotein, vitamin C, total calories, and nitrate and nitrite intake, the adjusted odds ratio were (OR2v1: 1.11; 0.9-1.4 and OR3v1: 1.37; 1.1-1.7). The authors identified that their data was based on a single n-nitrosamine identified in a select few food items. The authors also noted several limitations of their study. Several of the food items in their questionnaire that contributed to the estimated NDMA intake are not frequently consumed, so there may have been some misclassification of intake. Additionally, they noted that their questionnaire had not been validated, and they had no available data on the nitrate content of the water in the region. Lastly, they added that there was a lack of information on the other nitrosamines, which could lead to a systematic underestimation of true association.

De Stefani 1998 is another hospital-based case-control study. Between 1993 and 1996, newly diagnosed and microscopically confirmed gastric cancer patients admitted to the four major hospitals in Montevideo, Uruguay, were identified. There were 340 patients with gastric cancer. The controls were selected from the same hospitals during the same period with an inclusion criteria of 25-84 years old, free of digestive tract disorders or nutritional disorders, and free of alcohol or tobacco-related conditions. Overall 698 controls were identified. Cases and controls were interviewed. The questionnaires contained sections related to sociodemographics, tobacco history, alcohol history, and a food-frequency questionnaire. The authors noted that the food frequency questionnaire is rather limited; however, it detailed concerning meat items. The frequency of each food was multiplied by the nutrient content of a standard average portion to determine the intake of micronutrients and chemicals, including NDMA. The NDMA values were obtained from sources from other populations. With the data the researchers estimated the relative risks of stomach cancer from the odds ratio. When the researchers divided the NDMA intake into quartiles, the odds ratio of their data was: ORQ4vQ1: 3.62; 2.38-5.51; ORQ3vQ1: 3.23; 2.13-4.89; ORQ2vQ1: 2.07; 1.36-3.18. From their data the authors concluded that there was an increased risk of gastric cancer from NDMA dietary exposure in the Uruguayan diet.

Palli 2001 is a population-based case-control study looking at dietary intake and gastric cancer risk. Gastric cancer cases were identified between 1985 and 1987 in central Italy. The cancer cases were histologically confirmed. Controls were generated from a random computerized list of residents. Overall, the researchers identified 382 gastric cancer cases and 561 controls. Participants answered a questionnaire to record information on demographics, anthropometric, socioeconomic, residential, occupational, smoking, medical, family, and dietary information. The researchers compiled dietary information by asking about consumption frequency for 181 food and beverage items. Nutrient, including NDMA, and energy for each food were estimated from Italian food composition tables. The nutrients were divided into tertiles and the odds ratio were computed. The second and third tertiles were compared to the first tertile. For NDMA,



Contains Confidential Information - Subject to Protective Order

the researcher noted no relationship between estimated intake for either tertile ($OR_{Q3vQ1}$: 1.1: 0.8-1.5; $OR_{Q2vQ1}$: 1.1: 0.8-1.6) with a p-value of 0.7.

De Stefani 2001 is a follow-up study to their analysis on meat consumption and stomach cancer risk that was published in 1998, discussed above. De Stefani et al. noted that they did not control for energy intake in the 1998 study. Because of this, they conducted another case-control study of diet and stomach cancer in Uruguay. The researchers identified 123 cases of stomach cancer that were histologically confirmed and diagnosed in one of the four major hospitals in Montevideo, Uruguay. Cases and controls were both identified between September 1997 and August 1999. The researchers identified 264 eligible controls with nonneoplastic diseases from the same four hospitals as the cases. Both the cases and controls were interviewed by trained social workers shortly after being admitted to the hospital. The questionnaire included sections on sociodemographics, tobacco smoking, alcohol, history of mate (local herbal tea), occupational history, family history of cancer, anthropometric measures, and a food-frequency questionnaire. The FFQ detailed the weight and food consumption of 64 dietary items and their intake for five years prior to onset of symptoms or the interview. Food item intake was calculated by multiplying portion size by consumption frequency. To calculate NDMA, the researchers used tables developed by Cornee and coworkers. The foods and nutrients were adjusted for total energy intake by the residuals method. The odds ratios and confidence intervals were calculated after terms for age, gender, residence, and urban/rural status were included. NDMA intake was divided into tertiles for odds ratio analyses, and the higher tertiles were compared to the lowest. Before adjustment for total energy intake, the authors noted a statistically significant association between high NDMA intake and gastric cancer risk (ORQ3vQ1: 2.2: 1.2-4.1) however, after the adjustment for energy intake the odds ratios of NDMA intake were $OR_{Q3vQ1}$: 1.5: 0.9-2.8 and $OR_{Q2vQ1}$: 0.8: 0.4-1.6. The authors note that the findings replicate their earlier results, however, the effect of NDMA intake was no longer significant after controlling for energy intake. The authors added that the lower exposure to salted meat in this study could account for the modest increase in risk in the 1998 study.

Risch 1985 is population-based case-control study that examined dietary factors and the incidence of stomach cancer. The cases and controls were identified between 1979 and 1982 in Canada. The researchers identified 246 individuals with newly diagnosed gastric cancer aged between 35 and 79 years old. Controls were identified through household surveys and door-to-door identification. The controls were matched to cases on sex, birth year, and province residence. After exclusions and interviews, there were 246 controls. The patients filled out two questionnaires. The first questionnaire covered family, medical, and occupational history as well as socioeconomic factors and changes in diet during adulthood. The second questionnaire was a dietary questionnaire with questions related to amount and frequency of an unspecified number of food items. The dietary information collected was converted into estimated intake of calories and 35 different nutrients. The researchers accounted for simultaneous effects of multiple exposure factors, which may act to confound each other by employing conditional logistic regression techniques. The odds ratio and confidence interval for dimethylnitrosamine (NDMA) was OR: 0.94: 0.14-6.13 with a p



Contains Confidential Information - Subject to Protective Order

value that was labelled not significant. The authors noted that NDMA intake showed little effect on gastric cancer risk.

*Cohort studies: Overall summary.* Six cohort studies have investigated the relationship between dietary NDMA and gastric cancer in the U.S. and Europe (Chyou 1990; Knekt 1999; Jakszyn 2006; Larsson 2006; Loh 2011; Keszei 2013) and most of them have reported no association. A cohort study in Sweden reported a significant association between gastric cancer and the highest quintile of dietary NDMA exposure (Larsson 2006). A cohort study in the Netherlands reported no significant increased risk of gastric adenocarcinoma (either cardia or noncardia) in individuals exposed to the highest tertile of dietary NDMA compared to the lowest tertile, nor was there a dose-response relationship (Keszei 2013). However, when NDMA exposure was evaluated as a continuous variable of 0.1 mcg/day increments, there was a weak, but statistically significant increased risk of gastric noncardia adenocarcinoma in men only. Cohort studies in Hawaii (Chyou 1990), Finland (Knekt 1999), and the European Prospective Investigation into Cancer and Nutrition (EPIC) studies (Jakszyn 2006 [10 European countries]; Loh 2011 [Norfolk, UK]) reported no association between NDMA and gastric cancer. A meta-analysis on dietary NDMA and gastric cancer reported an overall statistically significant association (RR 1.34 (1.02-1.76)), however, the association was significant only in case-control studies (RR 2.05 (1.14-3.67)) and not cohort studies (RR 1.09 (0.89-1.33)) (Song 2015). As discussed above, cohort studies provide a more reliable assessment of diet-cancer associations. Furthermore, the authors did not include two case-control studies that found no association -- Risch 1985 and De Stefani 2001 (including instead the less adjusted De Stefani 1998) – therefore, skewing the results upwards.

Chyou 1990 is a case-cohort study, as described by the authors, examining diet and stomach cancer. The controls were determined to be cancer free, which is not typical of a case-cohort design. If the cancer-free status was at the end of the overall period, the authors used cumulative sampling rather than incidence sampling. In either event, given the low rate of loss to follow-up and the completeness of the cancer registry, it is unlikely to affect the interpretation of the ratio measures. Between 1965 and 1968, 8006 Hawaiian men of Japanese ancestry were interviewed. The men were born between 1900 and 1919. The researchers performed continuous surveillance of the major hospitals in Oahu for 18 years and identified 111 incident stomach cancer cases. For the controls, a random sample of 361 cancer-free men were chosen. The cases and controls were given a 24-h dietary recall questionnaire. Consumption frequencies of predefined units of 54 common food items were tallied by nutritionists. Food items were grouped on the questionnaire based on similar macronutrient composition. For items not on the questionnaire, the nutritionists calculated the nutrients by hand. The authors stated that the nutrient data bank included information on calories, carbohydrates, fat, protein, cholesterol and sodium. As part of their analyses, the researchers looked at the intake of nitrate-related compounds, including dimethylnitrosamine (NDMA). The authors noted that there was not a great difference in the consumption of NDMA between cases and controls (cases: mean of 0.8 µg/day; controls mean of 0.6 µg/day) with a P value of 0.10. The authors adjusted for age at time of examination to compare the mean values.



Contains Confidential Information - Subject to Protective Order

Knekt 1999 is a cohort study examining the relationship between colorectal and gastrointestinal cancers with exposure to nitrate, nitrite, and n-nitroso compounds. The study was on subjects in several regions of Finland between 1966 and 1972. The researchers acquired detailed dietary information from 9,985 individuals. The subjects were questioned on their food items and dishes that they consumed during the prior year. The mean daily intake of nitrates and nitrites were estimated from a previous report. The researchers estimated levels of dietary NDMA from the reported information on salted fish and cured meats and sausages. They noted that the mean daily intake of NDMA from diet was 0.052 µg and beer 0.071 µg. The NDMA date was divided into quartiles with the higher quartiles being compared to the lowest quartile to determine the relative risk for three cancers: head and neck, stomach, and colorectum cancer. After adjustments for sex, age, municipality, smoking and energy intake the relative risks are as follows: head and neck ($RR_{Q4vQ1}$: 1.37: 0.50-3.74; $RR_{Q3vQ1}$: 1.95: 0.73-5.17; $RR_{Q2vQ1}$: 2.82: 1.11-1.17; p value: 0.43), stomach ($RR_{Q4vQ1}$: 0.75: 0.37-1.51; $RR_{Q3vQ1}$: 0.78: 0.39-1.56; $RR_{Q2vQ1}$: 1.03: 0.55-1.95; p value: 0.39), and stomach cancer ($RR_{Q4vQ1}$: 2.12: 1.04-4.33; $RR_{Q3vQ1}$: 1.95: 0.95-3.99; $RR_{Q2vQ1}$: 1.47: 0.69-3.11; p value: 0.0.47). The authors collected dietary NDMA from beer for a subpopulation. When the NDMA from beer was included in their analysis of total NDMA intake the relative risks were as follows: head and neck cancer: RR: 1.95: 0.62-6.15; stomach cancer: RR: 0.70: 0.30-1.64; and colorectal cancer: RR: 2.23: 1.02-4.86. Overall, the authors noted an increased risk of colorectal cancer among individuals with high intake of NDMA, but there was no association between NDMA intake and stomach cancer or cancers of the head and neck. The authors noted that the nitrosamine intake is difficult to calculate because nitrosamine content is affected by environmental factors with varying concentrations being detected in similar foods. Additionally, the nitrosamine content of certain meats has reduced over time due to changes in processing.

Jakszyn 2006 is a study from the European Prospective Investigation into Cancer and Nutrition (EPIC) study. The EPIC cohort consists of 521,457 individuals from 10 European countries. The individuals are between 35 and 70 years old and were recruited between 1992 and 1998. The researchers used the cohort to examine the exposure of dietary intake of and endogenous formation of n-nitroso compounds and the risk of gastric cancer. Overall, 314 individual cases of gastric cancer were identified from the EPIC cohort for their analysis. The authors used a diet and lifestyle questionnaire to determine the usual diet over the previous 12 months prior to study recruitment. The lifestyle questionnaire included questions on education, smoking, alcohol, occupation, reproductive history, and use of hormones. Dietary NDMA intake was estimated from matching foods with a food database with potential carcinogens. When available country-specific food items were selected. The researchers noted that the mean intake of NDMA was 0.26 µg/day for cases and 0.19 µg/day for controls. NDMA intake was divided into tertiles for purposes of calculating the hazard ratios. The ratios were adjusted by sex, height, weight, education level, tobacco smoking, work and leisure activity, citrus and non-citrus fruit intake, vegetable intake, energy intake, and nitrites. After adjustments, there was no increase in risk related to NDMA intake for stomach cancer or for the carda or non-cardia analyses. The hazard ratios for NDMA are $HR_{Q3vQ1}$: 0.99: 0.69-1.41; $HR_{Q2vQ1}$: HR: 0.87: 0.64-1.2. In addition, there was a continuous analysis that also showed no increase in risk with NDMA intake. The



Contains Confidential Information - Subject to Protective Order

authors reported a strength of their study was that their results were from one of the largest cohorts specifically designed to investigate diet and cancer.

Larsson 2006 is a population-based cohort study using data from the Swedish Mammography Cohort on 61,433 women. The authors assessed associations between intake of processed meat and NDMA and the risk of stomach cancer using information provided in a food-frequency questionnaire at baseline (between 1987 and 1990) and updated in 1997. NDMA intake was calculated by multiplying the average frequency of consumption of each food item by the NDMA content of age-specific portion sizes. When women in the top quintile of NDMA intake was compared to women in the bottom quintile, the authors reported a statistically significant association with the risk of stomach cancer (HR 1.96, 95% CI, 1.08-3.58). The authors noted the potential for misclassification of meat and NDMA intake and the limited information on smoking and *Helicobacter pylori* infection.

As described above, Loh 2011, a prospective cohort study in the UK, found no association between dietary NDMA exposure and the risk of gastric cancer.

Keszei 2013, also described above, was a prospective cohort study in the Netherlands, which investigated the relationship between dietary NDMA intake and gastric and esophageal cancer. They reported results based on a continuous measure of NDMA (per .1 microgram per day) as well as tertiles. The authors reported a statistically significant association between estimated dietary intake of NDMA and esophageal squamous cell carcinoma (ESCC), however, the authors found no statistically significant association between dietary NDMA intake and esophageal adenocarcinoma or other gastric cancer subtypes.

*Meta-analysis:* In a meta-analysis of dietary nitrates, nitrites and nitrosamines intake and the risk of gastric cancer (Song 2015), the 11 studies of dietary NDMA exposure that were included were determined to be heterogeneous based on the heterogeneity index. Specifically, there was no association between dietary NDMA and gastric cancer in the cohort studies and a positive association in the case-control studies. Given the differences between the cohort studies and the case-control studies, recall bias is the most likely explanation for the findings and there is no causal association with dietary NDMA and gastric cancer. The combined estimate of heterogeneous results cannot be used to establish causality, and the authors themselves concluded as such: “Due to the lack of uniformity for exposure assessment across studies, further prospective researches are warranted to verify these findings.”

*4. Liver Cancer*

There is a single case control study by Zheng *et al.* 2021 that studies dietary N-nitroso compounds, including NDMA, and the risk of hepatocellular cancer (HCC). The researchers used a large, hospital-based case-control study to investigate the potential association. There were 827 HCC cases that were identified pathologically or radiologically, and there were 1,013 controls. The cases were identified through the University of Texas MD Anderson Cancer Center’s gastrointestinal medical oncology



Contains Confidential Information - Subject to Protective Order

and surgical oncology outpatient clinics. The control cases were free of cancer at recruitment and were acquaintances of cancer patients. Cases and controls were recruited between January 2004 and December 2018. Cases and controls were excluded based upon implausible total energy intake, and subjects that left more than half of the food items blank in the FFQ. The researchers calculated n-nitroso compound (NOC) intake by linking answers to a food frequency questionnaire-derived dietary data with a database of NOC concentrations. The FFQ was designed to collect usual dietary intake from the previous year. There were two questionnaires administered that covered 84 and 131 food items, respectively. To calculate a participant's dietary NOC intake, the researchers linked the data from the FFQ to a database with data on 21 NOCs, nitrite, and nitrate in 500 foods. To estimate the dietary intake of NOCs, the portion size was translated to weight and multiplied by the weights of the intake frequency. The dietary intake of total NOCs was divided into quartiles with the lowest quartile used as the reference group. The higher quartiles were compared to the lowest quartiles while adjusting for confounding factors such as total calorie intake, age, sex, race, education level, BMI, alcohol, history of diabetes, smoking status, and family history of liver cancer. To control between plant and animal food sources, total dietary intake of red and processed meat was adjusted for in the analysis of NOCs from plant sources and dietary sources of plant sources were controlled for in the in the animal foods analysis. The researchers did not see a significant sex difference in the NOCs and HCC associations, so all analyses were performed with men and women combined. The main analyses were restricted to individuals without a history of diabetes, HBV, and/or HCV infection. The highest versus lowest quartile of NDMA from plant sources ($OR_{Q4}$ vs $OR_{Q1}$=1.54; 1.01-2.34). Because of this odds ratio observation, the researchers concluded that greater intake of NDMA from plant sources was associated with a higher risk of HCC. The authors noted that the positive association between NDMA from plant sources and HCC should be further investigated in a prospective cohort study. There was no association found between animal sources of NDMA and HCC ($OR_{Q4}$ vs $OR_{Q1}$=1.26; 0.83-1.91).

### 5. *Pancreatic Cancer*

There is a single case-control study by Zheng *et al.* 2019 using data from a hospital-based case-control study to measure association between total dietary NDMA and pancreatic cancer (Zheng 2019). The researchers identified 957 pathologically confirmed pancreatic ductal cancer patients from the University of Texas MD Anderson cancer center. There were 938 frequency-matched control cases that were acquaintances of non-pancreatic cancer patients. Cases and controls were simultaneously recruited between January 2002 and June 2009. The individuals were interviewed with two versions of a food frequency questionnaire. The questionnaires covered 84 and 131 food items. Portion size was specified on both questionnaires as well as frequency of intake. A N-nitroso database consisting of 21 different NOCs, nitrate, and nitrite was used to calculate NOCs, nitrate, and nitrite values in the study. Individuals were removed with improbable dietary intake and those that left more than half of the food items blank. The data was divided into quartiles based on NOC intake (0.28, 0.45, 0.58. 0.99 µg per 1000 kcal/day of NDMA) and stratified by dietary source (plant and animal). Prior to stratification there was no association between NDMA



Contains Confidential Information - Subject to Protective Order

intake and pancreatic cancer ($OR_{Q4vsQ}1$: 1.03; 0.78-1.37; $OR_{Q3vsQ1}$: 1.03; 0.78-1.37; $OR_{Q2vsQ1}$: 0.99; 0.75-1.31). After stratification by dietary source, there was a significant association for NDMA from plant sources for the top quartile ($OR_{Q4 \text{ vs } Q1}$: 1.93; 1.42-2.61; $OR_{Q3vsQ1}$: 1.97; 1.48-2.64; $OR_{Q2vsQ1}$: 1.48; 1.10-1.99: $P_{Trend}$: <0.0001). When NDMA from animal sources was examined, there was no statistically significant association ($OR_{Q4 \text{ vs } Q1}$:1.17; 0.89-1.54; $OR_{Q3vsQ1}$: 0.87; 0.65-1.15; $OR_{Q2vsQ1}$: 0.97; 0.74-1.28; $P_{Trend}$: 0.26). NDMA from animal sources was the primary source of NDMA in this study. From a causation standpoint, it is not clear why there would be an association with NDMA from one dietary source and not another, and it is more likely that the results from the subanalysis are explained by underlying confounding.

*6. Cancers with No Associations*

There has been no statistically significant associations reported between dietary NDMA and the following cancers: breast (Loh 2011), ovarian (Loh 2011), and prostate (Loh 2011; Jakszyn 2012). Notably, these studies were all well-designed cohort studies conducted by the European Prospective Investigation into Cancer and Nutrition (EPIC) which is a cohort study of almost half a million individuals from countries with varying diets across Europe (n=481,419).

*7. Conclusion*

Overall, the results on dietary NDMA and cancer risk is inconsistent for most cancer types, while there are no reported associations for other cancer types. For the cancer types that have reported varying results, the significant associations were often reported in case-control studies, without adequate replication in cohort studies. The dietary NDMA studies do not establish a reliable and valid association between dietary intake of NDMA and increased risk of any particular type of cancer. Due to the overall limitations of dietary studies and the questionable extrapolation of the findings from cancer studies on dietary NDMA exposure to draw conclusions about cancer risk with ranitidine exposure, these studies do not provide evidence of a valid association between ranitidine and any specific cancer.

## C. Occupational NDMA/Nitrosamines & Cancer

Plaintiffs' experts also rely on studies relating to occupational exposure to NDMA and nitrosamines to draw conclusions about ranitidine. The main issue is the extrapolation and relevance of occupational studies to NDMA exposure from medication, where estimated dose, estimated duration, and route of exposure are different and often not comparable. Like the dietary studies of NDMA, occupational exposure studies often rely on numerous assumptions relating to dose and duration of exposure that are significantly limited and cannot be extrapolated reliably to medication exposures is methodologically unsound to use data relating to occupational exposures to NDMA to draw conclusions about potential NDMA exposure in ranitidine. For example, confounding is a major issue in these studies, particularly the fact that many studies did not adjust for other occupational exposures that may be associated with cancer, including many of the Group 1 chemicals that IARC classifies as known to be



Contains Confidential Information - Subject to Protective Order

carcinogenic to humans. For example, rubber workers like those evaluated in the Hidajat study (described below) are exposed to a variety of harmful substances, some of which are known to cause cancer. IARC (2012) concluded that there is sufficient evidence in humans for the carcinogenicity of occupational exposures in the rubber-manufacturing industry, and notes that “The rubber-manufacturing industry has used and still uses a wide variety of substances that belong to many different chemical categories, e.g., carbon black, aromatic amines, PAH, N-nitrosamines, mineral oils, other volatile organic compounds from curing fumes, trace amounts of monomers from synthetic rubber like 1,3-butadiene, acetonitrile, styrene, vinyl chloride, ethylene oxide, etc. For this reason, it has been difficult to relate the observed cancer hazards in the rubber-manufacturing industry to exposure to specific chemical.” Like studies on diet, it is vital to separate out concomitant co-exposures, otherwise the validity of the results are significantly threatened. For these reasons and others, studies on occupational exposures to nitrosamines are not informative regarding whether ranitidine is causally related to cancer. Nevertheless, I summarize the results below, since Plaintiffs’ experts discuss these studies.

The primary studies Plaintiffs’ experts have relied on for assessing occupational exposure to NDMA and nitrosamines are two occupational studies in the rubber industry on cancer mortality in the UK (Hidajat 2019) and Germany (Straif 2000)[12]. The plaintiffs’ experts also rely on occupational studies of nitrates and nitrites, but for the same reasons argued above, including these more indirect assessments of NDMA exposure from occupational sources makes the overall assessment more heterogenous and not comparable. For example, they rely on at least five occupational studies of fertilizer workers who are exposed to many different carcinogens, and therefore not useful for making any specific conclusion about occupational exposures to NDMA, let alone drawing any informative conclusion about use of ranitidine and risk of cancer.

Hidajat 2019 reported a significant association for NDMA and nitrosamines as group and mortality for most cancers examined. They also reported significant associations for mortality across almost all cancer subtypes from exposure to rubber dust and rubber fumes, however, there it was unclear whether they simultaneously considered adjustment in the NDMA/nitrosamine analyses for rubber dust and rubber fumes, which are known carcinogenic exposures. As they based assessments for rubber dust, rubber fumes, and nitrosamines based on job classification in a single year in 1967, it is likely that the relationship between the constructs could not be mutually adjusted as they would be a linear combination based on the look up table. The

[12] Straif 2000 reported a statistically significant association between occupational exposure to nitrosamines generally and mortality from esophageal cancer and lip/oral cavity/pharynx cancers combined, but no significant associations for mortality from other cancer subtypes, including genitourinary and other gastrointestinal cancers. It should be noted that there were only a small number of cancer deaths for each of the cancer sites: 21 bladder, 21 colon, 19 rectum, 13 esophagus, 9 liver, 15 pancreas, 44 gastric. The overall cohort size was small (n=8,933) and most analyses were likely underpowered. Notably, Straif reported only exposure to nitrosamines as a group, not NDMA specifically. Given the design of Straif, it is irrelevant to whether ranitidine increase the risk of any cancer.



Contains Confidential Information - Subject to Protective Order

analyses assumed all subjects remained in the same factory department throughout their careers and were employed until retirement at age 70, death or emigration. Birth year appears to be the only variable adjusted for in this study. The fact that almost every analysis in the Hidajat study resulted in a significant finding regardless of exposure or cancer mortality subtype questions the internal validity and methodology of the study and may reflect residual confounding due to the inability to adjust for potentially carcinogenic exposures. The Hidajat cohort was larger (n=36.441) but like Straif only assessed cancer mortality and not incidence.

There are numerous limitations to the Hidajat analysis. The primary analyses assumed all subjects remained in the same factory department (i.e., not necessarily in the same job) throughout their careers and were employed until retirement at age 70, death or emigration. Job information was available only for one year (1967) of the study, and exposure estimates were based on the area in the factory the person worked that year. The measurements that served as the basis for estimated exposure only covered 1977–2002. The exposure between 1915 and 1977 and between 2002 and 2015 was derived from mathematical modeling. Moreover, exposure estimates were based on a database of European rubber factories, which may not represent the facility where the subjects worked. The Hidajat exposure was estimated airborne NDMA exposure, which is different from oral exposure reading metabolic pathways, digestion, clearance, and tissue exposure. The authors had no information on smoking or other important cancer risk factors in this cohort of rubber workers, such as work in other industries, exposure to asbestos, or diet.

The NDMA exposure in Hidajat has 4 quartiles: quartile I: <3.12 year µg/m3 (407 378.9 person years); quartile II: 3.12–5.96 year µg/m3 (210 818.3 person years); quartile III: 5.96–9.67 year µg/m3 (133 681.9 person years); and quartile IV: >9.67 year µg/m3 (128 914.5 person years). These quartile values are the sum of estimated NDMA exposure levels from the start year of employment to the end year of employment.[13]

Of note, a study of the same cohort by McElvenny *et al.* (2018) provides seemingly inconsistent results. For example, the authors note that bladder cancer exhibited a strong decreasing SMR trend across decade (p=0.015) and only demonstrated a significantly increased SMR for those starting employment before 1930 (n=36) (1.89, 95% CI 1.37 to 2.63). Bladder cancer was the only a priori selected end point that was increased in workers starting before 1949 (n=170) (1.33, 95% CI 1.15 to 1.55), but not during or after 1949 (n=247) (1.06, 95% CI 0.94 to 1.20) (see online supplementary table 2). SMRs were significantly increased for bladder cancer only among those who worked in factories that used 1-naphthylamine and 2-naphthylamine prior to 1949 (n=156) (1.32, 95% CI 1.13 to 1.54). No increase was evident for those who started work in such factories after 1949 (n=165) (1.07, 95% CI 0.92 to 1.25), nor in facilities in which those substances had never been used (n=96) (1.10, 95% CI 0.90 to 1.34). Hidajat reported a significant dose-relationship with bladder cancer mortality and


Contains Confidential Information - Subject to Protective Order

cumulative NDMA exposure, but did not adjust for 1-naphthylamine or 2-naphthylamine, which the authors had previously reported may be a driver of bladder cancer risk in this cohort.[14]

## VIII. ASSESSMENT OF CAUSAL CRITERIA

As discussed above, the Bradford Hill framework is a commonly used framework to evaluate scientific evidence, with human data being the most reliable basis for understanding causation in humans.[15] If reliable, human epidemiological data demonstrate an association, the Bradford-Hill framework is useful to understand causation, however, it is not a checklist by which causation is established.

Because there is no reliable basis establishing a true/valid association between use of ranitidine and increased risk of cancer, there is no basis to apply causal criteria (i.e., there is no association that needs to be interrogated to determine whether it is a causal association). Nonetheless, for completeness, I have considered the Bradford-Hill criteria, and, in my opinion, they do not support a causal relationship between exposure to ranitidine and development of cancer, including cancers of the stomach, esophagus, liver, bladder, or pancreas. The analysis described below applies to each of the cancer types at issue.

### A. Strength of Association

Bradford Hill's strength criteria simply states that larger associations between exposure and disease are more likely to evidence a causal relationship than small associations. As I discuss above, bias and confounding are present and unavoidable to some extent in observational study designs. This is why the more recent evaluations of ranitidine and cancer incorporate design features to address the methodological issues relating to confounding by indication and reverse causation. In Bradford Hill's pragmatic

---

[14] Additional studies have investigated the association between occupational exposure to nitrosamines generally (not NDMA specific, and therefore even further removed from any purported relevance to NDMA exposure that may occur with ranitidine) and reported no association with pancreatic cancer (Fritschi 2015), gastric cancer (Cocco 1994; Krstev 2005), or gastric cancer mortality (Blum 1979; Cocco 1998; Cocco 1999). Overall, the findings on occupational nitrosamine exposure and cancer are inconsistent and do not provide any valuable or reliable insight on potential cancer risk with use of ranitidine. As noted previously, only studies of ranitidine exposure and cancer outcomes account for NDMA exposure that may occur in connection with use of ranitidine. The robust body of epidemiologic literature evaluating cancer outcomes in patients prescribed ranitidine does not support that ranitidine increases the risk of any particular type of cancer.

[15] Bradford Hill himself noted that a causal analysis proceeds after there is "an association between two variables, perfectly clear cut and beyond what we would care to attribute to the play of chance," and that "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and non can be required as a sine qua non." HILL, A B. "The Environment and Disease: Association or Causation?." Proceedings of the Royal Society of Medicine vol. 58,5 (1965): 295-300.



Contains Confidential Information - Subject to Protective Order

view of epidemiology as it was in the 1960's, the stronger an association is, the less likely it is due to underlying contributors (Hill used the example of chimney sweeps having a 200x risk of developing scrotal cancer). In other words, bias and confounding were less likely explanations for large associations, especially when limited to the study methodology present in Hill's era. Statistical significance has become the benchmark of the strength criteria.

As described above, no strong association has been observed between ranitidine and any cancer type. Moreover, observed associations generally either are minimized and lose significance (and, in some instances, are reversed) when ranitidine is compared to another acid-suppressing medication. There are no reported associations that are not likely to be the product of chance, bias or confounding. This criterion is not supported.

**B. Consistency**

To satisfy the consistency criterion, the association should be observed in multiple, well-designed epidemiological studies of different designs and in different populations. As described above, there are few, sporadic, statistically significant associations between ranitidine and increased risk of some cancers, typically when ranitidine is compared to non-use. There are no statistically significant increased risks when ranitidine is compared to another H2RA. There also are sporadic statistically significant associations between ranitidine and decreased risk of some cancers, particularly where ranitidine is compared to another acid-suppressing medication. In fact, there are numerically more reported statistically significant decreased risks in the ranitidine epidemiology studies than there are statistically significant increased risks. While determining whether the epidemiological data support a valid association involves much more than just counting up reported associations, there clearly is no consistent association between ranitidine and increased risk of any cancer. This criterion is not supported.

**C. Specificity**

Specificity refers to the concept that an association is more likely to be causal if the studied exposure, in this case ranitidine, produces a single effect or disease. Cancer, however, is not a single disease. Rather, there are significant pathological and clinical differences in various types of cancers. This is especially true for the types of cancers that Plaintiffs' experts claim are caused by ranitidine use, which include five different types of cancer. As discussed above, the published literature does not reliably demonstrate an association between ranitidine and any specific cancer type. Thus, the specificity criterion is not supported.

**D. Temporality**

At a basic level, the temporality criterion requires that, in order for an association to be causal, the exposure must precede the disease. The analysis is more complex


Contains Confidential Information - Subject to Protective Order

when assessing causal associations between exposures and cancer outcomes. Not only should an exposure precede the cancer outcome, but it should occur at a biologically relevant time, depending on the precise cancer type and the expected induction and latency period. As discussed above, studies using appropriate lag periods when assessing the risk of specific types of cancer following ranitidine use call into question the validity of certain studies reporting positive associations. Consequently, the temporality criterion weighs against causal inference.

### E. Biological Gradient (dose-dependent relationship)

Bradford Hill considered dose-dependent relationships an important aspect of causality. If the risk of the disease becomes higher with greater exposure levels and decreases with lower exposure levels, then the relationship is more likely to be causal. The available evidence on the dose-dependent relationship between cancer and ranitidine exposure is limited, but the available evidence does not support the existence of a dose-dependent relationship between ranitidine and any type of cancer. Another way to evaluate whether NDMA in ranitidine has an effect on cancer is to look at duration of use, or duration to diagnosis following first prescription. While not an estimate of "dose," it informs the idea that the longer one has been exposed to a carcinogen, the more likely a cancer may develop.

Iwagami 2021 analyzed the dose-dependent relationship between ranitidine and nizatidine use and cancer risk by grouping users by "defined daily doses" (DDDs), then comparing each group to non-users. The authors defined the "dose" of ranitidine and nizatidine as 300 mg, and the total number of doses was divided by the 365-day period of observation to determine the "defined daily dose." For example, an individual who ingested 300 mg of ranitidine 365 times over the period of 365 days would have a DDD score of 365. The authors observed that cancer risk numerically decreased with higher use of ranitidine and nizatidine, which is inconsistent with a causal effect of ranitidine on cancer:

| | | | | | |
|---|---|---|---|---|---|
| 1-180 DDDs | aHR | 1.03 | 0.98 | 1.08 | [n=77, vs 216 controls] |
| 181-365 DDDs | aHR | 1 | 0.73 | 1.39 | [n=77, vs 216 controls] |
| 366-730 DDDs | aHR | 0.95 | 0.61 | 1.48 | [n=77, vs 216 controls] |
| >730 DDDs | aHR | 0.83 | 0.45 | 1.55 | [n=77, vs 216 controls] |

Other studies on ranitidine's dose-dependent relationship with cancer analyze specific cancers. Like Iwagami 2021, no dose-dependent relationships are consistently observed in these studies.

McDowell 2021 examined a potential dose-dependent relationship with the risk of pancreatic cancer by grouping ranitidine users by the number of ranitidine prescriptions they filled. An individual was grouped into the "lower usage" if they filled 1-5 prescriptions and "higher usage" if they filled 6 or more prescriptions. The groups were each compared to individuals that did not receive any prescription ranitidine, and then


Contains Confidential Information - Subject to Protective Order

the higher use group was compared to the lower use group. The authors' findings do not show a dose-dependent relationship between ranitidine and pancreatic cancer:

| | | | | | |
|---|---|---|---|---|---|
| Lower usage vs never use (1-5 prescriptions) | aOR | 1.49 | 1.12 | 1.99 | [n=79, vs 230 controls] |
| Higher usage vs never use (6+ prescriptions) | aOR | 1.24 | 0.91 | 1.69 | [n=64, vs 212 controls] |
| Higher usage vs lower usage (1 year lag) | aOR | 1.20 | 0.88 | 1.63 | [n=64, vs 212 controls] |

Tran 2018 examined ranitidine's dose-dependent relationship with the risk of esophageal cancer by DDD. The authors' findings do not show a dose-dependent relationship:

| | | | | | |
|---|---|---|---|---|---|
| DDD ≤ 150 mg vs non-use | aOR | 3 | 1.84 | 4.9 | [n=47, vs 44 controls] |
| DDD > 150 mg vs non-use | aOR | 0.17 | 0.09 | 0.32 | [n=11, vs 157 controls] |

Cardwell 2021 examined whether higher ranitidine use led to a higher risk of bladder cancer by grouping ranitidine users by DDD. While a statistically significant trend was observed when no lag period was applied, no dose-dependent relationship was observed with a two-year lag:

| | | | | | |
|---|---|---|---|---|---|
| 1–182 DDDs vs non-use (2yr lag) | aOR | 1.26 | 1.07 | 1.49 | [n=214, vs 758 controls] |
| 182–365 DDDs vs non-use (2yr lag) | aOR | 1 | 0.72 | 1.4 | [n=58, vs 208 controls] |
| 365–1,095 DDDs vs non-use (2yr lag) | aOR | 1.26 | 0.98 | 1.62 | [n=106, vs 347 controls] |
| >1,095 DDDs vs non-use (2yr lag) | aOR | 1.29 | 0.94 | 1.77 | [n=77, vs 216 controls] |

Adami et al, evaluated upper gastrointestinal cancers, including esophageal, stomach, liver, and pancreatic cancers, and performed sensitivity analyses looking only at patients with at least 5 prescriptions, at least 10 prescriptions, and also those patients with 10 prescriptions and followed for at least 10 years (to identify patients who had to most exposure and were followed the longest). They found "no evidence of an increase in risk with a larger number of prescriptions," and "no evidence of a higher risk for esophageal, stomach or pancreatic cancer in association with long-term use of ranitidine vs. other H2RAs or PPIs." The liver cancer cases had insufficient numbers for the analysis of greater than 10 years of follow-up. Norgaard performed similar analyses on bladder and kidney cancer, and found "no dose response association when restricting to persons who redeemed at least five and persons who redeemed at least ten prescriptions." Overall, the available evidence does not support a dose-dependent relationship between ranitidine and cancer risk of any type. The criterion of dose-response is not supported.


Contains Confidential Information - Subject to Protective Order

***Dose Dependency Assessment in Valsartan Studies***

The valsartan epidemiology studies also support the lack of any dose-dependent relationship between using NDMA-contaminated medications and the risk of developing cancer. Both Pottegard 2018 and Gomm 2021 analyzed the dose-dependent relationship between the use of NDMA-contaminated valsartan and cancer risk.

Pottegard 2018 examined the dose-dependent relationship between cancer risk and consumption of NDMA-contaminated valsartan and found no dose-dependent relationship.

| | | | | | |
|---|---|---|---|---|---|
| < 20,000 mg | aHR | 1.15 | 0.83 | 1.59 | [n=3776] |
| 20,000-49k mg | aHR | 0.99 | 0.69 | 1.43 | [n=2836] |
| ≥ 50,000 mg | aHR | 1.11 | 0.82 | 1.5 | [n=5308] |

Gomm 2021 also examined the dose-dependent relationship between cancer risk (overall and of liver cancer specifically) and consumption of NDMA-contaminated valsartan. Higher exposure had no effect on cancer risk.

**"Potentially contaminated" valsartan and all cancer**

| | | **Overall** | | **Among Long-term valsartan users (use in at least 9 quarters within first 3 years of study period)** |
|---|---|---|---|---|
| 0-90 DDDs | aOR | 1.00 | (95% CI = 0.98-1.03) | 1.00 (95% CI = 0.86-1.17) |
| 90-170 DDDs | aOR | 1.01 | (95%CI = 0.99-1.04) | 1.03 (95% CI = 0.89-1.18) |
| 170+ DDDs | aOR | 0.98 | (95% CI = 0.95-1.00) | 0.91 (95% CI = 0.83-1.01) |

**"Potentially contaminated" valsartan and liver cancer**

| | | | | | |
|---|---|---|---|---|---|
| 0-90 DDDs | aOR | 1.15 | 0.98 | 1.34 | [n=122,479] |
| 90-170 DDDs | aOR | 1.19 | 1.02 | 1.4 | [n=136,734] |
| 170+ DDDs | aOR | 1.13 | 0.97 | 1.33 | [n=125,954] |

## F. Plausibility

The plausibility criterion requires the existence of a biologically plausible mechanism by which the studied exposure could cause the disease. This criterion, however, is necessarily limited by existing scientific knowledge about the etiology of the disease. Plausibility is akin to a hypothesis. Thus, the existence of a plausible mechanism is not determinative of causation. As discussed above, any discussion of plausibility is only relevant after the human data have been shown to be sufficient.



Contains Confidential Information - Subject to Protective Order

I have reviewed the FDA report that evaluated the question of whether ranitidine forms NDMA in the human body after ingestion (so-called endogenous formation) and that did not find any evidence that ranitidine contributes to endogenous NDMA. While NDMA may be present in some ranitidine drug products at an amount that exceeds regulatory thresholds as reported by FDA, the ranitidine epidemiology studies indicate that whatever amount of NDA may be present, it does not result in any operative effect to cause cancer. Thus, while a mechanism for NDMA to cause cancer in humans can be theorized based on animal data and *in vitro* experiments, the cancer outcomes data with ranitidine does not support that any such theoretical mechanism is actually happening with therapeutic use of ranitidine.

**G. Coherence**

Coherence refers to the tendency of the association to be logically consistent with available scientific knowledge about the disease. Without a scientifically sound, biologically plausible mechanism or reliable data demonstrating an association, it is difficult to assess coherence in the context of the purported relationship between ranitidine use and cancer. The lack of any consistent increased risk of cancer in the ranitidine epidemiology studies, and the existence of numerous statistically significant decreased risks of particular cancers, is not a coherent picture of ranitidine as a cancer causing exposure. Accordingly, this criterion is not supported.

**H. Experiment**

This criterion relates to the use of experimental evidence in assessing causation. Given the nature of the outcome of interest here, there is no experimental evidence (prospective, randomized trials) available. Thus, this criterion is not informative in assessing the causal relationship between ranitidine use and cancer. As discussed in the introduction, most of the causes of cancer were determined through observational, non-experimental studies. Thus, if there was consistent causal associations between ranitidine and different cancer types, we still would be able to evaluate it from the large number of studies that have been published on this topic.

**I. Analogy**

Analogy is the consideration of an association between a similar exposure and the outcome of interest. In pharmacoepidemiology, this criterion provides limited value, as drugs differ in important pharmacological and molecular properties. Nonetheless, I am not aware of reliable associations established for any other relevant exposures that supports a causal relationship between ranitidine and cancer. Moreover, the literature relating to other acid suppressing medicines and NDMA exposure generally does not demonstrate an increased risk of cancer in humans. Thus, the analogy criterion is not met. What is analogous, however, is the presence of confounding by indication in the studies of ranitidine and other acid suppressing medicines.


Contains Confidential Information - Subject to Protective Order

## IX. Summary & Conclusions

Based on my disciplinary background and experience in study design and analyses in cancer epidemiology, the existing epidemiologic data do not support an association, let alone a causal relationship, between ranitidine and cancer risk for any cancer, including the cancers alleged to be caused by ranitidine.

Further, as described above, the epidemiological data on dietary NDMA and cancer risk cannot reliably inform cancer risk with ranitidine for several important reasons, including: 1) the dietary studies do not examine exposure to ranitidine; 2) evidence suggests that diets higher in NDMA increase endogenous levels of NDMA, whereas ranitidine exposure does not; 3) evidence from many landmark trials suggests that dietary exposure cannot be equated to medication exposure in carcinogenesis; 4) the dietary studies do not adequately control for bias and confounding, as evidenced by the disparate results from case-control and cohort studies; and 5) even if the dietary data could be informative regarding ranitidine (which they are not), what data exists does not support a causal association between cancer and dietary nitrite, nitrate, or NDMA.

In reviewing the totality of the human evidence, which is necessary in order to determine causality, it is very clear the positive associations between ranitidine and risk of selected cancers that have been reported are sporadic, inconsistent, and due to a number of inherent biases, including confounding by indication, confounding generally, and reverse causation. These biases are best illustrated when initial findings become much weaker after considering the precursor underlying condition and/or lag time between medication use and cancer diagnosis. These biases are also further informed by the literature on the class of H2RA medications, which also provides evidence of confounding by indication. This underscores why it is critical that cancer risk with ranitidine is most reliably assessed by comparing ranitidine to another H2RA, or to another acid-suppressing medication, which has now been done in numerous large studies, across different databases and populations.

Another concern, particularly with some of the earlier studies, was the small number of cases examined and the number of comparisons performed, making it likely that some results may have resulted from chance and/or over-fitting the statistical model. Importantly, much larger studies have been published in recent years with better control of confounding and biases, and these studies overwhelmingly support no association between ranitidine and cancer overall, or any specific cancer. In connection with its review of ranitidine epidemiology, FDA came to a similar conclusion, noting that "when considering all cancer types, while each study had limitations (e.g., confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk." (Florian 2021).

In conclusion, it is my opinion, that the epidemiologic evidence does not support a reliable association, much less a causal relationship, between ranitidine and any type of cancer, including gastric, esophageal, liver, pancreatic, and bladder cancers.


Contains Confidential Information - Subject to Protective Order

If additional information becomes available, I reserve the right to supplement or update my opinions.

Dated: March 7, 2022



Contains Confidential Information - Subject to Protective Order

## X. TABLE 1. SUMMARY OF RANITIDINE EPIDEMIOLOGY STUDIES

| Study | Study Design | Years of Diagnosis | Average Follow-up Time | Exposure Assessment | H2RA Comparator | Assumptions about time | Analyses by intensity or duration? | Confounders Assessed | Cancers Assessed[16] |
|---|---|---|---|---|---|---|---|---|---|
| A. Penston 1990 | 436 patients, 13 with cancer | Up to 1990 | 1-9 years (2175 patient years) | Medical records of patients receiving maintenance ranitidine treatment for duodenal ulcer disease, before OTC use was available, average of 3-9 years exposure | No | | | | Multiple cancers, 13 total cancers in 12 patients |
| B. Chow 1995 | Case-control study with 196 cases and 196 controls within Kaiser | 1986-1992 | | Medical records for prescriptions and refills prior to 1 year before cancer diagnosis, analyzed underlying conditions separately, before OTC | Combined with H2RAs – did not report ranitidine separately in tables but refer to separate analyses in text | Examined years since last use and years since first use | 30% used H2RAs for 6 or more years | Controls matched for sex, year of birth, membership in plan; Abstracted other information from chart, including gastroesophageal disorders, medical history and lifestyle factors. | Esophageal, Gastric |
| C. Habel (2000) | Matched cohort, 1:10 matching<br>922 with ranitidine, 4,125 with cimetidine, and 49,229 matched unexposed | 1982-1987 dispensed, cancers followed until 1995 | 8-13 years | Medical records using Kaiser system data, dispensed medication, OTC not available during the time widow of data collection | Cimetidine in paper but results were published vs non-use, excluded the 131 individuals who were prescribed both | For breast and prostate reported risk for 0-11, 12-47, 48-83, and 84+ months following first prescription | Dose response analysis did not support stronger association with higher dose | Matching based on gender, birth year | Cases among ranitidine exposed - Bladder and kidney combined (n=7), colorectal (n=7), esophageal and gastric (n=6), pancreatic (n=5) |

16 This summary focuses on the following types of cancer: stomach/gastric, pancreatic, esophageal, liver, and bladder, as well as overall cancer.



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D. Tan (2018) | Nested case-control study, VA<br>29.536 cohort with Barrett's esophagus<br>300 cases with esophageal adenocarcinoma (EAC), 798 controls selected from full cohort with at least 1 year of VA care and at least 1 VA visit per year of follow-up | 2004-2009 for cohort identification up to 2011 for cancer diagnosis | 2-7 years but includes use prior to enrollment | Medical records, dispensed, OTC not included but more likely for cost to have the prescriptions filled within VA<br>Use was 1 year prior to Barrett's esophagus diagnosis up to 3 months prior to cancer diagnosis | H2 and PPIs, could have joint prescriptions, most common PPI was omeprazole, most common H2RA was ranitidine, mutual adjustment for PPI and H2RA and interactions with medications | Examined sensitivity analyses of use before Barrett's diagnosis, matched case-controls by time | Examined intensity, defined daily dose (DDD), and duration | Other medications smoking, BMI, sociodemographic and clinical characteristics, including history of GERD, adjusted for propensity for screening | Esophageal (n=300) |
| E. Tran (2018)a | Nested case-control study within Primary Care Clinical Informatics Unit (PCCIU), Scotland<br>434 cases, matched 1:5 2,103 controls | 1999-2011 cases diagnosed, prescriptions 1996 to 1 year before diagnosis | 5.6 years, range 1-8.6 years | Medical records, prescribed, OTC not included. Excluded subjects with less than 3 years of prescription records | H2RAs also examined and no association found, examined simultaneously | Only included exposures at least 1 year prior to index date | Calculated DDD based on WHO | Matched on birth year, sex, GP practice, obesity, comorbidities, including liver disease, medication use | Liver (n=434) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| E. Tran (2018)b | Cohort UK Biobank<br>471,669<br>182 liver cancer cases, 8 exposed | Baseline data collection 2006-2010, liver cancer cases assessed up until 2014 | 4-8 years | Self-reported by questionnaire and verified during verbal interview - includes OTC with median exposure year 5.5 (2-13 years) | Other H2RAs and PPIs also examined | Counted time from baseline, fixed effects | Did not show results by intensity or duration | Lifestyle, medical history, physical measures, medication , given only 8 exposed cases, model is subject to overfitting | Liver (n=182) |
| F. Liu (2020)a | Nested case-control study using Scottish PCCIU<br>database<br>1,119 cases<br>excluded individuals who had less than n3 years of records prior to index date<br>5,394 controls | 1999-2011 | Median 5 years (2-14) | Medical records prescribed - full database 1993-2011 but electronic database complete 1996 so started 1996, exposure period ended 1 year prior to index date, 1/3 of gastric cancer cases newly used PPI in year before diagnosis, 8% of cases used H2RA in year before diagnosis | H2RAs and PPIs, considered simultaneously | Compared 1, 2 and 3 year lag, also compared use within 1 year of diagnosis and 4-5 years before diagnosis | Examined intensity, defined daily dose DDD | Matched on age, sex, GP practice, adjusted for obesity, comorbidities, other medication use, alcohol and smoking | Gastric (n=1,119) |
| F. Liu (2020)b | UK Biobank, 471,779 cohort | Baseline 2006-2010;<br>Cancer diagnosis through record linkage 1 year after baseline through 2014 | 4.6 (IQR = 3.9-5.3) | Self-reported included OTC | PPIs and H2RAs | Applied 1 and 2 year lag | Did not show results by intensity or duration | Adjusted for age, sex, socioeconomic status, alcohol, smoking, BMI, comorbidities and other medication use | Gastric (n=250) |
| G. McDowell (2021) | Nested case-control study within PCCIU database<br>1,069 cases<br>4,729 controls | 1999-2011 cases diagnosed | 8.9 (6-11.7) length of exposure period | Medical record prescribed starting 1993 forward, no OTC but OTC in the UK is low - according to authors: "Ranitidine, for example, was licensed for OTC purchase in the UK January 1995…, but is only available OTC | Examined different medications but did not directly compare one to the other | Conducted sensitivity analyses using 2 and 1 year lag | Compared 6 or more prescriptions to lower usage, only the lower usage was statistically significantly associated with pancreatic cancer | Matched based on age, sex, GP practice, and date of registration<br>Other comorbidities using Charlson Comorbidity index, smoking status | Pancreatic (1069) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | for short-term use (less than 2 weeks), at low doses (75 mg) and for limited indications” | | | | | |
| H. Iwagami (2021) | Cohort 113,745 users of ranitidine and nizatidine compared to 503,982 users of other H2RAs | 2005-2018 | 2.4 years of follow-up, IQR (1.1-4.5) years | Claims database comprising employed workers and family members < 75 years, examining ranitidine and nizatidine, prescribed and dispensed, no OTC, excluded prevalent users during first 6 months of registration | Compared vs other H2RAs (cimetidine, famotidine, roxatidine, and lafutidine) | Censored individuals who used other H2RAs when they started using ranitidine or nizatidine, 3.5% crossed over | Examined duration and dose | Age, sex, comorbidities, Charlson index, characteristics of the H2RA groups were similar to each other with the exception of esophagitis | Any cancer (n=11,327)<br>Gastric (n=1,274), bladder (n=265), pancreas (n=525) |
| I. Yoon (2021) | 40,488 compared to 10,122 famotidine users cohort<br>excluded users of both medication | 2009-2011(exposure) to 2012-2018 (outcomes) | 7 years | Health Insurance database, Users needed to be on for one year exposure period – prescribed | Compared ranitidine users with famotidine | Counted time from first prescription, excluded joint users | Examined DDD and duration | Matched to famotidine group on sex, age, diabetes, and cumulative exposure | Overall cancer (3,783), liver (n=517), stomach (n=556), kidney (n=95), bladder (n=139) |
| J. Kantor (2021) | 459,204 cohort, UK Biobank | Baseline 2006-2010; Follow-up until 10/31/15 | 5-9 years, median follow-up time 6.7 years | Self-reported, regular use, most days for at least 4 weeks, OTC included, excluded users of both ranitidine and omeprazole for active comparator analyses, less than 1% of cohort reported use of both (n=820) | Comparison with omeprazole (PPI) as well as non-use | Compared effects within 5 years of follw-up and post follow-up | did not have data on duration | Compared effects based on strata of sex, age, BMI, and smoking status only 13 exposed cases so model may have been over-fitted | Overall cancer (n=26,230)<br>Secondary sites: liver (n=262), Kidney (n=700), bladder (n=554) |
| K. Kumar (2021) | Cohort of patients treated for Helicobacter pylori<br>Veterans Health Administration | 1998-2018, cancers until 2018<br>367 cancers in ranitidine group | Median follow-up of 4.4 years range IQR(1.7-9.2) | Medical records, receiving prescriptions for at least 30 days - did not include OTC but VA provides discount reduces likelihood of OTC outside of VA | Compared to H2RAs and PPI - ranitidine was the referent so association is the inverse | Excluded those who had medication initiated within 3 months of total follow-up time | In supplemental tables reported outcomes by time period quartiles | Age, sex, race/ethnicity, smoking, poverty level | Gastric Adenocarcinoma (n= 1,524) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 69,157 ranitidine, other H2RAs 6,559, PPI 203,789 | | | | | | | | |
| L. Cardwell (2021) | Nested case-control study within PCCIU database | Diagnosed between 1999-2011 | Median exposure was 8.4 years | Prescribed, OTC not included but only 10% of ranitidine purchased OTC in UK, exposure period began on January 1993 or most recent GP registration data if after Jan 1993 | Compared to H2RAs and PPI , non-use was specific to non-use of the main medication being compared | Excluded use within 1 year of diagnosis/index date for controls, also did sensitivity analyses based on removing use within 2 years of index - results did not change | Considered defined daily dose as defined by WHO, no dose response when considering H2RA comparator | Matched based on age, sex, GP practice and date of registration, adjusted for multiple comorbidities, conducted sensitivity analyses for control of alcohol and tobacco | Bladder (n=3,260) |
| | 3,260 cases 14,037 controls | | | | | | | | |
| | cases and controls were required to have at least 3 year of primary care records with same GP before index date | | | | | | | | |
| M. Kim Y (2021) | Cohort | Defined cohorts based on concurrent use up until diagnosis | cancers: esophageal, gastric, hepatocellular, pancreatic, and colorectal - 2009-2018, counted cancers if at least 1 year following initiation, supplement reported procedures for outcome validation | Medical records prescribed no OTC, concurrent users only | Compared with famotidine and omeprazole separately | Showed absolute incidence rates using person time comparing rates based on time until diagnosis up to 10 years but used logistic regression for comparisons across medications. | Examined incidence rates using person time by time until diagnosis of new malignancy | Different adjustments for each cancer site included where relevant tobacco use, diabetes, obesity, cirrhosis, viral hepatitis, age, gender, race | Esophageal (n=1990) |
| | | | | | | | | | Stomach (n=2000) |
| | | | | | | | | | Liver (n=10,840) |
| | US IBM electronic medical record registry | | | | | | | | Pancreas (n=3500) |
| | 581.028 ranitidine | | | | | | | | |
| | 909,970 famotidine | | | | | | | | |
| | 2,170,048 omeprazole | | | | | | | | |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N. Adami (2021) | Cohort<br>Danish Prescription Registry<br>1,093,787 | 1996-2008 exposure period – cancer through 2018 using Danish Cancer Registry | Median 14 years IQR range (10-18) | Medical Records - examined 5+ prescriptions and 10+ prescriptions dispensed | Compared to cimetidine and famotidine<br>Also compared to PPIs | Lag of 1 year | Conducted analyses restricting to those with at least 5 or 10 prescriptions, also report results separately for subcohort with at least 10 years of follow-up | Propensity Score weighting and inverse probability weighting used | Multiple<br>Esophageal (n=276)<br>Stomach(n=342)<br>Liver (n=133)<br>Pancreatic (n=517) |
| O. Kim S (2021) | Korean Health Insurance Data (n=1,025,340) of whom 40,887 selected based on H2RA and matched non-users, 13,629 per group | 2002-2013, 2002-2008 exposure window, 2009-forward cancer diagnoses, excluded users of PPIs | ~ 5 years based on person year calculations (4.95 years) | Medical records prescribed no OTC, selected individuals using H2RAs for more than 30 days between 2002-2008 (exposure window) | Compared to non-users and other H2RAs (cimetidine, famotidine, roxatidine, lafutidine) | Considered any exposure between 2002-2008 and cancer incidence only starting in 2009 | Did not examine duration | Propensity Score Matching based on age, sex, residential area, household income, disability, NSAID dose, history of smoking and alcohol use | Gastric (n=906) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| P. Norgaard (2021) | Cohort using the Danish National Prescription Registry linked with the Danish Cancer Registry, three groups compared, first time users of ranitidine, first time users of other H2RA, and first time users of PPIs. 31,393 initiators of ranitidine, 65,384 initiators of other H2RAs and 509,849 initiating PPI | 1996-2008, Cancer Follow-up through 2018 | 14 years IQR range 9-18 years for ranitidine, 15 years (IQR 7-19) for other H2RA, and 11 yeas (IQR 5-16) for PPI | Medical records prescribed no OTC, individuals selected who redeemed at least two prescriptions of same drug in 1996-2008 and had no prescriptions in 1995, excluded individuals who redeemed a prescription of one of the other drug categories before index date (second prescription), or between first and second | Compared to other H2RA and PPI | Started counting cancers at the date of the second prescription (index); also compared results by calendar period of treatment initiation | Conducted separate analyses for patients who filled 5 and 10 prescriptions rather than 2 and then based exclusion criteria using revised index date; also combined high exposure (10 prescriptions) and at least 10 years of follow-up after the 10th prescription | Did not have BMI or smoking but had an active comparator and considered age, date of study entry, comorbidities within the 10 years prior to index date; also used propensity score methods | Bladder (n=270 any bladder tumor in ranitidine users), conducted separate analyses for invasive only; kidney (n=107) |



Contains Confidential Information - Subject to Protective Order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

MARY BETH TERRY, PH.D.

# Exhibit A
# Curriculum Vitae

# CURRICULUM VITAE

## Mary Beth Terry, PhD

**Date of Preparation of CV:** March 1, 2022

**Present Title and Affiliation**
Professor
Department of Epidemiology
Columbia University
Mailman School of Public Health
722 West 168th Street, Room 1607
New York, New York 10032
mt146@columbia.edu
(212) 305-4915

**Academic Training**

1994 - 1999 PhD, Epidemiology
Columbia University
Graduate School of Arts and Sciences
New York, New York
Thesis: Smoking and Colorectal Adenoma Carcinoma Sequence: Methodologic issues involved in studying intermediate lesions. Advisor: Dr. Alfred Neugut.

1988 - 1990 MA, Economics, Field: Econometrics
University of Washington
Seattle, Washington

1985 – 1988 BA, International Affairs, *Magna cum laude*, *Phi Beta Kappa*
George Washington University
Washington, DC

**Academic Appointments**

2013– present Professor (with tenure)
Mailman School of Public Health
Department of Epidemiology
Columbia University
New York, NY

2009 – 2013 Associate Professor (with tenure)
Mailman School of Public Health
Department of Epidemiology
Columbia University
New York, NY

2006-2009 Associate Professor
Mailman School of Public Health

Department of Epidemiology
Columbia University
New York, NY

1999 - 2006 Assistant Professor
Mailman School of Public Health
Department of Epidemiology
Columbia University
New York, NY

1997 - 1999 Adjunct Faculty
Robert F. Wagner Graduate School of Public Service
Department of Epidemiology and Health Economics
New York University
New York, NY

**Traineeships**

Predoctoral fellowship award, National Cancer Institute (NCI) NRSA T32 Cancer Epidemiology Training Grant, Department of Epidemiology, Mailman School of Public Health, Columbia University (1994-1999)

National Cancer Institute (NCI) K07 Cancer Prevention Career Development Award, Department of Epidemiology, Mailman School of Public Health, Columbia University (2001-2006); funded first round, score 118.

American Cancer Society (ACS) Clinical Research Training Award for Junior Faculty, Department of Epidemiology, Mailman School of Public Health, Columbia University (2001-2003); funded first round.

**Professional Organizations and Societies with Positions Held**

American Association for Cancer Research
Member, Annual Meeting Educational Committee 2020
Member, Frontiers Program Committee 2012, Annual Meeting October 2012
Full member (2001-present)
Member, Molecular Epidemiology Group (2001-present)

American Epidemiological Association
Elected member, 2016 - present

American Society for Preventive Oncology
Program Committee Chair 2017-2018, Annual Meeting March 2018
Executive Board Member (2007-2014), Elected 2007
Program Committee, 2013-2014
Program Committee Chair 2010-2011, Annual Meeting March 2011
Screening Interest Group Chair, 2007-2014

Selection Committee for ASPO Board, 2009
*Founding committee member*, ASPO Junior Members Committee (1999-2005)
Member, Annual Meeting Program Committee 2001
Faculty, Student Workshop 2003

Society for Epidemiologic Research
Member (2002 – present)
Faculty, Student Dissertation Workshop 2012
Member, SER Planning Committee for Junior Members activities, June 2001

**Honors**

| | |
|---|---|
| 2018 | Susan Bulkeley Leadership Award, International Breast Cancer Network |
| 2015 | Provost's Leadership Fellows Award |
| 2013 | MSPH Dean's Excellence in Mentoring Award |
| 2011 | Nominated as a finalist for the Mailman School Teaching Excellence Award |
| 2010 | Glenda Garvey Teaching Academy, Columbia University |
| 2000 | Scholarship recipient, the Genetics Workshop, Jackson Laboratory, Maine |
| 1996 | Selected participant, Japan Summer Institute, National Science Foundation |
| 1996 | Awardee, the New Investigator's Workshop, American Society for Preventative Oncology, Bethesda, Maryland |
| 1995 | Scholarship recipient, the Histopathobiology of Neoplasia Workshop, American Association for Cancer Research, Keystone, Colorado |
| 1993 | SRA Staff Achievement Award (3 awardees out of 900 employees |
| 1992 | Systems Research Application (SRA) Project Team Excellence Award |
| 1988 - 1990 | Tamaki Fellowship for Graduate Study, University of Washington |
| 1988 | *Phi Beta Kappa,* George Washington University |
| 1988 | Wilbur J. Carr Award for Academic Achievement, George Washington University |

**Fellowship and grant support (Completed and in order of awarded)**

1. *p53* protein overexpression and intermediate colorectal neoplasia
   (Terry MB, PI)
   Type: Herbert I. Irving Cancer Center Pilot Award
   Period: 1999-2000
   $50,000 Total Direct Costs

2. *ADH3* genotype, alcohol intake and breast cancer risk among high-risk women
   (Terry MB, PI)
   Type: Herbert I. Irving Cancer Center Pilot Award
   Period: 2000-2001
   $50,000 Total Direct Costs

3. Folate Intake, Genetic Susceptibility and Risk of Breast Cancer

(Chen J, PI; Terry MB, Subcontract PI)
Type: Department of Defense Breast Cancer Research Program Idea Award

Period: 3/1/2000-2/28/2003
$300,000 Total Costs; $60,000 subcontract

4. Early Determinants of Adult Health
(Susser E, PI; Terry MB, Project PI)
Type: NICHD P01 Program Project
Period: 12/1/2000-11/30/2005
$3,601,291 Total Costs

5. R25 MBRS Initiative for Minority Student Development (IMSD)
(Abraido-Lanza A, PI; Terry MB, co-investigator)
IMSD at Columbia University's Mailman School of Public Health
Period: 1/1/2001-12/31/2004
$466,790 Total Direct Costs

6. Alcohol intake, metabolism and breast and esophageal cancer risk
Terry MB, Principal Investigator (PI)
Type: American Cancer Society Clinical Research Training Award for Junior Faculty
Period: 1/1/2001 – 12/31/2003
$272,253 Total Costs; $217,802 Total Direct Costs

7. Early Determinants of Breast Cancer Risk
(Terry MB, PI)
Type: NCI K07
Period: 5/1/2001 – 4/30/2006
Total costs: 615,532, Total Direct Costs: 569,937

8. Early Life Factors and Breast Cancer Risk
(Terry MB, PI)
Type: Army Idea Award
Period: 1/1/2002-8/31/2006
Total costs: 490,500, Total Direct Costs 300,000

9. Training Program in Cancer Epidemiology, Biostatistics and Environmental Health Sciences
(Neugut AI, PI; Terry MB, Co-investigator)
Type: NIH/NCI T32
Period : 8/16/2002-7/31/2013 $1,936,098 Total Costs

10. Early Life risk factors and breast cancer risk among African Americans
(Terry MB, PI)
Type: Jean Sindab Foundation Pilot Award
Period: 2002-2003
$50,000 Total Direct Costs

11. Ethnic Variations in Factors Influencing Breast Cancer Risk
    (Borrell L, PI; Terry MB, Co-PI)
    Type: NIH P20 Pilot Award
    Period: 7/1/2002-6/30/2003
    $53,894 Total Costs

12. Racial differences in mammographic density
    (Terry MB, PI)
    Type: Jean Sindab Foundation Pilot Award
    Period: 2003-2004
    $50,000 Total Direct Costs

13. Early Determinants of Mammographic Density
    (Terry MB, PI)
    Type: NCI R01
    Period: 8/01/2004 – 5/31/2011
    $2,059,095 Total Direct Costs

14. Potential modification of the effect of alcohol on breast cancer risk
    (Terry MB, PI)
    Type: Robert Wood Johnson Foundation Award
    Period: 9/1/2004-6/30/2005
    $99,171 Total Costs, $90,983 Total Direct Costs

15. In Utero Organochlorine Exposure and Breast Density
    (Cohn B, PI; Terry MB, subcontract PI)
    Type: NCI RO1
    Period: 12/01/2005-11/31/2010
    $221,628 Subcontract Total Costs

16. Use of Hormone-containing hair products and mammographic density
    (Terry MB, PI)
    Type: Jean Sindab Foundation Pilot Award
    Period: 2005-2007
    $25,000 Total Direct Costs

17. Adherence to Breast Cancer Screening among different ethnic groups
    (Kudadjie-Gyamfi E, PI; Terry MB, Co-PI)
    Type: NIH P20 Pilot Award
    Period: 2005-2006
    $50,000 Total Costs

18. Metropolitan New York Registry of Breast Cancer Families
    (MB Terry, PI)
    Type: NCI U01

Period: 7/01/2006-06/30/2011
452,832 Total Direct Costs per year

19. Mammographic Density among Afro-Caribbean Women
(PI Mary Beth Terry)
Type U54 Pilot
Period 9/1/06-8/30/08
Total Costs $160,000

20. Dietary modification, calcium/vitamin D supplementation, and change in breast density
(Rohan T, PI; Terry MB, Co-investigator)
Type: Albert Einstein Pilot Award
Period: 10/1/2006-9/30/2007

21.Energy Balance and Breast Cancer Risk, Junior Faculty Training Grant
(Primary Mentor, Mary Beth Terry, Fang Fang Zhang, awardee)
Type: Susan B Koman Junior Faculty Training Grant
Period 9/1/08-8/30/10

22.Fundamental Causes of Social Disparities in Cancer Survival
(Mentor, Mary Beth Terry, Parisa Tehranifar, awardee)
Type: Lance Armstrong Foundation
Period 1/1/09-12/30/10
$109,984 Total Costs

23.Establishing a Columbia Medical Center Biobank
(Chung W, PI, Terry MB Coinvestigator)
Type: NIH CTSA Award
Period: 2009-2010

24. Exploring Persistent Epigenetic Changes After Prenatal Famine Exposure in Humans.
(Lumey L, PI, Terry MB co-PI)
Type: NIH RC1 Challenge Grant
Period: 9/01/09-8/31/11
600,000 Direct Costs

25. BFIT: Cancer Prevention Pilot Study
(Crew K PI, Terry MB Co-PI Greenlee H Co-PI)
Type: NIH CTSA Award
Period: 2011-2013

26. Determinants of Mammographic breast density in Hispanic, African American and White women (Tehranifar P PI, Primary Mentor, Terry MB)
Type: Susan B Komen Career Catalyst Award
Period: 5/1/11-4/30/14

27. Epigenetic, Molecular Markers and Breast and Ovarian Cancer
    (Genkinger J PI, Terry MB co-investigator)
    Type: Women at Risk Pilot Award
    Period 2012-13

28. Epigenetics and Breast and Ovarian Cancer in High Risk Women
    (Genkinger J PI, Terry MB co-investigator)
    Type: NIEHS Center Pilot Award
    Period 2012-13

29. PEDIGREE: Prenatal Environmental Determinants of Inter-Generational Risk
    (Multiple PI: Contact PI: Cohn B, PI; Terry MB, PI)
    Type: NIEHS R01
    Period: 1/01/2011 – 4/30/2015
    $1,498,995

30. Multilevel Determinants of Breast Cancer Risk: Translating Research into Intervention
    (Tehranifar P PI, Primary Mentor, Terry MB)
    Type: NCI 1K07CA151777-01A1
    Period 2011-2016

31. Legacy: A Cohort of Youth from Families from The Breast Cancer Family Registry
    (Terry MB, PI)
    Type: NCI R01
    Period: 1/01/2011 – 12/31/2016
    $3,153,830 Total Direct Costs

32. Genes, Environment, and Breast Cancer Risk: the 15 year Followup of Prof-SC
    (Multiple PI: Contact PI: Terry MB; Hopper J, PI)
    Type: NCI R01
    Period: 7/1/2011-6/30/2018
    $ 8,907,569 Total Direct Costs

33. Breast Cancer Family Registry Cohort
    (Multiple PI: Terry MB, Hopper J, Andrulis I, Daly M, John E (contact))
    Type: NCI U01
    Period: 2012-18
    $2,723,075 FY Total Costs

34. DNA Repair, DNA methylation, and Breast Cancer Risk
    (Santella RM, PI; Terry MB Co-PI)
    Type: The Breast Cancer Research Foundation)
    Period: 10/1/2004-9/30/2018
    $200,000 Total Costs per year

35. Host epigenetic and mitochondrial function in HIV-infected children
(Kuhn L PI, Terry MB co-I)
Type: NICHD R01
Period: 2012-17

36. Increasing breast cancer chemoprevention in the primary care setting
(Crew K PI, Terry MB co-I)
Type: NCI R01
Period: 2014-2019

37. Risk and penetrance of mutations from breast cancer testing panels
(Couch, Goldgar, Nathanson, Terry MB co-I)
Type: NCI P30
Period: 2014-2019

38. Epigenetics, Modifiable Factors and Ovarian Cancer Risk
(Genkinger J PI, Terry MB co-I)
Type: NCI R01
Period: 2015-2021

39. Pregnancy and Prenatal PAHs and other Environmental Exposures and Breast Cancer
(Terry MB PI, Miller R PI)
Type: NIEHS U01
Period: 2015-2021

40. Impact of breast density information disclosure in racially diverse populations
(Tehranifar P PI, Terry MB co-I)
Type: NIMHHD R01
Period: 2016-2021

41. Integrating Mammograms in Analyses of Genes and Environment in Sisters (IMAGES)
(Tehranifar P PI, Terry MB co-I)
Type: NCI U01
Period: 2017-2021

42. Modeling the dynamics of young onset colorectal cancer using big population data
(Yang W PI, Terry MB co-I)
Type: Data Science Institute SEED Pilot
Period: 2020-2021

**Fellowship and grant support (Active)**

43. Quantile Analysis Tools for Sequcencing and EQTL Studies.
(Wei Y PI, Terry MB co-I)

Type: NHI/NHGRI
Period: 2016-2022

44. Herbert Irving Comprehensive Cancer Center
(Rutsgi A, PI, Director Schwartz G, Deputy Director,
Terry MB, Associate Director for Population Science and Community Outreach and Engagement
Type: NIH/NCI P30 CA13696
Period: 07/01/03-06/30/25

45. Training Program in Cancer-Related Population Sciences
(Neugut AI, Terry MB MPI)
Type: NCI T32
Period 2017-22

46. Breast Cancer Family Registry Cohort
(Multiple PI: Terry MB (contact), Hopper J, Andrulis I, Daly M, Buys S, John E)
Type: NCI U01
Period: 2018-2023

47. DNA Repair Phenotype the Missing Link in Breast Cancer Risk Asessment
(Multiple PI: Terry MB (contact), Brenner, Wu)
Type: NCI U01
Period: 2018-2023

48. Environmental Exposures, Epigenetics and Breast Cancer Risk
(Santella PI, Terry MB co-PI)
Type: The Breast Cancer Research Foundation, No award number
Period 2004-2022

49. Polycyclic Aromatic Hydrocarbons (PAH) and Breast Cancer Risk
(Byrne C PI, Terry MB Partnering PI)
Type: DOD Breakthrough Award
Period: 2020-2024

50. EHR-based Genomic Risk Assessment and Management for Diverse Populations
(Multiple PI: Weng, Hripcsak, Kiryluk, Chung, Terry MB co-I)
Type: NHGRI U01
Period: 2020-2025

51. Clinical and Translational Science Award
(Reilly PI, Terry MB co-I)
Type: NCATS/NIH UL1
Period: 2016-2023

52. Data Science Institute, Course Development Grant for Designing New Undergraduate Course in Data Science and Heath Equity in New York City (2020-2022)

53. DISRUPT: Diversity & Inclusion in Scientific Research Underpinning Prevention & Therapeutic Trials
    (Terry MB PI)
    Type: StandUp to Cancer, No award number
    Period: 2021-2025

54. UNCOVER: Underlying novel causes of onset of very early cancer research
    (Yang PI, Terry MB co-I)
    Type: NCI R01
    Period: 2021-2026

55. Data Science Institute, Course Development Grant for Designing New Medical School Course in Data Science and Heath Equity (2021-2023)

56. Center to Improve Chronic disease Outcomes through Multi-level and Multi-generational approaches Unifying Novel Interventions and Training for health EquitY (The COMMUNITY Center)
    (Multiple PI: Terry MB (contact), Shimbo, Williams, Phillips, Cohn, Hershman)
    Type: NIHMD
    Period: 2021-2026

**University and Departmental Leadership and Committees**

*University-wide Committees and Service: Columbia University*

Tenure Review Advisory Committee (2014-2017)
Provost Leadership Fellows Program (2015- 2017)

*Medical Center-wide Committees and Service: Columbia University Medical Center*

Associate Director for Population Science and Community Outreach and Engagement (2019- present) Herbert Irving Comprehensive Cancer Center (HICCC)
Associate Director for Education, HICCC (2012-2019)
Co-Leader, Cancer Population Sciences, HICCC (2019-present)
Co-Leader, Cancer Epidemiology, HICCC (2007-2019)
Co-Chair, CUIMC Committee on Adddressing Structural Racism, Community Outreach Working Group
CUIMC Academy for Communnity Service (2019-present)
Co-Chair, HICCC annual symposium (2010-2011)
Faculty reviewer, K12 program, Irving Center CTSA (2011-present)
Faculty reviewer, T35 program, CUMC (2012-present)
Faculty reviewer, Irving Institute/CTO Application Review 2012-present)
Member, Columbia University Medical Center, Inquiry Committee, Ad-hoc, Investigating Research Misconduct Inquiry (2016-2017)
Member, Herbert Irving Comprehensive Cancer Center, Population Science Search

Committee (2007-2010, Chair: Alfred Neugut)
Member, Herbert Irving Comprehensive Cancer Center, Biostatistics Core Resource Faculty Search Committee (2008-2009, Chair: Venkatraman E. Seshan)
Member, Columbia University Medical Center, Inquiry Committee, Ad-hoc, Investigating Research Misconduct Inquiry (2007, Chair of Standing Committee: Stephan Goff)
Member, Columbia University Medical Center, Inquiry Committee, Ad-hoc, Investigating Research Misconduct Inquiry (2016)

*School-wide Service: Mailman School of Public Health*
Co-Chair MSPH Community Action Corps (2020-2021)
Member, Interdisciplinary Research Task force (2017-2018)
Member, Precision-Medicine Task Force (2014-2015)
Member, Biostatistics Chair Search Committee (2012, Chairs: Sandro Galea, Wafaa El-Sadr)
Member, Sociomedical Science Chair Search Committee (2010-2011, Chairs: Michael Sparer, Ruth Ottman)
Member, Curriculum Renewal Task Force (2010-2011, Chair: Sandro Galea)
Chair, Ongoing Curricular Review Committee (2010-2011).
Member, Core Curriculum Development Committee (2010-2012)

*Departmental Service: Department of Epidemiology, Mailman School of Public Health*
Director, Chronic Disease Faculty Unit (2013-present)
Co-Chair, Epidemiology Search Committee (2017-present)
Member, Chair's Leadership Group (2013-present)
Chair, Methodology Examination Committee (2004-2013)
Certificate Lead: Advanced Epidemiologic Methods (2012-2014)
Doctoral Steering Committee (2011-2013)
Steering Committee, IMPRINTS Center (2006-present)
Member, Methodology Examination Committee (1999-2013)
Member, Curriculum Committee (1999-2012)
Member, Diversity Committee (2001-2009)
Member, Masters' Committee (1999-2001)

**External Collaborative Positions Held**
Deputy Chair, Followup Working Group, Breast Cancer Family Registry (2007-present)
Chair, Publications Committee, Breast Cancer Family Registry (2006- 2015)

**Boards**
NCI Board of Scientific Counselors, DCEG, 2018-present
External Advisory Board, UC Davis Cancer Center, 2019-present
External Advisor, University of Maryland Cancer Center, Population Science Program, 2019-present
External Advisor, Johns Hopkins Cancer Epidemiology Training Grant, 2021-present
External Advisor, Georgetown University Cancer Epidemiology Training Grant, 2021-present
External Advisor, Moffit Cancer Center Cancer Epidemiology Training Grant 2020-

present
Cancer Genetics Editorial Board PDQ, National Cancer Institute, 2014-present
Elected Member, ASPO Executive Board, American Society for Preventive Oncology, 2007-2012
Elected Member, Alumni Executive Board, Mailman School of Public Health, Columbia University, New York, NY, 2001-2010
Member Advisory Board, The Arkansas Women's Health Cohort (Spit for the Cure), University of Arkansas Medical Center, 2009-2015
Invited Member, Advisory Board for the Patient-Oriented Research Master's Program (MS/POR) of the Mailman School of Public Health, 2009-present
Invited Member, Scientific Advisory Council, City University of New York, School of Public Health, 2009 – 2015
External Advisory Board Keystone Program, Fox Chase Cancer Center, 2011-2012

**Teaching experience and responsibilities**

Courses taught

Data Science for Health Equity (Undergraduate course), Course Professor, Columbia University, Fall 2020, Fall 2021

Epidemiology III, Course Professor, Columbia University
(third required methodology course for graduate students)
Enrollment (110 students in Fall Semester, 25-40- in summer session)
Fall 2000, Fall 2001, Fall 2003, Summer 2004, Summer 2005, Summer 2006, Summer 2007, Summer 2008, Fall 2008, Summer 2009, Fall 2009, Summer 2010, Fall 2010, Fall 2011, Fall 2012, Fall 2013, Summer 2014, Fall 2017, Summer 2018, Summer 2019, Summer 2020

Epidemiology I, Advanced Course for Medical Fellows, Summer 2009, Summer 2010, Summer 2011, Summer 2012, Summer 2013, Summer 2014

Data Visualization, Course Professsor, Columbia University, 2016 (Executive Format)

Reach for the First, CTSA course on writing the First R01, twice a year in the Fall and Spring Semesters consecutively taught from 2009-2020

Advanced Epidemiologic Methods, Course professor, French School of Advanced Studies in Public Health (EHESP), Winter 2009, Winter 2010, Winter 2011, Winter 2012, Winter 2013, Winter 2014, Winter 2015, Winter 2016, Winter 2017, Winter 2018, Fall 2018, Winter 2019, Fall 2019, Winter 2020, Fall 2020, Winter 2021, Winter 2022

Epidemiology Core Course: Fall 1999, Course Director, Columbia University
Enrollment (> 225)

Guest lecturer for the following courses: Genetics of Aging, Topics in Nutrition, Cancer Epidemiology and Public Health, Chronic Disease Epidemiology, Molecular Epidemiology, Perinatal Epidemiology, Field Methods

Epidemiology and Health Economics, NYU, 1997-1998

Courses taught for Lay Community

Cancer Prevention, High School and CURE programs, 2018-present, New York City
Cancer Prevention, Community Settings, Washington Heights
Project Lead, Era of Hope Faculty, 2011. Breast Cancer Epidemiology: Update on Findings and review of Methods

Students Mentored (All students based at Columbia University unless noted*)

Postdoctoral fellows

1) Jonine Figeroa, PhD, 2004-2005, tenure-track investigator NCI, currently Chancellor's Fellow, Deanery of Molecular, Genetic and Population Health Sciences, Usher Institute, Centre for Population Health Sciences, Scotland
2) Jing Shen, MD, 2003-2006, Research Faculty Rutgers (co-mentor with Dr. Regina Santella).
3) Parisa Tehranifar, 2006-2009, Associate Professor, Columbia University, Dept of Epidemiology.
4) Hui Chen Wu, 2009-2011, Assistant Professor, Environmental Sciences, Columbia University, Dept of Environmental Health Sciences.
5) Jasmine McDonald, 2011-2014, Assistant Professor, Columbia University, tenure track.
6) Lissette Delgado-Cruzato, 2011-2012, Co-Mentor with Dr. Regina Santella, Associate Professor, John Jay College.
7) Tomi Akinyemiju, 2012-2014, Co-Mentor with Dr. Parisa Tehranifar, Associate Professor, Duke University
8) Lauren Houghton, 2014- 2018, Assistant Professor, Columbia University, tenure track.
9) Nur Zeinomar, 2015- 2020, Assistant Professor, Rutgers
10) Rebecca Kehm, 2017-2020, Associate Research Scientists, Columbia University

Predoctoral fellows (dissertation sponsor)

1) Fang Fang Zhang (sponsor), 2001-2006, Folate Metabolism and Stomach Cancer Risk, Dissertation awarded Distinction. Current Position: Associate Professor, Tufts University
2) Tamarra James (sponsor), 2002-2008, Hair Products and Breast Cancer Risk, Current Position: Research Faculty, Harvard School of Public Health
3) Heba Tawfik (sponsor), 2006- 2011, Prenatal and Early Life Exposures and Timing of Menopause

4) Heidi Mochari (sponsor), 2008- 2010, Family-level intervention on Chronic Disease Risk factors, Associate Research Scientist, Columbia University, Department of Medicine.
5) Megan Work (sponsor), 2010-2018, Tumor heterogeneity and breast cancer risk among high-risk women, Bayer Global Oncology
6) Laura Reimers (sponsor), 2012-2017, Benign Breast Disease and Epigenetic Markers, Pfizer
7) Mandy Goldberg (sponsor), 2016-2019, Early-life Origins of Breast Development, Current Position, Postdoctoral Fellow, NIEHS
8) Sabine Oskar (sponsor), 2018-2021, Environmental Exposures and Adolescent Breast Development, Merck Research Analyst

Predoctoral fellows (second reader, thesis committee)

1) Sybil Eng, 1999-2002, Body Size, Physical Activity and Breast Cancer Risk, Past Position, Epidemiologist, Pfizer, Current Position, Associate Research Scientist, Columbia University.
2) Lydia Zablotska, 2000-2001, Radiation Exposure and Cancer Risk, Current position, Assistant Professor UCSF.
3) Jamie Geier, 2003-2006, Comorbidity of IBS and depression, Epidemiologist, Pfizer.
4) George Friedman-Jimenez, 2011-2012, Mortality Experience of Nuclear Submariners in the U.S. Navy, Professor of Epidemiology, NYU.
5) Mary Kilty, 2012-2015. Early childhood height growth and depression and depression and working memory outcomes in middle age adults.
6) Nicole Leoce, 2014-2016. Risk Models with Competing Risks.
7) Ayana April-Sanders, 2018-2021, ACE and pubertal development

Predoctoral fellows (Chair, thesis committee)

1) Heidi Jones, 2009-2010, Use of Mathematical Modeling for Cervical Cancer Screening.
2) Steven Markowitz, 2010-2012, Asbestos, Asbestosis, Smoking and Lung Cancer.
3) Samantha Garbers, 2010-2012, Randomized Controlled Trial of a Low Literacy Computer Module to Improve Contraceptive Method Choice
4) Jennifer Ferris, 2012-2018, Epigenetics and Ovarian Cancer Risk

Predoctoral fellows (thesis committee)

1) Denise Esserman, 2003-2006, Frailty Models, (Biostatistics), Current Position, Postdoctoral Research Scientist, University of North Carolina.
2) Nancy Niguilda, 2001-2006, 4-ABP-DNA Adducts, Polymorphisms of Metabolizing Enzymes and *p53* Mutations in Breast Tissue (Environmental Science), Current Position, Science Writer.
3) Jennifer Zipprich, 2004-2007, Oxidative Stress and Breast Cancer Risk (Environmental Health Science), Current Position: CDC EIS officer.

4) Juan Wisnivesky, 2007-2009, Use of Instrumental Variables for Examining Treatment Effects (Biostatistics). Assistant Professor, Mount Sinai Medical School
5) *Xinran Xu, 2009, A Population-Based Study of One-carbon Metabolism and Breast Cancer, Mount Sinai School of Medicine.
6) Wenfei Zhang, 2009- present, Use Quantile Based Methods for Survival Analyses (Biostatistics)
7) Sha Nanshi, 2009- 2011, Investigating Change Points in Quantile Regression Models (Biostatistics)
8) Maya Kappil, 2011-2013, DNA repair phenotype in high risk women (Environmental Health Sciences)
9) Emily Zabor, 2016- present. Statistical methods for the study of etiologic heterogeneity (Biostatistics)
10) Stephanie Shiao, 2014-2017. Perinatal transmission of HIV and its effect on outcomes and biomarkers (Epidemiology).

*Dissertation defended at outside institution.

Masters Thesis Sponsor (primary)

1) Julia Meurling (2006)
2) Megan Work (2006)
3) Jennifer Ferris (2006)
4) Adey Tsega (2005)
5) Julie Flom (2008)
6) Sujata Naranyan (2006)
8) Summer White (2007)
9) Tara Kalra (2008)
10) Carmen Guerra (2009)
11) Ann Johnston (2010)
12) Risa Roppongi (2011)
13) Laxmi Modeli (2011)
14) Abhishek Goyal (2012)
15) Tarik Makiti (2012)
16) Kristina Astone (2012)
17) Neomi Kornhouser (2013)
18) Xialing Wang (2013)
19) Ashley Tsai (2013)
20) Kelsey Kirkwood (2014)
21) Annabel Acs (2014)
22) Lauren Young (2014)
23) Jessica Kan (2015)
24) Muxing Guo (2015)
25) Dina Oluwaseyi (2016)
26) Kathleen Tatem (2016)
27) Jaclyn Pierce (2017)
28) Kelsey Monson (2017-2018)
29) Shamin Sahebzada (2017-2018)

30) Sarah Lima (2019)
31) Julie Paone (2019)
32) Talar Habeshian (2019)
32) Lauren Carlson (2020)
33) Naveen Qureshi (2020)
34) Amanda Howeth (2020)
35) Narges Ghoroubi (2020)
36) Nicole Rutishauser (2020) EHESP
37) Sara Elsayed (2020) EHESP
38) Matreja, Priyal (2021)
39) Pratik Pokharel (2021) EHESP
40) Hayley Kunde (2022) EHESP
41) Sandra Godoy (2022) EHESP
42) Conall O Deasmhunaigh (2022) EHESP
43) Christina Zettler (2022) EHESP

Masters Thesis Sponsor (secondary)
1) Nicola Meyer
2) Andrea Dierlein
3) Abigail Hunt
4) Lisa Rosenblatt
5) Shobana Ramachandran
6) Melissa Carlson
7) Yin Cao
8)Hoda Elmasry
9) Cristina Valdovinos
10) Kelly Piersanti

Other mentoring activities

Co-Director, NCI CURE 2015- present. Oversee cohort of 12 students every year and match students to laboratory mentors, Summer 2020, 2021 online summer enrichment program daily programming for over 100 students.

Mentor, NCI CURE program to foster interest in cancer research among minority high-school and college students; supervised two summer internships for minority students

Mentor, Initiative Minority Student Development (IMSD) program to foster interest in public health among minority graduate students; supervised one student

Mentor, Bronx Science High School, Ocean Side High School, and Montclaire High School Research Track (2010-2012)

**Other Professional Activities: Peer Review Panels**

International Panels:

Member, Scientific Review Panel, National Cancer Institute of Canada (February 2007)

Member, Scientific Review Panel, National Cancer Institute of Canada (February 2008)
Member, Medical Research Council (UK) Ad-hoc Review Committee, 2009
Member, Scientific Review Panel, National Cancer Institute of Canada (February 2010)
Chair, Scientific Review Panel, National Cancer Institute of Canada (February 2011)
Member, Medical Research Council (UK) Ad-hoc Review Committee, 2016
Reviewer, Breast Cancer Now (UK) Ad-hoc Review Committee, 2017

NIH panels:
Member, Scientific Review Group (EDC2), NCI/NIH (February 2001)
Member, Scientific Review Group (EDC2), NCI/NIH (June 2003)
Member, Scientific Review Group (ZRG 1HOP N02), NCI/NIH (July 2004)
Member, Scientific Review Group (ZRG 1HOP N03), NCI/NIH (November 2006)
Member, Scientific Review Group (ZRG 1HOP N03 M), NCI/NIH (November 2007)
Standing Member, Scientific Review Group (NCI-F), Nominated 2008, Term from January 2009- January 2012, Committee to Review Training Grant Applications and Career Development Awards.
Member, Scientific Review Group (NIH/EPIC Member CF SEP) NCI/NIH (June 2009)
Member, National Heart Lung Blood Institute, NIH Women's Health Initiative Contract Renewal (May 2010)
Member, Site-Visit Team, Minnesota Cancer Comprehensive Center (June 2013)
Member, NCI K22 Scientific Review Committee (NCI ZCA1 RTRB) (April 2014)
Member, Site-Visit Team, Minnesota Comprehensive Cancer Center (June 2015)
Member, Site-Visit Team, UC Davis Comprehensive Cancer Center (February 2016)
Member, Ad-hoc NCI, P01 Program Review committee (October 2016)

Other Governmental Panels:
Member, Molecular Biology and Genetics Panel 2, Department of Defense, Breast Cancer Research Program (August 2006)
Member, Review Committee for the NCI Nutritional Epidemiology Branch, May 2009
Member, Review Committee for the NCI Hormonal Branch, October 2014
Member, NCI Site-Visit Team, Epidemiology and Biostistics Program Office (October 2017)
Member, NCI Branch Review, Metabolomics Branch (June 2018)
Member, NCI Board of Scientific Counselors, DCEG (2018-2021)

State Panels:
Member, Prostate Cancer Review Panel, Massachusetts State Department of Health (November 2000)
Member, Breast Cancer Review Panel, Massachusetts State Department of Health (September 2001)
Member, Ohio State University and Cancer Center, Population Science Review Committee (2012-present)

**Editorial and Peer-review Service**

Editor: International Journal of Epidemiology 2011-present
Editorial Advisory Board, Cancer, 2012- present
Cancer Epidemiology Section Editor, Current Epidemilogy Reports 2019- present
Editorial Board, Cancer Causes and Control, 2021-present
Editorial Board, Breast Cancer Research, 2020-present
Editorial Board, International Journal of Environmental Research and Public Health, 2021-present

**Other journal review service:**

American Journal of Epidemiology
Annals of Internal Medicine
Annals of Epidemiology
Biomed Central
Birth Defects Research: Clinical and Molecular Teratology
Cancer
Cancer Causes and Control
Cancer Detection and Prevention
Cancer Epidemiology Biomarkers and Prevention
Cancer Research
Carcinogenesis
Clinical Cancer Genetics
Epidemiology
European Journal of Cancer
International Journal of Cancer
International Journal of Epidemiology
Journal of the American Medical Association
Journal of the National Cancer Institute
Journal of Urban Health
Journal of Women's Health
Nature Genetics
New England Journal of Medicine

**Abstract Review Committee – Invited Reviewer**

American Association for Cancer Research, Cancer Prevention 2008 Annual Meeting
American Society for Preventive Oncology, 2008 Annual Meeting
American Society for Preventive Oncology, 2010 Annual Meeting
American Society for Preventive Oncology, 2011 Annual Meeting
American Association for Cancer Research, Science of Health Disparities, 2014 Annual Meeting

**Publications**
*** Denotes Lead or Senior Author**

A. Original Peer-Reviewed Journal Articles

1. *__Terry MB__, Skovron ML, Garbers S, Sonnenschein E, and Toniolo P. Frequency of cosmetic breast augmentation among U.S. women, 1963-1988. Am J Publ Health 1995; 85(8): 1122-24.

2. Gammon MD, Wolff MS, Neugut AI, **Terry MB**, Britton JA, Greenebaum E, Hibshoosh H, Levin B, Wang Q, and Santella R. Treatment for breast cancer and blood levels of chlorinated hydrocarbons. Cancer Epidemiol Biomarkers Prev 1996; 5:467-471.

3. Neugut AI, Horvath K, Whelan RL, **Terry MB**, Garbowski GC, Bertram A, Forde K, Treat MR, and Waye J. The effect of calcium and vitamin supplements on recurrence and incidence rates of colorectal adenomatous polyps. Cancer 1996; 78:723-8.

4. Neugut AI, **Terry MB**, Hocking G, Mosca L, Garbowski GC, Forde KA, Treat MR, and Waye J. Leisure and occupational and physical activity and risk of colorectal adenomatous polyps. Int J Cancer 1996; 68:744-8.

5. Allendorf JDF, Bessler M, Whelan RL, Trokel M, Laird DA, **Terry MB**, Treat MR: Better preservation of immune function after laparoscopic-assisted versus open bowel resection in a murine model. Dis Col Rect 39 (10 Suppl) S 67-72, 1996.

6. Gammon MD, Wolff MS, Neugut AI, **Terry MB**, Papadopoulos K, Levin B, Wang Q, Santella RM. Temporal variation in chlorinated hydrocarbons in healthy women. Cancer Epidemiol Biomarkers Prev 1997; 6:327-332.

7. Allendorf JDF, Bessler M, Whelan RL, Trokel M, Laird DA, **Terry MB**, Treat MR: Postoperative immune function varies inversely with the degree of surgical trauma in a murine model. Surgical Endoscopy 1997; 11(5): 427-30.

8. Garbers S, **Terry MB**, Toniolo P. Accuracy of self-report of breast implants. Plastic and Reconstructive Surgery 1998; 101:1773-6.

9. *__Terry MB__, Neugut AI. Smoking and the colorectal adenoma-carcinoma sequence: A hypothesis to Explain the Paradox. Am J Epidemiol 1998; 147(10): 1-8.

10. Bose S, Wang SI, **Terry MB**, Hibshoosh H, Parsons R. Allelic loss of chromosome 10q23 is associated with invasion in breast carcinoma. Oncogene 1998; 17 (1): 123-7.

11. Gammon MD, Hibshoosh H, **Terry MB**, Shikha Bose, Schoenberg JA, Brinton LA, Bernstein JL, Thompson WD. Cigarette smoking and other risk factors in relation to p53

expression in breast cancer among young women. Cancer Epidemiol Biomarkers Prev 1999; 8:255-263.

12. Nastiuk KL, Mansukhani M, **Terry MB**, Kularatne P, Rubin MA, Melamed J, Gammon MD, Ittmann M, Krolewski JJ. Common mutations in BRCA1 and BRCA2 do not contribute to early prostate cancer in Jewish men. The Prostate, 1999: 40:172-177.

13. Gammon MD, Hibshoosh H, **Terry MB**, Shikha Bose, Schoenberg JA, Brinton LA, Bernstein JL, Thompson WD. Oral contraceptive use and HER-2/*neu* positive breast cancer among young women. Cancer Epidemiol Biomarkers Prev 1999; 8: 413-19.

14. Sonnenschein E, Toniolo P, **Terry MB**, Bruning PF, Kato I, Koenig KL, Shore RE. Body fat distribution and obesity in pre- and postmenopausal breast cancer. Int J Epidemiol 1999; 28(6):1026-31.

15. ***Terry MB**, Neugut AI, Schwartz S, Susser E. Risk factors for a causal intermediate and an endpoint: reconciling differences. Am J Epidemiol 2000; 151(4): 339-345.

16. Santella RM, Gammon MD, Zhang YJ, Motykiewicz G, Young TL, Hayes SC, **Terry MB**, Schoenberg JB, Brinton LA, Bose S, Teitelbaum SL, Hibshoosh H. Immunohistochemical analysis of polycyclic aromatic hydrocarbon-DNA adducts in breast tumor tissue. Cancer Lett 2000;154(2):143-149.

17. Huang EH, Whelan RL, Gleason NR, Maeda JS, **Terry MB**, Lee SW, Neugut AI, Forde KA. Increased incidence of colorectal adenomas in follow-up evaluation of patients with newly diagnosed hyperplastic polyps. Surgical Endoscopy 2001; 15(7): 646-8.

18. Lan Q, Feng Z, Tian D, He X, Rothman N, Tian L, Lu X, **Terry MB**, Mumford JL. p53 gene expression in relation to indoor exposure to unvented coal smoke in Xuan Wei, China. J Occup Environ Med 2001;43(3):226-30.

19. ***Terry MB**, Desvarieux M, Short M. Temporal trends in tuberculosis hospitalization rates before and after directly observed therapy implementation: New York City 1988-1995. Infection Control and Hospital Epidemiology 2002; 23(4): 221-3.

20. ***Terry MB**, Neugut AI, Bostick RM, Sandler RS, Haile R, Jacobson JS, Fenoglio-Preiser C, Potter JD. Risk factors for advanced colorectal adenomas: a pooled analysis. Cancer Epidemiol Biomarkers Prev 2002; 11: 622-629.

21. ***Terry MB**, Neugut AI, Bostick RM, Potter JD, Haile R, Fenoglio-Preiser C. Reliability in the classification of Advanced colorectal Adenomas. Cancer Epidemiol Biomarkers Prev 2002; 11: 660-663.

22. Gammon MD, Neugut AI, Santella RM, Teitelbaum SL, Britton JA, **Terry MB**, Eng SM, Wolff MS, Stellman SD, Kabat GC, Levin B, Bradlow HL, Hatch M, Beyea J, Camann D, Trent M, Senie R, Garbowski G, Maffeo C, Montalvan P, Berkowitz G, Kemeny M,

Citron C, Schnabel F, Schuss A, Hajdu S, Vinceguerra V, Collman GW, Obrams GI. The Long Island Breast Cancer Study Project: Description of a multi-institutional collaboration to identify environmental risk factors for breast cancer. Breast Cancer Research and Treatment 2002; 74:235-254.

23. Gammon MD, Santella RM, Neugut AI, Eng SM, Teitelbaum SL, Paykin A, Levin B, **Terry MB**, Young TL, Wang LW, Wang Q, Britton JA, Wolff MS, Stellman SD, Hatch M, Kabat GC, Senie R, Garbowski G, Maffeo C, Berkowitz G, Kemeny M, Citron M, Schuss A, Hajdu S, Vinceguerra V. Environmental toxins and breast cancer on Long Island. I. Polycyclic aromatic hydrocarbon (PAH)-DNA adducts. Cancer Epidemiology, Biomarkers and Prevention 2002;11: 677-85.

24. Gammon MD, Wolff MS, Neugut AI, Eng SM, Teitelbaum SL, Britton JA, **Terry MB**, Levin B, Stellman SD, Kabat GC, Hatch M, Senie R, Berkowitz G, Bradlow HL, Garbowski G, Maffeo C, Montalvan P, Kemeny M, Citron M, Schnabel F, Schuss A, Hajdu S, Vinceguerra V, Santella RM. Environmental toxins and breast cancer on Long Island. II. Organochlorine compounds in blood. Cancer Epidemiology, Biomarkers and Prevention 2002; 11: 686-97.

25. ***Terry MB**, Gammon MD, Schoenberg JB, Brinton LA, Arber N, Hibshoosh H. Oral Contraceptive use and Cyclin D1 overexpression in breast cancer among young women. Cancer Epidemiol Biomarkers Prev 2002; 11: 1100-3.

26. Motykiewicz G, Faraglia B, Wang L, **Terry MB**, Senie RT, Santella RM. DNA repair capacity in lymphoblasts from sisters discordant for breast cancer. Environ Mol Mutagen 2002; 40: 93-100.

27. ***Terry MB**, Neugut AI, Mansukhani M, Waye JD, Harpaz N, Hibshoosh H.Tobacco, Alcohol, and p53 Overexpression in Early Colorectal Neoplasia. BMC Cancer. 2003; 3:29.

28. Narayan G, Arias-Pulido H, Koul S, Vargas H, Zhang FF, Villella J, Schneider A, **Terry MB**, Mansukhani M, Murty VV. Frequent Promoter Methylation of CDH1, DAPK, RARB, and HIC1 Genes in Carcinoma of Cervix Uteri: Its Relationship to Clinical Outcome. Mol Cancer. 2003;2-24.

29. Narayan G, Pulido HA, Koul S, Lu XY, Harris CP, Yeh YA, Vargas H, Posso H, **Terry MB**, Gissmann L, Schneider A, Mansukhani M, Rao PH, Murty VV. Genetic analysis identifies putative tumor suppressor sites at 2q35-q36.1 and 2q36.3-q37.1 involved in cervical cancer progression. Oncogene. 2003;22(22):3489-99.

30. Chang S, Buist DS, Reid M, **Terry MB**, Trentham-Dietz A. The characteristics and training of professionals in cancer prevention and control: a survey of theAmerican Society for Preventive Oncology. Cancer Epidemiol Biomarkers Prev. 2004;13(7):1094-8.

31. Gammon MD, **Terry MB**, Arber N, Chow WH, Risch HA, Vaughan TL, Schoenberg JB, Mayne ST, Stanford JL, Dubrow R, Rotterdam H, West AB, Fraumeni JF Jr, Weinstein IB, Hibshoosh H. Nonsteroidal anti-inflammatory drug use associated with reduced incidence of adenocarcinomas of the esophagus and gastric cardia that overexpress cyclin D1: a population-based study. Cancer Epidemiol Biomarkers Prev. 2004;13(1):34-9.

32. Gaudet MM, Britton JA, Kabat GC, Steck-Scott S, Eng SM, Teitelbaum SL, **Terry MB**, Neugut AI, Gammon MD. Fruits, vegetables, and micronutrients in relation to breast cancer modified by menopause and hormone receptor status. Cancer Epidemiol Biomarkers Prev. 2004;13(9):1485-94.

33. Rao PH, Arias-Pulido H, Lu XY, Harris CP, Vargas H, Zhang FF, Narayan G, Schneider A, **Terry MB**, Murty VV. Chromosomal amplifications, 3q gain and deletions of 2q33-q37 are the frequent genetic changes in cervical carcinoma. BMC Cancer. 2004;4(1):5.

34. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Josephy PD, Ambrosone CB. Myeloperoxidase genotype, fruit and vegetable consumption, and breast cancer risk. Cancer Res. 2004; 64(20):7634-9.

35. ***Terry MB**, Gammon MD, Zhang FF, Tawfik H, Teitelbaum SL, Britton JA, Subbaramaiah K, Dannenberg AJ, Neugut AI. Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk. JAMA. 2004; 291(20):2433-40.

36. ***Terry MB**, Gammon MD, Zhang FF, Eng SM, Sagiv SK, Paykin AB, Wang Q, Hayes S, Teitelbaum SL, Neugut AI, Santella RM. Polymorphism in the DNA repair gene XPD, polycyclic aromatic hydrocarbon-DNA adducts, cigarette smoking, and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2004; 13(12):2053-8.

37. Gammon MD, Sagiv SK, Eng SM, Shantakumar S, Gaudet MM, Teitelbaum SL, Britton JA, **Terry MB,** Wang LW, Wang Q, Stellman SD, Beyea J, Hatch M, Kabat GC, Wolff MS, Levin B, Neugut AI, Santella RM. Polycyclic aromatic hydrocarbon-DNA adducts and breast cancer: a pooled analysis. Arch Environ Health. 2004; 59(12):640-9.

38. *Shen J, **Terry MB**, Gammon MD, Gaudet MM, Teitelbaum SL, Eng SM, Sagiv SK, Neugut AI, Santella RM. MGMT genotype modulates the associations between cigarette smoking, dietary antioxidants and breast cancer risk. Carcinogenesis. 2005; 26(12):2131-7.

39. Eng SM, Gammon MD, **Terry MB**, Kushi LH, Teitelbaum SL, Britton JA, Neugut AI. Body Size Changes in Relation to Postmenopausal Breast Cancer among Women on Long Island, New York. Am J Epidemiol. 2005;162(3):229-37.

40. Shantakumar S, Gammon MD, Eng SM, Sagiv SK, Gaudet MM, Teitelbaum SL, Britton JA, **Terry MB**, Paykin A, Young TL, Wang LW, Wang Q, Stellman SD, Beyea J, Hatch M, Camann D, Prokopczyk B, Kabat GC, Levin B, Neugut AI, Santella RM. Residential

environmental exposures and other characteristics associated with detectable PAH-DNA adducts in peripheral mononuclear cells in a population-based sample of adult females. J Expo Anal Environ Epidemiol 2005; 65(4): 1606-14.

41. Chen J, Gammon MD, Chan W, Palomeque C, Wetmur JG, Kabat GC, Teitelbaum SL, Britton JA, **Terry MB**, Neugut AI, Santella RM. One-carbon metabolism, MTHFR polymorphisms, and risk of breast cancer. Cancer Res. 2005; 65(4):1606-14.

42. Shen J, Gammon MD, **Terry MB**, Wang L, Wang Q, Zhang F, Teitelbaum SL, Eng SM, Sagiv SK, Gaudet MM, Neugut AI, Santella RM. Polymorphisms in XRCC1 modify the association between polycyclic aromatic hydrocarbon-DNA adducts, cigarette smoking, dietary antioxidants, and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2005;14(2):336-42.

43. Kennedy DO, Agrawal M, Shen J, **Terry MB**, Zhang FF, Senie RT, Motykiewicz G, Santella RM. DNA repair capacity of lymphoblastoid cell lines from sisters discordant for breast cancer. J Natl Cancer Inst. 2005; 97(2):127-32.

44. Gaudet MM, Gammon MD, Santella RM, Britton JA, Teitelbaum SL, Eng SM, **Terry MB,** Bensen JT, Schroeder J, Olshan AF, Neugut AI, Ambrosone CB. MnSOD Val-9Ala Genotype, Pro- and Anti-oxidant Environmental Modifiers, and Breast Cancer Among Women on Long Island, New York. Cancer Causes Control. 2005; 16 (10):1225-34.

45. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Ambrosone CB. No association between glutathione peroxidase Pro198Leu polymorphism and breast cancer risk. Cancer Epidemiol Biomarkers Prev 2005; 10:2459-61.

46. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Nowell S, Davis W, Garza C, Neugut AI, Ambrosone CB. Associations between Breast Cancer Risk and the Catalase Genotype, Fruit and Vegetable Consumption, and Supplement Use. Am J Epidemiol. 2005; 162(10): 943-52.

47. Santella RM, Gammon M, **Terry M**, Senie R, Shen J, Kennedy D, Agrawal M, Faraglia B, Zhang F. DNA adducts, DNA repair genotype/phenotype and cancer risk. Mutat Res. 2005; 592 (1-2): 29-35.

48. Krop I, Parker MT, Bloushtain-Qimron N, Porter D, Gelman R, Sasaki H, Maurer M, **Terry MB,** Parsons R, Polyak K. HIN-1, an inhibitor of cell growth, invasion, and AKT activation. Cancer Res. 2005; 65(21):9659-69.

49. Stevens RG, Cohen RD, **Terry MB**, Lasley BL, Siiteri P, Cohn BA. Alcohol consumption and serum hormone levels during pregnancy. Alcohol. 2005; 36(1):47-53.

50. ***Terry MB**, Gammon MD, Zhang FF, Britton JA, Teitelbaum SL, Neugut AI, Kabat.

Lifetime Alcohol intake and breast cancer risk. Annals of Epidemiology 2006; 16(3):230-40.

51. *Shen J, **Terry MB**, Gammon MD, Gaudet MM, Teitelbaum SL, Eng SM, Sagiv SK, Neugut AI, Santella RM. IGHMBP2 Thr671Ala polymorphism might be a modifier for the effects of cigarette smoking and PAH-DNA adducts to breast cancer risk. Breast Cancer Res Treat. 2006; 99(1):1-7 (listed incorrectly in Medline as Beth Terry M)

52. ***Terry MB**, Gammon M, Zhang F, Knight JA, Wang Q, Britton J, Teitelbaum S, Neugut A, Santella R. *ADH3* genotype, alcohol intake, and breast cancer risk. Carcinogenesis 2006; 4:840-7

53. *Rossner P Jr, **Terry MB**, Gammon MD, Zhang FF, Teitelbaum SL, Eng SM, Sagiv SK, Gaudet MM, Neugut AI, Santella RM. OGG1 polymorphisms and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2006;15(4):811-5.

54. Rossner P Jr, Gammon MD, **Terry MB**, Agrawal M, Zhang FF, Teitelbaum SL, Eng SM, Gaudet MM, Neugut AI, Santella RM. Relationship between urinary 15-F2t-isoprostane and 8-oxodeoxyguanosine levels and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2006;15(4):639-44.

55. Kabat GC, O'Leary ES, Gammon MD, Sepkovic DW, Teitelbaum SL, Britton JA, **Terry MB**, Neugut AI, Bradlow HL. Estrogen metabolism and breast cancer. Epidemiology. 2006;17(1):80-8.

56. Cleveland RJ, Gammon MD, Edmiston SN, Teitelbaum SL, Britton JA, **Terry MB**, Eng SM, Neugut AI, Santella RM, Conway K. IGF1 CA repeat polymorphisms, lifestyle factors and breast cancer risk in the Long Island Breast Cancer Study Project. Carcinogenesis. 2006; 27(4):758-65.

57. *Shen J, Desai M, Agrawal M, Kennedy DO, Senie RT, Santella RM, **Terry MB**. Polymorphisms in nucleotide excision repair genes and DNA repair capacity phenotype in sisters discordant for breast cancer. Cancer Epidemiol Biomarkers Prev. 2006; 15(9):1614-9.

58. McGuire V, John EM, Felberg A, Haile RW, Boyd NF, Thomas DC, Jenkins MA, Milne RL, Daly MB, Ward J, **Terry MB,** Andrulis IL, Knight JA, Godwin AK, Giles GG, Southey M, West DW, Hopper JL, Whittemore AS; kConFab Investigators. No increased risk of breast cancer associated with alcohol consumption among carriers of BRCA1 and BRCA2 mutations ages <50 years. Cancer Epidemiol Biomarkers Prev. 2006; 15(8):1565-7.

59. Buist DS, Kanetsky PA, Studts JL, Li L, **Terry MB**, Trentham-Dietz A, Chang S; American Society of Preventive Oncology Junior Members Interest Group. Recruiting and training leadership through professional societies: a report from the American

Society of Preventive Oncology Junior Members Interest Group. Cancer Epidemiol Biomarkers Prev. 2006; 15(7):1422-4.

60. Borrell LN, Castor D, Conway FP, **Terry MB**. Influence of nativity status on breast cancer risk among US black women. J Urban Health. 2006; 83(2):211-20.

61. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Eng SM, Zhang Y, Garza C, Ambrosone CB. Effects of glutathione S-transferase A1 (GSTA1) genotype and potential modifiers on breast cancer risk. Carcinogenesis. 2006; 27(9):1876-82.

62. Gaudet MM, Bensen JT, Schroeder J, Olshan AF, **Terry MB**, Eng SM, Teitelbaum SL, Britton JA, Lehman TA, Neugut AI, Ambrosone CB, Santella RM, Gammon MD. Catechol-O-methyltransferase haplotypes and breast cancer among women on Long Island, New York. Breast Cancer Res Treat. 2006; 99(2):235-40.

63. Shen J, Gammon MD, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM. Genetic polymorphisms in the cyclooxygenase-2 gene, use of nonsteroidal anti-inflammatory drugs, and breast cancer risk. Breast Cancer Res. 2006;8(6):R71.

64. Shantakumar S, **Terry MB**, Teitelbaum SL, Britton JA, Millikan RC, Moorman PG, Neugut AI, Gammon MD. Reproductive factors and breast cancer risk among older women. Breast Cancer Res Treat. 2007; 102 (3) 365-74.

65. Shantakumar S, **Terry MB**, Paykin A, Teitelbaum SL, Britton JA, Moorman PG, Kritchevsky SB, Neugut AI, Gammon MD. Age and Menopausal Effects of Hormonal Birth Control and Hormone Replacement Therapy in Relation to Breast Cancer Risk. Am J Epidemiol. 2007; 165(10): 1187-98.

66. ***Terry MB,** Perrin M, Salafia CM, Zhang FF, Neugut AI, Teitelbaum SL, Britton J, Gammon MD. Preeclampsia, Pregnancy-related Hypertension, and Breast Cancer Risk. Am J Epidemiol. 2007; 165 (10): 1187-98.

67. ***Terry MB**, Knight JA, Zablotska L, Wang Q, John EM, Andrulis IL, Senie RT, Daly M, Ozcelik H, Briollais L, Santella RM. Alcohol metabolism, alcohol intake, and breast cancer risk: a sister-set analysis using the Breast Cancer Family Registry. Breast Cancer Res Treat. 2007; 106 (2): 281-8.

68. *Zhang FF, **Terry MB**, Hou L, Chen J, Lissowska J, Yeager M, Zatonski W, Chanock S, Morabia A, Chow WH. Genetic polymorphisms in folate metabolism and the risk of stomach cancer. Cancer Epidemiol Biomarkers Prev. 2007; 16(1):115-21.

69. Harlap S, Paltiel O, Friedlander Y, Calderon-Margalit R, Deutsch L, Kleinhaus KR, Manor O, Neugut AI, Opler M, Perrin MC, **Terry MB**, Tiram E, Yanetz R. Prostate cancer in fathers with fewer male offspring: the Jerusalem Perinatal Study cohort. J Natl Cancer Inst. 2007; 99(1):77-81.

70. *Shen J, **Terry MB**, Gurvich I, Liao Y, Senie RT, Santella RM. Short telomere length and breast cancer risk: a study in sister sets. Cancer Res. 2007; 67(11):5538-44.

71. Perrin MC, **Terry MB**, Kleinhaus K, Deutsch L, Yanetz R, Tiram E, Calderon-Margalit R, Friedlander Y, Paltiel O, Harlap S. Gestational diabetes and the risk of breast cancer among women in the Jerusalem Perinatal Study. Breast Cancer Res Treat. 2008; 108(1): 129-35.

72. ***Terry MB**, Wei Y, Esserman D. Maternal, Birth, and Early-Life Influences on Adult Body Size in Women. Am J Epidemiol. 2007; 166(1): 5-13.

73. Rossner P Jr, **Terry MB**, Gammon MD, Agrawal M, Zhang FF, Ferris JS, Teitelbaum SL, Eng SM, Gaudet MM, Neugut AI, Santella RM. Plasma protein carbonyl levels and breast cancer risk. J Cell Mol Med. 2007;11(5):1138-48.

74. Crew KD, Gammon MD, **Terry MB**, Zhang FF, Agrawal M, Eng SM, Sagiv SK, Teitelbaum SL, Neugut AI, Santella RM. Genetic polymorphisms in the apoptosis-associated genes FAS and FASL and breast cancer risk. Carcinogenesis. 2007; 28(12):2548-51.

75. Crew KD, Gammon MD, **Terry MB**, Zhang FF, Zablotska LB, Agrawal M, Shen J, Long CM, Eng SM, Sagiv SK, Teitelbaum SL, Neugut AI, Santella RM. Polymorphisms in nucleotide excision repair genes, polycyclic aromatic hydrocarbon-DNA adducts, and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2007; 16(10):2033-41.

76. Perrin MC, **Terry MB**, Kleinhaus K, Deutsch L, Yanetz R, Tiram E, Calderon R, Friedlander Y, Paltiel O, Harlap S. Gestational diabetes as a risk factor for pancreatic cancer: a prospective cohort study. BMC Med. 2007; 5:25.

77. Steck SE, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Santella RM, Gammon MD. Interactions among GSTM1, GSTT1 and GSTP1 polymorphisms, cruciferous vegetable intake and breast cancer risk. Carcinogenesis. 2007; 28(9):1954-9.

78. Zhang FF, Hou L, **Terry MB**, Lissowska J, Morabia A, Chen J, Yeager M, Zatonski W, Chanock S, Chow WH. Genetic polymorphisms in alcohol metabolism, alcohol intake and the risk of stomach cancer in Warsaw, Poland. Int J Cancer. 2007; 121(9):2060-4.

79. Harlap S, Davies AM, Deutsch L, Calderon-Margalit R, Manor O, Paltiel O, Tiram E, Yanetz R, Perrin MC, **Terry MB**, Malaspina D, Friedlander Y. The Jerusalem Perinatal Study cohort, 1964-2005: methods and a review of the main results. Paediatr Perinat Epidemiol. 2007; 21(3):256-73.

80. ***Terry MB**, Gammon MD, Zhang FF, Vaughan TL, Chow WH, Risch HA, Schoenberg JB, Mayne ST, Stanford JL, West AB, Rotterdam H, Blot WJ, Fraumeni JF Jr, Santella

RM. Alcohol dehydrogenase 3 and risk of esophageal and gastric adenocarcinomas. Cancer Causes Control. 2007;18(9):1039-46.

81. Shen J, Gammon MD, **Terry MB**, Teitelbaum SL, Eng SM, Neugut AI, Santella RM. Xeroderma pigmentosum complementation group C genotypes/diplotypes play no independent or interaction role with polycyclic aromatic hydrocarbons-DNA adducts for breast cancer risk. Eur J Cancer. 2008. 44(5): 710-7. PMCID: PMC2390906

82. Chen Y, Gammon MD, Teitelbaum SL, Britton JA, **Terry MB**, Shantakumar S, Eng SM, Wang Q, Gurvich I, Neugut AI, Santella RM, Ahsan H. Estrogen-biosynthesis Gene CYP17 and Its Interactions with Reproductive, Hormonal and Lifestyle Factors in Breast Cancer Risk: Results from from the Long Island Breast Cancer Study Project. Carcinogenesis. 2008; 29(4): 766-71.

83. ***Terry MB**, Buist DSM, Trentham-Dietz AT, James-Todd TM, Liao Y. Nonsteroidal Anti-inflammatory Drugs and Change in Mammographic Density: A Cohort Study using Pharmacy Records on Over 29,000 Postmenopausal Women. Cancer Epidemiol Biomark Prev. Cancer Epidemiol Biomarkers Prev. 2008; 17(5):1088-95.

84. Neuhausen SL, Ozcelik H, Southey MC, John EM, Godwin AK, Chung W, Iriondo-Perez J, Miron A, Santella RM, Whittemore A, Andrulis IL, Buys SS, Daly MB, Hopper JL, Seminara D, Senie RT, **Terry MB**; Breast Cancer Family Registry.BRCA1 and BRCA2 mutation carriers in the Breast Cancer Family Registry: an open resource for collaborative research.Breast Cancer Res Treat. 2009; 116(2): 379-86. PMCID: PMC2775077

85. *Machella N, **Terry MB**, Zipprich J, Gurvich I, Liao Y, Senie RT, Kennedy DO, Santella RM. Double-strand breaks repair in lymphoblastoid cell lines from sisters discordant for breast cancer from the New York site of the BCFR. Carcinogenesis. 2008;29(7):1367-72.

86. ***Terry MB**, Ferris J, Pilsner R, Flom J, Santella RM, Gamble MV, Susser E. Genomic DNA methylation among women in a multiethnic New York City birth cohort. Cancer Epidemiol Biomarkers Prev 2008.17(9):2306-10.

87. Sprague BL, Trentham-Dietz A, **Terry MB**, Nichols HB, Bersch AJ, Buist DS. Fertility drug use and mammographic breast density in a mammography screening cohort of premenopausal women. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3128-33. PMCID: PMC2621442

88. Breast Cancer Family Registry; Kathleen Cuningham Consortium for Research into Familial Breast Cancer (Australasia); Ontario Cancer Genetics Network (Canada). Smoking and risk of breast cancer in carriers of mutations in BRCA1 or BRCA2 aged less than 50 years. Breast Cancer Res Treat. 2008;109(1):67-75.

89. Shen J, Gammon MD, **Terry MB**, Wang Q, Bradshaw P, Teitelbaum SL, Neugut AI, Santella RM. Telomere length, oxidative damage, antioxidants and breast cancer risk. Int J Cancer. 2009; 124(7): 1637-43. PMCID: PMC2727686

90. *Figueroa JD, **Terry MB**, Gammon MD, Vaughan TL, Risch HA, Zhang FF, Kleiner DE, Bennett WP, Howe CL, Dubrow R, Mayne ST, Fraumeni JF Jr, Chow WH. Cigarette smoking, body mass index, gastro-esophageal reflux disease, and non-steroidal anti-inflammatory drug use and risk of subtypes of esophageal and gastric cancers by P53 overexpression. Cancer Causes Control 2009; 20(3): 361-8. PMCID: PMC2726999

91. ***Terry MB,** Howe G, Preston-Martin S, Pogoda JM, Zhang FF, Ahlbom A, Choi WN, Giles GG, Little J, Lubin F, Menegoz F, Ryan P, Schlehofer B. An international case-control study of adult diet and brain tumor risk: a histology-specific analysis by food group. Annals of Epidemiology 2009; 19(3): 161-71.

92. *Tehranifar P, Liao Y, Ferris J, **Terry MB**. Life course Socioeconomic Conditions, Passive Tobacco Exposure and Adult Women's Cigarette Smoking Status. Cancer Causes and Control 2009; 20(6): 867-76.

93. ***Terry, MB,** Tehranifar P, Flom J, Susser E. Studying the Role of Early Life on Women's Health: The New York Women's Birth Cohort. Pediatric and Perinatal Epidemiology 2009; 23(5): 431-45.

94. ***Terry MB**, Ferris J, Wei Y, Flom J, Tehranifar P. Birthweight, Postnatal Growth, and Age at Menarche. American Journal of Epidemiology 2009; 170(1): 72-9. PMCID: PMC2733039

95. *Flom J, Ferris J, Tehranifar P, **Terry MB**. Lifetime Alcohol Intake and Mammographic Density. Breast Cancer Research and Treatment 2009; 117(3): 643-51.

96. *Zipperich J, **Terry MB**, Machella N, Liao Y, Senie RT, Santella R. Plasma Protein Carbonyls, Urinary 8-oxodG and Breast Cancer Risk in Sisters Discordant for Breast Cancer from the New York Site of the BCFR Cancer Research 2009; 69(7) 2966-72. PMCID: PMC2666943.

97. *Tehranifar P, Liao Y, Flom J, and **Terry MB**. Validity of Self-reported Birthweight by Adult Women: Sociodemographic Influences and Implications for Lifecourse Studies. American Journal of Epidemiology 2009; 170(7): 910-7. PMCID: PMC2765356

98. Maurer M, Su T, Saal LH, Koujak S, Hopkins BD, Barkley CR, Wu J, Nandula S, Dutta B, Xie Y, Chin YR, Kim DI, Ferris JS, Gruvberger-Saal SK, Laakso M, Wang X, Memeo L, Rojtman A, Matos T, Yu JS, Cordon-Cardo C, Isola J, **Terry MB**, Toker A, Mills GB, Zhao JJ, Murty VV, Hibshoosh H, Parsons R. 3-Phosphoinositide-Dependent Kinase 1 Potentiates Upstream Lesions on the Phosphatidylinositol 3-Kinase Pathway in Breast Carcinoma. Cancer Res 2009; 69(15): 6299-306. PMCID: PMC2727605

99. Rossner P Jr, Gammon MD, Zhang YJ, **Terry MB**, Hibshoosh H, Memeo L, Mansukhani M, Long CM, Garbowski G, Agrawal M, Kalra TS, Gaudet MM, Teitelbaum SL, Neugut AI, Santella RM. Mutations in p53, p53 protein overexpression and breast cancer survival. J Cell Mol Med. 2008 Oct 16.

100. Greenlee H, Gammon MD, Abrahamson PE, Gaudet MM, **Terry MB**, Hershman DL, Desai M, Teitelbaum SL, Neugut AI, Jacobson JS. Prevalence and predictors of antioxidant supplement use during breast cancer treatment: the Long Island Breast Cancer Study Project. Cancer. 2009 Jul 15;115(14):3271-82. PMCID: PMC2763503

101. Crew KD, Gammon MD, Steck SE, Hershman DL, Cremers S, Dworakowski E, Shane E, **Terry MB**, Desai M, Teitelbaum SL, Neugut AI, Santella RM. Association between plasma 25-hydroxyvitamin D and breast cancer risk. Cancer Prev Res. 2009;2(6):598-604.

102. Antoniou AC, Sinilnikova OM, McGuffog L, Healey S, Nevanlinna H, Heikkinen T, Simard J, Spurdle AB, Beesley J, Chen X; Kathleen Cuningham Foundation Consortium for Research into Familial Breast Cancer, Neuhausen SL, Ding YC, Couch FJ, Wang X, Fredericksen Z, Peterlongo P, Peissel B, Bonanni B, Viel A, Bernard L, Radice P, Szabo CI, Foretova L, Zikan M, Claes K, Greene MH, Mai PL, Rennert G, Lejbkowicz F, Andrulis IL, Ozcelik H, Glendon G; OCGN, Gerdes AM, Thomassen M, Sunde L, Caligo MA, Laitman Y, Kontorovich T, Cohen S, Kaufman B, Dagan E, Baruch RG, Friedman E, Harbst K, Barbany-Bustinza G, Rantala J, Ehrencrona H, Karlsson P, Domchek SM, Nathanson KL, Osorio A, Blanco I, Lasa A, Benítez J, Hamann U, Hogervorst FB, Rookus MA, Collee JM, Devilee P, Ligtenberg MJ, van der Luijt RB, Aalfs CM, Waisfisz Q, Wijnen J, van Roozendaal CE; HEBON, Peock S, Cook M, Frost D, Oliver C, Platte R, Evans DG, Lalloo F, Eeles R, Izatt L, Davidson R, Chu C, Eccles D, Cole T, Hodgson S; EMBRACE, Godwin AK, Stoppa-Lyonnet D, Buecher B, Léoné M, Bressac-de Paillerets B, Remenieras A, Caron O, Lenoir GM, Sevenet N, Longy M, Ferrer SF, Prieur F; GEMO, Goldgar D, Miron A, John EM, Buys SS, Daly MB, Hopper JL, **Terry MB**, Yassin Y; Breast Cancer Family Registry, Singer C, Gschwantler-Kaulich D, Staudigl C, Hansen TO, Barkardottir RB, Kirchhoff T, Pal P, Kosarin K, Offit K, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Schwartz PE, Blank SV, Toland AE, Montagna M, Casella C, Imyanitov EN, Allavena A, Schmutzler RK, Versmold B, Engel C, Meindl A, Ditsch N, Arnold N, Niederacher D, Deissler H, Fiebig B, Suttner C, Schönbuchner I, Gadzicki D, Caldes T, de la Hoya M, Pooley KA, Easton DF, Chenevix-Trench G; CIMBA. Common variants in LSP1, 2q35 and 8q24 and breast cancer risk for BRCA1 and BRCA2 mutation carriers. Hum Mol Genet. 2009 Nov 15;18(22):4442-56. PMCID: PMC2782243

103. Yazici H, Zipprich J, Peng T, Akisik EZ, Tigli H, Isin M, Akisik EE, **Terry MB**, Senie RT, Li L, Peng M, Liu Z, Dalay N, Santella RM. Investigation of the miR16-1 (C > T) + 7 Substitution in Seven Different Types of Cancer from Three Ethnic Groups. J Oncol. 2009; 2009:827532. PMCID: PMC2766826

104. *Tehranifar P, Neugut AI, Phelan JC, Link BG, Liao Y, Desai M, **Terry MB**. Medical advances and racial/ethnic disparities in cancer survival. Cancer Epidemiol Biomarkers Prev. 2009 Oct;18(10):2701-8.

105. *Yazici H, **Terry MB**, Cho YH, Senie RT, Liao Y, Andrulis I, Santella RM. Aberrant methylation of RASSF1A in plasma DNA before breast cancer diagnosis in the Breast Cancer Family Registry. Cancer Epidemiol Biomarkers Prev. 2009 Oct;18(10):2723-5.

107. Mordukhovich I, Rossner Jr P Jr, **Terry MB**, Santella RM, Zhang YJ, Hibshoosh H, Memeo L, Mansukhani M, Long CM, Garbowski G, Agrawal M, Gaudet MM, Steck SE, Sagiv SK, Eng SM, Teitelbaum SL, Neugut AI, Conway-Dorsey K, Gammon MD. Associations between Polycyclic Aromatic Hydrocarbon-Related Exposures and p53 Mutations in Breast Tumors. Environ Health Perspect. 2010 Apr;118(4):511-8. PMID: 20064791

108. Osorio A, Milne RL, Pita G, Peterlongo P, Heikkinen T, Simard J, Chenevix-Trench G, Spurdle AB, Beesley J, Chen X, Healey S; KConFab, Neuhausen SL, Ding YC, Couch FJ, Wang X, Lindor N, Manoukian S, Barile M, Viel A, Tizzoni L, Szabo CI, Foretova L, Zikan M, Claes K, Greene MH, Mai P, Rennert G, Lejbkowicz F, Barnett-Griness O, Andrulis IL, Ozcelik H, Weerasooriya N; OCGN, Gerdes AM, Thomassen M, Cruger DG, Caligo MA, Friedman E, Kaufman B, Laitman Y, Cohen S, Kontorovich T, Gershoni-Baruch R, Dagan E, Jernström H, Askmalm MS, Arver B, Malmer B; SWE-BRCA, Domchek SM, Nathanson KL, Brunet J, Ramón Y Cajal T, Yannoukakos D, Hamann U; HEBON, Hogervorst FB, Verhoef S, Gómez García EB, Wijnen JT, van den Ouweland A; EMBRACE, Easton DF, Peock S, Cook M, Oliver CT, Frost D, Luccarini C, Evans DG, Lalloo F, Eeles R, Pichert G, Cook J, Hodgson S, Morrison PJ, Douglas F, Godwin AK; GEMO, Sinilnikova OM, Barjhoux L, Stoppa-Lyonnet D, Moncoutier V, Giraud S, Cassini C, Olivier-Faivre L, Révillion F, Peyrat JP, Muller D, Fricker JP, Lynch HT, John EM, Buys S, Daly M, Hopper JL, **Terry MB**, Miron A, Yassin Y, Goldgar D; Breast Cancer Family Registry, Singer CF, Gschwantler-Kaulich D, Pfeiler G, Spiess AC, Hansen TV, Johannsson OT, Kirchhoff T, Offit K, Kosarin K, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Schwartz PE, Blank SV, Toland AE, Montagna M, Casella C, Imyanitov EN, Allavena A, Schmutzler RK, Versmold B, Engel C, Meindl A, Ditsch N, Arnold N, Niederacher D, Deissler H, Fiebig B, Varon-Mateeva R, Schaefer D, Froster UG, Caldes T, de la Hoya M, McGuffog L, Antoniou AC, Nevanlinna H, Radice P, Benítez J; CMBA. Evaluation of a candidate breast cancer associated SNP in ERCC4 as a risk modifier in BRCA1 and BRCA2 mutation carriers. Results from the Consortium of Investigators of Modifiers of BRCA1/BRCA2 (CIMBA).Br J Cancer. 2009 Dec 15;101(12):2048-54. Epub 2009 Nov 17. PMCID: PMC2795432.

110. Shen J, Gammon MD, Wu HC, **Terry MB**, Wang Q, Bradshaw PT, Teitelbaum SL, Neugut AI, Santella RM. Multiple genetic variants in telomere pathway genes and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2010 Jan;19(1):219-28. PMID: 20056641

111. *Patrick-Miller L, Bradbury AR, **Terry MB**. Controversies in communication of genetic screening results for cancer: a report from the American Society of Preventive Oncology's Screening Special Interest Group (ASPO's 33rd Annual Meeting, March 8 to 10, 2009, Tampa, Florida). Cancer Epidemiol Biomarkers Prev. 2010 Feb;19(2):624-7. PMID: 20142257

112. Antoniou AC, Beesley J, McGuffog L, Sinilnikova OM, Healey S, Neuhausen SL, Ding YC, Rebbeck TR, Weitzel JN, Lynch HT, Isaacs C, Ganz PA, Tomlinson G, Olopade OI, Couch FJ, Wang X, Lindor NM, Pankratz VS, Radice P, Manoukian S, Peissel B, Zaffaroni D, Barile M, Viel A, Allavena A, Dall'olio V, Peterlongo P, Szabo CI, Zikan M, Claes K, Poppe B, Foretova L, Mai PL, Greene MH, Rennert G, Lejbkowicz F, Glendon G, Ozcelik H, Andrulis IL; for the Ontario Cancer Genetics Network, Thomassen M, Gerdes AM, Sunde L, Cruger D, Birk Jensen U, Caligo M, Friedman E, Kaufman B, Laitman Y, Milgrom R, Dubrovsky M, Cohen S, Borg A, Jernström H, Lindblom A, Rantala J, Stenmark-Askmalm M, Melin B; for SWE-BRCA, Nathanson K, Domchek S, Jakubowska A, Lubinski J, Huzarski T, Osorio A, Lasa A, Durán M, Tejada MI, Godino J, Benitez J, Hamann U, Kriege M, Hoogerbrugge N, van der Luijt RB, Asperen CJ, Devilee P, Meijers-Heijboer EJ, Blok MJ, Aalfs CM, Hogervorst F, Rookus M; for HEBON, Cook M, Oliver C, Frost D, Conroy D, Evans DG, Lalloo F, Pichert G, Davidson R, Cole T, Cook J, Paterson J, Hodgson S, Morrison PJ, Porteous ME, Walker L, Kennedy MJ, Dorkins H, Peock S; for EMBRACE, Godwin AK, Stoppa-Lyonnet D, de Pauw A, Mazoyer S, Bonadona V, Lasset C, Dreyfus H, Leroux D, Hardouin A, Berthet P, Faivre L; for GEMO, Loustalot C, Noguchi T, Sobol H, Rouleau E, Nogues C, Frénay M, Vénat-Bouvet L; for GEMO, Hopper JL, Daly MB, **Terry MB**, John EM, Buys SS, Yassin Y, Miron A, Goldgar D; for the Breast Cancer Family Registry, Singer CF, Dressler AC, Gschwantler-Kaulich D, Pfeiler G, Hansen TV, Jønson L, Agnarsson BA, Kirchhoff T, Offit K, Devlin V, Dutra-Clarke A, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Schwartz PE, Blank SV, Toland AE, Montagna M, Casella C, Imyanitov E, Tihomirova L, Blanco I, Lazaro C, Ramus SJ, Sucheston L, Karlan BY, Gross J, Schmutzler R, Wappenschmidt B, Engel C, Meindl A, Lochmann M, Arnold N, Heidemann S, Varon-Mateeva R, Niederacher D, Sutter C, Deissler H, Gadzicki D, Preisler-Adams S, Kast K, Schönbuchner I, Caldes T, de la Hoya M, Aittomäki K, Nevanlinna H, Simard J, Spurdle AB, Holland H, Chen X; for kConFab, Platte R, Chenevix-Trench G, Easton DF; on behalf of CIMBA. Common Breast Cancer Susceptibility Alleles and the Risk of Breast Cancer for BRCA1 and BRCA2 Mutation Carriers: Implications for Risk Prediction. Cancer Res. 2010 Dec 1;70(23):9742-9754. Epub 2010 Nov 30.PMID: 21118973

113. Gaudet MM, Kirchhoff T, Green T, Vijai J, Korn JM, Guiducci C, Segrè AV, McGee K, McGuffog L, Kartsonaki C, Morrison J, Healey S, Sinilnikova OM, Stoppa-Lyonnet D, Mazoyer S, Gauthier-Villars M, Sobol H, Longy M, Frenay M, GEMO Study Collaborators, Hogervorst FB, Rookus MA, Collée JM, Hoogerbrugge N, van Roozendaal KE; HEBON Study Collaborators, Piedmonte M, Rubinstein W, Nerenstone S, Van Le L, Blank SV, Caldés T, de la Hoya M, Nevanlinna H, Aittomäki K, Lazaro C, Blanco I, Arason A, Johannsson OT, Barkardottir RB, Devilee P, Olopade OI, Neuhausen SL, Wang X, Fredericksen ZS, Peterlongo P, Manoukian S, Barile M, Viel A, Radice P,

Phelan CM, Narod S, Rennert G, Lejbkowicz F, Flugelman A, Andrulis IL, Glendon G, Ozcelik H; OCGN, Toland AE, Montagna M, D'Andrea E, Friedman E, Laitman Y, Borg A, Beattie M, Ramus SJ, Domchek SM, Nathanson KL, Rebbeck T, Spurdle AB, Chen X, Holland H; kConFab, John EM, Hopper JL, Buys SS, Daly MB, Southey MC, **Terry MB**, Tung N, Overeem Hansen TV, Nielsen FC, Greene MI, Mai PL, Osorio A, Durán M, Andres R, Benítez J, Weitzel JN, Garber J, Hamann U, Peock S, Cook M, Oliver C, Frost D, Platte R, Evans DG, Lalloo F, Eeles R, Izatt L, Walker L, Eason J, Barwell J, Godwin AK, Schmutzler RK, Wappenschmidt B, Engert S, Arnold N, Gadzicki D, Dean M, Gold B, Klein RJ, Couch FJ, Chenevix-Trench G, Easton DF, Daly MJ, Antoniou AC, Altshuler DM, Offit K, Sinilnikova OM, Stoppa-Lyonnet D, Mazoyer S, Gauthier-Villars M, Sobol H, Longy M, Frenay M, Sinilnikova O, Barjhoux L, Giraud S, Léone M, Mazoyer S, Stoppa-Lyonnet D, Gauthier-Villars M, Houdayer C, Moncoutier V, Belotti M, de Pauw A, Bressac-de-Paillerets B, Remenieras A, Byrde V, Caron O, Lenoir G, Bignon YJ, Uhrhammer N, Lasset C, Bonadona V, Hardouin A, Berthet P, Sobol H, Bourdon V, Noguchi T, Eisinger F, Coulet F, Colas C, Soubrier F, Coupier I, Peyrat JP, Fournier J, Révillion F, Vennin P, Adenis C, Rouleau E, Lidereau R, Demange L, Nogues C, Muller D, Fricker JP, Longy M, Sevenet N, Toulas C, Guimbaud R, Gladieff L, Feillel V, Leroux D, Dreyfus H, Rebischung C, Cassini C, Faivre L, Prieur F, Ferrer SF, Frénay M, Vénat-Bouvet L, Lynch HT, Hogervorst FB, Rookus MA, Collée JM, Hoogerbrugge N, van Roozendaal KE, Hogervorst FB, Verhoef S, Verheus M, van 't Veer LJ, van Leeuwen FE, Rookus MA, Collée M, van den Ouweland AM, Jager A, Hooning MJ, Tilanus-Linthorst MM, Seynaeve C, van Asperen CJ, Wijnen JT, Vreeswijk MP, Tollenaar RA, Devilee P, Ligtenberg MJ, Hoogerbrugge N, Ausems MG, van der Luijt RB, Aalfs CM, van Os TA, Gille JJ, Waisfisz Q, Meijers-Heijboer H, Gomez-Garcia EB, van Roozendaal CE, Blok MJ, Oosterwijk JC, van der Hout AH, Mourits MJ, Vasen HF, Spurdle AB, Chenevix-Trench G. Common genetic variants and modification of penetrance of BRCA2-associated breast cancer. PLoS Genet. 2010 Oct 28;6(10):e1001183.PMID: 21060860

114. *Ferris JS, Flom JD, Tehranifar P, Mayne ST, **Terry MB**. Prenatal and childhood environmental tobacco smoke exposure and age at menarche. Paediatr Perinat Epidemiol. 2010 Nov;24(6):515-23. doi: 10.1111/j.1365-3016.2010.01154.x. Epub 2010 Aug 24.PMID: 20955229

115. *James-Todd T, Tehranifar P, Rich-Edwards J, Titievsky L, **Terry MB**. The impact of socioeconomic status across early life on age at menarche among a racially diverse population of girls. Ann Epidemiol. 2010 Nov;20(11):836-42.PMID: 20933190.

116. Antoniou AC, Wang X, Fredericksen ZS, McGuffog L, Tarrell R, Sinilnikova OM, Healey S, Morrison J, Kartsonaki C, Lesnick T, Ghoussaini M, Barrowdale D; EMBRACE, Peock S, Cook M, Oliver C, Frost D, Eccles D, Evans DG, Eeles R, Izatt L, Chu C, Douglas F, Paterson J, Stoppa-Lyonnet D, Houdayer C, Mazoyer S, Giraud S, Lasset C, Remenieras A, Caron O, Hardouin A, Berthet P; GEMO Study Collaborators, Hogervorst FB, Rookus MA, Jager A, van den Ouweland A, Hoogerbrugge N, van der Luijt RB, Meijers-Heijboer H, Gómez García EB; HEBON, Devilee P, Vreeswijk MP, Lubinski J, Jakubowska A, Gronwald J, Huzarski T, Byrski T, Górski B, Cybulski C,

Spurdle AB, Holland H; kConFab, Goldgar DE, John EM, Hopper JL, Southey M, Buys SS, Daly MB, **Terry MB**, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Preisler-Adams S, Arnold N, Niederacher D, Sutter C, Domchek SM, Nathanson KL, Rebbeck T, Blum JL, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Blank SV, Friedman E, Kaufman B, Laitman Y, Milgrom R, Andrulis IL, Glendon G, Ozcelik H, Kirchhoff T, Vijai J, Gaudet MM, Altshuler D, Guiducci C; SWE-BRCA, Loman N, Harbst K, Rantala J, Ehrencrona H, Gerdes AM, Thomassen M, Sunde L, Peterlongo P, Manoukian S, Bonanni B, Viel A, Radice P, Caldes T, de la Hoya M, Singer CF, Fink-Retter A, Greene MH, Mai PL, Loud JT, Guidugli L, Lindor NM, Hansen TV, Nielsen FC, Blanco I, Lazaro C, Garber J, Ramus SJ, Gayther SA, Phelan C, Narod S, Szabo CI; MOD SQUAD, Benitez J, Osorio A, Nevanlinna H, Heikkinen T, Caligo MA, Beattie MS, Hamann U, Godwin AK, Montagna M, Casella C, Neuhausen SL, Karlan BY, Tung N, Toland AE, Weitzel J, Olopade O, Simard J, Soucy P, Rubinstein WS, Arason A, Rennert G, Martin NG, Montgomery GW, Chang-Claude J, Flesch-Janys D, Brauch H; GENICA, Severi G, Baglietto L, Cox A, Cross SS, Miron P, Gerty SM, Tapper W, Yannoukakos D, Fountzilas G, Fasching PA, Beckmann MW, Dos Santos Silva I, Peto J, Lambrechts D, Paridaens R, Rüdiger T, Försti A, Winqvist R, Pylkäs K, Diasio RB, Lee AM, Eckel-Passow J, Vachon C, Blows F, Driver K, Dunning A, Pharoah PP, Offit K, Pankratz VS, Hakonarson H, Chenevix-Trench G, Easton DF, Couch FJ. A locus on 19p13 modifies risk of breast cancer in BRCA1 mutation carriers and is associated with hormone receptor-negative breast cancer in the general population. Nat Genet. 2010 Oct;42(10):885-92. Epub 2010 Sep 19. PMID: 20852631

117. Cho YH, Yazici H, Wu HC, **Terry MB**, Gonzalez K, Qu M, Dalay N, Santella RM. Aberrant promoter hypermethylation and genomic hypomethylation in tumor, adjacent normal tissues and blood from breast cancer patients. Anticancer Res. 2010 Jul;30(7):2489-96.PMID: 20682973 [PubMed - indexed for MEDLINE]

118. Mochari-Greenberger H, **Terry MB**, Mosca L. Does stage of change modify the effectiveness of an educational intervention to improve diet among family members of hospitalized cardiovascular disease patients? J Am Diet Assoc. 2010 Jul;110(7):1027-35.PMID: 20630159

119. Zipprich J, **Terry MB**, Brandt-Rauf P, Freyer GA, Liao Y, Agrawal M, Gurvich I, Senie R, Santella RM. XRCC1 polymorphisms and breast cancer risk from the New York Site of the Breast Cancer Family Registry: A family-based case-control study. J Carcinog. 2010 Apr 16;9:4.

120. Schrader KA, Masciari S, Boyd N, Salamanca C, Senz J, Saunders DN, Yorida E, Maines-Bandiera S, Kaurah P, Tung N, Robson ME, Ryan PD, Olopade OI, Domchek SM, Ford J, Isaacs C, Brown P, Balmana J, Razzak AR, Miron P, Coffey K, **Terry MB**, John EM, Andrulis IL, Knight JA, O'Malley FP, Daly M, Bender P; kConFab, Moore R, Southey MC, Hopper JL, Garber JE, Huntsman DG. Germline mutations in CDH1 are infrequent in women with early-onset or familial lobular breast cancers. J Med Genet. 2011 Jan;48(1):64-8. Epub 2010 Oct 4. PMID: 2092102.

121. *Wu HC, Delgado-Cruzata L, Flom JD, Kappil M, Ferris JS, Liao Y, Santella RM, **Terry MB**. Global methylation profiles in DNA from different blood cell types. Epigenetics. 2011 Jan 1;6(1):76-85. Epub 2011 Jan 1. PMID: 20890131

122. *Wu HC, John EM, Ferris JS, Keegan TH, Chung WK, Andrulis I, Delgado-Cruzata L, Kappil M, Gonzalez K, Santella RM, **Terry MB*** Global DNA methylation levels in girls with and without a family history of breast cancer. Epigenetics. 2011 Jan 1;6(1):29-33. Epub 2011 Jan 1. PMID: 20930546.

123. Ramus SJ, Kartsonaki C, Gayther SA, Pharoah PD, Sinilnikova OM, Beesley J, Chen X, McGuffog L, Healey S, Couch FJ, Wang X, Fredericksen Z, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Roversi G, Barile M, Viel A, Allavena A, Ottini L, Papi L, Gismondi V, Capra F, Radice P, Greene MH, Mai PL, Andrulis IL, Glendon G, Ozcelik H; OCGN, Thomassen M, Gerdes AM, Kruse TA, Cruger D, Jensen UB, Caligo MA, Olsson H, Kristoffersson U, Lindblom A, Arver B, Karlsson P, Stenmark Askmalm M, Borg A, Neuhausen SL, Ding YC, Nathanson KL, Domchek SM, Jakubowska A, Lubiński J, Huzarski T, Byrski T, Gronwald J, Górski B, Cybulski C, Dębniak T, Osorio A, Durán M, Tejada MI, Benítez J, Hamann U, Rookus MA, Verhoef S, Tilanus-Linthorst MA, Vreeswijk MP, Bodmer D, Ausems MG, van Os TA, Asperen CJ, Blok MJ, Meijers-Heijboer HE; HEBON; EMBRACE, Peock S, Cook M, Oliver C, Frost D, Dunning AM, Evans DG, Eeles R, Pichert G, Cole T, Hodgson S, Brewer C, Morrison PJ, Porteous M, Kennedy MJ, Rogers MT, Side LE, Donaldson A, Gregory H, Godwin A, Stoppa-Lyonnet D, Moncoutier V, Castera L, Mazoyer S, Barjhoux L, Bonadona V, Leroux D, Faivre L, Lidereau R, Nogues C, Bignon YJ, Prieur F, Collonge-Rame MA, Venat-Bouvet L, Fert-Ferrer S; GEMO Study Collaborators, Miron A, Buys SS, Hopper JL, Daly MB, John EM, **Terry MB**, Goldgar D; BCFR, Hansen TO, Jønson L, Ejlertsen B, Agnarsson BA, Offit K, Kirchhoff T, Vijai J, Dutra-Clarke AV, Przybylo JA, Montagna M, Casella C, Imyanitov EN, Janavicius R, Blanco I, Lázaro C, Moysich KB, Karlan BY, Gross J, Beattie MS, Schmutzler R, Wappenschmidt B, Meindl A, Ruehl I, Fiebig B, Sutter C, Arnold N, Deissler H, Varon-Mateeva R, Kast K, Niederacher D, Gadzicki D, Caldes T, de la Hoya M, Nevanlinna H, Aittomäki K, Simard J, Soucy P; kConFab Investigators, Spurdle AB, Holland H, Chenevix-Trench G, Easton DF, Antoniou AC; Consortium of Investigators of Modifiers of BRCA1/2. Genetic variation at 9p22.2 and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers. J Natl Cancer Inst. 2011 Jan 19;103(2):105-16. Epub 2010 Dec 17. PMID: 21169536 [PubMed - indexed for MEDLINE]

124. ***Terry MB,** Wei Y, Esserman D, McKeague I, Susser E. Pre- and Postnatal Determinants of Childhood Body Size. Journal of the Developmental Origins of Health and Disease. Journal of Developmental Origins of Health and Disease (2011), 2(2), 99–111.

125. *Tehranifar P, Reynolds D, Flom JD, Fulton L, Liao Y, Kudadjie-Gyamfie E, **Terry MB**. Reproductive and Menstrual Factors and Mammographic Density in African American,

Caribbean and White Women. Cancer Causes Control. 2011 Apr;22(4):599-610. Epub 2011 Feb 17.

126. Smith LD, Tesoriero AA, Wong EM, Ramus SJ, O'Malley FP, Mulligan AM, **Terry MB**, Senie RT, Santella RM, John EM, Andrulis IL, Ozcelik H, Daly MB, Godwin AK, Buys SS, Fox S, Goldgar DE, Giles GG, Hopper JL, Southey MC. Contribution of large genomic BRCA1 alterations to early-onset breast cancer selected for family history and tumour morphology: a report from The Breast Cancer Family Registry. Breast Cancer Res. 2011 Jan 31;13(1):R14. [Epub ahead of print] PMID: 21281505.

127. James-Todd T, **Terry MB**, Rich-Edwards J, Deierlein A, Senie R. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. Ann Epidemiol. 2011 Jun;21(6):461-5. Epub 2011 Mar 21. PMID: 21421329

128. *Flom JD, Ferris JS, Liao Y, Tehranifar P, Belessiotis Richards C, Cho YH, Gonzalez K, Santella RM, **Terry MB**. Prenatal Smoke Exposure and Genomic DNA Methylation in a Multi-ethnic Urban Birth Cohort. Cancer Epidemiol Biomarkers Prev. 2011 Oct 12. [Epub ahead of print] PMID: 21994404.

129. *Desai M, Esserman DA, Gammon MD, **Terry MB**. The use of complete-case and multiple imputation-based analyses in molecular epidemiology studies that assess interaction effects. Epidemiol Perspect Innov. 2011 Oct 6;8(1):5. [Epub ahead of print] PMID: 21978450

130. Mochari-Greenberger H, **Terry MB**, Mosca L. Sex, Age, and Race/Ethnicity Do Not Modify the Effectiveness of a Diet Intervention among Family Members of Hospitalized Cardiovascular Disease Patients. J Nutr Educ Behav. 2011 Sep-Oct;43(5):366-73. PMID: 21906549

131. Cox DG, Simard J, Sinnett D, Hamdi Y, Soucy P, Ouimet M, Barjhoux L, Verny-Pierre C, McGuffog L, Healey S, Szabo C, Greene MH, Mai PL, Andrulis IL; Ontario Cancer Genetics Network, Thomassen M, Gerdes AM, Caligo MA, Friedman E, Laitman Y, Kaufman B, Paluch SS, Borg A, Karlsson P, Stenmark Askmalm M, Barbany Bustinza G; SWE-BRCA Collaborators, Nathanson KL, Domchek SM, Rebbeck TR, Benítez J, Hamann U, Rookus MA, van den Ouweland AM, Ausems MG, Aalfs CM, van Asperen CJ, Devilee P, Gille HJ; HEBON; EMBRACE, Peock S, Frost D, Evans DG, Eeles R, Izatt L, Adlard J, Paterson J, Eason J, Godwin AK, Remon MA, Moncoutier V, Gauthier-Villars M, Lasset C, Giraud S, Hardouin A, Berthet P, Sobol H, Eisinger F, Bressac de Paillerets B, Caron O, Delnatte C; GEMO Study Collaborators, Goldgar D, Miron A, Ozcelik H, Buys S, Southey MC, **Terry MB**; The Breast Cancer Family Registry, Singer CF, Dressler AC, Tea MK, Hansen TV, Johannsson O, Piedmonte M, Rodriguez GC, Basil JB, Blank S, Toland AE, Montagna M, Isaacs C, Blanco I, Gayther SA, Moysich KB, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Niederacher D, Sutter C, Gadzicki D, Fiebig B, Caldes T, Laframboise R, Nevanlinna H, Chen X, Beesley J, Spurdle AB, Neuhausen SL, Ding YC, Couch FJ, Wang X, Peterlongo P, Manoukian S, Bernard L, Radice P, Easton DF, Chenevix-Trench G,

Antoniou AC, Stoppa-Lyonnet D, Mazoyer S, Sinilnikova OM; on behalf of the Consortium of Investigators of Modifiers of BRCA1/2. Common variants of the BRCA1 wild-type allele modify the risk of breast cancer in BRCA1 mutation carriers. Hum Mol Genet. 2011 Sep 16. [Epub ahead of print] PMID: 21890493 [PubMed - as supplied by publisher]

132. Goldgar DE, Healey S, Dowty JG, Da Silva L, Chen X, Spurdle AB, **Terry MB**, Daly MJ, Buys SM, Southey MC, Andrulis I, John EM; BCFR; kConFab, Khanna KK, Hopper JL, Oefner PJ, Lakhani S, Chenevix-Trench G. Rare variants in the ATM gene and risk of breast cancer. Breast Cancer Res. 2011 Jul 25;13(4):R73. [Epub ahead of print]. PMID: 21787400.

133. *Desai M, Kubo J, Esserman D, **Terry MB**. The handling of missing data in molecular epidemiology studies. Cancer Epidemiol Biomarkers Prev. 2011 Aug;20(8):1571-9. Epub 2011 Jul 12.PMID: 21750174

134. ***Terry MB**, Delgado-Cruzata L, Vin-Raviv N, Wu HC, Santella RM. DNA methylation in white blood cells: association with risk factors in epidemiologic studies.. Epigenetics. 2011 Jul;6(7):828-37. Epub 2011 Jul 1. PMID: 21636973 [PubMed - in process]

135. *James-Todd T, Senie R, **Terry MB**. Racial/Ethnic Differences in Hormonally-Active Hair Product Use: A Plausible Risk Factor for Health Disparities. J Immigr Minor Health. 2011 May 31. [Epub ahead of print] PMID: 21626298

136. Im KM, Kirchhoff T, Wang X, Green T, Chow CY, Vijai J, Korn J, Gaudet MM, Fredericksen Z, Shane Pankratz V, Guiducci C, Crenshaw A, McGuffog L, Kartsonaki C, Morrison J, Healey S, Sinilnikova OM, Mai PL, Greene MH, Piedmonte M, Rubinstein WS; HEBON, Hogervorst FB, Rookus MA, Collée JM, Hoogerbrugge N, van Asperen CJ, Meijers-Heijboer HE, Van Roozendaal CE, Caldes T, Perez-Segura P, Jakubowska A, Lubinski J, Huzarski T, Blecharz P, Nevanlinna H, Aittomäki K, Lazaro C, Blanco I, Barkardottir RB, Montagna M, D'Andrea E; kConFab, Devilee P, Olopade OI, Neuhausen SL, Peissel B, Bonanni B, Peterlongo P, Singer CF, Rennert G, Lejbkowicz F, Andrulis IL, Glendon G, Ozcelik H; Ontario Cancer Genetics Network, Toland AE, Caligo MA; SWE-BRCA, Beattie MS, Chan S; UKFOCR, Domchek SM, Nathanson KL, Rebbeck TR, Phelan C, Narod S, John EM, Hopper JL, Buys SS, Daly MB, Southey MC, **Terry MB**, Tung N, Hansen TV, Osorio A, Benitez J, Durán M, Weitzel JN, Garber J, Hamann U; EMBRACE, Peock S, Cook M, Oliver CT, Frost D, Platte R, Evans DG, Eeles R, Izatt L, Paterson J, Brewer C, Hodgson S, Morrison PJ, Porteous M, Walker L, Rogers MT, Side LE, Godwin AK, Schmutzler RK, Wappenschmidt B, Laitman Y, Meindl A, Deissler H, Varon-Mateeva R, Preisler-Adams S, Kast K, Venat-Bouvet L, Stoppa-Lyonnet D, Chenevix-Trench G, Easton DF, Klein RJ, Daly MJ, Friedman E, Dean M, Clark AG, Altshuler DM, Antoniou AC, Couch FJ, Offit K, Gold B. Haplotype structure in Ashkenazi Jewish BRCA1 and BRCA2 mutation carriers. Hum Genet. 2011 Nov;130(5):685-99. Epub 2011 May 20. PMID: 21597964

137. Antoniou AC, Kartsonaki C, Sinilnikova OM, Soucy P, McGuffog L, Healey S, Lee A,

Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Cattaneo E, Barile M, Pensotti V, Pasini B, Dolcetti R, Giannini G, Putignano AL, Varesco L, Radice P, Mai PL, Greene MH, Andrulis IL, Glendon G, Ozcelik H, Thomassen M, Gerdes AM, Kruse TA, Birk Jensen U, Crüger DG, Caligo MA, Laitman Y, Milgrom R, Kaufman B, Paluch-Shimon S, Friedman E, Loman N, Harbst K, Lindblom A, Arver B, Ehrencrona H, Melin B; SWE-BRCA, Nathanson KL, Domchek SM, Rebbeck T, Jakubowska A, Lubinski J, Gronwald J, Huzarski T, Byrski T, Cybulski C, Gorski B, Osorio A, Ramón y Cajal T, Fostira F, Andrés R, Benitez J, Hamann U, Hogervorst FB, Rookus MA, Hooning MJ, Nelen MR, van der Luijt RB, van Os TA, van Asperen CJ, Devilee P, Meijers-Heijboer HE, Garcia EB; HEBON, Peock S, Cook M, Frost D, Platte R, Leyland J, Evans DG, Lalloo F, Eeles R, Izatt L, Adlard J, Davidson R, Eccles D, Ong KR, Cook J, Douglas F, Paterson J, Kennedy MJ, Miedzybrodzka Z; EMBRACE, Godwin A, Stoppa-Lyonnet D, Buecher B, Belotti M, Tirapo C, Mazoyer S, Barjhoux L, Lasset C, Leroux D, Faivre L, Bronner M, Prieur F, Nogues C, Rouleau E, Pujol P, Coupier I, Frénay M; CEMO Study Collaborators, Hopper JL, Daly MB, **Terry MB**, John EM, Buys SS, Yassin Y, Miron A, Goldgar D; Breast Cancer Family Registry, Singer CF, Tea MK, Pfeiler G, Dressler AC, Hansen TO, Jønson L, Ejlertsen B, Barkardottir RB, Kirchhoff T, Offit K, Piedmonte M, Rodriguez G, Small L, Boggess J, Blank S, Basil J, Azodi M, Toland AE, Montagna M, Tognazzo S, Agata S, Imyanitov E, Janavicius R, Lazaro C, Blanco I, Pharoah PD, Sucheston L, Karlan BY, Walsh CS, Olah E, Bozsik A, Teo SH, Seldon JL, Beattie MS, van Rensburg EJ, Sluiter MD, Diez O, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ruehl I, Varon-Mateeva R, Kast K, Deissler H, Niederacher D, Arnold N, Gadzicki D, Schönbuchner I, Caldes T, de la Hoya M, Nevanlinna H, Aittomäki K, Dumont M, Chiquette J, Tischkowitz M, Chen X, Beesley J, Spurdle AB; kConFab investigators, Neuhausen SL, Chun Ding Y, Fredericksen Z, Wang X, Pankratz VS, Couch F, Simard J, Easton DF, Chenevix-Trench G; CIMBA. Common alleles at 6q25.1 and 1p11.2 are associated with breast cancer risk for BRCA1 and BRCA2 mutation carriers. Hum Mol Genet. 2011 Aug 15;20(16):3304-21. Epub 2011 May 18. PMID: 21593217 .

138. Mulligan AM, Couch FJ, Barrowdale D, Domchek SM, Eccles D, Nevanlinna H, Ramus SJ, Robson M, Sherman M, Spurdle AB, Wappenschmidt B, Lee A, McGuffog L, Healey S, Sinilnikova OM, Janavicius R, Hansen TV, Nielsen FC, Ejlertsen B, Osorio A, Munoz-Repeto I, Duran M, Godino J, Pertesi M, Benitez J, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Cattaneo E, Bonanni B, Viel A, Pasini B, Papi L, Ottini L, Savarese A, Bernard L, Radice P, Hamann U, Verheus M, Meijers-Heijboer HE, Wijnen J, Gomez Garcia EB, Nelen MR, Kets CM, Seynaeve C, Tilanus-Linthorst MM, van der Luijt RB, van Os T, Rookus M, Frost D, Jones JL, Evans DG, Lalloo F, Eeles R, Izatt L, Adlard J, Davidson R, Cook J, Donaldson A, Dorkins H, Gregory H, Eason J, Houghton C, Barwell J, Side LE, McCann E, Murray A, Peock S, Godwin A, Schmutzler RK, Rhiem K, Engel C, Meindl A, Ruehl I, Arnold N, Niederacher D, Sutter C, Deissler H, Gadzicki D, Kast K, Preisler-Adams S, Varon-Mateeva R, Schoenbuchner I, Fiebig B, Heinritz W, Schafer D, Gevensleben H, Caux-Moncoutier V, Fassy-Colcombet M, Cornelis F, Mazoyer S, Leone M, Boutry-Kryza N, Hardouin A, Berthet P, Muller D, Fricker JP, Mortemousque I, Pujol P, Coupier I, Lebrun M, Kientz C, Longy M, Sevenet N, Stoppa-Lyonnet D, Isaacs C, Caldes T, de Al Hoya M, Heikkinen T, Aittomaki K,

Blanco I, Lazaro C, Barkardottir RB, Soucy P, Dumont M, Simard J, Montagna M, Tognazzo S, D'Andrea E, Fox S, Yan M, Rebbeck TR, Olopade OI, Weitzel JN, Lynch HT, Ganz PA, Tomlinson GE, Wang X, Fredericksen Z, Pankratz VS, Lindor NM, Szabo C, Offit K, Sakr R, Gaudet M, Bhatia J, Kauff N, Singer CF, Tea MK, Gschwantler-Kaulich D, Fink-Retter A, Mai PL, Greene MH, Imyanitov E, O'Malley FP, Ozcelik H, Glendon G, Toland AE, Gerdes AM, Thomassen M, Kruse TA, Birk Jensen U, Skytte AB, Caligo MA, Soller M, Henriksson K, von Wachenfeldt A, Arver B, Stenmark-Askmalm M, Karlsson P, Ding YC, Neuhausen SL, Beattie M, Pharoah PD, Moysich KB, Nathanson KL, Karlan BY, Gross J, John EM, Daly MB, Buys SM, Southey MC, Hopper JL, **Terry MB**, Chung W, Miron AF, Goldgar D, Chenevix-Trench G, Easton DF, Andrulis IL, Antoniou AC, Family Registry BC, Embrace, Collaborators GS, Hebon, Network OC, Swe-Brca, Cimba. Common breast cancer susceptibility alleles are associated with tumor subtypes in BRCA1 and BRCA2 mutation carriers: results from the Consortium of Investigators of Modifiers of BRCA1/2. Breast Cancer Res. 2011 Nov 2;13(6):R110. [Epub ahead of print] PMID:22053997

139. Xu X, Gammon MD, Jefferson E, Zhang Y, Cho YH, Wetmur JG, Teitelbaum SL, Bradshaw PT, **Terry MB**, Garbowski G, Hibshoosh H, Neugut AI, Santella RM, Chen J. The influence of one-carbon metabolism on gene promoter methylation in a population-based breast cancer study. Epigenetics. 2011 Nov 1;6(11). [Epub ahead of print] PMID:22048254

140. ***Terry MB**, Knight JA. STROBE-ME - Illuminating methodological issues for the reporting of molecular epidemiology data. Prev Med. 2011 Dec 1;53(6):388-9. Epub 2011 Oct 15. PMID:22024220

141. Susser E, S. Buka S, Schaefer CA, Andrews H, Cirillo PM, Factor-Litvak P, Gillman M, Goldstein JM, Ivey Henry P, Lumey LH, McKeague IW, Michels KB, Terry MB, Cohn B for the EDAH Team. The Early Determinants of Adult Health Study. Journal of Developmental Origins of Health and Disease 2011, 2(6), 311–321.

142. ***Terry MB**, Schaefer CA, Flom JD, Wei Y, Tehranifar P, Liao Y, Buka S, Michels KB. Prenatal smoke exposure and mammographic density in mid-life. Journal of Developmental Origins of Health and Disease 2011, 2(6), 340–352.

143. Lumey LH, **Terry MB**, Delgado-Cruzata L, Wang Q, Susser E, McKeague I, Santella RM. Adult global DNA methylation in relation to pre-natal nutrition. International Journal of Epidemiology 2012 Feb;41(1):116-23. doi: 10.1093/ije/dyr137. Epub 2011 Sep 29.2011.

144. Mavaddat N, Barrowdale D, Andrulis IL, Domchek SM, Eccles D, Nevanlinna H, Ramus SJ, Spurdle A, Robson M, Sherman M, Mulligan AM, Couch FJ, Engel C, McGuffog L, Healey S, Sinilnikova OM, Southey MC, **Terry MB**, Goldgar D, O'Malley F, John EM, Janavicius R, Tihomirova L, Hansen TV, Nielsen FC, Osorio A, Stavropoulou A, Benítez J, Manoukian S, Peissel B, Barile M, Volorio S, Pasini B, Dolcetti R, Putignano AL, Ottini L, Radice P, Hamann U, Rashid MU, Hogervorst FB, Kriege M, van der Luijt RB;

for HEBON, Peock S, Frost D, Evans DG, Brewer C, Walker L, Rogers MT, Side LE, Houghton C; for EMBRACE, Weaver J, Godwin AK, Schmutzler RK, Wappenschmidt B, Meindl A, Kast K, Arnold N, Niederacher D, Sutter C, Deissler H, Gadzicki D, Preisler-Adams S, Varon-Mateeva R, Schönbuchner I, Gevensleben H, Stoppa-Lyonnet D, Belotti M, Barjhoux L; for GEMO Study Collaborators, Isaacs C, Peshkin BN, Caldes T, de Al Hoya M, Cañadas C, Heikkinen T, Heikkilä P, Aittomäki K, Blanco I, Lazaro C, Brunet J, Agnarsson BA, Arason A, Barkardottir RB, Dumont M, Simard J, Montagna M, Agata S, D'Andrea E, Yan M, Fox S; for kConFab Investigators, Rebbeck TR, Rubinstein W, Tung N, Garber JE, Wang X, Fredericksen Z, Pankratz VS, Lindor NM, Szabo C, Offit K, Sakr R, Gaudet MM, Singer CF, Tea MK, Rappaport C, Mai PL, Greene MH, Sokolenko A, Imyanitov E, Toland AE, Senter L, Sweet K, Thomassen M, Gerdes AM, Kruse T, Caligo M, Aretini P, Rantala J, von Wachenfeld A, Henriksson K; for SWE-BRCA Collaborators, Steele L, Neuhausen SL, Nussbaum R, Beattie M, Odunsi K, Sucheston L, Gayther SA, Nathanson K, Gross J, Walsh C, Karlan B, Chenevix-Trench G, Easton DF, Antoniou AC; for the Consortium of Investigators of Modifiers of BRCA1/2. Pathology of Breast and Ovarian Cancers among BRCA1 and BRCA2 Mutation Carriers: Results from the Consortium of Investigators of Modifiers of BRCA1/2 (CIMBA). Cancer Epidemiol Biomarkers Prev. 2012 Jan;21(1):134-47.

145. Park DJ, Lesueur F, Nguyen-Dumont T, Pertesi M, Odefrey F, Hammet F, Neuhausen SL, John EM, Andrulis IL, **Terry MB**, Daly M, Buys S, Le Calvez-Kelm F, Lonie A, Pope BJ, Tsimiklis H, Voegele C, Hilbers FM, Hoogerbrugge N, Barroso A, Osorio A; the Breast Cancer Family Registry; the Kathleen Cuningham Foundation Consortium for Research into Familial Breast Cancer, Giles GG, Devilee P, Benitez J, Hopper JL, Tavtigian SV, Goldgar DE, Southey MC. Rare Mutations in XRCC2 Increase the Risk of Breast Cancer. Am J Hum Genet. 2012 Apr 6;90(4):734-739. Epub 2012 Mar 29.

146. Ramus SJ, Antoniou AC, Kuchenbaecker KB, Soucy P, Beesley J, Chen X, McGuffog L, Sinilnikova OM, Healey S, Barrowdale D, Lee A, Thomassen M, Gerdes AM, Kruse TA, Jensen UB, Skytte AB, Caligo MA, Liljegren A, Lindblom A, Olsson H, Kristoffersson U, Stenmark-Askmalm M, Melin B; SWE-BRCA, Domchek SM, Nathanson KL, Rebbeck TR, Jakubowska A, Lubinski J, Jaworska K, Durda K, Złowocka E, Gronwald J, Huzarski T, Byrski T, Cybulski C, Toloczko-Grabarek A, Osorio A, Benitez J, Duran M, Tejada MI, Hamann U, Rookus M, van Leeuwen FE, Aalfs CM, Meijers-Heijboer HE, van Asperen CJ, van Roozendaal KE, Hoogerbrugge N, Collée JM, Kriege M, van der Luijt RB; HEBON; EMBRACE, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Lalloo F, Jacobs C, Eeles R, Adlard J, Davidson R, Eccles D, Cole T, Cook J, Paterson J, Douglas F, Brewer C, Hodgson S, Morrison PJ, Walker L, Porteous ME, Kennedy MJ, Pathak H, Godwin AK, Stoppa-Lyonnet D, Caux-Moncoutier V, de Pauw A, Gauthier-Villars M, Mazoyer S, Léoné M, Calender A, Lasset C, Bonadona V, Hardouin A, Berthet P, Bignon YJ, Uhrhammer N, Faivre L, Loustalot C; GEMO, Buys S, Daly M, Miron A, **Terry MB**, Chung WK, John EM, Southey M, Goldgar D, Singer CF, Tea MK, Pfeiler G, Fink-Retter A, Hansen Tv, Ejlertsen B, Johannsson OT, Offit K, Kirchhoff T, Gaudet MM, Vijai J, Robson M, Piedmonte M, Phillips KA, Van Le L, Hoffman JS, Ewart Toland A, Montagna M, Tognazzo S, Imyanitov E, Issacs C, Janavicius R, Lazaro C, Blanco I, Tornero E, Navarro M, Moysich KB, Karlan BY,

Gross J, Olah E, Vaszko T, Teo SH, Ganz PA, Beattie MS, Dorfling CM, van Rensburg EJ, Diez O, Kwong A, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Heidemann S, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C, Kast K, Fiebig B, Schäfer D, Caldes T, de la Hoya M, Nevanlinna H, Aittomäki K, Plante M, Spurdle AB; kConFab, Neuhausen SL, Ding YC, Wang X, Lindor N, Fredericksen Z, Pankratz VS, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Bonanni B, Bernard L, Dolcetti R, Papi L, Ottini L, Radice P, Greene MH, Mai PL, Andrulis IL, Glendon G, Ozcelik H; OCGN, Pharoah PD, Gayther SA, Simard J, Easton DF, Couch FJ, Chenevix-Trench G; Consortium of Investigators of Modifiers of BRCA1/2. Ovarian cancer susceptibility alleles and risk of ovarian cancer in BRCA1 and BRCA2 mutation carriers. Hum Mutat. 2012 Apr;33(4):690-702. doi: 10.1002/humu.22025. Epub 2012 Feb 14.

147. Livaudais JC, Li C, John EM, **Terry MB**, Daly M, Buys SS, Habel L, Thompson B, Yanez ND, Coronado GD. Patterns of Adjuvant Hormonal Therapy Use in the Northern California Breast Cancer Family Registry. J Womens Health (Larchmt). 2012 Jun 25. [Epub ahead of print] PMID: 22731764

148. Ding YC, McGuffog L, Healey S, Friedman E, Laitman Y, Shimon-Paluch S, Kaufman B, Liljegren A, Lindblom A, Olsson H, Kristoffersson U, Stenmark Askmalm M, Melin B, Domchek SM, Nathanson KL, Rebbeck TR, Jakubowska A, Lubinski J, Jaworska K, Durda K, Gronwald J, Huzarski T, Cybulski C, Byrski T, Osorio A, Ramony Cajal T, Stavropoulou AV, Benítez J, Hamann U, Rookus MA, Aalfs CM, de Lange J, Meijers-Heijboer HE, Oosterwijk JC, van Asperen CJ, Gomez-Garcia EB, Hoogerbrugge N, Jager A, van der Luijt RB, Easton DF, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Lalloo F, Izatt L, Eeles RA, Adlard J, Davidson R, Eccles DM, Cole T, Cook J, Brewer C, Tischkowitz M, Godwin AK, Pathak HB, Stoppa-Lyonnet D, Sinilnikova OM, Mazoyer S, Barjhoux L, Leone M, Gauthier-Villars M, Caux-Moncoutier V, de Pauw A, Hardouin A, Berthet P, Dreyfus H, Fert Ferrer S, Collonge-Rame MA, Sokolowska J, Buys SS, Daly MB, Miron A, **Terry MB**, Chung WK, John EM, Southey MC, Goldgar DE, Singer CF, Tea Maria MK, Gschwantler-Kaulich D, Fink-Retter A, Hansen TV, Ejlertsen B, Johannsson OT, Offit K, Sarrel K, Gaudet MM, Vijai J, Robson ME, Piedmonte M, Andrews L, Cohn DE, Demars LR, Disilvestro P, Rodriguez GC, Toland AE, Montagna M, Agata S, Imyanitov EN, Isaacs C, Janavicius R, Lazaro C, Blanco I, Ramus SJ, Sucheston LE, Karlan BY, Gross J, Ganz PA, Beattie MS, Schmutzler RK, Wappenschmidt B, Meindl A, Arnold N, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C, Kast K, Nevanlinna H, Aittomäki K, Simard J, Spurdle AB, Beesley J, Chen X, Tomlinson GE, Weitzel JN, Garber JE, Olopade FI, Rubinstein WS, Tung N, Blum JL, Narod SA, Brummel S, Gillen DL, Lindor NM, Fredericksen Z, Pankratz VS, Couch FJ, Radice P, Peterlongo P, Greene MH, Loud JT, Mai PL, Andrulis IL, Glendon G, Ozcelik H, Gerdes AM, Thomassen M, Jensen UB, Skytte AB, Caligo MA, Lee A, Chenevix-Trench G, Antoniou AC, Neuhausen SL. A non-synonymous polymorphism in IRS1 modifies risk of developing breast and ovarian cancers in BRCA1 and ovarian cancer in BRCA2 mutation carriers. Cancer Epidemiol Biomarkers Prev. 2012 Jun 26. [Epub ahead of print] PMID: 22729394

149. Shen J, Gammon MD, **Terry MB**, Bradshaw PT, Wang Q, Teitelbaum SL, Neugut AI, Santella RM. Genetic polymorphisms in telomere pathway genes, telomere length, and breast cancer survival. Breast Cancer Res Treat. 2012 Apr 12. [Epub ahead of print].

150. *Work ME, Andrulis IL, John EM, Hopper JL, Liao Y, Zhang FF, Knight JA, West DW, Milne L, Giles GG, Longacre TA, O'Malley F, Mulligan AM, Southey MC, Hibshoosh H, **Terry MB.** Risk factors for uncommon histologic subtypes of breast cancer using centralized pathology review in the Breast Cancer Family Registry. Breast Cancer Res Treat. 2012 Apr 25.

151. *Wu HC, Wang Q, Delgado-Cruzata L, Santella RM, **Terry MB**. Genomic methylation changes over time in peripheral blood mononuclear cell DNA: Differences by Assay Type and Baseline Values. Cancer Epidemiol Biomarkers Prev. 2012 Jun 4. [Epub ahead of print] PMID:22665578

152. *Wu HC, Wang Q, Delgado-Cruzata L, Flom JD, Perrin M, Liao Y, Ferris JS, Santella RM, **Terry MB**. Repetitive element DNA methylation levels in white blood cell DNA from sisters discordant for breast cancer from the New York site of the Breast Cancer Family Registry. Carcinogenesis. 2012 Jun 7. [Epub ahead of print] PMID: 22678115

153. Couch FJ, Gaudet MM, Antoniou AC, Ramus SJ, Kuchenbaecker KB, Soucy P, Beesley J, Chen X, Wang X, Kirchhoff T, McGuffog L, Barrowdale D, Lee A, Healey S, Sinilnikova OM, Andrulis IL; OCGN, Ozcelik H, Mulligan AM, Thomassen M, Gerdes AM, Jensen UB, Skytte AB, Kruse TA, Caligo MA, von Wachenfeldt A, Barbany-Bustinza G, Loman N, Soller M, Ehrencrona H, Karlsson P; SWE-BRCA, Nathanson KL, Rebbeck TR, Domchek SM, Jakubowska A, Lubinski J, Jaworska K, Durda K, Zlowocka E, Huzarski T, Byrski T, Gronwald J, Cybulski C, Górski B, Osorio A, Durán M, Tejada MI, Benitez J, Hamann U, Hogervorst FB; HEBON, van Os TA, van Leeuwen FE, Meijers-Heijboer HE, Wijnen J, Blok MJ, Kets M, Hooning MJ, Oldenburg RA, Ausems MG, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Jacobs C, Eeles RA, Adlard J, Davidson R, Eccles DM, Cole T, Cook J, Paterson J, Brewer C, Douglas F, Hodgson SV, Morrison PJ, Walker L, Porteous ME, Kennedy MJ, Side LE; EMBRACE, Bove B, Godwin AK, Stoppa-Lyonnet D; GEMO Study Collaborators, Fassy-Colcombet M, Castera L, Cornelis F, Mazoyer S, Léoné M, Boutry-Kryza N, Bressac-de Paillerets B, Caron O, Pujol P, Coupier I, Delnatte C, Akloul L, Lynch HT, Snyder CL, Buys SS, Daly MB, **Terry M**, Chung WK, John EM, Miron A, Southey MC, Hopper JL, Goldgar DE, Singer CF, Rappaport C, Tea MK, Fink-Retter A, Hansen TV, Nielsen FC, Arason A, Vijai J, Shah S, Sarrel K, Robson ME, Piedmonte M, Phillips K, Basil J, Rubinstein WS, Boggess J, Wakeley K, Ewart-Toland A, Montagna M, Agata S, Imyanitov EN, Isaacs C, Janavicius R, Lazaro C, Blanco I, Feliubadalo L, Brunet J, Gayther SA, Pharoah PP, Odunsi KO, Karlan BY, Walsh CS, Olah E, Teo SH, Ganz PA, Beattie MS, van Rensburg EJ, Dorfling CM, Diez O, Kwong A, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Heidemann S, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C,

Kast K, Fiebig B, Heinritz W, Caldes T, de la Hoya M, Muranen TA, Nevanlinna H, Tischkowitz MD, Spurdle AB, Neuhausen SL, Ding YC, Lindor NM, Fredericksen Z, Pankratz VS, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Barile M, Bernard L, Viel A, Giannini G, Varesco L, Radice P, Greene MH, Mai PL, Easton DF, Chenevix-Trench G; kConFab investigators, Offit K, Simard J; Consortium of Investigators of Modifiers of BRCA1/2. Common variants at the 19p13.1 and ZNF365 loci are associated with ER subtypes of breast cancer and ovarian cancer risk in BRCA1 and BRCA2 mutation carriers. Cancer Epidemiol Biomarkers Prev. 2012 Apr;21(4):645-57. doi: 10.1158/1055-9965.EPI-11-0888. Epub 2012 Feb 20.

154. Antoniou AC, Kuchenbaecker KB, Soucy P, Beesley J, Chen X, McGuffog L, Lee A, Barrowdale D, Healey S, Sinilnikova OM, Caligo MA, Loman N, Harbst K, Lindblom A, Arver B, Rosenquist R, Karlsson P, Nathanson K, Domchek S, Rebbeck T, Jakubowska A, Lubinski J, Jaworska K, Durda K, Złowowcka-Perłowska E, Osorio A, Durán M, Andrés R, Benítez J, Hamann U, Hogervorst FB, van Os TA, Verhoef S, Meijers-Heijboer HE, Wijnen J, Gómez Garcia EB, Ligtenberg MJ, Kriege M, Collée JM, Ausems MG, Oosterwijk JC, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Lalloo F, Jacobs C, Eeles R, Adlard J, Davidson R, Cole T, Cook J, Paterson J, Douglas F, Brewer C, Hodgson S, Morrison PJ, Walker L, Rogers MT, Donaldson A, Dorkins H, Godwin AK, Bove B, Stoppa-Lyonnet D, Houdayer C, Buecher B, de Pauw A, Mazoyer S, Calender A, Léoné M, Bressac-de Paillerets B, Caron O, Sobol H, Frenay M, Prieur F, Ferrer SU, Mortemousque I, Buys S, Daly M, Miron A, **Terry M**, Hopper JL, John EM, Southey M, Goldgar D, Singer CF, Fink-Retter A, Tea MK, Kaulich DU, Hansen TV, Nielsen FC, Barkardottir RB, Gaudet M, Kirchhoff T, Joseph V, Dutra-Clarke A, Offit K, Piedmonte M, Kirk J, Cohn D, Hurteau J, Byron J, Fiorica J, Toland AE, Montagna M, Oliani C, Imyanitov E, Isaacs C, Tihomirova L, Blanco I, Lazaro C, Teulé A, Valle JD, Gayther SA, Odunsi K, Gross J, Karlan BY, Olah E, Teo SH, Ganz PA, Beattie MS, Dorfling CM, van Rensburg EU, Diez O, Kwong A, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Heidemann S, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C, Kast K, Fiebig B, Schäfer D, Caldes T, de la Hoya M, Nevanlinna H, Muranen TA, Lespérance B, Spurdle AB, Neuhausen SL, Ding YC, Wang X, Fredericksen Z, Pankratz VS, Lindor NM, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Bonanni B, Bernard L, Dolcetti R, Papi L, Ottini L, Radice P, Greene MH, Loud JT, Andrulis IL, Ozcelik H, Mulligan AU, Glendon G, Thomassen M, Gerdes AM, Jensen UB, Skytte AB, Kruse TA, Chenevix-Trench G, Couch FJ, Simard J, Easton DF; CIMBA, SWE-BRCA; HEBON; EMBRACE; GEMO Collaborators Study; kConFab Investigators. Common variants at 12p11, 12q24, 9p21, 9q31.2 and in ZNF365 are associated with breast cancer risk for BRCA1 and/or BRCA2 mutation carriers. Breast Cancer Res. 2012 Feb 20;14(1):R33. PMID: 22348646

155. *Delgado-Cruzata L, Wu HC, Wang Q, Perrin M, Liao Y, Kappil M, Ferris JS, Flom JD, Yazici H, Santella RM, **Terry MB**. Global DNA methylation levels in white blood cell DNA from sisters discordant for breast cancer from the New York site of the Breast Cancer Family Registry. Epigenetics. 2012. 2012 Aug 1;7(8).

156. Crew KD, Brown P, Greenlee H, Bevers TB, Arun B, Hudis C, McArthur HL, Chang J,

Rimawi M, Vornik L, Cornelison TL, Wang A, Hibshoosh H, Ahmed A, **Terry MB**, Santella RM, Lippman SM, Hershman DL. Phase IB Randomized, Double-Blinded, Placebo-Controlled, Dose Escalation Study of Polyphenon E in Women with Hormone Receptor-Negative Breast Cancer. Cancer Prev Res (Phila). 2012 Sep;5(9):1144-54. Epub 2012 Jul 24.

157. Cohn BA, **Terry MB**, Plumb M, Cirillo PM. Exposure to polychlorinated biphenyl (PCB) congeners measured shortly after giving birth and subsequent risk of maternal breast cancer before age 50. Breast Cancer Res Treat. 2012 Nov;136(1):267-75. doi: 10.1007/s10549-012-2257-4. Epub 2012 Sep 28. PMID: 23053646

158. Shen J, **Terry MB**, Liao Y, Gurvich I, Wang Q, Senie RT, Santella RM. Genetic variation in telomere maintenance genes, telomere length and breast cancer risk. PLoS One. 2012;7(9):e44308. doi: 10.1371/journal.pone.0044308. Epub 2012 Sep 6. PMID: 22970196.

159. *Quante AS, Whittemore AS, Shriver T, Strauch K, **Terry MB**. Breast cancer risk assessment across the risk continuum: genetic and nongenetic risk factors contributing to differential model performance. Breast Cancer Res. 2012 Nov 5;14(6):R144. [Epub ahead of print] PMID: 23127309

160. Couch FJ, Wang X, McGuffog L, Lee A, Olswold C, Kuchenbaecker KB, Soucy P, Fredericksen Z, Barrowdale D, Dennis J, Gaudet MM, Dicks E, Kosel M, Healey S, Sinilnikova OM, Lee A, Bacot F, Vincent D, Hogervorst FB, Peock S, Stoppa-Lyonnet D, Jakubowska A; kConFab Investigators, Radice P, Schmutzler RK; SWE-BRCA, Domchek SM, Piedmonte M, Singer CF, Friedman E, Thomassen M; Ontario Cancer Genetics Network, Hansen TV, Neuhausen SL, Szabo CI, Blanco I, Greene MH, Karlan BY, Garber J, Phelan CM, Weitzel JN, Montagna M, Olah E, Andrulis IL, Godwin AK, Yannoukakos D, Goldgar DE, Caldes T, Nevanlinna H, Osorio A, **Terry MB**, Daly MB, van Rensburg EJ, Hamann U, Ramus SJ, Toland AE, Caligo MA, Olopade OI, Tung N, Claes K, Beattie MS, Southey MC, Imyanitov EN, Tischkowitz M, Janavicius R, John EM, Kwong A, Diez O, Balmaña J, Barkardottir RB, Arun BK, Rennert G, Teo SH, Ganz PA, Campbell I, van der Hout AH, van Deurzen CH, Seynaeve C, Gómez Garcia EB, van Leeuwen FE, Meijers-Heijboer HE, Gille JJ, Ausems MG, Blok MJ, Ligtenberg MJ, Rookus MA, Devilee P, Verhoef S, van Os TA, Wijnen JT; HEBON; EMBRACE, Frost D, Ellis S, Fineberg E, Platte R, Evans DG, Izatt L, Eeles RA, Adlard J, Eccles DM, Cook J, Brewer C, Douglas F, Hodgson S, Morrison PJ, Side LE, Donaldson A, Houghton C, Rogers MT, Dorkins H, Eason J, Gregory H, McCann E, Murray A, Calender A, Hardouin A, Berthet P, Delnatte C, Nogues C, Lasset C, Houdayer C, Leroux D, Rouleau E, Prieur F, Damiola F, Sobol H, Coupier I, Venat-Bouvet L, Castera L, Gauthier-Villars M, Léoné M, Pujol P, Mazoyer S, Bignon YJ; GEMO Study Collaborators, Złowocka-Perłowska E, Gronwald J, Lubinski J, Durda K, Jaworska K, Huzarski T, Spurdle AB, Viel A, Peissel B, Bonanni B, Melloni G, Ottini L, Papi L, Varesco L, Tibiletti MG, Peterlongo P, Volorio S, Manoukian S, Pensotti V, Arnold N, Engel C, Deissler H, Gadzicki D, Gehrig A, Kast K, Rhiem K, Meindl A, Niederacher D, Ditsch N, Plendl H, Preisler-Adams S, Engert S, Sutter C, Varon-Mateeva R,

Wappenschmidt B, Weber BH, Arver B, Stenmark-Askmalm M, Loman N, Rosenquist R, Einbeigi Z, Nathanson KL, Rebbeck TR, Blank SV, Cohn DE, Rodriguez GC, Small L, Friedlander M, Bae-Jump VL, Fink-Retter A, Rappaport C, Gschwantler-Kaulich D, Pfeiler G, Tea MK, Lindor NM, Kaufman B, Shimon Paluch S, Laitman Y, Skytte AB, Gerdes AM, Pedersen IS, Moeller ST, Kruse TA, Jensen UB, Vijai J, Sarrel K, Robson M, Kauff N, Mulligan AM, Glendon G, Ozcelik H, Ejlertsen B, Nielsen FC, Jønson L, Andersen MK, Ding YC, Steele L, Foretova L, Teulé A, Lazaro C, Brunet J, Pujana MA, Mai PL, Loud JT, Walsh C, Lester J, Orsulic S, Narod SA, Herzog J, Sand SR, Tognazzo S, Agata S, Vaszko T, Weaver J, Stavropoulou AV, Buys SS, Romero A, de la Hoya M, Aittomäki K, Muranen TA, Duran M, Chung WK, Lasa A, Dorfling CM, Miron A; BCFR, Benitez J, Senter L, Huo D, Chan SB, Sokolenko AP, Chiquette J, Tihomirova L, Friebel TM, Agnarsson BA, Lu KH, Lejbkowicz F, James PA, Hall P, Dunning AM, Tessier D, Cunningham J, Slager SL, Wang C, Hart S, Stevens K, Simard J, Pastinen T, Pankratz VS, Offit K, Easton DF, Chenevix-Trench G, Antoniou AC; CIMBA. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013 Mar;9(3):e1003212. doi: 10.1371/journal.pgen.1003212. Epub 2013 Mar 27. PMID: 23544013 [PubMed - in process]

161. Rinella ES, Shao Y, Yackowski L, Pramanik S, Oratz R, Schnabel F, Guha S, Leduc C, Campbell CL, Klugman SD, **Terry MB**, Senie RT, Andrulis IL, Daly M, John EM, Roses D, Chung WK, Ostrer H. Genetic variants associated with breast cancer risk for Ashkenazi Jewish women with strong family histories but no identifiable BRCA1/2 mutation. Hum Genet. 2013 May;132(5):523-36. doi: 10.1007/s00439-013-1269-4. Epub 2013 Jan 25. PMID: 23354978 [PubMed - in process]

162. *Zhang FF, John EM, Knight JA, Kaur M, Daly M, Buys S, Andrulis IL, Stearman B, West D, **Terry MB**. Total energy intake and breast cancer risk in sisters: the Breast Cancer Family Registry. Breast Cancer Res Treat. 2013 Jan;137(2):541-51. doi: 10.1007/s10549-012-2342-8. Epub 2012 Dec 6. PMID: 23225141 [PubMed - in process]

163. *Tehranifar P, Wu HC, Fan X, Flom JD, Ferris JS, Cho YH, Gonzalez K, Santella RM, **Terry MB**. Early life socioeconomic factors and genomic DNA methylation in mid-life. Epigenetics. 2013 Jan;8(1):23-7. doi: 10.4161/epi.22989. Epub 2012 Nov 29. PMID: 23196856 [PubMed - in process] Free PMC Article

164. La Merrill M, Cirillo PM, **Terry MB**, Krigbaum NY, Flom JD, Cohn BA. Prenatal Exposure to the Pesticide DDT and Hypertension Diagnosed in Women before Age 50: A Longitudinal Birth Cohort Study. Environ Health Perspect. 2013 May;121(5):594-9. doi: 10.1289/ehp.1205921. Epub 2013 Mar 7. PMID: 23591545 [PubMed - in process]

165. Link AR, Gammon MD, Jacobson JS, Abrahamson P, Bradshaw PT, **Terry MB**, Teitelbaum S, Neugut A, Greenlee H. Use of Self-Care and Practitioner-Based Forms of Complementary and Alternative Medicine before and after a Diagnosis of Breast Cancer. Evid Based Complement Alternat Med. 2013;2013:301549. doi: 10.1155/2013/301549. Epub 2013 Aug 12. PMID: 23997792 [PubMed]

166. Macinnis RJ, Bickerstaffe A, Apicella C, Dite GS, Dowty JG, Aujard K, Phillips KA, Weideman P, Lee A, **Terry MB**, Giles GG, Southey MC, Antoniou AC, Hopper JL. Prospective validation of the breast cancer risk prediction model BOADICEA and a batch-mode version BOADICEACentre. Br J Cancer. 2013 Sep 3;109(5):1296-301. doi: 10.1038/bjc.2013.382. Epub 2013 Aug 13. PMID: 23942072 [PubMed - in process]

167. Phillips KA, Milne RL, Rookus MA, Daly MB, Antoniou AC, Peock S, Frost D, Easton DF, Ellis S, Friedlander ML, Buys SS, Andrieu N, Noguès C, Stoppa-Lyonnet D, Bonadona V, Pujol P, McLachlan SA, John EM, Hooning MJ, Seynaeve C, Tollenaar RA, Goldgar DE, **Terry MB**, Caldes T, Weideman PC, Andrulis IL, Singer CF, Birch K, Simard J, Southey MC, Olsson HL, Jakubowska A, Olah E, Gerdes AM, Foretova L, Hopper JL. Tamoxifen and Risk of Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. J Clin Oncol. 2013 Sep 1;31(25):3091-3099. Epub 2013 Aug 5. PMID: 23918944

168. Goyal A, **Terry MB**, Siegel AB. Serum Antioxidant Nutrients, Vitamin A, and Mortality in US Adults. Cancer Epidemiol Biomarkers Prev. 2013 Aug 8. [Epub ahead of print] PMID: 23897583 [PubMed - as supplied by publisher]

169. John EM, McGuire V, Thomas D, Haile R, Ozcelik H, Milne RL, Felberg A, West DW, Miron A, Knight JA, **Terry MB**, Daly M, Buys SS, Andrulis IL, Hopper JL, Southey MC, Giles GG, Apicella C, Thorne H; for the Kathleen Cuningham Foundation Consortium for Research into Familial Breast Cancer (kConFab), Whittemore AS. Diagnostic Chest X-Rays and Breast Cancer Risk before Age 50 Years for BRCA1 and BRCA2 Mutation Carriers. Cancer Epidemiol Biomarkers Prev. 2013 Aug 15. PMID: 23853209

170. McCullough LE, Santella RM, Cleveland RJ, Millikan RC, Olshan AF, North KE, Bradshaw PT, Eng SM, **Terry MB**, Shen J, Crew KD, Rossner P Jr, Teitelbaum SL, Neugut AI, Gammon MD. Polymorphisms in DNA repair genes, recreational physical activity and breast cancer risk. Int J Cancer. 2013 Jul 13. doi: 10.1002/ijc.28383. [Epub ahead of print] PMID: 23852586 [PubMed - as supplied by publisher]

171. Teo ZL, Provenzano E, Dite GS, Park DJ, Apicella C, Sawyer SD, James PA, Mitchell G, Trainer AH, Lindeman GJ, Shackleton K, Cicciarelli L; kConFab, Buys SS, Andrulis IL, Mulligan AM, Glendon G, John EM, **Terry MB**, Daly M, Odefrey FA, Nguyen-Dumont T, Giles GG, Dowty JG, Winship I, Goldgar DE, Hopper JL, Southey MC. Tumour morphology predicts PALB2 germline mutation status. Br J Cancer. 2013 Jul 9;109(1):154-63. doi: 10.1038/bjc.2013.295. Epub 2013 Jun 20.
PMID: 23787919 [PubMed - in process]

172. *Delgado-Cruzata L, Wu HC, Liao Y, Santella RM, **Terry MB**. Changes in DNA methylation by extent of breast cancer family history in unaffected women. Epigenetics. 2013 Oct 29;9(2). [Epub ahead of print] PMID: 24172832

174. *Wu HC, Delgado-Cruzata L, Machella N, Wang Q, Santella RM, **Terry MB.** DNA double-strand break repair genotype and phenotype and breast cancer risk within sisters from the New York site of the Breast Cancer Family Registry (BCFR). Cancer Causes Control. 2013 Dec;24(12):2157-68. doi: 10.1007/s10552-013-0292-z. Epub 2013 Sep 24.

175. *Work ME, John EM, Andrulis IL, Knight JA, Liao Y, Mulligan AM, Southey MC, Giles GG, Dite GS, Apicella C, Hibshoosh H, Hopper JL, **Terry MB**. Reproductive risk factors and oestrogen/progesterone receptor-negative breast cancer in the Breast Cancer Family Registry. Br J Cancer. 2014 Feb 18. doi: 10.1038/bjc.2013.807. [Epub ahead of print] PMID: 24548865 [PubMed - as supplied by publisher]

176. *Ferris JS, Daly MB, Buys SS, Genkinger JM, Liao Y, **Terry MB**. Oral contraceptive and reproductive risk factors for ovarian cancer within sisters in the breast cancer family registry. Br J Cancer. 2014 Feb 18;110(4):1074-80. doi: 10.1038/bjc.2013.803. Epub 2014 Jan 7. PMID: 24398512 [PubMed - in process]

177. McDonald JA, **Terry MB**, Tehranifar P. Racial and gender discrimination, early life factors, and chronic physical health conditions in midlife. Womens Health Issues. 2014 Jan-Feb;24(1):e53-9. doi: 10.1016/j.whi.2013.09.006. Epub 2013 Dec 15. PMID: 24345610 [PubMed - in process]

178. Khankari NK, Bradshaw PT, McCullough LE, Teitelbaum SL, Steck SE, Fink BN, Xu X, Ahn J, Ambrosone CB, Crew KD, **Terry MB**, Neugut AI, Chen J, Santella RM, Gammon MD. Genetic variation in multiple biologic pathways, flavonoid intake, and breast cancer. Cancer Causes Control. 2014 Feb;25(2):215-26. doi: 10.1007/s10552-013-0324-8. Epub 2013 Nov 27. PMID: 24281852 [PubMed - in process]

179. Park DJ, Tao K, Le Calvez-Kelm F, Nguyen-Dumont T, Robinot N, Hammet F, Odefrey F, Tsimiklis H, Teo ZL, Thingholm LB, Young EL, Voegele C, Lonie A, Pope BJ, Roane TC, Bell R, Hu H, Shankaracharya, Huff CD, Ellis J, Li J, Makunin IV, John EM, Andrulis IL, **Terry MB**, Daly M, Buys SS, Snyder C, Lynch HT, Devilee P, Giles GG, Hopper JL, Feng BJ, Lesueur F, Tavtigian SV, Southey MC, Golgar DE. Rare Mutations in RINT1 Predispose Carriers to Breast and Lynch Syndrome-Spectrum Cancers. Cancer Discov. 2014 Jul;4(7):804-15. doi: 10.1158/2159-8290.CD-14-0212. Epub 2014 May 2. PMID: 25050558 [PubMed – in process]

180. Duggan C, Xiao L, **Terry MB**, McTiernan A. No effect of weight loss on LINE-1 methylation levels in peripheral blood leukocytes from postmenopausal overweight women. Obesity (Silver Spring). 2014 Jun 13. doi: 10.1002/oby.20806. [Epub ahead of print] PMID: 24930817 [PubMed - as supplied by publisher]

181. Goyal A, **Terry MB**, Jin Z, Siegel AB. C-reactive protein and colorectal cancer mortality in U.S. Adults. Cancer Epidemiol Biomarkers Prev. 2014 Aug;23(8):1609-18. doi: 10.1158/1055-9965.EPI-13-0577. Epub 2014 May 27. PMID: 24867266 [PubMed - in process]

182. Harris D, Patrick-Miller L, Schwartz L, Lantos J, Daugherty C, Daly M, Andrulis IL, Buys SS, Chung WK, Frost CJ, John EM, Keegan TH, Knight JA, **Terry MB**, Bradbury AR. Human Subjects Protection: An Event Monitoring Committee for Research Studies of Girls From Breast Cancer Families. J Adolesc Health. 2014 May 17. pii: S1054-139X(14)00145-1. doi: 10.1016/j.jadohealth.2014.03.007. [Epub ahead of print] PMID: 24845866 [PubMed - as supplied by publisher]

183. Elmasry H, Goodwin RD, **Terry MB**, Tehranifar P. Early Life Exposure to Cigarette Smoke and Depressive Symptoms Among Women in Midlife. Nicotine Tob Res. 2014 Apr 28. [Epub ahead of print] PMID: 24776377 [PubMed - as supplied by publisher]

184. *Wu HC, Wang Q, Chung WK, Andrulis IL, Daly MB, John EM, Keegan TH, Knight J, Bradbury AR, Kappil MA, Gurvich I, Santella RM, **Terry MB**. Correlation of DNA methylation levels in blood and saliva DNA in young girls of the LEGACY study. Epigenetics. 2014 Apr 22;9(7). [Epub ahead of print]. PMID: 24756002 [PubMed - as supplied by publisher]

185. Gong G, Quante AS, **Terry MB**, Whittemore AS. Assessing the goodness of fit of personal risk models. Stat Med. 2014 Aug 15;33(18):3179-90. doi: 10.1002/sim.6176. Epub 2014 Apr 22. PMID: 24753038 [PubMed - in process]

186. *Crew KD, Campbell J, Reynolds D, Fulton L, Flom JD, Liao Y, Tehranifar P, **Terry MB**. Mammographic density and serum 25-hydroxyvitamin D levels. Nutr Metab (Lond). 2014 Apr 17;11:18. doi: 10.1186/1743-7075-11-18. eCollection 2014. PMID: 24742098 [PubMed]

187. Osorio A, Milne RL, Kuchenbaecker K, Vaclová T, Pita G, Alonso R, Peterlongo P, Blanco I, de la Hoya M, Duran M, Díez O, Ramón Y Cajal T, Konstantopoulou I, Martínez-Bouzas C, Andrés Conejero R, Soucy P, McGuffog L, Barrowdale D, Lee A, Swe-Brca, Arver B, Rantala J, Loman N, Ehrencrona H, Olopade OI, Beattie MS, Domchek SM, Nathanson K, Rebbeck TR, Arun BK, Karlan BY, Walsh C, Lester J, John EM, Whittemore AS, Daly MB, Southey M, Hopper J, **Terry MB**, Buys SS, Janavicius R, Dorfling CM, van Rensburg EJ, Steele L, Neuhausen SL, Ding YC, Hansen TV, Jønson L, Ejlertsen B, Gerdes AM, Infante M, Herráez B, Moreno LT, Weitzel JN, Herzog J, Weeman K, Manoukian S, Peissel B, Zaffaroni D, Scuvera G, Bonanni B, Mariette F, Volorio S, Viel A, Varesco L, Papi L, Ottini L, Tibiletti MG, Radice P, Yannoukakos D, Garber J, Ellis S, Frost D, Platte R, Fineberg E, Evans G, Lalloo F, Izatt L, Eeles R, Adlard J, Davidson R, Cole T, Eccles D, Cook J, Hodgson S, Brewer C, Tischkowitz M, Douglas F, Porteous M, Side L, Walker L, Morrison P, Donaldson A, Kennedy J, Foo C, Godwin AK, Schmutzler RK, Wappenschmidt B, Rhiem K, Engel C, Meindl A, Ditsch N, Arnold N, Plendl HJ, Niederacher D, Sutter C, Wang-Gohrke S, Steinemann D, Preisler-Adams S, Kast K, Varon-Mateeva R, Gehrig A, Stoppa-Lyonnet D, Sinilnikova OM, Mazoyer S, Damiola F, Poppe B, Claes K, Piedmonte M, Tucker K, Backes F, Rodríguez G, Brewster W, Wakeley K, Rutherford T, Caldés T, Nevanlinna H, Aittomäki K, Rookus MA, van Os TA, van der Kolk L, de Lange JL, Meijers-Heijboer

HE, van der Hout AH, van Asperen CJ, Gómez Garcia EB, Hoogerbrugge N, Collée JM, van Deurzen CH, van der Luijt RB, Devilee P, Hebon, Olah E, Lázaro C, Teulé A, Menéndez M, Jakubowska A, Cybulski C, Gronwald J, Lubinski J, Durda K, Jaworska-Bieniek K, Johannsson OT, Maugard C, Montagna M, Tognazzo S, Teixeira MR, Healey S, Investigators K, Olswold C, Guidugli L, Lindor N, Slager S, Szabo CI, Vijai J, Robson M, Kauff N, Zhang L, Rau-Murthy R, Fink-Retter A, Singer CF, Rappaport C, Geschwantler Kaulich D, Pfeiler G, Tea MK, Berger A, Phelan CM, Greene MH, Mai PL, Lejbkowicz F, Andrulis I, Mulligan AM, Glendon G, Toland AE, Bojesen A, Pedersen IS, Sunde L, Thomassen M, Kruse TA, Jensen UB, Friedman E, Laitman Y, Shimon SP, Simard J, Easton DF, Offit K, Couch FJ, Chenevix-Trench G, Antoniou AC, Benitez J. DNA glycosylases involved in base excision repair may be associated with cancer risk in BRCA1 and BRCA2 mutation carriers. PLoS Genet. 2014 Apr 3;10(4):e1004256. doi: 10.1371/journal.pgen.1004256. eCollection 2014 Apr. PMID: 24698998 [PubMed - in process] Free PMC Article

188. *Tehranifar P, Reynolds D, Fan X, Boden-Albala B, Engmann NJ, Flom JD, **Terry MB**. Multiple metabolic risk factors and mammographic breast density. Ann Epidemiol. 2014 Jun;24(6):479-83. doi: 10.1016/j.annepidem.2014.02.011. Epub 2014 Mar 3. PMID: 24698111

189. * Work ME, Reimers LL, Quante AS, Crew KD, Whiffen A, **Terry MB**. Changes in mammographic density over time in breast cancer cases and women at high risk for breast cancer. Int J Cancer. 2014 Oct 1;135(7):1740-4. doi: 10.1002/ijc.28825. Epub 2014 Mar 17. PMID: 24599445 [PubMed - in process]

190. Reimers LL, Crew KD, Bradshaw PT, Santella RM, Steck SE, Sirosh I, **Terry MB**, Hershman DL, Shane E, Cremers S, Dworakowski E, Teitelbaum SL, Neugut AI, Gammon MD. Vitamin D-related gene polymorphisms, plasma 25-hydroxyvitamin D, and breast cancer risk. Cancer Causes Control. 2014 Nov 25. [Epub ahead of print]

191. Nguyen-Dumont T, Hammet F, Mahmoodi M, Tsimiklis H, Teo ZL, Li R, Pope BJ, **Terry MB**, Buys SS, Daly M, Hopper JL, Winship I, Goldgar DE, Park DJ, Southey MC. Mutation screening of PALB2 in clinically ascertained families from the Breast Cancer Family Registry. Breast Cancer Res Treat. 2015 Jan;149(2):547-54. doi: 10.1007/s10549-014-3260-8. Epub 2015 Jan 10. PMID: 25575445 [PubMed - in process].

192. *Tehranifar P, Wu HC, Shriver T, Cloud AJ, **Terry MB.** Validation of family cancer history data in high-risk families: the influence of cancer site, ethnicity, kinship degree, and multiple family reporters. Am J Epidemiol. 2015 Feb 1;181(3):204-12. doi: 10.1093/aje/kwu258. Epub 2015 Jan 7. PMID: 25568166 [PubMed - in process]

193. *Delgado-Cruzata L, Vin-Raviv N, Tehranifar P, Flom J, Reynolds D, Gonzalez K, Santella RM, **Terry MB**. Correlations in global DNA methylation measures in peripheral blood mononuclear cells and granulocytes.Epigenetics. 2014;9(11):1504-10. doi: 10

194. *Cloud AJ, Thai A, Liao Y, **Terry MB**. The impact of cancer prevention guideline adherence on overall mortality in a high-risk cohort of women from the New York site of the Breast Cancer Family Registry. Breast Cancer Res Treat. 2015 Jan;149(2):537-46. doi: 10.1007/s10549-014-3234-x. Epub 2015 Jan 21. PMID: 25604794 [PubMed - in process].

195. Kuchenbaecker KB, Ramus SJ, Tyrer J, Lee A, Shen HC, Beesley J, Lawrenson K, McGuffog L, Healey S, Lee JM, Spindler TJ, Lin YG, Pejovic T, Bean Y, Li Q, Coetzee S, Hazelett D, Miron A, Southey M, **Terry MB**, Goldgar DE, Buys SS, Janavicius R, Dorfling CM, van Rensburg EJ, Neuhausen SL, Ding YC, Hansen TV, Jønson L, Gerdes AM, Ejlertsen B, Barrowdale D, Dennis J, Benitez J, Osorio A, Garcia MJ, Komenaka I, Weitzel JN, Ganschow P, Peterlongo P, Bernard L, Viel A, Bonanni B, Peissel B, Manoukian S, Radice P, Papi L, Ottini L, Fostira F, Konstantopoulou I, Garber J, Frost D, Perkins J, Platte R, Ellis S; EMBRACE, Godwin AK, Schmutzler RK, Meindl A, Engel C, Sutter C, Sinilnikova OM; GEMO Study Collaborators, Damiola F, Mazoyer S, Stoppa-Lyonnet D, Claes K, De Leeneer K, Kirk J, Rodriguez GC, Piedmonte M, O'Malley DM, de la Hoya M, Caldes T, Aittomäki K, Nevanlinna H, Collée JM, Rookus MA, Oosterwijk JC; Breast Cancer Family Registry, Tihomirova L, Tung N, Hamann U, Isaccs C, Tischkowitz M, Imyanitov EN, Caligo MA, Campbell IG, Hogervorst FB; HEBON, Olah E, Diez O, Blanco I, Brunet J, Lazaro C, Pujana MA, Jakubowska A, Gronwald J, Lubinski J, Sukiennicki G, Barkardottir RB, Plante M, Simard J, Soucy P, Montagna M, Tognazzo S, Teixeira MR; KConFab Investigators, Pankratz VS, Wang X, Lindor N, Szabo CI, Kauff N, Vijai J, Aghajanian CA, Pfeiler G, Berger A, Singer CF, Tea MK, Phelan CM, Greene MH, Mai PL, Rennert G, Mulligan AM, Tchatchou S, Andrulis IL, Glendon G, Toland AE, Jensen UB, Kruse TA, Thomassen M, Bojesen A, Zidan J, Friedman E, Laitman Y, Soller M, Liljegren A, Arver B, Einbeigi Z, Stenmark-Askmalm M, Olopade OI, Nussbaum RL, Rebbeck TR, Nathanson KL, Domchek SM, Lu KH, Karlan BY, Walsh C, Lester J; Australian Cancer Study (Ovarian Cancer Investigators); Australian Ovarian Cancer Study Group, Hein A, Ekici AB, Beckmann MW, Fasching PA, Lambrechts D, Van Nieuwenhuysen E, Vergote I, Lambrechts S, Dicks E, Doherty JA, Wicklund KG, Rossing MA, Rudolph A, Chang-Claude J, Wang-Gohrke S, Eilber U, Moysich KB, Odunsi K, Sucheston L, Lele S, Wilkens LR, Goodman MT, Thompson PJ, Shvetsov YB, Runnebaum IB, Dürst M, Hillemanns P, Dörk T, Antonenkova N, Bogdanova N, Leminen A, Pelttari LM, Butzow R, Modugno F, Kelley JL, Edwards RP, Ness RB, du Bois A, Heitz F, Schwaab I, Harter P, Matsuo K, Hosono S, Orsulic S, Jensen A, Kjaer SK, Hogdall E, Hasmad HN, Azmi MA, Teo SH, Woo YL, Fridley BL, Goode EL, Cunningham JM, Vierkant RA, Bruinsma F, Giles GG, Liang D, Hildebrandt MA, Wu X, Levine DA, Bisogna M, Berchuck A, Iversen ES, Schildkraut JM, Concannon P, Weber RP, Cramer DW, Terry KL, Poole EM, Tworoger SS, Bandera EV, Orlow I, Olson SH, Krakstad C, Salvesen HB, Tangen IL, Bjorge L, van Altena AM, Aben KK, Kiemeney LA, Massuger LF, Kellar M, Brooks-Wilson A, Kelemen LE, Cook LS, Le ND, Cybulski C, Yang H, Lissowska J, Brinton LA, Wentzensen N, Hogdall C, Lundvall L, Nedergaard L, Baker H, Song H, Eccles D, McNeish I, Paul J, Carty K, Siddiqui N, Glasspool R, Whittemore AS, Rothstein JH, McGuire V, Sieh W, Ji BT, Zheng W, Shu XO, Gao YT, Rosen B, Risch HA,

McLaughlin JR, Narod SA, Monteiro AN, Chen A, Lin HY, Permuth-Wey J, Sellers TA, Tsai YY, Chen Z, Ziogas A, Anton-Culver H, Gentry-Maharaj A, Menon U, Harrington P, Lee AW, Wu AH, Pearce CL, Coetzee G, Pike MC, Dansonka-Mieszkowska A, Timorek A, Rzepecka IK, Kupryjanczyk J, Freedman M, Noushmehr H, Easton DF, Offit K, Couch FJ, Gayther S, Pharoah PP, Antoniou AC, Chenevix-Trench G; Consortium of Investigators of Modifiers of BRCA1 and BRCA2. Identification of six new susceptibility loci for invasive epithelial ovarian cancer. Nat Genet. 2015 Feb;47(2):164-71. doi: 10.1038/ng.3185. Epub 2015 Jan 12.

196. McCullough LE, Eng SM, Bradshaw PT, Cleveland RJ, Steck SE, **Terry MB**, Shen J, Crew KD, Rossner P Jr, Ahn J, Ambrosone CB, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Genetic polymorphisms in DNA repair and oxidative stress pathways may modify the association between body size and postmenopausal breast cancer. Ann Epidemiol. 2015 Apr;25(4):263-9. doi: 10.1016/j.annepidem.2015.01.009.

197. Quandt Z, Flom JD, Tehranifar P, Reynolds D, **Terry MB**, McDonald JA. The association of alcohol consumption with mammographic density in a multiethnic urban population. BMC Cancer. 2015;15:1094. doi: 10.1186/s12885-015-1094-3. Epub 2015 Mar 14.

198. *Tawfik H, Kline J, Jacobson J, Tehranifar P, Protacio A, Flom JD, Cirillo P, Cohn BA, **Terry MB**. Life course exposure to smoke and early menopause and menopausal transition. Menopause. 2015 Oct;22(10):1076-83. doi: 10.1097/GME.0000000000000444.

199. Khankari NK, Bradshaw PT, Steck SE, He K, Olshan AF, Shen J, Ahn J, Chen Y, Ahsan H, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Dietary intake of fish, polyunsaturated fatty acids, and survival after breast cancer: A population-based follow-up study on Long Island, New York. Cancer. 2015 Mar 24. doi: 10.1002/cncr.29329.

200. Blanco I, Kuchenbaecker K, Cuadras D, Wang X, Barrowdale D, de Garibay GR, Librado P, Sánchez-Gracia A, Rozas J, Bonifaci N, McGuffog L, Pankratz VS, Islam A, Mateo F, Berenguer A, Petit A, Català I, Brunet J, Feliubadaló L, Tornero E, Benítez J, Osorio A, Ramón y Cajal T, Nevanlinna H, Aittomäki K, Arun BK, Toland AE, Karlan BY, Walsh C, Lester J, Greene MH, Mai PL, Nussbaum RL, Andrulis IL, Domchek SM, Nathanson KL, Rebbeck TR, Barkardottir RB, Jakubowska A, Lubinski J, Durda K, Jaworska-Bieniek K, Claes K, Van Maerken T, Díez O, Hansen TV, Jønson L, Gerdes AM, Ejlertsen B, de la Hoya M, Caldés T, Dunning AM, Oliver C, Fineberg E, Cook M, Peock S, McCann E, Murray A, Jacobs C, Pichert G, Lalloo F, Chu C, Dorkins H, Paterson J, Ong KR, Teixeira MR; Teixeira, Hogervorst FB, van der Hout AH, Seynaeve C, van der Luijt RB, Ligtenberg MJ, Devilee P, Wijnen JT, Rookus MA, Meijers-Heijboer HE, Blok MJ, van den Ouweland AM, Aalfs CM, Rodriguez GC, Phillips KA, Piedmonte M, Nerenstone SR, Bae-Jump VL, O'Malley DM, Ratner ES, Schmutzler RK, Wappenschmidt B, Rhiem K, Engel C, Meindl A, Ditsch N, Arnold N, Plendl HJ, Niederacher D, Sutter C, Wang-Gohrke S, Steinemann D, Preisler-Adams S, Kast K,

Varon-Mateeva R, Gehrig A, Bojesen A, Pedersen IS, Sunde L, Jensen UB, Thomassen M, Kruse TA, Foretova L, Peterlongo P, Bernard L, Peissel B, Scuvera G, Manoukian S, Radice P, Ottini L, Montagna M, Agata S, Maugard C, Simard J, Soucy P, Berger A, Fink-Retter A, Singer CF, Rappaport C, Geschwantler-Kaulich D, Tea MK, Pfeiler G; BCFR, John EM, Miron A, Neuhausen SL, **Terry MB**, Chung WK, Daly MB, Goldgar DE, Janavicius R, Dorfling CM, van Rensburg EJ, Fostira F, Konstantopoulou I, Garber J, Godwin AK, Olah E, Narod SA, Rennert G, Paluch SS, Laitman Y, Friedman E; SWE-BRCA, Liljegren A, Rantala J, Stenmark-Askmalm M, Loman N, Imyanitov EN, Hamann U; kConFab Investigators, Spurdle AB, Healey S, Weitzel JN, Herzog J, Margileth D, Gorrini C, Esteller M, Gómez A, Sayols S, Vidal E, Heyn H; GEMO, Stoppa-Lyonnet D, Léoné M, Barjhoux L, Fassy-Colcombet M, de Pauw A, Lasset C, Ferrer SF, Castera L, Berthet P, Cornelis F, Bignon YJ, Damiola F, Mazoyer S, Sinilnikova OM, Maxwell CA, Vijai J, Robson M, Kauff N, Corines MJ, Villano D, Cunningham J, Lee A, Lindor N, Lázaro C, Easton DF, Offit K, Chenevix-Trench G, Couch FJ, Antoniou AC, Pujana MA. Assessing associations between the AURKA-HMMR-TPX2-TUBG1 functional module and breast cancer risk in BRCA1/2 mutation carriers. PLoS One. 2015 Apr 1;10(4):e0120020. doi: 10.1371/journal.pone.0120020. eCollection 2015

201. Rebbeck TR, Mitra N, Wan F, Sinilnikova OM, Healey S, McGuffog L, Mazoyer S, Chenevix-Trench G, Easton DF, Antoniou AC, Nathanson KL; CIMBA Consortium, Laitman Y, Kushnir A, Paluch-Shimon S, Berger R, Zidan J, Friedman E, Ehrencrona H, Stenmark-Askmalm M, Einbeigi Z, Loman N, Harbst K, Rantala J, Melin B, Huo D, Olopade OI, Seldon J, Ganz PA, Nussbaum RL, Chan SB, Odunsi K, Gayther SA, Domchek SM, Arun BK, Lu KH, Mitchell G, Karlan BY, Walsh C, Lester J, Godwin AK, Pathak H, Ross E, Daly MB, Whittemore AS, John EM, Miron A, **Terry MB**, Chung WK, Goldgar DE, Buys SS, Janavicius R, Tihomirova L, Tung N, Dorfling CM, van Rensburg EJ, Steele L, Neuhausen SL, Ding YC, Ejlertsen B, Gerdes AM, Hansen Tv, Ramón y Cajal T, Osorio A, Benitez J, Godino J, Tejada MI, Duran M, Weitzel JN, Bobolis KA, Sand SR, Fontaine A, Savarese A, Pasini B, Peissel B, Bonanni B, Zaffaroni D, Vignolo-Lutati F, Scuvera G, Giannini G, Bernard L, Genuardi M, Radice P, Dolcetti R, Manoukian S, Pensotti V, Gismondi V, Yannoukakos D, Fostira F, Garber J, Torres D, Rashid MU, Hamann U, Peock S, Frost D, Platte R, Evans DG, Eeles R, Davidson R, Eccles D, Cole T, Cook J, Brewer C, Hodgson S, Morrison PJ, Walker L, Porteous ME, Kennedy MJ, Izatt L, Adlard J, Donaldson A, Ellis S, Sharma P, Schmutzler RK, Wappenschmidt B, Becker A, Rhiem K, Hahnen E, Engel C, Meindl A, Engert S, Ditsch N, Arnold N, Plendl HJ, Mundhenke C, Niederacher D, Fleisch M, Sutter C, Bartram CR, Dikow N, Wang-Gohrke S, Gadzicki D, Steinemann D, Kast K, Beer M, Varon-Mateeva R, Gehrig A, Weber BH, Stoppa-Lyonnet D, Sinilnikova OM, Mazoyer S, Houdayer C, Belotti M, Gauthier-Villars M, Damiola F, Boutry-Kryza N, Lasset C, Sobol H, Peyrat JP, Muller D, Fricker JP, Collonge-Rame MA, Mortemousque I, Nogues C, Rouleau E, Isaacs C, De Paepe A, Poppe B, Claes K, De Leeneer K, Piedmonte M, Rodriguez G, Wakely K, Boggess J, Blank SV, Basil J, Azodi M, Phillips KA, Caldes T, de la Hoya M, Romero A, Nevanlinna H, Aittomäki K, van der Hout AH, Hogervorst FB, Verhoef S, Collée JM, Seynaeve C, Oosterwijk JC, Gille JJ, Wijnen JT, Gómez Garcia EB, Kets CM, Ausems MG, Aalfs CM, Devilee P, Mensenkamp AR, Kwong A, Olah E, Papp J,

Diez O, Lazaro C, Darder E, Blanco I, Salinas M, Jakubowska A, Lubinski J, Gronwald J, Jaworska-Bieniek K, Durda K, Sukiennicki G, Huzarski T, Byrski T, Cybulski C, Toloczko-Grabarek A, Złowocka-Perłowska E, Menkiszak J, Arason A, Barkardottir RB, Simard J, Laframboise R, Montagna M, Agata S, Alducci E, Peixoto A, Teixeira MR, Spurdle AB, Lee MH, Park SK, Kim SW, Friebel TM, Couch FJ, Lindor NM, Pankratz VS, Guidugli L, Wang X, Tischkowitz M, Foretova L, Vijai J, Offit K, Robson M, Rau-Murthy R, Kauff N, Fink-Retter A, Singer CF, Rappaport C, Gschwantler-Kaulich D, Pfeiler G, Tea MK, Berger A, Greene MH, Mai PL, Imyanitov EN, Toland AE, Senter L, Bojesen A, Pedersen IS, Skytte AB, Sunde L, Thomassen M, Moeller ST, Kruse TA, Jensen UB, Caligo MA, Aretini P, Teo SH, Selkirk CG, Hulick PJ, Andrulis I. Association of type and location of BRCA1 and BRCA2 mutations with risk of breast and ovarian cancer. JAMA. 2015 Apr 7;313(13):1347-61. doi: 10.1001/jama.2014.5985.

202. Reimers LL, Sivasubramanian PS, Hershman D, **Terry MB**, Greenlee H, Campbell J, Kalinsky K, Maurer M, Jayasena R, Sandoval R, Alvarez M, Crew KD. Breast Cancer Chemoprevention among High-risk Women and those with Ductal Carcinoma In Situ. Breast J. 2015 Jul-Aug;21(4):377-86. doi: 10.1111/tbj.12418. Epub 2015 Apr 16.

203. Blein S, Bardel C, Danjean V, McGuffog L, Healey S, Barrowdale D, Lee A, Dennis J, Kuchenbaecker KB, Soucy P, **Terry MB**, Chung WK, Goldgar DE, Buys SS; Breast Cancer Family Registry, Janavicius R, Tihomirova L, Tung N, Dorfling CM, van Rensburg EJ, Neuhausen SL, Ding YC, Gerdes AM, Ejlertsen B, Nielsen FC, Hansen TV, Osorio A, Benitez J, Conejero RA, Segota E, Weitzel JN, Thelander M, Peterlongo P, Radice P, Pensotti V, Dolcetti R, Bonanni B, Peissel B, Zaffaroni D, Scuvera G, Manoukian S, Varesco L, Capone GL, Papi L, Ottini L, Yannoukakos D, Konstantopoulou I, Garber J, Hamann U, Donaldson A, Brady A, Brewer C, Foo C, Evans DG, Frost D, Eccles D; EMBRACE, Douglas F, Cook J, Adlard J, Barwell J, Walker L, Izatt L, Side LE, Kennedy MJ, Tischkowitz M, Rogers MT, Porteous ME, Morrison PJ, Platte R, Eeles R, Davidson R, Hodgson S, Cole T, Godwin AK, Isaacs C, Claes K, De Leeneer K, Meindl A, Gehrig A, Wappenschmidt B, Sutter C, Engel C, Niederacher D, Steinemann D, Plendl H, Kast K, Rhiem K, Ditsch N, Arnold N, Varon-Mateeva R, Schmutzler RK, Preisler-Adams S, Markov NB, Wang-Gohrke S, de Pauw A, Lefol C, Lasset C, Leroux D, Rouleau E, Damiola F; GEMO Study Collaborators, Dreyfus H, Barjhoux L, Golmard L, Uhrhammer N, Bonadona V, Sornin V, Bignon YJ, Carter J, Van Le L, Piedmonte M, DiSilvestro PA, de la Hoya M, Caldes T, Nevanlinna H, Aittomäki K, Jager A, van den Ouweland AM, Kets CM, Aalfs CM, van Leeuwen FE, Hogervorst FB, Meijers-Heijboer HE; HEBON, Oosterwijk JC, van Roozendaal KE, Rookus MA, Devilee P, van der Luijt RB, Olah E, Diez O, Teulé A, Lazaro C, Blanco I, Del Valle J, Jakubowska A, Sukiennicki G, Gronwald J, Lubinski J, Durda K, Jaworska-Bieniek K, Agnarsson BA, Maugard C, Amadori A, Montagna M, Teixeira MR, Spurdle AB, Foulkes W, Olswold C, Lindor NM, Pankratz VS, Szabo CI, Lincoln A, Jacobs L, Corines M, Robson M, Vijai J, Berger A, Fink-Retter A, Singer CF, Rappaport C, Kaulich DG, Pfeiler G, Tea MK, Greene MH, Mai PL, Rennert G, Imyanitov EN, Mulligan AM, Glendon G, Andrulis IL, Tchatchou S, Toland AE, Pedersen IS, Thomassen M, Kruse TA, Jensen UB, Caligo MA, Friedman E, Zidan J, Laitman Y, Lindblom A, Melin B, Arver B, Loman N, Rosenquist R, Olopade OI, Nussbaum RL,

Ramus SJ, Nathanson KL, Domchek SM, Rebbeck TR, Arun BK, Mitchell G, Karlan BY, Lester J, Orsulic S, Stoppa-Lyonnet D, Thomas G, Simard J, Couch FJ, Offit K, Easton DF, Chenevix-Trench G, Antoniou AC, Mazoyer S, Phelan CM, Sinilnikova OM, Cox DG. An original phylogenetic approach identified mitochondrial haplogroup T1a1 as inversely associated with breast cancer risk in BRCA2 mutation carriers. Breast Cancer Res. 2015 Apr 25;17:61. doi: 10.1186/s13058-015-0567-2.

204. Ovarian Cancer Association Consortium, Breast Cancer Association Consortium, and Consortium of Modifiers of BRCA1 and BRCA2, Hollestelle A, van der Baan FH, Berchuck A, Johnatty SE, Aben KK, Agnarsson BA, Aittomäki K, Alducci E, Andrulis IL, Anton-Culver H, Antonenkova NN, Antoniou AC, Apicella C, Arndt V, Arnold N, Arun BK, Arver B, Ashworth A; Australian Ovarian Cancer Study Group, Baglietto L, Balleine R, Bandera EV, Barrowdale D, Bean YT, Beckmann L, Beckmann MW, Benitez J, Berger A, Berger R, Beuselinck B, Bisogna M, Bjorge L, Blomqvist C, Bogdanova NV, Bojesen A, Bojesen SE, Bolla MK, Bonanni B, Brand JS, Brauch H; Breast Cancer Family Register, Brenner H, Brinton L, Brooks-Wilson A, Bruinsma F, Brunet J, Brüning T, Budzilowska A, Bunker CH, Burwinkel B, Butzow R, Buys SS, Caligo MA, Campbell I, Carter J, Chang-Claude J, Chanock SJ, Claes KB, Collée JM, Cook LS, Couch FJ, Cox A, Cramer D, Cross SS, Cunningham JM, Cybulski C, Czene K, Damiola F, Dansonka-Mieszkowska A, Darabi H, de la Hoya M, deFazio A, Dennis J, Devilee P, Dicks EM, Diez O, Doherty JA, Domchek SM, Dorfling CM, Dörk T, Silva ID, du Bois A, Dumont M, Dunning AM, Duran M, Easton DF, Eccles D, Edwards RP, Ehrencrona H, Ejlertsen B, Ekici AB, Ellis SD; EMBRACE, Engel C, Eriksson M, Fasching PA, Feliubadalo L, Figueroa J, Flesch-Janys D, Fletcher O, Fontaine A, Fortuzzi S, Fostira F, Fridley BL, Friebel T, Friedman E, Friel G, Frost D, Garber J, García-Closas M, Gayther SA; GEMO Study Collaborators; GENICA Network, Gentry-Maharaj A, Gerdes AM, Giles GG, Glasspool R, Glendon G, Godwin AK, Goodman MT, Gore M, Greene MH, Grip M, Gronwald J, Gschwantler Kaulich D, Guénel P, Guzman SR, Haeberle L, Haiman CA, Hall P, Halverson SL, Hamann U, Hansen TV, Harter P, Hartikainen JM, Healey S; HEBON, Hein A, Heitz F, Henderson BE, Herzog J, T Hildebrandt MA, Høgdall CK, Høgdall E, Hogervorst FB, Hopper JL, Humphreys K, Huzarski T, Imyanitov EN, Isaacs C, Jakubowska A, Janavicius R, Jaworska K, Jensen A, Jensen UB, Johnson N, Jukkola-Vuorinen A, Kabisch M, Karlan BY, Kataja V, Kauff N; KConFab Investigators, Kelemen LE, Kerin MJ, Kiemeney LA, Kjaer SK, Knight JA, Knol-Bout JP, Konstantopoulou I, Kosma VM, Krakstad C, Kristensen V, Kuchenbaecker KB, Kupryjanczyk J, Laitman Y, Lambrechts D, Lambrechts S, Larson MC, Lasa A, Laurent-Puig P, Lazaro C, Le ND, Le Marchand L, Leminen A, Lester J, Levine DA, Li J, Liang D, Lindblom A, Lindor N, Lissowska J, Long J, Lu KH, Lubinski J, Lundvall L, Lurie G, Mai PL, Mannermaa A, Margolin S, Mariette F, Marme F, Martens JW, Massuger LF, Maugard C, Mazoyer S, McGuffog L, McGuire V, McLean C, McNeish I, Meindl A, Menegaux F, Menéndez P, Menkiszak J, Menon U, Mensenkamp AR, Miller N, Milne RL, Modugno F, Montagna M, Moysich KB, Müller H, Mulligan AM, Muranen TA, Narod SA, Nathanson KL, Ness RB, Neuhausen SL, Nevanlinna H, Neven P, Nielsen FC, Nielsen SF, Nordestgaard BG, Nussbaum RL, Odunsi K, Offit K, Olah E, Olopade OI, Olson JE, Olson SH, Oosterwijk JC, Orlow I, Orr N, Orsulic S, Osorio A, Ottini L, Paul J, Pearce CL, Pedersen IS, Peissel B, Pejovic T, Pelttari LM, Perkins J, Permuth-

Wey J, Peterlongo P, Peto J, Phelan CM, Phillips KA, Piedmonte M, Pike MC, Platte R, Plisiecka-Halasa J, Poole EM, Poppe B, Pylkäs K, Radice P, Ramus SJ, Rebbeck TR, Reed MW, Rennert G, Risch HA, Robson M, Rodriguez GC, Romero A, Rossing MA, Rothstein JH, Rudolph A, Runnebaum I, Salani R, Salvesen HB, Sawyer EJ, Schildkraut JM, Schmidt MK, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schrauder MG, Schumacher F, Schwaab I, Scuvera G, Sellers TA, Severi G, Seynaeve CM, Shah M, Shrubsole M, Siddiqui N, Sieh W, Simard J, Singer CF, Sinilnikova OM, Smeets D, Sohn C, Soller M, Song H, Soucy P, Southey MC, Stegmaier C, Stoppa-Lyonnet D, Sucheston L; SWE-BRCA, Swerdlow A, Tangen IL, Tea MK, Teixeira MR, Terry KL, **Terry MB**, Thomassen M, Thompson PJ, Tihomirova L, Tischkowitz M, Toland AE, Tollenaar RA, Tomlinson I, Torres D, Truong T, Tsimiklis H, Tung N, Tworoger SS, Tyrer JP, Vachon CM, Van 't Veer LJ, van Altena AM, Van Asperen CJ, van den Berg D, van den Ouweland AM, van Doorn HC, Van Nieuwenhuysen E, van Rensburg EJ, Vergote I, Verhoef S, Vierkant RA, Vijai J, Vitonis AF, von Wachenfeldt A, Walsh C, Wang Q, Wang-Gohrke S, Wappenschmidt B, Weischer M, Weitzel JN, Weltens C, Wentzensen N, Whittemore AS, Wilkens LR, Winqvist R, Wu AH, Wu X, Yang HP, Zaffaroni D, Pilar Zamora M, Zheng W, Ziogas A, Chenevix-Trench G, Pharoah PD, Rookus MA, Hooning MJ, Goode EL. No clinical utility of KRAS variant rs61764370 for ovarian or breast cancer. Gynecol Oncol. 2015 May 2. pii: S0090-8258(15)00863-X. doi: 10.1016/j.ygyno.2015.04.034.

205. *Quante AS, Whittemore AS, Shriver T, Hopper JL, Strauch K, **Terry MB**. Practical problems with clinical guidelines for breast cancer prevention based on remaining lifetime risk. J Natl Cancer Inst. 2015 May 8;107(7). pii: djv124. doi: 10.1093/jnci/djv124. Print 2015 Jul.

206. Menes TS, **Terry MB**, Goldgar D, Andrulis IL, Knight JA, John EM, Liao Y, Southey M, Miron A, Chung W, Buys SS. Second primary breast cancer in BRCA1 and BRCA2 mutation carriers: 10-year cumulative incidence in the Breast Cancer Family Registry. Breast Cancer Res Treat. 2015 Jun;151(3):653-60. doi: 10.1007/s10549-015-3419-y. Epub 2015 May 15.

207. McCullough LE, Chen J, White AJ, Xu X, Cho YH, Bradshaw PT, Eng SM, Teitelbaum SL, **Terry MB**, Garbowski G, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Global DNA Methylation, Measured by the Luminometric Methylation Assay (LUMA), Associates with Postmenopausal Breast Cancer in Non-Obese and Physically Active Women. J Cancer. 2015 May 1;6(6):548-54. doi: 10.7150/jca.11359.

208. McCullough LE, Chen J, White AJ, Xu X, Cho YH, Bradshaw PT, Eng SM, Teitelbaum SL, **Terry MB**, Garbowski G, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Gene-Specific Promoter Methylation Status in Hormone-Receptor-Positive Breast Cancer Associates with Postmenopausal Body Size and Recreational Physical Activity. Int J Cancer Clin Res. 2015;2(1). pii: 013.

209. *Quante AS, Herz J, Whittemore AS, Fischer C, Strauch K, **Terry MB**. Assessing absolute changes in breast cancer risk due to modifiable risk factors. Breast Cancer Res

Treat. 2015 Jul;152(1):193-7. doi: 10.1007/s10549-015-3411-6. Epub 2015 May 27.

210. Chang CW, Wu HC, **Terry MB**, Santella RM. microRNA Expression in Prospectively Collected Blood as a Potential Biomarker of Breast Cancer Risk in the BCFR. Anticancer Res. 2015 Jul;35(7):3969-77.

211. *Tehranifar P, Protacio A, Schmitt KM, Desperito E, Oskar S, Potter AJ, Engmann NJ, **Terry MB**. The metabolic syndrome and mammographic breast density in a racially diverse and predominantly immigrant sample of women. Cancer Causes Control. 2015 Oct;26(10):1393-403. doi: 10.1007/s10552-015-0630-4. Epub 2015 Jul 14.

212. ***Terry MB**, Phillips KA, Daly MB, John EM, Andrulis IL, Buys SS, Goldgar DE, Knight JA, Whittemore AS, Chung WK, Apicella C, Hopper JL. Cohort Profile: The Breast Cancer Prospective Family Study Cohort (ProF-SC). Int J Epidemiol. 2015 Jul 13. pii: dyv118. PMID: 26174520

213. White AJ, Chen J, McCullough LE, Xu X, Cho YH, Teitelbaum SL, Neugut AI, **Terry MB**, Hibshoosh H, Santella RM, Gammon MD. Polycyclic aromatic hydrocarbon (PAH)-DNA adducts and breast cancer: modification by gene promoter methylation in a population-based study. Cancer Causes Control. 2015 Dec;26(12):1791-802. doi: 10.1007/s10552-015-0672-7. Epub 2015 Sep 25.

214. Khankari NK, Bradshaw PT, Steck SE, He K, Olshan AF, Shen J, Ahn J, Chen Y, Ahsan H, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Polyunsaturated fatty acid interactions and breast cancer incidence: a population-based case-control study on Long Island, New York. Ann Epidemiol. 2015 Dec;25(12):929-35. doi: 10.1016/j.annepidem.2015.09.003. Epub 2015 Sep 14.

215. Bradbury AR, Patrick-Miller L, Schwartz L, Egleston B, Sands CB, Chung WK, Glendon G, McDonald JA, Moore C, Rauch P, Tuchman L, Andrulis IL, Buys SS, Frost CJ, Keegan TH, Knight JA, **Terry MB**, John EM, Daly MB. Psychosocial Adjustment in School-age Girls with a Family History of Breast Cancer. Pediatrics. 2015 Nov;136(5):927-37. doi: 10.1542/peds.2015-0498. Epub 2015 Oct 19.

216. Strizich G, Gammon MD, Jacobson JS, Wall M, Abrahamson P, Bradshaw PT, **Terry MB**, Teitelbaum S, Neugut AI, Greenlee H. Latent class analysis suggests four distinct classes of complementary medicine users among women with breast cancer. BMC Complement Altern Med. 2015 Nov 19;15(1):411. doi: 10.1186/s12906-015-0937-4

217. Meeks HD, Song H, Michailidou K, Bolla MK, Dennis J, Wang Q, Barrowdale D, Frost D; EMBRACE, McGuffog L, Ellis S, Feng B, Buys SS, Hopper JL, Southey MC, Tesoriero A; kConFab Investigators, James PA, Bruinsma F, Campbell IG; Australia Ovarian Cancer Study Group, Broeks A, Schmidt MK, Hogervorst FB; HEBON, Beckman MW, Fasching PA, Fletcher O, Johnson N, Sawyer EJ, Riboli E, Banerjee S, Menon U, Tomlinson I, Burwinkel B, Hamann U, Marme F, Rudolph A, Janavicius R, Tihomirova L, Tung N, Garber J, Cramer D, Terry KL, Poole EM, Tworoger SS,

Dorfling CM, van Rensburg EJ, Godwin AK, Guénel P, Truong T; GEMO Study Collaborators, Stoppa-Lyonnet D, Damiola F, Mazoyer S, Sinilnikova OM, Isaacs C, Maugard C, Bojesen SE, Flyger H, Gerdes AM, Hansen TV, Jensen A, Kjaer SK, Hogdall C, Hogdall E, Pedersen IS, Thomassen M, Benitez J, González-Neira A, Osorio A, Hoya Mde L, Segura PP, Diez O, Lazaro C, Brunet J, Anton-Culver H, Eunjung L, John EM, Neuhausen SL, Ding YC, Castillo D, Weitzel JN, Ganz PA, Nussbaum RL, Chan SB, Karlan BY, Lester J, Wu A, Gayther S, Ramus SJ, Sieh W, Whittermore AS, Monteiro AN, Phelan CM, **Terry MB**, Piedmonte M, Offit K, Robson M, Levine D, Moysich KB, Cannioto R, Olson SH, Daly MB, Nathanson KL, Domchek SM, Lu KH, Liang D, Hildebrant MA, Ness R, Modugno F, Pearce L, Goodman MT, Thompson PJ, Brenner H, Butterbach K, Meindl A, Hahnen E, Wappenschmidt B, Brauch H, Brüning T, Blomqvist C, Khan S, Nevanlinna H, Pelttari LM, Aittomäki K, Butzow R, Bogdanova NV, Dörk T, Lindblom A, Margolin S, Rantala J, Kosma VM, Mannermaa A, Lambrechts D, Neven P, Claes KB, Maerken TV, Chang-Claude J, Flesch-Janys D, Heitz F, Varon-Mateeva R, Peterlongo P, Radice P, Viel A, Barile M, Peissel B, Manoukian S, Montagna M, Oliani C, Peixoto A, Teixeira MR, Collavoli A, Hallberg E, Olson JE, Goode EL, Hart SN, Shimelis H, Cunningham JM, Giles GG, Milne RL, Healey S, Tucker K, Haiman CA, Henderson BE, Goldberg MS, Tischkowitz M, Simard J, Soucy P, Eccles DM, Le N, Borresen-Dale AL, Kristensen V, Salvesen HB, Bjorge L, Bandera EV, Risch H, Zheng W, Beeghly-Fadiel A, Cai H, Pylkäs K, Tollenaar RA, Ouweland AM, Andrulis IL, Knight JA; OCGN, Narod S, Devilee P, Winqvist R, Figueroa J, Greene MH, Mai PL, Loud JT, García-Closas M, Schoemaker MJ, Czene K, Darabi H, McNeish I, Siddiquil N, Glasspool R, Kwong A, Park SK, Teo SH, Yoon SY, Matsuo K, Hosono S, Woo YL, Gao YT, Foretova L, Singer CF, Rappaport-Feurhauser C, Friedman E, Laitman Y, Rennert G, Imyanitov EN, Hulick PJ, Olopade OI, Senter L, Olah E, Doherty JA, Schildkraut J, Koppert LB, Kiemeney LA, Massuger LF, Cook LS, Pejovic T, Li J, Borg A, Öfverholm A, Rossing MA, Wentzensen N, Henriksson K, Cox A, Cross SS, Pasini BJ, Shah M, Kabisch M, Torres D, Jakubowska A, Lubinski J, Gronwald J, Agnarsson BA, Kupryjanczyk J, Moes-Sosnowska J, Fostira F, Konstantopoulou I, Slager S, Jones M; PRostate cancer AssoCiation group To Investigate Cancer Associated alterations in the genome, Antoniou AC, Berchuck A, Swerdlow A, Chenevix-Trench G, Dunning AM, Pharoah PD, Hall P, Easton DF, Couch FJ, Spurdle AB, Goldgar DE. BRCA2 Polymorphic Stop Codon K3326X and the Risk of Breast, Prostate, and Ovarian Cancers. J Natl Cancer Inst. 2015 Nov 19;108(2). pii: djv315. doi: 10.1093/jnci/djv315. Print 2016 Feb.

218. White AJ, Chen J, Teitelbaum SL, McCullough LE, Xu X, Hee Cho Y, Conway K, Beyea J, Stellman SD, Steck SE, Mordukhovich I, Eng SM, **Terry MB**, Engel LS, Hatch M, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Sources of polycyclic aromatic hydrocarbons are associated with gene-specific promoter methylation in women with breast cancer. Environ Res. 2016 Feb;145:93-100. doi: 10.1016/j.envres.2015.11.033. Epub 2015 Dec 6. PMID: 26671626

219. Dite GS, MacInnis RJ, Bickerstaffe A, Dowty JG, Allman R, Apicella C, Milne RL, Tsimiklis H, Phillips KA, Giles GG, **Terry MB**, Southey MC, Hopper JL. Breast Cancer Risk Prediction Using Clinical Models and 77 Independent Risk-Associated SNPs for

Women Aged Under 50 Years: Australian Breast Cancer Family Registry. Cancer Epidemiol Biomarkers Prev. 2016 Feb;25(2):359-65. doi: 10.1158/1055-9965.EPI-15-0838. Epub 2015 Dec 16. PMID: 26677205

220. *McDonald JA, Michels KB, Cohn BA, Flom JD, Tehranifar P, **Terry MB**. Alcohol intake from early adulthood to midlife and mammographic density. Cancer Causes Control. 2016 Apr;27(4):493-502. doi: 10.1007/s10552-016-0723-8. Epub 2016 Feb 1. PMID: 26830901

221. Silvestri V, Barrowdale D, Mulligan AM, Neuhausen SL, Fox S, Karlan BY, Mitchell G, James P, Thull DL, Zorn KK, Carter NJ, Nathanson KL, Domchek SM, Rebbeck TR, Ramus SJ, Nussbaum RL, Olopade OI, Rantala J, Yoon SY, Caligo MA, Spugnesi L, Bojesen A, Pedersen IS, Thomassen M, Jensen UB, Toland AE, Senter L, Andrulis IL, Glendon G, Hulick PJ, Imyanitov EN, Greene MH, Mai PL, Singer CF, Rappaport-Fuerhauser C, Kramer G, Vijai J, Offit K, Robson M, Lincoln A, Jacobs L, Machackova E, Foretova L, Navratilova M, Vasickova P, Couch FJ, Hallberg E, Ruddy KJ, Sharma P, Kim SW; kConFab Investigators, Teixeira MR, Pinto P, Montagna M, Matricardi L, Arason A, Johannsson OT, Barkardottir RB, Jakubowska A, Lubinski J, Izquierdo A, Pujana MA, Balmaña J, Diez O, Ivady G, Papp J, Olah E, Kwong A; Hereditary Breast and Ovarian Cancer Research Group Netherlands (HEBON), Nevanlinna H, Aittomäki K, Perez Segura P, Caldes T, Van Maerken T, Poppe B, Claes KB, Isaacs C, Elan C, Lasset C, Stoppa-Lyonnet D, Barjhoux L, Belotti M, Meindl A, Gehrig A, Sutter C, Engel C, Niederacher D, Steinemann D, Hahnen E, Kast K, Arnold N, Varon-Mateeva R, Wand D, Godwin AK, Evans DG, Frost D, Perkins J, Adlard J, Izatt L, Platte R, Eeles R, Ellis S; EMBRACE, Hamann U, Garber J, Fostira F, Fountzilas G, Pasini B, Giannini G, Rizzolo P, Russo A, Cortesi L, Papi L, Varesco L, Palli D, Zanna I, Savarese A, Radice P, Manoukian S, Peissel B, Barile M, Bonanni B, Viel A, Pensotti V, Tommasi S, Peterlongo P, Weitzel JN, Osorio A, Benitez J, McGuffog L, Healey S, Gerdes AM, Ejlertsen B, Hansen TV, Steele L, Ding YC, Tung N, Janavicius R, Goldgar DE, Buys SS, Daly MB, Bane A, **Terry MB**, John EM, Southey M, Easton DF, Chenevix-Trench G, Antoniou AC, Ottini L. Male breast cancer in BRCA1 and BRCA2 mutation carriers: pathology data from the Consortium of Investigators of Modifiers of BRCA1/2. Breast Cancer Res. 2016 Feb 9;18(1):15. doi: 10.1186/s13058-016-0671-y. PMID: 26857456

222. *Houghton LC, Ester WA, Lumey LH, Michels KB, Wei Y, Cohn BA, Susser E, **Terry MB**. Maternal weight gain in excess of pregnancy guidelines is related to daughters being overweight 40 years later. Am J Obstet Gynecol. 2016 Feb 18. pii: S0002-9378(16)00334-3. doi: 10.1016/j.ajog.2016.02.034. [Epub ahead of print] PMID: 26901274

223. McCullough LE, Chen J, Cho YH, Khankari NK, Bradshaw PT, White AJ, Garbowski G, Teitelbaum SL, **Terry MB**, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. DNA methylation modifies the association between obesity and survival after breast cancer diagnosis. Breast Cancer Res Treat. 2016 Feb;156(1):183-94. doi: 10.1007/s10549-016-3724-0. Epub 2016 Mar 5. PMID: 26945992

224. Dunning AM, Michailidou K, Kuchenbaecker KB, Thompson D, French JD, Beesley J, Healey CS, Kar S, Pooley KA, Lopez-Knowles E, Dicks E, Barrowdale D, Sinnott-Armstrong NA, Sallari RC, Hillman KM, Kaufmann S, Sivakumaran H, Moradi Marjaneh M, Lee JS, Hills M, Jarosz M, Drury S, Canisius S, Bolla MK, Dennis J, Wang Q, Hopper JL, Southey MC, Broeks A, Schmidt MK, Lophatananon A, Muir K, Beckmann MW, Fasching PA, Dos-Santos-Silva I, Peto J, Sawyer EJ, Tomlinson I, Burwinkel B, Marme F, Guénel P, Truong T, Bojesen SE, Flyger H, González-Neira A, Perez JI, Anton-Culver H, Eunjung L, Arndt V, Brenner H, Meindl A, Schmutzler RK, Brauch H, Hamann U, Aittomäki K, Blomqvist C, Ito H, Matsuo K, Bogdanova N, Dörk T, Lindblom A, Margolin S, Kosma VM, Mannermaa A, Tseng CC, Wu AH, Lambrechts D, Wildiers H, Chang-Claude J, Rudolph A, Peterlongo P, Radice P, Olson JE, Giles GG, Milne RL, Haiman CA, Henderson BE, Goldberg MS, Teo SH, Yip CH, Nord S, Borresen-Dale AL, Kristensen V, Long J, Zheng W, Pylkäs K, Winqvist R, Andrulis IL, Knight JA, Devilee P, Seynaeve C, Figueroa J, Sherman ME, Czene K, Darabi H, Hollestelle A, van den Ouweland AM, Humphreys K, Gao YT, Shu XO, Cox A, Cross SS, Blot W, Cai Q, Ghoussaini M, Perkins BJ, Shah M, Choi JY, Kang D, Lee SC, Hartman M, Kabisch M, Torres D, Jakubowska A, Lubinski J, Brennan P, Sangrajrang S, Ambrosone CB, Toland AE, Shen CY, Wu PE, Orr N, Swerdlow A, McGuffog L, Healey S, Lee A, Kapuscinski M, John EM, **Terry MB**, Daly MB, Goldgar DE, Buys SS, Janavicius R, Tihomirova L, Tung N, Dorfling CM, van Rensburg EJ, Neuhausen SL, Ejlertsen B, Hansen TV, Osorio A, Benitez J, Rando R, Weitzel JN, Bonanni B, Peissel B, Manoukian S, Papi L, Ottini L, Konstantopoulou I, Apostolou P, Garber J, Rashid MU, Frost D; EMBRACE, Izatt L, Ellis S, Godwin AK, Arnold N, Niederacher D, Rhiem K, Bogdanova-Markov N, Sagne C, Stoppa-Lyonnet D, Damiola F; GEMO Study Collaborators, Sinilnikova OM, Mazoyer S, Isaacs C, Claes KB, De Leeneer K, de la Hoya M, Caldes T, Nevanlinna H, Khan S, Mensenkamp AR; HEBON, Hooning MJ, Rookus MA, Kwong A, Olah E, Diez O, Brunet J, Pujana MA, Gronwald J, Huzarski T, Barkardottir RB, Laframboise R, Soucy P, Montagna M, Agata S, Teixeira MR; kConFab Investigators, Park SK, Lindor N, Couch FJ, Tischkowitz M, Foretova L, Vijai J, Offit K, Singer CF, Rappaport C, Phelan CM, Greene MH, Mai PL, Rennert G, Imyanitov EN, Hulick PJ, Phillips KA, Piedmonte M, Mulligan AM, Glendon G, Bojesen A, Thomassen M, Caligo MA, Yoon SY, Friedman E, Laitman Y, Borg A, von Wachenfeldt A, Ehrencrona H, Rantala J, Olopade OI, Ganz PA, Nussbaum RL, Gayther SA, Nathanson KL, Domchek SM, Arun BK, Mitchell G, Karlan BY, Lester J, Maskarinec G, Woolcott C, Scott C, Stone J, Apicella C, Tamimi R, Luben R, Khaw KT, Helland Å, Haakensen V, Dowsett M, Pharoah PD, Simard J, Hall P, García-Closas M, Vachon C, Chenevix-Trench G, Antoniou AC, Easton DF, Edwards SL. Breast cancer risk variants at 6q25 display different phenotype associations and regulate ESR1, RMND1 and CCDC170. Nat Genet. 2016 Apr;48(4):374-86. doi: 10.1038/ng.3521. Epub 2016 Feb 29. PMID: 26928228

225. *Tehranifar P, Goyal A, Phelan JC, Link BG, Liao Y, Fan X, Desai M, **Terry MB**. Age at cancer diagnosis, amenability to medical interventions, and racial/ethnic disparities in cancer mortality. Cancer Causes Control. 2016 Apr;27(4):553-60. doi: 10.1007/s10552-016-0729-2. Epub 2016 Mar 12. PMID: 26970741

226. John EM, **Terry MB**, Keegan TH, Bradbury AR, Knight JA, Chung WK, Frost CJ, Lilge L, Patrick-Miller L, Schwartz LA, Whittemore AS, Buys SS, Daly MB, Andrulis IL. The LEGACY Girls Study: Growth and Development in the Context of Breast Cancer Family History. Epidemiology. 2016 May;27(3):438-48. doi: 10.1097/EDE.0000000000000456. PMID: 26829160

227. Li H, Feng B, Miron A, Chen X, Beesley J, Bimeh E, Barrowdale D, John EM, Daly MB, Andrulis IL, Buys SS, Kraft P; kConFab investigators., Thorne H, Chenevix-Trench G, Southey MC, Antoniou AC, James PA, **Terry MB**, Phillips KA, Hopper JL, Mitchell G, Goldgar DE. Breast cancer risk prediction using a polygenic risk score in the familial setting: a prospective study from the Breast Cancer Family Registry and kConFab. Genet Med. 2017 Jan;19(1):30-35. doi: 10.1038/gim.2016.43. Epub 2016 May 12. PMID: 27171545

228. ***Terry MB**, Goldberg M, Schechter S, Houghton LC, White ML, O'Toole K, Chung WK, Daly MB, Keegan TH, Andrulis IL, Bradbury AR, Schwartz L, Knight JA, John EM, Buys SS. Comparison of Clinical, Maternal, and Self Pubertal Assessments: Implications for Health Studies. Pediatrics. 2016 Jul;138(1). pii: e20154571. doi: 10.1542/peds.2015-4571. Epub 2016 Jun 8. PMID: 27279647

229. Zeng C, Guo X, Long J, Kuchenbaecker KB, Droit A, Michailidou K, Ghoussaini M, Kar S, Freeman A, Hopper JL, Milne RL, Bolla MK, Wang Q, Dennis J, Agata S, Ahmed S, Aittomäki K, Andrulis IL, Anton-Culver H, Antonenkova NN, Arason A, Arndt V, Arun BK, Arver B, Bacot F, Barrowdale D, Baynes C, Beeghly-Fadiel A, Benitez J, Bermisheva M, Blomqvist C, Blot WJ, Bogdanova NV, Bojesen SE, Bonanni B, Borresen-Dale AL, Brand JS, Brauch H, Brennan P, Brenner H, Broeks A, Brüning T, Burwinkel B, Buys SS, Cai Q, Caldes T, Campbell I, Carpenter J, Chang-Claude J, Choi JY, Claes KB, Clarke C, Cox A, Cross SS, Czene K, Daly MB, de la Hoya M, De Leeneer K, Devilee P, Diez O, Domchek SM, Doody M, Dorfling CM, Dörk T, Dos-Santos-Silva I, Dumont M, Dwek M, Dworniczak B, Egan K, Eilber U, Einbeigi Z, Ejlertsen B, Ellis S, Frost D, Lalloo F; EMBRACE., Fasching PA, Figueroa J, Flyger H, Friedlander M, Friedman E, Gambino G, Gao YT, Garber J, García-Closas M, Gehrig A, Damiola F, Lesueur F, Mazoyer S, Stoppa-Lyonnet D; behalf of GEMO Study Collaborators., Giles GG, Godwin AK, Goldgar DE, González-Neira A, Greene MH, Guénel P, Haeberle L, Haiman CA, Hallberg E, Hamann U, Hansen TV, Hart S, Hartikainen JM, Hartman M, Hassan N, Healey S, Hogervorst FB, Verhoef S; HEBON., Hendricks CB, Hillemanns P, Hollestelle A, Hulick PJ, Hunter DJ, Imyanitov EN, Isaacs C, Ito H, Jakubowska A, Janavicius R, Jaworska-Bieniek K, Jensen UB, John EM, Joly Beauparlant C, Jones M, Kabisch M, Kang D, Karlan BY, Kauppila S, Kerin MJ, Khan S, Khusnutdinova E, Knight JA, Konstantopoulou I, Kraft P, Kwong A, Laitman Y, Lambrechts D, Lazaro C, Le Marchand L, Lee CN, Lee MH, Lester J, Li J, Liljegren A, Lindblom A, Lophatananon A, Lubinski J, Mai PL, Mannermaa A, Manoukian S, Margolin S, Marme F, Matsuo K, McGuffog L, Meindl A, Menegaux F, Montagna M, Muir K, Mulligan AM, Nathanson KL, Neuhausen SL, Nevanlinna H, Newcomb PA, Nord S, Nussbaum RL, Offit K, Olah E, Olopade OI, Olswold C, Osorio A, Papi L, Park-Simon TW, Paulsson-Karlsson Y, Peeters S, Peissel B, Peterlongo P, Peto J, Pfeiler G,

Phelan CM, Presneau N, Radice P, Rahman N, Ramus SJ, Rashid MU, Rennert G, Rhiem K, Rudolph A, Salani R, Sangrajrang S, Sawyer EJ, Schmidt MK, Schmutzler RK, Schoemaker MJ, Schürmann P, Seynaeve C, Shen CY, Shrubsole MJ, Shu XO, Sigurdson A, Singer CF, Slager S, Soucy P, Southey M, Steinemann D, Swerdlow A, Szabo CI, Tchatchou S, Teixeira MR, Teo SH, **Terry MB**, Tessier DC, Teulé A, Thomassen M, Tihomirova L, Tischkowitz M, Toland AE, Tung N, Turnbull C, van den Ouweland AM, van Rensburg EJ, Ven den Berg D, Vijai J, Wang-Gohrke S, Weitzel JN, Whittemore AS, Winqvist R, Wong TY, Wu AH, Yannoukakos D, Yu JC, Pharoah PD, Hall P, Chenevix-Trench G; KConFab.; AOCS Investigators., Dunning AM, Simard J, Couch FJ, Antoniou AC, Easton DF, Zheng W. Identification of independent association signals and putative functional variants for breast cancer risk through fine-scale mapping of the 12p11 locus. Breast Cancer Res. 2016 Jun 21;18(1):64. doi: 10.1186/s13058-016-0718-0. PMID: 27459855

230. *Akinyemiju TF, Tehranifar P, Flom JD, Liao Y, Wei Y, **Terry MB**. Early life growth, socioeconomic status, and mammographic breast density in an urban US birth cohort. Ann Epidemiol. 2016 Aug;26(8):540-545.e2. doi: 10.1016/j.annepidem.2016.06.011. Epub 2016 Jul 18. PMID: 27497679

231. Vigorito E, Kuchenbaecker KB, Beesley J, Adlard J, Agnarsson BA, Andrulis IL, Arun BK, Barjhoux L, Belotti M, Benitez J, Berger A, Bojesen A, Bonanni B, Brewer C, Caldes T, Caligo MA, Campbell I, Chan SB, Claes KB, Cohn DE, Cook J, Daly MB, Damiola F, Davidson R, Pauw Ad, Delnatte C, Diez O, Domchek SM, Dumont M, Durda K, Dworniczak B, Easton DF, Eccles D, Edwinsdotter Ardnor C, Eeles R, Ejlertsen B, Ellis S, Evans DG, Feliubadalo L, Fostira F, Foulkes WD, Friedman E, Frost D, Gaddam P, Ganz PA, Garber J, Garcia-Barberan V, Gauthier-Villars M, Gehrig A, Gerdes AM, Giraud S, Godwin AK, Goldgar DE, Hake CR, Hansen TV, Healey S, Hodgson S, Hogervorst FB, Houdayer C, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Izquierdo A, Jacobs L, Jakubowska A, Janavicius R, Jaworska-Bieniek K, Jensen UB, John EM, Vijai J, Karlan BY, Kast K, Investigators K, Khan S, Kwong A, Laitman Y, Lester J, Lesueur F, Liljegren A, Lubinski J, Mai PL, Manoukian S, Mazoyer S, Meindl A, Mensenkamp AR, Montagna M, Nathanson KL, Neuhausen SL, Nevanlinna H, Niederacher D, Olah E, Olopade OI, Ong KR, Osorio A, Park SK, Paulsson-Karlsson Y, Pedersen IS, Peissel B, Peterlongo P, Pfeiler G, Phelan CM, Piedmonte M, Poppe B, Pujana MA, Radice P, Rennert G, Rodriguez GC, Rookus MA, Ross EA, Schmutzler RK, Simard J, Singer CF, Slavin TP, Soucy P, Southey M, Steinemann D, Stoppa-Lyonnet D, Sukiennicki G, Sutter C, Szabo CI, Tea MK, Teixeira MR, Teo SH, **Terry MB**, Thomassen M, Tibiletti MG, Tihomirova L, Tognazzo S, van Rensburg EJ, Varesco L, Varon-Mateeva R, Vratimos A, Weitzel JN, McGuffog L, Kirk J, Toland AE, Hamann U, Lindor N, Ramus SJ, Greene MH, Couch FJ, Offit K, Pharoah PD, Chenevix-Trench G, Antoniou AC. Fine-Scale Mapping at 9p22.2 Identifies Candidate Causal Variants That Modify Ovarian Cancer Risk in BRCA1 and BRCA2 Mutation Carriers. PLoS One. 2016 Jul 27;11(7):e0158801. doi: 10.1371/journal.pone.0158801. eCollection 2016 Jul 27. PMID: 27463617

232. Kappil MA, Liao Y, **Terry MB**, Santella RM. DNA Repair Gene Expression Levels as Indicators of Breast Cancer in the Breast Cancer Family Registry. Anticancer Res. 2016

Aug;36(8):4039-44. PMID: 27466510

233. Kappil M, **Terry MB**, Delgado-Cruzata L, Liao Y, Santella RM. Mismatch Repair Polymorphisms as Markers of Breast Cancer Prevalence in the Breast Cancer Family Registry. Anticancer Res. 2016 Sep;36(9):4437-41. PMID: 27630279

234. Lawrenson K, Kar S, McCue K, Kuchenbaeker K, Michailidou K, Tyrer J, Beesley J, Ramus SJ, Li Q, Delgado MK, Lee JM, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Arun BK, Arver B, Bandera EV, Barile M, Barkardottir RB, Barrowdale D, Beckmann MW, Benitez J, Berchuck A, Bisogna M, Bjorge L, Blomqvist C, Blot W, Bogdanova N, Bojesen A, Bojesen SE, Bolla MK, Bonanni B, Børresen-Dale AL, Brauch H, Brennan P, Brenner H, Bruinsma F, Brunet J, Buhari SA, Burwinkel B, Butzow R, Buys SS, Cai Q, Caldes T, Campbell I, Canniotto R, Chang-Claude J, Chiquette J, Choi JY, Claes KB; GEMO Study Collaborators., Cook LS, Cox A, Cramer DW, Cross SS, Cybulski C, Czene K, Daly MB, Damiola F, Dansonka-Mieszkowska A, Darabi H, Dennis J, Devilee P, Diez O, Doherty JA, Domchek SM, Dorfling CM, Dörk T, Dumont M, Ehrencrona H, Ejlertsen B, Ellis S; EMBRACE., Engel C, Lee E, Evans DG, Fasching PA, Feliubadalo L, Figueroa J, Flesch-Janys D, Fletcher O, Flyger H, Foretova L, Fostira F, Foulkes WD, Fridley BL, Friedman E, Frost D, Gambino G, Ganz PA, Garber J, García-Closas M, Gentry-Maharaj A, Ghoussaini M, Giles GG, Glasspool R, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Goode EL, Goodman MT, Greene MH, Gronwald J, Guénel P, Haiman CA, Hall P, Hallberg E, Hamann U, Hansen TV, Harrington PA, Hartman M, Hassan N, Healey S; Hereditary Breast and Ovarian Cancer Research Group Netherlands (HEBON)., Heitz F, Herzog J, Høgdall E, Høgdall CK, Hogervorst FB, Hollestelle A, Hopper JL, Hulick PJ, Huzarski T, Imyanitov EN; KConFab Investigators.; Australian Ovarian Cancer Study Group., Isaacs C, Ito H, Jakubowska A, Janavicius R, Jensen A, John EM, Johnson N, Kabisch M, Kang D, Kapuscinski M, Karlan BY, Khan S, Kiemeney LA, Kjaer SK, Knight JA, Konstantopoulou I, Kosma VM, Kristensen V, Kupryjanczyk J, Kwong A, de la Hoya M, Laitman Y, Lambrechts D, Le N, De Leeneer K, Lester J, Levine DA, Li J, Lindblom A, Long J, Lophatananon A, Loud JT, Lu K, Lubinski J, Mannermaa A, Manoukian S, Le Marchand L, Margolin S, Marme F, Massuger LF, Matsuo K, Mazoyer S, McGuffog L, McLean C, McNeish I, Meindl A, Menon U, Mensenkamp AR, Milne RL, Montagna M, Moysich KB, Muir K, Mulligan AM, Nathanson KL, Ness RB, Neuhausen SL, Nevanlinna H, Nord S, Nussbaum RL, Odunsi K, Offit K, Olah E, Olopade OI, Olson JE, Olswold C, O'Malley D, Orlow I, Orr N, Osorio A, Park SK, Pearce CL, Pejovic T, Peterlongo P, Pfeiler G, Phelan CM, Poole EM, Pylkäs K, Radice P, Rantala J, Rashid MU, Rennert G, Rhenius V, Rhiem K, Risch HA, Rodriguez G, Rossing MA, Rudolph A, Salvesen HB, Sangrajrang S, Sawyer EJ, Schildkraut JM, Schmidt MK, Schmutzler RK, Sellers TA, Seynaeve C, Shah M, Shen CY, Shu XO, Sieh W, Singer CF, Sinilnikova OM, Slager S, Song H, Soucy P, Southey MC, Stenmark-Askmalm M, Stoppa-Lyonnet D, Sutter C, Swerdlow A, Tchatchou S, Teixeira MR, Teo SH, Terry KL, **Terry MB**, Thomassen M, Tibiletti MG, Tihomirova L, Tognazzo S, Toland AE, Tomlinson I, Torres D, Truong T, Tseng CC, Tung N, Tworoger SS, Vachon C, van den Ouweland AM, van Doorn HC, van Rensburg EJ, Van't Veer LJ, Vanderstichele A, Vergote I, Vijai J, Wang Q, Wang-Gohrke S, Weitzel JN, Wentzensen N, Whittemore AS, Wildiers H,

Winqvist R, Wu AH, Yannoukakos D, Yoon SY, Yu JC, Zheng W, Zheng Y, Khanna KK, Simard J, Monteiro AN, French JD, Couch FJ, Freedman ML, Easton DF, Dunning AM, Pharoah PD, Edwards SL, Chenevix-Trench G, Antoniou AC, Gayther SA. Functional mechanisms underlying pleiotropic risk alleles at the 19p13.1 breast-ovarian cancer susceptibility locus. Nat Commun. 2016 Sep 7;7:12675. doi: 10.1038/ncomms12675. PMID: 27601076

235. Wong EM, Joo JE, McLean CA, Baglietto L, English DR, Severi G, Wu HC, **Terry MB**, Hopper JL, Milne RL, Giles GG, Southey MC. Analysis of the breast cancer methylome using formalin-fixed paraffin-embedded tumour. Breast Cancer Res Treat. 2016 Nov;160(1):173-180. Epub 2016 Sep 7. PMID: 27604360

236. Cohn BA, **Terry MB**, Plumb M, Cirillo PM. Erratum to: Exposure to polychlorinated biphenyl (PCB) congeners measured shortly after giving birth and subsequent risk of maternal breast cancer before age 50. Breast Cancer Res Treat. 2016 Oct;159(3):591-592. PMID: 27581126

237. Hamdi Y, Soucy P, Kuchenbaeker KB, Pastinen T, Droit A, Lemaçon A, Adlard J, Aittomäki K, Andrulis IL, Arason A, Arnold N, Arun BK, Azzollini J, Bane A, Barjhoux L, Barrowdale D, Benitez J, Berthet P, Blok MJ, Bobolis K, Bonadona V, Bonanni B, Bradbury AR, Brewer C, Buecher B, Buys SS, Caligo MA, Chiquette J, Chung WK, Claes KB, Daly MB, Damiola F, Davidson R, De la Hoya M, De Leeneer K, Diez O, Ding YC, Dolcetti R, Domchek SM, Dorfling CM, Eccles D, Eeles R, Einbeigi Z, Ejlertsen B; EMBRACE., Engel C, Gareth Evans D, Feliubadalo L, Foretova L, Fostira F, Foulkes WD, Fountzilas G, Friedman E, Frost D, Ganschow P, Ganz PA, Garber J, Gayther SA; GEMO Study Collaborators., Gerdes AM, Glendon G, Godwin AK, Goldgar DE, Greene MH, Gronwald J, Hahnen E, Hamann U, Hansen TV, Hart S, Hays JL; HEBON., Hogervorst FB, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Jakubowska A, James P, Janavicius R, Jensen UB, John EM, Joseph V, Just W, Kaczmarek K, Karlan BY; KConFab Investigators., Kets CM, Kirk J, Kriege M, Laitman Y, Laurent M, Lazaro C, Leslie G, Lester J, Lesueur F, Liljegren A, Loman N, Loud JT, Manoukian S, Mariani M, Mazoyer S, McGuffog L, Meijers-Heijboer HE, Meindl A, Miller A, Montagna M, Mulligan AM, Nathanson KL, Neuhausen SL, Nevanlinna H, Nussbaum RL, Olah E, Olopade OI, Ong KR, Oosterwijk JC, Osorio A, Papi L, Park SK, Pedersen IS, Peissel B, Segura PP, Peterlongo P, Phelan CM, Radice P, Rantala J, Rappaport-Fuerhauser C, Rennert G, Richardson A, Robson M, Rodriguez GC, Rookus MA, Schmutzler RK, Sevenet N, Shah PD, Singer CF, Slavin TP, Snape K, Sokolowska J, Sønderstrup IM, Southey M, Spurdle AB, Stadler Z, Stoppa-Lyonnet D, Sukiennicki G, Sutter C, Tan Y, Tea MK, Teixeira MR, Teulé A, Teo SH, **Terry MB**, Thomassen M, Tihomirova L, Tischkowitz M, Tognazzo S, Toland AE, Tung N, van den Ouweland AM, van der Luijt RB, van Engelen K, van Rensburg EJ, Varon-Mateeva R, Wappenschmidt B, Wijnen JT, Rebbeck T, Chenevix-Trench G, Offit K, Couch FJ, Nord S, Easton DF, Antoniou AC, Simard J. Association of breast cancer risk in BRCA1 and BRCA2 mutation carriers with genetic variants showing differential allelic expression: identification of a modifier of breast cancer risk at locus 11q22.3. Breast Cancer Res Treat. 2017 Jan;161(1):117-134. doi: 10.1007/s10549-016-4018-2. Epub 2016 Oct 28. PMID: 27796716

238. *Michels KB, Cohn BA, Goldberg M, Flom JD, Dougan M, **Terry MB**. Maternal Anthropometry and Mammographic Density in Adult Daughters. Pediatrics. 2016 Nov;138(Suppl 1):S34-S41. PMID: 27940975

239. Rebbeck TR, Friebel TM, Mitra N, Wan F, Chen S, Andrulis IL, Apostolou P, Arnold N, Arun BK, Barrowdale D, Benitez J, Berger R, Berthet P, Borg A, Buys SS, Caldes T, Carter J, Chiquette J, Claes KB, Couch FJ, Cybulski C, Daly MB, de la Hoya M, Diez O, Domchek SM, Nathanson KL, Durda K, Ellis S; EMBRACE., Evans DG, Foretova L, Friedman E, Frost D, Ganz PA, Garber J, Glendon G, Godwin AK, Greene MH, Gronwald J, Hahnen E, Hallberg E, Hamann U, Hansen TV; HEBON., Imyanitov EN, Isaacs C, Jakubowska A, Janavicius R, Jaworska-Bieniek K, John EM, Karlan BY, Kaufman B, Investigators K, Kwong A, Laitman Y, Lasset C, Lazaro C, Lester J, Loman N, Lubinski J, Manoukian S, Mitchell G, Montagna M, Neuhausen SL, Nevanlinna H, Niederacher D, Nussbaum RL, Offit K, Olah E, Olopade OI, Park SK, Piedmonte M, Radice P, Rappaport-Fuerhauser C, Rookus MA, Seynaeve C, Simard J, Singer CF, Soucy P, Southey M, Stoppa-Lyonnet D, Sukiennicki G, Szabo CI, Tancredi M, Teixeira MR, Teo SH, **Terry MB**, Thomassen M, Tihomirova L, Tischkowitz M, Toland AE, Toloczko-Grabarek A, Tung N, van Rensburg EJ, Villano D, Wang-Gohrke S, Wappenschmidt B, Weitzel JN, Zidan J, Zorn KK, McGuffog L, Easton D, Chenevix-Trench G, Antoniou AC, Ramus SJ. Inheritance of deleterious mutations at both BRCA1 and BRCA2 in an international sample of 32,295 women. Breast Cancer Res. 2016 Nov 11;18(1):112. PMID: 27836010

240. *Tehranifar P, Cohn BA, Flom JD, Protacio A, Cirillo P, Lumey LH, Michels KB, **Terry MB**. Early life socioeconomic environment and mammographic breast density. BMC Cancer. 2017 Jan 10;17(1):41. doi: 10.1186/s12885-016-3010-x. PMID: 28068940

241. *Flom JD, Cohn BA, Tehranifar P, Houghton LC, Wei Y, Protacio A, Cirillo P, Michels KB, **Terry MB**. Earlier age at menarche in girls with rapid early life growth: cohort and within sibling analyses. Ann Epidemiol. 2017 Mar;27(3):187-193.e2. doi: 10.1016/j.annepidem.2017.01.004. Epub 2017 Jan 19. PMID: 28215584

242. *Wu HC, Southey MC, Hibshoosh H, Santella RM, **Terry MB**. DNA Methylation in Breast Tumor from High-risk Women in the Breast Cancer Family Registry. Anticancer Res. 2017 Feb;37(2):659-664. PMID: 28179314

243. *Lilge L, **Terry MB**, Walter J, Pinnaduwage D, Glendon G, Hanna D, Tammemagi ML, Bradbury A, Buys S, Daly M, John EM, Knight JA, Andrulis IL. Non-invasive optical spectroscopic monitoring of breast development during puberty. Breast Cancer Res. 2017 Feb 6;19(1):12. doi: 10.1186/s13058-017-0805-x. PMID: 28166807

244. *Ester WA, Houghton LC, Lumey LH, Michels KB, Hoek HW, Wei Y, Susser ES, Cohn BA, **Terry MB**. Maternal and Early Childhood Determinants of Women's Body Size in Midlife: Overall Cohort and Sibling Analyses. Am J Epidemiol. 2017 Feb 15:1-10. doi: 10.1093/aje/kww222. [Epub ahead of print] PMID: 28200097

245. McCullough LE, Chen J, Cho YH, Khankari NK, Bradshaw PT, White AJ, Teitelbaum SL, **Terry MB**, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Modification of the association between recreational physical activity and survival after breast cancer by promoter methylation in breast cancer-related genes. Breast Cancer Res. 2017 Feb 21;19(1):19. doi: 10.1186/s13058-017-0811-z. PMID: 28222775

246. Zhang FF, Haslam DE, **Terry MB**, Knight JA, Andrulis IL, Daly MB, Buys SS, John EM. Dietary isoflavone intake and all-cause mortality in breast cancer survivors: The Breast Cancer Family Registry. Cancer. 2017 Mar 6. doi: 10.1002/cncr.30615. [Epub ahead of print] PMID: 28263368

247. *Shen J, Liao Y, Hopper JL, Goldberg M, Santella RM, **Terry MB**. Dependence of cancer risk from environmental exposures on underlying genetic susceptibility: an illustration with polycyclic aromatic hydrocarbons and breast cancer. Br J Cancer. 2017 Mar 28. doi: 10.1038/bjc.2017.81. [Epub ahead of print] PMID: 28350789

248. Kuchenbaecker KB, Hopper JL, Barnes DR, Phillips KA, Mooij TM, Roos-Blom MJ, Jervis S, van Leeuwen FE, Milne RL, Andrieu N, Goldgar DE, **Terry MB**, Rookus MA, Easton DF, Antoniou AC, BRCA1 and BRCA2 Cohort Consortium, McGuffog L, Evans DG, Barrowdale D, Frost D, Adlard J, Ong KR, Izatt L, Tischkowitz M, Eeles R, Davidson R, Hodgson S, Ellis S, Nogues C, Lasset C, Stoppa-Lyonnet D, Fricker JP, Faivre L, Berthet P, Hooning MJ, van der Kolk LE, Kets CM, Adank MA, John EM, Chung WK, Andrulis IL, Southey M, Daly MB, Buys SS, Osorio A, Engel C, Kast K, Schmutzler RK, Caldes T, Jakubowska A, Simard J, Friedlander ML, McLachlan SA, Machackova E, Foretova L, Tan YY, Singer CF, Olah E, Gerdes AM, Arver B, Olsson H. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA. 2017 Jun 20;317(23):2402-2416. doi: 10.1001/jama.2017.7112. PMID: 28632866

249. ***Terry MB**, Keegan THM, Houghton LC, Goldberg M, Andrulis IL, Daly MB, Buys SS, Wei Y, Whittemore AS, Protacio A, Bradbury AR, Chung WK, Knight JA, John EM. Pubertal development in girls by breast cancer family history: the LEGACY girls cohort. Breast Cancer Res. 2017 Jun 8;19(1):69. doi: 10.1186/s13058-017-0849-y. PMID: 28595647

250. *Tehranifar P, Wu HC, McDonald JA, Jasmine F, Santella RM, Gurvich I, Flom JD, **Terry MB**. Maternal cigarette smoking during pregnancy and offspring DNA methylation in midlife. Epigenetics. 2017 May 11:0. doi: 10.1080/15592294.2017.1325065. [Epub ahead of print] PMID:28494218

251. Dite GS, MacInnis RJ, Bickerstaffe A, Dowty JG, Milne RL, Antoniou AC, Weideman P, Apicella C, Giles GG, Southey MC, Jenkins MA, Phillips KA, Win AK, **Terry MB**, Hopper JL. Testing for Gene-Environment Interactions Using a Prospective Family Cohort Design: Body Mass Index in Early and Later Adulthood and Risk of Breast Cancer. Am J Epidemiol. 2017 Mar 15;185(6):487-500. doi: 10.1093/aje/kww241.

PMID: 28399571

252. Kuchenbaecker KB, McGuffog L, Barrowdale D, Lee A, Soucy P, Dennis J, Domchek SM, Robson M, Spurdle AB, Ramus SJ, Mavaddat N, **Terry MB**, Neuhausen SL, Schmutzler RK, Simard J, Pharoah PDP, Offit K, Couch FJ, Chenevix-Trench G, Easton DF, Antoniou AC. Evaluation of Polygenic Risk Scores for Breast and Ovarian Cancer Risk Prediction in BRCA1 and BRCA2 Mutation Carriers. J Natl Cancer Inst. 2017 Jul 1;109(7). doi: 10.1093/jnci/djw302. PMID: 28376175

253. Scannell Bryan M, Argo M, Andrulis IL, Hopper JL, Chang-Claude J, Malone K, John EM, Gammon MD, Daly M, **Terry MB**, Buys SS, Huo D, Olopade O, Genkinger JM, Jasmine F, Kibriya MG, Chen L, Ahsan H. Limited influence of germline genetic variation on all-cause mortality in women with early onset breast cancer: evidence from gene-based tests, single-marker regression, and whole-genome prediction. Breast Cancer Res Treat. 2017 Aug;164(3):707-717. doi: 10.1007/s10549-017-4287-4. PMID: 28503721

254. McClain KM, McCullough LE, Bradshaw PT, Shantakumar S, **Terry MB**, Neugut AI, Gammon MD. Age-Specific Indicators of a Healthy Lifestyle and Postmenopausal Breast Cancer. J Womens Health (Larchmt). 2017 Nov;26(11):1176-1184. doi: 10.1089/jwh.2016.6028. PMID: 28384095

255. Milne RL, Kuchenbaecker KB, Michailidou K, Beesley J, Kar S, Lindström S, Hui S, Lemaçon A, Soucy P, Dennis J, Jiang X, Rostamianfar A, Finucane H, Bolla MK, McGuffog L, Wang Q, Aalfs CM; ABCTB Investigators, Adams M, Adlard J, Agata S, Ahmed S, Ahsan H, Aittomäki K, Al-Ejeh F, Allen J, Ambrosone CB, Amos CI, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Arnold N, Aronson KJ, Auber B, Auer PL, Ausems MGEM, Azzollini J, Bacot F, Balmaña J, Barile M, Barjhoux L, Barkardottir RB, Barrdahl M, Barnes D, Barrowdale D, Baynes C, Beckmann MW, Benitez J, Bermisheva M, Bernstein L, Bignon YJ, Blazer KR, Blok MJ, Blomqvist C, Blot W, Bobolis K, Boeckx B, Bogdanova NV, Bojesen A, Bojesen SE, Bonanni B, Børresen-Dale AL, Bozsik A, Bradbury AR, Brand JS, Brauch H, Brenner H, Bressac-de Paillerets B, Brewer C, Brinton L, Broberg P, Brooks-Wilson A, Brunet J, Brüning T, Burwinkel B, Buys SS, Byun J, Cai Q, Caldés T, Caligo MA, Campbell I, Canzian F, Caron O, Carracedo A, Carter BD, Castelao JE, Castera L, Caux-Moncoutier V, Chan SB, Chang-Claude J, Chanock SJ, Chen X, Cheng TD, Chiquette J, Christiansen H, Claes KBM, Clarke CL, Conner T, Conroy DM, Cook J, Cordina-Duverger E, Cornelissen S, Coupier I, Cox A, Cox DG, Cross SS, Cuk K, Cunningham JM, Czene K, Daly MB, Damiola F, Darabi H, Davidson R, De Leeneer K, Devilee P, Dicks E, Diez O, Ding YC, Ditsch N, Doheny KF, Domchek SM, Dorfling CM, Dörk T, Dos-Santos-Silva I, Dubois S, Dugué PA, Dumont M, Dunning AM, Durcan L, Dwek M, Dworniczak B, Eccles D, Eeles R, Ehrencrona H, Eilber U, Ejlertsen B, Ekici AB, Eliassen AH; EMBRACE, Engel C, Eriksson M, Fachal L, Faivre L, Fasching PA, Faust U, Figueroa J, Flesch-Janys D, Fletcher O, Flyger H, Foulkes WD, Friedman E, Fritschi L, Frost D, Gabrielson M, Gaddam P, Gammon MD, Ganz PA, Gapstur SM, Garber J, Garcia-Barberan V, García-Sáenz JA, Gaudet MM, Gauthier-Villars M, Gehrig A; GEMO Study Collaborators,

Georgoulias V, Gerdes AM, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Goodfellow P, Greene MH, Alnæs GIG, Grip M, Gronwald J, Grundy A, Gschwantler-Kaulich D, Guénel P, Guo Q, Haeberle L, Hahnen E, Haiman CA, Håkansson N, Hallberg E, Hamann U, Hamel N, Hankinson S, Hansen TVO, Harrington P, Hart SN, Hartikainen JM, Healey CS; HEBON, Hein A, Helbig S, Henderson A, Heyworth J, Hicks B, Hillemanns P, Hodgson S, Hogervorst FB, Hollestelle A, Hooning MJ, Hoover B, Hopper JL, Hu C, Huang G, Hulick PJ, Humphreys K, Hunter DJ, Imyanitov EN, Isaacs C, Iwasaki M, Izatt L, Jakubowska A, James P, Janavicius R, Janni W, Jensen UB, John EM, Johnson N, Jones K, Jones M, Jukkola-Vuorinen A, Kaaks R, Kabisch M, Kaczmarek K, Kang D, Kast K; kConFab/AOCS Investigators, Keeman R, Kerin MJ, Kets CM, Keupers M, Khan S, Khusnutdinova E, Kiiski JI, Kim SW, Knight JA, Konstantopoulou I, Kosma VM, Kristensen VN, Kruse TA, Kwong A, Lænkholm AV, Laitman Y, Lalloo F, Lambrechts D, Landsman K, Lasset C, Lazaro C, Le Marchand L, Lecarpentier J, Lee A, Lee E, Lee JW, Lee MH, Lejbkowicz F, Lesueur F, Li J, Lilyquist J, Lincoln A, Lindblom A, Lissowska J, Lo WY, Loibl S, Long J, Loud JT, Lubinski J, Luccarini C, Lush M, MacInnis RJ, Maishman T, Makalic E, Kostovska IM, Malone KE, Manoukian S, Manson JE, Margolin S, Martens JWM, Martinez ME, Matsuo K, Mavroudis D, Mazoyer S, McLean C, Meijers-Heijboer H, Menéndez P, Meyer J, Miao H, Miller A, Miller N, Mitchell G, Montagna M, Muir K, Mulligan AM, Mulot C, Nadesan S, Nathanson KL; NBSC Collaborators, Neuhausen SL, Nevanlinna H, Nevelsteen I, Niederacher D, Nielsen SF, Nordestgaard BG, Norman A, Nussbaum RL, Olah E, Olopade OI, Olson JE, Olswold C, Ong KR, Oosterwijk JC, Orr N, Osorio A, Pankratz VS, Papi L, Park-Simon TW, Paulsson-Karlsson Y, Lloyd R, Pedersen IS, Peissel B, Peixoto A, Perez JIA, Peterlongo P, Peto J, Pfeiler G, Phelan CM, Pinchev M, Plaseska-Karanfilska D, Poppe B, Porteous ME, Prentice R, Presneau N, Prokofieva D, Pugh E, Pujana MA, Pylkäs K, Rack B, Radice P, Rahman N, Rantala J, Rappaport-Fuerhauser C, Rennert G, Rennert HS, Rhenius V, Rhiem K, Richardson A, Rodriguez GC, Romero A, Romm J, Rookus MA, Rudolph A, Ruediger T, Saloustros E, Sanders J, Sandler DP, Sangrajrang S, Sawyer EJ, Schmidt DF, Schoemaker MJ, Schumacher F, Schürmann P, Schwentner L, Scott C, Scott RJ, Seal S, Senter L, Seynaeve C, Shah M, Sharma P, Shen CY, Sheng X, Shimelis H, Shrubsole MJ, Shu XO, Side LE, Singer CF, Sohn C, Southey MC, Spinelli JJ, Spurdle AB, Stegmaier C, Stoppa-Lyonnet D, Sukiennicki G, Surowy H, Sutter C, Swerdlow A, Szabo CI, Tamimi RM, Tan YY, Taylor JA, Tejada MI, Tengström M, Teo SH, **Terry MB**, Tessier DC, Teulé A, Thöne K, Thull DL, Tibiletti MG, Tihomirova L, Tischkowitz M, Toland AE, Tollenaar RAEM, Tomlinson I, Tong L, Torres D, Tranchant M, Truong T, Tucker K, Tung N, Tyrer J, Ulmer HU, Vachon C, van Asperen CJ, Van Den Berg D, van den Ouweland AMW, van Rensburg EJ, Varesco L, Varon-Mateeva R, Vega A, Viel A, Vijai J, Vincent D, Vollenweider J, Walker L, Wang Z, Wang-Gohrke S, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wesseling J, Whittemore AS, Wijnen JT, Willett W, Winqvist R, Wolk A, Wu AH, Xia L, Yang XR, Yannoukakos D, Zaffaroni D, Zheng W, Zhu B, Ziogas A, Ziv E, Zorn KK, Gago-Dominguez M, Mannermaa A, Olsson H, Teixeira MR, Stone J, Offit K, Ottini L, Park SK, Thomassen M, Hall P, Meindl A, Schmutzler RK, Droit A, Bader GD, Pharoah PDP, Couch FJ, Easton DF, Kraft P, Chenevix-Trench G, García-Closas M, Schmidt MK, Antoniou AC, Simard J. Identification of ten variants associated with risk of estrogen-receptor-negative

breast cancer. Nat Genet. 2017 Dec;49(12):1767-1778. doi: 10.1038/ng.3785. PMID: 29058716

256. *Zeinomar N, Thai A, Cloud AJ, McDonald JA, Liao Y, **Terry MB**. Alcohol consumption and breast cancer-specific and all-cause mortality in women diagnosed with breast cancer at the New York site of the Breast Cancer Family Registry. PLoS One. 2017 Dec 15;12(12):e0189118. doi: 10.1371/journal.pone.0189118. PMID: 29244822

257. McDonald JA, Tehranifar P, Flom JD, **Terry MB**, James-Todd T. Hair product use, age at menarche and mammographic breast density in multiethnic urban women. Environ Health. 2018 Jan 4;17(1):1. doi: 10.1186/s12940-017-0345-y. PMID: 29301538

258. Roberts ME, Jackson SA, Susswein LR, Zeinomar N, Ma X, Marshall ML, Stettner AR, Milewski B, Xu Z, Solomon BD, **Terry MB**, Hruska KS, Klein RT, Chung WK. MSH6 and PMS2 germ-line pathogenic variants implicated in Lynch syndrome are associated with breast cancer. Genet Med. 2018 Jan 18. doi: 10.1038/gim.2017.254. PMID: 29345684

259. *Wu HC, Do C, Andrulis IL, John EM, Daly MB, Buys SS, Chung WK, Knight JA, Bradbury AR, Keegan THM, Schwartz L, Krupska I, Miller RL, Santella RM, Tycko B, **Terry MB**. Breast Cancer Family History and Allele-Specific DNA Methylation in the Legacy Girls Study. Epigenetics. 2018 Feb 13:1-23. doi: 10.1080/15592294.2018.1435243. PMID: 29436922

260. Rebbeck TR, Friebel TM, Friedman E, Hamann U, Huo D, Kwong A, Olah E, Olopade OI, Solano AR, Teo SH, Thomassen M, Weitzel JN, Chan TL, Couch FJ, Goldgar DE, Kruse TA, Palmero EI, Park SK, Torres D, van Rensburg EJ, McGuffog L, Parsons MT, Leslie G, Aalfs CM, Abugattas J, Adlard J, Agata S, Aittomäki K, Andrews L, Andrulis IL, Arason A, Arnold N, Arun BK, Asseryanis E, Auerbach L, Azzollini J, Balmaña J, Barile M, Barkardottir RB, Barrowdale D, Benitez J, Berger A, Berger R, Blanco AM, Blazer KR, Blok MJ, Bonadona V, Bonanni B, Bradbury AR, Brewer C, Buecher B, Buys SS, Caldes T, Caliebe A, Caligo MA, Campbell I, Caputo SM, Chiquette J, Chung WK, Claes KBM, Collée JM, Cook J, Davidson R, de la Hoya M, De Leeneer K, de Pauw A, Delnatte C, Diez O, Ding YC, Ditsch N, Domchek SM, Dorfling CM, Velazquez C, Dworniczak B, Eason J, Easton DF, Eeles R, Ehrencrona H, Ejlertsen B; EMBRACE, Engel C, Engert S, Evans DG, Faivre L, Feliubadaló L, Ferrer SF, Foretova L, Fowler J, Frost D, Galvão HCR, Ganz PA, Garber J, Gauthier-Villars M, Gehrig A; GEMO Study Collaborators, Gerdes AM, Gesta P, Giannini G, Giraud S, Glendon G, Godwin AK, Greene MH, Gronwald J, Gutierrez-Barrera A, Hahnen E, Hauke J; HEBON, Henderson A, Hentschel J, Hogervorst FBL, Honisch E, Imyanitov EN, Isaacs C, Izatt L, Izquierdo A, Jakubowska A, James P, Janavicius R, Jensen UB, John EM, Vijai J, Kaczmarek K, Karlan BY, Kast K, Investigators K, Kim SW, Konstantopoulou I, Korach J, Laitman Y, Lasa A, Lasset C, Lázaro C, Lee A, Lee MH, Lester J, Lesueur F, Liljegren A, Lindor NM, Longy M, Loud JT, Lu KH, Lubinski J, Machackova E, Manoukian S, Mari V, Martínez-Bouzas C, Matrai Z, Mebirouk N, Meijers-Heijboer HEJ, Meindl A, Mensenkamp AR, Mickys U, Miller A, Montagna M, Moysich KB, Mulligan AM, Musinsky J, Neuhausen SL, Nevanlinna H, Ngeow J, Nguyen HP,

Niederacher D, Nielsen HR, Nielsen FC, Nussbaum RL, Offit K, Öfverholm A, Ong KR, Osorio A, Papi L, Papp J, Pasini B, Pedersen IS, Peixoto A, Peruga N, Peterlongo P, Pohl E, Pradhan N, Prajzendanc K, Prieur F, Pujol P, Radice P, Ramus SJ, Rantala J, Rashid MU, Rhiem K, Robson M, Rodriguez GC, Rogers MT, Rudaitis V, Schmidt AY, Schmutzler RK, Senter L, Shah PD, Sharma P, Side LE, Simard J, Singer CF, Skytte AB, Slavin TP, Snape K, Sobol H, Southey M, Steele L, Steinemann D, Sukiennicki G, Sutter C, Szabo CI, Tan YY, Teixeira MR, **Terry MB**, Teulé A, Thomas A, Thull DL, Tischkowitz M, Tognazzo S, Toland AE, Topka S, Trainer AH, Tung N, van Asperen CJ, van der Hout AH, van der Kolk LE, van der Luijt RB, Van Heetvelde M, Varesco L, Varon-Mateeva R, Vega A, Villarreal-Garza C, von Wachenfeldt A, Walker L, Wang-Gohrke S, Wappenschmidt B, Weber BHF, Yannoukakos D, Yoon SY, Zanzottera C, Zidan J, Zorn KK, Hutten Selkirk CG, Hulick PJ, Chenevix-Trench G, Spurdle AB, Antoniou AC, Nathanson KL. Mutational spectrum in a worldwide study of 29,700 families with BRCA1 or BRCA2 mutations. Hum Mutat. 2018 May;39(5):593-620. doi: 10.1002/humu.23406. Epub 2018 Mar 12. PMID: 29446198

261. *Houghton LC, Goldberg M, Wei Y, Cirillo PM, Cohn BA, Michels KB, **Terry MB**. Why do studies show different associations between intrauterine exposure to maternal smoking and age at menarche? Ann Epidemiol. 2018 Mar;28(3):197-203. doi: 10.1016/j.annepidem.2018.01.004. Epub 2018 Jan 10. PMID: 29482744

262. Wang T, Parada H, McClain KM, Bradshaw PT, **Terry MB**, Teitelbaum SL, Neugut AI, Gammon MD. Pre-diagnostic aspirin use and mortality after breast cancer. Cancer Causes Control. 2018 May;29(4-5):417-425. doi: 10.1007/s10552-018-1020-5. Epub 2018 Mar 7. PMID: 29516320

263. *Houghton LC, Knight JA, De Souza MJ, Goldberg M, White ML, O'Toole K, Chung WK, Bradbury AR, Daly MB, Andrulis IL, John EM, Buys SS, **Terry MB**. Comparison of methods to assess onset of breast development in the LEGACY Girls Study: methodological considerations for studies of breast cancer. Breast Cancer Res. 2018 Apr 18;20(1):33. doi: 10.1186/s13058-018-0943-9. PMID: 29669587

264. Shiau S, Strehlau R, Shen J, Violari A, Patel F, Liberty A, Foca M, Wang S, **Terry MB**, Yin MT, Coovadia A, Abrams EJ, Arpadi SM, Kuhn L. Biomarkers of aging in HIV-infected children on suppressive antiretroviral therapy. J Acquir Immune Defic Syndr. 2018 Apr 27. doi: 10.1097/QAI.0000000000001714. [Epub ahead of print] PMID: 29771780

265. Frost CJ, Andrulis IL, Buys SS, Hopper JL, John EM, **Terry MB**, Bradbury A, Chung WK, Colbath K, Quintana N, Gamarra E, Egleston B, Galpern N, Bealin L, Glendon G, Miller LP, Daly MB. Assessing patient readiness for personalized genomic medicine. J Community Genet. 2018 May 26. doi: 10.1007/s12687-018-0365-5. [Epub ahead of print] PMID: 29804257

266. Scannell Bryan M, Argos M, Andrulis IL, Hopper JL, Chang-Claude J, Malone KE, John EM, Gammon MD, Daly MB, **Terry MB**, Buys SS, Huo D, Olopade OI, Genkinger JM,

Whittemore AS, Jasmine F, Kibriya MG, Chen LS, Ahsan H. Germline variation and breast cancer incidence: A gene-based association study and whole-genome prediction of early onset breast cancer. Cancer Epidemiol Biomarkers Prev. 2018 Jun 13. pii: cebp.1185.2018. doi: 10.1158/1055-9965.EPI-17-1185. [Epub ahead of print] PMID: 29898891

267. Lo LL, Milne RL, Liao Y, Cuzick J, **Terry MB**, Phillips KA. Validation of the IBIS breast cancer risk evaluator for women with lobular carcinoma in-situ. Br J Cancer. 2018 Jun 21. doi: 10.1038/s41416-018-0120-z. [Epub ahead of print] PMID: 29925933

268. *Bellanger M, Zeinomar N, Tehranifar P, **Terry MB**. Are Global Breast Cancer Incidence and Mortality Patterns Related to Country-Specific Economic Development and Prevention Strategies? J Glob Oncol. 2018 Jul; (4):1-16. doi: 10.1200/JGO.17.00207. PMID: 30085889

269. Qian F, Wang S, Mitchell J, McGuffog L, Barrowdale D, Leslie G, Oosterwijk JC, Chung WK, Evans DG, Engel C, Kast K, Aalfs CM, Adank MA, Adlard J, Agnarsson BA, Aittomaki K, Alducci E, Andrulis IL, Arun BK, Ausems M, Azzollini J, Barouk-Simonet E, Barwell J, Belotti M, Benitez J, Berger A, Borg A, Bradbury AR, Brunet J, Buys SS, Caldes T, Caligo MA, Campbell I, Caputo SM, Chiquette J, Claes KBM, Margriet Collee J, Couch FJ, Coupier I, Daly MB, Davidson R, Diez O, Domchek SM, Donaldson A, Dorfling CM, Eeles R, Feliubadalo L, Foretova L, Fowler J, Friedman E, Frost D, Ganz PA, Garber J, Garcia-Barberan V, Glendon G, Godwin AK, Gomez Garcia EB, Gronwald J, Hahnen E, Hamann U, Henderson A, Hendricks CB, Hopper JL, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Izquierdo A, Jakubowska A, Kaczmarek K, Kang E, Karlan BY, Kets CM, Kim SW, Kim Z, Kwong A, Laitman Y, Lasset C, Hyuk Lee M, Won Lee J, Lee J, Lester J, Lesueur F, Loud JT, Lubinski J, Mebirouk N, Meijers-Heijboer HEJ, Meindl A, Miller A, Montagna M, Mooij TM, Morrison PJ, Mouret-Fourme E, Nathanson KL, Neuhausen SL, Nevanlinna H, Niederacher D, Nielsen FC, Nussbaum RL, Offit K, Olah E, Ong KR, Ottini L, Park SK, Peterlongo P, Pfeiler G, Phelan CM, Poppe B, Pradhan N, Radice P, Ramus SJ, Rantala J, Robson M, Rodriguez GC, Schmutzler RK, Hutten Selkirk CG, Shah PD, Simard J, Singer CF, Sokolowska J, Stoppa-Lyonnet D, Sutter C, Yen Tan Y, Teixeira RM, Teo SH, **Terry MB**, Thomassen M, Tischkowitz M, Toland AE, Tucker KM, Tung N, van Asperen CJ, van Engelen K, van Rensburg EJ, Wang-Gohrke S, Wappenschmidt B, Weitzel JN, Yannoukakos D, Collaborators GS, Hebon, Embrace, Greene MH, Rookus MA, Easton DF, Chenevix-Trench G, Antoniou AC, Goldgar DE, Olopade OI, Rebbeck TR and Huo D. Height and Body Mass Index as Modifiers of Breast Cancer Risk in BRCA1/2 Mutation Carriers: A Mendelian Randomization Study. Journal of the National Cancer Institute. 2018. doi: 10.1093/jnci/djy132. PubMed PMID: 30312457.

270. Athilat S, Joe C, Rodriguez CB, **Terry MB**, Tehranifar P. Childhood body size and midlife mammographic breast density in foreign-born and U.S.-born women in New York City. Annals of epidemiology. 2018;28(10):710-6. doi: 10.1016/j.annepidem.2018.08.002. PubMed PMID: 30172558; PubMed Central PMCID: PMC6162146.

271. *Hopper JL, Dite GS, MacInnis RJ, Liao Y, Zeinomar N, Knight JA, Southey MC, Milne RL, Chung WK, Giles GG, Genkinger JM, McLachlan SA, Friedlander ML, Antoniou AC, Weideman PC, Glendon G, Nesci S, kConFab I, Andrulis IL, Buys SS, Daly MB, John EM, Phillips KA and **Terry MB**. Age-specific breast cancer risk by body mass index and famili]al risk: prospective family study cohort (ProF-SC). Breast cancer research : BCR. 2018;20(1):132. doi: 10.1186/s13058-018-1056-1. PubMed PMID: 30390716.

272. ***Terry MB**, Daly MB, Phillips KA, Ma X, Zeinomar N, Leoce N, Dite GS, MacInnis RJ, Chung WK, Knight JA, Southey MC, Milne RL, Goldgar D, Giles GG, Weideman PC, Glendon G; kConFab Investigators, Buchsbaum R, Andrulis IL, John EM, Buys SS, Hopper JL. Risk-Reducing Oophorectomy and Breast Cancer Risk Across the Spectrum of Familial Risk. J Natl Cancer Inst.2019 Mar 1;111(3):331-334.. doi: 10.1093/jnci/djy182. PubMed PMID: 30496449.

273. Cohn BA, Cirillo PM and **Terry MB**. DDT and Breast Cancer: Prospective Study of Induction Time and Susceptibility Windows. J Natl Cancer Inst. 2019 Feb 13; DOI: 10.1093/jnci/djy198. PubMed PMID: 30759253.

274. Escala-Garcia M, Guo Q, Dork T, Canisius S, Keeman R, Dennis J, Beesley J, Lecarpentier J, Bolla MK, Wang Q, Abraham J, Andrulis IL, Anton-Culver H, Arndt V, Auer PL, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bernstein L, Blomqvist C, Boeckx B, Bojesen SE, Bonanni B, Borresen-Dale AL, Brauch H, Brenner H, Brentnall A, Brinton L, Broberg P, Brock IW, Brucker SY, Burwinkel B, Caldas C, Caldes T, Campa D, Canzian F, Carracedo A, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Cheng TD, Chin SF, Clarke CL, Collaborators N, Cordina-Duverger E, Couch FJ, Cox DG, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dunn JA, Dunning AM, Durcan L, Dwek M, Earl HM, Ekici AB, Eliassen AH, Ellberg C, Engel C, Eriksson M, Evans DG, Figueroa J, Flesch-Janys D, Flyger H, Gabrielson M, Gago-Dominguez M, Galle E, Gapstur SM, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, George A, Georgoulias V, Giles GG, Glendon G, Goldgar DE, Gonzalez-Neira A, Alnaes GIG, Grip M, Guenel P, Haeberle L, Hahnen E, Haiman CA, Hakansson N, Hall P, Hamann U, Hankinson S, Harkness EF, Harrington PA, Hart SN, Hartikainen JM, Hein A, Hillemanns P, Hiller L, Holleczek B, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Huang G, Humphreys K, Hunter DJ, Janni W, John EM, Jones ME, Jukkola-Vuorinen A, Jung A, Kaaks R, Kabisch M, Kaczmarek K, Kerin MJ, Khan S, Khusnutdinova E, Kiiski JI, Kitahara CM, Knight JA, Ko YD, Koppert LB, Kosma VM, Kraft P, Kristensen VN, Kruger U, Kuhl T, Lambrechts D, Le Marchand L, Lee E, Lejbkowicz F, Li L, Lindblom A, Lindstrom S, Linet M, Lissowska J, Lo WY, Loibl S, Lubinski J, Lux MP, MacInnis RJ, Maierthaler M, Maishman T, Makalic E, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Mavroudis D, McLean C, Meindl A, Middha P, Miller N, Milne RL, Moreno F, Mulligan AM, Mulot C, Nassir R, Neuhausen SL, Newman WT, Nielsen SF, Nordestgaard BG, Norman A, Olsson H, Orr N, Pankratz VS, Park-Simon TW, Perez JIA, Perez-Barrios C, Peterlongo P, Petridis C, Pinchev M, Prajzendanc K, Prentice R, Presneau N, Prokofieva D, Pylkas K, Rack B, Radice P, Ramachandran D, Rennert G, Rennert HS, Rhenius V,

Romero A, Roylance R, Saloustros E, Sawyer EJ, Schmidt DF, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schumacher F, Schwentner L, Scott RJ, Scott C, Seynaeve C, Shah M, Simard J, Smeets A, Sohn C, Southey MC, Swerdlow AJ, Talhouk A, Tamimi RM, Tapper WJ, Teixeira MR, Tengstrom M, **Terry MB**, Thone K, Tollenaar R, Tomlinson I, Torres D, Truong T, Turman C, Turnbull C, Ulmer HU, Untch M, Vachon C, van Asperen CJ, van den Ouweland AMW, van Veen EM, Wendt C, Whittemore AS, Willett W, Winqvist R, Wolk A, Yang XR, Zhang Y, Easton DF, Fasching PA, Nevanlinna H, Eccles DM, Pharoah PDP and Schmidt MK. Genome-wide association study of germline variants and breast cancer-specific mortality. Br J Cancer. 2019. DOI: 10.1038/s41416-019-0393-x. PubMed PMID: 30787463.

275. *Goldberg M, Tawfik H, Kline J, Michels KB, Wei Y, Cirillo P, Cohn BA and **Terry MB**. Body size at birth, early-life growth and the timing of the menopausal transition and natural menopause. Reprod Toxicol. 2019 Mar 1. pii: S0890-6238(18)30526-4. doi: 10.1016/j.reprotox.2019.02.013. PubMed PMID: 30831215.

276. *Houghton LC, Knight JA, Wei Y, Romeo RD, Goldberg M, Andrulis IL, Bradbury AR, Buys SS, Daly MB, John EM, Chung WK, Santella RM, Stanczyk FZ and **Terry MB**. Association of Prepubertal and Adolescent Androgen Concentrations With Timing of Breast Development and Family History of Breast Cancer. JAMA Netw Open. 2019 Feb 1; 2(2)e190083. DOI: 10.1001/jamanetworkopen.2019.0083. PubMed PMID: 30794303.

277. Jiang X, Finucane HK, Schumacher FR, Schmit SL, Tyrer JP, Han Y, Michailidou K, Lesseur C, Kuchenbaecker KB, Dennis J, Conti DV, Casey G, Gaudet MM, Huyghe JR, Albanes D, Aldrich MC, Andrew AS, Andrulis IL, Anton-Culver H, Antoniou AC, Antonenkova NN, Arnold SM, Aronson KJ, Arun BK, Bandera EV, Barkardottir RB, Barnes DR, Batra J, Beckmann MW, Benitez J, Benlloch S, Berchuck A, Berndt SI, Bickeboller H, Bien SA, Blomqvist C, Boccia S, Bogdanova NV, Bojesen SE, Bolla MK, Brauch H, Brenner H, Brenton JD, Brook MN, Brunet J, Brunnstrom H, Buchanan DD, Burwinkel B, Butzow R, Cadoni G, Caldes T, Caligo MA, Campbell I, Campbell PT, Cancel-Tassin G, Cannon-Albright L, Campa D, Caporaso N, Carvalho AL, Chan AT, Chang-Claude J, Chanock SJ, Chen C, Christiani DC, Claes KBM, Claessens F, Clements J, Collee JM, Correa MC, Couch FJ, Cox A, Cunningham JM, Cybulski C, Czene K, Daly MB, deFazio A, Devilee P, Diez O, Gago-Dominguez M, Donovan JL, Dork T, Duell EJ, Dunning AM, Dwek M, Eccles DM, Edlund CK, Edwards DRV, Ellberg C, Evans DG, Fasching PA, Ferris RL, Liloglou T, Figueiredo JC, Fletcher O, Fortner RT, Fostira F, Franceschi S, Friedman E, Gallinger SJ, Ganz PA, Garber J, Garcia-Saenz JA, Gayther SA, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, Goode EL, Goodman MT, Goodman G, Grankvist K, Greene MH, Gronberg H, Gronwald J, Guenel P, Hakansson N, Hall P, Hamann U, Hamdy FC, Hamilton RJ, Hampe J, Haugen A, Heitz F, Herrero R, Hillemanns P, Hoffmeister M, Hogdall E, Hong YC, Hopper JL, Houlston R, Hulick PJ, Hunter DJ, Huntsman DG, Idos G, Imyanitov EN, Ingles SA, Isaacs C, Jakubowska A, James P, Jenkins MA, Johansson M, Johansson M, John EM, Joshi AD, Kaneva R, Karlan BY, Kelemen LE, Kuhl T, Khaw KT, Khusnutdinova E, Kibel AS, Kiemeney LA, Kim J, Kjaer SK, Knight JA, Kogevinas M, Kote-Jarai Z, Koutros S, Kristensen VN, Kupryjanczyk J, Lacko M, Lam S, Lambrechts

D, Landi MT, Lazarus P, Le ND, Lee E, Lejbkowicz F, Lenz HJ, Leslie G, Lessel D, Lester J, Levine DA, Li L, Li CI, Lindblom A, Lindor NM, Liu G, Loupakis F, Lubinski J, Maehle L, Maier C, Mannermaa A, Marchand LL, Margolin S, May T, McGuffog L, Meindl A, Middha P, Miller A, Milne RL, MacInnis RJ, Modugno F, Montagna M, Moreno V, Moysich KB, Mucci L, Muir K, Mulligan AM, Nathanson KL, Neal DE, Ness AR, Neuhausen SL, Nevanlinna H, Newcomb PA, Newcomb LF, Nielsen FC, Nikitina-Zake L, Nordestgaard BG, Nussbaum RL, Offit K, Olah E, Olama AAA, Olopade OI, Olshan AF, Olsson H, Osorio A, Pandha H, Park JY, Pashayan N, Parsons MT, Pejovic T, Penney KL, Peters WHM, Phelan CM, Phipps AI, Plaseska-Karanfilska D, Pring M, Prokofyeva D, Radice P, Stefansson K, Ramus SJ, Raskin L, Rennert G, Rennert HS, van Rensburg EJ, Riggan MJ, Risch HA, Risch A, Roobol MJ, Rosenstein BS, Rossing MA, De Ruyck K, Saloustros E, Sandler DP, Sawyer EJ, Schabath MB, Schleutker J, Schmidt MK, Setiawan VW, Shen H, Siegel EM, Sieh W, Singer CF, Slattery ML, Sorensen KD, Southey MC, Spurdle AB, Stanford JL, Stevens VL, Stintzing S, Stone J, Sundfeldt K, Sutphen R, Swerdlow AJ, Tajara EH, Tangen CM, Tardon A, Taylor JA, Teare MD, Teixeira MR, **Terry MB**, Terry KL, Thibodeau SN, Thomassen M, Bjorge L, Tischkowitz M, Toland AE, Torres D, Townsend PA, Travis RC, Tung N, Tworoger SS, Ulrich CM, Usmani N, Vachon CM, Van Nieuwenhuysen E, Vega A, Aguado-Barrera ME, Wang Q, Webb PM, Weinberg CR, Weinstein S, Weissler MC, Weitzel JN, West CML, White E, Whittemore AS, Wichmann HE, Wiklund F, Winqvist R, Wolk A, Woll P, Woods M, Wu AH, Wu X, Yannoukakos D, Zheng W, Zienolddiny S, Ziogas A, Zorn KK, Lane JM, Saxena R, Thomas D, Hung RJ, Diergaarde B, McKay J, Peters U, Hsu L, Garcia-Closas M, Eeles RA, Chenevix-Trench G, Brennan PJ, Haiman CA, Simard J, Easton DF, Gruber SB, Pharoah PDP, Price AL, Pasaniuc B, Amos CI, Kraft P and Lindstrom S. Shared heritability and functional enrichment across six solid cancers. Nat Commun. 2019 Jan 25; 10(1)431. DOI: 10.1038/s41467-018-08054-4. PubMed PMID: 30683880 PMCID6347624.

278. Mavaddat N, Michailidou K, Dennis J, Lush M, Fachal L, Lee A, Tyrer JP, Chen TH, Wang Q, Bolla MK, Yang X, Adank MA, Ahearn T, Aittomaki K, Allen J, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Auer PL, Auvinen P, Barrdahl M, Beane Freeman LE, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bernstein L, Blomqvist C, Bogdanova NV, Bojesen SE, Bonanni B, Borresen-Dale AL, Brauch H, Bremer M, Brenner H, Brentnall A, Brock IW, Brooks-Wilson A, Brucker SY, Bruning T, Burwinkel B, Campa D, Carter BD, Castelao JE, Chanock SJ, Chlebowski R, Christiansen H, Clarke CL, Collee JM, Cordina-Duverger E, Cornelissen S, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dork T, Dos-Santos-Silva I, Dumont M, Durcan L, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Ellberg C, Engel C, Eriksson M, Evans DG, Fasching PA, Figueroa J, Fletcher O, Flyger H, Forsti A, Fritschi L, Gabrielson M, Gago-Dominguez M, Gapstur SM, Garcia-Saenz JA, Gaudet MM, Georgoulias V, Giles GG, Gilyazova IR, Glendon G, Goldberg MS, Goldgar DE, Gonzalez-Neira A, Grenaker Alnaes GI, Grip M, Gronwald J, Grundy A, Guenel P, Haeberle L, Hahnen E, Haiman CA, Hakansson N, Hamann U, Hankinson SE, Harkness EF, Hart SN, He W, Hein A, Heyworth J, Hillemanns P, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Huang G, Humphreys K, Hunter DJ, Jakimovska M, Jakubowska A, Janni W, John EM, Johnson N, Jones ME, Jukkola-Vuorinen A, Jung A,

Kaaks R, Kaczmarek K, Kataja V, Keeman R, Kerin MJ, Khusnutdinova E, Kiiski JI, Knight JA, Ko YD, Kosma VM, Koutros S, Kristensen VN, Kruger U, Kuhl T, Lambrechts D, Le Marchand L, Lee E, Lejbkowicz F, Lilyquist J, Lindblom A, Lindstrom S, Lissowska J, Lo WY, Loibl S, Long J, Lubinski J, Lux MP, MacInnis RJ, Maishman T, Makalic E, Maleva Kostovska I, Mannermaa A, Manoukian S, Margolin S, Martens JWM, Martinez ME, Mavroudis D, McLean C, Meindl A, Menon U, Middha P, Miller N, Moreno F, Mulligan AM, Mulot C, Munoz-Garzon VM, Neuhausen SL, Nevanlinna H, Neven P, Newman WG, Nielsen SF, Nordestgaard BG, Norman A, Offit K, Olson JE, Olsson H, Orr N, Pankratz VS, Park-Simon TW, Perez JIA, Perez-Barrios C, Peterlongo P, Peto J, Pinchev M, Plaseska-Karanfilska D, Polley EC, Prentice R, Presneau N, Prokofyeva D, Purrington K, Pylkas K, Rack B, Radice P, Rau-Murthy R, Rennert G, Rennert HS, Rhenius V, Robson M, Romero A, Ruddy KJ, Ruebner M, Saloustros E, Sandler DP, Sawyer EJ, Schmidt DF, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schumacher F, Schurmann P, Schwentner L, Scott C, Scott RJ, Seynaeve C, Shah M, Sherman ME, Shrubsole MJ, Shu XO, Slager S, Smeets A, Sohn C, Soucy P, Southey MC, Spinelli JJ, Stegmaier C, Stone J, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Thone K, Tollenaar R, Tomlinson I, Truong T, Tzardi M, Ulmer HU, Untch M, Vachon CM, van Veen EM, Vijai J, Weinberg CR, Wendt C, Whittemore AS, Wildiers H, Willett W, Winqvist R, Wolk A, Yang XR, Yannoukakos D, Zhang Y, Zheng W, Ziogas A, Investigators A, kConFab AI, Collaborators N, Dunning AM, Thompson DJ, Chenevix-Trench G, Chang-Claude J, Schmidt MK, Hall P, Milne RL, Pharoah PDP, Antoniou AC, Chatterjee N, Kraft P, Garcia-Closas M, Simard J and Easton DF. Polygenic Risk Scores for Prediction of Breast Cancer and Breast Cancer Subtypes. Am J Hum Genet. 2019 Jan 3; 104(1)21-34. DOI: 10.1016/j.ajhg.2018.11.002. PubMed PMID: 30554720 PMCID6323553.

279. ***Terry MB**, Liao Y, Kast K, Antoniou AC, Mcdonald JA, Mooij TM, Engel C, Nogues C, Buecher B, Mari V, Moretta-Serra J, Gladieff L, Luporsi E, Barrowdale D, Frost D, Henderson A, Brewer C, Evans DG, Eccles D, Cook J, Ong KR, Izatt L, Ahmed M, Morrison PJ, Dommering CJ, Oosterwijk JC, Ausems M, Kriege M, Buys SS, Andrulis IL, John EM, Daly M, Friedlander M, Mclachlan SA, Osorio A, Caldes T, Jakubowska A, Simard J, Singer CF, Tan Y, Olah E, Navratilova M, Foretova L, Gerdes AM, Roos-Blom MJ, Arver B, Olsson H, Schmutzler RK, Hopper JL, Van Leeuwen FE, Goldgar D, Milne RL, Easton DF, Rookus MA and Andrieu N. The Influence of Number and Timing of Pregnancies on Breast Cancer Risk for Women With BRCA1 or BRCA2 Mutations. JNCI Cancer Spectr. 2018 Dec; 2(4)pky078. DOI: 10.1093/jncics/pky078. PubMed ID PMID:30873510; PMC6405439.

280. Wu L, Shi W, Long J, Guo X, Michailidou K, Beesley J, Bolla MK, Shu XO, Lu Y, Cai Q, Al-Ejeh F, Rozali E, Wang Q, Dennis J, Li B, Zeng C, Feng H, Gusev A, Barfield RT, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Auer PL, Barrdahl M, Baynes C, Beckmann MW, Benitez J, Bermisheva M, Blomqvist C, Bogdanova NV, Bojesen SE, Brauch H, Brenner H, Brinton L, Broberg P, Brucker SY, Burwinkel B, Caldes T, Canzian F, Carter BD, Castelao JE, Chang-Claude J, Chen X, Cheng TD, Christiansen H, Clarke CL, Collee M, Cornelissen S, Couch FJ, Cox D, Cox A, Cross SS, Cunningham JM, Czene K, Daly MB, Devilee P, Doheny KF, Dork T, Dos-Santos-Silva I, Dumont M,

Dwek M, Eccles DM, Eilber U, Eliassen AH, Engel C, Eriksson M, Fachal L, Fasching PA, Figueroa J, Flesch-Janys D, Fletcher O, Flyger H, Fritschi L, Gabrielson M, Gago-Dominguez M, Gapstur SM, Garcia-Closas M, Gaudet MM, Ghoussaini M, Giles GG, Goldberg MS, Goldgar DE, Gonzalez-Neira A, Guenel P, Hahnen E, Haiman CA, Hakansson N, Hall P, Hallberg E, Hamann U, Harrington P, Hein A, Hicks B, Hillemanns P, Hollestelle A, Hoover RN, Hopper JL, Huang G, Humphreys K, Hunter DJ, Jakubowska A, Janni W, John EM, Johnson N, Jones K, Jones ME, Jung A, Kaaks R, Kerin MJ, Khusnutdinova E, Kosma VM, Kristensen VN, Lambrechts D, Le Marchand L, Li J, Lindstrom S, Lissowska J, Lo WY, Loibl S, Lubinski J, Luccarini C, Lux MP, Macinnis RJ, Maishman T, Kostovska IM, Mannermaa A, Manson JE, Margolin S, Mavroudis D, Meijers-Heijboer H, Meindl A, Menon U, Meyer J, Mulligan AM, Neuhausen SL, Nevanlinna H, Neven P, Nielsen SF, Nordestgaard BG, Olopade OI, Olson JE, Olsson H, Peterlongo P, Peto J, Plaseska-Karanfilska D, Prentice R, Presneau N, Pylkas K, Rack B, Radice P, Rahman N, Rennert G, Rennert HS, Rhenius V, Romero A, Romm J, Rudolph A, Saloustros E, Sandler DP, Sawyer EJ, Schmidt MK, Schmutzler RK, Schneeweiss A, Scott RJ, Scott CG, Seal S, Shah M, Shrubsole MJ, Smeets A, Southey MC, Spinelli JJ, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper W, Taylor JA, **Terry MB**, Tessier DC, Thomas A, Thone K, Tollenaar R, Torres D, Truong T, Untch M, Vachon C, Van Den Berg D, Vincent D, Waisfisz Q, Weinberg CR, Wendt C, Whittemore AS, Wildiers H, Willett WC, Winqvist R, Wolk A, Xia L, Yang XR, Ziogas A, Ziv E, Dunning AM, Pharoah PDP, Simard J, Milne RL, Edwards SL, Kraft P, Easton DF, Chenevix-Trench G and Zheng W. A transcriptome-wide association study of 229,000 women identifies new candidate susceptibility genes for breast cancer. Nat Genet. 2018 Jul; 50(7)968-978. DOI: 10.1038/s41588-018-0132-x. PubMed ID PMID:29915430; PMC6314198.

281. ***Terry MB**, Cohn BA, Goldberg M, Flom JD, Wei Y, Houghton LC, Tehranifar P, Mcdonald JA, Protacio A, Cirillo P and Michels KB. Do Birth Weight and Weight Gain During Infancy and Early Childhood Explain Variation in Mammographic Density in Women in Midlife? Results From Cohort and Sibling Analyses. Am J Epidemiol. 2019 Feb 1; 188(2)294-304. DOI: 10.1093/aje/kwy229. PubMed ID PMID:30383202; PMC6357809.

282. *Zeinomar N, Phillips KA, Daly MB, Milne RL, Dite GS, Macinnis RJ, Liao Y, Kehm RD, Knight JA, Southey MC, Chung WK, Giles GG, Mclachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S, Andrulis IL, Buys SS, John EM, Hopper JL and **Terry MB**. Benign breast disease increases breast cancer risk independent of underlying familial risk profile: Findings from a Prospective Family Study Cohort. *Int J Cancer.* 2019 Feb 6. DOI: 10.1002/ijc.3211210.1002/ijc.32112. PubMed ID PMID:30725480.

283. ***Terry MB**, Liao Y, Whittemore AS, Leoce N, Buchsbaum R, Zeinomar N, Dite GS, Chung WK, Knight JA, Southey MC, Milne RL, Goldgar D, Giles GG, Mclachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S, Andrulis IL, John EM, Phillips KA, Daly MB, Buys SS, Hopper JL and Macinnis RJ. 10-year performance of four models of breast cancer risk: a validation study. Lancet Oncol. 2019 Feb 21. DOI:10.1016/s1470-2045(18)30902-110.1016/s1470-2045(18)30902-1. PubMed ID PMID:30799262.

284. *Wu HC, Cohn BA, Cirillo PM, Santella RM and **Terry MB**. DDT exposure during pregnancy and DNA methylation alterations in female offspring in the Child Health and Development Study. Reprod Toxicol. 2019 Feb 26. DOI:10.1016/j.reprotox.2019.02.01010.1016/j.reprotox.2019.02.010. PubMed ID PMID:30822522.

285. Ferreira MA, Gamazon ER, Al-Ejeh F, Aittomäki K, Andrulis IL, Anton-Culver H, Arason A, Arndt V, Aronson KJ, Arun BK, Asseryanis E, Azzollini J, Balmaña J, Barnes DR, Barrowdale D, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Białkowska K, Blomqvist C, Bogdanova NV, Bojesen SE, Bolla MK, Borg A, Brauch H, Brenner H, Broeks A, Burwinkel B, Caldés T, Caligo MA, Campa D, Campbell I, Canzian F, Carter J, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Christiansen H, Chung WK, Claes KBM, Clarke CL; EMBRACE Collaborators; GC-HBOC Study Collaborators; GEMO Study Collaborators, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, de la Hoya M, Dennis J, Devilee P, Diez O, Dörk T, Dunning AM, Dwek M, Eccles DM, Ejlertsen B, Ellberg C, Engel C, Eriksson M, Fasching PA, Fletcher O, Flyger H, Friedman E, Frost D, Gabrielson M, Gago-Dominguez M, Ganz PA, Gapstur SM, Garber J, García-Closas M, García-Sáenz JA, Gaudet MM, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Gronwald J, Guénel P, Haiman CA, Hall P, Hamann U, He W, Heyworth J, Hogervorst FBL, Hollestelle A, Hoover RN, Hopper JL, Hulick PJ, Humphreys K, Imyanitov EN; ABCTB Investigators; HEBON Investigators; BCFR Investigators, Isaacs C, Jakimovska M, Jakubowska A, James PA, Janavicius R, Jankowitz RC, John EM, Johnson N, Joseph V, Karlan BY, Khusnutdinova E, Kiiski JI, Ko YD, Jones ME, Konstantopoulou I, Kristensen VN, Laitman Y, Lambrechts D, Lazaro C, Leslie G, Lester J, Lesueur F, Lindström S, Long J, Loud JT, Lubiński J, Makalic E, Mannermaa A, Manoochehri M, Margolin S, Maurer T, Mavroudis D, McGuffog L, Meindl A, Menon U, Michailidou K, Miller A, Montagna M, Moreno F, Moserle L, Mulligan AM, Nathanson KL, Neuhausen SL, Nevanlinna H, Nevelsteen I, Nielsen FC, Nikitina-Zake L, Nussbaum RL, Offit K, Olah E, Olopade OI, Olsson H, Osorio A, Papp J, Park-Simon TW, Parsons MT, Pedersen IS, Peixoto A, Peterlongo P, Pharoah PDP, Plaseska-Karanfilska D, Poppe B, Presneau N, Radice P, Rantala J, Rennert G, Risch HA, Saloustros E, Sanden K, Sawyer EJ, Schmidt MK, Schmutzler RK, Sharma P, Shu XO, Simard J, Singer CF, Soucy P, Southey MC, Spinelli JJ, Spurdle AB, Stone J, Swerdlow AJ, Tapper WJ, Taylor JA, Teixeira MR, **Terry MB**, Teulé A, Thomassen M, Thöne K, Thull DL, Tischkowitz M, Toland AE, Torres D, Truong T, Tung N, Vachon CM, van Asperen CJ, van den Ouweland AMW, van Rensburg EJ, Vega A, Viel A, Wang Q, Wappenschmidt B, Weitzel JN, Wendt C, Winqvist R, Yang XR, Yannoukakos D, Ziogas A, Kraft P, Antoniou AC, Zheng W, Easton DF, Milne RL, Beesley J, Chenevix-Trench G. Genome-wide association and transcriptome studies identify target genes and risk loci for breast cancer. Nat Commun. 2019 Apr 15;10(1):1741. doi: 10.1038/s41467-018-08053-5. PMID: 30988301

286. *Kehm RD, Hopper JL, John EM, Phillips KA, MacInnis RJ, Dite GS, Milne RL, Liao Y, Zeinomar N, Knight JA, Southey MC, Vahdat L, Kornhauser N, Cigler T, Chung WK, Giles GG, McLachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S;

kConFab Investigators, Andrulis IL, Buys SS, Daly MB, **Terry MB**. Regular use of aspirin and other non-steroidal anti-inflammatory drugs and breast cancer risk for women at familial or genetic risk: a cohort study. Breast Cancer Res. 2019 Apr 18;21(1):52. doi: 10.1186/s13058-019-1135-y. PMID: 30999962

287. Sahay D, **Terry MB**, Miller R. Is breast cancer a result of epigenetic responses to traffic-related air pollution? A review of the latest evidence. *Epigenomics.* 2019 May 1;11(6):701-714. doi: 10.2217/epi-2018-0158. Epub 2019 May 9.

288. Crew KD, Anderson GL, Hershman DL, **Terry MB**, Tehranifar P, Lew DL, Yee M, Brown EA, Kairouz SS, Kuwajerwala N, Bevers T, Doster JE, Zarwan C, Kruper L, Minasian LM, Ford L, Arun B, Neuhouser M, Goodman GE, Brown PH. Randomized Double-Blind Placebo-Controlled Biomarker Modulation Study of Vitamin D Supplementation in Premenopausal Women at High Risk for Breast Cancer (SWOG S0812). Cancer Prev Res (Phila). 2019 Jul;12(7):481-490. doi: 10.1158/1940-6207.CAPR-18-0444. 2019 May 30. PMID: 31138522

289. Qian F, Rookus MA, Leslie G, Risch HA, Greene MH, Aalfs CM, Adank MA, Adlard J, Agnarsson BA, Ahmed M, Aittomäki K, Andrulis IL, Arnold N, Arun BK, Ausems MGEM, Azzollini J, Barrowdale D, Barwell J, Benitez J, Białkowska K, Bonadona V, Borde J, Borg A, Bradbury AR, Brunet J, Buys SS, Caldés T, Caligo MA, Campbell I, Carter J, Chiquette J, Chung WK, Claes KBM, Collée JM, Collonge-Rame MA, Couch FJ, Daly MB, Delnatte C, Diez O, Domchek SM, Dorfling CM, Eason J, Easton DF, Eeles R, Engel C, Evans DG, Faivre L, Feliubadaló L, Foretova L, Friedman E, Frost D, Ganz PA, Garber J, Garcia-Barberan V, Gehrig A, Glendon G, Godwin AK, Gómez Garcia EB, Hamann U, Hauke J, Hopper JL, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Jakubowska A, Janavicius R, John EM, Karlan BY, Kets CM, Laitman Y, Lázaro C, Leroux D, Lester J, Lesueur F, Loud JT, Lubiński J, Łukomska A, McGuffog L, Mebirouk N, Meijers-Heijboer HEJ, Meindl A, Miller A, Montagna M, Mooij TM, Mouret-Fourme E, Nathanson KL, Nehoray B, Neuhausen SL, Nevanlinna H, Nielsen FC, Offit K, Olah E, Ong KR, Oosterwijk JC, Ottini L, Parsons MT, Peterlongo P, Pfeiler G, Pradhan N, Radice P, Ramus SJ, Rantala J, Rennert G, Robson M, Rodriguez GC, Salani R, Scheuner MT, Schmutzler RK, Shah PD, Side LE, Simard J, Singer CF, Steinemann D, Stoppa-Lyonnet D, Tan YY, Teixeira MR, **Terry MB**, Thomassen M, Tischkowitz M, Tognazzo S, Toland AE, Tung N, van Asperen CJ, van Engelen K, van Rensburg EJ, Venat-Bouvet L, Vierstraete J, Wagner G, Walker L, Weitzel JN, Yannoukakos D; KConFab Investigators; HEBON Investigators; GEMO Study Collaborators; EMBRACE Collaborators, Antoniou AC, Goldgar DE, Olopade OI, Chenevix-Trench G, Rebbeck TR, Huo D; CIMBA. Mendelian randomisation study of height and body mass index as modifiers of ovarian cancer risk in 22,588 BRCA1 and BRCA2 mutation carriers. Br J Cancer. 2019 Jul;121(2):180-192. doi: 10.1038/s41416-019-0492-8. 2019 Jul 20. PMID: 31213659

290. Shiau S, Strehlau R, Wang S, Violari A, Do C, Patel F, Liberty A, Krupska I, Arpadi SM, Foca M, Coovadia A, Abrams EJ, Tycko B, **Terry MB**, Kuhn L. Distinct epigenetic profiles in children with perinatally-acquired HIV on antiretroviral therapy. Sci Rep.

2019 Jul 19;9(1):10495. doi: 10.1038/s41598-019-46930-1. PMID: 31324826

291. *McDonald JA, Cirillo PM, Tehranifar P, Krigbaum NY, Engmann NJ, Cohn BA, **Terry MB**. In utero DDT exposure and breast density in early menopause by maternal history of breast cancer. Reprod Toxicol. 2019. Epub 2019/08/20. doi: 10.1016/j.reprotox.2019.08.009. PubMed PMID: 31421228.

292. ***Terry MB**, Michels KB, Brody JG, Byrne C, Chen S, Jerry DJ, Malecki KMC, Martin MB, Miller RL, Neuhausen SL, Silk K, Trentham-Dietz A. Environmental exposures during windows of susceptibility for breast cancer: a framework for prevention research. Breast Cancer Res. 2019;21(1):96. Epub 2019/08/21. doi: 10.1186/s13058-019-1168-2. PubMed PMID: 31429809; PMCID: PMC6701090.

293. Dork T, Peterlongo P, Mannermaa A, Bolla MK, Wang Q, Dennis J, Ahearn T, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Augustinsson A, Freeman LEB, Beckmann MW, Beeghly-Fadiel A, Behrens S, Bermisheva M, Blomqvist C, Bogdanova NV, Bojesen SE, Brauch H, Brenner H, Burwinkel B, Canzian F, Chan TL, Chang-Claude J, Chanock SJ, Choi JY, Christiansen H, Clarke CL, Couch FJ, Czene K, Daly MB, Dos-Santos-Silva I, Dwek M, Eccles DM, Ekici AB, Eriksson M, Evans DG, Fasching PA, Figueroa J, Flyger H, Fritschi L, Gabrielson M, Gago-Dominguez M, Gao C, Gapstur SM, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, Giles GG, Goldberg MS, Goldgar DE, Guenel P, Haeberle L, Haiman CA, Hakansson N, Hall P, Hamann U, Hartman M, Hauke J, Hein A, Hillemanns P, Hogervorst FBL, Hooning MJ, Hopper JL, Howell T, Huo D, Ito H, Iwasaki M, Jakubowska A, Janni W, John EM, Jung A, Kaaks R, Kang D, Kapoor PM, Khusnutdinova E, Kim SW, Kitahara CM, Koutros S, Kraft P, Kristensen VN, Kwong A, Lambrechts D, Marchand LL, Li J, Lindstrom S, Linet M, Lo WY, Long J, Lophatananon A, Lubinski J, Manoochehri M, Manoukian S, Margolin S, Martinez E, Matsuo K, Mavroudis D, Meindl A, Menon U, Milne RL, Mohd Taib NA, Muir K, Mulligan AM, Neuhausen SL, Nevanlinna H, Neven P, Newman WG, Offit K, Olopade OI, Olshan AF, Olson JE, Olsson H, Park SK, Park-Simon TW, Peto J, Plaseska-Karanfilska D, Pohl-Rescigno E, Presneau N, Rack B, Radice P, Rashid MU, Rennert G, Rennert HS, Romero A, Ruebner M, Saloustros E, Schmidt MK, Schmutzler RK, Schneider MO, Schoemaker MJ, Scott C, Shen CY, Shu XO, Simard J, Slager S, Smichkoska S, Southey MC, Spinelli JJ, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper WJ, Teo SH, **Terry MB**, Toland AE, Tollenaar R, Torres D, Torres-Mejia G, Troester MA, Truong T, Tsugane S, Untch M, Vachon CM, Ouweland A, Veen EMV, Vijai J, Wendt C, Wolk A, Yu JC, Zheng W, Ziogas A, Ziv E, Dunning AM, Pharoah PDP, Schindler D, Devilee P, Easton DF. Two truncating variants in FANCC and breast cancer risk. Sci Rep. 2019;9(1):12524. Epub 2019/08/31. doi: 10.1038/s41598-019-48804-y. PubMed PMID: 31467304; PMCID: PMC6715680.

294. *Kehm RD, Yang W, Tehranifar P, **Terry MB**. 40 Years of Change in Age- and Stage-Specific Cancer Incidence Rates in US Women and Men. JNCI Cancer Spectr. 2019;3(3):pkz038. Epub 2019/08/16. doi: 10.1093/jncics/pkz038. PubMed PMID: 31414075; PMCID: PMC6686848.

295. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to Wang et al. Genet Med. 2019;21(9):2158. Epub 2019/03/03. doi: 10.1038/s41436-019-0469-2. PubMed PMID: 30824819.

296. *Goldberg M, Cohn BA, Houghton LC, Flom JD, Wei Y, Cirillo P, Michels KB, **Terry MB**. Early-Life Growth and Benign Breast Disease. Am J Epidemiol. 2019;188(9):1646-54. Epub 2019/05/21. doi: 10.1093/aje/kwz126. PubMed PMID: 31107507; PMCID: PMC6736448.

297. McCullough LE, Collin LJ, Conway K, White AJ, Cho YH, Shantakumar S, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Chen J, Gammon MD. Reproductive characteristics are associated with gene-specific promoter methylation status in breast cancer. BMC Cancer. 2019;19(1):926. Epub 2019/09/20. doi: 10.1186/s12885-019-6120-4. PubMed PMID: 31533668; PMCID: PMC6749688.

298. Jiang X, Finucane HK, Schumacher FR, Schmit SL, Tyrer JP, Han Y, Michailidou K, Lesseur C, Kuchenbaecker KB, Dennis J, Conti DV, Casey G, Gaudet MM, Huyghe JR, Albanes D, Aldrich MC, Andrew AS, Andrulis IL, Anton-Culver H, Antoniou AC, Antonenkova NN, Arnold SM, Aronson KJ, Arun BK, Bandera EV, Barkardottir RB, Barnes DR, Batra J, Beckmann MW, Benitez J, Benlloch S, Berchuck A, Berndt SI, Bickeboller H, Bien SA, Blomqvist C, Boccia S, Bogdanova NV, Bojesen SE, Bolla MK, Brauch H, Brenner H, Brenton JD, Brook MN, Brunet J, Brunnstrom H, Buchanan DD, Burwinkel B, Butzow R, Cadoni G, Caldes T, Caligo MA, Campbell I, Campbell PT, Cancel-Tassin G, Cannon-Albright L, Campa D, Caporaso N, Carvalho AL, Chan AT, Chang-Claude J, Chanock SJ, Chen C, Christiani DC, Claes KBM, Claessens F, Clements J, Collee JM, Correa MC, Couch FJ, Cox A, Cunningham JM, Cybulski C, Czene K, Daly MB, deFazio A, Devilee P, Diez O, Gago-Dominguez M, Donovan JL, Dork T, Duell EJ, Dunning AM, Dwek M, Eccles DM, Edlund CK, Edwards DRV, Ellberg C, Evans DG, Fasching PA, Ferris RL, Liloglou T, Figueiredo JC, Fletcher O, Fortner RT, Fostira F, Franceschi S, Friedman E, Gallinger SJ, Ganz PA, Garber J, Garcia-Saenz JA, Gayther SA, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, Goode EL, Goodman MT, Goodman G, Grankvist K, Greene MH, Gronberg H, Gronwald J, Guenel P, Hakansson N, Hall P, Hamann U, Hamdy FC, Hamilton RJ, Hampe J, Haugen A, Heitz F, Herrero R, Hillemanns P, Hoffmeister M, Hogdall E, Hong YC, Hopper JL, Houlston R, Hulick PJ, Hunter DJ, Huntsman DG, Idos G, Imyanitov EN, Ingles SA, Isaacs C, Jakubowska A, James P, Jenkins MA, Johansson M, Johansson M, John EM, Joshi AD, Kaneva R, Karlan BY, Kelemen LE, Kuhl T, Khaw KT, Khusnutdinova E, Kibel AS, Kiemeney LA, Kim J, Kjaer SK, Knight JA, Kogevinas M, Kote-Jarai Z, Koutros S, Kristensen VN, Kupryjanczyk J, Lacko M, Lam S, Lambrechts D, Landi MT, Lazarus P, Le ND, Lee E, Lejbkowicz F, Lenz HJ, Leslie G, Lessel D, Lester J, Levine DA, Li L, Li CI, Lindblom A, Lindor NM, Liu G, Loupakis F, Lubinski J, Maehle L, Maier C, Mannermaa A, Marchand LL, Margolin S, May T, McGuffog L, Meindl A, Middha P, Miller A, Milne RL, MacInnis RJ, Modugno F, Montagna M, Moreno V, Moysich KB, Mucci L, Muir K, Mulligan AM, Nathanson KL, Neal DE, Ness AR, Neuhausen SL, Nevanlinna H, Newcomb PA, Newcomb LF, Nielsen FC, Nikitina-Zake L, Nordestgaard BG, Nussbaum RL, Offit K, Olah E, Olama AAA, Olopade OI,

Olshan AF, Olsson H, Osorio A, Pandha H, Park JY, Pashayan N, Parsons MT, Pejovic T, Penney KL, Peters WHM, Phelan CM, Phipps AI, Plaseska-Karanfilska D, Pring M, Prokofyeva D, Radice P, Stefansson K, Ramus SJ, Raskin L, Rennert G, Rennert HS, van Rensburg EJ, Riggan MJ, Risch HA, Risch A, Roobol MJ, Rosenstein BS, Rossing MA, De Ruyck K, Saloustros E, Sandler DP, Sawyer EJ, Schabath MB, Schleutker J, Schmidt MK, Setiawan VW, Shen H, Siegel EM, Sieh W, Singer CF, Slattery ML, Sorensen KD, Southey MC, Spurdle AB, Stanford JL, Stevens VL, Stintzing S, Stone J, Sundfeldt K, Sutphen R, Swerdlow AJ, Tajara EH, Tangen CM, Tardon A, Taylor JA, Teare MD, Teixeira MR, **Terry MB**, Terry KL, Thibodeau SN, Thomassen M, Bjorge L, Tischkowitz M, Toland AE, Torres D, Townsend PA, Travis RC, Tung N, Tworoger SS, Ulrich CM, Usmani N, Vachon CM, Van Nieuwenhuysen E, Vega A, Aguado-Barrera ME, Wang Q, Webb PM, Weinberg CR, Weinstein S, Weissler MC, Weitzel JN, West CML, White E, Whittemore AS, Wichmann HE, Wiklund F, Winqvist R, Wolk A, Woll P, Woods M, Wu AH, Wu X, Yannoukakos D, Zheng W, Zienolddiny S, Ziogas A, Zorn KK, Lane JM, Saxena R, Thomas D, Hung RJ, Diergaarde B, McKay J, Peters U, Hsu L, Garcia-Closas M, Eeles RA, Chenevix-Trench G, Brennan PJ, Haiman CA, Simard J, Easton DF, Gruber SB, Pharoah PDP, Price AL, Pasaniuc B, Amos CI, Kraft P, Lindstrom S. Publisher Correction: Shared heritability and functional enrichment across six solid cancers. Nat Commun. 2019;10(1):4386. Epub 2019/09/25. doi:

299. *MacInnis RJ, Liao Y, Knight JA, Milne RL, Whittemore AS, Chung WK, Leoce N, Buchsbaum R, Zeinomar N, Dite GS, Southey MC, Goldgar D, Giles GG, McLachlan SA, Weideman PC, Nesci S, Friedlander ML, Glendon G, Andrulis IL, John EM, Daly MB, Buys SS, Phillips KA, Hopper JL, **Terry MB**. Considerations when using breast cancer risk models for women with negative BRCA1/BRCA2 mutation results. J Natl Cancer Inst. 2019. Epub 2019/10/05. doi: 10.1093/jnci/djz194. PubMed PMID: 31584660.

300. Wang T, McCullough LE, White AJ, Bradshaw PT, Xu X, Cho YH, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Chen J, Gammon MD. Prediagnosis aspirin use, DNA methylation, and mortality after breast cancer: A population-based study. Cancer. 2019;125(21):3836-44. Epub 2019/08/14. doi: 10.1002/cncr.32364. PubMed PMID: 31402456.

301. Krigbaum NY, Cirillo PM, Flom JD, McDonald JA, **Terry MB**, Cohn BA. In utero DDT exposure and breast density before age 50. Reprod Toxicol. 2019. Epub 2019/11/13. doi: 10.1016/j.reprotox.2019.11.002. PubMed PMID: 31711904.

302. *Cohn BA, Cirillo PM, Krigbaum NY, Zimmermann LM, Flom JD, **Terry MB**. Placental morphometry in relation to daughters' percent mammographic breast density at midlife. Reprod Toxicol. 2019. Epub 2019/11/13. doi: 10.1016/j.reprotox.2019.11.001. PubMed PMID: 31715261.

303. Figlioli G, Bogliolo M, Catucci I, Caleca L, Lasheras SV, Pujol R, Kiiski JI, Muranen TA, Barnes DR, Dennis J, Michailidou K, Bolla MK, Leslie G, Aalfs CM, Adank MA, Adlard J, Agata S, Cadoo K, Agnarsson BA, Ahearn T, Aittomaki K, Ambrosone CB,

Andrews L, Anton-Culver H, Antonenkova NN, Arndt V, Arnold N, Aronson KJ, Arun BK, Asseryanis E, Auber B, Auvinen P, Azzollini J, Balmana J, Barkardottir RB, Barrowdale D, Barwell J, Beane Freeman LE, Beauparlant CJ, Beckmann MW, Behrens S, Benitez J, Berger R, Bermisheva M, Blanco AM, Blomqvist C, Bogdanova NV, Bojesen A, Bojesen SE, Bonanni B, Borg A, Brady AF, Brauch H, Brenner H, Bruning T, Burwinkel B, Buys SS, Caldes T, Caliebe A, Caligo MA, Campa D, Campbell IG, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Claes KBM, Clarke CL, Collavoli A, Conner TA, Cox DG, Cybulski C, Czene K, Daly MB, de la Hoya M, Devilee P, Diez O, Ding YC, Dite GS, Ditsch N, Domchek SM, Dorfling CM, Dos-Santos-Silva I, Durda K, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Ellberg C, Eriksson M, Evans DG, Fasching PA, Figueroa J, Flyger H, Foulkes WD, Friebel TM, Friedman E, Gabrielson M, Gaddam P, Gago-Dominguez M, Gao C, Gapstur SM, Garber J, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, Gayther SA, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, Guenel P, Gutierrez-Barrera AM, Haeberle L, Haiman CA, Hakansson N, Hall P, Hamann U, Harrington PA, Hein A, Heyworth J, Hillemanns P, Hollestelle A, Hopper JL, Hosgood HD, 3rd, Howell A, Hu C, Hulick PJ, Hunter DJ, Imyanitov EN, Isaacs C, Jakimovska M, Jakubowska A, James P, Janavicius R, Janni W, John EM, Jones ME, Jung A, Kaaks R, Karlan BY, Khusnutdinova E, Kitahara CM, Konstantopoulou I, Koutros S, Kraft P, Lambrechts D, Lazaro C, Le Marchand L, Lester J, Lesueur F, Lilyquist J, Loud JT, Lu KH, Luben RN, Lubinski J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martens JWM, Maurer T, Mavroudis D, Mebirouk N, Meindl A, Menon U, Miller A, Montagna M, Nathanson KL, Neuhausen SL, Newman WG, Nguyen-Dumont T, Nielsen FC, Nielsen S, Nikitina-Zake L, Offit K, Olah E, Olopade OI, Olshan AF, Olson JE, Olsson H, Osorio A, Ottini L, Peissel B, Peixoto A, Peto J, Plaseska-Karanfilska D, Pocza T, Presneau N, Pujana MA, Punie K, Rack B, Rantala J, Rashid MU, Rau-Murthy R, Rennert G, Lejbkowicz F, Rhenius V, Romero A, Rookus MA, Ross EA, Rossing M, Rudaitis V, Ruebner M, Saloustros E, Sanden K, Santamarina M, Scheuner MT, Schmutzler RK, Schneider M, Scott C, Senter L, Shah M, Sharma P, Shu XO, Simard J, Singer CF, Sohn C, Soucy P, Southey MC, Spinelli JJ, Steele L, Stoppa-Lyonnet D, Tapper WJ, Teixeira MR, **Terry MB**, Thomassen M, Thompson J, Thull DL, Tischkowitz M, Tollenaar R, Torres D, Troester MA, Truong T, Tung N, Untch M, Vachon CM, van Rensburg EJ, van Veen EM, Vega A, Viel A, Wappenschmidt B, Weitzel JN, Wendt C, Wieme G, Wolk A, Yang XR, Zheng W, Ziogas A, Zorn KK, Dunning AM, Lush M, Wang Q, McGuffog L, Parsons MT, Pharoah PDP, Fostira F, Toland AE, Andrulis IL, Ramus SJ, Swerdlow AJ, Greene MH, Chung WK, Milne RL, Chenevix-Trench G, Dork T, Schmidt MK, Easton DF, Radice P, Hahnen E, Antoniou AC, Couch FJ, Nevanlinna H, Surralles J, Peterlongo P. The FANCM:p.Arg658* truncating variant is associated with risk of triple-negative breast cancer. NPJ Breast Cancer. 2019;5:38. Epub 2019/11/09. doi: 10.1038/s41523-019-0127-5. PubMed PMID: 31700994; PMCID: PMC6825205.

304. *Zeinomar N, Knight JA, Genkinger JM, Phillips KA, Daly MB, Milne RL, Dite GS, Kehm RD, Liao Y, Southey MC, Chung WK, Giles GG, McLachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S, Andrulis IL, Buys SS, John EM, MacInnis RJ, Hopper JL, **Terry MB**. Alcohol consumption, cigarette smoking, and familial breast cancer risk: findings from the Prospective Family Study Cohort (ProF-SC). Breast Cancer

Res. 2019;21(1):128. Epub 2019/11/30. doi: 10.1186/s13058-019-1213-1. PubMed PMID: 31779655; PMCID: PMC6883541.

305. Crew KD, Silverman TB, Vanegas A, Trivedi MS, Dimond J, Mata J, Sin M, Jones T, **Terry MB**, Tsai WY, Kukafka R. Study protocol: Randomized controlled trial of web-based decision support tools for high-risk women and healthcare providers to increase breast cancer chemoprevention. Contemp Clin Trials Commun. 2019;16:100433. Epub 2019/09/10. doi: 10.1016/j.conctc.2019.100433. PubMed PMID: 31497674; PMCID: PMC6722284.

306. *Phillips KA, Liao Y, Milne RL, MacInnis RJ, Collins IM, Buchsbaum R, Weideman PC, Bickerstaffe A, Nesci S, Chung WK, Southey MC, Knight JA, Whittemore AS, Dite GS, Goldgar D, Giles GG, Glendon G, Cuzick J, Antoniou AC, Andrulis IL, John EM, Daly MB, Buys SS, Hopper JL, **Terry MB**. Accuracy of Risk Estimates from the iPrevent Breast Cancer Risk Assessment and Management Tool. JNCI Cancer Spectr. 2019;3(4):pkz066. Epub 2019/12/20. doi: 10.1093/jncics/pkz066. PubMed PMID: 31853515; PMCID: PMC6901082.

307. Li H, **Terry MB**, Antoniou AC, Phillips KA, Kast K, Mooij TM, Engel C, Nogues C, Stoppa-Lyonnet D, Lasset C, Berthet P, Mari V, Caron O, Barrowdale D, Frost D, Brewer C, Evans DG, Izatt L, Side L, Walker L, Tischkowitz M, Rogers MT, Porteous ME, Meijers-Heijboer HEJ, Gille JJ, Blok MJ, Hoogerbrugge N, Daly MB, Andrulis IL, Buys SS, John EM, McLachlan SA, Friedlander M, Tan YY, Osorio A, Caldes T, Jakubowska A, Simard J, Singer CF, Olah E, Navratilova M, Foretova L, Gerdes AM, Roos-Blom MJ, Arver B, Olsson H, Schmutzler RK, Hopper JL, Milne RL, Easton DF, Van Leeuwen FE, Rookus MA, Andrieu N, Goldgar DE. Alcohol consumption, cigarette smoking, and risk of breast cancer for BRCA1 and BRCA2 mutation carriers: results from The BRCA1 and BRCA2 Cohort Consortium. Cancer Epidemiol Biomarkers Prev. 2019. Epub 2019/12/04. doi: 10.1158/1055-9965.Epi-19-0546. PubMed PMID: 31792088.

308. Jayasekara H, MacInnis RJ, Chamberlain JA, Dite GS, Leoce NM, Dowty JG, Bickerstaffe A, Win AK, Milne RL, Giles GG, **Terry MB**, Eccles DM, Southey MC, Hopper JL. Mortality after breast cancer as a function of time since diagnosis by estrogen receptor status and age at diagnosis. Int J Cancer. 2019;145(12):3207-17. Epub 2019/02/17. doi: 10.1002/ijc.32214. PubMed PMID: 30771221; PMCID: PMC6697632.

309. *Kehm RD, Genkinger JM, MacInnis RJ, John EM, Phillips KA, Dite GS, Milne RL, Zeinomar N, Liao Y, Knight JA, Southey MC, Chung WK, Giles GG, McLachlan SA, Whitaker KD, Friedlander M, Weideman PC, Glendon G, Nesci S, Investigators K, Andrulis IL, Buys SS, Daly MB, Hopper JL, **Terry MB**. Recreational Physical Activity Is Associated with Reduced Breast Cancer Risk in Adult Women at High Risk for Breast Cancer: A Cohort Study of Women Selected for Familial and Genetic Risk. Cancer Res. 2020 Jan 1;80(1):116-125. doi: 10.1158/0008-5472.CAN-19-1847. PubMed PMID: 31578201.

310. Fachal L, Aschard H, Beesley J, Barnes DR, Allen J, Kar S, Pooley KA, Dennis J, Michailidou K, Turman C, Soucy P, Lemaçon A, Lush M, Tyrer JP, Ghoussaini M, Moradi Marjaneh M, Jiang X, Agata S, Aittomäki K, Alonso MR, Andrulis IL, Anton-Culver H, Antonenkova NN, Arason A, Arndt V, Aronson KJ, Arun BK, Auber B, Auer PL, Azzollini J, Balmaña J, Barkardottir RB, Barrowdale D, Beeghly-Fadiel A, Benitez J, Bermisheva M, Białkowska K, Blanco AM, Blomqvist C, Blot W, Bogdanova NV, Bojesen SE, Bolla MK, Bonanni B, Borg A, Bosse K, Brauch H, Brenner H, Briceno I, Brock IW, Brooks-Wilson A, Brüning T, Burwinkel B, Buys SS, Cai Q, Caldés T, Caligo MA, Camp NJ, Campbell I, Canzian F, Carroll JS, Carter BD, Castelao JE, Chiquette J, Christiansen H, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators, Collée JM, Cornelissen S, Couch FJ, Cox A, Cross SS, Cybulski C, Czene K, Daly MB, de la Hoya M, Devilee P, Diez O, Ding YC, Dite GS, Domchek SM, Dörk T, Dos-Santos-Silva I, Droit A, Dubois S, Dumont M, Duran M, Durcan L, Dwek M, Eccles DM, Engel C, Eriksson M, Evans DG, Fasching PA, Fletcher O, Floris G, Flyger H, Foretova L, Foulkes WD, Friedman E, Fritschi L, Frost D, Gabrielson M, Gago-Dominguez M, Gambino G, Ganz PA, Gapstur SM, Garber J, García-Sáenz JA, Gaudet MM, Georgoulias V, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Tibiletti MG, Greene MH, Grip M, Gronwald J, Grundy A, Guénel P, Hahnen E, Haiman CA, Håkansson N, Hall P, Hamann U, Harrington PA, Hartikainen JM, Hartman M, He W, Healey CS, Heemskerk-Gerritsen BAM, Heyworth J, Hillemanns P, Hogervorst FBL, Hollestelle A, Hooning MJ, Hopper JL, Howell A, Huang G, Hulick PJ, Imyanitov EN; KConFab Investigators; HEBON Investigators; ABCTB Investigators, Isaacs C, Iwasaki M, Jager A, Jakimovska M, Jakubowska A, James PA, Janavicius R, Jankowitz RC, John EM, Johnson N, Jones ME, Jukkola-Vuorinen A, Jung A, Kaaks R, Kang D, Kapoor PM, Karlan BY, Keeman R, Kerin MJ, Khusnutdinova E, Kiiski JI, Kirk J, Kitahara CM, Ko YD, Konstantopoulou I, Kosma VM, Koutros S, Kubelka-Sabit K, Kwong A, Kyriacou K, Laitman Y, Lambrechts D, Lee E, Leslie G, Lester J, Lesueur F, Lindblom A, Lo WY, Long J, Lophatananon A, Loud JT, Lubiński J, MacInnis RJ, Maishman T, Makalic E, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Matsuo K, Maurer T, Mavroudis D, Mayes R, McGuffog L, McLean C, Mebirouk N, Meindl A, Miller A, Miller N, Montagna M, Moreno F, Muir K, Mulligan AM, Muñoz-Garzon VM, Muranen TA, Narod SA, Nassir R, Nathanson KL, Neuhausen SL, Nevanlinna H, Neven P, Nielsen FC, Nikitina-Zake L, Norman A, Offit K, Olah E, Olopade OI, Olsson H, Orr N, Osorio A, Pankratz VS, Papp J, Park SK, Park-Simon TW, Parsons MT, Paul J, Pedersen IS, Peissel B, Peshkin B, Peterlongo P, Peto J, Plaseska-Karanfilska D, Prajzendanc K, Prentice R, Presneau N, Prokofyeva D, Pujana MA, Pylkäs K, Radice P, Ramus SJ, Rantala J, Rau-Murthy R, Rennert G, Risch HA, Robson M, Romero A, Rossing M, Saloustros E, Sánchez-Herrero E, Sandler DP, Santamariña M, Saunders C, Sawyer EJ, Scheuner MT, Schmidt DF, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schöttker B, Schürmann P, Scott C, Scott RJ, Senter L, Seynaeve CM, Shah M, Sharma P, Shen CY, Shu XO, Singer CF, Slavin TP, Smichkoska S, Southey MC, Spinelli JJ, Spurdle AB, Stone J, Stoppa-Lyonnet D, Sutter C, Swerdlow AJ, Tamimi

RM, Tan YY, Tapper WJ, Taylor JA, Teixeira MR, Tengström M, Teo SH, **Terry MB**, Teulé A, Thomassen M, Thull DL, Tischkowitz M, Toland AE, Tollenaar RAEM, Tomlinson I, Torres D, Torres-Mejía G, Troester MA, Truong T, Tung N, Tzardi M, Ulmer HU, Vachon CM, van Asperen CJ, van der Kolk LE, van Rensburg EJ, Vega A, Viel A, Vijai J, Vogel MJ, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wildiers H, Winqvist R, Wolk A, Wu AH, Yannoukakos D, Zhang Y, Zheng W, Hunter D, Pharoah PDP, Chang-Claude J, García-Closas M, Schmidt MK, Milne RL, Kristensen VN, French JD, Edwards SL, Antoniou AC, Chenevix-Trench G, Simard J, Easton DF, Kraft P, Dunning AM. Fine-mapping of 150 breast cancer risk regions identifies 191 likely target genes. Nat Genet. 2020 Jan;52(1):56-73. doi: 10.1038/s41588-019-0537-1. Epub 2020 Jan 7. PubMed PMID:31911677

311. Mavaddat N, Antoniou AC, Mooij TM, Hooning MJ, Heemskerk-Gerritsen BA; GENEPSO, Noguès C, Gauthier-Villars M, Caron O, Gesta P, Pujol P, Lortholary A; EMBRACE, Barrowdale D, Frost D, Evans DG, Izatt L, Adlard J, Eeles R, Brewer C, Tischkowitz M, Henderson A, Cook J, Eccles D; HEBON, van Engelen K, Mourits MJE, Ausems MGEM, Koppert LB, Hopper JL, John EM, Chung WK, Andrulis IL, Daly MB, Buys SS; kConFab Investigators, Benitez J, Caldes T, Jakubowska A, Simard J, Singer CF, Tan Y, Olah E, Navratilova M, Foretova L, Gerdes AM, Roos-Blom MJ, Van Leeuwen FE, Arver B, Olsson H, Schmutzler RK, Engel C, Kast K, Phillips KA, **Terry MB**, Milne RL, Goldgar DE, Rookus MA, Andrieu N, Easton DF; IBCCS; kConFab; BCFR. Risk-reducing salpingo-oophorectomy, natural menopause, and breast cancer risk: an international prospective cohort of BRCA1 and BRCA2 mutation carriers. Breast Cancer Res. 2020 Jan 16;22(1):8. doi: 10.1186/s13058-020-1247-4.

312. Escala-Garcia M, Abraham J, Andrulis IL, Anton-Culver H, Arndt V, Ashworth A, Auer PL, Auvinen P, Beckmann MW, Beesley J, Behrens S, Benitez J, Bermisheva M, Blomqvist C, Blot W, Bogdanova NV, Bojesen SE, Bolla MK, Børresen-Dale AL, Brauch H, Brenner H, Brucker SY, Burwinkel B, Caldas C, Canzian F, Chang-Claude J, Chanock SJ, Chin SF, Clarke CL, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Dennis J, Devilee P, Dunn JA, Dunning AM, Dwek M, Earl HM, Eccles DM, Eliassen AH, Ellberg C, Evans DG, Fasching PA, Figueroa J, Flyger H, Gago-Dominguez M, Gapstur SM, García-Closas M, García-Sáenz JA, Gaudet MM, George A, Giles GG, Goldgar DE, González-Neira A, Grip M, Guénel P, Guo Q, Haiman CA, Håkansson N, Hamann U, Harrington PA, Hiller L, Hooning MJ, Hopper JL, Howell A, Huang CS, Huang G, Hunter DJ, Jakubowska A, John EM, Kaaks R, Kapoor PM, Keeman R, Kitahara CM, Koppert LB, Kraft P, Kristensen VN, Lambrechts D, Le Marchand L, Lejbkowicz F, Lindblom A, Lubiński J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Maurer T, Mavroudis D, Meindl A, Milne RL, Mulligan AM, Neuhausen SL, Nevanlinna H, Newman WG, Olshan AF, Olson JE, Olsson H, Orr N, Peterlongo P, Petridis C, Prentice RL, Presneau N, Punie K, Ramachandran D, Rennert G, Romero A, Sachchithananthan M, Saloustros E, Sawyer EJ, Schmutzler RK, Schwentner L, Scott C, Simard J, Sohn C, Southey MC, Swerdlow AJ, Tamimi RM, Tapper WJ, Teixeira MR, **Terry MB**, Thorne H, Tollenaar RAEM, Tomlinson I, Troester

MA, Truong T, Turnbull C, Vachon CM, van der Kolk LE, Wang Q, Winqvist R, Wolk A, Yang XR, Ziogas A, Pharoah PDP, Hall P, Wessels LFA, Chenevix-Trench G, Bader GD, Dörk T, Easton DF, Canisius S, Schmidt MK. A network analysis to identify mediators of germline-driven differences in breast cancer prognosis. Nat Commun. 2020 Jan 16;11(1):312. doi: 10.1038/s41467-019-14100-6. PubMed PMID:31949161.

313. Hillyer GC, Beauchemin M, Hershman DL, Kelsen M, Brogan FL, Sandoval R, Schmitt KM, Reyes A, **Terry MB**, Lassman AB, Schwartz GK. Discordant attitudes and beliefs about cancer clinical trial participation between physicians, research staff, and cancer patients. Clin Trials. 2020 Feb 3:1740774520901514. doi: 10.1177/1740774520901514. [Epub ahead of print] PubMed PMID: 32009456.

314. *Yang W, Kehm RD, **Terry MB**. Survival model methods for analyses of cancer incidence trends in young adults. Stat Med. 2020 Mar 30;39(7):1011-1024. doi: 10.1002/sim.8458. Epub 2020 Feb 5. PubMed PMID:32022306.

315. *Wong EM, Southey MC, **Terry MB**. Integrating DNA methylation measures to improve clinical risk assessment: are we there yet? The case of BRCA1 methylation marks to improve clinical risk assessment of breast cancer. Br J Cancer. 2020 Apr;122(8):1133-1140. doi: 10.1038/s41416-019-0720-2. Epub 2020 Feb 18. Review. PubMed PMID:32066913.

316. Feng H, Gusev A, Pasaniuc B, Wu L, Long J, Abu-Full Z, Aittomäki K, Andrulis IL, Anton-Culver H, Antoniou AC, Arason A, Arndt V, Aronson KJ, Arun BK, Asseryanis E, Auer PL, Azzollini J, Balmaña J, Barkardottir RB, Barnes DR, Barrowdale D, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Białkowska K, Blanco A, Blomqvist C, Boeckx B, Bogdanova NV, Bojesen SE, Bolla MK, Bonanni B, Borg A, Brauch H, Brenner H, Briceno I, Broeks A, Brüning T, Burwinkel B, Cai Q, Caldés T, Caligo MA, Campbell I, Canisius S, Campa D, Carter BD, Carter J, Castelao JE, Chang-Claude J, Chanock SJ, Christiansen H, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators; GC-HBOC study Collaborators, Couch FJ, Cox A, Cross SS, Cybulski C, Czene K, Daly MB, de la Hoya M, De Leeneer K, Dennis J, Devilee P, Diez O, Domchek SM, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Ejlertsen B, Ellberg C, Engel C, Eriksson M, Fasching PA, Fletcher O, Flyger H, Fostira F, Friedman E, Fritschi L, Frost D, Gabrielson M, Ganz PA, Gapstur SM, Garber J, García-Closas M, García-Sáenz JA, Gaudet MM, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Gronwald J, Guénel P, Haiman CA, Hall P, Hamann U, Hake C, He W, Heyworth J, Hogervorst FBL, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Huang G, Hulick PJ, Humphreys K, Imyanitov EN; ABCTB Investigators; HEBON Investigators; BCFR Investigators; OCGN Investigators, Isaacs C, Jakimovska M, Jakubowska A, James P, Janavicius R, Jankowitz RC, John EM, Johnson N, Joseph V, Jung A, Karlan BY, Khusnutdinova E, Kiiski JI, Konstantopoulou I, Kristensen VN, Laitman Y, Lambrechts D, Lazaro C, Leroux D, Leslie G, Lester J, Lesueur F, Lindor N, Lindström S, Lo WY, Loud JT, Lubiński J, Makalic E, Mannermaa A, Manoochehri M, Manoukian S, Margolin

S, Martens JWM, Martinez ME, Matricardi L, Maurer T, Mavroudis D, McGuffog L, Meindl A, Menon U, Michailidou K, Kapoor PM, Miller A, Montagna M, Moreno F, Moserle L, Mulligan AM, Muranen TA, Nathanson KL, Neuhausen SL, Nevanlinna H, Nevelsteen I, Nielsen FC, Nikitina-Zake L, Offit K, Olah E, Olopade OI, Olsson H, Osorio A, Papp J, Park-Simon TW, Parsons MT, Pedersen IS, Peixoto A, Peterlongo P, Peto J, Pharoah PDP, Phillips KA, Plaseska-Karanfilska D, Poppe B, Pradhan N, Prajzendanc K, Presneau N, Punie K, Pylkäs K, Radice P, Rantala J, Rashid MU, Rennert G, Risch HA, Robson M, Romero A, Saloustros E, Sandler DP, Santos C, Sawyer EJ, Schmidt MK, Schmidt DF, Schmutzler RK, Schoemaker MJ, Scott RJ, Sharma P, Shu XO, Simard J, Singer CF, Skytte AB, Soucy P, Southey MC, Spinelli JJ, Spurdle AB, Stone J, Swerdlow AJ, Tapper WJ, Taylor JA, Teixeira MR, **Terry MB**, Teulé A, Thomassen M, Thöne K, Thull DL, Tischkowitz M, Toland AE, Tollenaar RAEM, Torres D, Truong T, Tung N, Vachon CM, van Asperen CJ, van den Ouweland AMW, van Rensburg EJ, Vega A, Viel A, Vieiro-Balo P, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Winqvist R, Yang XR, Yannoukakos D, Ziogas A, Milne RL, Easton DF, Chenevix-Trench G, Zheng W, Kraft P, Jiang X. Transcriptome-wide association study of breast cancer risk by estrogen-receptor status. Genet Epidemiol. 2020 Mar 1. doi: 10.1002/gepi.22288. [Epub ahead of print] PubMed PMID:32115800.

317. Hillyer GC, Schmitt KM, Reyes A, Cruz A, Lizardo M, Schwartz GK, **Terry MB**. Community education to enhance the more equitable use of precision medicine in Northern Manhattan. J Genet Couns. 2020 Apr;29(2):247-258. doi: 10.1002/jgc4.1244. Epub 2020 Mar 10. PubMed PMID:32157769.

318. *Lima SM, Kehm RD, Swett K, Gonsalves L, **Terry MB**. Trends in Parity and Breast Cancer Incidence in US Women Younger Than 40 Years From 1935 to 2015. JAMA Netw Open. 2020 Mar 2;3(3):e200929. doi: 10.1001/jamanetworkopen.2020.0929. PubMed PMID:32167569.

319. *Yang W, **Terry MB**. Do temporal trends in cancer incidence reveal organ system connections for cancer etiology? Epidemiology. 2020 Mar 25. doi: 10.1097/EDE.0000000000001192. [Epub ahead of print] PubMed PMID:32221269.

320. Krigel A, Zhou M, **Terry MB**, Kastrinos F, Lebwohl B. Symptoms and demographic factors associated with early-onset colorectal neoplasia among individuals undergoing diagnostic colonoscopy. Eur J Gastroenterol Hepatol. 2020 Mar 20. doi: 10.1097/MEG.0000000000001720. [Epub ahead of print] PubMed PMID:32243343.

321. Rodriguez CB, Wei Y, **Terry MB**, Wyka K, Athilat S, Albrecht SS, Tehranifar P. Associations of Nativity, Age at Migration, and Percent of Life in the U.S. with Midlife Body Mass Index and Waist Size in New York City Latinas. Int J Environ Res Public Health. 2020 Apr 3;17(7). pii: E2436. doi: 10.3390/ijerph17072436. PubMed PMID:32260163.

322. Wang T, Nichols HB, Nyante SJ, Bradshaw PT, Moorman PG, Kabat GC, Parada H Jr, Khankari NK, Teitelbaum SL, **Terry MB**, Santella RM, Neugut AI, Gammon MD.

Urinary Estrogen Metabolites and Long-Term Mortality Following Breast Cancer. JNCI Cancer Spectr. 2020 Mar 2;4(3):pkaa014. doi: 10.1093/jncics/pkaa014. eCollection 2020 Jun. PMID: 32455334.

323. Zhang H, Ahearn TU, Lecarpentier J, Barnes D, Beesley J, Qi G, Jiang X, O'Mara TA, Zhao N, Bolla MK, Dunning AM, Dennis J, Wang Q, Ful ZA, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Arun BK, Auer PL, Azzollini J, Barrowdale D, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bialkowska K, Blanco A, Blomqvist C, Bogdanova NV, Bojesen SE, Bonanni B, Bondavalli D, Borg A, Brauch H, Brenner H, Briceno I, Broeks A, Brucker SY, Brüning T, Burwinkel B, Buys SS, Byers H, Caldés T, Caligo MA, Calvello M, Campa D, Castelao JE, Chang-Claude J, Chanock SJ, Christiaens M, Christiansen H, Chung WK, Claes KBM, Clarke CL, Cornelissen S, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Diez O, Domchek SM, Dörk T, Dwek M, Eccles DM, Ekici AB, Evans DG, Fasching PA, Figueroa J, Foretova L, Fostira F, Friedman E, Frost D, Gago-Dominguez M, Gapstur SM, Garber J, García-Sáenz JA, Gaudet MM, Gayther SA, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Gronwald J, Guénel P, Häberle L, Hahnen E, Haiman CA, Hake CR, Hall P, Hamann U, Harkness EF, Heemskerk-Gerritsen BAM, Hillemanns P, Hogervorst FBL, Holleczek B, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Huebner H, Hulick PJ, Imyanitov EN, kConFab Investigators; ABCTB Investigators; Isaacs C, Izatt L, Jager A, Jakimovska M, Jakubowska A, James P, Janavicius R, Janni W, John EM, Jones ME, Jung A, Kaaks R, Kapoor PM, Karlan BY, Keeman R, Khan S, Khusnutdinova E, Kitahara CM, Ko YD, Konstantopoulou I, Koppert LB, Koutros A , Kristensen VN, Laenkholm AV, Lambrechts D, Larsson SC, Laurent-Puig P, Lazaro C, Lazarova E, Lejbkowicz F, Leslie G, Lesueur F, Lindblom A, Lissowska J, Lo WY, Loud JT, Lubinski J, Lukomska A, MacInnis RJ, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Matricardi L, McGuffog L, McLean C, Mebirouk N, Meindl A, Menon U, Miller A, Mingazheva E, Montagna M, Mulligan AM, Mulot C, Muranen TA, Nathanson KL, Neuhausen SL, Nevanlinna H, Neven P, Newman WG, Nielsen FC, Nikitina-Zake L, Nodora J, Offit K, Olah E, Olopade OI, Olsson H, Orr N, Papi L, Papp J, Park-Simon TW, Parsons MT, Peissel B, Peixoto A, Peshkin B, Peterlongo P, Peto J, Phillips KA, Piedmonte M, Plaseska-Karanfilska D, Prajzendanc K, Prentice R, Prokofyeva D, Rack B, Radice P, Ramus SJ, Rantala J, Rashid MU, Rennert G, Rennert HS, Risch HA, Romero A, Rookus MA , Rübner M, Rüdiger T, Saloustros E, Sampson S, Sandler DP, Sawyer EJ, Scheuner MT, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schöttker B, Schürmann P, Senter L, Sharma P, Sherman ME, Shu XO, Singer CF, Smichkoska S, Soucy P, Southey MC, Spinelli JJ, Stone J, Stoppa-Lyonnet D, EMBRACE Study; GEMO Study Collaborators; Swerdlow AJ, Szabo CI, Tamimi RM, Tapper WJ, Taylor JA, Teixeira MR, **Terry MB**, Thomassen M, Thull DL, Tischkowitz M, Toland AE, Tollenaar RAEM, Tomlinson I, Torres D, Troester MA, Truong T, Tung N, Untch M, Vachon CM, van den Ouweland AMW, van der Kolk LE, van Veen EM, vanRensburg EJ, Vega A, Wappenschmidt B, Weinberg CR, Weitzel JN, Wildiers H, Winqvist R, Wolk A, Yang XR, Yannoukakos D, Zheng W, Zorn

KK, Milne RL, Kraft P, Simard J, Pharoah PD, Michailidou K, Antoniou AC, Schmidt MK, Chenevix-Trench G, Easton DF, Chatterjee N, García-Closas M. Genome-wide association study identifies 32 novel breast cancer susceptibility loci from overall and subtype-specific analyses. Nat Genet. 2020 Jun;52(6):572-581. doi: 10.1038/s41588-020-0609-2. Epub 2020 May 18. PMID: 32424353.

324. Liu J, Prager-van der Smissen WJC, Collée JM, Bolla MK, Wang Q, Michailidou K, Dennis J, Ahearn TU, Aittomäki K, Ambrosone CB, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Arnold N, Aronson KJ, Augustinsson A, Auvinen P, Becher H, Beckmann MW, Behrens S, Bermisheva M, Bernstein L, Bogdanova NV, Bogdanova-Markov N, Bojesen SE, Brauch H, Brenner H, Briceno I, Brucker SY, Brüning T, Burwinkel B, Cai Q, Cai H, Campa D, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Choi JY, Christiaens M, Clarke CL, NBCS Collaborators; Couch FJ, Czene K, Daly MB, Devilee P, Dos-Santos-Silva I, Dwek M, Eccles DM, Eliassen AH, Fasching PA, Figueroa J, Flyger H, Fritschi L, Gago-Dominguez M, Gapstur SM, García-Closas M, García-Sáenz JA, Gaudet MM, Giles GG, Goldberg MS, Goldgar DE, Guénel P, Haiman CA, Håkansson N, Hall P, Harrington PA, Hart SN, Hartman M, Hillemanns P, Hopper JL, Hou MF, Hunter DJ, Huo D, ABCTB Investigators; Ito H, Iwasaki M, Jakimovska M, Jakubowska A, John EM, Rudolf Kaaks R, Kang D, Keeman R, Khusnutdinova E, Kim SW, Kraft P, Kristensen VN, Kurian AW, Marchand LL, Li J, Lindblom A, Lophatananon A, Luben RN, Lubiński J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Mariapun S, Matsuo K, Maurer T, Mavroudis D, Meindl A, Menon U, Milne RL, Muir K, Mulligan AM, Neuhausen SL, Nevanlinna H, Offit K, Olopade OI, Olson JE, Olsson H, Orr M, Park SK, Peterlongo P, Peto J, Plaseska-Karanfilska D, Presneau N, Rack B, Rau-Murthy R, Rennert G, Rennert HS, Rhenius V, Romero A, Ruebner M, Saloustros E, Schmutzler RK, Schneeweiss A, Scott C, Shah M, Shen CY, Shu XO, Simard J, Sohn C, Southey MC, Spinelli JJ, Tamimi RM, Tapper WJ, Teo SH, **Terry MB**, Torres D, Truong T, Untch M, Vachon CM, van Asperen CJ, Wolk A, Yamaji T, Zheng W, Ziogas A, Ziv E, Torres-Mejía G, Dörk T, Swerdlow AJ, Hamann U, Schmidt MK, Dunning AM, Pharoah PDP, Easton DF, Hooning MJ, Martens JWM, Hollestelle A. Germline HOXB13 mutations p.G84E and p.R217C do not confer an increased breast cancer risk. Sci Rep. 2020 Jun 16;10(1):9688. doi: 10.1038/s41598-020-65665-y. PMID: 32546843.

325. Wang T, Bradshaw PT, Moorman PG, Nyante SJ, Nichols HB, Shantakumar S, Parada H Jr, Khankari NK, **Terry MB**, Teitelbaum SL, Neugut AI, Gammon MD. Menopausal hormone therapy use and long-term all-cause and cause-specific mortality in the Long Island Breast Cancer Study Project. Int J Cancer. 2020 Jun 25. doi: 10.1002/ijc.33174. [Epub ahead of print]. PMID: 32588422.

326. Silvestri V, Leslie G, Barnes DR; and the CIMBA Group, Agnarsson BA, Aittomäki K, Alducci E, Andrulis IL, Barkardottir RB, Barroso A, Barrowdale D, Benitez J, Bonanni B, Borg A, Buys SS, Caldés T, Caligo MA, Capalbo C, Campbell I, Chung WK, Claes KBM, Colonna SV, Cortesi L, Couch FJ, de la Hoya M,Diez O, Ding YC, Domchek S, Easton DF, Ejlertsen B, Engel C, Evans DG, Feliubadalo L, Foretova L, Fostira F, Geczi

L, Gerdes AM, Glendon G, Godwin AK, Goldgar DE, Hahnen E, Hogervorst FBL, Hopper JL, Hulick PJ, Isaacs C, Izquierdo A, James PA, Janavicius R, Jensen UB, John EM, Joseph V, Konstantopoulou I, Kurian AW, Kwong A, Landucci E, Lesueur F, Loud JT, Machackova E, Mai PL, Majidzadeh AK, Manoukian S, Montagna M, Moserle L, Mulligan AM, Nathanson KL, Nevanlinna H, Ngeow Yuen Ye J, Nikitina-Zake L, Offit K, Olah E, Olopade OI, Osorio A, Papi L, Park SK, Pedersen IS, Perez-Segura P, Petersen AH, Pinto P, Porfirio B, Pujana MA, Radice P, Rantala J, Rashid MU, Rosenzweig B, Rossing M, Santamarina M, Schmutzler RK, Senter L, Simard J, Singer CF, Solano AR, Southey MC, Steele L, Steinsnyder Z, Stoppa-Lyonnet D, Tan YY, Teixeira MR, Teo SH, **Terry MB**, Thomassen M, Toland AE, Torres-Esquius S, Tung N, van Asperen CJ, Vega A, Viel A, Vierstraete J, Wappenschmidt B, Weitzel JN, Wieme G, Yoon SY, Zorn KK, McGuffog L, Parsons MT, Hamann U, Greene MH, Kirk JA, Neuhausen SL, Rebbeck TR,Tischkowitz M,Chenevix-Trench G,Antoniou AC,Friedman E, Ottini L. Characterization of the Cancer Spectrum in Men With Germline BRCA1 and BRCA2 Pathogenic Variants: Results From the Consortium of Investigators of Modifiers of BRCA1/2 (CIMBA). JAMA Oncol. 2020 Jul 2. doi: 10.1001/jamaoncol.2020.2134. [Epub ahead of print] PMID: 32614418.

327. *Wu HC, Brennan LA, Goldberg M, Chung WK, Wei Y, Santella RM, **Terry MB**. Influence of Pubertal Development on Urinary Oxidative Stress Biomarkers in Adolescent Girls in the New York LEGACY Cohort. Free Radic Res. 2020 Jul 19:1-24. doi: 10.1080/10715762.2020.1798001. [Epub ahead of print]. PMID: 32686531.

328. Lelièvre SA, Bellanger M, Seewaldt V, Talhouk RS, **Terry MB.** Editorial: Perspectives in Primary Prevention Research for Breast Cancer: A Focus on Gene-Environment Interactions. Front Med (Lausanne). 2020 Dec 11;7:621959. doi: 10.3389/fmed.2020.621959. PMID: 33363192; PMCID: PMC7759559.

329. *Zeinomar N, Oskar S, Kehm RD, Sahebzeda S, **Terry MB**. Environmental exposures and breast cancer risk in the context of underlying susceptibility: A systematic review of the epidemiological literature. Environ Res. 2020 Aug;187:109346. doi: 10.1016/j.envres.2020.109346. Epub 2020 Mar 12. PMID: 32445942; PMCID: PMC7314105.

330. *Kehm RD, McDonald JA, Fenton SE, Kavanaugh-Lynch M, Leung KA, McKenzie KE, Mandelblatt JS, **Terry MB.** Inflammatory Biomarkers and Breast Cancer Risk: A Systematic Review of the Evidence and Future Potential for Intervention Research. Int J Environ Res Public Health. 2020 Jul 28;17(15):5445. doi: 10.3390/ijerph17155445. PMID: 32731638; PMCID: PMC7432395.

331. Acheampong T, Kehm RD, **Terry MB**, Argov EL, Tehranifar P. Incidence Trends of Breast Cancer Molecular Subtypes by Age and Race/Ethnicity in the US From 2010 to 2016. JAMA Netw Open. 2020 Aug 3;3(8):e2013226. doi: 10.1001/jamanetworkopen.2020.13226. PMID: 32804214; PMCID: PMC7431997.

332. Lee Argov EJ, Acheampong T, **Terry MB**, Rodriguez CB, Agovino M, Wei Y, Athilat S, Tehranifar P. Independent and joint cross-sectional associations of statin and metformin

use with mammographic breast density. Breast Cancer Res. 2020 Sep 15;22(1):99. doi: 10.1186/s13058-020-01336-0. PMID: 32933550; PMCID: PMC7493153.

333. *Houghton LC, Howland RE, Wei Y, Ma X, Kehm RD, Chung WK, Genkinger JM, Santella RM, Hartmann MF, Wudy SA, **Terry MB**. The Steroid Metabolome and Breast Cancer Risk in Women with a Family History of Breast Cancer: The Novel Role of Adrenal Androgens and Glucocorticoids. Cancer Epidemiol Biomarkers Prev. 2021 Jan;30(1):89-96. doi: 10.1158/1055-9965.EPI-20-0471. Epub 2020 Sep 30. PMID: 32998947; PMCID: PMC7855281.

334. Kramer I, Hooning MJ, Mavaddat N, Hauptmann M, Keeman R, Steyerberg EW, Giardiello D, Antoniou AC, Pharoah PDP, Canisius S, Abu-Ful Z, Andrulis IL, Anton-Culver H, Aronson KJ, Augustinsson A, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Bolla MK, Bonanni B, Brauch H, Bremer M, Brucker SY, Burwinkel B, Castelao JE, Chan TL, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Choi JY, Clarke CL; NBCS Collaborators, Collée JM, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Evans DG, Fasching PA, Flyger H, Gago-Dominguez M, García-Closas M, García-Sáenz JA, Giles GG, Goldgar DE, González-Neira A, Haiman CA, Håkansson N, Hamann U, Hartman M, Heemskerk-Gerritsen BAM, Hollestelle A, Hopper JL, Hou MF, Howell A; ABCTB Investigators; kConFab Investigators, Ito H, Jakimovska M, Jakubowska A, Janni W, John EM, Jung A, Kang D, Kets CM, Khusnutdinova E, Ko YD, Kristensen VN, Kurian AW, Kwong A, Lambrechts D, Le Marchand L, Li J, Lindblom A, Lubiński J, Mannermaa A, Manoochehri M, Margolin S, Matsuo K, Mavroudis D, Meindl A, Milne RL, Mulligan AM, Muranen TA, Neuhausen SL, Nevanlinna H, Newman WG, Olshan AF, Olson JE, Olsson H, Park-Simon TW, Peto J, Petridis C, Plaseska-Karanfilska D, Presneau N, Pylkäs K, Radice P, Rennert G, Romero A, Roylance R, Saloustros E, Sawyer EJ, Schmutzler RK, Schwentner L, Scott C, See MH, Shah M, Shen CY, Shu XO, Siesling S, Slager S, Sohn C, Southey MC, Spinelli JJ, Stone J, Tapper WJ, Tengström M, Teo SH, **Terry MB,** Tollenaar RAEM, Tomlinson I, Troester MA, Vachon CM, van Ongeval C, van Veen EM, Winqvist R, Wolk A, Zheng W, Ziogas A, Easton DF, Hall P, Schmidt MK. Breast Cancer Polygenic Risk Score and Contralateral Breast Cancer Risk. Am J Hum Genet. 2020 Nov 5;107(5):837-848. doi: 10.1016/j.ajhg.2020.09.001. Epub 2020 Oct 5. PMID: 33022221; PMCID: PMC7675034.

335. *Monson KR, Goldberg M, Wu HC, Santella RM, Chung WK, **Terry MB**. Circulating growth factor concentrations and breast cancer risk: a nested case-control study of IGF-1, IGFBP-3, and breast cancer in a family-based cohort. Breast Cancer Res. 2020 Oct 22;22(1):109. doi: 10.1186/s13058-020-01352-0. PMID: 33092613; PMCID: PMC7579807.

336. *Kehm RD, Oskar S, Tehranifar P, Zeinomar N, Rundle AG, Herbstman JB, Perera F, Miller RL, **Terry MB**. Associations of prenatal exposure to polycyclic aromatic hydrocarbons with pubertal timing and body composition in adolescent girls:

Implications for breast cancer risk. Environ Res. 2021 May;196:110369. doi: 10.1016/j.envres.2020.110369. Epub 2020 Oct 22. PMID: 33131678.

337. Schrijver LH, Antoniou AC, Olsson H, Mooij TM, Roos-Blom MJ, Azarang L, Adlard J, Ahmed M, Barrowdale D, Davidson R, Donaldson A, Eeles R, Evans DG, Frost D, Henderson A, Izatt L, Ong KR, Bonadona V, Coupier I, Faivre L, Fricker JP, Gesta P, van Engelen K, Jager A, Menko FH, Mourits MJE, Singer CF, Tan YY, Foretova L, Navratilova M, Schmutzler RK, Ellberg C, Gerdes AM, Caldes T, Simard J, Olah E, Jakubowska A, Rantala J, Osorio A, Hopper JL, Phillips KA, Milne RL, **Terry MB,** Noguès C, Engel C, Kast K, Goldgar DE, van Leeuwen FE, Easton DF, Andrieu N, Rookus MA; Epidemiological Study of Familial Breast Cancer, Gene Etude Prospective Sein Ovaire Sein, Hereditary Breast and Ovarian Cancer Research Group Netherlands, and International BRCA1/2 Carrier Cohort Study. Oral contraceptive use and ovarian cancer risk for BRCA1/2 mutation carriers: an international cohort study. Am J Obstet Gynecol. 2021 Jul;225(1):51.e1-51.e17. doi: 10.1016/j.ajog.2021.01.014. Epub 2021 Jan 22. PMID: 33493488; PMCID: PMC8278569.

338. Knight JA, Kehm RD, Schwartz L, Frost CJ, Chung WK, Colonna S, Keegan THM, Goldberg M, Houghton LC, Hanna D, Glendon G, Daly MB, Buys SS, Andrulis IL, John EM, Bradbury AR, **Terry MB**. Prepubertal Internalizing Symptoms and Timing of Puberty Onset in Girls. Am J Epidemiol. 2021 Feb 1;190(3):431-438. doi: 10.1093/aje/kwaa223. PMID: 33057572; PMCID: PMC8086416.

339. *Zeinomar N, Grant-Alfieri A, Burke KR, de Hoz M, Tehranifar P, Walker DAH, Morton T, Shepard P, Herbstman JB, Miller RL, Perera F, **Terry MB**. Cancer Risk Reduction Through Education of Adolescents: Development of a Tailored Cancer Risk-Reduction Educational Tool. J Cancer Educ. 2021 Feb 1. doi: 10.1007/s13187-020-01943-7. Epub ahead of print. PMID: 33523407.

340. Coignard J, Lush M, Beesley J, O'Mara TA, Dennis J, Tyrer JP, Barnes DR, McGuffog L, Leslie G, Bolla MK, Adank MA, Agata S, Ahearn T, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Arnold N, Aronson KJ, Arun BK, Augustinsson A, Azzollini J, Barrowdale D, Baynes C, Becher H, Bermisheva M, Bernstein L, Białkowska K, Blomqvist C, Bojesen SE, Bonanni B, Borg A, Brauch H, Brenner H, Burwinkel B, Buys SS, Caldés T, Caligo MA, Campa D, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators, Collée JM, Conroy DM, Czene K, Daly MB, Devilee P, Diez O, Ding YC, Domchek SM, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Eliassen AH, Engel C, Eriksson M, Evans DG, Fasching PA, Flyger H, Fostira F, Friedman E, Fritschi L, Frost D, Gago-Dominguez M, Gapstur SM, Garber J, Garcia-Barberan V, García-Closas M, García-Sáenz JA, Gaudet MM, Gayther SA, Gehrig A, Georgoulias V, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Guénel P, Haeberle L, Hahnen E, Haiman CA, Håkansson N, Hall P, Hamann U, Harrington PA, Hart SN, He W, Hogervorst FBL, Hollestelle A, Hopper JL, Horcasitas DJ, Hulick PJ, Hunter DJ, Imyanitov EN; KConFab Investigators; HEBON Investigators;

ABCTB Investigators, Jager A, Jakubowska A, James PA, Jensen UB, John EM, Jones ME, Kaaks R, Kapoor PM, Karlan BY, Keeman R, Khusnutdinova E, Kiiski JI, Ko YD, Kosma VM, Kraft P, Kurian AW, Laitman Y, Lambrechts D, Le Marchand L, Lester J, Lesueur F, Lindstrom T, Lopez-Fernández A, Loud JT, Luccarini C, Mannermaa A, Manoukian S, Margolin S, Martens JWM, Mebirouk N, Meindl A, Miller A, Milne RL, Montagna M, Nathanson KL, Neuhausen SL, Nevanlinna H, Nielsen FC, O'Brien KM, Olopade OI, Olson JE, Olsson H, Osorio A, Ottini L, Park-Simon TW, Parsons MT, Pedersen IS, Peshkin B, Peterlongo P, Peto J, Pharoah PDP, Phillips KA, Polley EC, Poppe B, Presneau N, Pujana MA, Punie K, Radice P, Rantala J, Rashid MU, Rennert G, Rennert HS, Robson M, Romero A, Rossing M, Saloustros E, Sandler DP, Santella R, Scheuner MT, Schmidt MK, Schmidt G, Scott C, Sharma P, Soucy P, Southey MC, Spinelli JJ, Steinsnyder Z, Stone J, Stoppa-Lyonnet D, Swerdlow A, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Teulé A, Thull DL, Tischkowitz M, Toland AE, Torres D, Trainer AH, Truong T, Tung N, Vachon CM, Vega A, Vijai J, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wolk A, Yadav S, Yang XR, Yannoukakos D, Zheng W, Ziogas A, Zorn KK, Park SK, Thomassen M, Offit K, Schmutzler RK, Couch FJ, Simard J, Chenevix-Trench G, Easton DF, Andrieu N, Antoniou AC. A case-only study to identify genetic modifiers of breast cancer risk for BRCA1/BRCA2 mutation carriers. Nat Commun. 2021 Feb 17;12(1):1078. doi: 10.1038/s41467-020-20496-3. Erratum in: Nat Commun. 2021 May 14;12(1):2986. PMID: 33597508; PMCID: PMC7890067.

341. Domingo-Relloso A, Huan T, Haack K, Riffo-Campos AL, Levy D, Fallin MD, **Terry MB**, Zhang Y, Rhoades DA, Herreros-Martinez M, Garcia-Esquinas E, Cole SA, Tellez-Plaza M, Navas-Acien A. DNA methylation and cancer incidence: lymphatic-hematopoietic versus solid cancers in the Strong Heart Study. Clin Epigenetics. 2021 Feb 25;13(1):43. doi: 10.1186/s13148-021-01030-8. PMID: 33632303; PMCID: PMC7908806.

342. Li SX, Milne RL, Nguyen-Dumont T, Wang X, English DR, Giles GG, Southey MC, Antoniou AC, Lee A, Li S, Winship I, Hopper JL, **Terry MB**, MacInnis RJ. Prospective Evaluation of the Addition of Polygenic Risk Scores to Breast Cancer Risk Models. JNCI Cancer Spectr. 2021 Mar 2;5(3):pkab021. doi: 10.1093/jncics/pkab021. PMID: 33977228; PMCID: PMC8099999.

343. Sahay D, Lloyd SE, Rivera JA, Jezioro J, McDonald JD, Pitiranggon M, Yan B, Szabolcs M, **Terry MB**, Miller RL. Prenatal polycyclic aromatic hydrocarbons, altered ERα pathway-related methylation and expression, and mammary epithelial cell proliferation in offspring and grandoffspring adult mice. Environ Res. 2021 May;196:110961. doi: 10.1016/j.envres.2021.110961. Epub 2021 Mar 4. PMID: 33675803; PMCID: PMC8119355.

344. Prada D, Baccarelli AA, **Terry MB**, Valdéz L, Cabrera P, Just A, Kloog I, Caro H, García-Cuellar C, Sánchez-Pérez Y, Cruz R, Diaz-Chávez J, Cortés C, Pérez D, Meneses-García A, Cantú-de-León D, Herrera LA, Bargalló E. Long-term $PM_{2.5}$ exposure before

diagnosis is associated with worse outcome in breast cancer. Breast Cancer Res Treat. 2021 Jul;188(2):525-533. doi: 10.1007/s10549-021-06167-x. Epub 2021 Mar 8. PMID: 33683522; PMCID: PMC8263474.

345. Choi YH, **Terry MB**, Daly MB, MacInnis RJ, Hopper JL, Colonna S, Buys SS, Andrulis IL, John EM, Kurian AW, Briollais L. Association of Risk-Reducing Salpingo-Oophorectomy With Breast Cancer Risk in Women With BRCA1 and BRCA2 Pathogenic Variants. JAMA Oncol. 2021 Apr 1;7(4):585-592. doi: 10.1001/jamaoncol.2020.7995. PMID: 33630024; PMCID: PMC7907985.

346. *Reimers LL, Goldberg M, Tehranifar P, Michels KB, Cohn BA, Flom JD, Wei Y, Cirillo P, **Terry MB**. Benign breast disease and changes in mammographic breast density. Breast Cancer Res. 2021 Apr 26;23(1):49. doi: 10.1186/s13058-021-01426-7. PMID: 33902651; PMCID: PMC8074418.

347. *McDonald JA, Cherubin S, Goldberg M, Wei Y, Chung WK, Schwartz LA, Knight JA, Schooling CM, Santella RM, Bradbury AR, Buys SS, Andrulis IL, John EM, Daly MB, **Terry MB.** Common Childhood Viruses and Pubertal Timing: The LEGACY Girls Study. Am J Epidemiol. 2021 May 4;190(5):766-778. doi: 10.1093/aje/kwaa240. PMID: 33128063; PMCID: PMC8096486.

348. Coignard J, Lush M, Beesley J, O'Mara TA, Dennis J, Tyrer JP, Barnes DR, McGuffog L, Leslie G, Bolla MK, Adank MA, Agata S, Ahearn T, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Arnold N, Aronson KJ, Arun BK, Augustinsson A, Azzollini J, Barrowdale D, Baynes C, Becher H, Bermisheva M, Bernstein L, Białkowska K, Blomqvist C, Bojesen SE, Bonanni B, Borg A, Brauch H, Brenner H, Burwinkel B, Buys SS, Caldés T, Caligo MA, Campa D, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators, Collée JM, Conroy DM, Czene K, Daly MB, Devilee P, Diez O, Ding YC, Domchek SM, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Eliassen AH, Engel C, Eriksson M, Evans DG, Fasching PA, Flyger H, Fostira F, Friedman E, Fritschi L, Frost D, Gago-Dominguez M, Gapstur SM, Garber J, Garcia-Barberan V, García-Closas M, García-Sáenz JA, Gaudet MM, Gayther SA, Gehrig A, Georgoulias V, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Guénel P, Haeberle L, Hahnen E, Haiman CA, Håkansson N, Hall P, Hamann U, Harrington PA, Hart SN, He W, Hogervorst FBL, Hollestelle A, Hopper JL, Horcasitas DJ, Hulick PJ, Hunter DJ, Imyanitov EN; KConFab Investigators; HEBON Investigators; ABCTB Investigators, Jager A, Jakubowska A, James PA, Jensen UB, John EM, Jones ME, Kaaks R, Kapoor PM, Karlan BY, Keeman R, Khusnutdinova E, Kiiski JI, Ko YD, Kosma VM, Kraft P, Kurian AW, Laitman Y, Lambrechts D, Le Marchand L, Lester J, Lesueur F, Lindstrom T, Lopez-Fernández A, Loud JT, Luccarini C, Mannermaa A, Manoukian S, Margolin S, Martens JWM, Mebirouk N, Meindl A, Miller A, Milne RL, Montagna M, Nathanson KL, Neuhausen SL, Nevanlinna H, Nielsen FC, O'Brien KM, Olopade OI, Olson JE, Olsson H, Osorio A, Ottini L, Park-Simon TW, Parsons MT, Pedersen IS, Peshkin B, Peterlongo P, Peto J, Pharoah PDP, Phillips KA, Polley EC,

Poppe B, Presneau N, Pujana MA, Punie K, Radice P, Rantala J, Rashid MU, Rennert G, Rennert HS, Robson M, Romero A, Rossing M, Saloustros E, Sandler DP, Santella R, Scheuner MT, Schmidt MK, Schmidt G, Scott C, Sharma P, Soucy P, Southey MC, Spinelli JJ, Steinsnyder Z, Stone J, Stoppa-Lyonnet D, Swerdlow A, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Teulé A, Thull DL, Tischkowitz M, Toland AE, Torres D, Trainer AH, Truong T, Tung N, Vachon CM, Vega A, Vijai J, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wolk A, Yadav S, Yang XR, Yannoukakos D, Zheng W, Ziogas A, Zorn KK, Park SK, Thomassen M, Offit K, Schmutzler RK, Couch FJ, Simard J, Chenevix-Trench G, Easton DF, Andrieu N, Antoniou AC. Author Correction: A case-only study to identify genetic modifiers of breast cancer risk for BRCA1/BRCA2 mutation carriers. Nat Commun. 2021 May 14;12(1):2986. doi: 10.1038/s41467-021-23162-4. Erratum for: Nat Commun. 2021 Feb 17;12(1):1078. PMID: 33990587; PMCID: PMC8121813.

349. *Bellanger M, Lima SM, Cowppli-Bony A, Molinié F, **Terry MB**. Effects of fertility on breast cancer incidence trends: comparing France and US. Cancer Causes Control. 2021 Aug;32(8):903-910. doi: 10.1007/s10552-021-01440-2. Epub 2021 May 27. PMID: 34041643.

350. *Kehm RD, Lima SM, Swett K, Mueller L, Yang W, Gonsalves L, **Terry MB**. Age-specific Trends in Colorectal Cancer Incidence for Women and Men, 1935-2017. Gastroenterology. 2021 May 28:S0016-5085(21)03072-9. doi: 10.1053/j.gastro.2021.05.050. Epub ahead of print. PMID: 34058214.

351. *MacInnis RJ, Knight JA, Chung WK, Milne RL, Whittemore AS, Buchsbaum R, Liao Y, Zeinomar N, Dite GS, Southey MC, Goldgar D, Giles GG, Kurian AW; kConFab Investigators, Andrulis IL, John EM, Daly MB, Buys SS, Phillips KA, Hopper JL, **Terry MB**. Comparing 5-Year and Lifetime Risks of Breast Cancer using the Prospective Family Study Cohort. J Natl Cancer Inst. 2021 Jun 1;113(6):785-791. doi: 10.1093/jnci/djaa178. PMID: 33301022; PMCID: PMC8168075.

352. Baxter JS, Johnson N, Tomczyk K, Gillespie A, Maguire S, Brough R, Fachal L, Michailidou K, Bolla MK, Wang Q, Dennis J, Ahearn TU, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Augustinsson A, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Brenner H, Brucker SY, Cai Q, Campa D, Canzian F, Castelao JE, Chan TL, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Choi JY, Clarke CL; NBCS Collaborators, Colonna S, Conroy DM, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dörk T, Dossus L, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Engel C, Fasching PA, Figueroa J, Flyger H, Gago-Dominguez M, Gao C, García-Closas M, García-Sáenz JA, Ghoussaini M, Giles GG, Goldberg MS, González-Neira A, Guénel P, Gündert M, Haeberle L, Hahnen E, Haiman CA, Hall P, Hamann U, Hartman M, Hatse S, Hauke J, Hollestelle A, Hoppe R, Hopper JL, Hou MF; kConFab Investigators; ABCTB Investigators, Ito H, Iwasaki M, Jager A, Jakubowska A, Janni W, John EM, Joseph V, Jung A, Kaaks R, Kang D, Keeman R, Khusnutdinova E, Kim SW, Kosma VM, Kraft P, Kristensen VN, Kubelka-Sabit K,

Kurian AW, Kwong A, Lacey JV, Lambrechts D, Larson NL, Larsson SC, Le Marchand L, Lejbkowicz F, Li J, Long J, Lophatananon A, Lubiński J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Matsuo K, Mavroudis D, Mayes R, Menon U, Milne RL, Mohd Taib NA, Muir K, Muranen TA, Murphy RA, Nevanlinna H, O'Brien KM, Offit K, Olson JE, Olsson H, Park SK, Park-Simon TW, Patel AV, Peterlongo P, Peto J, Plaseska-Karanfilska D, Presneau N, Pylkäs K, Rack B, Rennert G, Romero A, Ruebner M, Rüdiger T, Saloustros E, Sandler DP, Sawyer EJ, Schmidt MK, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Shah M, Shen CY, Shu XO, Simard J, Southey MC, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, Teo SH, Teras LR, **Terry MB**, Toland AE, Tomlinson I, Truong T, Tseng CC, Untch M, Vachon CM, van den Ouweland AMW, Wang SS, Weinberg CR, Wendt C, Winham SJ, Winqvist R, Wolk A, Wu AH, Yamaji T, Zheng W, Ziogas A, Pharoah PDP, Dunning AM, Easton DF, Pettitt SJ, Lord CJ, Haider S, Orr N, Fletcher O. Functional annotation of the 2q35 breast cancer risk locus implicates a structural variant in influencing activity of a long-range enhancer element. Am J Hum Genet. 2021 Jul 1;108(7):1190-1203. doi: 10.1016/j.ajhg.2021.05.013. Epub 2021 Jun 18. PMID: 34146516.

353. Choi YH, **Terry MB**, Briollais L. Bilateral Salpingo-Oophorectomy to Reduce Breast Cancer Risk in Women With Germline BRCA1 or BRCA2 Pathogenic Variants JAMA Oncol. 2021 Jul 1. doi: 10.1001/jamaoncol.2021.2040. Epub ahead of print. PMID: 34196652.

354. Choi YH, Jung H, Buys S, Daly M, John EM, Hopper J, Andrulis I, **Terry MB**, Briollais L. A competing risks model with binary time varying covariates for estimation of breast cancer risks in *BRCA1* families. Stat Methods Med Res. 2021 Jul 7:9622802211008945. doi: 10.1177/09622802211008945. Epub ahead of print. PMID: 34232831.

355. *Lima SM, Kehm RD, **Terry MB**. Global breast cancer incidence and mortality trends by region, age-groups, and fertility patterns. EClinicalMedicine. 2021 Jul 7;38:100985. doi: 10.1016/j.eclinm.2021.100985. PMID: 34278281; PMCID: PMC8271114.

356. *Wu HC, Yang HI, Lin PH, Chen CJ, Santella RM, **Terry MB**. Reproductive and environmental exposures and the breast cancer risk in Taiwanese women. Sci Rep. 2021;11(1):15656. Epub 2021/08/04. doi: 10.1038/s41598-021-95290-2. PubMed PMID: 34341437; PMCID: PMC8329069.

357. Park HA, Neumeyer S, Michailidou K, Bolla MK, Wang Q, Dennis J, Ahearn TU, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Augustinsson A, Baten A, Beane Freeman LE, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Brauch H, Brenner H, Brucker SY, Burwinkel B, Campa D, Canzian F, Castelao JE, Chanock SJ, Chenevix-Trench G, Clarke CL, Collaborators N, Conroy DM, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dork T, Dos-Santos-Silva I, Dwek M, Eccles DM, Eliassen AH, Engel C, Eriksson M, Evans DG, Fasching PA, Flyger H, Fritschi L, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, Giles GG, Glendon G, Goldberg MS, Goldgar DE, Gonzalez-

Neira A, Grip M, Guenel P, Hahnen E, Haiman CA, Hakansson N, Hall P, Hamann U, Han S, Harkness EF, Hart SN, He W, Heemskerk-Gerritsen BAM, Hopper JL, Hunter DJ, Investigators A, kConFab I, Jager A, Jakubowska A, John EM, Jung A, Kaaks R, Kapoor PM, Keeman R, Khusnutdinova E, Kitahara CM, Koppert LB, Koutros S, Kristensen VN, Kurian AW, Lacey J, Lambrechts D, Le Marchand L, Lo WY, Lubinski J, Mannermaa A, Manoochehri M, Margolin S, Martinez ME, Mavroudis D, Meindl A, Menon U, Milne RL, Muranen TA, Nevanlinna H, Newman WG, Nordestgaard BG, Offit K, Olshan AF, Olsson H, Park-Simon TW, Peterlongo P, Peto J, Plaseska-Karanfilska D, Presneau N, Radice P, Rennert G, Rennert HS, Romero A, Saloustros E, Sawyer EJ, Schmidt MK, Schmutzler RK, Schoemaker MJ, Schwentner L, Scott C, Shah M, Shu XO, Simard J, Smeets A, Southey MC, Spinelli JJ, Stevens V, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Tomlinson I, Troester MA, Truong T, Vachon CM, van Veen EM, Vijai J, Wang S, Wendt C, Winqvist R, Wolk A, Ziogas A, Dunning AM, Pharoah PDP, Easton DF, Zheng W, Kraft P, Chang-Claude J. Mendelian randomisation study of smoking exposure in relation to breast cancer risk. Br J Cancer. 2021;125(8):1135-45. Epub 2021/08/04. doi: 10.1038/s41416-021-01432-8. PubMed PMID: 34341517; PMCID: PMC8505411.

358. Liu C, Zeinomar N, Chung WK, Kiryluk K, Gharavi AG, Hripcsak G, Crew KD, Shang N, Khan A, Fasel D, Manolio TA, Jarvik GP, Rowley R, Justice AE, Rahm AK, Fullerton SM, Smoller JW, Larson EB, Crane PK, Dikilitas O, Wiesner GL, Bick AG, **Terry MB**, Weng C. Generalizability of Polygenic Risk Scores for Breast Cancer Among Women With European, African, and Latinx Ancestry. JAMA Netw Open. 2021;4(8):e2119084. Epub 2021/08/05. doi: 10.1001/jamanetworkopen.2021.19084. PubMed PMID: 34347061; PMCID: PMC8339934.

359. Austin JD, Agovino M, Rodriguez CB, **Terry MB**, Shelton RC, Wei Y, Desperito E, Schmitt KM, Kukafka R, Tehranifar P. Breast Density Awareness and Knowledge in a Mammography Screening Cohort of Predominantly Hispanic Women: Does Breast Density Notification Matter? Cancer Epidemiol Biomarkers Prev. 2021;30(10):1913-20. Epub 2021/08/06. doi: 10.1158/1055-9965.EPI-21-0172. PubMed PMID: 34348958; PMCID: PMC8492494.

360. Morra A, Escala-Garcia M, Beesley J, Keeman R, Canisius S, Ahearn TU, Andrulis IL, Anton-Culver H, Arndt V, Auer PL, Augustinsson A, Beane Freeman LE, Becher H, Beckmann MW, Behrens S, Bojesen SE, Bolla MK, Brenner H, Bruning T, Buys SS, Caan B, Campa D, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Cheng TD, Clarke CL, Collaborators N, Colonna SV, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Dennis J, Dork T, Dossus L, Dunning AM, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Eriksson M, Evans DG, Fasching PA, Flyger H, Fritschi L, Gago-Dominguez M, Garcia-Saenz JA, Giles GG, Grip M, Guenel P, Gundert M, Hahnen E, Haiman CA, Hakansson N, Hall P, Hamann U, Hart SN, Hartikainen JM, Hartmann A, He W, Hooning MJ, Hoppe R, Hopper JL, Howell A, Hunter DJ, Investigators A, kConFab I, Jager A, Jakubowska A, Janni W, John EM, Jung AY, Kaaks R, Keupers M,

Kitahara CM, Koutros S, Kraft P, Kristensen VN, Kurian AW, Lacey JV, Lambrechts D, Le Marchand L, Lindblom A, Linet M, Luben RN, Lubinski J, Lush M, Mannermaa A, Manoochehri M, Margolin S, Martens JWM, Martinez ME, Mavroudis D, Michailidou K, Milne RL, Mulligan AM, Muranen TA, Nevanlinna H, Newman WG, Nielsen SF, Nordestgaard BG, Olshan AF, Olsson H, Orr N, Park-Simon TW, Patel AV, Peissel B, Peterlongo P, Plaseska-Karanfilska D, Prajzendanc K, Prentice R, Presneau N, Rack B, Rennert G, Rennert HS, Rhenius V, Romero A, Roylance R, Ruebner M, Saloustros E, Sawyer EJ, Schmutzler RK, Schneeweiss A, Scott C, Shah M, Smichkoska S, Southey MC, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper WJ, Teras LR, **Terry MB**, Tollenaar R, Tomlinson I, Troester MA, Truong T, Vachon CM, Wang Q, Hurson AN, Winqvist R, Wolk A, Ziogas A, Brauch H, Garcia-Closas M, Pharoah PDP, Easton DF, Chenevix-Trench G, Schmidt MK. Association of germline genetic variants with breast cancer-specific survival in patient subgroups defined by clinic-pathological variables related to tumor biology and type of systemic treatment. Breast Cancer Res. 2021;23(1):86. Epub 2021/08/20. doi: 10.1186/s13058-021-01450-7. PubMed PMID: 34407845; PMCID: PMC8371820.

361. *Hillyer GC, Nazareth M, Lima S, Schmitt KM, Reyes A, Fleck E, Schwartz GK, **Terry MB**. E-cigarette Use Among Young Adult Patients: The Opportunity to Intervene on Risky Lifestyle Behaviors to Reduce Cancer Risk. J Community Health. 2021. Epub 2021/08/29. doi: 10.1007/s10900-021-01027-7. PubMed PMID: 34453225.

362. *Leoce NM, Jin Z, Kehm RD, Roh JM, Laurent CA, Kushi LH, **Terry MB**. Modeling risks of cardiovascular and cancer mortality following a diagnosis of loco-regional breast cancer. Breast Cancer Res. 2021;23(1):91. Epub 2021/09/29. doi: 10.1186/s13058-021-01469-w. PubMed PMID: 34579765; PMCID: PMC8474887.

363. Li SX, Milne RL, Nguyen-Dumont T, English DR, Giles GG, Southey MC, Antoniou AC, Lee A, Winship I, Hopper JL, **Terry MB**, MacInnis RJ. Prospective Evaluation over 15 Years of Six Breast Cancer Risk Models. Cancers (Basel). 2021;13(20). Epub 2021/10/24. doi: 10.3390/cancers13205194. PubMed PMID: 34680343; PMCID: PMC8534072.

364. Matsumoto H, Larson EL, Warren SI, Hammoor BT, Bonsignore-Opp L, Troy MJ, Barrett KK, Striano BM, Li G, **Terry MB**, Roye BD, Lenke LG, Skaggs DL, Glotzbecker MP, Flynn JM, Roye DP, Vitale MG. A Clinical Risk Model for Surgical Site Infection Following Pediatric Spine Deformity Surgery. J Bone Joint Surg Am. 2021. Epub 2021/12/02. doi: 10.2106/JBJS.21.00751. PubMed PMID: 34851324.

365. John EM, Koo J, Ingles SA, Keegan TH, Nguyen JT, Thomsen C, **Terry MB**, Santella RM, Nguyen K, Yan B. Predictors of urinary polycyclic aromatic hydrocarbon metabolites in girls from the San Francisco Bay Area. Environ Res. 2021;205:112534. Epub 2021/12/14. doi: 10.1016/j.envres.2021.112534. PubMed PMID: 34896321.

366. Li H, Engel C, de la Hoya M, Peterlongo P, Yannoukakos D, Livraghi L, Radice P, Thomassen M, Hansen TVO, Gerdes AM, Nielsen HR, Caputo SM, Zambelli A, Borg A,

Solano A, Thomas A, Parsons MT, Antoniou AC, Leslie G, Yang X, Chenevix-Trench G, Caldes T, Kwong A, Pedersen IS, Lautrup CK, John EM, **Terry MB**, Hopper JL, Southey MC, Andrulis IL, Tischkowitz M, Janavicius R, Boonen SE, Kroeldrup L, Varesco L, Hamann U, Vega A, Palmero EI, Garber J, Montagna M, Van Asperen CJ, Foretova L, Greene MH, Selkirk T, Moller P, Toland AE, Domchek SM, James PA, Thorne H, Eccles DM, Nielsen SM, Manoukian S, Pasini B, Caligo MA, Lazaro C, Kirk J, Wappenschmidt B, Spurdle AB, Couch FJ, Schmutzler R, Goldgar DE, Consortium E, Consortium C. Risks of breast and ovarian cancer for women harboring pathogenic missense variants in BRCA1 and BRCA2 compared with those harboring protein truncating variants. Genet Med. 2021. Epub 2021/12/16. Doi: 10.1016/j.gim.2021.08.016. PubMed PMID: 34906479.

367. Niehoff NM, **Terry MB**, Bookwalter DB, Kaufman JD, O'Brien KM, Sandler DP, White AJ. Air pollution and breast cancer: an examination of modification by underlying familial breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2021. Epub 2021/12/16. doi: 10.1158/1055-9965.EPI-21-1140. PubMed PMID: 34906967.

368. *Kehm RD, MacInnis RJ, John EM, Liao Y, Kurian AW, Genkinger JM, Knight JA, Colonna SV, Chung WK, Milne R, Zeinomar N, Dite GS, Southey MC, Giles GG, McLachlan SA, Whitaker KD, Friedlander ML, Weideman PC, Glendon G, Nesci S, kConFab I, Phillips KA, Andrulis IL, Buys SS, Daly MB, Hopper JL, **Terry MB.** Recreational Physical Activity and Outcomes After Breast Cancer in Women at High Familial Risk. JNCI Cancer Spectr. 2021;5(6):pkab090. Epub 2021/12/25. Doi: 10.1093/jncics/pkab090. PubMed PMID: 34950851; PMCID: PMC8692829.

369. Ye Z, Li S, Dite GS, Nguyen TL, MacInnis RJ, Andrulis IL, Buys SS, Daly MB, John EM, Kurian AW, Genkinger JM, Chung WK, Phillips KA, Thorne H, Winship IM, Milne RL, Dugue PA, Southey MC, Giles GG, **Terry MB**, Hopper JL. Weight is more informative than body mass index for predicting post-menopausal breast cancer risk: Prospective Family Study Cohort (ProF-SC). Cancer Prev Res (Phila). 2021. Epub 2021/12/31. doi: 10.1158/1940-6207.CAPR-21-0164. PubMed PMID: 34965921.

370. Ahearn TU, Zhang H, Michailidou K, Milne RL, Bolla MK, Dennis J, Dunning AM, Lush M, Wang Q, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Auer PL, Augustinsson A, Baten A, Becher H, Behrens S, Benitez J, Bermisheva M, Blomqvist C, Bojesen SE, Bonanni B, Borresen-Dale AL, Brauch H, Brenner H, Brooks-Wilson A, Bruning T, Burwinkel B, Buys SS, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Clarke CL, Collaborators N, Collee JM, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dork T, Dwek M, Eccles DM, Evans DG, Fasching PA, Figueroa J, Floris G, Gago-Dominguez M, Gapstur SM, Garcia-Saenz JA, Gaudet MM, Giles GG, Goldberg MS, Gonzalez-Neira A, Alnaes GIG, Grip M, Guenel P, Haiman CA, Hall P, Hamann U, Harkness EF, Heemskerk-Gerritsen BAM, Holleczek B, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Investigators A, kConFab AI, Jakimovska M, Jakubowska A, John EM, Jones ME, Jung A, Kaaks R, Kauppila S, Keeman R, Khusnutdinova E, Kitahara CM, Ko YD, Koutros S, Kristensen VN, Kruger

U, Kubelka-Sabit K, Kurian AW, Kyriacou K, Lambrechts D, Lee DG, Lindblom A, Linet M, Lissowska J, Llaneza A, Lo WY, MacInnis RJ, Mannermaa A, Manoochehri M, Margolin S, Martinez ME, McLean C, Meindl A, Menon U, Nevanlinna H, Newman WG, Nodora J, Offit K, Olsson H, Orr N, Park-Simon TW, Patel AV, Peto J, Pita G, Plaseska-Karanfilska D, Prentice R, Punie K, Pylkas K, Radice P, Rennert G, Romero A, Rudiger T, Saloustros E, Sampson S, Sandler DP, Sawyer EJ, Schmutzler RK, Schoemaker MJ, Schottker B, Sherman ME, Shu XO, Smichkoska S, Southey MC, Spinelli JJ, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, Teras LR, **Terry MB**, Torres D, Troester MA, Vachon CM, van Deurzen CHM, van Veen EM, Wagner P, Weinberg CR, Wendt C, Wesseling J, Winqvist R, Wolk A, Yang XR, Zheng W, Couch FJ, Simard J, Kraft P, Easton DF, Pharoah PDP, Schmidt MK, Garcia-Closas M, Chatterjee N. Common variants in breast cancer risk loci predispose to distinct tumor subtypes. Breast Cancer Res. 2022;24(1):2. Epub 2022/01/06. doi: 10.1186/s13058-021-01484-x. PubMed PMID: 34983606; PMCID: PMC8725568.

371. Dennis J, Tyrer JP, Walker LC, Michailidou K, Dorling L, Bolla MK, Wang Q, Ahearn TU, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Freeman LEB, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Brenner H, Castelao JE, Chang-Claude J, Chenevix-Trench G, Clarke CL; NBCS Collaborators, Collée JM; CTS Consortium, Couch FJ, Cox A, Cross SS, Czene K, Devilee P, Dörk T, Dossus L, Eliassen AH, Eriksson M, Evans DG, Fasching PA, Figueroa J, Fletcher O, Flyger H, Fritschi L, Gabrielson M, Gago-Dominguez M, García-Closas M, Giles GG, González-Neira A, Guénel P, Hahnen E, Haiman CA, Hall P, Hollestelle A, Hoppe R, Hopper JL, Howell A; ABCTB Investigators; kConFab/AOCS Investigators, Jager A, Jakubowska A, John EM, Johnson N, Jones ME, Jung A, Kaaks R, Keeman R, Khusnutdinova E, Kitahara CM, Ko YD, Kosma VM, Koutros S, Kraft P, Kristensen VN, Kubelka-Sabit K, Kurian AW, Lacey JV, Lambrechts D, Larson NL, Linet M, Ogrodniczak A, Mannermaa A, Manoukian S, Margolin S, Mavroudis D, Milne RL, Muranen TA, Murphy RA, Nevanlinna H, Olson JE, Olsson H, Park-Simon TW, Perou CM, Peterlongo P, Plaseska-Karanfilska D, Pylkäs K, Rennert G, Saloustros E, Sandler DP, Sawyer EJ, Schmidt MK, Schmutzler RK, Shibli R, Smeets A, Soucy P, Southey MC, Swerdlow AJ, Tamimi RM, Taylor JA, Teras LR, **Terry MB**, Tomlinson I, Troester MA, Truong T, Vachon CM, Wendt C, Winqvist R, Wolk A, Yang XR, Zheng W, Ziogas A, Simard J, Dunning AM, Pharoah PDP, Easton DF. Rare germline copy number variants (CNVs) and breast cancer risk. Commun Biol. 2022 Jan 18;5(1):65. doi: 10.1038/s42003-021-02990-6. PMID: 35042965.

372. Dareng EO, Tyrer JP, Barnes DR, Jones MR, Yang X, Aben KKH, Adank MA, Agata S, Andrulis IL, Anton-Culver H, Antonenkova NN, Aravantinos G, Arun BK, Augustinsson A, Balmaña J, Bandera EV, Barkardottir RB, Barrowdale D, Beckmann MW, Beeghly-Fadiel A, Benitez J, Bermisheva M, Bernardini MQ, Bjorge L, Black A, Bogdanova NV, Bonanni B, Borg A, Brenton JD, Budzilowska A, Butzow R, Buys SS, Cai H, Caligo MA, Campbell I, Cannioto R, Cassingham H, Chang-Claude J, Chanock SJ, Chen K, Chiew YE, Chung WK, Claes KBM, Colonna S; GEMO Study Collaborators; GC-HBOC Study Collaborators; EMBRACE Collaborators, Cook LS, Couch FJ, Daly MB, Dao F, Davies E, de la Hoya M, de Putter R, Dennis J, DePersia A, Devilee P, Diez O, Ding YC,

Doherty JA, Domchek SM, Dörk T, du Bois A, Dürst M, Eccles DM, Eliassen HA, Engel C, Evans GD, Fasching PA, Flanagan JM, Fortner RT, Machackova E, Friedman E, Ganz PA, Garber J, Gensini F, Giles GG, Glendon G, Godwin AK, Goodman MT, Greene MH, Gronwald J; OPAL Study Group; AOCS Group, Hahnen E, Haiman CA, Håkansson N, Hamann U, Hansen TVO, Harris HR, Hartman M, Heitz F, Hildebrandt MAT, Høgdall E, Høgdall CK, Hopper JL, Huang RY, Huff C, Hulick PJ, Huntsman DG, Imyanitov EN; KConFab Investigators; HEBON Investigators, Isaacs C, Jakubowska A, James PA, Janavicius R, Jensen A, Johannsson OT, John EM, Jones ME, Kang D, Karlan BY, Karnezis A, Kelemen LE, Khusnutdinova E, Kiemeney LA, Kim BG, Kjaer SK, Komenaka I, Kupryjanczyk J, Kurian AW, Kwong A, Lambrechts D, Larson MC, Lazaro C, Le ND, Leslie G, Lester J, Lesueur F, Levine DA, Li L, Li J, Loud JT, Lu KH, Lubiński J, Mai PL, Manoukian S, Marks JR, Matsuno RK, Matsuo K, May T, McGuffog L, McLaughlin JR, McNeish IA, Mebirouk N, Menon U, Miller A, Milne RL, Minlikeeva A, Modugno F, Montagna M, Moysich KB, Munro E, Nathanson KL, Neuhausen SL, Nevanlinna H, Yie JNY, Nielsen HR, Nielsen FC, Nikitina-Zake L, Odunsi K, Offit K, Olah E, Olbrecht S, Olopade OI, Olson SH, Olsson H, Osorio A, Papi L, Park SK, Parsons MT, Pathak H, Pedersen IS, Peixoto A, Pejovic T, Perez-Segura P, Permuth JB, Peshkin B, Peterlongo P, Piskorz A, Prokofyeva D, Radice P, Rantala J, Riggan MJ, Risch HA, Rodriguez-Antona C, Ross E, Rossing MA, Runnebaum I, Sandler DP, Santamariña M, Soucy P, Schmutzler RK, Setiawan VW, Shan K, Sieh W, Simard J, Singer CF, Sokolenko AP, Song H, Southey MC, Steed H, Stoppa-Lyonnet D, Sutphen R, Swerdlow AJ, Tan YY, Teixeira MR, Teo SH, Terry KL, **Terry MB**; OCAC Consortium; CIMBA Consortium, Thomassen M, Thompson PJ, Thomsen LCV, Thull DL, Tischkowitz M, Titus L, Toland AE, Torres D, Trabert B, Travis R, Tung N, Tworoger SS, Valen E, van Altena AM, van der Hout AH, Van Nieuwenhuysen E, van Rensburg EJ, Vega A, Edwards DV, Vierkant RA, Wang F, Wappenschmidt B, Webb PM, Weinberg CR, Weitzel JN, Wentzensen N, White E, Whittemore AS, Winham SJ, Wolk A, Woo YL, Wu AH, Yan L, Yannoukakos D, Zavaglia KM, Zheng W, Ziogas A, Zorn KK, Kleibl Z, Easton D, Lawrenson K, DeFazio A, Sellers TA, Ramus SJ, Pearce CL, Monteiro AN, Cunningham J, Goode EL, Schildkraut JM, Berchuck A, Chenevix-Trench G, Gayther SA, Antoniou AC, Pharoah PDP. Polygenic risk modeling for prediction of epithelial ovarian cancer risk. Eur J Hum Genet. 2022 Jan 14. doi: 10.1038/s41431-021-00987-7. Online ahead of print. PMID: 35027648

373. Schrijver LH, Mooij TM, Pijpe A, Sonke GS, Mourits MJE, Andrieu N, Antoniou AC, Easton DF, Engel C, Goldgar D, John EM, Kast K, Milne RL, Olsson H, Phillips KA, **Terry MB,** Hopper JL, van Leeuwen FE, Rookus MA. Oral Contraceptive Use in BRCA1 and BRCA2 Mutation Carriers: Absolute Cancer Risks and Benefits. J Natl Cancer Inst. 2022 Jan 20:djac004. doi: 10.1093/jnci/djac004. Online ahead of print. PMID: 35048954

374. Air Pollution and Breast Cancer: An Examination of Modification By Underlying Familial Breast Cancer Risk. Niehoff NM, **Terry MB**, Bookwalter DB, Kaufman JD, O'Brien KM, Sandler DP, White AJ. Air Pollution and Breast Cancer: An Examination of Modification By Underlying Familial Breast Cancer Risk. Cancer Epidemiol Biomarkers Prev. 2022 Feb;31(2):422-429. doi: 10.1158/1055-9965.EPI-21-1140. Epub 2021 Dec 14.

PMID: 34906967

375. *Hillyer GC, Nazareth M, Lima S, Schmitt KM, Reyes A, Fleck E, Schwartz GK, **Terry MB**. E-cigarette Use Among Young Adult Patients: The Opportunity to Intervene on Risky Lifestyle Behaviors to Reduce Cancer Risk. J Community Health. 2022 Feb;47(1):94-100. doi: 10.1007/s10900-021-01027-7. Epub 2021 Aug 27. PMID: 34453225

376. Li S, Silvestri V, Leslie G, Rebbeck TR, Neuhausen SL, Hopper JL, Nielsen HR, Lee A, Yang X, McGuffog L, Parsons MT, Andrulis IL, Arnold N, Belotti M, Borg Å, Buecher B, Buys SS, Caputo SM, Chung WK, Colas C, Colonna SV, Cook J, Daly MB, de la Hoya M, de Pauw A, Delhomelle H, Eason J, Engel C, Evans DG, Faust U, Fehm TN, Fostira F, Fountzilas G, Frone M, Garcia-Barberan V, Garre P, Gauthier-Villars M, Gehrig A, Glendon G, Goldgar DE, Golmard L, Greene MH, Hahnen E, Hamann U, Hanson H, Hassan T, Hentschel J, Horvath J, Izatt L, Janavicius R, Jiao Y, John EM, Karlan BY, Kim SW, Konstantopoulou I, Kwong A, Laugé A, Lee JW, Lesueur F, Mebirouk N, Meindl A, Mouret-Fourme E, Musgrave H, Ngeow Yuen Yie J, Niederacher D, Park SK, Pedersen IS, Ramser J, Ramus SJ, Rantala J, Rashid MU, Reichl F, Ritter J, Rump A, Santamariña M, Saule C, Schmidt G, Schmutzler RK, Senter L, Shariff S, Singer CF, Southey MC, Stoppa-Lyonnet D, Sutter C, Tan Y, Teo SH, **Terry MB**, Thomassen M, Tischkowitz M, Toland AE, Torres D, Vega A, Wagner SA, Wang-Gohrke S, Wappenschmidt B, Weber BHF, Yannoukakos D, Spurdle AB, Easton DF, Chenevix-Trench G, Ottini L, Antoniou AC. Cancer Risks Associated With BRCA1 and BRCA2 Pathogenic Variants. J Clin Oncol. 2022 Jan 25:JCO2102112. doi: 10.1200/JCO.21.02112. Online ahead of print. PMID: 35077220

377. *Houghton LC, Wei Y, Wang T, Goldberg M, Paniagua-Avila A, Sweeden RL, Bradbury A, Daly M, Schwartz LA, Keegan T, John EM, Knight JA, Andrulis IL, Buys SS, Frost CJ, O'Toole K, White ML, Chung WK, **Terry MB**. Body mass index rebound and pubertal timing in girls with and without a family history of breast cancer: the LEGACY girls study. Int J Epidemiol. 2022 Feb 14:dyac021. doi: 10.1093/ije/dyac021. Online ahead of print. PMID: 35157067

378. Matsumoto H, Larson EL, Warren SI, Hammoor BT, Bonsignore-Opp L, Troy MJ, Barrett KK, Striano BM, Li G, **Terry MB**, Roye BD, Lenke LG, Skaggs DL, Glotzbecker MP, Flynn JM, Roye DP, Vitale MG. A Clinical Risk Model for Surgical Site Infection Following Pediatric Spine Deformity Surgery. J Bone Joint Surg Am. 2022 Feb 16;104(4):364-375. doi: 10.2106/JBJS.21.00751. PMID: 34851324

379. Acheampong T, Lee Argov EJ, **Terry MB**, Rodriguez CB, Agovino M, Wei Y, Alithat S, Tehranifar P. Current regular aspirin use and mammographic breast density: a cross-sectional analysis considering concurrent statin and metformin use. Cancer Causes Control. 2022 Mar;33(3):363-371. doi: 10.1007/s10552-021-01530-1. Epub 2022 Jan 13. PMID: 35022893

380. Nguyen K, Pitiranggon M, Wu HC, John EM, Santella RM, **Terry MB**, Yan B.

Improvement on recovery and reproducibility for quantifying urinary mono-hydroxylated polycyclic aromatic hydrocarbons (OH-PAHs). J Chromatogr B Analyt Technol Biomed Life Sci. 2022 Mar 1;1192:123113. doi: 10.1016/j.jchromb.2022.123113. Epub 2022 Jan 17. PMID: 35114472

381. *Wu HC, Kehm R, Santella RM, Brenner DJ, **Terry MB**. DNA repair phenotype and cancer risk: a systematic review and meta-analysis of 55 case-control studies. Sci Rep. 2022 Mar 1;12(1):3405. doi: 10.1038/s41598-022-07256-7. PMID: 35233009

382. John EM, Koo J, Ingles SA, Keegan TH, Nguyen JT, Thomsen C, **Terry MB**, Santella RM, Nguyen K, Yan B. Predictors of urinary polycyclic aromatic hydrocarbon metabolites in girls from the San Francisco Bay Area. Environ Res. 2022 Apr 1;205:112534. doi: 10.1016/j.envres.2021.112534. Epub 2021 Dec 10. PMID: 34896321

B. Reviews, Chapters, Editorials and Commentaries

1. Gammon MD, Bertin JE, and **Terry MB**. Abortion and the risk of breast cancer risk: Is there a believable association. JAMA 1996; 275(4): 321-322.

2. Susser ES, **Terry MB**, Matte T. The birth cohorts grow up: New opportunities for epidemiology. Paediatr Perinat Epidemiol. 2000; 14(2):98-100.

3. Neugut AI, **Terry MB**. Cigarette smoking and microsatellite instability: causal pathway or marker-defined subset of colon tumors? J Nat Can Inst 2000; 92(22): 1791-2.

4. ***Terry MB**, Susser E. Commentary: the impact of fetal and infant exposures along the life course. Int J Epi 2001; 30(1):95-96.

5. ***Terry MB,** Gaudet MM, Gammon MD. The Epidemiology of Gastric Cancer. Semin Radiat Oncol 2002; 12(2): 111-27.

6. Susser E, **Terry MB.** A conception-to-death cohort. Lancet 2003. 361: 797-8

7. ***Terry MB,** Wei Y, Esserman D. Re: Maternal, Birth, and Early Life Influences on Adult Body Size in Women. American Journal of Epidemiology 2007; 166:17-18.

8. Abrams J, **Terry MB**, Neugut AI. Cigarette Smoking and the Colorectal Adenoma-Carcinoma Sequence. Gastroenterology 2008; 134:617-631

9. ***Terry MB**, Tehranifar P. Hormone Replacement Therapy and Breast Cancer Risk: More Evidence for Risk Stratification? J Natl Cancer Inst. 2013 Sep 3. [Epub ahead of print] PMID: 24003038 [PubMed - as supplied by publisher]

10. *McDonald JA, Goyal A, **Terry MB**. Alcohol Intake and Breast Cancer Risk: Weighing the Overall Evidence. Curr Breast Cancer Rep. 2013 Sep;5(3). doi: 10.1007/s12609-013-0114-z. PMID: 24265860 [PubMed]

11. *Genkinger JM, **Terry MB**. Commentary: Towards a definite coherent heterogeneity in meta-analyses. Int J Epidemiol. 2014 Aug;43(4):1236-9. doi: 10.1093/ije/dyu136. Epub 2014 Jul 4. No abstract available. PMID: 24997208 [PubMed - in process]

12. ***Terry MB**, McDonald JA, Wu HC, Eng S, Santella RM. Epigenetic Biomarkers of Breast Cancer Risk: Across the Breast Cancer Prevention Continuum.Adv Exp Med Biol. 2016;882:33-68. doi: 10.1007/978-3-319-22909-6_2. PMID: 26987530

13. ***Terry MB**, Bradbury A. Family-based Breast Cancer Prevention Efforts in Adolescence. Pediatrics. 2016 Nov;138(Suppl 1):S78-S80. PMID: 27940980

14. ***Terry MB**, Forman MR. Empowering Pediatricians to Prevent Chronic Disease Across Generations. Pediatrics. 2016 Nov;138(Suppl 1):S92-S94. PMID: 27940982

15. Schooling CM, Houghton LC, **Terry MB**. Potential Intervention Targets in Utero and Early Life for Prevention of Hormone Related Cancers. Pediatrics. 2016 Nov;138(Suppl 1):S22-S33. PMID: 27940974

16. Do C, Shearer A, Suzuki M, **Terry MB**, Gelernter J, Greally JM, Tycko B. Genetic-epigenetic interactions in cis: a major focus in the post-GWAS era. Genome Biol. 2017 Jun 19;18(1):120. doi: 10.1186/s13059-017-1250-y. Review.

17. Nagel ZD, Engelward BP, Brenner DJ, Begley TJ, Sobol RW, Bielas JH, Stambrook PJ, Wei Q, Hu JJ, **Terry MB**, Dilworth C, McAllister KA, Reinlib L, Worth L, Shaughnessy DT. Towards precision prevention: Technologies for identifying healthy individuals with high risk of disease. Mutat Res. 2017 Apr 6;800-802:14-28. doi: 10.1016/j.mrfmmm.2017.03.007. [Epub ahead of print] PMID: 28458064

18. **Terry MB**. Consistency, now what? Breast Cancer Res. 2017 Jul 21;19(1):85. doi: 10.1186/s13058-017-0869-7

19. Cohn BA, **Terry MB**. Environmental Influences on Mammographic Breast Density in California: A Strategy to Reduce Breast Cancer Risk. Int J Environ Res Public Health. 2019;16(23). Epub 2019/12/01. doi: 10.3390/ijerph16234731. PubMed PMID: 31783496; PMCID: PMC6926682.

20. **Terry MB**. No multiplicative GXE interactions for breast cancer risk: Have we reached a verdict or is the jury still out? Int J Epidemiol. 2019. Epub 2020/01/01. doi: 10.1093/ije/dyz258. PubMed PMID: 31891385.

21. **Terry MB.** Translate but validate: necessary steps in improving the use and utility of cancer risk models. Cancer Causes Control. 2020 Jun;31(6):537-540. doi: 10.1007/s10552-020-01293-1. No abstract available. PMID: 32277326

22. **Terry MB**. Commentary: No multiplicative GXE interactions for breast cancer risk: Have we reached a verdict or is the jury still out? Int J Epidemiol. 2020 Feb 1;49(1):231-232. doi: 10.1093/ije/dyz258. PMID: 31891385

23. *Kehm RD, McDonald JA, Fenton SE, Kavanaugh-Lynch M, Leung KA, McKenzie KE, Mandelblatt JS, **Terry MB**. Inflammatory Biomarkers and Breast Cancer Risk: A Systematic Review of the Evidence and Future Potential for Intervention Research. Int J Environ Res Public Health. 2020 Jul 28;17(15). pii: E5445. doi: 10.3390/ijerph17155445. Review. PMID: 32731638.

24. *Zeinomar N, Oskar S, Kehm RD, Sahebzeda S, **Terry MB**. Environmental exposures and breast cancer risk in the context of underlying susceptibility: A systematic review of the epidemiological literature. Environ Res. 2020 Aug;187:109346. doi: 10.1016/j.envres.2020.109346. Epub 2020 Mar 12. Review. PMID: 32445942.

25. *McDonald JA, Rao R, Gibbons M, Janardhanan R, Jaswal S, Mehrotra R, Pandey M, Radhakrishnan V, Ramakant P, Verma N, **Terry MB**. Symposium report: breast cancer in India-trends, environmental exposures and clinical implications. Cancer Causes Control. 2021 Jun;32(6):567-575. doi: 10.1007/s10552-021-01428-y. Epub 2021 Apr 28. PMID: 33909208; PMCID: PMC8089075.

26. Strebel J, **Terry MB**. Alcohol, Binge Drinking, and Cancer Risk: Accelerating Public Health Messaging Through Countermarketing. Am J Public Health. 2021 May;111(5):812-814. doi: 10.2105/AJPH.2021.306233. PMID: 33826398; PMCID:

27. Tehranifar P, Wei Y, **Terry MB**. Less Is More-Ways to Move Forward for Improved Breast Cancer Risk Stratification. Cancer Epidemiol Biomarkers Prev. 2021 Apr;30(4):587-589. doi: 10.1158/1055-9965.EPI-20-1627. PMID: 33811169.

28. *Oskar S, Kehm R, **Terry MB**. Breast Tissue Composition-Why It Matters and How Can We Measure It More Accurately in Epidemiology Studies. Cancer Epidemiol Biomarkers Prev. 2021 Apr;30(4):590-592. doi: 10.1158/1055-9965.EPI-20-1807. PMID: 33811170.

29. Walker DAH, **Terry MB**. Is it 'cancer prevention' or 'risk reduction'? #Wordsmatter. Cancer Causes Control. 2021;32(9):919-22. Epub 2021/07/22. doi: 10.1007/s10552-021-01470-w. PubMed PMID: 34287740; PMCID: PMC8310470.

<u>C. Letters</u>

1. ***Terry MB**, Garbers S, Skovron ML, Sonnenschein E, and Toniolo P. Reply to: Frequency of cosmetic breast augmentation among U.S. women, 1963-1988. Am J Publ Health 1996; 86(6):892.

2. Gammon MD, **Terry MB**, and Bertin JE. Abortion and the risk of breast cancer. Int J Cancer 1995; 63: 761.

3. *__Terry MB__, Gammon MD, Ng-Mak D, Thompson WD. Re:"p53 protein overexpression in relation to risk factors for breast cancer". Am J Epidemiol 1998;147(5): 511-512.

4. Gammon MD, **Terry MB**, Teitelbaum SL, Britton JA, Levin B. Re: "Plasma organochlorine levels and the risk of breast cancer". New Engl J Med 1998; 338(14): 989.

5. *__Terry MB__, Neugut AI. Reply to: Smoking and the colorectal adenoma-carcinoma sequence: A hypothesis to Explain the Paradox. Am J Epidemiol 1999; 149(8): 788.

6. *__Terry MB__, Neugut AI. Reply to: Smoking and the colorectal adenoma-carcinoma sequence: A hypothesis to Explain the Paradox. Am J Epidemiol 1999; 150(5): 542-543.

7. *__Terry MB.__ Birth weight and breast cancer. N Engl J Med. 2005 Jan 20;352(3):304

8. *Tehranifar P, Akinyemiju TF, **Terry MB**. Incidence rate of breast cancer in young women. JAMA. 2013 Jun 19;309(23):2433-4. doi: 10.1001/jama.2013.6461. No abstract available. PMID: 23780448 \

9. * Wei Y, **Terry MB.** Re: "Quantile regression—opportunities and challenges from a user's perspective". Am J Epidemiol. 2015 Jan 15;181(2):152-3. doi: 10.1093/aje/kwu346. Epub 2014 Dec 19. No abstract available.

10. *Reimers LL, Crew KD, **Terry MB**. Atypical hyperplasia of the breast. N Engl J Med. 2015 Mar 26;372(13):1270-1. doi: 10.1056/NEJMc1501046#SA2.

11. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to ten Broeke et al. Genet Med. 2018 May 24. doi: 10.1038/s41436-018-0031-7. [Epub ahead of print] PMID: 29795440

12. *Goldberg M, **Terry MB**. Re: "Growth Trajectories, Breast Size, and Breast-Tissue Composition in a British Pre-Birth Cohort of Young Women". Am J Epidemiol. 2018 May 23. doi: 10.1093/aje/kwy107. [Epub ahead of print] PMID: 29796640

13. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to Wange et al. *Genet Med*. 2019 Mar 1. doi: 10.1038/s41436-019-0469-2. [Epub ahead of print] No abstract available. PMID: 30824819

14. *__Terry MB__, Liao Y, Hopper JL, MacInnis RJ. Performance of BCRAT in high-risk patients with breast cancer - Authors' reply. *Lancet Oncol.* 2019 Jun;20(6):e286. doi: 10.1016/S1470-2045(19)30311-0. No abstract available. PMID: 31162093

15. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to Evans et al. Genet Med. 2019;21(8):1880-1. Epub 2018/12/20. doi: 10.1038/s41436-018-0400-2. PubMed PMID: 30563985.

16. *__Terry MB__, Zeinomar N. Response to Lee et al 2019: Essential to frame study

implications within the context of prior findings from enriched cohorts for underlying familial risk of breast cancer. *Occup Environ Med.* 2019 Aug;76(8):592. doi: 10.1136/oemed-2019-105936. No abstract available. PMID: 31300563

**Invited Lectures and Seminars**

1998 Invited lecture, International Agency Research Cancer, World Health Organization, Lyon, France

1999 Invited lecture, "Intermediate Markers and Colorectal Neoplasia," Memorial Sloan Kettering Cancer Center, New York, New York

2003 Invited lecture to K07 recipients, ASPO 2003 Meeting, "Advice on submitting K applications," Bethesda, MD

2003 Invited lecture, "Role of Molecular Markers in Cancer Epidemiology and Public Health" Cancer Prevention and Control Colloquia Series, Division of Cancer Prevention, National Cancer Institute, National Institutes of Health, Bethesda, MD

2004 Invited lecture, "What do we know about the causes of breast cancer," NIEHS Center for Environmental Health in Northern Manhattan, New York, New York

2004 Invited lecture, "The role of aspirin in breast cancer risk", Board of Directors, Mailman School of Public Health, Columbia University, New York, New York

2005 Invited lecture, "The role of mammographic density," Breast Cancer in Women of Color, Columbia University and New York Presbyterian, New York, New York

2005 Invited lecture, Lectureship series, "Early life risk factors and breast cancer risk – what we know," The Maurer Foundation for Breast Health Education, Port Washington, New York

2006 Invited lecture, "Alcohol and beverage type and breast cancer risk" Invited panelist to the ISBRA conference, Sydney Australia

2006 Invited lecture "Breast Cancer Risk along the Life course", University of Illinois, Department of Public Health Policy, Chicago, Illinois

2007 Invited lecture "The Breast Cancer Family Registry, Description of Resource and Applications", Cornell Medical Center, New York, New York

2007 Invited lecture "Breast Cancer Risk along the Life course", Lehman College Biology Seminar Series, Bronx, New York

2007 Invited seminar "Use of Intermediate Markers in Breast Cancer Risk". Memorial Sloan Kettering, New York, New York

2007 Invited talk "When Breast Cancer Susceptibility Begins" Society for Epidemiologic Research, Boston, MA

2007 Invited talk "Cancer Epidemiology Program", Health Sciences Advisory Council, Columbia University, New York, New York

2008 Invited seminar "Studying Pathways to Breast Cancer: The Role of Timing, Intermediate Markers, and Phenotype". University of Toronto, Ontario, Canada

2008 Invited lecture "Use of Intermediate Markers to Understand Early Life Events in Breast Cancer Risk", Columbia Medical Center, Breast Conference.

2008 Invited seminar "Relationship between Breast Density and Tumor Phenotype", Columbia Medical Center, Medical Oncology and Hematology Grand Rounds.

2008 Invited talk "Use of Mammographic Density in Breast Cancer Epidemiology" New York Roentgen Society

2008 Invited Symposium Presentation "DNA methylation and Breast Cancer Risk" Era of Hope Symposia, DoD Breast Cancer Meeting, Baltimore, MD

2008 Invited Faculty Discussant, American Society for Clinical Oncology, Annual Meeting, "Breast Cancer-Local Regional and Adjuvant Therapy", Chicago, IL

2008 Invited lecture "Early life factors and Breast Cancer Risk", Columbia Medical Center, Cancer Center.

2008 Invited lecture, New York University, Oncology Fellows. "Advances in Cancer Prevention"

2009 Invited lecture, "DNA Methylation Patterns across the Lifecourse" National Institutes for Environmental Health Sciences Center Retreat

2009 Invited talk, "Reducing Breast Cancer in High-Risk Families", Columbia University, Breast Conference

2009 Invited talk, "Transitioning from K to Independence", American Society for Preventive Oncology", Annual Meeting.

2009 Invited Symposium, "Beyond Standard Design and Analyses", Society for Epidemiologic Research Annual Meeting

2010 Invited Lecture, "Pathologic Subtypes and Family-Based Designs" Pathology Department Grand Rounds.

2010 Invited Lecture "Epigenetic Mechanisms and Disease Risk", Estee Lauder Research Campus.

2010 Invited Talk: Environmental Causes of Breast Cancer: Review of Evidence, Institute of Medicine Panel

2011 Invited talk: Why Families (and their histories) still matter for Breast Cancer Risk Prediction. Ohio State Cancer Center Population Science Program.

2011 Invited talk: Risk Prediction Modeling in High-risk Families. University of Chicago.

2011 Invited panelist: Early life factors and Mammographic Density. Era of Hope Conference, Orlando Florida

2011 Invited talk: DNA methylation and Breast Cancer Risk. University of Melbourne.

2011 Invited talk: Predicting cancer risks and mutation status: Evidence to Shape Best Practice. Kingscliff, New South Wales.

2011 Invited talk: DNA methylation in risk prediction within high-risk families. International Breast Cancer Network, Rennes France

2011 Invited talk: Breast Cancer Management 2012. Breast Cancer Epidemiology. CME Accredited Course. Columbia University Medical Center

2012 The influence of prenatal and early life environment on breast cancer susceptibility. Department of Psychiatry Monthly Seminars, Columbia University.

2012 Invited talk: Reconsidering the Role of Family-Based Designs in Understanding and Predicting Cancer Risk. Institute for Translational Epidemiology. Mount Sinai School of Medicine, New York.

2012 Invited talk: Breast Cancer Risk Assessment across the Prevention Continuum. Dubin Breast Center, Mount Sinai School of Medicine, New York.

2012 Invited talk: Family-based designs for Lifecourse studies. Imprints Center and the Lifecourse Cluster, Columbia University Mailman School of Public Health.

2012 Invited talk: Breast Cancer Risk Assessment across the Risk Continuum. American Association for Cancer Research Annual Prevention Meeting.

2013 Invited talk: Grand Rounds: Breast and Ovarian Cancer: Epidemiology and Risk Identification, Mount Sinai School of Medicine, New York, New York.

2013 Invited talk: Using family-based studies to understand the role of the environment in breast cancer risk. National Institutes of Environmental Health Sciences.

2013 Invited talk: Accuracy versus discrimination, improving clinical risk prediction and targeted cancer prevention. Helmholtz Zentrum München - German Research Center for Environmental Health, Neuherberg, Germany Annual Conference. Keynote speaker.

2014 Invited talk: Towards personalized prevention for breast cancer; University of Alabama at Birmingham Cancer Center.

2014 Invited talk: Personalized Prevention: Can Breast Cancer Prevention Efforts be Better Targeted? INSERM, Paris France.

2014 Invited talk: Breast Cancer Prevention: What we can learn from Families. International Breast Cancer and Nutrition Conference, Purdue, USA.

2015 Invited talk: Breast Cancer Prevention: A story of lifetime exposures, genetics and epigenetics. Huntsman Cancer Center, Utah.

2015 Invited talk: Breast Cancer Prevention: Biomarkers of Risk and Integration into Risk assessment. Rutgers Cancer Institute.

2016 Departmental Grand Rounds: Breast Cancer Prevention: A story of lifetime exposures, genetics and epigenetics. Columbia University.

2016 Blood-based Biomarkers to improve Breast Cancer Risk Assessment, ASPO annual meeting

2016 Columbia University Series on the Future of Epidemiology: When Population-basedapproaches are insufficient and inefficient. Columbia University

2016 Breast Cancer Susceptibility and the Environment, University of Connecticut

2017 Comparison of risk model recommendations for women at high-risk of breast cancer based on clinical thresholds, AACR and ASPO annual conferences

2017 Inferring causality in observational epidemiology: Breast Cancer Risk as an Example, National Academy of Sciences

2017 The Robert Millikan Memorial Lecture: When Population-based approaches are insufficient and inefficient, University of North Carolina

2017 Enriched Designs for Studying Environmental Exposures: PAH and Breast Cancer risk. Breast Cancer Environment Research Program Integration Meeting

2017 Risk Reducing Surgery and Breast Cancer Risk: Association or Bias? Familial Aspects of Breast Cancer: Research and Practice. kConFab, Australia

2017 Intergenerational Study Designs for Chronic Disease Prevention. Purdue Science Center.

2017 Environmental Exposures, Cancer Susceptibility and Cancer Health Disparities. AACR Cancer Health Disparities Conference, Atlanta GA

2017 Global Breast Cancer Prevention, IBCN meeting, Montevideo Uruguay

2017 Air Pollution and Breast Cancer Risk, Impact of Environment on Women's Health, Lucknow, India

2017 Putting the E back into GXE, breast cancer risk assessment, and cancer prevention, University of California Davis Cancer Center

2018Breast Cancer Risk Assessment, Prospective Evidence and Validation, Munich Germany

2018 Wag the Dog – Should Cancer Prevention and Public Health Really be Afraid of the Precision Medicine Tail? Roswell Park Cancer Center

2018 Precision Prevention. University of Michigan, Annual Cancer Symposium.

2018 Use of Family-based Studies to improve Clinical Risk Prediction, the Susan BukeleyMemorial Lecture, International Breast Cancer Network (IBCN) Annual Meeting.

2018 Optimizing Family Designs to enhance Cancer Prevention. Dave E Rogers Health Policy Colloquium, Cornell University

2018 Environmental exposures during windows of susceptibility, American College of Epidemiology Annual Meeting, Cincinnati, Ohio

2018 Breast Cancer Prevention in Young Women Less (Family) Hisotry More Forecasting, Susan Bulkeley Leadership Award, International Breast Cancer Network

2018 Is Tribalism Killing Us, MSPH Grand Rounds, Columbia University

2018 Does Breast Cancer Prevention need an 18th Ammendment. New Data on Alcohol and Breast Cancer. CME credit Course. SABCS, San Antonio, Texas

2018 Using Family-based Studies for Prevention. Institute for Cancer Research. London England.

2019 Cascade Prevention: On the use of non population-based methods to augment Cancer Prevention. BU-BMC Cancer Center, Boston University

2019 PAH and Adolescent Breast Development, Breast Cancer Research and the Environment Program Annual Meeting, Atlanta Georgia

2019 Air Pollution and Breast Cancer Risk, International Workshop on Environment and Breast Cancer, Columbia Global Center, Mumbai India.

2020 Alcohol and Cancer, Evaluating the evidence for Breast Cancer, National Cancer Institute

2021 Environment and Cancer, Evaluating the evidence for Windows of Susceptibility, National Cancer Insitute

2021 Addressing Gaps in Risk Models for Early Onset Breast Cancer, National Cancer Institute, Cohort Consortia meeting

2021 On the need to focus on Environmental Chemical Exposuress to understand the Global Breast Cancer Risk, International Breast Cancer and Nutrition Annual Meeting, ICO, Nantes France

2021 DNA Repair Phenotype: The missing link in Breast cancer Risk Assessment, National Institute of Environmental Health Symposia

2022 Precision Prevention: G&E Interactions: PAHS and the Breast Cancer Family Cohort, Cancer & Environment Forum 2022: What does new science say about chemicals and cancer? Lessons from Public Health & Environmental Medicine, Mass General Brigham, February.

2022 Reducing The Breast Cancer Burden, City College of New York (CCNY), February

2022 Confronting the Global Increase in Breast Cancer, March, International Agency for Research on Cancer (IARC)

2022 The Science of Science Communication, Consortium of Universities for Global Health

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

**RULE 26 EXPERT REPORT**

**MARY BETH TERRY, PH.D.**

# Exhibit B
# Materials Considered

***In Re: Zantac (Ranitidine) Products Liability Litigation***
***MDL No. 2924***

**MARY BETH TERRY, PH.D.**
**LIST OF MATERIALS CONSIDERED**

## Literature and Public Sources


| | |
|---|---|
| 1. | Abasse KS, Essien EE, Abbas M, Yu X, Xie W, Sun J, Akter L, Cote A. Association between Dietary Nitrate, Nitrite Intake, and Site-Specific Cancer Risk: A Systematic Review and Meta-Analysis. *Nutrients*. 2022; 14(3):666. https://doi.org/10.3390/nu14030666 |
| 2. | Abrahami D, McDonald EG, Schnitzer ME, Barkun AN, Suissa S, Azoulay L. Proton pump inhibitors and risk of gastric cancer: population-based cohort study. Gut. 2022;71(1):16-24. |
| 3. | Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Sørensen HT. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. *Cancer Epidemiol Biomarkers Prev*. 2021;30(12):2302-2308. doi:10.1158/1055-9965.EPI-21-0831 |
| 4. | Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. *World J Gastroenterol*. 2013;19(16):2560-2568. doi:10.3748/wjg.v19.i16.2560 |
| 5. | Amarnath S, Starr A, Abureesh M, Elfiky A, Aqsa A, Singh C, Gurala D, Polavarapu A, Weerasinghe C, Demissie S, Deeb L, Terjanian T. The Association Between Gastroesophageal Reflux Disease and Non-Small Cell Lung Cancer: A Retrospective Case Control Study. [ACG 2020 Abstract P0872 (S0398)] |
| 6. | American Cancer Society. Cancer Facts & Figures – 2021. Available at https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2021/cancer-facts-and-figures-2021.pdf |
| 7. | American Cancer Society. Key Statistics for Bladder Cancer. 2022. Available at https://www.cancer.org/cancer/bladder-cancer/about/key-statistics.html |
| 8. | Anderson, L. A., Watson, R. G., Murphy, S. J., Johnston, B. T., Comber, H., Mc Guigan, J., Reynolds, J. V., & Murray, L. J. (2007). Risk factors for Barrett's oesophagus and oesophageal adenocarcinoma: results from the FINBAR study. *World journal of gastroenterology*, *13*(10), 1585–1594. https://doi.org/10.3748/wjg.v13.i10.1585 |

| | |
|---|---|
| 9. | Babic A, Zhang X, Morales-Oyarvide V, et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. *Br J Cancer*. 2020;123(5):844-851. doi:10.1038/s41416-020-0939-y |
| 10. | Bao Y, Spiegelman D, Li R, Giovannucci E, Fuchs CS, Michaud DS. History of peptic ulcer disease and pancreatic cancer risk in men. *Gastroenterology*. 2010;138(2):541-549. doi:10.1053/j.gastro.2009.09.059 |
| 11. | Beiderbeck AB, Holly EA, Sturkenboom MC, Coebergh JW, Stricker BH, Leufkens HG. Prescription medications associated with a decreased risk of non-Hodgkin's lymphoma. *Am J Epidemiol*. 2003;157(6):510-516. doi:10.1093/aje/kwg004 |
| 12. | Benjamini Y, De Veaux RD, Efron B, Evans S, Glickman M, Graubard BI, He X, Meng X-L, Reid N, Stigler SM, Vardeman SB, Wikle CK, Wright T, Young LJ, Kafadar K. The ASA President's Task Force Statement on Statistical Significance and Replicability. *Annals of Applied Statistics*, 2021;15(3):1084-1085. |
| 13. | Birgisson S, Rice TW, Easley KA, Richter JE. The lack of association between adenocarcinoma of the esophagus and gastric surgery: a retrospective study. *Am J Gastroenterol*. 1997;92(2):216-221. |
| 14. | Blum S, Arp EW, Smith AH, Tyroler HA. Stomach Cancer Among Rubber Workers: An Epidemiologic Investigation. In: *Dusts and Disease*. (Lemen R & Dement JM, Eds.) Park Forest South, IL: Pathotox Publishers; 1979:325-334. |
| 15. | Boeing H, Schlehofer B, Blettner M, Wahrendorf J. Dietary carcinogens and the risk for glioma and meningioma in Germany. *Int J Cancer*. 1993;53(4):561-565. doi:10.1002/ijc.2910530406 |
| 16. | Bosetti C, Lucenteforte E, Bracci PM, et al. Ulcer, gastric surgery and pancreatic cancer risk: an analysis from the International Pancreatic Cancer Case-Control Consortium (PanC4). *Ann Oncol*. 2013;24(11):2903-2910. doi:10.1093/annonc/mdt336 |
| 17. | Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. *Br J Cancer*. 2012;106(1):233-239. doi:10.1038/bjc.2011.511 |
| 18. | Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv Preprint. 2021. https://www.medrxiv.org/content/10.1101/2021.01.27.21250656v1 |
| 19. | Brown AW, Aslibekyan S, Bier D, et al. Toward more rigorous and informative nutritional epidemiology: The rational space between dismissal and defense of the status quo [published online ahead of print, 2021 Oct 22]. *Crit Rev Food Sci Nutr*. 2021;1-18. doi:10.1080/10408398.2021.1985427 |

| | |
|---|---|
| 20. | Brusselaers N, Engstrand L, Lagergren J. Maintenance proton pump inhibition therapy and risk of oesophageal cancer. *Cancer Epidemiol*. 2018;53:172-177. doi:10.1016/j.canep.2018.02.004 |
| 21. | Brusselaers N, Sadr-Azodi O, Engstrand L. Long-term proton pump inhibitor usage and the association with pancreatic cancer in Sweden. *J Gastroenterol*. 2020;55(4):453-461. doi:10.1007/s00535-019-01652-z |
| 22. | Brusselaers N, Wahlin K, Engstrand L, Lagergren J. Maintenance therapy with proton pump inhibitors and risk of gastric cancer: a nationwide population-based cohort study in Sweden. *BMJ Open*. 2017;7(10):e017739. Published 2017 Oct 30. doi:10.1136/bmjopen-2017-017739 |
| 23. | Büchner FL, Bueno-de-Mesquita HB, Ros MM, et al. Consumption of vegetables and fruit and the risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition. *Int J Cancer*. 2009;125(11):2643-2651. doi:10.1002/ijc.24582 |
| 24. | Bunin GR, Kuijten RR, Boesel CP, Buckley JD, Meadows AT. Maternal diet and risk of astrocytic glioma in children: a report from the Childrens Cancer Group (United States and Canada). *Cancer Causes Control*. 1994;5(2):177-187. doi:10.1007/BF01830264 |
| 25. | Bunin GR, Kuijten RR, Buckley JD, Rorke LB, Meadows AT. Relation between maternal diet and subsequent primitive neuroectodermal brain tumors in young children. *N Engl J Med*. 1993;329(8):536-541. doi:10.1056/NEJM199308193290804 |
| 26. | Burger M, Catto JW, Dalbagni G, et al. Epidemiology and risk factors of urothelial bladder cancer. *Eur Urol*. 2013;63(2):234-241. doi:10.1016/j.eururo.2012.07.033 |
| 27. | Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol*. 2021;116(8):1612-1619. doi:10.14309/ajg.0000000000001310 |
| 28. | Hon Chan, T., Fung Tsoi, M., & Yung Cheung, B. M. (2022). Cancer Risk of Angiotensin II Receptor Blocker Valsartan: Population-based Study. *Journal of cardiovascular pharmacology*, 10.1097/FJC.0000000000001217. Advance online publication. https://doi.org/10.1097/FJC.0000000000001217 |
| 29. | Cheung KS, Leung WK. Response to letter to the editor by Moayyedi *et al*. *Gut*. 2019;68(9):1721-1722. doi:10.1136/gutjnl-2018-317127 |
| 30. | Cheung KS, Chan EW, Wong AYS, Chen L, Wong ICK, Leung WK. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for *Helicobacter pylori*: a population-based study. *Gut*. 2018;67(1):28-35. doi:10.1136/gutjnl-2017-314605 |

| | |
|---|---|
| 31. | Chien LN, Huang YJ, Shao YH, et al. Proton pump inhibitors and risk of periampullary cancers--A nested case-control study. *Int J Cancer*. 2016;138(6):1401-1409. doi:10.1002/ijc.29896 |
| 32. | Choi NW, Miller AB, Fodor JG, et al. Consumption of precursors of N-nitroso compounds and human gastric cancer. *IARC Sci Publ*. 1987;(84):492-496. |
| 33. | Chow WH, Finkle WD, McLaughlin JK, Frankl H, Ziel HK, Fraumeni JF Jr. The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. *JAMA*. 1995;274(6):474-477. |
| 34. | Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. *Pharmacoepidemiol Drug Saf*. 2009;18(7):540-544. doi:10.1002/pds.1749 |
| 35. | Chyou PH, Nomura AM, Hankin JH, Stemmermann GN. A case-cohort study of diet and stomach cancer. *Cancer Res*. 1990;50(23):7501-7504. |
| 36. | Cocco P, Palli D, Buiatti E, Cipriani F, DeCarli A, Manca P, Ward MH, Blot WJ, Fraumeni JF Jr. Occupational exposures as risk factors for gastric cancer in Italy. *Cancer Causes Control.* 1994 May;5(3):241-8. doi: 10.1007/BF01830243. PMID: 8061172. |
| 37. | Cocco P, Ward MH, Dosemeci M. Occupational risk factors for cancer of the gastric cardia. Analysis of death certificates from 24 US states. *J Occup Environ Med*. 1998;40(10):855-861. doi:10.1097/00043764-199810000-00004 |
| 38. | Cocco P, Ward MH, Dosemeci M. Risk of stomach cancer associated with 12 workplace hazards: analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. *Occup Environ Med*. 1999;56(11):781-787. doi:10.1136/oem.56.11.781 |
| 39. | Cohen Sedgh R, Moon J, Jackevicius CA. Neoplasm Reports in Food and Drug Administration Adverse Event Reporting System Following Angiotensin Receptor Blocker Recalls. *Circ Cardiovasc Qual Outcomes*. 2021;14(8):e007476. doi:10.1161/CIRCOUTCOMES.120.007476 |
| 40. | Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2005;14(4):1012-1015. doi:10.1158/1055-9965.EPI-04-0547 |
| 41. | Cook MB, Corley DA, Murray LJ, et al. Gastroesophageal reflux in relation to adenocarcinomas of the esophagus: a pooled analysis from the Barrett's and Esophageal Adenocarcinoma Consortium (BEACON). *PLoS One*. 2014;9(7):e103508. Published 2014 Jul 30. doi:10.1371/journal.pone.0103508 |

| | |
|---|---|
| 42. | Crane SJ, Locke GR 3rd, Harmsen WS, et al. Subsite-specific risk factors for esophageal and gastric adenocarcinoma. *Am J Gastroenterol*. 2007;102(8):1596-1602. doi:10.1111/j.1572-0241.2007.01234.x |
| 43. | De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. *Cancer Epidemiol Biomarkers Prev*. 1996;5(9):679-682. |
| 44. | De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. *Nutr Cancer*. 1998;30(2):158-162. doi:10.1080/01635589809514656 |
| 45. | De Stefani E, Ronco A, Brennan P, Boffetta P. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. *Nutr Cancer*. 2001;40(2):103-107. doi:10.1207/S15327914NC402_5 |
| 46. | De Stefani E, Deneo-Pellegrini H, Ronco AL, et al. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. *Nutr Cancer*. 2012;64(2):294-299. doi:10.1080/01635581.2012.648299 |
| 47. | Derakhshan MH, Malekzadeh R, Watabe H, et al. Combination of gastric atrophy, reflux symptoms and histological subtype indicates two distinct aetiologies of gastric cardia cancer. *Gut*. 2008;57(3):298-305. doi:10.1136/gut.2007.137364 |
| 48. | Duan L, Wu AH, Sullivan-Halley J, Bernstein L. Antacid drug use and risk of esophageal and gastric adenocarcinomas in Los Angeles County. *Cancer Epidemiol Biomarkers Prev*. 2009;18(2):526-533. doi:10.1158/1055-9965.EPI-08-0764 |
| 49. | El-Serag, H. B., Aguirre, T. V., Davis, S., Kuebeler, M., Bhattacharyya, A., & Sampliner, R. E. (2004). Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. *The American journal of gastroenterology*, *99*(10), 1877–1883. https://doi.org/10.1111/j.1572-0241.2004.30228.x |
| 50. | Emery Pharma. (2020, January 2). Emery Pharma Citizen Petition (Docket No. FDA-2020-P-0042). |
| 51. | Environmental Protection Agency. (2017, November). Technical Fact Sheet - N-Nitroso-dimethylamine (NDMA) |
| 52. | Farrow DC, Vaughan TL, Sweeney C, et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. *Cancer Causes Control*. 2000;11(3):231-238. doi:10.1023/a:1008913828105 |
| 53. | Food and Drug Administration. (2005, March). Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, at 8 and 9. Available at https://www.fda.gov/media/71546/download |

| | |
|---|---|
| 54. | Food and Drug Administration. (2019, September 13). Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product. Available at https://www.fda.gov/media/130801/download |
| 55. | Food and Drug Administration. (2019, September 13). Statement alerting patients and health care professionals of NDMA found in samples of ranitidine. Available at https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine |
| 56. | Food and Drug Administration. (2019, October 17). Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Method for the Determination of NDMA in Ranitidine Drug Substance and Solid Dosage Drug Product. Available at https://www.fda.gov/media/131868/download |
| 57. | Food and Drug Administration. (2019, November 1). Statement on new testing results, including low levels of impurities in ranitidine drugs. Available at https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs |
| 58. | Food and Drug Administration. (2019, November 1). Laboratory analysis of ranitidine and nizatidine products. Available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine |
| 59. | Food and Drug Administration. (2020, April 1). All Ranitidine Products (Zantac): Press Release – FDA Requests Removal. Available at https://www.fda.gov/safety/medical-product-safety-information/all-ranitidine-products-zantac-press-release-fda-requests-removal |
| 60. | Food and Drug Administration. (2020, April 1). Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). Available at https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |
| 61. | Food and Drug Administration. (2020, April 1). Media Briefing on FDA's Request for the Removal of All Ranitidine Products (Zantac) from the Market [Transcript]. Available at https://www.fda.gov/media/136672/download |
| 62. | Food and Drug Administration. (2020, April 1). Response to Emery Pharma (Docket No. FDA-2020-P-0042) |
| 63. | Food and Drug Administration. (2020, April 1). Response to Valisure, LLC (Docket No. FDA-2019-P-4281) |
| 64. | Food and Drug Administration. (2020, April 16). FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). Available at |

| | |
|---|---|
| | https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine |
| 65. | Food and Drug Administration. (2020, May 21). Clinical Study to Investigate the Urinary Excretion of N-nitrosodimethylamine (NDMA) After Ranitidine Administration. Available at https://clinicaltrials.gov/ct2/show/NCT04397445 |
| 66. | Food and Drug Administration. (2021). Information about Nitrosamine Impurities in Medications. Available at https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications#nitrosamine-impurities |
| 67. | Fioretti F, Tavani A, La Vecchia C, Franceschi S. Histamine-2-receptor antagonists and oesophageal cancer. *Eur J Cancer Prev*. 1997;6(2):143-146. |
| 68. | Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA*. 2021;326(3):240-249. doi:10.1001/jama.2021.9199 |
| 69. | Franklin JM, Platt R, Dreyer NA, et al. When Can Nonrandomized Studies Support Valid Inference Regarding Effectiveness or Safety of New Medical Treatments?. *Clin Pharmacol Ther*. 2022;111(1):108-115. doi:10.1002/cpt.2255 |
| 70. | Friedman GD, Udaltsova N, Chan J, Quesenberry CP Jr, Habel LA. Screening pharmaceuticals for possible carcinogenic effects: initial positive results for drugs not previously screened. *Cancer Causes Control*. 2009;20(10):1821-1835. doi:10.1007/s10552-009-9375-2 |
| 71. | Fritschi L, Benke G, Risch HA, et al. Occupational exposure to N-nitrosamines and pesticides and risk of pancreatic cancer. *Occup Environ Med*. 2015;72(9):678-683. doi:10.1136/oemed-2014-102522 |
| 72. | Funk MJ, Landi SN. Misclassification in administrative claims data: quantifying the impact on treatment effect estimates. *Curr Epidemiol Rep*. 2014;1(4):175-185. doi:10.1007/s40471-014-0027-z |
| 73. | Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions [published correction appears in JAMA Netw Open. 2021 Jul 1;4(7):e2123189]. *JAMA Netw Open*. 2021;4(6):e2118253. Published 2021 Jun 1. doi:10.1001/jamanetworkopen.2021.18253 |
| 74. | García Rodríguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. *Gut*. 2006;55(11):1538-1544. doi:10.1136/gut.2005.086579 |

| | |
|---|---|
| 75. | Giles GG, McNeil JJ, Donnan G, et al. Dietary factors and the risk of glioma in adults: results of a case-control study in Melbourne, Australia. *Int J Cancer*. 1994;59(3):357-362. doi:10.1002/ijc.2910590311 |
| 76. | Giovannucci E, Stampfer MJ, Colditz GA, et al. A comparison of prospective and retrospective assessments of diet in the study of breast cancer. *Am J Epidemiol*. 1993;137(5):502-511. doi:10.1093/oxfordjournals.aje.a116703 |
| 77. | Gomm W, Röthlein C, Schüssel K, et al. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. *Dtsch Arztebl Int*. 2021;118(21):357-362. doi:10.3238/arztebl.m2021.0129 |
| 78. | González CA, Riboli E, Badosa J, et al. Nutritional factors and gastric cancer in Spain. *Am J Epidemiol*. 1994;139(5):466-473. doi:10.1093/oxfordjournals.aje.a117029 |
| 79. | Goodman MT, Hankin JH, Wilkens LR, Kolonel LN. High-fat foods and the risk of lung cancer. *Epidemiology*. 1992;3(4):288-299. doi:10.1097/00001648-199207000-00004 |
| 80. | Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf*. 2000;9(2):149-155. doi:10.1002/(SICI)1099-1557(200003/04)9:2<149::AID-PDS481>3.0.CO;2-1 |
| 81. | Han MA, Zeraatkar D, Guyatt GH, et al. Reduction of Red and Processed Meat Intake and Cancer Mortality and Incidence: A Systematic Review and Meta-analysis of Cohort Studies. *Ann Intern Med*. 2019;171(10):711-720. doi:10.7326/M19-0699 |
| 82. | Hicks B, Friis S, Pottegård A. Use of proton pump inhibitors and risk of pancreatic cancer. *Pharmacoepidemiol Drug Saf*. 2018;27(8):926-930. doi:10.1002/pds.4576 |
| 83. | Hidajat M, McElvenny DM, Mueller W, et al. Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. *Occup Environ Med*. 2019;76(4):259-267. doi:10.1136/oemed-2018-105182 |
| 84. | Hill AB. The Environment and Disease: association or Causation? *Proc R Soc Med*. 1965;58(5):295-300. |
| 85. | Hörnell A, Berg C, Forsum E, et al. Perspective: An Extension of the STROBE Statement for Observational Studies in Nutritional Epidemiology (STROBE-nut): Explanation and Elaboration. *Adv Nutr*. 2017;8(5):652-678. Published 2017 Sep 15. doi:10.3945/an.117.015941 |
| 86. | Holly EA, Lele C, Bracci PM, McGrath MS. Case-control study of non-Hodgkin's lymphoma among women and heterosexual men in the San Francisco Bay Area, California. *Am J Epidemiol*. 1999;150(4):375-389. doi:10.1093/oxfordjournals.aje.a010017 |

| | |
|---|---|
| 87. | Hsu CL, Chang CH, Lin JW, Wu LC, Chuang LM, Lai MS. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. *Pharmacoepidemiol Drug Saf*. 2013;22(6):632-640. doi:10.1002/pds.3441 |
| 88. | Hvid-Jensen F, Pedersen L, Drewes AM, Sørensen HT, Funch-Jensen P. Incidence of adenocarcinoma among patients with Barrett's esophagus. *N Engl J Med*. 2011;365(15):1375-1383. doi:10.1056/NEJMoa1103042 |
| 89. | International Agency for Research on Cancer. (2012). Monographs on the Evaluation of Carcinogenic Risks to Humans. A Review of Human Carcinogens. Volume 100F. |
| 90. | International Agency for Research on Cancer. (amended 2019, January). Preamble to the IARC Monographs on the Identification of Carcinogenic Hazards to Humans. Retrieved from https://monographs.iarc.fr/wp-content/uploads/2019/01/Preamble-2019.pdf |
| 91. | Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. *CA Cancer J Clin*. 2018;68(1):31-54. |
| 92. | Iwagami, M. et al. (2020). Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the Japan medical data center claims database. [ICPE abstract PO-3925] |
| 93. | Iwagami, M. et al. (2020). Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the Japan medical data center claims database. [ICPE poster PO-3925] |
| 94. | Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf*. 2021;44(3):361-371. doi:10.1007/s40264-020-01024-0 |
| 95. | Jakszyn P, Agudo A, Ibáñez R, et al. Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons. *J Nutr*. 2004;134(8):2011-2014. doi:10.1093/jn/134.8.2011 |
| 96. | Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis*. 2006;27(7):1497-1501. doi:10.1093/carcin/bgl019 |
| 97. | Jakszyn P, González CA, Luján-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into |

| | |
|---|---|
| | Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev*. 2011;20(3):555-559. doi:10.1158/1055-9965.EPI-10-0971 |
| 98. | Jakszyn PG, Allen NE, Lujan-Barroso L, et al. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. *Cancer Epidemiol Biomarkers Prev*. 2012;21(3):547-551. doi:10.1158/1055-9965.EPI-11-1181 |
| 99. | Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology*. 1996;7(4):434-436. doi:10.1097/00001648-199607000-00016 |
| 100. | Joung, K.I. et al. (2021) Use of ranitidine with potential NDMA impurities and risk of cancer: A nationwide propensity score-matched cohort study. [ICPE poster]. |
| 101. | Kamal H, Sadr-Azodi O, Engstrand L, Brusselaers N. Association Between Proton Pump Inhibitor Use and Biliary Tract Cancer Risk: A Swedish Population-Based Cohort Study. *Hepatology*. 2021;74(4):2021-2031. doi:10.1002/hep.31914 |
| 102. | Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology*. 2021;160(5):1856-1859.e5. doi:10.1053/j.gastro.2020.12.037 |
| 103. | Kastelein F, Spaander MC, Steyerberg EW, et al. Proton pump inhibitors reduce the risk of neoplastic progression in patients with Barrett's esophagus. *Clin Gastroenterol Hepatol*. 2013;11(4):382-388. doi:10.1016/j.cgh.2012.11.014 |
| 104. | Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. *Am J Clin Nutr*. 2013;97(1):135-146. doi:10.3945/ajcn.112.043885 |
| 105. | Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel)*. 2021;9(8):1071. Published 2021 Aug 20. doi:10.3390/healthcare9081071 |
| 106. | Kim Y.D. et al. (2020) Is chronic use of ranitidine associated with an increased risk of developing gastrointestinal malignancies? Digestive Disease Week. May 2, 2020. [Poster] http://scientificposters.com. |
| 107. | Kim YD, Wang J, Fass R. Is chronic use of raniditine associated with an increased risk of developing gastrointestinal malignancies? AGA Abstracts 2020;S33. |
| 108. | Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther*. 2021;54(5):606-615. doi:10.1111/apt.16464 |

| | |
|---|---|
| 109. | King FJ, Searle AD, Urquhart MW. Ranitidine – Investigations into the Root Cause for the Presence of N-Nitroso-N, N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. *Organic Process Research & Development* 2020 *24* (12), 2915-2926. DOI: 10.1021/acs.oprd.0c00462 |
| 110. | Klein EA, Thompson IM Jr, Tangen CM, et al. Vitamin E and the risk of prostate cancer: the Selenium and Vitamin E Cancer Prevention Trial (SELECT). *JAMA*. 2011;306(14):1549-1556. doi:10.1001/jama.2011.1437 |
| 111. | Kohata Y, Fujiwara Y, Watanabe T et al. Long-Term Benefits of Smoking Cessation on Gastroesophageal Reflux Disease and Health-Related Quality of Life, *PLoS ONE* 2016, 11(2):e0147860. |
| 112. | Kolata, G. (1998, May 3). Hope in the Lab: A Special Report; A Cautious Awe Greets Drugs that Eradicate Tumors in Mice. *New York Times*. https://www.nytimes.com/1998/05/03/us/hope-lab-special-report-cautious-awe-greets-drugs-that-eradicate-tumors-mice.html |
| 113. | Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. *Int J Cancer*. 1999;80(6):852-856. doi:10.1002/(sici)1097-0215(19990315)80:6<852::aid-ijc9>3.0.co;2-s |
| 114. | Krstev S, Dosemeci M, Lissowska J, Chow WH, Zatonski W, Ward MH. Occupation and risk of stomach cancer in Poland. *Occup Environ Med*. 2005;62(5):318-324. doi:10.1136/oem.2004.015883 |
| 115. | Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori [published online ahead of print, 2021 Apr 15]. *Dig Dis Sci*. 2021;10.1007/s10620-021-06972-w. doi:10.1007/s10620-021-06972-w |
| 116. | La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. *Lancet*. 1990;336(8711):355-357. doi:10.1016/0140-6736(90)91888-h |
| 117. | La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition*. 1992;8(3):177-181. |
| 118. | La Vecchia C, D'Avanzo B, Negri E, Franceschi S, Boyle P. Gastrectomy and subsequent risk of oesophageal cancer in Milan. *J Epidemiol Community Health*. 1994;48(3):310-312. doi:10.1136/jech.48.3.310 |
| 119. | La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. *Eur J Cancer Prev*. 1995;4(6):469-474. doi:10.1097/00008469-199512000-00005 |

| | |
|---|---|
| 120. | La Vecchia C, Tavani A. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. *Eur J Cancer Prev*. 2002;11(2):117-123. doi:10.1097/00008469-200204000-00002 |
| 121. | La Vecchia C, Tavani A. Studies on Cancer in Humans in Relation to the Use of Anti-Ulcer Drugs. *Predictive Value of Rodent Forestomach and Gastric Neuroendocrine Tumours in Evaluating Carcinogenic Risks to Humans : Views and Expert Opinions of an IARC Working Group, Lyon, 29 November-1 December 1999*. International Agency For Research On Cancer, World Health Organization; 2003. |
| 122. | Lacey JV Jr, Sherman ME, Hartge P, Schatzkin A, Schairer C. Medication use and risk of ovarian carcinoma: a prospective study. *Int J Cancer*. 2004;108(2):281-286. doi:10.1002/ijc.11538 |
| 123. | Lagergren J, Bergström R, Lindgren A, Nyrén O. Symptomatic gastroesophageal reflux as a risk factor for esophageal adenocarcinoma. *N Engl J Med*. 1999;340(11):825-831. doi:10.1056/NEJM199903183401101 |
| 124. | Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Proton pump inhibitors and risk of hepatocellular carcinoma: a case-control study in Taiwan. *Acta Gastroenterol Belg*. 2013;76(3):348-350. |
| 125. | Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Use of proton pump inhibitors correlates with increased risk of colorectal cancer in Taiwan. *Asia Pac J Clin Oncol*. 2013;9(2):192-193. doi:10.1111/ajco.12054 |
| 126. | Lai SW, Sung FC, Lin CL, Liao KF. Use of proton pump inhibitors correlates with increased risk of pancreatic cancer: a case-control study in Taiwan. *Kuwait Med J*. 2014:46(1), 44-8. |
| 127. | Laoveeravat P, Thavaraputta S, Vutthikraivit W, et al. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. *QJM*. 2020;113(2):100-107. doi:10.1093/qjmed/hcz234 |
| 128. | Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. *Int J Cancer*. 2006;119(4):915-919. doi:10.1002/ijc.21925 |
| 129. | Li DK, Yan P, Abou-Samra AB, Chung RT, Butt AA. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: results from ERCHIVES. *Aliment Pharmacol Ther*. 2018;47(2):246-258. doi:10.1111/apt.14391 |
| 130. | Lin HC, Hsu HY, Lin HL, Uang YS, Ho Y, Wang LH. Association Between Acid-Suppressive Agents' Use and Risk of Hepatocellular Carcinoma. *Dose Response*. |

| | |
|---|---|
| | 2020;18(2):1559325820907530. Published 2020 Apr 13. doi:10.1177/1559325820907530 |
| 131. | Lippman SM, Klein EA, Goodman PJ, et al. Effect of selenium and vitamin E on risk of prostate cancer and other cancers: the Selenium and Vitamin E Cancer Prevention Trial (SELECT). *JAMA*. 2009;301(1):39-51. doi:10.1001/jama.2008.864 |
| 132. | Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-nitrosodimethylamine. World Health Organization; 2002. |
| 133. | Liu P, McMenamin ÚC, Johnston BT, et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer*. 2020;123(2):307-315. doi:10.1038/s41416-020-0860-4 |
| 134. | Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr*. 2011;93(5):1053-1061. doi:10.3945/ajcn.111.012377 |
| 135. | Loomans-Kropp H.A. et al. (2020) Proton pump inhibitor and statin use decrease risk of esophageal adenocarcinoma among individuals with Barrett's esophagus: a seer-medicare analysis. Digestive Disease Week. May 3, 2020. [Poster] http://scientificposters.com. |
| 136. | Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2008;17(1):67-72. doi:10.1158/1055-9965.EPI-07-0765 |
| 137. | McCullough, Marjorie L. and Walter C. Willett. Chapter 19 Diet and Nutrition. |
| 138. | McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021a Apr;71(Pt A):101880. |
| 139. | McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med. 2021b;19(1):22. |
| 140. | McGwin G. The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)*. 2021;13(1):24 |
| 141. | Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. *Cancer Epidemiol Biomarkers Prev*. 2004;13(2):250-254. doi:10.1158/1055-9965.epi-03-0174 |

| | |
|---|---|
| 142. | Michaud DS, Holick CN, Batchelor TT, Giovannucci E, Hunter DJ. Prospective study of meat intake and dietary nitrates, nitrites, and nitrosamines and risk of adult glioma. *Am J Clin Nutr*. 2009;90(3):570-577. doi:10.3945/ajcn.2008.27199 |
| 143. | Miller, A. B., Choi, B. C., Howe, G. R., Burch, J. D., & Sherman, G. J. (1984). Epidemiological assessment of risk to humans from exposure to nitrosamines. IARC scientific publications, (57), 929-936. |
| 144. | Mohy-ud-din N, Mohy-ud-din GR, Syed A, Desai SM, Thakker S. Risk Cancer With Use of Ranitidine: Results Of A Cohort Study Of 65 Million US Adults. Digestive Disease Week. 2020. [Poster] |
| 145. | Mohy-un-din N, Mohy-ud-din GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. AGA Abstracts 2020;S1073. |
| 146. | Muhlhausler BS, Bloomfield FH, Gillman MW. Whole animal experiments should be more like human randomized controlled trials. *PLoS Biol*. 2013;11(2):e1001481. doi:10.1371/journal.pbio.1001481 |
| 147. | Myung SK, Kim Y, Ju W, Choi HJ, Bae WK. Effects of antioxidant supplements on cancer prevention: meta-analysis of randomized controlled trials. *Ann Oncol*. 2010;21(1):166-179. doi:10.1093/annonc/mdp286 |
| 148. | National Cancer Institute. (2021). Esophageal Cancer Prevention (PDQ) – Health Professional Version. Available at https://www.cancer.gov/types/esophageal/hp/esophageal-prevention-pdq |
| 149. | National Cancer Institute. (2022). Cancer Prevention Overview (PDQ) – Health Professional Version. Available at https://www.cancer.gov/about-cancer/causes-prevention/hp-prevention-overview-pdq |
| 150. | National Cancer Institute. Surveillance, Epidemiology, and End Results Program. (n.d.) Available at https://seer.cancer.gov/statfacts |
| 151. | Nguyen DM, Richardson P, El-Serag HB. Medications (NSAIDs, statins, proton pump inhibitors) and the risk of esophageal adenocarcinoma in patients with Barrett's esophagus. *Gastroenterology*. 2010;138(7):2260-2266. doi:10.1053/j.gastro.2010.02.045 |
| 152. | Niikura R, Hayakawa Y, Hirata Y, Yamada A, Fujishiro M, Koike K. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for *Helicobacter pylori*: a retrospective cohort analysis. *Gut*. 2018;67(10):1908-1910. doi:10.1136/gutjnl-2017-315710 |
| 153. | Nørgaard M. (2020) Use of ranitidine and risk of bladder cancer. [ICPE abstract PO-4168] |

| | |
|---|---|
| 154. | Nørgaard M. (2020) Use of ranitidine and risk of bladder cancer. [ICPE poster PO-4168] |
| 155. | Nørgaard M, Andersen IT, Heide-Jørgensen U, et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev*. 2022;31(1):45-50. doi:10.1158/1055-9965.EPI-21-0737 |
| 156. | Oh H, Lee DH, Giovannucci EL, Keum N. Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. *Cancer Causes Control*. 2020;31(4):383-391. doi:10.1007/s10552-020-01274-4 |
| 157. | Palli D, Russo A, Decarli A. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. *Cancer Causes Control*. 2001;12(2):163-172. doi:10.1023/a:1008970310963 |
| 158. | Pandeya N, Webb PM, Sadeghi S, Green AC, Whiteman DC; Australian Cancer Study. Gastro-oesophageal reflux symptoms and the risks of oesophageal cancer: are the effects modified by smoking, NSAIDs or acid suppressants?. *Gut*. 2010;59(1):31-38. doi:10.1136/gut.2009.190827 |
| 159. | Peng YC, Lin CL, Hsu WY, et al. Association Between Cholangiocarcinoma and Proton Pump Inhibitors Use: A Nested Case-Control Study. *Front Pharmacol*. 2018;9:718. Published 2018 Jul 3. doi:10.3389/fphar.2018.00718 |
| 160. | Peng YC, Lin CL, Hsu WY, et al. Proton Pump Inhibitor Use is Associated With Risk of Pancreatic Cancer: A Nested Case-Control Study. *Dose Response*. 2018;16(4):1559325818803283. Published 2018 Oct 1. doi:10.1177/1559325818803283 |
| 161. | Peng YC, Huang LR, Lin CL, et al. Association between proton pump inhibitors use and risk of gastric cancer in patients with GERD. *Gut*. 2019;68(2):374-376. doi:10.1136/gutjnl-2018-316057 |
| 162. | Penston JG. 10. Medical Events Occurring in Patients with Duodenal Ulcer Disease during Maintenance Treatment with Ranitidine, *Scandinavian J Gastroenterology*, 1990;25:sup177, 87-97, DOI: 10.3109/00365529009094501 |
| 163. | Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. *Eur J Epidemiol*. 1995;11(1):67-73. doi:10.1007/BF01719947 |
| 164. | Pottegård A, Friis S, Christensen Rd, Habel LA, Gagne JJ, Hallas J. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. *EBioMedicine*. 2016;7:73-79. doi:10.1016/j.ebiom.2016.03.018 |
| 165. | Pottegård A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: |

| | |
|---|---|
| | Danish nationwide cohort study. *BMJ*. 2018;362:k3851. Published 2018 Sep 12. doi:10.1136/bmj.k3851 |
| 166. | Pottegård A, Friis S, Stürmer T, Hallas J, Bahmanyar S. Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations. *Basic Clin Pharmacol Toxicol*. 2018;122(5):451-459. doi:10.1111/bcpt.12946 |
| 167. | Poulsen AH, Christensen S, McLaughlin JK, et al. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. *Br J Cancer*. 2009;100(9):1503-1507. doi:10.1038/sj.bjc.6605024 |
| 168. | Risch HA, Jain M, Choi NW, et al. Dietary factors and the incidence of cancer of the stomach. *Am J Epidemiol*. 1985;122(6):947-959. doi:10.1093/oxfordjournals.aje.a114199 |
| 169. | Robertson DJ, Burke CA, Schwender BJ, et al. Histamine receptor antagonists and incident colorectal adenomas. *Aliment Pharmacol Ther*. 2005;22(2):123-128. doi:10.1111/j.1365-2036.2005.02529.x |
| 170. | Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. *Cancer Epidemiol Biomarkers Prev*. 1995;4(1):29-36. |
| 171. | Rossing MA, Scholes D, Cushing-Haugen KL, Voigt LF. Cimetidine use and risk of prostate and breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2000;9(3):319-323. |
| 172. | Rothwell PM, Wilson M, Elwin CE, Norrving B, Algra A, Warlow CP, et al. Long-term effect of aspirin on colorectal cancer incidence and mortality: 20-year follow-up of five randomised trials. Lancet. 2010;376:1741–50. doi: 10.1016/S0140-6736(10)61543-7 |
| 173. | Rubenstein JH, Taylor JB. Meta-analysis: the association of oesophageal adenocarcinoma with symptoms of gastro-oesophageal reflux. *Aliment Pharmacol Ther*. 2010;32(10):1222-1227. doi:10.1111/j.1365-2036.2010.04471.x |
| 174. | Saginala K, Barsouk A, Aluru JS, Rawla P, Padala SA, Barsouk A. Epidemiology of Bladder Cancer. *Med Sci (Basel)*. 2020;8(1):15. Published 2020 Mar 13. doi:10.3390/medsci8010015 |
| 175. | Samet JM, Chiu WA, Cogliano V, et al. The IARC Monographs: Updated Procedures for Modern and Transparent Evidence Synthesis in Cancer Hazard Identification. *J Natl Cancer Inst*. 2020;112(1):30-37. doi:10.1093/jnci/djz169 |
| 176. | Sanghi V. et al. (2020) Do proton pump inhibitors decrease the risk of respiratory tract cancers in patients with Barrett’s Esophagus? Digestive Disease Week. May 2, 2020. [Poster] http://scientificposters.com. |

| | |
|---|---|
| 177. | Satija A, Yu E, Willett WC, Hu FB. Understanding nutritional epidemiology and its role in policy. *Adv Nutr*. 2015;6(1):5-18. Published 2015 Jan 15. doi:10.3945/an.114.007492 |
| 178. | Schumacher MC, Jick SS, Jick H, Feld AD. Cimetidine use and gastric cancer. *Epidemiology*. 1990;1(3):251-254. doi:10.1097/00001648-199005000-00012 |
| 179. | Scott D, Reuben M, Zampighi G, Sachs G. Cell isolation and genotoxicity assessment in gastric mucosa. *Dig Dis Sci*. 1990;35(10):1217-1225. doi:10.1007/BF01536410 |
| 180. | Sendor R, Stürmer T. Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators. *Pharmacoepidemiol Drug Saf*. 2022;31(3):261-269. doi:10.1002/pds.5407 |
| 181. | Seo SI, Park CH, You SC, et al. Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea. *Gut*. 2021;70(11):2066-2075. doi:10.1136/gutjnl-2020-323845 |
| 182. | Shao YJ, Chan TS, Tsai K, Wu SY. Association between proton pump inhibitors and the risk of hepatocellular carcinoma. *Aliment Pharmacol Ther*. 2018;48(4):460-468. doi:10.1111/apt.14835 |
| 183. | Shin GY, Park JM, Hong J, Cho YK, Yim HW, Choi MG. Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study. *Am J Gastroenterol*. 2021;116(6):1211-1219. doi:10.14309/ajg.0000000000001167 |
| 184. | Singh S, Garg SK, Singh PP, Iyer PG, El-Serag HB. Acid-suppressive medications and risk of oesophageal adenocarcinoma in patients with Barrett's oesophagus: a systematic review and meta-analysis. *Gut*. 2014;63(8):1229-1237. doi:10.1136/gutjnl-2013-305997 |
| 185. | Slimani N, Kaaks R, Ferrari P, et al. European Prospective Investigation into Cancer and Nutrition (EPIC) calibration study: rationale, design and population characteristics. *Public Health Nutr*. 2002;5(6B):1125-1145. doi:10.1079/PHN2002395 |
| 186. | Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. *Eur J Clin Pharmacol*. 2020;76(10):1437-1456. doi:10.1007/s00228-020-02927-8 |
| 187. | Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients*. 2015;7(12):9872-9895. Published 2015 Dec 1. doi:10.3390/nu7125505 |
| 188. | Straif K, Weiland SK, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med*. 2000;57(3):180-187. doi:10.1136/oem.57.3.180 |

| | |
|---|---|
| 189. | Støer NC, Botteri E, Thoresen GH, et al. Drug Use and Cancer Risk: A Drug-Wide Association Study (DWAS) in Norway. *Cancer Epidemiol Biomarkers Prev*. 2021;30(4):682-689. doi:10.1158/1055-9965.EPI-20-1028 |
| 190. | Suleiman UL, Harrison M, Britton A, McPherson K, Bates T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. *Eur J Cancer Prev*. 2000;9(3):185-191. |
| 191. | Tamim H, Duranceau A, Chen LQ, Lelorier J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. *Drug Saf*. 2008;31(8):675-684. doi:10.2165/00002018-200831080-00004 |
| 192. | Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. *Aliment Pharmacol Ther*. 2018;48(4):469-477. doi:10.1111/apt.14895 |
| 193. | Thota PN, Hajifathalian K, Benjamin T, Runkana A, Lopez R, Sanaka MR. Lack of incremental effect of histamine receptor antagonists over proton pump inhibitors on the risk of neoplastic progression in patients with Barrett's esophagus: a cohort study. *J Dig Dis*. 2017;18(3):143-150. doi:10.1111/1751-2980.12457 |
| 194. | Thun MJ, Henley J, Patrono C. Nonsteroidal anti-inflammatory drugs as anticancer agents: mechanistic, pharmacologic, and clinical issues. J Natl Cancer Inst. 2002;94:252–266 |
| 195. | Tran KT, McMenamin ÚC, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther*. 2018;48(1):55-64. doi:10.1111/apt.14796 |
| 196. | Valisure. (2019, September 9). Valisure Citizen Petition on Ranitidine (Docket No. FDA-2019-P-4281). |
| 197. | van Soest EM, van Rossum LG, Dieleman JP, et al. Proton pump inhibitors and the risk of colorectal cancer. *Am J Gastroenterol*. 2008;103(4):966-973. doi:10.1111/j.1572-0241.2007.01665.x |
| 198. | Velicer CM, Dublin S, White E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. *Ann Epidemiol*. 2006;16(12):895-900. doi:10.1016/j.annepidem.2006.03.003 |
| 199. | Wang SM, Katki HA, Graubard BI, et al. Population Attributable Risks of Subtypes of Esophageal and Gastric Cancers in the United States. *Am J Gastroenterol*. 2021;116(9):1844-1852. doi:10.14309/ajg.0000000000001355 |
| 200. | Wasserstein RL, Schirm AL, Lazar NA. Moving to a World Beyond “p < 0.05”. *Am Stat*. 2019;73:1-19. |

| | |
|---|---|
| 201. | Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. *Br J Cancer*. 2017;116(9):1234-1238. doi:10.1038/bjc.2017.84 |
| 202. | Whiteman DC, Sadeghi S, Pandeya N, et al. Combined effects of obesity, acid reflux and smoking on the risk of adenocarcinomas of the oesophagus. *Gut*. 2008;57(2):173-180. doi:10.1136/gut.2007.131375 |
| 203. | Whiteman DC, Parmar P, Fahey P, et al. Association of Helicobacter pylori infection with reduced risk for esophageal cancer is independent of environmental and genetic modifiers. *Gastroenterology*. 2010;139(1):73-e12. doi:10.1053/j.gastro.2010.04.009 |
| 204. | World Cancer Research Fund/American Institute for Cancer Research. Summary of Third Expert Report. 2018. |
| 205. | Wu AH, Tseng CC, Bernstein L. Hiatal hernia, reflux symptoms, body size, and risk of esophageal and gastric adenocarcinoma. *Cancer*. 2003;98(5):940-948. doi:10.1002/cncr.11568 |
| 206. | Xie Y, Bowe B, Yan Y, Xian H, Li T, Al-Aly Z. Estimates of all cause mortality and cause specific mortality associated with proton pump inhibitors among US veterans: cohort study. *BMJ*. 2019;365:l1580. Published 2019 May 29. doi:10.1136/bmj.l1580 |
| 207. | Yang K, Fan K, Lia M, Edelmann W, Augenlicht LH, Lubet R, Kopelovich L, Kucherlapati R, Lipkin M. Sulindac Increases Tumor Development in the Colon of Mice with Mlh1 +/− Mutation. Proc AACR. 2001;42:1423. |
| 208. | Yang YX, Hennessy S, Propert K, Hwang WT, Sedarat A, Lewis JD. Chronic proton pump inhibitor therapy and the risk of colorectal cancer. *Gastroenterology*. 2007;133(3):748-754. doi:10.1053/j.gastro.2007.06.022 |
| 209. | Ye W, Chow WH, Lagergren J, Yin L, Nyrén O. Risk of adenocarcinomas of the esophagus and gastric cardia in patients with gastroesophageal reflux diseases and after antireflux surgery. *Gastroenterology*. 2001;121(6):1286-1293. doi:10.1053/gast.2001.29569 |
| 210. | Yood, M.U., Campbell, U. B., Rothman, K. J., et al. (2007). Using prescription claims data for drugs available over-the-counter (OTC). *Pharmacoepidemiology and Drug Safety, 16*(9), 961–968. https://doi.org/10.1002/pds.1454 |
| 211. | Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med*. 2021;10(1):153. Published 2021 Jan 5. doi:10.3390/jcm10010153 |

| | |
|---|---|
| 212. | Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine [retracted in: Carcinogenesis. 2021 Jul 16;42(7):1008]. *Carcinogenesis*. 2016;37(6):625-634. doi:10.1093/carcin/bgw034 |
| 213. | Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis*. 2019;40(2):254-262. doi:10.1093/carcin/bgy169 |
| 214. | Zheng J, Daniel CR, Hatia RI, et al. Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study. *Hepatology*. 2021;74(6):3161-3173. doi:10.1002/hep.32046 |
| 215. | Zhu Y, Wang PP, Zhao J, et al. Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada. *Br J Nutr*. 2014;111(6):1109-1117. doi:10.1017/S0007114513003462 |


**Other Materials**

| | |
|---|---|
| 216. | Deposition of Lior Braunstein (October 25, 2021) |
| 217. | Expert report of Dr. Salmon (January 24, 2022) |
| 218. | Expert report of Dr. McTiernan (January 24, 2022) |
| 219. | Expert report of Dr. Najafi (January 24, 2022) |
| 220. | Expert report of Dr. Panigraphy (January 24, 2022) |
| 221. | Expert report of Dr. Moorman (January 24, 2022) |

# EXHIBIT

# 20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# Report of Michael F. Vaezi, MD, PhD, MSc

Date: March 7, 2022

Michael F. Vaezi, MD, PhD, MSc

05/12/2022 D. Moore
Vaezi Exhibit
6283

**Michael F. Vaezi, MD, PhD, MSc**
Professor of Medicine and Otolaryngology
Associate Chief and Clinical Director
Division of Gastroenterology, Hepatology, and Nutrition
Directory of Clinical Research and Center for Swallowing and Esophageal Diseases
Vanderbilt University Medical Center

## I. SUMMARY OF OPINIONS:

I have been retained to provide an expert opinion on behalf of the Defendants on the current evidence regarding the clinical benefits of ranitidine and the epidemiological evidence on the purported association between ranitidine and cancer. It is my opinion that (1) ranitidine is a safe and effective medication that was used clinically by gastroenterologists for decades to provide benefit to patients with acid-peptic disorders, and (2) the epidemiological evidence does not support a reliable association or causal relationship between ranitidine and any type of cancer, including gastric, esophageal, liver, pancreatic, and bladder cancer. In reaching these opinions, I have relied upon my experience, training, research, and a review of available medical and scientific literature, as well as other materials included in Exhibit B. I hold all of my opinions to a reasonable degree of medical and scientific certainty. I reserve the right to supplement, modify, or amend my opinions upon receipt of additional information.

## II. QUALIFICATIONS:

Please see my full *Curriculum Vitae* for details (Exhibit A). I am an expert in esophageal diseases with a major interest in clinical research in gastroesophageal reflux disease (GERD) (diagnosis and treatment), esophageal motility disorders, as well as swallowing difficulties. My detailed qualifications are highlighted below and enumerated in my *Curriculum Vitae*. In brief, I have a PhD in bio-organic chemistry and an MD degree from the University of Alabama at Birmingham School of Medicine. I received a Masters of Epidemiology (MSc) degree from Case Western Reserve University.

I served as a faculty member in the Department of Gastroenterology at the Cleveland Clinic Foundation for nine years and am currently the Associate Chief and the Clinical Director of the Division of Gastroenterology, Hepatology and Nutrition at Vanderbilt University Medical Center. I am also the Director of the Center for Esophageal and Motility Center as well as Director of Clinical Research at Vanderbilt. I have been involved in clinical research in esophageal diseases for the past 30 years. I am involved in the conduct of many esophageal research projects including pathophysiologic understanding of GERD, esophageal motility disorders and eosinophilic esophagitis as well as improving diagnostic strategies and treatment options for those with the above conditions. My clinical practice is solely based on care of those with esophageal issues. I direct the clinical research of the Division which encompasses more than 130 different research projects. My expertise is recognized nationally and internationally. I have trained many academic esophageal experts as well as trained over 60 students, residents and fellows over the course of my career. I educate physicians across the globe on how to best diagnose and treat various esophageal disease and have published more than 175 peer reviewed manuscripts, over 120 invited publications and over 150 abstracts at national meetings. I have published several guidelines on the diagnosis and management of esophageal diseases, including American Gastroenterology Association (AGA) guidelines on GERD and American College of Gastroenterology (ACG) and International Society for Disease of the Esophagus (ISDE) guidelines on achalasia, an esophageal motility disorder.

I am the past Chair of the Esophageal, Gastric and Duodenal section of the American Gastroenterological Association (AGA) Council, and I am currently a member of the AGA Research Council. I am an Associate Editor for *Gastroenterology*, the premiere journal in the specialty, where I am responsible for managing many articles submitting for publication. I am also the senior author of the invited review recently published in our highest impact journal, *Gastroenterology,* critically examining the purported chronic complications associated with PPI therapy. I have served on National Institutes of Health grant review panels assessing NIH submitted grants focused on esophageal diseases. Because of my expertise, I have been asked by our national society, the AGA, to educate gastroenterologists on the role of acid suppressive therapies in GERD and their purported associations with various outcomes.

## III. CLINICAL USE AND BENEFITS OF RANITIDINE THERAPY:

Clinical medicine and therapeutic recommendations must balance between important issues of benefit versus harm. Any discussion of potential risk must be balanced by why patients are treated with H2-receptor antagonists (H2RAs) and more specifically with ranitidine.

Historically, the field of acid suppressive therapy has had two major breakthroughs since the 1970's leading to better outcomes for patients with peptic ulcer disease (PUD) and gastroesophageal reflux disease (GERD): 1) introduction of H2RAs in the 70's/early 80's and then 2) introduction of proton pump inhibitors (PPIs) in the early 90's. I will focus my discussion on the risk benefit profile of H2RAs.

Prior to the widespread adoption of H2RAs as therapeutic agents for GERD and peptic ulcer disease (PUD), the most commonly employed treatments included less efficacious strategies of lifestyle modification (avoidance of trigger foods), and coating agents such sucralfate (Carafate). Their suboptimal therapeutic benefit was highlighted by high rates of gastric surgeries for peptic ulcer disease during which patients would have to lose a portion of their stomach because gastric or duodenal ulcers were not healing. Patients often underwent surgical antrectomy with three different anastomoses to reduce acid; these included 1) Billroth-I operation in which the pylorus is removed and the distal stomach is subsequently anastomosed directly to the duodenum; 2) Billroth-II operation in which gastric antrum is removed and anastomosed to a proximal jejunum; and/or 3) Roux-en-Y surgery, in which the anastomosis is further down the jejunum. Thus, patients with PUD often had open operations with high morbidity to help manage their acid related diseases. The introduction of H2RAs to the market revolutionized the treatment of PUD, shifting the treatment from an invasive surgical procedure to a tolerable and effective oral medication. These operations are now rarely performed due to the effectiveness of H2RA and PPI therapy in healing gastroduodenal ulcers. For patients with Zollinger Ellison (ZE) syndrome, who produce more acid in the stomach than usual, the need for total removal of the stomach (gastrectomy) was replaced by using acid suppressive therapy such as H2RAs and subsequently PPIs. This has now eliminated the need for surgical intervention and patients do well by just taking their medication (Metz et al 1993). Similarly, the rate of gastric fundoplication has declined over the years due to availability of better acid suppressive agents.

H2RAs are among the most commonly prescribed medicines for gastroesophageal reflux disease, peptic ulcer disease, and other acid-peptic conditions. The first prescription H2RA used in the U.S. was cimetidine (Tagamet) which was marketed in 1977. Other H2RAs were then released and approved in the U.S., including ranitidine (Zantac; approved in 1983), followed by famotidine (Pepcid; approved in 1986) and nizatidine (Axid; approved in 1988). All of the H2RAs were approved for over-the-counter (OTC) use in the mid-1990s, including ranitidine in 1995.

H2RAs block the action of histamine at the H2 receptor of the parietal cells in the stomach (**Figure 1**). This results in a decrease in production of stomach acid which is a known aggressive agent in causing PUD and GERD. H2RAs are employed for different acid-related conditions (**Table 1**). Gastric acid has an important role in the pathogenesis of PUD as well as GERD. Successful suppression of gastric acidity reduces the injurious potential of acid and pepsin in causing mucosal injury and allows healing of previously developed ulcerations in the esophagus and/or stomach. Gastric pH, typically less than 2, is maintained at pH 5 or above for 4-6 hours with ranitidine, resulting in its clinical efficacy.

**Figure 1. Mechanism of action of H2RAs.**




**Table 1. Common uses of H2RA.**

- Peptic Ulcer Disease (PUD) (gastric and duodenal ulcer) healing and maintenance
- Gastroesophageal Reflux Disease (GERD)
- Heartburn
- Dyspepsia
- Gastric hypersecretion
- Prevention of stress and drug-induced ulcers and gastrointestinal bleeding

U.S. Food and Drug Administration (FDA)-approved indications for prescription ranitidine include treatment for duodenal and gastric ulcers (active ulcers and maintenance therapy), GERD and erosive esophagitis, and pathological hypersecretory conditions such as Zollinger-Ellison syndrome and systemic mastocytosis (Zantac Tablets Prescribing Information 2018). Prescription ranitidine was available in several dosage forms, including tablets, capsules, syrup, and injection. Although the exact dosing regimens vary by indication, standard short-term oral doses were usually 300-600 mg/day and maintenance doses were 150-300 mg/day. Indications for OTC ranitidine include prevention and treatment of heartburn associated with acid indigestion and sour stomach (Zantac OTC Consumer Package Insert 2019). OTC ranitidine was available in 75mg and 150mg tablets and the recommended dosage was 1-2 tablets per day. OTC ranitidine was indicated for short-term use only unless further follow-up with a physician, with the OTC packaging

stating patients should “stop use and ask a doctor if you need to take this product for more than 14 days.”

Over a hundred studies have been conducted on the clinical benefit of ranitidine in patients with acid-peptic disorders; below I will review a select few examples of these studies.

***Peptic ulcer disease (PUD)*** is a condition in which painful sores develop on the inside lining of your stomach (***gastric ulcer***) or upper portion of your small intestine (***duodenal ulcer***). The most common causes of PUD are *Helicobacter pylori* (*H. pylori*) infection and use of non-steroidal anti-inflammatory drugs (NSAIDs). The recommended ranitidine dosing for active peptic ulcers is 150mg twice daily or 300mg once daily and most patients heal within 4-8 weeks (Zantac Tablets Prescribing Information 2018). A reduced dosage of 150 mg at bedtime is recommended for maintenance therapy for PUD after healing of active ulcers.

In a double-blind randomized trial, Lee et al (1986) administered ranitidine 300mg at bedtime or 150mg twice daily to 424 patients with ***duodenal ulcer (DU)***. The investigators reported 78% and 83% healing rates at four weeks, respectively, and 97% healing rate at eight weeks. Another study by Lee et al (1983) reported that the 8 week DU healing rate was significantly greater for patients treated with ranitidine 300mg daily (98%) compared to cimetidine 1000mg daily (86%). Alcala Santaella et al (1989) showed 4- and 6-week healing rate of 77% and 96%, respectively, in 67 patients with duodenal ulcers treated with ranitidine 300mg taken at night, which was similar to the healing rates for famotidine 40mg. A recent network meta-analysis of randomized controlled trials (RCTs) reported ranitidine 300mg/day was significantly more efficacious than famotidine 40mg/day and placebo in the DU healing rate at 4 weeks (Zhang et al 2019).

Naccaratto et al (1987) conducted a multicenter randomized double-blind study assessing efficacy of ranitidine (300mg) and nizatidine (300mg) in 252 patients with ***gastric ulcers***. The healing rates for gastric ulcers were 65-66% and 87-90% for nizatidine and 66% and 87% for ranitidine at 4- and 8-weeks, respectively. They concluded that both agents were “safe and effective… in the treatment of benign gastric ulceration.” A placebo controlled double blind study by Schulz et al (1984) showed gastric ulcer healing rate of only 20% with placebo versus 88% with ranitidine (150mg twice daily) at 6-weeks.

During a 12-month maintenance trial in patients with healed DU, Walt et al (1984) showed that 150mg ranitidine at night resulted in ***maintenance of DU healing*** in 75% of patients at 12-months. The authors reported no side effects during this time period. Analyzing results from 14 centers, Silvis et al (1985) showed maintenance of duodenal healing at 12-months of 84% for patients treated with ranitidine 150mg compared to only 57% healing with 400mg of cimetidine. Similarly, Gough et al (1984) compared maintenance of healing for ranitidine and cimetidine at 12-months showing duodenal ulcer relapse rate of only 23% compared to 37%, respectively. Liedberg et al (1985) reported maintenance of peptic ulcer (both gastric and duodenal ulcer) healing at 12-months in 84% of patients treated with ranitidine compared to 28% with placebo.

***GERD*** is one of the most common conditions affecting up to 30% of the US population. GERD results when stomach acid frequently flows backward into the esophagus, leading to symptoms of heartburn and regurgitation, as well as other symptoms such as chronic cough, laryngitis, worsening asthma symptoms and sinusitis. Chronic untreated GERD can lead to erosive esophagitis (inflammation and damage of the esophagus), Barrett’s esophagus (a precancerous condition of the esophagus), and esophageal adenocarcinoma (a type of esophageal cancer).

H2RAs, including ranitidine, have remained the cornerstone of therapy for patients with this chronic quality of life altering condition. Many studies in the 1980s and 1990s have shown the efficacy of ranitidine in healing esophagitis and improving GERD symptoms in patients with reflux. For example, a multicenter randomized controlled study (Halvorsen et al 1989) of 336 patients with erosive esophagitis compared the endoscopic healing rate of ranitidine 150mg twice daily to 300mg once at bedtime. The study showed that at 12 weeks, 89% and 88% of patients, respectively, had healing or improvement of endoscopic esophagitis. The endoscopic improvement was paralleled by improvement in patients' GERD symptoms. A randomized, placebo-controlled study of 590 patients with GERD demonstrated treatment with ranitidine 150mg twice daily rapidly reduced the frequency and severity of heartburn symptoms, improved quality of life scores, and diminished the need for rescue antacid use (Rush et al 1995). The recommended ranitidine dosage is 150 mg four times a day for healing of erosive esophagitis (8-12 weeks) and 150 mg twice a day for maintenance of healing of erosive esophagitis and for GERD treatment (Zantac Tablets Prescribing Information 2018).

In addition to being a hallmark symptom of GERD, ***heartburn*** may also occur due to other gastroesophageal conditions or sporadically due to certain triggers, such as smoking and consumption of acidic foods and beverages. Ranitidine has shown to be effective in treating and preventing heartburn in several studies at both prescription and OTC doses. For example, Pappa et al (1999; 1999a) demonstrated superior, rapid relief and prevention of heartburn symptoms with low dose ranitidine (75mg) compared to placebo.

***Dyspepsia***, a condition characterized by upper abdominal symptoms that might include pain, indigestion, or feeling of fullness, is a common condition encountered by primary care physicians and gastroenterologists. Several randomized controlled studies have shown beneficial effects of ranitidine in treating dyspepsia compared to placebo (Hadi et al 1989; Saunders et al 1986; Muller et al 1994).

Patients with ***Zollinger-Ellison (ZE) syndrome***, a rare disorder characterized by the development of gastrinomas (a type of tumor) that cause the stomach to secrete excess levels of acid (gastric acid hypersecretion), have also benefited from the use of H2RAs. Bonfils et al (1981) showed the effectiveness of ranitidine in treating patients with ZE. Prior to this study, cimetidine was shown to be 80% effective but had antiandrogenic side effects which were not an issue with the use of ranitidine. Thus, ranitidine (and subsequently famotidine) became the standard of care until PPI therapy became available in the early 90's. Prior to the availability of H2RAs, stomach surgery was the only effective therapy for controlling acid hypersecretion in ZE. The recommended ranitidine dosage for ZE and other pathological hypersecretory conditions is 150 mg twice daily, although some patients with severe disease require higher doses (Zantac Tablets Prescribing Information 2018). Treatment of hypersecretory conditions such ZE has allowed patients with this condition to enjoy a better quality of life than they could prior to acid suppressive therapy.

Critically ill patients admitted to the intensive care units (ICUs) are at increased risk of ***gastrointestinal bleeding from stress ulcers***. The incidence of GI bleeding in this group has dramatically decreased over the past few decades due to many factors, including better acid suppressive therapies. H2RAs have been shown to decrease the risk of GI bleeding from stress ulcers. Zhou et al (2019) conducted a meta-analysis of 29 randomized controlled trials and concluded that both PPIs and H2RAs are associated with a reduced incidence of GI bleeding in stress ulcer prophylaxis. MacLaren et al (2014) studied 35,312 patients requiring mechanical ventilation, showing less frequent GI hemorrhage in patients receiving H2RAs than PPIs. Metz et al (1993a) conducted a prospective multicenter randomized double-blind placebo-controlled study

in 10 ICUs in the US evaluating the efficacy of ranitidine versus placebo and showed GI bleeding in 19% of patients on placebo and only 3% of those on ranitidine. Burgess et al (1995) showed a significantly higher rate of GI bleeding in patients in the ICU due to head injury who were on placebo, as compared to those on ranitidine. Ranitidine has also been used to prevent and treat ***drug-induced peptic ulcers and gastrointestinal bleeding*** from the use of NSAIDs, such as aspirin and ibuprofen.

***It is well-established that H2RA therapy, including ranitidine, is beneficial in many acid-peptic conditions based on high quality randomized controlled studies and has helped gastroenterologists and other clinicians manage diseases that significantly impact patient quality of life and outcomes***.

H2RAs are well tolerated and have a long-standing safety profile, supporting their use as OTC medications. The process of approving prescription medications for OTC status ("Rx-to-OTC switch") is relatively uncommon and hallmarks of this process include demonstrated safety of the medication and a favorable risk-benefit profile (FDA 2016). The FDA only allows a drug to receive OTC status if it can be used safely and effectively without professional guidance. If a drug cannot be used safely without professional supervision it must remain by prescription only; examples include medications that are habit-forming, have too great a potential for harmful or toxic effects, or are for medical conditions that can't be readily self-diagnosed.

Rare adverse reactions of H2RAs include flatulence, headache, diarrhea, abdominal pain and nausea, which are often self-limiting or can be addressed by switching to a different agent. In a review on the safety of ranitidine including data from 189 controlled clinical trials of more than 26,000 patients that received ranitidine daily for ≥4 weeks, the incidence and pattern of adverse events (AEs) were similar in those receiving ranitidine and placebo, and there were no dose-response relationships (Mills et al 1997). An adverse event is "defined as any untoward clinical event experienced by a patient in association with the study drug treatment, independent of any attributable causality". The most frequently reported AEs in clinical trials of ranitidine were headache, upper respiratory tract infection, nausea/vomiting, abdominal pain, diarrhea, and dizziness/giddiness, with higher incidences typically reported in placebo groups. The incidence of serious adverse events was low and slightly higher among those receiving placebo (1.97%) than ranitidine (1.65%). A recent network meta-analysis of RCTs also reported there was no significant differences in the incidence of adverse events between ranitidine, famotidine, PPIs, and placebo after 4 weeks of treatment for duodenal ulcer (Zhang et al 2019).

Although first on the market, cimetidine was quickly replaced by ranitidine as the preferred H2RA due to cimetidine's antiandrogenic side effects, potential for drug-drug interactions due to its inhibition of cytochrome P450 enzymes, and more frequent dosing (up to 4 times a day). Within five years of its approval, ranitidine became the most prescribed H2RA in the U.S. in 1988 and has remained the most used H2RA through 2018 (Tomita et al 1989; Kaufman et al 2002; Kantor et al 2015; Kane 2021). Using data from the Slone Epidemiology Unit on prescription and OTC medication use, Kaufman et al (2002) reported ranitidine was the most commonly used acid suppressive agent in 1998-1999 with a prevalence of 2.2% among U.S. adults and ranked #20 for overall drugs. Kantor et al (2015) reported the prevalence of prescription ranitidine use in U.S. adults increased from 1.2% in 1999 to 2.1% in 2012. In 2018, two H2RAs and five PPIs were on the top 300 prescription drug list – omeprazole (#8), pantoprazole (#18), ranitidine (#40), esomeprazole (#105), famotidine (#115), lansoprazole (#217), and dexlansoprazole (#221) (Kane 2021). The number of annual ranitidine prescriptions sold in the U.S. in both 1988 and 2018 was approximately 18 million (Tomita et al 1989; Kane 2021).

As part of my clinical practice over the past 30 years, I have regularly treated patients for acid-peptic conditions with H2RAs, and specifically ranitidine. Although superior efficacy was subsequently demonstrated with the class of PPIs, the value of ranitidine and H2RAs as a class has not been diminished. One of the foremost appeals of H2RAs is their use as an on-demand therapy with an onset of action of 30-60 minutes after administration. Their rapid effect on GERD and heartburn symptoms makes them a preferred choice for many clinicians and patients. In contrast, PPIs are not intended for immediate relief and may take 1-4 days for their full effect. Gastroenterologists must determine the most appropriate treatment strategy for a particular patient in treating acid-peptic disorders. If pharmacological management is indicated, it is important that clinicians have a variety of interventions in their armamentarium. The treatment decision for acid-peptic disorders is highly patient-specific, encompassing individual physiological differences, varying clinical presentations, hypersensitivities, and dosing, cost, and compliance concerns. Not all patients will present in the same way and the etiology of disease can be extremely varied. Further, not all patients will respond in the same way to the same treatment as evidenced by scientific research as well as my own clinical practice. Lastly, a combination of medications is often used over a treatment course, sometimes starting with H2RAs and using "step-up" therapy to PPIs, or starting with PPIs and using "step-down" therapy to H2RAs.

***As discussed fully below, there is no reliable evidence that clinical use of ranitidine causes cancer of any type. The safety, tolerability, and efficacy of ranitidine has been consistently demonstrated over the past 4 decades, including its ensuing approval for OTC use. Accordingly, it has been one of the most commonly used drugs in the U.S. since its initial approval. <u>It is my opinion, to a reasonable degree of medical and scientific certainty, that ranitidine is a safe and effective medication that was used clinically by gastroenterologists for decades to provide benefit to patients with acid-peptic disorders.</u>***

## IV. RANITIDINE USE AND POTENTIAL N-NITROSODIMETHYLAMINE (NDMA) EXPOSURE:

### A. *Ranitidine and Potential NDMA formed as an Exogenous Impurity in the Product.*

N-nitrosodimethylamine (NDMA) belongs to a class of compounds known as nitrosamines and is commonly found in the environment, including in food (e.g., smoked or cured meats and fish), beverages (e.g., drinking water and alcohol), consumer products (e.g., toiletries and cosmetics), cigarette smoke, certain occupational workplaces (e.g., rubber and pesticide manufacturing plants), and in nature (e.g., water, air, soil) (EPA 2017). NDMA and other nitrosamines have also recently been found as an impurity in several medications. This discovery was first made in 2018 in the medication valsartan, a drug used to treat high blood pressure and heart failure, and has subsequently been found in other angiotensin II receptor blocker (ARB) drugs (losartan and irbesartan), H2RAs (ranitidine and nizatidine), and medications used for diabetes (metformin), tuberculosis (rifampin and rifapentine), and smoking cessation (varenicline) (FDA 2021). Investigations into the potential contamination of nitrosamines in other medications are ongoing.

In September 2019, the FDA announced that NDMA was found in some samples of ranitidine (FDA 2019). The NDMA levels reported varied; some below and some above the FDA's acceptable daily intake limit of 96 ng/day. The range of NDMA levels reported in 180 samples tested by the FDA was 4-891 ng/300 mg dose of ranitidine (FDA 2019a; FDA Response to Valisure Citizen Petition 2020). To put these values in perspective of dietary intake, a recent U.S. study reported a mean dietary NDMA intake of 1,070 ng/day with a range of 100-19,680 ng/day (based on a 2,000 kcal daily diet) (Zheng et al 2021). Subsequent to several recalls initiated by the manufacturers, the FDA requested a voluntary market withdrawal of all ranitidine products in the U.S. in April 2020 as the NDMA impurity in some ranitidine products was found to increase

over time and when stored at higher temperatures. The FDA's action to voluntary withdraw ranitidine from the market was in part taken for reasons of quality assurance and they asserted they may consider remarketing ranitidine if companies can demonstrate adequate control of NDMA levels over time in their ranitidine products (FDA 2020; FDA 2020a). The FDA's action was also taken in part "out of an abundance of caution" due to potential health risks (FDA 2020a; FDA 2020b). However, they also advised that the "low levels of NDMA" in ranitidine "are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats" (FDA 2020; FDA 2020a). Furthermore, the "FDA does not expect nitrosamines to cause harm when ingested at low levels. Nitrosamine impurities may increase the risk of cancer if people are exposed to them at above acceptable levels and over long periods of time, but a person taking a drug that contains nitrosamines at, or below, the acceptable daily intake limits every day for 70 years is not expected to have an increased risk of cancer."

It is important to recognize that the calculations used for the acceptable intake for NDMA (96 ng/day) are "considered to be very conservative since they involve a simple linear extrapolation from the dose giving a 50% tumor incidence" in animal (rodent) studies (FDA/ICH Guidance M7 2018). The "acceptable increased cancer risk is set at a theoretically calculated level of approximately 1 in 100,000. These risk levels represent a small theoretical increase in risk when compared to human overall lifetime incidence of developing any type of cancer, which is greater than 1 in 3" (FDA/ICH Guidance M7 2018). Furthermore, the calculation is based on lifetime exposure (70 years), although it is not possible that any patient has taken ranitidine for a lifetime as it was only on the U.S. market for 37 years. Lastly, while regulatory and scientific organizations have classified NDMA as "reasonably anticipated" or "probably" carcinogenic to humans based on high doses used in experimental rodent studies, no agency has classified NDMA as a "known" human carcinogen due to limited evidence of carcinogenicity in humans (U.S. NTP 2021; WHO IARC 1987).

### B. ***Ranitidine and Potential NDMA formed Endogenously in the Body.***

In addition to NDMA as an impurity in ranitidine products ("exogenous" source of NDMA), Plaintiffs' experts in this litigation have proposed that ranitidine forms additional NDMA in the body after ingestion ("endogenous" source of NDMA). NDMA is known to form endogenously in the body in the absence of ranitidine exposure, with estimates on the order of approximately 1,000,000 ng per day (Hrudey et al 2013). I have reviewed the existing literature and other materials (e.g., non-peer-reviewed studies) on potential endogenous formation of NDMA from ranitidine, which can be divided into two general categories: gastric juice, plasma, and urinary excretion studies performed in humans ("*in vivo*" studies) and simulated gastric and intestinal fluid studies performed in a test tube ("*in vitro*" studies). The most comprehensive and best designed studies were recently conducted by the FDA and thus I will focus my discussion on those studies (Florian et al 2021 and Gao et al 2021).

The FDA conducted a randomized, double-blind, placebo-controlled, crossover clinical trial to assess potential endogenous formation of NDMA from ranitidine ingestion (Florian et al 2021). Eighteen healthy participants each received 4 treatments: (1) ranitidine 300 mg + cured meats diet (high in nitrites, nitrates and NDMA), (2) ranitidine 300 mg + noncured meats diet (low in nitrites, nitrates and NDMA), (3) placebo + cured meats diet, and (4) placebo + noncured meats diet. NDMA and dimethylamine (DMA) levels in the urine and plasma were measured over a 24-hour period and there were no statistically significant differences between ranitidine and placebo in any analysis. In contrast, there was a statistically significant increase in NDMA in the urine following a cured meats diet compared to a noncured meats, irrespective of treatment, "suggesting that the study design and methods were sufficiently sensitive to detect the relatively

small effect of diet on NDMA urinary excretion." This study was designed to overcome the limitations of prior studies by using a RCT design, controlling for dietary exposure, and using validated and appropriate liquid chromatography-mass spectrometry (LC-MS) analytical methods. Specifically, the FDA study was performed to further investigate findings from a 2016 study that reported an increase in urinary excretion of NDMA after ranitidine intake (Zeng & Mitch 2016). However, the 2016 study was subsequently retracted in 2021 as the results were found to be "an analytical artefact associated with the use of gas chromatography" (a method that uses very high temperatures) and the authors concluded "that their NDMA measurements are not reliable."

In addition to the clinical trial, the FDA also conducted an *in vitro* simulated gastric and intestinal fluid study (Gao et al 2021). This study incubated ranitidine in simulated gastric and intestinal fluid of varying pH levels (1.2-5) and nitrite concentrations (0-10 mM) and measured NDMA formation using LC-MS. The authors concluded "ranitidine conversion to NDMA was not detected until nitrite was 5000 μmol/L [5 mM], which is 50-fold greater than the upper range of physiologic gastric nitrite concentrations [0.1 mM] at acidic pH. These findings suggest that ranitidine is not converted to NDMA in gastric fluid at physiologic conditions." The FDA additionally found that the highest NDMA formation occurred at the lowest, most acidic pH (1.2). However, the pH of the stomach increases following ranitidine treatment and following a meal (which is when nitrite levels would be highest). As described by the FDA, these results are consistent with findings from other investigators, which show NDMA is only generated from ranitidine when supraphysiologic levels of nitrite are added to the assays, but not in physiologic conditions.

In summary, the FDA discussed the importance of "properly contextualizing the physiological relevance" of *in vitro* conditions and that "[t]he findings suggested that prior reports had detected falsely high levels of NDMA in ranitidine drug products and human biological fluids" (FDA 2021a). ***I agree with the FDA's conclusion that "[t]he combined findings from [FDA] CDER's in vivo clinical trial and in vitro experiments do not support the conclusion that ranitidine is converted to NDMA in humans."***

As will be discussed in detail in subsequent sections, epidemiological studies can go beyond a theoretical risk (e.g., variable exogenous NDMA levels or potential endogenous NDMA formation from ranitidine) and evaluate whether an association between ranitidine and cancer risk exists in different populations. ***The FDA recently summarized this evidence, which aligns with my own opinion, stating: "When considering all cancer types, while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk" (Florian et al 2021).***

## V. OVERVIEW OF EPIDEMIOLOGICAL PRINCIPLES AND THEIR APPLICATION IN DETERMINING ASSOCIATIONS AND CAUSATION WITH RESPECT TO RANITIDINE AND CANCER RISK

The science of ***epidemiology*** studies determinants of health and any diseases in a given population. Familiar areas in which epidemiology is employed include an outbreak of a disease linked to certain environmental factors (for example, eating hamburgers in a certain restaurant and outbreak of diarrhea; working in areas with asbestos and lung disease; smoking and lung cancer; or obesity and high blood pressure). Epidemiology is also employed in ***assessing treatment effects*** in clinical trials and in suggesting possible ***associations between exposure to drugs and potential adverse effects (pharmacoepidemiology)***.

In establishing drug efficacy, there are stringent guidelines on study design and assessment of

clinical benefit. The FDA has strict criteria for approval of any potential drug for sale in the U.S. The manufacturing companies must provide the FDA with evidence to prove that the drug is safe and effective for the intended use. The FDA accomplishes this task by employing scientists in various fields to ensure a robust review of any application by drug companies. This includes expert epidemiologists, physicians, statisticians, chemists, and pharmacologists. At its core, the FDA's review process is intended to be comprehensive to ensure that a drug's health benefits outweigh its known risks before being approved for sale. The FDA drug approval process takes place in a structured framework that includes at least the following two criteria: 1) analysis of the target condition and available treatment; and 2) assessment of benefits and risks from clinical data. For this analysis, companies must provide data from at least two "well-designed" clinical studies in order to establish the drug's safety and efficacy.

A "well-designed" clinical study, considered the epidemiological ***"gold standard"***, is a ***prospective, randomized, blinded, controlled study (RCT).*** What does this mean? In order for scientists (physicians or the FDA) to be convinced that a drug is effective, the studies with that drug must show solid "evidence" that it works for the disease state for which it is being used. A prospective, randomized, blinded, controlled study ensures that potential biases or confounders are reduced, if not eliminated. For example, in the case of H2RAs, studies had to show that patients' clinical conditions (reflux, peptic ulcer disease, etc.) significantly improved when compared to the use of a placebo. This is called a <u>placebo-controlled</u> study. In this type of design, patients are enrolled prospectively and treated either with placebo or the active drug, such as ranitidine. The placebo resembles the active drug in outward appearance so that patients are "blinded' to the knowledge of whether they are taking the active drug or placebo. The blinding of patients in such studies reduces patient reporting bias (i.e., reporting improvement just because they know they are taking the active drug). A double-blinded study is one in which neither the patients nor the study physicians know who is taking active drug or placebo. This "double-blinding" is critical to eliminate the chance that anyone involved in conducting the study or analyzing the study data is biased for or against the drug's performance.

The concept of ***randomization is critical*** in prospective clinical efficacy trials. Randomization is a method based on chance by which study participants are assigned to either the active drug or placebo. This minimizes the differences among groups of study participants by ensuring equal distribution of particular characteristics of study participants among the trial arms. Randomization in prospective studies is critical to ensure that patient characteristics that might favor efficacy or a side effect are equally distributed between the study groups to minimize confounding.

What is ***confounding and bias, and why it is important to avoid them***? Confounding is a variable (patient characteristics for example) that might influence the study outcome. For example, what if a drug works better in males than females, and in a study the investigators only enroll males in the treatment arm and females in the placebo arm? The study will show that the drug worked, but its efficacy over placebo is not known unless you ensure an equal number of males are enrolled in the active and placebo arms of the study. In this example, gender was a confounder and the study suffered from selection bias. In prospective, randomized, blinded, controlled studies, the act of randomly assigning patients to the study arms minimizes the possibility of such bias and confounding.

Importantly, when it comes to studying long-term safety outcomes of medications, virtually all data come from ***observational epidemiological studies.*** These studies are based on data collected on the medication's use in the real world. Unlike RCTs, observational studies are very prone to bias and confounding. That is why randomized blinded controlled studies are the "gold standard" in epidemiology and observational studies are not. Observational studies may be prospective or

retrospective. In retrospective studies, the information regarding exposure and outcome is collected before the study begins, and the investigators are often limited by the data they have in their database. The two primary types of observational epidemiological studies are cohort studies and case-control studies. A ***cohort study*** begins with exposure status (e.g., one group exposed to a medication and one group unexposed to a medication) and follows the two groups over time and compares the risk of a subsequent outcome. A ***case-control study*** begins with outcome status (e.g., one case group with cancer and one control group without cancer) and compares the frequency of a past exposure amongst the two outcome groups. In both study designs, there are control groups (those without the exposure and/or the outcome), which differs from a case report or case series.

What are some common ***types of confounding and bias*** from which observational studies of medications and health outcomes may suffer? *Confounding by indication (indication bias)* is one with which such studies are often plagued. An example is where a patient who has reflux takes an H2RA to alleviate symptoms of heartburn and regurgitation. Reflux is associated with regurgitation, possible aspiration and pneumonia. Thus, an observational study might find a false association between taking H2RAs and risk of pneumonia, even though the true association is with the underlying reflux disease and not the use of acid suppressive therapy.

Confounding by indication as it relates to ranitidine and cancer outcomes occurs when the underlying disease, or factors associated with the underlying disease, are associated with the cancer outcome, rather than the acid suppressive therapy used to treat the underlying disease (**Figure 2**). Ranitidine has been used to treat GERD, peptic ulcers, and *H. pylori* infection, among other indications. One of the strongest, most well-established risk factors for esophageal adenocarcinoma is GERD (and conditions related to GERD) (Chow et al 1995; Lagergren et al 1999; Farrow et al 2000; Ye et al 2001; Wu et al 2003; Garcia Rodriguez et al 2006; Lassen et al 2006; Anderson et al 2007; Derakhshan et al 2008; Whiteman et al 2008; Rubenstein et al 2010; Cook et al 2014; Wang et al 2021). GERD is also a major risk factor for Barrett's esophagus, a precancerous esophageal condition associated with an increased risk of esophageal adenocarcinoma. Several studies have also shown an association between GERD and gastric cardia adenocarcinoma, a type of gastric cancer (Chow et al 1995; Lagergren et al 1999; Ye et al 2001; Wu et al 2003; Lassen et al 2006; Derakhshan et al 2008; Wang et al 2021). A recent study estimated that 21% of esophageal adenocarcinoma cases and 18% of gastric cardia adenocarcinoma cases in the U.S. are attributable to GERD (Wang et al 2021). *H. pylori* is the leading cause of peptic ulcers and non-cardia gastric adenocarcinoma, another type of gastric cancer (Helicobacter and Cancer Collaborative Group 2001; Cavaleiro-Pinto 2011; WHO IARC 2012; Plummer et al 2015; Rawla et al 2019; American Cancer Society 2021). *H. pylori* has been estimated to cause approximately 89% of non-cardia gastric adenocarcinoma cases worldwide (Plummer et al 2015). Gastric ulcers have also been consistently associated with non-cardia gastric cancer, likely in relation to *H. pylori* infection (La Vecchia et al 1992; Zhang et al 1996; Hansson et al 1996; Molloy et al 1997; Farrow et al 2000; Wu et al 2003; Garcia Rodriguez et al 2006; Zhang et al 2021). Furthermore, patients with GERD and peptic ulcers, as well as those treated with acid suppressants including ranitidine specifically, are more likely to be older, suffer from obesity and other comorbidities, and be smokers and alcohol drinkers (Locke et al 1999; Mohammed et al 2005; El-Serag et al 2009; Bao et al 2010; Garrow & Delegge 2010; Eusebi et al 2018; Mohy-ud-din et al 2020 abstract; Babic et al 2020; Kantor et al 2021), which are all independent risk factors for many different cancer types. Therefore, studies comparing ranitidine users to a general population of non-users are likely to be substantially unbalanced in baseline risk factors for cancer.

**Figure 2. Confounding by Indication in Studies on Ranitidine and Cancer Risk.**




Confounding by indication is an important source of bias that must be addressed in any study of ranitidine and malignancy. The group of patients on ranitidine must be compared to a similar population. This would be analogous to the prospective randomized controlled study in which the enrolled patient population have the disease for which they are being studied; i.e., GERD. In randomized controlled studies (the gold standard for assessing efficacy/adverse events), patients who have GERD are randomized to receive a therapeutic agent such as ranitidine or control (placebo or a similar medication) and the efficacy and side effects are assessed over time. Many of the observational studies outlined below assessing ranitidine exposure and risk of malignancy have utilized the design of active comparator to mimic randomized trials, thereby reducing (although not eliminating) the impact of confounding by indications in the overall risk estimate. In these studies, ranitidine use is compared to an active comparator group such as other H2RAs or PPIs. Employment of an active comparator group in pharmacoepidemiology studies is a well-accepted method for minimizing confounding by indication and other sources of confounding and bias (Jonsson Funk et al 2014).

The incorrect suggestion by Plaintiffs' epidemiology experts, Dr. McTiernan and Dr. Moorman, that an active comparator design in observational studies would bias the study to the null (i.e., in the direction of no risk) is equivalent to saying that in randomized prospective studies enrollment of patients with the same disease to assess therapeutic outcome would result in a bias. In fact, the FDA would reject any study where there is no balance in patient factors such as indication of use. Thus, the most appropriate analysis is an active comparator analysis. Additionally, a critical issue for prescribers like myself, is how does the safety of ranitidine compare to other acid suppressive medications, so that we can make better healthcare decisions. Furthermore, Dr. Moorman incorrectly suggests that an active comparator study is not needed for cancers of the pancreas or bladder since "the indications for use of acid-suppressant drugs are not risk factors for these cancers." Patients with pancreas and bladder cancer have similar risk factors as GERD (e.g., smoking, being overweight, and having diabetes – which are listed in Table 2 of Dr. Moorman's report); thus, controlling for confounding by indication is very important for all five alleged cancers. Dr. Moorman also incorrectly states that "there may be differences in the characteristics of patients for whom physicians choose to prescribe famotidine versus those who are prescribed ranitidine." The indication for the use of different H2RAs (famotine or ranitidine) is similar and the choice for their use is not dependent on patient characteristics; rather it is typically driven by cost and insurance coverage. Active comparator design improves the quality of

observational studies and is “the right” design when assessing any impact of acid suppressive therapy on cancer outcomes. It is the best design for reducing potential for unmeasured confounding, as well as confounding by indication.

Another important form of confounding is _unmeasured residual_ confounding. Large healthcare utilization database studies are particularly likely to suffer from this form of confounding because unintended effects of prescription drugs, clinical parameters, lifestyle factors, or over-the-counter medications are often not measured or inadequately measured. If a lifestyle factor such as smoking is not captured in a database, it cannot be controlled for in the study. By employing an active comparator, the potential for unmeasured confounding is reduced (although not eliminated) since the comparators have similar characteristics.

Another potential bias is _surveillance bias_, where patients in the exposure group have a higher probability of having the study outcome detected (for example, because of greater access to medical care). This is particularly the case for certain cancers in which preventive screenings are recommended for early detection (e.g., colorectal, breast, and prostate cancers). Surveillance bias could also manifest when patients on medication (e.g., acid suppressants) are more likely to see a medical professional than patients who are not on medication. By virtue of their greater interaction with the healthcare system, these patients may be more likely to be diagnosed with any type of cancer.

_Protopathic bias (reverse causation)_ arises when exposure to a drug occurs because of a symptom of a disease that is undiagnosed. For example, a patient with non-specific abdominal pain, which is a common presenting symptom for many cancers not yet diagnosed, is put on ranitidine for the suspicion that reflux may be causing the abdominal pain. Later the patient is diagnosed with cancer. An observational study could erroneously suggest that exposure to ranitidine use is associated with cancer. This is a common source of bias in pharmacoepidemiology and one must employ lag-time from exposure to outcome in order to ensure validity of the risk estimate. For example, a case-control study may employ a 2-year lag period that excludes medications initiated in the two years before cancer diagnosis. Since many of the cancers discussed may cause non-specific gastrointestinal symptoms for a few years before a clinical diagnosis of cancer is established, the exact length of the time to employ in the lag period can be variable. Sensitivity analyses of varying lag times are recommended in order to assess the impact of protopathic bias on the risk estimate (Liu et al 2020). Dr. Moorman claims that protopathic bias is only a concern for gastric and esophageal cancers and that a one-year lag time is sufficient. However, this suggestion by Dr. Moorman ignores disease biology and how cancer and pre-cancer diagnosis symptoms may present differently and for varied times. As a treating gastroenterologist, I see this in my own practice. Patients with any of the five alleged cancers may initially present with gastrointestinal symptoms such as abdominal pain, abdominal bloating and discomfort, nausea, vomiting, heartburn, indigestion, reflux, chest pain, gastrointestinal bleeding, poor appetite, and unintended weight loss. A patient with esophageal/gastric/pancreatic/liver cancer may first have vague symptoms of epigastric discomfort or those with bladder cancer can have lower or mid abdominal symptoms falsely attributed to GERD. Commonly, providers assume GERD as the diagnosis for these symptoms and treat patients with H2RAs (such as ranitidine) or PPIs. Thus, studies assessing risk of ranitidine with cancer are prone to bias unless a lag-time is employed and sensitivity analyses assess the impact of lag-time on the risk estimate. The assertion by Dr. Moorman that symptoms for bladder cancer do not include any gastrointestinal symptoms treated by acid suppressive therapy is incorrect. Early symptoms of bladder cancer overlap with other commonly encountered bladder related diseases such as cystitis and urinary tract infections, which often co-present with vague abdominal symptoms, and it would not be unusual for providers to prescribe acid

suppressive therapy first for such patients. In addition, general or localized pain as an early symptom of many cancers may increase the use of NSAIDs, which in turn may increase the use of ranitidine for prevention and treatment of NSAID-related gastrointestinal side effects (Hsu et al 2013). Thus, protopathic bias applies to all five cancers alleged and must be addressed in observational studies assessing a relationship between ranitidine and these cancer outcomes.

*Recall bias* may occur in case-control studies relying on self-report in which patients with the disease (cases) recall past exposures differently than those without the disease (controls). For example, in an attempt to understand what caused their cancer, a cancer patient may remember their past exposures more accurately and comprehensively than a healthy control patient without cancer. This type of bias is an important limitation of many case-control studies of patients with cancer as it can falsely create the appearance of an increased risk. The majority of studies assessing dietary exposure in patients with cancer suffer from this important bias. This type of recall bias is considered to be a *differential misclassification* in that the cancer patients are more likely to assume (or recall) certain diet or exposures as contributing factor while the control group without cancer would not suffer from such a bias.

*Non-differential misclassification* can also plague observational study results and is more common in cohort studies. In this type of bias, the exposure misclassification is expected to affect the two outcome groups (patients with and without cancer) equally. Although Drs. McTiernan and Moorman again suggest that this type of bias impacts the estimate toward the null, this may not actually be true. In active drug comparator design strategy, there is often no impact on the estimate since the comparator groups are similar, or the estimate could actually move away from the null (Jonsson Funk et al 2014). In polytomous exposures (i.e., three or more categories of exposure), nondifferential misclassification can cause bias away or toward the null. Most importantly, bias toward the null is not guaranteed if the misclassification is related to error on other variables such as confounders or if there are other sources of systematic error (e.g., protopathic bias, selection bias, confounding, indication bias). Drs. McTiernan and Moorman also suggest that prescription databases used in some of the studies may underestimate the use of ranitidine and patients on over-the-counter ranitidine may not have been considered, thus biasing the estimate toward the null. However, this generalized assertion may not be accurate. Studies evaluating high cumulative doses, multiple redeemed prescriptions, and long-term use are less likely to be affected by potential misclassification from patients filling, but not taking, the prescription. Studies have also demonstrated that if the overall prevalence of drug use in the database population is low, as is the case for ranitidine from the UK, US, and Denmark databases showing total prevalence to be less than 5% (Kaufman et al 2002; Holyfield 2013; Kantor et al 2015; Abrahami et al 2020; Adami et al 2021; Cardwell et al 2021; Danish Health Data Authority 2022), then OTC drug exposure would not be a significant source of bias (Yood et al 2007). Similarly, from a practical/clinical perspective, in the majority of patients with GERD, the disease is chronic and patients who start with an acid suppressive therapy usually stay on that medication chronically unless otherwise prescribed by providers. This is also supported by observational studies; a UK study showed that new users of H2RAs (which were mostly ranitidine users) took the originally prescribed H2RA chronically, with a median duration of use of 279 days (interquartile range (IQR) 61–1645 days) and continuation for more than 5 years in 23.1% of patients (Abrahami *et al.* 2020). The suggestion that the active comparator group may have taken OTC ranitidine rather than what they were previously prescribed is thus less likely. In some cases, patients may be switched to more aggressive acid suppressive therapy, such as PPIs, if patients' symptoms are not well controlled on H2RAs. This would not impact the overall reported estimate. The assertion that employing a PPI group as the active comparator may have biased the estimate to the null since PPIs are purportedly associated with cancer is fundamentally inaccurate and not supported by any GI Professional Societies. Similarly, GI Professional Societies do not support

the claim that H2RAs, including ranitidine specifically, are associated with any type of cancer. To the contrary, the spurious associations reported in the literature for cancer outcomes in relation to PPIs and other H2RAs suffer from the same issues of confounding and bias and further support the role of these biases in the less rigorous studies on ranitidine. Thus, the use of active comparators is the appropriate method to minimize bias and confounding and improves our confidence that the risk estimate is as valid as possible, so that we can make better healthcare decisions.

Because observational epidemiological studies are prone to bias and confounding, it is not unusual that a study may find an association between an exposure and an outcome which later is proved to be erroneous. For example, the association between acid suppressive therapy and pneumonia suffers from confounding by indication. Patients who have reflux may aspirate and develop pneumonia, and acid suppression has nothing to do with the outcome. Similarly, obese patients are more likely to suffer from both reflux and arthritis. Such patients may take acid suppressive medications for reflux and nonsteroidal anti-inflammatory drugs (NSAIDs) for arthritis. Since NSAIDs are associated with gastrointestinal bleeding, an observational study might erroneously find that acid suppressants increase the risk of gastrointestinal bleeding if it doesn't control for NSAID use (whereas, more accurately, acid suppressants actually reduce NSAID-related gastrointestinal bleeding).

Associations in epidemiologic studies are evaluated by calculating risk estimates. Depending on the study type, risk estimates may be calculated as an odds ratio (OR) in case-control studies or as a relative risk (RR) in cohort studies. A hazard ratio (HR) may also be calculated in a cohort study and additionally accounts for follow-up time. In a cohort study assessing the risk of cancer with a medication exposure, a relative risk of 1.0 means there is no difference in cancer risk between the medication-exposed group and the unexposed group. Relative risks above 1.0 indicate the risk may be higher in the exposure group compared to the unexposed group, while relative risks below 1.0 indicate the risk may be lower in the exposure group compared to the unexposed group. Assuming that the null hypothesis is true (no true difference between comparator groups) and there is no bias or confounding in a study to distort the association, if the same study was repeated several times, it is unlikely the risk estimate would be exactly 1.0 every time due to the role of ***chance (random error)***. For example, a coin tossed 10 times is expected to result in heads 5 times (50%) since there is no true difference in obtaining heads or tails. However, it's possible to obtain heads 7 times (70%) in one study purely due to chance and not as a reflection of a true association. ***Statistical significance*,** presented in the form of p-values and confidence intervals, can quantify the degree to which chance may account for the observed difference in an individual study. The conventional threshold for statistical significance in epidemiology is 5%. Thus, a p-value less than 0.05 ($p<0.05$) means there is less than a 5% probability of observing a result at least as large as that observed in the study due to chance alone if there is truly no difference between comparator groups. In other words, a statistically significant result provides evidence to reject the null hypothesis. A p-value greater than or equal to 0.05 ($p\geq0.05$) is considered not statistically significant and signifies that any observed difference cannot rule out chance as a likely explanation.

The point estimate is typically presented with a corresponding 95% confidence interval (CI) – e.g., RR 1.3 (95% CI 0.8-2.1) – which is another way of determining statistical significance and the role of chance. A 95% confidence interval is a range of values in which the true risk estimate would fall 95% of the time if the study is repeated infinitely. A confidence interval that excludes the null value of 1.0 is statistically significant (e.g., RR 1.3 (95% CI 1.2-1.4)), while a confidence interval that includes the null value of 1.0 is not statistically significant (e.g., RR 1.3 (95% CI 0.8-2.1)). Although in both examples the point estimate shows a potential 30% increased risk (RR 1.3),

chance cannot be excluded as a likely explanation for the results in the second example since the confidence interval includes the null value. In addition, studies with a larger sample size tend to give more precise estimates of effect, which is reflected in confidence intervals that are narrower. Drs. McTiernan and Moorman both suggest that the point estimate by itself is more important than the p-values and confidence intervals surrounding that estimate. In other words, they imply that a relative risk of 1.3 and confidence interval of 0.8-2.1 should be considered equivalent to a relative risk of 1.3 and confidence interval of 1.2-1.4. The problem with this approach is that an estimate with a wider confidence interval (such as 0.8-2.1 in the above example) suggests less precision (or certainty) in the estimate, which means the true value could be anywhere between 0.8 (a decreased risk) and 2.1 (an increased risk). Furthermore, Dr. McTiernan's assertion that the American Statistical Association (ASA) "recently called for abandoning the term 'statistically significant'" is completely inaccurate. The publication she refers to (Wasserstein 2019) was not endorsed by the ASA, and in fact, the ASA published their official task force statement in 2021 to address concerns about this editorial and clarify the ASA's position on statistical significance (Benjamini 2021). I agree with the ASA's position that "P-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from data" and that "the proper application of statistical methods is essential for interpreting the results of data analyses and enhancing the replicability of scientific results" (Benjamini 2021). Therefore, we should not and cannot assume a valid association, let alone a potential causal relationship, from a non-significant finding. Finally, while an estimate with a narrower, statistically significant confidence interval (e.g., 1.2-1.4) has higher precision, even then we should not and cannot use the association in isolation to suggest a causal relationship and must apply other criteria (How many comparisons were performed? Were there potential confounders or biases in the conduct of the study? Are the estimates in line with other data from different populations? Is there biological plausibility? Is there a dose response relationship?) Thus, while statistical significance takes random error (chance) into consideration, it ignores systematic errors of bias and confounding. Observational epidemiological studies, no matter how well-conducted, may be inherently incapable of accurately distinguishing weak associations from null effect due to their susceptibility to systematic errors of bias and confounding and other methodological shortcomings.

Related to the discussion of chance is the issue of ***multiple comparisons***. Using the statistical significance threshold of 5% indicates 1 out of every 20 independent statistical tests is expected to result in false-positive association by chance alone. As an example, a study performing 80 statistical tests to assess the association between different medications and different cancer types would be expected to produce 4 statistically significant associations due to chance alone. A good example of over interpretation of results due to multiple comparisons is the Pottegard et al (2016) study in which the authors employed a case-control designed study assessing the impact of 22,125 drug-cancer pairs and identifying over 1,000 drug-cancer signals with an increased or decreased risk. For example, they suggested that gastric adenocarcinoma was positively associated with pantoprazole (a PPI) (OR 1.59) and ranitidine (OR 1.87). They also suggested that proton pump inhibitors were protective for cancer of the cervix and leukemia while they were positively associated with cancers of the vulva/vagina and brain. This study is a perfect example of a "fishing" expedition that suffers from multiple comparisons. The authors admit they "did not include any correction for multiple comparisons" and thus their "evaluation of 22,000 associations is expected to result in approximately 1100 false positive associations." Moreover, they did not adjust for confounding by indication which is critical, especially for associations between acid suppressants and GI cancer. The fact that they identified cancer associations with both ranitidine and PPIs suggests confounding by indication and further argues against the NDMA hypothesis for increased risk with ranitidine. Biological plausibility of the above findings is also in question given that the same factors were protective for some cancers while risks for others. This is why

"fishing" expeditions may result in false alarms.

In summary, a statistically significant association between any exposure (ranitidine) and outcome (cancer) must meet well-established epidemiological criteria before one can confidently conclude that a causal association exists. These criteria include the type of study (level of evidence) from which the association was established, quality of evidence (e.g., how well the study addresses chance, bias, and confounding) and criteria for causality.

For this analysis, I applied two standards: 1) the Oxford Centre for Evidenced Based Medicine (**Table 2**), and 2) The Bradford Hill Criteria of Causality (Hill 1965) (**Table 3**). Additionally, I put in perspective the studies relative to the "zone of potential bias" inherent in many observational studies (Vaezi 2017) (**Figure 3**).

**Table 2: Levels of Evidence from the Oxford Centre for Evidence-Based Medicine**

| Level | Description |
|---|---|
| 1a | Systematic Review (with homogeneity) of randomized controlled trials |
| 1b | Individual Randomized Controlled Trial (with narrow confidence interval) |
| 1c | All or None Case-Series ("Met when all patients died before Rx available, but some now survive on it; or when some patients died before the Rx became available, but none now die on it.") |
| 2a | Systematic Review (with homogeneity) of Cohort Studies |
| 2b | Individual Cohort Study (including low quality RCT; e.g. <80% follow-up) |
| 2c | "Outcomes Research"; Ecological Studies |
| 3a | Systematic Review (with homogeneity) of Case-Control Studies |
| 3b | Individual Case-Control Study |
| 4 | Case-Series (and poor-quality cohort and case-control studies) |
| 5 | Expert Opinion, without explicit critical appraisal, or based on physiology, bench research |

**Table 3. Bradford Hill Criteria of Causality**

| | |
|---|---|
| Strength of association | Is the association of high magnitude? |
| Consistency | Are the findings reproducible? |
| Specificity | Is the outcome predicted based only on the exposure to ranitidine? |
| Temporality | Does the use of ranitidine precede the observed outcome? |
| Biological gradient | Is there a direct relationship between dose and/or duration of ranitidine use and the outcome? |
| Biological plausibility | Is there a rational and theoretical basis for the proposed association? |
| Coherence | Any conflicts with what's known about the natural history and biology of the disease? |
| Experiment | Are the data based on experiments? |
| Analogy | Are there features of association similar to other associations judged to be causal? |

**Figure 3. Zones of interest and of potential bias from observational studies**




## VI. SUMMARY OPINION ON THE EPIDEMIOLOGICAL EVIDENCE ON RANITIDINE USE AND CANCER RISK:

In the following sections I will review the data from observational studies relating to ranitidine use and specific types of cancer. I have reviewed literature on ranitidine and all cancer types, including biliary, bladder, breast, colorectal, esophageal, gastric, hematologic, kidney, liver, lung, melanoma, ovarian, pancreatic, prostate, thyroid, and uterine cancers, and concluded **the epidemiological evidence does not support a reliable association or causal relationship between ranitidine and any type of cancer**. Plaintiffs' experts in this litigation have alleged that ranitidine causes five cancer types – gastric, esophageal, liver, pancreatic, and bladder cancer; therefore, I will focus my report on these five cancers. I will evaluate each cancer type separately as cancer is a heterogenous disease with important differences in pathogenesis, etiology, and epidemiology. Even different histologic subtypes of a cancer, such as esophageal adenocarcinoma and esophageal squamous cell carcinoma, are pathogenetically and etiologically diverse. Where appropriate, I will tabulate the current evidence and provide the quality and strength of evidence for an association.

In addition to the studies specifically evaluating the association between ranitidine exposure and cancer risk, there are many studies evaluating the risk of cancer with all H2RAs combined. However, in contrast to studies on ranitidine specifically, studies on the class of H2RA medications are less informative to the question of whether ranitidine is associated with cancer. This is particularly the case as Plaintiffs' experts' postulated mechanism of carcinogenicity from ranitidine is exposure to NDMA. Since NDMA has currently been reported in some ranitidine and nizatidine products, but not other H2RAs (famotidine and cimetidine) or PPIs (FDA 2019), studies evaluating all H2RAs combined are less informative with respect to the potential risk of ranitidine due to NDMA than studies on ranitidine specifically. Although there are large, well-conducted studies on ranitidine and cancer risk that address this question, I have reviewed all the studies on H2RAs combined to ensure that there was no signal of increased risk in those studies. I also included a high-level summary of the H2RA studies since Plaintiffs' experts have selectively referenced a few of these studies in their reports.

It is apparent from my review of the studies on acid suppressive agents and cancer risk, that as a whole, they suffer from several significant limitations, most notably reverse causality/protopathic bias and confounding by indication. Furthermore, studies reporting similar associations for all H2RAs and all PPIs directly contradict Plaintiffs' experts' theories that the cancer risk is unique to ranitidine due to the possible presence of NDMA; instead, the results are more compatible with confounding and biases related to the study designs. To minimize these biases, the newer studies on ranitidine and cancer risk that were specifically designed to test the NDMA hypothesis have largely used active comparators – i.e., compared the risk of ranitidine to other H2RAs or PPIs. This study design intrinsically minimizes confounding by indication and other biases because it compares two similar patient populations ("apples-to-apples" comparison). These were the

Contains Confidential Information – Subject to Protective Order

largest, most well-conducted studies and the most informative to my opinion on whether there is a reliable and consistent association between ranitidine and any type of cancer.

My summary opinion to a reasonable degree of medical and scientific certainty is that ***the epidemiological evidence does not support a reliable association or causal relationship between ranitidine and any type of cancer, including gastric, esophageal, liver, pancreatic, and bladder cancer.*** The few studies or analyses that report a statistical association between ranitidine and cancer largely constitute poor-quality evidence, with results that are most likely due to bias and confounding. The largest, most well-conducted studies designed to test the ranitidine/NDMA hypothesis leveraged study designs that minimized confounding and bias and found no overall evidence to support an association between ranitidine and any type of cancer.

### A. *Ranitidine and Gastric Cancer*

**Quality/Strength of *Evidence for an Association* Between Ranitidine & Gastric Cancer:**

- **Levels of Evidence from the Oxford Centre for Evidence-Based Medicine= 2-4**

**Nine studies (Table 4) have evaluated the association between ranitidine and gastric cancer; one case-control study, one nested case-control study, and seven cohort studies. Two small studies utilizing the California Kaiser Health plan assessed esophageal and gastric cancers combined. The first study accounted for both confounding by indication and protopathic bias and reported no association (Chow et al 1995). The second study reported an initial association in the absence of controlling for either type of bias, although the association disappeared when subsequently controlling for both biases (Habel et al 2000). A third study on gastric cancer similarly found no association in analyses best controlling for protopathic bias (Liu et al 2020). Six large, well-conducted cohort studies specifically designed to test the ranitidine/NDMA hypothesis found either no association (Iwagami et al 2021; Yoon et al 2021; Kumar et al 2021; Adami et al 2021; Kim S 2021) or statistically significant decreased risks (Kim Y et al 2021; Kumar et al 2021; Adami et al 2021) of gastric cancer when comparing ranitidine use to other acid suppressive agents. Overall, the 9 studies do not support a reliable, consistent association between ranitidine and gastric cancer.**

The lifetime risk of developing gastric (stomach) cancer in the U.S. is approximately 1 in 96 (1.0%) for men and 1 in 152 (0.66%) in women (American Cancer Society 2021). Gastric cancer is the fifteenth most common cancer in the United States, but the fifth most common cancer worldwide (NCI SEER 2021; Rawla et al 2019). The majority of gastric cancers are adenocarcinomas, which can be further classified as cardia and non-cardia based on the anatomic site (cardia referring to the upper part of the stomach). The incidence of gastric cancer has steadily declined over the last 50 years largely due to the prevention and treatment of *H. pylori* infection, a major cause of gastric cancer. As much as 90% of non-cardia gastric cancer cases are attributable to *H. pylori* infection (Rawla et al 2019; Plummer et al 2015). Higher gastric cancer rates in certain parts of the world, such as Asia and Latin America, correlate with the higher incidence of *H. pylori* infection there. Risk factors for gastric cancer include advanced age, male sex, race/ethnicity, *H. pylori* infection, gastric ulcers, GERD, smoking, alcohol consumption, overweight/obesity, certain types of diets, certain occupational and chemical exposures, radiation, prior stomach surgery, type A blood, pernicious anemia, precancerous changes in the stomach including intestinal metaplasia, chronic atrophic gastritis, and stomach polyps, family history of stomach cancer, and genetic mutations

and syndromes (American Cancer Society 2021; Rawla 2019). While *H. pylori* is a major cause of non-cardia gastric cancer, obesity and GERD are risk factors primarily for gastric cardia cancer.

Chow et al (1995) was a medical record-based case-control study of the Southern California Kaiser Health Plan database evaluating 196 esophageal and gastric cardia adenocarcinoma cases (AEC) diagnosed between 1986-1992 and 196 matched controls. The relationship between gastroesophageal conditions and their treatment on the risk of AEC was examined. Medications or GI conditions first prescribed or diagnosed in the year before cancer diagnosis were not considered in order to minimize protopathic bias. The study found robust statistically significant associations between several gastroesophageal conditions and AEC independent of H2RA use, including associations for esophageal reflux (adjusted odds ratio (aOR) 2.1 (1.2-3.6)), hiatal hernia (aOR 3.8 (1.9-7.6)), esophagitis/esophageal ulcer (aOR 5.0 (1.5-16.4)), and difficulty swallowing (aOR 2.2 (1.1-4.3)). In contrast, no association was found between H2RAs and AEC (aOR 0.6 (0.3-1.3)). Although a risk estimate was not provided for ranitidine specifically, the authors discuss the "[f]indings for the individual drugs, cimetidine and ranitidine, were similar to those for the combined group of H2 antagonists". Risk estimates for H2RAs were reduced by two-fold after adjustment for gastroesophageal conditions (aOR 1.3 (0.7-2.2) to aOR 0.6 (0.3-1.3)) illustrating the importance of controlling for confounding by indication in these studies. The authors concluded "risk of AEC was not related to use of $H_2$ antagonists but was linked instead to long-term gastroesophageal reflux and related conditions." This study very nicely outlines the critical role that confounding by indication plays in studies on ranitidine and cancer. Additionally, since this study was conducted during the time when OTC H2RAs were not available, there could be no exposure misclassification due to uncaptured OTC use. Furthermore, dose response examination by the number of prescriptions, additional lagged analyses, and analyses by cancer subtype (gastric cardia vs. esophageal adenocarcinoma) did not alter the findings.

Habel et al (2000) was a small cohort study of the Northern California Kaiser Health Plan database evaluating cancer risk of 4,125 cimetidine users, 922 ranitidine users, and 49,229 unexposed individuals. The study was conducted to examine the risk of cancer with cimetidine use, primarily breast and prostate cancer due to cimetidine's effect on hormone levels, and ranitidine exposure was assessed as a comparator group. H2RA use was assessed from 1982-1987 (during a period when they were available as prescription only) and cancer diagnosis was followed through 1995. In the primary analyses, a statistically significant association was reported for ranitidine and all cancers combined, esophageal/gastric cancers, and pancreatic cancer; no association was found for kidney/bladder, prostate, breast, lung/bronchus, colorectal, melanoma, lymphoma/myeloma/leukemia, uterine, or ovarian cancers. A statistically significant association for esophageal and gastric cancers combined was found for both ranitidine (aRR 2.42 (1.07-5.49)) and cimetidine (aRR 1.98 (1.27-3.07)) users compared to general population non-users. However, no lag period was applied to the primary analysis and the authors attributed the findings to protopathic bias as "relative risks associated with cimetidine use and ranitidine use were only significantly elevated during the first 12 months after prescription date." Since cancer develops over an extended period of time, there is no biological plausible reason a true association would only be observed in the first year of use, but not with longer durations. Instead, this exemplifies the need to adequately control for protopathic bias as "[a]n elevation in cancer risk among cimetidine and ranitidine users might reflect the use of either of these drugs for early symptoms of cancer." Furthermore, there was almost no control for cancer risk factors in this study, including the underlying gastroesophageal condition, which is an established risk factor for this cancer type and has been demonstrated in this population specifically (Chow et al 1995). The similar observations among ranitidine and cimetidine users in this study (two drugs used to treat the same indication, but which differ with respect to the NDMA impurity), further illustrate protopathic bias and confounding by indication as the driver of observed associations in the Habel study. An

effective method to reduce confounding in pharmacoepidemiology studies is the use of an active comparator. While the risk estimates were not provided, the authors did this analysis and noted “none of the differences between cimetidine and ranitidine users were statistically significant.” Finally, the grouping of all esophageal and all gastric cancers together is not informative to risk for either of the individual cancers as even subtypes of esophageal and gastric cancer have different etiologies. Overall, the results from this study should be interpreted in the context of the many limitations it suffered from, most notably (1) minimal control for established cancer risk factors, adjusting only for age, sex, and pharmacy data source; (2) no control for confounding by indication or protopathic bias in the primary analyses; (3) potential chance associations due to multiple comparisons; and (4) a small sample size.

Liu et al (2020) is an article on two independent studies assessing the risk of gastric cancer due to acid suppression from use of H2RAs or PPIs. The first study was a nested case-control study of 1,119 gastric cancer cases and 5,394 matched controls from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database (1996-2011). An increased risk of gastric cancer was found for ranitidine when a 1-year lag was used (aOR 1.42 (1.10-1.85)), but not when a 2-year (aOR 1.22 (0.89-1.67)) or 3-year (aOR 1.17 (0.81-1.68)) lag was used. Similar findings were observed for cimetidine, H2RAs combined, and PPIs. Additional sensitivity analyses for H2RAs and PPIs consistently demonstrated the presence of protopathic bias (**Figure 4**). The authors discussed that lag times were recommended in drug-cancer association studies to address both protopathic bias and long latency periods of cancer development and that a range of lags should be used as the most relevant timeframe is unclear. To address confounding by indication, H2RAs were compared to PPIs (aOR 0.86 (0.60-1.24)) instead of the general population (aOR 1.44 (1.16-1.80)) and the risk estimates fell below 1.0. The second study was a prospective cohort study of 471,779 participants in the UK Biobank database (2006-2014). Using a 1-year lag, no association was observed between H2RA use and gastric cancer (aHR 0.49 (0.16-1.56)). Ranitidine-specific results were not reported in the second study. The authors concluded there was no association between H2RAs and gastric cancer in the UK Biobank study and that the results in the PCCIU study were a product of protopathic bias, stating “[o]ur results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation.” This study employed not only an active comparator but also lag time analysis, finding no true association between ranitidine/H2RA use and gastric cancer. Dr. Moorman’s assertion that a lag period longer than 1 year is unlikely to reduce protopathic bias is completely contrary to the results for all medications evaluated in this study across several different sensitivity analyses, the conclusions drawn by the authors, and my own experience as a gastroenterologist in which patients can present with non-specific GI symptoms for several years before clinical diagnosis of gastric cancer. Additionally, Drs. McTiernan and Moorman both commented on potential bias toward the null from lack of data on OTC use. It is important to recognize that the UK Biobank employed a questionnaire about drug use which included both prescription and OTC use. In addition, data from Wales between 2010-2012 showed that OTC use only accounted for about 10% of the total ranitidine use in this population (Holyfield 2013). Similarly, Abrahami et al (2020) reported the prevalence of prescription ranitidine use in the UK population was about 1.1-1.6% during the PCCIU study period. Thus, with prescription ranitidine prevalence use of only 1.1-1.6% and overall OTC ranitidine use of about 10%, the overall estimate would barely be affected with any OTC misclassification for the PCCIU database (Yood et al 2007).

**Figure 4. H2RA Use and Gastric Cancer Risk by Varying Lag Times (Liu 2020 PCCIU study).**




The next six studies on ranitidine and cancer risk were specifically conducted to test the ranitidine/NDMA hypothesis – i.e., does the presence of NDMA in ranitidine increase the risk of cancer? These are the largest and most well-conducted studies evaluating the potential risk of cancer with ranitidine use. Most of these studies utilized an active comparator by comparing the risk of ranitidine to other acid suppressive agents. This design best controls for confounders, confounding by indication, and other biases since it facilitates comparison of two similar patient populations.

Kim Y et al (2021) was a large cohort study utilizing the U.S. IBM Explorys database (2009-2018) that was designed to test the ranitidine/NDMA hypothesis. The risk of gastrointestinal cancers (colorectal, esophageal, gastric, liver, and pancreatic) were evaluated among 581,028 ranitidine users compared to 909,970 famotidine and 2,179,048 omeprazole users. Follow-up started 1 year after acid suppressant initiation (1-year lag) to reduce protopathic bias. The authors used two different multivariable logistic regression models to control for confounding; the first accounted for the three most common risk factors for each type of cancer ($aOR_1$) and the second accounted for demographic factors and the most significant risk factor for each cancer type ($aOR_2$). The authors reported statistically significant decreased risks for ranitidine and all five GI cancers evaluated, including gastric cancer (vs. famotidine: $aOR_1$ 0.43 (0.36-0.51), $p<0.001$; $aOR_2$ 0.49 (0.40-0.60), $p<0.001$; vs. omeprazole: $aOR_1$ 0.58 (0.49-0.68), $p<0.001$; $aOR_2$ 0.93 (0.76-1.13), $p<0.001$).[1] Overall, this study found no evidence of an association between ranitidine and any type of gastrointestinal cancer, which concurs with the authors' conclusions that the "[u]se of ranitidine was not associated with an increased odds of developing gastrointestinal malignancies compared to omeprazole or famotidine use." This study also illustrated that the incidence of GI cancers was substantially greater in the first few years after initiation of acid suppressive therapy (**Figure 5**), demonstrating the need to adequately account for protopathic bias in these studies. Since the development of cancer occurs over a prolonged period of time, medications newly prescribed shortly before a cancer diagnosis are unlikely to be causative, but rather reflect treatment of early, undiagnosed symptoms of cancer (i.e., protopathic bias). In addition to employing lag time, this large study of maximum 10 year follow up appropriately employed an active comparator design and showed no risk of GI cancers with ranitidine use. Drs. McTiernan and Moorman both commented on potential bias from lack of data from OTC use. Based on available data, the prevalence of total ranitidine use (prescription and OTC) in the US in 1998-1999 was 2.2% (Kaufman et al 2002) and the prevalence of prescription ranitidine increased from 1.2% in 1999

[1] Note that the latter risk estimate is statistically significant based on the p-value, but not the confidence interval.

(OTC use ~45%) to 2.1% in 2012 (Kantor et al 2015). Thus, using conservative estimates of 5% prevalence of total ranitidine use in this study period (2009-2018) with up to 80% misclassification from OTC use, the impact on the overall estimate employing the US database would still be negligible (Yood et al 2007). Additionally, the use of active comparators decreases the likelihood of this bias, as well as residual confounding, particularly when similar risk estimates were obtained across two different active comparator analyses.

**Figure 5. Incidence of Gastrointestinal Cancer in 1 Year Intervals Following Initiation of Acid Suppressant Therapy (Kim Y 2021).**




Iwagami et al (2021) was a large, well-conducted cohort study of the Japan Medical Data Center claims database from 2005-2018 that was designed to test the ranitidine/NDMA hypothesis. 113,745 new users of ranitidine or nizatidine were compared to 503,982 new users of other H2RAs. Ranitidine and nizatidine were studied together as NDMA has been reported in both medications, but not in other H2RAs. No association was observed between ranitidine and/or nizatidine use and gastric cancer (aHR 1.09 (0.96–1.24)). There was also no association for other cancer types evaluated (colorectal and breast) or all cancers combined, including in stratified analyses by cumulative dose and follow-up length. This study employed active comparator design, used a lag time (in their sensitivity analysis), as well as assessed the impact of dose and length of follow up, which are all important criteria for study design and analysis. Although the overall median length of follow-up in this study was relatively short (2.4 years), the concern that shorter follow-up may obscure a positive association was alleviated in the stratified analysis that showed the risk of any cancer decreased as the length of follow-up increased (≤ 5 yr since first Rx: aHR 1.03 (0.98–1.08); > 5 yr since first Rx: aHR 0.97 (0.85–1.11)). High cumulative dose sensitivity analysis reassures about the possibility of misclassification from not taking the drug. The authors also discuss that the active comparator analysis likely reduces misclassification bias, and if anything, any effect on the true risk estimate may be overestimated, rather than underestimated. The criticism by Plaintiffs' experts that this study combined ranitidine and nizatidine rather than just ranitidine ignores the underlying NDMA hypothesis. In summary, Iwagami et al (2021) concluded they "found no evidence of an increased risk of cancer in people receiving ranitidine and nizatidine compared with people receiving other H2 blockers overall, by follow-up length, by cumulative dose, or by cancer site."

Yoon et al (2021) was a large cohort study of the South Korea Health Insurance Review and Assessment database from 2009-2018 that was designed to test the ranitidine/NDMA hypothesis.

40,488 long-term ranitidine users were compared to 10,122 long-term famotidine users matched on sex, age, diabetes mellitus, and cumulative exposure duration. There was no association between ranitidine and overall cancer or any of the eleven individual cancers evaluated: biliary, bladder, breast, colorectal, gastric, kidney, liver, lung, prostate, thyroid, or uterine. The hazard ratio for gastric cancer specifically was HR 1.06 (0.86–1.31). These null findings are particularly reassuring as they are in the context of long-term durations (>1 year; 61% ≥ 2 years) and high cumulative dosages (mean 220,395 mg) of ranitidine. This study appropriately employed the active comparator design but did not control for protopathic bias. However, protopathic bias would only create false positive associations and the use of an active comparator likely reduced this potential bias. Furthermore, the study did examine cumulative dose and long-term use and did not identify a risk with ranitidine. High cumulative dose and long duration analysis reassures about the possibility of misclassification from filling a prescription and not taking the drug. In summary, Yoon et al (2021) concluded they "found no evidence that exposure to NDMA through ranitidine increases the risk of cancer."

Kumar et al (2021) was a large, well-designed cohort study of the U.S. Veterans Health Administration database among patients with *Helicobacter pylori* (*H. pylori*) prescribed at least 30 days of ranitidine (n=69,157), other H2RAs (n=6,559), or PPIs (n=203,789) from 1998-2018. The study evaluated the risk of non-proximal gastric adenocarcinoma and was designed to test the ranitidine/NDMA hypothesis. Compared to ranitidine, other H2RA users had a statistically significant increased risk of developing gastric cancer (aHR 1.83 (1.36-2.48)), while there was no difference compared to PPI users (aHR 0.92 (0.82-1.04)). By limiting the study to patients with *H. pylori*, the study inherently controlled for the most important risk factor for gastric cancer, as well as confounding by indication. The use of two active comparator groups further controlled for confounding and bias. Numerous sensitivity analyses were performed to confirm the robustness of their findings and confirmed the lack of an association for ranitidine. Addressing the issue of potential bias due to OTC use, a sensitivity analysis restricting the data to 1998-2002 showed a statistically significant decreased risk of gastric cancer with ranitidine compared to both comparators. This time period included the time when ranitidine was the most prevalent acid suppressive therapy, was least likely to be OTC, and had the longest follow-up time. Similarly, since cost is an important driver of medication purchase and VA pharmacies provided OTC medications at a substantial discount over the non-VA pharmacies, the likelihood of OTC medication outside the VA would have been low (Tan et al 2018). All of these findings are reassuring. The authors concluded: "There is no demonstrable association between ranitidine use and future gastric cancer among individuals with HP on long-term acid suppression" and "that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine."

Adami et al (2021) was a large, well-conducted cohort study utilizing nationwide Danish health databases and designed to test the ranitidine/NDMA hypothesis. The study compared 103,565 ranitidine users to 182,497 other H2RA (famotidine or cimetidine) users or 807,725 PPI users prescribed between 1996 and 2008. The risk of upper gastrointestinal (gastric, esophageal, liver, and pancreatic) cancers was evaluated through 2018 for a median follow-up of 14 years (IQR: 10-18 years). There was no increased risk of gastric cancer in ranitidine users compared to either other H2RA (aHR 0.98 (0.84-1.14)) or PPI (aHR 1.03 (0.92-1.16)) users. There was also no increased risk for specific types of gastric cancer (proximal, distal, or unknown/several regions); in fact, there was a statistically significant decreased risk of distal gastric cancer for ranitidine in the comparison to other H2RAs. There was also no association when the analyses were stratified by long-term users (≥5 or ≥10 Rx) or long-term follow-up (>10 years). This study adequately controlled for confounding and biases by using two active comparators, propensity score adjustment, and lag periods, and also accounted for histological subtypes, long-term use, and

long latency periods. The importance of an active comparator is further highlighted in this study since comparing ranitidine to other H2RAs reduced not only bias due to confounding by indication but also ensured that any change in prescription vs. OTC is taken into account. For example, supplemental tables in the study show that the proportion of medication use by prescription decreased similarly over time for ranitidine, cimetidine, and the combined group of other H2RAs. As such, the authors concluded that "the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs, since all major H2RBs were similarly impacted by over-the-counter use over time." Also, given that the prevalence of total ranitidine use in Denmark was < 1%, the impact of misclassification on the overall estimate would be minimal at best with OTC use (Danish Health Data Authority 2022; Yood et al 2007). Similarly, the cost of medication often dictates prescription use. Since the cost of OTC medications were higher than prescription and the comparator group was already redeeming prescriptions for other acid suppressants, it makes it less likely they were concomitantly using OTC ranitidine (Norgaard et al 2021). In summary, Adami and colleagues concluded that their study "provides little evidence that ranitidine, whether through NDMA contamination or any other reason, increases risk of upper gastrointestinal cancers."

Kim S et al (2021) was a cohort study of the South Korea National Health Insurance Service-National Sample Cohort. The study was designed to test the ranitidine/NDMA hypothesis and compared the risk of gastric cancer in ranitidine or nizatidine users to propensity score-matched non-users of H2RAs/PPIs. Other H2RA (cimetidine, famotidine, roxatidine, lafutidine) users were compared to non-users as a comparator analysis. H2RA use was defined as prescription use for > 30 days with no PPI use. There was no increased risk of gastric cancer for ranitidine/nizatidine users (aHR 1.01 (0.86-1.18)) or other H2RA users (aHR 0.98 (0.84-1.15)) compared to non-users. Although a direct active comparator analysis was not performed in this study, the similar risk estimates for the two H2RA groups demonstrates there was no appreciable risk difference between the groups. The authors concluded: "We found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."

**Table 4. Ranitidine and Gastric Cancer.**

| RANITIDINE & GASTRIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Chow et al 1995 | • Case-Control Study (n=196/196)<br>• S. California Kaiser Health Plan<br>• Cancer dx: 1986-1992<br>• n=65 H2RA users<br>• Matched: time of diagnosis, sex, year of birth, & duration of membership<br>• Lag: 1 year<br>• Adj.: race, smoking, & BMI, # of composite conditions (GERD, hiatal hernia, esophagitis /esophageal ulcer, or difficulty swallowing) | <u>Esophageal + Gastric Cardia Adenocarcinoma</u>: "findings for… ranitidine were similar to those for the combined group of H2 antagonists" (aOR 0.6 (0.3-1.3)) | • **No risk between ranitidine and esophageal/gastric cardia adenocarcinoma**<br>• Confounding by indication: SS findings for gastroesophageal conditions<br>• Strengths:<br>  ○ Controlled for confounding by indication<br>  ○ Controlled for protopathic bias (1 yr lag), with additional lagged analyses<br>  ○ Dose-response analysis<br>• Limitations:<br>  ○ Ranitidine-specific risk estimates not presented<br>  ○ Small numbers<br>  ○ Grouping of esophageal and gastric cardia adenocarcinomas together in primary analysis |

| RANITIDINE & GASTRIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Habel et al 2000 | • Cohort Study (n=54,276)<br>• N. California Kaiser Health Plan<br>• 1°: cimetidine (n=4125); 2°: ranitidine (n=922) (1982-1987)<br>• Cancer dx: through 1995 (max f/u 13 years)<br>• Lag: none in primary analyses<br>• Adj.: age, sex, and pharmacy | Esophageal + Gastric: aRR 2.42 (1.07-5.49); n=6 – no lag<br><br>No SS association – comparison to cimetidine<br><br>No SS association – 1 yr lag: "relative risks associated with… ranitidine use were only significantly elevated during the first 12 months after prescription date" | • **No risk between ranitidine and esophageal/gastric cancer when controlling for protopathic bias and confounding by indication**<br>• Risk estimate below 3 in zone of bias<br>• Protopathic bias & confounding by indication: same observation with cimetidine (SS association disappeared in lagged and active comparator analyses)<br>• Strengths:<br>  ○ Compared cimetidine and ranitidine risk estimates (no statistical differences although risk estimate not provided)<br>• Limitations:<br>  ○ Minimal control of confounders<br>  ○ No control for confounding by indication or protopathic bias (lag) in primary analysis<br>  ○ Potential chance findings (multiple comparisons)<br>  ○ Small numbers<br>  ○ Grouping of esophageal and gastric cancers together |
| Liu et al 2020 | • Nested Case-Control Study (n=1,119/5,394)<br>• Scottish Primary Care Clinical Informatics Unit (PCCIU) database<br>• n=587 ranitidine users (starting in 1996)<br>• Cancer dx: 1999-2011; median f/u 5.1 y (range: 2.0-13.7 y)<br>• Lag: 1-3 years<br>• Matched: age, sex, & GP<br>• Adj.: obesity, diabetes, coronary heart disease, MI, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, COPD, mental illness, liver disease, peptic ulcer, esophagitis, statins, aspirin, alcohol, & smoking | aOR 1.42 (1.10-1.85); n=128 – 1 yr lag<br><br>aOR 1.22 (0.89-1.67); n=78 – 2 yr lag<br><br>aOR 1.17 (0.81-1.68); n=57– 3 yr lag | • **No risk between ranitidine and gastric cancer in analyses best controlling for protopathic bias**<br>• Risk estimate below 2 in zone of bias<br>• Confounding by indication:<br>  ○ Similar results for all H2RAs & PPIs<br>  ○ No SS association when comparing H2RAs to PPIs (active compactor)<br>• Strengths:<br>  ○ Controlled for protopathic bias through several lagged analyses<br>  ○ Sensitivity analyses (ranitidine and/or H2RAs) for protopathic bias, confounding by indication, and dose-response<br>  ○ Controlled for many potential confounders<br>• Limitations:<br>  ○ No control for some important confounders (*H. pylori*) |
| Kim Y et al 2021 | • Cohort Study<br>• U.S. IBM Explorys database (2009-2018)<br>• 581,028 ranitidine users vs. 909,970 famotidine or 2,179,048 omeprazole users | $aOR_1$ 0.43 (0.36-0.51); p<0.001; n=170 – vs. famotidine<br><br>$aOR_2$ 0.49 (0.40-0.60); p<0.001; n=170 – vs. famotidine | • **No risk between ranitidine and gastric cancer**<br>• Strengths:<br>  ○ Large study designed to test ranitidine/NDMA hypothesis<br>  ○ Active comparator minimizes bias, confounding and confounding by indication |

| RANITIDINE & GASTRIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | • F/u: max 10 years<br>• Lag: 1 year<br>• $aOR_1$ adj.: atrophic gastritis, tobacco, & obesity<br>• $aOR_2$ adj.: age, sex, race, & atrophic gastritis | $aOR_1$ 0.58 (0.49-0.68); p<0.001; n=170 – vs. omeprazole<br><br>$aOR_2$ 0.93 (0.76-1.13); p<0.001; n=170 – vs. omeprazole | ○ Controlled for protopathic bias (1 yr lag)<br>• Limitations:<br>○ No control for some risk factors |
| Iwagami et al 2021 | • Cohort Study<br>• Japan Medical Data Center claims database (2005-2018)<br>• 113,745 ranitidine or nizatidine users vs. 503,982 other H2RA users<br>• Median f/u 2.4 y (IQR: 1.1–4.5 y)<br>• Lag: none in primary analysis<br>• Adj.: age, sex, indications (peptic ulcer disease, gastritis, and reflux esophagitis), medications (aspirin, NSAIDs, 5-α reductase inhibitors, statins, spironolactone, oral steroids, HRT, SSRIs, & PPIs), comorbidities (diabetes mellitus, COPD, heart failure, and alcohol-related disease), Charlson Comorbidity Index score category, and calendar year at the start of follow-up | aHR 1.09 (0.96–1.24); n=288 – ranitidine /nizatidine vs. other H2RA | • **No risk between ranitidine and gastric cancer**<br>• Strengths:<br>○ Large, well-conducted study designed to test ranitidine/NDMA hypothesis<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Sensitivity analysis for protopathic bias, dose-response, and follow-up length for all cancers combined<br>• Limitations:<br>○ No control for lifestyle risk factors (tobacco, alcohol, BMI) or *H. pylori*<br>○ No control for protopathic bias in primary analysis<br>○ Short median follow-up (2.4 yrs) |
| Yoon et al 2021 | • Cohort Study<br>• South Korea Health Insurance Review & Assessment database<br>• 40,488 ranitidine long-term (>1 yr) users vs. 10,122 famotidine users (2009- 2011)<br>• Cancer dx: 2012-2018 (max f/u 10 years)<br>• Lag: none<br>• Matched: sex, age, diabetes mellitus, and cumulative exposure duration | HR 1.06 (0.86–1.31); n=450 – vs. famotidine | • **No risk between ranitidine and gastric cancer**<br>• Strengths:<br>○ Large study designed to test ranitidine/NDMA hypothesis<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Long-term use (>1 year; 61% ≥ 2 years)<br>○ High cumulative dose (mean 220,395 mg)<br>• Limitations:<br>○ No adjustment for confounders other than the matching variables (although confounding minimized with famotidine comparator) |
| Kumar et al 2021 | • Cohort Study | aHR 1.83 (1.36-2.48) – other H2RA vs. ranitidine | • **No risk between ranitidine and gastric cancer**<br>• Strengths: |

| RANITIDINE & GASTRIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | • U.S. Veterans Health Administration (1998-2018)<br>• 279,505 *H. pylori* patients prescribed ranitidine (n=69,157), other H2RAs (n=6,559), or PPIs (n=203,789)<br>• Median f/u 4.4 years (IQR 1.7-9.2 y)<br>• Lag: 3 months<br>• Adj.: age, sex, race, ethnicity, history of smoking, & zip code-level poverty at HP diagnosis | aHR 0.92 (0.82-1.04) – PPI vs. ranitidine | ○ Large study designed to test ranitidine/NDMA hypothesis<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Controlled for confounding by indication by limiting cohort to pts with *H. pylori*<br>• Limitations:<br>○ No control for some risk factors (BMI)<br>○ Short lag period (3 months)<br>○ Generalizability limited to patients treated for *H. pylori* |
| Adami et al 2021 | • Cohort Study<br>• Danish medical registries<br>• 103,565 ranitidine users vs. 182,497 other H2RA (famotine or cimetidine) or 807,725 PPI users (1996-2008)<br>• Cancer dx: through 2018; median f/u 14 y (IQR 10-18 y)<br>• Lag: 1 year<br>• Propensity score-weighted adj: age, index date, previous use of PPIs or other H2RA, time between 1st and 10th Rx, sex, marital status, underlying gastrointestinal diseases (GERD, Barrett's esophagus, gastric or duodenal ulcer), comorbidities (alcohol-related disease, MI, COPD, connective tissue dx, moderate-severe renal dx, congestive heart failure, cerebrovascular dx, dementia, liver dx, diabetes, hemiplegia, AIDS), use of NSAIDs, thiazolidinedione, low-dose aspirin, & oral anticoagulants | Ranitidine vs. other H2RA: aHR 0.98 (0.84-1.14); n=331<br>• aHR 1.13 (0.77-1.65); n=75 – ≥10 Rx<br>• aHR 1.53 (0.79-2.99); n=24 – ≥10 Rx + > 10 yr follow-up<br>• Proximal: aHR 0.96 (0.76-1.21); n=149<br>• Distal: aHR 0.72 (0.54-0.97); n=65<br>• Unknown/several regions: aHR 1.13 (0.93-1.36); n=191<br><br>Ranitidine vs. PPI: aHR 1.03 (0.92-1.16); n=349<br>• aHR 0.92 (0.68-1.23); n=44 – ≥10 Rx<br>• aHR 1.62 (0.99-2.66); n=20 – ≥10 Rx + > 10 yr follow-up<br>• Proximal: aHR 1.02 (0.86-1.22); n=158<br>• Distal: aHR 0.98 (0.77-1.24); n=74<br>• Unknown/several regions: aHR 1.13 (0.96-1.33); n=196 | • **No risk between ranitidine and gastric cancer**<br>• Strengths:<br>○ Large study designed to test ranitidine/NDMA hypothesis<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Controlled for confounding by indication (underlying GI disease)<br>○ Controlled for protopathic bias (1 yr lag)<br>○ Long follow-up (median 14 years)<br>○ Stratified analyses by long-term use (≥5 and ≥10 Rx) and follow-up (>10 yr)<br>• Limitations:<br>○ No control for some risk factors (smoking, alcohol, BMI) |
| Kim S et al 2021 | • Cohort Study<br>• South Korea National Health Insurance | aHR 1.01 (0.86-1.18); n=306 – | • **No risk between ranitidine and gastric cancer**<br>• Strengths: |

| RANITIDINE & GASTRIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | Service-National Sample Cohort<br>• 13,629 ranitidine or nizatidine users or 13,629 other H2RAs (cimetidine, famotidine, roxatidine, lafutidine) users vs. 13,629 controls (2002-2008)<br>• Cancer dx: 2009-2013 (max f/u 12 y)<br>• Lag: none<br>• Propensity score-matching on age, sex, residential area, household income, disability, NSAID dose, and history of smoking & alcohol use. Further adj. for "other predictor variables". | ranitidine/nizatidine vs. controls | ○ Large study designed to test ranitidine/NDMA hypothesis<br>○ Controlled for some gastric cancer risk factors<br>○ Other H2RA analysis<br>• Limitations:<br>○ No active comparator analysis (although separate analysis for other H2RAs vs. controls demonstrated similar risk estimate)<br>○ No control for some gastric risk factors (*H. pylori*, BMI)<br>○ No control for protopathic bias |

Statistically significant (SS) increased risk or decreased risk

### B. *Ranitidine and Esophageal Cancer*

**Quality/Strength of *Evidence for an Association* Between Ranitidine & Esophageal Cancer:**
- **Levels of Evidence from the Oxford Centre for Evidence-Based Medicine= 2-4**

**Six studies (Table 5) have evaluated the association between ranitidine and esophageal cancer; one case-control study, one nested case-control study and four cohort studies. No increased risks were observed in analyses best accounting for confounding, bias and dose-response relationships (Chow et al 1995; Habel et al 2000; Tan et al 2018; Kim Y et al 2021; Mohy-ud-din et al 2020 abstract; Adami et al 2021). Overall, the 6 studies do not support an increased risk of esophageal cancer with ranitidine.**

Esophageal cancer is the eighteenth most common cancer in the United States (NCI SEER 2021). The lifetime risk of developing esophageal cancer in the U.S. is approximately 1 in 125 (0.8%) for men and 1 in 417 (0.24%) in women (American Cancer Society 2021). The two main histopathologic subtypes of esophageal cancer are esophageal adenocarcinoma (EAC) and esophageal squamous cell carcinoma (ESCC) and these cancer subtypes are etiologically and clinically distinct. Known risk factors for both types of esophageal cancer include advanced age, male sex, smoking, achalasia, family history of esophageal cancer, and genetic mutations and syndromes (American Cancer Society 2021; Blot et al 2018). Although a risk factor for both subtypes, smoking is a stronger risk factor for ESCC than EAC and has a synergistic effect with alcohol for ESCC. Additional risk factors for ESCC include race/ethnicity (African Americans), alcohol, esophageal strictures, radiation, personal history of certain other cancers, frequently drinking very hot liquids, and betel quid chewing (the latter two risk factors mainly outside the U.S.). Risk factors for EAC include race/ethnicity (non-Hispanic Whites), GERD, Barrett's esophagus, hiatal hernia, overweight/obesity, and physical inactivity. GERD and related conditions are among the strongest risk factors for both Barrett's esophagus and EAC, making

confounding by indication in studies on ranitidine and esophageal cancer risk particularly prominent.

A summary of the ranitidine studies and esophageal cancer risk is provided below; an abbreviated version is provided for studies already summarized in prior sections (sections A).

Two small studies utilizing the California Kaiser Health plan assessed esophageal and gastric cancers combined. The first study accounted for both confounding by indication and protopathic bias and reported no association (Chow et al 1995). The second study reported a significant association in the absence of controlling for either type of bias, although the association disappeared when subsequently controlling for both confounding by indication and protopathic bias (Habel et al 2000).

Tan et al (2018) was a nested case-control study of the U.S. Veteran Affairs (VA) database among patients with Barrett's esophagus (BE). The protective role of H2RAs and PPIs on the progression of BE to esophageal adenocarcinoma (EAC) was assessed in 300 EAC cases and 798 matched controls. Barrett's esophagus is a complication of GERD and a precursor to esophageal adenocarcinoma. Thus, treatment of GERD may slow or halt the progression of BE to EAC. A statistically significant protective effect of H2RAs was found (aOR 0.70 (0.50-0.99)) and results for ranitidine were similar, although not statistically significant (aOR 0.71 (0.50-1.00)). In a dose-response analysis, a statistically significant increased (aOR 3.00 (1.84-4.90)) and decreased (aOR 0.17 (0.09-0.32)) risk was observed for low-dose and high-dose ranitidine, respectively. Similar findings were observed for omeprazole and the authors explained these results in the context of confounding by indication – i.e., "at lower doses, which may represent inadequate control of acid reflux or inconsistent use of PPI [or H2RA], do not seem to confer the same protective effect as higher doses." Since cost is an important driver of medication purchase and VA pharmacies provided OTC medications at a substantial discount compared to non-VA pharmacies, the likelihood of OTC medication outside the VA would have been low reducing the concern for OTC misclassification. The authors concluded "PPI and H2RA medication use was independently associated with lower risk of OAC [esophageal adenocarcinoma] in patients with Barrett's oesophagus."

Adami et al (2021) was a large, well-conducted cohort study utilizing nationwide Danish health databases and designed to test the ranitidine/NDMA hypothesis. The study compared 103,565 ranitidine users to 182,497 other H2RA (famotidine or cimetidine) users or 807,725 PPI users and assessed the risk of upper gastrointestinal cancers. There was no association between ranitidine and overall esophageal cancer compared to either other H2RAs (aHR 1.09 (0.91-1.29)) or PPIs (aHR 1.01 (0.90-1.14)) and this persisted in analyses on long-term users (≥5 and ≥10 Rx) and long-term follow-up (>10 years). When stratified by type of esophageal cancer, there was no association for ranitidine and esophageal squamous cell carcinoma when compared to other H2RAs (aHR 1.07 (0.80-1.44)), while a statistically significant decreased risk was reported compared to PPIs (aHR 0.76 (0.60-0.96)). The authors reported a significant increased risk for esophageal adenocarcinoma compared to both other H2RAs (aHR 1.30 (1.01-1.68)) and PPIs (aHR 1.27 (1.04-1.56)). However, the association for esophageal adenocarcinoma disappeared in subjects that filled ≥ 5 or 10 prescriptions (≥10 Rx: aHR 0.97 (0.53-1.76) – vs. other H2RA; aHR 0.62 (0.38-1.00) – vs. PPI). The authors discuss: "Because we calculated many estimates, some (on average 1 in 20) are expected to be significant due to chance. Thus, chance might explain the modest excess risk of esophageal adenocarcinoma among ranitidine users… If a causal association existed, we would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident." I agree with the authors discussion and their overall conclusion that their "study provides

little evidence that ranitidine, whether through NDMA contamination or any other reason, increases risk of upper gastrointestinal cancers."

Two other large cohort studies using the same database (U.S. IBM Explorys) and designed to test the ranitidine/NDMA hypothesis found significant decreased risks of esophageal cancer. Both studies used an active comparator to control for confounding, confounding by indication and other biases by facilitating comparison of similar patient populations. The Kim Y et al (2021) study described above assessed the U.S. IBM Explorys from 2009-2018 and reported statistically significant decreased risks for esophageal cancer with ranitidine use compared to both famotidine ($aOR_1$ 0.51 (0.43-0.60)) and omeprazole ($aOR_1$ 0.62 (0.52-0.72). Mohy-ud-din et al (2020) was an abstract/poster of a large cohort study utilizing the same U.S. IBM Explorys database from 1999-2019. 1,620,830 ranitidine users were compared to 3,373,740 famotidine users or 59,625,850 unexposed individuals. Compared to famotidine users, ranitidine users had a statistically significant decreased risk of bladder, breast, esophageal, liver, lung, pancreatic, prostate, and uterine cancers and a statistically significant increased risk of colorectal cancer and melanoma. For esophageal cancer specifically, the odds ratio for ranitidine compared to famotidine was aOR 0.78 (0.76-0.81). The Mohy-ud-din study exemplifies the importance for using an active comparator in these studies to better account for confounding as the prevalence of cancer risk factors, such as obesity, smoking, alcohol use, and family history of cancer, were much higher in the H2RA groups than the unexposed general population group. While the Kim Y et al (2021) and Mohy-ud-din et al (2020) studies use the same database with some overlapping years, there are some notable differences between the studies. Kim Y et al (2021) is a fully published, peer-reviewed study, includes a lag period to minimize protopathic bias, and uses multivariable logistic regression analysis to adjust for confounding factors. In contrast, the Mohy-ud-din et al (2020) is only available as a non-peer-reviewed abstract/poster, does not appear to use a lag period to minimize protopathic bias, and excluded patients with certain risk factors in their adjusted analysis. As abstracts/posters are short summaries of studies presented at scientific conferences that contain preliminary data, limited information on methodology, and have not undergone peer-review, I have given less weight to unpublished data such as abstracts.

**Table 5. Ranitidine and Esophageal Cancer.**

| **RANITIDINE & ESOPHAGEAL CANCER** | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Chow et al 1995 | • Case-Control Study (n=196/196)<br>• S. California Kaiser Health Plan<br>• Cancer dx: 1986-1992<br>• n=65 H2RA users<br>• Matched: time of diagnosis, sex, year of birth, & duration of membership<br>• Lag: 1 year<br>• Adj.: race, smoking, & BMI, # of composite conditions (GERD, hiatal hernia, esophagitis /esophageal ulcer, or difficulty swallowing) | <u>Esophageal + Gastric Cardia Adenocarcinoma</u>: "findings for... ranitidine were similar to those for the combined group of H2 antagonists" (aOR 0.6 (0.3-1.3)) | • **No risk between ranitidine and esophageal/gastric cardia adenocarcinoma**<br>• Confounding by indication: SS findings for gastroesophageal conditions<br>• Strengths:<br>o Controlled for confounding by indication<br>o Controlled for protopathic bias (1 yr lag), with additional lagged analyses<br>o Dose-response analysis<br>• Limitations:<br>o Ranitidine-specific risk estimates not presented<br>o Small numbers<br>o Grouping of esophageal and gastric cardia adenocarcinomas together in primary analysis |

| RANITIDINE & ESOPHAGEAL CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Habel et al 2000 | • Cohort Study (n=54,276)<br>• N. California Kaiser Health Plan<br>• 1°: cimetidine (n=4125); 2°: ranitidine (n=922) (1982-1987)<br>• Cancer dx: through 1995 (max f/u 13 years)<br>• Lag: none in primary analyses<br>• Adj.: age, sex, and pharmacy | Esophageal + Gastric:<br>aRR 2.42 (1.07-5.49); n=6 – no lag<br><br>No SS association – comparison to cimetidine<br><br>No SS association – 1 yr lag: "relative risks associated with… ranitidine use were only significantly elevated during the first 12 months after prescription date" | • **No risk between ranitidine and esophageal/gastric cancer when controlling for protopathic bias and confounding by indication**<br>• Risk estimate below 3 in zone of bias<br>• Protopathic bias & confounding by indication: same observation with cimetidine (SS association disappeared in lagged and active comparator analyses)<br>• Strengths:<br>  ○ Compared cimetidine and ranitidine risk estimates (no statistical differences although risk estimate not provided)<br>• Limitations:<br>  ○ Minimal control of confounders<br>  ○ No control for confounding by indication or protopathic bias (lag) in primary analysis<br>  ○ Potential chance findings (multiple comparisons)<br>  ○ Small numbers<br>  ○ Grouping of esophageal and gastric cancers together |
| Tan et al 2018 | • Nested Case-Control Study (n=300/798)<br>• U.S. VA patients with Barrett's esophagus<br>• n=259 ranitidine users (2003-2011)<br>• Cancer dx: through 2011 (max f/u 9 years)<br>• Lag: 3 months<br>• Matched: year of birth & BE diagnosis date<br>• Adj.: age at BE diagnosis, smoking, BMI, number of esophago-gastroduodenoscopies after BE diagnosis, statin, NSAID/aspirin, & PPI use | aOR 0.71 (0.50-1.00); n=58<br><br>aOR 3.00 (1.84-4.90); n=47 – DDD ≤ 150 mg<br><br>aOR 0.17 (0.09-0.32); n=11 – DDD > 150 mg | • **Protective effect for high-dose ranitidine in BE progression to esophageal adenocarcinoma**<br>• Strengths:<br>  ○ Controlled for many potential confounders<br>  ○ Dose-response analysis<br>• Limitations:<br>  ○ Generalizability limited to BE patients<br>  ○ Few patients on H2RAs only (no PPIs) |
| Mohy-ud-din et al 2020 [Abstract / Poster] | • Cohort Study<br>• U.S. IBM Explorys database<br>• 1,620,830 ranitidine users vs. 3,373,740 famotidine users or 59,625,850 unexposed<br>• Adj. analysis excluded patients w/ obesity, tobacco use, alcohol use, family history of cancer, cirrhosis & GERD | aOR 0.78 (0.76-0.81) – vs. famotidine | • **No risk between ranitidine and esophageal cancer**<br>• Strengths:<br>  ○ Large study designed to test ranitidine/NDMA hypothesis<br>  ○ Active comparator minimizes bias, confounding and confounding by indication<br>• Limitations:<br>  ○ Not currently a peer-reviewed published study<br>  ○ No control for protopathic bias (lag)<br>  ○ No control for some risk factors |

| RANITIDINE & ESOPHAGEAL CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Kim Y et al 2021 | • Cohort Study<br>• U.S. IBM Explorys database (2009-2018)<br>• 581,028 ranitidine users vs. 909,970 famotidine or 2,179,048 omeprazole users<br>• F/u: max 10 years<br>• Lag: 1 year<br>• $aOR_1$ adj.: tobacco, alcohol, & Barrett's esophagus<br>• $aOR_2$ adj.: age, sex, race, & Barrett's esophagus | $aOR_1$ 0.51 (0.43-0.60); $p<0.001$; n=180 – vs. famotidine<br><br>$aOR_2$ 0.56 (0.45-0.70); $p<0.001$; n=180 – vs. famotidine<br><br>$aOR_1$ 0.62 (0.52-0.72); $p<0.001$; n=180 – vs. omeprazole<br><br>$aOR_2$ 0.80 (0.65-0.97); $p<0.001$; n=180 – vs. omeprazole | • **No risk between ranitidine and esophageal cancer**<br>• Strengths:<br>  o Large study designed to test ranitidine/NDMA hypothesis<br>  o Active comparator minimizes bias, confounding and confounding by indication<br>  o Controlled for protopathic bias (1 yr lag)<br>• Limitations:<br>  o No control for some risk factors |
| Adami et al 2021 | • Cohort Study<br>• Danish medical registries<br>• 103,565 ranitidine users vs. 182,497 other H2RA (famotine or cimetidine) or 807,725 PPI users (1996-2008)<br>• Cancer dx: through 2018; median f/u 14 y (IQR 10-18 y)<br>• Lag: 1 year<br>• Propensity score-weighted adj: age, index date, previous use of PPIs or other H2RA, time between 1st and 10th Rx, sex, marital status, underlying gastrointestinal diseases (GERD, Barrett's esophagus, gastric or duodenal ulcer), comorbidities (alcohol-related disease, MI, COPD, connective tissue dx, moderate-severe renal dx, congestive heart failure, cerebrovascular dx, dementia, liver dx, diabetes, hemiplegia, AIDS), use of NSAIDs, thiazolidinedione, low-dose aspirin, & oral anticoagulants | Ranitidine vs. other H2RA:<br>• Esophageal cancer (all): aHR 1.09 (0.91-1.29); n=261<br>  o aHR 1.16 (0.80-1.69); n=65 – ≥10 Rx<br>  o aHR 1.32 (0.66-2.62); n=23 – ≥10 Rx + > 10 yr follow-up<br>• Esophageal squamous cell carcinoma: aHR 1.07 (0.80-1.44); n=73<br>  o aHR 1.71 (0.70-4.15); n=17 – ≥10 Rx<br>• Esophageal adenocarcinoma: aHR 1.30 (1.01-1.68); n=105<br>  o aHR 0.97 (0.53-1.76); n=22 – ≥10 Rx<br><br>Ranitidine vs. PPI:<br>• Esophageal cancer (all): aHR 1.01 (0.90-1.14); n=283<br>  o aHR 0.84 (0.61-1.15); n=39 – ≥10 Rx<br>  o aHR 1.07 (0.65-1.77); n=16 – ≥10 Rx + > 10 yr follow-up<br>• Esophageal squamous cell carcinoma: aHR | • **No risk between ranitidine and esophageal cancer overall**<br>• Strengths:<br>  o Large study designed to test ranitidine/NDMA hypothesis<br>  o Active comparator minimizes bias, confounding and confounding by indication<br>  o Controlled for confounding by indication (underlying GI disease)<br>  o Controlled for protopathic bias (1 yr lag)<br>  o Long follow-up (median 14 years)<br>  o Stratified analyses by long-term use (≥5 and ≥10 Rx) and follow-up (>10 yr)<br>• Limitations:<br>  o No control for some risk factors (smoking, alcohol, BMI)<br>  o Potential chance findings (multiple comparisons) |

| RANITIDINE & ESOPHAGEAL CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | | 0.76 (0.60-0.96); n=68<br>○ aHR 1.06 (0.49-2.28); n=12 – ≥10 Rx<br>• Esophageal adenocarcinoma: aHR 1.27 (1.04-1.56); n=123<br>○ aHR 0.62 (0.38-1.00); n=12 – ≥10 Rx | |

Statistically significant (SS) increased risk or decreased risk
EAC: esophageal adenocarcinoma; EGJ: esophagogastric junction; ESCC: esophageal squamous cell carcinoma

### C. *Ranitidine and Liver Cancer*

**Quality/Strength of *Evidence for an Association* Between Ranitidine & Liver Cancer:**
- **Levels of evidence from the Oxford Centre for Evidence-Based Medicine= 2-4**

**Seven studies (Table 6) have evaluated the association between ranitidine and liver cancer; one nested case-control study and six cohort studies. No statistically significant increased risks were observed in analyses best controlling for confounding by indication, confounding, and bias (Tran et al 2018 PCCIU; Tran et al 2018 UK Biobank; Kim Y et al 2021; Mohy-ud-din et al 2020 abstract; Kantor et al 2021; Yoon et al 2021; Adami et al 2021). Overall, the 7 studies do not support an association between ranitidine and liver cancer.**

Liver cancer is the thirteenth most common cancer in the United States (NCI SEER 2021). The lifetime risk of developing liver cancer is approximately 1 in 69 (1.4%) for men and 1 in 161 (0.62%) in women (American Cancer Society 2021). Known risk factors for liver cancer include advanced age, male sex, race/ethnicity (Asian Americans and Pacific Islanders), smoking, alcohol consumption, overweight/obesity, hepatitis B virus (HBV), hepatitis C virus (HCV), cirrhosis and other liver diseases (e.g., non-alcoholic fatty liver disease), type 2 diabetes, inherited metabolic diseases, certain occupational and chemical exposures, family history of liver cancer, and genetic mutations and syndromes (American Cancer Society 2021).

A summary of the ranitidine studies and liver cancer risk is provided below; an abbreviated version is provided for studies already summarized in prior sections (sections A and B).

Tran et al (2018) is an article on two independent studies assessing the risk of liver cancer due to acid suppression from use of H2RAs or PPIs. The first study was a nested case-control study of 434 liver cancer cases and 2,130 matched controls from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database (1996-2011). The second study was a prospective cohort study of 471,851 participants in the UK Biobank database (2006-2014), including 182 individuals that developed liver cancer. There was no statistically significant association between ranitidine and liver cancer in either study (PCCIU: aOR 1.41 (0.91-2.15); UK Biobank: aHR 1.82 (0.87-3.79)). There was also no overall association for H2RAs, including in stratified analyses by dose (cumulative dose and number of prescriptions) and liver cancer subtype (hepatocellular carcinoma and intrahepatic bile duct carcinoma). This study did not employ an active comparator but did use lag time analysis finding no association between ranitidine use and liver cancer. Also, they evaluated dose response relationships for H2RAs combined, further highlighting the lack of

association with liver cancer; this analysis also reassures about the possibility of misclassification from not taking the drug. In response to the criticisms by Drs. McTiernan and Moorman on potential bias toward the null from lack of data from OTC use, it is important to recognize that the UK Biobank employed a questionnaire about drug use which included both prescription and OTC use. In addition, data from Wales between 2010-2012 showed that OTC use only accounted for about 10% of the total ranitidine use in this population (Holyfield 2013). As well, Abrahami et al (2020) reported the prevalence of prescription ranitidine use in the UK population was about 1.1-1.6% during the PCCIU study period. Thus, with prevalence of prescription ranitidine use of about 1.1-1.6% and overall OTC ranitidine use of about 10%, the overall estimate would barely be affected with OTC misclassification for the PCCIU database (Yood et al 2007). In summary, I agree with the authors conclusion that "there was little evidence of association with use of H2RAs" and risk of liver cancer.

Kantor et al (2021) was a large, well-conducted prospective cohort study of the UK Biobank database designed to test the ranitidine/NDMA hypothesis. This was the same database described above in Tran et al 2018. Regular use ("most days of the week for the last 4 weeks") of prescription and OTC medications were self-reported at baseline (2006-2010) and cancer outcomes were followed through 2015. 8,844 regular users of ranitidine were compared to 26,959 regular users of omeprazole and 450,360 unexposed individuals. In primary analyses, there was no association between ranitidine and overall cancer, breast cancer, colorectal cancer, lung cancer, or prostate cancer with either comparator. In exploratory analyses, there was no association between ranitidine and bladder or ovarian cancer with either comparator. For kidney cancer (exploratory analysis), there was no association for ranitidine compared to the unexposed general population, and a statistically significant decreased risk compared to omeprazole users. For liver cancer (exploratory analysis), the authors found a statistically significant increased risk for ranitidine when compared to the unexposed general population (aHR 1.91 (1.09-3.36)), but not when compared to omeprazole (aHR 1.15 (0.58-2.26)). As previously discussed, the use of an active comparator of other H2RAs/PPIs minimizes confounding, confounding by indication and other biases in these studies by facilitating comparison of similar patient populations. Thus, the omeprazole comparator in the Kantor study is the more informative analysis and found no increased risk of liver cancer with ranitidine use. The authors also conducted stratified analyses for all cancers combined by follow-up length (≤ 5 yr and > 5 yr), which showed decreasing risk with increasing length of follow-up time. This study comprehensively adjusted for many potential confounders, including lifestyle risk factors (BMI, smoking, alcohol use, and diet) that are often missing or incomplete in medical databases. As well, they had information on OTC medication use and the inclusion of only "regular users" may have captured more long-term users. A limitation of the study was the lack of a lag period to account for protopathic bias, although this bias was likely reduced in the active comparator analysis. The authors concluded they "found no association between ranitidine use and cancers of the breast, prostate, lung or colorectum. The exploratory positive association with liver cancer and inverse association with kidney cancer are compelling for hypothesis-generation, and study findings merit confirmation in other populations."

Three other large, well-conducted cohort studies and one abstract of a cohort study specifically designed to test the ranitidine/NDMA hypothesis reported no increased risk of liver cancer in patients treated with ranitidine compared to other acid suppressive agents. Kim Y et al (2021) reported statistically significant decreased risks for ranitidine compared to both famotidine ($aOR_1$ 0.39 (0.36-0.41)) and omeprazole ($aOR_1$ 0.81 (0.76-0.86)). Using the same database as Kim Y et al, Mohy-ud-din et al (2020 abstract) also reported statistically significant decreased risks for liver cancer in users of ranitidine compared to famotidine (aOR 0.64 (0.61-0.66)). Yoon et al (2021) found no significant association for liver cancer in users of ranitidine compared to famotidine (HR 0.85 (0.69–1.05)). Adami et al (2021) reported no increased risk of liver cancer in ranitidine users

compared to either other H2RA (0.89 (0.72-1.10)) or PPI (aHR 0.86 (0.71-1.05)) users, including in analyses for long-term users (≥5 or ≥10 Rx).

**Table 6. Ranitidine and Liver Cancer.**

| **RANITIDINE & LIVER CANCER** | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Tran et al 2018 | • 2 independent studies<br>1) Nested Case-Control Study (n=434/2130)<br>• Scottish Primary Care Clinical Informatics Unit (PCCIU) database<br>• n=211 ranitidine users (starting in 1996)<br>• Cancer dx: 1999-2011; median f/u 5.5 y (range: 2.0-13.3 y)<br>• Lag: 1 year<br>• Matched: age, sex, & GP<br>• Adj.: obesity, diabetes, coronary heart disease, myocardial infarction, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, COPD, mental illness, cirrhosis, alcoholic and non-alcoholic fatty liver, hepatitis, peptic ulcer disease, statins, aspirin, alcohol, & smoking<br>2) Prospective Cohort Study (n=471,851)<br>• UK Biobank database (2006-2010)<br>• Cancer dx: through 2014; median f/u 5.6 y (range: 1.0-8.6 y)<br>• Lag: 1 year<br>• Adj.: age, sex, deprivation, BMI, alcohol, smoking, GERD, peptic ulcer disease, cirrhosis, hepatitis, diabetes, statins, & aspirin | PCCIU:<br>aOR 1.41 (0.91-2.15); n=45<br><br>UK Biobank:<br>aHR 1.82 (0.87-3.79); n=8 | • **No risk between ranitidine and liver cancer in 2 independent studies**<br>• Confounding by indication: SS findings for PPIs<br>• Strengths:<br>o Controlled for protopathic bias<br>o Controlled for many potential confounders<br>o Sensitivity analysis for varying lags (protopathic bias), dose-response, and liver cancer subtypes for H2RAs combined<br>o Inclusion of Rx & OTC use in cohort study<br>• Limitations:<br>o No active comparator group<br>o Small number of exposures in cohort study |
| Mohy-ud-din et al 2020 [Abstract / Poster] | • Cohort Study<br>• U.S. IBM Explorys database<br>• 1,620,830 ranitidine users vs. 3,373,740 famotidine users or | aOR 0.64 (0.61-0.66) – vs. famotidine | • **No risk between ranitidine and liver cancer**<br>• Strengths:<br>o Large study designed to test ranitidine/NDMA hypothesis |

| RANITIDINE & LIVER CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | 59,625,850 unexposed<br>• Adj. analysis excluded patients w/ obesity, tobacco use, alcohol use, family history of cancer, cirrhosis & GERD | | ○ Active comparator minimizes bias, confounding and confounding by indication<br>• Limitations:<br>○ Not currently a peer-reviewed published study<br>○ No control for protopathic bias (lag)<br>○ No control for some risk factors |
| Kim Y et al 2021 | • Cohort Study<br>• U.S. IBM Explorys database (2009-2018)<br>• 581,028 ranitidine users vs. 909,970 famotidine or 2,179,048 omeprazole users<br>• F/u: max 10 years<br>• Lag: 1 year<br>• $aOR_1$ adj.: cirrhosis, obesity, & chronic viral hepatitis<br>• $aOR_2$ adj.: age, sex, race, & cirrhosis | $aOR_1$ 0.39 (0.36-0.41); p<0.001; n=880 – vs. famotidine<br><br>$aOR_2$ 0.38 (0.34-0.42); p<0.001; n=880 – vs. famotidine<br><br>$aOR_1$ 0.81 (0.76-0.86); p<0.001; n=880 – vs. omeprazole<br><br>$aOR_2$ 0.97 (0.88-1.07); p<0.001; n=880 – vs. omeprazole | • **No risk between ranitidine and liver cancer**<br>• Strengths:<br>○ Large study designed to test ranitidine/NDMA hypothesis<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Controlled for protopathic bias (1 yr lag)<br>• Limitations:<br>○ No control for some risk factors |
| Kantor et al 2021 | • Prospective Cohort Study<br>• UK Biobank database<br>• 8,844 regular users of ranitidine (Rx/OTC) vs. 26,959 regular users of omeprazole or 450,360 unexposed (2006-2010)<br>• Cancer dx: through 2015; median f/u 6.7 years; max ~10 years<br>• Lag: none<br>• Adj.: age, sex, race, income, BMI, smoking status, pack-years smoked, alcohol intake, physical activity, diabetes & pre-existing liver disease | aHR 1.15 (0.58-2.26); n=11 – vs. omeprazole<br><br>aHR 1.91 (1.09-3.36); n=13 – vs. unexposed | • **No risk between ranitidine and liver cancer in analysis best controlling for confounding by indication**<br>• Risk estimate below 2 in zone of bias<br>• Strengths:<br>○ Large, well-conducted study designed to test ranitidine/NDMA hypothesis<br>○ Inclusion of Rx & OTC use<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Comprehensive control for confounders<br>○ Sensitivity analysis for follow-up length for all cancers combined<br>• Limitations:<br>○ No control for protopathic bias (lag) |
| Yoon et al 2021 | • Cohort Study<br>• South Korea Health Insurance Review & Assessment database<br>• 40,488 ranitidine long-term (>1 yr) users vs. 10,122 famotidine users (2009- 2011)<br>• Cancer dx: 2012-2018 (max f/u 10 years)<br>• Lag: none<br>• Matched: sex, age, diabetes mellitus, and cumulative exposure duration | HR 0.85 (0.69–1.05); n=400 – vs. famotidine | • **No risk between ranitidine and liver cancer**<br>• Strengths:<br>○ Large study designed to test ranitidine/NDMA hypothesis<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Long-term use (>1 year; 61% ≥ 2 years)<br>○ High cumulative dose ( mean 220,395 mg)<br>• Limitations:<br>○ No adjustment for confounders other than the matching variables (although |

| RANITIDINE & LIVER CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | | | confounding minimized with famotidine comparator) |
| Adami et al 2021 | • Cohort Study<br>• Danish medical registries<br>• 103,565 ranitidine users vs. 182,497 other H2RA (famotine or cimetidine) or 807,725 PPI users (1996-2008)<br>• Cancer dx: through 2018; median f/u 14 y (IQR 10-18 y)<br>• Lag: 1 year<br>• Propensity score-weighted adj: age, index date, previous use of PPIs or other H2RA, time between 1st and 10th Rx, sex, marital status, underlying gastrointestinal diseases (GERD, Barrett's esophagus, gastric or duodenal ulcer), comorbidities (alcohol-related disease, MI, COPD, connective tissue dx, moderate-severe renal dx, congestive heart failure, cerebrovascular dx, dementia, liver dx, diabetes, hemiplegia, AIDS), use of NSAIDs, thiazolidinedione, low-dose aspirin, & oral anticoagulants | <u>Ranitidine vs. other H2RA</u>: aHR 0.89 (0.72-1.10); n=127<br>• aHR 0.79 (0.43-1.44); n=23 – ≥10 Rx<br>• aHR 0.61 (0.04-8.37); n=6 – ≥10 Rx + > 10 yr follow-up<br><br><u>Ranitidine vs. PPI</u>: aHR 0.86 (0.71-1.05); n=153<br>• aHR 0.61 (0.35-1.08); n=20 – ≥10 Rx<br>• aHR 0.75 (0.23-2.48); n=7 – ≥10 Rx + > 10 yr follow-up | • **No risk between ranitidine and liver cancer**<br>• Strengths:<br>  ○ Large study designed to test ranitidine/NDMA hypothesis<br>  ○ Active comparator minimizes bias, confounding and confounding by indication<br>  ○ Controlled for confounding by indication (underlying GI disease)<br>  ○ Controlled for protopathic bias (1 yr lag)<br>  ○ Long follow-up (median 14 years)<br>  ○ Stratified analyses by long-term use (≥5 and ≥10 Rx)<br>• Limitations:<br>  ○ No control for some risk factors (smoking, alcohol, BMI) |

Statistically significant (SS) increased risk or decreased risk

### D. ***Ranitidine and Pancreatic Cancer***

**Quality/Strength of *Evidence for an Association* Between Ranitidine & Pancreatic Cancer:**
- **Levels of evidence from the Oxford Centre for Evidence-Based Medicine= *2-4***

**Five studies (Table 7) have evaluated the association between ranitidine and pancreatic cancer; one nested case-control study and four cohort studies. One small cohort study reported a significant association between ranitidine and pancreatic cancer in the presence of multiple comparisons and minimal to no control for confounding and protopathic bias; however, there was no association following further control for confounding by indication (Habel et al 2000). A second study reported an overall association, but did not find a dose-response relationship, which argues against a casual association (McDowell 2021). Three large cohort studies designed to test the ranitidine/NDMA hypothesis found either no association or significant decreased risks of pancreatic cancer when comparing ranitidine use to other H2RAs or PPIs (Kim Y et al 2021; Mohy-ud-din et al 2020 abstract; Adami et al 2021). The use of an active comparator is effective in minimizing confounding by indication, and bias. Overall, the 5 studies do not support a reliable, consistent association between ranitidine and pancreatic cancer.**

Pancreatic cancer is the eleventh most common cancer in the United States (NCI SEER 2021). The lifetime risk of developing pancreatic cancer is approximately 1 in 60 (1.66%) for men and 1 in 63 (1.60%) in women (American Cancer Society 2021). Known risk factors for pancreatic cancer include advanced age, male sex, race/ethnicity (African Americans), smoking, overweight/obesity, chronic pancreatitis, type 2 diabetes, certain occupational and chemical exposures, family history of pancreatic and other cancers, and genetic mutations and syndromes (American Cancer Society 2021).

A summary of the ranitidine studies and pancreatic cancer risk is provided below; an abbreviated version is provided for studies already summarized in prior sections (sections A and B).

Habel et al (2000) was a cohort study of the Northern California Kaiser Health Plan database evaluating cancer risk of 4,125 cimetidine users, 922 ranitidine users, and 49,229 unexposed individuals. The authors reported a significant association for pancreatic cancer when ranitidine was compared to general population non-users (aRR 2.60 (1.06-6.38)). However, in active comparator analyses that better control for confounding and bias, "none of the differences between cimetidine and ranitidine users were statistically significant." This study suffers from numerous limitations, but most notably (1) minimal control for established cancer risk factors (e.g., tobacco, comorbidities, family history), adjusting only for age, sex, and pharmacy data source; (2) no control for confounding by indication in the primary analysis; (3) no control for protopathic bias; (4) potential chance associations due to multiple comparisons; and (5) a small sample size. The application of a lagged analysis to account for protopathic bias resulted in the disappearance of an association for esophageal/gastric cancers and it would have been important to also conduct this analysis for pancreatic cancer, which is known to suffer from the same bias (Hicks et al 2018).

McDowell et al (2021) is a nested case-control study of 1,069 pancreatic cancer cases and 4,729 matched controls from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database. The objective of the study was to evaluate the effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk. Ranitidine was one of thirteen medications assessed and the authors reported an overall association (aOR 1.37 (1.10-1.70)). However, in a dose-response analysis by number of prescriptions filled, there was a significant association for lower usage (1-5 Rx: aOR 1.49 (1.12-1.99)), but not higher usage (≥6 Rx: aOR 1.24 (0.91-1.69)). In a similar

analysis comparing high usage (≥6 Rx) to lower usage (<6 Rx), there was also no association (aOR 1.20 (0.88-1.63)). The decreasing risk estimate with greater number of prescription fills is inconsistent with a causal relationship. The potential for misclassification from filling a prescription and not taking it is also decreased based on the high drug user analysis which found no increased risk for ranitidine use. Regarding the issue of OTC ranitidine use, the authors discuss that ranitidine "was only available OTC for short-term use (less than 2 weeks), at low doses (75 mg) and for limited indications (short-term symptomatic relief of heartburn, dyspepsia and hyperacidity). As well, a previous methodological study has shown that healthcare datasets can produce valid estimates of medications despite OTC use [Yood et al 2007]." There was also the potential for residual confounding as certain risk factors for pancreatic cancer were not controlled for (BMI and family history) and an active comparator analysis was not used, as well as chance associations due to the number of statistical comparisons in the study. The authors concluded that "the association between ranitidine and pancreatic cancer is yet to be determined" and "no exposure-response relationship was observed."

Two large cohort studies and one abstract of a cohort study specifically designed to test the ranitidine/NDMA hypothesis reported statistically decreased risks of pancreatic cancer in patients treated with ranitidine compared to other acid suppressive agents. Kim Y et al (2021) reported statistically significant decreased risks for ranitidine compared to both famotidine ($aOR_1$ 0.54 (0.49-0.62)) and omeprazole ($aOR_1$ 0.68 (0.60-0.76)). Using the same database, Mohy-ud-din et al (2020 abstract) also reported statistically significant decreased risks for ranitidine compared to famotidine (aOR 0.74 (0.7-0.78)). Adami et al (2021) reported no association between ranitidine and pancreatic cancer compared to either other H2RAs (aHR 0.97 (0.87-1.10)) or PPIs (aHR 0.99 (0.89-1.09)). Furthermore, they reported statistically decreased risks of pancreatic cancer in analyses restricted to subjects with ≥10 prescriptions (aHR 0.66 (0.50-0.86) – vs. PPI) and subjects with ≥10 prescriptions and >10 years of follow-up (aHR 0.46 (0.24-0.88) – vs. other H2RA). The use of an active comparator in these studies best controls for confounding, confounding by indication and other biases by facilitating comparison of similar patient populations.

**Table 7. Ranitidine and Pancreatic Cancer.**

| RANITIDINE & PANCREATIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Habel et al 2000 | • Cohort Study (n=54,276)<br>• N. California Kaiser Health Plan<br>• 1°: cimetidine (n=4125); 2°: ranitidine (n=922) (1982-1987)<br>• Cancer dx: through 1995 (max f/u 13 years)<br>• Lag: none<br>• Adj.: age, sex, and pharmacy | aRR 2.60 (1.06-6.38); n=5<br><br>No SS association – comparison to cimetidine | • **No risk between ranitidine and pancreatic cancer when controlling for confounding by indication**<br>• Risk estimate below 3 in zone of bias<br>• Strengths:<br>o Compared cimetidine and ranitidine risk estimates (no statistical differences although risk estimate not provided)<br>• Limitations:<br>o Minimal control of confounders<br>o No control for confounding by indication in primary analysis<br>o No control for protopathic bias (lag)<br>o Potential chance findings (multiple comparisons)<br>o Small numbers |

| RANITIDINE & PANCREATIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Mohy-ud-din et al 2020 [Abstract / Poster] | • Cohort Study<br>• U.S. IBM Explorys database<br>• 1,620,830 ranitidine users vs. 3,373,740 famotidine users or 59,625,850 unexposed<br>• Adj. analysis excluded patients w/ obesity, tobacco use, alcohol use, family history of cancer, cirrhosis & GERD | aOR 0.74 (0.7-0.78) – vs. famotidine | • **No risk between ranitidine and pancreatic cancer**<br>• Strengths:<br>  ○ Large study designed to test ranitidine/NDMA hypothesis<br>  ○ Active comparator minimizes bias, confounding and confounding by indication<br>• Limitations:<br>  ○ Not currently a peer-reviewed published study<br>  ○ No control for protopathic bias (lag)<br>  ○ No control for some risk factors |
| Kim Y et al 2021 | • Cohort Study<br>• U.S. IBM Explorys database (2009-2018)<br>• 581,028 ranitidine users vs. 909,970 famotidine or 2,179,048 omeprazole users<br>• F/u: max 10 years<br>• Lag: 1 year<br>• $aOR_1$ adj.: tobacco, diabetes, & obesity<br>• $aOR_2$ adj.: age, sex, race, & diabetes | $aOR_1$ 0.54 (0.49-0.62); $p<0.001$; n=320 – vs. famotidine<br><br>$aOR_2$ 0.50 (0.42-0.59); $p<0.001$; n=320 – vs. famotidine<br><br>$aOR_1$ 0.68 (0.60-0.76); $p<0.001$; n=320 – vs. omeprazole<br><br>$aOR_2$ 0.84 (0.71-0.99); $p<0.001$; n=320 – vs. omeprazole | • **No risk between ranitidine and pancreatic cancer**<br>• Strengths:<br>  ○ Large study designed to test ranitidine/NDMA hypothesis<br>  ○ Active comparator minimizes bias, confounding and confounding by indication<br>  ○ Controlled for protopathic bias (1 yr lag)<br>• Limitations:<br>  ○ No control for some risk factors |
| McDowell et al 2021 | • Nested Case-Control Study (n=1,069/4,729)<br>• Scottish Primary Care Clinical Informatics Unit (PCCIU) database<br>• n=585 ranitidine users (starting in 1993)<br>• Cancer dx: 1999-2011; median f/u 8.9 y (IQR: 6.0-11.7 y)<br>• Lag: 1 year in primary analysis<br>• Matched: age, sex, GP practice & date of registration<br>• Adj.: diabetes, myocardial infarction, coronary heart disease, heart failure, peripheral vascular disease, dementia, cerebrovascular disease, COPD, osteoporosis, rheumatological disease, renal disease, liver disease, IBD, HIV, hemiplegia/paraplegia, | aOR 1.37 (1.10-1.70); n=143<br><br><u>Dose-response</u>:<br>• aOR 1.49 (1.12-1.99); n=79 – lower usage (1-5 Rx)<br>• aOR 1.24 (0.91-1.69); n=64 – higher usage (≥6 Rx)<br>• aOR 1.20 (0.88-1.63); n=64 – higher usage (≥6 Rx) vs. lower usage (< 6 Rx) | • **No risk between ranitidine and pancreatic cancer in dose-response analysis**<br>• Risk estimate below 2 in zone of bias<br>• Strengths:<br>  ○ Dose-response analysis<br>  ○ Controlled for protopathic bias (lag)<br>• Limitations:<br>  ○ Potential chance findings (multiple comparisons)<br>  ○ No active comparator analysis<br>  ○ No control for some important confounders (BMI and family history) |

| RANITIDINE & PANCREATIC CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | peptic ulcer, H. pylori, Hepatitis B/C, gallstones, metabolic syndrome [sensitivity analyses adj. for smoking & alcohol] | | |
| Adami et al 2021 | • Cohort Study<br>• Danish medical registries<br>• 103,565 ranitidine users vs. 182,497 other H2RA (famotine or cimetidine) or 807,725 PPI users (1996-2008)<br>• Cancer dx: through 2018; median f/u 14 y (IQR 10-18 y)<br>• Lag: 1 year<br>• Propensity score-weighted adj: age, index date, previous use of PPIs or other H2RA, time between 1st and 10th Rx, sex, marital status, underlying gastrointestinal diseases (GERD, Barrett's esophagus, gastric or duodenal ulcer), comorbidities (alcohol-related disease, MI, COPD, connective tissue dx, moderate-severe renal dx, congestive heart failure, cerebrovascular dx, dementia, liver dx, diabetes, hemiplegia, AIDS), use of NSAIDs, thiazolidinedione, low-dose aspirin, & oral anticoagulants | Ranitidine vs. other H2RA: aHR 0.97 (0.87-1.10); n=498<br>• aHR 0.81 (0.60-1.09); n=83 – ≥10 Rx<br>• aHR 0.46 (0.24-0.88); n=18 – ≥10 Rx + > 10 yr follow-up<br><br>Ranitidine vs. PPI: aHR 0.99 (0.89-1.09); n=511<br>• aHR 0.66 (0.50-0.86); n=51 – ≥10 Rx<br>• aHR 0.59 (0.31-1.12); n=12 – ≥10 Rx + > 10 yr follow-up | • **No risk between ranitidine and pancreatic cancer**<br>• Strengths:<br>o Large study designed to test ranitidine/NDMA hypothesis<br>o Active comparator minimizes bias, confounding and confounding by indication<br>o Controlled for confounding by indication (underlying GI disease)<br>o Controlled for protopathic bias (1 yr lag)<br>o Long follow-up (median 14 years)<br>o Stratified analyses by long-term use (≥5 and ≥10 Rx) and follow-up (>10 yr)<br>• Limitations:<br>o No control for some risk factors (smoking, alcohol, BMI) |

Statistically significant (SS) increased risk or decreased risk

### E. ***Ranitidine and Bladder Cancer***

**Quality/Strength of *Evidence for an Association* Between Ranitidine & Bladder Cancer:**
- **Levels of Evidence from the Oxford Centre for Evidence-Based Medicine= 2-4**

**Four cohort studies (Table 8) evaluated the association between ranitidine and bladder cancer and observed either no association (Habel et al 2000; Kantor et al 2021; Yoon et al 2021) or a statistically significant decreased risk (Mohy-ud-din et al 2020 abstract). Two studies reported an association between ranitidine and bladder cancer compared to the general population and/or PPI users, but not compared to other H2RA users, which is the comparison group that best controls for confounding, confounding by indication, and bias (Norgaard et al 2021; Cardwell et al 2021). Overall, the 6 studies do not support a reliable, consistent association between ranitidine and bladder cancer.**

Bladder cancer is the sixth most common cancer in the United States (NCI SEER 2021). The lifetime risk of developing bladder cancer is approximately 1 in 26 (3.86%) for men and 1 in 85 (1.18%) in women (American Cancer Society 2021). Known risk factors for bladder cancer include advanced age, male sex, race/ethnicity (non-Hispanic Whites), smoking (leading cause), chronic bladder irritation and infections, certain occupational and chemical exposures, chemotherapy or radiation therapy, personal or family history of bladder and other urothelial cancers, and genetic mutations and syndromes (American Cancer Society 2021).

A summary of the ranitidine studies and bladder cancer risk is provided below; an abbreviated version is provided for studies already summarized in prior sections (sections A, B, and C).

One small cohort study that minimally controlled for bias and confounding reported no association between ranitidine and the combined endpoint of bladder and kidney cancer (aRR 1.56 (0.74-3.30)). Two other large, well-conducted cohort studies and one abstract of a cohort study specifically designed to test the ranitidine/NDMA hypothesis reported no increased risk of bladder cancer in patients treated with ranitidine compared to other acid suppressive agents. Kantor et al (2021) reported no increased risk of bladder cancer in ranitidine users compared to either omeprazole users (aHR 1.30 (0.69-2.46)) or general population non-users (aHR 1.22 (0.74-2.01)). Similarly, Yoon et al (2021) found no significant association for bladder cancer in users of ranitidine compared to famotidine (HR 1.41 (0.88–2.24)). Mohy-ud-din et al (2020 abstract) reported a statistically significant decreased risk for ranitidine compared to famotidine (aOR 0.72 (0.7-0.76)).

Norgaard et al (2021) was a large, nationwide cohort study in Denmark conducted to evaluate the ranitidine/NDMA hypothesis. The study compared 31,393 ranitidine users with at least 2 filled prescriptions from 1996-2008 to 65,384 other H2RA (famotidine or cimetidine) users and 509,849 PPI users. The risk of bladder and kidney cancer was evaluated through 2018; the median follow-up was 14 years (IQR: 10-18 years) for ranitidine users compared to 15 years for other H2RAs and 11 years for PPIs. There was no association between ranitidine and kidney cancer with either the H2RA or PPI comparator. No association between ranitidine use and bladder cancer was found in analyses compared to other H2RAs (aHR 1.11 (0.95-1.29)), and this persisted in dose-response analyses. Comparing ranitidine use to PPIs, the authors reported a statistically significant increased risk of bladder cancer (aHR 1.24 (1.04-1.48)). However, the association attenuated and was no longer significant in dose-response analyses (≥ 5 Rx: aHR 1.06 (0.77-1.44); ≥ 10 Rx: aHR 0.84 (0.56-1.27)) and in analyses limited to invasive bladder cancer cases (aHR 0.98 (0.79-1.22)). Furthermore, the other H2RA comparator group is a more similar comparison group to ranitidine than the PPI comparator group, providing the best analysis to

minimize potential confounding factors. This study importantly had a large sample size, used an active comparator design, had a long median follow up of 14 years, and performed numerous sensitivity analyses to assess lag time, dose response relationship, and follow-up time. The likelihood of bias from OTC use was addressed by the authors stating that OTC use during their study period accounted for less than 50% of ranitidine doses sold on prescription; this proportion was similar for the other H2RA comparator group (Norgaard et al 2021; Adami et al 2021). Given that the prevalence of total ranitidine use in Denmark was < 1%, the impact of misclassification on the overall estimate would be minimal at best with OTC use (Danish Health Data Authority 2022; Yood et al 2007). The Norgaard authors additionally discussed that "[o]ver the counter medication is more expensive than prescribed medication and since members of our comparison cohorts redeemed prescriptions for either other H2-blockers or PPIs, we would expect concomitant use of over the counter ranitidine to be low. The proportion of over the counter sale of ranitidine increased during our study period and we would therefore expect an increasing bias towards no association over time." Their analysis for the time period of 1996-1999, where patients would have had the longest follow-up time and the least amount of OTC use, showed no risk for bladder cancer with ranitidine compared to either other H2RAs or PPIs. In summary, the authors concluded, "this large nationwide study with complete ascertainment of bladder and kidney cancers provided little evidence of any substantially increased risk of bladder or kidney cancer in ranitidine exposed individuals. Thus, our findings suggest that the N-nitrosodimethylamine contamination found in ranitidine did not substantially impact bladder or kidney cancer occurrence in our population."

McDowell et al (2021a) was a hypothesis-generating screening study utilizing the Scottish Primary Care Clinical Informatics Unit Research (PCCIU) database from 1993-2011. The screening study investigated 5,622 medication-cancer associations for 250 medications across 22 cancer sites and reported 142 unique medication-cancer signals. Ranitidine was one of the medications evaluated and the authors reported a signal association for bladder cancer and cervix/other gynecological cancers, although the latter association was no longer significant when further adjusting for smoking. There was no signal association for ranitidine and the other 20 cancers evaluated: gastric, esophagus, liver, pancreas, colorectal, breast, lung, kidney, prostate, anal, larynx, oral, ovary, uterus, brain/CNS, melanoma, leukemia, myeloma, Non-Hodgkin's lymphoma, and thyroid. Several other signals associated with an increased cancer risk were reported for other H2RAs and PPIs, including gastric, lung, cervix/other gynecological, and larynx cancers for cimetidine, esophageal cancer for omeprazole and lansoprazole, and ovarian cancer for rabeprazole. Furthermore, 11 signals associated with an increased risk for various cancers were reported for vitamins generally considered safe, including vitamin B, vitamin C, vitamin D and folic acid. They also reported a signal between nicotine replacement medication and bladder cancer despite adjustment for smoking; this association is clearly being driven by smoking (confounding by indication) and demonstrates smoking is not adequately controlled through adjustment in this database. The authors discuss the various considerations and limitations of their study, including "there are signals for which the relationship is unlikely to be causal. This may be due to a variety of factors, such as a chance finding due to multiple testing, reverse causation… or omission of other appropriate confounders (such as BMI, a risk factor for cancers…)." The largest consideration in a screening study is the number of statistical analyses performed as the "large number of medicines studied within each cancer site increases the probability of type one error and undoubtedly some of the signals identified are false-positives." As previously described, a false-positive association is expected by chance alone for every 1 in 20 statistical tests performed; this study examined 5,622 medication-cancer associations. The results of this study must be viewed in context of its intended purpose – a hypothesis-generating screening study – and as the authors acknowledge, "[t]he medicine-cancer associations identified in our study require replication elsewhere." As described in section F, hypothesis-generating studies did not contribute

to my overall causation opinions as they did not add value to the existing epidemiological literature that includes large, well-designed, hypothesis-testing studies on ranitidine and cancer outcomes.

Cardwell et al (2021) was a nested case-control study of the Scottish PCCIU database that reported a statistically significant association between ranitidine and bladder cancer compared to the general population (aOR 1.22 (1.06-1.40)) and PPI users (aOR 1.20 (1.04-1.39)), but not when compared to other H2RA users (aOR 1.05 (0.86-1.28)). Using an active comparator better controls for bias and confounding as it facilitates a comparison between similar patient populations ("apples-to-apples" comparison). Since ranitidine is a H2RA medication, the other H2RA comparison group provides the most similar patient population as there may be some important differences between H2RA and PPI users, including why certain patients are on one class of medication versus the other. Residual confounding from smoking, which is the primary risk factor for bladder cancer, is a particular concern in this study as there was a high proportion of participants with missing smoking data and inadequate control for smoking on bladder cancer risk has been demonstrated in this database (McDowell et al 2021a). However, smoking status would be expected to be similar among patients on different H2RAs. Most importantly, however, is that the Cardwell et al study was published five months after the McDowell et al (2021a) screening study, and is conducted by the same authors, using the same database (Scottish PCCIU), and covering the same years of inclusion (1993-2011). The Cardwell et al study focused on ranitidine exposure and bladder cancer risk, an exposure and outcome that was already reported in the McDowell et al (2021a) study. The Cardwell study importantly notes that "[t]here remains the risk of type 1 error, and the observed association is not independent from the association seen in our screening study" and "[f]urther studies are necessary to attempt to replicate this finding in other settings". In other words, this study does not constitute an independent replication of the McDowell screening study and the same issues of this finding arising from chance alone because of the over 5,000 comparisons performed in the screening study remain in this analysis. It's unclear why the authors would publish a study with additional analyses in the same population, rather than try to replicate this finding in a different setting, especially because they have routinely conducted studies in the UK Biobank database in addition to the PCCIU database (Tran et al 2018; Liu et al 2020). Using the UK Biobank database, Kantor et al 2021 found no association between ranitidine and bladder cancer compared to either the general population or a PPI (omeprazole). Lastly, it appears that the authors have not similarly republished their findings for any of the other 141 medication-cancer signals they found in their screening study. One reason they may have focused on ranitidine and bladder cancer was the Zeng and Mitch 2016 study, which is cited in their study and provided a potential biological plausible rationale as they reported an increased urinary excretion of NDMA following ranitidine ingestion in healthy volunteers. However, the Zeng and Mitch 2016 study is not reliable and was retracted several weeks prior to the Cardwell et al (2021) publication as "[r]ecent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable." Furthermore, a methodologically superior study conducted by the FDA found no increase in urinary excretion of NDMA following ingestion of ranitidine (Florian 2021). Since the Cardwell et al (2021) study is an extension of the McDowell et al (2021a) study, my reservations on relying on the latter study also apply to this study.

**Table 8. Ranitidine and Bladder Cancer.**

| RANITIDINE & BLADDER CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| Habel et al 2000 | • Cohort Study (n=54,276)<br>• N. California Kaiser Health Plan<br>• 1°: cimetidine (n=4125); 2°: ranitidine (n=922) (1982-1987)<br>• Cancer dx: through 1995 (max 13 years)<br>• Lag: none<br>• Adj.: age, sex, and pharmacy | Kidney & bladder: aRR 1.56 (0.74-3.30); n=7<br><br>No SS association – comparison to cimetidine | • **No risk between ranitidine and kidney/bladder cancers**<br>• Strengths:<br>o Compared cimetidine and ranitidine risk estimates (no statistical differences although risk estimate not provided)<br>• Limitations:<br>o Minimal control of confounders<br>o No control for confounding by indication or protopathic bias (lag)<br>o Small numbers<br>o Grouping of kidney and bladder cancers together |
| Mohy-ud-din et al 2020 [Abstract / Poster] | • Cohort Study<br>• U.S. IBM Explorys database<br>• 1,620,830 ranitidine users vs. 3,373,740 famotidine users or 59,625,850 unexposed<br>• Adj. analysis excluded patients w/ obesity, tobacco use, alcohol use, family history of cancer, cirrhosis & GERD | aOR 0.72 (0.7-0.76) – vs. famotidine | • **No risk between ranitidine and bladder cancers**<br>• Strengths:<br>o Large study designed to test ranitidine/NDMA hypothesis<br>o Active comparator minimizes bias, confounding and confounding by indication<br>• Limitations:<br>o Not currently a peer-reviewed published study<br>o No control for protopathic bias (lag)<br>o No control for some risk factors |
| Kantor et al 2021 | • Prospective Cohort Study<br>• UK Biobank database<br>• 8,844 regular users of ranitidine (Rx/OTC) vs. 26,959 regular users of omeprazole or 450,360 unexposed (2006-2010)<br>• Cancer dx: through 2015; median 6.7 years; max ~10 years<br>• Lag: none<br>• Adj.: age, sex, race, income, BMI, smoking status, pack-years smoked, alcohol intake, physical activity, & diabetes | aHR 1.30 (0.69-2.46); n=13 – vs. omeprazole<br><br>aHR 1.22 (0.74-2.01); n=16 – vs. unexposed | • **No risk between ranitidine and bladder cancer**<br>• Strengths:<br>o Large study designed to test ranitidine/NDMA hypothesis<br>o Inclusion of Rx & OTC use<br>o Active comparator minimizes bias, confounding and confounding by indication<br>o Comprehensive control for confounders<br>o Sensitivity analysis for follow-up length for all cancers combined<br>• Limitations:<br>o No control for protopathic bias (lag) |
| Yoon et al 2021 | • Cohort Study<br>• South Korea Health Insurance Review & Assessment database<br>• 40,488 ranitidine long-term (>1 yr) users vs. 10,122 famotidine users (2009- 2011)<br>• Cancer dx: 2012-2018 (max f/u 10 years) | HR 1.41 (0.88–2.24); n=118 – vs. famotidine | • **No risk between ranitidine and bladder cancer**<br>• Strengths:<br>o Large study designed to test ranitidine/NDMA hypothesis<br>o Active comparator minimizes bias, confounding and confounding by indication<br>o Long-term use (>1 year; 61% ≥ 2 years) |

| RANITIDINE & BLADDER CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | • Lag: none<br>• Matched: sex, age, diabetes mellitus, and cumulative exposure duration | | ○ High cumulative dose (mean 220,394 mg)<br>• Limitations:<br>○ No adjustment for confounders other than the matching variables (although confounding minimized with famotidine comparator) |
| Cardwell et al 2021 | • Nested Case-Control Study (n=3,260/14,037)<br>• Scottish Primary Care Clinical Informatics Unit (PCCIU) database<br>• n=1,984 ranitidine users (starting in 1993)<br>• Cancer dx: 1999-2011; median f/u 8.4 y (IQR: 5.7-11.1 y)<br>• Lag: 1 year in primary analysis<br>• Matched: age, sex, GP practice & date of registration<br>• Adj: age, GERD, Barrett's esophagus, peptic ulcer, urinary tract infections/cystitis and Charlson comorbidities (diabetes, myocardial infarction, coronary heart dx, heart failure, peripheral vascular dx, dementia, cerebrovascular dx, COPD, osteoporosis, severe mental illness, rheumatological dx, renal dx, liver dx, irritable bowel dx, and HIV), celecoxib use, and smoking | Ranitidine vs. other H2RA:<br>aOR 1.05 (0.86–1.28)<br>aOR 1.27 (0.91–1.75) – >1095 DDD<br><br>Ranitidine vs. PPI:<br>aOR 1.20 (1.04–1.39)<br>aOR 1.45 (1.08–1.94) – >1095 DDD<br><br>Ranitidine vs. no use:<br>aOR 1.22 (1.06-1.40); n=455<br>aOR 1.43 (1.05–1.94) – >1095 DDD | • **No risk between ranitidine and bladder cancer in analysis best controlling for confounding by indication**<br>• Risk estimate below 2 in zone of bias<br>• Strengths:<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Dose-response analysis<br>○ Controlled for protopathic bias (lag)<br>• Limitations:<br>○ "Association is not independent" and originates from a "hypothesis-generating screening study" that evaluated 5622 medication-cancer associations across 22 cancer sites (McDowell 2021a)<br>○ Potential chance findings (multiple comparisons) in screening study<br>○ Potential residual confounding, particularly for smoking |
| Norgaard et al 2021 | • Cohort Study<br>• Danish medical registries<br>• 31,393 ranitidine users vs. 65,384 other H2RA (famotine or cimetidine) or 509,849 PPI users with 2+ Rx (1996-2008)<br>• Cancer dx: through 2018; median f/u 14 y (IQR 10-18 y)<br>• Lag: none in primary analysis (1-10 y in sensitivity analyses) | Ranitidine vs. other H2RA:<br>aHR 1.11 (0.95-1.29); n=251<br>• aHR 0.99 (0.76-1.28); n=106 – ≥5 Rx<br>• aHR 0.73 (0.53-1.01); n=55 – ≥10 Rx<br>• aHR 0.75 (0.44-1.28); n=24 – ≥10 yr f/u after the 10th Rx<br>• aHR 1.05 (0.84-1.31); n=126 – | • **No risk between ranitidine and bladder cancer in analysis best controlling for confounding by indication and dose-response relationships**<br>• Risk estimate below 2 in zone of bias<br>• Strengths:<br>○ Large study designed to test ranitidine/NDMA hypothesis<br>○ Active comparator minimizes bias, confounding and confounding by indication<br>○ Controlled for confounding by indication (underlying GI disease)<br>○ Controlled for protopathic bias in sensitivity analyses |

| RANITIDINE & BLADDER CANCER | | | |
|---|---|---|---|
| **Reference** | **Study Design** | **Risk Estimates OR/RR/HR (95% CI)** | **Conclusions & Comments** |
| | • Propensity score-weighted adj: age, time between 1st and 2nd Rx, calendar time, marital status, comorbidities (GERD, gastric or duodenal ulcer, other upper GI dx, urogenital dx, diabetes, COPD, ischemic heart dx, hypertension, alcohol related dx), and medication use (NSAIDs, thiazolidinedione, low dose aspirin and other platelet inhibitors, oral anticoagulants) | invasive bladder cancer only<br><br><u>Ranitidine vs. PPI</u>: aHR 1.24 (1.04-1.48); n=301<br>• aHR 1.06 (0.77-1.44); n=109 – ≥5 Rx<br>• aHR 0.84 (0.56-1.27); n=52 – ≥10 Rx<br>• aHR 0.73 (0.46-1.15); n=13 – ≥10 yr f/u after the 10th Rx<br>• aHR 0.98 (0.79-1.22); n=113 – invasive bladder cancer only | ○ Long follow-up (median 14 years)<br>○ Stratified analyses by long-term use (≥5 and ≥10 Rx) and follow-up (>10 yr)<br>• Limitations:<br>○ No control for some risk factors (smoking, alcohol, BMI) |

Statistically significant (SS) increased risk or decreased risk

## F. ***<u>Other Materials Considered</u>***

In addition to the studies described above, I have reviewed several additional studies. However, due to various methodological limitations and/or questionable relevance to ranitidine exposure, these studies did not provide a valuable contribution to my overall causation opinions.

### 1. Hypothesis-Generating Studies on Ranitidine and Cancer.

Five hypothesis-generating studies were recently conducted on ranitidine and cancer outcomes. The first study was a disproportionality analysis of the FDA's Adverse Event Reporting System (FAERS) (McGwin et al 2021). The spontaneous nature of reporting adverse events means the database does not represent all exposures or outcomes within a population, it contains missing or incomplete data on confounders, biases, and temporal relationships, and reporting is often stimulated by publicity surrounding a medication. This latter point was demonstrated in a second study that showed a sudden and transient spike in cancer adverse events reported in the FAERS database for valsartan in July 2018 and for ranitidine in September 2019, the months corresponding to their initial FDA recalls regarding NDMA contamination (Cohen Sedgh 2021). The authors appropriately concluded that the "[e]xtensive media coverage of the FDA valsartan [and ranitidine] recall may have alarmed patients and generated these abrupt, biologically infeasible cancer signals."

The third study was an unpublished manuscript of a cross-sectional study on cancer patients exposed to ranitidine or other acid suppressive agents (Braunstein et al 2021 preprint). The authors presented odds ratios that "reflect the odds of presenting with different cancers exclusively among an oncology population, and do not directly represent risk in a general population (as there were no cancer-free individuals in this study). Moreover, these exploratory analyses are to be viewed as hypothesis generating and should prompt analyses of larger cohorts with longer follow-up."

The fourth study was a hypothesis-generating screening study using the Scottish PCCIU database that investigated 5,622 medication-cancer associations across 22 cancer sites for 250 medications, including ranitidine (see description in section E) (McDowell et al 2021a). As the authors acknowledge, the "large number of medicines studied within each cancer site increases the probability of type one error and undoubtedly some of the signals identified are false-positives" and "[t]he medicine-cancer associations identified in our study require replication elsewhere."

The fifth study was a hypothesis-generating screening study utilizing the Danish nationwide health registries (1995-2012) that investigated 22,125 medication-cancer pairs across 99 cancer sites (Pottegard et al 2016). A signal for ranitidine was reported for gastric adenocarcinoma (increased risk), lung carcinoids (increased risk), and esophageal squamous cell carcinoma (decreased risk). There were no signals reported for ranitidine and the 96 other cancer types evaluated, including bladder, liver, and pancreatic cancers or the other subtypes of gastric and esophageal cancers. A signal for gastric adenocarcinoma was also observed with other H2RAs and PPIs, which is likely a result of confounding by indication since there was no control for underlying conditions. Furthermore, the Adami et al (2021) study of this same database did not replicate the finding for ranitidine and gastric cancer in the setting of better control for confounding and bias. The authors cautioned that since they "did not include any correction for multiple testing… evaluation of 22,000 associations is expected to result in approximately 1100 false positive associations" and "[s]ome of the identified signals can be attributed to confounding by indication."

Due to the inherent limitations of the study designs, the McGwin and Braunstein studies are incapable of demonstrating whether an increased risk of cancer with ranitidine use exists; at most, they can only raise a hypothesis. Furthermore, the McDowell and Pottegard screening studies are by definition, hypothesis-generating studies only. However, since there are large, well-designed cohort studies on ranitidine and cancer that can evaluate this question, including hypothesis-testing studies specifically designed to test the ranitidine/NDMA hypothesis, these studies have not added value to the extant epidemiological literature. Therefore, these studies did not contribute to my overall causation opinions.

**2. Epidemiological Studies on H2RAs Combined and Cancer.**

A brief summary of the literature on H2RAs combined and gastric, esophageal, liver, pancreatic, and bladder cancer is provided below. As a whole, I have given less weight to the H2RA studies since my analysis was focused on ranitidine specifically and there is sufficient epidemiological evidence on ranitidine and cancer risk to provide a basis for my opinion. I have reviewed the studies on H2RAs combined for completeness and found that many of them suffer from inherent biases, particularly indication and protopathic bias. In summary, the evidence does not support a reliable, consistent association between H2RAs and the five cancer types alleged by Plaintiffs, particularly in studies that best controlled for bias and confounding and performed duration- and dose-response analyses.

**a. <u>H2RAs Combined and Gastric Cancer:</u>**

Twenty studies (La Vecchia et al 1990/1992; Chow et al 1995; Johnson et al 1996; Farrow et al 2000; Suleiman et al 2000; Garcia Rodriguez et al 2006; Crane et al 2007; Tamim et al 2008; Poulsen et al 2009; Wennerstrom et al 2017; Brusselaers et al 2017; Cheung et al 2018/2019; Niikura et al 2018; Peng et al 2019; Lai et al 2019; Liu et al 2020 PCCIU; Liu et al 2020 UK Biobank; Seo et al 2021; Shin et al 2021; Abrahami et al 2022) and two meta-analyses (Ahn 2013; Song et al 2020) assessed the risk of gastric cancer with H2RAs combined. Approximately half the studies found no risk, while the other half reported at least one significant finding. In many of

the studies, the association diminished in the setting of better control for confounding by indication and protopathic bias, as well as in duration- and dose-response analyses. Moreover, similar or greater risks were observed for PPIs, further illustrating confounding and bias as drivers of observed associations rather than a causal effect. More recent studies using an active comparator have found no increased risk for H2RA users compared to PPI users (Liu et al 2020; Seo et al 2021; Shin et al 2021; Abrahami et al 2022). Overall, the evidence does not support a reliable, consistent association between H2RAs and gastric cancer in studies that best controlled for bias and confounding and in studies that performed duration- and dose-response analyses.

The following passage from the Tamim et al (2008) study aptly summarizes many of the biases and limitations observed in the studies on acid suppressants and gastric cancer risk:

"Another limitation is the possibility of protopathic bias; cancer symptoms may have resulted in an acid-suppressive drug prescription…. Restriction in our study to the 5-year period prior to the date of diagnosis, especially with a long latency period of gastric cancer (may be 20 years or more), makes it difficult [to] establish causation. Moreover, the weak association between acid-suppressive drugs and risk of gastric cancer, and the lack of a dose-response trend are not suggestive of a cause-effect relationship. Finding similar effects for receiving dispensed prescriptions of either type of acid-suppressive drug (H2 receptor antagonists or PPIs) in association with the risk of gastric cancer also supports a non-causal association. If the observed effect was due to the carcinogenicity of the acid-suppressive drugs, the pattern of the effect of the two classes of acid-suppressive drugs on the risk of gastric cancer would have been different because it is unlikely that the two classes (with different molecules) have a similar carcinogenic effect. An alternative plausible explanation of the findings would be a distortion in the observed risk estimates due to confounding by indication, a bias frequently encountered in observational epidemiological studies of drug effects. For the indication to a certain treatment to be a confounding variable, it must be associated with the risk of the outcome, as well as with the allocation of the treatment. Acid-suppressive drugs are prescribed for the relief of ARD [acid-related disease] symptoms (i.e. indication), which in turn have been reported to be associated with the risk of gastric cancer. Thus, subjects who suffer from ARD symptoms are more likely to be prescribed acid-suppressive drugs, and thus would be found to be at an increased risk of gastric cancer, which might be the effect of the ARD rather than the drugs prescribed to treat the symptoms of ARD…. [T]his association is probably not causal since it is most likely due to confounding by indication."

**b. H2RAs Combined and Esophageal Cancer:**

Twelve studies (Chow et al 1995; Fioretti et al 1997; Farrow et al 2000; Suleiman et al 2000; El-Serag et al 2004; Garcia Rodriguez et al 2006; Crane et al 2007; Nguyen et al 2010; Kastelein et al 2013; Thota et al 2017; Tan et al 2018; Brusselaers et al 2018) and one meta-analysis (Song et al 2020) explored the association between H2RAs and esophageal cancer. Five of these studies assessed the potential protective role of H2RAs in progression from Barrett's esophagus to esophageal cancer. Overall, the evidence does not support a reliable, consistent association between H2RAs and esophageal cancer, particularly in studies that best controlled for bias and confounding and performed duration- and dose-response analyses.

**c. H2RAs Combined and Liver Cancer:**

Seven studies (Lai et al 2013; Li et al 2018; Peng et al 2018; Shao et al 2018; Tran et al 2018 PCCIU; Tran et al 2018 UK Biobank; Lin et al 2020) and one meta-analysis (Song et al 2020) assessed the risk of liver or liver-related (cholangiocarcinoma) cancers with H2RAs combined.

Three studies overlapped and evaluated liver cancer from the same nationwide databases in Taiwan. Overall, these studies do not support a reliable, consistent association between H2RAs and liver cancer, particularly in studies that best controlled for bias and confounding and performed duration- and dose-response analyses.

#### d. H2RAs Combined and Pancreatic Cancer:

Eight studies (Bao et al 2010; Bradley et al 2012; Bosetti et al 2013; Lai et al 2014; Chien et al 2016; Hicks et al 2018; Peng et al 2018a; Brusselaers et al 2020) and two meta-analyses (Song et al 2020; Laoveeravat 2020) assessed the risk of pancreatic or pancreatic-related (periampullary) cancers with H2RAs combined. Overall, these studies do not support a reliable, consistent association between H2RAs and pancreatic cancer, particularly in studies that best controlled for bias and confounding and performed duration- and dose-response analyses.

#### e. H2RAs Combined and Bladder Cancer:

One study (Michaud et al 2004) assessed the risk of bladder cancer with H2RAs combined and found no statistically significant increased risk.

### 3. Epidemiological Studies on NDMA and Cancer.

I have reviewed several epidemiological studies on NDMA and cancer risk. Specifically, I reviewed all studies that reported on quantifiable NDMA exposures and risks of the five alleged cancer types. These studies can be grouped into three general categories: (1) NDMA-contaminated non-ranitidine medication studies, (2) dietary NDMA studies, and (3) occupational NDMA studies.

Pottegard et al (2018) was a well-conducted nationwide cohort study in Denmark comparing the risk of cancer among patients exposed to NDMA-contaminated valsartan to patients exposed to uncontaminated valsartan. No association was found for overall cancer, including in dose-response analyses. There was also no association for nine individual cancer types (colorectal, pancreatic, breast, lung, kidney, bladder, prostate, uterine, or melanoma). The authors discussed that "[a]nalyses of other cancer outcomes were not possible owing to low numbers—that is, no cancer outcomes outside those included in figure 3 showed any associations with NDMA use." In particular, there were no cases of liver cancer among individuals exposed to NDMA-contaminated valsartan. Since all patients were valsartan users and only differed on the basis of receiving NDMA-contaminated batches (a random event), the study design intrinsically minimized confounding and bias. Gomm et al (2021) was a similarly designed study from Germany comparing cancer risk among patients exposed to NDMA-contaminated valsartan to patients exposed to uncontaminated valsartan. There was no association for overall cancer or nine individual cancer types (colorectal, pancreatic, breast, lung, kidney, bladder, prostate, uterine, or melanoma). An association was found for liver cancer, however, there was no dose-response relationship. Furthermore, this finding contrasts with the lack of any liver cancer cases in the Pottegard study. Lastly, it's worth mentioning that the levels of NDMA reported by the FDA in valsartan products are higher than the levels reported in ranitidine products (FDA 2019a, 2019b).

I have reviewed over 20 studies on dietary NDMA and cancer risk, including studies on:

- **Dietary NDMA and Gastric Cancer:** 6 cohort studies (Chyou et al 1990; Knekt et al 1999; Jakszyn et al 2006; Larsson et al 2006; Loh et al 2011; Keszei et al 2013), 6 case-control studies (Risch et al 1985; La Vecchia et al 1995; Pobel et al 1995; De Stefani et al 1998; De Stefani et al 2001; Palli et al 2001), and 1 meta-analysis (Song et al 2015)
- **Dietary NDMA and Esophageal Cancer:** 2 cohort studies (Loh et al 2011; Keszei et al 2013) and 2 case-control studies (Rogers et al 1995; De Stefani et al 2012)
- **Dietary NDMA and Liver Cancer:** 1 case-control study (Zheng et al 2021)
- **Dietary NDMA and Pancreatic Cancer:** 1 case-control study (Zheng et al 2019)
- **Dietary NDMA and Bladder Cancer:** 1 cohort study (Jakszyn et al 2011) and 1 case-control study (Ronco et al 2014)

Overall, these studies do not demonstrate consistent, reliable associations with any of the five cancer types alleged in this litigation. While some associations were reported for various cancers, the results need to be viewed in context of the substantial methodological limitations of these types of studies. First, many of the positive findings reported in retrospective case-control studies were not replicated in prospective cohort studies that were larger, better designed, and not affected by recall and selection bias. Therefore, in nutritional epidemiology "[t]he hierarchy of epidemiological evidence places cohort studies above case-control studies" (WCRF/AICR 2018). An example of selection bias in these studies were the hospital-based case-control studies from Uruguay that compared cancer cases to controls with conditions unrelated to smoking, alcohol, or diet, thus introducing substantial selection bias since the controls were likely to be a healthier group with less risk factors for cancer (De Stefani et al 1998; De Stefani et al 2012; Ronco et al 2014). Second, these studies grossly suffer from exposure misclassification as NDMA intake is based on self-reported food frequency questionnaires and published data on NDMA content in food and assume that this information is both accurate and does not change over time. While differential exposure misclassification (i.e., recall bias) in case-control studies can bias the risk estimate in either direction, it will often create spurious associations as cancer cases may be more likely to recall unhealthy dietary habits compared to controls. Similarly, nondifferential exposure misclassification in cohort studies may bias the risk estimate in either direction but will often create spurious associations in dietary studies due to the polychotomous categorizations used (e.g., quartiles of NDMA exposure) (Jonsson Funk et al 2014; Hornell et al 2017). Third, confounding in nutritional epidemiology is particularly problematic as the diet is a complex exposure consisting of thousands of intercorrelated dietary components, making it difficult to disentangle the effects of a single dietary factor. This impact was illustrated in two case-control studies from the same population in Uruguay; the first reported a statistically significant association between dietary NDMA and gastric cancer (De Stefani et al 1998), while the follow-up study showed the association diminished when further adjusting for total energy, fat, and protein intake (De Stefani et al 2001). In addition, many important cancer risk factors were not controlled for in these studies. For example, none of the studies adjusted for *H. pylori*, which is the most important risk factor for gastric cancer. Fourth, several studies evaluated multiple dietary risk factors, increasing the likelihood of chance associations due to multiple comparisons (i.e., 1 out of every 20 comparisons is expected to be statistically significant by chance alone). As an example, the case-control study by Ronco et al (2014) evaluated 25 different nutrients, foods, or food groups, calculated at least 54 odds ratios, and reported several significant associations for bladder cancer including an increased risk for eggs and milk and a decreased risk for cheese. Another case-control study on N-nitroso compounds and liver cancer calculated nearly 300 odds ratios across all analyses and reported many statistically significant findings (both increased and decreased) (Zheng et al 2021). Fifth, some findings were positive at low NDMA doses, but not at high NDMA doses, which is the

opposite of a dose-response relationship. For instance, in the case-control studies by Zheng et al on pancreatic cancer (2019) and liver cancer (2021), the authors found statistically significant associations for dietary NDMA from plant sources, but not from animal sources or all dietary sources combined. Notably, the NDMA levels in plant sources (mean NDMA intake of 0.04 and 0.12 µg/1000 kcal/day in quartiles 1 and 4, respectively) were much lower than animal sources (mean NDMA intake of 0.18 and 0.74 µg/1000 kcal/day in quartiles 1 and 4, respectively) so this association is inconsistent with a true causal effect (Zheng et al 2019).

I have also reviewed one study on lifetime occupational exposures and cancer mortality in British rubber workers (Hidajat et al 2019). This study reported statistically significant increased risks of mortality from several cancers for all exposures evaluated – rubber dusts, rubber fumes, total nitrosamines, and individual nitrosamines (NDMA and N-nitrosomorphiline). As with the dietary studies, there are substantial methodological limitations of this study. First, the purported positive associations found across most cancer sites and every occupational exposure studied calls into question the internal validity of the study, as noted by other researchers (Sorahan 2019). Second, there is likely significant exposure misclassification of NDMA as levels were estimated using a job-exposure matrix based on data collected from other rubber factories in Europe. Further, job information was only available in 1967 so the authors assumed all individuals remained in the same factory department throughout their lifelong careers. Third, confounding is a substantial problem as the authors did not control for smoking, obesity, or other lifestyle/medical factors, family history, or other occupational exposures. Notably, "occupational exposures in the rubber-manufacturing industry" is classified by IARC as "carcinogenic to humans (Group 1)" and includes exposure to numerous chemicals such as polycyclic aromatic hydrocarbons including phthalates, aromatic amines including β-naphthylamine, and solvents including benzene (WHO IARC 2012a). Many of these individual chemicals are themselves classified by IARC as Group 1 "carcinogenic to humans" as opposed to the Group 2A classification for NDMA "probably carcinogenic to humans" (WHO IARC 2021). The Hidajat et al authors duly note that "[d]ue to the complexity of exposure patterns and the numerous chemicals used in the rubber production process, disentangling exposure-response associations between specific suspected carcinogens and cancer risk in this industry remains difficult."

The dietary and occupational studies on NDMA suffer from extensive issues of confounding, bias, and chance. Furthermore, the relevance and extrapolation from dietary and occupational studies on NDMA to the risk of exposure from a medication is, in my opinion, too far-removed from the question at issue. Both study types are based on long-term/lifelong exposures and the occupational studies are not even assessing the same route of exposure (inhalation vs. oral). Moreover, Plaintiffs' epidemiology experts, Dr. McTiernan and Dr. Moorman, rely on studies even further removed from the question at hand and irrelevant to ranitidine exposure, including occupational studies on nitrate fertilizer workers and dietary studies on nitrite, nitrate, and processed meat. Not only are these studies completely irrelevant, but there is no logical reason why Plaintiffs' epidemiology experts consider these studies to be relevant, while ignoring the studies on H2 blockers as a group.

It's also worthwhile to note that no regulatory or scientific organization has classified NDMA as a known human carcinogen. The U.S. National Toxicology Program Report on Carcinogens includes a review of NDMA epidemiological studies and concludes NDMA is "*reasonably anticipated to be a human carcinogen* based on sufficient evidence of carcinogenicity from studies in experimental animals;" in other words, there was insufficient human evidence to classify NDMA in the highest category of "*known to be a human carcinogen*" (U.S. NTP 2021). The Third Expert Report on "Diet, Nutrition, Physical Activity and Cancer: a Global Perspective" by the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) is an

extensive and comprehensive report on the epidemiological evidence between dietary factors and cancer risk or prevention (WCRF/AICR 2018). They classified the epidemiological evidence on dietary NDMA and gastric cancer as "limited evidence – no conclusion," which means the "[e]vidence is so limited that no firm conclusion can be made.… The evidence may be limited by the amount of evidence in terms of the number of studies available, by inconsistency of direction of effect, by methodological flaws (for example, lack of adjustment for known confounders) or by any combination of these factors."[2] In order for dietary exposures to warrant entry level Panel consideration, there must be "sufficient data" available; notably, the WCRF/AICR did not consider there to be sufficient data for Panel consideration for dietary NDMA and cancers of the esophagus, liver, pancreas, and bladder. Considering the reliance on nitrite, nitrate, and processed meats by Drs. McTiernan and Moorman, it's also worth mentioning that the WCRF/AICR found no strong evidence of association for these dietary exposures and any of the five cancers alleged (in other words, there was "limited evidence" or insufficient data for Panel consideration).

In order to determine whether ranitidine increases the risk of cancer, the most reliable and relevant source of information are epidemiological studies on ranitidine and cancer. Because there are large, well-conducted studies on ranitidine specifically conducted to test the NDMA hypothesis, studies on NDMA exposure from other medications, the diet, or occupational settings have very limited relevance to my causation opinions. Furthermore, for the reasons detailed above, these studies suffer from severe shortcomings in terms of their methodology and do not show a reliable association, much less causation, with respect to the five alleged cancers.

## VII. BRADFORD HILL CRITERIA OF CAUSALITY APPLIED TO CURRENT EVIDENCE:

In summary, the epidemiological evidence does not support a reliable association or causal relationship between ranitidine and any type of cancer, including gastric, esophageal, liver, pancreatic, and bladder cancer (**Figure 6**). The sporadic reports suggesting an association between ranitidine use and cancer suffer from methodologic infirmities and do not provide reliable evidence of an association or causation. The most methodologically rigorous studies, and analyses within studies, that best controlled for chance, confounding, and bias did not show that ranitidine increases the risk of any cancer type.

[2] The WCRF/AICR has five categories of causal evidence: (1) Strong Evidence – Convincing; (2) Strong Evidence – Probable; (3) Limited Evidence – Suggestive; (4) Limited Evidence – No Conclusion; and (5) Strong Evidence – Substantial Effect on Risk Unlikely.

**Figure 6. Summary of Epidemiological Evidence on Ranitidine and Risk of Gastric, Esophageal, Liver, Pancreatic, and Bladder Cancers.**






## Ranitidine & Liver Cancer




## Ranitidine & Pancreatic Cancer






*Figure 6 includes primary analyses from published studies + selected sensitivity analyses on higher dose/intensity and protopathic bias.*
*^Iwagami 2021 and Kim S 2021 assessed ranitidine/nizatidine combined.*
**Habel 2000 reported no statistically significant associations in an active comparator analysis (vs. the H2RA cimetidine), although risk estimates were not provided and therefore could not be plotted in the figure.*
*#Habel 2000 reported no statistically significant association for esophageal/gastric cancer when a 1-year lag was applied to reduce protopathic bias, although risk estimates were not provided and therefore could not be plotted in the figure.*

Overall, the studies on ranitidine and cancer outcomes do not show any consistent increased risks for any of the alleged five cancers. While there are a handful of isolated statistically significant increased risks in certain analyses or sub-analyses, they are explained by confounding and bias. Confounding by indication (patients are prescribed ranitidine therapy for underlying chronic diseases that increase the risk of cancer) is often present in the studies outlined above. Similarly, protopathic bias (patients are prescribed ranitidine therapy for undiagnosed symptoms of cancer) is a significant problem in ranitidine and H2RA observational epidemiological literature.

A good example of how confounding and bias might lead to false associations is the study on acid suppressant use and gastric cancer by Liu et al (2020). In the Scottish PCCIU study, H2RAs were associated with an increased risk of gastric cancer when compared to the general population (aOR 1.44 (1.16-1.80)). However, the association went in the *protective* direction when H2RAs were compared to PPIs (aOR 0.86 (0.60-1.24)). The use of an active comparator inherently controls for confounding by indication and other confounding variables because the two comparator groups are treated for the same indications and have more similar baseline

characteristics compared to a general population comparator group. Thus, better control for confounding through a more appropriate comparator group showed that the previously reported association was spurious. This same study showed through repeated analyses the presence of protopathic bias and how inadequate control for this bias can lead to falsely elevated risks. As Table 9 demonstrates, the "results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation" (i.e., protopathic bias). As discussed by the authors, "[l]ag times are recommended in studies of drug–cancer associations because (a) cancer, including gastric cancer, develops over a prolonged period of time, and medications newly prescribed in the short period before cancer diagnosis are unlikely to be causative; (b) medications prescribed immediately before cancer diagnosis could reflect reverse causality, as pre-diagnostic cancer symptoms may lead to the prescription of medications." The similar risks observed among different types of H2RAs (ranitidine and cimetidine) and different classes of acid suppressive medications (H2RAs and PPIs) further underscore confounding and bias as drivers of the association, rather than a causal relationship from a single medication.

**Table 9. Protopathic Bias on Gastric Cancer Risk with Acid Suppressant Use (Liu 2020 PCCIU Study).**

| Protopathic Bias Analyses | Ranitidine | Cimetidine | H2RAs Combined | PPIs Combined |
|---|---|---|---|---|
| *Lag Periods (Removing Rx in Years Before Cancer Diagnosis)* | | | | |
| 1 Year | aOR 1.42 (1.10-1.85) | aOR 1.43 (1.02-2.01) | aOR 1.44 (1.16-1.80) | aOR 1.49 (1.24-1.80) |
| 2 Years | aOR 1.22 (0.89-1.67) | aOR 1.31 (0.90-1.93) | aOR 1.32 (1.02-1.70) | aOR 1.13 (0.91-1.40) |
| 3 Years | aOR 1.17 (0.81-1.68) | aOR 1.10 (0.70-1.75) | aOR 1.16 (0.85-1.57) | aOR 1.03 (0.80-1.33) |
| 4 Years | | | aOR 1.06 (0.74-1.52) | aOR 0.89 (0.65-1.22) |
| 5 Years | | | aOR 1.13 (0.74-1.72) | aOR 0.82 (0.55-1.22) |
| *Acid Suppressant Use in 1 Year Intervals Before Cancer Diagnosis* | | | | |
| 0-1 Year | | | aOR 3.07 (2.37-3.98) | aOR 7.04 (5.75-8.61) |
| 1-2 Years | | | aOR 1.87 (1.40-2.50) | aOR 1.51 (1.23-1.84) |
| 2-3 Years | | | aOR 1.55 (1.11-2.16) | aOR 1.15 (0.90-1.46) |
| 3-4 Years | | | aOR 1.26 (0.85-1.87) | aOR 1.00 (0.76-1.33) |
| 4-5 Years | | | aOR 1.29 (0.81-2.05) | aOR 0.96 (0.68-1.35) |
| *Acid Suppressant New User (Started in Year Before Cancer Diagnosis) vs. Acid Suppressant Non-New User (Started Over 1 Year Before Cancer Diagnosis)* | | | | |
| New User vs. Non-New User | | | aOR 9.87 (6.04-16.15) | aOR 10.98 (8.47-14.23) |

To quote Grimes et al (2012): "Most reported associations in observational clinical research are false, and the minority of associations that are true are often exaggerated." Some examples of confounding leading to spurious associations in observational studies include the association of cigarette smoking and increased risk of suicide, which was likely due to other predisposing factors such as the mental state of those who smoke. Drinking coffee and increased risk of pancreatic cancer was refuted by later studies highlighting how flawed case-controlled studies can cause alarm inappropriately. Residual confounding often results from the unknown factors or unmeasured factors commonly present in administrative databases which were never designed for epidemiological research. To make matters worse, there are often publication-related biases. Weak associations are believed to be causal, published and covered in the news resulting in audience alarm. Later studies showing no association are not "interesting" and do not result in publicity, resulting in continued fear from earlier coverage.

In light of this, it is remarkable how many studies have been published on ranitidine and cancer outcomes in the two years since the original discovery of low levels of NDMA in the product.

These large, well-conducted studies designed to test the ranitidine/NDMA hypothesis leveraged study designs that minimized confounding and bias and found no overall evidence to support an association between ranitidine and any type of cancer. Although Drs. McTiernan and Moorman try to undermine these studies with their "bias toward the null" arguments, as described above, this is just not accurate. Furthermore, it is not only scientifically inappropriate to disregard null findings in favor of hypothetical "what-ifs", there are also dangerous healthcare implications in doing so.

**Because the current evidence does not show a reliable association between ranitidine and any type of cancer that is not the product of chance, bias, or confounding, it is not necessary to apply the Bradford-Hill criteria (Table 3) to assess whether there is a basis for finding causation. However, even if one were to apply these criteria, the current evidence shows that the main criteria are not satisfied.**

1) **Strength of association.** Assessing strength of association is critical in the evaluation of a potential causal link between the exposure of interest and the outcome being evaluated. It is among the most important criterions, along with consistency, temporality, and biological gradient. It is not uncommon for observational epidemiologic studies to show associations in the zone of bias and trigger "false alarms." Overzealous conclusions based on weak associations often result in sensationalized coverage and widespread alarm. The weak associations are often dismissed later by better designed and more robust studies. Weaker associations are often not causal because the associations are likely due to residual, often unmeasured confounding inherent in observational studies. As such, the causal inference from observational studies must be guarded if the reported effect estimate range is from 0.33 to 3 (**Figure 7 below**). A counter example of a strong association is cigarette smoking and risk of lung cancer, with smoker's cancer rates being 10-30 times greater than non-smokers. Such a strong risk estimate is more likely a true signal than a much weaker association, as with ranitidine. As is evident from the risk estimates reported in the studies discussed above, ***the few purported associations for ranitidine and cancer fall well within the "zone of bias" (red dot in the graph below)***. In other words, any reported associations are weak and more likely to be the product of bias and confounding than a real association. In fact, this was demonstrated in ***every study*** on ranitidine that reported a purported increased risk for any of the five cancers alleged as these associations disappeared in additional analyses within the same study that better controlled for confounding, bias, and/or dose-response relationships (**Figure 6 above**). ***This criterion is not met.***

**Figure 7. Summary OR = Reported ORs for Ranitidine and Cancer Risk range well within the Zone of Bias (red dot)**




2) **Consistency.** The proposed association between ranitidine and cancer ***is not consistent*** as outlined above. To the extent that some studies have suggested small

increased risks with certain cancer types, these associations were subsequently refuted by other studies, as well as additional analyses with the same study, that used better and more comprehensive methods to control for bias and confounding (**Figure 6 above**). Furthermore, the fact that there are as many statistically significant decreased risks for ranitidine and cancer as there are statistically significant increased risks, further illustrates the lack of consistency. ***This criterion is not met.***

3) **Specificity.** This criterion is ***rarely fulfilled*** given that cancer can be multifactorial in etiology.

4) **Temporality.** The temporality criterion is typically met insofar as the studies pre-specify that ranitidine use must have occurred prior to the cancer diagnosis. Importantly, however, this cannot protect against protopathic bias. Protopathic bias occurs when the drug is initiated in response to the symptoms of a disease that is still undiagnosed; e.g., patients with undiagnosed malignancy have symptoms mimicking GERD, prompting ranitidine use. Thus, in observational studies of ranitidine and cancer outcomes that do not adequately control for protopathic bias, ***the temporality criterion may not be met***.

5) **Biological gradient.** Several studies have assessed cancer risk with ranitidine use in dose- or duration-response analyses and not only is there no evidence of a reliable gradient, but many studies showed the risk estimate decreases with higher doses or longer durations of use (Tan et al 2018; Iwagami et al 2021; McDowell et al 2021; Adami et al 2021; Norgaard et al 2021). For example, Iwagami et al (2021) showed that the overall risk of cancer for ranitidine/nizatidine users decreased from an adjusted hazard ratio of 1.03 at the lowest cumulative dose (1-180 DDD) to 0.83 with the highest cumulative dose (> 730 DDD). Thus, ***this metric is not met***.

6) **Biological plausibility.** A biologically plausible explanation for any proposed association provides a rational and theoretical basis for the link between the proposed exposure and the observed outcome. In this instance, the question is why should exposure to ranitidine therapy biologically lead to malignancy? However, ***in the absence of reliable evidence of an association from epidemiological studies, as is the case here, there is no reason to search for a proposed mechanism***. In other words, one does not try to understand the mechanism of how wearing the color blue does *not* increase the risk of cancer; you would only want to understand the mechanism if there was an association. Nevertheless, Plaintiffs have alleged that the potential exogenous and endogenous NDMA exposure from ranitidine ingestion increases the risk of cancer. However, the FDA tested the endogenous NDMA theory in two well-conducted studies and concluded the findings "do not support the conclusion that ranitidine is converted to NDMA in humans." Moreover, in epidemiological studies testing the NDMA hypothesis by comparing users of ranitidine to other acid suppressive agents that have not been associated with NDMA contamination, there was largely either no association or significantly *decreased* risks for ranitidine. Furthermore, I have reviewed the epidemiological studies on NDMA exposure and cancer risk and found that overall, there is no consistent, reliable association.

7) **Coherence.** Causation is more likely if what is observed is supported by, and in agreement with, the natural history of the disease. For example, the temporal decline in non-cardia gastric cancer in the U.S. over the past few decades is coherent with

declining *H. pylori* infection rates in this country. In contrast, the higher non-cardia gastric cancer rates in certain geographical areas (e.g., Eastern and Central Asia) is coherent with the higher *H. pylori* infection rates still prevalent in those countries. Similar coherent observations cannot be made with ranitidine and any type of cancer. Thus, ***this metric is not met***.

8) **Experimental evidence.** Virtually all data on long-term safety outcomes of medications come from observational epidemiological studies rather than experimental human studies (i.e., randomized controlled trials). As outlined in my report, this is the case for ranitidine and cancer outcomes. Thus, ***there is no available experimental evidence***.

9) **Analogy.** "Analogous" drugs – such as studies on other H2RAs or NDMA-contaminated valsartan – do not support a reliable, consistent association with any of the five cancers alleged. Moreover, studies on other H2RAs or H2RAs combined further support the need to adequately control for confounding by indication and protopathic bias in studies on ranitidine and cancer risk. Thus, ***this metric is not met***.

## VIII. CONCLUSION:

**Based on my assessment of the data, to a reasonable degree of medical and scientific certainty, *my opinions are that (1) ranitidine is a safe and effective medication that was used clinically by gastroenterologists for decades to provide benefit to patients with acid-peptic disorders, and (2) the epidemiological evidence does not support a reliable association or causal relationship between ranitidine and any type of cancer, including gastric, esophageal, liver, pancreatic, and bladder cancer*.**

**DISCLOSURES:**

**Statement of the compensation to be paid for the study and testimony in the case:** I am compensated at the rate of $650 per hour for reviewing scientific literature and drafting this report.

**Other cases I have testified as an expert during the previous four years:**

*Harper v. United States Beef Corporation*, 3:15-cv-03112 (C.D. Ill.) in 2018.

*Bales v. AstraZeneca Pharmaceuticals LP et.al.*, 2:17-cv-06124 (D.N.J.) in 2021.

**REFERENCES:**


1. Abrahami D, McDonald EG, Schnitzer ME, Barkun AN, Suissa S, Azoulay L. Proton pump inhibitors and risk of gastric cancer: population-based cohort study. Gut. 2022;71(1):16-24.
2. Abrahami D, McDonald EG, Schnitzer M, Azoulay L. Trends in acid suppressant drug prescriptions in primary care in the UK: a population-based cross-sectional study. BMJ Open. 2020;10(12):e041529.
3. Adami H-O., Andersen I, Heide-Jørgensen U, Chang E, Nørgaard M, Toft Sørensen H. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021;30(12):2302-2308. Corrected online January 25, 2022.
4. Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. World J Gastroenterol. 2013 Apr 28;19(16):2560-8.
5. Alcala Santaella R, Guardia J, Pajares J, Pique J, Pita L, Alvárez E, Castellanos P, Guarner L, Ortiz J, Pesquera R, et al. A multicenter, randomized, double-blind study comparing once-daily bedtime administration of famotidine and ranitidine in the short-term treatment of active duodenal ulcer. Hepatogastroenterology. 1989 Jun;36(3):168-71.
6. American Cancer Society. https://www.cancer.org/. Accessed September 14, 2021.
7. Anderson LA, Watson RG, Murphy SJ, Johnston BT, Comber H, Mc Guigan J, Reynolds JV, Murray LJ. Risk factors for Barrett's oesophagus and oesophageal adenocarcinoma: results from the FINBAR study. World J Gastroenterol. 2007 Mar 14;13(10):1585-94.
8. Babic A, Zhang X, Morales-Oyarvide V, Yuan C, Khalaf N, Khalili H, Lochhead P, Chan AT, Ogino S, Wolpin BM, Wu K, Fuchs CS, Giovannucci EL, Stampfer MJ, Ng K. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. Br J Cancer. 2020 Sep;123(5):844-851.
9. Bao Y, Spiegelman D, Li R, Giovannucci E, Fuchs CS, Michaud DS. History of peptic ulcer disease and pancreatic cancer risk in men. Gastroenterology. 2010 Feb;138(2):541
10. Benjamini Y, De Veaux RD, Efron B, Evans S, Glickman M, Graubard BI, He X, Meng X-L, Reid N, Stigler SM, Vardeman SB, Wikle CK, Wright T, Young LJ, Kafadar K. The ASA President's Task Force Statement on Statistical Significance and Replicability. Annals of Applied Statistics, 2021;15(3):1084-1085.
11. Blot WJ, Tarone RE. Esophageal Cancer. In: Schottenfeld and Fraumeni Cancer Epidemiology and Prevention, 4 h Edition. Eds: Thun MJ, et al. Oxford University Press. New York, NY. 2018; 579-592.
12. Bonfils S, Mignon M, Vallot, Mayeur S. Use of ranitidine in the medical treatment of Zollinger-Ellison syndrome. Scand J Gastroenterol Suppl. 1981 Jun;69:119-23.
13. Bosetti C, Lucenteforte E, Bracci PM, Negri E, Neale RE, Risch HA, Olson SH, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski W, Fontham E, Holly EA, Gao YT, Yu H, Kurtz RC, Cotterchio M, Maisonneuve P, Zeegers MP, Duell EJ, Boffetta P, La Vecchia C. Ulcer, gastric surgery and pancreatic cancer risk: an analysis from the International Pancreatic Cancer Case-Control Consortium (PanC4). Ann Oncol. 2013 Nov;24(11):2903-10.
14. Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Br J Cancer. 2012 Jan 3;106(1):233-9.

15. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv Preprint. 2021. https://www.medrxiv.org/content/10.1101/2021.01.27.21250656v1.
16. Brusselaers N, Wahlin K, Engstrand L, Lagergren J. Maintenance therapy with proton pump inhibitors and risk of gastric cancer: a nationwide population-based cohort study in Sweden. BMJ Open. 2017 Oct 30;7(10):e017739
17. Brusselaers N, Engstrand L, Lagergrn J. Maintenance proton pump inhibition therapy and risk of oesophageal cancer. Cancer Epi. 2018;172-177.
18. Brusselaers N, Sadr-Azodi O, Engstrand L. Long-term proton pump inhibitor usage and the association with pancreatic cancer in Sweden. J Gastroenterol. 2020 Apr;55(4):453-461.
19. Burgess P, Larson GM, Davidson P, Brown J, Metz CA. Effect of ranitidine on intragastric pH and stress-related upper gastrointestinal bleeding in patients with severe head injury. Dig Dis Sci. 1995 Mar;40(3):645-50.
20. Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol. 2021;116(8):1612-1619.
21. Cavaleiro-Pinto M, Peleteiro B, Lunet N, Barros H. Helicobacter pylori infection and gastric cardia cancer: systematic review and meta-analysis. Cancer Causes Control. 2011 Mar;22(3):375-87.
22. Cheung KS, Chan EW, Wong AYS, Chen L, Wong ICK, Leung WK. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study. Gut. 2018 Jan;67(1):28-35.
23. Cheung KS, Leung WK. Response to letter to the editor by Moayyedi et al. Gut. 2019 Sep;68(9):1721-1722.
24. Chien LN, Huang YJ, Shao YH, Chang CJ, Chuang MT, Chiou HY, Yen Y. Proton pump inhibitors and risk of periampullary cancers--A nested case-control study. Int J Cancer. 2016 Mar 15;138(6):1401-9.
25. Chow WH, Finkle WD, McLaughlin JK, Frankl H, Ziel HK, Fraumeni JF Jr. The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. JAMA. 1995 Aug 9;274(6):474-7.
26. Chyou PH, Nomura AM, Hankin JH, Stemmermann GN. A case-cohort study of diet and stomach cancer. Cancer Res. 1990 Dec 1;50(23):7501-4.
27. Cohen Sedgh R, Moon J, Jackevicius CA. Neoplasm Reports in Food and Drug Administration Adverse Event Reporting System Following Angiotensin Receptor Blocker Recalls. Circ Cardiovasc Qual Outcomes. 2021 Aug;14(8):e007476.
28. Cook MB, Corley DA, Murray LJ, Liao LM, Kamangar F, Ye W, Gammon MD, Risch HA, Casson AG, Freedman ND, Chow WH, Wu AH, Bernstein L, Nyrén O, Pandeya N, Whiteman DC, Vaughan TL. Gastroesophageal reflux in relation to adenocarcinomas of the esophagus: a pooled analysis from the Barrett's and Esophageal Adenocarcinoma Consortium (BEACON). PLoS One. 2014 Jul 30;9(7):e103508.
29. Crane SJ, Locke GR 3rd, Harmsen WS, Diehl NN, Zinsmeister AR, Melton LJ 3rd, Romero Y, Talley NJ. Subsite-specific risk factors for esophageal and gastric adenocarcinoma. Am J Gastroenterol. 2007 Aug;102(8):1596-602.

30. De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. Nutr Cancer. 1998;30(2):158-62.

31. De Stefani E, Ronco A, Brennan P, Boffetta P. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. Nutr Cancer. 2001;40(2):103-7.

32. De Stefani E, Deneo-Pellegrini H, Ronco AL, Boffetta P, Correa P, Aune D, Mendilaharsu M, Acosta G, Silva C, Landó G, Luaces ME. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutr Cancer. 2012;64(2):294-9.

33. Danish Health Data Authority. Register of Medicinal Products Statistics. https://medstat.dk/. Accessed February 1, 2022.

34. Derakhshan MH, Malekzadeh R, Watabe H, Yazdanbod A, Fyfe V, Kazemi A, Rakhshani N, Didevar R, Sotoudeh M, Zolfeghari AA, McColl KE. Combination of gastric atrophy, reflux symptoms and histological subtype indicates two distinct aetiologies of gastric cardia cancer. Gut. 2008 Mar;57(3):298-305.

35. El-Serag HB, Aguirre TV, Davis S, Kuebeler M, Bhattacharyya A, Sampliner RE. Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. Am J Gastroenterol. 2004 Oct;99(10):1877-83.

36. El-Serag H, Hill C, Jones R. Systematic review: the epidemiology of gastro-oesophageal reflux disease in primary care, using the UK General Practice Research Database. Aliment Pharmacol Ther. 2009 Mar 1;29(5):470-80.

37. EPA 2017. Technical Fact Sheet – N-Nitroso-dimethylamine (NDMA). https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf. November 2017. Accessed July 26, 2021.

38. Eusebi LH, Ratnakumaran R, Yuan Y, Solaymani-Dodaran M, Bazzoli F, Ford AC. Global prevalence of, and risk factors for, gastro-oesophageal reflux symptoms: a meta-analysis. Gut. 2018 Mar;67(3):430-440.

39. Farrow DC, Vaughan TL, Sweeney C, Gammon MD, Chow WH, Risch HA, Stanford JL, Hansten PD, Mayne ST, Schoenberg JB, Rotterdam H, Ahsan H, West AB, Dubrow R, Fraumeni JF Jr, Blot WJ. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. Cancer Causes Control. 2000 Mar;11(3):231-8.

40. FDA 2016. Now Available Without a Prescription. https://www.fda.gov/drugs/information-consumers-and-patients-drugs/now-available-without-prescription. Last updated May 4, 2016. Accessed June 3, 2021.

41. FDA 2019 & 2020. FDA Updates and Press Announcements on NDMA in Ranitidine (Zantac). https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-ranitidine-zantac. Last updated April 16, 2020. Accessed June 3, 2021.

42. FDA 2019a. Laboratory analysis of ranitidine and nizatidine products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine. November 1, 2019. Accessed December 9, 2021.

43. FDA 2019b. Laboratory analysis of valsartan products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products. May 2, 2019. Accessed December 9, 2021.

44. FDA 2020a. Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac. Last updated April 1, 2020. Accessed July 26, 2021.

45. FDA 2020b. Media Briefing on FDA's Request for the Removal of All Ranitidine Products (Zantac) from the Market. https://www.fda.gov/media/136672/download. April 1, 2020. Accessed July 26, 2021.

46. FDA 2021. Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Last updated July 20, 2021. Accessed July 26, 2021.

47. FDA 2021a. Ensuring the Rigor of Regulatory Science: CDER Conducts Laboratory and Clinical Studies to Investigate Reports of NDMA Production from Ingested Ranitidine Products. https://www.fda.gov/drugs/news-events-human-drugs/ensuring-rigor-regulatory-science-cder-conducts-laboratory-and-clinical-studies-investigate-reports. July 2, 2021. Accessed September 7, 2021.

48. FDA Guidance for Industry. ICH M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk. March 2018. https://www.fda.gov/media/85885/download.

49. FDA Response to Valisure Citizen Petition. April 1, 2020.

50. Fioretti F, Tavani A, La Vecchia C, Franceschi S. Histamine-2-receptor antagonists and oesophageal cancer. Eur J Cancer Prev. 1997 Apr;6(2):143-6.

51. Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021;326(3):240-249.

52. Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun;4(6):e2118253.

53. García Rodríguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. Gut. 2006 Nov;55(11):1538-44.

54. Garrow D, Delegge MH. Risk factors for gastrointestinal ulcer disease in the US population. Dig Dis Sci. 2010 Jan;55(1):66-72.

55. Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int. 2021 May 28;118(21):357-362.

56. Gough KR, Korman MG, Bardhan KD, Lee FI, Crowe JP, Reed PI, Smith RN. Ranitidine and cimetidine in prevention of duodenal ulcer relapse. A double-blind, randomised, multicentre, comparative trial. Lancet. 1984 Sep 22;2(8404):659-62.

57. Grimes DA, Schulz KF. False alarms and pseudo-epidemics: the limitations of observational epidemiology. Obstet Gynecol. 2012 Oct;120(4):920-7.

58. Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf. 2000 Mar;9(2):149-55.

59. Hadi S. Clinical investigation of ranitidine in patients with gastritis. Clin Ther. 1989 Sep-Oct;11(5):590-4.

60. Halvorsen L, Lee FI, Wesdorp IC, Johnson NJ, Mills JG, Wood JR. Acute treatment of reflux oesophagitis: a multicentre study to compare 150 mg ranitidine twice daily with 300 mg ranitidine at bedtime. Aliment Pharmacol Ther. 1989 Apr;3(2):171-81.

61. Hansson LE, Nyrén O, Hsing AW, Bergström R, Josefsson S, Chow WH, Fraumeni JF Jr, Adami HO. The risk of stomach cancer in patients with gastric or duodenal ulcer disease. N Engl J Med. 1996 Jul 25;335(4):242-9.

62. Helicobacter and Cancer Collaborative Group. Gastric cancer and Helicobacter pylori: a combined analysis of 12 case control studies nested within prospective cohorts. Gut. 2001 Sep;49(3):347-53.

63. Hicks B, Friis S, Pottegård A. Use of proton pump inhibitors and risk of pancreatic cancer. Pharmacoepidemiol Drug Saf. 2018 Aug;27(8):926-930.

64. Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW, de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 2019;76(4):250-258.

65. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965 May;58(5):295-300.

66. Holyfield G, Public Health Wales. Over the Counter (OTC) Summary Report for 2010 to 2012. http://www.primarycareone.wales.nhs.uk/sitesplus/documents/1191/Common%20Ailments%20Scheme%20Wales%20Update%20Report%202013.pdf. Accessed February 1, 2022.

67. Hornell A, Berg C, Forsum E, Larsson C, Sonestedt E, Åkesson A, Lachat C, Hawwash D, Kolsteren P, Byrnes G, De Keyzer W, Van Camp J, Cade JE, Greenwood DC, Slimani N, Cevallos M, Egger M, Huybrechts I, Wirfält E. Perspective: An Extension of the STROBE Statement for Observational Studies in Nutritional Epidemiology (STROBE-nut): Explanation and Elaboration. Adv Nutr. 2017 Sep 15;8(5):652-678.

68. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013;33(12):2179-2208.

69. Hsu CL, Chang CH, Lin JW, Wu LC, Chuang LM, Lai MS. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. Pharmacoepidemiol Drug Saf. 2013 Jun;22(6):632-40.

70. Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf. 2021 Mar;44(3):361-371.

71. Jakszyn P, Bingham S, Pera G, Agudo A, Luben R, Welch A, Boeing H, Del Giudice G, Palli D, Saieva C, Krogh V, Sacerdote C, Tumino R, Panico S, Berglund G, Simán H, Hallmans G, Sanchez MJ, Larrañaga N, Barricarte A, Chirlaque MD, Quirós JR, Key TJ, Allen N, Lund E, Carneiro F, Linseisen J, Nagel G, Overvad K, Tjonneland A, Olsen A, Bueno-de-Mesquita HB, Ocké MO, Peeters PH, Numans ME, Clavel-Chapelon F, Trichopoulou A, Fenger C, Stenling R, Ferrari P, Jenab M, Norat T, Riboli E, Gonzalez CA. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European

Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis. 2006 Jul;27(7):1497-501.

72. Jakszyn P, González CA, Luján-Barroso L, Ros MM, Bueno-de-Mesquita HB, Roswall N, Tjønneland AM, Büchner FL, Egevad L, Overvad K, Raaschou-Nielsen O, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud MS, Chang-Claude J, Allen NE, Kiemeney LA, Key TJ, Kaaks R, Boeing H, Weikert S, Trichopoulou A, Oikonomou E, Zylis D, Palli D, Berrino F, Vineis P, Tumino R, Mattiello A, Peeters PH, Parr CL, Gram IT, Skeie G, Sánchez MJ, Larrañaga N, Ardanaz E, Navarro C, Rodríguez L, Ulmert D, Ehrnström R, Hallmans G, Ljungberg B, Roddam AW, Bingham SA, Khaw KT, Slimani N, Boffetta PA, Jenab M, Mouw T, Michaud DS, Riboli E. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev. 2011 Mar;20(3):555-9.

73. Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology. 1996 Jul;7(4):434-6.

74. Jonsson Funk M, Landi SN. Misclassification in administrative claims data: quantifying the impact on treatment effect estimates. Curr Epidemiol Rep. 2014 Dec;1(4):175-185.

75. Kane SP. ClinCalc DrugStats Database. https://clincalc.com/DrugStats/. Last updated September 15, 2021. Accessed February 14, 2022.

76. Kantor ED, Rehm CD, Haas JS, Chan AT, Giovannucci EL. Trends in Prescription Drug Use Among Adults in the United States From 1999-2012. JAMA. 2015;314(17):1818-31.

77. Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology. 2021 Apr;160(5):1856-1859.e5.

78. Kastelein F, Spaander MC, Steyerberg EW, Biermann K, Valkhoff VE, Kuipers EJ, Bruno MJ; ProBar Study Group. Proton pump inhibitors reduce the risk of neoplastic progression in patients with Barrett's esophagus. Clin Gastroenterol Hepatol. 2013 Apr;11(4):382-8.

79. Kaufman DW, Kelly JP, Rosenberg L, Anderson TE, Mitchell AA. Recent patterns of medication use in the ambulatory adult population of the United States: the Slone survey. JAMA. 2002;287(3):337-44.

80. Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. Am J Clin Nutr. 2013 Jan;97(1):135-46.

81. Kim Y, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther. 2021;54(5):606-615.

82. Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel). 2021;9(8):1071.

83. Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. Int J Cancer. 1999 Mar 15;80(6):852-6.

84. Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci. 2021 Apr 15. Epub ahead of print.

85. La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. Lancet. 1990 Aug 11;336(8711):355-7.

86. La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. Nutrition. 1992 May-Jun;8(3):177-81.

87. La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. Eur J Cancer Prev. 1995 Dec;4(6):469-74.

88. Lagergren J, Bergström R, Lindgren A, Nyrén O. Symptomatic gastroesophageal reflux as a risk factor for esophageal adenocarcinoma. N Engl J Med. 1999 Mar 18;340(11):825-31.

89. Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Proton pump inhibitors and risk of hepatocellular carcinoma: a case-control study in Taiwan. Acta Gastroenterol Belg. 2013;76(3):348-50.

90. Lai S, Sung F, Lin C, Liao K. Use of Proton Pump Inhibitors Correlates with Increased Risk of Pancreatic Cancer: A Case-Control Study in Taiwan. Kuwait Med J. 2014;(1):44-48.

91. Lai SW, Lai HC, Lin CL, Liao KF. Proton pump inhibitors and risk of gastric cancer in a case-control study. Gut. 2019;68(4):765-767.

92. Laoveeravat P, Thavaraputta S, Vutthikraivit W, Suchartlikitwong S, Mingbunjerdsuk T, Motes A, Nugent K, Rakvit A, Islam E, Islam S. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. QJM. 2020 Feb 1;113(2):100-107.

93. Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. Int J Cancer. 2006 Aug 15;119(4):915-9.

94. Lassen A, Hallas J, de Muckadell OB. Esophagitis: incidence and risk of esophageal adenocarcinoma--a population-based cohort study. Am J Gastroenterol. 2006 Jun;101(6):1193-9.

95. Lee FI, Fielding JD, Costello FT. Ranitidine compared with cimetidine in the short-term healing of duodenal ulcer. Postgrad Med J. 1983 Feb;59(688):88-92.

96. Lee FI, Reed PI, Crowe JP, McIsaac RL, Wood JR. Acute treatment of duodenal ulcer: a multicentre study to compare ranitidine 150 mg twice daily with ranitidine 300 mg once at night. Gut. 1986 Sep;27(9):1091-5.

97. Li DK, Yan P, Abou-Samra AB, Chung RT, Butt AA. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: results from ERCHIVES. Aliment Pharmacol Ther. 2018 Jan;47(2):246-258.

98. Liedberg G, Davies HJ, Enskog L, Eriksson S, Frederiksen B, Graffner H, Hradsky M, Oscarson J, Rydberg B, Simert G, et al. Ulcer healing and relapse prevention by ranitidine in peptic ulcer disease. Scand J Gastroenterol. 1985 Oct;20(8):941-4.

99. Lin HC, Hsu HY, Lin HL, Uang YS, Ho Y, Wang LH. Association between acid-suppressive agents' use and risk of hepatocellular carcinoma. Dose-Response. 2020;18(2):1-8.

100. Liu P, McMenamin ÚC, Johnston BT, Murchie P, Iversen L, Lee AJ, Vissers PAJ, Cardwell CR. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer. 2020 Jul;123(2):307-315.

101. Locke GR, Talley NJ, Fett SL, Zinsmeister AR, Melton LJ 3rd. Risk factors associated with symptoms of gastroesophageal reflux. Am J Med. 1999 Jun;106(6):642-9.

Contains Confidential Information – Subject to Protective Order

102. Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. Am J Clin Nutr. 2011 May;93(5):1053-61.

103. MacLaren R, Reynolds PM, Allen RR. Histamine-2 receptor antagonists vs proton pump inhibitors on gastrointestinal tract hemorrhage and infectious complications in the intensive care unit. JAMA Intern Med. 2014 Apr;174(4):564-74.

104. McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021;71(Pt A):101880.

105. McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med. 2021a;19(1):22.

106. McGwin G. The Association between Ranitidine Use and Gastrointestinal Cancers. Cancers (Basel). 2020 Dec 23;13(1):24.

107. Metz DC, Pisegna JR, Fishbeyn VA, Benya RV, Jensen RT. Control of gastric acid hypersecretion in the management of patients with Zollinger-Ellison syndrome. World J Surg. 1993;17(4):468-80.

108. Metz CA, Livingston DH, Smith JS, Larson GM, Wilson TH. Impact of multiple risk factors and ranitidine prophylaxis on the development of stress-related upper gastrointestinal bleeding: a prospective, multicenter, double-blind, randomized trial. The Ranitidine Head Injury Study Group. Crit Care Med. 1993a;21(12):1844-9.

109. Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epidemiol Biomarkers Prev. 2004 Feb;13(2):250-4.

110. Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. The safety of ranitidine in over a decade of use. Aliment Pharmacol Ther. 1997 Feb;11(1):129-37.

111. Mohammed I, Nightingale P, Trudgill NJ. Risk factors for gastro-oesophageal reflux disease symptoms: a community study. Aliment Pharmacol Ther. 2005 Apr 1;21(7):821-7.

112. Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakker S. Risk Cancer With Use of Ranitidine: Results Of A Cohort Study Of 65 Million US Adults. Gastroenterology. 2020;158(6):S1073. [Abstract]

113. Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakker S. Risk Cancer With Use of Ranitidine: Results Of A Cohort Study Of 65 Million US Adults. Digestive Disease Week. 2020. [Poster]

114. Molloy RM, Sonnenberg A. Relation between gastric cancer and previous peptic ulcer disease. Gut. 1997 Feb;40(2):247-52.

115. Muller P, Hotz J, Franz E, Simon B. Ranitidine in the treatment of non-ulcer dyspepsia. A placebo-controlled study in the Federal Republic of Germany. Arzneimittelforschung. 1994 Oct;44(10):1130-2.

116. Naccaratto R, Cremer M, Dammann HG, Keohane PP, Mulder H, Sarles H, Simon B. Nizatidine versus ranitidine in gastric ulcer disease. A European multicentre trial. Scand J Gastroenterol Suppl. 1987;136:71-8.

117. National Cancer Institute (NCI) Surveillance, Epidemiology, and End Results (SEER) Program. https://seer.cancer.gov/. Accessed September 14, 2021.

118. Nguyen DM, Richardson P, El-Serag HB. Medications (NSAIDs, statins, proton pump inhibitors) and the risk of esophageal adenocarcinoma in patients with Barrett's esophagus. Gastroenterology. 2010 Jun;138(7):2260-6.

119. Niikura R, Hayakawa Y, Hirata Y, Yamada A, Fujishiro M, Koike K. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for Helicobacter pylori: a retrospective cohort analysis. Gut. 2018 Oct;67(10):1908-1910.

120. Norgaard M, Andersen IT, Heide-Jorgensen U, Erichsen R, Rees JR, Karagas MR, Sorensen HT. Ranitidine and risk of bladder and kidney cancer: a population based cohort study. Cancer Epidemiol Biomarkers Prev. 2021. Epub ahead of print.

121. Oxford Centre for Evidenced Based Medicine. https://www.cebm.ox.ac.uk/resources/levels-of-evidence/oxford-centre-for-evidence-based-medicine-levels-of-evidence-march-2009. Accessed June 3, 2021.

122. Palli D, Russo A, Decarli A. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. Cancer Causes Control. 2001 Feb;12(2):163-72.

123. Pappa KA, Gooch WM, Buaron K, Payne JE, Giefer EE, Sirgo MA, Ciociola AA. Low-dose ranitidine for the relief of heartburn. Aliment Pharmacol Ther. 1999;13(4):459-65.

124. Pappa KA, Williams BO, Payne JE, Buaron KS, Mussari KL, Ciociola AA. A double-blind, placebo-controlled study of the efficacy and safety of non-prescription ranitidine 75 mg in the prevention of meal-induced heartburn. Aliment Pharmacol Ther. 1999a;13(4):467-73.

125. Peng YC, Lin CL, Hsu WY, Chow WK, Lee SW, Yeh HZ, Chen CC, Kao CH. Association Between Cholangiocarcinoma and Proton Pump Inhibitors Use: A Nested Case-Control Study. Front Pharmacol. 2018;9:718.

126. Peng YC, Lin CL, Hsu WY, Lu IT, Yeh HZ, Chang CS, Kao CH. Proton Pump Inhibitor Use is Associated With Risk of Pancreatic Cancer: A Nested Case-Control Study. Dose Response. 2018a;16(4):1559325818803283.

127. Peng YC, Huang LR, Lin CL, Hsu WY, Chang CS, Yeh HZ, Kao CH. Association between proton pump inhibitors use and risk of gastric cancer in patients with GERD. Gut. 2019;68(2):374-376.

128. Plummer M, Franceschi S, Vignat J, Forman D, de Martel C. Global burden of gastric cancer attributable to Helicobacter pylori. Int J Cancer. 2015 Jan 15;136(2):487-90.

129. Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. Eur J Epidemiol. 1995 Feb;11(1):67-73.

130. Pottegard A, Friis S, Christensen Rd, Habel LA, Gagne JJ, Hallas J. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine. 2016 May;7:73-9.

131. Pottegard A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ. 2018 Sep 12;362:k3851.

132. Poulsen AH, Christensen S, McLaughlin JK, Thomsen RW, Sørensen HT, Olsen JH, Friis S. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. Br J Cancer. 2009 May 5;100(9):1503-7.

133. Rawla P, Barsouk A. Epidemiology of gastric cancer: global trends, risk factors and prevention. Prz Gastroenterol. 2019;14(1):26-38.

134. Risch HA, Jain M, Choi NW, Fodor JG, Pfeiffer CJ, Howe GR, Harrison LW, Craib KJ, Miller AB. Dietary factors and the incidence of cancer of the stomach. Am J Epidemiol. 1985 Dec;122(6):947-59. Rogers 1995

135. Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol Biomarkers Prev. 1995 Jan-Feb;4(1):29-36.

136. Ronco AL, Mendilaharsu M, Boffetta P, Deneo-Pellegrini H, De Stefani E. Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. Asian Pac J Cancer Prev. 2014;15(14):5805-9.

137. Rubenstein JH, Taylor JB. Meta-analysis: the association of oesophageal adenocarcinoma with symptoms of gastro-oesophageal reflux. Aliment Pharmacol Ther. 2010 Nov;32(10):1222-7.

138. Rush DR, Stelmach WJ, Young TL, Kirchdoerfer LJ, Scott-Lennox J, Holverson HE, Sabesin SM, Nicholas TA. Clinical effectiveness and quality of life with ranitidine vs placebo in gastroesophageal reflux disease patients: a clinical experience network (CEN) study. J Fam Pract. 1995;41(2):126-36.

139. Saunders JH, Oliver RJ, Higson DL. Dyspepsia: incidence of a non-ulcer disease in a controlled trial of ranitidine in general practice. Br Med J (Clin Res Ed). 1986 Mar 8;292(6521):665-8.

140. Schulz TB, Berstad A, Rydning A, Frislid K. Treatment of gastric ulcer with ranitidine. Scand J Gastroenterol. 1984 Jan;19(1):119-21.

141. Seo SI, Park CH, You SC, Kim JY, Lee KJ, Kim J, Kim Y, Yoo JJ, Seo WW, Lee HS, Shin WG. Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea. Gut. 2021:323845.

142. Shao YJ, Chan TS, Tsai K, Wu SY. Association between proton pump inhibitors and the risk of hepatocellular carcinoma. Aliment Pharmacol Ther. 2018 Aug;48(4):460-468.

143. Shin GY, Park JM, Hong J, Cho YK, Yim HW, Choi MG. Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study. Am J Gastroenterol. 2021 Jun 1;116(6):1211-1219.

144. Silvis SE. Final report on the United States Multicenter Trial comparing ranitidine to cimetidine as maintenance therapy following healing of duodenal ulcer. J Clin Gastroenterol. 1985 Dec;7(6):482-7.

145. Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients. 2015 Dec 1;7(12):9872-95.

146. Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. Eur J Clin Pharmacol. 2020 Oct;76(10):1437-1456.

147. Sorahan T. Conflicting findings from a rubber industry cohort study: what is the explanation? Occup Environ Med. 2019 Oct;76(10):780.

148. Suleiman UL, Harrison M, Britton A, McPherson K, Bates T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. Eur J Cancer Prev. 2000 Jun;9(3):185-91.

149. Tamim H, Duranceau A, Chen LQ, Lelorier J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. Drug Saf. 2008;31(8):675-84.

150. Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther. 2018 Aug;48(4):469-477.

151. Thota PN, Hajifathalian K, Benjamin T, Runkana A, Lopez R, Sanaka MR. Lack of incremental effect of histamine receptor antagonists over proton pump inhibitors on the risk of neoplastic progression in patients with Barrett's esophagus: a cohort study. J Dig Dis. 2017 Mar;18(3):143-150.

152. Tomita DK, Kennedy DL, Baum C, Knapp DE, Anello C. Drug Utilization in the United States – 1988, Tenth Annual Review. U.S. Department of Health and Human Services (DHHS) Publication No. PB90-150921. November 1989.

153. Tran KT, McMenamin ÚC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iversen L, Johnston BT, Lee AJ, Cardwell CR. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther. 2018 Jul;48(1):55-64.

154. U.S. National Toxicology Program (NTP). N-Nitrosodimethylamine. Report on Carcinogens, 15th Ed. U.S. Department of Health and Human Services, Public Health Service: Research Triangle Park, NC, USA. 2021.

155. Vaezi MF, Yang YX, Howden CW. Complications of Proton Pump Inhibitor Therapy. Gastroenterology. 2017 Jul;153(1):35-48.

156. Walt RP, Hunt RH, Misiewicz JJ, Trotman I, Colley S, Dewar EP, Frost RA, Shepherd TH, Golding PL, Colin-Jones DG, et al. Comparison of ranitidine and cimetidine maintenance treatment of duodenal ulcer. Scand J Gastroenterol. 1984 Nov;19(8):1045-7.

157. Wang SM, Katki HA, Graubard BI, Kahle LL, Chaturvedi A, Matthews CE, Freedman ND, Abnet CC. Population Attributable Risks of Subtypes of Esophageal and Gastric Cancers in the United States. Am J Gastroenterol. 2021 Sep 1;116(9):1844-1852.

158. Wasserstein RL, Schirm AL, Lazar NA. Moving to a World Beyond "p < 0.05"'. Am Stat. 2019;73:1-19.

159. Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer. 2017 Apr 25;116(9):1234-1238.

160. Whiteman DC, Sadeghi S, Pandeya N, Smithers BM, Gotley DC, Bain CJ, Webb PM, Green AC; Australian Cancer Study. Combined effects of obesity, acid reflux and smoking on the risk of adenocarcinomas of the oesophagus. Gut. 2008 Feb;57(2):173-80.

161. World Cancer Research Fund/ American Institute for Cancer Research (WCRF/AICR). Diet, Nutrition, Physical Activity and Cancer: A Global Perspective. Continuous Update Project. Third Expert Report 2018. https://www.wcrf.org/diet-and-cancer/.

162. World Health Organization (WHO) International Agency for Research on Cancer (IARC). Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Supplement 7. 1987.

163. World Health Organization (WHO) International Agency for Research on Cancer (IARC). Helicobacter Pylori. Biologic Agents. A Review of Human Carcinogens. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Volume 100B. 2012.

164. World Health Organization (WHO) International Agency for Research on Cancer (IARC). Agents Classified by the IARC Monographs, Volumes 1-130. Last updated November 30,

2021. https://monographs.iarc.who.int/agents-classified-by-the-iarc/. Accessed January 10, 2022.

165. World Health Organization (WHO) International Agency for Research on Cancer (IARC). Occupational Exposures in the Rubber-Manufacturing Industry. Chemical Agents and Related Occupations. A Review of Human Carcinogens. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Volume 100F. 2012a.

166. Wu AH, Tseng CC, Bernstein L. Hiatal hernia, reflux symptoms, body size, and risk of esophageal and gastric adenocarcinoma. Cancer. 2003 Sep 1;98(5):940-8.

167. Ye W, Chow WH, Lagergren J, Yin L, Nyrén O. Risk of adenocarcinomas of the esophagus and gastric cardia in patients with gastroesophageal reflux diseases and after antireflux surgery. Gastroenterology. 2001 Dec;121(6):1286-93.

168. Yood MU, Campbell UB, Rothman KJ, Jick SS, Lang J, Wells KE, Jick H, Johnson CC. Using prescription claims data for drugs available over-the-counter (OTC). Pharmacoepidemiol Drug Saf. 2007 Sep;16(9):961-8.

169. Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med. 2021 Jan 5;10(1):153.

170. Zantac Tablets Prescribing Information. GlaxoSmithKline. June 2018.

171. Zantac OTC Consumer Package Insert. Sanofi. 2019.

172. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016;37(6):625-634. Retraction in: Carcinogenesis. 2021 May 04.

173. Zhang ZF, Kurtz RC, Sun M, Karpeh M Jr, Yu GP, Gargon N, Fein JS, Georgopoulos SK, Harlap S. Adenocarcinomas of the esophagus and gastric cardia: medical conditions, tobacco, alcohol, and socioeconomic factors. Cancer Epidemiol Biomarkers Prev. 1996 Oct;5(10):761-8.

174. Zhang J, Ge L, Hill M, Liang Y, Xie J, Cui D, Li X, Zheng W, He R. Standard-Dose Proton Pump Inhibitors in the Initial Non-eradication Treatment of Duodenal Ulcer: Systematic Review, Network Meta-Analysis, and Cost-Effectiveness Analysis. Front Pharmacol. 2019 Jan 7;9:1512.

175. Zhang R, Li H, Li N, Shi JF, Li J, Chen HD, Yu YW, Qin C, Ren JS, Chen WQ, He J. Risk factors for gastric cancer: a large-scale, population-based case-control study. Chin Med J (Engl). 2021;134(16):1952-1958.

176. Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis. 2019 Apr 29;40(2):254-262.

177. Zheng J, Daniel CR, Hatia RI, Stuff J, Abdelhakeem AA, Rashid A, Chun YS, Jalal PK, Kaseb AO, Li D, Hassan MM. Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A US-Based Study. Hepatology. 2021;74(6):3161-3173.

178. Zhou X, Fang H, Xu J, Chen P, Hu X, Chen B, Wang H, Hu C, Xu Z. Stress ulcer prophylaxis with proton pump inhibitors or histamine 2 receptor antagonists in critically ill adults - a meta-analysis of randomized controlled trials with trial sequential analysis. BMC Gastroenterol. 2019 Nov 21;19(1):193.