# EXHIBIT 21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# <u>RULE 26 EXPERT REPORT OF</u>

# <u>TIMOTHY C. WANG, M.D.</u>

Date: March 7, 2022

Timothy C. Wang, M.D.

Contains Confidential Information – Subject to Protective Order

# RULE 26 EXPERT REPORT OF Timothy C. Wang, M.D.

I. Background, Training and Experience ..... 2
II. Summary of My Opinions ..... 4
III. Introduction ..... 5
A. Tumor Initiation and Progression ..... 6
B. Explaining Causation to Patients Who Present with Cancer ..... 9
IV. Methodology for Assessing Cancer Causation ..... 10
V. Risk Factors for Specific Gastrointestinal Cancers ..... 11
A. Risk Factors for Esophageal Cancer ..... 12
B. Risk Factors for Stomach Cancer ..... 13
C. Risk Factors for Colorectal Cancer ..... 14
D. Risk Factors for Pancreatic Cancer ..... 15
E. Risk Factors for Liver Cancer ..... 15
VI. Ranitidine and NDMA ..... 16
VII. NDMA Epidemiologic Studies ..... 20
VIII. NDMA Animal Carcinogenicity and Mechanistic Studies ..... 23
IX. Nonclinical Evidence Regarding Ranitidine ..... 30
X. Evidence Regarding Ranitidine Use in Humans and Risk of GI Cancers ..... 33
A. Ranitidine and Esophageal Cancer. ..... 36
B. Ranitidine and Gastric Cancer. ..... 38
C. Ranitidine and Colorectal Cancer. ..... 41
D. Ranitidine and Pancreatic Cancer. ..... 42
E. Ranitidine and Liver Cancer. ..... 43
F. Cancer as a Combined Group. ..... 43
XI. Analysis of Bradford Hill Criteria ..... 44
A. Esophageal Cancer ..... 44
B. Gastric Cancer ..... 45
C. Colorectal Cancer ..... 46
D. Pancreatic Cancer ..... 47
E. Liver Cancer ..... 48
XII. CONCLUSIONS ..... 49
XIII. REFERENCES ..... 50



Contains Confidential Information – Subject to Protective Order

## I. **Background, Training and Experience**

My name is Timothy C. Wang, M.D., and I am a practicing gastroenterologist and cancer researcher. I am the Dorothy L. and Daniel H. Silberberg Professor of Medicine at Columbia University College of Physicians and Surgeons, as well as the Chief of the Columbia University Medical Center's Division of Digestive and Liver Diseases and Co-leader of the Tumor Biology and Microenvironment Program at the Herbert Irving Comprehensive Cancer Center, which is part of the Columbia University Medical Center. I am board certified in both internal medicine and gastroenterology.

I received my Bachelor of Arts in Chemistry summa cum laude in 1979 from Williams College in Williamstown, Massachusetts and my Doctor of Medicine Degree in 1983 from Columbia College of Physicians and Surgeons, New York, New York. I performed my internship and residency training in Internal Medicine from 1983 through 1986 at Barnes Hospital, Washington University School of Medicine, St. Louis, Missouri. From 1986 through 1990, I was a Research Fellow in Medicine at Harvard Medical School and a Clinical and Research Fellow in Medicine at Massachusetts General Hospital, both in Boston, Massachusetts.

I have been a practicing gastroenterologist for over 30 years. From 1991 to 2000, I was an Attending Physician at Massachusetts General Hospital in Boston, Massachusetts. From 2000 through 2004, I was an Attending Physician at UMass Medical Center in Worcester, Massachusetts. Since 2004, I have been an Attending Physician at New York Presbyterian Hospital. At all times during my career, a portion of my practice has been devoted to providing consultation for the diagnosis and care treatment of patients with gastrointestinal diseases, including all cancers considered to be gastrointestinal cancers. These include esophageal, gastric, colorectal, pancreatic and liver cancers. In my current position, I presently treat patients on an in-patient basis two months per year.

I am also a Professor of Medicine and have been a guest lecturer and invited speaker at numerous universities and medical centers. Beginning in 1989, I was an Instructor of Medicine at Harvard Medical School, where I was promoted to Assistant Professor of Medicine in 1993 and promoted to Associate Professor of Medicine in 1998. In 2000, I joined as a tenured Professor of Medicine the University of Massachusetts Medical School, where I ran the clinical, endoscopic and research programs, and also served as the Director of GI Cancer. In 2004, I joined the faculty at Columbia University College of Physicians & Surgeons where I am currently the Dorothy L. and Daniel H. Silberberg Professor of Medicine. I have also been a Visiting Professor at various universities including Johns Hopkins University in Baltimore, Maryland; Yale University in New Haven, Connecticut; Vanderbilt University in Nashville, Tennessee; the University of Pennsylvania in Philadelphia, Pennsylvania; the Dana Farber Cancer Center in Boston, Massachusetts; Humboldt University in Berlin, Germany; Johns Hopkins Medical School, Baltimore, Maryland; Cold Spring Harbor Laboratory, New York; MD Anderson Cancer Center, Houston, Texas; and Case Western Reserve Medical Center, Cleveland, Ohio. I regularly give lectures to students, residents, fellows, and other physicians, including talks on gastric cancer and the pathophysiology and treatment of peptic ulcer disease secondary to both *H. pylori* and NSAID-related gastrointestinal toxicity.

As a researcher, I have conducted research in the area of the molecular pathogenesis of gastrointestinal carcinogenesis. Since 1990, I have been continuously funded from National Institute of Health, including grants from both the National Cancer Institute and the National Institute of Diabetes and Digestive and Kidney Diseases. Over the past sixteen years, I have been one of the best funded investigators in the Department of Medicine at Columbia University, and was awarded both a Merit Award (R37) from NIDDK and an Outstanding Investigator Award (R35) from the NCI. Initially, my research was focused on the biology of gastrin and its effects on the stomach, which



Contains Confidential Information – Subject to Protective Order

included the induction of the acid-secretogogue histamine through upregulation of histidine decarboxylase. More recently, the lab has investigated mechanisms of carcinogenesis, initially in the stomach through chronic infection with *Helicobacter pylori*, but also in the colon, the esophagus and the pancreas. The lab has been a leader in stem cells in the gastrointestinal tract, and the changes that occur in stem cells and their niche in response to inflammation and carcinogens.

From 1996 through 2001, I was an Associate Editor for *Gastroenterology*, the leading journal in the GI field, and resumed that position again from 2006-2011. From 2003 through 2006, I was an Associate Editor for the American Journal of Physiology (Gastrointestinal and Liver Physiology). I served as an editor of the Yamada Textbook of Gastroenterology (2012–2015), Senior Deputy Editor of Cancer Prevention Research (2011 – present), and the founding editor in chief of Therapeutic Advances in Gastroenterology (2007–2012). In 2018, I took over as Co-Editor-in-Chief of the Yamada Textbook of Gastroenterology, the latest edition of which was published in January 2022. I have also reviewed frequently for numerous professional journals, including: Cell, Cell Stem Cell, Cancer Cell, Nature, Science, Gastroenterology, Gut, and the New England Journal of Medicine.

Since 1986, I have been an active member of the American Gastroenterology Association ("AGA") where I have served on, and often chaired, numerous committees within the association, including the AGA By-Laws Committee, the AGA Education and Training Committee, the AGA Council, the AGA Research Committee, the AGA Public Policy Committee, the AGA GRG Committee, the AGA Research Policy Committee, the AGA Future Trends Committee, and I directed the AGA Spring Postgraduate Course (SPGC). In 2014, I joined the AGA Governing Board as Vice President of the AGA Institute, and in 2016, I rose to become President of the AGA Institute. I also belong to a number of other professional societies including the American Association of Cancer Research ("AACR"), the American Pancreas Association ("APA"), the New York Society of Gastrointestinal Endoscopy ("NYSGE"). I am also a member of Phi Beta Kappa and Alpha Omega Alpha, the Honor Medical Society.

I was elected to the American Society of Clinical Investigation (1996) and the Association of American Physicians (2004) and have given named lectureships at several premier institutions, including the Mayo Clinic, Memorial Sloan Kettering Cancer Center, UCLA, and Massachusetts General Hospital. I have received a number of prestigious awards, including the Viktor Mutt Medal in Gut Hormone Research, the Shanghai Cancer Forum Award, the Irene and Arthur Fishberg Prize for Medical Research, the Ismar Boas Medical, the Ruth Leff Siegel Award, the Columbia Dean's Distinguished Lecture, the AGA William Beaumont Prize in GI Research and the AGA Julius Friedenwald Medal in Gastroenterology.

A copy of my Curriculum Vitae and a list of my publications is attached as Exhibit A.

**<u>Compensation</u>**

I am being compensated at my usual rate of $600 per hour in connection with this proceeding. My compensation is in no way dependent on the opinions I express or on the outcome of the case.

**<u>Prior Testimony</u>**

Over the past four years, I have testified in the following cases as an expert witness:

Re: Incretin-Based Therapies Products Liability Litigation, MDL Number 13-MD-2452-AJB "MDD," as an expert witness on behalf of Novo Nordisk.

## II. Summary of My Opinions

I have been retained to provide opinions on behalf of the Defendants (Boehringer Ingelheim (BI), Sanofi, Pfizer, and GlaxoSmithKline (GSK)) regarding whether therapeutic use of ranitidine (Zantac®) causes specific types of gastrointestinal (GI) cancers. I understand that Plaintiffs' experts allege that ranitidine causes the following GI cancers: esophageal, gastric/stomach, pancreatic, and liver cancer.[1]

My opinions are set forth in more detail in the body of this report, but are briefly summarized below:

1. "Cancer" is an overarching term that describes a complex, heterogeneous disease that involves uncontrolled, abnormal, deleterious cell division that can lead to tumor formation. Cancer can occur in virtually any organ system. Even within an organ system (e.g., pancreas), "cancer" takes on different forms. For example, the most common type of pancreatic cancer is adenocarcinoma, but cancer of the pancreas also can involve squamous cell carcinoma, colloid carcinoma, and pancreatic neuroendocrine tumors. Although some cancers share one or more common features, different types of cancer can vary markedly. For example, cancers can vary histologically and molecularly and can have different risk factors, different causes, different latency periods, and different genetic profiles, among other things. Generally speaking, cancer is a genetic disease and thus can result from inherited genetic mutations or mutations that develop after conception. Most cancers -- and this is certainly true for GI cancers – develop slowly, often over years. The heterogeneity within the disease of cancer means that to determine the cause of a specific type of cancer, one must evaluate data relating to that specific cancer.

2. There is no universal carcinogen. That is, there are no known genetic mutations or other causes that induce each and every cancer type. Indeed, even tobacco smoke, which is known to cause a number of different types of cancers, does not cause all cancers. Tobacco smoke illustrates the principle of specificity (described more fully below) that one must look at the exposure of interest and the cancer of interest before reliable conclusions can be reached about a potential relationship. For example, it would not be scientifically appropriate to draw conclusions about tobacco smoke and breast cancer based on data relating to tobacco smoke and lung cancer. Tobacco smoke is actually comprised of many different chemicals, a number of which are recognized as being carcinogenic in humans, and each of which may have different effects on different genes that are associated with different types of cancers in different organ systems. This illustrates why one must look at data specific to the cancer of interest to draw reliable conclusions about whether an exposure is associated with that cancer.

3. To determine whether an exposure like ranitidine causes a specific type of cancer, the most informative and reliable evidence relates to cancer outcomes in people taking ranitidine (e.g., epidemiology studies designed to assess ranitidine and risk of cancer). There is a large body of epidemiology studies that evaluate whether exposure to ranitidine increases the risk of various types of cancer, including various types of GI cancers. Those studies do not show any consistent and reliable association between ranitidine and any specific type of GI cancers, including esophageal, liver, pancreatic and stomach/gastric cancers.

---

[1] Plaintiffs' experts also allege that ranitidine causes bladder cancer and that the evidence is not sufficient to reach opinions about causation on other cancers at this time (Expert report of Dr. Salmon at p. 7). I understand that other experts for defendants will address bladder cancer. My expert report focuses on GI cancers.

4. The animal and *in vitro* data relating to ranitidine do not support that ranitidine induces cancer in animals or is genotoxic. N-nitrosodimethylamine ("NDMA") is recognized as a probable human carcinogen, based on evidence in animal models and *in vitro* systems. That categorization is recognized by IARC as having no quantitative significance, and should not be used to assess risk from a particular exposure (e.g., NDMA exposure from ranitidine use). These studies demonstrate that NDMA can induce specific types of tumors (e.g., liver tumors) in certain non-primate animals at sufficiently high doses through its mutagenic effect. However, the data do not indicate that NDMA at lower doses in the range alleged to be contained in ranitidine are able to cause cancer in any animal species. Indeed, published data are insufficient to demonstrate a zero threshold linear dose response relationship, and instead indicate the presence of a minimum NDMA threshold dose needed to induce cancer. This would be consistent with what is already known regarding the capacity of the AGT/MGMT repair systems to repair potentially mutagenic adducts. Thus, the data obtained from animal models and *in vitro* systems do not provide reliable evidence to establish the biological plausibility that NDMA exposure from ranitidine use can cause cancer of any type in humans.

5. Although NDMA has been detected in ranitidine, it is not scientifically valid to draw opinions about risks relating to exposure to ranitidine based on data relating to exposure to NDMA. While ranitidine has been shown to degrade over time to potentially produce NDMA at ppm or lower levels (1 ppm means 1 µg NDMA in 1 g ranitidine drug product), sometimes exceeding regulatory limits, the levels of NDMA vary. I am not aware of any reliable evidence demonstrating that ranitidine produces NDMA in the body (i.e., endogenous formation of NDMA). Only studies of ranitidine reflect actual clinical use of ranitidine and can account for any NDMA that results from exposure to ranitidine and whether such exposure has any effect on cancer risk.

6. If a valid, reliable association between ranitidine and a specific type of cancer is established in the human epidemiology studies, then one would take steps to evaluate whether that association is causal. Typically, casual criteria, such as the Bradford-Hill criteria, are applied to determine whether an association is causal. There is a large body of human studies evaluating whether ranitidine increases the risk of specific cancers, and there is no reliable evidence of an association between ranitidine and any type of GI cancers. Thus, there is no reliable basis to establish causation between exposure to ranitidine and any type of GI cancers. Nonetheless, application of the Bradford-Hill criteria do not support that ranitidine causes any specific type of GI cancers, including esophageal, liver, pancreatic and stomach/gastric cancers.

In forming my opinions, I have relied on my training, expertise, and experience, as well as my review and consideration of the scientific and medical literature and other documents listed in Exhibit B. I reserve the right to supplement these opinions if additional information becomes available.

## III. Introduction

"Cancer" and "carcinogenesis" encompass an overarching complex process that often is not readily understood by most laypersons. Carcinogenesis is the first stage of tumor progression, often used interchangeably with the term "cancer initiation" or "the initiation of cancer formation," but also implies some inciting event. There are hundreds of types and subtypes of cancer, but in general the four main classifications of cancer are carcinomas, sarcomas, leukemias, and lymphomas. Carcinomas account for about 80% of all cancers and include cancers that originate in the lining of organs (e.g., epithelial cells). Carcinomas can broadly be subdivided into adenocarcinoma (developing in an organ or gland) or squamous cell carcinoma (originating in the squamous epithelium). Sarcomas involve cancers that originate in supportive or connective tissues like bones,

muscle and fat. For example, osteosarcomas originate in bone, whereas liposarcomas originate in adipose tissue. Leukemias are cancers of the blood or "liquid" cancers and typically involves white or red blood cells. Examples include granulocytic (myeloid) leukemia (malignancy of white blood cells) and lymphocytic leukemia (malignancy of lymphocytic blood cells). Lymphomas develop in the glands of the lymphatic system and can broadly be classified into Hodgkin lymphoma and Non-Hodgkin lymphoma. "Cancer" as an overarching term is a very common disease. Approximately 40% of the US population will develop some form of cancer at some point in their life (American Cancer Society - Lifetime Risk of Developing or Dying From Cancer).

The initiating events for the development of cancer act in a very tissue specific manner, as shown by experimental model systems. Thus, "carcinogens" (exposures or factors thought to be involved in cancer development of some type) are typically not broadly acting, but rather have specific features that play a role in specific types of cancer. In addition, epidemiologic studies have shown that each type of organ-associated cancer has its own set of well-established risk factors, which provide in various ways carcinogenic stimuli to those specific tissues or organs (Yamada Textbook of Gastroenterology 7th edition (Wang TC and Camilleri M, eds)). Finally, our current understanding indicates that the initiation of tumorigenesis involves subtle changes in cell division, changes in gene expression related to histone acetylation and DNA methylation, and DNA mutation in a subset of cells (Kanwal 2012). Data suggest that the mutational process is at least in part a stochastic process, related to the random chance of a mutational event arises during stem cell division (Tomasetti 2017). Stem cells are undifferentiated human cells that are able to divide into more stem cells or develop into many different cell types. Many tumors are also strongly determined by hereditary or genetic factors that drive tumor formation, as often evident from a detailed family history (Syngal 2015). Below, I review the process of tumor progression and cancer initiation and then discuss tissue specific aspects of GI cancer risk factors.

## A. <u>Tumor Initiation and Progression</u>

Many publications have provided comprehensive reviews of the process of tumor progression and cancer initiation (Hanahan 2011; Vogelstein 2013). Below is a brief summary of my review of this process. In cancer cells, the mutations or changes to the genetic code typically target the normal control systems that regulate cellular growth and/or allow damaged cells to undergo programmed cell death. Consequently, these altered cells divide and grow in the presence of signals that might normally inhibit cell growth. Mutations also turn on growth signals that make the cells less dependent on signals from neighboring cells, so that the cancer cells no longer require special external signals to turn on cell growth and division. As these cells grow, they develop a number of new characteristics, including changes in cell structure, decreased cell adhesion, and production of new enzymes. Once fully transformed, the cancer cells become almost entirely independent of external signals or growth factors. For example, cancer cells can typically be grown in serum-free media, culture media that lacks the addition of growth factors. Such characteristics allow the cancer cells to spread and invade other tissues.

The acquisition of all of these above changes, and thus the development of a full-blown cancer, does not happen all at once but instead occurs in a series of stages over an extended period of time. At the cellular level, in most solid malignancies, tumors grow through a series of pathological changes known as "tumor progression." Tumor progression is defined by a series of discrete stages that can be recognized histopathologically (microscopic evaluation of tissues). The first step is "hyperplasia," which implies an increased or excessive number of cells (proliferation) resulting from uncontrolled cell division. These cells appear largely normal, but changes have occurred that result in some acceleration of cell mitosis (division) or loss of control of growth. Thus, with an increased



Contains Confidential Information – Subject to Protective Order

proliferation rate, there is a slight buildup in the number of cells resulting in minor enlargement or increased thickness of the organ. This may be associated with increased size and weight of the organ in question. Although hyperplasia is often induced by chronic inflammation, it is a very early phase that most often does not progress and is completely reversible. Thus, this initial "phase" is fairly common and insufficient to conclude that there is an increased cancer risk.

However, with continued chronic inflammation, the next step is often "metaplasia," where the cells begin to take on an unusual appearance, losing some of their differentiated features and often resembling cells from another organ. For example, cells in the stomach can begin to resemble the intestine resulting in "intestinal metaplasia," while cells in the pancreas can resemble stomach cells leading to "gastric metaplasia" (Correa 1994). This represents a repair response with a slight increased risk of cancer development but also a large degree of reversibility. The third step is "dysplasia," resulting from further growth, accompanied by additional abnormal changes to the cells, and at this step the cells are often viewed as "precancerous." In the case of dysplasia, the shape and appearance of the cells becomes clearly abnormal, often with an increased nuclear size relative to the cytoplasm, loss of differentiated features, and an abnormal organization of the cells within the tissue. Dysplasia is still occasionally reversible since the cells are not fully transformed. The fourth step requires additional changes, which result in cells that are even more abnormal and can now spread over a wider area of tissue (Fox 2007). These cells, referred to as anaplastic, begin to lose their original function. At this stage, because the tumor is still contained within its original location (and thus called carcinoma-in-situ) and is not invasive, it is not considered definitively malignant — it is potentially malignant. The last step occurs when the cells in the tumor metastasize, which means that they can invade surrounding tissue, including the bloodstream, and spread to other locations.

At the molecular level, the development of cancer is viewed as a multistep process involving mutation and selection for cells with progressively increasing capacity for proliferation, survival, invasion, and metastasis. The first step in the process, tumor initiation, is thought to be the result of a genetic alteration or mutation, or as is more often the case, epigenetic changes that occur in a single stem cell, leading to abnormal proliferation or survival of that cell. Epigenetic changes are genetic modifications that impact gene activity without changing the DNA sequence. These changes are heritable when they arise initially in resident tissue stem cells, which give rise to numerous daughter cells. It is important to understand that in most instances proliferation is a normal process by which the body responds to injury. Abnormal proliferation, however, can lead to the outgrowth of populations of tumor cells that arise from one or more stem cells. Tumor progression will then continue as additional mutations and epigenetic changes occur within cells of the tumor population. Subsequent changes then take place in offspring of that single cell, so that multiple daughter cells with additional mutations then compete against each other. Each cancer cell behaves as an independent cell, growing and expanding to form a cluster of cells or a clone. Some of the mutations or epigenetic changes confer a selective advantage to the cell, such as more rapid growth, and the descendants of a cell bearing such a mutation will consequently become dominant within the tumor population. It is important to note that while environmental factors and inherited predispositions may lead to genetic mutations, stem cells also acquire mutations with each cell division spontaneously. In fact, recent reports suggest that the lifetime risk of cancers of many different types is strongly correlated with the total number of stem cell divisions (Tomasetti 2015). Based on this observation, it was hypothesized that the majority of cancers are due to "bad luck", that is, stochastic mutations arising during DNA replication in normal, noncancerous cells, including stem cells.

Given the need for the accumulation of mutations and epigenetic changes and tumor progression through the various histopathologic stages, it is not surprising that tumor development requires significant time (years) for a full-blown invasive cancer to emerge. Most early tumors or benign



Contains Confidential Information – Subject to Protective Order

growths, prior to their transformation into cancer, show only a slight increase in proliferation compared to normal tissues, and thus tumor growth is generally slow. This progression from initial “lesion” to cancer has perhaps best been documented for colorectal cancer, where an interval screening period of 10 years beginning at the age of 45 has been validated based on the interval required for a small polyp to grow to an early cancer (10-15 years) (Winawer 1997; Winawer 1999). Similar latency periods have been estimated for many tumors, including, for example, pancreatic cancer (Nadler 2014; Yachida 2010).

Specific environmental insults (e.g., chemicals, radiation, viruses and bacteria) that may potentially modify the process, speeding up progression in specific instances, are often considered and evaluated for their ability to act as “carcinogens,” or agents that are able to initiate cancer (Tomasetti 2017; Stratton 2009). Typically, these carcinogenic agents damage DNA or chromosomes (genotoxic; an example of DNA damage is the formation of DNA adducts), which then may potentially increase the chance of mutation, which in turn can potentially lead to a carcinogenic mutation. Thus, cancer-causing chemicals are classically thought of as “potential genotoxic carcinogen.” One should note that not all genotoxic insult is promutagenic and that promutagenic genotoxic insult does not imply mutation (Liteplo 2002). One should also note that “mutation” does not imply an adverse outcome, and certainly does not imply carcinogenesis. Humans are subject to mutations constantly with no adverse effect (Robinson 2021). As I write this report, cells in my body are dividing, DNA in those cells is being copied, and mutations are occurring. There are approximately 37 trillion cells in the human body, and many millions or billions of mutations are estimated to occur in humans routinely. Even if carcinogenic mutation occurs, it does not imply carcinogenesis as there is an array of mechanisms that suppress the induction of cancer (Hanahan 2011; Vogelstein 2013; Thomas 2015).

More recent evidence suggests that certain types of carcinogens may also act as epigenetic modifiers, reprogramming cells through more subtle changes in histones and DNA methylation to alter gene expression (Sharma 2010). Chronic inflammation is now thought to influence epigenetic changes that may be related to cancer progression (Del Poggetto 2021). Indeed, in the general field of carcinogenesis, an emerging theme is the role of chronic inflammation as a potential risk factor in many solid malignancies (Coussens 2002; Greten 2019). Chronic inflammation of a tissue can often elevate the level of proliferation of that tissue and also suppress tumor immunity that might help eliminate incipient cancers (Del Poggetto 2021). To be clear, chronic inflammation should not be interpreted as any sort of inflammation such as increases in some inflammatory markers in the blood exam. Rather, it is a slow, long-term inflammation lasting for prolonged periods of several months to years. While chronic inflammation is a potential risk factor in many solid malignancies, it does not induce all types of cancer. Nor does every chronic inflammation result in cancer formation. As described below, ranitidine has not been shown to induce chronic inflammation, and the NDMA animal studies showed that inflammation is secondary to tumor induction following NDMA exposure, not vice versa.

These discussions have particular relevance in rodent carcinogenesis models, where a variety of lesions can be induced with chemical and other toxic exposures. Carcinogens typically cause tissue injury, and the repair process can involve hyperplasia, fibrosis, benign tumor develop and/or cancer induction. Thus, in these rodent carcinogenesis models, which often involve nitrosamines, it is important to sharply distinguish between the induction of true cancer as opposed to benign tumors or regenerative lesions. Cancer by definition comprises full transformed cells that invade and metastasize and usually lead to the death of the host, while benign tumor cells lack these properties. Such distinctions are often difficult to make based on histopathologic interpretations by veterinarian pathologists, and in many early studies of carcinogens, these distinctions were not made. But since most benign tumors in these models do not progress to full blown cancer, conclusions regarding



Contains Confidential Information – Subject to Protective Order

cancer should be sharply limited to those lesions that can be diagnosed at least histologically as cancer. It is for this and other reasons that results from carcinogenesis studies in rodents should not be extrapolated broadly to humans.

Understanding the ability of specific environmental insults to initiate or promote tumor development requires detailed knowledge of the biology of the progenitor populations in those specific tissues in the correct species. Ultimately, for common cancers such as GI cancers, unless there is a known genetic “signature” that is understood to cause the specific type of cancer, the test of whether an exposure may initiate or promote a given cancer type is most reliably addressed through epidemiological studies looking at cancer outcomes in subjects with the exposure of interest.

### B. Explaining Causation to Patients Who Present with Cancer

As a clinician who screens and diagnoses patients with cancer, I am often confronted by patients who ask me, “why did I develop cancer?” This has not been a rare scenario, as I have had both a small clinical practice, attended with and supervised GI fellows in their clinics, and frequently attended on the inpatient medical service. Thus, I have diagnosed patients with various GI cancers, including gastric, esophageal, colon, pancreatic and liver cancer. As alluded to above, given the slow progression from a single mutated cell and the complex interaction between the patient’s genetic makeup and the environment, this is often a difficult question to answer definitively. In our conversations with patients, we as physicians try to explain the cancer process, the randomness of the mutational process, what we know scientifically at present regarding established risk factors that modify the likelihood of cancer development, and then express our deepest sympathy to patients who are diagnosed with a serious tumor.

“Risk factor” is a term used in the field of epidemiology to describe a variable associated with an increased or decreased likelihood of disease or infection. As noted elsewhere, some patients may have inherited genetic mutations (in p53, Apc, MLH1, MSH2, Brca1, etc.) that render them highly likely to develop cancer over a lifetime. Thus, in trying to decipher the possible etiology of an individual’s cancer, one starts with a detailed family history of cancer and other diseases. Some patients may carry genetic variants that leave them predisposed to cancer but not at very high risk, and one would need to test for these specific genetic variants. For some patients, there is no clear cause, or even clear risk factors present. The strongest environmental risk factor for many cancers often is smoking and/or tobacco use of some kind, which all too often is likely the underlying cause of a patient’s cancer (Surgeon General 2014). In general, diet may play a role, and the patient’s gut microbiome can cause or modify inflammation, metabolism and immunity, which also may be related to cancer development, but in the absence of a genetic cause or well established risk factor, determining a precise cause is challenging (WCRF/AICR Summary 2018; Sepich-Poore 2021).

As described above, chronic inflammation is a potential risk factor in many solid malignancies. Furthermore, in the last decade, obesity has emerged as a major risk factor for many solid malignancies, and obesity is often also associated with chronic inflammation (Deng 2016). Despite our improved and ongoing understanding of the process of carcinogenesis, much is still unknown about how and why cancer develops. The current thinking is that cancer results from a complex interaction between many factors that act together over time to produce invasive tumors in an unpredictable fashion. For many patients, it is difficult to infer specific or causative exposures that may have been present at the time of cancer initiation in any sort of scientifically reliable assessment. However, as detailed below, for some patients there are known infectious or inflammatory risk factors that can leave a signature through the induction of preneoplastic lesions, particularly in the gastrointestinal tract.



Contains Confidential Information – Subject to Protective Order

## IV. Methodology for Assessing Cancer Causation

In approaching the question of causation of cancer by a possible chemical, biological or other agent, one generally starts with an epidemiologic association. It should be noted that epidemiologic studies are used to examine an "association" or "correlation," rather than true causality between exposure to a potential carcinogen and an increased or decreased risk of a particular type of cancer. For example, patients exposed to a particular agent may be reported to have an increased rate of cancer, but the observed association could be spurious, as the higher rate of exposure may in fact be due to something other than the agent, such as inherent differences in characteristics in the exposed group compared to the unexposed group.

Given the many factors that can potentially influence cancer, all epidemiology studies looking at associations must take into account (and attempt to exclude) influences from confounding factors and biases that can lead to spurious associations. However, in the case of acid-suppressing drugs such as H2-receptor antagonists, that can be very difficult. The most reliable way to address the potential for confounding factors is to compare a patient population taking the drug of interest (in this case ranitidine) to a population of patients taking another acid suppressing medication. In other words, we should compare patients on ranitidine mainly to patients taking cimetidine or famotidine or a PPI, and not to controls who do not need any acid-controlling medication, as this would best account for the inherent characteristics of a population requiring acid-suppressive therapy. If epidemiology studies show a valid, reliable association, that association must be evaluated with a more rigorous set of criteria, the Bradford Hill criteria, which can help in understanding potential causality. These criteria include the strength of association, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy. Application of the Bradford Hill criteria is a reliable methodology for assessing causation when properly applied in the context of an understanding of the hierarchy of evidence (i.e., human data are the most relevant when assessing causation in humans). However, as noted above, epidemiologic associations must be done on a cancer-by-cancer basis. That is, since every organ specific tumor has a specific set of risk factors, as detailed below, if the epidemiologic evidence supports an association that is not likely due to chance, bias or confounding, application of the Bradford Hill criteria must be done for each individual type of cancer to be able to suggest the possibility of a <u>causal</u> association.

Under the Bradford Hill criteria, even with a recognized epidemiologic association, further data and confirmation are needed to reliably conclude causation. Additional evidence supporting the carcinogenicity of a particular agent might include the delineation of a biological mechanism. In the case of more classical chemical carcinogens that are thought to cause DNA damage and thus act as carcinogenic mutagens, one method of quantifying this that was developed in the 1970s is the Ames test that uses bacteria to test whether a given chemical can cause mutations in the DNA of the test organism. Even if positive results from Ames tests were obtained for ranitidine (which they weren't), such *in vitro* mutagenesis tests are used for screening purpose and are insufficient to reliably predict causation in humans. Experimental model systems, particularly preclinical models, are also helpful for investigating potential carcinogenicity. In particular, one would need to demonstrate that the agent can cause tumors in animals or other preclinical models, at concentrations or levels close to the range of doses that humans are exposed to. This would need to be done in the context of the drug itself (i.e., ranitidine), rather than giving high concentrations of a presumed contaminant like NDMA. It is important to note that there is also significant species variation, such that carcinogens that are very potent in rats or ferrets (e.g., MNNG) are much less potent in, say, mice. In addition, preclinical studies are needed to address the tissue or organ specificity of the particular carcinogen. Having reviewed in detail the ranitidine carcinogenicity and genotoxicity studies performed by GlaxoSmithKline and independent researchers, I found no convincing evidence in support of the



Contains Confidential Information – Subject to Protective Order

biological plausibility that ranitidine use can cause cancer of any type in humans. As described below, such preclinical studies are entirely consistent with the lack of association between ranitidine and cancer reported in human epidemiology studies. In forming my opinions, I have also reviewed NDMA epidemiologic studies and carcinogenicity and mechanistic studies. The NDMA epidemiology studies showed no reliable, consistent association between NDMA exposure and specific cancer outcomes. The NDMA carcinogenicity and mechanistic studies do not provide reliable evidence to establish the biological plausibility that NDMA exposure from ranitidine use can cause cancer of any type in humans.

Ultimately, in order to reliably infer that therapeutic use of ranitidine causes any type of cancer in humans, one would need a reliable, strong, consistent, specific, temporally sound, dose-dependent epidemiological association, and a clear, operative biological mechanism. Inconsistent epidemiological data and theoretical mechanisms not confirmed with data relating to ranitidine are insufficient to establish causation in humans. Proposed mechanisms or biologic plausibility cannot reliably demonstrate causality. Indeed, in the absence of rigorous application of causal criteria, one cannot reliably conclude that a particular exposure is in fact carcinogenic.

## V. Risk Factors for Specific Gastrointestinal Cancers

There is no such thing as a universal carcinogen, that is, a carcinogen that can initiate all types of cancer. While the strongest environmental risk factor, tobacco smoke, is associated with a number of different types of cancers, this is actually a combined effect of a vast collection of many (hundreds of) different chemical carcinogens in tobacco smoke, many of which have been shown to damage DNA and increase mutation rates in specific ways. Of note, tobacco smoke has been shown to produce mutational spectrums that can be sometimes viewed as a signature for exposure (Alexandrov 2016), although other known chemical carcinogens lack a distinct carcinogen-associated mutational signature (Riva 2020) and may promote cancer through effects on inflammation, epigenetic reprogramming or changes to the microenvironment in specific tissues.

Similarly, while there is evidence that nitrosamines (including NDMA), at sufficient doses, are carcinogenic in some animal species, different types of nitrosamines, whether given orally or intravenously/intraperitoneally, lead to distinct patterns of tumor development in specific organ systems in animals. In other words, experimental carcinogenesis studies with nitrosamines indicates that with a high level of exposure, cancer may be increased in only selected tissues in selected animal species that need to be carefully defined. For example, 7,12-Dimethylbenz(a)anthracene (DMBA) + TPA applied to the skin can result in H-ras mutations, rather than K-ras mutations. While H-ras mutations are associated with skin cancer, but not pancreatic cancer, K-ras mutations are associated with pancreatic cancer, but not skin cancer. DMBA has been shown to induce cancer of the skin and mammary glands of mice (Kerdelhue 2016), but our lab tried but was unable to initiate pancreatic cancer in mice with this particular nitrosamine animal carcinogen.

In the next section, I will review the risk factors for the five (5) major types of digestive or gastrointestinal tumors. The digestive system or GI tract includes the entire luminal GI tract (esophagus, stomach, intestine and colon) as well as several other digestive organs such as the pancreas and liver. Together, tumors in this system constitute well over a third of all cancer-related deaths. As outlined below, each tumor is associated with a unique set of exposures or risk factors, which in most cases induce a chronic inflammatory response culminating in preneoplastic and then neoplastic events.



Contains Confidential Information – Subject to Protective Order

### A. Risk Factors for Esophageal Cancer

Esophageal cancer is the ninth and seventeenth leading cause of cancer-related mortality in the U.S. males and females, respectively (Henley 2020). It is the sixth leading cause of cancer-related death worldwide (Bray 2018). The risk factors for esophageal cancer listed by the American Cancer Society include age, gender, smoking, alcohol use, diet, physical activity, obesity, and certain medical and genetic conditions (American Cancer Society - Esophageal Cancer).

There are two major types of esophageal cancer – squamous cell carcinoma and adenocarcinoma. Squamous cell carcinoma typically occurs in the proximal and mid-esophagus, while adenocarcinoma occurs in the very distal esophagus, at the gastroesophageal junction. Fifty years ago, esophageal squamous cell carcinoma (ESCC) comprised over 90% of all esophageal tumors in the U.S., while esophageal adenocarcinoma (EAC) was much more uncommon, and even considered rare (Napier 2014; Cook 2009). Since that time, EAC has increased dramatically, and in fact has surpassed ESCC in frequency, while ESCC has shown a slight decrease (Rustgi 2014; Napier 2014; Cook 2009). Presumably, changes in the risk factors for each of these diseases accounts for the rising incidence in EAC and the falling incidence in ESCC. In fact, the risk factors for these two types of esophageal cancer are different.

In terms of ESCC, tobacco and alcohol constitute the largest and clearest risk factors for the development of squamous cell cancer (Abnet 2018; Murphy 2017; Rustgi 2014; Napier 2014). The two are often consumed together, and the effects are likely synergistic, and thus the individual contributions can be difficult to tease out (Prabhu 2014; Tuyns 1983). The risk increases with the amount and duration of use for both alcohol and tobacco (Abnet 2018). Tobacco nitrosamines (such as NNK and NNN) are classified as carcinogenic to humans by the International Agency for Research on Cancer (IARC) formed under the World Health Organization (WHO) and are believed to be contributors to cancers, which arise with some specificity, mainly in the upper respiratory (e.g., lung) and digestive (e.g., esophagus) tracts (Hecht 1988; IARC 2007). Other potential risk factors include poverty, betel quid, diet low in fruits and vegetables, pickled vegetables, hot foods, radiation, achalasia, fanconi anemia, tylosis, and head and neck squamous cell carcinoma (Abnet 2018; Jones 1995). In the Western World, rates of ESCC have been decreasing for decades, largely due to decreasing tobacco and alcohol usage (Rustgi 2014; 2018; Murphy 2017). NDMA is not considered a risk factor for ESCC, and ranitidine is not considered a risk factor for ESCC.

In contrast, EAC has been increasing for over 50 years (Hur 2013; Edgren 2013). The major risk factor for EAC is gastroesophageal reflux disease (GERD) and Barrett's esophagus, a metaplastic, preneoplastic condition where the normal squamous lining of the lower esophagus is replaced by a continuous sheet of columnar epithelium, resembling intestinal epithelium (and thus also called intestinal metaplasia), in patients with GERD (Coleman 2018; Anderson 2007; Derakhshan 2008; García Rodríguez 2006; Lagergren 1999; Lassen 2006; Rubenstein 2010; Wang 2021; Ye 2001). GERD in patients is due to reflux esophagitis, resulting in chronic inflammation of the lower esophagus, which to some extent can be mimicked in rats through a surgical procedure (esophagoduodenostomy) (Sato 2002) or overexpression of a cytokine (IL-1b)(Quante 2012) that can lead to esophageal metaplasia and cancer, thus demonstrating the potential causative nature of esophagitis and chronic inflammation. The increase in EAC, and in GERD and Barrett's esophagus, is likely due a number of factors, including changes in diet, rising prevalence of obesity and a decreasing frequency of *H. pylori* infection (as *H. pylori* appears to be protective against GERD and Barrett's) (Coleman 2018). The increase in EAC has continued throughout the last three decades, at a time when treatment of GERD changed from primarily H2RA drugs, such as cimetidine and ranitidine, to the predominant use of proton pump inhibitors (Kantor 2015), underscoring that the underlying

condition likely contributes to EAC. Finally, the major hypothesis by our group and others for the increase in EAC has been the introduction of antibiotics in the 1950's and 1960s, along with changes to the diet, resulting in changes in the gut microbiome, as also contributing to the rise in GERD, Barrett's and EAC (Snider 2016). In contrast to ESCC, cigarette smoking only modestly increases the risk of EAC and alcohol does not appear to affect the risk at all, again demonstrating the specificity necessary to reliably identify tissue specific risk factors (Coleman 2018). NDMA is not considered a risk factor for EAC, and ranitidine is not considered a risk factor for EAC.

Of note, World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) recently conducted comprehensive reviews of the relationships between diet, nutrition, physical activity and cancer (WCRF/AICR Summary 2018). The available data on NDMA and esophageal cancer was not sufficient to even warrant a review by the panel of experts (WCRF/AICR Esophageal Cancer Report 2018). The evidence is so limited that no firm conclusion can be made for nitrites and nitrates, as well as foodstuffs such as processed meat (WCRF/AICR Esophageal Cancer Report 2018).

### B. <u>Risk Factors for Stomach Cancer</u>

Stomach cancer is the thirteenth and fourteenth leading cause of cancer-related mortality in U.S. males and females, respectively (Henley 2020). It is the second leading cause of cancer death worldwide, but nevertheless has been declining in many areas (Bray 2018). Stomach cancer shows great geographic and regional variation in incidence, suggesting that it is strongly driven by environmental factors (GBD 2017 Stomach Cancer Collaborators 2020; Balakrishnan 2017). These environmental drivers are believed to include differences in dietary habits and the prevalence of *Helicobacter pylori* infection. The substantial reductions in the incidence rates in most parts of the globe are thought to be related to improved hygiene and the widespread use of refrigeration, ensuring year round availability of fresh fruits and vegetables, less reliance on salted/preserved foods, and reduction of bacterial content of foods (Balakrishnan 2017). Another key reason for the decline in stomach cancer has been the reduction in the incidence of *H. pylori* infection in many parts of the world, particularly developed or industrialized countries (Balakrishnan 2017). The risk factors for stomach cancer listed by the American Cancer Society include age, gender, race, geography, *H. pylori* infection, smoking, alcohol use, diet, obesity, certain occupations, and certain medical and genetic conditions (American Cancer Society - Stomach Cancer). By far, the most important etiologic risk factor for non-cardia gastric adenocarcinoma is *H. pylori* infection, the world's commonest single chronic bacterial infection that affects close to half the world's population (Plummer 2015; Wroblewski 2010). In 1994, IARC classified *H. pylori* as a Group 1 ("carcinogenic to humans") carcinogen (Schistosomes1994). The evidence initially included primarily epidemiologic studies (cohort and case-control studies), but grew to include animal models and eradication studies (IARC 2012 100B). *H. pylori* has been shown in experimental animals to induce stomach cancer in both Mongolian gerbils (Watanabe 1998) as well as in mice (Fox 2003). *H. pylori* infection is also a leading cause of peptic ulcers (Wroblewski 2010). Gastric ulcers are also a risk factor for non-cardia gastric cancer (Garcia Rodriguez 2006; Hansson 1996; Molloy 1997; Wu 2003; Zhang 1996; Zhang 2021). GERD is an established risk factor for cardia gastric adenocarcinoma (Abrams 2013; Chow 1995; Derakhshan 2008; Lagergren 1999; Lassen 2006; Lee 2013; Wang 2021; Wu 2003; Ye 2001). The other medical conditions identified as potential risk factors for gastric cancer have been less well studied. Some examples include benign ulcer surgery and pernicious anemia (Karimi 2014; Vannella 2013; Stalnikowicz 1990). There are also hereditary cancer syndromes known to contribute to gastric cancer risk. Some examples include hereditary diffuse gastric cancer (HDGC) associated with CDH1 mutations, gastric adenocarcinoma and proximal polyposis of the stomach (GAPPS), hereditary nonpolyposis colon cancer (HNPCC) or Lynch syndrome associated with alterations in MLH1 and MSH2 genes, and a number of rarer hereditary syndromes (Oliveira 2015). Thus, family history is

very important to consider, although spontaneous mutations in these genes can occur, and while most gastric cancers are determined by the above environmental factors, some may be very well genetically determined. As discussed below, the use of H2RAs, including ranitidine, is not considered a risk factor for the development of gastric cancer. Indeed, stomach cancer has been decreasing steadily in the U.S. for the past sixty years, despite the introduction of H2RAs and ranitidine in the 1970s and 1980s. Notably, N-nitroso compounds are produced endogenously in the human stomach, especially in people who eat large amounts of red meat. Nevertheless, the evidence is so limited that no firm conclusion can be made for NDMA as a risk factor for stomach cancer (WCRF/AICR Stomach Cancer Report 2018). The evidence is so limited that no firm conclusion can be made for nitrites and nitrates, but the evidence for foodstuffs such as processed meat and grilled or barbecued meat is limited to suggestive (WCRF/AICR Stomach Cancer Report 2018). NDMA is not considered a risk factor for stomach cancer, and ranitidine is not a risk factor for stomach cancer.

### C. Risk Factors for Colorectal Cancer[2]

Colorectal cancer (CRC) is the most common GI malignancy and the third leading incident cancer and leading cause of cancer-related mortality in the U.S. (Henley 2020). It is the fourth leading cause of cancer-related death worldwide (Bray 2018). The risk factors for CRC listed by the American Cancer Society include age, race, smoking, alcohol use, diet, physical activity, obesity, and certain medical and genetic conditions (American Cancer Society - Colorectal Cancer). Most CRC cases occur after the age of 50 (Siegel 2020). CRC also shows significant geographic and regional variation, suggesting the strong influence of environmental factors (Bray 2018; Siegel 2020). In the U.S., it showed marked increases during much of the 20th century, but in the last several decades, and due in part to some changes in diet and screening, colorectal cancer incidence rates have steadily declined (Siegel 2020).

Given the marked geographic variation in CRC (high rates in U.S., low rates in Africa), much attention has been directed towards the role of diet. Evidence suggests that a so-called Western diet, consisting of large amounts of red meat and highly refined carbohydrates, and low amounts of fiber, increases the risk of CRC (Tabung 2017). As noted, other important risk factors include smoking, alcohol use, low levels of physical activity, and obesity (McTiernan 2019; Karahalios 2015; Lauby-Secretan 2016; Yuhara 2011; Botteri 2020; McNabb S 2020).

Chronic inflammation of the large intestine is an important risk factor for CRC, and patients with ulcerative colitis (UC) and Crohn's disease (CD) have an increased risk for developing colorectal cancer (Yashiro 2014; Ullman 2011). Recent research also suggests a role for specific bacterial commensal organisms, including specific strains of Bacteroides fragilis (*ETBF*), E. Coli (*PKS+ E. Coli*) and *Fusobacterium nucleatum* (*Fad+*) (Keku 2015). Patients with a personal history of adenomatous polyps or cancer, or a family history of colon adenomas or cancer, are at increased risk (Atkin 1992; Henrikson 2015). Examples of other medical conditions that represent a risk factor for CRC include acromegaly (with elevated levels of growth hormone) or cystic fibrosis (Melmed 2009; Yamada 2018). A number of genetic factors have also been implicated, as many CRCs are inherited (Yurgelun 2017; Pearlman 2017). Some examples include Lynch syndrome/HNPCC and the colonic polyposis syndromes including familial adenomatous polyposis (FAP), attenuated familial adenomatous polyposis (AFAP), and the MUTYH-associated polyposis (MAP) (de la Chapelle 2004). In addition, there are a number of hamartomatous polyposis syndromes and serrated polyposis syndromes (Wirtzfeld 2001; Mankaney 2020). There is no convincing evidence that use of any acid suppressive

---

[2] It is my understanding that experts for Plaintiffs have determined the scientific evidence is not sufficient to offer the opinion that ranitidine causes colorectal cancer. Nonetheless, I am providing a discussion of colorectal cancer for context.

medication – including ranitidine or any other H2RA or PPI – is associated with an increased risk of colorectal cancer. Of note, according to WCRF/AICR, the available data on NDMA and colorectal cancer was not sufficient to even warrant a review by the panel of experts, but there is convincing evidence of an increased risk for foodstuffs such as processed meat (WCRF/AICR Colorectal Cancer Report 2018). NDMA is not considered a risk factor for colorectal cancer, and ranitidine is not a risk factor for colorectal cancer.

### D. Risk Factors for Pancreatic Cancer

Pancreatic cancer is the fourth leading cause of cancer-related mortality in the U.S., but is expected to rise to the second leading cause of cancer death in the next several decades (Henley 2020). While the causes of pancreatic cancer are perhaps less well understood than for other gastrointestinal malignancies, there are nevertheless a number of potential risk factors that may contribute to the disease in a good proportion of cases. The risk factors for pancreatic cancer listed by the American Cancer Society include age, gender, race, smoking, obesity, workplace exposure to certain chemicals, and certain medical and genetic conditions (American Cancer Society - Pancreatic Cancer).

Age appears to be a significant risk factor for the development of pancreatic cancer, with a median age at diagnosis of 71 years (Rawla 2019). Male gender is a risk factor, as pancreatic cancer is slightly more common in men than in women (Rawla 2019). In addition, the incidence rate and death rate is higher in the African-American population compared to Caucasians (Rawla 2019). Cigarette smoking is also a major risk factor, and smoking cessation helps to lower the risk of pancreatic cancer (Maisonneuve 2015). Overweight or obesity during adulthood has long been associated with a greater risk of pancreatic cancer and may contribute to earlier onset and lower survival (Maisonneuve 2015; Bracci 2012; Lauby-Secretan 2016). Diabetes mellitus has been associated with a 40% increased risk of pancreatic cancer, with the risk inversely related to the duration of disease (Maisonneuve 2015). There is a strong link between antecedent chronic pancreatitis and pancreatic cancer. The overall relative risk for pancreatic cancer was 13.3 for unspecified pancreatitis, and 69.0 for hereditary pancreatitis (Raimondi 2010). There are clear hereditary factors, including germline mutations in tumor suppressor genes (e.g., BRCA1, BRCA2, PALB2, ATM, CDKN2A, APC, MLH1, MSH2, MSH6, PMS2, PRSS1, and STK11) predisposing to a high risk of pancreatic cancer (Klein 2012; Roberts 2012; Horii 1992). A family history of pancreatic cancer (with two affected first-degree relatives) is associated with a 1.9-13-fold increased risk of pancreatic cancer compared to healthy controls (Rawla 2019). Finally, alcohol use and diet may also play a role (Maisonneuve 2015). Heavy alcohol use is the most common cause of chronic pancreatitis (Yadav 2013). Similar to colorectal cancer, consumption of red meat cooked at high temperatures has been suggested to confer an increased risk of pancreatic cancer, while a Mediterranean diet has been found to be protective in cohort studies (Maisonneuve 2015). According to WCRF/AICR, the evidence for an increased risk for pancreatic cancer is limited to suggestive for foodstuffs such as processed meat, but the available data on NDMA and pancreatic cancer was not sufficient to even warrant a review by the panel of experts (WCRF/AICR Pancreatic Cancer Report 2018). NDMA is not considered a risk factor for pancreatic cancer, and ranitidine is not a risk factor for pancreatic cancer.

### E. Risk Factors for Liver Cancer

Liver cancer is the fifth and ninth leading cause of cancer-related mortality in the U.S. males and females, respectively (Henley 2020). It is the third leading cause of cancer-related death worldwide, and the fastest increasing malignancy (Bray 2018). However, the risk factors for liver cancer are very well understood, making liver cancer a preventable disease. The risk factors for hepatocellular carcinoma (HCC) listed by the American Cancer Society include gender, race, smoking, alcohol use,



Contains Confidential Information – Subject to Protective Order

obesity, certain chemicals (e.g., aflatoxins), and certain medical and genetic conditions (American Cancer Society - Liver Cancer).

Cirrhosis of the liver is the main recognized risk factor for the development of HCC, and patients with cirrhosis have an annual risk of 2-7% (Schuppan 2008). Several decades ago, the main cause of cirrhosis and HCC was chronic hepatitis C virus (HCV) associated cirrhosis and hepatitis B virus (HBV) associated cirrhosis (Lin 2020; Global Burden of Disease Liver Cancer Collaboration 2017). While HBV is the leading cause of HCC worldwide, HCV is most common etiology in the United States (Lin L2020; Global Burden of Disease Liver Cancer Collaboration 2017). However, the last decade has been notable for the introduction of new antiviral drugs that have allowed the eradication and "cure" of HCV in most patients, and HBV has declined somewhat with the availability of vaccines (Chen 2018). Some examples of other causes of cirrhosis include metabolic syndrome, alcoholic cirrhosis, and cirrhosis from other causes (e.g., hemochromatosis, PBC, autoimmune liver disease, a-1-antitrypsin deficiency, etc) (Singal 2020). Metabolic syndrome and nonalcoholic steatohepatitis (NASH) and nonalcoholic fatty liver disease (NAFLD) are becoming increasing common causes of HCC (Singal 2020; El-Serag 2014). NASH and NAFLD are associated with obesity, although a number of patients present without clear obesity but nevertheless have a metabolic syndrome that leads to chronic liver inflammation (Michelotti 2013). Patients with the metabolic syndrome have an increased risk of developing HCC (Kulik 2019; El-Serag 2014). Of note, according to WCRF/AICR, the available data on NDMA and liver cancer was not sufficient to even warrant a review by the panel of experts (WCRF/AICR Liver Cancer Report 2018). NDMA is not considered a risk factor for liver cancer, and ranitidine is not a risk factor for liver cancer.

## VI. Ranitidine and NDMA

Ranitidine is an H2-receptor antagonist (H2RA) approved by the FDA as a prescription drug since 1983 and as an over-the-counter (OTC) drug since 1997. Ranitidine inhibits gastric acid secretion by reversibly blocking the action of histamine at the histamine-2 receptor. Prior to removal from the market, prescription ranitidine was indicated to treat various acid peptic diseases, including peptic ulcer, GERD, erosive esophagitis, and pathologic hypersecretory conditions (such as Zollinger-Ellison syndrome, systemic mastocytosis and multiple endocrine adenoma syndrome) (Zantac prescription label). OTC ranitidine was used to treat or prevent pyrosis (heartburn) associated with acid indigestion and sour stomach (Zantac OTC label).

Prior to removal from the market, ranitidine was a useful and effective therapeutic option for clinicians such as myself to have in their armamentarium for the treatment of acid-peptic disease and the associated symptoms. The high degree of ranitidine efficacy in treating diseases associated with increased gastric acid secretion has been well established through clinical trials and its use by patients worldwide. For instance, meta-analyses showed that most active duodenal and benign gastric ulcers heal within four to eight weeks after the treatment of ranitidine (Dixon 1992; Dixon 1989). The efficacy of ranitidine in maintaining the healing of duodenal and benign gastric ulcers for up to 9 and 6 years, respectively, has also been demonstrated (Kurata 1992; Penston 1992; Penston 1993; Penston 1990b). Ranitidine is effective in *H. pylori* eradication and duodenal ulcer healing when combined with antibiotics (Hentschel 1993; Holtmann 1996). Ranitidine is also effective in the symptom relief of GERD and the healing of erosive esophagitis (Wesdorp 1983; Sherbanuik 1984; Sontag 1987; Roufail 1992; Euler 1993; McCarty-Dawson 1996). The beneficial effects of ranitidine in treating dyspepsia have also been demonstrated (Saunders 1986; Muller 1994).

In 2019, concern was raised for the potential for N-nitroso-N,N-dimethylamine (NDMA) exposure from ranitidine use. Exposure to NDMA could potentially occur through two pathways: (1) NDMA



Contains Confidential Information – Subject to Protective Order

that forms after someone ingests ranitidine ("endogenous" NDMA formation), and (2) NDMA that is in a ranitidine pill before a patient ingests it ("exogenous" NDMA formation). The notion that ranitidine forms NDMA following ingestion has been investigated and is not substantiated. The potential for such formation was raised in a publication by Zeng et al., which was later retracted because "an analytical artefact associated with the use of gas chromatography [] could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study." (Zeng 2016 retraction).

FDA conducted its own clinical study of whether NDMA forms from ranitidine after ingestion. The FDA study showed no statistically significant difference of 24-hour urinary excretion of NDMA following oral administration of ranitidine (300 mg) in healthy subjects under either a cured-meats diet (designed to expose participants to higher nitrites and nitrates) or a noncured-meats diet compared to the placebo (Florian 2021). By contrast, compared to the noncured-meats diet, the cured-meats diet was associated with significantly higher 24-hour urinary excretion of NDMA with both ranitidine and placebo. In other words, diet mattered with respect to endogenous formation of NDMA, but ranitidine use did not. There was also no statistically significant difference of maximum NDMA plasma concentration between ranitidine and placebo with either diet. The study authors concluded that their findings do not support endogenous formation of NDMA from ranitidine.

Of note, Plaintiffs' experts cited several early *in vivo* studies to support their conclusion that NDMA forms from ranitidine after ingestion. These studies do not support their conclusion. NDMA was not even measured in most of these studies because the focus of these early studies was to examine whether ranitidine use can increase nitrosamine concentrations (not just NDMA) in the stomach by increasing gastric pH and thereby promoting the growth of bacteria capable of reducing nitrates to nitrites, a hypothesis not unique to any acid suppression drug. In most of these early studies, while bacteria count was increased following ranitidine treatment, there was no increase in nitrosamine concentration (Garcia del Risco 1984; Thomas 1987; Houben 1996). One study measured two specific nitrosamines, NPRO and NTCA, and reported no increase in NPRO, but an increase in NTCA (Elder 1984). The NPRO concentration was considered representative as the total nitrosamine concentration in this study, but the biological significance of NTCA, which is not mutagenic, was unknown. In another study, the concentration of nitrosamines was measured in both gastric juice and urine from subjects who completed ranitidine therapy 4-6 weeks before the specimen collection. Given the timing of specimen collection, the nitrosamines measured would not have contained NDMA from ranitidine use, even assuming ranitidine use led to NDMA formation (Krawczynski 2002). NDMA was measured in one of these early *in vivo* studies (Matsuda 1990). In that study, NDMA and NDEA levels increased significantly in gastric ulcer patients who received H2RA treatment compared to healthy control patients, but the maximum concentrations were "below toxic or experimental carcinogenic levels." Importantly, though, NDMA levels were similar across all H2RAs evaluated, which included cimetidine, roxatidine, famotidine and ranitidine. This does not support Plaintiffs' experts' theory that that the chemical structure of ranitidine is uniquely primed to form NDMA within the body. The maximum NDMA concentration in gastric ulcer patients who received ranitidine was not statistically significant from the untreated control, which does not support endogenous formation of NDMA. Of note, gas chromatography, which led to artificial NDMA formation and the retraction of Zeng 2016, was also used in this study.

The conclusion that NDMA is not formed from ranitidine endogenously is further supported by another FDA study, in which ranitidine was incubated with various concentrations of nitrite in simulated gastric fluid (SGF) *in vitro* (Gao 2021). No NDMA was formed under the optimal pH (i.e., 1.2) until the nitrite concentration was increased to 5 mM or more. To understand the clinical relevance of this finding, the study authors surveyed the range of physiologic gastric nitrite



Contains Confidential Information – Subject to Protective Order

concentrations by conducting extensive review of articles reporting actual gastric nitrite levels in both fasting and fed subjects and in both healthy subjects and patients with gastric diseases. Their review showed that the upper range of gastric nitrite levels depends on pH and decreases from 0.1 mM at pH above 4 to less than 0.01 mM at pH below 2. I have reviewed the publications the FDA surveyed and additional publications relied by Plaintiffs' experts for their opinions on gastric nitrite levels. My opinion on the physiological range of gastric nitrite levels is the same as that reached by the FDA. Thus, the findings in this study do not support endogenous formation of NDMA from ranitidine in gastric fluid at physiologic conditions. The study authors also demonstrated that their findings are consistent with recent *in vitro* studies (i.e., Braunstein 2021 and the *in vitro* experiments reported in Zeng 2016). Of note, similar *in vitro* studies were conducted in the 1980s by Glaxo and another company, which also showed that NDMA was formed from ranitidine in acidic conditions only when a supra-physiological level of nitrite was used (WBP/82/011; SKF 1982). Supra-physiological level of nitrite means the level of nitrite is above the range of nitrite levels in the human stomach reported in the published literature. In sum, the available data from clinical and *in vitro* studies do not support the hypothesis that ranitidine ingestion results in endogenous formation of NDMA. Thus, the data do not support the theory that ranitidine causes cancer through endogenous formation of NDMA. Even if NDMA were formed by ranitidine endogenously, as hypothesized by experts for Plaintiffs, the ranitidine epidemiology studies (described below) account for any endogenous formation and do not support that NDMA exposure through ranitidine increases the risk of any type of GI cancer.

Plaintiffs' experts opined that the finding of furoic acid analogue as a metabolite of ranitidine in the human urine indicates that dimethylamine (DMA) is released from the ranitidine molecule to react with nitrite to form NDMA in the stomach. Their opinion is not supported by the scientific evidence. First, as described above, the FDA Florian study does not support *in vivo* formation of NDMA from ranitidine, regardless of the potential mechanism. Furthermore, FDA also specifically evaluated whether ranitidine ingestion increased DMA levels, and found no evidence supporting such a theory (Florian 2021). Moreover, the furoic acid analogue is also a metabolite of ranitidine in rats and mice (BIO/81/23). As described below, the negative results in the rodent carcinogenicity studies do not support *in vivo* formation of NDMA from ranitidine. In addition, there is no reliable evidence that the formation of the furoic acid analogue leads to DMA formation as a byproduct. Plaintiffs' experts assumed, without any evidence, the formation of the furoic acid analogue occurs through the breakdown of the C-N bond of the ranitidine molecule resulting in the release of DMA. However, it is equally theoretically possible that the formation of the furoic acid analogue occurs through the dealklyation of another metabolite of ranitidine, desmethyl ranitidine, which would not result in DMA formation. Finally, even assuming the formation of furoic acid analogue led to DMA formation, there is no evidence that this occurred in the stomach or GI tract, which is necessary for the formed DMA to react with nitrite in the stomach or GI tract to form NDMA. GSK discovered the furoic acid analogue in the human urine in study WMH/85/013 (WMH/85/013). In that study, two subjects received ranitidine 150 mg orally, and two subjects received ranitidine 150 mg intravenously. The furoic acid analogue was detected in all four subjects, constituting 2.2% and 1.1% of the total dose in the oral group and 0.8% and 1.8% of the total dose in the intravenous group. The similar ratios indicate that ranitidine is not metabolized to furoic acid in the stomach or GI tract. Of note, DMA is present in the human plasma and urine without ranitidine treatment, at levels much higher than what could be formed from ranitidine (assuming the formation of furoic acid analogue led to DMA formation) (Florian 2021). Plaintiffs' experts also opined that the enzyme, dimethylarginine dimethylaminohydrolase (DDAH), can liberate ranitidine's DMA group. They did not cite to, nor could I find, any peer-reviewed studies suggesting that ranitidine is a substrate of this enzyme, nor is this theory supported by any study evaluating whether DMA is increased after ranitidine ingestion.



Contains Confidential Information – Subject to Protective Order

The potential NDMA exposure from ranitidine use is attributable to the presence of NDMA at ppm or lower levels (1 ppm means 1 μg NDMA in 1 g ranitidine drug product) in some ranitidine drug product, as shown by testing of ranitidine drug products by GSK and the FDA. GSK's testing revealed that the NDMA levels in their ranitidine drug product range from below the limit of quantification to 7.6 ppm, which is equivalent to 0.046 μg/kg/day in humans, assuming a maximum daily dose of 300 mg ranitidine and 50 kg human bodyweight (King 2020). The FDA tested 180 ranitidine drug product samples purchased from the marketplace, collected by FDA inspectors, or received in response to information requests, which revealed that the NDMA levels in the ranitidine drug product were as high as 2.97 ppm, which is equivalent to 0.018 μg/kg/day in humans under the same assumptions (FDA Response to Emery Pharma's Citizen Petition; FDA ranitidine test results). The 96 ng/day acceptable intake (AI) limit for lifetime NDMA exposure set forth by the FDA is equivalent to 0.002 μg/kg/day. The most likely explanation for such presence of NDMA is that ranitidine undergoes a very slow degradation reaction in the solid state, solely from an intermolecular reaction of ranitidine hydrochloride, which is accelerated in some cases by heat, humidity and the crystal morphology (King 2020).

I also reviewed the information described in Dr. Najafi's expert report for my analysis of the potential NDMA exposure from ranitidine. Dr. Najafi's report includes *in vitro* SGF experiments with ranitidine and nitrite, in *vitro* SGF experiments with ranitidine with various foodstuffs ("food analysis"), and purportedly "real world" analysis of NDMA levels in ranitidine drug product. I am not aware that any of these analyses have been published anywhere in the peer-reviewed literature, or submitted to FDA for review. Dr. Najafi's analyses do not change my opinion that (1) the available data from clinical and *in vitro* studies do not support the hypothesis that ranitidine ingestion results in endogenous formation of NDMA, (2) the potential NDMA exposure from ranitidine use is attributable to the presence of NDMA at ppm or lower levels in some ranitidine drug product, and (3) the ranitidine epidemiology studies assess whether exposure to NDMA from ranitidine (endogenous or exogenous) increases the risk of any specific type of GI cancer (it does not).

Dr. Najafi did not report the NDMA levels in the ranitidine tablets used in his *in vitro* SGF experiments, which made it very difficult to draw any meaningful conclusions from these experiments. If Dr. Najafi's *in vitro* SGF experiments showed anything, they showed that NDMA was not formed from the reaction between ranitidine and nitrite *in vitro* until the nitrite concentration was 5 mM or above. In his food analysis, ranitidine was incubated with ground up sausage, ham, bacon or hot dog in 250 mL SGF at pH 1.2 for four hours. This study design simply does not represent "real life" conditions of how ranitidine would interact with food in the stomach. Dr. Najafi reported in Table GG that the nitrite concentration in the 250 mL reaction solution was 19.1, 84.1, 7.4 and 32 mM in the sausage, ham, bacon and hot dog experiments, respectively. Dr. Najafi opined that these levels are "plausibly expected in real human stomach after intake of these meat product." As discussed above, I am not aware of (neither could Dr. Najafi point to) any published study that reported gastric nitrite levels in humans even close to these numbers. Dr. Najafi purported to show that when ranitidine was incubated with 19.1, 84.1, 7.4 and 32 mM nitrite in the form of sausage, ham, bacon and hot dog, respectively, the maximum NDMA concentration measured was 70.1, 314, 43, and 4 ng/mL, respectively. Considering these experiments were done in 250 mL solution, the maximum NDMA amount was 17,525, 78,500, 10,750, and 1,000 ng, respectively. By comparison, in his *in vitro* SGF experiments, at pH 1.2, the amount of NDMA measured at nitrite concentrations of 5, 10, 25, and 50 mM was approximately 35,000, 70,000, 160,000 and 250,000 ng, respectively, which is much higher than the maximum NDMA amount obtained in the food analysis using similar nitrite concentrations. Based on his food analysis, Dr. Najafi opined that "the food matrix, plays an important role in NDMA formation from ranitidine." No meaningful conclusions can be drawn from his food analysis due to the flawed study design, but if anything the data as presented suggest that the food matrix plays an

important role in NDMA formation from ranitidine by lowering the amount of NDMA formed compared to similar concentrations of nitrite without the presence of the food matrix. Moreover, Dr. Najafi reported in Table GG that these foodstuffs contained 9.8, 46.1, 12.2 and 14.7 µg nitrite per one gram foodstuffs according to his testing, which means 49 lb sausage, 46 lb ham, 15 lb bacon or 55 lb hot dog must be added to the 250 mL reaction solution to achieve the nitrite concentrations reported by Dr. Najafi. Dissolving such amount of meats into 250 mL solution does not appear to be biologically or chemically possible, and clearly has no relevance to purported "real world" conditions of therapeutic use of ranitidine.

Finally, even the artificially inflated NDMA levels in Dr. Najafi's purported "real world" analysis are still much lower than those capable of inducing carcinogenic or mutagenic effects in animals or *in vitro* models, which underscores why it is critical that any opinions about the potential effect of ranitidine on cancer be based on exposure to ranitidine. The NDMA levels obtained by Dr. Najafi's purported "real world" analysis, even if true, do not affect my analysis of the ranitidine epidemiology and nonclinical studies (described below) because these studies inherently account for any alleged NDMA exposure resulting from ranitidine use, whether formed prior to ingestion or after ingestion. The NDMA levels obtained by Dr. Najafi's purported "real world" analysis, even if true, do not affect my analysis of the NDMA epidemiology and nonclinical studies (described below).

Before evaluating the alleged risk of GI (or any) cancer due to NDMA exposure from ranitidine use, it is important to put NDMA into context. NDMA is ubiquitous. The general population is exposed to NDMA present in foods, beverages, tobacco smoke, toiletry and cosmetic products, herbicides, pesticides, drinking water, and industrial pollution (NTP 2021; EPA 2017; Liteplo 2002). For instance, NDMA is present in a variety of foods and beverages, including meat products, dairy products, seafood, vegetables, wine, and beer, with ranges up to more than 1 µg NDMA per 100 g food item (Stuff 2009). According to this estimate, the potential NDMA exposure from drinking one can of beer (355 mL) would be 0.7 µg. Another study estimated that the average NDMA level in foodstuffs and beverages is approximately 0.22 µg NDMA per 100 grams of food (Gushgari 2018). The estimate of total NDMA exposure from diet ranges from 0.06-0.11 µg per day (without beer) to 0.18-6.9 µg per day (assuming 2000 kcal daily calorie intake) (Fristachi 2007; Hrudey 2013; Zheng 2019). According to a reasonable worst-case estimate, the total NDMA exposure from exogenous sources is 2.1 µg per day (Liteplo 2002). The general population is also exposed to NDMA formed inside the human body as a result of normal human physiology (NTP 2021; Liteplo 2002). In fact, it is estimated that endogenous exposure to NDMA is at least two to four orders of magnitude higher than exogenous exposure (Fristachi 2007; Hrudey 2013). In other words, NDMA exposure from exogenous sources is considered negligible compared to endogenous exposure that results from normal human physiology.

## VII. NDMA Epidemiologic Studies

The evaluation of the alleged risk of GI (or any) cancer due to NDMA exposure from ranitidine use should be based on the actual data on ranitidine. The data in studies of ranitidine necessarily encompass alleged exposure to NDMA from ranitidine use. In other words, only ranitidine studies can inherently account for any alleged NDMA exposure resulting from ranitidine use, whether formed prior to ingestion or after ingestion. Nevertheless, in preparation for my expert report, I also reviewed the human and animal data related to NDMA exposure generally, and considered the data and opinions set forth in Plaintiffs' expert reports. My review of these data is summarized below.



Contains Confidential Information – Subject to Protective Order

There are three (3) types of epidemiologic studies related to NDMA that do not focus on ranitidine: studies on an NDMA-contaminated medication (valsartan), studies estimating dietary exposure to NDMA, and studies estimating occupational exposure to NDMA.

In terms of NDMA-contaminated medications, a cohort study in Denmark showed no association between the use of potentially NDMA-contaminated valsartan and any type of cancer (Pottegard 2018). Another cohort study in German showed no association between the use of potentially NDMA-contaminated valsartan and bladder cancer, colorectal cancer, kidney cancer, lung cancer, pancreatic cancer, prostate cancer, and overall cancer (Gomm 2021). This study reported a small but statistically significant increase in liver cancer. However, no statistical significance was observed in the highest dose category or following long-term valsartan use. This study did not control for important liver cancer risk factors including hepatitis B and C infections, non-alcoholic fatty liver disease, cirrhosis, obesity, and heavy alcohol use. Of note, the levels reported by FDA of NDMA exposure in contaminated valsartan are as high as 20 µg per tablet and thus much higher than the levels reported for NDMA impurities in ranitidine (FDA valsartan test results). More recently, a cohort study in Hong Kong with follow-up of more than ten years reported no increased risk from valsartan use in breast, colorectal, lung, prostate, liver, stomach, non-Hodgkin lymphoma, and overall cancer (Chan 2022). In the Pottegard study, the NDMA exposure was estimated to be to 22 µg NDMA in 320 mg valsartan tablets and 10 µg NDMA in 160 mg tablets, or 0.20 to 0.43 µg/kg/day assuming a 50 kg person. By contrast, as described above, the highest NDMA level detected in ranitidine drug product by GSK and the FDA was 0.046 µg/kg/day and 0.018 µg/kg/day, respectively, assuming a maximum daily dose of 300 mg ranitidine and 50 kg human bodyweight.

In dietary studies, NDMA exposure was determined by asking the subjects to report their dietary intakes over a certain period of time, and estimating their NDMA exposure by referring to the NDMA levels in various food items reported in the published literature. Such rough, error-prone estimation undermines the reliability of the dietary studies (Prentice 2020). For example, the subjects may not recall their dietary intakes correctly and/or change their diets over the years. Furthermore, the NDMA levels in the food ingested by the subjects may be different from those reported in the published literature because NDMA levels in the same food item can vary over time, across countries, and by how it is processed, preserved and cooked (Keszei 2013). Moreover, when a positive result is obtained, it is almost impossible to parse whether the effect is due to NDMA or other contents and risk factors associated with NDMA-rich food items (e.g., high salt, high fat and red meat cooked at high temperature) (WCRF/AICR Summary 2018). Thus, if patients that eat a lot of bacon are found to have a higher rate of cancer, one cannot tell if this is due to more NDMA, or other putative carcinogens in bacon, or to other differences in environmental exposure. Bacon eaters and individuals that eat highly processed meats are likely different in a number of ways from individuals who don't eat bacon and such processed meats. The dietary studies showed inconsistent results for some cancer types (head and neck: Rogers 1995, Knekt 1999; esophageal: Rogers 1995, Loh 2011, De Stefani 2012, Keszei 2013; gastric: Risch 1985, Chyou 1990, Pobel 1995, La Vecchia 1995, De Stefani 1998, Knekt 1999, Palli 2001, De Stefani 2001, Jakszyn 2006, Larsson 2006, Loh 2011, Keszei 2013; colorectal: Knekt 1999, Loh 2011, Zhu 2014; pancreatic: Zheng 2019; lung: Goodman 1992, De Stefani 1996, Loh 2011; brain: Miller 1984, Boeing 1993, Giles 1994, Michaud 2009) and no association for the others (bladder: Jakszyn 2011; breast: Loh 2011; ovarian: Loh 2011, and prostate: Loh 2011; Jakszyn 2012). Of note, while most positive results were reported by case-control studies, most cohort studies reported negative results (Song 2015). Cohort studies are considered more reliable than case-control studies because factors that can lead to false positive results such as selection bias and recall bias are better controlled in cohort studies. In any case, Plaintiffs' experts' opinion that the dietary associations are convincing or conclusive with respect to showing that NDMA or nitrite or nitrate (let alone ranitidine) causes cancer in humans is not supported by the data they



Contains Confidential Information – Subject to Protective Order

relied on. I believe that the studies have suggested an interesting hypothesis, but demonstrating that NDMA is a human carcinogen would require a much higher and more consistent level of evidence. Even if NDMA were presumed to be carcinogenic when present in the diet (which it isn't), it is not reliable to extrapolate findings from such studies to draw conclusions about ranitidine use and cancer risk.

A recent meta-analysis and systematic review of the epidemiological literature noted that "most of the research articles included in this systematic review did not find any association between nitrate and nitrite and any type of cancer in humans." The meta-analysis reported that the highest level of estimated nitrate intake (compared to lowest) was associated with a statistically significant increased risk of thyroid cancer (OR 1.40; 95% CI 1.02-1.77) and a statistically significant decreased risk of esophageal cancer (OR 0.75; 95% CI 0.57-0.94), stomach cancer (OR 0.81; 95% CI 0.70-0.92), and Non-Hodgkin's lymphoma (OR 0.82; 95% CI 0.69-0.94). Regarding nitrite exposure, the meta-analysis reported no statistically significant increased risk with any cancer and decreased risk with pancreatic cancer (OR 0.87; 95% CI 0.76-0.97). A different statistical method, meta-regression, reported that stomach cancer risk was higher, and pancreatic cancer decreased, with increasing nitrite intake. Kidney and bladder cancer risk both were lower with increasing nitrate intakes. The authors report that "no other associations between cancer risk and dietary intakes of nitrates or nitrites were observed. These data suggest type and site specific effects on cancer risk, including protective effects, from dietary intakes of nitrate and nitrite." (Abasse 2022). As noted previously, NDMA has never been classified as a human carcinogen, and recent reviews of dietary factors by WCRF/AICR revealed that NDMA is not considered a risk factor for any GI cancer. According to WCRF/AICR, while the evidence for an association of foodstuffs such as processed meat and esophageal, stomach, and pancreatic cancer is limited, there is convincing evidence that processed meat is associated with an increased risk for colorectal cancer. Foodstuffs such as processed meat are presumably high in nitrates, nitrites and NDMA. This illustrates the inconsistency between Plaintiffs' experts' heavy reliance on NDMA dietary studies and their conclusion that ranitidine use causes all types of GI cancers other than colorectal cancer.

In addition to dietary studies, Plaintiffs' experts have relied heavily on studies of estimated occupational exposure to nitrosamines. As a threshold matter, these studies are far removed from exposure to ranitidine, and many involve estimated exposures to nitrosamines combined, not even NDMA (let alone therapeutic use of ranitidine). Only one of these studies examined NDMA occupational exposure specifically, which reported an association between inhalational NDMA exposure and mortality from a variety of cancer types in UK rubber manufacturing workers (Hidajat 2019a). Specifically, they found a dose-response relationship for gastric and liver cancer and increased risk (not dose-related) for esophageal and pancreatic cancer. These associations are weak at best and cannot be reliably extrapolated to ranitidine use. The estimation of NDMA exposure is based on many questionable assumptions. For example, because only job information in 1967 was available, it was assumed that all subjects were employed and remained in the same factory until the retirement at age 70, death or emigration (Hidajat 2019b). Furthermore, this study did not control for established carcinogens including lifestyle factors (e.g., smoking) and other occupational exposures in the rubber-manufacturing industry. The IARC classifies occupational exposures in the rubber-manufacturing industry as "carcinogenic to humans," recognizing that "the complexity of occupational exposure in the rubber-manufacturing industry had so far precluded a clear conclusion about an association between increased cancer mortality and incidence and exposure to particular chemicals." (IARC 2012 100F rubber-manufacturing industry). The IARC concludes that "[o]ccupational exposures in the rubber-manufacturing industry cause leukaemia, lymphoma, and cancers of the urinary bladder, lung, and stomach. [A]lso, a positive association has been observed between occupational exposures in the rubber-manufacturing industry and cancers of the prostate,



Contains Confidential Information – Subject to Protective Order

oesophagus, and larynx." Thus, while it seems likely that exposure to rubber manufacture is carcinogenic, there is increased exposure to a diverse array of chemicals, of which NDMA is only one, and there is no convincing evidence that NDMA causes higher cancer rates. This study also reported associations between rubber dust and rubber fumes and various cancer types. Per the study data tables, only birth year was adjusted in this study. Moreover, because NDMA exposure through inhalation bypasses the first pass metabolism of liver, which is critical in determining the level of NDMA exposure in individual organs (described below), this study cannot be reliably extrapolated to draw conclusions related to potential exposure to NDMA from ranitidine use.

In sum, these NDMA epidemiology studies showed no reliable, consistent association between NDMA exposure and specific cancer outcomes. This is likely why NDMA is not classified as a known human carcinogen. As describe above, WCRF/AICT recently conducted comprehensive reviews of the relationships between diet, nutrition, physical activity and cancer, and did not consider NDMA as a risk factor for esophageal, stomach, colorectal, pancreatic or liver cancer.

## VIII. NDMA Animal Carcinogenicity and Mechanistic Studies

The NDMA animal carcinogenicity and mechanistic studies do not provide reliable evidence to establish the biological plausibility that NDMA exposure from ranitidine use can cause cancer of any type in humans. It is generally accepted that animal studies cannot be reliably extrapolated to conclude whether an agent at a particular level is capable of causing cancer in humans. Bruce Ames, who invented the Ames test and co-founded the Carcinogenic Potency Database (CPDB), cautioned that "[q]uantitative extrapolation from rodents to humans, particularly at low doses, is guesswork that we have no way of validating." (Ames 1987). This is because extrapolations have to be made not only from animals to humans, but also from high doses to doses not even tested in animals.

Experimental carcinogenesis studies showed that NDMA, at sufficient doses, induces tumors in a tissue and animal species specific manner. Lifetime studies in rats showed increased incidence of tumors in the liver, lungs, kidneys, and testis (Terracini 1967; Terao 1978; Arai 1979; Angsubhakorn 1981; Lijinsky 1984; Lijinsky 1987; Peto 1991a; Peto 1991b). Lifetime studies in mice showed increased incidence of tumors in the brain, liver, and lungs (Terracini 1973; Griciute 1981; Anderson 1992). Compared to rats, mice are less sensitive to NDMA exposure (higher doses are required to give a 50% tumor incidence (i.e., TD50) in mice) (Carcinogenic Potency Database (CPDB)). In contrast, the carcinogenicity of NDMA in primates has not been demonstrated. Adamson et al. have shown that NDMA is able to cause cirrhosis and hyperplastic nodules, but not hepatocellular cancer in rhesus monkeys (Adamson 1983; Thorgeirsson 1994). It is important to note that in the same primate study, the authors showed that NDEA induced liver tumors in as short as 6 months (the observation period for NDMA was 8-118 months). This underscores why one cannot reliably extrapolate causation from one animal species to another, or from animals to humans. Thus, NDMA is classified by the International Agency for Research on Cancer (IARC) formed under the World Health Organization (WHO) as a "probable" human carcinogen, based on results of rodent studies, and thus is not classified as a known human carcinogen. Similar classifications have been made by other professional societies and regulatory bodies (e.g., US DHHS National Toxicology Program (NTP): "Reasonably anticipated to be a human carcinogen" (NTP 2021), US EPA: "B2 (probable human) carcinogen" (EPA 2017)). No regulatory body or professional society has identified NDMA as a known human carcinogen. I agree with these professional societies and regulatory bodies that the scientific evidence is not sufficient to categorize or establish that NDMA is a human carcinogen.

The liver tumor data reported in the Peto study are the basis on which NDMA animal-to-human extrapolations were attempted to derive theoretical human risk from NDMA exposure at levels

similar to NDMA exposure from ranitidine use (Zeilmaker 2010; Johnson 2020; FDA 2020). The Peto study is the largest NDMA animal carcinogenicity study (Peto 1991a; Peto 1991b). It consists of a control group (240 male and 240 female rats) and 15 treatment groups (60 male and 60 female rats per group) in which the rats were given NDMA through drinking water (0.033 to 16.896 ppm which is equivalent to 1 to 697 μg/kg/day NDMA in males and 2 to 1224 μg/kg/day NDMA in females) from 6 weeks of age up to the end of their lifespan (up to more than three years). This study showed an increase in liver tumors at the higher doses. In terms of the other types of tumors, the study authors reported "of the apparent effects listed in Table 11 only that of NDEA on the nasopharynx and, perhaps, NDMA on the lungs can be regarded as established by this experiment." (Peto 1991a).

While the NDMA doses used in this study are among the lowest NDMA doses tested in animals, these doses are still orders of magnitude higher than those detected in ranitidine drug product. As described above, the highest NDMA level detected in ranitidine drug product by GSK and the FDA was 0.046 μg/kg/day and 0.018 μg/kg/day, respectively, assuming a maximum daily dose of 300 mg ranitidine and 50 kg human bodyweight. Thus, in order to rely on the Peto study to draw any potential inference regarding the NDMA exposure from ranitidine use, two extrapolations are required (1) extrapolation of the rat liver tumor data obtained in the Peto study to very low doses not tested in this study, and (2) extrapolation of the extrapolated data to humans. The Peto study does not provide reliable evidence to establish the biological plausibility that NDMA exposure from ranitidine use can cause cancer of any type in humans for the following reasons. First, the data from the Peto study support a threshold for the carcinogenic effect of NDMA in rats. Second, the extrapolations of the data from the Peto study to very low doses not tested in this study are based on mathematical modeling that cannot be validated and assumptions that are not substantiated. Third, setting aside the reliability of the animal data extrapolated to very low doses, it is unreliable to extrapolate the extrapolated animal data to draw any potential inference regarding the NDMA exposure from ranitidine use. These three reasons are explained in detail below.

First, the data from the Peto study support a threshold for the carcinogenic effect of NDMA in rats. On careful examination of the actual tumor data for NDMA (Peto 1991a), I do not see a significant increase in tumors at the lowest doses. In the first Peto paper (Tables 6C, 6D, 7C and 7D) and the second Peto paper (Table 7) that show liver tumors in male and female rats, I do not see any significant increase in liver tumor number for the six lowest doses of NDMA (0.033 to 1.056 ppm NDMA in drinking water), which provides evidence of a threshold for the carcinogenic effect of NDMA in rats. The threshold observed in the Peto study is consistent with another rat study with similar NDMA doses (Fukushima 2005). In that study, rats were given 0.001 to 10 ppm NDMA in drinking water for 16 weeks, and the presence of precancerous lesions called "GSTP-positive foci" in the liver. Fukushima et al. showed GST-P positive foci at 1 and 10 ppm, but not at 0.1 ppm NDMA or lower. The study authors concluded that "[t]his finding of a no-observed effect level supports our hypothesis that a threshold, at least in practical terms, exists in carcinogenesis proposed on the basis of extensive wide range dose-dependence studies of other genotoxic carcinogens." In another rat study, the animals were given 9 doses of NDMA at 0, 200, 600, 2000, 6000 μg/kg over a period of 12 days (Gollapudi 1998). There was no increase in genetic mutations in the two genes examined in the 200 or 600 μg/kg groups.

Furthermore, even more problematic is that we do not know what these "tumors" or neoplasms actually are. Having myself performed a number of carcinogenicity studies and worked closely with toxicologists/pathologists and examined H&E stained sections of rodent tissue, I am skeptical as to what these tumors are in the low dose animals. One uses the term "tumor" or neoplasms to characterize an abnormal tissue growth that could be either benign or malignant. Cancers are malignant tumors that show *invasion and metastatic spread* and that lead to a *reduced lifespan* of the



Contains Confidential Information – Subject to Protective Order

animal. The categorization of tumors in the Peto study was "fatal," which made no distinction between malignant and benign, "malignant incidental," and "any incidental." The distinction between "fatal" and "incidental" was primarily for statistical analysis and "of little or no biological significance." It is clear from Figure 1 (Peto 1991a) that animals in Group 1-7, which include untreated control rats and NDMA doses ranging from 0.033 to 1.056 ppm (equivalent to 1 to 44 µg/kg/day NDMA in males and 2 to 76 µg/kg/day NDMA in females) do not have a shortened lifespan. This is consistent with my observation of no significant increase in liver tumor number for the six lowest doses of NDMA. Given this normal lifespan and the lack of more specific characterization of the neoplastic lesions, it is likely that the "tumors" in these animals were mostly benign growths and thus not cancer.

Moreover, the authors used their data to suggest a no threshold, linear dose-response relationship that extended even to very low doses not tested in their study. While I understand that this interpretation made their mathematical modeling much easier, a careful analysis of their data suggests that it is wrong. This "low dose linear model," developed in the first paper (Peto 1991a) and shown in Fig. 13, was based on a pooling of several datasets. In order to achieve a linear response rate, the authors included both males and females and pooled data for both NDMA and NDEA, which is not informative to understand the dose-response relationship for NDMA. The authors stated that "with the pooled analysis in Fig. 13 an apparent increase in liver lesions is produced by a dose of only 0.3 ppm, and even among the four lowest dose levels (of zero, 0.033, 0.066, and 0.132 ppm) a positive trend in the proportions of animals with liver cancer is apparent that just attains statistical significance (1P = 1.7%; see Table 28)." An examination of Table 28 showed that the z value of their trend analysis is 2.16. With regard to the interpretation of their trend analysis, Peto et al. noted that "if lP is of intermediate magnitude (e.g., when $2 < z < 3$) then judgment as to how likely it is that treatment really did cause the disease of interest becomes more difficult and may depend more on biological than on statistical considerations." Thus, even the pooled data do not provide convincing evidence that the liver tumor incidence is linear at the lowest doses they tested. The data look a bit better only when including "any dose-related liver lesion" – i.e., tumors plus non-tumor lesions. In the second Peto paper (Peto 1991b), the study authors presented their mathematical modeling results for pooled liver tumor data for NDMA only (Fig. 11). As described above, it is likely that the pooled liver tumor data consisted of mostly benign growths and thus not cancer. In any event, it is clear to me that there is in fact a "threshold" at which the linear dose response begins, and that below this threshold there is essentially no increase in tumors. This threshold appears to be above the lowest dose of 1 µg/kg/day of NDMA tested in the rats and likely closer to 30 µg /kg/day. Peto et al., while squeezing their data into this linear model, did recognize the limitations of this fit and thus noted, "there is still such statistical uncertainty at the lower dose levels that the detail of the dose response relationship there is obscured" (Peto 1991b). Even assuming that the Peto study showed a linear dose-response at the lowest doses they tested (which they did not), in order to extend the linear dose-response to very low doses not tested in their study to draw any potential inference regarding the NDMA exposure from ranitidine use, it must be assumed that the carcinogenic effect of NDMA has no threshold. As described below, this assumption has not been substantiated.

Second, the extrapolations of the data from the Peto study to very low doses not tested in this study are based on mathematical modeling that cannot be validated and assumptions that are not substantiated. While a number of mathematical models can fit the actual data to some extent, none could be tested for its validity or invalidity in representing the true dose-response curve below the doses actually examined in the Peto study (Peto 1991b; Zeilmaker 2010). Of note, among these mathematical models, a linear model was used by the FDA to set 96 ng/day as the acceptable intake (AI) limit of NDMA corresponding to a negligible, theoretical cancer risk of 1:100,000 after 70 years of exposure (FDA 2020; FDA ICH M7 2018). This value is obtained by linear extrapolation of the TD50 of the most sensitive site in the most sensitive animal species (0.0959 mg/kg/day rat liver). While



Contains Confidential Information – Subject to Protective Order

this linear model is the most conservative, it is probably the least accurate because it does not even fit the actual liver tumor data in the Peto study, which showed that within the doses tested, as the dose decreases, the tumor incidence decreases even more rapidly (Peto 1991b).

Furthermore, assumptions must be made to use the identified mathematical model to calculate tumor incidence at doses not tested in the Peto study. The most common assumption is that the carcinogenic effect of NDMA has no threshold. However, this assumption has not been substantiated. As described above, the Peto study itself supports a threshold for the carcinogenic effect of NDMA in rats. The NDMA mechanistic data also support this threshold effect. NDMA itself is not mutagenic (Pegg 1980; Liteplo 2002). Rather, it exerts its mutagenic effect through one of its metabolites, methyldiazonium ion (Pegg 1980; Liteplo 2002). Specifically, the metabolism of NDMA involves either α-hydroxylation or denitrosation, both of which depend on the enzyme cytochrome P450 (CYP2E1) (Liteplo 2002). The mutagenic effect of NDMA is attributable to DNA adducts induced by methyldiazonium ion formed through the α-hydroxylation pathway, and denitrosation is a detoxification pathway for NDMA and contributes little to the overall hepatotoxic effect of NDMA (Liteplo 2002). Measurements in rats showed that the denitrosation detoxification pathway accounts for approximately 21% of total NDMA elimination (Streeter 1990). While formaldehyde is a byproduct of NDMA metabolism, it is further converted to carbon dioxide (Liteplo 2002). An in vitro study in cultured primary rat hepatocytes demonstrated that the toxicity of NDMA is not due to the production of formaldehyde (Lee 1996). Formaldehyde is a ubiquitous chemical in the environment and an essential metabolic intermediate in cells (IARC 2012 100F formaldehyde). It exists in the outdoor air below 0.001 $mg/m^3$ in remote areas and below 0.02 $mg/m^3$ in urban settings, and it also exists in the indoor air around 0.02–0.06 $mg/m^3$ (an average human breathes in around 11 $m^3$ air per day). The background levels of formaldehyde in the human blood have been reported to be 50–100 μM (1.5–3 μg/mL) (IARC 2012 100F formaldehyde). Thus, even assuming every NDMA molecule in the ranitidine drug product is metabolized into formaldehyde, its amount is negligible compared to the exposure from the air or the background levels in the human blood. Of note, according to IARC, formaldehyde is causally linked to nasopharynx cancer and leukemia, and associated with sinonasal cancer, which are not the types of cancer alleged by Plaintiffs (IARC 2012 100F formaldehyde).

When NDMA is ingested orally by rats, the overwhelming majority is metabolized by the liver through first pass metabolism as long as the quantities of NDMA do not saturate the first pass metabolism (Pegg 1980). Because methyldiazonium ion is too reactive to travel to sites beyond where it is generated, the liver acts as a barrier to prevent small quantities of NDMA from inducing DNA adducts through methyldiazonium ion in other organs (Pegg 1980). In other words, the first pass metabolism of liver supports a threshold for the carcinogenic effect of NDMA in organs other than the liver in rats. This is supported by the evidence that very little, if any, adducts were detected in the rat kidney after a single oral dose of 40 μg/kg or lower, which is likely the level at which the liver first pass of NDMA is saturated in rats (Gomez 1977; Pegg 1981). It is important to note that this "small quantity" of 40 μg/kg NDMA that does not saturate the first pass metabolism in rats is still higher than human NDMA exposure. For example, as discussed above, the upper range of estimated human endogenous exposure to NDMA is 1000 μg/day, or 20 μg/kg per day (assuming 50 kg bodyweight) (Hrudey 2013).

Among the DNA adducts that can be generated by methyldiazonium ion, O6-methylguanine DNA adducts (O6-meG) can give rise to DNA mispairing and are considered as the biomarker for NDMA-associated mutagenicity (Liteplo 2002; WHO 2008). To be clear, epigenetic changes, which regulate gene expression, do not include the DNA adducts generated by methyldiazonium ion. While most of the DNA adducts induced by methyldiazonium ion are N7-methylguanine DNA adducts (N7-meG), N7-meG is not promutagenic (Liteplo 2002). This is demonstrated in a rat study, which showed that after a large single dose of NDMA, N-methyl-N-nitrosourea (NMU), or methyl methanesulfonate



Contains Confidential Information – Subject to Protective Order

(MMS), while MMS induced more N7-meG (the major adducts by all three agents) in the kidney than NDMA and NMU, MMS did not induce renal tumors as the other two agents did (Swann 1968). Methyldiazonium ion can also induce a small amount of O4-methylthymine (O4-meT) and N3-methyladenine (N3-meA) DNA adducts (Liteplo 2002; Hall 1990). N7-meG and N3-meA are repaired by the base excision repair pathway, alkyladenine-DNA glycosylase (AAG) (Fahrer 2013).

The formation of O6-meG does not equal DNA mutation or carcinogenicity. For one thing, O6-meG can be effectively removed by a DNA repair enzyme called O6-alkylguanine-DNA alkyltransferase/methylguanine DNA methyltransferase (AGT/MGMT) before the adducts result in DNA point mutation (Gerson 2004). The capacity of AGT/MGMT to remove O6-meG in rats is not saturated even at extremely high doses of NDMA (20 mg/kg) (Pegg 1978). A study in transgenic mice showed that the liver tumor incidence induced by NDMA was significantly reduced in mice expressing high levels of AGT/MGMT (Nakatsuru 1993). By contrast, transgenic mice with a deficiency of MGMT showed a tremendously enhanced sensitivity toward colorectal carcinogenesis induced by Azoxymethane (AOM), a chemotherapeutic agent known to induce O6-MeG without metabolic activation (Fahrer 2013; Fahrer 2015). The AGT/MGMT repair system is evolved to deal with DNA adducts induced by methylating agents formed endogenously. This is supported by studies showing that in humans not known to be exposed to excessive methylating agents, O6-meG is ubiquitous at levels estimated to result from NDMA (or equivalent) exposure in the order of hundreds of micrograms per day (Kyrtopoulos 1998; Georgiadis 2000). This is consistent with the levels of endogenous (in the order of 100-1000 μg per day) and exogenous (in the range of micrograms per day or lower) NDMA exposure discussed above. Thus, it is likely that the AGT/MGMT repair system can in most instances handle and repair potentially mutagenic adducts generated by the usual low doses of NDMA and similar substances, and that it is only at much higher doses that exceed the threshold of this repair mechanism that DNA mutagenicity may be seen. More importantly, cancer formation is a multistep process requiring more than a single event of DNA mutation, and there are additional processes such as apoptosis and elimination of premalignant cells by the immune system that suppress the induction of cancer (Hanahan 2011; Vogelstein 2013; Thomas 2015).

Third, setting aside the reliability of the animal data extrapolated to very low doses, it is unreliable to extrapolate the extrapolated animal data to draw any potential inference regarding the NDMA exposure from ranitidine use. In fact, Peto et al. warned against extrapolating their data to humans, stating that their study "does not provide reliable information as the effects of ppb nitrosamine concentrations on humans, and it would be a serious distortion of these experimental results to suggest otherwise." (Peto 1991a). Indeed, it is generally accepted that animal studies cannot be reliably extrapolated to even conclude whether an agent is capable of causing cancer in humans at all. For instance, WHO IARC conducts hazard analysis and classifies agents into "carcinogenic to humans" (Group 1), "probably carcinogenic to humans" (Group 2A), "possibly carcinogenic to humans" (Group 2B), and "not classifiable as to its carcinogenicity to humans" (Group 3) (IARC 2019; IARC 1987). IARC identifies cancer hazard, which is "an agent that is capable of causing cancer," "even when risks appear to be low in some exposure scenarios." (IARC 2019). IARC further states "[t]he categories of the classification refer to the strength of the evidence that an exposure is carcinogenic and not to the risk of cancer from particular exposures. The terms probably carcinogenic and possibly carcinogenic have no quantitative significance and are used as descriptors of different strengths of evidence of carcinogenicity in humans; probably carcinogenic signifies a greater strength of evidence than possibly carcinogenic." (IARC 2019). Thus, an agent is classified as a cancer hazard by IARC if there is sufficient evidence it can cause cancer in some species under a defined circumstance (e.g., above a certain dose). However, it does not mean the evidence supports that the agent can induce cancer at any exposure level in all species. Human evidence is required to classify a cancer hazard into Group 1. Such classification cannot be made based on animal data even if it is sufficient to



Contains Confidential Information – Subject to Protective Order

indicate carcinogenicity in animals. Under this framework, IARC classifies NDMA as "probably carcinogenic to humans" based on sufficient animal data and no adequate human data (IARC 1987). The sufficient animal data refer to IARC's review in 1978, which concluded that NDMA is carcinogenic in all animal species tested including rodents, rabbits, and non-mammalian vertebrates (IARC 1978). As described above, the carcinogenicity of NDMA in primates has not been demonstrated. Of note, Plaintiffs' experts referred to an NDMA mechanistic study in primates to opine that because O6-meG was detected in all the tissues examined in this study following NDMA administration, NDMA can cause cancer in all these tissues in primates (Anderson 1996). The negative result in the carcinogenicity study in primates (Adamson 1983; Thorgeirsson 1994) not only does not support their opinion, but also is consistent with what is demonstrated above: the formation of O6-meG does not equal DNA mutation or carcinogenicity.

Plaintiffs' experts also relied on the mechanistic data in large mammals, especially pigs, (Gombar 1990) to opine that because the bioavailability of NDMA in these animals is higher than that in rats, it is expected that more NDMA would pass through the liver and cause cancer in the other organs in humans. Their opinion is not supported by the scientific evidence. For the reasons discussed above, it is unreliable to extrapolate animal data to humans especially on the quantitative level. Furthermore, the extrapolation of Plaintiffs' experts assumes that the "availability" of NDMA is the only variable that would dictate the carcinogenic effect of NDMA, and it ignores the many mechanisms in support of a threshold for the carcinogenic effect of NDMA. While these mechanisms are discussed above mostly in the context of rodents, they are also likely operative in humans based on the available human data. First, Fujita et al. showed that the human CYP2E1 is the only enzyme associated with the mutagenic effect of NDMA (Fujita 2001). Other studies suggest that NDMA may also be activated by CYP2A6, but only at 1% of the capacity of CYP2E1 (Kushida 2000; Chowdhury 2010). Second, in humans, the only organ with appreciable expression of the CYP2E1 enzyme is the liver (Human Protein Atlas). The mRNA expression level in the human liver is more than a thousand times higher than that in the other organs examined (Nishimura 2003). Similar to CYP2E1, CYP2A6 is primarily expressed in the liver in humans (Human Protein Atlas). Third, in humans, AGT/MGMT exists in appreciable amount in virtually every cell type that has been examined, including cells in the esophagus, stomach, liver, pancreas and bladder, with the highest level in the liver (Human Protein Atlas; Christmann 2011). Fourth, the capacity of human AGT/MGMT in removing O6-meG is greater than that of rodents in not only the liver but also extrahepatic tissues (Pegg 1982; Pegg 1984; Hall 1985).

Moreover, even assuming this extrapolation can be reliably made and the "availability" of NDMA is the only relevant variable, it would in fact further support the conclusion that there is no reliable evidence to establish the biological plausibility that NDMA exposure from ranitidine use can cause cancer of any type in humans. Specifically, since the bioavailability of NDMA is the lowest in rats (8%), when the same oral NDMA dose is given to different animals and humans, the rat liver will be exposed to the highest NDMA level. Because the lowest doses in the Peto study did not induce liver tumor in rats, these doses are also unlikely to induce tumors in any organ in any other animals or humans. This is consistent with the carcinogenicity studies in primates and pigs that showed no evidence of tumorigenicity (Koppang 1974; Adamson 1983; Thorgeirsson 1994).

The carcinogenicity study in primates and the Peto study are the most relevant NDMA animal carcinogenicity studies for the assessment of the biological plausibility of whether NDMA exposure from ranitidine use can cause cancer in humans, the former due to the species tested and the latter due to its size. I also reviewed other NDMA carcinogenicity studies in rodents including those discussed above (Terracini 1967; Terao 1978; Arai 1979; Angsubhakorn 1981; Lijinsky 1984; Lijinsky 1987; Terracini 1973; Griciute 1981; Anderson 1992). None of these studies is as



Contains Confidential Information – Subject to Protective Order

comprehensive as the Peto study. The majority of these studies tested the carcinogenic effect of NDMA at levels much higher than those examined in the Peto study. NDMA doses similar to those used in the Peto study were tested in only one of these studies (Arai 1979). The study authors of that study concluded "[t]hese results show that on long-term oral administration to rats, 1.0 ppm DMN [50 µg/kg/day NDMA] is the minimum carcinogenic dose, while a level of about 0.1ppm DMN [5 µg/kg/day NDMA] is non-carcinogenic." Moreover, these studies showed reliable, consistent evidence of tumor induction by NDMA at sufficiently high doses limited to the liver, kidney and lungs. I also reviewed NDMA mechanistic studies including the mutagenicity and metabolism studies described above. While these studies provide useful data in understanding how cancer can be induced in animals, they are insufficient to demonstrate a zero threshold linear dose response relationship for NDMA. Overall, having review all this data, I find no reliable evidence that NDMA at the levels alleged to be contained in ranitidine products is able to induce an increased rate of cancer in any animal model or animal species. Thus, the NDMA animal carcinogenicity and mechanistic studies do not provide reliable evidence to establish the biological plausibility that NDMA exposure from ranitidine use can cause any type of cancer in humans.

Finally, Plaintiffs' experts relied on NDMA mechanistic studies to opine that NDMA exhibits 9 out of 10 characteristics of carcinogen. While NDMA appears to be a DNA damaging agent and is able at high doses to cause cancer in animals, the data do not support the many "Carcinogen Key Characteristics" that are allegedly exhibited by NDMA. As a general matter, non-neoplastic effects of NDMA occur at doses higher than those capable of increasing tumor incidence in animals (Liteplo 2002). For instance, a common method to develop an NDMA-induced model of cirrhosis and portal hypertension in rats involves dosing the animals with NDMA at 12,500 µg/kg for 4 consecutive days a week for 4 weeks followed by a week's rest and a further 4 weeks' treatment; no consistent liver toxicity was observed at 5,000 µg/kg (Jenkins 1985). By contrast, the highest dose used in the Peto study was 1,224 µg/kg. Thus, the mechanistic studies demonstrating non-neoplastic effects of NDMA do not provide plausible mechanisms by which NDMA can cause cancer in animals at doses observed to induce cancer in animals, let alone lower doses. In addition, there are several points that are worth mentioning with respect to the alleged NDMA's "Carcinogen Key Characteristics" and the mechanistic studies Plaintiffs' experts relied on. First, NDMA at high doses was shown to induce increased methylation of liver DNA when given to rats, but did not induce DNA methylation in the esophagus, which the authors noted was consistent "with the observation that this agent has never produced tumours in this organ, irrespective of dose and route of administration" (von Hofe 1987). Second, I find no reliable evidence that NDMA is able to cause "genomic instability," defined as an increased tendency of genome alterations during cell division – typically this is shown by demonstrating copy number alterations, which has not been done. Third, the notion that NDMA can directly stimulate chronic inflammation is an interesting one, but the evidence is not supportive. The studies cited by Dr. Panigrahy only show that following the induction of tumorigenesis, there is increased infiltrate by inflammatory cells, which are likely induced by the tumor and not directly by NDMA. To claim a direct effect by NDMA, one would need to see increased chronic inflammation at the organ site prior to the emergence of any epithelial changes. Similarly, the idea that NDMA may be immunosuppressive under some circumstances has only been observed in rodents at doses well above 1 ppm (Desjardins 1992), or above the range of alleged human exposure from ranitidine use. Fourth, the evidence that NDMA causes immortalization by transforming normal cells into cancer cells, is also not convincing. The evidence cited for the "transformation of NIH3T3 cells into cancer cells" involved mouse cells and did not employ just NDMA but a mixture of nitrosamines, and it is not possible to determine whether NDMA had any contribution (Wang 2017). There are no studies suggesting that NDMA transform human cells, which are more difficult to transform. Fifth, the observations regarding "hepatic fibrosis," which is related to unique effects on hepatic stellate cells that is unrelated to epithelial proliferation, is not relevant to carcinogenicity. Sixth, while NDMA was



Contains Confidential Information – Subject to Protective Order

shown to induce apoptosis of neutrophils associated with a "respiratory burst," this was only at a very high dose of NDMA (1.5 mg/kg), and in fact the investigators did not show directly the production of reactive oxygen species (ROS) but only an increase in cytochrome c reduction. Finally, Plaintiffs have generally agreed that there is no evidence for modulation of receptor-mediated effects. Taken together, Plaintiffs' experts did not provide reliable evidence that the non-neoplastic effects of NDMA are characteristics of NDMA as a carcinogen in animals, much less in humans.

## IX. Nonclinical Evidence Regarding Ranitidine

In the initial IND and NDA filing by Glaxo in the 1980s, extensive carcinogenicity and genotoxicity testing was carried out by the company. The carcinogenicity studies submitted in the original NDA include three life-span rodent carcinogenicity studies, two in mice (i.e., CAR009 and CAR010) and one in rats (i.e., A&H88/801075). These studies showed no evidence of carcinogenicity attributable to the administration of ranitidine (CAR009; CAR010; A&H88/801075; Poynter 1982). Of note, no gastric neoplasia or intestinal metaplasia occurred in the testing animals, and liver tumors occurred in a very small number of animals in both the control and treatment groups. Glaxo also demonstrated the validity of these studies in examining the carcinogenic potential of ranitidine through *in vivo* formation of nitrosamines. Specifically, Glaxo showed that (1) the carcinogenic effects of nitrosamines can be demonstrated in rodents, (2) the stomach of the testing animals contained bacteria capable of reducing nitrates to nitrites, and (3) the intakes of nitrite and nitrate in the testing animals were similar to those in humans (NDA 18-703 - Validation of the carcinogenicity studies performed with ranitidine).

Plaintiffs' experts speculated that these studies would have shown carcinogenic effects had the animal been dosed with high nitrites. There was no indication that such a study design was warranted. The FDA reviewed GSK's preclinical studies, including these carcinogenicity studies, and concluded that they "offer reasonable support for the clinical use of [ranitidine] (FDA's Pharmacologist Review of NDA 18-703 at GSKZAN0000012814). Moreover, as described below, GSK's mutagenicity studies showed that mutagenic activity was not obtained when ranitidine was incubated with physiological levels of nitrite. In fact, a study conducted by independent researchers later demonstrated DNA damage only when rats were dosed with ranitidine and nitrite at levels that are close to those that kill 50% of rats (Brambilla 1983). As demonstrated in the tiotidine carcinogenicity studies, nitrosatable drugs that present cancer risk can be detected by standard carcinogenicity studies without artificially driving up nitrite intakes (Streett 1984).

The other criticisms of GSK's carcinogenicity studies from Plaintiffs' experts also lack a scientific basis. For example, they opined that ranitidine nitrosation was inhibited in the testing animals because they were given vitamin E. For one thing, the diet fed to the testing animals was standard for rodents. More importantly, as described below, GSK's mutagenicity studies showed that mutagenic activity was not obtained when ranitidine was incubated with physiological levels of nitrite. Consequently, even assuming vitamin E could inhibit ranitidine nitrosation, the mutagenicity studies suggest that there was no mutagenic activity resulting from ranitidine nitrosation under physiological conditions for vitamin E to inhibit in the first place. Plaintiffs' experts also opined that a different polymorphic form of ranitidine was used in these mutagenicity studies than those commercialized. However, they did not present convincing evidence to support their opinion. Even assuming this was the case, this does not affect the validity of these carcinogenicity studies. The purity/impurity profile of the ranitidine batches used in these carcinogenicity studies were examined and reported as satisfactory by the study investigators. Furthermore, polymorphism refers to the crystal structure of ranitidine in the solid state, which would not affect its interaction with nitrite or other chemicals once ranitidine was ingested by the animals.



Contains Confidential Information – Subject to Protective Order

The genotoxicity studies submitted in the original NDA include a rat dominant assay (PATH/79/229), bacterial reversion mutagenicity assays (Ames) on ranitidine and its metabolites (D1031), and Ames assays on ranitidine nitrosation (D164; Brittain 1981). Specifically, the rat dominant assay was negative (PATH/79/229). The Ames assays on ranitidine and its metabolites showed a weak, inconsistent positive result of ranitidine in some bacterial strains, but occurred without metabolic activation (which is required for NDMA to exert its mutagenic effect) and only when the concentrations of ranitidine were in excess of the recommended maximum concentrations for the assay (Ames) used and greatly in excess of any concentration that is possible in the human body at therapeutic doses (D1031). The metabolites of ranitidine were not mutagenic in the bacterial strains tested. The ranitidine nitrosation Ames assays were conducted on the reaction solution of ranitidine and nitrite under the standard and modified WHO Nitrosation Assay Procedure (NAP) (D164; Brittain 1981). The standard NAP test involves the incubation of the testing drug with 40 mM nitrite at pH 3-4, 37° C for one or four hours (Coulston 1980). The NAP test was not designed to investigate the likelihood of nitrosation of a drug under physiological conditions in the stomach (Gatehouse 1982; Gillatt 1985; Walters 1987). Rather, it was designed to rank the relative nitrosatability of different drugs by optimizing nitrosation reactions and the detection of N-nitroso compounds (Coulston 1980). Study D164 showed that the reaction of ranitidine and nitrite in acidic conditions elicited mutagenic activity with and without metabolic activation only when a supra-physiological level of nitrite (i.e., 40 mM) was used. This mutagenic effect was due to the formation of N-nitroso-nitrolic acid. Because NDMA requires metabolic activation to exert its mutagenic effect, this mutagenic effect was not attributable to NDMA. After reviewing these carcinogenicity and genotoxicity studies, the FDA concluded, in agreement with my opinion, that "[t]he carcinogenicity studies did not give any indication that ranitidine was tumorigenic" and "[a]lthough N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine. For this reason, and also because ranitidine was not carcinogenic in life-span studies in rodents, the *in vitro* nitrosation of ranitidine to a mutagenic nitrosamine—does not seem to have practical clinical significance" (FDA's Summary Basis of Approval of NDA 18-703 at GSKZAN0000012676-677).

The results from these studies are consistent with Glaxo's additional testing. These studies include two 7-year dog toxicity studies on ranitidine (WPT/89/196 and WPT/89/306), a two-year rat study on ranitidine, famotidine, and omeprazole (WPT/94/381), three ranitidine bismuth citrate life-span rodent carcinogenicity studies (WPT/93/122; WPT/93/201; WPT/93/096), and various *in vitro* and *in vivo* genotoxicity studies on ranitidine, its metabolites, ranitidine nitrosation, and ranitidine bismuth citrate (PATH/77/153; PATH/78/171; PATH/78/172; PATH/80/240; WPT/83/055; WPT/83/037; WPT/83/056; WPT/86/029; WPT/90/079; WPT/90/065; WPT/90/158; PATH/79/220; PATH/79/224; PATH/80/235; WPT/90/290; WPT/91/276; WPT/90/411; WPT/89/335; WPT/90/407). These studies are summarized briefly as follows. First, the dog studies showed no evidence of carcinogenicity attributable to the administration of ranitidine (WPT/89/196; WPT/89/306; Spurling 1989). Specifically, no metaplastic or dysplastic changes were seen in any region of the stomach; no focal or diffuse enterochromaffin-like (ECL) cell hyperplasia or carcinoid tumors were observed; no liver tumors occurred in the testing animals. In WPT/89/306, malignant and benign tumors occurred in both the treatment and control groups. These tumors were common in the aging animals and were not related to ranitidine treatment. Second, WPT/94/381 directly compared the long-term effects of three acid inhibition drugs widely used in humans, ranitidine, famotidine, and omeprazole (WPT/94/381). In this study, there were two dose groups for each drug: a low dose group in which the drug was given by gavage to produce a similar degree of marked, but not complete, acid suppression, and a high dose group in which the drug was given by diet and the dose was the same as the highest dose used in the previous life-span studies on that drug. The omeprazole gavage group was the only gavage group in which apparent effects on ECL cells were



Contains Confidential Information – Subject to Protective Order

observed. Progressive ECL cell hyperplasia and carcinoid tumors were observed in all of the diet groups with the ranitidine group showing the least effect in terms of both the number and severity of carcinoid tumors. The development of ECL cell hyperplasia and carcinoid tumors in rats were due to sustained hypergastrinemia, which were induced by prolonged gastric acid suppression as a result of extensive and prolonged systemic exposure to these three drugs. Since any acid-inhibiting drug can induce ECL cell hyperplasia and carcinoid tumors if administered in such a way as to produce prolonged acid suppression, this mechanism is not unique to ranitidine. This mechanism is also irrelevant to the NDMA carcinogenic mechanism hypothesized by Plaintiffs' experts, and in any case, hypergastrinemia is not considered a risk factor for any adenocarcinoma. Gastric carcinoid tumors occur uncommonly in humans, and the majority of them are benign. Third, in the rat ranitidine bismuth citrate study, ECL cell hyperplasia in the gastric fundus were observed in all dose groups, and carcinoid tumor in the fundic stomach without evidence of invasion or metastasis occurred in one high-dose female (WPT/93/096). By contrast, a dose-related increase in the number of ECL cells was observed in the mouse studies, but there was no evidence of nodule formation suggestive of carcinoid development in the stomach (WPT/93/122; WPT/93/201). As noted, the ECL cell hyperplasia and carcinoid tumor were due to sustained hypergastrinemia, an expected consequence of prolonged suppression of gastric acid secretion. Fourth, the genotoxicity studies showed that (1) ranitidine and its metabolites are not genotoxic, and (2) the reaction of ranitidine and nitrite in acidic conditions induces mutagenic activity with and without metabolic activation only when a supra-physiological level of nitrite is used (PATH/77/153; PATH/78/171; PATH/78/172; PATH/80/240; WPT/83/055; WPT/83/037; WPT/83/056; WPT/86/029; WPT/90/079; PATH/79/220; PATH/79/224; PATH/80/235; WPT/90/290; WPT/91/276; WPT/90/411; WPT/89/335; WPT/90/407; Hastwell 2009). Since NDMA requires metabolic activation to exert its mutagenic effect, the observed mutagenic effect is not attributable to NDMA.

Glaxo's study results and conclusions are consistent with and further supported by the studies conducted by independent researchers. These include a two-year rat study by AstraZeneca, which also showed the development of ECL cell carcinoid tumors as a result of prolonged acid inhibition (Havu 1990), and a number of genotoxicity studies (de Flora 1981; de Flora 1983; Brambilla 1983; Maura 1983; Martelli 1983; Okumura 1984; Morris 1984; Brambilla 1985; de Flora 1986; O'Connor 1987; Franekić 1989; Fryklund 1992; Özhan 2003). Much has been made of the mutagenic potential of ranitidine by some of Plaintiffs' experts (see, e.g. Panigrahy report). Indeed, they have cited early studies by De Flora S (1983), Maura A (1983), Martelli A (1983), Brambilla G (1983) and others who showed genotoxicity of nitrosated ranitidine on bacteria (Salmonella or E. coli) or genotoxic effects in rodents given high oral doses of ranitidine. The mutagenic effect induced in bacteria did not require metabolic activation, indicating that the observed mutagenic activity was not due to NDMA formation. More importantly, the effects could only be seen with supra-physiological concentrations of nitrite. As noted by De Flora, "we agree about the requirement for a molar excess of nitrite over ranitidine to yield the mutagenic derivative, which appears to be an unrealistic situation in human stomach after administration of the drug." Maura noted "it must be emphasized that in human gastric juice the concentration of nitrite, although greatly variable, is several thousand times lower than that (0.5 M) used in our nitrosation procedure." Martelli also noted "the ratio nitrite/ranitidine presumably occurring in the human stomach is enormously lower than that used in our experimental conditions." Similarly, Brambilla, who used 80 mg/kg of sodium nitrite to achieve his results, concludes that, "it remains to be established whether ranitidine nitrosation could represent a significant risk in humans. Undoubtedly, the situation of patients taking ranitidine is quite different from the experimental conditions forcefully employed to overcome the limits of sensitivity of the methods used." In another study Plaintiffs' experts pointed to, the reaction mixture of 1.9 mM ranitidine and 0.13 mM nitrite was mutagenic only in the presence of metabolic activation (Özhan



Contains Confidential Information – Subject to Protective Order

2003). This study is an outlier both in terms of the testing methods (instead of Ames, a test called "umu" was used) and the results, and the mutagenic activity was not dose-dependent.

Thus, Plaintiffs' experts' opinion that ranitidine is carcinogenic and genotoxic in humans is simply not supported by the data on which they relied, as shown by the conclusions of the study authors themselves. There is also no reliable evidence that ranitidine exhibits six "Key Characteristics of Carcinogens." Ranitidine has not been shown to induce "chronic inflammation," and citing reports of idiosyncratic (which means rare) hepatotoxicity, which can occur with almost any drug, is not convincing or scientifically reliable evidence. Ranitidine does not induce immunosuppression, as Hahm et al. showed minimal, if any, effects by ranitidine on peripheral blood mononuclear cells (PBMC) from gastric cancer patients (Hahm 1994). Ranitidine has not been shown to stimulate oxidative stress. Ranitidine has not been shown to stimulate directly the proliferation of normal human gastric epithelial cells, nor has it been shown to cause apoptosis. Ranitidine at high doses can cause hypergastrinemia in rodents, but not at normal doses in humans, and in any case hypergastrinemia is not considered to be a major risk factor for human gastric cancer and is not specific to ranitidine or any NDMA in ranitidine. Overall, ranitidine does not possess any of the key characteristics of carcinogens as defined by Smith (Smith 2016; Smith 2020).

In sum, the nonclinical data do not support the hypothesis that therapeutic use of ranitidine can cause cancer of any type.

## X. <u>Evidence Regarding Ranitidine Use in Humans and Risk of GI Cancers</u>

To date, there is no reliable, consistent epidemiologic evidence to support an association between the use of ranitidine and cancer of any type in humans. The data available certainly do not satisfy the Bradford Hill criteria for causation. As a threshold matter, ranitidine has been on the market for around forty years with an outstanding safety record. During this time, ranitidine has been utilized frequently to treat acid-related GI disorders, and there has been no increase in most cancer types. While this type of ecological observation is not a reliable way to assess whether ranitidine increases or decreases cancer risk, it is not consistent with the hypothesis that ranitidine actually causes all the various types of cancer being alleged.

In analyzing human epidemiological studies, it is important to evaluate potential biases and confounding factors. In plain terms, one wants to have an "apples to apples" comparison. Numerous studies conducted recently (described below) account for potential biases and confounding factors (known and unknown) by comparing cancer in patients exposed to ranitidine to cancer in patients exposed to another acid-suppressing medication (e.g., another H2RA or a PPI). This methodology is an effective way to account for underlying health characteristics of patients who use such medications. The use of active comparator groups is a generally accepted method for minimizing bias and confounding from various sources such as confounding by indication (Funk 2014).

As discussed above, GERD, for which acid-suppressing medication is indicated, is a risk factor for esophageal adenocarcinoma and cardia gastric cancer. Similarly, another indication of acid-suppressing medication, gastric ulcer, is a risk factor for non-cardia gastric cancer. It has been hypothesized that peptic ulcer predicts a variety of GI cancers in addition to non-cardia gastric cancer, including esophageal squamous cell carcinoma, total esophageal cancer, total gastric cancer, small intestine and colon cancer, pancreatic cancer, and liver cancer (Sogaard 2016). Patients with GERD and peptic ulcer are also more likely to be older, obese, smokers and alcohol users (El-Serag 2009; Eusebi 2018; Garrow 2010; Mohammed 2005). The potential biases and confounding factors can also arise from risk factors associated with the indications of acid-suppressing medication that are also

risk factors for GI cancers. For instance, the risk factors for peptic ulcer include *H. pylori* infection, tobacco use, and heavy alcohol use (Narayanan 2018; Kato 1992; Garrow 2010; Lee 2017; Andersen 2000). Obesity is a risk factor for both GI cancers (discussed above) and GERD (Jacobson 2006; Corley 2007).

It is also important to note that, in part because of its limited side effect profile, ranitidine was used as empiric treatment for a variety of gastrointestinal complaints. One of the most common complaints seen and treated by gastroenterologists was that of dyspepsia. Dyspepsia is defined as persistent or recurrent pain in the epigastric region, which is the upper/middle part of the abdomen (just below the breast bone). It can be sharp or burning (like indigestion) or simply experienced as an uncomfortable feeling. It is most commonly due to peptic ulcer disease or acid reflux (GERD) or it may have no obvious cause (and thus labeled as functional dyspepsia or nonulcer dyspepsia). But it can occasionally be due to a more serious disorder. Thus, cancer of almost any part of the digestive system (e.g., esophageal cancer, stomach cancer, pancreatic cancer or liver cancer) can lead to abdominal pain or discomfort that is initially thought to be dyspepsia (American Cancer Society - Signs and Symptoms of Esophageal Cancer; American Cancer Society - Signs and Symptoms of Stomach Cancer; American Cancer Society - Signs and Symptoms of Pancreatic Cancer; American Cancer Society - Signs and Symptoms of Liver Cancer). It is therefore no surprise that patients with these serious medical conditions are often prescribed H2RAs and other acid suppressing drugs much more commonly than healthy patients. Thus, the use of ranitidine in treating various gastrointestinal complaints, including dyspepsia, and the symptomology of GI cancers do not support Plaintiffs' experts' opinions that reverse causation is only a concern for esophageal and stomach cancers.

There is a long history of difficulties with confounding by indication with H2RA drugs in assessing potential risk of cancer. In 1982, the question of whether cimetidine (and later ranitidine) was associated with gastric cancer arose, but epidemiologists were able to quickly identify that the association arose because symptoms of cancer were already present but as yet undiagnosed, and caused the H2RA use, rather than the reverse (Colin-Jones 1982; Johnson 1996; Shapiro 1997). These symptoms may be very nonspecific, and can typically presage not only gastric cancer but many or most gastrointestinal or abdominal tumors. It was not initially appreciated that GI tumorigenesis had a very long symptomatic phase. Walker also described "confounding by prognosis," which is another way of saying that physicians often give acid suppressive medications to patients that are much sicker (Walker 1996). In general, patients that are taking acid suppressive medications are a much unhealthier population than those who don't, and, in recent years, much has been written about these differences, particularly for users of PPIs (given that PPIs are now much more commonly prescribed) (He 2021; Babic 2020). Typically, in my experience, such patients on acid suppressive medication are older, more obese, with more concurrent illnesses, and further confounding stems from shared risk factors between the disease and other conditions. As noted by Walker, "confounding by indication, unfortunately, is only partly amenable to standard solutions… by numerically adjusting the composition of compared groups… by estimating common effect measures… by fitting multivariate models…", etc. (Walker 1996). In other words, observational studies with ranitidine may be unable to correct for much of the confounding, particularly where the study compares ranitidine to non-use, rather than comparing to another acid-controlling medication. As further noted by Walker, "of all the examples of confounding by indication of which I am aware, there is none in which the research issues can be fully resolved by any means other than a randomized controlled trial. Indeed, as a theoretical matter, when the underlying condition for which a treatment is indicated is itself a risk factor for the outcome that the treated is intended to prevent, and when the severity of the underlying condition is not adequately measureable, the confounder can only be controlled by randomization."



Contains Confidential Information – Subject to Protective Order

I noted that several of Plaintiffs' experts (Drs. Moorman and McTiernan) have suggested that a comparison of cancer risk to proton pump inhibitors (PPI), which was done in several of the studies, is inappropriate because PPIs have been shown to be a risk factor for gastric cancer. Their opinions are not supported by the scientific evidence. While there have been numerous case reports and observational studies that have raised questions about an association between PPI use and gastric cancer, these "association studies" are highly dubious because of baseline differences between PPI users and nonusers, as noted in many reviews on this subject (Freedberg 2017; Ma 2020; Nehra 2018; Lanas Gimeno 2019; Savarino 2020). PPI users, similar to H2RA users, are a sicker group of individuals compared to nonusers. Both of the major US gastroenterology societies (AGA and ACG) have noted that PPIs are a safe and effective treatment for GERD and peptic ulcer disease (Freedberg 2017; Katz 2022). Further, the randomized controlled trials of PPI treatment (Moayyedi 2019; Attwood 2015) have not shown any increase in GI cancer due to PPI use. Finally, the PPI label, which provides most of the important safety information regarding my prescribing decisions, has not identified any increased risk of gastric cancer, but instead notes that patients with gastric malignancy may often take a PPI to treat their disorder. Taken together, the data again point to the problem with observational studies, which is the common confounding issue of reverse causality, also seen with H2RA observational studies.

It also is important to look at issues such as the dose and duration of exposure, given the latency period for various cancer types. For example, if an association truly existed between ranitidine and a particular type of cancer, it should be reflected by an increased risk with higher doses of ranitidine over a longer duration of treatment. Such dose- and time-related increases have not been reliably or consistently observed with ranitidine, and in fact numerous analyses show the opposite effect. While arguments have been made for short lag times (of say 1-2 years), one would expect the risk from a true carcinogen exposure to be much greater after 5 or 10 years of exposure than at 1 or 2 years, but this has not been seen. In fact, there are data (described below) where cancer risk goes down with longer duration of use, which is inconsistent with a valid association between ranitidine and cancer.

Several studies have suggested that, with respect to stomach cancer, H2RA drugs, due to their mechanism of action, may potentially lower the risk of stomach cancer compared to PPIs (Cheung 2018). Work from my laboratory has confirmed in experimental mouse models that histamine receptor antagonists in combination with gastrin antagonists can inhibit the growth and progression of Helicobacter-induced gastric cancer (Takaishi 2005). Overall, though, studies have shown no overall increase or consistent decrease in stomach cancer with H2 receptor antagonists (Johnson 1996; Shin 2021; Ahn 2013; La Vechhia 1992).

A similar lack of a cancer promoting effect has been shown for H2 blockers with esophageal adenocarcinoma risk (Farrow 2000). Indeed, acid suppression by H2RAs has been shown in some studies to actually lower the risk of EAC in patients with Barrett's esophagus who are at risk for this disease (Tan 2018), although other studies showed no impact by H2RAs (El-Serag 2004, Kastelein 2013, Chow 1995). H2RAs were shown to have no effect on the risk of developing pancreatic cancer (Hicks 2018; Laoveeravat 2019; Bradley 2012), colorectal cancer (CRC) (Chubak 2009), or liver cancer (Tran 2018).

Although H2 receptor antagonists are typically used to treat peptic ulcer disease and acid reflux and occasionally allergies, a number of studies have suggested that H2 blockers such as cimetidine and ranitidine might improve the survival of patients with diverse malignancies, with the antitumor effect being mediated at least in part by immune mechanisms (Seledtsov 2020). The immunomodulation is thought to be mediated by enhancement of antigen-presenting dendritic cells, the inhibition of suppressor T lymphocytes and myeloid suppressor cells (MDSCs), the stimulation of natural killer



Contains Confidential Information – Subject to Protective Order

(NK) cells and T cell activity. Indeed, anecdotal reports emerged suggesting tumor shrinkage with H2RA drugs, which led to studies of H2RAs as part of adjuvant treatment regimens for resected colorectal cancer, which in a Cochrane review suggested a possible survival benefit (Deva 2012). Plaintiffs' experts have cited older data that histamine might be able to inhibit lung metastases through effects on natural killer cells (Hellstrand 1990), but more recent studies indicate the opposite, which is that histamine promotes cancer growth and confers resistance to immunotherapy, and thus antihistamines are now thought to be beneficial (Li 2022). In addition, the hypergastrinemic effect from H2RAs is only mild, and hypergastrinemia is not believed to be a significant risk for gastrointestinal adenocarcinomas.

The epidemiological evidence on ranitidine and GI cancers, which is summarized below, does not show a valid or consistent association, let alone a causal association, between ranitidine and any GI cancer. Also included below are brief summaries of findings from conference abstracts. Although included for the purposes of completion, I have not relied on the data presented in abstracts in formulating my opinion.[3]

### A. Ranitidine and Esophageal Cancer.

There is no reliable, consistent epidemiologic evidence to support an association between the use of ranitidine and esophageal cancer in humans. Chow et al, 1995 is a case-control study conducted at the Southern California Kaiser Foundation Health Plan of 196 cases with adenocarcinoma of the esophagus and gastric cardia (AEC) and 196 matched controls. Patients who were first prescribed a medication within 1 year of diagnosis of AEC or corresponding interval for controls were considered nonusers. This study found that the "risk of AEC was not related to use of H2 antagonists but was linked instead to long-term gastroesophageal reflux and related conditions." (p. 477). History of esophageal reflux (aOR 2.1; 1.2-3.6, n=73), hiatal hernia (aOR 3.8; 1.9-7.6, n=55), esophagitis/esophageal ulcer (aOR 5.0; 1.5-16.4, n=22), and difficulty swallowing (aOR 2.2; 1.1-4.3, n=35) were each significantly associated with AEC. However, the risk of AEC was numerically lower, but not statistically significant, with H2RA use compared with no use (aOR 0.6; 0.3-1.3, n=36) after adjustment for race, smoking, BMI, and number of composite conditions (gastroesophageal reflux, hiatal hernia, esophagitis/esophageal ulcer, or difficulty swallowing). In additional analyses, the authors found that "no excess risk was observed among users of H2 antagonists who did not have a

---

[3] Abstracts are not considered peer-reviewed publications and often lack information needed to properly assess the methodological quality of a study. There are two abstracts I reviewed that have not been published in full, in peer reviewed journals (Mohy-ud-din 2020; Lee 2020). Mohy-ud-din et al, 2020 reported a cohort study using the IBM® Explorys database to compare cancer risk in 1.62 million ranitidine users to 3.37 million famotidine users. This study reported that compared to famotidine, ranitidine was associated with significantly lower risks of colorectal cancer (OR 0.97; 0.96-0.98), pancreatic cancer (OR 0.63; 0.61-0.65) and liver cancer (OR 0.54; 0.53-0.55). The study authors stated: "Among subjects without risk factors including smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (excluding non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.01-1.02, p=0.001) [sic]." Lee et al, 2020 is a cohort study that reported no increased risk of overall cancer in 27,792 new users of ranitidine, compared to 27,792 matched new users of non-ranitidine H2RA users (aHR 1.01; 0.95-1.06). The results from the unmatched cohort were similar to the primary results in the matched cohort. I did not rely on these two abstracts in reaching my conclusions. Of note, non-epidemiological studies such as McGwin et al, 2021, which used data from the US FDA Adverse Events Report System, and the Braunstein manuscript (unpublished), were reviewed for completeness but do not contribute to a causation analysis.

predisposing condition." (p. 477). Although no ORs were provided for ranitidine, Chow et al, stated: "Findings for the individual drugs, cimetidine and ranitidine, were similar to those for the combined group of H2 antagonists (data not shown)." (p 476). They concluded that their study provides "reassuring findings" that use of H2RAs "does not increase AEC risk." (Chow et al, p. 474). This study does not support that ranitidine is associated with increased risk of AEC.

A cohort study (Habel et al, 2000) of 4125 subjects prescribed cimetidine, 922 prescribed ranitidine, and 49,229 not prescribed either medication, identified from two computerized pharmacy databases of medications dispensed by Kaiser Permanente from 1982 to 1987, reported a significantly increased risk of cancer of the esophagus/stomach with ranitidine (aRR 2.42; 1.07-5.49, n=6) and cimetidine (aRR 1.98; 1.27-3.07, n=23) use compared to non-use of either drug after adjustment for age, gender, and pharmacy data source. Habel et al, identified several potential explanations for the reported findings. Of most relevance, "An elevation in cancer risk among cimetidine and ranitidine users might reflect the use of either of these drugs for early symptoms of cancer. This was suggested by a lagged analysis of cancer of the esophagus or stomach; relative risks associated with cimetidine use and ranitidine use were only significantly elevated during the first 12 months after prescription date." (Habel et al, 2000, p. 152). This is demonstrative of protopathic bias, more commonly known as "reverse causation." Protopathic bias occurs when the treatment (e.g., ranitidine and cimetidine) is initiated in response to the first symptoms of the outcome (e.g., early symptoms of cancer). Second, they stated: "An association of cimetidine and ranitidine with some cancers may also result from a sharing of risk factors with peptic ulcer disease, dyspepsia, or GERD (the conditions for which these drugs are taken). For example, smoking is related to an increased risk of lung, esophageal, and bladder cancer, as well as peptic ulcer disease." (Habel et al, 2000, p. 153). Third, they noted: "Furthermore, information was not available on known risk factors (other than age and gender) for specific cancers, and our estimates may be confounded." (Habel et al, 2000, p. 153). One way to evaluate whether the medication itself, rather than the condition/indication for medication use (confounding by indication), could be responsible for the observed increased risk is to compare the medication to another medication taken for the same indication. Habel et al, performed comparisons of cancer risk for cimetidine to ranitidine and reported that "none of the differences between cimetidine and ranitidine users were statistically significant." As such, confounding by indication also serves as a potential explanation for the observed increased risk. Since ranitidine and cimetidine are structurally different, the lack of a difference between these two drugs in terms of cancer risk also does not support the hypothesis that ranitidine causes esophagus or stomach cancer through NDMA formed through the endogenous and exogenous pathways proposed by Plaintiffs' experts. Fourth, the esophagus/stomach finding was based on only 6 cases, and the study authors noted: "Relative risk estimates were often unstable due to the small number of cancer cases among cimetidine and ranitidine users." Finally, this study evaluated risks with ranitidine and with cimetidine for 11 separate cancer sites and for all cancer sites combined and included several subgroup analyses. As such, this study included multiple statistical analyses, some of which may have resulted in statistically significant associations due to chance alone. Taken together, this study does not show a reliable, valid association between ranitidine and cancer of the esophagus/stomach.

Tan et al, 2018 reported that in Barrett's esophagus (BE) patients, use of higher doses of ranitidine was associated with a significantly lower risk of esophageal adenocarcinoma compared with no use in these patients (aOR 0.17; 0.09-0.32, n=11 - for defined daily dose (DDD) > 150 mg). This was a nested-case controls study of U.S. male veterans with BE including 300 cases with esophageal adenocarcinoma and 798 controls without esophageal adenocarcinoma. As discussed above, Barrett's esophagus is a major risk factor for EAC. In this study, reverse causation was accounted for by excluding prescriptions filled within 3 months of EAC diagnosis, which likely is not a sufficient lag period. The risk of esophageal adenocarcinoma was numerically lower, but not statistically



Contains Confidential Information – Subject to Protective Order

significant, with any ranitidine use (aOR 0.71; 0.50-1.00, n=58) and significantly increased with lower doses of ranitidine use (aOR 3.00; 1.84-4.90, n=47 - for DDD ≤ 150). The increased risk seen with lower doses could be explained by inconsistent use and/or insufficient control of acid reflux as discussed by the authors as an explanation for a similar effect seen with lower doses of a PPI (omeprazole) in the same study. Tan et al, concluded: "Use of PPIs and H2RAs among patients with Barrett's oesophagus are associated with lower risk of OAC [oesophageal adenocarcinoma]." (p. 469). This study does not support an association between ranitidine and esophageal cancer.

Kim YD et al, 2021 is a cohort study that investigated the risk of GI cancers from ranitidine use compared to another H2RA (famotidine) and a PPI (omeprazole) using a multi-institutional IBM® Explorys database. Comparisons to another H2RA and a PPI reduce the likelihood of confounding by indication. Patients who had prior GI cancers, used more than one reflux medication, or developed cancer within a year following medication initiation were excluded. Common risk factors including tobacco use, alcohol use, obesity and diabetes were adjusted. In this study, a total of 180 (0.031%) ranitidine, 550 (0.060%) famotidine, and 1,260 (0.058%) omeprazole patients developed new esophageal cancer, within a 1-10 year window. Kim et al. reported a significantly lower esophageal cancer risk for ranitidine compared to famotidine (OR 0.51; 0.43-0.60) and omeprazole (OR 0.62; 0.52-0.72). Notably, the incidences of GI cancers for all three medicines were highest in the 1-2 years following initiation of treatment and gradually decreased over the 10-year study period. This study does not support an association between ranitidine and increased risk of esophageal cancer.

Adami et al, 2021 is a cohort study that investigated upper gastrointestinal cancer risk among 103,565 patients who redeemed their first prescription of ranitidine between 1996 and 2008 compared to 182,497 and 807,725 patients who redeemed their first prescription of other H2 blockers and PPI, respectively, during the same period with no prior prescriptions for ranitidine or nizatidine in the Danish Prescription Registry, Danish National Patient Registry, and Danish Cancer Registry. The patients were followed from one year after the date of their first prescription to account for reverse causality. The median follow-up period was 14 years (IQR 10-18) for the ranitidine group. Potential confounding was controlled using a method called stabilized inverse probability of treatment weights (sIPT). The authors reported no increased risk of overall esophageal cancer for ranitidine users, compared to either other H2RA users or PPI users. The authors reported an increased risk for esophageal adenocarcinoma, when compared to other H2RA users (HR 1.30; 1.01-1.68, n=105) or PPI users (HR 1.27; 1.04-1.56, n=123), but a statistically significant decreased risk for esophageal squamous cell carcinoma for ranitidine users compared to PPI users (HR 0.76; 0.60-0.96, n=68). The study groups were also stratified according to the number of prescriptions (i.e., follow-up started one year after the fifth or tenth perception) and follow-up period (i.e., first 10 years and after 10 years). There was no increased risk of overall or specific subtypes of esophageal cancer (including esophageal adenocarcinoma) for ranitidine users, compared to either other H2RA users or PPI users, when the analysis was restricted to at least five or ten prescriptions. There was also no increased risk of overall esophageal cancer for ranitidine users, compared to either other H2RA users or PPI users, in the analysis that stratified patients according to follow-up period. This study provides the longest follow-up, accounts for confounding by indication and reverse causation by lag analysis and use of active comparator groups, and examines dose response through stratification analysis. This study does not support an association between ranitidine and increased risk of esophageal cancer.

### B. <u>Ranitidine and Gastric Cancer.</u>

There is no reliable, consistent epidemiologic evidence to support an association between the use of ranitidine and gastric cancer in humans. Penston et al, 1990a is a cohort study in Scotland that

retrospectively evaluated medical events occurring in 436 patients with duodenal ulcer disease during maintenance therapy with ranitidine for time periods ranging from 1 year to more than 9 years and reported: "Only one patient developed carcinoma of the stomach, compared with an expected number of 0.8 cases. Therefore, there was no evidence from the present study to suggest that patients receiving long-term treatment with ranitidine are at increased risk of developing malignant disease of the target organ of the drug." (p. 96-97). The underlying medical conditions of the patients requiring maintenance therapy with ranitidine may require frequent clinical visits, which may result in higher detection rates of cancer (i.e., information bias). Confounders were not adjusted in this study because the expected number was obtained from the 1984 Scotland cancer registration rates according to the age distribution of patient-years in males and females. This study does not implicate ranitidine and gastric cancer, but given the small size of the study and lack of any adjustment for confounding factors, it has limited scientific value to assess potential associations.

Chow et al, 1995, discussed above, does not support that ranitidine is associated with increased risk of adenocarcinoma of the esophagus and gastric cardia (AEC). Habel et al, 2000, discussed above, does not show a reliable, valid association between ranitidine and cancer of the esophagus/stomach.

Liu et al, 2020 is a publication including two independent studies from the United Kingdom, but only the Scottish Primary Care Clinical Informatics Unit (PCCIU) nested case-control study of 1119 cases of gastric cancer and 5394 controls provided data on ranitidine. The PCCIU case-control study reported a significantly increased risk of gastric cancer with ranitidine use in the analysis removing prescriptions in the 1 year before cancer diagnosis (index) date compared to no use (aOR 1.42; 1.10-1.85, n=128). However, the risk of gastric cancer was reduced and no longer significant in the lagged analyses removing prescriptions in the 2 years before (aOR 1.22; 0.89-1.67, n=78) and 3 years before (aOR 1.17; 0.81-1.68, n=57) the index date. The same pattern was observed for cimetidine, H2RAs combined, and PPIs combined. This kind of attenuation of risk with longer lags may reflect reverse causation/protopathic bias, as suggested by the authors themselves. Furthermore, although this study adjusted for many factors, Liu et al. stated: "Another potential limitation was confounding by indication as despite having a wide range of comorbidities, we were not able to adjust for *H. pylori*, an important risk factor for gastric cancer." (Liu et al, p. 8). This is substantiated by the observation that the risk for H2RAs combined is not different from PPIs combined (aOR 0.86; 0.60-1.24). Therefore, this study does not show a reliable or valid association between ranitidine and gastric cancer. The other study is a cohort study using the UK Biobank dataset. No association was observed for H2RAs combined and gastric cancer, albeit with small numbers of gastric cancer (aHR 0.49; 0.16-1.56, n=4).

Iwagami et al, 2021 is a cohort study that investigated cancer risk among 113,745 new users of ranitidine/nizatidine compared to 503,982 new users of other H2RAs (cimetidine, famotidine, roxatidine, or lafutidine) using the Japan Medical Data Center administrative claims database (2005-2018). Ranitidine and nizatidine were analyzed together because NDMA was detected in these two H2RAs, but not other H2RAs. The median follow-up in the ranitidine/nizatidine and other H2RA groups was 2.4 years (IQR 1.1-4.5) and 2.3 years (IQR 0.9-4.2), respectively. The main analysis of the study focused on risk of incident cancer, for which the authors did not find a significant association in ranitidine/nizatidine users compared to users of other H2RAs (aHR 1.02; 0.98-1.07, n=2289). Similar results were obtained when patients with follow-ups less than 1 year after the first prescription were excluded (aHR 1.00; 0.94-1.06, n=1439). In additional analyses by cancer site, they also did not find a significant association between ranitidine/nizatidine use and gastric cancer compared to use of other H2RAs (aHR 1.09; 0.96-1.24, n=288). These analyses included adjustment for a number of potential confounders including, among others, indications such as peptic ulcer disease, gastritis, and reflux esophagitis. Furthermore, as noted above, when risk of a medication is



Contains Confidential Information – Subject to Protective Order

compared to another taken for a similar indication, as was done in this study by using other H2RAs as an active comparator, the potential for confounding by indication is decreased. Although this study did not report ranitidine only results for gastric cancer, the combined analysis of ranitidine and nizatidine does not support the hypothesis that ranitidine causes gastric cancer through NDMA formed through the endogenous and exogenous pathways proposed by Plaintiffs.

Yoon et al, 2021 is a matched-cohort study that investigated cancer risk among 40,488 patients prescribed ranitidine between January 2009 and December 2011 compared to 10,122 patients prescribed famotidine during the same period in the Health Insurance Review and Assessment database in South Korea. Only those who used ranitidine or famotidine for more than one year with a cumulative dose exceeding 10,800 mg for ranitidine or 14,400 mg for famotidine based on prescription record were selected. The 40,488 ranitidine users and 10,122 famotidine users were matched based on gender, age, diabetes mellitus and cumulative exposure from a pool of 88,416 ranitidine users and 10,129 famotidine users. The follow-up period of this study was seven years. The risk of gastric cancer was not different between the two groups (HR 1.06; 0.86-1.31, n=450).

Kumar et al, 2021 is a cohort study of 279,505 veterans with *H. pylori* infection and prescribed an acid-suppressing medication between 1998 and 2018 for at least 30 days to investigate whether ranitidine use is associated with an increased risk of non-proximal gastric adenocarcinomas. Among the 279,505 patients, 69,157 (24.7%) were prescribed ranitidine, 6,559 (2.4%) a non-ranitidine H2RA, and 203,789 (72.9%) a PPI. The median follow-up was 4.4 years, and patients who had acid suppression initiated within 3 months of the end of follow-up or less than 3 months total follow-up time were excluded. 367 (0.5%), 49 (0.7%) and 1108 (0.5%) patients developed non-proximal gastric adenocarcinomas in the ranitidine, non-ranitidine H2RA, and PPI groups, respectively. Using a multivariable analysis, the authors reported a higher risk for non-ranitidine H2RA users (HR 1.83; 1.36-2.48) and a similar risk for PPI users (HR 0.92; 0.82-1.04), compared to ranitidine users. Similar results were obtained when the eradication status of *H. pylori* infection was adjusted. The authors also reported no period in which ranitidine use was associated with non-proximal gastric adenocarcinomas in time-specific analyses. Other variables associated with an increasing risk of non-proximal gastric adenocarcinomas identified in the multivariable analysis included increasing age, racial and ethnic minority status, male gender and smoking. This study used the largest US cohort of patients with *H. pylori* infection. The authors noted that "controlling for HP status is of utmost importance in determining the association of ranitidine and GC. We believe using a retrospective cohort with a large sample size and granular data was the best approach to answer this question" and concluded that "we demonstrate that there is no demonstrable association of ranitidine use and future GC. . . . [Our results] demonstrate that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine." This study does not support an association between ranitidine and gastric adenocarcinomas.

In Kim YD et al, 2021, discussed above, a total of 170 (0.029%) ranitidine, 670 (0.074%) famotidine, and 1,160 (0.053%) omeprazole patients developed new stomach cancer, within a 1-10 year window. Kim et al. reported a significantly lower gastric cancer risk for ranitidine compared to famotidine (OR 0.43; 0.36-0.51) and omeprazole (OR 0.58; 0.49-0.68). After adjustment for demographic factors, the gastric cancer risk is not different between ranitidine and omeprazole. This study does not support an association between ranitidine and increased risk of gastric cancer.

Kim S, 2021 is a matched-cohort study that investigated gastric cancer risk among 13,629 patients prescribed ranitidine or nizatidine for more than 30 days between January 2002 and December 2008 compared to 13,629 patients prescribed other H2 blockers or 13,629 non-users during the same



Contains Confidential Information – Subject to Protective Order

period in the National Sample Cohort of the Korea National Health Insurance Service (KNHIS-NSC) in South Korea. The follow-up period for cancer incidence of this study was five years, although it appears users of acid suppressive drugs were followed for up to 12 years. The three study groups were matched based on gender, age, residential area, household income, disability, NSAID dose, and history of smoking and alcohol use. Information on *H. pylori* status, BMI, lipid profiles, or other chemical exposures were not available. The risk of gastric cancer was not different between the ranitidine and no use groups (aHR 1.01; 0.86-1.18, n=306). The study authors concluded that "the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer." This study does not support an association between ranitidine and increased risk of gastric cancer.

In Adami et al, 2021, discussed above, the authors reported no increased risk of overall gastric cancer for ranitidine users, compared to either other H2RA users or PPI users. There was also no increased risk of specific subtypes of gastric cancer. The authors reported a statistically significant decreased risk for distal stomach cancer for ranitidine users compared to other H2RA users (HR 0.72; 0.54-0.97, n=65). The study groups were also stratified according to the number of prescriptions (i.e., follow-up started one year after the fifth or tenth perception) and follow-up period (i.e., first 10 years and after 10 years). There was no increased risk of overall or specific subtypes of gastric cancer for ranitidine users, compared to either other H2RA users or PPI users, when the analysis was restricted to at least five or ten prescriptions. There was also no increased risk of overall gastric cancer for ranitidine users, compared to either other H2RA users or PPI users, in the analysis that stratified patients according to follow-up period. This study does not support an association between ranitidine and increased risk of gastric cancer.

### C. Ranitidine and Colorectal Cancer.[4]

There is no reliable, consistent epidemiologic evidence to support an association between the use of ranitidine and colorectal cancer in humans. Some of the studies discussed in the section above also investigated ranitidine use and risk of colorectal cancer. Specifically, Penston 1990a reported the following observed vs. expected numbers for carcinoma of large intestine (rectum and colon); 4 observed vs. 1.8 expected (p>0.05); carcinoma of colon: 3 observed vs. 1.2 expected (p>0.1), and carcinoma of rectum: 1 observed vs. 0.61 expected (p-value was not provided). Penston stated: "[I]t must be emphasized that there is no evidence of a causal relationship between ranitidine and colonic cancer, since other factors possibly associated with large-intestinal malignancy were present in at least three of these patients." (p. 97). Habel et al, 2000 reported a numerically lower, but not statistically significant, risk of cancer of the colon/rectum with ranitidine use (aRR 0.82; 0.39-1.74, n=7) compared to non-use of ranitidine or cimetidine. Iwagami et al, 2021 did not find a significant association between ranitidine/nizatidine use and colorectal cancer compared to users of other H2RAs (aHR 1.02; 0.91-1.15, n=359). Similarly, Yoon et al, 2021 did not find a significant association between ranitidine use and colorectal cancer compared to users of famotidine (HR 0.98; 0.78-1.23, n=359). In Kim YD et al, 2021, a total of 1370 (0.24%) ranitidine, 5,330 (0.59%) famotidine, and 7,190 (0.33%) omeprazole patients developed new colorectal cancer within a 1-10 year window. Kim et al. reported a significantly lower colorectal cancer risk for ranitidine compared to famotidine (OR 0.46; 0.43-0.49) and omeprazole (OR 0.66; 0.62-0.70). After adjustment for demographic factors, the colorectal cancer risk is not different between ranitidine and omeprazole.

[4] This section is included for completeness of the GI cancers, although I am aware that experts for plaintiffs have concluded the evidence does not show that ranitidine causes colorectal cancer.

Kantor et al, 2021 is a cohort study that investigated cancer risk among 8,844 self-reported regular ranitidine users (most days of the week for the last 4 weeks) at baseline (2006-2010) compared to 450,360 non-ranitidine users and 26,959 omeprazole users using the UK Biobank dataset with follow-ups up until October 31, 2015. The median follow-up was 6.7 years. The primary outcome of the study included the risk of overall cancer and cancers of the colorectum, lung, breast, and prostate, for which the authors did not find any significant association compared to non-ranitidine users or omeprazole users. For colorectal cancer, there was no association compared to non-ranitidine users (aHR 1.12; 0.88-1.44, n=64) and omeprazole users (aHR 1.25; 0.92-1.69, n=57). Sensitivity analysis was only performed for overall cancer, which showed no increased risk in the first 5 years of follow-up, and inverse thereafter, "reducing concern that shorter follow-up may obscure a strong positive association" according to the authors.

### D. Ranitidine and Pancreatic Cancer.

There is no reliable, consistent epidemiologic evidence to support an association between the use of ranitidine and pancreatic cancer in humans. Although Habel et al, 2000, discussed above, reported a significantly increased risk of cancer of the pancreas with ranitidine use (aRR 2.60; 1.06-6.38, n=5) compared to non-use of ranitidine or cimetidine. The explanations for the observed increased risk identified by the authors and discussed above in the esophageal/stomach cancer section (protopathic bias/reverse causation, confounding, relatively small sample size (the pancreas finding was based on only 5 cases), play of chance due to multiple comparisons) also apply as alternative explanations for the increased risk observed for cancer of the pancreas. This study does not show a reliable valid association between ranitidine and pancreatic cancer.

In Kim YD et al, 2021, discussed above, a total of 320 (0.055%) ranitidine, 1,120 (0.12%) famotidine, and 2,060 (0.094%) omeprazole patients developed new pancreatic cancer within a 1-10 year window. Kim et al, reported a significantly lower pancreatic cancer risk for ranitidine compared to famotidine (OR 0.54; 0.49-0.62) and omeprazole (OR 0.68; 0.60-0.76). This study does not support that ranitidine increases the risk of pancreatic cancer.

Adami et al, 2021, discussed above, reported no increased risk of pancreatic cancer for ranitidine users, compared to either H2RA users or PPI users. The authors reported statistically significant reductions in risk for ranitidine users compared to PPI users when the analysis was restricted to at least five (HR 0.70; 0.58-0.85, n=91) or ten (HR 0.66; 0.50-0.86, n=51) prescriptions. The authors also reported statistically significant reductions in risk for ranitidine users, compared to H2RA users when the analysis stratified patients to 10 years after at least ten prescriptions (HR 0.46; 0.24-0.88, n=18), and compared to PPI users when the analysis stratified patients to within 10 years (HR 0.66; 0.48-0.91, n=39). This study does not support an association between ranitidine and increased risk of pancreatic cancer.

McDowell et al, 2021 is a nested case-control study screening medications and cancer risk using the Primary Care Clinical Informatics Database in Scotland. 1,069 cases of pancreatic cancer were matched to 4,729 controls based on age, sex, GP practice and data of registration. Reverse causation was accounted for by ending the exposure period one year before the index date. This study reported an increased risk of pancreatic cancer with ranitidine use (aOR 1.37; 1.10-1.70, n=143). However, the association was significant only with low use (aOR 1.49; 1.12-1.99, n=79) but not high use (aOR 1.24; 0.91-1.69, n=64), which is inconsistent with a causal relationship between ranitidine use and pancreatic cancer. This is also inconsistent with the hypothesis that ranitidine causes pancreatic cancer through NDMA formed through the endogenous and exogenous pathways proposed by Plaintiffs' experts. Moreover, this was a screening study in which many, many comparisons between



Contains Confidential Information – Subject to Protective Order

virtually any cancer and dozens of medications were examined. There was no adjustment for multiple comparisons to assess whether purported associations reported in the study arose by chance. This study does not show a reliable, valid association between ranitidine and pancreatic cancer.

### E. Ranitidine and Liver Cancer.

There is no reliable, consistent epidemiologic evidence to support an association between the use of ranitidine and liver cancer in humans. Tran et al, 2018, a publication of two large independent studies from the UK, found no significant association between ranitidine and liver cancer in the Primary Care Clinical Informatics Unit (PCCIU) case-control study of 434 liver cancer cases and 2013 matched controls (aOR 1.41; 0.91-2.15, n=45) or in the UK Biobank cohort study of 475,768 participants (aHR 1.82; 0.87-3.79, n=8), compared to no use. Both studies accounted for reverse causation (the end of the exposure period was 1 year prior to the index date in the PCCIU study, and liver cancer diagnoses were ascertained from 1 year after baseline in the Biobank cohort study). Both studies adjusted for cirrhosis and hepatitis that are risk factors for liver cancer, and the PCCIU study adjusted for additional liver diseases including alcoholic fatty liver and non-alcoholic fatty liver. Of note, these two studies used the same databases and study designs as those used in the two studies reported in Liu et al, 2020 described above.

Yoon et al, 2021, previously described above, did not find a significant association between ranitidine use and liver cancer compared to users of famotidine (HR 0.85; 0.69-1.05, n=400).

Kantor et al, 2021, previously described above, reported a significant association with liver cancer compared to non-ranitidine users (aHR 1.91; 1.09-3.36, n=13), but not when compared to omeprazole users (aHR 1.15; 0.58-2.26, n=11) in their exploratory analyses, which indicates that confounding by indication may be a potential explanation for the observed increased risk. The significant finding was exploratory for hypothesis generation based on only 13 cases according to the authors. Therefore, this study does not show a reliable valid association between ranitidine and liver cancer.

In Kim YD et al, 2021, discussed above, a total of 880 (0.15%) ranitidine, 4,520 (0.50%) famotidine, and 5,440 (0.25%) omeprazole patients developed new liver cancer within a 1-10 year window. Kim et al reported a significantly lower liver cancer risk for ranitidine compared to famotidine (OR 0.39; 0.36-0.41) and omeprazole (OR 0.81; 0.76-0.86). After adjustment for demographic factors, the liver cancer risk is not different between ranitidine and omeprazole.

Adami et al, 2021 discussed above, reported no increased risk of liver cancer for ranitidine users, compared to either H2RA users or PPI users. Similar results were obtained when the analysis was restricted to at least five or ten prescriptions or when patients were stratified according to follow-up period. This study does not support an association between ranitidine and increased risk of liver cancer.

### F. Cancer as a Combined Group.

As discussed previously in my report, carcinogens act in a tissue-specific manner and risk factors differ for the various cancer types and subtypes. As such, it is not appropriate to rely on findings for cancer as a group in causation analyses to draw conclusions about specific cancers. Although Habel et, 2000, discussed above, reported a significantly increased risk for all cancer sites combined with ranitidine use (aRR 1.26; 1.01-1.58, n=81) compared to non-use of ranitidine or cimetidine, this kind of grouping is too general to be used in causation analyses. It is not appropriate to infer an association



Contains Confidential Information – Subject to Protective Order

between ranitidine and cancer risk for any specific organ type or subtype from this finding. Furthermore, the alternative explanations discussed previously (protopathic bias/reverse causation, confounding by other risk factors, confounding by indication, play of chance due to multiple comparisons) also apply as alternative explanations for this combined finding.

Iwagami et al, 2021, discussed above, did not find a significantly increased risk of cancer with use of ranitidine/nizatidine as a group (aHR 1.02; 0.98-1.07, n=2289) or individually for ranitidine (aHR 1.01; 0.95-1.08, n=945) or nizatidine (aHR 0.98; 0.92-1.04, n=1193) use compared to other H2RAs. None of the sensitivity analyses or additional analyses stratified by follow-up length, cumulative dose, or by the top 3 cancer sites (breast, colorectal, gastric) found a significant association between cancer risk and ranitidine/nizatidine use compared to use of other H2RAs.

Yoon et al, 2021, described above, did not find a significant association between ranitidine use and overall cancer compared to users of famotidine (HR 0.99; 0.91-1.07, n=3018).

Kantor et al, 2021, described above, did not find a significant association between ranitidine use and overall cancer compared to non-ranitidine users (aHR 1.01; 0.93-1.09, n=565) and omeprazole users (aHR 0.94; 0.85-1.04, n=509).

Penston 1990a, also discussed above, detected 13 instances of malignant disease vs. 15.5 expected (according to the registration rates for Scotland in 1984). The authors stated that "there was no increase in the rate of malignant disease in general in patients receiving long-term maintenance treatment with ranitidine" (p. 96).

Taken together, the epidemiologic evidence does not show a valid and consistent association or causal relationship between ranitidine and overall cancer risk, which is contrary to the idea that ranitidine causes four different GI cancers.

## XI. Analysis of Bradford Hill Criteria

### A. Esophageal Cancer

Strength: One of the two peer-reviewed studies (i.e., Adami et al, 2021) in which esophageal cancer was investigated by using active comparator groups reported a small but significant increased risk for esophageal adenocarcinoma, but not esophageal squamous cell carcinoma or overall esophageal cancer. If a valid, reliable association existed, an increase in the strength of association with the increase in exposure would be expected. However, there was no increased risk when the analysis was restricted to at least five or ten prescriptions (i.e., more exposure to ranitidine). Among the three peer-reviewed studies in which esophageal cancer was investigated by comparing to non-users, two studies reported statistically significant results. As discussed above, these results were likely due to confounding by indication when ranitidine use was compared to non-use. In addition to this limitation, the strength of these results is further compromised due to the following observations. Habel et al, 2000 reported an increased risk (aRR 2.42 (1.07-5.49)) for esophageal/gastric cancer compared to non-users. However, this analysis was based on only six cases, was not specific to esophageal cancer, and the risk was significantly increased only during the first 12 months after prescription and was not significant when compared to cimetidine users (a better control for the underlying disease status of the patients). Tan et al, 2018 reported an increased risk (aOR 3.00 (1.84-4.90)) for esophageal adenocarcinoma for ranitidine use at lower doses compared to non-use. However, the risk was statistically significantly decreased for ranitidine use at higher doses. If a valid,



Contains Confidential Information – Subject to Protective Order

reliable association existed, one would expect an increased risk at higher doses. This criterion has not been fulfilled.

Consistency: As indicated in the assessment of the 'Strength' criterion above, this criterion has not been fulfilled.

Temporality: As discussed above, lagged analyses indicated protopathic bias as the likely explanation of the statistically significant results reported in Habel et al, 2000. Tan et al, 2018 likely did not adequately account for protopathic bias as only prescriptions filled within 3 months of EAC diagnosis were excluded. This criterion has not been fulfilled.

Biological gradient: As discussed above, the results in Adami et al, 2021 and Tan et al, 2018 are inconsistent with a biological gradient. This criterion has not been fulfilled.

Specificity: Esophageal cancer was investigated in six peer-reviewed studies, some of which analyzed subgroups of esophageal cancer. There is no reliable, consistent evidence that ranitidine use is associated with an increased risk of esophageal cancer, generally or any specific type of esophageal cancer. This criterion has not been fulfilled.

Biological plausibility: As discussed above, the ranitidine nonclinical data do not support the notion that therapeutic use of ranitidine can cause cancer of any type. The ranitidine clinical and *in vitro* SGF studies suggest that ranitidine is not converted to NDMA *in vivo*. The only potential NDMA exposure from ranitidine use would be NDMA at ppm or lower levels present in some ranitidine drug product. While tumors were induced in the NDMA animal carcinogenicity studies, these studies employed doses much higher than the amount of NDMA detected in ranitidine drug product and therefore do not provide reliable evidence to support the biological plausibility that NDMA can cause cancer of any type in humans at such levels. Taken together, there is no reliable evidence to suggest a biologically plausible mechanism by which therapeutic use of ranitidine can cause cancer of any type in humans through NDMA exposure. This criterion has not been fulfilled.

Coherence: As discussed above, the risk factors for esophageal cancer are well defined and do not include ranitidine or NDMA exposure. This criterion has not been fulfilled.

Experiment: Because there is no randomized trial that examined the relationship between ranitidine use and esophageal cancer, this criterion is not applicable.

Analogy: There is no reliable, consistent association between the use of NDMA-contaminated medication (valsartan) and increased risk of esophageal cancer. There is no reliable, consistent association between dietary exposure to NDMA and increased risk of esophageal cancer. One occupational study reported an increased risk for esophageal cancer from NDMA exposure. In sum, these NDMA epidemiologic studies showed no reliable, consistent association between NDMA exposure and esophageal cancer. This criterion has not been fulfilled.

### B. Gastric Cancer

Strength: Among the five peer-reviewed studies in which gastric cancer was investigated by using active comparator groups, none reported statistically significant results. Among the five peer-reviewed studies in which gastric cancer was investigated by comparing to non-users, two studies reported statistically significant results. As discussed above, these results were likely due to confounding by indication when ranitidine use was compared to non-use. In addition to this



Contains Confidential Information – Subject to Protective Order

limitation, the strength of these results is further compromised due to the following observations. Habel et al, 2000 reported an increased risk (aRR 2.42 (1.07-5.49)) for esophageal/gastric cancer compared to non-users. However, this analysis was based on only six cases, and the risk was significantly increased only during the first 12 months after prescription and was not significant when compared to cimetidine users (a better control for the underlying disease status of the patients). Liu et al, 2020 reported an increased risk (aOR 1.42; 1.10-1.85, n=128) for gastric cancer when prescriptions in the 1 year before cancer diagnosis were removed. However, this observation is likely due to reverse causation because there was no increased risk when prescriptions in the two or three years before cancer diagnosis were removed, a pattern that was also observed in this study for cimetidine, H2RAs combined, and PPIs combined. This criterion has not been fulfilled.

Consistency: As indicated in the assessment of the 'Strength' criterion above, this criterion has not been fulfilled.

Temporality: As discussed above, lagged analyses indicated protopathic bias as the likely explanation of the statistically significant results reported in Habel et al, 2000 and Liu et al, 2020. This criterion has not been fulfilled.

Biological gradient: In Adami et al, 2021, there was no increased risk of overall gastric cancer for ranitidine users even when the analysis was restricted to at least five or ten prescriptions or according to follow-up period. This criterion has not been fulfilled.

Specificity: Gastric cancer was investigated in ten peer-reviewed studies, some of which analyzed subgroups of gastric cancer. There is no reliable, consistent evidence that ranitidine use is associated with an increased risk of gastric cancer. This criterion has not been fulfilled.

Biological plausibility: As discussed above, there is no reliable evidence to suggest a biologically plausible mechanism by which therapeutic use of ranitidine can cause cancer of any type in humans through NDMA exposure. This criterion has not been fulfilled.

Coherence: As discussed above, the risk factors for gastric cancer are well defined and do not include ranitidine or NDMA exposure. This criterion has not been fulfilled.

Experiment: Because there is no randomized trial that examined the relationship between ranitidine use and gastric cancer, this criterion is not applicable

Analogy: There is no reliable, consistent association between the use of NDMA-contaminated medication (valsartan) and increased risk of gastric cancer. There is no reliable, consistent association between dietary exposure to NDMA and increased risk of gastric cancer. One occupational study reported a dose-response relationship between NDMA exposure and gastric cancer. In sum, these NDMA epidemiologic studies showed no reliable, consistent association between NDMA exposure and gastric cancer. This criterion has not been fulfilled.

## C. Colorectal Cancer

Plaintiffs' experts have also noted that the evidence does not suggest that ranitidine causes colorectal cancer, and here I agree with them. Of note, I do not see any material difference relating to the evidence that NDMA in ranitidine would cause the GI cancers alleged (esophageal, stomach, pancreatic and liver) but not colorectal cancer.



Contains Confidential Information – Subject to Protective Order

Strength: Among the six peer-reviewed studies in which colorectal cancer was investigated, there was no statistically significant finding of increased risk. This criterion has not been fulfilled.

Consistency: As indicated in the assessment of the 'Strength' criterion above, this criterion has not been fulfilled.

Temporality: As indicated in the assessment of the 'Strength' criterion above, this criterion has not been fulfilled.

Biological gradient: As indicated in the assessment of the 'Strength' criterion above, this criterion has not been fulfilled.

Specificity: Colorectal cancer was investigated in six peer-reviewed studies. There is no reliable, consistent evidence that ranitidine use is associated with an increased risk of colorectal cancer. This criterion has not been fulfilled.

Biological plausibility: As discussed above, there is no reliable evidence to suggest a biologically plausible mechanism by which therapeutic use of ranitidine can cause cancer of any type in humans through NDMA exposure. This criterion has not been fulfilled.

Coherence: As discussed above, the risk factors for colorectal cancer are well defined and do not include ranitidine or NDMA exposure. This criterion has not been fulfilled.

Experiment: Because there is no randomized trial that examined the relationship between ranitidine use and colorectal cancer, this criterion is not applicable.

Analogy: There is no reliable, consistent association between the use of NDMA-contaminated medication (valsartan) and increased risk of colorectal cancer. There is no reliable, consistent association between dietary exposure to NDMA and increased risk of colorectal cancer. There is no reliable, consistent association between occupational exposure to NDMA and increased risk of colorectal cancer. In sum, these NDMA epidemiologic studies showed no reliable, consistent association between NDMA exposure and colorectal cancer. This criterion has not been fulfilled.

### D. Pancreatic Cancer

Strength: Four peer-reviewed studies investigated pancreatic cancer. Two of these four studies (Kim YD et al, 2021 and Adami et al, 2021) used active comparator groups and reported no increased risk or significantly decreased risk. The other two studies compared ranitidine use to no use. Habel et al, 2000 showed an increased risk (aRR 2.60 (1.06-6.38)) for pancreatic cancer compared to non-users. However, this analysis was based on only five cases, and the result was likely due to confounding by indication and protopathic bias. Confounding by indication is also an issue for McDowell et al, 2021, which showed a significantly increased risk only with low use but not high use. McDowell et al, 2021 is only a screening study, not designed to show valid, reliable associations. Consistency: As indicated in the assessment of the 'Strength' criterion above, this criterion has not been fulfilled.

Temporality: Although no lagged analysis was performed on pancreatic cancer in Habel et al, 2000, the lagged analysis on esophageal/gastric cancer suggests that the statistically significant finding of pancreatic cancer may also be due to protopathic bias. In McDowell et al, 2021, protopathic bias was accounted for by ending the exposure period one year before the index date. This criterion has not been fulfilled. Pancreatic cancer typically takes many years, more than a decade, to develop (Yachida



Contains Confidential Information – Subject to Protective Order

2010), and thus patients who developed pancreatic cancer after a few years on ranitidine most likely took the drug related to symptoms from their incipient tumors.

Biological gradient: As discussed above, the results in McDowell et al, 2021 are inconsistent with a biological gradient. In Adami et al, 2021, the authors reported no increased risk for ranitidine users compared to either H2RA users or PPI users, but significant reductions in risk for ranitidine users compared to PPI users when the analysis was restricted to at least five or ten prescriptions. This criterion has not been fulfilled.

Specificity: Pancreatic cancer was investigated in four peer-reviewed studies. There is no reliable, consistent evidence that ranitidine use is associated with an increased risk of pancreatic cancer. This criterion has not been fulfilled.

Biological plausibility: As discussed above, there is no reliable evidence to suggest a biologically plausible mechanism by which therapeutic use of ranitidine can cause cancer of any type in humans through NDMA exposure. This criterion has not been fulfilled.

Coherence: As discussed above, the risk factors for pancreatic cancer are well defined and do not include ranitidine or NDMA exposure. This criterion has not been fulfilled.

Experiment: Because there is no randomized trial that examined the relationship between ranitidine use and pancreatic cancer, this criterion is not applicable.

Analogy: There is no reliable, consistent association between the use of NDMA-contaminated medication (valsartan) and increased risk of pancreatic cancer. There is no reliable, consistent association between dietary exposure to NDMA and increased risk of pancreatic cancer. One occupational study reported an increased risk for pancreatic cancer from NDMA exposure. In sum, these NDMA epidemiologic studies showed no reliable, consistent association between NDMA exposure and pancreatic cancer. This criterion has not been fulfilled.

### E. Liver Cancer

Strength: Five peer-reviewed studies investigated liver cancer. Four of these five studies (Tran et al, 2018, Yoon et al, 2021, Kim YD et al, 2021 and Adami et al, 2021) used only active comparator groups and reported no increased risk. Kantor et al, 2021 showed an increased risk (aHR 1.91 (1.09-3.36)) compared to non-users. However, this analysis was exploratory based on only 13 cases, and the result became non-significant when compared to omeprazole users. This criterion has not been fulfilled.

Consistency: As indicated in the assessment of the 'Strength' criterion above, this criterion has not been fulfilled.

Temporality: Protopathic bias was not accounted for in Kantor et al, 2021, but sensitivity analysis performed for overall cancer showed no increased risk in the first 5 years of follow-up. This criterion has not been fulfilled.

Biological gradient: Dose-response was not investigated in Kantor et al, 2021. This criterion has not been fulfilled.

Specificity: Liver cancer was investigated in five peer-reviewed studies. There is no reliable, consistent evidence that ranitidine use is associated with an increased risk of liver cancer. This criterion has not been fulfilled.



Contains Confidential Information – Subject to Protective Order

Biological plausibility: As discussed above, there is no reliable evidence to suggest a biologically plausible mechanism by which therapeutic use of ranitidine can cause cancer of any type in humans through NDMA exposure. This criterion has not been fulfilled.

Coherence: As discussed above, the risk factors for liver cancer are well defined and do not include ranitidine or NDMA exposure. This criterion has not been fulfilled.

Experiment: Because there is no randomized trial that examined the relationship between ranitidine use and liver cancer, this criterion is not applicable.

Analogy: There is no reliable, consistent association between the use of NDMA-contaminated medication (valsartan) and increased risk of liver cancer. There is no reliable, consistent association between dietary exposure to NDMA and increased risk of liver cancer. One occupational study reported a dose-response relationship between NDMA exposure and liver cancer. In sum, these NDMA epidemiologic studies showed no reliable, consistent association between NDMA exposure and liver cancer. This criterion has not been fulfilled.

## XII. CONCLUSIONS

It is my opinion, the reliable scientific evidence does not support that therapeutic use of ranitidine causes any specific type of GI cancers in human beings, including esophageal, liver, pancreatic and stomach/gastric cancers.



Contains Confidential Information – Subject to Protective Order

## XIII. REFERENCES


1. Abasse S et al. Association between Dietary Nitrate, Nitrite Intake, and Site-Specific Cancer Risk: A Systematic Review and Meta-Analysis. Nutrients 2022, 14, 666.
2. Abnet CC, Arnold M, Wei WQ. Epidemiology of Esophageal Squamous Cell Carcinoma. Gastroenterology. 2018 Jan;154(2):360-373
3. Abrams JA, Gonsalves L, Neugut AI. Diverging trends in the incidence of reflux-related and Helicobacter pylori-related gastric cardia cancer. J Clin Gastroenterol. 2013 Apr;47(4):322-7.
4. Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Toft Sørensen H. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Dec;30(12):2302-2308.
5. Adamson RH, Sieber SM. Chemical carcinogenesis studies in nonhuman primates. Basic Life Sci. 1983;24:129-56.
6. Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. World J Gastroenterol. 2013 Apr 28;19(16):2560-8. doi: 10.3748/wjg.v19.i16.2560.
7. Alexandrov LB, Ju YS, Haase K, Van Loo P, Martincorena I, Nik-Zainal S, Totoki Y, Fujimoto A, Nakagawa H, Shibata T, Campbell PJ, Vineis P, Phillips DH, Stratton MR. Mutational signatures associated with tobacco smoking in human cancer. Science. 2016 Nov 4;354(6312):618-622.
8. American Cancer Society - Lifetime Risk of Developing or Dying From Cancer. https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html
9. American Cancer Society - Colorectal Cancer. https://www.cancer.org/cancer/colon-rectal-cancer/causes-risks-prevention/risk-factors.html.
10. American Cancer Society - Esophageal Cancer. https://www.cancer.org/cancer/esophagus-cancer/causes-risks-prevention/risk-factors.html.
11. American Cancer Society - Liver Cancer. https://www.cancer.org/cancer/liver-cancer/causes-risks-prevention/risk-factors.html.
12. American Cancer Society - Pancreatic Cancer. https://www.cancer.org/cancer/pancreatic-cancer/causes-risks-prevention/risk-factors.html.
13. American Cancer Society - Stomach Cancer. https://www.cancer.org/cancer/stomach-cancer/causes-risks-prevention/risk-factors.html.
14. American Cancer Society - Signs and Symptoms of Esophageal Cancer. https://www.cancer.org/cancer/esophagus-cancer/detection-diagnosis-staging/signs-and-symptoms.html
15. American Cancer Society - Signs and Symptoms of Stomach Cancer. https://www.cancer.org/cancer/stomach-cancer/detection-diagnosis-staging/signs-symptoms.html
16. American Cancer Society - Signs and Symptoms of Pancreatic Cancer. https://www.cancer.org/cancer/pancreatic-cancer/detection-diagnosis-staging/signs-and-symptoms.html
17. American Cancer Society - Signs and Symptoms of Liver Cancer. https://www.cancer.org/cancer/liver-cancer/detection-diagnosis-staging/signs-symptoms.html
18. Ames BN, Magaw R, Gold LS. Ranking possible carcinogenic hazards. Science. 1987 Apr 17;236(4799):271-80.
19. Andersen IB, Jørgensen T, Bonnevie O, Grønbaek M, Sørensen TI. Smoking and alcohol intake as risk factors for bleeding and perforated peptic ulcers: a population-based cohort study. Epidemiology. 2000 Jul;11(4):434-9.




Contains Confidential Information – Subject to Protective Order

20. Anderson LM, Carter JP, Logsdon DL, Driver CL, Kovatch RM. Characterization of ethanol's enhancement of tumorigenesis by N-nitrosodimethylamine in mice. Carcinogenesis 1992;13:2107-111.
21. Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. Int J Cancer. 1996 Mar 28;66(1):130-4.
22. Anderson LA, Watson RG, Murphy SJ, Johnston BT, Comber H, Mc Guigan J, Reynolds JV, Murray LJ. Risk factors for Barrett's oesophagus and oesophageal adenocarcinoma: results from the FINBAR study. World J Gastroenterol. 2007 Mar 14;13(10):1585-94.
23. Angsubhakorn, S., Bhamarapravati, N., Romruen, K., and Sahaphong, S. Enhancing effects of dimethylnitrosamine on aflatoxin B1 hepatocarcinogenesis in rats. Int J Cancer 1981; 28: 621-626.
24. Arai M, Aoki Y, Nakanishi K, et al. Long-term experiment of maximal noncarcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. Gann 1979;70:549-58.
25. Atkin WS, Morson BC, Cuzick J. Long-term risk of colorectal cancer after excision of rectosigmoid adenomas. N Engl J Med. 1992 Mar 5;326(10):658-62.
26. Attwood SE, Ell C, Galmiche JP, et al. Long-term safety of proton pump inhibitor therapy assessed under controlled, randomised clinical trial conditions: data from the SOPRAN and LOTUS studies. Aliment Pharmacol Ther. 2015;41(11):1162-1174.
27. Babic A, Zhang X, Morales-Oyarvide V, Yuan C, Khalaf N, Khalili H, Lochhead P, Chan AT, Ogino S, Wolpin BM, Wu K, Fuchs CS, Giovannucci EL, Stampfer MJ, Ng K. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. Br J Cancer. 2020 Sep;123(5):844-851.
28. Balakrishnan M, George R, Sharma A, Graham DY. Changing Trends in Stomach Cancer Throughout the World. Curr Gastroenterol Rep. 2017 Aug;19(8):36.
29. Boeing H, Schlehofer B, Blettner M, Wahrendorf J. Dietary carcinogens and the risk for glioma and meningioma in Germany. Int J Cancer. 1993 Feb 20;53(4):561-5.
30. Botteri E, Borroni E, Sloan EK, Bagnardi V, Bosetti C, Peveri G, Santucci C, Specchia C, van den Brandt P, Gallus S, Lugo A. Smoking and Colorectal Cancer Risk, Overall and by Molecular Subtypes: A Meta-Analysis. Am J Gastroenterol. 2020 Dec;115(12):1940-1949.
31. Bracci PM. Obesity and pancreatic cancer: overview of epidemiologic evidence and biologic mechanisms. Mol Carcinog. 2012 Jan;51(1):53-63.
32. Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Br J Cancer. 2012 Jan 3;106(1):233-9.
33. Brambilla G, Cajelli E, Finollo R, Maura A, Pino A, Robbiano L. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. J Toxicol Environ Health 1985;15:1-24.
34. Brambilla G, Cavanna M, Faggin P, Maura A, Pino A, Ricci R, Robbiano L. Genetoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis 1983;4(10):1281-1285.
35. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766.
36. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, NNitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv 2021.01.27.21250656.
37. Bray F, Ferlay J, Soerjomataram I, Siegel RL, Torre LA, Jemal A. Global cancer statistics 2018: GLOBOCAN estimates of incidence and mortality worldwide for 36 cancers in 185 countries. CA Cancer J Clin. 2018 Nov;68(6):394-424.



Contains Confidential Information – Subject to Protective Order

38. Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. Lancet 1981;1119.
39. Carcinogenic Potency Database (CPDB) (now housed in the Lhasa Carcubnogenicity Database). Lhasa Carcinogenicity Database Report on NDMA.
40. Chan HT, Fung Tsoi M, Yung Cheung BM. Cancer Risk of Angiotensin II Receptor Blocker Valsartan: Population-based Study. J Cardiovasc Pharmacol. 2022 Jan 6.
41. Chen CJ. Global elimination of viral hepatitis and hepatocellular carcinoma: opportunities and challenges. Gut. 2018 Apr;67(4):595-598.
42. Cheung KS, Chan EW, Wong AYS, Chen L, Wong ICK, Leung WK. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study. Gut. 2018 Jan;67(1):28-35.
43. Chow WH, Finkle WD, McLaughlin JK, Frankl H, Ziel HK, Fraumeni JF Jr. The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. JAMA. 1995 Aug 9;274(6):474-7.
44. Chowdhury G, Calcutt MW, Guengerich FP. Oxidation of N-Nitrosoalkylamines by human cytochrome P450 2A6: sequential oxidation to aldehydes and carboxylic acids and analysis of reaction steps. J Biol Chem. 2010 Mar 12;285(11):8031-44.
45. Christmann M, Verbeek B, Roos WP, Kaina B. O(6)-Methylguanine-DNA methyltransferase (MGMT) in normal tissues and tumors: enzyme activity, promoter methylation and immunohistochemistry. Biochim Biophys Acta. 2011 Dec;1816(2):179-90.
46. Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. Pharmacoepidemiol Drug Saf. 2009 Jul;18(7):540-4.
47. Chyou PH, Nomura AM, Hankin JH, Stemmermann GN. A case-cohort study of diet and stomach cancer. Cancer Res. 1990 Dec 1;50(23):7501-4.
48. Coleman HG, Xie SH, Lagergren J. The Epidemiology of Esophageal Adenocarcinoma. Gastroenterology. 2018 Jan;154(2):390-405.
49. Colin-Jones DG, Langman MJ, Lawson DH, Vessey MP. Cimetidine and gastric cancer: preliminary report from post-marketing surveillance study. Br Med J (Clin Res Ed). 1982 Nov 6;285(6351):1311-3.
50. Cook MB, Chow WH, Devesa SS. Oesophageal cancer incidence in the United States by race, sex, and histologic type, 1977-2005. Br J Cancer. 2009 Sep 1;101(5):855-9.
51. Corley DA, Kubo A, Zhao W. Abdominal obesity, ethnicity and gastro-oesophageal reflux symptoms. Gut. 2007 Jun;56(6):756-62.
52. Correa P, Shiao YH. Phenotypic and genotypic events in gastric carcinogenesis. Cancer Res. 1994 Apr 1;54(7 Suppl):1941s-1943s.
53. Coulston, Frederick., and John F. Dunne. “The Potential Carcinogenicity of Nitrosatable Drugs : WHO Symposium, Geneva, June 1978 .” Norwood, N.J: Ablex Pub. Corporation, 1980.
54. Coussens LM, Werb Z. Inflammation and cancer. Nature. 2002 Dec 19-26;420(6917):860-7.
55. de la Chapelle A. Genetic predisposition to colorectal cancer. Nat Rev Cancer. 2004 Oct;4(10):769-80.
56. De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. Nutr Cancer. 1998;30(2):158-62.
57. De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. Cancer Epidemiol Biomarkers Prev. 1996 Sep;5(9):679-82.
58. De Stefani E, Deneo-Pellegrini H, Ronco AL, Boffetta P, Correa P, Aune D, Mendilaharsu M, Acosta G, Silva C, Landó G, Luaces ME. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutr Cancer. 2012;64(2):294-9.



Contains Confidential Information – Subject to Protective Order

59. De Stefani E, Ronco A, Brennan P, Boffetta P. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. Nutr Cancer. 2001;40(2):103-7.
60. De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genetoxicity of nitrosated ranitidine. Carcinogenesis 1983;4(3):225-60.
61. De Flora S, Camoirano A, Basso C, Astengo M, Zanacchi P, Bennicelli C. Bacterial genotoxicity of nitrosated famotidine. Mutagenesis 1986;1(2):125-30.
62. De Flora S. Cimeditine, ranitidine, and their mutagenic nitroso derivatives. Lancet 1981;993-4.
63. Del Poggetto E et al. Epithelial memory of inflammation limits tissue damage while promoting pancreatic tumorigenesis. Science. 2021 Sep 17;373(6561):eabj0486.
64. Deng T, Lyon CJ, Bergin S, Caligiuri MA, Hsueh WA. Obesity, Inflammation, and Cancer. Annu Rev Pathol. 2016 May 23;11:421-49.
65. Derakhshan MH, Malekzadeh R, Watabe H, Yazdanbod A, Fyfe V, Kazemi A, Rakhshani N, Didevar R, Sotoudeh M, Zolfeghari AA, McColl KE. Combination of gastric atrophy, reflux symptoms and histological subtype indicates two distinct aetiologies of gastric cardia cancer. Gut. 2008 Mar;57(3):298-305.
66. Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. J Toxicol Environ Health. 1992 Nov;37(3):351-61.
67. Deva S, Jameson M. Histamine type 2 receptor antagonists as adjuvant treatment for resected colorectal cancer. Cochrane Database Syst Rev. 2012 Aug 15;(8):CD007814.
68. Dixon JS, Wood JR. Geographical variation in duodenal ulcer healing in patients treated with H2-receptor antagonists. Eur J Gastroenterol Hepatol. 1992; 4: 147-163
69. Dixon JS, Worthington PR, Mills JG, Wood JR. Geographical differences of gastric ulcer healing rate in patients treated with ranitidine or placebo. Aliment Pharmacol Ther. 1989 Aug;3(4):353-65.
70. Edgren G, Adami HO, Weiderpass E, Nyrén O. A global assessment of the oesophageal adenocarcinoma epidemic. Gut. 2013 Oct;62(10):1406-14.
71. Elder JB, Burdett K. Effect of H2 blockers on intragastric nitrosation as measured by 24 hour urinary secretion of N-nitrosoproline. IARC Scientific Publications No 57 1984:969-74.
72. El-Serag HB, Aguirre TV, Davis S, Kuebeler M, Bhattacharyya A, Sampliner RE. Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. Am J Gastroenterol. 2004 Oct;99(10):1877-83.
73. El-Serag HB, Kanwal F. Epidemiology of hepatocellular carcinoma in the United States: where are we? Where do we go? Hepatology. 2014 Nov;60(5):1767-75.
74. El-Serag H, Hill C, Jones R. Systematic review: the epidemiology of gastro-oesophageal reflux disease in primary care, using the UK General Practice Research Database. Aliment Pharmacol Ther. 2009 Mar 1;29(5):470-80.
75. FDA Response to Emery Pharma's Citizen Petition.
76. EPA. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2017 (EPA 505-F-17-005).
77. Euler AR, Murdock RH Jr, Wilson TH, Silver MT, Parker SE, Powers L. Ranitidine is effective therapy for erosive esophagitis. Am J Gastroenterol. 1993 Apr;88(4):520-4.
78. Eusebi LH, Ratnakumaran R, Yuan Y, Solaymani-Dodaran M, Bazzoli F, Ford AC. Global prevalence of, and risk factors for, gastro-oesophageal reflux symptoms: a meta-analysis. Gut. 2018 Mar;67(3):430-440.
79. Fahrer J, Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. Carcinogenesis. 2013 Nov;34(11):2435-42.
80. Fahrer J, Frisch J, Nagel G, Kraus A, Dörsam B, Thomas AD, Reißig S, Waisman A, Kaina B. DNA repair by MGMT, but not AAG, causes a threshold in alkylation-induced colorectal carcinogenesis. Carcinogenesis. 2015 Oct;36(10):1235-44.
81. Farrow DC et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. Cancer Causes Control. 2000 Mar;11(3):231-8.

82. FDA. Guidance for Industry - Control of Nitrosamine Impurities in Human Drugs (September 2020).
83. FDA. Guidance for Industry - M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk (March 2018).
84. FDA ranitidine test results. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine
85. FDA valsarten test results. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products
86. Florian J et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jul 20;326(3):240-249.
87. Fox JG, Rogers AB, Ihrig M, Taylor NS, Whary MT, Dockray G, Varro A, Wang TC. Helicobacter pylori-associated gastric cancer in INS-GAS mice is gender specific. Cancer Res. 2003 Mar 1;63(5):942-50.
88. Fox JG, Wang TC. Inflammation, atrophy, and gastric cancer. J Clin Invest. 2007 Jan;117(1):60-9. doi: 10.1172/JCI30111.
89. Franekic J, Skupnjak S, Matijasevic Z. Genotoxicity of nitrosated ranitidine. Mutation Res 1989;227:13-16.
90. Freedberg DE, Kim LS, Yang YX. The Risks and Benefits of Long-term Use of Proton Pump Inhibitors: Expert Review and Best Practice Advice From the American Gastroenterological Association. Gastroenterology. 2017;152(4):706-715.
91. Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-55.
92. Fryklund J, Falknas AK, Helander HF. Omeprazole does not cause unscheduled DNA synthesis in rabbit parietal cells in vitro. Scand J Gastroenterol 1992;27:521-28.
93. Fujita K, Kamataki T. Role of human cytochrome P450 (CYP) in the metabolic activation of N-alkylnitrosamines: application of genetically engineered Salmonella typhimurium YG7108 expressing each form of CYP together with human NADPH-cytochrome P450 reductase. Mutat Res. 2001 Nov 1;483(1-2):35-41.
94. Fukushima S, Wanibuchi H, Morimura K, Nakae D, Tsuda H, Imaida K, Shirai T, Tatematsu M, Tsukamoto T, Hirose M, Furukawa F. Lack of potential of low dose N-nitrosodimethylamine to induce preneoplastic lesions, glutathione S-transferase placental form-positive foci, in rat liver. Cancer Lett. 2005 May 10;222(1):11-5.
95. Funk MJ, Landi SN. Misclassification in administrative claims data: quantifying the impact on treatment effect estimates. Curr Epidemiol Rep. 2014 Dec;1(4):175-185.
96. Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun 1;4(6):e2118253. doi: 10.1001/jamanetworkopen.2021.18253. Erratum in: JAMA Netw Open. 2021 Jul 1;4(7):e2123189.
97. Garcia del Risco F, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bonfils S. Influence de la ranitidine Durant une periode de 24 heures sur la tenuer en nitrites, nitrates, nitrosamines et sur la flore bacterienne du suc gastrique du sujet sain. Gastroenterol Clin Biol 1984;8:749-53.
98. García Rodríguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. Gut. 2006 Nov;55(11):1538-44.
99. Garrow D, Delegge MH. Risk factors for gastrointestinal ulcer disease in the US population. Dig Dis Sci. 2010 Jan;55(1):66-72.
100. Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis. 1982;3(5):597-8.

101. GBD 2017 Stomach Cancer Collaborators. The global, regional, and national burden of stomach cancer in 195 countries, 1990-2017: a systematic analysis for the Global Burden of Disease study 2017. Lancet Gastroenterol Hepatol. 2020 Jan;5(1):42-54.
102. Georgiadis P, Samoli E, Kaila S, Katsouyanni K, Kyrtopoulos SA. Ubiquitous presence of O6-methylguanine in human peripheral and cord blood DNA. Cancer Epidemiol Biomarkers Prev. 2000 Mar;9(3):299-305.
103. Gerson SL. MGMT: its role in cancer aetiology and cancer therapeutics. Nat Rev Cancer. 2004 Apr;4(4):296-307.
104. Giles GG, McNeil JJ, Donnan G, Webley C, Staples MP, Ireland PD, Hurley SF, Salzberg M. Dietary factors and the risk of glioma in adults: results of a case-control study in Melbourne, Australia. Int J Cancer. 1994 Nov 1;59(3):357-62.
105. Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. Food Chem Toxicol. 1985 Sep;23(9):849-55.
106. Global Burden of Disease Liver Cancer Collaboration. The Burden of Primary Liver Cancer and Underlying Etiologies From 1990 to 2015 at the Global, Regional, and National Level: Results From the Global Burden of Disease Study 2015. JAMA Oncol. 2017 Dec 1;3(12):1683-1691.
107. Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. Mutat Res. 1998 Nov 9;419(1-3):131-5.
108. Gombar CT, Harrington GW, Pylypiw HM Jr, Anderson LM, Palmer AE, Rice JM, Magee PN, Burak ES. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res. 1990 Jul 15;50(14):4366-70.
109. Gomez MI, Swann PF, Magee PN. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. Biochem J. 1977 Jun 15;164(3):497-500.
110. Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int. 2021 May 28;118(21):357-362.
111. Goodman MT, Hankin JH, Wilkens LR, Kolonel LN. High-fat foods and the risk of lung cancer. Epidemiology. 1992 Jul;3(4):288-99.
112. Greten FR, Grivennikov SI. Inflammation and Cancer: Triggers, Mechanisms, and Consequences. Immunity. 2019 Jul 16;51(1):27-41.
113. Griciute L, Castegnaro M, Bereziat JC. Influence of ethyl alcohol on carcinogenesis with N-nitrosodimethylamine. Cancer Lett 1981;13:345-52.
114. Gushgari AJ, Halden RU. Critical review of major sources of human exposure to N-nitrosamines. Chemosphere. 2018 Nov;210:1124-1136.
115. Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf 2000;9(2):149-55.
116. Hahm KB, Lee SI, Chung JP, Kim WH, Kim JH, Park IS. Comparison of immunomodulative effects of histamine-2 receptor antagonists in gastric cancer patients: focus on the lymphoblastogenesis and cytotoxicity of peripheral blood mononuclear cells. Int J Immunopharmacol. 1994 Dec;16(12):985-93.
117. Hall J, Brésil H, Serres M, Martel-Planche G, Wild CP, Montesano R. Modulation of O6-methylguanine-DNA methyltransferase in rat and hamster liver after treatment with dimethylnitrosamine. Cancer Res. 1990 Sep 1;50(17):5426-30.
118. Hall J, Brésil H, Montesano R. O6-Alkylguanine DNA alkyltransferase activity in monkey, human and rat liver. Carcinogenesis. 1985 Feb;6(2):209-11.
119. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74.



Contains Confidential Information – Subject to Protective Order

120. Hansson LE, Nyrén O, Hsing AW, Bergström R, Josefsson S, Chow WH, Fraumeni JF Jr, Adami HO. The risk of stomach cancer in patients with gastric or duodenal ulcer disease. N Engl J Med. 1996 Jul 25;335(4):242-9.
121. Hastwell PW, Webster TW, Tate M, Billinton N, Lynch AM, Harvey JS, Rees RW, Walmsley RM. Analysis of 75 marketed pharmaceuticals using the GADD45a-GFP 'GreenScreen HC' genotoxicity assay. Mutagenesis. 2009 Sep;24(5):455-63.
122. Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion 1990;45:189-95.
123. He Q, Xia B, Meng W, Fan D, Kuo ZC, Huang J, Qin X, Zou H, He Y, Zhang C, Fang S, Pan Y, Yang M, Yuan J. No Associations Between Regular Use of Proton Pump Inhibitors and Risk of All-Cause and Cause-Specific Mortality: A Population-Based Cohort of 0.44 Million Participants. Am J Gastroenterol. 2021 Nov 1;116(11):2286-2291.
124. Hecht SS, Hoffmann D. Tobacco-specific nitrosamines, an important group of carcinogens in tobacco and tobacco smoke. Carcinogenesis. 1988 Jun;9(6):875-84.
125. Hellstrand K, Asea A, Hermodsson S. Role of histamine in natural killer cell-mediated resistance against tumor cells. J Immunol. 1990 Dec 15;145(12):4365-70.
126. Henley SJ, Ward EM, Scott S, Ma J, Anderson RN, Firth AU, Thomas CC, Islami F, Weir HK, Lewis DR, Sherman RL, Wu M, Benard VB, Richardson LC, Jemal A, Cronin K, Kohler BA. Annual report to the nation on the status of cancer, part I: National cancer statistics. Cancer. 2020 May 15;126(10):2225-2249.
127. Henrikson NB, Webber EM, Goddard KA, Scrol A, Piper M, Williams MS, Zallen DT, Calonge N, Ganiats TG, Janssens AC, Zauber A, Lansdorp-Vogelaar I, van Ballegooijen M, Whitlock EP. Family history and the natural history of colorectal cancer: systematic review. Genet Med. 2015 Sep;17(9):702-12.
128. Hentschel E, Brandstätter G, Dragosics B, Hirschl AM, Nemec H, Schütze K, Taufer M, Wurzer H. Effect of ranitidine and amoxicillin plus metronidazole on the eradication of Helicobacter pylori and the recurrence of duodenal ulcer. N Engl J Med. 1993 Feb 4;328(5):308-12.
129. Hicks B, Friis S, Pottegård A. Use of proton pump inhibitors and risk of pancreatic cancer. Pharmacoepidemiol Drug Saf. 2018 Aug;27(8):926-930.
130. Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW, de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 2019 Apr;76(4):250-258.
131. Hidajat M, McElvenny DM, Mueller W, Ritchie P, Cherrie JW, Darnton A, Agius RM, Kromhout H, de Vocht F. Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. Occup Environ Med. 2019 Apr;76(4):259-267.
132. Holtmann G, Layer P, Goebell H. Proton-pump inhibitors or H2-receptor antagonists for Helicobacter pylori eradication-a meta-analysis. Lancet. 1996 Mar 16;347(9003):763.
133. Horii A, Nakatsuru S, Miyoshi Y, Ichii S, Nagase H, Ando H, Yanagisawa A, Tsuchiya E, Kato Y, Nakamura Y. Frequent somatic mutations of the APC gene in human pancreatic cancer. Cancer Res. 1992 Dec 1;52(23):6696-8.
134. Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrugger RW. Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prev 1996;5(1):83-87.
135. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208.
136. Human Protein Atlas. https://www.proteinatlas.org
137. Hur C, Miller M, Kong CY, Dowling EC, Nattinger KJ, Dunn M, Feuer EJ. Trends in esophageal adenocarcinoma incidence and mortality. Cancer. 2013 Mar 15;119(6):1149-58.




Contains Confidential Information – Subject to Protective Order

138. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Some N-Nitroso Compounds. Volume 17. 1978
139. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. 1987.
140. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Smokeless Tobacco and Some Tobacco-specific N-Nitrosamines. Vol. 89. Lyons, France: International Agency for Research on Cancer; 2007.
141. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. Biological agents. Volume 100B. A review of human carcinogens. IARC Monogr Eval Carcinog Risks Hum. 2012;100(Pt B):1-441.
142. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Formaldehyde. Vol. 100F. Lyons, France: International Agency for Research on Cancer; 2012.
143. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Occupational Exposures in the Rubber-Manufacturing Industry. Vol. 100F. Lyons, France: International Agency for Research on Cancer; 2012.
144. IARC Monographs on the Identification of Carcinogenic Hazards to Humans Premable. 2019
145. Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf. 2021 Mar;44(3):361-371.
146. Jacobson BC, Somers SC, Fuchs CS, Kelly CP, Camargo CA Jr. Body-mass index and symptoms of gastroesophageal reflux in women. N Engl J Med. 2006 Jun 1;354(22):2340-8.
147. Jakszyn P et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis. 2006 Jul;27(7):1497-501.
148. Jakszyn P et al. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. Cancer Epidemiol Biomarkers Prev. 2012 Mar;21(3):547-51.
149. Jakszyn P et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev. 2011 Mar;20(3):555-9.
150. Jenkins SA, Grandison A, Baxter JN, Day DW, Taylor I, Shields R. A dimethylnitrosamine-induced model of cirrhosis and portal hypertension in the rat. J Hepatol. 1985;1(5):489-99.
151. Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology. 1996 Jul;7(4):434-6.
152. Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen. 2021 Jun;62(5):293-305.
153. Jones AS, Morar P, Phillips DE, Field JK, Husband D, Helliwell TR. Second primary tumors in patients with head and neck squamous cell carcinoma. Cancer. 1995 Mar 15;75(6):1343-53.
154. Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology. 2021 Apr;160(5):1856-1859.e5.
155. Kantor ED, Rehm CD, Haas JS, Chan AT, Giovannucci EL. Trends in Prescription Drug Use Among Adults in the United States From 1999-2012. JAMA. 2015 Nov 3;314(17):1818-31.
156. Kanwal R, Gupta S. Epigenetic modifications in cancer. Clin Genet. 2012 Apr;81(4):303-11.
157. Karahalios A, English DR, Simpson JA. Weight change and risk of colorectal cancer: a systematic review and meta-analysis. Am J Epidemiol. 2015 Jun 1;181(11):832-45.
158. Karimi P, Islami F, Anandasabapathy S, Freedman ND, Kamangar F. Gastric cancer: descriptive epidemiology, risk factors, screening, and prevention. Cancer Epidemiol Biomarkers Prev. 2014 May;23(5):700-13.



Contains Confidential Information – Subject to Protective Order

159. Kastelein F, Spaander MC, Steyerberg EW, Biermann K, Valkhoff VE, Kuipers EJ, Bruno MJ; ProBar Study Group. Proton pump inhibitors reduce the risk of neoplastic progression in patients with Barrett's esophagus. Clin Gastroenterol Hepatol. 2013 Apr;11(4):382-8.
160. Kato I, Nomura AM, Stemmermann GN, Chyou PH. A prospective study of gastric and duodenal ulcer and its relation to smoking, alcohol, and diet. Am J Epidemiol. 1992 Mar 1;135(5):521-30.
161. Katz PO, Dunbar KB, Schnoll-Sussman FH, Greer KB, Yadlapati R, Spechler SJ. ACG Clinical Guideline for the Diagnosis and Management of Gastroesophageal Reflux Disease. Am J Gastroenterol. 2022;117(1):27-56.
162. Keku TO, Dulal S, Deveaux A, Jovov B, Han X. The gastrointestinal microbiota and colorectal cancer. Am J Physiol Gastrointest Liver Physiol. 2015 Mar 1;308(5):G351-63.
163. Kerdelhué B, Forest C, Coumoul X. Dimethyl-Benz(a)anthracene: A mammary carcinogen and a neuroendocrine disruptor. Biochim Open. 2016 Oct 8;3:49-55.
164. Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. Am J Clin Nutr. 2013 Jan;97(1):135-46.
165. Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel). 2021 Aug 20;9(8):1071.
166. Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther. 2021 Sep;54(5):606-615.
167. King FJ, Searle AD, Urquhart MW. Ranitidine–investigations into the root cause for the presence of N-nitroso-N, N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products. Organic Process Res Dev. 2020;24(12):2915−2926.
168. Klein AP. Genetic susceptibility to pancreatic cancer. Mol Carcinog. 2012 Jan;51(1):14-24.
169. Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. Int J Cancer. 1999 Mar 15;80(6):852-6.
170. Koppang N. Dimethylnitrosamine--formation in fish meal and toxic effects in pigs. Am J Pathol. 1974 Jan;74(1):95-108.
171. Krawczynski M, Ignys I, Borucki M. Nitrozaminy u dzieci z zapaleniem blony sluzowej zoladka. Nitrozamines in children with chronic gastritis. Pediatria Polska 2002;217-24.
172. Kulik L, El-Serag HB. Epidemiology and Management of Hepatocellular Carcinoma. Gastroenterology. 2019 Jan;156(2):477-491.e1.
173. Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci. 2021 Apr 15.
174. Kurata JH, Koch GG, Nogawa AN. Comparison of ranitidine and cimetidine ulcer maintenance therapy. J Clin Gastroenterol. 1987 Dec;9(6):644-50
175. Kushida H, Fujita K, Suzuki A, Yamada M, Endo T, Nohmi T, Kamataki T. Metabolic activation of N-alkylnitrosamines in genetically engineered Salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase. Carcinogenesis. 2000 Jun;21(6):1227-32.
176. Kyrtopoulos SA. DNA adducts in humans after exposure to methylating agents. Mutat Res. 1998 Sep 20;405(2):135-43.
177. La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. Eur J Cancer Prev. 1995 Dec;4(6):469-74.
178. La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. Nutrition. 1992 May-Jun;8(3):177-81.



Contains Confidential Information – Subject to Protective Order

179. Lagergren J, Bergström R, Lindgren A, Nyrén O. Symptomatic gastroesophageal reflux as a risk factor for esophageal adenocarcinoma. N Engl J Med. 1999 Mar 18;340(11):825-31.
180. Lanas-Gimeno A, Hijos G, Lanas Á. Proton pump inhibitors, adverse events and increased risk of mortality. Expert Opin Drug Saf. 2019;18(11):1043-1053.
181. Laoveeravat P, Thavaraputta S, Vutthikraivit W, Suchartlikitwong S, Mingbunjerdsuk T, Motes A, Nugent K, Rakvit A, Islam E, Islam S. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. QJM. 2020 Feb 1;113(2):100-107.
182. Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. Int J Cancer. 2006 Aug 15;119(4):915-9.
183. Lassen A, Hallas J, de Muckadell OB. Esophagitis: incidence and risk of esophageal adenocarcinoma--a population-based cohort study. Am J Gastroenterol. 2006 Jun;101(6):1193-9.
184. Lauby-Secretan B, Scoccianti C, Loomis D, Grosse Y, Bianchini F, Straif K; International Agency for Research on Cancer Handbook Working Group. Body Fatness and Cancer--Viewpoint of the IARC Working Group. N Engl J Med. 2016 Aug 25;375(8):794-8.
185. Lee SP, Sung IK, Kim JH, Lee SY, Park HS, Shim CS. Risk Factors for the Presence of Symptoms in Peptic Ulcer Disease. Clin Endosc. 2017 Nov;50(6):578-584.
186. Lee SW, Yoo K, Marshall DC, Koh HY, Cho JY, Han MY, Yoo HW, Heo J, Yon DK. N-nitrosodimethylamine-contaminated ranitidine and risk of cancer: nationwide cohort study with propensity-score matching (Abstract for manuscript from AGA production).
187. Lee VM, Keefer LK, Archer MC. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. Chem Res Toxicol. 1996 Dec;9(8):1319-24.
188. Lee YY, McColl KE. Pathophysiology of gastroesophageal reflux disease. Best Pract Res Clin Gastroenterol. 2013 Jun;27(3):339-51.
189. Li H, Xiao Y, Li Q, Yao J, Yuan X, Zhang Y, Yin X, Saito Y, Fan H, Li P, Kuo WL, Halpin A, Gibbons DL, Yagita H, Zhao Z, Pang D, Ren G, Yee C, Lee JJ, Yu D. The allergy mediator histamine confers resistance to immunotherapy in cancer patients via activation of the macrophage histamine receptor H1. Cancer Cell. 2022 Jan 10;40(1):36-52.e9.
190. Lijinsky W, Kovatch RM, Riggs CW. Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters. Cancer Res 1987;47:3968-72.
191. Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. Cancer Lett 1984;22:83-88.
192. Lin L, Yan L, Liu Y, Qu C, Ni J, Li H. The Burden and Trends of Primary Liver Cancer Caused by Specific Etiologies from 1990 to 2017 at the Global, Regional, National, Age, and Sex Level Results from the Global Burden of Disease Study 2017. Liver Cancer. 2020 Sep;9(5):563-582.
193. Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-nitrosodimethylamine. World Health Organization; 2002.
194. Liu P, McMenamin ÚC, Johnston BT, Murchie P, Iversen L, Lee AJ, Vissers PAJ, Cardwell CR. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer. 2020 Jul;123(2):307-315.
195. Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. Am J Clin Nutr. 2011 May;93(5):1053-61.
196. Ma C, Shaheen AA, Congly SE, Andrews CN, Moayyedi P, Forbes N. Interpreting Reported Risks Associated With Use of Proton Pump Inhibitors: Residual Confounding in a 10-Year Analysis of National Ambulatory Data. Gastroenterology. 2020;158(3):780-782.e3.
197. Maisonneuve P, Lowenfels AB. Risk factors for pancreatic cancer: a summary review of meta-analytical studies. Int J Epidemiol. 2015 Feb;44(1):186-98.

198. Mankaney G, Rouphael C, Burke CA. Serrated Polyposis Syndrome. Clin Gastroenterol Hepatol. 2020 Apr;18(4):777-779.
199. Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. Mutation Res 1983;122:373-76.
200. Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. Gastroenterologia Japonica 1990;25(2):162-68.
201. Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicology Letters 1983;18:97-102.
202. McCarty-Dawson D, Sue SO, Morrill B, Murdock RH Jr. Ranitidine versus cimetidine in the healing of erosive esophagitis. Clin Ther. 1996 Nov-Dec;18(6):1150-60.
203. McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021 Apr;71(Pt A):101880.
204. McGwin G. The association between ranitidine use and gastrointestinal cancers. Cancers 2021, 13, 24.
205. McNabb S, et al. Meta-analysis of 16 studies of the association of alcohol with colorectal cancer. Int J Cancer. 2020 Feb 1;146(3):861-873.
206. McTiernan A, et al. Physical Activity in Cancer Prevention and Survival: A Systematic Review. Med Sci Sports Exerc. 2019 Jun;51(6):1252-1261.
207. Melmed S, Colao A, Barkan A, Molitch M, Grossman AB, Kleinberg D, Clemmons D, Chanson P, Laws E, Schlechte J, Vance ML, Ho K, Giustina A; Acromegaly Consensus Group. Guidelines for acromegaly management: an update. J Clin Endocrinol Metab. 2009 May;94(5):1509-17.
208. Michaud DS, Holick CN, Batchelor TT, Giovannucci E, Hunter DJ. Prospective study of meat intake and dietary nitrates, nitrites, and nitrosamines and risk of adult glioma. Am J Clin Nutr. 2009 Sep;90(3):570-7.
209. Michelotti GA, Machado MV, Diehl AM. NAFLD, NASH and liver cancer. Nat Rev Gastroenterol Hepatol. 2013 Nov;10(11):656-65.
210. Miller AB, Choi BC, Howe GR, Burch JD, Sherman GJ. Epidemiological assessment of risk to humans from exposure to nitrosamines. IARC Sci Publ. 1984;(57):929-36.
211. Moayyedi P, Eikelboom JW, Bosch J, et al. Safety of Proton Pump Inhibitors Based on a Large, Multi-Year, Randomized Trial of Patients Receiving Rivaroxaban or Aspirin. Gastroenterology. 2019;157(3):682-691.e2.
212. Mohammed I, Nightingale P, Trudgill NJ. Risk factors for gastro-oesophageal reflux disease symptoms: a community study. Aliment Pharmacol Ther. 2005 Apr 1;21(7):821-7.
213. Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. Gastroenterology 2020 May; 158(6):S-1073 (AGA Abstract).
214. Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: re-sults of a cohort study of 65 million US adults. May 2020 (Poster).
215. Molloy RM, Sonnenberg A. Relation between gastric cancer and previous peptic ulcer disease. Gut. 1997 Feb;40(2):247-52.
216. Morris DL, Youngs D, Muscroft TJ, Cooper J, Rojinski C, Burdon DW, Keighley MR. Mutagenicity in gastric juice. Gut 1984;25:723-27.
217. Muller P, Hotz J, Franz E, Simon B. Ranitidine in the treatment of non-ulcer dyspepsia. Arzneim-Forsch / Drug Research. 1994; 44: 1130-1132.
218. Murphy G, et al. International cancer seminars: a focus on esophageal squamous cell carcinoma. Ann Oncol. 2017 Sep 1;28(9):2086-2093.



Contains Confidential Information – Subject to Protective Order

219. Nadler DL, Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. Advances in Epidemiology, vol. 2014, Article ID 746769.
220. Nakatsuru Y, Matsukuma S, Nemoto N, Sugano H, Sekiguchi M, Ishikawa T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proc Natl Acad Sci U S A. 1993 Jul 15;90(14):6468-72.
221. Napier KJ, Scheerer M, Misra S. Esophageal cancer: A Review of epidemiology, pathogenesis, staging workup and treatment modalities. World J Gastrointest Oncol. 2014 May 15;6(5):112-20.
222. Narayanan M, Reddy KM, Marsicano E. Peptic Ulcer Disease and Helicobacter pylori infection. Mo Med. 2018 May-Jun;115(3):219-224.
223. National Center for Chronic Disease Prevention and Health Promotion (US) Office on Smoking and Health. The Health Consequences of Smoking—50 Years of Progress: A Report of the Surgeon General. Atlanta (GA): Centers for Disease Control and Prevention (US); 2014.
224. National Toxicology Program. 15th Report on Carcinogens 2021. Available at: https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html.
225. Nehra AK, Alexander JA, Loftus CG, Nehra V. Proton Pump Inhibitors: Review of Emerging Concerns. Mayo Clin Proc. 2018;93(2):240-246.
226. Nishimura M, Yaguti H, Yoshitsugu H, Naito S, Satoh T. Tissue distribution of mRNA expression of human cytochrome P450 isoforms assessed by high-sensitivity real-time reverse transcription PCR. Yakugaku Zasshi. 2003 May;123(5):369-75.
227. NTP (National Toxicology Program). 2021. Report on Carcinogens. 15th ed. https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html
228. O'Connor HJ, Riley SE, Axon AR, Garner RC. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juices. Mutation Res 1987;188:201-08.
229. Okumura K, Morita T, Nagaki T, Watanabe Y, Tsuji H. Ranitidine hydrochloride. Mutagenicity test of ranitidine hydrochloride. 1984;28(1):163-69.
230. Oliveira C, Pinheiro H, Figueiredo J, Seruca R, Carneiro F. Familial gastric cancer: genetic susceptibility, pathology, and implications for management. Lancet Oncol. 2015 Feb;16(2):e60-70.
231. Ozhan G, Alpertunga B. Genotoxic activities of drug-nitrite interaction products. Drug Chem Toxicol 2003;26(4):295-308.
232. Palli D, Saieva C, Coppi C, Del Giudice G, Magagnotti C, Nesi G, Orsi F, Airoldi L. O6-alkylguanines, dietary N-nitroso compounds, and their precursors in gastric cancer. Nutr Cancer. 2001;39(1):42-9.
233. Pearlman R et al. Prevalence and Spectrum of Germline Cancer Susceptibility Gene Mutations Among Patients With Early-Onset Colorectal Cancer. JAMA Oncol. 2017 Apr 1;3(4):464-471.
234. Pegg AE, Hui G. Formation and subsequent removal of O6-methylguanine from deoxyribonucleic acid in rat liver and kidney after small doses of dimethylnitrosamine. Biochem J. 1978 Sep 1;173(3):739-48.
235. Pegg AE. Metabolism of N-nitrosodimethylamine. IARC Sci Publ. 1980;(27):3-22.
236. Pegg AE, Perry W. Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat. Cancer Res. 1981 Aug;41(8):3128-32.
237. Pegg AE, Roberfroid M, von Bahr C, Foote RS, Mitra S, Bresil H, Likhachev A, Montesano R. Removal of O6-methylguanine from DNA by human liver fractions. Proc Natl Acad Sci U S A. 1982 Sep;79(17):5162-5.
238. Pegg AE. Properties of the O6-alkylguanine-DNA repair system of mammalian cells. IARC Sci Publ. 1984;(57):575-80.
239. Penston JG. 10. Medical events occurring in patients with duodenal ulcer disease during maintenance treatment with ranitidine. Scand J Gastroenterol 1990a;25(Suppl 177):87-97.



Contains Confidential Information – Subject to Protective Order

240. Penston JG, Wormsley KG. Long-term maintenance treatment of gastric ulcers with ranitidine. Aliment Pharmacol Ther. 1990b Aug;4(4):339-55.
241. Penston JG, Wormsley KG. Nine years of maintenance treatment with ranitidine for patients with duodenal ulcer disease. Aliment Pharmacol Ther. 1992 Oct;6(5):629-45.
242. Penston JG, Dixon JS, Boyd EJ, Wormsley KG. A placebo-controlled investigation of duodenal ulcer recurrence after withdrawal of long-term treatment with ranitidine. Aliment Pharmacol Ther. 1993 Jun;7(3):259-65.
243. Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Research 1991b;51:6452-69.
244. Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Research 1991a;51:6415-51.
245. Plummer M, Franceschi S, Vignat J, Forman D, de Martel C. Global burden of gastric cancer attributable to Helicobacter pylori. Int J Cancer. 2015 Jan 15;136(2):487-9.
246. Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. Eur J Epidemiol. 1995 Feb;11(1):67-73.
247. Pottegård A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ. 2018 Sep 12;362:k3851.
248. Poynter D, Pick CR, Harcourt RA, Sutherland MF, Spurling NW. Ainge G, Cook J, Gatehouse D. Evaluation of ranitidine safety. Clinical Use of Ranitidine 1982;49-57.
249. Prabhu A, Obi KO, Rubenstein JH. The synergistic effects of alcohol and tobacco consumption on the risk of esophageal squamous cell carcinoma: a metaanalysis. Am J Gastroenterol 2014;109:822–827.
250. Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. Ann Intern Med. 2020 Mar 3;172(5):354-355.
251. Quante M, Bhagat G, Abrams JA, Marache F, Good P, Lee MD, Lee Y, Friedman R, Asfaha S, Dubeykovskaya Z, Mahmood U, Figueiredo JL, Kitajewski J, Shawber C, Lightdale CJ, Rustgi AK, Wang TC. Bile acid and inflammation activate gastric cardia stem cells in a mouse model of Barrett-like metaplasia. Cancer Cell. 2012 Jan 17;21(1):36-51.
252. Raimondi S, Lowenfels AB, Morselli-Labate AM, Maisonneuve P, Pezzilli R. Pancreatic cancer in chronic pancreatitis; aetiology, incidence, and early detection. Best Pract Res Clin Gastroenterol. 2010 Jun;24(3):349-58.
253. Rawla P, Sunkara T, Gaduputi V. Epidemiology of Pancreatic Cancer: Global Trends, Etiology and Risk Factors. World J Oncol. 2019 Feb;10(1):10-27.
254. Risch HA, Jain M, Choi NW, Fodor JG, Pfeiffer CJ, Howe GR, Harrison LW, Craib KJ, Miller AB. Dietary factors and the incidence of cancer of the stomach. Am J Epidemiol. 1985 Dec;122(6):947-59.
255. Riva L, Pandiri AR, Li YR, Droop A, Hewinson J, Quail MA, Iyer V, Shepherd R, Herbert RA, Campbell PJ, Sills RC, Alexandrov LB, Balmain A, Adams DJ. The mutational signature profile of known and suspected human carcinogens in mice. Nat Genet. 2020 Nov;52(11):1189-1197.
256. Roberts NJ, Jiao Y, Yu J, Kopelovich L, Petersen GM, Bondy ML, Gallinger S, Schwartz AG, Syngal S, Cote ML, Axilbund J, Schulick R, Ali SZ, Eshleman JR, Velculescu VE, Goggins M, Vogelstein B, Papadopoulos N, Hruban RH, Kinzler KW, Klein AP. ATM mutations in patients with hereditary pancreatic cancer. Cancer Discov. 2012 Jan;2(1):41-6.
257. Robinson et al. Increased somatic mutation burdens in normal human cells due to defective DNA polymerases. Nat Genet. 2021 Oct;53(10):1434-1442.



Contains Confidential Information – Subject to Protective Order

258. Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol Biomarkers Prev. 1995 Jan-Feb;4(1):29-36.
259. Roufail W, Belsito A, Robinson M, Barish C, Rubin A. Ranitidine for erosive oesophagitis: a double-blind, placebo-controlled study. Glaxo Erosive Esophagitis Study Group. Aliment Pharmacol Ther. 1992 Oct;6(5):597-607.
260. Rubenstein JH, Taylor JB. Meta-analysis: the association of oesophageal adenocarcinoma with symptoms of gastro-oesophageal reflux. Aliment Pharmacol Ther. 2010 Nov;32(10):1222-7.
261. Rustgi AK, El-Serag HB. Esophageal carcinoma. N Engl J Med. 2014 Dec 25;371(26):2499-509.
262. Sato T, Miwa K, Sahara H, Segawa M, Hattori T. The sequential model of Barrett's esophagus and adenocarcinoma induced by duodeno-esophageal reflux without exogenous carcinogens. Anticancer Res. 2002 Jan-Feb;22(1A):39-44.
263. Saunders JH, Oliver RJ, Higson DL. Dyspepsia: incidence of a non-ulcer disease in a controlled trial of ranitidine in general practice. Br Med J (Clin Res Ed). 1986 Mar 8;292(6521):665-8.
264. Savarino V, Marabotto E, Furnari M, Zingone F, Zentilin P, Savarino E. Latest insights into the hot question of proton pump inhibitor safety - a narrative review. Dig Liver Dis. 2020;52(8):842-852.
265. Schistosomes, liver flukes and Helicobacter pylori. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. Lyon, 7-14 June 1994. IARC Monogr Eval Carcinog Risks Hum. 1994;61:1-241.
266. Schuppan D, Afdhal NH. Liver cirrhosis. Lancet. 2008 Mar 8;371(9615):838-51.
267. Seledtsov VI, von Delwig A. Clinically feasible and prospective immunotherapeutic interventions in multidirectional comprehensive treatment of cancer. Expert Opin Biol Ther. 2021 Mar;21(3):323-342.
268. Sepich-Poore GD, Zitvogel L, Straussman R, Hasty J, Wargo JA, Knight R. The microbiome and human cancer. Science. 2021 Mar 26;371(6536):eabc4552.
269. Shapiro S. Confounding by indication? Epidemiology. 1997 Jan;8(1):110-1.
270. Sharma S, Kelly TK, Jones PA. Epigenetics in cancer. Carcinogenesis. 2010 Jan;31(1):27-36.
271. Sherbaniuk R, Wensel R, Bailey R, Trautman A, Grace M, Kirdeikis P, Jewell L, Pare P, Levesque D, Farley A, et al. Ranitidine in the treatment of symptomatic gastroesophageal reflux disease. J Clin Gastroenterol. 1984 Feb;6(1):9-15.
272. Shin GY, Park JM, Hong J, Cho YK, Yim HW, Choi MG. Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study. Am J Gastroenterol. 2021 Jun 1;116(6):1211-1219.
273. Siegel RL, Miller KD, Goding Sauer A, Fedewa SA, Butterly LF, Anderson JC, Cercek A, Smith RA, Jemal A. Colorectal cancer statistics, 2020. CA Cancer J Clin. 2020 May;70(3):145-164.
274. Singal AG, Lampertico P, Nahon P. Epidemiology and surveillance for hepatocellular carcinoma: New trends. J Hepatol. 2020 Feb;72(2):250-261.
275. Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert PF, Hecht SS, Bucher JR, Stewart BW, Baan RA, Cogliano VJ, Straif K. Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogenesis. Environ Health Perspect. 2016 Jun;124(6):713-21.
276. Smith MT, Guyton KZ, Kleinstreuer N, Borrel A, Cardenas A, Chiu WA, Felsher DW, Gibbons CF, Goodson WH 3rd, Houck KA, Kane AB, La Merrill MA, Lebrec H, Lowe L, McHale CM, Minocherhomji S, Rieswijk L, Sandy MS, Sone H, Wang A, Zhang L, Zeise L, Fielden M. The Key Characteristics of Carcinogens: Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them. Cancer Epidemiol Biomarkers Prev. 2020 Oct;29(10):1887-1903.



Contains Confidential Information – Subject to Protective Order

277. Snider EJ, Freedberg DE, Abrams JA. Potential Role of the Microbiome in Barrett's Esophagus and Esophageal Adenocarcinoma. Dig Dis Sci. 2016 Aug;61(8):2217-2225.
278. Søgaard KK, Farkas DK, Pedersen L, Lund JL, Thomsen RW, Sørensen HT. Long-term risk of gastrointestinal cancers in persons with gastric or duodenal ulcers. Cancer Med. 2016 Jun;5(6):1341-51.
279. Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients. 2015 Dec 1;7(12):9872-95.
280. Sontag S, Robinson M, McCallum RW, Barwick KW, Nardi R. Ranitidine therapy for gastroesophageal reflux disease. Results of a large double-blind trial. Arch Intern Med. 1987 Aug;147(8):1485-91.
281. Spurling NW, Selway SA, Poynter D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Hum Toxicol. 1989 Jan;8(1):23-32.
282. Stalnikowicz R, Benbassat J. Risk of gastric cancer after gastric surgery for benign disorders. Arch Intern Med. 1990 Oct;150(10):2022-6.
283. Stratton MR, Campbell PJ, Futreal PA. The cancer genome. Nature. 2009 Apr 9;458(7239):719-24.
284. Streeter AJ, Nims RW, Sheffels PR, Heur YH, Yang CS, Mico BA, Gombar CT, Keefer LK. Metabolic denitrosation of N-nitrosodimethylamine in vivo in the rat. Cancer Res. 1990 Feb 15;50(4):1144-50.
285. Streett CS, Cimprich RE, Robertson JL. Pathologic findings in the stomachs of rats treated with the H2-receptor antagonist tiotidine. Scand J Gastroenterol Suppl. 1984;101:109-17.
286. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal. 2009 Dec 1;22(Suppl 1):S42-S47.
287. Swann PF, Magee PN. Nitrosamine-induced carcinogenesis. The alklylation of nucleic acids of the rat by N-methyl-N-nitrosourea, dimethylnitrosamine, dimethyl sulphate and methyl methanesulphonate. Biochem J. 1968 Nov;110(1):39-47.
288. Syngal S, Brand RE, Church JM, Giardiello FM, Hampel HL, Burt RW; American College of Gastroenterology. ACG clinical guideline: Genetic testing and management of hereditary gastrointestinal cancer syndromes. Am J Gastroenterol. 2015 Feb;110(2):223-62; quiz 263.
289. Tabung FK, Brown LS, Fung TT. Dietary Patterns and Colorectal Cancer Risk: A Review of 17 Years of Evidence (2000-2016). Curr Colorectal Cancer Rep. 2017 Dec;13(6):440-454.
290. Takaishi S, Cui G, Frederick DM, Carlson JE, Houghton J, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, Wang TC. Synergistic inhibitory effects of gastrin and histamine receptor antagonists on Helicobacter-induced gastric cancer. Gastroenterology. 2005 Jun;128(7):1965-83.
291. Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther. 2018 Aug;48(4):469-477.
292. Terao K, Aikawa T, Kera K. A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats. Fd Cosmet Toxicol 1978;16:591-96.
293. Terracini B, Magee PN, Barnes JM. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br J Cancer. 1967 Sep;21(3):559-65.
294. Terracini B, Testa MC, Carbral JR, Day N. The effects of long-term feeding of DDT to BALB-c mice. Int J Cancer. 1973 May;11(3):747-64.
295. Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut. 1987 Jun;28(6):726-38.
296. Thomas AD, Fahrer J, Johnson GE, Kaina B. Theoretical considerations for thresholds in chemical carcinogenesis. Mutat Res Rev Mutat Res. 2015 Jul-Sep;765:56-67.



Contains Confidential Information – Subject to Protective Order

297. Thorgeirsson UP, Dalgard DW, Reeves J et al. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. Regul Toxicol Pharmacol 1994;19:130–151.
298. Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 2017 Mar 24;355(6331):1330-1334.
299. Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science. 2015 Jan 2;347(6217):78-81.
300. Tran KT, McMenamin ÚC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iversen L, Johnston BT, Lee AJ, Cardwell CR. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther. 2018 Jul;48(1):55-64.
301. Tuyns AJ. Oesophageal cancer in non-smoking drinkers and in nondrinking smokers. Int J Cancer 1983; 32(4): 443–444.
302. Ullman TA, Itzkowitz SH. Intestinal inflammation and cancer. Gastroenterology. 2011 May;140(6):1807-16.
303. Vannella L, Lahner E, Osborn J, Annibale B. Systematic review: gastric cancer incidence in pernicious anaemia. Aliment Pharmacol Ther. 2013 Feb;37(4):375-82.
304. Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA Jr, Kinzler KW. Cancer genome landscapes. Science. 2013 Mar 29;339(6127):1546-58.
305. von Hofe E, Schmerold I, Lijinsky W, Jeltsch W, Kleihues P. DNA methylation in rat tissues by a series of homologous aliphatic nitrosamines ranging from N-nitrosodimethylamine to N-nitrosomethyldodecylamine. Carcinogenesis. 1987 Sep;8(9):1337-41.
306. Walker AM. Confounding by indication. Epidemiology. 1996 Jul;7(4):335-6.
307. Walters CL, Gillatt PN, Palmer RC, Smith PL, Reed PI. Nitrosation of drugs under in-vivo conditions. IARC Sci Publ. 1987;(84):351-4.
308. Wang HY, Qin M, Dong L, Lv JY, Wang X. Genotoxicity of a Low-Dose Nitrosamine Mixture as Drinking Water Disinfection Byproducts in NIH3T3 Cells. Int J Med Sci. 2017 Aug 18;14(10):961-969.
309. Wang TC, Camiller M. Yamada's Textbook of Gastroenterology (7th ed. 2022)
310. Wang SM, Katki HA, Graubard BI, Kahle LL, Chaturvedi A, Matthews CE, Freedman ND, Abnet CC. Population Attributable Risks of Subtypes of Esophageal and Gastric Cancers in the United States. Am J Gastroenterol. 2021 Sep 1;116(9):1844-1852.
311. Watanabe T, Tada M, Nagai H, Sasaki S, Nakao M. Helicobacter pylori infection induces gastric cancer in mongolian gerbils. Gastroenterology. 1998 Sep;115(3):642-8.
312. Wesdorp IC, Dekker W, Klinkenberg-Knol EC. Treatment of reflux oesophagitis with ranitidine. Gut. 1983 Oct;24(10):921-4.
313. WHO. Guidelines for Drinking-Water Quality: NDMA. Third Edition including 1st and 2nd addenda. 2008.
314. Winawer SJ et al. Colorectal cancer screening: clinical guidelines and rationale. Gastroenterology. 1997 Feb;112(2):594-642.
315. Winawer SJ. Natural history of colorectal cancer. Am J Med. 1999 Jan 25;106(1A):3S-6S; discussion 50S-51S.
316. Wirtzfeld DA, Petrelli NJ, Rodriguez-Bigas MA. Hamartomatous polyposis syndromes: molecular genetics, neoplastic risk, and surveillance recommendations. Ann Surg Oncol. 2001 May;8(4):319-27.
317. World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and cancer: a global perspective. Continuous Update Project Expert Report 2018.
318. World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and colorectal cancer. Revised 2018.
319. World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and esophageal cancer. Revised 2018.



Contains Confidential Information – Subject to Protective Order

320. World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and liver cancer. Revised 2018.
321. World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and pancreatic cancer. Revised 2018.
322. World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and stomach cancer. Revised 2018.
323. Wroblewski LE, Peek RM Jr, Wilson KT. Helicobacter pylori and gastric cancer: factors that modulate disease risk. Clin Microbiol Rev. 2010 Oct;23(4):713-39.
324. Wu AH, Tseng CC, Bernstein L. Hiatal hernia, reflux symptoms, body size, and risk of esophageal and gastric adenocarcinoma. Cancer. 2003 Sep 1;98(5):940-8.
325. Yachida S, Jones S, Bozic I, Antal T, Leary R, Fu B, Kamiyama M, Hruban RH, Eshleman JR, Nowak MA, Velculescu VE, Kinzler KW, Vogelstein B, Iacobuzio-Donahue CA. Distant metastasis occurs late during the genetic evolution of pancreatic cancer. Nature. 2010 Oct 28;467(7319):1114-7
326. Yadav D, Lowenfels AB. The epidemiology of pancreatitis and pancreatic cancer. Gastroenterology. 2013 Jun;144(6):1252-61.
327. Yamada A, Komaki Y, Komaki F, Micic D, Zullow S, Sakuraba A. Risk of gastrointestinal cancers in patients with cystic fibrosis: a systematic review and meta-analysis. Lancet Oncol. 2018 Jun;19(6):758-767.
328. Yashiro M. Ulcerative colitis-associated colorectal cancer. World J Gastroenterol. 2014 Nov 28;20(44):16389-97.
329. Ye W, Chow WH, Lagergren J, Yin L, Nyrén O. Risk of adenocarcinomas of the esophagus and gastric cardia in patients with gastroesophageal reflux diseases and after antireflux surgery. Gastroenterology. 2001 Dec;121(6):1286-93.
330. Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med. 2021 Jan 5;10(1):153.
331. Yuhara H, Steinmaus C, Cohen SE, Corley DA, Tei Y, Buffler PA. Is diabetes mellitus an independent risk factor for colon cancer and rectal cancer? Am J Gastroenterol. 2011 Nov;106(11):1911-21.
332. Yurgelun MB, Kulke MH, Fuchs CS, Allen BA, Uno H, Hornick JL, Ukaegbu CI, Brais LK, McNamara PG, Mayer RJ, Schrag D, Meyerhardt JA, Ng K, Kidd J, Singh N, Hartman AR, Wenstrup RJ, Syngal S. Cancer Susceptibility Gene Mutations in Individuals With Colorectal Cancer. J Clin Oncol. 2017 Apr 1;35(10):1086-1095.
333. Zantac OTC label (150 mg). https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021698Orig1s029lbl.pdf
334. Zantac OTC label (75 mg). https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/020520Orig1s037lbl.pdf
335. Zantac prescription label (oral)
336. Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. Toxicol Sci. 2010 Jul;116(1):323-35.
337. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. doi: 10.1093/carcin/bgw034. Epub 2016 Mar 18. Retraction in: Carcinogenesis. 2021 Jul 16;42(7):1008.
338. Zhang R, Li H, Li N, Shi JF, Li J, Chen HD, Yu YW, Qin C, Ren JS, Chen WQ, He J. Risk factors for gastric cancer: a large-scale, population-based case-control study. Chin Med J (Engl). 2021;134(16):1952-1958.
339. Zhang ZF, Kurtz RC, Sun M, Karpeh M Jr, Yu GP, Gargon N, Fein JS, Georgopoulos SK, Harlap S. Adenocarcinomas of the esophagus and gastric cardia: medical conditions, tobacco, alcohol, and socioeconomic factors. Cancer Epidemiol Biomarkers Prev. 1996 Oct;5(10):761-8.



Contains Confidential Information – Subject to Protective Order

340. Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis. 2019 Apr 29;40(2):254-262.
341. Zhu Y, Wang PP, Zhao J, Green R, Sun Z, Roebothan B, Squires J, Buehler S, Dicks E, Zhao J, Cotterchio M, Campbell PT, Jain M, Parfrey PS, Mclaughlin JR. Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada. Br J Nutr. 2014 Mar 28;111(6):1109-17. A&H88/801075. "Ranitidine Hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks)." GSKZNDAA0000013235.
342. A&H88/801075. "Ranitidine Hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks)." GSKZNDAA0000013235.
343. BIO/81/23. "The isolation and identification of FRM, a minor metabolite of ranitidine produced in animal species." GSKZNDAA0000010714
344. CAR009 (PATH/81/269). "Ranitidine Hydrochloride: 2 year oral tumorigenicity study in mice." GSKZNDAA0000012654.
345. CAR010 (PATH/80/247). "Ranitidine Hydrochloride: 114 week oral tumorigenicity study in mice." GSKZNDAA0000012937.
346. D1031. "Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity." GSKZNDAA0000014733.
347. D164. "The reaction between ranitidine and nitrous acid: the mutagenic potential of the reaction products." GSKZNDAA0000014773.
348. FDA's Pharmacologist Review of NDA 18-703. GSKZAN0000012786-790, 806-814.
349. FDA's Summary Basis of Approval of NDA 18-703. GSKZAN0000012672.
350. PATH/77/153. GSKZINDA0000001223
351. PATH/78/171. "N-oxide of AH19065 (AH20199) mutagenicity testing." GSKZNDAD0000001139
352. PATH/78/172. "AH19065 (base) and its S-oxide AH20319 mutagenicity testing." GSKZNDAD0000001148
353. PATH/79/220. "Mutagenicity studies on the nitrosation products of AH19065 and AH22216. (Liquid and agar assays)." GSKZAN00002292368
354. PATH/79/224. "Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products." GSKZAN0000917196; GSKZAN0000917222
355. PATH/79/229. "Ranitidine Hydrochloride: The effects of ranitidine hydrochloride in male germ cells - a dominant lethal assay." GSKZNDAA0000015349.
356. PATH/80/235. "(III) Nitrosation of ranitidine: Further mutagenicity studies." GSKZAN0000986964.
357. PATH/80/240. "Further mutagenicity studies on rantidine (AH19065) and on its N-oxide (AH20199) and S-oxide (AH20319)." GSKZAN0000282822
358. SKF 1982. The formation of N-nitrosodimethylamine from ranitidine and other marketed drugs. GSKZAN0003535392.
359. Validation of the carcinogenicity studies performed with ranitidine. NDA 18-703. GSKZNDAA0000001680.
360. WBP/82/011. "The determination of N-nitrosdimethylamine formed by the reaction of ranitidine hy-drochloride with sodium nitrite." GSKZAN0000230102.
361. WMH/85/013. "A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man." GSKZAN0000369313
362. WPT/83/037. "A Cytogenetic Study in the Spermatogonial Cells of Mice following Oral Administration of Ranitidine." GSKZAN0000931154



Contains Confidential Information – Subject to Protective Order

363. WPT/83/055. "Mutagenicity Testing on AH 19065 (Base) using Two Different Yeast Assays. (Gene Conversion Assay, Forward Mutation Assay CAN S-Can R)." GSKZAN0000290610
364. WPT/83/056. "In Vivo Cytogenetic Evaluation of AH 19065 (Ranitidine Assays)." GSKZAN0000292401
365. WPT/86/029. "Sex-Linked Recessive Lethal Study on AH19065 HC1 (Ranitidine) Using Drosophila Melanogaster." GSKZAN0000931137
366. WPT/89/196 (SAD098). "Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, once daily, oral administration to Beagles, for 397 weeks, of doses equivalent to 50 mg ranitidine/kg." GSKZINDC0000000846.
367. WPT/89/306 (SAD112). "Ranitidine hydrochloride (H2 receptor antagonist): the effect of repeated, twice daily, oral administration to beagles for 372 weeks, of doses equivalent to 5mg ranitidine/kg." GSKZINDC0000001058.
368. WPT/89/335. "GR122311X: Micronucleus test in the PVG rat after oral administration: R12011." GSKZNDAL0000105522
369. WPT/90/065. "An evaluation of the potential genotoxicity of selected Ha-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. - preliminary report." GSKZAN000029219
370. WPT/90/079. "An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay." GSKZNDAA0000205884
371. WPT/90/158. "An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay; plus the effects of loxtidine and omeprazole on serum gastrin levels." GSKZAN000060292211
372. WPT/90/290. "Microbial mutagenicity screen of GR1223117X." GSKZNDAL0000105275
373. WPT/90/407. "GR122311X: In vivo Stomach UDS assay in male PVG rats." GSKZNDAL0000105556
374. WPT/90/411. "GR122311X: Cytogenetic evaluation using cultured human lymphocytes: V11765." GSKZNDAL0000105362
375. WPT/91/276. "GR122311X: Screen for mutagenic activity in the mouse lymphoma L5178Y/TK+/- assay (V12784)." GSKZNDAL0000105434
376. WPT/93/096. "GR122311X: Oral (dietary) oncogenicity study in rats." GSKZNDAL0000097439.
377. WPT/93/122. "GR122311X: Oral (dietary) oncogenicity study in mice." GSKZNDAL0000091418.
378. WPT/93/201. "GR122311X: Oral (dietary) oncogenicity study in mice." Volume 1: GSKZAN0000368567; Volume 2: GSKZAN0000705948; Volume 3: GSKZAN0000914868; Volume 4: GSKZAN0000915306; Volume 5: GSKZAN0000915610; Volume 6: GSKZAN0000368845.
379. WPT/94/381. "Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomach of rats (Study No. R13529)." GSKZINDA0000051942.
380. Expert report of Dr. Salmon (01/24/2022)
381. Expert report of Dr. Panigrahy (01/24/2022)
382. Expert report of Dr. Michales (01/24/2022)
383. Expert report of Dr. McTiernan (01/24/2022)
384. Expert report of Dr. Mooreman (01/24/2022)
385. Expert report of Dr. Najafi (01/24/2022)
386. Expert report of Dr. Melnick (01/24/2022)
387. Expert report of Dr. Marletta (01/24/2022)
388. Expert report of Dr. Zeiger (01/24/2022)



Contains Confidential Information – Subject to Protective Order

389. Expert report of Dr. Davis (01/24/2022)
390. Expert report of Dr. Le (01/24/2022)



Contains Confidential Information – Subject to Protective Order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

TIMOTHY CRAGIN WANG, M.D.

**Exhibit A**
**Curriculum Vitae**

**NAME** Timothy Cragin Wang, M.D.

**TITLE** Chief, Division of Digestive and Liver Diseases
Dorothy L. and Daniel H. Silberberg Professor of Medicine
Columbia University Medical Center

**WORK ADDRESS** Irving Cancer Research Center
1130 St. Nicholas Avenue, 9th Floor, Room 925
New York, NY 10032

**CITIZENSHIP** [redacted]

**EDUCATION**

| | | |
|---|---|---|
| 1975 | | John Burroughs Preparatory School, Ladue, Missouri |
| 1979 | B.A. | Williams College, Williamstown, Massachusetts |
| 1983 | M.D. | Columbia College of Physicians & Surgeons, NY, NY |

**POSTDOCTORAL TRAINING**

Internships and Residency

| | |
|---|---|
| 1983 – 1986 | Intern and Resident in Internal Medicine, Barnes Hospital Washington University School of Medicine, St. Louis, Missouri |

Research Fellowships

| | |
|---|---|
| 1986 – 1989 | Research Fellow in Medicine, Harvard Medical School |
| 1986 – 1989 | Clinical and Research Fellow in Medicine, Massachusetts General Hospital, Boston, Massachusetts |

**LICENSURE AND CERTIFICATION**

| | |
|---|---|
| 1986 | American Board of Internal Medicine |
| 1989 | American Board of Internal Medicine: Gastroenterology |
| 1987 | Massachusetts Medical License Registration No. 55632 |
| 2012 | New York State Medical License No. 233070-1 |

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 1989 | Instructor of Medicine, Harvard Medical School |
| 1993 | Assistant Professor of Medicine, Harvard Medical School |
| 1998 | Associate Professor of Medicine, Harvard Medical School |
| 1999 | Gladys Smith Martin Professor of Medicine (with tenure), University of Massachusetts Medical School |
| 2004 | Assistant Adjunct Professor of Medicine, Columbia University College of Physicians & Surgeons |
| 2005 | Dorothy L. and Daniel H. Silberberg Professor of Medicine Columbia University College of Physicians & Surgeons |
| 2017 | Adjunct Professor in Medicine (Gastroenterology) Faculty of Medicine and Health Sciences, Norwegian University of Science and Technology (NTNU) |

**HOSPITAL APPOINTMENTS**

| | |
|---|---|
| | Hospital |
| 1991 | Assistant in Medicine, Massachusetts General Hospital |
| 1994 | Assistant Physician, Massachusetts General Hospital |
| 1998 | Associate Physician, Massachusetts General Hospital |
| | Associate Division Chief, Massachusetts General Hospital |
| 2000 | Chief, Gastroenterology Division, Director of GI Cancer, University of Massachusetts Medical School |
| 2004 | Chief, Digestive and Liver Diseases Columbia University Medical Center |
| 2006 | Director of Tumor Microenvironment Program Irving Cancer Center, Columbia University Medical Center |
| 2009 | Director of Research, Pancreas Center |
| 2012 | Director, GI/Pancreas Program in Development, HICCC, CUMC |
| 2012 | Leader of the Digestive Diseases Strategic Planning Group, CUMC |

**AWARDS AND HONORS**

| | |
|---|---|
| 1979 | B.A., summa cum laude |
| 1983 | M.D. (AOA) |
| 1988 | AGA Senior Research Fellow Award |
| 1993 | AGA Robert &Sally Funderburg Gastric Cancer Award |
| 1996 – 2001 | Associate Editor, Gastroenterology |
| 1998 | Election to American Society of Clinical Investigation (ASCI) |
| 1999 | Steven Krane Lectureship for Outstanding Young Investigator Massachusetts General Hospital, Department of Medicine |
| 2000 | Viktor Mutt Medal in Gut Hormone Research |
| 2001 | Gladys Smith Martin Chair in Gastrointestinal Cancer |
| 2003 | Salmon Professorship, Vanderbilt University |
| 2004 | Election to Association of American Physicians (AAP) |
| 2005 | Silberberg Chair in Medicine, Columbia University College of Physicians & Surgeons |
| 2006 – 2011 | Associate Editor, Gastroenterology |
| 2006- | Castle Connolly Top Doctor, Gastroenterology |
| 2007 | Kelsey Family Named Professorship May Clinic |
| 2008 – | Founding Editor-in-Chief, Therapeutic Advances in Gastroenterology |
| 2009 | Geoffrey Beene Visiting Professor in Cancer Research, Memorial Sloan-Kettering Cancer Center |
| 2010 | John H. Walsh Memorial Lectureship, UCLA |
| 2010 – | Member, Century Association |
| 2011 – 2016 | Senior Deputy Editor, Cancer Prevention Research |
| 2013 | 2013 Visiting Palandjian Professorship, Dana Farber Cancer Institute |
| 2013 | Shanghai Cancer Forum Award, Chinese Society of Clinical Oncology |
| 2013 – | Associate Editor, Yamada's Textbook of Gastroenterology |
| 2014 – | American Gastroenterology Association (AGA) Vice President |

| | |
|---|---|
| | Shanghai China |
| 2015 – 2016 | American Gastroenterology Association (AGA): President Elect |
| 2016 | Irene and Arthur Fishberg Prize for Medical Research |
| 2016 – 2017 | American Gastroenterology Association (AGA): President |
| 2016 – | Ismar Boas Medal (Medaille der DGVS), The German Society of Gastroenterology, Digestive and Metabolic Diseases (DGVS) |
| 2016 – | Ruth Leff Siegel Award, Pancreas Center, CUMC |
| 2016- | Outstanding Investigator Award, National Cancer Institute |
| 2017 | Dean's Distinguished Lecture, Columbia University |
| 2019 | AGA William Beaumont Prize in Gastroenterology Recipient |
| 2021 | The Alan C. Hofmann Lectureship at Johns Hopkins |

## MAJOR COMMITTEE ASSIGNMENTS

### HOSPITAL & MEDICAL SCHOOL INCLUDED

| | |
|---|---|
| 1993 | Committee on Research, Massachusetts General Hospital |
| 1993 | Subcommittee for Research Animal Care/Studies, Massachusetts General Hospital |
| 1998 | Steering Committee, Gastrointestinal Unit, Massachusetts General Hospital |
| 1999 | Academic Governing Council, Department of Medicine, Massachusetts General Hospital |
| 2000 | Appointments and Promotions Committee University of Massachusetts Medical School |
| 2000 | Cancer Center Search Committee, University of Massachusetts Medical School |
| 2002 | Board Member of Cancer Center Programs Leaders, University of Massachusetts Medical School |
| 2003 | Endoscopy Working Group, University of Massachusetts Medical School |
| 2003 | Pediatric GI Chair Search Committee, University of Massachusetts Medical School |
| 2004 – | Department of Medicine Executive Council, Columbia University College of Physicians & Surgeons |
| 2004 – | Department of Quality and Patient Safety, New York Presbyterian Hospital, CUMC |
| 2004 – | Endoscopy Steering Committee, Columbia University Medical Center |
| 2005 – | Doctoral Program Subcommittee, Institute of Human Nutrition Columbia University College of Physicians & Surgeons |
| 2006 – | Department of Medicine Promotions Committee, Columbia University College of Physicians & Surgeons |
| 2005 – 2007 | Radiation Oncology Chair Search Committee, Columbia Physicians & Surgeons |
| 2008 – 2009 | Pediatrics GI Chair Search Committee, Columbia Physicians & Surgeons |
| 2008 – 2009 | Advisory Board of the Institute of Digestive Disease: The Chinese University of Hong Kong |

| | |
|---|---|
| 2010 – | Internal Advisory Committee, CUMC Stem Cell Institute |
| 2011 – 2013 | Advisory Board, The Chinese University of Hong Kong |
| 2013 – 2014 | Search Committee, Hematology-Oncology Division Chief, CUMC |
| 2012 – 2013 | Chair, Strategic Planning Committee for Digestive Diseases, CUMC |
| 2013 – | Siegel Awards Committee, Pancreas Center, CUMC |
| 2015 – 2018 | Search Committee, Radiation-Oncology Chair, CUMC |
| 2015 – | Institutional Conflict of Interest (ICOI) Committee, CUMC |
| 2017 | CCLT Steering Committee, CUMC |
| 2017 – | Councilor, AOA Committee at CUIMC |
| 2019 – | VP&S Admissions Committee, CUIMC |
| 2019 – | Cancer Research Career Enhancement Core Advisory Board, CUIMC |
| 2019 – | Irving Professor Search Committee, CUIMC |
| 2020 – | Vice Chair, Institutional Conflict of Interest (ICOI) Committee, CUIMC |

**NATIONAL COMMITTEE ASSIGNMENTS**

| | |
|---|---|
| 1996 – 1998 | AGA By-Laws Committee |
| 1999 – 2002 | AGA Education Committee |
| 2001 – 2005 | AGA Council, Hormones & Receptors Section |
| 2002 – 2004 | AGA Research Committee |
| 2003 | AGA Nominating Committee |
| 2003 – 2004 | AGA Director, 2004 Spring Postgraduate Course (SPGC) |
| 2003 – 2004 | AGA Strategic Planning Task Force |
| 2003 – 2005 | AGA GRG Committee |
| 2004 – 2005 | AGA Research Policy Committee |
| 2005 – 2008 | AGA Future Trends Committee Chair, |
| 2009 – 2012 | AGA Education & Training Committee |
| 2009 – 2012 | AGAI Editorial Board for Online Education |
| | NIH/NCI TMEN Steering Committee |
| 2011 – 2012 | AGA Registry Research & Policy Committee |
| 2011 – 2012 | AGAI Research Policy Committee, Chair-elect |
| 2012 – 2013 | AACR TME Nominating Committee |
| 2012 – 2014 | AACR TME Steering Committee |
| 2012 – 2015 | AGA Research Policy Committee, Chair |
| 2013 – 2015 | AGA Web Committee, RPC representative |
| 2013 – 2015 | AGA Public Policy Committee, RPC representative |
| 2011 – | NIH/NCI BETRNet Steering Committee |
| 2013 | AACR Annual Meeting Planning Committee |
| 2014 – | AGA Governing Board |
| 2014 – | NIDDK/Intestinal Stem Cell Consortium (ISCC) |
| 2015 – | Debbie's Dream Foundation Medical Advisory Board |
| 2015 – 2016 | AGA / AGA Institute President Elect |
| 2016 – 2017 | AGA / AGA Institute President |
| 2017 – 2018 | AGA Chair |

**MEMBERSHIPS IN PROFESSIONAL SOCIETIES**

| | |
|---|---|
| 1979 | Phi Beta Kappa |

| | |
|---|---|
| 1983 | American Medical Association |
| 1986 | American Gastroenterology Association (AGA) |
| 1986 | American Board of Internal Medicine (ABIM) |
| 1986 | American College of Physicians (ACP) |
| 1989 | American Association for Advancement of Science (AAAS) |
| 1998 | American Society for Clinical Investigation (ASCI) |
| 2001 | American Physiological Society (APS) |
| 2002 | American Society for Biochemistry and Molecular Biology (ASBMB) |
| 2003 | Crohn's & Colitis Foundation of America (CCFA) |
| 2004 | Association of American Physicians (AAP) |
| 2005 | New York Society of Gastrointestinal Endoscopy (NYSGE) |
| 2008 | American Association for Cancer Research (AACR) |
| 2011 | Interurban Clinical Club |
| 2012 | New York Academy of Sciences |

**EDITORIAL EXPERIENCE**

| | |
|---|---|
| 1996 – 2001 | Associate Editor, Gastroenterology |
| 2003 – 2007 | Associate Editor, Am. J. Physiol. (*Gastrointest Liver Phys*) |
| 2006 – 2011 | Associate Editor, Gastroenterology |
| 2006 – 2011 | Associate Editor, GI & Hepatology News |
| 2007 – 2012 | Editor in Chief, Therapeutic Advances in Gastroenterology |
| 2008 – 2011 | Editorial Board, Cancer Prevention Research |
| 2011 – | CaPR Senior Deputy Editor, Cancer Prevention Research |
| 2012 – 2015 | Associate Editor, Yamada Textbook of Gastroenterology |
| 2018 – | Co-Editor-in-Chief, Yamada Textbook |

**JOURNALS REVIEWED FOR**

1. American Journal of Gastroenterology
2. American Journal of Physiology
3. Biochemistry Journal
4. British Journal of Cancer
5. Cancer Cell
6. Cancer Research
7. Cell
8. Cell Growth & Differentiation
9. Cell Reports
10. Cell Stem Cell
11. Digestion
12. Digestive Diseases and Sciences
13. EMBO Journal
14. Endocrinology
15. FASEB Journal
16. FEBS Letters
17. Gastroenterology
18. GI & Hepatology News
19. Gut
20. Journal of Cell Physiology
21. Journal of Clinical Investigation
22. Molecular Cell Biology

24. Nature Communications
25. Nature Medicine
26. New England Journal of Medicine
27. Oncotarget
28. PLOS One
29. Proceedings for the National Academy of Sciences
30. Regulatory Peptides
31. Science

**MAJOR RESEARCH INTERESTS**

1. Stem cells, inflammation and cancer
2. Tumor microenvironment
3. Role of gastrin in growth and colon cancer
4. Mouse models *Helicobacter pylori* and gastric cancer
5. Function and regulation of trefoil factor 2 (TFF2/SP)
7. Regulation of histidine decarboxylase gene expression
8. Mouse models of Barrett's Esophageal cancer
9. Colon carcinogenesis and intestinal/colonic stem cells
10. Mouse models of pancreatic cancer
11. Role of nerves in cancer initiation and progression
12. Tumor immunity/myeloid derived suppressor cells

**FORMER POST-DOCTORAL FELLOWS**

| Name | Training Period | Research | Current Position |
|---|---|---|---|
| Michael Hoecker, MD | 1993 -1996 | Role of Gastrin in Chromogranin a Regulation | Assistant Professor Charite Medical School, Humboldt University |
| Zhensheng Zhang, MD | 1993 - 1996 | Human HDC Promoter | Assistant Professor of Medicine, Memorial Medical School, NIH |
| Ted Koh, MD | 1994 - 1997 | Role of Gastrin in Gastro-Intestinal Development | Clinical GI, Private Practice in Gastroenterology |
| Robert Henihan, MD | 1996-1998 | Regulation of the HDC Promoter by somatostatin | Wilmington Gastroenterology Associates, North Carolina |
| Raktima Raychowdhury, PhD | 1996-2000 | Gastrin Regulation of the HB-EGF Gene | Research Associate, Broad Institute |
| John Fleming, PhD | 1997-2003 | Expression and Regulation of Histidine Decarboxylase | Assistant Professor, Dept of Biochemistry, University College Cork, Ireland |
| Woo Kyu Jeon, PhD | 1997-1998 | Regulation of TFF2 | Assistant Professor of Medicine, Kangbuk Samsung Hospital, Sungkyunkwan University |

| | | | |
|---|---|---|---|
| | | | Korea |
| Clemens Bulitta, MD, PhD | 1998-2000 | Regulation of gastrin and TFF2 | Director of Portfolio Management, Division of Special Systems, Siemens Medical Solutions Health Services GmbH Erlangen, Germany |
| Rocchina Colucci, PhD | 1997-1999 | Regulation of gastrin and TFF2 | Associate Professor of Pharmacology, Department of Pharmaceutical and Pharmacological Sciences, University of Padova |
| James Farrell, MD, PhD | 1998-2001 | Generation and Characterization of TFF2 Deficient Mouse | Professor of Medicine, Director, Yale Center for Pancreatic Diseases at Yale School of Medicine |
| John McLaughlin, PhD | 1998-1999 | Gastrin Regulation of the HB-EGF, the HB-EGF Gene | Professor of Gastroenterology & Nutrition at The University of Manchester |
| Abhijit Chaklader, PhD | 2000-2002 | Molecular Characterization of Human Rotaviruses Isolated from Clinical Cases | Principal Scientist, Bio-Pharma Division, Thermo-Fisher Scientific, Philadelphia, PA |
| Seon Hee Lim, MD, PhD | 2002-2003 | Regulation of gastrin gene expression | Faculty at Seoul National University Hospital Healthcare System Gangnam Center |
| Alfred Chi, MBA, PhD | 2001-2004 | Regulation of TFF2 | Founder, CHI Scientific, Inc. |
| Shi Lei, PhD | 2001-2004 | Regulation of gastrin gene expression | Research Scientist, Cummings School of Veterinary Medicine, Tufts University |
| Walden Ai, PhD | 2002-2007 | Regulation of HDC promoter activity | Asst. Professor of Pathology, Microbiology and Immunology, Univ. of South Carolina School of Medicine, Columbia, SC |
| Zinaida Dubeykovskaya, PhD | 2004 – 2018 | Trefoil Family Factor 2 | Post-Doctoral Research Scientist, Columbia University P&S |
| Frederic Marrache, MD | 2005-2007 | Models of Pancreatic Cancer | MBA Candidate, INSEAD, Fontainebleau, France |

| | | | |
|---|---|---|---|
| MD | | Microenvironment | Center, Bridgeport, WV |
| Tomoyuki Okumura, MD, PhD | 2005 – 2008 | Stem Cells and Cancer | Assistant Professor, Dept. of Surgery and Science, Graduate School of Medicine and Pharmaceutical Sciences, University of Toyama, Toyama, Japan |
| Gwang Ho Baik, MD | 2007 - 2008 | Stomach Cancer | Associate Research Scientist Department of Medicine Hallym University, Gangwon-do, South Korea |
| Sheng-Wen Wang, MD, PhD | 2005 – 2008 | Inflammation and Cancer | Kaoh Medical University Division of Gastroenterology Department of Internal Medicine Kaohsiung, Taiwan |
| Alexander Dubeykovskiy, PhD | 2003-2009 | Progastrin and Cancer | Research Scientist at Precision Biologics, Inc |
| Shigeo Takaishi, MD, PhD | 2002-2010 | Mouse Model of Gastric Cancer | Associate Professor at Kyoto University |
| Zhigang Song, MD, PhD | 2007-2009 | Models of Pancreatic Cancer | Talbert Medical Group General Gastroenterologist Orange County, CA |
| Shuiping Tu, MD, PhD | 2004-2009 | Assistant Scientist Cancer | Chemical Biology Center for Cancer Prevention Rutgers University, NJ |
| Hiroyuki Tomita, MD, PhD | 2008 – 2010 | Stem Cells in Gastric Cancer | Department of Tumor Pathology Gifu University Graduate School of Medicine, Japan |
| Wataru Shibata, MD, PhD | 2007-2011 | Stem Cells in Gastric Cancer | Assistant Professor Yokohama City University Hospital of Japan |
| Michael Quante, MD, Dr. Med | 2008-2011 | Stem Cells in Gastric | Molekulare Gastroenterologie II Munich, Germany |
| Xiang Dong Yang, MD, PhD | 2007 – 2011 | Gastric and Colon Cancer | Professor, Shanghai Institute of Cardiovascular Diseases Fudan University, China |
| Russell Ericksen, PhD | 2007 – 2011 | Gastric Cancer | Senior Research Scientist |

| | | | |
|---|---|---|---|
| | | | Technology & Research (A*Star), Singapore |
| Heuijoon Park BS | 2008 – 2010 | Gastric Cancer | Post- Doctoral Fellow<br>Clinical Research Division<br>Fred Hutchinson Cancer Research Center, WA |
| Daniel Worthley, MD | 2010 – 2013 | Gremlin Family Factor<br>Mouse Model for Gastric Cancer | Beat Cancer Project Principal<br>Research Fellow<br>University of Adelaide Australia |
| Christoph Westphalen, MD | 2010 – 2013 | Development of Inflammation-based Pancreatic Cancer model | Department of Medicine II<br>LMU University Hospital<br>Campus GroBhadern<br>Munich, Germany |
| Dana Lukin, MD, PhD | 2011 – 2013 | Inflammation and Cancer | Clinical Director of Translational Research, Associate Professor of Clinical Medicine,<br>Weill Cornell Medicine, NY |
| Hiroshi Ariyama, MD | 2011 – 2013 | E-Cadherin mouse model | Assistant Professor<br>Department of Clinical Immunology and Rheumatology/Infectious Disease, Kyushu University Hospital, Japan |
| Samuel Asfaha, MD, PhD | 2008-2014 | Inflammation and Cancer | Assistant Professor<br>Western Ontario University<br>Ontario, Canada |
| Guangchun Jin, MD, PhD | 2007 – 2014 | Gastric & Colorectal Cancer | Assistant Professor of Medicine, Tongji University Hospital, Shanghai China |
| Bernhard Renz, MD | 2012 – 2015 | DCKL-1 as a Cancer Initiating cell in the Pancreas | Department of General, Abdominal Surgery Transplantation, Vascular and Thoracic Surgery<br>Ludwig-Maxmilians University<br>Munich, Germany |
| Yoshihiro Takemoto, MD | 2013 – 2015 | Pancreas DCLK1 Project | Clinical Surgeon,<br>Yamaguchi University,<br>Japan |
| Hongshan Wang, MD, PhD | 2013 – 2015 | CCK2R+ antral stem cell<br>and Notch signaling | General Surgery Department<br>Zhongshan Hospital<br>General Surgery Institute<br>Fudan University |

| | | | |
|---|---|---|---|
| Yoku Hayakawa, MD, PhD | 2013 – 2015 | Mist1 and CDH1 project<br>NGF transgenic mice project | Assistant Professor<br>Department of Gastroenterology,<br>University of Tokyo, Japan |
| Shradha Khurana, PhD | 2014 – 2015 | Regulation of colonic tuft and their roles as niche and stem cells | Citrine, Co-Founder<br>New York |
| Marina Macchini, MD, PhD | 2013 – 2015 | Pancreatic Cancer | Oncologist,<br>San Raffaele Scientific Institute, Milan, Italy |
| Wenju Chang, MD, PhD | 2014 – 2016 | CCK2R+ antral stem cell | Dept. of General Surgery<br>Zhonshan Hospital,<br>Shanghai China |
| Aleksandra Urbanska, PhD | 2013- 2016 | Barrett's Esophagus | Research Scientist, Boston MA |
| Kosuke Sakitane, MD, PhD | 2015 – 2016 | NGF Project<br>CCK2R-Knock in mouse | Japan Society for the Promotion of Science (JSPS), the Institute for Adult Diseases, Asahi Life Foundation |
| Xiaowei Chen, PhD | 2013 – 2017 | HDC markers<br>myeloid<br>myeloid lineage<br>HSC and function of Histamine andHRH2 on HSC | Post-Doctoral Research Associate<br>Columbia University |
| Takayuki Tanaka MD, PhD | 2015 – 2017 | Analysis of Dclk1 cells | Department of Surgery<br>Nagasaki University Graduate School of Biomedical Sciences,<br>Nagasaki Japan |
| Zhengchuan Niu, MD | 2016 – 2017 | Gastric Corpus Metaplasia | Residency Training Program<br>Zhongshan Hospital,<br>Fudan University |
| Sama Sayin, MD, PhD | 2016 – 2018 | Barrett's Esophagus | Post – Doctoral Research Scientist |
| Moritz Middelhoff, MD | 2015 – 2018 | DCLK1 – Intestinal Stem Cell | Klinikum rechts der Isar<br>Techinical University of Munich |
| Huan Deng MD | 2016 – 2017 | Gastric Cancer and CCK2R+ antral stem cell | Post-Doctoral Research Scientist |

| | | | |
|---|---|---|---|
| | | Cancer | |
| Wenbai Huang PhD | 2017 – 2018 | Colorectal Cancer and Colorectal Metastasis | Tianjin Medical University Cancer Institute & Hospital |
| Saara Ollila, MD, PhD | 2017 – 2018 | Role of Neurotrophic factor Gdnf in Colon Cancer | University of Helinski, Finland |
| Haibo Liu, MD | 2016 – 2019 | The role & mechanism of CXCR4+ myeloid cells in Barrett's Esophagus (BE Role of HDC-derived histamine in modulating myeloid hematopoietic stem cell's differentiation | AstraZeneca |
| Henrik Nienhueser, MD | 2017 – 2019 | Role of Wn5a/RhoA signaling in the regulation of diffuse Gastric Cancer | University of Heidelberg |
| Ryota Takahashi, MD, PhD | 2015 – 2019 | A novel beta2 adrenergic -nerve growth factor feed forward loop promotes pancreatic cancer | University of Tokyo, Japan |
| Weiwei Sheng MD, PhD | 2018 – 2019 | Origination of ECL cells in corpus | First Hospital of China Medical University |
| Zhengyu Jiang, PhD | 2014 – 2020 | Pancreas DCLK1 project | Johnson & Johnson |
| Masaki Sunagawa MD, PhD | 2017 – 2020 | Pancreatic Cancer | Nagoya University, Japan |
| Woosook Kim, PhD | 2014 – 2020 | Intestinal Stem Cells Immune Therapy in Gastric Cancer | LG Chem, Life Science |
| Na Fu, MD, PhD | 2018 – 2020 | HDC Project | Third Hospital of Hebei Medical University |
| Osmel Companioni Napoles, PhD | 2018 – 2020 | Barrett's Esophagus | Post – Doctoral Research Scientist |
| Giovanni Valenti, PhD | 2016 – Present | Roles of Dclk1 progenitor Cells in Pancreatic Cancer Senescence in | Associate Research Scientist |

**PRESENT POST – DOCTORAL FELLOWS:**

| Name | Training Period | Research | Current Position |
|---|---|---|---|
| Ruth White, MD, PhD | 2017 – Present | Cholinergic regulation of the neural microenvironment in Pancreatic Adenocarcinoma | Instructor in Medicine |
| Ermanno Malagola | 2019 – Present | Intestinal Stem Cells | Post – Doctoral Research Scientist |
| Tuo Ruan | 2019 – Present | Gastric Stem Cells & Gastric Cancer | Post – Doctoral Research Fellow |
| Yosuke Ochiai | 2020 – Present | Pancreatic Cancer | Post – Doctoral Research Scientist |
| Zhe Zhu | 2020 – Present | Role of pancreatic progenitors in pancreatic cancer | Associate Research Scientist |
| Guodong Lian | 2020 – Present | | Post – Doctoral Research Fellow |

**RESEARCH FUNDING**

**CURRENT FUNDING:**

NCI OUTSTANDING INVESTIGATOR AWARD (Wang) 1R35CA210088-04
Funding Agency: NIH/NCI
Title: "The Role of Stem Cells and the Microenvironment in Gastrointestinal Cancer"
Principal Investigator: Timothy C. Wang, MD
Period: 12/07/2016-11/30/2023

NIH 5T32 DK083256-12
Funding agency: NIH/NIDDK
Title: Multidisciplinary Training in Translational Gastrointestinal and Liver Research
Principal Investigator: Timothy C. Wang, MD
Period: 07/01/09 - 06/30/2024

NIH U54 CA163004-09 Barrett's Esophagus Translational Research Network
Funding agency: NIH/NCI
Title: The role of the microenvironment in Barrett's Esophagus
Principal investigators: Timothy C. Wang MD / Anil Rustgi MD / Kenneth Wang MD
Period: 09/26/2011 – 04/30/2022

NIH 2 U54CA163004-09S1
Funding Agency: NIH/NCI
Title: SARS-COV-2, ACE2 and Esophageal neoplasia
Principal Investigators: Timothy C. Wang MD / Anil Rustgi MD / Kenneth Wang MD

NIH U01DK103155-06

Funding Agency: NIH/NIDDK/Office of the Director
Title: Differentiating Radio-sensitivities among intestinal stem cell pools
Principal Investigators: Timothy C. Wang MD / Chandan Guha MBBS PhD
Period: 09/01/2019-08/31/2024

NIH 2 RO1 DK048077-24

Funding agency: NIH/NIDDK
Title: The function and regulation of histidine decarboxylase in gut inflammation
Principal Investigator: Timothy C. Wang MD
Period: 01/30/1995 – 07/31/2021

NIH R01 CA224428-03

Funding Agency: NIH
Title: The Role of RHOA in Diffuse Gastric Cancer
Principal Investigators: Adam Bass MD /Timothy C. Wang MD / Channing Der PhD
Period: 10/08/2018 – 03/31/2023

Columbia-NYU-Takeda Alliance Grant

Funding Agency: Takeda Pharmaceuticals International Co.
Title: Treatment of liver injury and fibrosis with novel ADRB2 antagonist
Principal Investigator: Timothy C. Wang, MD
Period: 01/01/2021-12/31/2021

**PENDING (not included)**

**RECENT PAST FUNDING**

MERIT AWARD (Wang) 5R37 DK052778-21

Funding Agency: NIH/NIDDK
Title: Function and regulation of progastrin receptors on intestinal progenitors
Principal Investigator: Timothy C. Wang, MD
Period: 09/01/1997 – 06/30/2020

NCI 1 R01 CA192111-01

Funding Agency: NIH/NCI
Title: Fusobacterium nucleatum-mediated stimulation of colorectal cancer: mechanic studies
Principal Investigator: Yiping Han PhD / Timothy C. Wang, MD
Period: 12/01/14 – 11/30/19

NIH 1UO1DK103155-01

Funding agency: NIH/NIDDK
Title: Differentiating Radio-sensitivities Among Intestinal Stem Cell Pools
Principal Investigator: Timothy C. Wang, MD
Period: 09/15/14 – 08/31/19

Funding Agency: NIH/NCI
Title: SPORE: DF/HCC SPORE in Gastrointestinal Cancer
Principal Investigator: Charles S. Fuchs MD/Timothy C. Wang MD
Period: 09/23/2013 – 06/30/2019

NIH 261201500039I-0-26100002-1 (Contract)
Funding agency: NIH/NCI PREVENT
Title: Chemoprevention in a mouse model of Barrett's esophagus.
Principal Investigator: Timothy C. Wang MD
Period: 09/30/15 – 9/23/18

NIH 5R01 CA120979-05
Funding agency: NIH/NCI
Title: Stem Cells and Gastric Cancer
Principal investigator: Timothy C. Wang, MD
Period: 9/1/06 - 7/31/18

NIH U01 CA164337-03
Funding agency: NIH/NCI Parent Institution: MIT
Title: GI Tract Dysbiosis and Breast Cancer
Principal investigator: Susan Erdman, MD/Timothy C. Wang, MD
Period: 09/26/12 - 08/31/17

NIH/NCI 2 P50 CA127003-06A1
Funding agency: NIH/NCI
Title: DF/HCC SPORE in Gastrointestinal Cancer
Principal Investigator: Charles Fuchs, MD
Period: 09/23/13 – 06/30/17

NIH R01 DK097016-02
Funding agency: NIH/NIDDK
Title: Quiescent Dclk1+ stem cells in the mouse intestine
Principal investigator: Timothy C. Wang, MD
Period: 06/01/13 - 05/31/17

NIH 5R01 DK060758-10
Funding agency: NIH/NIDDK
Title: Function and Regulation of Trefoil Factor Family 2/TFF2
Principal Investigator: Timothy C. Wang, MD
Period: 4/1/01 – 6/30/15 (NCE)

NIH 2R01 DK048077-17
Funding agency: NIH NIDDK
Title: Regulation of Histidine Decarboxylase
Principal investigator: Timothy C. Wang, MD
Period: 1/30/95 - 03/31/16

PanCAN/AACR Innovative Grant
Funding Agency: Pancreatic Cancer Network /AACR

Principal Investigator: Timothy C. Wang, MD
Period: 07/01/13- 06/30/16

NIH U54 CA163111-04 Tumor Microenvironment Network (TMEN)
Funding agency: NIH/NCI
Title: Myofibroblasts in Gastrointestinal Cancers
Principal investigator: Timothy C. Wang, MD
Period: 09/22/11 - 07/31/16

Lustgarten Foundation Research Grant
Funding Agency: Lustgarten Foundation
Title: Role of neurons in the development and progression of pancreatic cancer
Principal Investigator: Timothy C. Wang, MD
Period: 01/01/13-12/31/15

NIH 5R37 DK052778-14
Funding agency: NIH/NIDDK
Title: Function and regulation of progastrin receptors on intestinal progenitors
Principal Investigator: Timothy C. Wang, MD
Period: 09/1/97 – 06/30/15

NIH 5U01 CA143056-04
Funding agency: NIH/NCI, Parent Institution: Univ. of Pennsylvania
Title: Collaborative Res. In Integrative Cancer Biology and Tumor Microenvironment
Principal Investigator: Anil Rustgi MD/Timothy C. Wang, MD
Period: 09/28/09-8/31/14

NCI N-2011-39 N01 CN43300
Funding agency: NCI
Title: Chemoprevention in a Novel Mouse Model of Barrett's Esophagus and Esophageal Adenocarcinoma
Principal Investigator: Timothy C. Wang, MD
Period: 11/1/10 – 4/29/2013

NCI 5 R01 CA120979-05
Funding agency: NCI
Title: Stem Cell and Gastric Cancer
Principal Investigator: Timothy C. Wang, MD
Period: 9/1/06 – 3/31/2012

NIH 5U54 CA126513-05
Funding agency: NIH/NCI
Title: Role of Inflammation and Stroma in Digestive Cancers
Principal investigator: Timothy C. Wang, MD
Period: 9/30/06 – 9/21/11

**PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES**

1991 – 2000 Attending Physician, Medical Service, Massachusetts General Hospital
2000 – 2004 Attending Physician, UMass Medical Center

## MAJOR ADMINISTRATIVE RESPONSIBILITIES

| | |
|---|---|
| 1992 | Director of GI Unit Research Journal Club |
| 1993 | Co-Director, Course on Techniques in Molecular and Cellular Biology |
| 1995 | Director of Transgenic Core Laboratory, CSIBD |
| 1996 | Director of GI Unit Research Seminar Series |
| 1998 | Director of Partner's Dyspepsia Disease Management Program |
| 1998 | Associate Chief, Gastrointestinal Unit, MGH |
| 2000 | Chief, Gastrointestinal Division, UMass Medical |
| 2004 | Chief, Gastroenterology Division, Columbia University Medical School |
| 2006 | Director, Tumor Microenvironment Network at Columbia University Medical Center |
| 2018 | Co-Director of TIMS Program, (Herbert Irving Comprehensive Cancer Center) HICCC |
| 2020 | Leader, Columbia University Irving Medical Center – Division of Digestive and Liver Diseases, COVID-19 Response Team |

## TEACHING EXPERIENCE

| | |
|---|---|
| 1991 – 2000 | Visit on the Gastrointestinal Service |
| 1992 – 2000 | Visit on the Bigelow Medical Service |
| 1993 – 2000 | Co-director of the IBD Center Molecular Biology Course |
| 1993 – 2004 | Lecturer at Harvard Postgraduate course in Gastroenterology, Infectious Diseases, and Surgery |
| 1998 – 2000 | Lecturer in CME program: AMIL Physicians from Brazil |
| 2000 – 2004 | Attending on the UMass Medicine and GI services |
| 2000 – 2004 | Co-director of GI Pathophysiology course, UMass Medical School |
| 2001 – 2005 | Thesis committee Tox/Path for M.I.T. |
| 2002 – 2005 | AGA, Academic Skills Workshop |
| 2004 – | GI Pathophysiology Course, Body in Health and Disease, Columbia University Medical Center |
| 2004 – | Update in Gastroenterology, Hepatology & Nutrition, Columbia University College of Physicians & Surgeons and Weill Cornell Medical College, guest lecturer |
| 2004 – | Medicine attending on GenMed2 Medical service, 1 month/yr |
| 2005 | American Austrian Foundation (Salzburg), guest lecturer |
| 2005 – | Lecture to graduate students in Nutrition, CUMC, 1x/year |
| 2007 – | Morning Report with CUMC medical residents, 1X month |
| 2009 | American Austrian Association (Salzburg), guest lecturer |
| 2012 | American Austrian Foundation (Salzburg), guest lecture |

## INVITED SPEAKER

| | |
|---|---|
| 1991 | University of Pennsylvania |
| 1992 | University of Michigan |
| 1993 | Boston University |
| | Peptide Growth Factor Conference, Vail, Colorado |
| 1994 | Invited speaker, CURE, UCLA |
| 1995 | Tufts University/New England Medical Center |
| | Massachusetts Institute of Technology |
| 1996 | GI Cancers: Biology and Genetics, Reston, VA |
| 1997 | Gastrin Conference, Liverpool, UK |

| | |
|---|---|
| 1998 | Invited speaker, Univ. of Michigan |
| | Invited speaker, UTMB |
| | Invited speaker, Medical College of Georgia |
| | K-Club, DDW, New Orleans |
| | Yamanouchi Symposium, Tokyo Japan |
| | Visiting Professor, University of Cincinnati |
| 1999 | Keystone Symposium on GI Cancer |
| | Chugai Symposium, DDW, Orlando |
| | Visiting Professor, National University, Taiwan |
| | Invited Speaker, Mount Sinai Medical Center |
| 2000 | Invited Speaker, University of Massachusetts |
| | Invited Speaker, Brigham and Woman's Hospital |
| | Invited Speaker, Emory University |
| | Invited Speaker, Massachusetts Institute of Technology |
| | Invited Speaker, Merck Corporation, Pennsylvania |
| | Visiting Professor, Humboldt University, Berlin, Germany |
| | Victor Mutt Lectureship, Cairns, Australia |
| | External Scientific Advisory Board, Washington Univ. Nutrition Center |
| 2001 | Visiting Professor, University of Pennsylvania |
| | Visiting Professor, University of Connecticut |
| | Visiting Professor, Yale University |
| | Invited Speaker, Worcester Medical Center/St. Vincent's Hospital |
| | Invited Speaker, APDW, Sydney, Australia |
| | Invited Speaker, Conference on gastric cancer, Astra-Zeneca, Waltham, MA |
| | Invited Speaker, Keio and Kyoto Universities, Japan |
| | Invited Speaker, FASEB, Kalispell, Montana, July 2001 |
| | Invited Speaker, FASEB, Ottawa, Quebec, Canada, October 2001 |
| | Invited Speaker, University of Toronto |
| | Invited Speaker, 3rd International Conference on Trefoils April |
| 2002 | Invited Speaker, Pacific Basin Group on Gastroduodenal Disorders Meeting |
| | Invited Speaker, University of Pennsylvania Postgraduate Course |
| | Invited Speaker, Yale University School of Medicine |
| 2003 | Invited Speaker, Beth Israel Deaconess Hospital, Boston, MA |
| | Salmon Visiting Professor of Medicine, Vanderbilt University |
| | Invited Speaker, Yale University "Biology of Gastrointestinal Bleeding," |
| | Invited Speaker, Columbia College of Physicians and Surgeons, NY<br>"*Helicobacter pylori* and gastric cancer" |
| | Invited Speaker, Duke University Medical Center<br>"*Helicobacter pylori* and gastric cancer" |
| | Invited Speaker, Astra-Zeneca International Consensus Conference, Stockholm, Sweden<br>"*Helicobacter* and gastric cancer" |
| | Grand Rounds Speaker, St. Vincent's Medical Center, Worcester, MA<br>"*H. pylori*: Update 2003" |
| | Grand Rounds Speaker, Holy Family Hospital, Methuen, MA<br>"*H. pylori*: Update 2003" |
| | Invited Speaker, Beth Israel Deaconess Hospital, Boston, MA<br>"Infection and inflammation: the origins of epithelial cancers" |
| 2004 | Invited Speaker, Massachusetts General Hospital<br>"Trefoil factor 2: non-epithelia expression and the origin of epithelial cancers" |
| | Invited Speaker, UCLA, VA Healthcare System CURE "Helicobacter and Gastric Cancer" |

"Helicobacter, Inflammation and Gastric Cancer"
Invited Speaker, Massachusetts General Hospital, GI Grand Rounds
"*H. pylori* and Gastric Cancer"
Invited Speaker, 15th International Symposium of Regulatory Peptides, Toulouse, France
"Non-processed gastrins: effects, mechanisms of action and pathophysiological relevance"
Pediatric GI Grand Rounds, Columbia University Medical Center
"*Helicobacter* and gastric cancer"
Invited Speaker, Cornell Medical School, GI Grand Rounds
"*Helicobacter pylori* and gastric cancer"
Invited Speaker, Columbia College of P&S, Medical Grand Rounds
"*H. pylori* and gastric cancer"
Invited Speaker, 4th International Conference on Trefoil factors, Strasbourg, France
"Trefoil factor-2 (TFF2): non-epithelial expression and possible role in immune regulation"

2005

Jan Invited Speaker, GI Fellows Columbia University, "Peptic Ulcer Disease"
Invited Speaker, GI Grand Rounds St. Luke's/Roosevelt Hospital, New York, NY
"*Helicobacter* and gastric cancer"

Mar Invited Speaker, Stanford University Microbiology, Molecular Oncology Research Seminar, Palo Alto, CA, "*Helicobacter* pylori and gastric cancer: a new paradigm for epithelial cancer"
Invited Speaker, GI Grand Rounds, Stanford University, Palo Alto, CA
"*Helicobacter* and gastric cancer: a new paradigm for inflammation mediated neoplasia"
Invited Speaker, Genentech Molecular Oncology Seminar, South San Francisco, CA
"*Helicobacter pylori* and gastric cancer: a new paradigm for cancer stem cells"
Invited Speaker, Washington Hospital Center, Cardiovascular Revascularization Therapies (CRT) 2005 Conference, Washington, DC
"Studies suggesting that stem cell might be carcinogenic"

Apr Invited Speaker, National Cancer Institute Sponsored Workshop on Mucosal Immune Surveillance, Inflammation and Cancer, Rockville, MD
"Inflammation and carcinogenesis"

May Invited Speaker, John Hopkins School of Medicine Jr. Faculty Research Program IBD Symposium, Baltimore, MD
"Management problems in IBD: Immunomodulators, Biologics and Dysplasia"
Invited Lecturer and session Co-Chair, State of the Art Lecture, American Gastroenterological Association Annual Meeting, Chicago IL "Stem cells and cancer"
Invited Speaker, AGA Postgraduate Course, Digestive Diseases Week 2005, Chicago, IL; Japanese K-Club, Chicago, IL "Gastritis and cancer"

Jun Invited Lecturer, Hematology/Oncology Research Seminar, New York University School of Medicine, New York, NY
Invited Speaker and session Co-Chair, 10th US-Japan GI & Liver Meeting in the 21st Century, Kyoto, Japan
"Helicobacter and gastric cancer: a new paradigm for epithelial malignancy"

Sept Invited Speaker, AGA-British Society of Gastroenterology (BSG) Meeting, Oxford, England, "Stem cells and GI carcinogenesis"
Invited Lecturer: GI Grand Rounds and Research Seminar, University of Pennsylvania, Philadelphia, PA
"*Helicobacter*, inflammation and stem cells: a new paradigm in epithelial cancer"
Invited Speaker, World Congress of Gastroenterology, Montreal, Canada

2006

Jan Invited Speaker, Albert Einstein College of Medicine, Liver Research Center Seminar, Bronx, NY
"*Helicobacter* and gastric cancer – a new paradigm in epithelial malignancies"
Invited Speaker, University of Michigan GI Peptide Research Center Retreat, Detroit, MI
Invited Speaker, Medical Grand Rounds, Northwestern University, Feinberg School of Medicine, Chicago, IL
"*Helicobacter pylori* and gastric cancer: a new paradigm for epithelial cancer"

Feb Invited Speaker, Are Inflammation and Cancer Linked? Meeting, Cape Town, SA, "*Helicobacter pylori*, stem cells and gastric cancer"

May Invited Speaker, 4th International Symposium on Cell/Tissue Injury and Cytoprotection/Organoprotection, Long Beach, CA
"Gastric cancer can originate from bone marrow derived cells"

Jul Invited Speaker, Salzburg Columbia Seminar Internal Medicine, Salzburg, Austria "GERD"; "Jaundice"; "Gastric Cancer"; "Hepatitis"; "Academic Medical Centers in the USA"; "Inflammatory Bowel Disease"

Aug Invited Speaker, 4th International Society of Gastroenterological Carcinogenesis Conference, Honolulu, HI, - "*Helicobacter pylori*, stem cells and gastric cancer"

Sept Invited Speaker and Co-Director, AGA Stem Cells in Gastrointestinal Development, Regeneration & Neoplasia Draft Program, Tyson's Corner, McLean, VA - "Inflammation, Stem Cells and Cancer"
Invited Speaker, Normal and Cancer stem cells, EMBO, Catanzaro, Italy - "The role of bone marrow-derived cells in gastric cancer. Stemness: the bright and the dark side"

Oct Invited Speaker, The New Biology of the Gastrin-Cholecystokinin Family of Hormones Symposium, Benzon Symposium, Copenhagen, Denmark - "Progastrin and colon cancer"

Nov Invited Speaker, AACR Conference on Frontiers in Cancer Prevention Research, Plenary Session on Stem Cells, Boston, Massachusetts

2007

Jan Invited Speaker, Department of Pharmacology, Columbia University
Invited Speaker, Lab Medicine/Pathology, Columbia University

Mar Invited speaker, Falk Symposium, Sevilla, Spain
"Gastritis, colitis and dysplasia – role of BMDCs"

Apr Visiting Professor, UCLA School of Medicine
"Peptic Ulcer Disease"; "Gastric Cancer"
Invited Speaker, Stanford University School of Medicine
Invited Moderator, AACR Annual Meeting, Los Angeles, CA

May Invited Speaker, Digestive Diseases Week, AGA Symposium
"Stem Cells and Cancer"
Invited Speaker, NCI Workshop on Cancer Stem cells
"*Helicobacter*, inflammation and stem cells– a new paradigm in gastric cancer"

Jun Invited Speaker, Medical Grand Rounds, Memorial Sloan Kettering
"*Helicobacter* and gastric cancer"
Research Seminars in Tokyo and Kyoto Japan
Invited Speaker, 12th US-Japan GI and Liver Meetings
"*Helicobacter*, inflammation and stem cells– a new paradigm in gastric cancer"

Sept Invited Speaker, NCI Summit on Carcinoid Tumors

Oct Invited Speaker, Keystone Symposia on Molecular and Cellular Biology, Beijing, China
"The Role of Inflammation and Bone Marrow progenitor Cells in the Pathogenesis of Gastric Cancer"

Retreat – "Inflammation and stem cells in cancer: is diet important?"

Nov Invited Speaker, New York Academy of Medicine – "Update in Gastroenterology, Hepatology and Nutrition"

Invited Speaker, TARP Meeting, Bethesda, MD – "The Role of Inflammation and Bone Marrow Progenitor Cells in the Pathogenesis of Gastric Cancer"

Dec Invited Speaker, Mayo Clinic, Division of Gastroenterology and Hepatology, Rochester, MN – "*Helicobacter,* Inflammation and Stem Cells: A New Paradigm"

Invited Speaker, TMEN Steering Committee Meeting, Bethesda, MD "Role of Inflammation and Stem Cells in Gastric Cancer"

2008

Mar Invited Speaker, "Inflammation and cancer", ICRC Cancer Center Signaling section

Apr Invited Speaker, Keystone Symposia Conference, Snowbird, Utah "Inflammation, Microenvironment and Cancer" & "Inflammation, Stem Cells and Gastric Cancer"

Aug Invited Speaker, 5th International Society of Gastroenterological Carcinogenesis Conference, Oxford University, UK "The role of bone marrow in the induction of gastrointestinal cancer"

Sept Invited Speaker, Cambridge Research Institute Inaugural Annual Symposium on Unanswered Questions in the Tumor Microenvironment, Cambridge University, UK – "The role of cytokines and stem cells in gastric cancer?"

Oct Invited Speaker, 16th United European Gastroenterology Week, Vienna Austria "What the Gastroenterologist needs to know about stem-cells," and "Origin of Gastric Cancer"

Nov Invited Speaker, American Pancreatic Association and Lustgarten Foundation. Chicago, IL "The Role of Cytokines and Bone Marrow Stem Cells in Gastrointestinal Carcinogenesis"

Invited Speaker, New York Medical College, Valhalla, NY "Recent Advantages in the Diagnosis and Treatment of *H. pylori*"

Dec Invited Moderator, Weill Cornell Medical College 25th Annual Postgraduate Medicine Course: Update in Gastroenterology, Hepatology & Nutrition – "Treating and Preventing Luminal Cancers" and Speaker, "*H. pylori* and Gastric Cancer"

Invited Moderator, Advisory Board Meeting, Ferring Pharmaceuticals "Gastroenterology Development"

2009

Jan Invited Speaker, International Regulatory Peptide Society; 17th International Symposium on Regulatory Peptides. Santa Barbara, CA "Regulatory peptides and Cancer in the GI tract"

Apr Invited Speaker, Boston University School of Medicine "*H. pylori*, Inflammation and Gastric Cancer"

Invited Speaker, Medical Grand Rounds Guest Speaker Weill Cornell Medical College, Department of Medicine, Division of Gastroenterology and Hepatology, "Immunobiology of Gastric Cancer"

Sept Invited Speaker, Recent Advances in IBD; Inflammatory Bowel Disease Center at UCLA "Stem Cells, Inflammation and Cancer"

Invited Speaker, MSK Geoffrey Beene Cancer Research Symposium, Memorial Sloan-Kettering Cancer Center "The Role of Inflammation and Stem Cells in Gastric Cancer"

Oct Invited Speaker, Japan Digestive Disease Week 2009; Kyoto, Japan "Inflammation & Stem Cells in Gastric Carcinogenesis"

"Closing in On Cancer Stem Cells of the GI Tract"

Nov Invited Speaker, 6th International Conference on the Trefoil Factor Family; University of Bristol, London England "TFF2: An Anti-Inflammatory Chemokine Expressed in Gastric Progenitor Cells"

Invited Speaker, Hematology/Oncology Grand Rounds, Columbia University Medical Center "The Role of Inflammation and Stem Cells in Gastric Cancer"

Dec Invited Speaker, Department of Pathology, Grand Rounds, NYU Langone Medical Center "The Role of Inflammation and Stem Cells in Gastrointestinal Cancer"

2010

Jan Invited Speaker & Moderator, with Hal Moses, TMEN Steering Committee Meeting, Nashville, TN "Tumor Immunology"

Invited Speaker, ASCO: 2010 Gastrointestinal Cancers Symposium, Orlando, FL "GI Cancer Stem Cells"

Apr Invited Speaker, John H. Walsh Memorial Lecture, CURE: Digestive Diseases Research Center 2010 Annual Research Meeting, UCLA –"The Role of Gastrin and Histamine Receptors in the Pathogenesis of Colon Cancer"

Invited Speaker, AACR 101st Annual Meeting, Gastric Cancer Symposium, Washington, DC "Linking inflammation and stomach cancer in mouse models"

May Invited Speaker DDW, Ernest N. Morial Convention Center, New Orleans, LA, AGA Plenary "Gastric Disease in the 21st century: A Tale of Three Stomachs"

Invited Speaker DDW: G-protein coupled receptors expressed on colonic progenitor cells mediate progastrin-dependent carcinogenesis

Invited Speaker, Conference on Radiation and Cancer, 21st Annual NASA Space Radiation Investigators' Workshop, Port Jefferson, NY "Role of stem cells and inflammation in gastrointestinal cancer"

June Invited Speaker, Centocor/Johnson & Johnson Seminar, Radnor, PA "The Role of Cancer Associated with Fibroblasts in Cancer"

July Invited Speaker, TMEN Steering Committee Meeting, Bethesda, MD – "Metabolism of tumor and stromal cells during tumor progression and metastasis"

Sept Invited Speaker, 2010 Lab Presentation for IHN Doctoral Students

Oct Invited Speaker, GI Fellows Research Conference "Models of Barrett's"

Invited Lecturer, The Body in Health & Disease, "Peptic Ulcer Disease and Other Gastric Diseases"

Invited Speaker, AACR Special Conference in Colorectal Cancer: Biology to Therapy "Gastrointestinal cancer and the tumor microenvironment"

Invited Speaker, Century Club "The History of Cancer: Where we are today"

Invited Speaker, Pancreas Conference with Dr. Westphalen "Inflammation and Pancreatic Cancer"

Nov Invited Speaker, 2010 Frontiers in Cancer Prevention Research Conference "Gastrointestinal Cancer and the Tumor Microenvironment"

Invited Speaker, Pediatrics GI Grand Rounds "*H. pylori*"

Dec Invited Lecturer, Columbia/Cornell: Update in Gastroenterology, Hepatology & Nutrition, Columbia University Medical Center "Empiric Treatment of Dyspepsia: PPIs, *H. pylori* Eradication or Neither"

2011

Jan Invited Speaker, 6th International Society of Gastroenterological Carcinogenesis Conference "Stem Cells in Gastric Cancer"

Invited Speaker, Columbia University Medical Center, Medical Grand Rounds – "Proton pump inhibitors: Too much of a good thing?"

Visiting Professor, Bronx, NY Montefiore Seminar "Role of the tumor

Feb — Invited Speaker, Noon Conference "How to Write a Paper"
Invited Reviewer, Washington, D.C., Tumor Microenvironment (NCI/TME) Study Section
Invited Member, TMEN Meeting, Bethesda, Maryland
Invited Speaker, The UT MD Anderson Cancer Center, GI Cancer Program Research Seminar Series **"**Stem cells and the Tumor microenvironment in gastrointestinal cancer"
Invited Speaker, Youth Faculty Program "Strategies for Success in R01 Grant Applications"

March — Invited Speaker, Pittsburgh GI Grand Rounds [title]
Invited Speaker, Charite University, Berlin Talk **"**Carcinogenesis of the gastrointestinal tract: role of the tumor microenvironment"

Apr — Invited Speaker, Interurban Clinical Club (Mt. Sinai) "The role of Inflammation and stem cells in cancer"
Invited Chairperson Major Symposia Session, AACR 2011 Annual Meeting, Orlando, Florida "Stromal contributions to tumorigenesis"
Invited Member, AACR 2011 Annual Meeting Education Committee, Orlando, Florida
Invited Speaker, Washington University School of Medicine, St. Louis, GI Research Conference "The role of inflammation and stem cells in gastrointestinal carcinogenesis"
Invited Speaker, HICCC/Beatson Symposium, New York

May — Invited DDW McCormick Place, Chicago, IL
Invited Chair-elect, AGA Research Policy Committee
Invited Abstracts Program Committee Reviewer

Aug — Invited Speaker, GI FASEB Summer Research Conference (Colorado) "Innate and Adaptive Immunity in Neoplasia"

Sept — Invited Guest, Dr. Richard Peek and Dr. Pelayo Correa Vanderbilt Medical Center in Nashville, Tennessee – "*H. pylori*-Induced inflammation and Gastric Cancer" (Peek) and the "Etiological studies of gastric carcinoma" (Correa)
Invited Chair-elect AGA, Research Policy Committee
Invited Speaker – Georgia Gastroenterologic and Endoscopic Society, Atlanta, Georgia "*Helicobacter pylori*: from bench to bedside"

Oct — Invited Lecturer, 2011 Lab Presentation for IHN Doctoral Student Nutritional and Metabolic Biology Program
Invited Speaker, AGA Institute James W. Freston Single Topic Conference (D.C.) "Genetic Issues for Treatment of GI Cancers II"
Invited Speaker, 2011 Gigi Shaw Arledge Conference on Pancreatic Disease, New York –"Dclk1 progenitor cells in pancreatic neoplasia"
Invited Speaker, Center for Systems Biology/MGH, Boston "Myeloid cells in gastrointestinal carcinogenesis"

Nov — Invited Lecturer, Columbia – Body in Health and Disease "Peptic Ulcer Disease and Other Gastric Diseases"
Invited Speaker: 3rd Annual Residency Pathway Symposium Columbia "From Helicobacter and Gastric Cancer to Inflammation and Stem Cells: *25 years in Gastrointestinal Research"*

Dec — Invited Lecturer, 22nd Annual Postgrad Medicine Course/Columbia Cornell "Empiric Treatment of Dyspepsia: PPIs, *H. pylori* Eradication or Neither

"The role of inflammation and stem cells in cancer"
Invited Global Advisor, Pradaxa Special Global Advisory Board, Toronto

2012

Jan — Invited Speaker, Seminar in Clinical Research, The Rockefeller University Hospital, "The role of inflammation and stem cells in cancer"
Invited Presenter, HICCC Retreat, Columbia "Gastrointestional/Pancreas Cancer Program at Columbia University"

March — Invited Lecturer, PEDs GI "Inflammation, stems cells and cancer"
Invited Lecturer, GI Fellows Didactic Lecture, Columbia University Topic: "*H. pylori*"
Invited Member, AACR 2012 103rd Annual Meeting, Chicago, IL

April — Faculty Lecturer, GI Fellows Didactic Lecture, Columbia University Topic: "Peptic Ulcer Disease"
Invited Speaker, Cancer Stem Cell Symposium at the University of Pennsylvania "The role of stem cell in gastrointestinal carcinogenesis"
Invited Speaker, Irving Cancer Research Center, GI Program Presentation

May — Invited Member, TMEN Steering Committee, Washington, DC
Invited Member, 2012 BETRnet Steering Committee, Washington, DC
Invited Moderator, DDW AGA Committee Sponsored Symposium, San Diego, California Publishing Manuscripts: "The Path from Ideas to Publication"
Invited Moderator, DDW AGA Topic Forum, San Diego, California – Gastric Cancer Biology, Diagnosis & Treatment

June — Faculty Lecturer, 5th Annual Mini-Retreat Young Faculty Mentoring Program
Invited Speaker, Munich Germany at Molekulare Gastroenterologie II
Invited Speaker, AAF Meeting, Salzburg Topic(s): Hepatitis C, Management and End of Stage Liver Disease, *pylori* and Peptic Ulcer Disease, Celiac and other Malabsorption Disease

July — External Advisory Board, Dr. Richard Peek and Dr. Pelayo Correa, Retreat for Vanderbilt PO1 on Gastric Cancer

Sept — Invited Speaker, Mayo Clinic Rochester, MN Barrett's Esophagus Symposium Topic: "Bile Acids in mouse models of BE"
Invited Presenter, HICCC External Advisory board meeting, Washington
Invited Member, AGA Fall Meeting, Chair, Research Policy Committee
Invited External Advisory Board Member, HICCC, Columbia

Oct — Invited Speaker, Osaka Meeting Topic: "GI inflammation and Cancer," Osaka, Japan – "The Role of inflammation and Stem Cells in Gastrointestinal Cancer"
Invited Speaker, AACR 2012 Frontiers in Cancer Prevention Anaheim, CA "Inflammation, Stem Cells and Cancer"
Invited Reviewer, Tumor Microenvironment Study Section, Bethesda, MD

Nov — Faculty Lecturer, 2012 Body in Health and Disease Program Peptic Ulcer Disease
Invited Lecturer, 2012 Annual Postgrad Medicine Course/Columbia Cornell

2013

Jan — Invited Member, Tumor Microenvironment Steering Committee, New York, NY

March — Invited Speaker, Tumor Microenvironment Mechanisms and Therapeutic Implications, Weill Cornell Topic: "Innervation is Critical for Gastrointestinal Tumorigenesis"

Apr — Invited Speaker AACR 2012 103rd Annual Meeting, Washington, DC

| | |
|---|---|
| | "Lessons from mouse models on the prevention and therapy of gastric cancer and Barrett's esophagus: what mouse models can teach us about human disease" |
| | Invited Speaker, Grand Rounds Memorial Sloan Kettering Cancer Center "Novel therapeutic approaches to gastric cancer: from bench to bedside" |
| May | Invited Speaker, Vanderbilt – Ingram Cancer Center, Nashville, TN "The role of inflammation and stem cells in gastrointestinal carcinogenesis" |
| | Invited Speaker, 2013 Digestive and Liver Disease Week, Orlando, Florida-Orlando CVB and the Orange County Convention Center |
| | Grand Rounds Speaker, Memorial Sloan Kettering Cancer Center Cancer Biology and Genetics Program Research Seminar Series, New York NY "Interactions between the microenvironment and stem cells in early cancer development" |
| June | Keynote Speaker / Teaching Faculty, 5th Annual Young Faculty Mentoring Program Symposium, Columbia |
| | Co-Chair, 2013 Herbert Irving Comprehensive Cancer Center, Columbia Annual Symposium: "Tumor Microenvironment" |
| July | Invited Speaker and Award Recipient, Chinese Society of Clinical Oncology (CSCO), Shanghai, China Gastrointestinal Cancer Symposium 2013 Plenary Section |
| Sept | Faculty Lecturer, Weill Cornell Medical College and CUMC, NY Second Annual Update on Gastrointestinal Cancers: "A Multidisciplinary approach to Screening, Diagnosis, and Treatment" |
| Oct | Invited Speaker, Fox Chase Cancer Center, Philadelphia, PA Research Seminar Series, "Inflammation and origins of gastrointestinal cancer" |
| Nov | Invited Speaker, AACR Special Conference, San Diego, CA "Translational Impact of Model Organisms in Cancer" |
| | Invited Speaker, 2nd Annual Mayo-Columbia PENN BETRNet |
| Dec | Invited Speaker / Co-Chair, Japanese Colon Association AACR Meeting, Tokyo, Japan |
| 2014 | |
| Feb | Faculty Lecturer, GI Fellows Didactic Lecture Series, CU "Stomach Disorders" |
| March | Faculty Lecturer, GI Fellows Didactic Series, CU "*Helicobacter pylori*" |
| | Invited Speaker/Moderator/Co-Coordinator, Keystone Symposium on Inflammation, Infection and Cancer, Canada "GI Infection, Inflammation and Tumor Microenvironment" |
| April | Invited Speaker, AACR Annual Meeting, San Diego, CA "The Role of immature myeloid cells in Gastrointestinal Cancer" |
| | Moderator, New York City TME Symposium, CU "Tumor Microenvironment Expansion & Diversity" |
| May | Invited Speaker, AGA Digestive Disease Week 2014 Chicago, IL "Stem Cells & the Origins of Barrett's Esophagus" |
| | Moderator, AGA Digestive Disease Week 2014, Chicago, IL "Basic Methods in Microbiome Research" |
| | Invited Speaker, AACR Special Conference on Pancreatic Cancer New Orleans, LA "Pancreatic Cancer may be initiated by Dclk1+ cells and regulated by adrenergic signaling" |
| | Grand Rounds Speaker, Yale University, New Haven CT "The role of inflammation, Dclk1+ tuft cells and Nerves in pancreatic cancer" |
| June | Invited Speaker, International Conference on Clinical Cancer |

| | |
|---|---|
| | "Novel Animal Models of Esophageal Cancer" |
| September | Grand Round Speaker, Albert Einstein College of Medicine, NY<br>"Gastric Stem Cells and Gastric Carcinogenesis"<br>Invited Speaker, 2014 Zhongshan Hospital General Surgery Symposium, Zhongshan Hospital Fudan University, Shanghai China<br>"Clinical Treatment of Gastric Cancer and Colorectal Cancer" |
| November | Invited Speaker, Massachusetts General Hospital Cancer Center Research Seminar "Gastric Stem Cells and Gastric Cancer" |
| 2015 | |
| February | Invited Speaker, Keystone Symposia Conference, Keystone CO Endoderm Lineages in Development and Disease (B2) "Pancreatic Cancer Stem Cells" |
| March | Invited Speaker, National Cancer Institutes, Rockville, MD<br>The Role of Nerves in Cancer Progression<br>"The Role of Nerves in Gastric Tumorigenesis" |
| April | Invited Speaker, American Association of Cancer Research (AACR) Annual meeting, Philadelphia PA<br>"Mouse models and cell of origin for Barrett's Esophagus"<br>Invited Speaker/Primary Investigator, Intestinal Stem Cell Consortium (ISCC)/National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), Spring Committee meeting National Institutes of Health (NIH) Bethesda, MD |
| May | Invited Speaker, Columbia University Stem Cell Day Symposium<br>"Gastric stem cells" |
| June | Invited Speaker, Cell Press LabLinks Intersections of Stem Cell Biology and Cancer "Gastric stem cells and their niches"<br>Invited Speaker, The NIH Center for Molecular Studies in Digestive and Liver Diseases/The Penn/CHOP Center for Digestive, Liver & Pancreatic Medicine, Division of Gastroenterology<br>"Role of stress and neurons in the development of pancreatic cancer"<br>Invited Speaker, MGH Celebration of Isselbacher 90th birthday Boston, MA<br>"Gastric Cancer" |
| July | Invited Speaker, BETRNet Steering Committee Meeting, Bethesda, MD |
| August | Invited Speaker, AACR/PanCAN scientific meeting San Diego, CA<br>"Dclk1+ stem cells are pancreatic cancer initiating cells" |
| October | Invited Speaker, Gigi Shaw Pancreatic Cancer Symposium, Columbia University, NY "The role of stress and neurons in pancreatic cancer"<br>Invited Speaker Think Tank on Esophageal Cancer, Boston MA<br>"A mouse model of Barrett's esophagus and esophageal cancer" |
| November | Faculty Lecturer, The Body in Health Disease, Columbia University, NY<br>"Peptic Ulcer Disease" |
| December | Invited Speaker, *Helicobacter pylori* & Gastric Cancer Research Symposium honoring the Research of Dr. Pelayo Correa, Vanderbilt University, Nashville TN<br>"Gastric Stem Cells, Stem Cell niches, & Origins of Gastric Cancer" |
| 2016 | |
| January | Invited Speaker, Weill Cornell Medical Grand Rounds, New York, NY<br>"Gastric Cancer 2016: from Bench to Bedside" |
| March | Invited Speaker, Keystone Symposium on Stem Cells & Regeneration in the Digestive Organs, Keystone CO "Gastric Stem Cells & their Niches" |

Symposium, Shanghai, China
"The role of inflammation and stem cells in colorectal cancer"

July — Invited Speaker, Singapore Gastric Cancer Consortium 9th Annual Scientific Meeting, Singapore "Gastric Stem Cells in Gastric Cancer"

August — Invited Speaker, TME NYC 2016 Annual Symposium Program: Tumor and Metastasis Microenvironments: Mechanisms and Therapeutic Implications – "Gastric Cancer and gastric stem cell niche"
Invited Speaker, 2016 James W. Freston Single Topic Conference: Intestinal Metaplasia in the Esophagus and Stomach: Origins, Differences, Similarities and Significance,
"Potential Origins of Metaplasia in the Esophagus: Lesson from Mouse Models"

September — Honorary Lecturer, Annual Congress of the German Society for Gastroenterology (DGVS) Visceral Medicine 2016, Hamburg Germany
"Tumorigenesis in the Upper GI Tract"

October — Invited Speaker, United European Gastroenterology (UEG) Week 2016 Immunotherapy in Cancer Session "Evidence in esophageal and gastric cancers"

December — Invited Speaker: Indian Society of Gastroenterology Conference (ISGCON) 2016 "Crosstalk between inflammation stem cells and Gastrointestinal Cancers", Immunomodulation for the treatment of Cancer:
"Science behind the promise of cure"
Expert Panel: Vision of Gastroenterology in the next decade

2017

March — Invited Speaker, 89th Annual Meeting of Japanese Gastric Cancer Association "Gastric Cancer Stem Cells, Gastric Cancer and their niche"
Finalist Presentation for SU2C Colorectal Dream Team at the American Association for Cancer Research, Philadelphia PA

August — Invited Speaker, Gastroenterology Society of Australia
"Immune Therapy for Gastric Cancer"

September — Invited Speaker, IPSEN Gastrointestinal / Neuroendocrine Tumors (NET) Research Meeting, Trondheim Norway "Stem Cells in Gastric Cancer"

October — Invited Speaker – Frontiers in Biomedicine: 2017 Joint Forum of Zhejiang University School of Medicine and Columbia University, Wu Family China Center for Health Initiatives "Targeting Gastric Stem Cells and their niches"

2018

March — Invited Speaker, Columbia University Michael D. Gershon Symposium
"The role of the nerves in cancer"

April — Invited Speaker, Intestinal Stem Cell Consortium (ISCC), UCLA
"Differentiating radio-sensitivities among intestinal stem cell pools"

May — Invited Lecturer, GI Fellows Didactic Lecture,
Columbia University Topic: "*H. pylori* and Gastric Cancer"

June — Invited Speaker, Digestive Diseases Week (DDW), Funderburg Symposium, Washington, DC "Neuronal Involvement in Gastric Carcinogenesis"

September — Invited Speaker, Frontiers in Biomedicine 2: 2018 Joint Forum of Zhejiang University School of Medicine and Columbia University, Wu Family China Center for Health Initiatives "Targeting nerves in pancreatic adenocarcinoma"

October — Tumor Immunology, Microenvironment and Stemness (TIMS) Talk
Columbia University "Gastric stem cells, gastric cancer, and their niche"

November — Invited Speaker, American Pancreatic Association (APA) Frank Brooks State of the Art Lecture "The role of nerves and inflammation in pancreatic cancer"

pathogenesis of gastric cancer, state of the art. From bench to clinic in gastric cancer: Where are we headed?"

December Invited Speaker, GI Fellows Research Conference at Columbia University "The role of nerves and inflammation and progenitors in GI cancers"

2019

January Invited Speaker, GI Grand Rounds, Weill Cornell Medicine "Gastric Cancer: New Strategies in Prevention & Treatment"

March Invited Keynote Speaker, Texas Medical Digestive Diseases Symposium Houston, Texas "The role of inflammation, injury and stem cells in the pathogenesis of gastric cancer."

April Invited Speaker, Frontiers in Stem Cells & Gastric Cancer conference at Shanghai Jiao Tong University "Stem Cells & Gastric Cancer"

June Invited Speaker, Gordon Research Conference, Pancreatic Diseases, Newry, Maine "The role of nerves in pancreatic adenocarcinoma."

October Invited Speaker, Wu Foundation Joint Symposium, Zhejiang University Hangzhou, China "The role of inflammation and progenitors in pancreatic cancer."

Invited Speaker, West Lake Gastric Cancer Symposium, Zhejiang University Hangzhou, China "Inflammation and Stem Cells in Gastric Cancer."

November Invited Speaker, University of Kansas Cancer Center Symposium "The Role of Inflammation, Nerves, and Progenitors in Pancreatic Cancer"

December Cold Spring Harbor, Banbury Center meeting, The Nervous System in Cancer

2020

January Invited Lecturer, GI Fellows Research Conference, Columbia University "Gastrointestinal preneoplasia: Translational Opportunities"

March Invited Lecturer, GI Fellows Didactic Lecture, Columbia University Topic: "*Helicobacter pylori*"

September Invited Speaker, Dr. Mark Babyatksy Memorial Lecture at Mount Sinai Hospital "Acid suppression and gastric disease: stem cells, peptic ulcers and cancer"

October Invited Speaker, American Pancreatic Association 2020 Annual Scientific Virtual Meeting on "Nerves and Pancreatic Cancer"

November Moderator, 4th Boston Think Tank on Advancing Gastroesophageal Cancer Research Virtual Meeting

December Moderator, Columbia & Cornell GI 37th Annual Update in Gastroenterology & Hepatology, COVID-19 Round Table, Postgrad Course

<u>Conferences Organized:</u>

| | |
|---|---|
| November 1999 | Third International Conference on Gastrin |
| September 2002 | International Regulatory Peptide Symposium |
| May 2004 | AGA/GRG Symposium: Stem cells and Cancer Stem Cells. |
| May 2004 | AGA Spring Postgraduate Course (SPGC) |
| October 2004 | FASEB Conference: Gastrointestinal Response to Injury: Canada 2004 |
| September 2006 | AGA/BSG Symposium, "Stem Cells in Development, Regeneration and Neoplasia" |
| March 2007 | The Crisis in Academic Medicine: AGA Future Trends Consensus Conference |
| December 2007 | AACR Annual Chemoprevention Meeting |
| March 2008 | The Future of Gastroenterology Training Programs in the United States: An AGA Future Trends Consensus Conference |
| April 2011 | Major Symposia Session, AACR 2011 Annual Meeting |
| October 2011 | 2011 Gigi Shaw Arledge Conference on Pancreatic Disease |

| | |
|---|---|
| December 2013 | AACR/JCA Symposium, Tokyo, Japan on "Gastric Cancer" |
| March 2014 | Keystone Conference Whistler Mountain, Canada on "Inflammation, Immunity and Cancer" |
| April 2014 | Columbia-NYU New York City Symposium on the Tumor Microenvironment |
| February 2019 | Organizer, NCI Think Tank on the Origins of Gastrointestinal Cancers |
| April 2019 | Intestinal Stem Cell Consortium meeting, Columbia University Medical Center |
| October 2019 | International Translational Cancer Center - TUM/Columbia meeting |
| December 2019 | Cold Spring Harbor - Banbury Center meeting, The Nervous System in Cancer |

NIH/AACR Study Sections:

| | |
|---|---|
| Ad hoc | Program Projects: 1994, 1996 |
| | NIDDK-C 1999, 2000 |
| Member | NIDDK-C (6/2000-6/2004) |
| | NIH Gastrointestinal Cell & Molecular Biology DDK-GCMB (2004-present) |
| Chair | DDK-GCMB, 2008-2009 |
| Member | DDK-CIMG, 2009-2010 |
| Ad hoc | NCI TME study section, 2010-2013 |
| Ad hoc | NIH DDK PO1 review, 2013 |
| | NIH NCI TRA review, 2013 |
| | AACR PANCAN grants, 2013 |
| Ad hoc | NIH, NCI R35 Grants, January 2018 |
| Ad hoc | AACR / SU2C Lustgarten Translational Challenge Grant July 2018 |

Patents:

| | |
|---|---|
| 2002 | Diagnosis and treatment of gastrointestinal disease (Role of gastrin isoforms in the susceptibility to gastric atrophy and cancer). US Serial No. 10/257, Filed 10/8/02. |
| 2003 | Histamine and CCK2/gastrin receptor blockade in the treatment of acid-peptic disease and cancer. Docket NO. UMG-068-1 |
| 2004 | Prognosis, diagnosis and treatment of bone marrow-derived stem cell associated cancer. Filed April 18, 2003 (Docket No. UMG-043-1). |
| 2006 | Transgenic mammal with constitutive tissue cytokine expression and use as a cancer model. Docket No. 1924.359-US3. |
| 2006 | Methods for making induced pluripotent stem cells from mesenchymal stem cells. Docket No. 1924.803-US2. |
| 2008 | Myeloid derived suppressor cells (MSDSCs) as a marker of cancer risk. |
| 2008 | iPS cells from MSC cells |
| 2013, 2016 | Cholinergic antagonism as an adjunct to cancer therapy |
| 2016 | Cholinergic agonism for the treatment of pancreatic cancer |
| 2018 | Patent # 10124037 B2 Trefoil family Factor Proteins and uses thereof |

regeneration

**Bibliography**

**Original Peer-Reviewed Articles:**


1. Linday L, Dobkin JF, **Wang TC**, Butler VP, Shaha JR, Linderbaum J. Digoxin inactivation by gut flora in infants and Children. Pediatrics. 1987; 79:544-548.
2. Parsonnet J, Welch K, Compton C, Strauss R, **Wang TC**, Kelsey P, Ferraro MJ. Simple microbiologic detection of *campylobacter pylori*. J Clin Micro. 1988; 26:948-949.
3. Brand SJ, **Wang TC***. Gastrin gene expression and regulation in rat islet cell lines. J Biol Chem. 1988; 263:16597-16603.
4. Green PHR, O'Toole KM, Slonim D, **Wang TC**, Weg A. Increasing incidence and excellent survival of patients with early gastric cancer: experience of a United States medical center. Am J Med. 1988; 85:658-661.
5. Lee EY, **Wang TC**, Clouse RE, DeSchryver-Kecskemeti K. Mucosal thickening adjacent to gastric malignancy: association with epidermal growth factor. Modern Pathology. 1989; 2:397-402.
6. **Wang TC***, Brand SJ. Islet cell specific regulatory domain in the gastrin promoter contains adjacent positive and negative DNA elements. J Biol Chem. 1990; 265:8908-8914.
7. Strauss RM, **Wang TC**, Kelsey PB, Compton CC, Ferraro MJ, Perez-Perez G, Parsonnet J, Blaser MJ. Association of *helicobacter pylori* infection with dyspeptic symptoms in patients undergoing gastroduodenoscopy. Am J Med. 1990; 89:464-469.
8. Awad JA, Lee EY, **Wang TC**, Deschryver-Kecskemeti K, Clouse RE. Effect of mucosal thickening near gastric carcinoma on the endoscopic diagnosis of malignancy. Dig Dis Sci. 1990; 35:317-320.
9. Richter JM, **Wang TC**, Fawaz K, Bynum TE, Fallon D, Shapleigh C. Practice patterns and costs of hospitalization for upper gastrointestinal hemorrhage. J Clin Gastro. 1991; 13:268-273.
10. Shiota G, Rhoads DB, **Wang TC**, Nakamura T, Schmidt EV. Hepatocyte growth factor inhibits growth of hepatocellular carcinoma cells. Proc Natl Acad Sci USA. 1992; 89:373-377.
11. **Wang TC***, Brand SJ. Function and regulation of gastrin in transgenic mice: A review. Yale J. Biol. Med. 1992; 65:705-713.
12. **Wang TC***, Bonneir-Weir S, Oates P, Chulak M, Merlino GT, Schmidt EV, Brand SJ. Pancreatic gastrin stimulates islet differentiation of TGF-alpha-induced ductular precursor cells. J Clin Invest. 1993; 92:1349-1356.
13. Tillotson LG, **Wang TC**, Brand SJ. Activation of gastrin transcription in pancreatic islet cells by a CACC promoter element and a 70 kDa sequence specific DNA binding protein. J Biol Chem. 1994 Jan; 269:2234-2240.
14. Jeffrey GP, Babyatsky M, Oates PS, **Wang TC**, Brand SJ. Spasmolytic polypeptide - an abundant trefoil peptide secreted luminally from mucous cells in adult and fetal rat stomach. Gastroenterology. 1994; 106:336-345.
15. Shiota G, **Wang TC**, Nakamura T, Schmidt EV. Hepatocyte growth factor in transgenic mice; effect on hepatocyte growth, liver regeneration, and gene expression. Hepatology. Apr 1994; 19:962-972.
16. **Wang TC***, Cardiff RD, Zuckerberg L, Lees E, Arnold A, Schmidt EV. Mammary hyperplasia and carcinoma in MMTV-Cyclin D1 transgenic mice. Nature. 1994 Jun 23; 369:669-671.
17. Sharp R, Babyatsky M, Takagi H, Tagerud S, **Wang TC**, Bockman DE, Brand SJ, Merlino G. Transforming growth factor alpha can disrupt the normal program of cellular growth and differentiation in the gastric mucosa of transgenic mice. Development. 1995; 121:149-161.
18. **Wang TC***, Babyatsky M, Oates PS, Zhang Z, Tillotson L, Chulak MB, Brand SJ, Schmidt EV. A rat gastrin-human gastrin chimeric transgene directs antral G cell specific expression in transgenic mice. Am. J. Phys. 1995 Jun; 268 (6 pt 1): G1025-G1026.
19. Haase VH, **Wang TC**, Schmidt EV, Bernards A. Normal lymphopoiesis in transgenic mice over-expressing the ltk transmembranous tyrosine kinase. Transgenics. 1995; 1:487-495.
20. Koh TJ, **Wang TC***. Molecular cloning and sequencing of the murine gastrin gene. Biochem. Biophys. Res. Commun. 1995; 216:34-41.

felis infected wild type C57BL/6 mice and p53 hemizygous transgenic mice. Gastroenterology. 1996; 110:155-166.

22. Höcker M, Zhang Z, Fenstermacher DA, Tagerud S, Chulak MB, Joseph D, **Wang TC***. Rat histidine decarboxylase promoter is regulated by gastrin through a protein kinase C pathway. Am. J. Physiol. 1996 Apr; 270 (4 pt 1): G619-G633.
23. Liang TJ, Reid AE, Xavier R, Cardiff RD, **Wang TC***. Transgenic expression of tpr-met oncogene leads to development of mammary hyperplasia and tumors. J. Clin. Invest. 1996; 97:2872-2877.
24. Zhang Z, Höcker M, Koh TJ, **Wang TC***. The human Histidine Decarboxylase promoter is regulated by gastrin and PMA through a downstream cis-acting element. J. Biol. Chem. 1996; 271:14188-14197.
25. **Wang TC***, Koh TJ, Varro A, Cahill R, Dangler CA, Fox JG, Dockray GJ. Processing and proliferative effects of human progastrin in transgenic mice. J. Clin. Invest. 1996; 98:1918-1929.
26. Höcker M, Koh TJ, Zhang Z, **Wang TC***. Regulation of histidine decarboxylase gene expression. Yale J. Biol. Med. 1996; 69:21-33.
27. Höcker M, Zhang A, Merchant JL, **Wang TC***. Gastrin regulates the human histidine decarboxylase promoter through an AP-1-dependent mechanism. Am. J. Physiol. 1997 Apr; 272 (4 pt 1): G822-G830.
28. Kawamura T, Furusaka A, Koziel MJ, Chung RJ, **Wang TC**, Schmidt EV, Liang TJ. Transgenic expression of hepatitis C virus structural proteins. Hepatology. 1997; 25:1014-1021.
29. Nakagawa H, **Wang TC**, Togawa K, Zukerberg L, Odze R, Wilson JB, Rustgi AK. Overexpression of cyclin D1 in the esophageal epithelium results in dysplasia in transgenic mice. Oncogene 1997; 14:1185-1190.
30. Koh TJ, Goldenring JR, Ito S, Mashimo H, Kopin AS, Varro A, Dockray GJ, **Wang TC***. Gastrin knockout mice show altered gastric differentiation and decreased colonic proliferation. Gastroenterology. 1997; 113:1015-1025.
31. Fox JG, Dangler CA, Whary MT, Edelman W, Kucherlapati R, **Wang TC***. Mice carrying a truncated Apc gene have diminished gastric epithelial proliferation, gastric inflammation, and humoral immunity in response to Helicobacter felis infection. Cancer Research. 1997 Sept; 57:3972-3978.
32. Höcker M, Zhang Z, Koh TJ, **Wang TC***. Mitogen-activated protein kinase pathways mediate the activation of the histidine decarboxylase promoter by gastrin and PMA. J. Biol. Chem.1997; 272:27015-27024.
33. Wharton RH, **Wang TC***, Graeme-Cook F, Briggs S, Cole RE. Acute idiopathic gastric dilatation with gastric necrosis in individuals with Prader-Willi syndrome. Am. J. Med. Sci. 1997; 73:437-441.
34. **Wang TC***, Goldenring JR, Ito S, Dangler C, Müllar A, Jeon WK, Koh TJ, Fox JG. C57BL/6 mice deficient in secretory phospholipase A2 show increased apoptosis and altered cellular differentiation after Helicobacter felis infection. Gastroenterology. 1998; 114:675-689.
35. Höcker M, Rosenberg I, Henihan RJ, Xavier R, Podolsky DK, **Wang TC***. Hydrogen peroxide activates the human histidine decarboxylase promoter in AGS gastric cancer cells. J. Biol. Chem. 1998; 273; 23046-23054.
36. Höcker M, Raychowdhury R, Plath T, Wu H, O'Connor DT, Wiedenmann B, Rosewicz S, **Wang TC***. Sp1 and CREB mediate gastrin-dependent regulation of chromogranin A promoter activity in gastric carcinoma cells. J. Biol. Chem. 1998; 273:34000-34007.
37. Koh TJ, Dockary GJ, Varro A, Cahill RJ, Dangler CA, Fox JG, **Wang TC***. Overexpression of glycine-extended gastrin in transgenic mice results in increased colonic proliferation. J. Clin. Invest. 1999; 103: 1119-1126
38. Taupin D, Chyang-Wu D, Jeon W-K, **Wang TC**, Podolsky DK. The trefoil gene family are coordinately expressed immediate-early genes: EGF receptor– and MAP kinase–dependent interregulation. J. Clin. Invest. 1999; 103: R31-R38.
39. Raychowdhury R, Zhang Z, Hocker M, **Wang TC***. Activation of the human histidine decarboxylase promoter by gastrin is mediated by two distinct nuclear factors. J. Biol. Chem. 1999; 274: 20961-20969.
40. **Wang TC***, Dockray GJ. Lessons from genetically engineered animal models. I. Physiologic studies with gastrin in transgenic mice. Am J.Physiol. 1999; 277: G6-G11.
41. Höcker M, John M, Anagnostopoulos I, Buhr HJ, Solimena M, Gasnier B, Henry JP, **Wang TC**, Wiedenmann B. Molecular dissection of regulated secretory pathways in human gastric enterochromaffin-like cells: an immunohistochemical analysis. Histochem Cell Biol. 1999; 112:205-214.

hyperplasia, parietal cell loss, and enhance *Helicobacter pylori* colonization in C57BL/6 mice. Cancer Research. 1999; 59:4823-4828.

43. Plath T, Höcker M, Riecken EO, **Wang TC**, Wiedenmann B, Rosewicz S. Interferon-alpha inhibits chromogranin A promoter activity in neuroendocrine pancreatic cells. FEBS Letters. 1999; 45:378-382.
44. **Wang TC***, Dangler C, Chen C, Goldenring JR, Koh TJ, Raychowdhury R, Coffey RJ, Ito S, Varro A, Fox JG. Synergistic interaction between hypergastrinemia and Helicobacter infection in a mouse model of gastric carcinoma. Gastroenterology. 2000 Jan; 118(1):36-47.
45. Singh P, Velasco M, Given R, Wargovich M, Varro A, **Wang TC***. Mice overexpressing progastrin are predisposed for developing aberrant colonic crypt foci in response to AOM. Am J Physiol Gastrointest Liver Physiol. 2000; 278:G390-G399.
46. Wefller S, Höcker H, **Wang TC**, Wiedenmann B, Meyer TF, Naumann M. *Helicobacter pylori* activates the human histidine decarboxylase promoter through an extracellular-regulated kinase pathway independent of pathogenicity island-encoded virulence factors. J Biol Chem. 2000; 275:3629-3636.
47. Fox JG, Beck P, Dangler CA, Whary MT, **Wang TC**, Shi HN, Anderson CN. Concurrent enteric helminth infection modulates inflammation, gastric immune responses, and reduces Helicobacter-induced gastric atrophy. Nature Medicine. 2000; 6:536-542.
48. Fleming JV, **Wang TC***. Amino- and carboxy- terminal PEST domains mediate gastrin stabilization of rat L-histidine decarboxylase isoforms. Mol Cell Biol. 2000; 20:4932-4947.
49. Singh P, Velasco M, Given R, Varro A, **Wang TC***. Progastrin expression predisposes mice to development of colon carcinomas and adenomas in response to azoxymethane. Gastroenterology. 2000; 119:162-171.
50. Chen D, Zhao C-M, Dockray GJ, Varro A, van Hoek A, Sinclair NF, **Wang TC**, Koh TJ. Glycine-extended gastrin synergizes with gastrin-17 to stimulate acid secretion in gastrin-deficient mice. Gastroenterology. 2000; 119:756-765.
51. Koh TJ, Bulitta CJ, Fleming JV, Dockray GJ, Varro A, **Wang TC***. Gastrin a target of the beta-catenin/TCF-4 growth-signaling pathway in a model of intestinal polyposis. J Clin Invest. 2000; 106:533-539.
52. Dockray GJ, Varro A, Dimaline R, **Wang TC***. Progastrin-derived peptides and their biological activities. Annu Rev Physiol. 2001; 63:119-139.
53. Manickan E, Satoi J, **Wang TC**. Liang TJ. Conditional liver-specific expression of simian virus 40 t antigen leads to regulatable development of hepatic neoplasm in transgenic mice. J Biol Chem. 2001 Apr 27; 276(17):13989-13994.
54. Imanishi Y, Hosokawa Y, Yoshimoto K, Schipani E, Mallya S, Papanikolaou A, Kifor O, Tokura T, Sablosky M, Ledgard F, Gronowicz G, **Wang TC**, Schmidt EV, Hall C, Brown EM, Bronson R, Arnold A. Primary hyperparathyroidism caused by parathyroid-targeted overexpression of cyclin D1 in transgenic mice. J Clin Invest. 2001 May; 107(9):1093-1102.
55. Höcker M, Cramer T, Rosewicz S, O'Connor DT, Wiedenmann B, **Wang TC***. Neuroendocrine specific expression and gastrin-dependent regulation of a chromogranin A-luciferase fusion gene in transgenic mice. Gastroenterology. 2001; 121:43-55.
56. Brembreck FH, Moffett J, **Wang TC**, Rustgi AK. The keratin 19 promoter is potent for cell-specific targeting of genes in transgenic mice. Gastroenterology. 2001; 120:1720-1728.
57. Chung RT, He W, Saquib A, Chawla A, **Wang TC**, Schmidt EV. Hepatitis C virus replication is directly inhibited by interferon-alpha in a novel replication system. Proc Natl Acad Sci USA. 2001; 98:9847-9852.
58. Colucci R, Fleming JV, **Wang TC***. L-histidine decarboxylase decreases its own transcription through downregulation of ERK activity. Am J Physiol. 2001; 281:G1081-G1091.
59. Hosokawa Y, Papanikolaou A, Cardiff RD, Yoshimoto K, Bernstein M, **Wang TC**, Schmidt EV, Arnold A. In vivo analysis of mammary and non-mammary tumorigenesis in MMTV-cyclin D1 transgenic mice deficient in p53. Transgenic Res 2001 Oct; 10:471-478.
60. Keates AC, Keates S, Kwon JH, Arseneau KO, Law DJ, Bai L, Merchant JL, **Wang TC**, Kelly CP. ZBP-89, Sp1, and nuclear factor-kappa B regulate epithelial neutrophil-activating peptide-78 gene expression in Caco-2 human colonic epithelial cells. J Biol Chem. 2001 Nov 23; 276(47):43713-43722.

Schmidt EV. Regulation of cyclin D1 and p16INK4A is critical for growth arrest during mammary involution. Cancer Res. 2001 Dec; 61:8811-8819.

62. Farrell JJ, Taupin D, Koh TJ, Chen D, Zhao CM, Podolsky DK, **Wang TC***. TFF2/SP-deficient mice show decreased gastric proliferation, increased acid secretion, and increased susceptibility to NSAID injury. J Clin Invest. 2002; 109: 193-204.
63. Fox JG, **Wang TC***. *Helicobacter pylori* infection: pathogenesis. Curr Opin Gastroenterol. 2002 Jan; 18(1):15-25.
64. Clerc P, Leung-Theung-Long S, Garnier A, **Wang TC**, Dockray GJ, Vaysse N, Pradayrol L, Fourmy D, Dufresne M. Expression of CCK2 receptors in the murine pancreas: Proliferation, transdifferentiation of acinar cells and neoplasia. Gastroenterol. 2002; 122:428-439.
65. Fox JG, Sheppard BJ, Dangler CA, Whary MT, Ihrig M, **Wang TC***. Germ-line p53-targeted disruption inhibits Helicobacter-induced premalignant lesions and invasive gastric carcinoma through downregulation of Th1 proinflammatory responses. Cancer Res. 2002; 62:696-702.
66. Bulitta CJ, Fleming JV, Raychowdhury R, Taupin D, Rosenberg I, **Wang TC***. Autoinduction of the trefoil factor 2 (TFF2) promoter requires an upstream cis-acting element. Biochem Biophys Res Commun. 2002 Apr 26; 293(1):366-374
67. Shea T, **Wang TC**, Ferris T. A program to improve the management of patients on long term acid suppression. J Clin Outcome Mgmt. 2002; 9(6):312- 318.
68. Kirton CM, **Wang TC**, Dockray GJ. Regulation of parietal cell migration by gastrin in the mouse. Am J Physiol Gastrointest Liver Physiol. 2002; 283:G787-G793.
69. Raychowdhury R, Schäfer G, Rosewicz S, Wiedenmann B, **Wang TC,** Höcker M. Interaction of Early Growth Response Protein 1 (Egr-1) with Sp1 and CREB at a proximal response element is critical for gastrin-dependent activation of the chromogranin A promoter. Mol Endocrinol. 2002 Dec;16(12):2802-2818.
70. Raychowdhury R, Bulitta CJ, Fleming JV, McLaughlin J, **Wang TC***. Identification and characterization of a third gastrin response element (GAS-RE) in the human histidine decarboxylase gene promoter. Biochem Biophys Res Commun. 2002 Oct 11;297(5):1089-1095.
71. Jacobson BC, Ferris TG, Shea TL, Mahlis EM, Lee T, **Wang TC***. Who is using chronic acid-suppression therapy and why? Am J Gastroenterol. 2003 Jan; 98:51-58.
72. Fleming JV, **Wang TC***. The production of 53-55kDa isoforms is not required for rat L-histidine decarboxylase (HDC) activity. J Biol Chem. 2003 Jan 3;278(1):686-694.
73. Fox JG, Rogers AB, Ihrig M, Taylor NS, Whary MT, **Wang TC***. *Helicobacter pylori* associated gastric cancer in INS-GAS mice is gender-specific. Cancer Res 2003 Mar 1; 63:942-950.
74. Song DH, Rana B, Wolfe JR, Crimmins G, Choi C, **Wang TC**, Pestell RG, Albanese C, Wolfe MM. Gastrin induced gastric adenocarcinoma growth is mediated through cyclin D1. Am J Physiol Gastrointest Liver Physiol. 2003 Jul; 285(1):G217-G222.
75. Ottewell PD, Watson AJM, **Wang TC**, Dockray GJ, Pritchard DM. Progastrin Stimulates Murine Colonic Epithelial Mitosis After DNA Damage. Gastroenterology. 2003 May;124(5):1348-1357.
76. Fox JG, **Wang TC**, Rogers AB, Poutahidis T, Ge Z, Taylor N, Dangler CA, Israel DA, Drishna U, Gaus K, Peek RM. Host and Microbial Constituents Influence *Helicobacter pylori*-Induced Cancer in a Murine Model of Hypergastrinemia. Gastroenterology. 2003 Jun;124(7):1879-1890.
77. Lee JR, Baxter TM, Yamaguchi H, **Wang TC**, Goldenring JR, Anderson MG. Differential protein analysis of Spasmolytic Polypeptide Expressing Metaplasia using laser capture microdissection and 2-Dimensional Difference Gel Electrophoresis. Appl Immunohistochem Mol Morphol. 2003;11:188-193.
78. Zhou ZG, Wang Z, Yu YY, Shu Y, Cheng Z, Li L, Lei WZ, **Wang TC***. Laparoscopic total mesorectal excision of low rectal cancer with preservation of anal sphincter: a report of 82 cases. World J Gastroenterol. 2003 Jul; 9(7):1477-1481.
79. Khan ZE, **Wang TC**, Cui G, Chi AL, Dimaline R. Transcriptional regulation of the human trefoil factor, TFF1, by gastrin1. Gastroenterology. 2003 Aug;125(2):510-521.
80. Mahata SK, Mahapatra NR, Mahata M, **Wang TC**, Kennedy BP, Ziegler MG, O'Connor DT. Catecholamine secretory vesicle stimulus-transcription coupling in vivo: demonstration by a novel transgenic

catestatin. J Biol Chem. 2003 Aug 22;278(34):32058-32067.
81. Dhar DK, **Wang TC**, Maruyama R, Udagawa J, Kubota H, Fuji T, Tachibana M, Ono T, Otani H, Kohno H, Nagasue N. Expression of cytoplasmic TFF2 is a negative prognostic factor in gastric cancer. Lab Invest. 2003 Sept;83(9):1343-1352.
82. Boushey RP, Abadir A, Flamez D, Baggio LL, Li Y, Berger V. Marshall BA, Finegood D, **Wang TC**, Schuit F, Drucker DJ. Hypoglycemia, defective glucagon secretion, but normal islet mass in mice with a targeted disruption of the gastrin gene. Gastroenterology. 2003 Oct;125(4):1164-1174.
83. Li H, Stoicov C, Cai X, **Wang TC**, Houghton J. Helicobacter and gastric cancer disease mechanisms: host response and disease susceptibility. Curr Gastroenterol Rep. 2003 Dec 5; (6):459-467.
84. McLaughlin JT, Sinclair NF, Colucci R, Raychowdhury R, **Wang TC**, Koh TJ. PACAP regulates the histidine decarboxylase promoter via dual signaling mechanisms. Am J Physiol Gastrointest Liver Physiol. 2004; 286(1): G51-G59.
85. Ai W, Liu Y, Langlois M, **Wang TC***. Kruppel-like factor 4 (KLF4) represses histidine decarboxylase gene expression through an upstream Sp1 site and downstream gastrin responsive elements. J Biol Chem. 2004 Mar 5;279(10):8684-8693.
86. Koh TJ, Field JK, Varro A, Liloglou T, Fielding P, Cui G, Houghton J, Dockray GJ, **Wang TC***. Glycine-extended gastrin promotes the growth of lung cancer. Cancer Res. 2004 Jan 1;64(1):196-201.
87. Sinclair NF, Ai W, Raychowdhury R, Bi M, **Wang TC**, Koh TJ, McLaughlin JT. Gastrin Regulates the Heparin Binding Epidermal-like Growth Factor Promoter Via a PKC/EGFR dependent mechanism. Am J Physiol Gastrointest Liver Physiol. 2004; 286:G992-G999.
88. Fleming JV, Sanchez-Jimenez F, Moya-Garcia AA, Langlois MR, **Wang TC***. Mapping of catalytically important residues in the rat L-histidine decarboxylase enzyme using bioinformatic and site-directed mutagenesis approaches. Biochem J. 2004 Apr 15; 379 (Pt 2):253-261.
89. Pradeep A, Sharma C, Sathyanarayana P, Albanese C, Fleming JV, **Wang TC**, Wolfe MM, Baker KM, Pestell RG, Rana B. Gastrin-mediated activation of cyclin D1 transcription involves beta-catenin and CREB pathways in gastric cancer cells. Oncogene. 2004 Apr 29;23(20):3689-3699.
90. Chi AL, Lim SH, **Wang TC***. Characterization of a CCAAT-enhancer element of trefoil family factor 2 (TFF2) promoter in MCF-7 cells. Peptides. 2004; 25:839-847.
91. Fleming JV, Fajardo I, Langlois MR, Sanchez-Jimenez F, **Wang TC***. The C-terminus of rat L-histidine decarboxylase specifically inhibits enzymic activity and disrupts pyridoxal phosphate-dependent interactions with L-histidine substrate analogues. Biochem J. 2004; 381(Pt 3):769-778.
92. Nomura S, Baxter T, Yamaguchi H, Vartapetian AB, Fox JG, Lee JR, **Wang TC**, Goldenring JR. Spasmolytic polypeptide expressing metaplasia to preneoplasia in H. felis-infected mice. Gastroenterology. 2004 Aug;127(2):582-594.
93. Lei S, Dubeykovskiy A, Chakladar A, Wojtukiewicz L, **Wang TC***. The murine gastrin promoter is synergistically activated by TGF-beta/Smad and Wnt signaling pathways. J Biol Chem. 2004; 279:42492-42502.
94. Ottewell PD, Varro A, Dockray GJ, Watson AJM, Kirton CM, **Wang TC**, Dimaline R, Pritchard DM. The C-terminal 26 amino acid residues of progastrin are sufficient for stimulation off mitosis in murine colonic epithelium in vivo. Am J Physiol Gastrointest Liver Physiol. 2005 Mar; 288(3):G541-G549.
95. Mundell L, Moran AP, Cocchiarella A, Houghton JM, Taylor N, Fox JG, **Wang TC**, Kurt-Jones EA. Intact gram-negative Helicobacter hepaticus, *Helicobacter pylori*, and Helicobacter felis bacteria activate innate immunity via Toll-like receptor-2 not Toll-like receptor 4. Infect Immun. Nov. 2004 ; 72:6446-6454.
96. Cui G, Koh TJ, Chen D, Zhao CM, Dockray GJ, Varro A, Rogers AB, Fox JG, **Wang TC***. Overexpression of glycine-extended gastrin alters the development of peptic ulcer and preneoplasia in the mouse stomach. Cancer Res 2004; 64:8160-8166.
97. Houghton JM, Stoicov C, Nomura S, Rogers AB, Carlson J, Li H, Cai X, Fox JG, Goldenring JR, **Wang TC***. Gastric cancer originating from bone marrow derived cells. Science. 2004; 306:1568-1571.
98. Kurt-Jones EA, Sandor F, Ortiz Y, Bowen GN, Counter SL, **Wang TC**, Finberg RW. Use of murine embryonic fibroblasts to define Toll-like receptor activation and specificity. J. Endotoxin Res. 2004;10(6):419-424.

in gastrin deficient mice induced by acute oxyntic atrophy. Am J Physiol Gastrointest Liver Physiol. 2005 Feb;288(2):G362-G375.

100. Ferrand A, Bertrand C, Portolan G, Cui G, Carlson J, Pradayrol L, Fourmy D, Dufresne M, **Wang TC**, Seva C. Signaling pathways associated with colonic mucosa hyperproliferation in mice overexpressing gastrin precursors. Cancer Res. 2005 Apr;65(7):2770-2777.

101. Cai X, Carlson J, Stoicov C, Li H, **Wang TC**, Houghton J. *H. felis* eradication restores normal architecture and inhibits gastric cancer progression in the C57BL/6 mouse. Gastroenterology. 2005 June;128(7):1937-1952.

102. Takaishi S, Cui G, Frederick DM, Carlson JE, Houghton J, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, **Wang TC***. Synergistic inhibitory effects of gastrin and histamine receptor antagonists on *Helicobacter*-induced gastric cancer. Gastroenterology. 2005 June;128(7):1965-1983.

103. Dhar DK, **Wang TC**, Tabara H, Tonomoto Y, Maruyama R, Tachibana M, Kubota H, Nagasue N. Expression of trefoil factor family members correlates with patient prognosis and neoangiogenesis. Clin Cancer Res. 2005 Sept 15;11(18):6472-6478.

104. Chakladar A, Dubeykovskiy A, Wojtukiewicz LJ, Pratap J, Lei S, **Wang TC***. Synergistic activation of the murine gastrin promoter by oncogenic Ras and beta-catenin involves SMAD recruitment. Biochem Biophys Res Commun. 2005 Oct 14;336(1):190-196.

105. Rogers AB, Taylor NS, Whary MT, Stefanich ED, **Wang TC**, Fox JG. *Helicobacter pylori* but not high salt induces gastric intraepithelial neoplasia in B6129 mice. Cancer Res. 2005 Dec 1;65(23):10709-10715.

106. Ottewell PD, Duckworth CA, Varro A, Dimaline R, **Wang TC**, Watson AJM, Dockray GJ, Pritchard DM. Gastrin increases murine intestinal crypt regeneration following injury. Gastroenterology. 2006 Apr; 130:1169-1180.

107. Ogawa M, Nomura S, Varro A, **Wang TC**, Goldenring JR. Altered metaplastic response of waved-2 EGF receptor mutant mice to acute oxyntic atrophy. Am J Physiol Gastrointest Liver Physiol. 2006 Apr;290(4):G793-G804.

108. McCaig C, Duval C, Hemers E, Steele I, Pritchard DM, Przemeck S, Dimaline R, Ahmed S, Bodger K, Kerrigan DD, **Wang TC**, Dockray GJ, Varro A. The role of matrix metalloproteinase (MMP)-7 in redefining the gastric microenvironment in response to *H. pylori*. Gastroenterology. 2006 May; 130:1754-1763.

109. Ai W, Liu Y, **Wang TC***. Yin Yang 1 (YY1) represses histidine decarboxylase (HDC) gene expression with SREBP-1a in part through an upstream Sp1 site. Am J Physiol Gastrointest Liver Physiol. 2006 Jun;290(6):G1096-G1104.

110. Tomkova K, El-Rifai W, Vilgelm A, Kelly MC, **Wang TC**, Zaika AI. The gastrin gene promoter is regulated by p73 isoforms in tumor cells. Oncogene. 2006 Sept 28; 25:6032-6036.

111. Okumura T, Tsunoda S, Mori Y, Ito T, Kikuchi K, **Wang TC**, Yasumoto S, Shimada Y. The biological role of the low-affinity p75 neurotrophin receptor in esophageal squamous cell carcinoma. Clin Cancer Res. 2006 Sept 1;12(17):5096-5103.

112. Cui G, Takaishi S, Ai W, Florholmen J, Koh TJ, Houghton J, **Wang TC***. Gastrin-induced apoptosis contributes to the development of gastric atrophy. Lab Invest. 2006 Oct; 86:1037-1051.

113. Nikolaidis NM, **Wang TC**, Hogan SP, Rothenberg ME. Allergen induced TFF2 is expressed by mucus-producing airway epithelial cells and modulates. Exp Lung Res. 2006 Nov-Dec; 32:483-497.

114. Kurt-Jones EV, Cao L, Rogers AB, Whary MT, Nambiar PR, Cerny A, Bowen G, Yan J, Takaishi S, Chi AL, Reed G, Fox JG, **Wang TC***. Trefoil family factor 2 (TFF2) is expressed in murine gastric and immune cells and controls both gastrointestinal and systemic inflammatory responses. Infect. Immun. 2007 Jan; 75:471-480.

115. Takaishi S, **Wang TC***. Gene expression profiling in a mouse model of *Helicobacter*-induced gastric cancer. Cancer Sci. 2007 Mar; 98:284-293.

116. Kobayashi, M, Lee H, Schaffer L, Gilmartin TJ, Head SR, Takaishi S, **Wang TC**, Nakayama J, Fukuda M. A distinctive set of genes is up-regulated during the inflammation-carcinoma sequence in mouse stomach infected by *Helicobacter felis*. J. Histochem. Cytochem. 2007 Mar; 55(3):263-274.

117. Varro A, Kenny S, Hemers E, McCaig C, Przemeck S, **Wang TC**, Pritchard DM. Increased gastric expression of MMP-7 in hypergastrinaemia and significance for maintenance of stroma in ECL cell carcinoid tumors. Am J Physiol Gastrointest Liver Physiol. 2007 Apr;292(4):G1133-G1140.

responsive cis-acting elements mediate transcriptional regulation of trefoil factor family-2, TFF2. Am J Physiol Gastrointest Liver Physiol. 2007 Jun; 292(6):G1726-G1737.

119. Steele IA, Dimaline R, Pritchard DM, Peek RM, **Wang TC**, Dockray GJ, Varro A. *Helicobacter* and gastrin stimulate Reg1 expression in gastric epithelial cells through distinct promoter elements. Am J Physiol Gastrointest Liver Physiol. 2007 Jul; 293(1):G347-G354.

120. Ai W, Zheng H, Yang X, Liu Y, **Wang TC***. Tip60 functions as a potential corespressor of KLF-4 in regulation of HDC promoter activity. Nucleic Acids Res. 2007; 35(18):6137-6149.

121. Sstenstrom B, Zhao CM, Rogers AB, Nilsson HO, Sturegard E, Lundgren S, Fox JG, **Wang TC**, Wadstrom Tk, Chen D. Swedish moist snuff accelerates gastric cancer development in *Helicobacter pylori*-infected wild-type and gastr4in transgenic mice. Carcinogenesis. 2007 Sept; 28(9):2041-2046.

122. Fox JG, Rogers AB, Whary MT, Ge Z, Ohtani M, Kurt-Jones E, **Wang TC***. Accelerated progression of gastritis to dysplasia in the *pyloric* antrum of TFF2$^{-/-}$ C57BL × Sv129 *Helicobacter pylori*-infected mice. Am J Pathol. 2007 Nov; 171(5):1520-1528.

123. Ohtani M, Garcia A, Rogers AB, Ge Z, Taylor NS, Xu S, Watanabe K, Marini RP, Whary MT, **Wang TC**, Fox JG. Protective role of 17{beta}-estradiol against the development of *Helicobacter pylori*-induced gastric cancer in INS-GAS mice. Carcinogenesis. 2007 Dec; 28(12):2597-2604.

124. Cramer T, Jüttner S, Plath T, Mergler S, Seufferlein T, **Wang TC**, Merchant JL, Höcker M. Gastrin transactivates the chromogranin A gene through MEK-1/ERK- and PKC-dependent phosphorylation of Sp1 and CREB. Cell Signal. 2008 Jan; 20(1):60-72.

125. Bhagat G, Naiyer AJ, Shah JG, Harper J, Jabri B, **Wang TC**, Green PH, Manavalan JS. Small intestinal CD8+TCRgammadelta+NKG2A intraepithelial lymphocytes have attributes of regulatory cells in patients with celiac disease. J Clin Invest. 2008 Jan; 118(1):281-293.

126. Lee CW, Wang XD, Chien KL, Ge Z, Rickman BH, Rogers AB, Varro A, Whary MT, **Wang TC**, Fox JG. Vitamin C supplementation does not protect L-gulono-gamma-lactone oxidase-deficient mice from Helocobacter pylor-induced gastritis and gastric premalignancy. Int J Cancer. 2008 Mar 1;122(5):1068-1076.

127. Przemeck SMC, Varro A, Berry D, Osawa E, **Wang TC**, Dockray GJ, Pritchard DM. Hypergastrinemia and hypochlorhydria render the gastric epithelium more susceptible to apoptosis. Reg Peptides. 2008 Feb 7; 146:147-156.

128. Subramaniam D, Ramalingam S, May R, Dieckgraefe BK, Berg DG, Pothoulakis C, Houchen CW, **Wang TC**, Anant S. Gastrin mediated IL-8 and COX-2 gene expression: differential transcriptional and posttranscriptional mechanisms. Gastroenterology. 2008 Apr; 134 (4):1070-1082.

129. Tu S, Chi L, Ai W, Takaishi S, Dubeykovskaya Z, **Wang TC***. P53 negatively regulates TFF2 gene expression in gastric cancer cells through an AP-1 binding site. Nuc. Acid. Res. 2008 Apr.

130. Tu S, Cui G, Takaishi S, Ghagat G, Kurt-Jones E, Smirnova I, Betz K, Penz M, Bjorkdahl O, Gordon JI, **Wang TC***. Overexpression of interleukin-1beta induces gastric inflammation and promotes carcinogenesis in trangsenic mice. Cancer Cell. 2008 Apr.

131. Lee CW, Rickman B, Rogers AB, Ge Z, **Wang TC**, Fox JG. *Helicobacter pylori* eradication prevents progression of gastric cancer in hypergastrinemic INS-GAS mice. Cancer Res. 2008 May 1; 68(9):3540-3548.

132. Pagliocca A, Hegyi P, Venglovecz V, Rackstraw SA, Khan ZE, Burdyga G, **Wang TC**, Dimaline R, Varro A, Dockray GJ. Identification of ezrin as a target of gastrin in immature mouse gastric parietal cells. Exp Physiol. 2008 Jun 20.

133. Marrache F, Tu SP, Bhagat G, Pendyala S, Osterreicher CH, Gordon S, Ramanathan V, Penz-Osterreicher M, Betz KS, Song Z, **Wang TC***. Overexpression of interleukin-1beta in the murine pancreas results in chronic pancreatitis. Gastroenterology, 2008 Jul.

134. Marrache F, Song Z, Pendyala S, Bhagat G, Betz KS, **Wang TC***. Role of Bone Marrow-Derrived Cells in Experimental Chronic Pancreatitis. Gut. 2008 Aug; 57 (8): 1113-1120.

135. Arber N, Lieberman D, Rustgi AK, **Wang TC**, Dodge WE, Condreau J, Bertagnolli MM, Hawk ET, Eagle C, Levin B. Adjudicated gastrointestinal adverse events in the APC and PreSPA trials. 2008.

136. Dubeykovskiy A, Nguyen T, Dubeykovskaya Z, Lei S, **Wang TC***. Flow cytometric detection of progastrin internaction with gastrointestinal cells. Requl Pept. 2008 Nov 29; 151(103):106-14.

Fox JG, **Wang TC*** Overexpression of interleukin -1beta induces gastric inflammation and cancer and mobilizes myeloid-derived suppressor cells in mice. Cancer Cell. 2008 Nov 4; 14(5):408-419.

138. Jiang L, Gonda TA, Gamble MV, Salas M, Seshan V, Tu S, Twaddell WS, Hegyi P, Lazar G, Steele I, Varro A, **Wang TC**, Tycko B. Global hypomethylation of genomic DNA in cancer-associated myofibroblasts. Cancer Res. 2008 Dec 1; 68 (23): 9900-8.

139. Dubeykovskaya Z, Dubeykovskiy A, Solal-Cohen J, **Wang TC***. Secreted trefoil factor 2 activates the CXCR4 receptor in epithelial and lymphocytic cancer cell lines. J Biol Chem. 2009 Feb 6; 284(6):3650-62.

140. Takaishi S, Okumura T, Tu S, Wang SS, Shibata W, Vigneshwaran R, Gordon SA, Shimada Y, **Wang TC***. Identification of gastric cancer stem cells using the cell surface marker CD44. Stem Cells. 2009 May; 27(5): 1006-20.

141. Li H, Fan X, Stoicov C, Liu JH, Zubair S, Tsai E, Ste Marie R, **Wang TC**, Lyle S, Kurt-Jones E, Houghton J. Human and mouse colon cancer utilizes CD95 signaling for local growth and metastatic spread to liver. Gastroenterology. 2009 Jun 11.

142. Nozaki K, Weis V, **Wang TC**, Falus A, Goldenring JR. Altered gastric chief cell lineage differentiation in histamine-deficient mice. Am J Physiol Gastrointest Liver Physiol. 2009 Jun; 296(6): G1211-20.

143. Tu SP, Chi AL, Ai W, Takaishi S, Dubeykovskaya Z, Quante M, Fox JG, **Wang TC***. P53-inhibition of AP1-dependent TFF2 expression induces apoptosis and inhibits cell migration in gastric cancer cells. Am J Physiol Gastrointest Liver Physiol. 2009 Jun 18.

144. Nozaki K, Weis V, **Wang TC**, Falus A, Goldenring JR. Altered gastric chief cell lineage differentiation in histamine-deficient mice. Am J Physiol Gastrointest Liver Physiol. 2009 Jun; 296(6):G1211-20.

145. Gonda TA, Tu S, **Wang TC***. Chronic inflammation, the tumor microenvironment and carcinogenesis. Cell Cycle. 2009 Jul 1; 8(13): 2005-13.

146. Takaishi S, Tu S, Dubeykovskaya ZA, Whary MT, Muthupalani S, Rickman BH, Rogers AB, Lertkowit N, Varro A, Fox JG, **Wang TC***. Gastrin is an essential cofactor for helicobacter-associated gastric corpus carcinogenesis in C57BL/6 mice. Am J. Pathol. 2009 Jul; 175(1):365-75.

147. Jin G, Ramanathan V, Quante M, Baik GH, Yang X, Wang SS, Tu S, Gordon SA, Pritchard DM, Varro A, Shulkes A, **Wang TC***. Inactivating cholecystokinin-2 receptor inhibits progastrin-dependent colonic crypt fission, proliferation, and colorectal cancer in mice. J Clin Invest. 2009 Aug 3.

148. Tu SP, Chi AL, Ai W, Takaishi S, Dubeykovskaya Z, Quante M, Fox JG, **Wang TC***. p 53 inhibition of AP1-dependent TFF2 expression induces apoptosis and inhibits cell migration in gastric cancer cells. Am J Physiol Gastrointest Liver Physiol. 2009 Aug; 297(2): G385-96.

149. Li H, Fan X, Stoicov C, Liu JH, Zubair S, Tsai E, Ste Marie R, **Wang TC**, Lyle S, Kurt-Jones E, Houghton J. Human and Mouse colon cancer utilizes CD95 signaling for local growth and metastatic spread to liver. Gastroenterology. 2009 Sept; 137 (3): 934-44.

150. Jin G, Ramanathan V, Quante M, Baik GH, Yang X, Wang SS, Tu S, Gordon SA, Pritchard DM, Varro A, Shulkes A, **Wang TC*.** Inactivating cholecystokinin-2 receptor inhibits progastrin-dependent colonic crypt fission, proliferation, and colorectal cancer in mice. J Clin Invest. 2009 Sept; 119(9):2691-701.

151. Wang SS, Asfaha S, Okumura T, Betz KS, Muthupalani S, Rogers AB, Tu S, Takaishi S, Jin G, Yang X, Wu DC, Fox JG, **Wang TC***. Fibroblastic colony-forming unit bone marrow cells delay progression to gastric dysplasia in a helicobacter model of gastric tumorigenesis. Stem Cells. 2009 Sept 27 (9):2301-11.

152. Lee CW, Rickman B, Rogers AB, Muthupalani S, Takaishi S, Yang P, **Wang TC**, Fox JG. Combination of sulindac and antimicrobial eradication of *Helicobacter pylori* prevents progression of gastric cancer in hypergastrinemic INS-GAS mice. Cancer Res. 2009 Oct 15;69 (20):8166-74.

153. Gonda TA, Varro A, **Wang TC**, Tycko B. Molecular biology of cancer-associated fibroblasts: can these cells be targeted in anti-cancer therapy? Semin Cell Dev Biol 2010 Feb;21(1):2-10. Epub 2009 Oct 17. Review. PMID: 19840860 [pubmed-indexed for medline]

154. Okumura T, Wang SS, Takaishi S, Tu SP, Ng V, Ericksen R, Rustgi AK, **Wang TC***. Identification of a bone marrow-derived mesenchymal progenitor cell subset that can contribute to the gastric epithelium. Lab Invest. 2009 Dec;89(12):1410-22.

sulindac and antimicrobial eradication of *Helicobacter pylori* prevents progression of gastric cancer in hypergastrinemic INS-GAS mice. Cancer Res. 2009 Oct 15; 69 (20): 8166-74.

156. Quante M, **Wang TC**. Stem cells in gastroenterology and hepatology. Nat Rev Gastroenterol Hepatol. 2009 Dec;6(12)724-37. Epub 2009 Nov 3. PMID: 19884893 [pubmed-indexed for medline]
157. Bertrand C, Kowalski-Chauvel A, Do C, Résa C, Najib S, Daulhac L, **Wang TC**, Ferrand A, Seva C. A gastrin precursor, gastrin-gly, upregulates VEGF expression in colonic epithelial cells through an HIF-1-independent mechanism. Int J Cancer. 2010 Jun 15;126(12):2847-57. PMID: 19876923 [pubmed-indexed for medline]
158. Wang JS, Varro A, Lightdale CJ, Lertkowit N, Slack KN, Fingerhood ML, Tsai WY, **Wang TC***, Abrams JA. Elevated Serum Gastrin Is Associated With a History of Advanced Neoplasia in Barrett's Esophagus. Am J Gastroenterol. 2010 May; 105(5):1039-45. Epub 2009 Nov 10. PMID: 19904251 [pubmed-indexed for medline]
159. Shibata W, Takaishi S, Muthupalani S, Pritchard DM, Whary MT, Rogers AB, Fox JG, Betz KS, Kaestner KH, Karin M, **Wang TC***. Conditional deletion of IkappaB-kinase beta (IKKbeta) accelerates helicobacter-dependent gastric apoptosis, proliferation and preneoplasia. Gastroenterology. 2010 Mar;138(3):1022-34.e1-10. Epub 2009 Dec 4. PMID: 19962981 [pubmed-indexed for medline]
160. Song Z, Bhagat G, Quante M, Baik GH, Marrache F, Tu SP, Zhao CM, Chen D, Dannenberg AJ, **Wang TC***. Potential carcinogenic effects of cigarette smoke and Swedish moist snuff on pancreas: a study using a transgenic mouse model of chronic pancreatitis. Lab Invest. 2010 Mar;90(3):426-35. Epub 2010 Jan 11. PMID: 20065943 [pubmed-indexed for medline]
161. Lebwohl B, **Wang TC**, Neugut AI. Socioeconomic and Other Predictors of Colonoscopy Preparation Quality. Dig Dis Sci. 2010 Jul;55(7):2014-20. Epub 2010 Jan 16. PMID: 20082217.
162. Xue L, Aihara E, Podolsky DK, **Wang TC**, Montrose MH. In vivo action of trefoil factor 2 (TFF2) to speed gastric repair is independent of cyclooxygenase. Gut 2010 Sep;59(9):1184-91. PMID: 20587547.
163. Quante M., Marrche F, Goldenring JR, **Wang TC**. TFF2 mRNA transcript expression marks a gland progenitor cell of the gastric oxyntic mucosa. Gastroenterology. 2010;139(6):2018-2027 e2. PMID: 20708616.
164. Goldenring JR, Nam KT, **Wang TC**, Mills JC, Wright NA. Spasmolytic polypeptide-expressing metaplasia and intestinal metaplasia: time for reevaluation of metaplasias and the origins of gastric cancer. Gastroenterology. 2010;138(7):2207-10, 2210.e1. PMID: 2045086.
165. Yang VW, Lewis J, **Wang TC**, Rustgi AK. Colon cancer: an update and future directions. Gastroenterology. 2010 Jun;138(6):2027-8.
166. Peterson AJ, Menheniott TR, O'Connor L, Walduck AK, Fox JG, Kawakami K, Minamoto T, Ong EK, **Wang TC,** Judd LM, Giraud AS. *Helicobacter pylori* infection methylation and silences TFF2 leading to gastric tumor development in mice and humans. Gastroenterology. 2010 Dec; 139(6):2005-17. PMID: 20801119 PMCID: PMC3970568
167. Worthley D, Giraud AS, **Wang TC**. The Extracellular Matrix in Digestive Cancer. Cancer Microenvironment. 2010 Sep 17;3(1):177-85, PMID: 21209783.
168. Tomita H, Menheniott TS, Yang X, Shibata W, Jin G, Betz K, Kawakami K, Minamoto T, Tomasetto C, Rio MC, Lerkowit N, Varro A, Giraud A, **Wang TC**. Inhibition of gastric carcinogenesis by the hormone, gastrin, is mediated by suppression of TFF1 epigenetic silencing. Gastroenterology. 2011 Mar;140(3):879-91. PMID: 21111741.
169. Okumura T, Ericksen RE, Takaishi S, Wang SS, Dubeykovskaya, Shibata W, Betz K, Muthupalani S, Rogers AB, Fox JG, Rustgi AK, **Wang TC**. K-ras mutation targeted to gastric tissue progenitor cells results in chronic inflammation, an altered microenvironment, and progression to intraepithelial neoplasia. Cancer Res. 2010;70(21):8435-45. PMID: 20959488. PMCID: 2970750.
170. Worthley DL, Giraud AS, **Wang TC**. Stromal fibroblasts in digestive cancer. Cancer Microenvironment. 2010 Feb 12;3(1):117-25. PMID 21209778.
171. Yang XD, AI W, Asfaha S, Bhagat G, Friedman RA, Jin G, Park H, Shykind B, Diacovo TG, Falus A, **Wang TC**. Histamine deficiency promotes inflammation-associated carcinogenesis through reduced myeloid maturation and accumulation of CD11b+Ly6G+ immature myeloid cells. Nat Med. 2011; 17(1):87-95. PMID:21170045.

Shulkes A, **Wang TC**. In vivo analysis of mouse gastrin gene regulation in enhanced GFP-BAC transgenic mice. Am J Physiol Gastrointest Liver Physiol. 2011 Feb;300(2):G334-44. PMID:21051525.

173. Lofgren JL, Whary MT, GE Z, Muthupalani S, Taylor NS, Mobley M, Potter A, Varro A, Eibach D, Suerbaum S, **Wang TC**, Fox JG. Lack of commensal flora in *Helicobacter pylori*-infected INS-GAS mice reduces gastritis and delays intraepithelial neoplasia. Gastroenterology 40(1):210-20. Epub 2010 Oct 13. PMID: 20950613.
174. Hutchinson L, Stenstrom B, Chen D, Piperdi B, Levey S, Lyle S, **Wang TC**, Houghton J. Human Barrett's adenocarcinoma of the esophagus, associated myofibroblasts, and endothelium can arise from bone marrow-derived cells after allogenetic stem cell transplant. Stem Cells Dev. 2011 Jan;20(1):11-7. PMID: 20677919.
175. Quante M, Tu SP, Tomita H, Gonda T, Wang SS, Takashi S, Baik GH, Shibata W, Diprete B, Betz KS, Friedman R, Varro A, Tycko B, **Wang TC**. Bone marrow-derived myofibroblasts contribute to the mesenchymal stem cell niche and promote tumor growth. Cancer Cell. 201;19(2):257-72. PMID: 21316604
176. Matkar S, Durham A, Brice Angela, **Wang TC**, Rustgi AK, Hua X. Systemic activation of K-ras rapidly induces gastric hyperplasia and metaplasia in mice. Am J Cancer Res. 2011 Apr 1;1(4):432-445. PMID: 21761008
177. Ohtani M, Ge Z, Garcia A, Rogers AB, Taylor NS, Xu S, Watanabe K, Feng Y, Marini RP, Whary MT, **Wang TC**, Fox JG. 17β-estradiol suppresses *Helicobacter pylori*-induced gastric pathology in male hypergastrinemic INS-GAS mice. Carcinogenesis 2011 Aug;32(8):1244-50. PMID: 21565825.
178. Grosberg LE, Radosevich AJ, Asfaha S, **Wang TC**, Hillman EMC. Spectral characterization and unmixing of intrinsic contrast in intact normal and diseased gastric tissues using hyperspectral two-photon microscopy. PLoS One 2011;6(5):e19925. PMID 21603623 [pubmed-indexed for medline].
179. Lebwohl B, Kastrinos F, Glick M, Rosenbaum AJ, **Wang TC,** Neugut Al. The impact of suboptimal bowel preparation on adenoma miss rates and the factors associated with early repeat colonoscopy. Gastrointest Endosc. 2011 Jun;73(6):1207-14. PMID: 21481857.
180. Sheh A, Zhongming GE, Parry N, Muthupalani S, Rager J, Racyznski A, Mobley M, McCabe A, Fry R, **Wang TC**, Fox JG. 17β-Estradiol and tamoxifen prevent gastric cancer by modulating leukocyte recruitment and oncogenc pathways in *Helicobacter pylori*-infected INS-GAS male mice. Cancer Prev Res (Phila) 2011 Jun 16. PMID 21680705.
181. Matkar S, Durham A, Brice A, **Wang TC**, Rustgi A, Hua X. Systemic activation of K-ras rapidly induces gastric hyperplasia and metaplasia in mice. Am J Cancer Res 2011 Apr 1;1(4):432-445. PMID: 21761008 [pubmed]
182. Xue L, Aihara E, **Wang TC**., Montrose MH. Trefoil factor 2 requires Na/H exchanger 2 activity to enhance mouse gastric epithelial repair. J Biol Chem. 2011 Nov 4;286(44):38375-82. PMID: 21900251.
183. Tu SP, Quante, Bhagat G, Takaishi S, Cui G, Yang XD, Muthuplani S, Shibata W, Fox JG, Pritchard DM, **Wang TC**. IFN-y inhibits gastric carcinogenesis by inducing epithelial cell autophagy and T-cell apoptosis. Cancer Res. 2011 Jun 15;71(12):4247-59. PMID: 21512143.
184. Tomita H, Takaishi S, Menheniott TR, Yang X, Shibata W, Jin G, Betz KS, Kawakami K, Minamoto T, Tomasetto C, Rio MC, Lerkowit N, Varro A, Giraud AS, **Wang TC**. Inhibition of gastric carcinogenesis by the hormone gastrin is mediated by suppression of TFF1 epigenetic silencing. Gastroenterology. 2011 Mar; 140(3):879-91. Epub 2010 Nov. 25. PMID: 2111174.
185. Takaishi S, Shibata W, Tomita H, Jin G, Yang X, Ericksen R, Dubeykovskaya Z, Asfaha S, Quante M, Betz KS, Shulkes A, **Wang TC.** In vivo analysis of mouse gastrin gene regulation in enhanced GFP-BAC transgenic mice. AM J Physiol Gastrointest Liver Physiol. 2011 Feb;300(2):G334-44. PMID: 21051525.
186. Quante M, Bhagat G, Abrams JA, Marache F, Good P, Lee MD, Lee Y, Friedman R, Asfaha S, Dubeykovskaya Z, Mahmood U, Figueiredo JL, Kitajewski J, Shawber C, Lightdale CM, Rustgi AK, **Wang TC**, Bile acid and inflammation activate gastric cardia stem cells in a mouse model of Barrett's –like metaplasia. Cancer Cell. 2012 Jan 17;21(1):36-51. PMID: 22264787
187. Okabe S, Kodama Y, Cao H, Johannessen H, Zhao CM, **Wang TC**, Takahashi R, **Chen D**. Topical application of acetic acid in cytoreduction of gastric cancer model in mice: a technical report using mouse model. J Gastroenterol Hepatol. 2012 Apr;27 Suppl 3:40-8. PMID: 22486870.
188. Gonda TA, KIM Yi , Salas MC, Gamble MV, Shibata W, Muthupalani S, Abrams J, Fox JG, **Wang TC**, Tycko B. Folic Acid Increases Global DNA Methylation and Reduces Inflammation to Prevent Helicobacter-Associated Gastric Cancer in Mice. Gastroenterology. 2012 Apr;142(4):824-833. PMID:22248660

PJ, Curt-Jones E, **Wang TC**, Sivaprasad U, Hershey GK and De'Broski HR. Trefoil factor 2 rapidly induces IL-33 to promote Type 2 immunity during allergic asthma and hookworm infection. J Exp Med. 2012 Mar 12;209(3):607-22. PMID:22329990

190. Tu SP, **Wang TC**. Curcumin induces the differentiation of myeloid-derived suppressor cells and inhibits their interaction with cancer cells and related tumor growth. Cancer Prev Res (Phila). 2012 Feb;5(2):205-15. PMID: 22030090.

191. Romac JM, Shahid RA, Choi SS, Karaca GF, Westphalen CB, **Wang TC,** Liddle RA. Pancreatic Secretory Trypsin Inhibitor 1 Reduces the Severity of chronic pancreatitis in mice overexpressing interleukin-1β in the Pancreas. Am J Physiol Gastrointest Liver Physiol. 2012 Mar 1;302(5):G535-41. PMID: 22173919

192. Nadir A, Lieberman D, **Wang TC**, Zhang R, Sands G, Bertagnolli MM, Hawk E, Eagle C, Coindreau J, Zauber A, Lanas A, Levin B. The APC and PreSAP Trials: A Post-hoc Noninferiority Analysis Using a Comprehensive New Measure for Gastrointestinal Tract Injury in Two Randomized, Double-Blind Studies Comparing Celecoxib Versus Placebo. Clin Ther. 2012 Mar;34(3):569-79. PMID: 22386831

193. Yu T, Chen X, Zhang W, Li J, Xu R, **Wang TC**, Ai W, Liu C. Kruppel-like Factor 4 Regulates Intestinal Epithelial Cell Morphology and Polarity. PloS One. 2012;7(2);7(2):e32492. PMID: 22384261

194. Holmberg C, Quante M, Steele I, Kumar JD, Balabanovas S, Duval C, Czepan M, Rakonczay Z Jr, Tiszlavicz L, Nemeth I, Lazar G, Simonka Z, Jenkins R, Hegyi P, **Wang TC**, Dockray GJ, Varro A Release of TGFbig-h3 by gastric myofibroblasts slows tumor growth and is decreased with cancer progression. Carcinogenesis 2012 August;33(8):1553-1562 PMID: 22610072

195. Li J, Zheng H, Yu F, Yu T, Liu C, Huang S, **Wang TC**, Ai W. Deficiency of the Kruppel-like factor KL4 correlates with increased cell proliferation and enhanced skin tumorigenesis. Carcinogenesis. 2012 Jun;33(6):1239-46. PMID:2249175

196. Okabe S, Kodama Y, Cao H, Johannessen H, Zhao CM, **Wang TC**, Takahashi R, Chen D. Topical application of acetic acid in cytoreduction of gastric cancer. A technical report using mouse model. J Gastroenterol Hepatol. 2012 Apr;27 Suppl 3:40-8. PMID: 22486870

197. Holmberg C, Quante M, Steele I, Kumar JD, Balabanova S, Duval C, Czepan M, Rakonczay JrZ, Tiszlavicz L, Nemeth I, Lazar G, Simonka Z, Jenkins R, Hegyi P, **Wang TC,** Dockray GJ, Varro A. Release of TGFβig-h3 by gastric myofibroblasts slows tumor growth and is decreased with cancer progression. Carcinogenesis. 2012 Aug;33(8):1553-62. PMID: 22610072

198. Ramanathan V, Jin G, Westphalen CB, Whelan A, Dubeykovskiy A, Takaishi S, **Wang TC**. P53 gene mutation increases progastrin dependent colonic proliferation and colon cancer formation. Cancer Invest. 2012 May;30(4):275-86. PMID: 22480191

199. Li J, Zheng H, Wang J, Yu F, Morris RJ, **Wang TC**, Huang S, Ai W. Expression of Kruppel-like KLF4 in mouse hair follicle stem cells contributes to cutaneous wound healing. PLoS One 2012; 7(6):e39663. PMID: 22745808

200. Asfaha S, Dubeykovskiy AN, Tomita H, yang X, Stokes S, Shibata W, Friedman RA, Ariyama H, Dubeykovskaya ZA, Muthupalani S, Ericksen R, Frucht H, Fox JG, **Wang TC**. Mice that express human interleukin-8 have increased mobilization of immature myeloid cells, which exacerbates inflammation and accelerates colon carcinogenesis. Gastroenterology. 2013 Jan;144(1):155-66. PMID: 23041326.

201. Shibata W, Ariyama H, Westphalen CB, Worthley DL, Muthupalani S, Asfaha S, Dubeykovskaya Z, Quante M, Fox JG, **Wang TC**. Stromal cell-derived factor-1 overexpression induces gastric dysplasia through expansion of stromal myofibroblasts and epithelial progenitors. Gut. 2013 Feb;62(2):192-200. PMID:2236291

202. Mahiri B, Ang S, Clark I, Bishop D, Oshima M, Cook M, Hemmings C, Takaishi S, Worthley D, Boussioutas A, **Wang TC**, Taupin D. The unfolded protein response is activated in Helicobater-induced gastric carcinogenesis in a non-cell autonomous manner. Lab Invest. 2013 Jan;93(1):112-22. PMID:23108377

203. Glaire M, El-Omar E, **Wang TC,** Worthley DL. The mesenchyme in malignancy: a partner in the initiation, progression and dissemination of cancer. Pharmacology and Therapeutics 2012; 135:131-141. PMID: 22921882

204. Vigen RA, Kodama Y, Viset T, Fossmark R, Waldum H, Kidd M, **Wang TC**, Modlin IM, Chen D, Zhao CM. Immunohistochemical evidence for an impairment of autophagy in tumorigenesis of gastric carcinoids and adenocarcinomas in rodent models and patients. Histol Histopathol. 2013 Feb 7. PMID: 233897929

IGF-II from colonic myofibroblasts stimulates colonic epithelial proliferation. Gastroenterology. 2013 Jul;(145(1):197-208.2013.03 PMID: 23523669

206. Westphalen CB, Marrache F., **Wang TC.** Analysis of transplanted bone marrow derived cells in chronic pancreatitis. Methods Mol Biol. 2013;980:291-300. PMID: 23359161
207. Baird M, Woon Ang P, Clark I, Bishop D, Oshima M, Cook MC, Hemmings C, Tekeishi S, Worthley D, Boussioutas A, **Wang TC,** Taupin D. The unfolded protein response is activated in Helicobacter-induced gastric carcinogenesis in a non-cell autonomous manner. *Lab Invest.* 2013 Jan; 93(1): 112-22. PMID: 23108377.
208. Gupta M, Iyer PG, Lutzke L, Gorospe EC, Abrams JA, Falk GW, Ginsberg GG, Rustgi AK, Lightdale CJ, **Wang TC**, Fudman DI, Poneros JM, Wang KK. Recurrence of esophageal intestinal metaplasia after endoscopic mucosal resection and radiofrequency ablation of Barrett's esophagus: results from a US Multicenter Consortium. *Gastroenterology*. 2013 Jul;145(1):79-86. Epub 2013 Mar 15. PMID: 23499759
209. Worthley DL, Si Y, Quante M, Churchill M, Mukherjee S, **Wang TC.** Bone Marrow cells as precursors of the tumor stroma. *Exp Cell Res.* 2013 Jul 1;319(11):1650-6. doi: 10.1016/j.yexcr.2013.03.006. PMID: 23499739
210. Ericksen RE, Rose S, Westphalen CB, Shibata W, Muthupalani S, Tailor Y, Friedman RA, Han W, Fox JG, Ferrante AW Jr, **Wang TC**. Obesity accelerates Helicobacter felis-induced gastric carcinogenesis by enhancing immature myeloid cell trafficking and TH17 response. *Gut.* 2014 Mar;63(3):385-94. doi: 10.1136/gutjnl-2013-305092. PMID: 23729675
211. Holmberg C, Ghesquière B, Impens F, Gevaert K, Kumar JD, Cash N, Kandola S, Hegyi P, **Wang TC**, Dockray GJ, Varro A. Mapping proteolytic processing in the secretome of gastric cancer-associated myofibroblasts reveals activation of MMP-1, MMP-2, and MMP-3. *J Proteome Res.* 2013 Jul 5;12(7):3413-22. doi: 10.1021/pr400270q. PMID: 23705892
212. Jin G, Westphalen CB, Hayakawa Y, Worthley DL, Asfaha S, Yang X, Chen X, Si Y, Wang H, Tailor Y, Friedman RA, **Wang TC**. Progastrin Stimulates Colonic Cell Proliferation via CCK2R- and β-Arrestin-Dependent Suppression of BMP2. *Gastroenterology*. 2013 Oct;145(4):820-830 PMID: 23891976
213. Lertpiriyapong K, Whary MT, Muthupalani S, Lofgren JL, Gamazon ER, Feng Y, Ge Z, **Wang TC**, Fox JG. Gastric colonisation with a restricted commensal microbiota replicates the promotion of neoplastic lesions by diverse intestinal microbiota in the *Helicobacter pylori* INS-GAS mouse model of gastric carcinogenesis. *Gut.* 2014 Jan;63(1):54-63. doi: 10.1136/gutjnl-2013-305178. PMID: 23812323
214. Duckworth CA, Clyde D, Worthley DL, **Wang TC,** Varro A, Pritchard DM. Progastrin-induced secretion of insulin-like growth factor 2 from colonic myofibroblasts stimulates colonic epithelial proliferation in mice. *Gastroenterology*. 2013 Jul; 145(1) 197-208 PMID 23523669
215. Lebwohl B, Spechler SJ, **Wang TC**, Green PH, Ludvigsson JF. Use of proton pump inhibitors and subsequent risk of celiac disease. *Dig Liver Dis*. 2014 Jan;46(1):36-40 PMID: 24035759
216. Zhu L, Cheng X, Ding Y, Shi J, Jin H, Wang H, Wu Y, Ye J, Lu Y, **Wang TC**, Yang CS, Tu SP. Bone marrow-derived myofibroblasts promote colon tumorigenesis through the IL-6/JAK2/STAT3 pathway. *Cancer Lett.* 2014 Feb 1;343(1):80-89 PMID: 24145153
217. Westphalen CB, Asfaha S, Hayakawa Y, Takemoto Y, Lukin DJ, Nuber AH, Brandtner A, Setlik W, Remotti H, Muley A, Chen X, May R, Houchen CW, Fox JG, Gershon MD, Quante M, **Wang TC**. Long-lived Dclk1+ cells serve as colon cancer initiating cells. *J. Clin. Invest*. 2014 Mar 3; 124(3): 1283-95 PMID: 24487592
218. Habibollahi, P, Waldron T, Heidari P, Xho HS, Alcantara D, Josephson L, **Wang TC,** Rustgi AK, Mahmood U. Fluorescent nanoparticle imaging allows noninvasive evaluation of immune cell modulation in esophageal dysplasia. *Molecular Imaging*. 2014 May; 13(3): 1-11 PMID 248224854.
219. Feng R, Aihara E, Kenny S, Yang L, Li J, Varro A, Montrose MH, Shroyer NF, **Wang TC,** Shivdasani RA. Indian Hedgehog Mediates Gastrin-Induced Proliferation in Stomach of Adult Mice. *Gastroenterology*. 2014 May 20. PMID: 24859162, PMC4211430.
220. Sureban SM, May R, Weygant N, Qu D, Chandrakesan P, Bannerman-Menson E, Ali N, Pantazis P, Westphalen CB, **Wang TC,** Houchen CW. XMD8-92 inhibits tumor xenograft growth via DCLK1-dependant mechanism. *Cancer Lett*. 2014 Aug 28:35(1):151-61 PMID: 248800079
221. Zhou J, Hayakawa Y, **Wang TC,** Bass AJ. RhoA mutations identified in diffuse gastric cancer. *Cancer Cell*, 2014 Jul 14; 26(1):9-11 PMID:25026207

OT, Alqahtani A, **Wang TC,** Charvat TT, Penfold M, Dockray GJ, Varro A. Increased expression of chemerin in squamous esophageal cancer myofibroblasts and role in recruitment of mesenchymal stromal cells. *PLoS One* 2014 Aug 15;9(7) PMID:25127029

223. Zhao CM, Hayakawa Y, Kodama Y, Muthupalani S, Westphalen CB, Andersen GT, Flatberg A, Johannessen H, Friedman RA, Renz BW, Sandvik AK, Beisbag V, Tomita H, Hara A, Quante M, Li Z, Gershon MD, Kaneko K, Fox JG, **Wang TC*,** Chen D. Denervation suppresses gastric tumorigenesis. *Science Translational Medicine* 2014 Aug 20;6(250) PMID:25143365
224. Balabanova S, Homberg C, Steele I, Ebrahimi B, Rainbow L, Burdyga T, McCaig C, Tiszlavicz L, Lertkowit N, Giger OY, Oliver S, Prior I, Dimaline R, Simpson D, Beynon R, Hegyi PP, **Wang TC,** Dockray GJ, Varro A. The neuroendocrine phenotype of gastric myofibroblasts and its loss with cancer progression. *Carcinogenesis.* 2014 Aug;35(8):1798-806. E Pub 2014 April 7. PMID:24710625
225. Lam SY, Murphy C, Foley LA, Ross SA, **Wang TC,** Fleming JV. The human ubiquitin conjugating enzyme UBE2J2(Ubc6) is substrate for proteasomal degradation. *Biochemical Biophysical Research Communications* 2014 Aug 29; 451(3):361-6 PMID:25083800
226. Judd LM, Chalinor HV, Walduck A, Pavlic DI, Dabritz J, Dubeykovskaya Z, **Wang TC,** Menheniott TR, Giraud AS. TFF2 Deficiency exacerbates weight loss and alters immune cell and cytokine profiles in DSS colitis and this cannot be rescued by wild type bone marrow. *American Journal of Physiology-Gastrointestinal and Live Physiology.* 2015 Jan 1; 308(1):G12-24. doi: 10.1152/ajpgi.00172.2014. PMID:25324506
227. Worthley DL, Churchill M, Compton JT, Tailor Y, Rao M, Si Y, Levin D, Schwartz MG, Uygur A, Hakawa Y, Gross S, Renz BW, Setlik W, Martiniz AN, Chen X, Nizami S, Lee HG, Kang HP, Caldwell JM, Asphaha S, Westphalen CB, Graham T, Jin CG, Nagar K, Wang H, Kheirbek MA, Kolhe A, Carpenter J, Glaire M, Nai A, Renders S, Manieri N, Muthupalani S, Fox JG, Reichert M, Giraud AS, Schwabe RF, Pradere JP, Walton K, Prakash A, Gumucio D, Rustgi AK, Stappenback TS, Friedman RA, Gershon MD, Sims P, GRikscheit T, Lee FY, Karsenty G, Mukherjee S, **Wang TC.** Gremlin1 identifies a skeletal stem cell with bone cartilage and reticular stromal potential. *Cell* 2015 Jan 15;160(1-2):269-84 PMID: 25594183
228. Hayakawa Y, Jin G, Wang H, Chen X, Westphalen CB, Asfaha S, Renz BW, Ariyama Hm Dubeykovskaya ZA, Takemoto Y, Lee Y, Muley A, Tailor Y, Chen D, Muthupalani S, Fox JG, Shulkes A, Worthley DL, Takaishi S, **Wang TC.** CCK2R identifies and regulates gastric antral stem cell states and carcinogenesis. *Gut* 2015 April;64(4):544-553. PMID 24951258.
229. Asfaha S, Hayakawa Y, Muley A, stokes S, Graham TA, Ericksen R, Westphalen CB, von Burstin J, Mastracci TL, Worthley D, Guha C, Quante M, Rustgi AK, **Wang TC.** Krt19(+)Lgr5(-) cells are radioresistent cancer initiating stem cells in the colon and intestine. *Cell Stem Cell* 2015 June;16 (627-638)
230. Vega ME, Giroux V, Natsuizaka M, Liu M, Klein-Szanto AJ, Stairs DB, Nakagawa H, Wang KK, **Wang TC,** Lynch JP, Rustgi AK. Inhibition of Notch signaling enhances transdifferentiation of the esophageal squamous epithelium towards a Barret's –like metaplasia via KLF4. *Cell Cycle* 2014 PMID: 25558829
231. Small AJ, Araujo JL, Leggett CL, Mendelson AH, Agarwalla A, Abrams JA, Lightdale CJ, **Wang TC,** Iyer PG, Wang KK, Rustgi AK, Ginsberg GG, Forde KA, Gimotty PA, Lewis JD, Falk GW, Bewtra M. Radiofrequency Ablation is Associated with Decreased Neoplastic Progression in Patients with Barrett' s Esophagus and Confirmed Low-Grade Dysplasia. *Gastroenterology* 2015 Sep; 149(3):567-76.e3; quiz e13-4. doi:10.1053/j.gastro.2015.04.013. PMID: 25917785
232. Heidari P, Esfahani SA, Turker NS, Wong G, **Wang TC**, Rustgi AK, Mahmood U. Imaging of Secreted Extracellular Periostin, an Important Marker of Invasion in the Tumor Microenvironment in Esophageal Cancer. *J Nucl Med.* 2015 Aug;56(8):1246-51. doi: 10.2967/jnumed.115.156216. PMID: 26069303.
233. Ng GZ, Menheniott TR, Every AL, Stent A, Judd LM, Chionh YT, Dhar P, Komen JC, Giraud AS, **Wang TC**, McGuckin MA, Sutton P. The MUC1 mucin protects against *Helicobacter pylori* pathogenesis in mice by regulation of the NLRP3 inflammasome. *Gut.* 2016 Jul;65(7):1087-99. doi: 10.1136/gutjnl-2014-307175. Epub2015 Apr 8 PMID: 26079943.
234. Freedberg DE, Toussaint NC, Chen SP, Ratner AJ, Whittier S, **Wang TC**, Wang HH, Abrams JA. Inhibitors Alter Specific Taxa in the Human Gastrointestinal Microbiome: A Crossover Trial. *Gastroenterology*. 2015

235. Deng L, Hong T, Lin J, Ding S, Huang Z, Chen J, Jia J, Zou Y, **Wang TC**, Yang X, Ge J. Histamine deficiency exacerbates myocardial injury in acute myocardial infarction through impaired macrophage infiltration and increased cardiomyocyte apoptosis. *Sci Rep.* 2015 Aug 17;5:13131. doi: 10.1038/srep13131. PMID: 26278136.

236. Chandrakesan P, May R, Qu D, Weygant N, Taylor VE, Li JD, Ali N, Sureban SM, Quante M, **Wang TC**, Bronze MS, Houchen CW. Dclk1+ small intestinal epithelial tuft cells display the hallmarks of quiescence and self-renewal. *Oncotarget*. 2015 Oct 13;6(31):30876-86. doi:10.18632/oncotarget.5129. PMID: 26362399

237. Chen X, Churchill MJ, Nagar KK, Tailor YH, Chu T, Rush BS, Jiang Z, Wang EBC, Renz BW, Wang H, Fung MC, Worthley DL, Mukherjee S, **Wang TC**. 1L-17 producing mast cells promote the expansion of myeloid-derived suppressor cells in a mouse allergy model of colorectal cancer. *Oncotarget* 2015; Oct 20;6(32):32966-79.

238. Ahn B, Kohanbash G, Ohkuri T, Kosaka A, Chen X, Ikeura M, **Wang TC**, Okada H. Histamine deficiency promotes accumulation of immunosuppressive immature myeloid cells and growth of murine gliomas. *Oncoimmunology*. 2015 May 26;4(11):e1047581. PMID: 26451324.

239. Kong J, Sai H, Crissey MA, Jhala N, Falk GW, Ginsberg GG, Abrams JA, Nakagawa H, Wang K, Rustgi AK, **Wang TC**, Lynch JP. Immature myeloid progenitors promote disease progression in a mouse model of Barrett's-like metaplasia. *Oncotarget.* 2015 Oct 20;6(32):32980-3005. doi: 10.18632/oncotarget.5431. PMID: 26460825.

240. Gross S, Balderes D, Liu J, Asfaha S, Gu G, **Wang TC**, Sussel L. Nkx2.2 is expressed in a subset of enteroendocrine cells with expanded lineage potential. *Am J Physiol Gastrointest Liver Physiol.* 2015 Dec 15;309(12): G975-87 doi: 10.1152/ajpgi.00244.2015. PMID: 26492922

241. Hayakawa Y, Ariyama H, Stancikova J, Sakitani K, Asfaha S, Renz BW, Dubeykovskaya ZA, Shibata W, Wang H, Westphalen CB, Chen X, Takemoto Y, Kim W, Shradha SS, Tailor Y, Nagar K, Tomita H, Hara A, Sepulveda AR, Setlik W, Gershon MD, Saha S, Ding L, Shen Z, Fox JG, Friedman RA, Konieczny SF, Worthley DW, Korinek V, **Wang TC.** Mist1 expressing gastric stem cells maintain the normal and neoplastic gastric epithelium and are supported by a perivascular stem cell niche. *Cancer Cell* 2015 Dec 14;28(6):800-14. doi: 10.1016/j.ccell.2015.10.003 PMID: 26585400

242. Dubeykovskaya Z, Si Y, Chen X, Worthley DL, Renz BW, Urbanska AM, Hayakawa Y, Xu T, Westphalen CB, Dubeykovskiy A, Chen D, Friedman RA, Asfaha S, Nagar, K, Muthupalani, S, Fox JG, Kitajewski J, **Wang TC**. Neural innervation stimulates splenic TFF2 to arrest myeloid cell expansion and cancer. *Nature Communications.* 2016 Feb 4;7:10517. doi: 10.1038/ncomms10517). PMID: 26841680

243. Manieri NA, Mack MR, Himmelrich MD, Worthley DL, Hanson EM, **Wang TC,** Stappenbeck TS. Mucosally transplanted mesenchymal stem cells stimulate intestinal healing by promoting angiogennesis. *Journal of Clinical Investigation* 2015 Aug 17 . PMID: 26280574 PMCID: PMC4588308

244. Zhu L, Cheng X, Shi J, Lin Jiacheng, Chen G, Jin H, Liu AB, Pyo H, Ye J, Zhu Y, Wang H, Chen H, Fang J, Cai L, **Wang TC,** Yang CS, Tu SP. Crosstalk between bone marrow-derived myofibroblasts and gastric cancer cells regulates cancer stemness and promotes tumorigenesis. *Oncogene* 2016 Oct 13;35(41): 5388-5399 doi: 10.1038/onc.2016.76 PMID: 27109105

245. Menhenoitt TR, O’Connor L, Chionh YT, Dabritz J, Scurr M, Rollo BN, Ng GZ, Jacob S, Catubig A, Kurklu B, Mercer S, Minamoto T, Ong DE, Ferrero RL, Fox JG, **Wang TC,** Sutton P, Judd LM, Giraud AS. Loss of gastrokine-2 drives premalignant gastric inflammation and tumor progression. *Journal of Clinical Investigation* 2016 April 1: 1;126(4): 1383-400. doi: 10.1172/ JCI82655 PMID: 26848741

246. Miller CL, Multhupalani S, Shen Z, Drees F, Ge Z, Feng Y, Chen X, Gong G, Nagar KK, **Wang TC,** Gertler FB, Fox JG. Lamellipodin-Deficient Mice: A Model of Rectal Carcinoma. *PLoS One*. 2016 Apr 5; 11(4):e0152940 PMID: 27045955

247. Westphalen CB, Takemoto Y, Tanaka T, Macchini M, Jiang Z, Renz BW, Chen X, Ormanns S, Nagar KK, Tailor Y, May R, Cho Y, Asfaha S, Worthley DL, Hayakawa Y, Urbanska AM, Quante M, Reichert M, Broyde J, Subramaniam PS, Remotti H, Su GH, Rustgi AK, Friedman RA, Honig B, Califano A, Houchen CW, Olive KP, **Wang TC.** Dclk1 Defines Quiescent Pancreatic Progenitors that Promote Injury-Induced Regeneration and Tumorigenesis. *Cell Stem Cell* 2016 Apr 7; 18(4):441-55 PMID 27058937

248. Lee Y, Urbanska AM, Hayakawa Y, Wang H, Au AS, Luna Am, Chang W, Jin G, Bhagat G, Abrams JA, Friedman RA, Varro A, Wang KK, Boyce M, Rustgi AK, Sepulveda AR, Quante M, **Wang TC.** Gastrin

like esophagus. *Oncotarget* 2016 Jul 18 PMID: 27448962

249. Saha S, Aranda E, Hayakawa Y, Bhanja P, Atay S, Brodin NP, Li J, Asfaha S, Liu L, Tailor Y, Zhang J, Godwin AK, Tome WA, **Wang TC,** Guha C, Pollard JW. Macrophage-derived extracellular vesicle-packaged WNTs rescue intestinal stem cells and enhance survival after radiation injury. *Nature Communications* 2016 Oct 13;7:13096 PMID:27734833

250. Yamaguchi J, Mino-Kenudson M, Liss AS, Chowdhury S, **Wang TC,** Fernandez-DelCastillo C, Lillemoe KD, Warshaw AL, Thayer SP. Loss of Trefoil Factor 2 from Pancreatic Duct Glands Promotes Formation of Intraductal Papillary Mucinous Neoplasms in Mice. *Gastroenterology*. 2016 Dec; 151(6):1232-1244 PMID: 27523981

251. Schellnegger R, Quante A, Rospleszcz S, Schernhammer M, Hohl B, Tobiasch M, Pastula A, Brandtner A, Abrams JA, Strauch K, Schmid RM, Vieth M, **Wang TC,** Quante M. Goblet Cell Ratio in Combination with Differentiation and Stem Cell Markers in Barrett Esophagus Allow Distinction of Patients with and without Esophageal Adenocarcinoma. *Cancer Prevention Research (Phila)*. 2016 Nov 2 PMID: 27807078

252. Hayakawa Y, Sakitani K, Konishi M, Asfaha S, Niikura R, Tomita H, Renz BW, Tailor Y, Macchini M, Middelhoff M, Jiang Z, Tanaka T, Dubeykovskaya ZA, Kim W, Chen X, Urbanska AM, Nagar K, Westphalen CB, Quante M, Lin CS, Gershon MD, Hara A, Zhao CM, Chen D, Worthley DL, Koike K, **Wang TC.** Nerve Growth Factor Promotes Gastric Tumorigenesis through Aberrrant Cholinergic Signaling. *Cancer Cell* 2017 Jan 9;31(1):21-34. PMID: 27989802.

253. Chen J, Hong T, Ding S, Deng L, Abudupataer M, Zhang W, Tong M, Jia J, Gong H, Zou Y, **Wang TC**, Ge J, Yang X. Aggravated myocardial infarction-induced cardiac remodeling and heart failure in histamine-deficient mice. *Sci Rep*. 2017 Mar 8;7:44007. doi: 10.1038/srep44007. PMID: 28272448 PMCID: PMC5341031

254. Jin G, Sakatani K, Wang H, Jin Y, Dubeykovskiy A, Worthley DL, Tailor Y, **Wang TC**. The G-protein coupled receptor 56, expressed in colonic stem and cancer cells, binds progastrin to promote proliferation and carcinogenesis. *Oncotarget*, Advance Publications, March 2017, pp. 1-13. PMID: 28380450

255. Xu L, Cheng D., Huang Z, Ding S, Zhang W, Tan H, Shi H, Chen R, Zou Y, **Wang TC,** Yang X, Ge J. Histamine promotes the differentiation of macrophages from CD11b+myeloid cells and formation of foam cells through a Stat6-dependent pathway. Atherosclerosis. 2017 Aug;263:42-52 PMID: 28600950

256. Gao C, Ganesh BP, Shi Z, Shah RR, Fultz R, Major A, Venable S, Lugo M, Hoch K, Chen X, Haag A, **Wang TC,** Versalovic J. Gut Microbe-Mediated Suppression of Inflammation-Associated Colon Carcinogenesis by Lumina Histamine Production. American Journal of Pathology. 2017 Oct; 187(10):2323-2326 doi: 10.1016/j.ajpath.2017.06.011 PMID: 28917668

257. Jiang M, Li H, Zhang Y, Yang Y, Lu R, Liu K, Lin S, Lan S, Wang H, Wu H, Zhu J, Zhou Z, Lee DK, Zhang L, Lee YC, Yuan J, Abrams JA, **Wang TC,** Sepulveda AR, Wu Q, Chen H, Sun X, She J, Chen X, Que J. Transitional basal cells at the squamous-columnar junction generate Barrett's oesophagus. Nature 2017 Oct 26;550(7677):529-533. Doi: 10.1038/nature24269. PMID: 29019984

258. Chatre L, Fernandes J, Michel V, Fiette L, Avé P, Arena G, Jain U, Haas R, **Wang TC,** Ricchetti M, Touati E. *Heliobacter pylori* mitochondrial import and components of mitochondrial DNA replication machinery through an alternative VacA-dependent and a VacA-independent mechanisms. Science Report 2017 Nov 21; 7(1):15901. doi: 10.1038/s41598-017-15567-3. PMID: 29162845

259. Chen X, Deng H, Churchill MJ, Luchsinger LL, Du X, Chu TH, Friedman RA, Middlehoff M, Ding H, Tailor YH, Wang ALE, Liu H, Ziu Z, Wang H, Jiang Z, Renders S, ho SH, Shah SV, Tishchenko P, Chang W, Swayne TC, Munteanu L, Califano A, Takahashi R, Nagar KK, Renz BW, Worthley DL, Westphalen CB, Hayakawa Y, asfaha S, Borot F, Lin CS, Snoeck HW, Mukherjee S, **Wang TC.** Bone Marrow Myeloid Cells Regulate Myeloid-Biased Hematopoietic Stem Cells via a Histamine-Dependent Feedback Loop. Cell Stem Cell. 2017 Dec 7;21(6):747-760e7. doi: 10.1016/j.stem.2017.11.003. PMID: 29198940

260. Ollila S, Domènech-Moreno E, Laajanen K, Wong IP, Tripathi S, Pentinmikko N, Gao Y, Yan Y, Niemelä EH, **Wang TC,** Viollet B, Leone G, Katajisto P, Baahtomeri K, Mäkelä TP. Stormal Lkb1 deficiency leads to gastrointestinal tumorigenesis involving the IL-11-JAK/STAT3 pathway. Journal of Clinical Investigation. 2018 Jan 2; 128(1):402-414. doi 10.1172/JC193597. PMID: 29202476

261. Fang HY, Münch NS, Schottelius M, Ingermann J, Liu H, Schauer M, Stangl S, Multhoff G, Steiger K, Gerngroß

Target for Diagnostic PET/CT Imaging in Barrett's Dysplasia and Esophageal Adenocarcinoma. Clinical Cancer Research. 2018 Mar 1;24(5): 1048-1061. doi: 10.1158/1078-0432. CCR-17-1756. Epub 2017 Dec 5 PMID: 29208671

262. Renz BW, Takahashi R, Tanaka T, Macchini M, Hayakawa Y, Dantes Z, Maurer HC, Chen X, Jiang Z, Westphalen CB, Ilmer M, Valenti G, Mohanta SK Habenicht AJR, Middlehoff M, Chu T, Nagar K, Tailor Y, Casadei R, Di Marco M, Kleespies A, Friedman RA, Remotti H, Reichert M, Worthley DL, Neumann J, Werner J, Iuga AC, Olive KP, **Wang TC.** β2 Adrenergic-Neurotrophin Feedforward Loop Promotes Pancreatic Cancer. Cancer Cell. 2018 Nov 12;34(5):863-867. doi: 10.1016/j.ccell.2018.10.010 PMID: 30423300

263. Sakitani K, Hayakawa Y, Deng H, Ariyama H, Kinoshita H, Konishi M, Ono S, Suzuki N, Ihara S, Niu Z, Kim W, Tanaka T, Liu H, Chen X, Tailor Y, Fox JG, Konieczny SF, Onodera H, Sepulveda AR, Asfaha S, Hirata Y, Worthley DL, Koike K, **Wang TC**. CXCR4-expressing *Mist1*$^+$ progenitors in the gastric antrum contribute to gastric cancer development. Oncotarget. 2017 Nov 10;8(67):111012-111025. doi: 10.18632/oncotarget.22451. PMID 29340033 PMCID: PMC5762301

264. Kinoshita H, Hayakawa Y, Niu Z, Konishi M, Hata M, Tsuboi M, Hayata Y, Hikiba Y, Ihara S, Nakagawa H, Hirata Y, **Wang TC**, Koike K. Mature gastric chief cells are not required for the development of metaplasia. Am J Physiol Gastrointest Liver Physiol. 2018 May 1;314(5):G583-G596. doi: 10.1152/ajpgi.00351.2017. PMID 29345968

265. Zhang Y, Zoltan M, Riquelme E, Xu H, Sahin I, Castro-Pando S, Montiel MF, Chang K, Jiang Z, Ling J, Gupta S, Horne W, Pruski M, Wang H, Sun SC, Lozano G, Chiao P, Maitra A, Leach SD, Kolis JK, Vilar E, **Wang TC**, Bailey JM, McAllister F. Immune Cell Production of Interleukin 17 Induces Stem Cell Features of Pancreatic Intraepithelial Neoplasia Cells. Gastroenterology. 2018 Jul; 155 (1): 210 223.e3.doi:10.1053/j.gastro.2018.03.041. PMID: 29604293 PMCID: PMC6035075 DOI: 10.1053/j.gastro 2018.03.041

266. Ding S, Abudupataer M, Zhou Z, Chen J, Li H, Xu L, Zhang W, Zhang S, Zou Y, Hong T, **Wang TC**, Yang X, Ge J. Histamine deficiency aggravates cardiac injury through miR-206/216b-Atg13 axis-mediated autophagic-dependant apoptosis. Cell Death Dis. 2018 Jun 7;9(6):694. doi: 10.1038/s41419-018-0723-6. PMID: 29880830 PMCID: PMC5992227

267. Uribe G, Villéger R, Bressollier P, Dillard RN, Worthley DL, **Wang TC**, Powell DW, Urdaci MC, Pinchuk IV. Lactobacillus rhamnosus GG increases cyclooxygenase-2 expression and prostaglandin E2 secretion in colonic myofibroblasts via a MyD88-dependent mechanism during homeostatis Cell Microbiol. 2018 Nov; 20(11): e12871. Doi: 10.1111/cmi.12871. PMID: 29920917

268. Pinzon-Guzman C, Meyer AR, Wise R, Choi E, Muthupalani S, **Wang TC**, Fox JG, Goldenring JR. Evaluation of Lineage Changes in the Gastric Mucosa Following Infection With *Helicobacter pylori* and Specified Intestinal Flora in INS-GAS Mice. J Histochem Cytochem. 2018 Jul 1:22155418785621. doi: 10.1369/0022155418785621. PMID: 29969055

269. Dubeykovskaya ZA, Duddempudi PK, Deng H, Valenti G, Cuti K, Nagar K, Tailor Y, Guha C, Kitajewski J, **Wang TC**. Therapeutic potential of adenovirus-mediated TFF2-CTP-Flag peptide for treatment of colorectal cancer. Cancer Gene Therapy 2019 Feb;26(1-2):48-57. doi: 10.1038/s41417-018-0036-z. Epub2018 Jul 25 PMID: 30042499

270. Renz BW, Tanaka T, Sunagawa M, Takahashi R, Jiang Z, Macchini M, Dantes Z, Valenti G, White RA, Middelhoff MA, IImer M, Oberstein PE, Angele MK, Deng H, Hayakawa Y, Westphalen CB, Werner J, Remotti H, Reichert M, Tailor YH, Nagar K, Friedman RA, luga AC, Olive KP, **Wang TC**. Cholinergic Signaling via Muscarinic Receptors Directly and Indirectly Suppresses Pancreatic Tumorigenesis and Cancer Stemness. Cancer Discovery 2018 Nov;8(11):1458-1473. doi: 10.1158/2159-8290.CD-18-0046. Epub 2018 Sep 5. PMID: 30185628 PMCID: PMC6214763

271. Hayakawa Y, Tsuboi M, Asfaha S, Kinoshita H, Niikura R, Konishi M, Hata M, Oya Y, Kim W, Middeloff M, Hikiba Y, Higashijima N, Ihara S, Ushiku T, Fukayama M, Tailor Y, Hirata Y, Guha C, Yan KS, Koike K, **Wang TC.** BHLHA15-positive Secretory Precursor Cells Can Give Rise to Tumors in Intestine and Colon in Mice. Gastroenterology 2018 Nov 15. pii: S0016-5085(18)35272-7. doi: 10.1053/j.gastro.2018.11.024. PMID: 30448068

Singh A, Trempus C, Gordon D, **Wang TC** & Morris RJ. Bone marrow-derived epithelial cells and hair follicle stem cells contribute to development of chronic cutaneous neoplasms. Nature Communications 2018 December 13;9(1):5293. doi: 10.1038/s41467-018-07688-8

273. Zhang H, Schaefer A, Wang Y, Hodge RG, Blake DR, Diehl JN, Papageorge AG, Stachler MD, Liao J, Zhou J, Wu Z, Akarca FG, de Klerk LK, Derks S, Pierobon M, Hoadley KA, **Wang TC**, Church G, Wong KK, Petricoin EF, Cox AD, Lowy DR, Der CJ, Bass AJ. Gain-of-Function RHOA Mutations Promote Focal Adhesion Kinase Activation and Dependency in Diffuse Gastric Cancer. Cancer Discov. 2020 Feb;10(2): 288-305. doi: 10.1158/2159-8290.CD-19-0811. PMID: 31771969.
274. Qu D, Weygant N, Yao J, Chandrakesan P, Berry WL, May R, Pitts K, Husain S, Lightfoot S, Li M, **Wang TC**, An G, Clendenin C, Stanger BZ, Houchen CW. Overexpression of DCLK1-AL Increases Tumor Cell Invasion, Drug Resistance, and KRAS Activation and Can Be Targeted to Inhibit Tumorigenesis in Pancreatic Cancer. Journal of Oncology 2019 Aug 5;2019: 6402925. doi: 10.1155/2019/6402925. eCollection 2019. PMID: 31467540.
275. Muthupalani S, Ge Z, Joy J, Feng Y, Dobey C, Cho HY, Langenbach R, **Wang TC**, Hagen SJ, Fox JG. Muc5ac null mice are predisposed to spontaneous gastric antro-pyloric hyperplasia and adenomas coupled with attenuated *H. pylori*-induced corpus mucous metaplasia. Lab investigations; a journal of technical methods and pathology. 2019 Dec; 99(12):1887-1905. Doi: 10.1038/s41374-019-0293-y. PMID:31399638.
276. Laszkowska M, Silver E, Schrope B, Kastrinos F, **Wang TC**, Hur C. Optimal Timing of Total Gastrectomy to Prevent Diffuse Gastric Cancer in Individuals with Pathogenic Variants in CDH1. Clinical Gastroenterology and Hepatology 2019 Jun 18. pii: S1542-3565(19)30647-0. doi: 10.1016/j.cgh.2019.06.009. PMID:31220641.
277. Sepulveda JL, Komissarova EV, Kongkarnka S, Friedman RA, Davison JM, Levy B, Bryk D, Jobanputra V, Del Portillo A, Falk GW, Sonett JR, Lightdale CJ, Abrams JA, **Wang TC**, Sepulveda AR. High-resolution genomic alterations in Barrett's metaplasia of patients who progress to esophageal dysplasia and adenocarcinoma. International Journal of Cancer 2019 Nov 15;145(10):2754-2766. doi: 10.1002/ijc.32351. PMID: 31001805.
278. Münch NS, Fang HY, Ingermann J, Maurer HC, Anand A, Kellner V, Sahm V, Wiethaler M, Baumeister T, Wein F, Einwächter H, Bolze F, Klingenspor M, Haller D, Kavanagh M, Lysaght J, Friedman R, Dannenberg AJ, Pollak M, Holt PR, Muthupalani S, Fox JG, Whary MT, Lee Y, Ren TY, Elliot R, Fitzgerald R, Steiger K, Schmid RM, **Wang TC**, Quante M. High-Fat Diet Accelerates Carcinogenesis in a Mouse Model of Barrett's Esophagus via Interleukin 8 and Alterations to the Gut Microbiome. Gastroenterology 2019 Aug;157(2):492-506.e2. doi: 10.1053/j.gastro.2019.04.013. Epub 2019 Apr 15. PMID: 30998992.
279. Rubinstein MR, Baik JE, Lagana SM, Han RP, Raab WJ, Sahoo D, Dalerba P, **Wang TC**, Han YW. *Fusobacterium nucleatum* promotes colorectal cancer by inducing Wnt/β-catenin modulator Annexin A1. EMBO Reports 2019 Apr;20(4). pii: e47638. doi: 10.15252/embr.201847638. PMID: 30833345.
280. Harmsen S, Rogalla S, Huang R, Spaliviero M, Neuschmelting V, Hayakawa Y, Lee Y, Tailor Y, Toledo-Crow R, Kang JW, Samii JM, Karabeber H, Davis RM, White JR, van de Rijn M, Gambhir SS, Contag CH, **Wang TC**, Kircher MF. Detection of Premalignant Gastrointestinal Lesions Using Surface-Enhanced Resonance Raman Scattering-Nanoparticle Endoscopy. ACS Nano 2019 Feb 26;13(2):1354-1364. doi: 10.1021/acsnano.8b06808. PMID: 30624916.
281. Middelhoff M, Nienhuser H, Valenti G, Maurer HC, Hayakawa Y, Takahashi R, Kim W, Jiang Z, Malagola E Cuti K, Tailor Y, Zamechek LB, Renz BW, Quante M, Yan KS, **Wang TC**. Prox1-positive cells monitor and sustain the murine intestinal epithelial cholinergic niche. Nature Communications 2020; Jan 8;11(1):111. doi: 10.1038/s41467-019-13850-7. PMID: 31913277.
282. Chang W, Wang H, Kim W, Liu Y, Deng H, Liu H, Jiang Z, Niu Z, Sheng W, Companioni Napoles O, Sun Y, Sepulveda A, Hayakawa Y, Bass AJ, **Wang TC**. Hormonal suppression of stem cells inhibits symmetric cell division and gastric tumorigenesis. Cell Stem Cell. 2020 May 7;26(5):739-754.e8. doi: 10.1016/j.stem. 2020.01.020. PMID: 32142681
283. Nobel YR, Phipps M, Zucker J, Lebwohl B, **Wang TC**, Sobieszczyk ME, Freedberg DE. Gastrointestinal Symptoms and Coronavirus Disease 2019: A Case-Control Study From the United States Gastroenterology. 2020 Jul;159(1):373-375.e2.doi: 10.1053/j.gastro.2020.04.017. PMID: 32294477

Wiethaler M, Sahm V, Hidalgo-Sastre A, Lange S, Lightdale CJ, Bokhari A, Falk GW, Friedman RA, Ginsberg GG, Iyer PG, Jin Z, Nakagawa H, Shawber CJ, Nguyen T, Raab WJ, Dalerba P, Rustgi AK, Sepulveda AR, Wang KK, Schmid RM, **Wang TC**, Abrams JA, Quante M. Notch Signaling Mediates Differentiation in Barrett's Esophagus and Promotes Progression to Adenocarcinoma. Gastroenterology. 2020 Apr 20:S0016-5085(20)30516-3. doi: 10.1053/j.gastro.2020.04.033. PMID: 32325086

285. Hata M, Kinoshita H, Hayakawa Y, Konishi M, Tsuboi M, Oya Y, Kurokawa K, Hayata Y, Nakagawa H, Tateishi K, Fujiwara H, Hirata Y, Worthley DL, Muranishi Y, Furukawa T, Kon S, Tomita H, **Wang TC**, Koike K. GPR30-Expressing Gastric Chief Cells Do Not Dedifferentiate But Are Eliminated via PDK-Dependent Cell Competition During Development of Metaplasia Gastroenterology. 2020 May;158(6): 1650-1666.e15. doi: 10.1053/j.gastro.2020.01.046. PMID: 32032583

286. Freedberg DE, Conigliaro J, **Wang TC**, Tracey KJ, Callahan MV, Abrams JA, Famotidine Research Group Famotidine Research Group, Sobieszczyk ME, Markowitz DD, Gupta A, O'Donnell MR, Li J, Tuveson DA, Jin Z, Turner WC, Landry DW. Famotidine Use is Associated with Improved Clinical Outcomes in Hospitalized COVID-19 Patients: A Propensity Score Matched Retrospective Cohort Study. Gastroenterology. 2020 May 22:S0016-5085(20)34706-5. doi: 10.1053/j.gastro.2020.05.053. PMID: 32446698

287. Karakasheva TA, Kijima T, Shimonosono M, Maekawa H, Sahu V, Gabre JT, Cruz-Acuña R, Giroux V, Sangwan V, Whelan KA, Natsugoe S, Yoon AJ, Philipone E, Klein-Szanto AJ, Ginsberg GG, Falk GW, Abrams JA, Que J, Basu D, Ferri L, Diehl JA, Bass AJ, **Wang TC**, Rustgi AK, Nakagawa H. Generation and Characterization of Patient-Derived Head and Neck, Oral, and Esophageal Cancer Organoids. Curr Protoc Stem Cell Biol. 2020 Jun;53(1):e109. doi: 10.1002/cpsc.109. PMID: 32294323

288. Quinn L, Sheh A, Ellis JL, Smith DE, Booth SL, Fu X, Muthupalani S, Ge Z, Puglisi DA, **Wang TC**, Gonda TA, Holcombe H, Fox JG. *Helicobacter pylori* antibiotic eradication coupled with a chemically defined diet in INS-GAS mice triggers dysbiosis and vitamin K deficiency resulting in gastric hemorrhage. Gut Microbes. 2020 Jul 3;11(4):820-841. doi: 10.1080/19490976.2019.1710092. PMID: 31955643

289. Otaki F, Ma GK, Krigel A, Dierkhising RA, Lewis JT, Blevins CH, Gopalakrishnan NP, Ravindran A, Johnson ML, Leggett CL, Wigle D, Wang KK, Falk GW, Abrams JA, Nakagawa H, Rustgi AK, **Wang TC**, Lightdale CJ, Ginsberg GG, Iyer PG. Outcomes of patients with submucosal (T1b) esophageal adenocarcinoma: a multicenter cohort study. Gastrointest Endosc. 2020 Jul;92(1):31-39.e1. doi: 10.1016/j.gie.2020.01.013. PMID: 31953189

290. Janowitz T, Gablenz E, Pattinson D, **Wang TC**, Conigliaro J, Tracey K, Tuveson D. Famotidine use and quantitative symptom tracking for COVID-19 in non-hospitalised patients: a case series. Gut. 2020 Sep;69(9):1592-1597. doi: 10.1136/gutjnl-2020-321852. PMID: 32499303

291. Sheng W, Malagola E, Nienhüser H, Zhang Z, Kim W, Zamechek L, Sepulveda A, Hata M, Hayakawa Y, Zhao CM, Chen D, **Wang TC.** Hypergastrinemia Expands Gastric ECL Cells Through CCK2R + Progenitor Cells via ERK Activation. Cell Mol Gastroenterol Hepatol. 2020;10(2):434-449.e1. doi: 10.1016/j.jcmgh.2020.04.008. PMID: 32330731

292. Wang J, Li Q, Cheng X, Zhang B, Lin J, Tang Y, Li F, Yang CS, **Wang TC**, Tu S. Bone Marrow-Derived Myofibroblasts Promote Gastric Cancer Metastasis by Activating TGF-β1 and IL-6/STAT3 Signalling Loop. Onco Targets Ther. 2020 Oct 16;13:10567-10580. PMID: 33116635

293. Anand A, Fang HY, Mohammad Shahi D, Ingermann J, Baumeister T, Strangmann J, **Wang TC**, Quante M. Elimination of Nf-kB signaling in Vimentin+ stromal cells attenuates tumorigenesis in a mouse model of Barrett Esophagus Carcinogenesis. 2020 Oct 17:bgaa109. doi: 10.1093/carcin/bgaa109. PMID: 33068426

294. Gonda TA, Fang J, Salas M, Do C, Hsu E, Zhukovskaya A, Siegel A, Takahashi R, Lopez-Bujanda ZA, Drake CG, Manji GA, **Wang TC**, Olive KP, Tycko B. A DNA hypomethylating drug alters the tumor microenvironment and improves the effectiveness of immune checkpoint inhibitors in a mouse model of pancreatic cancer. Cancer Res. 2020 Nov 1;80(21):4754-4767. PMID: 32816859

295. Fu N, Wu F, Jiang Z, Kim W, Ruan T, Malagola E, Ochiai Y, Nápoles OC, Valenti G, White RA, Belin BR, Zamechek LB, LaBella JS, **Wang TC**. Acute Intestinal Inflammation Depletes/Recruits Histamine-Expressing Myeloid Cells From the Bone Marrow Leading to Exhaustion of MB-HSCs. Cell Mol Gastroenterol Hepatol. 2020 Nov 26:S2352-345X(20)30186-7. PMID: 33249238

JE, Chen D, Zhao CM. Neural signaling modulates metabolism of gastric cancer. iScience. 2021 Jan 22;24(2):102091. doi: 10.1016/j.isci.2021.102091. PMID: 33598644

297. Takahashi R, Macchini M, Sunagawa M, Jiang Z, Tanaka T, Valenti G, Renz BW, White RA, Hayakawa Y, Westphalen CB, Tailor Y, Iuga AC, Gonda TA, Genkinger J, Olive KP, **Wang TC**. Interleukin-1β-induced pancreatitis promotes pancreatic ductal adenocarcinoma via B lymphocyte-mediated immune suppression. Gut. 2021 Feb;70(2):330-341. doi: 10.1136/gutjnl-2019-319912. Epub 2020 May 10. PMID: 32393543
298. Kim W, Chu TH, Nienhüser H, Jiang Z, Del Portillo A, Remotti HE, White RA, Hayakawa Y, Tomita H, Fox JG, Drake CG, **Wang TC**. PD-1 Signaling Promotes Tumor-Infiltrating Myeloid-Derived Suppressor Cells and Gastric Tumorigenesis in Mice. Gastroenterology. 2021 Feb;160(3):781-796. doi: 10.1053/j.gastro.2020.10.036. Epub 2020 Oct 29. PMID: 33129844
299. Kunze B, Middelhoff M, Maurer HC, Agibalova T, Anand A, Bührer AM, Fang HY, Baumeister T, Steiger K, Strangmann J, Schmid RM, **Wang TC**, Quante M. Notch signaling drives development of Barrett's metaplasia from Dclk1-positive epithelial tuft cells in the murine gastric mucosa. Sci Rep. 2021 Feb 24;11(1):4509. doi: 10.1038/s41598-021-84011-4. PMID: 33627749
300. Kobayashi H, Gieniec KA, Wright JA, Wang T, Asai N, Mizutani Y, Ida T, Ando R, Suzuki N, Lannagan TR, Ng JQ, Hara A, Shiraki Y, Mii S, Ichinose M, Vrbanac L, Lawrence MJ, Sammour T, Uehara K, Davies G, Lisowski L, Alexander IE, Hayakawa Y, Butler LM, Zannettino ACW, Din MO, Hasty J, Burt AD, Leedham SJ, Rustgi AK, Mukherjee S, **Wang TC**, Enomoto A, Takahashi M, Worthley DL, Woods SL. The balance of stromal BMP signaling mediated by GREM1 and ISLR drives colorectal carcinogenesis Gastroenterology. 2021 Mar;160(4):1224-1239.e30. doi: 10.1053/j.gastro.2020.11.011. Epub 2020 Nov 14. PMID: 33197448
301. Abrams JA, Del Portillo A, Hills C, Compres G, Friedman RA, Cheng B, Poneros J, Lightdale CJ, De La Rue R, di Pietro M, Fitzgerald RC, Sepulveda A, **Wang TC**. Randomized Controlled Trial of the Gastrin/CCK(2) Receptor Antagonist Netazepide in Patients with Barrett's Esophagus. Cancer Prev Res (Phila). 2021 Mar 29. doi: 10.1158/1940-6207.CAPR-21-0050. PMID: 33782049
302. Nienhüser H, Kim W, Malagola E, Ruan T, Valenti G, Middelhoff M, Bass A, Der CJ, Hayakawa Y, **Wang TC**. Mist1+ gastric isthmus stem cells are regulated by Wnt5a and expand in response to injury and inflammation in mice. Gut. 2021 Apr;70(4):654-665. doi: 10.1136/gutjnl-2020-320742. Epub 2020 Jul 24. PMID: 32709613
303. Baumeister T, Ingermann J, Marcazzan S, Fang HY, Oellinger R, Rad R, Engleitner T, Kleigrewe K, Anand A, Strangmann J, Schmid RM, **Wang TC**, Quante M. Anti-inflammatory chemoprevention attenuates the phenotype in a mouse model of esophageal adenocarcinoma. Carcinogenesis. 2021 Apr 20:bgab032. doi: 10.1093/carcin/bgab032. PMID: 33878160

**Reviews, Editorials, Commentaries and Chapters:**

1. Brand S, Godley J, **Wang TC**, Simon B. Regulation of gastrin gene transcription: cell-specific, developmental and physiological aspects. Neuropeptides and their receptors. 1990; 29:95-104.
2. Brand SJ, Babyatsky MW, Bachwich D, Demediuk B, Tillotson L, **Wang TC***. Regulation of gastrin gene transcription. In: Gastrin, J.H. Walsh ed., Raven Press. 1993; 73-90.
3. Brand SJ, Babyatsky M, Bachwich D, Tillotson L, **Wang TC***. Molecular approaches to the study of gut peptides. In: Gut Peptides: Biochemistry & Physiology. Editors: Walsh J, Dockray G. Raven Press, 1994; 11-32.
4. **Wang TC***. The biology of gastric cancer, in Gastrointestinal Cancers: Biology, Diagnosis, and Therapy. Editor: Rustgi AK. Lippincott-Raven Publishers 1995: 243-259.
5. **Wang TC***. The history of the mouse: Part I. Gastroenterology, 1997; 113:1431
6. Fox JG, **Wang TC***. *Helicobacter* and liver disease [Review] Italian Journal of Gastroenterology and Hepatology. 1997; 29:5-10.
7. **Wang**, **TC***, Fox JG. *Helicobacter pylori* and gastric cancer: Koch's postulates fulfilled. Gastroenterology, 1998 Sept; 115:780-783.
8. **Wang**, **TC***. No time at all. Gastroenterology. 1998 Dec; 115:1315.

Intervention. 2000. Editor: Goedert JJ. Humana Press Inc. 371-388.

10. Farrell J, **Wang TC***. Acid Related Disease: Biology and Treatment [Journal Article]. Gastroenterology. 1999 Sept; 117(3):743-744.
11. **Wang TC***. Follow the money. Gastroenterology. 2000 May; 118(5):819.
12. Fox JG, **Wang TC***. Reply to The 'African enigma' - another explanation [Journal Article]. Nature Medicine. 2000 Dec; 6(12):1297-1298.
13. Fox JG, **Wang TC**. Nagler-Anderson C. The African enigma: the parasite's perspective [Letter]. Gut. 2001 Jul; 49(1):156-157.
14. Fox JG, **Wang TC***. *Helicobacter pylori*--not a good bug after all! [Editorial]. N Engl J Me. 2001 Sept; 345(11):829-32.
15. Koh TJ, **Wang TC***. Tumors of the stomach [Chapter]. Sleisenger & Fordtran's Gastrointestinal & Liver Disease, 7th edition. Editors: Feldman M, Friedman LS, Sleisenger M. WB Saunders Co., 2002; 829-855.
16. Fox JG, **Wang TC***. *Helicobacter pylori* infection: pathogenesis [Opinion]. Gastroenterology. 2002; 18 (1):15-25.
17. Houghton JM, Fox JG, **Wang TC***. Gastric cancer: laboratory bench to clinic. J Gastroenterol Hepatol. 2002 Apr;17(4):495-502.
18. **Wang TC***, Goldenring, JR. Inflammation intersection: gp130 balances gut irritation and stomach cancer. Nat Med. 2002 Oct; 8(10):1080-1082.
19. Zivny J, **Wang TC**, Yantiss R, Kim KH, Houghton J. Role of therapy or monitoring in preventing progression to gastric cancer. J Clin Gastroenterol. 2003 May-Jun;36 (5):S50-60.
20. Farrell J, **Wang TC***. The biology of gastric cancer [Chapter]. Gastrointestinal Cancers. Editors: Rustgi AK, Crawford J. W.B. Saunders 2003;299-320.
21. Li H, Stoicov C, Cai X, **Wang TC**, Houghton JM. Helicobacter and gastric cancer disease mechanisms: host response and disease susceptibility. Curr Gastroenterol Rep. 2003 Dec; 5(6):459-467.
22. **Wang TC***. Gastrin transgenes and gastric cancer [Journal Article]. Gastrin in the New Millenium. Editors: Merchant JL, Buchan AMJ, **Wang TC***. CURE Foundation, Los Angeles, CA. 2004; 235-252.
23. Houghton JM, **Wang TC***. Tumors of the stomach [Chapter]. Sleisenger & Fordtran's Gastrointestinal & Liver Disease, 8th edition. Editors: Feldman M, Friedman LS, Sleisenger M. WB Saunders Co., 2005.
24. Houghton JM, **Wang TC***. *Helicobacter pylori* and gastric cancer: a new paradigm for inflammation-associated epithelial cancers. Gastroenterology. 2005 May;128(6):1567-1578. Review.
25. Ferrand A, **Wang TC***. Gastrin and Cancer: A review. Cancer Lett. 2005 Jul 26.
26. Baus-Loncar M, Kayademir T, Takaishi S, **Wang TC***. Trefoil factor family 2 deficiency and immune response. Cell Mol Life Sci. 2005 Dec; 62 (24):2947-2955.
27. Ai W, Takaishi S, **Wang TC**, Fleming JV. Regulation of histidine decarboxylase (HDC) and its role in carcinogenesis. Prog Nucleic Acid Res Mol Biol. 2006;81:231-270.
28. zur Hausen H, Fox JG, **Wang TC**, Parsonnet J. Infections Causing Human Cancer. Verlag GmbH & Co. 2006.
29. Fox JG, **Wang TC***. Inflammation, atrophy and gastric cancer. J. Clin Invest 2007; 117:60-69.
30. Takaishi S, **Wang TC***. Providing AID to p53 mutagenesis. Nat Med. 2007 Apr; 13(4):404-406.
31. Houghton JM, Morozov A, Smirnova I, **Wang TC***. Stem Cells and Cancer. Semin Cancer Biol. 2007 Jun; 17(3):191-203.
32. **Wang TC***. Gastroenterologists as preventionists: How are we doing? Gastroenterology. 2007 Aug; 133(2):383-384. No abstract available.
33. **Wang TC***, Fleischer DE, Kaufman PN, Malagelada JR, McDonald WJ, McQuaid KR, Montrose M, Pasricha PJ, Powell DW, Rose S, Rowe WA, Todisco A; AGA Institute Future Trends Committee. The best of times and the worst of times: Sustaining the future of academic gastroenterology in the United States – Report of a consensus conference conducted by the AGA Institute Future Trends Committee. Gastroenterology 2008 Feb; 134 (2):597-616.
34. Takaishi S, Okumura T, **Wang TC***. Gastric Cancer Stem Cells. J Clin Oncol. 2008 Jun 10; 26(17): 2876-2882.
35. **Wang TC***. Gastroenterology Fellowship Training in the 21st Century. Gastroenterology. 2008 Oct 7.

Pasricha PJ, Powell DW, Rowe WA, Sandborn WJ, Todisco A. AGA Institute Future Trends Committee report: the future of gastroenterology training programs in the United States. Gastroenterology. 2008 Nov; 135(5): 1764-1789. e2.
37. **Wang TC***, Fox JG, Giraud A, (Eds). The Biology of Gastric Cancers. Springer. 2008 Dec.
38. Quante M, **Wang TC***. Inflammation and stem cells in gastrointestinal carcinogenesis. Physiology (Bethesda). 2008 Dec; 23: 350-9.
39. Gonda TA, Tu S, **Wang TC***. Chronic inflammation, the tumor microenvironment and carcinogenesis. Cell Cycle 2009 Jul 1; 8(13): 2005-13.
40. Bromberg J, **Wang TC***. Inflammation and cancer: IL-6 and STAT3 complete the link. Cancer Cell. 2009 Feb 3: 15(2):79-80.
41. Quante M, **Wang TC***. Stem cells in gastroenterology and hepatology. Nat. Rev. Gastroenterol. Hepatol. 2009 Nov 3.
42. Yang VW, Lewis J, **Wang TC**, Rustgi AK. Colon cancer: an update and future directions. Gastroenterology. 2010 Jun;138(6):2027-8. Epub 2010 Mar 10.
43. Goldenring JR, Nam KT, **Wang TC**, Mills JC, Wright NA. Spasmolytic polypeptide-expressing metaplasia and intestinal metaplasia: time for reevaluation of metaplasias and the origins of gastric cancer. Gastroenterology. 2010 Jun;138(7):2207-10, 2210.e1. Epub 2010 May 5.
44. Schwabe RF, **Wang TC**. Targeting Liver Cancer: First Steps toward a MiRacle? Cancer Cell. **2011 Dec.** 13;20(6):698-9. PMID: 22172719.
45. Schwabe RF, **Wang TC**. Cancer. Bacteria deliver a genotoxic hit. Science. 2012; 338:52-3.
46. Quante M, Abrams JA, Lee Y, **Wang TC**. Barrett esophagus: what a mouse model can teach us about human disease. Cell Cycle. 2012 Dec 1;11(23):4328-38. doi: 10.4161/cc.22485. Epub 2012 Oct 24.
47. Westphalen CB, Marrache F, **Wang TC**. Analysis of transplanted bone marrow-derived cells in chronic pancreatitis. Methods Mol Biol. 2013;980:291-300. doi: 10.1007/978-1-62703-287-2_16.
48. Quante M, Varga J, **Wang TC**, Greten FR. The gastrointestinal tumor microenvironment. Gastroenterology. 2013 Jul;145(1):63-78. doi: 10.1053/j.gastro.2013.03.052. Epub 2013 Apr 10. PMID: 23583733
49. Worthley DL, Si Y, Quante M, Churchill M, Mukherjee S, **Wang TC**. Bone marrow cells as precursors of the tumor stroma. Exp Cell Res. 2013 Jul 1;319(11): 1650-6. Doi: 10.1016/j.yexcr.2013.03.006 Epub 2013 Mar 13 PMID: 23499739
50. Hayakawa Y, Fox JG, Gonda T, Worthley DL, Muthupalani S, **Wang TC**. Mouse models of gastric cancer. Cancers (Basel). 2013 Jan 24;5(1):92-130. doi: 10.3390/cancers5010092. PMID: 24216700 [PubMed]
51. Wong GS, Habibollahi P, Heidari P, Lee JS, Klein-Szanto AJ, Waldron TJ, Gimotty P, Nakagawa H, Taylor PR, **Wang TC**, Mahmood U, Rustgi AK. Optical Imaging of Periostin Enables Early Endoscopic Detection and Characterization of Esophageal Cancer in Mice. Gastroenterology. 2012 Oct 22. [Epub ahead of print] PMID: 23085486
52. Shakya R, Gonda T, Quante M, Salas M, Kim S, Brooks J, Hirsch S, Davies J, Cullo A, Olive K, **Wang TC**, Szabolcs M, Tycko B, Ludwig T. Hypomethylating therapy in an aggressive stroma-rich model of pancreatic carcinoma. Cancer Res. 2013 Jan 15;73(2):885-96. Epub 2012 Nov 29. PMID: 23204224
53. Quante M, Abrams JA, Lee Y, **Wang TC.** Barrett esophagus: what a mouse model can teach us about human disease. Cell Cycle. 2012 Dec 1; 11(23): 4328-38. PMID: 23095673
54. Bass AJ, **Wang TC**. An inflammatory situation: SOX2 and STAT3 cooperate in squamous cell carcinoma initiation. Cell Stem Cell. 2013 Mar 7;12(3):266-8. doi: 10.1016/j.stem.2013.02.004. PMID: 23472866
55. Barcellos-Hoff MH, Lyden D, **Wang TC**. The evolution of the cancer niche during multistage carcinogenesis. Nat Rev Cancer. 2013 Jul;13(7):511-8. doi: 10.1038/nrc3536. Epub 2013 Jun 13. PMID: 23760023 [PubMed - in process]
56. Quante M, Abrams JA, **Wang TC**. The rapid rise in gastroesophageal junction tumors: is inflammation of the gastric cardia the underwater iceberg? Gastroenterology. 2013 Oct;145(4):708-11. doi: 10.1053/j.gastro.2013.08.023. PMID: 23978439
57. Fox JG, **Wang TC.** Dietary Factors modulate Helicobacter-associated gastric cancer rodent models. Toxicology Pathology. 2014 Jan; 42(1): 162-81 PMID: 24301796

Joshi BP, Lynch JP, Markowitz S, Richmond, ES, Rustgi AK, Seibel EJ, Shaheen, NJ, Shyr Y, Umar A, Wang KK, **Wang TC,** Yassin R. Barrett's Esophagus Translational Research Network (BETRNet): the pivotal role of multi-institutional collaboration in esophageal adenocarcinoma research. Gastroenterology. 2014 June; 146(7): PMID: 24768332

59. Freedberg DE, Abrams JA, **Wang TC**. Prevention of gastric cancer with antibiotics: can it be done without eradicating *Helicobacter pylori*? J Natl Cancer Inst. 2014 Jun 12; 106(7) PMID:2492352.
60. Zhou J, Hayakawa Y, **Wang TC**, Bass AJ. RhoA mutations identified in diffuse gastric cancer. Cancer Cell. 2014 Jul 14;26(1):9-11. doi: 10.1016/j.ccr.2014.06.022. PMID: 25026207
61. **Wang TC,** Souza RF. Challenges of NIH Funding for young investigators; how the AGA is filling the gap via the AGA Research Foundation. Gastroenterology 2014 June; 146(7):1809-12. PMID 24983081
62. **Wang TC**, Szabo E; CaPR Deputy and Senior Editors. Implications of the "Bad Luck" Explanation of Cancer Risk for the Field of Cancer Prevention. Cancer Prev Res (Phila). 2015 Sep;8(9):761. doi: 10.1158/1940-6207.CAPR-15-0264. Epub 2015 Jul 14. PMID: 26174321
63. **Wang TC**, Camilleri M. An Alternative to MOC? Gastroenterology. 2015 Aug 19. pii: S0016-5085(15)01178-6. doi: 10.1053/j.gastro.2015.08.010. [Epub ahead of print] PMID: 26297969
64. Hayakawa Y, Sethi N, Sepulveda AR, Bass AJ, and **Wang TC**. Oesophageal adenocarcinoma and gastric cancer: two sides of the same coin? Nat Rev Cancer 2016 (in press).
65. Sepulveda JL, Gutierrez-Pajares JL, Luna A, Yao Y, Tobias JW, Thomas S, Woo Y, Giorgi F, Komissarova EV, Califano A, **Wang TC**, Sepulveda AR. High-definition CpG methylation of novel genes in gastric carcinogenesis identified by next-generation sequencing. Mod Pathol. 2016 Feb;29(2):182-93. Doi: 10.1083/modpath.2015.144 Epub 2016 Jan 15 PMID 26769141
66. Menheniott TR, O'Connor L, Chionh YT, Däbritz J, Scurr M, Rollo BN, Jacobs S, Catubig A, Kurklu B, Mercer S, Minamoto T, Ong DE, Ferrero RL, Fox JG, **Wang TC,** Sutton P, Judd LM, Giraud AS. J Clin Invest. 2016 Apr 1; 126(4):1383-400.doi: 10.1172/JCI182655.Epub 2016 Mar 14. PMID: 26974160
67. Miller CL, Muthupalani S, Shen Z, Drees F, Ge Z, Feng Y, Chen X, Gong G, Nagar KK, **Wang TC,** Gertler FB, Fox, JG. Lamellipodin-Deficient Mice: A Model of Rectal Carcinoma. PLoS One. 2016 Apr 5;11(4):e0152940.doi:10.1371/journal.pone.0152940.eCollection 2016 PMID: 27045955
68. Rabben HL, Zhao CM, Hayakawa Y, **Wang TC,** Chen D.Vagotomy and Gastric Tumorigenesis. *Current Neuropharmacology* 2016; 14(8): 967-972 PMID 26791481
69. Hayakawa Y, Sethi N, Sepulveda AR, Bass AJ, **Wang TC.** Oesophageal adenocarcinoma and gastric cancer: should we mind the gap? *Nat Rev Cancer* 2016 Apr 26; 16(5):305-18 PMID 27112208
70. Westphalen CB, Quante M, **Wang TC.** Functional implication of Dclk1 and Dclk1-expressing cells in cancer. *Small GTPases* 2016 Jul 26: 1-8 PMID:27458755
71. Allen JI, **Wang TC,** Cohen WS, Shah VH. How to Succeed in Academic Gastroenterology. *Gastroenterology* 2016 Oct.; 151(4):578-581 PMID 27575822
72. Hayakawa Y, Chang W, Jin G, **Wang TC.** Gastrin and upper GI Cancers. *Current Opinions in Pharmacology* 2016 Dec; 31-37 PMID: 27591354
73. Westphalen CB, Middelhoff M, Quante M, **Wang TC.** Epithelial Dclk1+ cells are not neural crest derived. *Stem Cell Investigation.* 2016 Oct 21; 3:60 PMID: 27868042
74. Middlehoff M, Westphalen CB, Hayakawa Y, Yan KS, Gershon MD, **Wang TC,** Quante M. Dclk1-expressing tuft cells: critical modulators of the intestinal niche? American Journal of Physiology Gastrointestinal Liver Physiology 2017 Oct 1; 313(4):G285-G299 Epub 2017 Jul 6. PMID 28684459
75. Hayakawa Y, **Wang TC.** Nerves switch on angiogenic metabolism. Science. 2017 Oct 20;358(6361):305-306. Doi: 10.1126science.aaq0365. PMID: 29051365
76. Sayin SI, Baumeister T, **Wang TC**, Quante M. Origins of Metaplasia in the Esophagus: Is This a GE Junction Stem Cell Disease? Dig Dis Sci. 2018 Aug;63(8):2013-2021. doi: 10.1007/s10620-018-5152-y. Review. PMID: 29948557
77. Hayakawa Y, **Wang TC**. The Tuft Cell-ILC2 Circuit Integrates Intestinal Defense and Homeostasis. Cell. 2018 Jul 12;174(2):251-253. doi: 10.1016/j.cell.2018.06.037. PMID: 30007413
78. **Wang TC,** Martin MG, Kuo CJ, Klein OD, Niland J. Introduction to themed series on intestinal stem cells and

1;316(2):G247-G250. doi: 10.1152/ajpgi.00146.2018. Epub 2018 Dec 14. PMID: 30548077
79. Monje M, Borniger JC, D'Silva NJ, Deneen B, Dirks PB, Fattahi F, Frenette PS, Garzia L, Gutmann DH, Hanahan D, Hervey-Jumper SL, Hondermarck H, Hurov JB, Kepecs A, Knox SM, Lloyd AC, Magnon C, Saloman JL, Segal RA, Sloan EK, Sun X, Taylor MD, Tracey KJ, Trotman LC, Tuveson DA, **Wang TC**, White RA, Winkler F. Roadmap for the Emerging Field of Cancer Neuroscience. Cell. 2020 Apr 16;181(2):219-222. doi: 10.1016/j.cell.2020.03.034. PMID: 32302564
80. Demir IE, Reyes CM, Alrawashdeh W, Ceyhan GO, Deborde S, Friess H, Görgülü K, Istvanffy R, Jungwirth D, Kuner R, Maryanovich M, Na'ara S, Renders S, Saloman JL, Scheff NN, Steenfadt H, Stupakov P, Thiel V, Verma D, Yilmaz BS, White RA, **Wang TC**, Wong RJ, Frenette PS, Gil Z, Davis BM. Clinically Actionable Strategies for Studying Neural Influences in Cancer. Cancer Cell. 2020 Jul 13;38(1):11-14. doi: 10.1016/j.ccell.2020.05.023. PMID: 32531270
81. Jiang Z, White RA, **Wang TC**. Adult Pancreatic Acinar Progenitor-like Populations in Regeneration and Cancer. Trends Mol Med. 2020 Aug;26(8):758-767. doi: 10.1016/j.molmed.2020.04.003. PMID: 32362534
82. Freedberg DE, **Wang TC**, Abrams JA. Famotidine and COVID-19. Gastroenterology 2020. Dec 30:S0016-5085(20)35602-X PMID: 33387529
83. Demir IK, Reyes CM, Alrawashdeh W, Ceyhan GO, Deborde S, Friess H, Görgülü K, Istvanffy R, Jungwirth D, Kuner R, Maryanovich M, Na'ara S, Renders S, Saloman JL, Scheff NN, Steenfadt H, Stupakov P, Thiel V, Verma D, Yilmaz BS, White RA, Wang TC, Wong RJ, Frenette PS, Gil Z, The Neural Influences in Cancer (NIC) International Research Consortium & Davis BM. Future directions in preclinical and translational cancer neuroscience research. Nature Cancer 2020; 1, 1027-1031
84. Rabben HL, Kodama Y, Nakamura M, Bones AM, **Wang TC**, Chen D, Zhao CM, Øverby A. Chemopreventive Effects of Dietary Isothiocyanates in Animal Models of Gastric Cancer and Synergistic Anticancer Effects With Cisplatin in Human Gastric Cancer Cells. Front Pharmacol. 2021 Apr 8;12:613458. doi: 10.3389/fphar.2021.613458. PMID: 33897415
85. White RA, **Wang TC**. Nerves on tr[ac]k to support pancreatic cancer metabolism. Cell Res. 2021 Feb 3. doi: 10.1038/s41422-020-00462-w. Online ahead of print. PMID: 33536521
86. Hayakawa Y, Nakagawa H, Rustgi AK, Que J, **Wang TC**. Stem cells and origins of cancer in the upper gastrointestinal tract. Cell Stem Cell. 2021 Jun 10:S1934-5909(21)00230-7. PMID: 34129814
87. Kim J, **Wang TC**. Helicobacter pylori and Gastric Cancer. Gastrointest Endosc Clin N Am. 2021 Jul;31(3):451-465. doi: 10.1016/j.giec.2021.03.003. PMID: 34053633.
88. Kasendra M, Troutt M, Broda T, Bacon WC, Wang TC, Niland JC, Helmrath MA. Intestinal organoids: roadmap to the clinic. Am J Physiol Gastrointest Liver Physiol. 2021 Jul 1;321(1):G1-G10. doi: 10.1152/ajpgi.00425.2020. PMID: 33950707.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

**TIMOTHY CRAGIN WANG, PH.D.**

# Exhibit B
# Materials Considered

*In Re: Zantac (Ranitidine) Products Liability Litigation*
*MDL No. 2924*

# TIMOTHY C. WANG, M.D.
# LIST OF MATERIALS CONSIDERED

## PUBLISHED LITERATURE AND PUBLIC SOURCES

| |
|---|
| Abnet CC, Arnold M, Wei WQ. Epidemiology of Esophageal Squamous Cell Carcinoma. Gastroenterology. 2018 Jan;154(2):360-373. doi: 10.1053/j.gastro.2017.08.023. Epub 2017 Aug 18. Erratum in: Gastroenterology. 2018 Oct;155(4):1281. PMID: 28823862; PMCID: PMC5836473. |
| Abrams JA, Gonsalves L, Neugut AI. Diverging trends in the incidence of reflux-related and Helicobacter pylori-related gastric cardia cancer. J Clin Gastroenterol. 2013 Apr;47(4):322-7. |
| Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Toft Sorensen H. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Oct 7:cebp.0831.2021. doi: 10.1158/1055-9965.EPI-21-0831. |
| Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Sørensen HT. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Dec;30(12):2302-2308. |
| Adamson RH, Sieber SM. Chemical carcinogenesis studies in nonhuman primates. Basic Life Sci. 1983;24:129-56. |
| Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. World J Gastroenterol 2013;19(16):2560-68. |
| Alexandrov LB, Ju YS, Haase K, Van Loo P, Martincorena I, Nik-Zainal S, Totoki Y, Fujimoto A, Nakagawa H, Shibata T, Campbell PJ, Vineis P, Phillips DH, Stratton MR. Mutational signatures associated with tobacco smoking in human cancer. Science. 2016 Nov 4;354(6312):618-622. doi: 10.1126/science.aag0299. |
| Amarnath S, Starr A, Abureesh M, Elfiky A, Aqsa A, Singh C, Gurala D, Polavarapu A, Weerasinghe C, Demissie S, Deeb L, Terjanian T. The Association Between Gastroesophageal Reflux Disease and Non-Small Cell Lung Cancer: A Retrospective Case Control Study. [ACG 2020 Abstract P0872 (S0398)] |
| Amarnath S, Starr A, Abureesh M, Elfiky A, Aqsa A, Singh C, Gurala D, Polavarapu A, Weerasinghe C, Demissie S, Deeb L, Terjanian T. The Association Between Gastroesophageal Reflux Disease and Non-Small Cell Lung Cancer: A Retrospective Case Control Study. [ACG 2020 Poster P0872 (S0398)] |
| American Cancer Society - - Signs and Symptoms of Esophageal Cancer. https://www.cancer.org/cancer/esophagus-cancer/detection-diagnosis-staging/signs-and-symptoms.html |
| American Cancer Society - Colorectal Cancer. https://www.cancer.org/cancer/colon-rectal-cancer/causes-risks-prevention/risk-factors.html. |
| American Cancer Society - Esophageal Cancer. https://www.cancer.org/cancer/esophagus-cancer/causes-risks-prevention/risk-factors.html. |
| American Cancer Society - Lifetime Risk of Developing or Dying From Cancer. https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html |
| American Cancer Society - Lifetime Risk of Developing or Dying From Cancer. Available at https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html |
| American Cancer Society - Liver Cancer. https://www.cancer.org/cancer/liver-cancer/causes-risks-prevention/risk-factors.html. |
| American Cancer Society - Pancreatic Cancer. https://www.cancer.org/cancer/pancreatic-cancer/causes-risks-prevention/risk-factors.html. |
| American Cancer Society - Signs and Symptoms of Liver Cancer. https://www.cancer.org/cancer/liver-cancer/detection-diagnosis-staging/signs-symptoms.html |
| American Cancer Society - Signs and Symptoms of Pancreatic Cancer. https://www.cancer.org/cancer/pancreatic-cancer/detection-diagnosis-staging/signs-and-symptoms.html |
| American Cancer Society - Signs and Symptoms of Stomach Cancer. https://www.cancer.org/cancer/stomach-cancer/detection-diagnosis-staging/signs-symptoms.html |

| |
|---|
| American Cancer Society - Stomach Cancer. https://www.cancer.org/cancer/stomach-cancer/causes-risks-prevention/risk-factors.html. |
| Ames BN, Magaw R, Gold LS. Ranking possible carcinogenic hazards. Science. 1987 Apr 17;236(4799):271-80. |
| Andersen IB, Jørgensen T, Bonnevie O, Grønbaek M, Sørensen TI. Smoking and alcohol intake as risk factors for bleeding and perforated peptic ulcers: a population-based cohort study. Epidemiology. 2000 Jul;11(4):434-9. |
| Anderson LA, Watson RG, Murphy SJ, Johnston BT, Comber H, Mc Guigan J, Reynolds JV, Murray LJ. Risk factors for Barrett's oesophagus and oesophageal adenocarcinoma: results from the FINBAR study. World J Gastroenterol. 2007 Mar 14;13(10):1585-94. |
| Anderson LM, Carter JP, Logsdon DL, Driver CL, Kovatch RM. Characterization of ethanol's enhancement of tumorigenesis by N-nitrosodimethylamine in mice. Carcinogenesis. 1992 Nov;13(11):2107-111. |
| Anderson, LM., Souliotis, V. L., Chhabra, S. K., Moskal, T. J., Harbaugh, S. D., & Kyrtopoulos, S. A. (1996). N-nitrosodimethylamine-derived O6-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. International journal of cancer, 66(1), 130-134. |
| Angsubhakorn S, Bhamarapravati N, Romruen K, Sahaphong S. Enhancing effects of dimethylnitrosamine on aflatoxin B hepatocarcinogenesis in rats. Int J Cancer. 1981 Nov 15;28(5):621-6. |
| Arai M, Aoki Y, Nakanishi K, et al. Long-term experiment of maximal noncarcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. Gann 1979;70:549-58. |
| Armbrecht U, Seeberg S, Stockbrugger RW. Hydrogen (H2) breath excretion in peptic disease before and during treatment with Ranitidine. Scand J Gastroenterol 1987;22:1211-16. |
| Atkin, W. S., Morson, B. C., & Cuzick, J. (1992). Long-term risk of colorectal cancer after excision of rectosigmoid adenomas. New England Journal of Medicine, 326(10), 658-662. |
| Attwood SE, Ell C, Galmiche JP, et al. Long-term safety of proton pump inhibitor therapy assessed under controlled, randomised clinical trial conditions: data from the SOPRAN and LOTUS studies. Aliment Pharmacol Ther. 2015;41(11):1162-1174. |
| Babic A, Zhang X, Morales-Oyarvide V, Yuan C, Khalaf N, Khalili H, Lochhead P, Chan AT, Ogino S, Wolpin BM, Wu K, Fuchs CS, Giovannucci EL, Stampfer MJ, Ng K. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. Br J Cancer 2020;123(5):844-851. |
| Balakrishnan M, George R, Sharma A, Graham DY. Changing Trends in Stomach Cancer Throughout the World. Curr Gastroenterol Rep. 2017 Aug;19(8):36. doi: 10.1007/s11894-017-0575-8. |
| Bao Y, Spiegelman D, Li R, Giovannucci E, Fuchs CS, Michaud DS. History of peptic ulcer disease and pancreatic cancer risk in men. Gastroenterology 2010 Feb;138(2):541-9. |
| Beiderbeck AB, Holly EA, Sturkenboom MC, Coebergh JW, Stricker BH, Leufkens HG. Prescription medications associated with a decreased risk of non-Hodgkin's lymphoma. Am J Epidemiol 2003 Mar 15;157(6):510-6. |
| Bichet N, Gouy D, Manara L, Mazue G, Vic P. Non-genotoxicity of CM 57755 a new histamine-H2 receptor antagonist, to hepatocytes in primary culture with and without nitrite-enriched human gastric juice. Abstract 1987;56:334. |
| Birgisson S, Rice TW, Easley KA, Richter JE. The lack of association between adenocarcinoma of the esophagus and gastric surgery: a retrospective study. Am J Gastroenterol 1997;92(2):216-21. |
| Boeing H, Schlehofer B, Blettner M, Wahrendorf J. Dietary carcinogens and the risk for glioma and meningioma in Germany. Int J Cancer 1993;53:561-65. |
| Bosetti C, Lucenteforte E, Bracci PM, Negri E, Neale RE, Risch HA, Olson SH, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski W, Fontham E, Holly EA, Gao YT, Yu H, Kurtz RC, Cotterchio M, Maisonneuve P, Zeegers MP, Duell EJ, Boffetta P, LaVecchia C. Ulcer, gastric surgery and pancreatic cancer risk: an analysis from the International Pancreatic Cancer Case-Control Consortium (PanC4). Annals of Oncology 2013;24:2903-2910. |
| Botteri E, Borroni E, Sloan EK, Bagnardi V, Bosetti C, Peveri G, Santucci C, Specchia C, van den Brandt P, Gallus S, Lugo A. Smoking and Colorectal Cancer Risk, Overall and by Molecular Subtypes: A Meta-Analysis. Am J Gastroenterol. 2020 Dec;115(12):1940-1949. doi: 10.14309/ajg.0000000000000803. |
| Bracci PM. Obesity and pancreatic cancer: overview of epidemiologic evidence and biologic mechanisms. Mol Carcinog. 2012 Jan;51(1):53-63. doi: 10.1002/mc.20778. |
| Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Brit J Cancer 2012;106:233-239. |

| |
|---|
| Brambilla G, Cajelli E, Finollo R, Maura A, Pino A, Robbiano L. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. J Toxicol Environ Health 1985;15:1-24. |
| Brambilla G, Cavanna M, Faggin P, Maura A, Pino A, Ricci R, Robbiano L. Genetoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis 1983;4(10):1281-1285. |
| Brambilla G, Martelli A. Genotoxic and carcinogenic risk to humans of drug-nitrite interaction products. Mutation Res 2007;635:17-52. |
| Brambilla G, Martelli A. Update on genotoxicity and carcinogenicity testing of 472 marketed pharmaceuticals. Mutation Res 2009;681:209-229. |
| Brambilla G, Mattioli F, Martelli A. Genotoxic and carcinogenic effects of gastrointestinal drugs. Mutagenesis 2010;25(4):315-26. |
| Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv 2021.01.27.21250656. |
| Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766. |
| Bray F, Ferlay J, Soerjomataram I, Siegel RL, Torre LA, Jemal A. Global cancer statistics 2018: GLOBOCAN estimates of incidence and mortality worldwide for 36 cancers in 185 countries. CA Cancer J Clin. 2018 Nov;68(6):394-424. doi: 10.3322/caac.21492. Epub 2018 Sep 12. Erratum in: CA Cancer J Clin. 2020 Jul;70(4):313. |
| Brittain RT, Bradshaw J, Clitherow JW, Daly MJ, Jack D, Price BJ, Stables R. Ranitidine (AH 19065): a new potent, selective histamine H2-receptor antagonist. Br J Pharmacol 1979;66(3)464P. |
| Brittain RT, Daly MJ. A review of the animal pharmacology of ranitidine - a new, selective histamine H2-antagonist. Scand J Gastroenterol Suppl 1981;69:1-9. |
| Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. Lancet 1981;1119. |
| Brittain RT, Jack D. Histamine H2-antagonists-past, present and future. J Clin Gastroenterol 1983;5 (Suppl 1);71-79. |
| Brusselaers N, Engstrand L, Lagergren J. Maintenance proton pump inhibition therapy and risk of oesophageal cancer. Cancer Epidemiol 2018 Apr;53:172-177. |
| Brusselaers N, Sadr-Azodi O, Engstrand L. Long-term proton inhibitor usage and the association with pancreatic cancer in Sweden. J Gastroenterol 2019 Dec epub doi.org/10.1007/s00535-019-01652-z. |
| Brusselaers N, Wahlin K, Engstrand L, Lagergren J. Maintenance therapy with proton pump inhibitors and risk of gastric cancer: a nationwide population-based cohort study in Sweden. BMJ Open 2017;7:e017739. doi:10.1136. |
| Bunin GR, Kuijten RR, Boesel CP, Buckley JD, Meadows AT. Maternal diet and risk of astrocytic glioma in children: a report from the Childrens Cancer Group (United States and Canada). Cancer Causes and Control 1994;5:177-87. |
| Bunin GR, Kuijten RR, Buckley JD, Rorke LB, Meadows AT. Relation between maternal diet and subsequent primitive neuroectodermal brain tumors in young children. N Engl J Med 1993;329:536-41. |
| Burlinson B, Morris S, Gatehouse D, Tweats DJ. Comparative studies on the gastric acid inhibiting drugs (loxtidine, ranitidine, cimetidine and omeprazole) using the in vivo stomach UDS assay. Mutation Research 1991;252:184. |
| Burlinson B, Morris SH, Gatehouse DG, Tweats DJ. Genotoxicity studies of gastric acid inhibiting drugs. Lancet 1990;335:419. |
| Carcinogenic Potency Database (CPDB) (now housed in the Lhasa Carcubnogenicity Database). Lhasa Carcinogenicity Database Report on NDMA. |
| Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol. 2021 May 21. |
| Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. J Chromatography 1982;225:161-68. |
| Chan et al. 2022: Hon Chan T, Fung Tsoi M, Yung Cheung BM. Cancer Risk of Angiotensin II Receptor Blocker Valsartan: Population-based Study. J Cardiovasc Pharmacol. 2022 Jan 6 |
| Chauhan A, Kohn E. Neuroendocrine tumors - less well known, often misunderstood, and rapidly growing in incidence. JAMA Oncology 2019 Nov epub doi:10.1001/jamaoncol.2019.4568. |

| |
|---|
| Chen CJ. Global elimination of viral hepatitis and hepatocellular carcinoma: opportunities and challenges. Gut. 2018 Apr;67(4):595-598. doi: 10.1136/gutjnl-2017-315407. |
| Chen, J., Jiang, S., Wang, J., Renukuntla, J., Sirimulla, S., & Chen, J. (2019). A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism. Drug metabolism reviews, 51(2), 178-195. |
| Cheung KS, Chan EW, Wong AYS, Chen L, Wong ICK, Leung WK. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study. Gut 2018 Jan;67(1):28-35. |
| Cheung KS, Leung WK. Response to letter to the editor by Moayyedi et al. Gut 2019 Sep;68(9):1721-1722. |
| Chien LN, Huang YJ, Shao YH, Chang CJ, Chuang MT, Chiou HY, Yen Y. Proton pump inhibitors and risk of periampullary cancers--A nested case-control study. Int J Cancer 2016 Mar 15;138(6):1401-9. |
| Choi NW, Miller AB, Fodor JG, Jaim M, Howe GR, Risch HA, Ruder AM. Consumption of precursors of N-nitroso compounds and human gastric cancer. IARC Sci Publ 1987;(84):492-6. |
| Chow WH, Finkle WD, McLaughlin JK, Frankl H, Ziel HK, Fraumeni JF. The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. JAMA 1995;274:474-77. |
| Chowdhury G, Calcutt MW, Guengerich FP. Oxidation of N-Nitrosoalkylamines by human cytochrome P450 2A6: sequential oxidation to aldehydes and carboxylic acids and analysis of reaction steps. J Biol Chem. 2010 Mar 12;285(11):8031-44. |
| Christmann, M., Verbeek, B., Roos, W. P., & Kaina, B. (2011). O6-Methylguanine-DNA methyltransferase (MGMT) in normal tissues and tumors: enzyme activity, promoter methylation and immunohistochemistry. Biochimica et Biophysica Acta (BBA)-Reviews on Cancer, 1816(2), 179-190. |
| Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. Pharmacoepidemiology & Drug Saf 2009;18:504-44. |
| Chyou PH, Nomura AM, Hankin JH, Stemmermann GN. A case-Cohort Study of diet and stomach cancer. Cancer Research 1990;50:7501-04. |
| Coleman HG, Xie SH, Lagergren J. The Epidemiology of Esophageal Adenocarcinoma. Gastroenterology. 2018 Jan;154(2):390-405. doi: 10.1053/j.gastro.2017.07.046. |
| Colin-Jones DG, Langman MJ, Lawson DH, Vessey MP. Cimetidine and gastric cancer: preliminary report from post-marketing surveillance study. Br Med J (Clin Res Ed). 1982 Nov 6;285(6351):1311-3. |
| Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. Cancer Epidemiol Biomarkers Prev 2005;14(4):1012-15. |
| Cook MB, Chow WH, Devesa SS. Oesophageal cancer incidence in the United States by race, sex, and histologic type, 1977-2005. Br J Cancer. 2009 Sep 1;101(5):855-9. doi: 10.1038/sj.bjc.6605246. |
| Corley DA, Kubo A, Zhao W. Abdominal obesity, ethnicity and gastro-oesophageal reflux symptoms. Gut. 2007 Jun;56(6):756-62. |
| Correa P, Shiao YH. Phenotypic and genotypic events in gastric carcinogenesis. Cancer Res. 1994 Apr 1;54(7 Suppl):1941s-1943s. |
| Coulston F, Dunne JF, eds. The potential carcinogenicity of nitrosatable drugs. WHO symposium, Geneva, June 1978. Ablex Publishing Corporation 1980. |
| Coussens LM, Werb Z. Inflammation and cancer. Nature. 2002 Dec 19-26;420(6917):860-7. |
| Crane SJ, Locke GR 3rd, Harmsen WS, Diehl NN, Zinsmeister AR, Melton LJ 3rd, Romero Y, Talley NJ. Subsite-specific risk factors for esophageal and gastric adenocarcinoma. Am J Gastroenterol 2007;102(8):1596-602. |
| De Bernardinis G, Guadagni S, Pistoia MA, Amicucci G, Masci C, Agnifili A, Carboni M. Gastric juice nitrite and bacteria in gastroduodenal disease and resected stomach. Tumori. 1983 Jun 30;69(3):231-7. PMID: 6868141. |
| De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genetoxicity of nitrosated ranitidine. Carcinogenesis 1983;4(3):225-60. |
| De Flora S, Camoirano A, Basso C, Astengo M, Zanacchi P, Bennicelli C. Bacterial genotoxicity of nitrosated famotidine. Mutagenesis 1986;1(2):125-30. |
| De Flora S. Cimeditine, ranitidine, and their mutagenic nitroso derivatives. Lancet 1981;993-4. |
| de la Chapelle A. Genetic predisposition to colorectal cancer. Nat Rev Cancer. 2004 Oct;4(10):769-80. doi: 10.1038/nrc1453. |

| |
|---|
| De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. Nutrition and Cancer 1998;30(2):158-62. |
| De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. Cancer Epidemiol Biomarkers Prev 1996;5(9):679-82. |
| De Stefani E, Deneo-Pellegrini H, Ronco AL, Boffetta P, Correa P, Aune D. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutrition and Cancer 2012;64(2):294-99. |
| De Stefani E, Ranco A, Brennan P, Boffetta P. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. Nutrition and Cancer 2001;40(2):103-7. |
| Del Poggetto E et al. Epithelial memory of inflammation limits tissue damage while promoting pancreatic tumorigenesis. Science. 2021 Sep 17;373(6561):eabj0486. |
| del Risco FG, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bonfils S. Influence de la ranitidine Durant une periode de 24 heures sur la tenuer en nitrites, nitrates, nitrosamines et sur la flore bacterienne du suc gastrique du sujet sain. Gastroenterol Clin Biol 1984;8:749-53. |
| Deng T, Lyon CJ, Bergin S, Caligiuri MA, Hsueh WA. Obesity, Inflammation, and Cancer. Annu Rev Pathol. 2016 May 23;11:421-49. |
| Derakhshan MH, Malekzadeh R, Watabe H, Yazdanbod A, Fyfe V, Kazemi A, Rakhshani N, Didevar R, Sotoudeh M, Zolfeghari AA, McColl KE. Combination of gastric atrophy, reflux symptoms and histological subtype indicates two distinct aetiologies of gastric cardia cancer. Gut. 2008 Mar;57(3):298-305. |
| Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. J Toxicol Environ Health. 1992 Nov;37(3):351-61. |
| Deva S, Jameson M. Histamine type 2 receptor antagonists as adjuvant treatment for resected colorectal cancer. Cochdingrane Database Syst Rev. 2012 Aug 15;(8):CD007814. doi: 10.1002/14651858.CD007814.pub2. |
| Diana L. Nadler, Igor G. Zurbenko, "Estimating Cancer Latency Times Using a Weibull Model", Advances in Epidemiology, vol. 2014, Article ID 746769, 8 pages, 2014. https://doi.org/10.1155/2014/746769 |
| Ding YS, Zhang L, Jain RB, Jain N, Wang RY, Ashley DL, Watson CH. Levels of tobacco-specific nitrosamines and polycyclic aromatic hydrocarbons in mainstream smoke from different tobacco varieties. Cancer Epidemiol Biomarkers Prev. 2008 Dec;17(12):3366-71. doi: 10.1158/1055-9965.EPI-08-0320. PMID: 19064552. |
| Dixon JS, Wood JR. Geographical variation in duodenal ulcer healing in patients treated with H2-receptor antagonists. Eur J Gastroenterol Hepatol. 1992; 4: 147-163 |
| Dixon JS, Worthington PR, Mills JG, Wood JR. Geographical differences of gastric ulcer healing rate in patients treated with ranitidine or placebo. Aliment Pharmacol Ther. 1989 Aug;3(4):353-65. |
| Duan L, Wu AH, Sullivan-Halley J, Bernstein L. Antacid drug use and risk of esophageal and gastric adenocarcinomas in Los Angeles County. Cancer Epidemiol Biomarkers Prev 2009;18(2):526-33. |
| Edgren G, Adami HO, Weiderpass E, Nyrén O. A global assessment of the oesophageal adenocarcinoma epidemic. Gut. 2013 Oct;62(10):1406-14. doi: 10.1136/gutjnl-2012-302412. Epub 2012 Aug 23. Erratum in: Gut. 2013 Dec;62(12):1820. Weiderpass Vainio, Elisabete [corrected to Weiderpass, Elisabete]. PMID: 22917659. |
| Elder JB, Burdett K. Effect of H2 blockers on intragastric nitrosation as measured by 24 hour urinary secretion of N-nitrosoproline. IARC Scientific Publications No 57 1984:969-74. |
| El-Serag H, Hill C, Jones R. Systematic review: the epidemiology of gastro-oesophageal reflux disease in primary care, using the UK General Practice Research Database. Aliment Pharmacol Ther. 2009 Mar 1;29(5):470-80. |
| El-Serag HB, Aguirre TV, Davis S, Kuebeler M, Bhattacharyya A, Sampliner RE. Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. Am J Gastroenterol 2004;99:1877-83. |
| El-Serag HB, Kanwal F. Epidemiology of hepatocellular carcinoma in the United States: where are we? Where do we go? Hepatology. 2014 Nov;60(5):1767-75. doi: 10.1002/hep.27222. |
| Environmental Protection Agency. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2017 (EPA 505-F-17-005). |
| Euler AR, Murdock RH Jr, Wilson TH, Silver MT, Parker SE, Powers L. Ranitidine is effective therapy for erosive esophagitis. Am J Gastroenterol. 1993 Apr;88(4):520-4. |
| Eusebi LH, Ratnakumaran R, Yuan Y, Solaymani-Dodaran M, Bazzoli F, Ford AC. Global prevalence of, and risk factors for, gastro-oesophageal reflux symptoms: a meta-analysis. Gut. 2018 Mar;67(3):430-440. |
| Fahrer J, Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. Carcinogenesis. 2013 Nov;34(11):2435-42. |
| Farrow DC, Vaughan TL, Sweeney C, Gammon MD, Chow WH, Risch HA, Stanford JL, Hansten PD, Mayne ST, Schoenberg JB, Rotterdam H, Ahsan H, West AB, Dubrow R, Fraumeni JF, Blot WJ. Gastroesophageal reflux |

| |
|---|
| disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. Cancer Causes and Control 2000;11:231-38. |
| FDA. Guidance for Industry - M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk (March 2018). |
| Fearon, E. R., & Vogelstein, B. (1990). A genetic model for colorectal tumorigenesis. cell, 61(5), 759-767. |
| Fioretti F, Travani A, Vecchia CL, Franceschi S. Histamine-2-receptor antagonists and oesophageal cancer. Eur J Cancer Prevention 1977;6:143-46. |
| Florian J et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jul 20;326(3):240-249. |
| Food and Drug Administration. (2019, December 4). Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availaiity/fda-updates-and-press-announcements-ndma-zantac-rantitidine |
| Food and Drug Administration. (2019, December 6). Statement from Janet Woodcock, M.D., director of FDA's Center for Drug Evaluation and Research, on impurities found in diabetes drugs outside the U.S. Available at https://www.fda.gov/news-events/press-announcements/statement-janet-woodcock-md-director-fdas-center-drug-evaluation-and-research-impurities-found |
| Food and Drug Administration. (2019, November 1). Laboratory analysis of ranitidine and nizatidine products. Available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine |
| Food and Drug Administration. (2019, November 1). Statement on new testing results, including low levels of impurities in ranitidine drugs. Available at https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs |
| Food and Drug Administration. (2019, October 17). Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Method for the Determination of NDMA in Ranitidine Drug Substance and Solid Dosage Drug Product. Available at https://www.fda.gov/media/131868/download |
| Food and Drug Administration. (2019, October 2). Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availaiity/fda-updates-and-press-announcements-ndma-zantac-rantitidine |
| Food and Drug Administration. (2019, October 23). Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availaiity/fda-updates-and-press-announcements-ndma-zantac-rantitidine |
| Food and Drug Administration. (2019, September 13). Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product. Available at https://www.fda.gov/media/130801/download |
| Food and Drug Administration. (2019, September 13). Statement alerting patients and health care professionals of NDMA found in samples of ranitidine. Available at https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine |
| Food and Drug Administration. (2019, September 24). FDA announces voluntary recall of Sandoz ranitidine capsules following detection of an impurity. Available at https://www.fda.gov/news-events/press-announcements/fda-announces-voluntary-recall-sandoz-ranitidine-capsules-following-detection-impurity |
| Food and Drug Administration. (2020, April 1). All Ranitidine Products (Zantac): Press Release – FDA Requests Removal. Available at https://www.fda.gov/safety/medical-product-safety-information/all-ranitidine-products-zantac-press-release-fda-requests-removal |
| Food and Drug Administration. (2020, April 1). Media Briefing on FDA's Request for the Removal of All Ranitidine Products (Zantac) from the Market [Transcript]. Available at https://www.fda.gov/media/136672/download |
| Food and Drug Administration. (2020, April 1). Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). Available at https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |
| Food and Drug Administration. (2020, April 16). FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). Available at https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine |
| Food and Drug Administration. (2020, February 3). FDA Information about Nitrosamine Impurities in Medications. Available at https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications |

| |
|---|
| Food and Drug Administration. (2020, May 21) Clinical Study to Investigate the Urinary Excretion of N-nitrosodimethylamine (NDMA) After Ranitidine Administration. Available at https://clinicaltrials..gov/ct2/show/NCT04397445 |
| Food and Drug Administration. (2020, September). Guidance for Industry. Control of Nitrosamine Impurities in Human Drugs. Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs |
| Food and Drug Administration. (2021, February). Guidance for Industry. Control of Nitrosamine Impurities in Human Drugs. Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs |
| Food and Drug Administration. Laboratory analysis of valsartan products. Available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products |
| Fox JG, Rogers AB, Ihrig M, Taylor NS, Whary MT, Dockray G, Varro A, Wang TC. Helicobacter pylori-associated gastric cancer in INS-GAS mice is gender specific. Cancer Res. 2003 Mar 1;63(5):942-50. |
| Fox JG, Wang TC. Inflammation, atrophy, and gastric cancer. J Clin Invest. 2007 Jan;117(1):60-9. doi: 10.1172/JCI30111. |
| Fox, J. G., Rogers, A. B., Ihrig, M., Taylor, N. S., Whary, M. T., Dockray, G., ... & Wang, T. C. (2003). Helicobacter pylori-associated gastric cancer in INS-GAS mice is gender specific. Cancer research, 63(5), 942-950. |
| Franekic J, Skupnjak S, Matijasevic Z. Genotoxicity of nitrosated ranitidine. Mutation Res 1989;227:13-16. |
| Freedberg DE, Kim LS, Yang YX. The Risks and Benefits of Long-term Use of Proton Pump Inhibitors: Expert Review and Best Practice Advice From the American Gastroenterological Association. Gastroenterology. 2017;152(4):706-715. |
| Friedman GD, Udaltsova N, Chan J, Quesenberry CP Jr, Habel LA. Screening pharma-ceuticals for possible carcinogenic effects: initial positive results for drugs not previously screened. Cancer Causes Control. 2009 Dec;20(10):1821-35. |
| Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-55. |
| Fryklund J, Falknas AK, Helander HF. Omeprazole does not cause unscheduled DNA synthesis in rabbit parietal cells in vitro. Scand J Gastroenterol 1992;27:521-28. |
| Fujita, K. I., & Kamataki, T. (2001). Role of human cytochrome P450 (CYP) in the metabolic activation of N-alkylnitrosamines: application of genetically engineered Salmonella typhimurium YG7108 expressing each form of CYP together with human NADPH-cytochrome P450 reductase. Mutation Research/Fundamental and Molecular Mechanisms of Mutagenesis, 483(1-2), 35-41. |
| Fukushima, S., Wanibuchi, H., Morimura, K., Nakae, D., Tsuda, H., Imaida, K., ... & Furukawa, F. (2005). Lack of potential of low dose N-nitrosodimethylamine to induce preneoplastic lesions, glutathione S-transferase placental form-positive foci, in rat liver. Cancer letters, 222(1), 11-15. |
| Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun 1;4(6):e2118253. doi: 10.1001/jamanetworkopen.2021.18253. Erratum in: JAMA Netw Open. 2021 Jul 1;4(7):e2123189. |
| Garcia del Risco, F., Rolin, O., Farinotti, R., Chau, N. P., Mourot, J., Nguyen-Phuoc, B. K., ... & Bonfils, S. (1984). Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects. Gastroenterologie Clinique et Biologique, 8(10), 749-753. (English Translation) |
| Garcia Rodriguez LA, Lagergren J, Lindlbad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. Gut 2006;55:1538-44. |
| Garrow D, Delegge MH. Risk factors for gastrointestinal ulcer disease in the US population. Dig Dis Sci. 2010 Jan;55(1):66-72. |
| Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis. 1982;3(5):597-8. doi: 10.1093/carcin/3.5.597. PMID: 7046984. |
| GBD 2017 Stomach Cancer Collaborators. The global, regional, and national burden of stomach cancer in 195 countries, 1990-2017: a systematic analysis for the Global Burden of Disease study 2017. Lancet Gastroenterol Hepatol. 2020 Jan;5(1):42-54. doi: 10.1016/S2468-1253(19)30328-0. Epub 2019 Oct 21. Erratum in: Lancet Gastroenterol Hepatol. 2020 Mar;5(3):e2. |

| |
|---|
| George, J., Tsuchishima, M., & Tsutsumi, M. (2019). Molecular mechanisms in the pathogenesis of N-nitrosodimethylamine induced hepatic fibrosis. Cell death & disease, 10(1), 1-9. |
| Georgiadis P, Samoli E, Kaila S, Katsouyanni K, Kyrtopoulos SA. Ubiquitous presence of O6-methylguanine in human peripheral and cord blood DNA. Cancer Epidemiol Biomarkers Prev. 2000 Mar;9(3):299-305. |
| Gerson SL. MGMT: its role in cancer aetiology and cancer therapeutics. Nat Rev Cancer. 2004 Apr;4(4):296-307. |
| Giles GG, McNeil JJ, Donnan G, Webley C, Staples MP, Ireland PD, Hurley SF, Salzberg M. Dietary factors and the risk of glioma in adults: results of a case-control study in Melbourne, Australia. Int J Cancer 1994;59:357-62. |
| Gillatt, P. N., Palmer, R. C., Smith, P. L. R., Walters, C. L., & Reed, P. I. (1985). Susceptibilities of drugs to nitrosation under simulated gastric conditions. Food and chemical toxicology, 23(9), 849-855. |
| Global Burden of Disease Liver Cancer Collaboration. The Burden of Primary Liver Cancer and Underlying Etiologies From 1990 to 2015 at the Global, Regional, and National Level: Results From the Global Burden of Disease Study 2015. JAMA Oncol. 2017;3(12):1683–1691. doi:10.1001/jamaoncol.2017.3055 |
| Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. Mutat Res. 1998 Nov 9;419(1-3):131-5. |
| Gombar, C. T., Harrington, G. W., Pylypiw, H. M., Anderson, L. M., Palmer, A. E., Rice, J. M., ... & Burak, E. S. (1990). Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer research, 50(14), 4366-4370. |
| Gomez, M. D., Swann, P. F., & Magee, P. N. (1977). The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. Biochemical Journal, 164(3), 497-500. |
| Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int. 2021 May 28;118(21):357-362. |
| Gonzalez CA, Riboli E, Badosa J, Batiste E, Cardona T, Pita S, Sanz JM, Torrent M, Agudo A. Nutritional factors and gastric cancer in Spain. Am J Epidemiol 1994;139(5):466-73. |
| Goodman MT, Hankin JH, Wilkens LR, Kolonel LN. High-fat foods and the risk of lung cancer. Epidemiology 1992;3:288-99. |
| Greten FR, Grivennikov SI. Inflammation and Cancer: Triggers, Mechanisms, and Consequences. Immunity. 2019 Jul 16;51(1):27-41. |
| Griciute L, Castegnaro M, Bereziat JC. Influence of ethyl alcohol on carcinogenesis with N-nitrosodimethylamine. Cancer Lett. 1981 Sep;13(4):345-52. |
| Guadagni, S., Walters, C. L., Smith, P. L., Verzaro, R., Valenti, M., & Reed, P. I. (1996). N-nitroso compounds in the gastric juice of normal controls, patients with partial gastrectomies, and gastric cancer patients. Journal of surgical oncology, 63(4), 226-233. |
| Gushgari, A. J., & Halden, R. U. (2018). Critical review of major sources of human exposure to N-nitrosamines. Chemosphere, 210, 1124-1136. |
| Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf 2000;9(2):149-55. |
| Haggerty, H. G., & Holsapple, M. P. (1990). Role of metabolism in dimethylnitrosamine-induced immunosuppression: a review. Toxicology, 63(1), 1-23. |
| Hahm KB, Lee SI, Chung JP, Kim WH, Kim JH, Park IS. Comparison of immunomodulative effects of histamine-2 receptor antagonists in gastric cancer patients: focus on the lymphoblastogenesis and cytotoxicity of peripheral blood mononuclear cells. Int J Immunopharmacol. 1994 Dec;16(12):985-93. |
| Hall CN, Darkin D, Brimblecombe R, Cook AJ, Kirkham JS, Northfield TC. Evaluation of the nitrosamine hypothesis of gastric carcinogenesis in precancerous conditions. Gut. 1986 May;27(5):491-8. doi: 10.1136/gut.27.5.491. PMID: 3699560; PMCID: PMC1433484. |
| Hall J, Brésil H, Montesano R. O6-Alkylguanine DNA alkyltransferase activity in monkey, human and rat liver. Carcinogenesis. 1985 Feb;6(2):209-11. |
| Hall, J., Brésil, H., Serres, M., Martel-Planche, G., Wild, C. P., & Montesano, R. (1990). Modulation of O6-methylguanine-DNA methyltransferase in rat and hamster liver after treatment with dimethylnitrosamine. Cancer Research, 50(17), 5426-5430. |
| Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74. doi: 10.1016/j.cell.2011.02.013. PMID: 21376230. |

| |
|---|
| Hans-Olov Adami, Ina Trolle Andersen, Uffe Heide-Jørgensen et al. Ranitidine Use and Risk of Upper Gastrointestinal Cancers, 26 May 2021, PREPRINT (Version 1) available at Research Square [https://doi.org/10.21203/rs.3.rs-541364/v1] |
| Hansson LE, Nyrén O, Hsing AW, Bergström R, Josefsson S, Chow WH, Fraumeni JF Jr, Adami HO. The risk of stomach cancer in patients with gastric or duodenal ulcer disease. N Engl J Med. 1996 Jul 25;335(4):242-9. |
| Hastwell PW, Webster TW, Tate M, Billinton N, Lynch AM, Harvey JS, Rees RW, Walmsley RM. Analysis of 75 marketed pharmaceuticals using the GADD45a-GFP 'GreenScreen HC' genotoxicity assay. Mutagenesis 2009;24(5):455-63. |
| Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion 1990;45:189-95. |
| Haywood PA, Martin-Smith M, Cholerton TJ. Isolation and identification of the hydrolytic degradation products of ranitidine hydrochloride. J Chem Soc Perkin Trans 1987;951-954. |
| He Q, Xia B, Meng W, Fan D, Kuo ZC, Huang J, Qin X, Zou H, He Y, Zhang C, Fang S, Pan Y, Yang M, Yuan J. No Associations Between Regular Use of Proton Pump Inhibitors and Risk of All-Cause and Cause-Specific Mortality: A Population-Based Cohort of 0.44 Million Participants. Am J Gastroenterol. 2021 Nov 1;116(11):2286-2291. |
| Hecht SS, Hoffmann D. Tobacco-specific nitrosamines, an important group of carcinogens in tobacco and tobacco smoke. Carcinogenesis. 1988 Jun;9(6):875-84. doi: 10.1093/carcin/9.6.875. |
| Hellstrand K, Asea A, Hermodsson S. Role of histamine in natural killer cell-mediated resistance against tumor cells. J Immunol. 1990 Dec 15;145(12):4365-70. |
| Henley SJ, Ward EM, Scott S, Ma J, Anderson RN, Firth AU, Thomas CC, Islami F, Weir HK, Lewis DR, Sherman RL, Wu M, Benard VB, Richardson LC, Jemal A, Cronin K, Kohler BA. Annual report to the nation on the status of cancer, part I: National cancer statistics. Cancer. 2020 May 15;126(10):2225-2249. doi: 10.1002/cncr.32802. |
| Henrikson NB, Webber EM, Goddard KA, Scrol A, Piper M, Williams MS, Zallen DT, Calonge N, Ganiats TG, Janssens AC, Zauber A, Lansdorp-Vogelaar I, van Ballegooijen M, Whitlock EP. Family history and the natural history of colorectal cancer: systematic review. Genet Med. 2015 Sep;17(9):702-12. doi: 10.1038/gim.2014.188. |
| Hentschel E, Brandstätter G, Dragosics B, Hirschl AM, Nemec H, Schütze K, Taufer M, Wurzer H. Effect of ranitidine and amoxicillin plus metronidazole on the eradication of Helicobacter pylori and the recurrence of duodenal ulcer. N Engl J Med. 1993 Feb 4;328(5):308-12. |
| Hicks B, Friis S, Pottegard A. Use of proton pump inhibitors and risk of pancreatic cancer. Pharmacoepidemiol Drug Saf 2018;27:926-30. |
| Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW, de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 2019 Apr;76(4):250-258. |
| Hidajat, Mira, et al. "Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry." Occupational and environmental medicine 76.4 (2019): 259-267. |
| Holly EA, Lele C, Bracci PM, McGrath MS. Case-control study of non-Hodgkin's lymphoma among women and heterosexual men in the San Francisco Bay area, California. Am J Epidemiol 1999;150:375-89. |
| Holtmann G, Layer P, Goebell H. Proton-pump inhibitors or H2-receptor antagonists for Helicobacter pylori eradication-a meta-analysis. Lancet. 1996 Mar 16;347(9003):763. |
| Horii A, Nakatsuru S, Miyoshi Y, Ichii S, Nagase H, Ando H, Yanagisawa A, Tsuchiya E, Kato Y, Nakamura Y. Frequent somatic mutations of the APC gene in human pancreatic cancer. Cancer Res. 1992 Dec 1;52(23):6696-8. PMID: 1423316. |
| Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrugger RW. Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prev 1996;5(1):83-87. |
| Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208. |
| Hsu CL, Chang CH, Lin JW, Wu LC, Chuang LM, Lai MS. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients - an exploratory analysis. Pharmacoepidemiology and Drug Safety 2013;22:632-40. |
| Human Protein Atlas. https://www.proteinatlas.org |
| Hur C, Miller M, Kong CY, Dowling EC, Nattinger KJ, Dunn M, Feuer EJ. Trends in esophageal adenocarcinoma incidence and mortality. Cancer. 2013 Mar 15;119(6):1149-58. doi: 10.1002/cncr.27834. |

| |
|---|
| IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Occupational Exposures in the Rubber-Manufacturing Industry. Vol. 100F. Lyons, France: International Agency for Research on Cancer; 2012. |
| IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Smokeless Tobacco and Some Tobacco-specific N-Nitrosamines. Vol. 89. Lyons, France: International Agency for Research on Cancer; 2007. |
| IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. 1987. |
| IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Some N-Nitroso Compounds. Volume 17. 1978 |
| IARC Monographs on the Identification of Carcinogenic Hazards to Humans Preamble. 2019 |
| IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. Biological agents. Volume 100B. A review of human carcinogens. IARC Monogr Eval Carcinog Risks Hum. 2012;100(Pt B):1-441 |
| Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. CA Cancer J Clin. 2018 Jan;68(1):31-54. |
| Iwagami M 2020 ICPE abstract PO-3925 Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the japan medical data center claims database. |
| Iwagami M 2020 ICPE audio PO-3925 Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the japan medical data center claims database. |
| Iwagami M 2020 ICPE poster PO-3925 Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the japan medical data center claims database. |
| Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf. 2021 Mar;44(3):361-371. |
| Jacobson BC, Somers SC, Fuchs CS, Kelly CP, Camargo CA Jr. Body-mass index and symptoms of gastroesophageal reflux in women. N Engl J Med. 2006 Jun 1;354(22):2340-8. |
| Jakszyn P, Bingham S, Pera G, Agudo A, Luben R, Welch A, Boeing H, Palli D, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European prospective investigation into cancer and nutrition (EPIC-EURGAST) Study. Carcinogenesis 2006;27(7):1497-1501. |
| Jakszyn P, Gonzalez CA, Lujan-Barroso L, Ros MM, Roswall N, Tjonneland Am, Buckner FL, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European prospective investigation into cancer and nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 2011;20(3):555-59. |
| Jakszyn PG, Allen NE, Rujan-Barroso L, Gonzalez CA, Key TJ, Fonseca-Nunes A, Tjonneland A, et al. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. Cancer Epidemiol Biomarkers Prev 2012;21(3):547-51. |
| Jenkins, S. A., Grandison, A., Baxter, J. N., Day, D. W., Taylor, I., & Shields, R. (1985). A dimethylnitrosamine-induced model of cirrhosis and portal hypertension in the rat. Journal of hepatology, 1(5), 489-499. |
| Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology 1996;7(4):434 |
| Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen. 2021 Jun;62(5):293-305. |
| Jones AS, Morar P, Phillips DE, Field JK, Husband D, Helliwell TR. Second primary tumors in patients with head and neck squamous cell carcinoma. Cancer. 1995 Mar 15;75(6):1343-53. doi: 10.1002/1097-0142(19950315)75:6<1343::aid-cncr2820750617>3.0.co;2-t. |
| Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology. 2021 Apr;160(5):1856-1859.e5. |
| Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology. 2021 Apr;160(5):1856-1859.e5. doi: 10.1053/j.gastro.2020.12.037. |
| Kantor ED, Rehm CD, Haas JS, Chan AT, Giovannucci EL. Trends in Prescription Drug Use Among Adults in the United States From 1999-2012. JAMA. 2015 Nov 3;314(17):1818-31. doi: 10.1001/jama.2015.13766. |
| Kanwal R, Gupta S. Epigenetic modifications in cancer. Clin Genet. 2012 Apr;81(4):303-11. |

| |
|---|
| Karahalios A, English DR, Simpson JA. Weight change and risk of colorectal cancer: a systematic review and meta-analysis. Am J Epidemiol. 2015 Jun 1;181(11):832-45. doi: 10.1093/aje/kwu357. |
| Karimi P, Islami F, Anandasabapathy S, Freedman ND, Kamangar F. Gastric cancer: descriptive epidemiology, risk factors, screening, and prevention. Cancer Epidemiol Biomarkers Prev. 2014 May;23(5):700-13. doi: 10.1158/1055-9965.EPI-13-1057. |
| Kastelein F, Spaander MC, Steyerberg EW, Biermann K, Valkhoff VE, Kuipers EJ, Bruno MJ. Proton pump inhibitors reduce the risk of neoplastic progression in patients with Barrett's Esophagus. Clin Gastroenterology & Hepatology 2013;11:382-88. |
| Kato I, Nomura AM, Stemmermann GN, Chyou PH. A prospective study of gastric and duodenal ulcer and its relation to smoking, alcohol, and diet. Am J Epidemiol. 1992 Mar 1;135(5):521-30. |
| Katz PO, Dunbar KB, Schnoll-Sussman FH, Greer KB, Yadlapati R, Spechler SJ. ACG Clinical Guideline for the Diagnosis and Management of Gastroesophageal Reflux Disease. Am J Gastroenterol. 2022;117(1):27-56. |
| Kay, J. E., Corrigan, J. J., Armijo, A. L., Nazari, I. S., Kohale, I. N., Torous, D. K., ... & Engelward, B. P. (2021). Excision of mutagenic replication-blocking lesions suppresses cancer but promotes cytotoxicity and lethality in nitrosamine-exposed mice. Cell reports, 34(11), 108864. |
| Keighley MR, Youngs D, Poxon V, Morris D, Muscroft TJ, Burdon DW, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW, et al. Intragastric N-nitrosation is unlikely to be responsible for gastric carcinoma developing after operations for duodenal ulcer. Gut. 1984 Mar;25(3):238-45. doi: 10.1136/gut.25.3.238. PMID: 6698439; PMCID: PMC1432290. |
| Keku TO, Dulal S, Deveaux A, Jovov B, Han X. The gastrointestinal microbiota and colorectal cancer. Am J Physiol Gastrointest Liver Physiol. 2015 Mar 1;308(5):G351-63. doi: 10.1152/ajpgi.00360.2012. |
| Kerdelhué, B., Forest, C., & Coumoul, X. (2016). Dimethyl-Benz (a) anthracene: A mammary carcinogen and a neuroendocrine disruptor. Biochimie open, 3, 49-55. |
| Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. Am J Clin Nutr 2013;97:135-46. |
| Kim S, Lee S, Hong J, Ko I, Kim J-Y, Kim D-K. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare. 2021; 9(8):1071. https://doi.org/10.3390/healthcare9081071 |
| Kim YD, Wang J, Fass R. Is chronic use of raniditine associated with an increased risk of developing gastrointestinal malignancies? AGA Abstracts 2020;S33. |
| Kim YD, Wang J, Fass R. Is chronic use of ranitidine associated with an increased risk of developing gastrointestinal malignancies? Digestive Disease Week. May 2020. [Poster]. |
| Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther. 2021 Sep;54(5):606-615. |
| King FJ, Searle AD, Urquhart MW. Ranitidine–investigations into the root cause for the presence of N-nitroso-N, N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products. Organic Process Res Dev. 2020;24(12):2915−2926. |
| Klein AP. Genetic susceptibility to pancreatic cancer. Mol Carcinog. 2012 Jan;51(1):14-24. |
| Knekt P, Jarvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow up study. Int J Cancer 1999;80:852-56. |
| Koppang, N. (1974). Dimethylnitrosamine—formation in fish meal and toxic effects in pigs. The American Journal of Pathology, 74(1), 95-108. |
| Koppang, N. Toxic effects of dimethylnitrosamine in cows. J Nat Cancer 1974;52:523-531. |
| Krawczynski M, Ignys I, Borucki M. Nitrozaminy u dzieci z zapaleniem blony sluzowej zoladka. Nitrozamines in children with chronic gastritis. Pediatria Polska 2002;217-24. |
| Krawczynski M, Ignys, I, Borucki M. Nitrozamines in children with chronic gastritis. Journal of the Polish Paediatric Society. (GSKZAN0000618933-618943) |
| Kulik L, El-Serag HB. Epidemiology and Management of Hepatocellular Carcinoma. Gastroenterology. 2019 Jan;156(2):477-491.e1. doi: 10.1053/j.gastro.2018.08.065. |
| Kumar, S., Goldberg, D.S. & Kaplan, D.E. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci (2021). |

| |
|---|
| Kurata JH, Koch GG, Nogawa AN. Comparison of ranitidine and cimetidine ulcer maintenance therapy. J Clin Gastroenterol. 1987 Dec;9(6):644-50. |
| Kushida H, Fujita K, Suzuki A, Yamada M, Endo T, Nohmi T, Kamataki T. Metabolic activation of N-alkylnitrosamines in genetically engineered Salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase. Carcinogenesis. 2000 Jun;21(6):1227-32. |
| Kyrtopoulos SA, Daskalakis G, Legakis NI, Konidaris N, Psarrou E, Bonatsos G, Golematis B, Lakiotis G, Bliouras N, Outram JR. Studies in gastric carcinogenesis. II. Absence of elevated concentrations of N-nitroso compounds in the gastric juice of Greek hypochlorhydric individuals. Carcinogensis vol. 6 (8) 1135-1140 Aug. 1985. |
| Kyrtopoulos SA. DNA adducts in humans after exposure to methylating agents. Mutat Res. 1998 Sep 20;405(2):135-43. |
| La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. Eur J Cancer Prev 1995;4:469-74. |
| La Vecchia C, D'Avanzo B, Negri E, Franceschi S, Boyle P. Gastrectomy and subsequent risk of oesophageal cancer in Milan. J Epidemiol Community Health 1994;48(3):310-312. |
| La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. Lancet 1990;336:355-57. |
| La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. Nutrition 1992;8:177-81. |
| La Vecchia C, Tavani A. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. Eur J Cancer Prevention 2002;11:117-23. |
| Lacey JV Jr, Sherman ME, Hartge P, Schatzkin A, Schairer C. Medication use and risk of ovarian carcinoma: a prospective study. Int J Cancer 2004 Jan 10;108(2):281-6. |
| Lagergren J, Bergström R, Lindgren A, Nyrén O. Symptomatic gastroesophageal reflux as a risk factor for esophageal adenocarcinoma. N Engl J Med. 1999 Mar 18;340(11):825-31. |
| Lai SW, Lai HC, Lin CL, Liao KF. Proton pump inhibitors and risk of gastric cancer in a case-control study. Gut 2019;68(4):765-767. |
| Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Proton pump inhibitors and risk of hepatocellular carcinoma : a case-control study in Taiwan. Acta Gastroenterol Belg 2013;76(3):348-50. |
| Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Use of proton pump inhibitors correlates with increased risk of colorectal cancer in Taiwan. Asia Pac J Clin Oncol 2013 Jun;9(2):192-3. |
| Lai SW, Sung FC, Lin CL, Liao KF. Use of proton pump inhibitors correlates with increased risk of pancreatic cancer: a case-control study in Taiwan. Kuwait Medical J 2014;46(1):44-48. |
| Lanas-Gimeno A, Hijos G, Lanas Á. Proton pump inhibitors, adverse events and increased risk of mortality. Expert Opin Drug Saf. 2019;18(11):1043-1053. |
| Laoveeravat, P., Thavaraputta, S., Vutthikraivit, W., Suchartlikitwong, S., Mingbunjerdsuk, T., Motes, A., ... & Islam, S. (2020). Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. QJM: An International Journal of Medicine, 113(2), 100-107. |
| Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. Int J Cancer 2006;119:915-19. |
| Lassen A, Hallas J, de Muckadell OB. Esophagitis: incidence and risk of esophageal adenocarcinoma--a population-based cohort study. Am J Gastroenterol. 2006 Jun;101(6):1193-9. |
| Lauby-Secretan B, Scoccianti C, Loomis D, Grosse Y, Bianchini F, Straif K; International Agency for Research on Cancer Handbook Working Group. Body Fatness and Cancer--Viewpoint of the IARC Working Group. N Engl J Med. 2016 Aug 25;375(8):794-8. |
| Lee SP, Sung IK, Kim JH, Lee SY, Park HS, Shim CS. Risk Factors for the Presence of Symptoms in Peptic Ulcer Disease. Clin Endosc. 2017 Nov;50(6):578-584. |
| Lee SW, Yoo K, Marshall DC, Koh HY, Cho JY, Han MY, Yoo HW, Heo J, Yon DK. N-nitrosodimethylamine-contaminated ranitidine and risk of cancer: nationwide cohort study with propensity-score matching (Abstract for manuscript from AGA production). |
| Lee VM, Keefer LK, Archer MC. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. Chem Res Toxicol. 1996 Dec;9(8):1319-24. |
| Lee YY, McColl KE. Pathophysiology of gastroesophageal reflux disease. Best Pract Res Clin Gastroenterol. 2013 Jun;27(3):339-51. |

| |
|---|
| Li DK, Yan P, Abou-Samra AB, Chung RT, Butt AA. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: results from ERCHIVES. Aliment Pharmacol Ther 2018 Jan;47(2):246-258. |
| Li H, Xiao Y, Li Q, Yao J, Yuan X, Zhang Y, Yin X, Saito Y, Fan H, Li P, Kuo WL, Halpin A, Gibbons DL, Yagita H, Zhao Z, Pang D, Ren G, Yee C, Lee JJ, Yu D. The allergy mediator histamine confers resistance to immunotherapy in cancer patients via activation of the macrophage histamine receptor H1. Cancer Cell. 2022 Jan 10;40(1):36-52.e9. |
| Lijinsky W, Kovatch RM, Riggs CW. Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters. Cancer Res 1987;47:3968-72. |
| Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. Cancer Lett 1984;22:83-88. |
| Lin HC, Hsu HY, Lin HL, Uang YS, Ho Y, Wang LH. Association Between Acid-Suppressive Agents' Use and Risk of Hepatocellular Carcinoma. Dose-Response 2020; 1-8. |
| Lin L, Yan L, Liu Y, Qu C, Ni J, Li H. The Burden and Trends of Primary Liver Cancer Caused by Specific Etiologies from 1990 to 2017 at the Global, Regional, National, Age, and Sex Level Results from the Global Burden of Disease Study 2017. Liver Cancer. 2020 Sep;9(5):563-582. |
| Lindamood, C., Bedell, M. A., Billings, K. C., Dyroff, M. C., & Swenberg, J. A. (1984). Dose response for DNA alkylation,[3H] thymidine uptake into DNA, and O6-methylguanine-DNA methyltransferase activity in hepatocytes of rats and mice continuously exposed to dimethylnitrosamine. Cancer research, 44(1), 196-200. |
| Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-nitrosodimethylamine. World Health Organization; 2002. |
| Liu P, McMenamin ÚC, Johnston BT, Murchie P, Iversen L, Lee AJ, Vissers PAJ, Cardwell CR. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer. 2020 Jul;123(2):307-315. |
| Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-nitroso compounds and cancer incidence: the European prospective investigation into cancer and nutrition (EPIC) - Norfolk Study. Am J Clin Nutr 2011;93:1053-61. |
| Ma C, Shaheen AA, Congly SE, Andrews CN, Moayyedi P, Forbes N. Interpreting Reported Risks Associated With Use of Proton Pump Inhibitors: Residual Confounding in a 10-Year Analysis of National Ambulatory Data. Gastroenterology. 2020;158(3):780-782.e3. |
| Magee PN and Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. Br J Cancer. 1956 Mar;10(1):114-22. |
| Magee, P. N. (1982). Nitrosamines and human cancer. Cold Spring Harbor Laboratory. |
| Maisonneuve P, Lowenfels AB. Risk factors for pancreatic cancer: a summary review of meta-analytical studies. Int J Epidemiol. 2015 Feb;44(1):186-98. doi: 10.1093/ije/dyu240. Epub 2014 Dec 14. PMID: 25502106. |
| Mankaney G, Rouphael C, Burke CA. Serrated Polyposis Syndrome. Clin Gastroenterol Hepatol. 2020 Apr;18(4):777-779. |
| Marostica M, Arcari DP, Bartchewsky W, Trevisan M, Ribeiro MR, Pedrazzoli J, Heohr NF, Gambero A. Effects of a one-week treatment with acid gastric inhibitors on helicobacter pylori-infected mice. Scand J Gastroenterol 2007;42:12:1404-12. |
| Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. Mutation Res 1983;122:373-76. |
| Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Cancer Epidemiol Biomarkers Prev 2008;17(1):67-72. |
| Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. Gastroenterologia Japonica 1990;25(2):162-68. |
| Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicology Letters 1983;18:97-102. |
| McCarty-Dawson D, Sue SO, Morrill B, Murdock RH Jr. Ranitidine versus cimetidine in the healing of erosive esophagitis. Clin Ther. 1996 Nov-Dec;18(6):1150-60. |
| McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med. 2021 Jan 26;19(1):22. |

| |
|---|
| McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021 Jan 7;71(Pt A):101880. |
| McGwin G. The association between ranitidine use and gastrointestinal cancers. Cancers 2021, 13, 24. |
| McIsaac & Summers 1985. "Ranitidine: Effects on the In-tragastric Milieu, N-nitrosamines, and the Risk of Gastric Cancer." GSKZAN0000931175 |
| McNabb S, et al. Meta-analysis of 16 studies of the association of alcohol with colorectal cancer. Int J Cancer. 2020 Feb 1;146(3):861-873. |
| McTiernan A, et al. Physical Activity in Cancer Prevention and Survival: A Systematic Review. Med Sci Sports Exerc. 2019 Jun;51(6):1252-1261. |
| Melmed S, Colao A, Barkan A, Molitch M, Grossman AB, Kleinberg D, Clemmons D, Chanson P, Laws E, Schlechte J, Vance ML, Ho K, Giustina A; Acromegaly Consensus Group. Guidelines for acromegaly management: an update. J Clin Endocrinol Metab. 2009 May;94(5):1509-17. |
| Michaud DS, Holick CN, Batchelor TT, Giovannucci E, Hunter DJ. Prospective study of meat intake and dietary nitrates, nitrites, and nitrosamines and risk of adult glioma. Am J Clin Nutr 2009;90:570-7. |
| Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epidemiol Biomarkers Prev 2004;13(2):250-4. |
| Michelotti GA, Machado MV, Diehl AM. NAFLD, NASH and liver cancer. Nat Rev Gastroenterol Hepatol. 2013 Nov;10(11):656-65. |
| Miller AB, Choi BC, Howe GR, Burch JD, Sherman GJ. Epidemiological assessment of risk to humans from exposure to nitrosamines. IARC Sci Publ 1984;57:929-36. |
| Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW, Moore PJ, Viney N. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. Lancet. 1982 May 15;1(8281):1091-5. doi: 10.1016/s0140-6736(82)92277-2. PMID: 6122891. |
| Moayyedi P, Eikelboom JW, Bosch J, et al. Safety of Proton Pump Inhibitors Based on a Large, Multi-Year, Randomized Trial of Patients Receiving Rivaroxaban or Aspirin. Gastroenterology. 2019;157(3):682-691.e2. |
| Mohammed I, Nightingale P, Trudgill NJ. Risk factors for gastro-oesophageal reflux disease symptoms: a community study. Aliment Pharmacol Ther. 2005 Apr 1;21(7):821-7. |
| Mohy-ud-din N, Mohyuddin GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. Digestive Disease Week. May 2020. [Poster]. |
| Mohy-un-din N, Mohyuddin GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. AGA Abstracts 2020;S1073. |
| Molloy RM, Sonnenberg A. Relation between gastric cancer and previous peptic ulcer disease. Gut. 1997 Feb;40(2):247-52. |
| Morris DL, Poxon V, Youngs D, Keighley M. Gastric juice factors after Roux-Y reconstruction compared with Billroth II partial gastrectomy. Am J Surg. 1988 Jul;156(1):21-5. doi: 10.1016/s0002-9610(88)80162-4. PMID: 3394888. |
| Morris DL, Youngs D, Muscroft TJ, Cooper J, Rojinski C, Burdon DW, Keighley MR. Mutagenicity in gastric juice. Gut 1984;25:723-27. |
| Mowat C, Carswell A, Wirz A, McColl KE. Omeprazole and dietary nitrate independently affect levels of vitamin C and nitrite in gastric juice. Gastroenterology. 1999 Apr;116(4):813-22. doi: 10.1016/s0016-5085(99)70064-8. Erratum in: Gastroenterology 1999 Jun;116(6):1507. PMID: 10092303. With Erratum 1507. |
| Muller P, Hotz J, Franz E, Simon B. Ranitidine in the treatment of non-ulcer dyspepsia. Arzneim-Forsch / Drug Research. 1994; 44: 1130-1132. |
| Murphy G, et al. International cancer seminars: a focus on esophageal squamous cell carcinoma. Ann Oncol. 2017 Sep 1;28(9):2086-2093. |
| Nadler DL, Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. Advances in Epidemiology, vol. 2014, Article ID 746769. |
| Nakatsuru, Y., Matsukuma, S., Nemoto, N., Sugano, H., Sekiguchi, M., & Ishikawa, T. (1993). O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proceedings of the National Academy of Sciences, 90(14), 6468-6472. |
| Napier KJ, Scheerer M, Misra S. Esophageal cancer: A Review of epidemiology, pathogenesis, staging workup and treatment modalities. World J Gastrointest Oncol. 2014;6(5):112-120. |

| |
|---|
| Narayanan M, Reddy KM, Marsicano E. Peptic Ulcer Disease and Helicobacter pylori infection. Mo Med. 2018 May-Jun;115(3):219-224. |
| National Center for Chronic Disease Prevention and Health Promotion (US) Office on Smoking and Health. The Health Consequences of Smoking—50 Years of Progress: A Report of the Surgeon General. Atlanta (GA): Centers for Disease Control and Prevention (US); 2014. |
| National Center for Chronic Disease Prevention and Health Promotion (US) Office on Smoking and Health. The Health Consequences of Smoking—50 Years of Progress: A Report of the Surgeon General. Atlanta (GA): Centers for Disease Control and Prevention (US); 2014. |
| National Toxicology Program. 15th Report on Carcinogens 2021. Available at: https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html. |
| Nehra AK, Alexander JA, Loftus CG, Nehra V. Proton Pump Inhibitors: Review of Emerging Concerns. Mayo Clin Proc. 2018;93(2):240-246. |
| Nguyen DM, Richardson P, El-Serag HB. Medications (NSAIDs, Statins, Proton Pump Inhibitors) and the risk of esophageal adenocarcinoma in patients with Barrett's esophagus. Gastroenterology 2010;138:2260-66. |
| Niikura R, Hayakawa Y, Hirata Y, Yamada A, Fujishiro M, Koike K. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for Helicobacter pylori: a retrospective cohort analysis. Gut 2018;67(10):1908-1910. |
| Nishimura, M., Yaguti, H., Yoshitsugu, H., Naito, S., & Satoh, T. (2003). Tissue distribution of mrna expression of human cytochrome P450 isoforms assessedby high-sensitivity real-time reverse transcription PCR. Yakugaku zasshi, 123(5), 369-375. |
| N-nitrosodimethylamine: Carcinogenic Potency Database. The Carcinogenic Potency Project. Rats and Mice: Cancer Test Summary. N-nitrosodiethanolamine: Carcinogenic Potency Database (toxplanet.com) |
| Norgaard M 2020 abstract PO-4168 Use of ranitidine and risk of bladder cancer. |
| Norgaard M 2020 audio PO-4168 Use of ranitidine and risk of bladder cancer. |
| Norgaard M 2020 poster PO-4168 Use of ranitidine and risk of bladder cancer. |
| Nørgaard M, Andersen IT, Heide-Jørgensen U, Erichsen R, Rees JR, Karagas MR, Sørensen HT. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev. 2022 Jan;31(1):45-50. |
| O'Connor HJ, Riley SE, Axon AR, Garner RC. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juices. Mutation Res 1987;188:201-08. |
| Oh H, Lee DH, Giovannucci EL, Keum N. Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. Cancer Causes Control 2020;31(4):383-391. |
| Okumura K, Morita T, Nagaki T, Watanabe Y, Tsuji H. Ranitidine hydrochloride. Mutagenicity test of ranitidine hydrochloride. 1984;28(1):163-69. |
| Oliveira C, Pinheiro H, Figueiredo J, Seruca R, Carneiro F. Familial gastric cancer: genetic susceptibility, pathology, and implications for management. Lancet Oncol. 2015;16(2):e60-e70. |
| Ozhan G, Alpertunga B. Genotoxic activities of drug-nitrite interaction products. Drug Chem Toxicol 2003;26(4):295-308. |
| Palli D, Russo A, Decarli A. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. Cancer Causes and Control 2001;12:163-72. |
| Palli D, Saieva C, Coppi C, Del Giudice G, Magagnotti C, Nesi G, Orsi F, Airoldi L. O6-alkylguanines, dietary N-nitroso compounds, and their precursors in gastric cancer. Nutr Cancer. 2001;39(1):42-9. |
| Pandeya N, Webb PM, Sadeghi S, Green AC, Whiteman DC; Australian Cancer Study. Gastro-oesophageal reflux symptoms and the risks of oesophageal cancer: are the effects modified by smoking, NSAIDs or acid suppressants?. Gut 2010;59(1):31-38. |
| Pearlman R, Frankel WL, Swanson B, et al. Prevalence and Spectrum of Germline Cancer Susceptibility Gene Mutations Among Patients With Early-Onset Colorectal Cancer. JAMA Oncol. 2017;3(4):464-471. |
| Pegg AE, Hui G. Formation and subsequent removal of O6-methylguanine from deoxyribonucleic acid in rat liver and kidney after small doses of dimethylnitrosamine. Biochem J. 1978 Sep 1;173(3):739-48. |
| Pegg AE. Properties of the O6-alkylguanine-DNA repair system of mammalian cells. IARC Sci Publ. 1984;(57):575-80. |

| |
|---|
| Pegg, A. E. (1980). Metabolism of N-nitrosodimethylamine. IARC Scientific Publications, (27), 3-22. |
| Pegg, A. E., & Perry, W. (1981). Alkylation of Nucleic Acids and Metabolism of Small Doses of DimethyInitrosamine in the Rat. Cancer research, 41(8), 3128-3132. |
| Pegg, A. E., Roberfroid, M., Von Bahr, C., Foote, R. S., Mitra, S., Bresil, H., ... & Montesano, R. (1982). Removal of O6-methylguanine from DNA by human liver fractions. Proceedings of the National Academy of Sciences, 79(17), 5162-5165. |
| Peng YC, Huang LR, Lin CL, et al. Association between proton pump inhibitors use and risk of gastric cancer in patients with GERD. Gut 2019;68(2):374-376. |
| Peng YC, Lin CL, Hsu WY, Chow WK, Lee SW, Yeh HZ, Chen CC, Kao CH. Association Between Cholangiocarcinoma and Proton Pump Inhibitors Use: A Nested Case-Control Study. Front Pharmacol 2018;9:718. |
| Peng YC, Lin CL, Hsu WY, Lu IT, Yeh HZ, Chang CS, Kao CH. Proton pump inhibitors use is associated with risk of pancreatic cancer: a nested case-control study. Dose Response 2018;16(4):1559325818803283. doi: 10.1177/1559325818803283. |
| Penston JG, Dixon JS, Boyd EJ, Wormsley KG. A placebo-controlled investigation of duodenal ulcer recurrence after withdrawal of long-term treatment with ranitidine. Aliment Pharmacol Ther. 1993 Jun;7(3):259-65. |
| Penston JG, Wormsley KG. Long-term maintenance treatment of gastric ulcers with ranitidine. Aliment Pharmacol Ther. 1990 Aug;4(4):339-55. |
| Penston JG, Wormsley KG. Nine years of maintenance treatment with ranitidine for patients with duodenal ulcer disease. Aliment Pharmacol Ther. 1992 Oct;6(5):629-45. |
| Penston JG. 10. Medical events occurring in patients with duodenal ulcer disease during maintenance treatment with ranitidine. Scand J Gastroenterol 1990;25(Suppl 177):87-97. |
| Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Research 1991b;51:6452-69. |
| Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Research 1991a;51:6415-51. |
| Pignatelli B, Malaveille C, Rogatko A, Hautefeuille A, Thuillier P, Muñoz N, Moulinier B, Berger F, De Montclos H, Lambert R, et al. Mutagens, N-nitroso compounds and their precursors in gastric juice from patients with and without precancerous lesions of the stomach. Eur J Cancer. 1993;29A(14):2031-9. doi: 10.1016/0959-8049(93)90467-t. PMID: 8280498. |
| Plummer M, Franceschi S, Vignat J, Forman D, de Martel C. Global burden of gastric cancer attributable to Helicobacter pylori. Int J Cancer. 2015;136(2):487-490. |
| Pobel D, Riboli E, Cornee J, Hemon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. Eur J Epidemiol 1995;11:67-73. |
| Pottegard A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ 2018;362:k3851 |
| Poulsen AH, Christensen S, McLaughlin JK, Thomsen RW, Sorensen HT, Olsen JH, Friss S. Proton pump inhibitors and risk of gastric cancer: a population-based Cohort Study. British J of Cancer 2009;100:1503-07. |
| Poynter D, Pick CR, Harcourt RA, Sutherland MF, Spurling NW. Ainge G, Cook J, Gatehouse D. Evaluation of ranitidine safety. Clinical Use of Ranitidine 1982;49-57. |
| Prabhu A, Obi KO, Rubenstein JH. The synergistic effects of alcohol and tobacco consumption on the risk of esophageal squamous cell carcinoma: a meta-analysis. Am J Gastroenterol. 2014;109(6):822-827. |
| Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. Ann Intern Med. 2020 Mar 3;172(5):354-355. |
| Quante M, Bhagat G, Abrams JA, Marache F, Good P, Lee MD, Lee Y, Friedman R, Asfaha S, Dubeykovskaya Z, Mahmood U, Figueiredo JL, Kitajewski J, Shawber C, Lightdale CJ, Rustgi AK, Wang TC. Bile acid and inflammation activate gastric cardia stem cells in a mouse model of Barrett-like metaplasia. Cancer Cell. 2012 Jan 17;21(1):36-51. |
| Raimondi S, Lowenfels AB, Morselli-Labate AM, Maisonneuve P, Pezzilli R. Pancreatic cancer in chronic pancreatitis; aetiology, incidence, and early detection. Best Pract Res Clin Gastroenterol. 2010;24(3):349-358. |
| Rawla P, Sunkara T, Gaduputi V. Epidemiology of Pancreatic Cancer: Global Trends, Etiology and Risk Factors. World J Oncol. 2019;10(1):10-27. |

| |
|---|
| Reddy SN, Collins SM, Daniel EE. On the applicability of fourier analysis techniques to gastrointestinal myoelectric activity. Abstracts of Papers Submitted to the American Gastroenterological Association 1985;1151. |
| Reed, P.I., Summers, K., Smith, P.L.R., Haines, K., House, F.R., and Walters, C.L. Effects of ranitidine (ran) treatment on intragastric bacteria, nitrite and N-nitroso compounds. 1985 [Abstract]. |
| Reusser P, Zimmerli W, Scheidegger D, Marbet GA, Buser M, Gyr K. Role of gastric colonization in nosocomial infections and endotoxemia: a prospective study in neurosurgical patients on mechanical ventilation. J Infectious Diseases 1989;160(3):414-21. |
| Risch HA, Jain M, Choi NW, Fodor JG, Pfeiffer CJ, Howe GR, Harrison LW, Craib JK, Miller AB. Dietary factors and the incidence of cancer of the stomach. Am J Epidemiol 1985;122(6):947-59. |
| Riva L, Pandiri AR, Li YR, Droop A, Hewinson J, Quail MA, Iyer V, Shepherd R, Herbert RA, Campbell PJ, Sills RC, Alexandrov LB, Balmain A, Adams DJ. The mutational signature profile of known and suspected human carcinogens in mice. Nat Genet. 2020 Nov;52(11):1189-1197. |
| Riva L, Pandiri AR, Li YR, Droop A, Hewinson J, Quail MA, Iyer V, Shepherd R, Herbert RA, Campbell PJ, Sills RC, Alexandrov LB, Balmain A, Adams DJ. The mutational signature profile of known and suspected human carcinogens in mice. Nat Genet. 2020 Nov;52(11):1189-1197. doi: 10.1038/s41588-020-0692-4. Epub 2020 Sep 28. PMID: 32989322; PMCID: PMC7610456. |
| Roberts NJ, Jiao Y, Yu J, et al. ATM mutations in patients with hereditary pancreatic cancer. Cancer Discov. 2012;2(1):41-46. |
| Robertson DJ, Burke CA, Schwender BJ, Wargovichs MJ, Greenberg ER, Sandler RS, Ahnen DJ, Rothstein R, Mott LA, Baron JA. Histamine receptor antagonists and incident colorectal adenomas. Aliment Pharmacol Ther 2005;22:123-28. |
| Robinson et al. Increased somatic mutation burdens in normal human cells due to defective DNA polymerases. Nat Genet. 2021 Oct;53(10):1434-1442. |
| Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol Biomarkers Prev 1995;4(1):29-36. |
| Rossing MA, Scholes D, Cushing-Haugen KL, Voigt LF. Cimetidine use and risk of prostate and breast cancer. Cancer Epidemiol Biomarkers Prev 2000;9(3):319-23. |
| Roufail W, Belsito A, Robinson M, Barish C, Rubin A. Ranitidine for erosive oesophagitis: a double-blind, placebo-controlled study. Glaxo Erosive Esophagitis Study Group. Aliment Pharmacol Ther. 1992 Oct;6(5):597-607. |
| Rubenstein JH, Taylor JB. Meta-analysis: the association of oesophageal adenocarcinoma with symptoms of gastro-oesophageal reflux. Aliment Pharmacol Ther. 2010 Nov;32(10):1222-7. |
| Ruddell WS, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric-juice nitrite. A risk factor for cancer in the hypochlorhydric stomach? Lancet. 1976 Nov 13;2(7994):1037-9. doi: 10.1016/s0140-6736(76)90962-4. PMID: 62896. |
| Ruddell, W. S., Blendis, L. M., & Walters, C. L. (1977). Nitrite and thiocyanate in the fasting and secreting stomach and in saliva. Gut, 18(1), 73-77. |
| Rustgi AK, El-Serag HB. Esophageal carcinoma. N Engl J Med. 2014;371(26):2499-2509. |
| Said Abasse, K., Essien, E. E., Abbas, M., Yu, X., Xie, W., Jinfang, S., ... & Cote, A. (2022). Association between Dietary Nitrate, Nitrite Intake, and Site-Specific Cancer Risk: A Systematic Review and Meta-Analysis. Nutrients, 14(3), 666. |
| Sanghi V, Kumar MA, Alkhayyat M, Kumar P, Sanaka M, Thota P. Men with Metabolic Syndrome are at increased risk of Urogenital Cancers among patients with Barrett’s Esophagus. [ACG 2020 Abstract P0906 (S0432)] |
| Sanghi V, Kumar MA, Alkhayyat M, Kumar P, Sanaka M, Thota P. Men with Metabolic Syndrome are at increased risk of Urogenital Cancers among patients with Barrett’s Esophagus. [ACG Poster P0906 (S0432)] |
| Sanghi V, Kumar MA, Alkhayyat M, Sanaka MR, Butler R, Goldblum JR, McMichael J, Thota PN. Do proton pump inhibitors decrease the risk of respiratory tract cancers in patients with Barrett’s Esophagus? Digestive Disease Week. 2020 May. [Poster]. |
| Sato T, Miwa K, Sahara H, Segawa M, Hattori T. The sequential model of Barrett's esophagus and adenocarcinoma induced by duodeno-esophageal reflux without exogenous carcinogens. Anticancer Res. 2002 Jan-Feb;22(1A):39-44. |
| Saunders JH, Oliver RJ, Higson DL. Dyspepsia: incidence of a non-ulcer disease in a controlled trial of ranitidine in general practice. Br Med J (Clin Res Ed). 1986 Mar 8;292(6521):665-8. |

| |
|---|
| Savarino V, Marabotto E, Furnari M, Zingone F, Zentilin P, Savarino E. Latest insights into the hot question of proton pump inhibitor safety - a narrative review. Dig Liver Dis. 2020;52(8):842-852. |
| Schistosomes, liver flukes and Helicobacter pylori. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. Lyon, 7-14 June 1994. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 1994 ;61:1-241. |
| Schlag P, Böckler R, Peter M. Nitrite and nitrosamines in gastric juice: risk factors for gastric cancer?. Scand J Gastroenterol. 1982;17(1):145-150. doi:10.3109/00365528209181060 |
| Schlag P, Böckler R, Ulrich H, Peter M, Merkle P, Herfarth C. Are nitrite and N-nitroso compounds in gastric juice risk factors for carcinoma in the operated stomach?. Lancet. 1980;1(8171):727-729. doi:10.1016/s0140-6736(80)91229-5 |
| Schuppan D, Afdhal NH. Liver cirrhosis. Lancet. 2008;371(9615):838-851. |
| Seledtsov VI, von Delwig A. Clinically feasible and prospective immunotherapeutic interventions in multidirectional comprehensive treatment of cancer. Expert Opin Biol Ther. 2021 Mar;21(3):323-342. |
| Sepich-Poore GD, Zitvogel L, Straussman R, Hasty J, Wargo JA, Knight R. The microbiome and human cancer. Science. 2021 Mar 26;371(6536):eabc4552. |
| Shao YJ, Chan TS, Tsai K, Wu SY. Association between proton pump inhibitors and the risk of hepatocellular carcinoma. Aliment Pharmacol Ther 2018 Aug;48(4):460-468. |
| Shapiro S. Confounding by indication? Epidemiology. 1997 Jan;8(1):110-1. |
| Sharma S, Kelly TK, Jones PA. Epigenetics in cancer. Carcinogenesis. 2010 Jan;31(1):27-36. |
| Sherbaniuk R, Wensel R, Bailey R, Trautman A, Grace M, Kirdeikis P, Jewell L, Pare P, Levesque D, Farley A, et al. Ranitidine in the treatment of symptomatic gastroesophageal reflux disease. J Clin Gastroenterol. 1984 Feb;6(1):9-15. |
| Shin GY, Park JM, Hong J, Cho YK, Yim HW, Choi MG. Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study. Am J Gastroenterol. 2021 Jun 1;116(6):1211-1219. |
| Shin GY, Park JM, Hong J, Cho YK, Yim HW, Choi MG. Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study. Am J Gastroenterol. 2021 Jun 1;116(6):1211-1219. doi: 10.14309/ajg.0000000000001167. PMID: 34074826. |
| Siegel RL, Miller KD, Goding Sauer A, et al. Colorectal cancer statistics, 2020. CA Cancer J Clin. 2020;70(3):145-164. |
| Singal AG, Lampertico P, Nahon P. Epidemiology and surveillance for hepatocellular carcinoma: New trends. J Hepatol. 2020;72(2):250-261. |
| Singh S, Garg SK, Singh PP, Iyer PG, El-Serag HB. Acid-suppressive medications and risk of oesophageal adenocarcinoma in patients with Barrett's oesophagus: a systematic review and meta-analysis. Gut 2014;63:1229-37. |
| Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert PF, Hecht SS, Bucher JR, Stewart BW, Baan RA, Cogliano VJ, Straif K. Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogenesis. Environ Health Perspect. 2016 Jun;124(6):713-21. |
| Smith MT, Guyton KZ, Kleinstreuer N, Borrel A, Cardenas A, Chiu WA, Felsher DW, Gibbons CF, Goodson WH 3rd, Houck KA, Kane AB, La Merrill MA, Lebrec H, Lowe L, McHale CM, Minocherhomji S, Rieswijk L, Sandy MS, Sone H, Wang A, Zhang L, Zeise L, Fielden M. The Key Characteristics of Carcinogens: Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them. Cancer Epidemiol Biomarkers Prev. 2020 Oct;29(10):1887-1903. |
| Snider EJ, Freedberg DE, Abrams JA. Potential Role of the Microbiome in Barrett's Esophagus and Esophageal Adenocarcinoma. Dig Dis Sci. 2016 Aug;61(8):2217-2225. |
| Sobala GM, Pignatelli B, Schorah CJ, et al. Levels of nitrite, nitrate, N-nitroso compounds, ascorbic acid and total bile acids in gastric juice of patients with and without precancerous conditions of the stomach. Carcinogenesis. 1991;12(2):193-198. doi:10.1093/carcin/12.2.193 |
| Søgaard KK, Farkas DK, Pedersen L, Lund JL, Thomsen RW, Sørensen HT. Long-term risk of gastrointestinal cancers in persons with gastric or duodenal ulcers. Cancer Med. 2016 Jun;5(6):1341-51. |

| |
|---|
| Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. Eur J Clin Pharmacol 2020;76(10):1437-1456. |
| Song P, Wu L, Guan W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: a meta-analysis. Nutrients 2015;7:9872-95. |
| Sontag S, Robinson M, McCallum RW, Barwick KW, Nardi R. Ranitidine therapy for gastroesophageal reflux disease. Results of a large double-blind trial. Arch Intern Med. 1987 Aug;147(8):1485-91. |
| Souliotis, V. L., Chhabra, S., Anderson, L. M., & Kyrtopoulos, S. A. (1995). Dosimetry of O 6 in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. Carcinogenesis, 16(10), 2381-2387. |
| Souliotis, V. L., Sfikakis, P. P., Anderson, L. M., & Kyrtopoulos, S. A. (2004). Intra-and intercellular variations in the repair efficiency of O6-methylguanine, and their contribution to kinetic complexity. Mutation Research/Fundamental and Molecular Mechanisms of Mutagenesis, 568(2), 155-170. |
| Spurling NW, Selway SA, Poynter D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Hum Toxicol. 1989;8(1):23-32. |
| Stalnikowicz R, Benbassat J. Risk of gastric cancer after gastric surgery for benign disorders. Arch Intern Med. 1990;150(10):2022-2026. |
| Stockbrugger RW, Cotton PB, Eugenides N, Bartholomew BA, Hill MJ, Walters CL. Intragastric nitrites, nitrosamines, and bacterial overgrowth during cimetidine treatment. Gut. 1982 Dec;23(12):1048-54. doi: 10.1136/gut.23.12.1048. PMID: 7173716; PMCID: PMC1419839. |
| Stratton MR, Campbell PJ, Futreal PA. The cancer genome. Nature. 2009;458(7239):719-724. doi:10.1038/nature07943 |
| Streeter AJ, Nims RW, Sheffels PR, Heur YH, Yang CS, Mico BA, Gombar CT, Keefer LK. Metabolic denitrosation of N-nitrosodimethylamine in vivo in the rat. Cancer Res. 1990 Feb 15;50(4):1144-50. |
| Streett, C. S., Cimprich, R. E., & Robertson, J. L. (1984). Pathologic findings in the stomachs of rats treated with the H2-receptor antagonist tiotidine. Scandinavian Journal of gastroenterology. Supplement, 101, 109-117. |
| Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal. 2009 Dec 1;22(Suppl 1):S42-S47. |
| Suleiman UL, Harrison M, Britton A, McPherson K, Bates T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. Eur J Cancer Prevention 2000;9:185-191. |
| Suzuki H, Iijima K, Moriya A, McElroy K, Scobie G, Fyfe V, McColl KE. Conditions for acid catalysed luminal nitrosation are maximal at the gastric cardia. Gut. 2003 Aug;52(8):1095-101. doi: 10.1136/gut.52.8.1095. PMID: 12865265; PMCID: PMC1773739. |
| Swann, P. F., & Magee, P. N. (1968). Nitrosamine-induced carcinogenesis. The alkylation of nucleic acids of the rat by N-methyl-N-nitrosourea, dimethylnitrosamine, dimethyl sulphate and methyl methanesulphonate. Biochemical Journal, 110(1), 39-47. |
| Syngal S, Brand RE, Church JM, Giardiello FM, Hampel HL, Burt RW; American College of Gastroenterology. ACG clinical guideline: Genetic testing and management of hereditary gastrointestinal cancer syndromes. Am J Gastroenterol. 2015 Feb;110(2):223-62; quiz 263. |
| Tabung FK, Brown LS, Fung TT. Dietary Patterns and Colorectal Cancer Risk: A Review of 17 Years of Evidence (2000-2016). Curr Colorectal Cancer Rep. 2017;13(6):440-454. |
| Takaishi S, Cui G, Frederick DM, Carlson JE, Houghton J, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, Wang TC. Synergistic inhibitory effects of gastrin and histamine receptor antagonists on Helicobacter-induced gastric cancer. Gastroenterology. 2005 Jun;128(7):1965-83. |
| Talhout R, Schulz T, Florek E, van Benthem J, Wester P, Opperhuizen A. Hazardous compounds in tobacco smoke. Int J Environ Res Public Health. 2011;8(2):613-628. doi:10.3390/ijerph8020613 |
| Tamim H, Duranceau A, Chen LQ, LeLorier J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. Drug Safety 2008;8(31):675-84. |
| Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 2018;48:469-77. |
| Tari A, Kodama K, Sumii M, Tani H, Sumii K, Chayama K. Does intragastric nitrite concentration reflect gastric carcinogenesis in Japanese Helicobacter pylori-infected patients? Dig Dis Sci. 2003 Sep;48(9):1730-6. doi: 10.1023/a:1025438827070. PMID: 14560992. |
| Terao K, Aikawa T, Kera K. A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats. Fd Cosmet Toxicol 1978;16:591-96. |

| |
|---|
| Terracini B, Magee PN, Barnes JM. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br J Cancer. 1967 Sep;21(3):559-65. |
| Terracini B, Testa MC, Carbral JR, Day N. The effects of long-term feeding of DDT to BALB-c mice. Int J Cancer. 1973 May;11(3):747-64. |
| Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut 1987;28:726-38. |
| Thomas, A. D., Fahrer, J., Johnson, G. E., & Kaina, B. (2015). Theoretical considerations for thresholds in chemical carcinogenesis. Mutation Research/Reviews in Mutation Research, 765, 56-67. |
| Thorens J, Froehlich F, Schwizer W, Saraga E, Bille J, Gyr K, Duroux P, Nicolet M, Pignatelli B, Blum AL, Gonvers JJ, Fried M. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: a prospective randomised double blind study. Gut. 1996 Jul;39(1):54-9. doi: 10.1136/gut.39.1.54. PMID: 8881809; PMCID: PMC1383231. |
| Thorgeirsson UP, Dalgard DW, Reeves J et al. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. Regul Toxicol Pharmacol 1994;19:130–151 |
| Thota PN, Hajifathalian K, Bejamin T, Runkana A, Lopez R, Sanaka MR. Lack of incremental effect of histamine receptor antagonists over proton pump inhibitors on the risk of neoplastic progression in patients with Barrett's esophagus: a Cohort Study. J Digestive Diseases 2017;18:143-50. |
| Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 2017;355(6331):1330-1334. |
| Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science. 2015 Jan 2;347(6217):78-81. |
| Tran KT, McMenamin UC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iversen L, Johnston BT, Lee AJ, Cardwell CR. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther 2018;48:55-64. |
| Tuyns AJ. Oesophageal cancer in non-smoking drinkers and in non-drinking smokers. Int J Cancer. 1983;32(4):443-444. |
| Ullman TA, Itzkowitz SH. Intestinal inflammation and cancer. Gastroenterology. 2011 May;140(6):1807-16. |
| van Soest EM, van Rossum LG, Dieleman JP, et al. Proton pump inhibitors and the risk of colorectal cancer. Am J Gastroenterol 2008;103(4):966-973. |
| Vannella L, Lahner E, Osborn J, Annibale B. Systematic review: gastric cancer incidence in pernicious anaemia. Aliment Pharmacol Ther. 2013;37(4):375-382. |
| Velicer CM, Dublin S, White E. Cimetidine use and the risk for prostate cancer: results from the vital Cohort Study. Ann Epidemiol 2006;16:895-900. |
| Verdu E, Viani F, Armstrong D, Fraser R, Siegrist HH, Pignatelli B, Idström JP, Cederberg C, Blum AL, Fried M. Effect of omeprazole on intragastric bacterial counts, nitrates, nitrites, and N-nitroso compounds. Gut. 1994 Apr;35(4):455-60. doi: 10.1136/gut.35.4.455. PMID: 8174980; PMCID: PMC1374790. |
| Vermeer IT, van Maanen JM. Nitrate exposure and the endogenous formation of carcinogenic nitrosamines in humans. Rev Environ Health. 2001 Apr-Jun;16(2):105-16. doi: 10.1515/reveh.2001.16.2.105. PMID: 11512627. |
| Vila-Leahey A, Oldford SA, Marignani PA, Wang J, Haidl ID, Marshall JS. Ranitidine modifies myeloid cell populations and inhibits breast tumor development and spread in mice. Oncoimmunology. 2016 Mar 10;5(7):e1151591. doi: 10.1080/2162402X.2016.1151591. PMID: 27622015; PMCID: PMC5006904. |
| Vila-Leahey A, Rogers D, Marshall JS. The impact of ranitidine on monocyte responses in the context of solid tumors. Oncotarget. 2016 Mar 8;7(10):10891-904. doi: 10.18632/oncotarget.7211. PMID: 26863636; PMCID: PMC4905447. |
| Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA Jr, Kinzler KW. Cancer genome landscapes. Science. 2013;339(6127):1546-1558. |
| von Hofe, E., Schmerold, I., Lijinsky, W., Jeltsch, W., & Kleihues, P. (1987). DNA methylation in rat tissues by a series of homologous aliphatic nitrosamines ranging from N-nitrosodimethylamine to N-nitrosomethyldodecylamine. Carcinogenesis, 8(9), 1337-1341. |
| Vu BD, Paul JL, Gaudric M, Guerre J, Yonger J, Ekindjian OG. N-nitroso compounds, nitrite and pH in human fasting gastric juice. Carcinogenesis. 1994 Nov;15(11):2657-9. doi: 10.1093/carcin/15.11.2657. PMID: 7955121. |
| Walker AM. Confounding by indication. Epidemiology. 1996 Jul;7(4):335-6. |

| |
|---|
| Walters CL, Carr FP, Dyke CS, Saxby MJ, Smith PL, Walker R. Nitrite sources and nitrosamine formation in vitro and in vivo. Food Cosmet Toxicol. 1979 Oct;17(5):473-9. |
| Walters CL, Dyke CS, Saxby MJ, Walker R. Nitrosation of Food Amines Under Stomach Conditions. IARC Sci Publ,1976;(14):181-93. |
| Walters CL, Dyke CS, Saxby MJ. Nitrosation of food amines lnder stomach conditions. IARC Sci Publ. 1976;(14):181-93. PMID: 12086. |
| Walters CL, Gillatt PN, Palmer RC, Smith PL, Reed PI. Nitrosation of drugs under in-vivo conditions. IARC Sci Publ. 1987;(84):351-4. |
| Wang SM, Katki HA, Graubard BI, Kahle LL, Chaturvedi A, Matthews CE, Freedman ND, Abnet CC. Population Attributable Risks of Subtypes of Esophageal and Gastric Cancers in the United States. Am J Gastroenterol. 2021 Sep 1;116(9):1844-1852. |
| Wang TC, Camiller M. Yamada's Textbook of Gastroenterology (7th ed. 2022) |
| Wang, H. Y., Qin, M., Dong, L., Lv, J. Y., & Wang, X. (2017). Genotoxicity of a low-dose nitrosamine mixture as drinking water disinfection byproducts in NIH3T3 cells. International journal of medical sciences, 14(10), 961-969. |
| Watanabe T, Tada M, Nagai H, Sasaki S, Nakao M. Helicobacter pylori infection induces gastric cancer in mongolian gerbils. Gastroenterology. 1998 Sep;115(3):642-8. |
| Watt PC, Sloan JM, Donaldson J, Campbell G, Kennedy TL. Relation between gastric histology and gastric juice pH and nitrite and N-nitroso compound concentrations in the stomach after surgery for duodenal ulcer. J Clin Pathol. 1984 May;37(5):511-5. doi: 10.1136/jcp.37.5.511. PMID: 6725597; PMCID: PMC498771. |
| Watt PC, Sloan JM, Donaldson JD, Patterson CC, Kennedy TL. Relationship between histology and gastric juice pH and nitrite in the stomach after operation for duodenal ulcer. Gut. 1984 Mar;25(3):246-52. doi: 10.1136/gut.25.3.246. PMID: 6698440; PMCID: PMC1432297. |
| Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer 2017 Apr 25;116(9):1234-1238. |
| Wesdorp IC, Dekker W, Klinkenberg-Knol EC. Treatment of reflux oesophagitis with ranitidine. Gut. 1983 Oct;24(10):921-4. |
| White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. JAMA. Published online June 28, 2021. doi:10.1001/jama.2021.10043 |
| Whiteman DC, Parmar P, Fahey P, Moore SP, Stark M, Zhao ZZ, Montgomery GW, Green AC, Hayward NK, Webb PM; Australian Cancer Study. Association of Helicobacter pylori infection with reduced risk for esophageal cancer is independent of environmental and genetic modifiers. Gastroenterology 2010;139(1):73-83. |
| WHO Guidelines for Drinking-Water Quality, 3rd edition 2008 - NDMA |
| WHO. Guidelines for Drinking-Water Quality: NDMA. Third Edition including 1st and 2nd addenda. 2018. |
| Winawer SJ, Fletcher RH, Miller L, et al. Colorectal cancer screening: clinical guidelines and rationale [published correction appears in Gastroenterology 1997 Mar;112(3):1060] [published correction appears in Gastroenterology 1998 Mar;114(3):625]. Gastroenterology. 1997;112(2):594-642. |
| Winawer SJ. Natural history of colorectal cancer. Am J Med. 1999;106(1A):3S-51S. |
| Wirtzfeld DA, Petrelli NJ, Rodriguez-Bigas MA. Hamartomatous polyposis syndromes: molecular genetics, neoplastic risk, and surveillance recommendations. Ann Surg Oncol. 2001;8(4):319-327. doi:10.1007/s10434-001-0319-27. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and bladder cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and liver cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and oesophageal cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and pancreatic cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and stomach cancer. Revised 2018. |

| |
|---|
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and colorectal cancer. Revised 2018. |
| World Cancer Research Fund/American Institute for Cancer Research. Diet, nutrition, physical activity and cancer: a global perspective. Continuous Update Project Expert Report 2018. |
| Wroblewski LE, Peek RM Jr, Wilson KT. Helicobacter pylori and gastric cancer: factors that modulate disease risk. Clin Microbiol Rev. 2010;23(4):713-739. |
| Wu AH, Tseng CC, Bernstein L. Hiatal hernia, reflux symptoms, body size, and risk of esophageal and gastric adenocarcinoma. Cancer. 2003 Sep 1;98(5):940-8. |
| Xie Y, Bowe B, Yan Y, Xian H, Li T, Al-Aly Z. Estimates of all cause mortality and cause specific mortality associated with proton pump inhibitors among US veterans: cohort study. BMJ 2019;365:l1580. |
| Xu GP, Reed PI. N-nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method. Carcinogenesis. 1993 Dec;14(12):2547-51. doi: 10.1093/carcin/14.12.2547. PMID: 8269625. |
| Yachida S, Jones S, Bozic I, et al. Distant metastasis occurs late during the genetic evolution of pancreatic cancer. Nature. 2010;467(7319):1114-1117. |
| Yadav D, Lowenfels AB. The epidemiology of pancreatitis and pancreatic cancer. Gastroenterology. 2013;144(6):1252-1261. |
| Yamada A, Komaki Y, Komaki F, Micic D, Zullow S, Sakuraba A. Risk of gastrointestinal cancers in patients with cystic fibrosis: a systematic review and meta-analysis. Lancet Oncol. 2018;19(6):758-767. |
| Yang YX, Hennessy S, Propert K, Hwang WT, Sedarat A, Lewis JD. Chronic proton pump inhibitor therapy and the risk of colorectal cancer. Gastroenterology 2007;133:748-54. |
| Yashiro M. Ulcerative colitis-associated colorectal cancer. World J Gastroenterol. 2014 Nov 28;20(44):16389-97. |
| Ye W, Chow WH, Lagergren J, Yin L, Nyrén O. Risk of adenocarcinomas of the esophagus and gastric cardia in patients with gastroesophageal reflux diseases and after antireflux surgery. Gastroenterology. 2001 Dec;121(6):1286-93. |
| Yoo, J. S. H., Guengerich, F. P., & Yang, C. S. (1988). Metabolism of N-nitrosodialkylamines by human liver microsomes. Cancer Research, 48(6), 1499-1504. |
| Yoon HJ, Kim JH, Seo G, Park H. Risk of cancer following the use of N-nitrosodimethylamine (NDMA) contaminated ranitidine products: a nationwide cohort study. Gastroenterology 2020 Abstract (unpublished); Ref.: Ms. No. GASTRO-D-20-00745. |
| Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med. 2021 Jan 5;10(1):153. |
| Yuhara H, Steinmaus C, Cohen SE, Corley DA, Tei Y, Buffler PA. Is diabetes mellitus an independent risk factor for colon cancer and rectal cancer?. Am J Gastroenterol. 2011;106(11):1911-1922. |
| Yurgelun MB, Kulke MH, Fuchs CS, et al. Cancer Susceptibility Gene Mutations in Individuals With Colorectal Cancer. J Clin Oncol. 2017;35(10):1086-1095. |
| Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. Toxicol Sci. 2010 Jul;116(1):323-35. |
| Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. doi: 10.1021/acs.est.5b04254. Epub 2015 Nov 5. Erratum in: Environ Sci Technol. 2021 Apr 20;55(8):5602. |
| Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. doi: 10.1093/carcin/bgw034. Epub 2016 Mar 18. Retraction in: Carcinogenesis. 2021 Jul 16;42(7):1008. |
| Zhang R, Li H, Li N, Shi JF, Li J, Chen HD, Yu YW, Qin C, Ren JS, Chen WQ, He J. Risk factors for gastric cancer: a large-scale, population-based case-control study. Chin Med J (Engl). 2021;134(16):1952-1958. |
| Zhang ZF, Kurtz RC, Sun M, Karpeh M Jr, Yu GP, Gargon N, Fein JS, Georgopoulos SK, Harlap S. Adenocarcinomas of the esophagus and gastric cardia: medical conditions, tobacco, alcohol, and socioeconomic factors. Cancer Epidemiol Biomarkers Prev. 1996 Oct;5(10):761-8. |
| Zhao C, Zhou J, Gu Y, et al., Urinary exposure of Nitrosamines and associated risk of esophageal cancer in a high incidence area in China. Science of the Total Environment. https://doi.org/10.1016/j.scitotenv.2020.139713 |
| Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis 2019;40(2):254-62. |

## OTHER MATERIALS

| |
|---|
| "A Brief Account of the Nitrosation of Cimetidine, Ranitidine and Tiotidine and the Possible Toxicological Significance of the Reaction Products." GSKZAN0000243053 |
| 2020-04-01 FDA Response to Emery Pharma Citizen Petition |
| 2020-04-01 FDA Response to Valisure Citizen Petition |
| A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks). Report Vol. 1 (GSKZNDAA0000013235) |
| A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks). Report Vol. 2 (GSKZNDAA0000013594) |
| A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks). Report Vol. 3 (GSKZNDAA0000013949) |
| A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks). Report Vol. 4 (GSKZNDAA0000014306) |
| A&H 88/801075 Ranitidine hydrochloride: potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks). Report Vol. 5 (GSKZNDAA0000014661) |
| BIO/80/11. "Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man." GSKZAN0000369530 |
| BIO/81/23. "The isolation and identification of FRM, a minor metabolite of ranitidine produced in animal species." GSKZNDAA0000010714. |
| BIO-80-11 GSKZAN0000369530 |
| CAR009 (PATH/81/269). "Ranitidine Hydrochloride: 2 year oral tumorigenicity study in mice." GSKZNDAA0000012654. |
| CAR010 (PATH/80/247). "Ranitidine Hydrochloride: 114 week oral tumorigenicity study in mice." GSKZNDAA0000012937. |
| CR/79/295. "Nitrosation of Ranitidine." GSKZAN0000290568 |
| CR/81/368. "Ranitidine Nitrosation." GSKZAN000290552 |
| D1031. "Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity." GSKZNDAA0000014733. |
| D164. "The reaction between ranitidine and nitrous acid: the mutagenic potential of the reaction products." GSKZNDAA0000014773. |
| D810112. "A special report to the medicines division on the potential carcinogenicity and mutagenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach." GSKZAN0000084961 |
| Emery Pharma. (2020, January 2). Emery Pharma Citizen Petition (Docket No. FDA-2020-P-0042). |
| Expert report of Dr. Davis (01/24/2022) |
| Expert report of Dr. Le (01/24/2022) |
| Expert report of Dr. Marletta (01/24/2022) |
| Expert report of Dr. McTiernan (01/24/2022) |
| Expert report of Dr. Melnick (01/24/2022) |
| Expert report of Dr. Michaels (01/24/2022) |
| Expert report of Dr. Moorman (01/24/2022) |

| |
|---|
| Expert report of Dr. Najafi (01/24/2022) |
| Expert report of Dr. Panigraphy (01/24/2022) |
| Expert report of Dr. Phiroz (01/24/2022) |
| Expert report of Dr. Salmon (01/24/2022) |
| Expert report of Dr. Zeiger (01/24/2022) |
| FDA's Pharmacologist Review of NDA 18-703. GSKZAN0000012786-790, 806-814. |
| GSK RCA. GSKZAN0000051927-2018. |
| Harvey Dep. Ex. 4716. GSKZAN0002598574-576. |
| PATH/77/153. GSKZINDA0000001223. |
| PATH/78/171. "N-oxide of AH19065 (AH20199) mutagenicity testing." GSKZNDAD0000001139. |
| PATH/78/172. "AH19065 (base) and its S-oxide AH20319 mutagenicity testing." GSKZNDAD0000001148. |
| PATH/78/192. "Mutagenicity testing of the chemical intermediates of AH 19065." GSKZNDAD0000001160. |
| PATH/79/220. "Mutagenicity studies on the nitrosation products of AH19065 and AH22216. (Liquid and agar assays)." GSKZAN00002292368. |
| PATH/79/224. "Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products." GSKZAN0000917196; GSKZAN0000917222. |
| PATH/79/229. "Ranitidine Hydrochloride: The effects of ranitidine hydrochloride in male germ cells - a dominant lethal assay." GSKZNDAA0000015349. |
| PATH/80/230. "Mutagenicity testing on various batches of 'bis-s-methyl' compound (AH22022X), an intermediate in the synthesis of AH19065." GSKZAN0000917266. |
| PATH/80/235. "(III) Nitrosation of ranitidine: Further mutagenicity studies." GSKZAN0000986964. |
| PATH/80/240. "Further mutagenicity studies on rantidine (AH19065) and on its N-oxide (AH20199) and S-oxide (AH20319)." GSKZAN0000282822. |
| PATH/81/287. "Ranitidine Hydrochloride: 114 week oral tumorigenicity study in mice." GSKZINDA0000011033 |
| PATH/81/314. "Mutagenicity testing on: 1) 26 batches of AH 22022X (BIS-S-METHYL) 2) Samples derived from the purification of the mutagenic impurity within AH 22022X." GSKZAN0000917248. |
| RA/10/80. "Tests on ranitidine, its metabolites in man, and its nitrosation products, for mutagenic activity in micro-organisms." GSKZINDA0000008562. |
| SKF 1982. The formation of N-nitrosodimethylamine from ranitidine and other marketed drugs. GSKZAN0003535392-3535396. |
| Summary Basis of Approval of NDA 18-703. GSKZAN0000012672. |
| TR21 A dominant lethal assay of ranitidine hydrochloride in AHA rats. Report (GSKZNDAA0000015349). |
| Validation of the carcinogenicity studies performed with ranitidine. NDA 18-703. GSKZNDAA0000001680. |
| Valisure. (2019, September 9). Valisure Citizen Petition on Ranitidine (Docket No. FDA-2019-P-4281). |
| WAP/86/006. GSKZAN0001945403-610. |
| WBP/82/011. "The determination of N-nitrosdimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite." GSKZAN0000230102. |
| WMH/85/013. "A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man." GSKZAN0000369313. |

| |
|---|
| WPT/82/086. "Microbial Mutagenicity Screen on GR 31159X (N-methy1-1- (methylthio)-2 nitroethenamine, a Potential Intermediate in the Synthesis of Ranitidine." GSKZAN0000369554 |
| WPT/83/037. "A Cytogenetic Study in the Spermatogonial Cells of Mice following Oral Administration of Ranitidine." GSKZAN0000931154. |
| WPT/83/051. "Microbial mutagenicity screen: GR 35178X (Ranitidine contaminant)." GSKZAN0000917283. |
| WPT/83/055. "Mutagenicity Testing on AH 19065 (Base) using Two Different Yeast Assays. (Gene Conversion Assay, Forward Mutation Assay CAN S-Can R)." GSKZAN0000290610. |
| WPT/83/056. "In Vivo Cytogenetic Evaluation of AH 19065 (Ranitidine Assays)." GSKZAN0000292401. |
| WPT/86/029. "Sex-Linked Recessive Lethal Study on AH19065 HC1 (Ranitidine) Using Drosophila Melanogaster." GSKZAN0000931137. |
| WPT/89/196. 397 week toxicology study in beagles. (GSKZINDC0000000846). |
| WPT/89/306 (SAD112). "Ranitidine hydrochloride (H2 receptor antagonist): the effect of repeated, twice daily, oral administration to beagles for 372 weeks, of doses equivalent to 5mg ranitidine/kg." GSKZINDC0000001058. |
| WPT/89/306. 7 year toxicology study in beagles. (GSKZINDC0000001058 and GSKZINDC0000001492). |
| WPT/89/335. "GR122311X: Micronucleus test in the PVG rat after oral administration: R12011." GSKZNDAL0000105522 |
| WPT/90/065. "An evaluation of the potential genotoxicity of selected Ha-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. - preliminary report." GSKZAN0000292197. |
| WPT/90/079. "An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay." GSKZNDAA0000205884. |
| WPT/90/079: An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay (GSKZNDAA0000205884). |
| WPT/90/158. "An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay; plus the effects of loxtidine and omeprazole on serum gastrin levels." GSKZAN000060292211. |
| WPT/90/176. Preliminary report of WPT/90/411. GSKZNDAL0000105406. |
| WPT/90/290. "Microbial mutagenicity screen of GR1223117X." GSKZNDAL0000105275. |
| WPT/90/407. "GR122311X: In vivo Stomach UDS assay in male PVG rats." GSKZNDAL000010556. |
| WPT/90/411. "GR122311X: Cytogenetic evaluation using cultured human lymphocytes: V11765." GSKZNDAL0000105362. |
| WPT/91/247. Preliminary report of WPT/90/407. GSKZNDAL0000105553. |
| WPT/91/276. "GR122311X: Screen for mutagenic activity in the mouse lymphoma L5178Y/TK+/- assay (V12784)." GSKZNDAL0000105434. |
| WPT/91/277. Preliminary report of WPT/91/276. GSKZNDAL0000105495. |
| WPT/93/096. "GR122311X: Oral (dietary) oncogenicity study in rats." GSKZNDAL0000097439. |
| WPT/93/122. "GR122311X: Oral (dietary) oncogenicity study in mice." GSKZNDAL0000091418. |
| WPT/93/201. "GR122311X: Oral (dietary) oncogenicity study in mice." Volume 1: GSKZAN0000368567; Volume 2: GSKZAN0000705948; Volume 3: GSKZAN0000914868; Volume 4: GSKZAN0000915306; Volume 5: GSKZAN0000915610; Volume 6: GSKZAN0000368845. |
| WPT/94/381. "Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomach of rats (Study No. R13529)." GSKZINDA0000051942. |
| Zantac OTC label (150 mg). https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021698Orig1s029lbl.pdf |
| Zantac OTC label (75 mg). https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/020520Orig1s037lbl.pdf |

| |
|---|
| Zantac prescription label (oral). |

# EXHIBIT 22

**Expert Report**
John S. Witte

**EXECUTIVE SUMMARY**

I am a Professor and Vice Chair of Epidemiology and Population Health at Stanford University. I have over 20 years of experience undertaking epidemiologic studies of cancer and have over 250 peer-reviewed publications. I provide here a detailed report on the observational studies investigating the potential association between the use of the histamine type-2 receptor antagonist (H2RA) ranitidine (also known as Zantac) and cancer. I have been retained on behalf of GSK, Pfizer, BI, Sanofi, and Patheon Manufacturing Services. I developed my opinion after performing an independent search and review of the literature and reviewing material provided to me. A complete list of the material I considered contemporaneously with this report is attached. *See* Attachment A. Counsel provided any material I asked for, in addition requested that I also conduct my own independent searches of scientific literature, and did not ask me to make any assumptions about the data. I hold each opinion expressed in this report to a reasonable degree of scientific certainty. In reaching my opinions, I employed the same methods and reasoning that I use in my ordinary scientific work. My main findings are summarized as follows.

- To date, 16 observational studies have published results from analyses of the potential association between ranitidine and one or more of the following five cancers: esophageal, gastric, bladder, liver, or pancreatic.[1-16] Many of those studies were performed over the past two years in direct response to the issues raised in this matter, undertaken by 68 researchers in study populations from 6 countries, using the most reliable methodologies such as active comparators and dose and duration response analysis. Based on these studies, there is no reliable evidence of association between ranitidine and these cancers. No major medical or scientific organization has added prior ranitidine use to the list of cancer risk factors.

- As several of these scientists noted in their publications, if studies are not designed properly, there is a potential for invalid associations (i.e., those due to confounding, bias, or chance) between ranitidine and cancer due to confounding or reverse causality. This is because ranitidine and other heartburn medications are used to treat cancer symptoms or cancer risk factors, potentially creating a spurious association between ranitidine use and cancer, when in fact the ranitidine use was independent of the cancer risk. For example, ranitidine can be used to treat gastroesophageal reflux disease (GERD) or ulcers, which are separately associated with esophageal and gastric cancer. Confounding bias may also occur due to the separate association between use of these drugs and other cancer risk factors (e.g., smoking). As these authors note, due to the overlap of the reasons for taking ranitidine and the independent relationship between those reasons and cancer, it is essential to control for bias and confounding in studies of ranitidine and other heartburn medications to avoid detecting false associations between ranitidine and cancer.

- To address the potential for bias, for each of the five cancers at least one study compared use of ranitidine versus use of other H2RAs (i.e., other drugs in the same class that are used for the same reasons in the same population but are not alleged to contain NDMA).[1-7] In other words, comparing ranitidine users to other H2RA users creates an "apples to apples" comparison that isolates the exposure in question, ranitidine, while keeping the other characteristics of the two populations being compared as similar as possible.[1-7] While these drugs may be used to treat the same underlying symptoms or indications, only ranitidine should be positively associated if uniquely causal for cancer. Based on my review of the literature, I concur with the conclusion of FDA researchers that, "studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk."[17]

- Other studies comparing cancer outcomes among individuals who used ranitidine versus those who used other classes of drugs (i.e., proton pump inhibitors (PPIs))[8] or who did not use H2RAs[9-16] did not demonstrate consistent or valid associations. Many results indicated no association or attenuated associations when considering longer lag times or dose-response. Furthermore, as many of the authors noted, any associations in these studies could reflect reverse causality, confounding, bias, or chance. Not controlling for and addressing these issues can result in false or invalid associations between ranitidine use and cancer.

- In sum, the body of evidence from human studies indicates to a high degree of scientific certainty that there is no valid association between ranitidine and cancer. The most appropriate active comparison of ranitidine versus other H2RAs indicates no consistent association across the five cancers evaluated here. Any associations in the non-active comparator studies most likely reflect issues with reverse causation, confounding, or chance, not a valid association (i.e., an association not due to chance, bias, or confounding). My conclusion agrees with the scientific community; the scientists who undertook studies of ranitidine and cancer have not concluded that a valid, consistent, reliable association exists, much less causality as highlighted by the statements in their publications:

  - Adami et al.[1] “If a causal association existed, we would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident.”
  - Cardwell et al.[2] “[T]here was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists.”
  - Habel et al.[9] “An elevation in cancer risk among cimetidine or ranitidine users might reflect the use of either of these drugs for early symptoms of cancer [i.e., reverse causation].”
  - Iwagami et al.[3] “Our findings may provide reassurance to people concerned about the potential risk of cancer in association with ranitidine/nizatidine use[.]”
  - Kantor et al.[8] “Ranitidine use was not associated with overall cancer risk . . . [or] with risk of common cancers (lung, breast, prostate, and colorectum). . . . Compared to non-use, ranitidine use was positively associated with liver cancer; however, this association was attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly-related factor).”
  - Kim S. et al.[10] “We found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer.”
  - Kumar et al.[5] “[O]ur results . . . demonstrate that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP (*H. pylori*) is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine . . . . In time-specific analyses, there was no period in which ranitidine was associated with future GC [gastric cancer], suggesting there is no discernable difference in formulation of the medication over time.”
  - Liu et al.[16] “Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation.”
  - Norgaard et al.[6] “[W]e did not observe any consistent or substantial increase in risks of bladder cancer and we consistently across sub-analyses observed no increased risk [of] kidney cancer in ranitidine users.”

## QUALIFICATIONS

I received an undergraduate Bachelor of Science degree in mathematical sciences (with honors) from the University of California, Santa Barbara, a Master of Science degree in engineering from the University of California, Berkeley, and a doctoral degree in epidemiology from the University of California, Los Angeles. At UCLA I received the Ruth F. Richards outstanding student award. Next, I undertook post-doctoral training in biostatistics at the University of Southern California. Then I worked as an assistant and associate professor of Epidemiology and Biostatistics at Case Western Reserve University in Cleveland, Ohio, where I was awarded tenure and named a Glennan Fellow for innovation in education. I was recruited to UCSF in 2003 with tenure, as a full professor of Epidemiology and Biostatistics. At UCSF I was the Head of the Division of Cancer Epidemiology, the Vice Chair of the Department of Epidemiology and Biostatistics, and the co-Leader of the Molecular Oncology Program. I directed a National Cancer Institute (NCI) supported UCSF post-doctoral training program for 16 years, and recently received the Stephen B. Hulley Award for excellence in teaching.

In 2021, I was recruited to Stanford University as a tenured professor in the Department of Epidemiology and Population Health (where I also serve as Vice Chair), the Department of Biomedical Data Science, and as a full member of the Stanford Cancer Institute. I am a senior editor of the journal Cancer Epidemiology, Biomarkers & Prevention and have been a member (and chair) of multiple National Institutes of Health (NIH) study sections, providing peer review of other scientists' research proposals. I am a member of the NCI Board of Scientific Counselors – Clinical Sciences and Epidemiology, which reviews and evaluates the NCI intramural scientific program. I have published over 250 peer-reviewed scientific articles that have been cited in scientific literature over 22,000 times total, and I am an internationally recognized expert in genetics and cancer epidemiology. I have co-authored a widely used textbook on Statistics,[18] which was cited in a Supreme Court Opinion.[19]

My research is a combination of applied observational studies—such as the studies reviewed here—and the development of new statistical approaches for analyzing such studies. The goal of my work is to determine which factors increase or decrease the risk of cancer and other diseases. This will help clarify why some people get sick, and also improve prevention, screening, and treatment for deadly diseases such as cancer. Much of my work is focused on studying how individuals' genetics affect their risk of disease and their response to medical treatment. I have also studied the effects of extrinsic factors such as diet and medication use on cancer. For example, I am currently working on a project evaluating the potential relationship between tumor necrosis factor inhibitors and cancer.

Over 20 years ago, I launched a series of observational epidemiologic studies of prostate and other cancers. This includes multiple studies of the genetic and non-genetic risk factors for prostate cancer, and most recently a large-scale project simultaneously evaluating the shared risk factors across all cancers. In other projects, I have focused on developing new statistical methods and tools, including software, for the efficient and appropriate design and analysis of observational studies. My research program has been continuously supported by peer-reviewed funding from the NIH, and I have a 100% success rate for receipt of NIH grants on which I am the principal investigator. I have provided a copy of my full CV with this report. *See* Attachment B.

## OPINIONS

## I. INTERPRETATION OF SCIENTIFIC EVIDENCE

### I.A. Key Statistical Concepts

Before discussing the evidence regarding a potential relationship between ranitidine use and cancer, it is important to first consider the key statistical concepts that scientists, physicians, and others use to help interpret such evidence.

An initial step in interpreting scientific evidence is to identify the key question of interest. Here, the key question is whether there is reliable evidence from human studies to indicate that ranitidine use can cause specific cancer(s). The next step is to identify all evidence relevant to this question. Once that has been done, the evidence is carefully reviewed. This includes consideration of the study design, data sources, methods, results, and conclusions. As explained below, certain types of studies and methods typically provide more reliable evidence than others. It is not appropriate to combine all data and reach a conclusion without first assessing the strengths and limitations of various studies and available data.

After evaluating the quality of the available data, it is then appropriate to evaluate and interpret the summary measures or outcomes of interest reported using these data. These are often measures of association—the statistical dependence between two factors—sometimes referred to as correlation. Association reflects whether two events occur together more or less frequently than expected. An association can be real, whereby the two events are related (though not necessarily causally), or spurious, resulting from chance, confounding, bias, and measurement errors.

To evaluate the evidence in support of a potential association, researchers often consider (1) the magnitude of the association (e.g., the relative risk (RR)), (2) the corresponding 95% confidence interval (CI), and (3) the p-value obtained from a statistical test of the null hypothesis of no association. The RR estimates approximately how much an exposure might increase or decrease disease risk. For example, a RR=2 suggests that exposed individuals have an approximately two-fold higher risk than unexposed individuals, assuming no confounding, bias, or chance, and use of the correct statistical model. RR=1 suggests that exposed individuals have no higher risk of an outcome than unexposed individuals (i.e., RR=1 supports the null hypothesis that the exposure has no effect).

The uncertainty in a RR estimate can be estimated from the 95% CI. A 95% CI represents the range of values that contains the true RR 95% of the time if the experiment were repeated an unlimited number of times, again assuming no bias and use of the correct statistical model.[20] That is, if one calculates 95% CIs from many studies, 95% of these intervals would contain the true RR on average (if the assumptions used to compute the intervals are correct). The width of the 95% CI reflects the precision of estimates: a narrower CI generally indicates more certainty about where a true RR lies, and a wider one generally indicates less certainty about the true RR.

A small p-value indicates that an RR estimate is unlikely under the null hypothesis of no association (i.e., RR=1). More formally, the p-value gives the probability that a test statistic is greater than or equal to its observed value, assuming that the test hypothesis (e.g., RR=1) is correct and that the study has no source of bias.[20] Thus, a p-value is a measure of how compatible the observed data are with a hypothesis. Conventionally, a statistically significant result is one that has a p-value less than 0.05, which is also indicated by a 95% CI not including the null RR=1. In general, this approach is best applied to studies of a single outcome, as studies with multiple comparisons have a higher risk of false

positives and thus require greater scrutiny. Some studies, such as drug screening studies such as McDowell et al. (a)[11] often use a lower p value to minimize the potential for false positives.

In practice, scientists consider all information when interpreting scientific evidence: the magnitude and consistency of RRs, the width of 95% CIs across studies, and the p-values. Scientists also consider potential explanations for results, including confounding and bias (discussed below). Many findings are not replicated with further research. In fact, concerns with potential false positive results prompted the journal Nature to recently publish a special multi-paper issue "Challenges in irreproducible research," in which it notes "[t]here is growing alarm about results that cannot be reproduced."[21] This concern was also highlighted by the ASA President's Task Force, which noted that "[d]ealing with replicability and uncertainty lies at the heart of statistical science."[22] They continued, "[s]elective reporting, even the highlighting of a few persuasive results among those reported, may lead to a distorted view of the evidence."[22] This can lead to an improper conclusion that an association exists where there is none. (Note, chance and irreproducibility are a separate problem from confounding and bias, discussed below, which can create false positive results in multiple studies if the bias is not properly controlled in each.)

The potential for such invalid, anomalous results may be further magnified when a study undertakes many different comparisons—which increases the likelihood of detecting small p-values by chance—but uses a statistical significance threshold assuming that one or very few comparisons have been undertaken. For example, one study discussed in greater detail below evaluated the association between 250 commonly prescribed medications and 22 cancers (5,622 comparisons total) without fully taking into consideration the impact of the multiple comparisons.[11] Thereafter, using the same multi-comparison data, the authors published further papers focused on ranitidine and individual cancers as though they had only undertaken individual comparisons.[2,12,15,16] In addition to issues of multiple comparisons, results from studies of the same exposure/outcome relationship in the same population should not be treated as providing independent confirmatory findings. Thus, it is important to consider the totality of the data when interpreting results from research studies.

**I.B. Confounding and Bias**

Even if an association is reported, one must also investigate whether alternative explanations exist for the observed result. RR estimates usually do not equal the true effect of exposure on disease due to a number of factors. These factors include confounding and other sources of bias, which are types of systematic errors that may result in an incorrect estimate of the association between exposure and risk of disease. A valid association is one not due to chance, bias, or confounding.

Confounding bias occurs when the observed association for a potential risk factor is due to another factor that is associated with both the exposure and outcome of interest, and that does not mediate the relationship between the exposure and outcome. A classic example of confounding is the potential relationship between coffee drinking and pancreatic cancer. An initial study detected an association between increased coffee intake and pancreatic cancer.[23] This prompted widespread concern about the dangers of coffee, and an opinion in the *New York Times* stated that the finding gained "credence from its publication in the eminent *New England Journal of Medicine* and from the reputation of the study team" from Harvard University.[24] Subsequent research, however, concluded that the apparent association may be due to confounding by smoking: coffee drinkers are more likely to smoke,[25] and smoking is associated with a higher risk of pancreatic cancer.[26] Further studies that more adequately accounted for smoking did not observe an association between coffee intake and pancreatic cancer risk.[26] There are numerous other examples where early observational studies suggested a strong statistical association that further research found was not causal, in part due to uncontrolled and/or

residual confounding (e.g., initial associations between antioxidants (beta-carotene) and cancer arising from confounding by lifestyle factors such as smoking).[27-29]

Regarding the question at hand—whether ranitidine is associated with cancer—confounding may occur if risk factors for cancer are also indications for ranitidine use (i.e., confounding by indication) or prompt their use. For example, ulcers and GERD are associated with gastric and esophageal cancer, but have also been treated with (i.e., are indications for) ranitidine and other H2RAs. As another example, smoking is a risk factor for the cancers considered here and is associated with the use of H2RAs. Therefore, there could be a statistical correlation between ranitidine and cancer that simply reflects the use of this drug in response to other indications or risk factors for cancer, creating a false association.

In a similar manner, any proposed association between ranitidine use and cancer could be false due to reverse causality. Reverse causality may occur if underlying (e.g., pre-diagnosis) symptoms of cancer prompted use of an H2RA. For example, if early symptoms of gastrointestinal cancer cause heartburn, indigestion, or chest discomfort that prompted the use of ranitidine, this could result in reverse causality because the use of the medication began before the cancer diagnosis, but not before the cancer developed. Similarly, if early symptoms of cancer prompted use of painkillers, and these lead to gastrointestinal discomfort—a known side effect—this could in turn result in prescription of H2RAs; which would result in indirect reverse causality.

**Figure 1.** Potential confounding and bias of hypothetical association between ranitidine use and cancer.




If one is unable to properly assess and control for potential confounding bias and reverse causality, the result could be a spurious association between ranitidine use and cancer. And even if one has attempted to assess and control for these issues, there may remain residual and unmeasured bias that results in false positive, invalid associations from observational studies. For example, in Figure 1, even if one adjusts for indications or risk factors, there may remain a biased association between ranitidine use and cancer due to residual confounding arising from imperfect measurement of those factors. Thus, the validity of results from any observational study hinges on the assumption that no residual or unmeasured confounding or reverse causality is present. One approach to try and address these issues is to look at cancer associations arising from the comparison of ranitidine to other H2RAs (active comparators), since these drugs may have similar patterns of use. Active comparator studies are discussed in detail below.

### I.C. Hierarchy of Scientific Research Studies

With this background, we can now discuss why certain types of studies have different strengths and weaknesses when evaluating relationships between an exposure and outcome. The two main types of human (clinical) studies are randomized controlled trials and observational studies. In randomized controlled trials, individuals are randomized to receive different exposures or interventions. For example, one might undertake a controlled trial that randomizes half the study participants to receive ranitidine and the other half to receive a placebo, and then follow the participants over time to

determine who does or does not develop cancer. Randomization helps limit any systematic differences in who is exposed versus non-exposed and ensures groups are fairly similar with respect to underlying disease risk factors. Randomizing the groups creates a comparison of two similar populations ("apples to apples") who vary only by the exposure of interest (here, ranitidine). This design helps isolate any effect of ranitidine by minimizing potential biases and confounding. For this reason, randomized controlled trials are considered the gold standard for providing scientific evidence. However, controlled trials can require long periods of follow up until a sufficient number of events have occurred. Clinical trials without randomization or without a control group are much less useful for assessing a potential causal relationship, because they do not allow a comparison between groups that should be relatively similar apart from the intervention.

To generate hypotheses and identify potential associations more quickly, one can instead use an observational study design. These are termed 'observational studies' because they do not have an investigator-initiated intervention or experimental control for potential confounding. Instead, in observational studies, exposures and outcomes are generally obtained from self-reported questionnaires, medical or pharmacy records, registries, or other measurements—which can have varying levels of completeness. There are two main types of observational studies: cohort studies and case-control studies. The strengths and weaknesses of each are discussed in section III.A below.

Unlike controlled trials, observational studies do not randomize individuals to receive a particular exposure or treatment (e.g., ranitidine or placebo). This leaves observational studies more susceptible than controlled trials to biased findings (e.g., there may exist systematic differences between exposed and unexposed individuals). For example, individuals who take ranitidine (outside a clinical trial) may have different health factors, ages or other demographic characteristics, and different risk factors for diseases such as cancer, than people who do not take ranitidine. Researchers undertaking observational studies attempt to address this issue through certain study designs or by statistically adjusting estimates of association for potential confounders. Nevertheless, challenges in study design or in accurately measuring potential confounders can leave observational studies susceptible to residual confounding and biased results. In reality it is virtually impossible to collect data or plan a study for all the potential confounding factors or baseline differences between populations. It is also often difficult to measure exposure, dose, or real-life use of medications in a population of users in non-clinical studies. To address these potential issues, active comparator studies are preferred over non-active comparator studies (discussed below).

Results from observational studies are generally considered less reliable than those from well-conducted randomized controlled trials. Observational studies are helpful for exploring potential associations, but only rarely can one conclude from observational studies that a causal relationship exists between an exposure and outcome. For example, observational studies were able to demonstrate that smoking causes lung cancer because the association was strong (RR ~7) and was replicated across many studies. Weaker potential associations, however, may simply reflect confounding and bias. This has led to the realization that many published results from observational studies will not be replicated by future studies and do not reflect causal relationships.[30-32]

Another category of data, anecdotal reports, involve small numbers of patients where there is no control group—such as case series, individual case reports, or post-marketing adverse event reports. These are less reliable than controlled clinical trials or observational studies because they lack a way to calculate the incidence of the adverse event observed, let alone a control group against which to compare the observed incidence. Consequently, adverse event reports may be useful for generating hypotheses, but are very rarely useful for assessing a causal relationship. Moreover, where an adverse event—like cancer—occurs in the background population of patients who are not exposed to a drug or other substance (as cancer does), anecdotal reports almost never can be used to establish causation.

Lastly, in the hierarchy of evidence, preclinical studies—tests performed on human or animal cells in a test tube (known as *in vitro* tests) or in living animals (known as *in vivo* tests)—fall below appropriately designed clinical trials and observational studies for assessing causal relationships in humans. This is so because animal physiology differs from human physiology in important ways and *in vitro* studies typically measure only one or two biological mechanisms at a time, rather than the net effect of multiple biological processes in a living organism.

### I.D. Active Comparator Studies

Active comparator observational studies are a methodologically important approach that provides an avenue for controlling potential sources of bias, even if these are not directly measured (e.g., unmeasured confounders).[33] This approach attempts to mimic a randomized controlled trial by limiting differences between the exposed and unexposed groups and is especially valuable when there is a concern with potential confounding by indication.[33]

Active comparator studies are strongly preferred over non-user comparisons; as noted by Franklin et al.[34]

> [F]ocusing on active treatment comparator(s) with similar indications and similar treatment modality as the treatment of interest can greatly mitigate the risk of unmeasured confounding.[35-37] Nonuser comparator groups are highly suspect, as patients who are receiving treatment are often very different with respect to their disease severity and risk of adverse events compared with patients who are not receiving treatment for the same disease.

Yoshida et al.[38] also points out there are "[t]hree main advantages that the active-comparator design provides []: (1) increase[ed] similarity in measured [patient] characteristics between the [treatment] groups; (2) reduc[ed] potential for unmeasured confounding; and (3) possibly improving [the clinical relevance of] the research question."

Because the active comparator approach helps avoid bias, it "is regarded as the standard for pharmacoepidemiology, to be implemented whenever possible."[39] Several formal guidelines recommend the use of active comparators in observational studies,[40] including the US Food and Drug Administration's (FDA) "Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data,"[41] the Patient-Centered Outcomes Research Institute's (PCORI) "Standards for Causal Inference in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research,"[42] the Good Research for Comparative Effectiveness (GRACE) principles,[43] and the Agency for Healthcare Research and Quality's (AHRQ) "Developing a Protocol for Observational Comparative Effectiveness Research."[44]

Examples of active comparator studies include evaluating the potential association between: the use of thiazide-like diuretics and skin cancer (active comparator: calcium channel blockers);[45] the use of the insulin analog glargine and cancer (active comparator: insulin human isophane);[46] statin use and cancer (active comparator: glaucoma medications);[47] and use of cyclooxygenase 2 inhibitors and nonsteroidal anti-inflammatory drugs and myocardial infarction or ischemic stroke (active comparator: thyroid hormone or a medication for glaucoma)[48] (Table 1). These active comparators were used for similar disease indications or patient populations as the drug under study. Similarly, when evaluating ranitidine and cancer, the existence of other H2RAs—drugs from the same class with similar patterns of use—are the clear choice of active comparator to most fully account for potential bias and reverse causality.

**Table 1.** Examples of active comparator studies, highlighting reasons for their use.

| Study | Drug/Drug Class of Interest | Active Comparator | Reason for Selecting Active Comparator |
|---|---|---|---|
| Schneider[45] | Thiazides and thiazide-like diuretics (TZs) | Calcium channel blockers (CCBs) | Same disease indication.<br><br>"We conducted an observational cohort study using data from a UK primary-care database to quantify absolute and relative risks of skin cancer in new users of different TZs compared with patients exposed to CCBs, another first-line antihypertensive drug group." |
| Sturmer[46] | Insulin analog glargine | Neutral Protamine Hagedorn insulin | Similar indications and clinical effects.<br><br>NPH is a "nonanalog form of insulin with similar indications and clinical effects[.]" |
| Setoguchi[47] | Statins | Glaucoma drugs | Similar patient population.<br><br>"Glaucoma drugs are another type of preventive drug, and their users are likely to have characteristics similar to those of statin users with regard to health-seeking behavior and adherence to other preventive procedures." |
| Solomon[48] | Cyclooxygenase 2 inhibitors (coxibs) and nonselective nonsteroidal anti-inflammatory drugs (NSAIDs) | Thyroid hormone; glaucoma medication | Similar health care system utilization by patients.<br><br>"A similar definition was applied to the reference group; however, these subjects were required to have initiated use of a thyroid hormone or a medication for glaucoma. We required use of these other agents to ensure similar health care system use between the active drug users and the reference group." |

As discussed in detail below, active comparator studies using H2RAs have been undertaken for all of the cancers at issue here, and the primary results show no consistent association between ranitidine and cancer. Another active comparator would be to compare ranitidine to other acid-suppressive medications, such as PPIs. Comparing ranitidine to PPIs might not provide the same control for potential bias or reverse causality as comparing ranitidine to other H2RAs due to different patterns and indications of use and potential hypotheses regarding PPIs and cancer. But comparing ranitidine use with PPI use is preferable to comparing ranitidine use with non-users of ranitidine, since the latter is even more susceptible to reverse causality or confounding bias (i.e., comparing people who need an antacid versus the general population). Thus, in this report I prioritize comparisons of ranitidine to other H2RAs, followed by ranitidine to PPIs, and then ranitidine to non-use.

The decision to prioritize active comparator analyses due to their ability to best address potential reverse causality or confounding bias is also supported by authors of some of the recent observational studies investigating the potential association between ranitidine and cancer. In particular, Yoon et al.[7] states:

> "The selection of famotidine users as controls is suitable because . . . Famotidine is comparatively more potent than ranitidine at gastric acid suppression. However, proton pump inhibitors are much more potent than H2RA and are widely used for gastric acid suppression.[49] Therefore, the clinical indications of ranitidine and famotidine are almost identical,[50] and as all co-variates cannot be adjusted, a control group using a similar indication drug is more appropriate than the general population."

Similarly, Norgaard et al.[6] notes that "…smoking and other lifestyle factors are unlikely to be strongly related to choice of type of H2-blocker thus the active comparator-design likely averted potential confounding by these."

### I.E. Factors Considered in Exploring Causation

Bradford Hill noted that before exploring causation one must first determine whether any potential association is already “perfectly clear-cut and beyond what we would care to attribute to the play of chance” or bias or confounding.[51] This includes assessing whether an observed statistical association may be a spurious finding in light of potential alternative explanations (discussed above in Section I.B).

Following detection of a “clear-cut” or what I term a “valid” association, additional factors must also generally be present to conclude that a causal relationship exists. One set of factors is Hill’s nine criteria for causality.[51] These are: strength of association, consistency, specificity, temporality, biological gradient (also referred to as dose response), plausibility, coherence, experiment, and analogy. The importance of these factors for assessing causality varies substantially. But temporality is essential for causality: the exposure must precede the disease. Some of the criteria can be supportive of causality (e.g., strength of association, dose response, and consistency), while others may have limited value.

Hill’s criteria not only have varying importance but are also susceptible to subjective interpretation. Using the same data, experts can emphasize and interpret the criteria in different ways to reach conflicting opinions about causality. Considering these limitations, many modern epidemiologists—and Bradford Hill himself—argue that these criteria cannot be used as a checklist to confirm causality.[20,51,52] Instead, Hill’s criteria can be used to provide a more general framework for interpreting results of observational studies and to consider potential alternative explanations for observed associations.[20,51,52] While my review of the literature on ranitidine and cancer does not find any “clear-cut” associations such that a Bradford Hill analysis is even warranted, for the sake of completeness, I end this report with consideration of the Bradford Hill causality criteria.

### I.F. Important Considerations for Cancer Studies

There are some unique aspects of observational studies of cancer that can impact assessment of both exposure and disease. These aspects merit consideration when interpreting those types of studies. First, there can be a long interval between exposure to a substance and development of detectable cancers. This latency period can make it difficult to obtain accurate measures of exposures and potential confounders within the most appropriate time periods. Moreover, this latency period increases the potential for an exposure occurring in response to an early cancer symptom or indication for use, either of which could result in reverse causality or potential confounding. In addition, the latency period requires sufficient follow-up time for cancer outcomes to develop. While the optimal time frame for addressing latency period is unknown and will vary according to individuals, the exposure, and the cancer being studied,[53] the range of follow-up times across observational studies of ranitidine (~6-24 years) has been sufficiently long to detect associations for other exposures believed to initiate the cancers under consideration here. For example, similar or slightly shorter follow-up times (~5-20 years) were sufficient for observational studies of red meat—which the International Agency for Research on Cancer (IARC) has classified as a probable carcinogen (Group 2A)—to detect associations with cancers of the colon, pancreas, and prostate.[54] Because Plaintiffs in this litigation allege a cancer promotion theory as well as an initiation theory, an even shorter follow-up period may be sufficient.

Second, cancer is a heterogeneous disease, and for this reason, observational studies generally do not collapse cancers together into a single ‘any cancer’ outcome. One does not expect a risk factor for a particular cancer to act as a wide-spread carcinogen across different organs or tissues.[53] For example, even strong risk factors for certain cancers such as tobacco smoke are not universally carcinogenic throughout the human body.[53] Moreover, if one does collapse cancers together, any associations between an exposure and ‘any cancer’ will be driven by the most common—or most commonly

studied—cancer. Therefore, studies generally present results for specific cancers. A small number of ranitidine studies collapsed all cancers, so for the sake of completeness I nevertheless discuss these results before presenting findings for specific cancers.

### I.G. Determining Exposures for Study

When evaluating the potential association between an exposure and an outcome, scientists focus on studies looking directly at that exposure. For example, when considering processed meats and cancer, scientific bodies consider studies of processed meats (WCRF, IARC). If associations are detected, the potential underlying mechanisms are further discussed (e.g., whether it is biologically plausible that processed meats could cause cancer). Moreover, observational studies of potential carcinogens focus on exposures that can be ascertained from available information. For example, studies of smoking and lung cancer evaluate self-reported cigarette use because this can be determined from observational data. Direct evaluation of tobacco smoke byproducts is uncommon because the required biospecimens are usually not available, especially from the appropriate pre-cancer time period. Moreover, studying cigarette use instead of individual byproducts allows for assessing the overall effect of smoking on cancer.

Similarly, n-nitrosodimethylamine (NDMA), the proposed mechanism between ranitidine and cancer outcomes in this litigation, is not easily measured or readily available in observational studies. Although IARC has classified NDMA as a probable carcinogen (group 2A),[55,56] this designation is based largely on *in vivo* animal studies, with limited evidence on the potential effect of NDMA on cancer in humans. The latter is in part due to challenges with assessing NDMA exposure levels in observational studies. Most observational studies have approximated NDMA levels from dietary intake or occupational exposures and then correlated these estimates with cancer outcomes. But these studies have shown mixed results, as discussed further below in responses to the plaintiffs' expert's reports.

One could hypothetically use a similar approach to approximate NDMA levels in ranitidine. However, instead of attempting to make such approximations, the observational studies undertaken by the scientific community following detection of NDMA in ranitidine have focused directly on use of ranitidine. That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself. This is because the exposure of concern is ranitidine, which includes any consequential or incidental exposure to NDMA from ingestion of the drug. Looking at NDMA alone does not account for the real-world net effects of NDMA in ranitidine, nor does looking at NDMA alone reflect the actual doses or patterns of use of exposure to NDMA through ranitidine use by actual patients in real world settings. Extrapolating from NDMA studies requires speculation, whereas studying ranitidine reflects the effects, if any, of the actual question here – NDMA in ranitidine. Moreover, ranitidine can be directly queried from study participants or pharmacy records. Thus, in accord with the larger scientific community, I too focus predominantly here on studies of ranitidine use and cancer as the proper methodology for testing any relationship between NDMA in ranitidine and cancer.

## II. <u>CLINICAL TRIAL DATA</u>

Ranitidine has been studied in randomized, controlled trials.[57-59] Clinical trials have limitations in that they were generally of short duration and were not designed to study cancer outcomes (other than as a standard event captured in pharmaceutical trials). Nevertheless, they did not detect an increased risk between ranitidine and any of the five cancers under consideration here.

## III. <u>OBSERVATIONAL STUDY DATA</u>

### III.A. Overview of Observational Study Designs

All published reports of the potential associations between ranitidine use and cancer are from observational studies. The most commonly used observational study designs are cohort and case-control studies. Cohort studies measure exposures within a group of individuals and follow them for disease outcomes. A key facet of these studies is obtaining information on exposures before disease occurrence. If exposure data are of sufficient quality, this study design can avoid issues of temporal ambiguity with regard to when exposure was measured relative to disease occurrence.

Case-control studies examine individuals with and without the disease of interest (e.g., cancer) and assess pre-diagnostic exposures (e.g., ranitidine use). A common criticism of some case-control studies is that exposure information may be collected after the disease has been diagnosed. However, case-control studies can be nested within cohorts whereby exposure is assessed before disease and cases are prospectively recruited as they develop the disease of interest. Case-control studies can also assess exposures using records and databases that are not subject to recall bias.

### III.B. Observational Studies Relating to Ranitidine and Cancer

I independently searched the literature for observational studies that address the question of interest here: Is there a potential association between ranitidine use and cancer. I followed the *a priori* specified Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) checklist. This included undertaking searches of PubMed (https://www.ncbi.nlm.nih.gov/pubmed), EMBASE, and the Cochrane Library using the following criteria. For exposure: “ranitidine”, “Zantac”, “H2RA”, “histamine receptor antagonist”, “H2 receptor antagonist,” “histamine H2 antagonist,” and “H2 blocker”. For outcome: “cancer,” “neoplasm,” “tumor,” “adenoma,” and specific cancer types. I then searched through the bibliography of each relevant article identified by the above search to determine potential additional studies of interest. From these searches, I obtained studies presenting results from evaluating the association between ranitidine use and: all cancers combined, esophageal, gastric, bladder, liver, or pancreatic cancers.

To date, this literature search has found 16 peer-reviewed publications presenting original results from epidemiologic studies of ranitidine and these five cancers. [1-16] Some publications evaluated multiple cancer outcomes, and two of the studies screened large numbers of drugs for signals of potential association with many different cancers.[11,13] Eight of the 16 publications contrasted ranitidine use with an active comparator (e.g., other H2RAs),[1-8] and eight compared ranitidine use to non-use.[9-16] I prioritize ranitidine active comparator analyses since, as noted above, these can better address potential reverse causality and confounding bias.

Below I summarize and interpret results from the ranitidine studies. Tables with ranitidine-specific results are organized based on the comparison group: active comparators (other H2RA or PPI) or non-use. Where the study reported results using an H2RA and PPIs as comparators, I used the most reliable active comparator reported: the H2RA comparison. For completeness I have reported other study results in the footnotes. The studies are ordered from largest to smallest number of exposed cases, which impacts a study’s ability to estimate associations accurately and validly. I also present findings from investigations of different lag times or dose- / duration-response trends. Appendix 1 gives further specific details from each study, organized by the comparison made (e.g., ranitidine versus active comparator) and alphabetically by the first author’s last name. Appendix 1 also summarizes each study’s design, analysis, results, and gives a brief discussion of strengths, weaknesses, and conclusions.

### *III.B.1 Results from Observational Studies of ALL CANCERS Combined*

**Summary.** Three large active comparator studies detected no association between ranitidine use and cancers combined.[3,7,8] In contrast, a smaller study without an active comparator or control for key potential confounders (e.g., smoking), reported an RR=1.26 (95% CI=1.01-1.58) when comparing ranitidine to non-use, which may be subject to potential reverse causality and confounding bias.[9] There were no associations with longer lag times or potential dose-response. These studies do not support the existence of an association between use of ranitidine and cancer.

**Ranitidine vs Active Comparator.** Three recently published large studies evaluated the potential association between ranitidine versus active comparators and cancer overall.[3,7,8] Yoon et al.[7] and Iwagami et al.[3] compared ranitidine to other H2RAs while Kantor et al.[8] compared ranitidine to the PPI omeprazole. All three of these studies found no association between ranitidine use and cancer: RR=0.99 (95% CI=0.91-1.07);[7] RR=1.01 (95% CI=0.95-1.08);[3] and RR=0.94 (95% CI=0.85-1.04)[8] (Table 2.1). Results presented in Iwagami et al.[3] (here and below) are for ranitidine or nizatidine (a less common H2RA also alleged to be capable of forming NDMA); the authors reported that "the results were similar when…ranitidine and nizatidine users were separately compared with the other H2 blockers group." These comparisons provide a direct control for potential bias since indications or early symptoms of cancer may be treated with these drugs. The importance of this control is highlighted in an additional analysis undertaken by Yoon et al.[7] who compared the standardized incidence of all cancer among different H2RA users to the general population and found RR=1.23 for ranitidine but an even larger RR=1.31 for famotidine—which is not associated with NDMA. This suggests that comparing ranitidine users to non-users may result in invalid associations arising from reverse causality or confounding, and that a better comparison is of ranitidine to other H2RAs or, to a lesser extent, PPIs.

**Ranitidine vs Non-Use.** Habel et al.[9] investigated the potential association between ranitidine use versus non-use. Comparing individuals who received a ranitidine prescription to those with no prescription gave a RR=1.26 (95% CI=1.01-1.58)[9] (Table 2.1). The lack of agreement between, on the one hand, the three recent studies,[3,7,8] and on the other, the older Habel et al.[9] study could reflect several important limitations of the older study. While the three newer studies all used active comparators, as noted by Habel et al.,[9] by comparing ranitidine users to non-users, any RR>1 might reflect the use of these drugs for early symptoms of cancer (reverse causality). Moreover, Habel et al.[9] was substantially smaller than the newer studies and had essentially no information on potential confounders (e.g., smoking or BMI) and thus was not able to control for these in its analyses. For these same reasons, we would also expect the potentially biased, false positive result in Habel et al.[9] to be evidenced in some of their cancer-specific analyses (as described below).[9]

**Lag Time and Dose-Response Analyses.** Two of the recent active comparator studies also looked at the potential association within shorter versus longer lag time.[3,8] These analyses require a certain amount of time to pass between ranitidine exposure and development of cancer. This lag time allows for considering exposures in the most relevant time period for cancer risk, which can be many years prior to diagnosis due to the slow-growing nature of some cancers. Moreover, by excluding recent exposures, a lag time analysis helps address potential reverse causality or confounding bias. Some studies restrict to exposures with a particular lag time (or longer), while other studies restrict to exposures within a particular time range (e.g., 1 year). Iwagami et al.[3] detected no clear difference while Kantor et al.[8] found a lower RR=0.86 (95% CI=0.73-1.01) with increasing lag time (Table 2.2). Iwagami[3] et al. also considered the potential dose-response between ranitidine use and all cancer and did not observe a positive trend with increasing dose (Table 2.3). If ranitidine had a true association with cancer, one would expect increasing dose to have larger relative risks, which was not seen here.

Contains Confidential Information – Subject to Protective Order

**Table 2.1 All cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period[2] | Total N | N Exposed Cases | Comparison[3] | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Yoon | 2009-2018 | 50,610 | 3018 | R vs F (>1 year) | 0.99 | (0.91-1.07) |
| Iwagami[4] | 2005-2018 | 550,758 | 945 | R, N vs C, F | 1.01 | (0.95-1.08) |
| ***R vs PPIs*** | | | | | | |
| Kantor[5] | 2006-2015 | 36,579 | 509 | R vs Omeprazole | 0.94 | (0.85-1.04) |
| **Ranitidine vs Non-Use** | | | | | | |
| Habel[6] | 1982-1995 | 10,142 | 81 | Use vs none | 1.26 | (1.01-1.58) |

[1] Appendix 1 gives study details.
[2] Year range between first drug use measurement and final cancer outcomes.
[3] R=Ranitidine; C=Cimetidine; F=Famotidine; N=Nizatidine.
[4] The authors report that "The results were similar when…ranitidine and nizatidine users were separately compared with the other H2 blockers group."
[5] Comparing ranitidine to non-use gave RR=1.01 (95% CI=0.93-1.09).
[6] Total N estimated from the 922 individuals prescribed ranitidine and 10:1 matching with 'unexposed' (non-ranitidine or cimetidine users). This N used in below tables as well.

**Table 2.2.** Relative risk estimates (and 95% CIs) from observational studies undertaking analyses using different lag times between ranitidine exposure and all cancer outcomes.

| Study | Cancer | Lag Category 1<br>RR (95% CI) | Lag Category 2<br>RR (95% CI) |
|---|---|---|---|
| ***R vs Other H2RAs*** | | | |
| Iwagami | All | None<br>1.02 (0.98-1.07) | 1 yr<br>1.00 (0.94-1.06) |
| ***R vs PPI*** | | | |
| Kantor | All | 1st 5 yrs follow-up<br>0.99 (0.88-1.11) | After 5 yrs follow-up<br>0.86 (0.73-1.01) |

**Table 2.3.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose--response trends for all cancers.

| Study | RR (95% CI) | | | |
|---|---|---|---|---|
| | 1-180 DDDs | 181-365 DDDs | 366-730 DDDs | >730 DDDs |
| ***R Other H2RAs*** | | | | |
| Iwagami | 1.03 (0.98-1.08) | 1.00 (0.73-1.39) | 0.95 (0.61-1.48) | 0.83 (0.45-1.55) |

### *III.B.2. Results from Observational Studies of ESOPHAGEAL CANCER*

**Summary.** None of the six studies demonstrated a valid association between ranitidine use and esophageal cancer overall.[1,4,11,13,14] The RR were below or around the null (RR=1), or subject to bias, confounding, or chance. For example, a study by Habel et al. compared ranitidine to non-use for esophageal and gastric cancer combined based on just six exposed cases.[9] There were no valid associations with potential dose-response. Taken together, the results from these studies do not support an association between use of ranitidine and esophageal cancer.

**Ranitidine vs Active Comparator.** There were two active comparator studies for esophageal cancer (Table 3.1). Adami et al.[1] compared ranitidine use to other H2RA use and found RR= 1.09 (95% CI=0.91-1.29). Adami et al. undertook further subgroup analyses, and for esophageal adenocarcinoma they reported a RR=1.30 (95% CI=1.01-1.68) and for esophageal squamous cell carcinoma a RR=1.07 (95% CI=0.80-1.44). When restricting to those individuals with at least 10 prescriptions, the results for esophageal, esophageal adenocarcinoma, and esophageal squamous cell carcinoma were RR=1.16 (95% CI=0.80-1.69), RR=0.97 (95% CI=0.53-1.76), and RR=1.71 (95% CI=0.70-4.15), respectively (where the latter was based on only 8 exposed cases) (Table 3.2).[1] The lack of association for esophageal adenocarcinoma when looking at dose-response supports the authors conclusion that the esophageal adenocarcinoma subgroup result was likely spurious due to multiple comparisons. Kim Y et al.[4] compared ranitidine to famotidine use in the Explorys database and found RR=0.51 (95% CI=0.43-0.60).

**Ranitidine vs Non-Use.** Three studies evaluated the relationship between ranitidine use versus non-use and esophageal cancer: McDowell (a) et al.[11] found RR=1.00 (95% CI=0.84-1.19); and Tan et al.[14] undertook a study of individuals diagnosed with Barrett's esophagus and reported RR=0.71 (95% CI=0.50-1.00); and Pottegard et al. found (for squamous cell carcinoma) a RR=0.62 (95% CI=0.31-1.23) (Table 3.1). Furthermore, Tan et al. found RR=3.00 (95% CI=1.84-4.90) in a lower dose category (i.e., for < 150mg defined daily dose (DDD), defined as mean dosage per day of medication), but RR=0.17 (0.09-0.32) in a higher dose category, which is the opposite of what one would expect if ranitidine were validly associated with esophageal cancer (Table 3.2). A fourth study, Habel et al.[9] looked at esophageal or gastric cancer combined and reported a RR=2.42 (95% CI=1.07-5.49). This result was based on only six ranitidine exposed cases, and as noted above this study has several serious issues that raise concerns with its results. In fact, Habel et al. noted that in their time lagged analysis RRs "were only significantly elevated during the first 12 months after prescription date," suggesting that their results were biased (e.g., due to reverse causality or confounding).

**Table 3.1 Esophageal cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period[2] | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Adami[3] | 1996-2018 | 286,062 | 261 | R vs C or F | 1.09 | (0.91-1.29) |
| Kim Y | 2009-2018 | 1,490,998 | 180 | R vs F | 0.51 | (0.43-0.60) |
| **Ranitidine vs Non-Use** | | | | | | |
| McDowell (a) | 1993-2011 | 9,939 | 240 | Use vs none | 1.00 | (0.84-1.19) |
| Tan | 2003-2011 | 1,098 | 58 | Use vs none | 0.71 | (0.50-1.00) |
| Pottegard[4] | 1995-2012 | 20,434 | 9 | Use vs none | 0.62 | (0.31-1.23) |
| Habel[5] | 1982-1995 | 10,142 | 6 | Use vs none | 2.42 | (1.07-5.49) |

[1] Appendix 1 gives study details.
[2] Year range between measurement of first drug use (exposure) and final cancer (outcome).
[3] R vs PPIs gave RR=1.01 (0.90-1.14).
[4] Esophageal squamous cell carcinoma.
[5] Esophageal or gastric cancer combined.

**Table 3.2.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends. Categories indicate increasing dose.

| Study | Cancer | Category 1<br>RR (95% CI) | Category 2<br>RR (95% CI) |
|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | |
| Adami | Esophageal | >=5 Rxs<br>1.09 (0.78-1.52) | >=10 Rxs<br>1.16 (0.80-1.69) |
| **Ranitidine vs Non-Use** | | | |
| Tan | Esophageal | < 150mg DDD<br>3.00 (1.84-4.90) | >150mg DDD<br>0.17 (0.09-0.32) |

### *III.B.3. Results from Observational Studies of GASTRIC CANCER*

**Summary.** All five active comparator studies reported no valid association between ranitidine use and gastric cancer.[1,3-5,7] When comparing ranitidine to non-use for gastric cancer, two studies gave null results,[10,11] two studies reported findings that suggest reverse causality,[13,16] and one was the limited Habel et al. result for gastric and esophageal cancer combined noted above.[9] There were no valid associations with increasing lag times or doses. The results from these studies do not support an association between use of ranitidine and gastric cancer.

**Ranitidine vs Active Comparator.** Five studies compared ranitidine use to other H2RA use and gastric cancer and found no consistent associations (Table 4.1). Yoon et al.[7] reported a RR=1.06 (95% CI=0.86-1.31); Kumar et al.[5] found an inverse RR=0.55 (95% CI=0.40-0.74); Adami et al.[1] reported RR=0.98 (95% CI=0.84-1.14) and no dose-response (Table 4.2); Iwagami et al.[3] gave a RR=1.09 (95% CI=0.96-1.24); and Kim Y et al.[4] found a RR=0.43 (95% CI=0.36-0.51).

**Ranitidine vs Non-Use.** Five studies compared ranitidine use versus non-use for gastric cancer (Table 4.1). Pottegard et al.[13] reported a RR=1.87 (95% CI=1.43-2.46), Kim S et al.[10] found RR=1.01 (95% CI=0.86-1.18), Liu et al.[16] reported a RR=1.42 (95% CI=1.10-1.85), and McDowell (a) et al.[11] found RR=1.00 (95% CI=0.81-1.23). As noted above, Habel et al.[9] looked at esophageal or gastric cancer combined and reported a RR=2.42 (95% CI=1.07-5.49). Pottegard et al.[13] also reported that when comparing all H2RA versus non-use, the RR=1.52 (95% CI=1.31-1.76), and when looking at a linear dose-response among ever users, the RR was larger for all H2RA users than for ranitidine users (RR=1.09 (p<0.01) vs 1.07 (p=0.03)). This suggests an overall H2RA association (i.e., not just ranitidine) with gastric cancer that is likely due to reverse causality or confounding bias.

The Liu et al.[16] and McDowell (a) et al.[11] papers were from the same research group using data from the same Scottish Primary Care Clinical Informatics Unit (PCCIU) study population, but gave conflicting results. These discrepancies may reflect uncontrolled confounding or reverse causality. McDowell (a) et al. controlled for some potential confounders not included in Liu et al. (e.g., *H. pylori* infection).[11,16] Moreover, while both studies adjusted for smoking, only Liu et al. also adjusted for alcohol use, which was missing in almost 30% of the study subjects.[11,16] These subjects were removed from the analysis (or had their alcohol values imputed in sensitivity analyses). When Liu et al. did not adjust for smoking and alcohol—and thus did not remove individuals with missing values for these variables—they found a smaller ranitidine - gastric cancer RR=1.10 (0.94-1.29) for the comparison with non-use.[16] Furthermore, the fully adjusted Liu et al. result (RR=1.42) was primarily driven by increased ranitidine use shortly before cancer diagnosis; when removing prescriptions in the 2 or 3 years prior to diagnosis, the Lui et al. results declined to an RR=1.22 (95% CI=0.89-1.67) and RR=1.17 (95% CI=0.81-1.68), respectively (Table 4.2). Lui et al. also reported an apparent threshold effect with increasing dose, which presumably was also driven by recent use. In fact, Liu et al. found that gastric cancer patients were ~7-times more likely to newly use ranitidine in the year prior to diagnosis than controls, which strongly suggests that any RR>1 may be due to reverse causality.

**Table 4.1. Gastric cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| **Study**[1] | **Time Period** | **Total N** | **N Exposed Cases** | **Comparison** | **Relative Risk** | **95% Confidence Interval** |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs. Other H2RAs*** | | | | | | |
| Yoon | 2009-2018 | 50,610 | 450 | R vs F (>1 year) | 1.06 | (0.86-1.31) |
| Kumar | 1998-2018 | 75,716 | 367 | Other H2RA | 0.55 | (0.40-0.74) |
| Adami[2] | 1996-2018 | 286,062 | 331 | R vs C or F | 0.98 | (0.84-1.14) |
| Iwagami | 2005-2018 | 617,727 | 288 | R, N vs C, F | 1.09 | (0.96-1.24) |
| Kim Y | 2009-2018 | 1,490,998 | 170 | R vs F | 0.43 | (0.36-0.51) |
| **Ranitidine vs Non-Use** | | | | | | |
| Pottegard[3] | 1995-2012 | 51,544 | 387 | Use vs none | 1.87 | (1.43-2.46) |
| Kim S | 2002-2013 | 27,258 | 306 | Use vs none | 1.01 | (0.86-1.18) |
| Liu (PCCIU)[4] | 1996-2011 | 6,513 | 199 | Use vs none | 1.42 | (1.10-1.85) |
| McDowell (a) | 1993-2011 | 6,014 | 165 | Use vs none | 1.00 | (0.81-1.23) |
| Habel[5] | 1982-1995 | 10,142 | 6 | Use vs none | 2.42 | (1.07-5.49) |

[1] Appendix 1 gives study details.
[2] R vs PPIs gave RR=1.03 (0.92-1.16).
[3] H2RA overall vs non-use gave RR=1.52 (1.31-1.76).
[4] The RR=1.22 (95% CI=0.89-1.67) and RR=1.17 (95% CI=0.81-1.68) when removing prescriptions in the 2 or 3 years prior to diagnosis, respectively.
[5] Esophageal and gastric cancer combined.

**Table 4.2.** Relative risk estimates (and 95% CIs) from observational studies undertaking analyses using different lag times between H2RA exposure and cancer outcomes.

| **Study** | **Cancer** | **Subgroup** | **Lag Category 1** RR (95% CI) | **Lag Category 2** RR (95% CI) | **Lag Category 3** RR (95% CI) |
|---|---|---|---|---|---|
| **Ranitidine vs Non-Use** | | | | | |
| Liu (PCCIU) | Gastric | NA | >1 yr 1.42 (1.10-1.85) | >2 yrs 1.22 (0.89-1.67) | >3 yrs 1.17 (0.81-1.68) |

**Table 4.3.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends. Categories indicate increasing dose.

| Study | Cancer | Category 1<br>RR (95% CI) | Category 2<br>RR (95% CI) | Category 3<br>RR (95% CI) | Category 4<br>RR (95% CI) |
|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | | | |
| Adami | Gastric | >=5 Rxs<br>1.14 (0.86-1.52) | >=10 Rxs<br>1.13 (0.77-1.65) | | |
| **Ranitidine vs Non-Use[1]** | | | | | |
| Liu (PCCIU) | Gastric | 1-183 DDDs<br>1.40 (1.05-1.85) | 184-365 DDDs<br>1.42 (0.77-2.60) | 366-1095 DDDs<br>1.50 (0.99-2.29) | >=1096 DDDs<br>1.62 (0.86-3.05) |

[1] Pottegard looked at a potential linear dose-response between increasing prescriptions and gastric cancer among ever users and found for ranitidine a RR=1.07 (p=0.03) and for H2RAs overall a RR=1.09 (p<0.01).

### *III.B.4. Results from Observational Studies of BLADDER CANCER*

**Summary.** The four active comparator studies did not report a valid association between ranitidine use and bladder cancer.[2,6-8] One of those studies (Cardwell et al.[2]) undertook both active comparator and non-active comparator analyses and obtained conflicting results, highlighting the importance of using active comparators to control as much as possible for potential confounding (e.g., by smoking); nevertheless, there can still remain uncontrolled confounding even with these studies. There were also no consistent dose-response relationships. Another study (Kantor et al.[8]) looked at both active comparator and non-active comparator analyses and found no valid association in either. Findings from these studies do not support a consistent association between ranitidine and bladder cancer.

**Ranitidine vs Active Comparator.** Three studies compared ranitidine use to other H2RA use for bladder cancer (Table 5.1). Cardwell et al.[2] compared ranitidine to any other H2RA in the PCCIU cohort and found RR=1.05 (95% CI=0.86-1.28). Norgaard et al.[6] compared ranitidine use to use of other H2RAs and found RR=1.11 (95% CI= 0.95-1.29). Yoon et al.[7] compared ranitidine use to famotidine use and reported a RR=1.41 (95% CI=0.88-2.24). When comparing ranitidine to PPI, Cardwell et al.[2] found RR= 1.20 (95% CI=1.04-1.39), Norgaard et al.[6] found RR=1.24 (95% CI=1.04–1.48), and Kantor et al.[8] found RR=1.30 (95% CI=0.69-2.46).

**Ranitidine vs Non-Use.** Cardwell et al.[2] also compared ranitidine use to non-use for bladder cancer and found RR=1.22 (95% CI 1.06-1.40). This finding was previously published by the same research team in the same cohort (RR=1.26; 95% CI=1.10-1.44).[11] Kantor et al.[8] also compared ranitidine to non-use and found RR=1.22 (95% CI=0.74-2.01). Habel et al.[9] reported a RR=1.56 (95% CI=0.74-3.3) (for kidney and bladder cancer combined).

The contrast in results for bladder cancer from studies that undertook analyses of active comparators and non-active comparators highlights the importance of using an active comparator study design to address potential confounding (discussed above in Section I.D). This is especially the case here considering the potential confounding of any association between ranitidine and bladder cancer by smoking since smoking is the strongest known risk factor for bladder cancer (RR = 3 to 4)[60] and smoking is associated with heartburn and GERD, which may prompt use of ranitidine or other H2RAs. While the Cardwell team's active comparator analysis of ranitidine versus other H2RAs found RR=1.05 (95% CI=0.86-1.28),[2] their non-active comparator analyses of ranitidine versus non-use gave RR=1.22 (95% CI 1.06-1.40)[2] and RR=1.26 (95% CI=1.10-1.44).[11] In other words, when more closely controlling

for potential measured and unmeasured confounding (e.g., by smoking) with the active comparator analysis, there is no valid association between ranitidine and bladder cancer.

The variability in bladder cancer results also highlights the importance of using the most appropriate active comparator to control for potential confounding. Using other H2RAs as the comparator group should provide more control for confounding than using PPIs because they have more similar use patterns (and are from the same class of drugs). That is, individuals who use ranitidine or other H2RAs may be more similar in their potential confounders (e.g., smoking) than those who use PPIs.[61] As noted above, Cardwell et al.'s[2] active comparator analysis of ranitidine to other H2RAs found RR=1.05 (95% CI=0.86-1.28), whereas their comparison of ranitidine to PPIs gave RR=1.20 (95% CI=1.04-1.39). Similarly, while Norgaard et al.'s active comparator analysis of ranitidine to other H2RAs found RR=1.11 (95% CI= 0.95-1.29), their comparison of ranitidine to PPIs found RR=1.24 (95% CI=1.04-1.48).[6] Thus, when more fully controlling for potential confounding with an active comparison group of the same class of drugs (other H2RAs), there is no valid association between ranitidine and bladder cancer.

**Time Lag and Dose-Response.** When looking at a 10-year lag time in comparing ranitidine to other H2RAs, Norgaard et al.[6] observed RR=1.26 (95% CI=1.02-1.56); but when restricting to individuals with at least 10 years of follow-up after their 10th drug prescription, Norgaard et al.[6] found RR=0.75 (0.44-1.28). Similarly, when comparing ranitidine to PPIs in individuals with at least 10 years of follow-up after their 10th drug prescription, Norgaard et al.[6] found RR=0.73 (0.46-1.15). (Table 5.2). And when looking at dose-response for ranitidine versus other H2RAs, starting follow-up when individuals took >=5 or >=10 prescriptions, Norgaard et al.[6] observed RR=0.99 (95% CI 0.76-1.28) and RR=0.73 (95% CI 0.53-1.01), respectively. Cardwell et al.[2] found that users of the highest DDDs of ranitidine (>1,095 DDDs) had RR=1.27 (95% CI=0.91-1.75) as compared to other-H2RA users; lower doses gave values close to the null of 1.0. McDowell (a) et al.[11] observed no material differences in associations when looking at different lag times and dose-response (Table 5.3).

**Table 5.1 Bladder cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Cardwell[2] | 1993-2011 | 2,879 | 455 | R vs other H2RAs | 1.05 | (0.86-1.28) |
| Norgaard[3] | 1996-2008 | 96,777 | 251 | R vs other H2RAs | 1.11 | (0.95-1.29) |
| Yoon | 2009-2018 | 50,610 | 118 | R vs F (>1 year) | 1.41 | (0.88-2.24) |
| ***R vs PPIs*** | | | | | | |
| Kantor[4] | 2006-2015 | 34,163 | 13 | R vs Omeprazole | 1.30 | (0.69-2.46) |
| **Ranitidine vs Non-Use** | | | | | | |
| Habel[5] | 1982-1995 | 10,142 | 7 | Use vs none | 1.56 | (0.74-3.3) |

[1] Appendix 1 gives study details.
[2] The subjects included in Cardwell overlap with those previously published in McDowell (a). Cardwell presents results from active comparator analyses. Cardwell and McDowell (a) also present results from non-active comparator analyses. In addition to comparing ranitidine vs other H2RAs, Cardwell compared ranitidine vs PPI (RR=1.20; 95% CI=1.04-1.39), and ranitidine vs non-use (RR=1.22; 95% CI 1.06-1.40). McDowell (a) compared ranitidine vs non-use (RR=1.26; 95% CI 1.10-1.44).
[3] Comparing Ranitidine vs PPI gave RR=1.24 (95% CI=1.04–1.48).
[4] Comparing Ranitidine vs non-use gave RR=1.22 (95% CI=0.74-2.01).
[5] Kidney and bladder cancer combined.

**Table 5.2.** Relative risk estimates (and 95% CIs) from observational studies undertaking analyses using different lag times between H2RA exposure and cancer outcomes.

| Study | Cancer | Lag Category 1<br>RR (95% CI) | Lag Category 2<br>RR (95% CI) | Lag Category 3<br>RR (95% CI) |
|---|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | | |
| Norgaard | Bladder | 1 yr<br>1.09 (0.93-1.28) | 5 yrs<br>1.12 (0.93-1.35) | 10 yrs[1]<br>1.26 (1.02-1.56) |
| **Ranitidine vs Non-Use** | | | | |
| Cardwell[2] | Bladder | >=1 yr<br>1.20 (1.06-1.36) | >=2 yrs<br>1.23 (1.08-1.39) | |

[1] When restricted to 10 yrs after the 10th prescription, RR=0.75 (0.44-1.28) for ranitidine versus other H2RAs and RR=0.73 (0.46-1.15) for ranitidine versus PPIs.
[2] The subjects included in Cardwell overlap with those previously published in McDowell (a). In McDowell (a), with a >=1yr lag the RR=1.26 (1.10-1.44) and with a >=2yr lag the RR=1.31 (1.13-1.51) (supplemental tables).

**Table 5.3.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose- and duration-response trends. Categories indicate increasing dose or duration.

| Study | Cancer | Category 1 RR (95% CI) | Category 2 RR (95% CI) | Category 3 RR (95% CI) | Category 4 RR (95% CI) |
|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | | | |
| **Dose-response** | | | | | |
| Cardwell[1,2] | Bladder | 1-182 DDDs<br>1.02 (0.81-1.28) | 182-365 DDDs<br>0.94 (0.66-1.33) | 365-1,095 DDDs<br>1.05 (0.79-1.39) | >1,095 DDDs<br>1.27 (0.91-1.75) |
| Norgaard[3] | Bladder | >=2 Prescription<br>1.11 (0.95–1.29) | >=5 Prescriptions<br>0.99 (0.76-1.28) | >=10 Prescriptions<br>0.73 (0.53-1.01) | |

[1] Comparing ranitidine to PPIs gave for increasing categories:
RR=1.17 (0.97-1.41); RR=1.08 (0.78-1.49); RR=1.20 (0.93-1.53); and RR=1.45 (1.08-1.94).
Comparing ranitidine to non-use gave for increasing categories:
RR=1.18 (0.98-1.42); RR=1.24 (0.85-1.79); RR=1.17 (0.89-1.54); and RR=1.43 (1.05-1.94).
Comparing other H2RAs (non-ranitidine) to non-use gave for increasing categories:
RR=0.95 (0.75-1.19); RR=0.89 (0.55-1.45); RR=1.35 (0.91-2.00); and RR=1.33 (0.83-2.15).
[2] The subjects included in Cardwell overlap with those previously published in McDowell (a). In McDowell (a), for < Median Rxs the RR=1.20 (1.00-1.44) and for >= Median Rxs the RR=1.32 (1.09-1.59) (supplemental tables).
[3] Restricted to those with >= the number of prescriptions. Follow-up started after the number of prescriptions was reached. Comparing ranitidine to PPIs gave for increasing categories: RR=1.24 (1.04-1.48); RR=1.06 (0.77-1.44); and RR=0.84 (0.56-1.27).

### *III.B.5. Results from Observational Studies of LIVER CANCER*

**Summary.** None of the six studies demonstrated a valid association between ranitidine use and liver cancer overall.[1,4,7,8] The RR were below or around the null (RR=1), or subject to bias, confounding, or chance. When comparing ranitidine to non-use for liver cancer, two studies by one research team using the same data gave conflicting results,[11,15] and another study was based on 8 exposed cases.[15] There was no clear dose response.[1] The observational studies of liver cancer do not support a valid association with ranitidine.

**Ranitidine vs Active Comparator.** Three studies compared ranitidine use to other H2RA use and detected no RR>1 with liver cancer (Table 6.1). Kim Y et al.[4] and Yoon et al.[7] compared ranitidine to famotidine use and reported RR=0.39 (95% CI=0.36-0.41) and RR=0.85 (95% CI=0.69-1.05), respectively. Adami et al.[1] compared ranitidine to other H2RAs and found a RR=0.89 (95% CI=0.72-1.10); in a dose-response analysis Adami et al. did not find an increasing risk with higher intake of ranitidine (Table 6.2). A fourth study, Kantor et al.[8] compared ranitidine to omeprazole use and found RR=1.15 (95% CI=0.58-2.26).

**Ranitidine vs Non-Use.** Two publications compared ranitidine use to non-use for liver cancer (Table 6.1). McDowell (a) et al.[11] reported a RR=0.76 (95% CI=0.52-1.12) from the PCCIU study population. Tran et al.[15] also obtained data from the PCCIU and found that comparing ranitidine use to non-use gave a RR=1.41 (95% CI=0.91-2.15). The difference in results from the PCCIU cohort between McDowell (a) et al.[11] and Tran et al.[15] parallels the conflicting results discussed above for McDowell (a) et al.[11] and Liu et al.[4] for gastric cancer—the same senior investigator's study team looked at the same study population but found different results. Key differences in the study design that might explain the varying results were that McDowell (a) et al. had a longer period of follow-up and thus a larger sample

size, and while both studies adjusted for smoking, only Tran et al. also adjusted for alcohol use, which was missing in almost 30% of the study subjects (who were removed from the analysis (or had their alcohol values imputed in sensitivity analyses)). Tran et al. further reported a RR=1.82 (95% CI=0.87-3.79) in the UK Biobank population; comparing any H2RA vs non-use gave RR=1.70 (95% CI=0.82-3.53) and comparing omeprazole to non-use gave RR=1.78 (95% CI=1.12-2.83), which agrees with the active comparator results in the UK Biobank from Kantor et al.[8] showing no valid association. Kantor et al.[8] also looked at ranitidine use versus non-use and found RR=1.91 (95% CI=1.09-3.36), which, when contrasted with their result when comparing to the active comparator PPI (RR=1.15; 95% CI=0.58-2.26), suggests reverse causality or confounding bias.

**Table 6.1 Liver cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Kim Y | 2009-2018 | 1,490,998 | 880 | R vs F | 0.39 | (0.36-0.41) |
| Yoon | 2009-2018 | 50,610 | 400 | R vs F (>1 year) | 0.85 | (0.69-1.05) |
| Adami[2] | 1996-2018 | 286,062 | 127 | R vs C or F | 0.89 | (0.72-1.10) |
| ***R vs PPIs*** | | | | | | |
| Kantor[3] | 2006-2015 | 34,163 | 11 | R vs Omeprazole | 1.15 | (0.58-2.26) |
| **Ranitidine vs Non-Use** | | | | | | |
| McDowell (a) | 1993-2011 | 2,370 | 68 | Use vs none | 0.76 | (0.52-1.12) |
| Tran (PCCIU) | 1996-2011 | 1,533 | 45 | Use vs none | 1.41 | (0.91-2.15) |
| Tran (UKB)[4] | 2006-2014 | 471,851 | 8 | Use vs none | 1.82 | (0.87-3.79) |

[1] Appendix 1 gives study details.
[2] R vs PPIs gave RR=0.86 (0.71-1.05).
[3] R vs non-use gave RR=1.91 (1.09-3.36).
[4] Any H2RA vs non-use gave RR=1.70 (0.82-3.53).

**Table 6.2.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends

| Study | Cancer | Category 1<br>RR (95% CI) | Category 2<br>RR (95% CI) |
|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | |
| Adami | Liver | >=5 Rxs<br>1.09 (0.70-1.69) | >=10 Rxs<br>0.79 (0.43-1.44) |

### *III.B.5. Results from Observational Studies of PANCREATIC CANCER*

**Summary.** Both active comparator studies reported RR<1 for ranitidine use and pancreatic cancer.[1,4] When comparing ranitidine to non-use for pancreatic cancer, two studies by one research team using the same data gave results driven by the low dose group, which is opposite of what one would expect if ranitidine were validly associated with pancreatic cancer,[11,12] and another study was based on five exposed cases.[15] Overall, results from these studies do not support an association between ranitidine and pancreatic cancer.

**Ranitidine vs Active Comparator.** Two studies compared ranitidine use to other H2RA use and found RR<1 for pancreatic cancer (Table 7.1). Kim Y et al.[4] compared ranitidine to famotidine and found RR=0.54 (95% CI=0.49-0.62). Adami et al.[1] compared ranitidine use to other H2RA use and found RR=0.97 (95% CI=0.87-1.10), and a lower risk for higher intake (Table 7.2).

**Ranitidine vs Non-Use.** Two duplicative publications reported results from comparing ranitidine use to non-use in the PCCIU cohort: McDowell (a) et al.[11] and McDowell (b) et al.[12] (Table 7.1). McDowell (a) et al. reported a RR=1.36 (95% CI=1.06-1.73) for pancreatic cancer. This result was from one of 5,622 medicine-cancer associations evaluated in a broad drug screening study, and thus, as noted by the authors, may have been simply a false-positive chance finding due to undertaking multiple comparisons without appropriate statistical control. Nevertheless, the same research team reported this same finding in a second paper—an almost identical RR=1.37 (95% CI=1.10-1.70),[12] obscuring the potential chance finding of the original result by making it appear as if a specific hypothesis was being test a priori. Moreover, the McDowell (b) et al.[12] result was primarily driven by those in the lower dose group, whereas among individuals who received >=6 prescriptions the RR=1.20 (95% CI=0.88-1.63) (Table 7.2), which is the opposite of what one would expect if ranitidine were validly associated with pancreatic cancer. Habel et al.[9] reported a RR=2.60 (95% CI=1.06-6.38) for pancreatic cancer based on only five exposed cases.

**Table 7.1 Pancreatic cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **<u>Ranitidine vs Active Comparator</u>** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Kim Y | 2009-2018 | 1,490,998 | 320 | R vs F | 0.54 | (0.49-0.62) |
| Adami[2] | 1996-2018 | 286,062 | 498 | R vs C or F | 0.97 | (0.87-1.10) |
| **<u>Ranitidine vs Non-Use</u>** | | | | | | |
| McDowell (b)[3] | 1993-2011 | 5,798 | 143 | Use vs none | 1.37 | (1.10-1.70) |
| Habel | 1982-1995 | 10,142 | 5 | Use vs none | 2.60 | (1.06-6.38) |

[1] Appendix 1 gives study details.
[2] R vs PPIs gave RR=0.99 (95% CI=0.89-1.09).
[3] The results in McDowell (b) were previously published in McDowell (a), so these studies provide the same information and represent a single result (i.e., the findings are not from two independent studies). McDowell (a) reported RR=1.36 (95% CI=1.06-1.73).

**Table 7.2.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends. Categories indicate increasing dose or duration.

| Study | Cancer | Category 1<br>RR (95% CI) | Category 2<br>RR (95% CI) |
|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | |
| Adami | Pancreatic | >=5 Rxs<br>0.85 (0.67-1.06) | >=10 Rxs<br>0.81 (0.60-1.09) |
| **Ranitidine vs Non-Use** | | | |
| McDowell (b) | Pancreatic | <6 Rxs<br>1.49 (1.12-1.99) | >=6 Rxs<br>1.20 (0.88-1.63) |

### III.C. Summary and Evaluation of Results from the Primary Observational Studies

Most of the observational studies have given null or negative results for the potential statistical association between ranitidine use and cancers. When comparing ranitidine to other H2RAs or PPIs (active comparator), there were no valid associations with cancer. When comparing ranitidine use to non-use (i.e., no active comparator) there were inconsistent results. The differences in the active comparator versus non-active comparator results and the lack of clear associations with longer lag times or potential dose- or duration-response suggests that any RRs > 1 likely reflect underlying biases within some of the non-active comparator studies, meaning they should not be considered to be valid associations. Taken together, the studies do not support a true association, much less a causal relationship, between ranitidine use and cancer, as many of the authors themselves noted.

**Control for Reverse Causality or Potential Bias Limits Associations**. Some of the studies investigated whether ranitidine was associated with cancers in comparison with use of other H2RAs or PPIs. These analyses may help address potential reverse causality or confounding of ranitidine-cancer associations because different H2RAs may be used in response to similar cancer symptoms, indications, or risk factors. If ranitidine were uniquely causal for cancer, one would expect users of this drug to have a higher risk of cancer than individuals taking other H2RAs. These active comparator studies consistently indicated no valid association between ranitidine and cancer.[1] In contrast, some studies comparing ranitidine versus non-use reported RRs > 1, suggesting reverse causality or confounding bias. Moreover, one research team led by Cardwell published five papers from the same dataset using overlapping subjects.[2,11,12,15,16] These results indicate how using an active comparator study may control for a confounded association (i.e., for bladder cancer) and how the same team can report different results from the same dataset depending on how confounding is controlled (e.g., for gastric and liver cancer).

**Lack of Association with Longer Lag Time**. For those studies that included varying lag times in their analyses, the RRs for associations between ranitidine and cancer were often closer to the null (RR=1) the longer the lag. In fact, the statistically significant associations between ranitidine use and some cancers were most often observed when restricting data to the shortest (or no) lag time, or among individuals who started taking the drug in the time period closest to cancer diagnosis. For individuals who started taking ranitidine with a longer lag time prior to cancer diagnosis, those relationships diminished. This is important because if the association is causal, one would expect to see this relationship across longer lag times. Instead, the findings suggest that cancer symptoms or related

diagnoses may lead to use of ranitidine and that the association for the near cancer-term use of ranitidine results from reverse causality or confounding bias.

**Lack of Dose-Response**. Some of the observational studies also looked at the potential dose- or duration-response association between the amount of ranitidine used, or time period of use, and cancer. This is important because if there were a valid association, one expects increased ranitidine use to result in a higher risk of cancer. No consistent overall dose- and duration-response relationships or trends were detected across the studies, and the RRs generally shifted up and down with increasing drug levels. Note that when assessing dose-response it is inappropriate to make multiple comparisons across numerous dose categories and then select and report findings from a single category without an overall global evaluation.

Taken together, across the observational studies the totality of reliable data indicate no valid association, much less a causal relationship between ranitidine and cancer. The active comparator studies consistently show no valid associations. Any associations in the non-active comparator studies most likely reflect issues with reverse causation or confounding. In agreement with this assessment, none of the observational studies concluded that there was an association between ranitidine use and cancer.

**III.D Summary of Observational Studies**

Considering that most results were null associations, and any positive results were susceptible to reverse causality or confounding bias, none of the observational studies concluded that there was a causal association between ranitidine use and cancer. In fact, many of the authors expressly stated that their studies do not support or establish causation (quotes given above in my executive summary). I am in full agreement with this assessment.

I also agree with the noteworthy editorial by Walker[62] that the association between H2RAs overall and gastric cancer observed by Johnson et al.[63] is likely due to confounding by indication. Walker further explains:

> "Confounding by indication, unfortunately, is only partly amenable to these standard solutions [of confounder control], because each of them requires full information on the prognostic factors that also affect treatment choice."

In other words, with observational studies, it is extremely difficult to address one of the key potential confounding biases of concern here when comparing ranitidine versus non-users. If such confounding bias cannot be adequately controlled, one may observe a spurious association between ranitidine use and cancer. Even if one has attempted to assess and control for potential confounders in observational studies, there may remain residual and unmeasured confounding that results in biased estimates of association. One valuable approach to addressing such concerns is undertaking active comparator studies of ranitidine versus other H2RAs, which have indicated no valid association with cancer.

The lack of consistency in the statistical associations observed here between ranitidine use and cancer is not an unusual scenario in medical and scientific research. Many findings in observational studies or other scientific research have poor replication, especially if based on a small number of observations. In fact, there is currently a widespread concern that a substantial percentage of published scientific results are false positive findings that do not replicate in follow-up studies.[30] As noted above, the importance of this concern prompted the journal Nature to recently publish a special multi-paper issue "Challenges in irreproducible research," in which they note "[t]here is growing alarm about results that cannot be reproduced."[21]

## IV. BRADFORD HILL CAUSALITY ANALYSIS

A general requirement for undertaking a causality analysis is the detection of a valid association, because if there is no valid association between an exposure and an outcome, there cannot be a causal relationship between the exposure and outcome. As noted above, the human studies of ranitidine and cancer do not report such an association, which means there is no need to conduct a causality analysis. Nevertheless, for the sake of completeness I provide here an analysis of the Bradford Hill causality criteria.[51] These criteria are: temporality, biological gradient (also referred to as dose response), consistency, strength of association, specificity, plausibility, coherence, experiment, and analogy. The importance of the criteria for assessing causality varies substantially. Of these, temporality, biological gradient, consistency, and strength of association are the most important factors, while the others are much less useful.

**Temporality** designates that an exposure precedes the disease outcome. This is the one criterion required (but not sufficient) for causality under the Bradford Hill framework. Many of the observational studies assessed ranitidine intake prior to a formal cancer diagnosis. Some studies also used lag times to try and remove from their analysis ranitidine exposure occurring just before diagnosis, but found that the RRs for associations between ranitidine and cancer were often weaker the longer the lag. Because many cancers are slow growing, we cannot be assured that ranitidine use began after cancer initiation. Instead, ranitidine may have been used in response to early cancer symptoms. This would suggest the existence of reverse causality, and the key criterion of temporality may not be fulfilled here.

**Biologic gradient** refers to the presence of a dose-response whereby increasing levels of the exposure results in larger RRs for the outcome. The observational studies do not find that increasing levels—or duration—of ranitidine use results in higher RRs for cancer. The lack of a dose-response undermines the hypothesis that ranitidine is causal for cancer.

**Consistency** indicates that results should be similar across different studies. For ranitidine we see that the RRs substantially vary with some being below, equal, or greater than 1. The lack of reproducible results across the observational studies does not support a causal relationship between ranitidine and cancer.

**Strength of association** implies that larger magnitude estimates of effect (e.g., RRs) between an exposure and outcome provide support for a causal relationship. This is in part because larger associations may be less likely fully explained by potential confounding or other sources of bias. For ranitidine and cancer many of the RRs were close to the null value of 1.0 (or negative). The number of RR>1 were generally of modest magnitude and likely due to bias.

**Specificity** indicates that a cause is more likely if an exposure results in a single disease or affects a specific population. Cancer is not a single disease, and individual cancer types have different etiologies. Based on the observational studies, ranitidine does not appear specifically associated with any particular cancer.

**Plausibility** refers to biological evidence supporting the existence of an exposure-outcome relationship. The biological plausibility of ranitidine causing cancer hinges on the existence of NDMA in ranitidine and the biological effect, if any, of that level of exposure in humans. Both of these are discussed in other expert reports. NDMA has been classified as a probable carcinogen, with limited evidence of carcinogenicity in humans and sufficient evidence of carcinogenicity in animal studies, at certain doses in certain species.[55,64] The results from animal studies are relevant to the very narrow laboratory

conditions under which experiments were undertaken and may or may not hold for human exposure levels. This distinction between animal experiments and real-world human use is amplified by the fact that animal studies generally use very high NDMA doses. If there exist potential human exposures via ranitidine, these may be at a much lower level or overshadowed by NDMA exposure from dietary or other sources (e.g., natural endogenous NDMA formation).[65]

**Coherence** indicates that a potential association should not conflict with other substantive knowledge about the exposure or disease. That is, there should be agreement among different studies and sources of data (e.g., epidemiologic and animal studies). The epidemiologic studies show no consistent associations and include several results at or below the null, suggesting that this criterion for causality is not fulfilled.

**Experiment** may refer to several different types of investigations, including laboratory experiments, interventional removal of an exposure, or clinical trials. There are findings from animal studies of NDMA (see plausibility above), but little or no information from ranitidine intervention studies or clinical trials. The latter provide the highest hierarchy of scientific evidence, and the clinical trial data does not support a relationship between ranitidine and cancer.

**Analogy** reflects the existence of a similar established relationship to support the potential exposure-disease association under study. For ranitidine and cancer, there is little evidence of a clear analogous relationship. This criterion may have limited value since it can be applied in a speculative manner.

## V. <u>SUMMARY OF TOTALITY OF THE SCIENTIFIC EVIDENCE</u>

In this report I have undertaken an extensive analysis of the human studies investigating the potential association between ranitidine use and cancer. Based on the available scientific literature, there does not exist reliable evidence that ranitidine is associated with, much less causes, cancer. The most appropriate comparisons of ranitidine versus other H2RAs indicate no valid association across the five cancers evaluated here. The few statistical correlations arising when comparing ranitidine to non-use appear to reflect reverse causality, uncontrolled biases, and chance—not a true association or relationship. For example, Liu et al.[16] observed that gastric cancer patients were almost 10 times more likely to newly use ranitidine in the year prior to diagnosis than controls,[16] suggesting reverse causality whereby symptoms of cancer led to ranitidine use. Such factors could result in a confounded, invalid association between ranitidine use and cancer. Authors of the numerous peer-reviewed published observational studies agree, as none of their studies showed that ranitidine use causes cancer. I agree with these authors and with the body of evidence from human studies to date which suggests that to a high degree of scientific certainty the current epidemiologic evidence does not support a causal relationship between ranitidine use and cancer.

## VI. <u>RESPONSE TO PLAINTIFFS' EXPERT REPORTS OF DR. MOORMAN AND DR. MCTIERNAN</u>

In contrast with the authors of the observational studies of ranitidine, the Plaintiffs' epidemiology experts, Dr. Moorman and Dr. McTiernan concluded that there was a causal association between ranitidine use and esophageal, gastric, bladder, liver, or pancreatic cancer. This conclusion was based on the below interpretations of the evidence highlighted in their reports and analysis of the Bradford Hill criteria. However, as described below, each of these is based on faulty methodology that does not reflect standard epidemiologic practice. The Plaintiffs' experts used a non-accepted 'anything goes' approach that considered all relative risks as indicating an association, and selectively interpreted results and studies to fit their narrative of a causal relationship between ranitidine and cancer. They

dismissed findings of no valid association from recent peer-reviewed manuscripts that used the widely accepted active comparator study design comparing ranitidine users to users of other H2RAs to control for potential confounding. After incorrectly discrediting essentially all studies looking specifically at ranitidine, Dr. Moorman and Dr. McTiernan extrapolated information from non-ranitidine studies to support their claim of causality. This approach differs from how any scientist or agency would evaluate the potential carcinogenicity of an exposure. The studies used for the basis of their assessment look at the approximate exposure to NDMA in foods and certain occupations, which have limited relevance to ranitidine use or exposure to NDMA in ranitidine under the actual patterns and conditions of ranitidine use. Taken together, the flawed methodology explains the discrepancy between their conclusions and those reached by the larger scientific community in the published, peer-reviewed observational studies looking at ranitidine and cancer, including over ten studies since 2020.

### VI.A. Non-Standard Interpretation of Results

Dr. McTiernan and Dr. Moorman use non-accepted methodology when considering the magnitude and consistency of potential associations between ranitidine and other exposures and cancer. Dr. McTiernan assumes that "[a]ny relative risk other than 1.0 indicates an association, whether positive or negative, regardless of the results of statistical tests used with the relative risk" (P. 28). This unique view is not accepted by the field.

In particular, the American Statistical Association's President's Task Force recently published their unanimous view that "p-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from data."[22] In other words, properly applied and interpreted p-values and significance tests bolster a study's findings. The Task Force also highlighted that statistical significance "[t]hresholds are helpful when actions are required" (e.g., in courts of law).[22,66] While some other statisticians have argued that one should not assess associations using statistical significance testing,[67,68] they also are "not advocating for an anything goes situation, in which weak evidence suddenly becomes credible."[69]

In contrast, Dr. McTiernan takes such an 'anything goes' approach, incorrectly assuming that weak evidence is credible throughout her report. She states that "there is no level of relative risk other than 1.0 that indicates lack of association" (P. 107), and simply counts the number of studies with RR>1.0 regardless of the magnitude of association and width of 95% confidence intervals when considering consistency of potential associations with cancer.

As one example of this 'anything goes' approach, Dr. McTiernan interprets results from Rademacher et al.[70] as indicating that "Risk of stomach cancer was increased by 50% (relative risk 1.5, 95% CI [0].12 - 18.25) in those whose municipal water nitrate level was > 10 mg/L and there was no evidence of dose-response." (Table 1 reproduced from Rademacher here). The small number of discordant pairs (10 total) and enormous confidence interval indicates that this association is extremely imprecise and essentially uninformative. In contrast with Dr. McTiernan's incorrect conclusion of a 50% increase in risk, Rademacher et al. correctly interpreted "[t]hese results did not indicate an increased risk of gastric cancer at any level."[70]

**Table 1.—Estimated Odds Ratios Obtained through Matched-Pair Analysis**

| Exposure* | Discordant pairs† | OR(MP) | 95% CI |
|---|---|---|---|
| > 0.5 | 207/226 | 0.92 | (0.75, 1.12) |
| > 2.5 | 113/117 | 0.97 | (0.74, 1.35) |
| > 5.0 | 25/29 | 0.86 | (0.69, 1.08) |
| > 10.0 | 6/4 | 1.50 | (0.12, 18.25) |
| Private well | 120/100 | 1.09 | (0.82, 1.47) |

*Expressed in mg/l $NO_3$-N.
†Number of matched pairs for which control was exposure-negative and case was exposure-positive/number of pairs for which control was exposure-positive and case was exposure-negative.

The plaintiffs' experts also claim that the key issue with not detecting statistically significant

associations is only small sample sizes. For example, regarding a study that reported a standardized incidence ratio <1.0,[71] Dr. McTiernan states "The main drawback was that the small study produced only 15 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk." (P. 266). Such power and statistical significance statements are repeated throughout the report when interpreting weak evidence and essentially non-informative or null results. But one cannot rely on weak or uncertain results by assuming they would be confirmed by larger studies – if that were true, there would be no need for larger studies or greater certainty. Plaintiffs' experts incorrectly assume that speculative interpretations of imprecise RR estimates will be affirmed with an increasing sample size, ignoring the potential impact of random or systematic error on the unstable RR estimate. As an analogy, if a quarter is tossed 10 times and randomly shows 7 heads, one could not conclude that 1,000 tosses will produce 700 heads. In reality, we know the larger study would likely confirm that the smaller study's findings merely reflected chance. Finally, the impact of any systematic unmeasured or uncontrolled confounding on putative associations would not be overcome by simply increasing sample size.

### VI.B. Selective Weighting of Results

Dr. Moorman and Dr. McTiernan selectively weighted and reported findings in support of their narrative, while excluding other non-supportive details and results. This "cherry picking" of data is not proper scientific methodology and does not produce reliable results.

For example, when considering putative dose-effects, Dr. McTiernan only reports results when RR>1.05, which gives an incomplete view of the findings. In particular, Dr. McTiernan states "In this review, I abstracted information on dose of NDMA presented in individual studies for studies that found relative risks of 1.05 or greater (indicating a 5% increased risk or greater with a given dose of NDMA[)]." (P 292). This results in a biased view of the findings. Below are a few specific examples of Dr. McTiernan's selective reporting:

- Incorrectly combined a crude (unadjusted) result for one dose (from supplemental table) and adjusted results for a higher dose from another table. (P. 289) (Adami et al.[1]).
- Selectively reported one finding "[e]sophageal RR 3.0 at DDD ≤ 150 mg" (P.288), but ignored the fact that RR<1 for higher daily doses (Tan et al.[14]).

Dr. McTiernan also subjectively weighted the results with RR>1 to be more important than results with RR<1. Regarding Yoon et al.[7] she states, "[b]ecause of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0." (P. 145, 149). Discussing Kantor et al.[8], Dr. Moorman says, "While findings of increased risk may provide a signal of increased risk for a particular cancer site, findings of no increased risk are not strong evidence for a lack of association with use of ranitidine or other acid-suppressing drugs." (P. 68). By down weighting results close to the null of RR=1, Dr. Moorman and Dr. McTiernan give a skewed view of the findings and incorrectly conclude that studies focused on ranitidine provide little or no information regarding the potential association between ranitidine and cancer.

In another example of selective weighting, Dr. McTiernan and Dr. Moorman each give high weight to the papers by the Cardwell group, specifically praising their methodology. Dr. McTiernan states, "[b]ecause of the strong methodology in these Scottish studies, I found these studies to be most informative of the ranitidine studies" (P. 147). Dr. Moorman describes Cardwell et al.[2] as an "excellent study," noting "[a]nalyses were conducted that compared ranitidine users to non-users and ranitidine users to other H2-blocker users and PPI users" and concluding that "[o]verall, this was a very well-

designed study with many notable strengths." (P. 62-63). Yet despite praising Cardwell's design, Dr. Moorman and Dr. McTiernan each selectively excluded from their analyses Cardwell's active comparator results showing no valid association and relying only on the non-user comparisons. By selectively embracing some but not all of Cardwell's findings, Dr. Moorman and Dr. McTiernan ignore Cardwell's own observation that "there was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists."[2]

**VI.D. Dismissing Active Comparator Studies and Results**

Both Plaintiffs' experts excluded most active comparator study results, which did not support an association between ranitidine and cancer. They used tenuous arguments to conclude that the active comparator studies are inferior to non-active comparator studies (or only relevant to gastric or esophageal cancer).

As shown, the active comparator approach "is regarded as the standard for pharmacoepidemiology, to be implemented whenever possible."[39] And several formal guidelines recommend their use.[40, 41, 42, 43, 44] The active comparator approach is valuable because it can directly address confounding by indication and unmeasured or residual confounding, which several authors have noted is of particular concern for studies involving ranitidine given the baseline risk factors of the population using heartburn medication. In fact, Dr. Moorman uses the existence of active comparator studies as part of her criterion to judge the 'importance' of a study. In discussing Cardwell et al.,[2] Dr. Moorman states that "analyses were conducted that compared ranitidine users to non-users and ranitidine users to other H2-blocker users and PPI users," and that, "[o]verall, this was a very well-designed study with many notable strengths." (P. 62-63). As shown, numerous recent peer-reviewed, published studies in direct response to this question of ranitidine and NDMA have used active comparator designs to reduce bias and confounding.

In contradiction to these generally accepted principles, Dr. Moorman and Dr. McTiernan essentially disqualify and ignore results from the active comparator analyses. Both experts argue that active comparator studies give incorrect null results (RR ~ 1.0) because users of the other (non-ranitidine) H2RAs or PPIs have an increased risk of cancer. But this argument is specious. As shown, H2RAs are the most appropriate active comparator. Any alleged baseline risk attributable to H2RAs or H2RA users as a class would be the same in both active comparator groups. The Plaintiffs' theory here is that ranitidine is uniquely causal of cancer due to a specific NDMA-mediated mechanism. Thus, active comparator studies would hold constant any baseline risk purported by Plaintiffs and isolate the effect of ranitidine, if any. And those studies have shown no effect of NDMA in ranitidine. Moreover, there is no reliable evidence that Plaintiffs' assumption is even true that other H2RAs cause cancer. Instead, like ranitidine, other H2RAs are used to treat indications for cancer, which may arise from known cancer risk factors (e.g., smoking), resulting in potentially invalid RR>1 that reflect confounding. Controlling for such potential biases is extremely challenging without an active comparator design. Therefore, many of the most recent studies of ranitidine and cancer have used an active comparator design. Instead of assuming that the active comparator studies give biased results, an alternative explanation is that the non-active comparator studies give biased results due to unmeasured and uncontrolled confounding. This is reflected in the choice by the larger scientific community to endorse active comparators in the published ranitidine literature. None have endorsed Plaintiffs' experts concerns stated here.

Dr. Moorman correctly notes that the active comparison approach is valid, but incorrectly argues that this holds only for gastric or esophageal cancer:

> "A typical approach to addressing confounding by indication is to use an active comparator approach, in which the risk for cancer with the exposure of interest (ranitidine in this case) is calculated relative to the risk for cancer with use of the comparator drugs (other acid-suppressing drugs). In regard to acid-suppressing drugs, there is evidence that the indications for the drugs (i.e., the reason the people take the drug), including conditions such as gastroesophageal reflux or H. pylori infection, are risk factors for gastric and esophageal cancer.[43]. However, based on the established risk factors listed on the American Cancer Society website for the other cancers being evaluated in this report, conditions treated with acid-suppressing drugs are not generally recognized risk factors for the other cancers being evaluated in this report. . . . Therefore, active comparator studies are an appropriate study design for gastric and esophageal cancer (and possibly liver cancer) to address confounding by indication, but for the other cancers listed in the table confounding by indication is not an important concern because the indications for use of acid-suppressant drugs are not risk factors for these cancers." (P. 25, 26)

This is methodologically incorrect, because the indication may be caused by another risk factor for other cancers. In this case, smoking is a strong risk factor for all five cancers (and is listed in Table 2 of Dr. Moorman's Report, P. 26). Moreover, smoking leads to gastroesophageal reflux: nicotine relaxes the lower esophageal sphincter, which can allow reflux into the esophagus and cause heartburn. Therefore, active comparator studies are valuable for any cancer for which smoking is a risk factor. Lastly, active comparator studies can directly address concerns with what is the most appropriate lag time for cancer studies.




**VI.E. Assuming that Confounding and Exposure Misclassification Result in Underestimated Associations and Non-Informative Findings**

A theme throughout Dr. Moorman and Dr. McTiernan's reports is that the results presented in observational ranitidine studies underestimate the potential association. They focus on explaining why measurement error leads to results that are biased toward the null of no association (RR=1), with a limited consideration of the magnitude of potential bias away from the null (RR>1) due to confounding or misclassification.

Dr. McTiernan argues that positive confounders could bias the association either toward or away from

the null: "the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction[.]" (P. 184). This is methodologically incorrect regarding the potential confounding under consideration. If the putative association is positive, and the confounder is positively associated with the exposure and outcome, then failing to account for the potential confounder will result in an increased association (i.e., biased away from the null value). For example, smoking is associated with ranitidine use and is also a primary risk factor for bladder cancer. Incomplete control for confounding by smoking will result in estimated RRs that are further from the null (RR=1) than the true value. Thus, the estimated RRs may be >1 simply due to confounding by smoking. This is especially relevant considering the large RR between smoking and bladder cancer.

Dr. Moorman and Dr. McTiernan speculate that there is so much misclassification of ranitidine use (single point in time, cross-over of drug use, etc.) that these studies provide no information. Dr. Moorman and Dr. McTiernan do not support this claim by assessing how severe the potential misclassification might be or what specific impact it would have on the results. This concern with misclassification also exists for the diet and occupational epidemiology studies extensively cited by the Plaintiffs' experts (discussed below). Dr. Moorman and Dr. McTiernan note that errors in the measurement of ranitidine use will always bias the estimated RR toward the null. While this is generally the case for non-differential measurement error, there are several scenarios whereby non-differential misclassification can result in bias away from the null (e.g., when considering more than two exposure categories as in dose-response or dietary studies). Moreover, the potential impact of any such misclassification may be reduced by using an active comparator study because of similarities in measurement between the comparators (i.e., ranitidine and other H2RAs).[1,6] As noted by Adami et al.[1] while "over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs . . . [t]he potential direction of bias in HR estimates is unclear, but the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs, since all major H2RBs were similarly impacted by over-the-counter use over time." In addition, there is methodological inconsistency in speculating about misclassification in active comparator studies while seemingly minimizing the apparent issue of bias/confounding in uncontrolled non-comparator studies. In contrast, the authors of the observational studies of ranitidine note substantive concerns with confounding.

### VI.F. Assuming That Ranitidine Studies Provide Limited Information and Cannot Assess Causality

Dr. Moorman and Dr. McTiernan agree that the most appropriate exposure to consider is ranitidine but argue that these studies are unable to guide an assessment of causality. Dr. McTiernan states that "[w]hile the studies of ranitidine and cancer risk would have the highest validity in assessing the causal role of ranitidine and cancer in humans, many of the existing epidemiologic studies are missing key epidemiologic elements that preclude them from being definitive or informative." (P. 37). Dr. Moorman notes "[a]s will be described in this report, there are a limited number of studies that have directly addressed the risk of cancer due to ranitidine use, and many of them had important methodological limitations, which limit the conclusions which can be drawn from those studies." (P. 40). Dr. Moorman further states "Also, it was impossible for these studies to estimate the amount of NDMA in the ranitidine products consumed." (P. 98). But ranitidine studies measure the effect of whatever amount of NDMA was in the ranitidine products consumed; if these studies truly provide little or no information and one cannot assess NDMA in ranitidine, then there is insufficient evidence to establish causation. This does not provide license to rely on lower categories of evidence that do not evaluate the exposure in question and instead require speculative leaps regarding the applicability of rubber factories or diet

surveys unrelated to ranitidine use. Nor has any published, peer-reviewed paper addressing this question endorsed such an approach.

One of the key claims raised by Dr. Moorman and Dr. McTiernan is that the follow-up times were insufficient to detect associations in ranitidine studies. However, observational studies of cancer commonly have less than 20 years of follow-up and are still able to detect associations when they truly exist. This is because there can be a broad range of cancer latency periods within a population. Moreover, one may expect to see evidence of dose-response trends across such varying latency periods. In contrast with the Plaintiffs' experts' criticism of follow-up time in ranitidine studies, they cite nutritional epidemiology studies that did detect associations that had follow-up times similar or even shorter than those used in studies of ranitidine. For example, this length of time was sufficient to detect associations between processed / red meat and colorectal cancer.[54] Plaintiffs' experts' are inconsistent in their methodology when they claim those studies are relevant to the present question, then dismiss the ranitidine studies of similar or longer length as too short. Plaintiffs allege NDMA levels in ranitidine similar to or greater than dietary levels. Thus, a consistent approach would dictate that the time periods used in the ranitidine studies are sufficient to show an association with cancer if ranitidine caused cancer. Moreover, Dr. McTiernan and Dr. Moorman both discuss the potential for NDMA or ranitidine to be a promotor of cancer, which would limit any concern with follow-up times.

### VI.G. Extrapolation of Dietary and Occupational Studies to Ranitidine

In assessing the potential association between ranitidine and the five cancers, Dr. Moorman and Dr. McTiernan's reports rely heavily on observational studies of potential diet and occupational exposures to NDMA. These studies have substantial limitations, give mixed results, and do not inform the question at hand about ranitidine and the cancers of interest. When evaluating potential associations, scientists and agencies (e.g., IARC) do not undertake this sort of extrapolation from one exposure to another. In fact, the totality of the observational studies undertaken following detection of NDMA in ranitidine have focused directly on use of ranitidine. That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself.

As an example of how agencies focus on specific exposures, when evaluating processed meat, IARC concluded that "[o]verall, the Working Group classified consumption of processed meat as "carcinogenic to humans" (Group 1) on the basis of sufficient evidence for colorectal cancer."[54,72] That 'sufficient evidence' was largely from observational studies of processed meat and colorectal cancer, not based on studies of constituents within processed meats. Furthermore, IARC did not conclude that other foods containing overlapping potential carcinogens caused cancer, nor that their findings indicated the same evidence for other cancers. (Nevertheless, Dr. McTiernan reported this result in a general manner for overall cancer risk, failing to mention the specific relevance to colorectal cancer (P. 19), a cancer Plaintiffs are no longer asserting in this case.)

Even if one used Dr. Moorman and Dr. McTiernan's non-standard approach of extrapolating results, dietary and occupational studies of NDMA have numerous weaknesses. These studies are subject to confounding and biases that are often challenging to measure or control, whereas the ranitidine studies employed active comparators to reduce confounding and bias. Dietary studies also rely on recalled approximations of foods eaten over a historical period and estimates of the amounts of NDMA within those foods.[73-76] As noted by Dr. McTiernan, "The time-span participants are asked to recall varies (could be weeks, months, years). However, research indicates that regardless of the time period asked of participants, most individuals fill out food frequency questionnaires with their current dietary patterns in mind." (P. 292). Similarly, occupational studies rely on self-reported or employment records of an individual's job history and estimates of NDMA exposure for a given position (which can be due to

different modes of exposure than ranitidine (e.g., inhalation)). Here, studies may simply use a job title from a single point in time to approximate exposure history across a long time period. In contrast, most ranitidine studies used more objective measures of exposure by querying electronic databases for prescriptions.

Regardless of these limitations, Dr. Moorman and Dr. McTiernan give these studies substantial weight when considering the potential association between ranitidine and cancer. Setting aside their inapplicability to the present question, observational diet studies give somewhat mixed results regarding any potential association between meats or NDMA and the five cancers of interest.[55,77-84] For example, Dr. Moorman and Dr. McTiernan cite the large-scale European Prospective Investigation into Cancer and Nutrition (EPIC), which found no association between estimated dietary NDMA intake and bladder cancer (RR=0.98; 95% CI=0.92-1.05),[80] or gastric cancer (RR=1.01; 95% CI=0.90-1.12).[77] As another example, Dr. McTiernan extensively cites the EPIC-Norfolk study[78] as supporting an association with dietary NDMA, stating that in this study "there is some evidence that daily intake of just 47 nanograms of NDMA from foods is enough to elevate risk of cancer" (P. 15) and "each 47 nanograms increase in dietary NDMA intake increased risk for gastrointestinal cancers by 13%." (P. 18). However, as the study authors noted, their key finding was not driven by 'cancer' or 'gastrointestinal cancers,' but rather "[i]n conclusion, our results suggested that there was a positive association between NDMA intake and gastrointestinal cancer risk, specifically of rectal cancer"[78], again, a cancer no longer asserted in this case. Dr. McTiernan ignored this fact, and instead selectively reported results from analyses that were driven by rectal cancer as though they pertained to other cancers.

Similarly, Dr. McTiernan ignored the fact that results from the World Cancer Research Fund regarding diet and cancer are also driven by colorectal cancer. Dr. McTiernan states that "[t]he epidemiologic data, unsurprisingly, show much larger associations between processed meats and risk for several cancers than do vegetables or fruits. The risk of processed meats is high enough that the World Cancer Research Fund recommends that individuals avoid intake of processed meat. (https://www.wcrf.org/diet-and-cancer/cancer-prevention-recommendations/) (accessed 7/13/21)." (P. 54). She does not, however, note that that website she cited states "[o]ne of our Cancer Prevention Recommendations is to eat no more than moderate amounts of red meat, such as beef, pork and lamb, and eat little, if any, processed meat. There is strong evidence that consumption of either red or processed meat are both **causes of colorectal cancer**." The World Cancer Research Fund found limited evidence for processed meat increasing the risk of non-cardia gastric cancer and notes that NDMA is one of many exposures where "[e]vidence is so limited that no firm conclusion can be made."[85] Moreover, the World Cancer Research Fund does not even mention NDMA for any of the other cancers reported, including esophageal, bladder, pancreatic, and liver cancers.[85]

Dr. Moorman and Dr. McTiernan also extrapolate findings from studies evaluating occupational NDMA exposures (e.g., via inhalation) and cancer to their assessment of ranitidine.[86-88] One of these studies evaluated the potential association between N-nitrosamine exposures (i.e., NDMA and N-nitrosomorphiline (NMor)) and cancer mortality among individuals working in the British rubber industry.[86] Both NDMA and NMor were positively associated with bladder and stomach cancer,[86] highlighting challenges in separating out what specific exposures may be directly associated with cancer versus simply being correlated with an associated exposure. Moreover, in this study, job information was only available in a single year (1967), requiring an assumption that all subjects remained in the same factory department until they retired at age 70, died, or emigrated.[86] That is, the exposures are inferred from a single year of employment across an individual's working life; the study also did not have information on important potential confounders (e.g., smoking). This study conflicted with a publication using the same data published a year earlier by the same authors that compared

rubber industry employees to the general population and did not find associations,[89,90] although this may be due to the healthy worker effect.[91]

### VI.H Rely on Methodologically Flawed Studies that Support their Narrative

Dr. Moorman and Dr. McTiernan include in their analyses results from two studies with fatal methodological flaws. The first is a recent paper by McGwin[92] investigating reported adverse events among users of ranitidine and other H2RAs or PPIs using data from the FDA Adverse Events Reporting System (FAERS). The second is an unpublished pre-print by Braunstein et al.,[93] which presents results from a cross-sectional comparison of the prevalence of ranitidine use versus other H2RA or PPI use at diagnosis among cancer cases. The flaws in these studies may incorrectly suggest invalid RR>1 for the association between ranitidine and cancers.

Regarding McGwin,[92] FDA explicitly notes the following limitations with the FAERS that preclude its use for calculating the incidence of an adverse event or undertaking observational studies.[94] First, there is a lack of certainty that a reported adverse event (e.g., cancer) is due to the product (e.g., ranitidine), and reports often contain insufficient information to fully evaluate an event. Second, not all adverse events are reported to FDA and what is reported depends on the time a product has been on the market and publicity surrounding a product. For example, media coverage, advertising, and social media posts about potential adverse events may prompt additional reporting to the FAERS. Third, there can be duplicate reports of the same outcome (i.e., by someone taking a product and by the sponsor). For these reasons, FDA cautions that FAERS data alone cannot be used to establish rates of events, evaluate a change in event rates over time, or compare event rates between drug products.

FDA limitations aside, McGwin[92] calculated the proportional reporting ratio (PRR), which is the proportion of cancer-related spontaneous reports for a given drug (i.e., ranitidine) that are linked to a specific adverse outcome (i.e., 10 gastrointestinal cancers), divided by the corresponding proportion for other drugs (i.e., other H2RAs or PPIs). The author reported positive PRRs when comparing adverse events reported by users of ranitidine versus other H2RAs or PPIs for any gastrointestinal system cancer (PRR=3.66; 95% CI=3.19-4.20). McGwin also reported statistically significant positive PRRs for esophageal, stomach, liver, and pancreatic cancers. The author concludes that ‘the study results support the hypothesis that NDMA-contaminated ranitidine increases the risk of cancer…”

However, in addition to issues with using the FAERS for observational research, it is well known that the PRR has serious limitations and is not an appropriate measure to assess association.[95] The proportions in the PRR are not risks, but instead are the number of gastrointestinal-cancer-associated adverse events divided by the total number of adverse events (i.e., among individuals taking either ranitidine vs other H2RAs or PPIs). That is, the denominators of each proportion in the PRR are not the number of individuals at risk of gastrointestinal cancers, but rather adverse events among those at risk. The proportions in the PRR calculated by McGwin can be written as:

$$PRR = \frac{\left(\frac{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ ranitidine}{\#\ All\ adverse\ events\ reported\ due\ to\ ranitidine}\right)}{\left(\frac{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}{\#\ All\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}\right)}$$

Any factors that distort these proportions can result in a positive PRR that does not reflect a true association. The adverse events in McGwin included those reported following publicity and litigation surrounding the use of ranitidine, during which time the number of reports has steadily increased. This

could stimulate increased reporting of gastrointestinal cancers among users, inflating the numerator of the top proportion and resulting in a false positive PRR.

Even if there is no difference in adverse event reporting of gastrointestinal cancers between users of ranitidine versus other H2RAs or PPIs, an increase in non-gastrointestinal cancer adverse events reported for the non-ranitidine drugs (e.g., due to increased concerns of litigation over different adverse events surrounding PPI use) would incorrectly suggest an invalid RR>1 for the association between ranitidine and gastrointestinal cancers. That is, if there are a disproportionate number of non-cancer adverse events among users of other H2RAs or PPIs, the PRR would be inflated, leading to a false positive result. This potential bias due to increased reporting of other adverse events is seen if we rearrange the PRR as follows.

$$PRR = \frac{\left(\frac{\#\ All\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}{\#\ All\ adverse\ events\ reported\ due\ to\ ranitidine}\right)}{\left(\frac{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ ranitidine}\right)}$$

This view of the PRR formula highlights how publicity-driven reports over PPI litigation can skew the PRR for ranitidine.

Regarding Braunstein et al.,[93] while not a peer-reviewed publication, this pre-print has been cited in the literature as showing that "[r]anitidine use was associated with a significant increase in the odds of presenting with breast, testicular, thyroid, and kidney cancer,"[96] even though the results were removed from a different manuscript prior to publication.[97] (Notably, none of these cancers are still alleged in this litigation.) Braunstein et al.[93] use a similar approach as presented above for McGwin's[92] PRR, effectively calculating the proportion of all cancer cases, those who took ranitidine and had specific cancers, divided by the corresponding proportion for other H2RAs. As discussed above, such an analysis has serious limitations and should not be used to assess associations.

A critical issue is that the paper compared prevalent ranitidine use and individual cancer types (i.e., the 'cases') to all other cancers (i.e., the 'controls'). That is, for each cancer comparison, the 'control' group included individuals with all other cancers. This resulted in each of the 'control' groups containing largely overlapping sets of cancer cases using H2RA or PPI at diagnoses, with a prevalence of ranitidine use between approximately 8-9% (or 7% when restricted to men) (Table 2[93]). The prevalence of ranitidine use for each cancer was effectively compared to 'all other cancer' prevalence. By definition, when the individual cancer prevalence was similar, lower, or higher than the 'all other cancer' prevalence, the RR would be ~1, <1, and >1, respectively. The first three entries in Braunstein et al.'s Table 2 show each of these scenarios (for lung, colorectal, and thyroid cancers).[93] First, the prevalence of ranitidine use among lung cancer cases was 7.1%—similar to all other cancers—so RR=0.80 (95% CI=0.60-1.03). Second, the prevalence of ranitidine use among colorectal cancers was lower (4.3%) than for all other cancers, resulting in RR=0.48 (95% CI=0.30-0.74). Third, the prevalence of ranitidine use among thyroid cancer cases was higher at 14.5%, with RR=1.89 (95% CI=1.18-2.92). The other results follow a similar pattern: depending on the prevalence of ranitidine use among cases, some RR are ~1, others <1, and others >1.

This pattern of associations is guaranteed by the study design. By iteratively comparing each cancer to all other cancers, any observed increased ranitidine prevalence for one cancer must be offset by decreased prevalence for other cancers. In other words, because each comparison is to the overall mean prevalence of ~8-9%, if a cancer has a higher prevalence (and thus RR>1), there must be other cancers with a lower prevalence (and thus RR<1). Therefore, this study provides no clear evidence for positive or negative associations between ranitidine and cancer. Moreover, esophageal and gastric

cancers were excluded from Braunstein et al.'s presented results "due to the potential for reverse causality and confounding by indication," indicating the authors agreement that any association may reflect reverse causality and confounding bias. Finally, the conclusion that they detected some RR>1 but that "[u]nexplained inverse (negative) associations were observed"[93] is illogical because, due to their study design, the former assured the latter.

## VII. CONCLUSION

In summary, the body of evidence from human studies to date suggests that to a high degree of scientific certainty the current epidemiologic evidence does not support a valid association, much less a causal relationship between ranitidine use and esophageal, gastric, bladder, liver, or pancreatic cancer. Most of the observational studies give null or negative results for the potential statistical association between ranitidine use and the five cancers. The most appropriate active comparison of ranitidine versus other H2RAs indicates no association across the five cancers evaluated here. When comparing ranitidine use to non-use (i.e., no active comparator) there were inconsistent results and no valid associations. The differences in the active comparator versus non-active comparator results and the attenuation of associations with longer lag times or potential dose- or duration-response suggests that any RR>1 likely reflect underlying biases within some of the non-active comparator studies. Taken together, the studies do not support a causal relationship between use of ranitidine and esophageal, gastric, bladder, liver, or pancreatic cancer. The Plaintiffs' experts use non-accepted methodology to reach an opposite conclusion, including selective interpretation, reporting, and use of results. In contrast with the Plaintiffs' experts, my opinion agrees with the scientists who undertook the studies of ranitidine, none of whom concluded that there was a causal association between ranitidine and cancer.

**THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK**

Contains Confidential Information – Subject to Protective Order

I hold these opinions to a reasonable degree of scientific certainty. I reserve the right to supplement this report if new information becomes available and to respond to opinions offered by the Plaintiffs' experts in their testimony or otherwise. My fee for consulting in this litigation, including reviewing the scientific and medical literature, drafting this report, and sitting for deposition or court testimony is $700 per hour. I have provided expert deposition testimony one time in the last four years, in the case *In re: Viagra (Sildenafil Citrate) Products Liability Litigation*, Case No. 16-md-02691-RS (M.D. Cal.).

John S. Witte (signature) March 7, 2022

John S. Witte, Ph.D. Date

Contains Confidential Information – Subject to Protective Order

# REFERENCES


1 Adami, H. O. *et al.* Ranitidine Use and Risk of Upper Gastrointestinal Cancers. *Cancer Epidemiol Biomarkers Prev* **30**, 2302-2308, doi:10.1158/1055-9965.EPI-21-0831 (2021).

2 Cardwell, C. R., McDowell, R. D., Hughes, C. M., Hicks, B. & Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol* **116**, 1612-1619, doi:10.14309/ajg.0000000000001310 (2021).

3 Iwagami, M. *et al.* Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf* **44**, 361-371, doi:10.1007/s40264-020-01024-0 (2021).

4 Kim, Y. D. *et al.* No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther* **54**, 606-615, doi:10.1111/apt.16464 (2021).

5 Kumar, S., Goldberg, D. S. & Kaplan, D. E. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Dig Dis Sci*, doi:10.1007/s10620-021-06972-w (2021).

6 Norgaard, M. *et al.* Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev* **31**, 45-50, doi:10.1158/1055-9965.EPI-21-0737 (2022).

7 Yoon, H. J., Kim, J. H., Seo, G. H. & Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med* **10**, doi:10.3390/jcm10010153 (2021).

8 Kantor, E. D. *et al.* Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology* **160**, 1856-1859 e1855, doi:10.1053/j.gastro.2020.12.037 (2021).

9 Habel, L. A., Levin, T. R. & Friedman, G. D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf* **9**, 149-155, doi:10.1002/(SICI)1099-1557(200003/04)9:2<149::AID-PDS481>3.0.CO;2-1 (2000).

10 Kim, S. *et al.* Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel)* **9**, doi:10.3390/healthcare9081071 (2021).

11 McDowell, R. D., Hughes, C., Murchie, P. & Cardwell, C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. *BMC Med* **19**, 22, doi:10.1186/s12916-020-01891-5 (2021).

12 McDowell, R. D., Hughes, C. M., Murchie, P. & Cardwell, C. R. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol* **71**, 101880, doi:10.1016/j.canep.2020.101880 (2021).

13 Pottegard, A. *et al.* Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. *EBioMedicine* **7**, 73-79, doi:10.1016/j.ebiom.2016.03.018 (2016).

14 Tan, M. C., El-Serag, H. B., Yu, X. & Thrift, A. P. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. *Aliment Pharmacol Ther* **48**, 469-477, doi:10.1111/apt.14895 (2018).

15 Tran, K. T. *et al.* Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther* **48**, 55-64, doi:10.1111/apt.14796 (2018).

16 Liu, P. *et al.* Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer* **123**, 307-315, doi:10.1038/s41416-020-0860-4 (2020).

17 Florian, J. *et al.* Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA* **326**, 240-249, doi:10.1001/jama.2021.9199 (2021).

18 Witte, R. S. & Witte, J. S. *Statistics*. Eleventh edition. edn, (Wiley, 2017).

19 Supreme Court of the United States No. 15-1262.

https://www.supremecourt.gov/opinions/16pdf/15-1262_db8e.pdf (2016).
20 Lash, T. L., VanderWeele, T. J., Haneuse, S. & Rothman, K. J. *Modern epidemiology*. 4th edn, (Wolters Kluwer Health/Lippincott Williams & Wilkins, 2021).
21 Nature. Challenges in irreproducible research. http://www.nature.com/news/reproducibility-1.17552 (2018).
22 Benjamini, Y. *et al.* The ASA president's task force statement on statistical significance and replicability. *The Annals of Applied Statistics* **15**, 1084-1085, 1082 (2021).
23 MacMahon, B., Yen, S., Trichopoulos, D., Warren, K. & Nardi, G. Coffee and cancer of the pancreas. *N Engl J Med* **304**, 630-633, doi:10.1056/NEJM198103123041102 (1981).
24 Opinion: Coffee and Cancer. www.nytimes.com/1981/03/14/opinion/coffee-and-cancer.html (1981).
25 Nilsson, L. M., Johansson, I., Lenner, P., Lindahl, B. & Van Guelpen, B. Consumption of filtered and boiled coffee and the risk of incident cancer: a prospective cohort study. *Cancer Causes Control* **21**, 1533-1544, doi:10.1007/s10552-010-9582-x (2010).
26 Maisonneuve, P. & Lowenfels, A. B. Risk factors for pancreatic cancer: a summary review of meta-analytical studies. *Int J Epidemiol* **44**, 186-198, doi:10.1093/ije/dyu240 (2015).
27 Hennekens, C. H. *et al.* Lack of effect of long-term supplementation with beta carotene on the incidence of malignant neoplasms and cardiovascular disease. *N Engl J Med* **334**, 1145-1149, doi:10.1056/NEJM199605023341801 (1996).
28 Smith, G. D. & Ebrahim, S. Data dredging, bias, or confounding. *BMJ* **325**, 1437-1438 (2002).
29 Stram, D. O., Huberman, M. & Wu, A. H. Is residual confounding a reasonable explanation for the apparent protective effects of beta-carotene found in epidemiologic studies of lung cancer in smokers? *Am J Epidemiol* **155**, 622-628 (2002).
30 Baker, M. 1,500 scientists lift the lid on reproducibility. *Nature* **533**, 452-454, doi:10.1038/533452a (2016).
31 Goodman, S. & Greenland, S. Why most published research findings are false: problems in the analysis. *PLoS Med* **4**, e168, doi:10.1371/journal.pmed.0040168 (2007).
32 Ioannidis, J. P. Why most published research findings are false. *PLoS Med* **2**, e124, doi:10.1371/journal.pmed.0020124 (2005).
33 Sendor, R. & Sturmer, T. Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators. *Pharmacoepidemiol Drug Saf*, doi:10.1002/pds.5407 (2022).
34 Franklin, J. M. *et al.* When Can Nonrandomized Studies Support Valid Inference Regarding Effectiveness or Safety of New Medical Treatments? *Clin Pharmacol Ther* **111**, 108-115, doi:10.1002/cpt.2255 (2022).
35 Glynn, R. J., Knight, E. L., Levin, R. & Avorn, J. Paradoxical relations of drug treatment with mortality in older persons. *Epidemiology* **12**, 682-689, doi:10.1097/00001648-200111000-00017 (2001).
36 Matthews, K. A., Kuller, L. H., Wing, R. R., Meilahn, E. N. & Plantinga, P. Prior to use of estrogen replacement therapy, are users healthier than nonusers? *Am J Epidemiol* **143**, 971-978, doi:10.1093/oxfordjournals.aje.a008678 (1996).
37 Setoguchi, S. *et al.* Influence of healthy candidate bias in assessing clinical effectiveness for implantable cardioverter-defibrillators: cohort study of older patients with heart failure. *BMJ* **348**, g2866, doi:10.1136/bmj.g2866 (2014).
38 Yoshida, K., Solomon, D. H. & Kim, S. C. Active-comparator design and new-user design in observational studies. *Nat Rev Rheumatol* **11**, 437-441, doi:10.1038/nrrheum.2015.30 (2015).
39 Lund, J. L., Richardson, D. B. & Sturmer, T. The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application. *Curr Epidemiol Rep* **2**, 221-228, doi:10.1007/s40471-015-0053-5 (2015).
40 Huitfeldt, A., Hernan, M. A., Kalager, M. & Robins, J. M. Comparative Effectiveness Research Using Observational Data: Active Comparators to Emulate Target Trials with Inactive Comparators. *EGEMS (Wash DC)* **4**, 1234, doi:10.13063/2327-9214.1234 (2016).

41 Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data. *U.S. Department of Health and Human Services Food and Drug Administration* (2013).
42 Gagne, J. J., Polinski, J. M., Avorn, J., Glynn, R. J. & Seeger, J. D. Standards for Causal Inference Methods in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research *Patient-Centered Outcome Research Institute Methodology Committee* (2012).
43 Dreyer, N. A. *et al.* GRACE principles: recognizing high-quality observational studies of comparative effectiveness. *Am J Manag Care* **16**, 467-471 (2010).
44 Setoguchi, S. & Gerhard, T. Comparator Selection. *In: Velentgas P, Dreyer NA, Nourjah P, et al., editors. Developing a Protocol for Observational Comparative Effectiveness Research: A User's Guide. Rockville (MD): Agency for Healthcare Research and Quality (US)* **Chapter 5** (2013).
45 Schneider, R. *et al.* Risk of skin cancer in new users of thiazides and thiazide-like diuretics: a cohort study using an active comparator group. *Br J Dermatol* **185**, 343-352, doi:10.1111/bjd.19880 (2021).
46 Sturmer, T. *et al.* Cancer incidence among those initiating insulin therapy with glargine versus human NPH insulin. *Diabetes Care* **36**, 3517-3525, doi:10.2337/dc13-0263 (2013).
47 Setoguchi, S., Glynn, R. J., Avorn, J., Mogun, H. & Schneeweiss, S. Statins and the risk of lung, breast, and colorectal cancer in the elderly. *Circulation* **115**, 27-33, doi:10.1161/CIRCULATIONAHA.106.650176 (2007).
48 Solomon, D. H. *et al.* Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. *Arthritis Rheum* **54**, 1378-1389, doi:10.1002/art.21887 (2006).
49 Ducrotté, P. *et al.* Comparison of omeprazole and famotidine on esophageal pH in patients with moderate to severe esophagitis: a cross-over study. *Am J Gastroenterol* **89**, 717-721 (1994).
50 Lipsy, R. J., Fennerty, B. & Fagan, T. C. Clinical review of histamine2 receptor antagonists. *Arch Intern Med* **150**, 745-751 (1990).
51 Hill, A. B. The Environment and Disease: Association or Causation? *Proc R Soc Med* **58**, 295-300 (1965).
52 Phillips, C. V. & Goodman, K. J. The missed lessons of Sir Austin Bradford Hill. *Epidemiol Perspect Innov* **1**, 3, doi:10.1186/1742-5573-1-3 (2004).
53 Pottegard, A., Friis, S., Sturmer, T., Hallas, J. & Bahmanyar, S. Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations. *Basic Clin Pharmacol Toxicol* **122**, 451-459, doi:10.1111/bcpt.12946 (2018).
54 IARC. Red Meat and Processed Meat. *IARC monographs on the evaluation of carcinogenic risks to humans* **114** (2018).
55 IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds. *IARC Monogr Eval Carcinog Risk Chem Man* **17**, 1-349 (1978).
56 Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl* **7**, 1-440 (1987).
57 Richter, J. E., Campbell, D. R., Kahrilas, P. J., Huang, B. & Fludas, C. Lansoprazole compared with ranitidine for the treatment of nonerosive gastroesophageal reflux disease. *Arch Intern Med* **160**, 1803-1809, doi:10.1001/archinte.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 (2000).
58 Peura, D. A., Riff, D. S., Snoddy, A. M. & Fennerty, M. B. Clinical trial: lansoprazole 15 or 30 mg once daily vs. placebo for treatment of frequent nighttime heartburn in self-treating subjects. *Aliment Pharmacol Ther* **30**, 459-468, doi:10.1111/j.1365-2036.2009.04064.x (2009).
59 Mills, J. G. *et al.* The safety of ranitidine in over a decade of use. *Aliment Pharmacol Ther* **11**, 129-137, doi:10.1046/j.1365-2036.1997.136312000.x (1997).
60 Freedman, N. D., Silverman, D. T., Hollenbeck, A. R., Schatzkin, A. & Abnet, C. C. Association between smoking and risk of bladder cancer among men and women. *JAMA* **306**, 737-745,

Contains Confidential Information – Subject to Protective Order

doi:10.1001/jama.2011.1142 (2011).
61 Brown, J. P. *et al.* Proton pump inhibitors and risk of all-cause and cause-specific mortality: A cohort study. *Br J Clin Pharmacol* **87**, 3150-3161, doi:10.1111/bcp.14728 (2021).
62 Walker, A. M. Confounding by indication. *Epidemiology* **7**, 335-336 (1996).
63 Johnson, A. G., Jick, S. S., Perera, D. R. & Jick, H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology* **7**, 434-436, doi:10.1097/00001648-199607000-00016 (1996).
64 Pottegård, A. *et al.* Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ* **362**, k3851, doi:10.1136/bmj.k3851 (2018).
65 Hrudey, S. E., Bull, R. J., Cotruvo, J. A., Paoli, G. & Wilson, M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal* **33**, 2179-2208, doi:10.1111/risa.12070 (2013).
66 Kafadar, K. <i>EDITORIAL</i>: Statistical significance, <i>P</i>-values, and replicability. *The Annals of Applied Statistics* **15**, 1081-1083, 1083 (2021).
67 Wasserstein, R. L. & Lazar, N. A. The ASA's Statement on p-Values: Context, Process, and Purpose. *The American Statistician* **70**, 129-133, doi:10.1080/00031305.2016.1154108 (2016).
68 Wasserstein, R. L., Schirm, A. L. & Lazar, N. A. Moving to a World Beyond "p < 0.05". *Am Stat* **73**, 1-19, doi:10.1080/00031305.2019.1583913 (2019).
69 Amrhein, V., Greenland, S. & McShane, B. Scientists rise up against statistical significance. *Nature* **567**, 305-307, doi:10.1038/d41586-019-00857-9 (2019).
70 Rademacher, J. J., Young, T. B. & Kanarek, M. S. Gastric cancer mortality and nitrate levels in Wisconsin drinking water. *Arch Environ Health* **47**, 292-294, doi:10.1080/00039896.1992.9938364 (1992).
71 Fandrem, S. I., Kjuus, H., Andersen, A. & Amlie, E. Incidence of cancer among workers in a Norwegian nitrate fertiliser plant. *Br J Ind Med* **50**, 647-652, doi:10.1136/oem.50.7.647 (1993).
72 Bouvard, V. *et al.* Carcinogenicity of consumption of red and processed meat. *Lancet Oncol* **16**, 1599-1600, doi:10.1016/S1470-2045(15)00444-1 (2015).
73 Park, J. E., Seo, J. E., Lee, J. Y. & Kwon, H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res* **31**, 279-288, doi:10.5487/TR.2015.31.3.279 (2015).
74 Lijinsky, W. N-Nitroso compounds in the diet. *Mutat Res* **443**, 129-138, doi:10.1016/s1383-5742(99)00015-0 (1999).
75 Willett, W. C. Nutritional epidemiology issues in chronic disease at the turn of the century. *Epidemiol Rev* **22**, 82-86, doi:10.1093/oxfordjournals.epirev.a018029 (2000).
76 Jakszyn, P. *et al.* Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons. *J Nutr* **134**, 2011-2014, doi:10.1093/jn/134.8.2011 (2004).
77 Jakszyn, P. *et al.* Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis* **27**, 1497-1501, doi:10.1093/carcin/bgl019 (2006).
78 Loh, Y. H. *et al.* N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr* **93**, 1053-1061, doi:10.3945/ajcn.111.012377 (2011).
79 Risch, H. A. *et al.* Dietary factors and the incidence of cancer of the stomach. *Am J Epidemiol* **122**, 947-959, doi:10.1093/oxfordjournals.aje.a114199 (1985).
80 Jakszyn, P. *et al.* Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev* **20**, 555-559, doi:10.1158/1055-9965.EPI-10-0971 (2011).
81 Song, P., Wu, L. & Guan, W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients* **7**, 9872-9895, doi:10.3390/nu7125505 (2015).
82 Xie, L. *et al.* Association between dietary nitrate and nitrite intake and sitespecific cancer risk: evidence from observational studies. *Oncotarget* **7**, 56915-56932, doi:10.18632/oncotarget.10917 (2016).

83 Farvid, M. S. *et al.* Consumption of red meat and processed meat and cancer incidence: a systematic review and meta-analysis of prospective studies. *Eur J Epidemiol* **36**, 937-951, doi:10.1007/s10654-021-00741-9 (2021).

84 Crippa, A., Larsson, S. C., Discacciati, A., Wolk, A. & Orsini, N. Red and processed meat consumption and risk of bladder cancer: a dose-response meta-analysis of epidemiological studies. *Eur J Nutr* **57**, 689-701, doi:10.1007/s00394-016-1356-0 (2018).

85 World Cancer Research Fund Continuous Update Project. Meat, fish and dairy products and the risk of cancer. *https://www.wcrf.org/wp-content/uploads/2021/02/Meat-fish-and-dairy-products.pdf* (2018).

86 Hidajat, M. *et al.* Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med* **76**, 250-258, doi:10.1136/oemed-2018-105181 (2019).

87 de Vocht, F. *et al.* Occupational exposure to NDMA and NMor in the European rubber industry. *J Environ Monit* **9**, 253-259, doi:10.1039/b615472g (2007).

88 Vlaanderen, J. *et al.* Extended cancer mortality follow-up of a German rubber industry cohort. *J Occup Environ Med* **55**, 966-972, doi:10.1097/JOM.0b013e31829540f4 (2013).

89 McElvenny, D. M. *et al.* British rubber and cable industry cohort: 49-year mortality follow-up. *Occup Environ Med* **75**, 848-855, doi:10.1136/oemed-2017-104834 (2018).

90 Sorahan, T. Conflicting findings from a rubber industry cohort study: what is the explanation? *Occupational and Environmental Medicine* **76**, 780, doi:http://dx.doi.org/10.1136/oemed-2019-105841 (2019).

91 Hidajat, M. *et al.* Healthy worker effects explain differences in internal and external comparisons in a rubber industry cohort study. *Occup Environ Med* **76**, 781, doi:10.1136/oemed-2019-106083 (2019).

92 McGwin, G. The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)* **13**, doi:10.3390/cancers13010024 (2020).

93 Braunstein, L. Z. *et al.* Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. *medRxiv*, 2021.2001.2027.21250656, doi:10.1101/2021.01.27.21250656 (2021).

94 FDA. Questions and Answers on FDA's Adverse Event Reporting System (FAERS). *https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers* (2018).

95 Rothman, K. J., Lanes, S. & Sacks, S. T. The reporting odds ratio and its advantages over the proportional reporting ratio. *Pharmacoepidemiol Drug Saf* **13**, 519-523, doi:10.1002/pds.1001 (2004).

96 Adamson, R. H. & Chabner, B. A. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist* **25**, 460-462, doi:10.1634/theoncologist.2020-0142 (2020).

97 Braunstein, L. Z. *et al.* Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open* **4**, e2034766, doi:10.1001/jamanetworkopen.2020.34766 (2021).

98 Wang, Y. & Gadalla, S. M. Drug-Wide Association Study (DWAS): Challenges and Opportunities. *Cancer Epidemiol Biomarkers Prev* **30**, 597-599, doi:10.1158/1055-9965.EPI-20-1612 (2021).

## Appendix 1. Specific Details from Peer-Reviewed Observational Studies of Ranitidine and Cancers

Below I provide a detailed summary of each peer-reviewed published observational study found in my search of the literature and included in this report. The publications are organized by studies of ranitidine use (separated by whether there was an active comparator or just non-use), followed by studies looking at H2RAs overall (i.e., combining ranitidine with other H2RAs). Within these groupings the papers are organized alphabetically for ease of reference. Each paper's summary is organized by: cancers studied, study design, analysis, results, and discussion. Information on the design includes the population studied, how ranitidine or H2RA use is assessed, and the primary cancer outcome(s). The analysis section describes the statistical approach and how potential confounders are controlled. The results provide the primary associations observed between H2RA and cancer (e.g., RR estimates and 95% CIs). The discussion presents strengths, weaknesses, and conclusions from the studies.

### <u>A.1.1 Active Comparator Studies</u>

***Ranitidine vs Other H2RAs***
(Adami, Cardwell, Iwagami, Kim Y, Kumar, Norgaard, Yoon)

***Adami et al. (2021)***[1]
- <u>Cancer</u>. Esophageal, stomach, liver, pancreatic.
- <u>Design</u>. Cohort study, with comparison groups including users of ranitidine, other H2RAs, and PPIs. Includes all Danish residents aged 18 years or older with a first prescription of ranitidine, other H2RAs or PPIs in 1996 through 2008, as recorded within the nationwide Danish Prescription Registry. A one-year time lag between initial drug prescription and cancer diagnosis was used. Cancer diagnoses were obtained from the Danish cancer registry.
- <u>Analysis</u>. Cox proportional hazards models, with propensity-score weighting (i.e., using covariates) to calculate hazard ratios and 10-year cumulative risk comparing ranitidine use versus other H2RA or PPIs. Analyses were also undertaken restricting to persons who obtained at least 10 prescriptions of one of the three drugs or with longer treatment duration.
- <u>Results</u>. When comparing ranitidine to other H2RAs, the authors found the following results. For esophageal adenocarcinoma: RR=1.30 (95% CI=1.01-1.68); this was RR=0.97 (95% CI=0.53-1.76) when restricting to those with at least 10 prescriptions. For squamous cell carcinoma: RR=0.76 (95% CI=0.60-0.96). For stomach cancer: RR=0.98 (95% CI=0.84-1.14). For liver cancer: RR=0.89 (95% CI=0.72-1.10). For pancreatic cancer: RR=0.97 (95% CI=0.87-1.10). For the results other than esophageal adenocarcinoma, similar findings were observed when restricting to those with more prescriptions or longer follow-up.
- <u>Discussion</u>. Strengths included: (1) comparing ranitidine to other H2RAs or PPIs, (2) using a population-based cohort with prescription and cancer registry information, (3) restriction to new users of the drugs, and (4) use of propensity scores to adjust for potential confounding. Limitations include a decreasing proportion of H2RAs sold by prescription, whereas almost all PPIs were consistently sold by prescription over the study time period. Other limitations were the number of subjects followed-up for a long time period. Importantly, the authors noted that "[i]f a causal association existed, [they] would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident."

***Cardwell et al. (2021)***[2]
- <u>Cancer</u>. Bladder.
- <u>Design</u>. Nested case-control studies using the Scotland Primary Care Clinical Informatics Unit (PCCIU) database. Cancer cases diagnosed between 1999 and 2011 were matched to up to five

controls on age, gender, GP practice and date of registration (N=3,260 cases total and 14,037 controls). Ranitidine and other H2RAs and PPIs were evaluated for association with cancer. A one-year lag time was used.
- Analysis. Conditional logistic regression of any versus no prescription, adjusting for comorbidities (and then also for smoking).
- Results. For any ranitidine use versus non-use and bladder cancer the RR=1.22; (95% CI=1.06-1.40). When comparing ranitidine use to use of other H2RAs, the bladder cancer RR=1.05 (0.86-1.28). When looking at dose-response in the active comparator analyses, there was no clear trend; users of the highest DDDs (>1,095 DDDs) had RR=1.27 (0.91-1.75).
- Discussion. Strengths of this study include a very large sample size and detailed information on prescribed medicines. Weaknesses include that this paper was based on selection of one statistically significant result from another project[11] looking at a very large number of drug-cancer comparisons in the same PICCU dataset (5,622 total associations evaluated). With so many comparisons there are likely many false, invalid associations and nonsensical results.[98] In fact, 214 drug-cancer combinations had p-values < 0.01. Also, there was extensive missing information on smoking, suggesting that there may have been residual confounding.

***Iwagami et al. (2021)***[3]
- Cancers. All, gastric, breast, colorectal.
- Design. Cohort study using information from the Japan Medical Data Center claims database (employee-based). Study subjects were those individuals with a new H2RA prescription, using a 6-month lag of no H2RA prescription prior to registration in the database. Individuals were classified into two groups: those receiving ranitidine/nizatidine (exposed, n=114,106), and those receiving other H2RA—cimetidine, famotidine, roxatidine, or lafutidine (unexposed, n=502,803).
- Analysis. Cox regression analyses for incident cancer diagnosis, overall and by follow-up length, cumulative dose, and cancer site. Models were adjusted for age, sex, co-medications, comorbidities, and the Charlson Comorbidity Index.
- Results. Comparing ranitidine/nizatidine versus other H2RA gave the following: overall cancer (RR=1.02; 95% CI=0.98-1.07), gastric cancer (RR=1.09; 95% CI=0.96-1.24), colorectal cancer (RR=1.02; 95% CI=0.91-1.15), or breast cancer (RR=1.04; 95% CI=0.92-1.17). Comparing individuals who only took ranitidine to those taking other H2RA gave for all cancers RR=1.01 (95% CI=0.95-1.08). When using a one-year lag time, the association for ranitidine/nizatidine was RR=1.00 (95% CI=0.94-1.06). The RRs for a potential association decreased with increasing defined daily doses (DDDs): for 1-180 DDDs, RR=1.03 (95% CI=0.98-1.08); for 181-365 DDDs, RR=1.00 (95% CI=0.73-1.39); for 366-730 DDDs, RR=0.95 (95% CI=0.61-1.48); and for >730 DDDs, RR=0.83 (95% CI=0.45-1.55).
- Discussion. Strengths of the study include (1) the large sample size from a database of routinely collected information, (2) using a comparator group design (to help address potential confounding bias), (3) undertaking an analysis restricted to ranitidine vs other H2RAs, and (4) looking at dose-response. Limitations of the study include a younger and higher socio-economic population than the general population of Japan, use of claims data for exposure and outcome information, and lack of information on numerous potential confounders (e.g., lifestyle factors) and over the counter drugs. Based on the results from the study the authors concluded that their "findings may provide reassurance to people concerned about the potential risk of cancer in association with ranitidine/nizatidine use[.]"

***Kim Y et al. (2021)***[4]
- Cancers. Esophageal, gastric, pancreatic, liver, colorectal.
- Design. Cohort study using EHR information from the Explorys database. Outcome events were new diagnoses of any of five gastrointestinal cancers (i.e., stomach, esophageal, liver, pancreas, colorectal). Three exposure groups: ranitidine, famotidine, and the PPI omeprazole.

- Analysis. Odds ratios calculated, assuming a one-year lag time and within a 1 to 10-year window.
- Results. There were inverse associations between taking ranitidine and cancers considered here, in comparison to taking famotidine or omeprazole. In comparison to famotidine, the ranitidine associations were as follows: esophageal cancer (RR=0.51; 95% CI=0.43-0.60); gastric cancer (RR=0.43; 95% CI=0.36-0.51); pancreatic cancer (RR=0.54; 95% CI=0.49-0.62); liver cancer (RR=0.39; 95% CI=0.36-0.41); and colorectal cancer (RR=0.46; 95% CI=0.43-0.49). Similar inverse associations were found when comparing ranitidine to omeprazole.
- Discussion. The highest cancer incidence was generally in the 1 to 2-year period following the start of drug use, which linearly decreased over time; ranitidine users had a lower cancer incidence than users of the other drugs up to 7-8 years. Ranitidine users also had a lower prevalence of conventional risk factors (i.e., tobacco/alcohol use, viral hepatitis, cirrhosis, inflammatory bowel disease, atrophic gastritis, Barrett's esophagus, diabetes mellitus, and obesity). Limitations of the study include lack of information on medication compliance and on over the counter drugs. Additionally, the analyses adjusted for age, gender, race and the three most common risk factors for each drug.

***Kumar et al. (2021)***[5]
- Cancer. Gastric
- Design. Cohort study in the Veterans Health Administration Corporate Data Warehouse, which includes data from electronic medical records from all VHA facilities from 1994 to the present. Study subjects (N=279,505) were individuals with *Helicobacter pylori* (HP) who were prescribed acid suppression medication for at least 30 days (ranitidine, other non-ranitidine H2RAs, or PPIs). The earliest medication used within 15 years of the last follow-up was determined. The primary outcome was non-proximal gastric adenocarcinomas. Study subjects were followed until the earliest of the following: gastric cancer diagnosis, switching to a different acid suppressant category, December 1, 2018, or death.
- Analysis. Cox proportional hazards model; adjusting for race, ethnicity, smoking, age, HP treatment, HP eradication. zip code-level poverty
- Results. Comparing non-ranitidine users to ranitidine users gave gastric cancer RR=1.83 (95%CI=1.36-2.48). This is equivalent to users of ranitidine having a RR=0.55 for gastric cancer in comparison to non-users. There was no difference between ranitidine and PPI users (RR=0.92, 95% CI=0.82-1.04).
- Discussion. Strengths of this study include a large sample size and medication use information from electronic medical records. Limitations include assuming that study subjects remained on the earliest reported acid suppression medication. Ranitidine users who switched most likely changed to PPIs, while only ~50% of the non-Ranitidine H2RA users who switched changed to PPIs. The authors concluded that “[their] results . . . demonstrate that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine.” They further noted that “[i]n time-specific analyses, there was no period in which ranitidine was associated with future [gastric cancer], suggesting there is no discernable difference in formulation of the medication over time.”

***Norgaard et al. (2021)***[6]
- Cancers. Bladder and Kidney.
- Design. Danish nationwide cohort study. Compared new users of ranitidine who redeemed at least two prescriptions for ranitidine (n=31,393) to new users of other H2RAs (n=65,384) and to new users of PPI (n=509,849). Drug use was determined from the Danish National Prescription Registry between 1996 and 2008. The outcomes were incident diagnosis of bladder or kidney cancer, as determined from the Danish Cancer Registry.
- Analysis. First, logistic regression was used to compute propensity scores for exposure to ranitidine compared to other H2-blockers and PPI separately where the models included age, time

between first and second prescription, and calendar time, marital status, underlying gastrointestinal diseases, urogenital diseases, other comorbidities, and use of the included medicine. Then these scores were used to compute stabilized inverse probability of treatment weights, which were then included in cox-proportional hazards models. Lag times of 1, 5, and 10 years were used, along with looking at 5 or 10 prescriptions.

- Results. Comparing ranitidine use versus use of other H2RAs gave for bladder cancer an adjusted RR=1.11 (95% CI=0.95-1.29), and for kidney cancer a RR=0.89 (95% CI=0.72-1.10). Comparing ranitidine use versus use of PPIs gave for bladder cancer a RR=1.24 (95% CI=1.04-1.48) and for kidney cancer RR=0.87 (95% CI=0.67-1.13).
- Discussion. Strengths of this study include an active comparator group, and using a nationwide registry of individuals, cancers, and drug use. Limitations include using only prescription drug information. The authors "did not observe any consistent or substantial increase in risks of bladder cancer and [they] consistently across sub-analyses observed no increased risk [of] kidney cancer in ranitidine users." They further noted that their "findings suggest that the [NDMA] contamination found in ranitidine did not substantially impact bladder or kidney cancer occurrence in [their] population."

***Yoon et al. (2021)***[7]

- Cancers. All, gastric, liver, colorectal, kidney, bladder, breast, prostate, lung.
- Design. Cohort study using information from the Health Insurance Review and Assessment database in South Korea. Study subjects were those individuals using for at least one year ranitidine (N=40,488) or for comparison, famotidine (N=10,122). The ranitidine users were matched to famotidine users with a 4:1 ratio on age, sex, diabetes mellitus, and cumulative exposure to drug.
- Analysis. Cox regression analyses for cancer diagnosis. Models were adjusted for age, sex, co-medications, comorbidities, and the Charlson Comorbidity Index
- Results. Comparing ranitidine versus famotidine gave for: bladder cancer RR=1.41 (95% CI=0.88-2.24); overall cancer: RR=0.99 (95% CI=0.91-1.07); gastric cancer: RR=1.06 (95% CI=0.86-1.31); liver cancer: RR=0.85 (95% CI=0.69-1.05); colorectal cancer: RR=0.98 (95% CI=0.78-1.23); kidney cancer: RR=0.78 (95% CI=0.49-1.25); breast cancer: RR=0.82 (95% CI=0.55-1.21); prostate cancer: RR=1.01 (95% CI=0.72-1.40); and lung cancer: RR=0.99 (95% CI=0.81-1.21). The authors also noted that there was "no difference in the overall cancer risk" when looking at cumulative duration of use (results not shown).
- Discussion. Strengths include a large population-based study and comparing ranitidine use to famotidine to help control for potential reverse causation or confounding bias. As stated by the authors, "the clinical indications of ranitidine and famotidine are almost identical." Limitations include a follow-up period of only 7 years, and lack of information about some potential confounders (e.g., lifestyle factors). In comparison to the general population, the authors found increased age- and sex-standardized incidence ratios for any cancer in those using ranitidine (RR=1.23) or famotidine (RR=1.31). The higher RR among the famotidine users suggests a non-causal association for ranitidine. Or, as the authors concluded, "[b]ecause of the protopathic bias, cancer incidence is higher than that of the overall population."

***Ranitidine vs. PPIs***

***Kantor et al. (2020)***[8]

- Cancers. All, colorectal, lung, breast, prostate, liver, kidney, bladder.
- Design. Cohort study in the UK Biobank (N=459,204; excluded individuals with prior history of invasive cancer). The baseline questionnaire asked study participants about regular use of "ranitidine (e.g., Zantac)" where regular use was "most days of the week for the last 4 weeks."

Regular use was compared to non-use, as well as to use of the PPI omeprazole. Participants were followed until cancer diagnosis, death, loss-to follow-up, or end of study.

- Analysis. Cox proportional hazards regression model; for overall cancer stratifying by sex, median age, BMI, and smoking.
- Results. Comparing ranitidine to non-use for overall cancer gave RR=1.01 (95% CI=0.93-1.09), and with a 5-year time lag gave RR=0.86 (95% CI=0.73-1.01). This comparison also gave the following results for different cancers: colorectal (RR=1.12; 95% CI=0.88-1.44), lung (RR=0.96; 95% CI=0.72-1.27), breast (RR=1.04; 95% CI=0.86-1.26), or prostate cancer (RR=1.01; 95% CI=0.82-1.23) (primary analyses). In an exploratory analysis for bladder cancer RR=1.22 (95% CI=0.74-2.01). Comparing ranitidine to non-use for liver cancer gave RR=1.91 (95% CI=1.09-3.36), although comparing ranitidine to omeprazole gave RR=1.15 (95% CI=0.58-2.26). For kidney cancer, ranitidine use versus non-use gave RR=0.53 (95% CI=0.27-1.02), while comparing ranitidine use versus omeprazole gave RR=0.39 (95% CI=0.19-0.82).
- Discussion. Strengths of this study include a very large cohort study looking at ranitidine exposure followed by incident cancer diagnosis. Limitations include self-report of ranitidine use measured at a single time point precluding dose or duration response comparisons. The authors concluded that "[r]anitidine use was not associated with overall cancer risk . . . [or] with risk of common cancers (lung, breast, prostate, and colorectum)." They further stated that "[c]ompared to non-use, ranitidine use was positively associated with liver cancer; however, this association attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly-related factor)."

**A.1.2 Ranitidine Use Versus Non-Use (i.e., no active comparator)**
(Habel, Kim S, Liu (PCCIU), McDowell (a), McDowell (b), Tan, Tran)

***Habel et al. (2000)*[9]**

- Cancers. All, esophageal / gastric, pancreatic, colorectal, kidney / bladder, breast, prostate, lung.
- Design. Cohort study of Northern California Kaiser Permanente health plan members. Exposed individuals were those who were prescribed ranitidine or cimetidine between 1982 and 1985 or in 1987 (1% sample of medications dispensed), and a complete file of medications dispensed at Kaiser Oakland in 1984/85. Individuals with and without cimetidine or ranitidine prescriptions were identified from the computerized pharmacy databases. Each individual with at least one prescription of cimetidine or ranitidine was matched to 10 people who did not have a prescription of either of these two medications. Matching criteria included pharmacy database, sex, and birth year (within 5 years). All study subjects were followed through December 1995 for new diagnoses of any cancer.
- Analysis. Cox regression modeling was used to estimate relative risks of cancer associated with use of cimetidine or ranitidine, which were adjusted for birth year, sex, and source of pharmacy data. Non-users of cimetidine and ranitidine were the referent group for all analyses.
- Results. Comparing ranitidine use versus non-use gave for: cancer overall (RR=1.26; 95% CI=1.01-1.58), esophagus / stomach cancer (RR=2.42; 95% CI=1.07-5.49), pancreatic cancer (RR=2.6; 95% CI=1.06-6.38), prostate cancer (RR=1.57; 95% CI=1.00-2.48), lung / bronchus cancer (RR=1.50; 95% CI=0.90-2.51), and kidney/bladder (RR=1.56; 95% CI=0.74-3.30). There were no valid associations for colorectal, kidney / bladder, or breast cancers. The cancer-specific results were based on small numbers of cases exposed to ranitidine (e.g., 6 for esophageal / stomach cancer, 5 for pancreatic cancer, 7 for kidney / bladder cancer). A lagged analysis indicated that the association between ranitidine and esophageal / stomach cancer were primarily observed in the year following their prescription (data not shown for ranitidine alone). For prostate cancer, the lagged analysis suggested an increased risk among those men with the shortest or longest time since their prescription.
- Discussion. Strengths of the study include being undertaken within a large health maintenance organization (Kaiser) with health and pharmacy records. Limitations include measuring ranitidine use at a single time period in the 1980s, lack of information on dose or duration of use, sampling a small percentage of individuals from pharmacy records, lack of information on potential confounders (e.g., the authors were unable to control for smoking or BMI), censoring subjects if they left the Kaiser system, the small number of cases, and the multiple comparisons made across many different cancers. The authors noted that, in light of the lagged analysis results, "An elevation in cancer risk among cimetidine or ranitidine users might reflect the use of either of these drugs for early symptoms of cancer."

***Kim S et al. (2021)*[10]**

- Cancer. Gastric.
- Design. Cohort study using data from the Korean National Health Insurance Service (N=13,629). Outcome was new diagnosis of gastric cancer. Three exposure groups: unexposed, ranitidine, and other H2RAs. Drug use was determined from prescription records, and entailed having been prescribed one of the H2RAs for >30 days between January 2002 and December 2008. Study subjects were selected with 1:1 propensity score matching across the three exposure groups according to the following sociodemographic factors: age, sex, residential area, household income, disability, NSAID dose, and history of smoking and alcohol use.
- Analysis. Cox proportional hazard regression model.
- Results. Comparing ranitidine to non-use for gastric cancer gave RR=1.01 (95% CI=0.86-1.18). Similarly, comparing other H2RAs to non-use for gastric cancer gave RR=0.98 (95% CI=0.84-1.15). The drugs were not compared to each other (i.e., no active comparator analysis).

- Discussion. Strengths of the study include subjects recruited from a nation-wide database, and propensity score matching. Limitations include not taking into consideration *H. pylori* infection, not controlling for additional potential confounders (e.g, body mass index), and only five years of follow-up. The authors concluded that "[w]e found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."

***Liu et al. (2020)*[16]**
- Cancer. Gastric.
- Design. Two different studies are reported in this paper. The first is a case-control study from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database. The second is a cohort study from the UK Biobank (UKB). In the PCCIU, individuals with newly diagnosed primary gastric cancer between January 1, 1999 and April 30, 2011 were identified as cases. Up to five controls were matched to each case on age, sex and GP practice. H2RA use in PCCIU was assessed by questionnaire, and includes cimetidine, famotidine, nizatidine, or ranitidine; analyses restricted to ranitidine were undertaken. In the UK Biobank, medications were self-reported at cohort entry 2006-2010 using a touchscreen questionnaire: Q. No L6C: "Do you regularly take any of the following? 04 Ranitidine (eg: Zantac)". This was verified in a verbal interview with a UK Biobank nurse. Gastric cancer was ascertained from cancer registries until 2014.
- Analysis. For the PCCIU, logistic conditional regression on the matched set was used to evaluate the potential association between H2RA use and gastric cancer. Cox regression was used in the UKB.
- Results. For the PCCIU study, ranitidine use with a 1 year time lag gave for gastric cancer RR=1.42 (95% CI=1.10-1.85). But this result was primarily driven by increased H2RA use shortly before cancer diagnosis; when removing prescriptions in 2 or 3 years prior to diagnosis: RR=1.22 (95% CI=0.89-1.67) and RR=1.17 (95% CI=0.81-1.68), respectively. Dose-response analyses suggested slightly increasing effect sizes across increasing prescriptions, although this was restricted only to the 1-year time lag group ($p_{trend}$=0.003). Moreover, gastric cancer patients were almost 10-times more likely to newly use H2RA in the year prior to diagnosis than controls (RR=9.87, 95% CI=6.04-16.15). For the UK Biobank, H2RA use for gastric cancer gave RR=0.49 (95% CI=0.16-1.56); however, this analysis was based on very small numbers of cases.
- Discussion. Strengths include two independent population-based studies, and the ability to adjust for numerous potential confounders. Limitations include self-report of medication use in the UK Biobank, not being able to adjust for *H. pylori*, which is an important risk factor for gastric cancer and could confound by indication the association observed in the PCCIU. The authors concluded, "Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation."

***McDowell et al. (2021a)*[11]**
- Cancer. 22 cancer sites.
- Design. Series of nested case-control studies using Scotland's Primary Care Clinical Information Unit Research (PCCIUR) database. Cancer cases diagnosed between 1999 and 2011 were matched to up to five controls on age, gender, GP practice, and date of registration (N=62,109 cases total and 276,580 controls). The most commonly prescribed medicines were evaluated, for a total of 5,622 medication and cancer associations. A one-year lag time was used.
- Analysis. Conditional logistic regression of any versus no prescription, adjusting for comorbidities (and then also for smoking).
- Results. The paper presented full results for associations between medicine use and specific cancers that had 0.80>RR>1.25, p<0.01, and the RR comparing low to none is smaller than RR comparing high to none. The supplementary figures also gave qualitative assessments of the

potential association between any medicine use and numerous other cancers with non-statistically significant associations. The figures did not give specific RRs and 95% CIs. Instead, they indicated whether the RR was greater than ('+' for RR>1) or less than ('-' for RR<1) the null value of 1.0. The figures also plotted the p-values, indicating with a dashed line whether p>0.05 or 0.01. In the 'Availability of data and materials' section of the paper the authors noted, "[a]ccess to results for medicines not published in this paper should be directed to the corresponding author: Dr. Chris Cardwell.' I contacted Dr. Cardwell (Appendix 2 provides our email correspondence) and he shared with me an excel spreadsheet containing all results from this study for any medication use (filename: 'PCCIUR FINAL RESULTS FOR CIRCULATION ON REQUEST.xls'). In the comorbidity adjusted analyses, for any ranitidine use and bladder cancer (RR=1.24; 95% CI=1.10-1.40). Similar results for smoking adjusted models were seen when using a two-year lag (RR=1.31; 95% CI=1.13-1.51), and when comparing low use (<= median) versus no use (RR=1.20; 95% CI=1.00-1.44) or high use (> median) versus no use (RR=1.32; 95% CI=1.09-1.59). Similar results were also observed when restricting the exposed group to those with >= 6 prescriptions. From the fully adjusted models (also including smoking), ranitidine use and pancreatic cancer gave RR=1.36 (95% CI=1.06-1.73; reported in McDowell et al. 2021b) and for lung cancer RR=1.15 (95% CI=1.06-1.25). However, for any cimetidine use and lung cancer the RR=1.35 (95% CI=1.22-1.50). Ranitidine use gave for gastric (RR=1.00; 95% CI=0.81-1.23); esophageal (RR=1.00; 95% CI=0.84-1.19); liver (RR=0.76; 95% CI=0.52-1.12); kidney (RR=0.99; 95% CI=0.79-1.23); colorectal (RR=1.03; 95% CI=0.94-1.13); breast (RR=1.04; 95% CI=0.96-1.13); and prostate (RR=1.07; 95% CI=0.97-1.18).
- Discussion. Strengths of this study include a very large sample size and detailed information on prescribed medicines. Weaknesses include the enormous number of drug-cancer comparisons undertaken (5,622 total associations evaluated). With so many comparisons there are likely many false invalid associations and nonsensical results.[98] In fact, 214 drug-cancer combinations had p-values < 0.01. According to Dr. Cardwell this concern helps explain why the authors did not include details on their full results. When sending me the full results Dr. Cardwell noted, "[i]n accordance with the funding panels wishes, I am keen to avoid patients being unnecessarily worried about increased risks based upon a non-sensible interpretation of the results." (See Appendix 2). Even with these concerns, four other papers looking at ranitidine and individual cancers (i.e., liver, gastric, bladder, and pancreatic) using the same data from the PICCU/PCCIUR have been published by Dr. Cardwell and colleagues (Tran et al.;[15] Liu et al.;[16] Cardwell et al.;[2] and McDowell et al. (b)[12])

***McDowell et al. (2021b)[12]***
- Cancer. Pancreatic.
- Design. Nested case-control study using information from the Scotland Primary Care Clinical Informatics Unit Research (PCCIUR) database. 1,069 pancreatic cancer cases were matched with up to five controls on age, gender, GP practice, and date of registration (4,729 controls). Ranitidine and 12 other medicines in the highest category of evidence for drug induced pancreatitis (DIP) used by more than 2% of controls were identified.
- Analysis. Conditional logistic regression, adjusting for comorbidities. Thirteen medicines in the highest category of evidence for DIP were investigated.
- Results. For ranitidine use and pancreatic cancer the RR=1.37 (95% CI=1.10-1.70). This result was primarily driven by individuals with lower usage: for those with <6 prescriptions the RR=1.49 (95% CI=1.12-1.99), while for those with >=6 prescriptions the RR=1.24 (95% CI=0.91-1.69). When using a 1-year lag time for >=6 prescriptions the RR=1.20 (95% CI=0.88-1.63).
- Discussion. This result was also published in McDowell (a).[11] Strengths of the study include the national representation of the PCCUI/PCCIUR database and approximately 9 years of follow-up. Limitations include lack of information on secondary care prescriptions or over the counter drug use. Based on the results, the authors concluded, "[t]here is little evidence that commonly-

prescribed medicines associated with inflammation of the pancreas are also associated with pancreatic cancer. These findings should provide reassurance to patients and prescribing clinicians."

***Pottegard et al. (2016)***[13]

- Cancers. 34 cancer sites (99 cancer types).
- Design. Danish nationwide case-control study. Incident cancer cases diagnosed between 2000–2012 were indexed from the Danish Cancer Registry (n = 278,485). Each case was matched to 10 randomly selected controls from all Danish citizens on birthyear and sex (applying the same exclusion criteria as cases). Drug use was determined from the Danish National Prescription Registry from 1995 on. Drugs were selected if there were 10 observed or expected cases with long-term drug use.
- Analysis. Drug classes and individual drugs were evaluated with a two-phased approach. First assessed associations across 22,125 drug-cancer pairs using conditional logistic regression comparing long-term use (>=8 prescription fills) to non-use. In addition to matching variables, further adjusted for Charlson Comorbidity Index and years of schooling. Defined 'signals' as those with RR>1.5 or RR<0.67, or lower bound of 95% confidence interval >1.6 or higher bound below 0.83. Second, to evaluate 'signal' specificity, the authors calculated the ratio of RRs for drug-cancer associations to the RRs for the same drug and cancer overall (i.e., based on the hypothesis that drugs should not be associated with cancer overall). Ratios outside 0.83-1.20 were deemed specific. In addition, dose-response for increasing prescriptions among ever users of a 'signal' drug and cancer were assessed.
- Results. Of 4,561 initial drug-cancer associations from the first phase, 1,020 met the second phase criterion (510 involving the use of single drugs). For ranitidine and squamous cell esophageal cancer the authors reported a RR=0.62 (95% CI=0.31-1.23). In contrast, for dose-response they reported RR=1.07 (p=0.04); since this analysis was restricted to ever users, it suggests that a comparison of low prescription users to non-users would also indicate a RR<1.0. For ranitidine and gastric cancer the authors report a RR=1.87 (95% CI=1.43-2.46). However, for any H2RA the gastric cancer result was RR=1.52 (95% CI=1.31-1.76). While the RR point estimate for ranitidine was higher than for H2RAs overall, the dose-response for ever users of ranitidine was lower than for H2RAs (RR=1.09 vs 1.07). This suggests an overall H2RA association due to reverse causality or confounding bias (the authors note that "[s]ome of the identified signals can be attributed to confounding by indication"). No results were presented for ranitidine and overall esophageal, liver, pancreas, or bladder cancer, indicating that any potential associations between ranitidine and these cancers did not meet "criteria for strength of association."[13]
- Discussion. Strengths of the study include using large-scale nationwide health registries, prescription history of up to 17 years, and high ascertainment of cancer cases. Weaknesses include the potential for false-positive associations due to making 22,125 comparisons, and the lack of information on potential confounders (e.g., smoking). Regarding the cancers evaluated but not included in their results (esophageal overall, liver, pancreas, and bladder), the authors note that "neutral associations have important value by reassuring prescribers and patients of the safety of drugs, which will promote their appropriate use."

***Tan et al. (2018)***[14]

- Cancer. Esophageal.
- Design. Case-control study of 300 cases and 798 controls, nested within the Veterans Affairs Corporate Data Warehouse. All subjects were diagnosed with Barrett's esophagus, and subjects who progressed to incident cases of esophageal cancer were identified. Controls were matched to cases on age and Barrett's esophagus diagnosis data. Ranitidine use was determined from information on dispensed prescriptions.

Contains Confidential Information – Subject to Protective Order

- Analysis. Conditional logistic regression, adjusting for age, race, BMI, smoking, number of esophagogastroduodenoscopies after Barrett's esophagus diagnosis, statin use, NSAID use, aspirin use, and PPI and H2RA use.
- Results. Ranitidine use versus non-use and esophageal cancer gave RR=0.71 (95% CI=0.50 - 1.00). When looking at defined daily dose, lower dose (≤150 mg vs none) of ranitidine gave for esophageal cancer (RR=3.00; 95% CI=1.84-4.90), while a higher dose (>150 mg vs none) gave RR=0.17 (95% CI=0.09-0.32).
- Discussion. Strengths of this study include case-control matching with incidence density sampling and confirmation of disease status by manual review of electronic health care (EHR) information. Limitations include lack of information on over-the-counter drug use, potential exposure misclassification, and lack of information on Barrett's esophagus symptom control.

***Tran et al. (2018)***[15]

- Cancer. Liver.
- Design. Two studies reported on in the manuscript. The first is a case-control study from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database; 434 cases diagnosed between 1999 and 2011, and 2,103 controls matched on year of birth, sex, and general practitioners practice. H2RA use was determined from general practitioner prescription records. The second is a cohort study from the UK Biobank; 475,768 participants, of which 182 developed liver cancer. H2RA use was estimated from self-report, including a question asking specifically about ranitidine use.
- Analysis. For the PCCIU data, conditional logistic regression, accounting for matching factors and adjusting for comorbidities, obesity, aspirin and statin use, smoking, and alcohol. For the UK Biobank data, Cox proportional hazards model, adjusting for age, sex, deprivation, BMI, alcohol, smoking, comorbidities, and aspirin and statin use.
- Results. Ranitidine use versus non-use gave for liver cancer in the PCCIU study RR=1.41 (95% CI=0.91-2.15) and in the UK Biobank study RR=1.82 (95% CI=0.87-3.79). In the PCCIU study there was no clear dose-response trend with increasing H2RA use, and using a 2- or 4-year lag substantially weakened the association between H2RA and liver cancer. In the UK Biobank, using a 2- or 4- year lag did not materially change the results for H2RAs.
- Discussion. Strengths include two independent population-based studies, and the ability to adjust for numerous potential confounders. Limitations include self-report of medication use in the UK Biobank, not being able to adjust for many potential confounders.

Contains Confidential Information – Subject to Protective Order

**Appendix 2.** Email correspondence with Dr. Cardwell requesting the additional data offered in the paper McDowell (a) et al. (2021)[11] “A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies.”

---

**From:** Witte, John <JWitte@ucsf.edu>
**Sent:** 09 March 2021 15:17
**To:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Subject:** McDowell et al. request

Dear Dr. Cardwell,

I read with interest your paper ‘A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies’. Would you mind sharing the complete set of non-published results that you referenced in your paper (i.e., ‘Access to results for medicines not published in this paper should be directed to the corresponding author: Dr. Chris Cardwell, Senior Lecturer in Medical Statistics, Centre for Public Health, Queen’s University Belfast, email: c.cardwell@qub.ac.uk’)?

Thanks,

John

John Witte, PhD
Professor and Vice Chair
Department of Epidemiology and Biostatistics
Head, Division of Cancer Epidemiology
Co-leader, Program in Molecular Oncology
University of California, San Francisco
http://wittelab.ucsf.edu/

---

**From:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Date:** Tuesday, March 9, 2021 at 7:50 AM
**To:** Witte, John <JWitte@ucsf.edu>
**Subject:** RE: McDowell et al. request

Dear John,

Sure, I can send you these. The funding panel was nervous about us making all results public. So, before I send them, can you agree not to publish the results or circulate them?

If anyone wants a copy, I am happy to let them have them, assuming they are bonafide researchers, but can you get them to email me directly.

If there is anything in particular you are interested in, we still have the data and I could potentially dig out some more information.

Best wishes,

Chris

---

Contains Confidential Information – Subject to Protective Order

**From:** Witte, John <JWitte@ucsf.edu>
**Sent:** 29 March 2021 23:23
**To:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Subject:** Re: McDowell et al. request

Chris,

Thanks for your reply. I noted that some of the tables in the paper were truncated based on p-values, so I was just hoping to see the complete set of results. I agree not to publish any results or share them publicly. However, I have been asked to evaluate ranitidine and cancer in a legal case for a manufacturer here in the US and there is a slight possibility that non-published results could eventually be disclosed in a report to counsel for the parties, through discovery requests, or potentially in a public court hearing at some point in the future. I understand if that impacts your decision to share the full set of results. If you are still willing to share the results references in your article, I simply would be interested in the complete results tables for the full set of pharmaceutical products that your team studied.

Thanks,

John

---

**From:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Date:** Tuesday, March 30, 2021 at 2:45 AM
**To:** Witte, John <JWitte@ucsf.edu>
**Subject:** RE: McDowell et al. request

Thanks John,

I attach what we are circulating.  In accordance with the funding panels wishes, I am keen to avoid patients being unnecessarily worried about increased risks based upon a non-sensible interpretation of the results.

Using this GP dataset, we have already published more detailed analysis of h2ras and/or ranitidine for the following cancers:
a) Liver cancer (Aliment Pharmacol Ther. 2018 Jul;48(1):55-64.)
b) Gastric cancer (Br J Cancer. 2020 Jul;123(2):307-315.).

We also have a more detailed analysis of ranitidine and bladder cancer from this dataset which is under review but I hope to be accepted soon.

Hope this helps,

Chris

## Attachment A

## List of Materials Considered


(1) Adami, H. O. et al. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev 30, 2302-2308, doi:10.1158/1055-9965.EPI-21-0831 (2021).

(2) Cardwell, C. R., McDowell, R. D., Hughes, C. M., Hicks, B. & Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol 116, 1612-1619, doi:10.14309/ajg.0000000000001310 (2021).

(3) Iwagami, M. et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf 44, 361-371, doi:10.1007/s40264-020-01024-0 (2021).

(4) Kim, Y. D. et al. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther 54, 606-615, doi:10.1111/apt.16464 (2021).

(5) Kumar, S., Goldberg, D. S. & Kaplan, D. E. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci, doi:10.1007/s10620-021-06972-w (2021).

(6) Norgaard, M. et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev 31, 45-50, doi:10.1158/1055-9965.EPI-21-0737 (2022).

(7) Yoon, H. J., Kim, J. H., Seo, G. H. & Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med 10, doi:10.3390/jcm10010153 (2021).

(8) Kantor, E. D. et al. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology 160, 1856-1859 e1855, doi:10.1053/j.gastro.2020.12.037 (2021).

(9) Habel, L. A., Levin, T. R. & Friedman, G. D. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf 9, 149-155, doi:10.1002/(SICI)1099-1557(200003/04)9:2<149::AID-PDS481>3.0.CO;2-1 (2000).

(10) Kim, S. et al. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel) 9, doi:10.3390/healthcare9081071 (2021).

(11) McDowell, R. D., Hughes, C., Murchie, P. & Cardwell, C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med 19, 22, doi:10.1186/s12916-020-01891-5 (2021).

(12) McDowell, R. D., Hughes, C. M., Murchie, P. & Cardwell, C. R. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol 71, 101880, doi:10.1016/j.canep.2020.101880 (2021).

(13) Pottegard, A. et al. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine 7, 73-79, doi:10.1016/j.ebiom.2016.03.018 (2016).

(14) Tan, M. C., El-Serag, H. B., Yu, X. & Thrift, A. P. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 48, 469-477, doi:10.1111/apt.14895 (2018).

(15) Tran, K. T. et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther 48, 55-64, doi:10.1111/apt.14796 (2018).

(16) Liu, P. et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer 123, 307-315, doi:10.1038/s41416-020-0860-4 (2020).

(17) Florian, J. et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA 326, 240-249, doi:10.1001/jama.2021.9199 (2021).

(18) Witte, R. S. & Witte, J. S. Statistics. Eleventh edition. (Wiley, 2017).

(19) *Cooper v. Harris*, 137 S. Ct. 1455, 1495 (2017), https://www.supremecourt.gov/opinions/16pdf/15-1262_db8e.pdf.

(20) Lash, T. L., VanderWeele, T. J., Haneuse, S. & Rothman, K. J. Modern epidemiology. 4th edn, (Wolters Kluwer Health/Lippincott Williams & Wilkins, 2021).

(21) Nature. Challenges in irreproducible research. http://www.nature.com/news/reproducibility-1.17552 (2018).

(22) Benjamini, Y. et al. The ASA president's task force statement on statistical significance and replicability. The Annals of Applied Statistics 15, 1084-1085, 1082 (2021).

(23) MacMahon, B., Yen, S., Trichopoulos, D., Warren, K. & Nardi, G. Coffee and cancer of the pancreas. N Engl J Med 304, 630-633, doi:10.1056/NEJM198103123041102 (1981).

(24) Opinion: Coffee and Cancer. www.nytimes.com/1981/03/14/opinion/coffee-and-cancer.html (1981).

(25) Nilsson, L. M., Johansson, I., Lenner, P., Lindahl, B. & Van Guelpen, B. Consumption of filtered and boiled coffee and the risk of incident cancer: a prospective cohort study. Cancer Causes Control 21, 1533-1544, doi:10.1007/s10552-010-9582-x (2010).

(26) Maisonneuve, P. & Lowenfels, A. B. Risk factors for pancreatic cancer: a summary review of meta-analytical studies. Int J Epidemiol 44, 186-198, doi:10.1093/ije/dyu240 (2015).

(27) Hennekens, C. H. et al. Lack of effect of long-term supplementation with beta carotene on the incidence of malignant neoplasms and cardiovascular disease. N Engl J Med 334, 1145-1149, doi:10.1056/NEJM199605023341801 (1996).

(28) Smith, G. D. & Ebrahim, S. Data dredging, bias, or confounding. BMJ 325, 1437-1438 (2002).

Contains Confidential Information – Subject to Protective Order

(29) Stram, D. O., Huberman, M. & Wu, A. H. Is residual confounding a reasonable explanation for the apparent protective effects of beta-carotene found in epidemiologic studies of lung cancer in smokers? Am J Epidemiol 155, 622-628 (2002).

(30) Baker, M. 1,500 scientists lift the lid on reproducibility. Nature 533, 452-454, doi:10.1038/533452a (2016).

(31) Goodman, S. & Greenland, S. Why most published research findings are false: problems in the analysis. PLoS Med 4, e168, doi:10.1371/journal.pmed.0040168 (2007).

(32) Ioannidis, J. P. Why most published research findings are false. PLoS Med 2, e124, doi:10.1371/journal.pmed.0020124 (2005).

(33) Sendor, R. & Sturmer, T. Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators. Pharmacoepidemiol Drug Saf, doi:10.1002/pds.5407 (2022).

(34) Franklin, J. M. et al. When Can Nonrandomized Studies Support Valid Inference Regarding Effectiveness or Safety of New Medical Treatments? Clin Pharmacol Ther 111, 108-115, doi:10.1002/cpt.2255 (2022).

(35) Glynn, R. J., Knight, E. L., Levin, R. & Avorn, J. Paradoxical relations of drug treatment with mortality in older persons. Epidemiology 12, 682-689, doi:10.1097/00001648-200111000-00017 (2001).

(36) Matthews, K. A., Kuller, L. H., Wing, R. R., Meilahn, E. N. & Plantinga, P. Prior to use of estrogen replacement therapy, are users healthier than nonusers? Am J Epidemiol 143, 971-978, doi:10.1093/oxfordjournals.aje.a008678 (1996).

(37) Setoguchi, S. et al. Influence of healthy candidate bias in assessing clinical effectiveness for implantable cardioverter-defibrillators: cohort study of older patients with heart failure. BMJ 348, g2866, doi:10.1136/bmj.g2866 (2014).

(38) Yoshida, K., Solomon, D. H. & Kim, S. C. Active-comparator design and new-user design in observational studies. Nat Rev Rheumatol 11, 437-441, doi:10.1038/nrrheum.2015.30 (2015).

(39) Lund, J. L., Richardson, D. B. & Sturmer, T. The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application. Curr Epidemiol Rep 2, 221-228, doi:10.1007/s40471-015-0053-5 (2015).

(40) Huitfeldt, A., Hernan, M. A., Kalager, M. & Robins, J. M. Comparative Effectiveness Research Using Observational Data: Active Comparators to Emulate Target Trials with Inactive Comparators. EGEMS (Wash DC) 4, 1234, doi:10.13063/2327-9214.1234 (2016).

(41) Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data. U.S. Department of Health and Human Services Food and Drug Administration (2013).

(42) Gagne, J. J., Polinski, J. M., Avorn, J., Glynn, R. J. & Seeger, J. D. Standards for Causal Inference Methods in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research Patient-Centered Outcome Research Institute

Contains Confidential Information – Subject to Protective Order

Methodology Committee (2012).

(43) Dreyer, N. A. et al. GRACE principles: recognizing high-quality observational studies of comparative effectiveness. Am J Manag Care 16, 467-471 (2010).

(44) Setoguchi, S. & Gerhard, T. Comparator Selection. In: Velentgas P, Dreyer NA, Nourjah P, et al., editors. Developing a Protocol for Observational Comparative Effectiveness Research: A User's Guide. Rockville (MD): Agency for Healthcare Research and Quality (US) Chapter 5 (2013).

(45) Schneider, R. et al. Risk of skin cancer in new users of thiazides and thiazide-like diuretics: a cohort study using an active comparator group. Br J Dermatol 185, 343-352, doi:10.1111/bjd.19880 (2021).

(46) Sturmer, T. et al. Cancer incidence among those initiating insulin therapy with glargine versus human NPH insulin. Diabetes Care 36, 3517-3525, doi:10.2337/dc13-0263 (2013).

(47) Setoguchi, S., Glynn, R. J., Avorn, J., Mogun, H. & Schneeweiss, S. Statins and the risk of lung, breast, and colorectal cancer in the elderly. Circulation 115, 27-33, doi:10.1161/CIRCULATIONAHA.106.650176 (2007).

(48) Solomon, D. H. et al. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum 54, 1378-1389, doi:10.1002/art.21887 (2006).

(49) Ducrotté, P. et al. Comparison of omeprazole and famotidine on esophageal pH in patients with moderate to severe esophagitis: a cross-over study. Am J Gastroenterol 89, 717-721 (1994).

(50) Lipsy, R. J., Fennerty, B. & Fagan, T. C. Clinical review of histamine2 receptor antagonists. Arch Intern Med 150, 745-751 (1990).

(51) Hill, A. B. The Environment and Disease: Association or Causation? Proc R Soc Med 58, 295-300 (1965).

(52) Phillips, C. V. & Goodman, K. J. The missed lessons of Sir Austin Bradford Hill. Epidemiol Perspect Innov 1, 3, doi:10.1186/1742-5573-1-3 (2004).

(53) Pottegard, A., Friis, S., Sturmer, T., Hallas, J. & Bahmanyar, S. Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations. Basic Clin Pharmacol Toxicol 122, 451-459, doi:10.1111/bcpt.12946 (2018).

(54) IARC. Red Meat and Processed Meat. IARC monographs on the evaluation of carcinogenic risks to humans 114 (2018).

(55) IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds. IARC Monogr Eval Carcinog Risk Chem Man 17, 1-349 (1978).

(56) Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. IARC Monogr Eval Carcinog Risks Hum Suppl 7, 1-440 (1987).

Contains Confidential Information – Subject to Protective Order


(57) Richter, J. E., Campbell, D. R., Kahrilas, P. J., Huang, B. & Fludas, C. Lansoprazole compared with ranitidine for the treatment of nonerosive gastroesophageal reflux disease. Arch Intern Med 160, 1803-1809, doi:10.1001/archinte.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 (2000).

(58) Peura, D. A., Riff, D. S., Snoddy, A. M. & Fennerty, M. B. Clinical trial: lansoprazole 15 or 30 mg once daily vs. placebo for treatment of frequent nighttime heartburn in self-treating subjects. Aliment Pharmacol Ther 30, 459-468, doi:10.1111/j.1365-2036.2009.04064.x (2009).

(59) Mills, J. G. et al. The safety of ranitidine in over a decade of use. Aliment Pharmacol Ther 11, 129-137, doi:10.1046/j.1365-2036.1997.136312000.x (1997).

(60) Freedman, N. D., Silverman, D. T., Hollenbeck, A. R., Schatzkin, A. & Abnet, C. C. Association between smoking and risk of bladder cancer among men and women. JAMA 306, 737-745, doi:10.1001/jama.2011.1142 (2011).

(61) Brown, J. P. et al. Proton pump inhibitors and risk of all-cause and cause-specific mortality: A cohort study. Br J Clin Pharmacol 87, 3150-3161, doi:10.1111/bcp.14728 (2021).

(62) Walker, A. M. Confounding by indication. Epidemiology 7, 335-336 (1996).

(63) Johnson, A. G., Jick, S. S., Perera, D. R. & Jick, H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology 7, 434-436, doi:10.1097/00001648-199607000-00016 (1996).

(64) Pottegård, A. et al. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ 362, k3851, doi:10.1136/bmj.k3851 (2018).

(65) Hrudey, S. E., Bull, R. J., Cotruvo, J. A., Paoli, G. & Wilson, M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal 33, 2179-2208, doi:10.1111/risa.12070 (2013).

(66) Kafadar, K. <i>EDITORIAL</i>: Statistical significance, <i>P</i>-values, and replicability. The Annals of Applied Statistics 15, 1081-1083, 1083 (2021).

(67) Wasserstein, R. L. & Lazar, N. A. The ASA's Statement on p-Values: Context, Process, and Purpose. The American Statistician 70, 129-133, doi:10.1080/00031305.2016.1154108 (2016).

(68) Wasserstein, R. L., Schirm, A. L. & Lazar, N. A. Moving to a World Beyond "p < 0.05". Am Stat 73, 1-19, doi:10.1080/00031305.2019.1583913 (2019).

(69) Amrhein, V., Greenland, S. & McShane, B. Scientists rise up against statistical significance. Nature 567, 305-307, doi:10.1038/d41586-019-00857-9 (2019).

(70) Rademacher, J. J., Young, T. B. & Kanarek, M. S. Gastric cancer mortality and nitrate levels in Wisconsin drinking water. Arch Environ Health 47, 292-294, doi:10.1080/00039896.1992.9938364 (1992).

(71) Fandrem, S. I., Kjuus, H., Andersen, A. & Amlie, E. Incidence of cancer among workers in a Norwegian nitrate fertiliser plant. Br J Ind Med 50, 647-652, doi:10.1136/oem.50.7.647 (1993).

(72) Bouvard, V. et al. Carcinogenicity of consumption of red and processed meat. Lancet Oncol 16, 1599-1600, doi:10.1016/S1470-2045(15)00444-1 (2015).

(73) Park, J. E., Seo, J. E., Lee, J. Y. & Kwon, H. Distribution of Seven N-Nitrosamines in Food. Toxicol Res 31, 279-288, doi:10.5487/TR.2015.31.3.279 (2015).

(74) Lijinsky, W. N-Nitroso compounds in the diet. Mutat Res 443, 129-138, doi:10.1016/s1383-5742(99)00015-0 (1999).

(75) Willett, W. C. Nutritional epidemiology issues in chronic disease at the turn of the century. Epidemiol Rev 22, 82-86, doi:10.1093/oxfordjournals.epirev.a018029 (2000).

(76) Jakszyn, P. et al. Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons. J Nutr 134, 2011-2014, doi:10.1093/jn/134.8.2011 (2004).

(77) Jakszyn, P. et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 27, 1497-1501, doi:10.1093/carcin/bgl019 (2006).

(78) Loh, Y. H. et al. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. Am J Clin Nutr 93, 1053-1061, doi:10.3945/ajcn.111.012377 (2011).

(79) Risch, H. A. et al. Dietary factors and the incidence of cancer of the stomach. Am J Epidemiol 122, 947-959, doi:10.1093/oxfordjournals.aje.a114199 (1985).

(80) Jakszyn, P. et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20, 555-559, doi:10.1158/1055-9965.EPI-10-0971 (2011).

(81) Song, P., Wu, L. & Guan, W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients 7, 9872-9895, doi:10.3390/nu7125505 (2015).

(82) Xie, L. et al. Association between dietary nitrate and nitrite intake and sitespecific cancer risk: evidence from observational studies. Oncotarget 7, 56915-56932, doi:10.18632/oncotarget.10917 (2016).

(83) Farvid, M. S. et al. Consumption of red meat and processed meat and cancer incidence: a systematic review and meta-analysis of prospective studies. Eur J Epidemiol 36, 937-951, doi:10.1007/s10654-021-00741-9 (2021).

(84) Crippa, A., Larsson, S. C., Discacciati, A., Wolk, A. & Orsini, N. Red and processed meat consumption and risk of bladder cancer: a dose-response meta-analysis of epidemiological studies. Eur J Nutr 57, 689-701, doi:10.1007/s00394-016-1356-0 (2018).

(85) World Cancer Research Fund Continuous Update Project. Meat, fish and dairy products and the risk of cancer. https://www.wcrf.org/wp-content/uploads/2021/02/Meat-fish-and-dairy-products.pdf (2018).

(86) Hidajat, M. et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med 76, 250-258, doi:10.1136/oemed-2018-105181 (2019).

Contains Confidential Information – Subject to Protective Order

(87) de Vocht, F. et al. Occupational exposure to NDMA and NMor in the European rubber industry. J Environ Monit 9, 253-259, doi:10.1039/b615472g (2007).

(88) Vlaanderen, J. et al. Extended cancer mortality follow-up of a German rubber industry cohort. J Occup Environ Med 55, 966-972, doi:10.1097/JOM.0b013e31829540f4 (2013).

(89) McElvenny, D. M. et al. British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med 75, 848-855, doi:10.1136/oemed-2017-104834 (2018).

(90) Sorahan, T. Conflicting findings from a rubber industry cohort study: what is the explanation? Occupational and Environmental Medicine 76, 780, doi:http://dx.doi.org/10.1136/oemed-2019-105841 (2019).

(91) Hidajat, M. et al. Healthy worker effects explain differences in internal and external comparisons in a rubber industry cohort study. Occup Environ Med 76, 781, doi:10.1136/oemed-2019-106083 (2019).

(92) McGwin, G. The Association between Ranitidine Use and Gastrointestinal Cancers. Cancers (Basel) 13, doi:10.3390/cancers13010024 (2020).

(93) Braunstein, L. Z. et al. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv, 2021.2001.2027.21250656, doi:10.1101/2021.01.27.21250656 (2021).

(94) FDA. Questions and Answers on FDA's Adverse Event Reporting System (FAERS). https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers (2018).

(95) Rothman, K. J., Lanes, S. & Sacks, S. T. The reporting odds ratio and its advantages over the proportional reporting ratio. Pharmacoepidemiol Drug Saf 13, 519-523, doi:10.1002/pds.1001 (2004).

(96) Adamson, R. H. & Chabner, B. A. The Finding of N-Nitrosodimethylamine in Common Medicines. Oncologist 25, 460-462, doi:10.1634/theoncologist.2020-0142 (2020).

(97) Braunstein, L. Z. et al. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open 4, e2034766, doi:10.1001/jamanetworkopen.2020.34766 (2021).

(98) Wang, Y. & Gadalla, S. M. Drug-Wide Association Study (DWAS): Challenges and Opportunities. Cancer Epidemiol Biomarkers Prev 30, 597-599, doi:10.1158/1055-9965.EPI-20-1612 (2021).

(99) Spurling, N. W., Selway, S. A. & Poynter, D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Hum Toxicol 8, 23-32, doi:10.1177/096032718900800105 (1989).

(100) Havu, N., Mattsson, H., Ekman, L. & Carlsson, E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion 45, 189-195, doi:10.1159/000200245 (1990).

(101) Brambilla, G. et al. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis 4, 1281-1285, doi:10.1093/carcin/4.10.1281 (1983).

(102) Bossa, R., Benvenuti, C., Cantoni, V. & Galatulas, I. H2 antagonists and therapy of rodent tumours. Cancer Lett 20, 231-234, doi:10.1016/0304-3835(83)90053-8 (1983).

(103) Babic, A. et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. Br J Cancer 123, 844-851, doi:10.1038/s41416-020-0939-y (2020).

(104) Bradley, M. C., Murray, L. J., Cantwell, M. M. & Hughes, C. M. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Br J Cancer 106, 233-239, doi:10.1038/bjc.2011.511 (2012).

(105) Cheung, K. S. et al. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study. Gut 67, 28-35, doi:10.1136/gutjnl-2017-314605 (2018).

(106) Chow, W. H. *et al.* The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. *JAMA* **274**, 474-477 (1995).

(107) Chubak, J., Boudreau, D. M., Rulyak, S. J. & Mandelson, M. T. Colorectal cancer risk in relation to use of acid suppressive medications. Pharmacoepidemiol Drug Saf 18, 540-544, doi:10.1002/pds.1749 (2009).

(108) Coogan, P. F., Zhang, Y., Palmer, J. R., Strom, B. L. & Rosenberg, L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. Cancer Epidemiol Biomarkers Prev 14, 1012-1015, doi:10.1158/1055-9965.EPI-04-0547 (2005).

(109) Duan, L., Wu, A. H., Sullivan-Halley, J. & Bernstein, L. Antacid drug use and risk of esophageal and gastric adenocarcinomas in Los Angeles County. Cancer Epidemiol Biomarkers Prev 18, 526-533, doi:10.1158/1055-9965.EPI-08-0764 (2009).

(110) Farrow, D. C. et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. Cancer Causes Control 11, 231-238, doi:10.1023/a:1008913828105 (2000).

(111) Garcia Rodriguez, L. A., Lagergren, J. & Lindblad, M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. Gut 55, 1538-1544, doi:10.1136/gut.2005.086579 (2006).

(112) Hsu, C. L. et al. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients - an exploratory analysis. Pharmacoepidemiol Drug Saf 22, 632-640, doi:10.1002/pds.3441 (2013).

(113) Johnson, A. G., Jick, S. S., Perera, D. R. & Jick, H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology 7, 434-436, doi:10.1097/00001648-199607000-00016 (1996).

(114) La Vecchia, C., Negri, E., D'Avanzo, B. & Franceschi, S. Histamine-2-receptor antagonists and gastric cancer risk. Lancet 336, 355-357, doi:10.1016/0140-6736(90)91888-h (1990).

(115) Lai, S. W., Liao, K. F., Lai, H. C., Lin, C. L. & Sung, F. C. Proton pump inhibitors and risk of hepatocellular carcinoma: a case-control study in Taiwan. Acta Gastroenterol Belg 76, 348-350 (2013).

(116) Lai, S. W., Sung, F. C., Lin, C. L. & Liao, K. F. Use of Proton Pump Inhibitors Correlates with Increased Risk of Pancreatic Cancer: A Case-Control Study in Taiwan. Kuwait Medical Journal 46, 44-48 (2014).

(117) Lin, C. H. et al. Association between acid suppressive agents' use and risk of hepatocellular carcinoma. Dose-Response: An International Journal, 1-8 (2020).

(118) Michaud, D. S., Mysliwiec, P. A., Aldoori, W., Willett, W. C. & Giovannucci, E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epidemiol Biomarkers Prev 13, 250-254, doi:10.1158/1055-9965.epi-03-0174 (2004).

(119) Niikura, R. et al. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for Helicobacter pylori: a retrospective cohort analysis. Gut 67, 1908-1910, doi:10.1136/gutjnl-2017-315710 (2018).

(120) Poulsen, A. H. et al. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. Br J Cancer 100, 1503-1507, doi:10.1038/sj.bjc.6605024 (2009).

(121) Shao, Y. J., Chan, T. S., Tsai, K. & Wu, S. Y. Association between proton pump inhibitors and the risk of hepatocellular carcinoma. Aliment Pharmacol Ther 48, 460-468, doi:10.1111/apt.14835 (2018).

(122) Stoer, N. C. et al. Drug Use and Cancer Risk: A Drug-Wide Association Study (DWAS) in Norway. Cancer Epidemiol Biomarkers Prev 30, 682-689, doi:10.1158/1055-9965.EPI-20-1028 (2021).

(123) Suleiman, U. L., Harrison, M., Britton, A., McPherson, K. & Bates, T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. Eur J Cancer Prev 9, 185-191 (2000).

(124) Tamim, H., Duranceau, A., Chen, L. Q. & Lelorier, J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. Drug Saf 31, 675-684, doi:10.2165/00002018-200831080-00004 (2008).

(125) Velicer, C. M., Dublin, S. & White, E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. Ann Epidemiol 16, 895-900, doi:10.1016/j.annepidem.2006.03.003 (2006).

(126) Wennerstrom, E. C. M., Simonsen, J., Camargo, M. C. & Rabkin, C. S. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer 116, 1234-1238, doi:10.1038/bjc.2017.84 (2017).

Contains Confidential Information – Subject to Protective Order

(127) Yang, Y. X. et al. Chronic proton pump inhibitor therapy and the risk of colorectal cancer. Gastroenterology 133, 748-754, doi:10.1053/j.gastro.2007.06.022 (2007).

(128) Ahn, J. S., Eom, C. S., Jeon, C. Y. & Park, S. M. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. World J Gastroenterol 19, 2560-2568, doi:10.3748/wjg.v19.i16.2560 (2013).

(129) Song, H. J., Jeon, N. & Squires, P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. Eur J Clin Pharmacol 76, 1437-1456, doi:10.1007/s00228-020-02927-8 (2020).

(130) Mathes, R. W., Malone, K. E., Daling, J. R., Porter, P. L. & Li, C. I. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Cancer Epidemiol Biomarkers Prev 17, 67-72, doi:10.1158/1055-9965.EPI-07-0765 (2008).

(131) Rossing, M. A., Scholes, D., Cushing-Haugen, K. L. & Voigt, L. F. Cimetidine use and risk of prostate and breast cancer. Cancer Epidemiol Biomarkers Prev 9, 319-323 (2000).

(132) European Medicines Agency (EMA). Opinion of the Committee for Medicinal Products for Human Use pursuant to Article 31of Directive 2001/83/EC following re-examination, for ranitidine. September 17, 2020.

(133) Plaintiffs' MDL Master Personal Injury Complaint.

(134) Rule 26 Expert Report of Anne McTiernan, M.D., Ph.D.

(135) Rule 26 Expert Report of Patricia G. Moorman, MSPH, Ph.D.

**Attachment B**

# CURRICULUM VITAE

## John S. Witte

## I. PERSONAL INFORMATION

| | |
|---|---|
| **Current Positions** | ***Professor***, Departments of Epidemiology & Population Health, Biomedical Data Science, Genetics (by courtesy)<br>***Vice Chair***, Department of Epidemiology & Population Health<br><br>School of Medicine<br>Stanford University |
| **Contact Information** | jswitte@stanford.edu<br>https://med.stanford.edu/wittelab<br>@johnwitte / @wittelab |

## II. EDUCATIONAL BACKGROUND

| | | | | |
|---|---|---|---|---|
| 09/82 – 06/86 | University of California, Santa Barbara | BS | Mathematical Sciences | |
| 08/87 – 05/88 | University of California, Berkeley | MS | Industrial Engineering and Operations Research | |
| 09/89 – 04/94 | University of California, Los Angeles | PhD | Epidemiology (minor Biostatistics) | |
| 05/94 – 10/95 | University of Southern California | Post-doc | Biostatistics | Supervisor: Duncan Thomas |

## III. PROFESSIONAL APPOINTMENTS

| | | | |
|---|---|---|---|
| 11/95 – 11/99 | Case Western Reserve University (CWRU) | Assistant Professor | Epidemiology & Biostatistics |
| 11/99 – 09/03 | CWRU | Associate Professor | Epidemiology & Biostatistics |
| 09/03 – 06/21 | UCSF | Professor | Epidemiology & Biostatistics |
| 07/21 - present | Stanford University | Professor | Epidemiology & Population Health, Biomedical Data Science, Genetics (by courtesy) |

### Other Positions held Concurrently

| | | | |
|---|---|---|---|
| 1997 - 1997 | University of Melbourne, Australia | Visiting Research Fellow | Genetic Epidemiology |
| 1997 - 2003 | Cleveland Clinic Foundation | Adjunct Staff | Biostatistics & Epidemiology |
| 2001 - 2003 | CWRU | Leader | Cancer Center, Genetic Epidemiology Program |
| 2002 - 2003 | International Agency for Research on Cancer, Lyon, France | Visiting Scientist | Genetic Epidemiology |
| 2003 - 2021 | UCSF | Professor | Department of Urology |
| 2004 - 2021 | UCSF | Co-Leader | Cancer Center, Cancer Genetics (now Molecular Oncology) Program |
| 2005 - 2012 | UCSF | Associate Director | Institute for Human Genetics |
| 2008 - 2021 | UCSF | Head | Division of Cancer Epidemiology |
| 2013 - 2013 | University of Queensland, Brisbane, Australia | Visiting Academic | Quantitative Genetics |
| 2018 - 2021 | UCSF | Vice Chair for Faculty Development | Epidemiology and Biostatistics |
| 2021 - present | UCSF | Adjunct Professor | Epidemiology and Biostatistics |
| 2021 - present | Stanford University | Vice Chair | Epidemiology & Population Health |
| 2022 - present | Stanford University | Member | Stanford Cancer Institute |

## IV. HONORS AND AWARDS

| | | |
|---|---|---|
| 1986 | Undergraduate Honors | University of California, Santa Barbara |
| 1990 | National Research Service Award | National Institutes of Health (NIH) |
| 1994 | Ruth F. Richards Outstanding Student Award | University of California, Los Angeles |
| 2000 | Glennan Fellow Award for Innovative Teaching | CWRU Center for Innovation in Teaching and Education |
| 2003 | Visiting Scientist Award | International Agency for Research on Cancer, Lyon, France |
| 2010 | Directors Invited Lecture | NHGRI / NIH |

Contains Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| 2011 | Stephen B. Hulley Award for Excellence in Teaching | UCSF, Training in Clinical Research |
| 2016 | Up for a Challenge Grand Prize | National Cancer Institute |
| 2017 | Robert Millikan Symposium Memorial Lecture | Univ North Carolina Lineberger Comprehensive Cancer Center |
| 2018 | Leadership Award | International Genetic Epidemiology Society |

## V. SCHOLARLY PUBLICATIONS

### V.A Peer Reviewed Original Research (235 publications)

1. **Witte JS**, Greenland S, Haile RW, Bird CL. Hierarchical regression analysis applied to a study of multiple dietary exposures and breast cancer. Epidemiology 1994;5:612-621.
2. Gauderman WJ, **Witte JS**, Faucett CL, Morrison J, Thomas DC. Genetic epidemiologic analysis of quantitative phenotypes using Gibbs sampling. Genetic Epidemiology 1995;12:753-758.
3. Bird CL, Swendseid ME, **Witte JS**, Shikany JM, Hunt IF, Frankl HD, Lee ER, Longnecker MP, Haile RW. Red cell and plasma folate, folate consumption, and the risk of colorectal adenomatous polyps. Cancer Epidemiology, Biomarkers & Prevention 1995;4:709-714.
4. **Witte JS**, Greenland S. Simulation study of hierarchical regression. Statistics in Medicine 1996;15:1161-1170.
5. Haile RW, **Witte JS**, Ursin G, Siemiatycki J, Bertolli J, Thompson WD, Paganini-Hill A. A case-control study of reproductive variables, alcohol, and smoking in premenopausal bilateral breast cancer. Breast Cancer Research and Treatment 1996;37:49-56.
6. Olson JM, **Witte JS**, Elston RC. Association within twin pairs for a dichotomous trait. Genetic Epidemiology 1996;13:489-499.
7. Bird CL, **Witte JS**, Swendseid ME, Shikany JM, Hunt IF, Frankl HD, Lee ER, Longnecker MP, Haile RW. Plasma ferritin, iron intake, and the risk of colorectal polyps. American Journal of Epidemiology 1996;144:34-41.
8. **Witte JS**, Haile RW. The agreement between alcohol consumption measured by two different questionnaires. Journal of Studies on Alcohol 1996;57:406-409.
9. **Witte JS**, Longnecker MP, Bird CL, Frankl HD, Lee ER, Haile RW. Relation of vegetable, fruit, and grain consumption to colorectal adenomatous polyps (with commentary). American Journal of Epidemiology 1996;144:1015-1025.
10. **Witte JS**, Ursin G, Siemiatycki J, Thompson WD, Paganini-Hill A, Haile RW. Diet and premenopausal bilateral breast cancer: a case-control study. Breast Cancer Research and Treatment 1997;42:243-251.
11. Kupelian PA, Kupelian VA, **Witte JS**, Macklis R, Klein EA. Family history of prostate cancer in patients with localized prostate cancer: an independent predictor of treatment outcome. Journal of Clinical Oncology 1997;15:1478-1480.
12. **Witte JS**, Greenland S. A nested approach to evaluating dose-response and trend. Annals of Epidemiology 1997;7:188-193.
13. Shikany JM, **Witte JS**, Swendseid ME, Bird CL, Frankl HD, Lee ER, Haile RW. Plasma carotenoids and the prevalence of adenomatous polyps of the colon and rectum. American Journal of Epidemiology 1997;145:552-557.
14. Probst-Hensch N, Sinha R, Longnecker MP, **Witte JS**, Ingles SA, Frankl HD, Lee ER, Haile RW. Meat preparation and colorectal adenomas in a large sigmoidoscopy-based case-control study. Cancer Causes and Control 1997;8:175-183.
15. Kupelian PA, Klein EA, **Witte JS**, Kupelian VA, Suh J. Familial prostate cancer: a different disease? Journal of Urology 1997:158;2197-2201.

16. **Witte JS**. Genetic analysis with hierarchical modeling. Genetic Epidemiology 1997;14:1137-1142.

17. Schnell A, Karunaratne PM, **Witte JS**, Dawson DV, Elston RC. Modeling age of onset and residual familial correlations for the linkage analysis of bipolar disorder. Genetic Epidemiology 1997;14:675-680.

18. Haile RW, **Witte JS**, Longnecker MP, Probst-Hensch N, Chen M-J, Frankl HD, Lee ER. A sigmoidoscopy-based case-control study of polyps: macronutrients, fiber, and meat consumption. International Journal of Cancer 1997;73: 497-502.

19. Fijal B, **Witte JS**. Evaluating the performance of a genetic test using information from previous studies in place of a gold standard. Medical Care 1998;36:AS46-AS56.

20. **Witte JS**, Greenland S, Kim L-L. Software for hierarchical modeling of epidemiologic data. Epidemiology 1998;9:563-566.

21. Lin, HJ, Probst-Hensch NM, Louie AD, Kau IH, **Witte JS**, Ingles SA, Frankl HD, Lee ER, Haile RW. Glutathione transferase null genotype, broccoli, and lower prevalence of colorectal adenomas. Cancer Epidemiology, Biomarkers & Prevention 1998;7:647-652.

22. Klein EA, Kupelian PA, **Witte JS**. Does a family history of prostate cancer result in more aggressive disease? Prostate Cancer and Prostatic Diseases 1998;1:297-300.

23. **Witte JS**, Carlin JB, Hopper JL. A likelihood-based approach to estimating twin concordance for dichotomous traits. Genetic Epidemiology 1999;16:290-304.

24. **Witte JS**, Gauderman WJ, Thomas DC. Bias and efficiency in case-control studies of candidate genes and gene-environment interactions: Basic family designs. American Journal of Epidemiology 1999;149:693-705.

25. Haile RW, **Witte JS**, Gold M, Cressey R, McGee C, Millikan RC, Glasser A, Harawa N, Ervin C, Harmon P, Harper J, Dermand J, Alamillo J, Barrett K, Nides M, Wang G. The health effects of swimming in ocean water contaminated by storm drain runoff (with commentary). Epidemiology; 1999;10:355-363.

26. Olson JM, **Witte JS**, Elston RC. Genetic mapping of complex traits. Statistics in Medicine 1999;18:2961-2981.

27. Paris PL, Kupelian PA, Hall JM, Williams TL, Levin H, Klein EA, Casey GC, **Witte JS**. Association between a CYP3A4 genetic variant and clinical presentation in African American prostate cancer patients. Cancer Epidemiology, Biomarkers & Prevention 1999; 8:901-906.

28. Jacobs KB, Wedig GC, Schnell AH, **Witte JS**, Elston RC. Model-based and model-free multipoint genome-wide linkage analysis of alcoholism. Genetic Epidemiology 1999;17:S175-S180.

29. Gauderman WJ, **Witte JS**, Thomas DC. Family-based association studies. Journal of the National Cancer Institute Monograph 1999;26:31-37.

30. Goddard KAB, Hopkins PJ, Hall JM, **Witte JS**. Linkage disequilibrium and allele frequency distributions for 114 single nucleotide polymorphisms in five populations. American Journal of Human Genetics 2000;66:216-234.

31. **Witte JS**, Elston RC, Cardon LR. On the relative sample size required for multiple comparisons. Statistics in Medicine 2000;19:369-372.

32. Fijal B, Hall JM, **Witte JS**. Clinical trials in the genomic era: effects of protective genotypes on sample sizes and duration of trial. Controlled Clinical Trials 2000;21:7-20.

33. Suarez BK, Lin J, Burmester JK, Broman K, Weber JL, Banerjee TK, Goddard KA, **Witte JS**, Elston RC, Catalona WJ. A genome screen of multiplex sibships with prostate cancer. American Journal of Human Genetics 2000;66:933-944.

34. Shikany JM, **Witte JS**. Correlations of individual plasma carotenoid concentrations in free-living older adults. Nutrition Reviews 2000;20:955-966.

35. **Witte JS**, Goddard KAB, Conti DV, Elston RC, Lin J, Suarez BK, Broman KW, Burmester JK, Weber JL, Catalona WJ. Genome-wide scan for prostate cancer aggressiveness loci. American Journal of Human Genetics 2000;67:92-99.

36. Wandel C, **Witte JS**, Hall JM, Stein CM, Wood AJJ, Wilkinson GR. CYP3A activity in African American and European American men: population differences and functional effect of CYP3A41B 5'-promoter region polymorphism. Clinical Pharmacology and Therapeutics 2000;68:82-91.

37. Paris PL, **Witte JS**, Kupelian PA, Levin H, Klein EA, Catalona WJ, Casey G. Identification and fine mapping of a region showing a high frequency of allelic imbalance on chromosome 16q23.2 that corresponds to a prostate cancer susceptibility locus. Cancer Research 2000;60:3645-3649.

38. Cardon LR, Idury R, Harris TJR, **Witte JS**, Elston RC. Testing drug response in the presence of genetic information. Pharmacogenetics 2000;10:503-510.

39. Suarez BK, Lin J, **Witte JS**, Conti DV, Resnick MI, Klein EA, Burmester JK, Vaske DA, Banerjee TK, Catalona WJ. Replication linkage study for prostate cancer susceptibility genes. Prostate 2000;45:106-114.

40. **Witte JS**, Greenland S, Kim L-L, Arab L. Multilevel modeling in epidemiology with GLIMMIX. Epidemiology 2000;11:684-688.

41. Goddard KAB, **Witte JS**, Suarez BK, Catalona WJ, Olson JM. Model-free linkage analysis with covariates confirms linkage of prostate cancer to chromosomes 1 and 4. American Journal of Human Genetics 2001;68:1197-1206.

42. Fijal BA, Kim L-L, Buxbaum SG, **Witte JS**. Predicting quantitative trait levels by modeling single nucleotide polymorphism interaction data. Genetic Epidemiology 2001;21:S608-S613.

43. Kim L-L, Fijal BA, **Witte JS**. Hierarchical modeling of the relation between sequence variants and a quantitative trait: addressing multiple comparison and population stratification issues. Genetic Epidemiology 2001;21:S668-S673.

44. Mosley J, Conti DV, Elston RC, **Witte JS**. Impact of preadjusting a quantitative phenotype prior to sib-pair linkage analysis when there is gene-environment interaction. Genetic Epidemiology 2001;21:S837-S842.

45. Neville PJ, Conti DV, Paris PL, Levin H, Catalona WJ, Suarez BK, **Witte JS**, Casey G. Prostate cancer aggressiveness locus on chromosome 7q32-q33 identified by linkage and allelic imbalance studies. Neoplasia 2002;4:424-431.

46. **Witte JS**, Palmer LJ, O'Connor RD, Hopkins PJ, Hall JM. Relation between tumor necrosis factor polymorphism TNFa-308 and asthma. European Journal of Human Genetics 2002;10:82-85.

47. Nelson K, **Witte JS**. Androgen receptor CAG repeats and prostate cancer. American Journal of Epidemiology 2002;155:883-890.

48. Fijal BA, Idury RI, **Witte JS**. Analysis of mutational spectra: locating hotspots and clusters of mutations using recursive partitioning. Statistics in Medicine 2002;21:1867-1885.

49. Casey GC, Neville PJ, Plummer SJ, Krumroy LM, Wand Z, Catalona WJ, Carpten J, Trent J, Silverman R, **Witte JS**. RNASEL R462Q variant is implicated in up to 13% of prostate cancer cases. Nature Genetics 2002;32:581-583.

50. Plummer SJ, Conti DV, Paris PL, Curran AP, Casey G, **Witte JS**. CYP3A4 and CYP3A5 genotypes, haplotypes and risk of prostate cancer. Cancer Epidemiol Biomarkers Prev 2003;12 928-932.

51. Conti DV, **Witte JS**. Hierarchical modeling of linkage disequilibrium: genetic structure and spatial relations. American Journal of Human Genetics 2003;72:351-363.

52. Neville PJ, Conti DV, Krumroy LM, Catalona WJ, Suarez BK, **Witte JS**, Casey G. Prostate cancer aggressiveness locus on chromosome 19q13.1 identified by linkage and allelic imbalance studies. Genes Chromosomes Cancer 2003;36:332-339.

53. **Witte JS**, Suarez BK, Thiel B, Lin J, Yu A, Banerjee TK, Burmester JK, Casey G, Catalona WJ. Genome-wide scan of brothers: replication and fine mapping of prostate cancer susceptibility and aggressiveness loci. The Prostate 2003;57: 298-308.

54. Thompson D, Goldgar D, Stram D, **Witte JS**. Design issues in using haplotype tagging SNPs for association studies. Human Heredity 2003;56:48-55.

55. Li L, Yu H, Schumacher F, Casey G, **Witte JS**. Relation of serum insulin-like growth factor-I (IGF-I) and IGF binding protein-3 to risk of prostate cancer. Cancer Causes and Control 2003;14: 721-726.

56. Xing C, Schumacher FR, Conti DV, Nock NL, Li L, **Witte JS**. Comparison of missing data approaches in linkage analysis. BioMed Central Genetics 2003;4:S44.

57. Rybicki BA, Conti DV, Moreira A, Casey G, **Witte JS**. DNA repair gene XRCC1 and XPD polymorphisms and risk of prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13:23-29.

58. Loukola A, Chadha M, Penn DG, Rank D, Thiel B, Cicek M, Conti DV, Thompson D, Love B, Jonsson J, Brinne A, Chen W, Ji Y, Loder RT, Yang Q, Jiang Y, Dains K, Hanzel DK, Paris PL, Casey G, **Witte JS**. Comprehensive evaluation of the association between prostate cancer and genotypes / haplotypes in CYP17, CYP3A4, SRD5A2, and the Androgen Receptor. European Journal of Human Genetics 2004;12:321-332.

59. Li L, Cicek M, Casey G, **Witte JS**. No association between genetic polymorphisms in IGF-I and IGFBP-3 and prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13: 497-498.

60. Cicek M, Conti DV, Paris PL, Neville PJ, Casey G, **Witte JS**. SRD5A2, the Androgen Receptor, and CYP17 gene polymorphisms and prostate cancer risk and aggressiveness. Prostate 2004;59:69-76.

61. Singer JB, Hill AE, Burrage LC, Olszens KR, Song J, Justice M, O'Brien WE, Conti DV, **Witte JS**, Lander ES, Nadeau JH. Genetic dissection of complex traits with chromosome substitution strains of mice. Science 2004;304:445-448.

62. Hung RJ, Brennan P, Malaveille C, Porru S, Donato F, Boffetta P, **Witte JS**. Using hierarchical modeling in genetic association studies with multiple markers: application to a case-control study of bladder cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13:1013-1021.

63. Cicek M, Nock NL, Li L, Conti DV, Casey G **Witte JS**. Relation of Methylenetetrahydrofolate reductase C677T and A1298C genotypes and haplotypes to prostate cancer risk and aggressiveness. Cancer Epidemiology, Biomarkers & Prevention 2004;13:1331-1336.

64. Thompson D, **Witte JS**, Slattery M, Goldgar D. Increased power for case-control studies of single nucleotide polymorphisms through incorporation of family history and genetic constraints. Genetic Epidemiology 2004;27:215-224.

65. Li L, Cicek M, Casey G, **Witte JS**. No association between a tetranucleotide repeat polymorphism of CYP19 and prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13:2280-2281.

66. Cicek M, Liu X, Casey G, **Witte JS**. Role of androgen metabolism genes CYP1B1, PSA/KLK3, and CYP11-B in prostate cancer risk and aggressiveness. Cancer Epidemiology, Biomarkers & Prevention 2005;14:2173-2177.

67. Liu X, Rybicki B, Casey G, **Witte JS**. Relation between body size and prostate cancer in a sibling-based case-control study. Journal of Urology 2005;174:2169-2173.

68. Li L, Cicek MS, Casey G, **Witte JS**. No Association between Genetic Polymorphisms in Insulin (INS) and Insulin Receptor Substrate-1 (IRS1) and prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2005;14:2462-2463.

69. Liu X, Jorgenson E, **Witte JS**. Evaluation of hierarchical modeling for association studies. BioMed Central Genetics 2005;6:S104.

70. Tung JY, Rosen MP, Nelson LM, Turek PJ, **Witte JS**, Cramer DW, Reijo Pera RA. Variants in Deleted in AZoospermia-Like (DAZL) are correlated with reproductive parameters in men and women. Human Genetics 2006;118:730-740.

71. Nock NL, Liu X, Cicek MS, Li L, Macarie F, Rybicki BA, Plummer SJ, MacLennan GT, Casey G, **Witte JS**. Polymorphisms in PAH metabolism and conjugation genes, interactions with smoking and prostate cancer risk. Cancer Epidemiology, Biomarkers & Prevention 2006;15:756-61.

72. Casey G, Neville PJ, Cicek MS, Plummer SJ, Krumroy LM, Curran AP, Martin MR, Liu X, Catalona WJ, **Witte JS**. Association between Podocalyxin variants and prostate cancer risk and tumor aggressiveness. Human Molecular Genetics 2006;15:735-741.

73. Jorgenson E, **Witte JS**. Coverage and power in genomewide association studies. American Journal of Human Genetics 2006;78:884-888.

74. Nock NL, Cicek MS, Li L, Liu X, Rybicki BA, Moreira A, Plummer SJ, Casey G, **Witte JS**. Polymorphisms in estrogen bioactivation, detoxification and oxidative DNA base excision repair genes and prostate cancer risk. Carcinogenesis 2006;27:1842-1848.

75. Sapru A, Wiemels JL, **Witte JS**, Ware WB, Matthay MA. Acute Lung Injury and the Coagulation pathway: Potential role of gene polymorphisms in the protein C and fibrinolytic pathways. Intensive Care Medicine 2006;32:1293-1303.

76. Cicek M, Liu X, Schumacher F, Casey G, **Witte JS**. Vitamin D receptor genotypes / haplotypes and prostate cancer risk and aggressiveness. Cancer Epidemiology, Biomarkers & Prevention 2006;15:2549-2552.

77. Liu X, Plummer S, Casey G, **Witte JS**. Nonsteroidal anti-inflammatory drugs and advanced prostate cancer: modification by LTA+80. American Journal of Epidemiology 2006;164:984-989.

78. Tung JY, Rosen MP, Nelson LM, Turek PJ, **Witte JS**, Cramer DW, Cedars MI, Reijo Pera RA. Novel missense mutations of the Deleted-in-AZoospermia-Like (DAZL) gene in infertile women and men. Reproductive Biology and Endocrinology 2006;4:40.

79. Jorgenson E, **Witte JS**. A gene-centric approach to genomewide association studies. Nature Reviews Genetics 2006,7:885-891.

80. Liu X, Cicek MS, Plummer SJ, Jorgenson E, Casey G, **Witte JS**. Association of testis derived transcript gene variants and prostate cancer risk. J Urol. 2007;177:894-898.

81. Cheng I, Plummer S, Casey GC, **Witte JS**. Toll-like Receptor 4 (TLR4) genetic variation and advanced prostate cancer risk. Cancer Epidemiology, Biomarkers & Prevention 2007;16:352-355.

82. Liu X, Schumacher FR, Plummer SJ, Jorgenson E, Casey G, **Witte JS**. Trans fatty acid intake and increased risk of advanced prostate cancer: modification by RNASEL R462Q variant. Carcinogenesis 2007;28:1232-1236.

83. Cheng I, Plummer S, Krumroy L, Casey GC, **Witte JS**. MIC1 and IL1RN genetic variation and advanced prostate cancer risk. Cancer Epidemiology, Biomarkers & Prevention 2007;16:352-355.

84. Jorgenson E, Deitcher SR, Cicek M, Liu X, Casey G, **Witte JS**. Plasminogen activator inhibitor type-1 (PAI-1) polymorphism 4G/5G is associated with prostate cancer among men with a positive family history. Prostate 2007;67:172-177.

85. Jorgenson EJ, **Witte JS**. Genome-wide association studies of cancer. Future Oncology 2007;3:419-427.

86. Chen GK, **Witte JS**. Enriching the analysis of genome-wide association studies with hierarchical modeling. American Journal of Human Genetics 2007;81:397-404.

87. Cheng I, Liu X, Plummer S, Krumroy LM, Casey GC, **Witte JS**. COX2 genetic variation, NSAIDs, and advanced prostate cancer risk. British Journal of Cancer 2007;97:557-61.

88. Chen GK, Jorgenson E, **Witte JS**. An empirical evaluation of the common disease / common variant hypothesis. BMC Proceedings 2007;1:S5.

89. Chen GK, Tien Z, **Witte JS**, Goode EL. Genome-wide association analyses of expression phenotypes. Genetic Epidemiology 2007;31:S7-S11.

90. Cheng I, Plummer S, Jorgenson E, Casey G, **Witte JS**. 8q24 and prostate cancer: associated with advanced disease and meta-analysis. European Journal of Human Genetics 2008;16:496-505.

91. Cheng I, **Witte JS**. Toll-like receptor 4 and prostate cancer risk. Expert Opinion on Medical Diagnostics 2008;2:143-149.

92. Carmichael SL, **Witte JS**, Shaw G. Nutrient pathways and neural tube defects: A semi-Bayesian hierarchical analysis. Epidemiology 2009;20:67-73.

93. Jorgenson E, Kvale M, **Witte JS**. VALID: Visualization of Association study results and linkage disequilibrium. Genetic Epidemiology 2009;33:599-603.

94. Ross PL, Cheng I, Liu X, Cicek MS, Carroll PR, Casey G, **Witte JS**. Carboxypeptidase 4 gene variants and early-onset intermediate-to-high risk prostate cancer. BMC Cancer 2009; 9:69.

95. Fradet V, Cheng I, Casey G, **Witte JS**. Dietary omega-3 fatty acids, COX-2 genetic variation, and aggressive prostate cancer risk. Clinical Cancer Research 2009;15:2559-66..

96. Reese AC, Fradet V, **Witte JS**. Omega-3 fatty acids, genetic variants in COX-2 and prostate cancer. J Nutrigenetics and Nutrigemonics 2009;2:149-58.

97. Cheng I, **Witte JS**, John EM, Cockburn MG, Clarke CA. Socioeconomic status and prostate cancer incidence and mortality rates among the diverse population of California. Cancer Causes & Control 2009;20:1431-40.

98. Tai YC, Kvale M, **Witte JS**. Segmentation and estimation for SNP microarrays: a Bayesian multiple change point approach. Biometrics 2010;66:675-83.

99. **Witte JS**. Genome-wide association studies and beyond. Annual Reviews of Public Health 2010;31:9-20.

100. Cheng I, **Witte JS**, Jacobsen SJ, Haque R, Quinn VP, Quesenberry CP, Caan BJ, Van Den Eeden. Prostatitis, sexually transmitted diseases, and prostate cancer: The California Men's Health Study. PLoS One 2010;5:e8736.

101. Cheng, I, Plummer SJ, Neslund-Dudas C, Klein EA, Casey G, Rybicki BA, **Witte JS**. Prostate cancer susceptibility variants confer increased risk of disease progression. Cancer Epidemiology Biomarkers, Prevention 2010;19:2124-32.

102. Hoffmann TJ, Marini N, **Witte JS**. Comprehensive approach to analyzing rare variants. PLoS One 2010; 5:e13584.

103. Reese A, Hardin J, Cheng I, Casey G, **Witte JS**. Anti-inflammatory drugs, variation in inflammatory genes, and advanced prostate cancer. Pharmaceuticals 2010;3:3127-3142.

104. Liu X, Cheng I, Plummer SJ, Suarez B, Casey G, Catalona B, **Witte JS**. Fine mapping of prostate cancer aggressiveness loci on chromosome 7q22-35. The Prostate 2011; 71:682-689.

105. Chang BL, Spangler E, Gallagher S, Haiman CA, Henderson B, Isaacs W, Benford ML, Kidd LR, Cooney K, Strom S, Ingles SA, Stern MC, Corral R, Joshi AD, Xu J, Giri VN, Rybicki B, Neslund-Dudas C, Kibel AS, Thompson IM, Leach RJ, Ostrander EA, Stanford JL, **Witte J**, Casey G, Eeles R, Hsing AW, Chanock S, Hu JJ, John EM, Park J, Stefflova K, Zeigler-Johnson C, Rebbeck TR. Validation of genome-wide prostate cancer associations in men of African descent. Cancer Epidemiol Biomarkers Prev. 2011;20:23-32.

106. Kompass KS, **Witte JS**. Co-regulatory expression quantitative trait loci mapping: method and application to endometrial cancer. BMC Medical Genomics 2011;4:6.

107. Hardin J, Cheng I, **Witte JS**. Impact of vegetable, fruit, and grain consumption on aggressive prostate cancer risk. Nutrition and Cancer 2011;63:860-72. PMCID: PMC3209415.

108. **Witte JS**, Hoffmann TJ. Polygenic modeling of genome-wide association studies: an application to prostate and breast cancer. OMICS. 2011;3:e13584.

109. Kompass KS, Hoffmann TJ, **Witte JS**. Parallel biocomputing. Source Code for Biology and Medicine 2011;6:4.

110. Haiman CA, Chen GK, Blot WJ, Strom SS, Berndt SI, Kittles RA, Rybicki BA, Isaacs W, Ingles SA, Stanford JL, Diver WR, **Witte JS**, Chanock SJ, Kolb S, Signorello LB, Yamamura Y, Neslund-Dudas C, Thun MJ, Murphy A, Casey G, Sheng X, Wan P1, Pooler LC, Monroe KR, Waters L, Le Marchand L, Kolonel LN, Stram DO, Henderson BE. Characterizing genetic risk at known prostate cancer susceptibility loci in African Americans. PLoS Genetics 2011;7:e1001387.

111. Punnen S, Hardin J, Cheng I, Klein EA, **Witte JS**. Impact of meat consumption, preparation, and mutagens on aggressive prostate cancer. PLoS One. 2011;6:e27711. PMCID: PMC3223211.

112. Haiman CA, Chen GK, Blot WJ, Strom SS, Berndt SI, Kittles RA, Rybicki BA, Isaacs W, Ingles SA, Stanford JL, Diver WR, **Witte JS** Ann W Hsing, Barbara Nemesure, Timothy R Rebbeck, Kathleen A Cooney, Jianfeng Xu, Adam S Kibel, Jennifer J Hu, Esther M John, Serigne M Gueye, Stephen Watya, Lisa B Signorello, Richard B Hayes, Zhaoming Wang, Edward Yeboah, Yao Tettey, Qiuyin Cai, Suzanne Kolb, Elaine A Ostrander, Charnita Zeigler-Johnson, Yuko Yamamura, Christine Neslund-Dudas, Jennifer Haslag-Minoff, William Wu, Venetta Thomas, Glenn O Allen, Adam Murphy, Bao-Li Chang, S Lilly Zheng, M Cristina Leske, Suh-Yuh Wu, Anna M Ray, Anselm J M Hennis, Michael J Thun, John Carpten, Graham Casey, Erin N Carter, Edder R Duarte, Lucy Y Xia, Xin Sheng, Peggy Wan, Loreall C Pooler, Iona Cheng, Kristine R Monroe, Fredrick Schumacher, Loic Le Marchand, Laurence N Kolonel, Stephen J Chanock, David Van Den Berg, Daniel O Stram, Brian E Henderson. Genome-wide association study of prostate cancer in men of African ancestry identifies a susceptibility locus at 17q21. Nature Genetics, 2011;43:570-3. PMCID: PMC3102788.

113. Choi JH, Yee SW, Ramirez AH, Morrissey KM, Jang GH, Joski PJ, Mefford JA, Hesselson SE, Schlessinger A, Jenkins G, Castro RA, Johns SJ, Stryke D, Sali A, Ferrin TE, **Witte JS**, Kwok PY, Roden DM, Wilke RA, McCarty CA, Davis RL, Giacomini KM. A common 5'-UTR variant in MATE2-K is associated with poor response to metformin. Clin Pharmacol Ther. 2011;90:674-84.

114. Hinch AG, Tandon A, Patterson N, Song Y, Rohland N, Palmer CD, Chen GK, Wang K, Buxbaum SG, Akylbekova EL, Aldrich MC, Ambrosone CB, Amos C, Bandera EV, Berndt SI, Bernstein L, Blot WJ, Bock CH, Boerwinkle E, Cai Q, Caporaso N, Casey G, Cupples LA, Deming SL, Diver WR, Divers J, Fornage M, Gillanders EM, Glessner J, Harris CC, Hu JJ, Ingles SA, Isaacs W, John EM, Kao WH, Keating B, Kittles RA, Kolonel LN, Larkin E, Le Marchand L, McNeill LH, Millikan RC, Murphy A, Musani S, Neslund-Dudas C, Nyante S, Papanicolaou GJ, Press MF, Psaty BM, Reiner AP, Rich SS, Rodriguez-Gil JL, Rotter JI, Rybicki BA, Schwartz AG, Signorello LB, Spitz M, Strom SS, Thun MJ, Tucker MA, Wang Z, Wiencke JK, **Witte JS**, Wrensch M, Wu X, Yamamura Y, Zanetti KA, Zheng W, Ziegler RG, Zhu X, Redline S, Hirschhorn JN, Henderson BE, Taylor HA Jr, Price AL, Hakonarson H, Chanock SJ, Haiman CA, Wilson JG, Reich D, Myers SR. Myers. The Landscape of Recombination in African Americans. Nature 2011;476:170-175. PMCID: PMC3154982.

115. Marini NJ, Hoffmann TJ, Lammer EJ, Hardin J, Lazaruk K, Stein JB, Gilbert DA, Wright C, Lipzen A, Pennacchio LA, Carmichael SL, **Witte JS**, Shaw GM, Rine J. A Genetic Signature of Spina Bifida Risk from Pathway-Informed Comprehensive Gene-Variant Analysis. PloS One 2011;6:e28408.

116. N'Diaye A, Chen GK, Palmer CD, Ge B, Tayo B, Mathias RA, Ding J, Nalls MA, Adeyemo A, Adoue V, Ambrosone CB, Atwood L, Bandera EV, Becker LC, Berndt SI, Bernstein L, Blot WJ,

Boerwinkle E, Britton A, Casey G, Chanock SJ, Demerath E, Deming SL, Diver WR, Fox C, Harris TB, Hernandez DG, Hu JJ, Ingles SA, John EM, Johnson C, Keating B, Kittles RA, Kolonel LN, Kritchevsky SB, Le Marchand L, Lohman K, Liu J, Millikan RC, Murphy A, Musani S, Neslund-Dudas C, North KE, Nyante S, Ogunniyi A, Ostrander EA, Papanicolaou G, Patel S, Pettaway CA, Press MF, Redline S, Rodriguez-Gil JL, Rotimi C, Rybicki BA, Salako B, Schreiner PJ, Signorello LB, Singleton AB, Stanford JL, Stram AH, Stram DO, Strom SS, Suktitipat B, Thun MJ, **Witte JS**, Yanek LR, Ziegler RG, Zheng W, Zhu X, Zmuda JM, Zonderman AB, Evans MK, Liu Y, Becker DM, Cooper RS, Pastinen T, Henderson BE, Hirschhorn JN, Lettre G, Haiman CA. Identification, replication, and fine-mapping of Loci associated with adult height in individuals of african ancestry. PLoS Genet. 2011 Oct;7(10):e1002298. PMCID: PMC3188544.

117. Kazma R, Hoffmann TJ, **Witte JS**. Use of principal components to aggregate rare variants in case-control and family-based association studies in the presence of multiple covariates. BMC Proc. 2011; 5 Suppl 9:S29. PMID: 22373382.

118. Cheng I, Levin AM, Tai YC, Plummer S, Chen GK, Neslund-Dudas C, Casey G, Rybicki BA, **Witte JS**. Copy number alterations in prostate tumors and disease aggressiveness. Genes Chromosomes Cancer. 2012 Jan;51:66-76. PMCID: PMC3209417.

119. D'Agostino R, DeMets D, Friedewald W, Goodman S, **Witte J**, Geller NL. The future of clinical trials: A panel discussion. Stat Med. 2012 Nov 10; 31(25):3068-72. PMID: 22806631.

120. Seu L, Burt TD, **Witte JS**, Martin JN, Deeks SG, McCune JM. Variations in the heme oxygenase-1 microsatellite polymorphism are associated with plasma CD14 and viral load in HIV-infected African-Americans. Genes Immun. 2012 Apr; 13(3):258-67. PMID: 22048453.

121. Cardin NJ, Mefford JA, **Witte JS**. Joint association testing of common and rare genetic variants using hierarchical modeling. Genet Epidemiol. 2012 Sep; 36(6):642-51. PMID: 22807252.

122. **Witte JS**. Rare genetic variants and treatment response: sample size and analysis issues. Stat Med. 2012 Nov 10; 31(25):3041-50.

123. Kangelaris KN, Sapru A, Calfee CS, Liu KD, Pawlikowska L, **Witte JS**, Vittinghoff E, Zhuo H, Auerbach AD, Ziv E, Matthay MA. The association between a Darc gene polymorphism and clinical outcomes in African American patients with acute lung injury. Chest. 2012 May; 141(5):1160-9. PMID: 22207676.

124. Dubois SG, Goldsby R, Segal M, Woo J, Copren K, Kane JP, Pullinger CR, Matthay KK, **Witte J**, Lessnick SL, Robison LL, Bhatia S, Strong LC. Evaluation of polymorphisms in EWSR1 and risk of Ewing sarcoma: A report from the childhood cancer survivor study. Pediatr Blood Cancer. 2012 Jul 15; 59(1):52-6.

125. Baldwin RM, Owzar K, Zembutsu H, Chhibber A, Kubo M, Jiang C, Watson D, Eclov RJ, Mefford J, McLeod HL, Friedman PN, Hudis CA, Winer EP, Jorgenson EM, **Witte JS**, Shulman LN, Nakamura Y, Ratain MJ, Kroetz DL. A genome-wide association study identifies novel loci for paclitaxel-induced sensory peripheral neuropathy in CALGB 40101. Clin Cancer Res. 2012 Sep 15; 18(18):5099-109. PMID: 22843789.

126. Kazma R, Mefford JA, Cheng I, Plummer SJ, Levin AM, Rybicki BA, Casey G, **Witte JS**. Association of the innate immunity and inflammation pathway with advanced prostate cancer risk. PLoS One. 2012; 7(12):e51680.

127. David SP, Hamidovic A, Chen GK, Bergen AW, Wessel J, Kasberger JL, Brown WM, Petruzella S, Thacker EL, Kim Y, Nalls MA, Tranah GJ, Sung YJ, Ambrosone CB, Arnett D, Bandera EV, Becker DM, Becker L, Berndt SI, Bernstein L, Blot WJ, Broeckel U, Buxbaum SG, Caporaso N, Casey G, Chanock SJ, Deming SL, Diver WR, Eaton CB, Evans DS, Evans MK, Fornage M, Franceschini N, Harris TB, Henderson BE, Hernandez DG, Hitsman B, Hu JJ, Hunt SC, Ingles SA, John EM, Kittles R, Kolb S, Kolonel LN, Le Marchand L, Liu Y, Lohman KK, McKnight B, Millikan RC, Murphy A, Neslund-Dudas C, Nyante S, Press M, Psaty BM, Rao DC, Redline S, Rodriguez-Gil JL, Rybicki BA, Signorello LB, Singleton AB, Smoller J, Snively B, Spring B, Stanford JL, Strom SS, Swan GE, Taylor KD, Thun MJ, Wilson AF, **Witte JS**, Yamamura Y, Yanek LR, Yu K, Zheng W, Ziegler RG, Zonderman AB, Jorgenson E, Haiman CA, Furberg H. Genome-wide meta-analyses of smoking behaviors in African Americans. Transl Psychiatry. 2012 Feb 21; 2:e119.

128. Kazma R, Cardin NJ, **Witte JS**. Does Accounting for Gene-Environment Interactions Help Uncover Association between Rare Variants and Complex Diseases? Hum Hered. 2012; 74(3-4):205-14.

129. Carmichael SL, Mohammed N, Ma C, Iovannisci D, Choudhry S, Baskin LS, **Witte JS**, Shaw GM, Lammer EJ. Diacylglycerol kinase k variants impact hypospadias in a California study population. J Urol. 2013 Jan; 189(1):305-11.

130. Brenner DR, Brennan P, Boffetta P, Amos CI, Spitz MR, Chen C, Goodman G, Heinrich J, Bickeböller H, Rosenberger A, Risch A, Muley T, McLaughlin JR, Benhamou S, Bouchardy C, Lewinger JP, **Witte JS**, Chen G, Bull S, Hung RJ. Hierarchical modeling identifies novel lung cancer susceptibility variants in inflammation pathways among 10,140 cases and 11,012 controls. Hum Genet. 2013 May; 132(5):579-89.

131. Monda KL, Chen GK, Taylor KC, Palmer C, Edwards TL, Lange LA, Ng MC, Adeyemo AA, Allison MA, Bielak LF, Chen G, Graff M, Irvin MR, Rhie SK, Li G, Liu Y, Liu Y, Lu Y, Nalls MA, Sun YV, Wojczynski MK, Yanek LR, Aldrich MC, Ademola A, Amos CI, Bandera EV, Bock CH, Britton A, Broeckel U, Cai Q, Caporaso NE, Carlson CS, Carpten J, Casey G, Chen WM, Chen F, Chen YD, Chiang CW, Coetzee GA, Demerath E, Deming-Halverson SL, Driver RW, Dubbert P, Feitosa MF, Feng Y, Freedman BI, Gillanders EM, Gottesman O, Guo X, Haritunians T, Harris T, Harris CC, Hennis AJ, Hernandez DG, McNeill LH, Howard TD, Howard BV, Howard VJ, Johnson KC, Kang SJ, Keating BJ, Kolb S, Kuller LH, Kutlar A, Langefeld CD, Lettre G, Lohman K, Lotay V, Lyon H, Manson JE, Maixner W, Meng YA, Monroe KR, Morhason-Bello I, Murphy AB, Mychaleckyj JC, Nadukuru R, Nathanson KL, Nayak U, N'diaye A, Nemesure B, Wu SY, Leske MC, Neslund-Dudas C, Neuhouser M, Nyante S, Ochs-Balcom H, Ogunniyi A, Ogundiran TO, Ojengbede O, Olopade OI, Palmer JR, Ruiz-Narvaez EA, Palmer ND, Press MF, Rampersaud E, Rasmussen-Torvik LJ, Rodriguez-Gil JL, Salako B, Schadt EE, Schwartz AG, Shriner DA, Siscovick D, Smith SB, Wassertheil-Smoller S, Speliotes EK, Spitz MR, Sucheston L, Taylor H, Tayo BO, Tucker MA, Van Den Berg DJ, Edwards DR, Wang Z, Wiencke JK, Winkler TW, **Witte JS**, Wrensch M, Wu X, Yang JJ, Levin AM, Young TR, Zakai NA, Cushman M, Zanetti KA, Zhao JH, Zhao W, Zheng Y, Zhou J, Ziegler RG, Zmuda JM, Fernandes JK, Gilkeson GS, Kamen DL, Hunt KJ, Spruill IJ, Ambrosone CB, Ambs S, Arnett DK, Atwood L, Becker DM, Berndt SI, Bernstein L, Blot WJ, Borecki IB, Bottinger EP, Bowden DW, Burke G, Chanock SJ, Cooper RS, Ding J, Duggan D, Evans MK, Fox C, Garvey WT, Bradfield JP, Hakonarson H, Grant SF, Hsing A, Chu L, Hu JJ, Huo D, Ingles SA, John EM, Jordan JM, Kabagambe EK, Kardia SL, Kittles RA, Goodman PJ, Klein EA, Kolonel LN, Le Marchand L, Liu S, McKnight B, Millikan RC, Mosley TH, Padhukasahasram B, Williams LK, Patel SR, Peters U, Pettaway CA, Peyser PA, Psaty BM, Redline S, Rotimi CN, Rybicki BA, Sale MM, Schreiner PJ, Signorello LB, Singleton AB,

Stanford JL, Strom SS, Thun MJ, Vitolins M, Zheng W, Moore JH, Williams SM, Ketkar S, Zhu X, Zonderman AB. A meta-analysis identifies new loci associated with body mass index in individuals of African ancestry. Nat Genet. 2013 Apr 14; 45(6):690-6. PMID: 23583978

132. **Witte JS**, Mefford J, Plummer SJ, Liu J, Cheng I, Klein EA, Rybicki BA, Casey G. HOXB13 Mutation and Prostate Cancer: Studies of Siblings and Aggressive Disease. Cancer Epidemiol Biomarkers Prev. 2013 Apr; 22(4):675-80.

133. Yee SW, Mefford JA, Singh N, Percival ME, Stecula A, Yang K, **Witte JS**, Takahashi A, Kubo M, Matsuda K, Giacomini KM, Andreadis C. Impact of polymorphisms in drug pathway genes on disease-free survival in adults with acute myeloid leukemia. J Hum Genet. 2013 Jun; 58(6):353-61. PMID: 23677058

134. Rebbeck TR, Devesa SS, Chang BL, Bunker CH, Cheng I, Cooney K, Eeles R, Fernandez P, Giri VN, Gueye SM, Haiman CA, Henderson BE, Heyns CF, Hu JJ, Ingles SA, Isaacs W, Jalloh M, John EM, Kibel AS, Kidd LR, Layne P, Leach RJ, Neslund-Dudas C, Okobia MN, Ostrander EA, Park JY, Patrick AL, Phelan CM, Ragin C, Roberts RA, Rybicki BA, Stanford JL, Strom S, Thompson IM, **Witte J**, Xu J, Yeboah E, Hsing AW, Zeigler-Johnson CM. Global patterns of prostate cancer incidence, aggressiveness, and mortality in men of African descent. Prostate Cancer. 2013; 2013:560857.

135. Carmichael SL, Ma C, Choudhry S, Lammer EJ, **Witte JS**, Shaw GM. Hypospadias and genes related to genital tubercle and early urethral development. J Urol. 2013 Nov; 190(5):1884-92. PMID: 23727413

136. Lindquist KJ, Jorgenson E, Hoffmann TJ, **Witte JS**. The impact of improved microarray coverage and larger sample sizes on future genome-wide association studies. Genet Epidemiol. 2013 May; 37(4):383-92.

137. Markova SM, De Marco T, Bendjilali N, Kobashigawa EA, Mefford J, Sodhi J, Le H, Zhang C, Halladay J, Rettie AE, Khojasteh C, McGlothlin D, Wu AH, Hsueh WC, **Witte JS**, Schwartz JB, Kroetz DL. Association of CYP2C9*2 With Bosentan-Induced Liver Injury. Clin Pharmacol Ther. 2013 Dec; 94(6):678-86. PMID: 23863877

138. Wang H, St Julien KR, Stevenson DK, Hoffmann TJ, **Witte JS**, Lazzeroni LC, Krasnow MA, Quaintance CC, Oehlert JW, Jelliffe-Pawlowski LL, Gould JB, Shaw GM, O'Brodovich HM. A Genome-Wide Association Study (GWAS) for Bronchopulmonary Dysplasia. Pediatrics. 2013 Aug; 132(2):290-7. PMID: 23897914

139. Cross-Disorder Group of the Psychiatric Genomics Consortium, Lee SH, Ripke S, Neale BM, Faraone SV, Purcell SM, Perlis RH, Mowry BJ, Thapar A, Goddard ME, **Witte JS**, Absher D, Agartz I, Akil H, Amin F, Andreassen OA, Anjorin A, Anney R, Anttila V, Arking DE, Asherson P, Azevedo MH, Backlund L, Badner JA, Bailey AJ, Banaschewski T, Barchas JD, Barnes MR, Barrett TB, Bass N, Battaglia A, Bauer M, Bayés M, Bellivier F, Bergen SE, Berrettini W, Betancur C, Bettecken T, Biederman J, Binder EB, Black DW, Blackwood DH, Bloss CS, Boehnke M, Boomsma DI, Breen G, Breuer R, Bruggeman R, Cormican P, Buccola NG, Buitelaar JK, Bunney WE, Buxbaum JD, Byerley WF, Byrne EM, Caesar S, Cahn W, Cantor RM, Casas M, Chakravarti A, Chambert K, Choudhury K, Cichon S, Cloninger CR, Collier DA, Cook EH, Coon H, Cormand B, Corvin A, Coryell WH, Craig DW, Craig IW, Crosbie J, Cuccaro ML, Curtis D, Czamara D, Datta S, Dawson G, Day R, De Geus EJ, Degenhardt F, Djurovic S, Donohoe GJ, Doyle AE, Duan J, Dudbridge F, Duketis E, Ebstein RP, Edenberg HJ, Elia J, Ennis S, Etain B, Fanous A, Farmer AE, Ferrier IN, Flickinger M, Fombonne E, Foroud T, Frank J, Franke B, Fraser C, Freedman R, Freimer NB, Freitag CM, Friedl M, Frisén L, Gallagher L, Gejman PV, Georgieva L, Gershon ES, Geschwind DH, Giegling I, Gill M, Gordon

SD, Gordon-Smith K, Green EK, Greenwood TA, Grice DE, Gross M, Grozeva D, Guan W, Gurling H, De Haan L, Haines JL, Hakonarson H, Hallmayer J, Hamilton SP, Hamshere ML, Hansen TF, Hartmann AM, Hautzinger M, Heath AC, Henders AK, Herms S, Hickie IB, Hipolito M, Hoefels S, Holmans PA, Holsboer F, Hoogendijk WJ, Hottenga JJ, Hultman CM, Hus V, Ingason A, Ising M, Jamain S, Jones EG, Jones I, Jones L, Tzeng JY, Kähler AK, Kahn RS, Kandaswamy R, Keller MC, Kennedy JL, Kenny E, Kent L, Kim Y, Kirov GK, Klauck SM, Klei L, Knowles JA, Kohli MA, Koller DL, Konte B, Korszun A, Krabbendam L, Krasucki R, Kuntsi J, Kwan P, Landén M, Långström N, Lathrop M, Lawrence J, Lawson WB, Leboyer M, Ledbetter DH, Lee PH, Lencz T, Lesch KP, Levinson DF, Lewis CM, Li J, Lichtenstein P, Lieberman JA, Lin DY, Linszen DH, Liu C, Lohoff FW, Loo SK, Lord C, Lowe JK, Lucae S, MacIntyre DJ, Madden PA, Maestrini E, Magnusson PK, Mahon PB, Maier W, Malhotra AK, Mane SM, Martin CL, Martin NG, Mattheisen M, Matthews K, Mattingsdal M, McCarroll SA, McGhee KA, McGough JJ, McGrath PJ, McGuffin P, McInnis MG, McIntosh A, McKinney R, McLean AW, McMahon FJ, McMahon WM, McQuillin A, Medeiros H, Medland SE, Meier S, Melle I, Meng F, Meyer J, Middeldorp CM, Middleton L, Milanova V, Miranda A, Monaco AP, Montgomery GW, Moran JL, Moreno-De-Luca D, Morken G, Morris DW, Morrow EM, Moskvina V, Muglia P, Mühleisen TW, Muir WJ, Müller-Myhsok B, Murtha M, Myers RM, Myin-Germeys I, Neale MC, Nelson SF, Nievergelt CM, Nikolov I, Nimgaonkar V, Nolen WA, Nöthen MM, Nurnberger JI, Nwulia EA, Nyholt DR, O'Dushlaine C, Oades RD, Olincy A, Oliveira G, Olsen L, Ophoff RA, Osby U, Owen MJ, Palotie A, Parr JR, Paterson AD, Pato CN, Pato MT, Penninx BW, Pergadia ML, Pericak-Vance MA, Pickard BS, Pimm J, Piven J, Posthuma D, Potash JB, Poustka F, Propping P, Puri V, Quested DJ, Quinn EM, Ramos-Quiroga JA, Rasmussen HB, Raychaudhuri S, Rehnström K, Reif A, Ribasés M, Rice JP, Rietschel M, Roeder K, Roeyers H, Rossin L, Rothenberger A, Rouleau G, Ruderfer D, Rujescu D, Sanders AR, Sanders SJ, Santangelo SL, Sergeant JA, Schachar R, Schalling M, Schatzberg AF, Scheftner WA, Schellenberg GD, Scherer SW, Schork NJ, Schulze TG, Schumacher J, Schwarz M, Scolnick E, Scott LJ, Shi J, Shilling PD, Shyn SI, Silverman JM, Slager SL, Smalley SL, Smit JH, Smith EN, Sonuga-Barke EJ, St Clair D, State M, Steffens M, Steinhausen HC, Strauss JS, Strohmaier J, Stroup TS, Sutcliffe JS, Szatmari P, Szelinger S, Thirumalai S, Thompson RC, Todorov AA, Tozzi F, Treutlein J, Uhr M, van den Oord EJ, Van Grootheest G, Van Os J, Vicente AM, Vieland VJ, Vincent JB, Visscher PM, Walsh CA, Wassink TH, Watson SJ, Weissman MM, Werge T, Wienker TF, Wijsman EM, Willemsen G, Williams N, Willsey AJ, Witt SH, Xu W, Young AH, Yu TW, Zammit S, Zandi PP, Zhang P, Zitman FG, Zöllner S, Devlin B, Kelsoe JR, Sklar P, Daly MJ, O'Donovan MC, Craddock N, Sullivan PF, Smoller JW, Kendler KS, Wray NR; International Inflammatory Bowel Disease Genetics Consortium (IIBDGC). Genetic relationship between five psychiatric disorders estimated from genome-wide SNPs. Nat Genet. 2013 Aug 28; 45(9):984-94. PMID: 23933821

140. Bauer SR, Richman EL, Sosa E, Weinberg V, Song X, **Witte JS**, Carroll PR, Chan JM. Antioxidant and vitamin E transport genes and risk of high-grade prostate cancer and prostate cancer recurrence. Prostate. 2013 Dec; 73(16):1786-95. PMID: 24038157

141. Hutter CM, Mechanic LE, Chatterjee N, Kraft P, Gillanders EM; NCI Gene-Environment Think Tank: Abnet CC, Amos C, Balshaw D, Bickeböller H, Bierut LJ, Boffetta P, Bondy M, Chanock S, Chen H-S, Cox N, De Vivo I, Divi R, Dupuis J, Ellison G, Fallin MD, Gauderman WJ, Haiman C, Hutter C, Simonds NI, Iversen W, Khoury MJ, Le Marchand L. Lin D, McAllister K, Mechanic L, Peters U, Prentice R, Rebbeck T, Reedy J, Rothman N, Schully S, Seminara D, Shaughnessy D, Shete S, Spiegelman D, Stram DO, Thomas D, Wang M, Wang W, Winn DM, **Witte JS**. Gene-environment interactions in cancer epidemiology: a National Cancer Institute Think Tank Report. Genet Epidemiol. 2013 Nov;37(7):643-57.

142. Mosley JD, Van Driest SL, Larkin EK, Weeke PE, **Witte JS**, Wells QS, Karnes JH, Guo Y, Bastarache L, Olson LM, McCarty CA, Pacheco JA, Jarvik GP, Carrell DS, Larson EB, Crosslin DR, Kullo IJ, Tromp G, Kuivaniemi H, Carey DJ, Ritchie MD, Denny JC, Roden DM. Mechanistic Phenotypes: An Aggregative Phenotyping Strategy to Identify Disease Mechanisms Using GWAS Data. PLoS One. 2013; 8(12):e81503. PMID: 24349080

143. Carmichael SL, **Witte JS**, Ma C, Lammer EJ, Shaw GM. Hypospadias and variants in genes related to sex hormone biosynthesis and metabolism. Andrology. 2014 Jan; 2(1):130-7. PMID: 24281767

144. **Witte JS**, Visscher PM, Wray NR. The contribution of genetic variants to disease depends on the ruler. Nat Rev Genet. 2014 Nov; 15(11):765-76. PMID: 25223781.

145. Bhatia G, Tandon A, Patterson N, Aldrich MC, Ambrosone CB, Amos C, Bandera EV, Berndt SI, Bernstein L, Blot WJ, Bock CH, Caporaso N, Casey G, Deming SL, Diver WR, Gapstur SM, Gillanders EM, Harris CC, Henderson BE, Ingles SA, Isaacs W, De Jager PL, John EM, Kittles RA, Larkin E, McNeill LH, Millikan RC, Murphy A, Neslund-Dudas C, Nyante S, Press MF, Rodriguez-Gil JL, Rybicki BA, Schwartz AG, Signorello LB, Spitz M, Strom SS, Tucker MA, Wiencke JK, **Witte JS**, Wu X, Yamamura Y, Zanetti KA, Zheng W, Ziegler RG, Chanock SJ, Haiman CA, Reich D, Price AL. Genome-wide Scan of 29,141 African Americans Finds No Evidence of Directional Selection since Admixture. Am J Hum Genet. 2014 Oct 2; 95(4):437-44. PMID: 25242497.

146. Jenkins MM, Reefhuis J, Gallagher ML, Mulle JG, Hoffmann TJ, Koontz DA, Sturchio C, Rasmussen SA, **Witte JS**, Richter P, Honein MA. Maternal smoking, xenobiotic metabolizing enzyme gene variants, and gastroschisis risk. Am J Med Genet A. 2014 Jun; 164(6):1454-63. PMID: 24668907.

147. Van Blarigan EL, Ma J, Kenfield SA, Stampfer MJ, Sesso HD, Giovannucci EL, **Witte JS**, Erdman JW, Chan JM, Penney KL. Plasma Antioxidants, Genetic Variation in SOD2, CAT, GPX1, GPX4, and Prostate Cancer Survival. Cancer Epidemiol Biomarkers Prev. 2014 Jun; 23(6):1037-46. PMID: 24711484.

148. Hoffmann TJ, Shaw GM, Stevenson DK, Wang H, Quaintance CC, Oehlert J, Jelliffe-Pawlowski LL, Gould JB, **Witte JS**, O'Brodovich HM. Copy number variation in bronchopulmonary dysplasia. Am J Med Genet A. 2014 Jun 26. PMID: 24975634.

149. Rosenstein BS, West CM, Bentzen SM, Alsner J, Andreassen CN, Azria D, Barnett GC, Baumann M, Burnet N, Chang-Claude J, Chuang EY, Coles CE, Dekker A, De Ruyck K, De Ruysscher D, Drumea K, Dunning AM, Easton D, Eeles R, Fachal L, Gutiérrez-Enríquez S, Haustermans K, Henríquez-Hernández LA, Imai T, Jones GD, Kerns SL, Liao Z, Onel K, Ostrer H, Parliament M, Pharoah PD, Rebbeck TR, Talbot CJ, Thierens H, Vega A, **Witte JS**, Wong P, Zenhausern F. Radiogenomics: radiobiology enters the era of big data and team science. Int J Radiat Oncol Biol Phys. 2014 Jul 15; 89(4):709-13. PMID: 24969789.

150. Chhibber A, Mefford J, Stahl EA, Pendergrass SA, Baldwin RM, Owzar K, Li M, Winer EP, Hudis CA, Zembutsu H, Kubo M, Nakamura Y, McLeod HL, Ratain MJ, Shulman LN, Ritchie MD, Plenge RM, **Witte JS**, Kroetz DL. Polygenic inheritance of paclitaxel-induced sensory peripheral neuropathy driven by axon outgrowth gene sets in CALGB 40101 (Alliance). Pharmacogenomics J. 2014 Aug; 14(4):336-42. PMID: 24513692.

151. Levin AM, Lindquist KJ, Avila A, **Witte JS**, Paris PL, Rybicki BA. Performance of the Genomic Evaluators of Metastatic Prostate Cancer (GEMCaP) Tumor Biomarker for Identifying

Recurrent Disease in African American Patients. Cancer Epidemiol Biomarkers Prev. 2014 Aug; 23(8):1677-82. PMID: 24891551.

152. Goswami S, Yee SW, Stocker S, Mosley JD, Kubo M, Castro R, Mefford JA, Wen C, Liang X, **Witte J**, Brett C, Maeda S, Simpson MD, Hedderson MM, Davis RL, Roden DM, Giacomini KM, Savic RM. Genetic variants in transcription factors are associated with the pharmacokinetics and pharmacodynamics of metformin. Clin Pharmacol Ther. 2014 Sep; 96(3):370-9. PMID: 24853734.

153. Weng PH, Huang YL, Page JH, Chen JH, Xu J, Koutros S, Berndt S, Chanock S, Yeager M, **Witte JS**, Eeles RA, Easton DF, Neal DE, Donovan J, Hamdy FC, Muir KR, Giles G, Severi G, Smith JR, Balistreri CR, Shui IM, Chen YC. Polymorphisms of an innate immune gene, toll-like receptor 4, and aggressive prostate cancer risk: a systematic review and meta-analysis. PLoS One. 2014; 9(10):e110569. PMID: 25360682.

154. Al Olama AA, Kote-Jarai Z, Berndt SI, Conti DV, Schumacher F, Han Y, Benlloch S, Hazelett DJ, Wang Z, Saunders E, Leongamornlert D, Lindstrom S, Jugurnauth-Little S, Dadaev T, Tymrakiewicz M, Stram DO, Rand K, Wan P, Stram A, Sheng X, Pooler LC, Park K, Xia L, Tyrer J, Kolonel LN, Le Marchand L, Hoover RN, Machiela MJ, Yeager M, Burdette L, Chung CC, Hutchinson A, Yu K, Goh C, Ahmed M, Govindasami K, Guy M, Tammela TL, Auvinen A, Wahlfors T, Schleutker J, Visakorpi T, Leinonen KA, Xu J, Aly M, Donovan J, Travis RC, Key TJ, Siddiq A, Canzian F, Khaw KT, Takahashi A, Kubo M, Pharoah P, Pashayan N, Weischer M, Nordestgaard BG, Nielsen SF, Klarskov P, Røder MA, Iversen P, Thibodeau SN, McDonnell SK, Schaid DJ, Stanford JL, Kolb S, Holt S, Knudsen B, Coll AH, Gapstur SM, Diver WR, Stevens VL, Maier C, Luedeke M, Herkommer K, Rinckleb AE, Strom SS, Pettaway C, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, Cannon-Albright L, Cybulski C, Wokolorczyk D, Kluzniak W, Park J, Sellers T, Lin HY, Isaacs WB, Partin AW, Brenner H, Dieffenbach AK, Stegmaier C, Chen C, Giovannucci EL, Ma J, Stampfer M, Penney KL, Mucci L, John EM, Ingles SA, Kittles RA, Murphy AB, Pandha H, Michael A, Kierzek AM, Blot W, Signorello LB, Zheng W, Albanes D, Virtamo J, Weinstein S, Nemesure B, Carpten J, Leske C, Wu SY, Hennis A, Kibel AS, Rybicki BA, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, Zheng SL, Batra J, Clements J, Spurdle A, Teixeira MR, Paulo P, Maia S, Slavov C, Kaneva R, Mitev V, **Witte JS**, Casey G, Gillanders EM, Seminara D, Riboli E, Hamdy FC, Coetzee GA, Li Q, Freedman ML, Hunter DJ, Muir K, Gronberg H, Neal DE, Southey M, Giles GG, Severi G. A meta-analysis of 87,040 individuals identifies 23 new susceptibility loci for prostate cancer. Nat Genet. 2014 Oct; 46(10):1103-9. PMID: 25217961.

155. Zaitlen N, Pasaniuc B, Sankararaman S, Bhatia G, Zhang J, Gusev A, Young T, Tandon A, Pollack S, Vilhjálmsson BJ, Assimes TL, Berndt SI, Blot WJ, Chanock S, Franceschini N, Goodman PG, He J, Hennis AJ, Hsing A, Ingles SA, Isaacs W, Kittles RA, Klein EA, Lange LA, Nemesure B, Patterson N, Reich D, Rybicki BA, Stanford JL, Stevens VL, Strom SS, Whitsel EA, **Witte JS**, Xu J, Haiman C, Wilson JG, Kooperberg C, Stram D, Reiner AP, Tang H, Price AL. Leveraging population admixture to characterize the heritability of complex traits. Nat Genet. 2014 Dec; 46(12):1356-62. PMID: 25383972.

156. Gerstenberger JP, Bauer SR, Van Blarigan EL, Sosa E, Song X, **Witte JS****, Carroll PR, Chan JM. Selenoprotein and antioxidant genes and the risk of high-grade prostate cancer and prostate cancer recurrence. Prostate. 2015 Jan; 75(1):60-9. PMID: 25284284.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

157. Hoffmann TJ, Sakoda LC, Shen L, Jorgenson E, Habel LA, Liu J, Kvale MN, Asgari MM, Banda Y, Corley D, Kushi LH, Quesenberry CP, Schaefer C, Van Den Eeden SK, Risch N,

**Witte JS**. Imputation of the Rare HOXB13 G84E Mutation and Cancer Risk in a Large Population-Based Cohort. PLoS Genet. 2015 Jan; 11(1):e1004930. PMID: 25629170.

158. Uricchio LH, Torres R, **Witte JS****, Hernandez RD. Population genetic simulations of complex phenotypes with implications for rare variant association tests. Genet Epidemiol. 2015 Jan; 39(1):35-44. PMID: 25417809.
** John Witte supervised trainee, led analyses, and drafted manuscript.

159. Han Y, Signorello LB, Strom SS, Kittles RA, Rybicki BA, Stanford JL, Goodman PJ, Berndt SI, Carpten J, Casey G, Chu L, Conti DV, Rand KA, Diver WR, Hennis AJ, John EM, Kibel AS, Klein EA, Kolb S, Le Marchand L, Leske MC, Murphy AB, Neslund-Dudas C, Park JY, Pettaway C, Rebbeck TR, Gapstur SM, Zheng SL, Wu SY, **Witte JS******, Xu J, Isaacs W, Ingles SA, Hsing A. Generalizability of established prostate cancer risk variants in men of African ancestry. Int J Cancer. 2015 Mar 1; 136(5):1210-7. PMID: 25044450.
**** John Witte acquired data and provided critical revision of manuscript**.**

160. Helfand BT, Roehl KA, Cooper PR, McGuire BB, Fitzgerald LM, Cancel-Tassin G, Cornu JN, Bauer S, Van Blarigan EL, Chen X, Duggan D, Ostrander EA, Gwo-Shu M, Zhang ZF, Chang SC, Jeong S, Fontham ET, Smith G, Mohler JL, Berndt SI, McDonnell SK, Kittles R, Rybicki BA, Freedman M, Kantoff PW, Pomerantz M, Breyer JP, Smith JR, Rebbeck TR, Mercola D, Isaacs WB, Wiklund F, Cussenot O, Thibodeau SN, Schaid DJ, Cannon-Albright L, Cooney KA, Chanock SJ, Stanford JL, Chan JM, **Witte J*****, Xu J, Bensen JT, Taylor JA, Catalona WJ. Associations of prostate cancer risk variants with disease aggressiveness: results of the NCI-SPORE Genetics Working Group analysis of 18,343 cases. Hum Genet. 2015 Apr; 134(4):439-50. PMID: 25715684.
*** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

161. Choudhry S, Baskin LS, Lammer EJ, **Witte JS*****, Dasgupta S, Ma C, Surampalli A, Shen J, Shaw GM, Carmichael SL. Genetic Polymorphisms in ESR1 and ESR2 Genes, and Risk of Hypospadias in a Multiethnic Study Population. J Urol. 2015 May; 193(5):1625-31. PMID: 25463985.
*** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

162. Virlogeux V, Graff RE, Hoffmann TJ, **Witte JS**. Replication and heritability of prostate cancer risk variants: impact of population-specific factors. Cancer Epidemiol Biomarkers Prev. 2015 Jun; 24(6):938-43. PMID: 25809866

163. Hoffmann TJ, Van Den Eeden SK, Sakoda LC, Jorgenson E, Habel LA, Graff RE, Passarelli MN, Cario CL, Emami NC, Chao CR, Ghai NR, Shan J, Ranatunga DK, Quesenberry CP, Aaronson D, Presti J, Wang Z, Berndt SI, Chanock SJ, McDonnell SK, French AJ, Schaid DJ, Thibodeau SN, Li Q, Freedman ML, Penney KL, Mucci LA, Haiman CA, Henderson BE, Seminara D, Kvale MN, Kwok PY, Schaefer C, Risch N, **Witte JS**. A Large Multiethnic Genome-Wide Association Study of Prostate Cancer Identifies Novel Risk Variants and Substantial Ethnic Differences. Cancer Discov. 2015 Aug; 5(8):878-91. PMID: 26034056.

164. Chen F, He J, Zhang J, Chen GK, Thomas V, Ambrosone CB, Bandera EV, Berndt SI, Bernstein L, Blot WJ, Cai Q, Carpten J, Casey G, Chanock SJ, Cheng I, Chu L, Deming SL, Driver WR, Goodman P, Hayes RB, Hennis AJ, Hsing AW, Hu JJ, Ingles SA, John EM, Kittles RA, Kolb S, Leske MC, Millikan RC, Monroe KR, Murphy A, Nemesure B, Neslund-Dudas C, Nyante S, Ostrander EA, Press MF, Rodriguez-Gil JL, Rybicki BA, Schumacher F, Stanford JL, Signorello LB, Strom SS, Stevens V, Van Den Berg D, Wang Z, **Witte JS******, Wu SY, Yamamura Y, Zheng W, Ziegler RG, Stram AH, Kolonel LN, Marchand LL, Henderson BE,

Haiman CA, Stram DO. Methodological Considerations in Estimation of Phenotype Heritability Using Genome-Wide SNP Data, Illustrated by an Analysis of the Heritability of Height in a Large Sample of African Ancestry Adults. PLoS One. 2015; 10(6):e0131106. PMID: 26125186.
******** John Witte acquired data and provided critical revision of manuscript**.**

165. Han Y, Hazelett DJ, Wiklund F, Schumacher FR, Stram DO, Berndt SI, Wang Z, Rand KA, Hoover RN, Machiela MJ, Yeager M, Burdette L, Chung CC, Hutchinson A, Yu K, Xu J, Travis RC, Key TJ, Siddiq A, Canzian F, Takahashi A, Kubo M, Stanford JL, Kolb S, Gapstur SM, Diver WR, Stevens VL, Strom SS, Pettaway CA, Al Olama AA, Kote-Jarai Z, Eeles RA, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, Isaacs WB, Chen C, Lindstrom S, Le Marchand L, Giovannucci EL, Pomerantz M, Long H, Li F, Ma J, Stampfer M, John EM, Ingles SA, Kittles RA, Murphy AB, Blot WJ, Signorello LB, Zheng W, Albanes D, Virtamo J, Weinstein S, Nemesure B, Carpten J, Leske MC, Wu SY, Hennis AJ, Rybicki BA, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, Zheng SL, **Witte JS******, Casey G, Riboli E, Li Q, Freedman ML, Hunter DJ, Gronberg H, Cook MB, Nakagawa H, Kraft P, Chanock SJ, Easton DF, Henderson BE, Coetzee GA, Conti DV, Haiman CA. Integration of multiethnic fine-mapping and genomic annotation to prioritize candidate functional SNPs at prostate cancer susceptibility regions. Hum Mol Genet. 2015 Oct 1; 24(19):5603-18. PMID: 26162851.
******** John Witte acquired data and provided critical revision of manuscript**.**

166. Hoffmann TJ, **Witte JS**. Strategies for Imputing and Analyzing Rare Variants in Association Studies. Trends Genet. 2015 Oct; 31(10):556-63. PMID: 26450338.

167. Hung RJ, Ulrich CM, Goode EL, Brhane Y, Muir K, Chan AT, Marchand LL, Schildkraut J, **Witte JS*****, Eeles R, Boffetta P, Spitz MR, Poirier JG, Rider DN, Fridley BL, Chen Z, Haiman C, Schumacher F, Easton DF, Landi MT, Brennan P, Houlston R, Christiani DC, Field JK, Bickeböller H, Risch A, Kote-Jarai Z, Wiklund F, Grönberg H, Chanock S, Berndt SI, Kraft P, Lindström S, Al Olama AA, Song H, Phelan C, Wentzensen N, Peters U, Slattery ML. Cross Cancer Genomic Investigation of Inflammation Pathway for Five Common Cancers: Lung, Ovary, Prostate, Breast, and Colorectal Cancer. J Natl Cancer Inst. 2015 Nov; 107(11). PMID: 26319099.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

168. Kwok B, Hall JM, **Witte JS*****, Xu Y, Reddy P, Lin K, Flamholz R, Dabbas B, Yung A, Al-Hafidh J, Balmert E, Vaupel C, El Hader C, McGinniss MJ, Nahas SA, Kines J, Bejar R. MDS-associated somatic mutations and clonal hematopoiesis are common in idiopathic cytopenias of undetermined significance. Blood. 2015 Nov 19; 126(21):2355-61. PMID: 26429975.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

169. Majumdar A, **Witte JS***, Ghosh S. Semiparametric Allelic Tests for Mapping Multiple Phenotypes: Binomial Regression and Mahalanobis Distance. Genet Epidemiol. 2015 Dec; 39(8):635-50. PMID: 26493781.
***** John Witte was co-senior author.

170. Scarbrough PM, Weber RP, Iversen ES, Brhane Y, Amos CI, Kraft P, Hung RJ, Sellers TA, **Witte JS*****, Pharoah P, Henderson BE, Gruber SB, Hunter DJ, Garber JE, Joshi AD, McDonnell K, Easton DF, Eeles R, Kote-Jarai Z, Muir K, Doherty JA, Schildkraut JM. A Cross-Cancer Genetic Association Analysis of the DNA Repair and DNA Damage Signaling Pathways for Lung, Ovary, Prostate, Breast, and Colorectal Cancer. Cancer Epidemiol Biomarkers Prev. 2016 Jan; 25(1):193-200. PMID: 26637267.

******* John Witte helped oversee study design and/or statistical analyses and provided critical revision of manuscript.

171. Rand KA, Song C, Dean E, Serie DJ, Curtin K, Sheng X, Hu D, Huff CA, Bernal-Mizrachi L, Tomasson MH, Ailawadhi S, Singhal S, Pawlish K, Peters ES, Bock CH, Stram A, Van Den Berg DJ, Edlund CK, Conti DV, Zimmerman T, Hwang AE, Huntsman S, Graff J, Nooka A, Kong Y, Pregja SL, Berndt SI, Blot WJ, Carpten J, Casey G, Chu L, Diver WR, Stevens VL, Lieber MR, Goodman PJ, Hennis AJ, Hsing AW, Mehta J, Kittles RA, Kolb S, Klein EA, Leske C, Murphy AB, Nemesure B, Neslund-Dudas C, Strom SS, Vij R, Rybicki BA, Stanford JL, Signorello LB, **Witte JS******, Ambrosone CB, Bhatti P, John EM, Bernstein L, Zheng W, Olshan AF, Hu JJ, Ziegler RG, Nyante SJ, Bandera EV, Birmann BM, Ingles SA, Press MF, Atanackovic D, Glenn MJ, Cannon-Albright LA, Jones B, Tricot G, Martin TG, Kumar SK, Wolf JL, Deming Halverson SL, Rothman N, Brooks-Wilson AR, Rajkumar SV, Kolonel LN, Chanock SJ, Slager SL, Severson RK, Janakiraman N, Terebelo HR, Brown EE, De Roos AJ, Mohrbacher AF, Colditz GA, Giles GG, Spinelli JJ, Chiu BC, Munshi NC, Anderson KC, Levy J, Zonder JA, Orlowski RZ, Lonial S, Camp NJ, Vachon CM, Ziv E, Stram DO, Hazelett DJ, Haiman CA, Cozen W. A Meta-analysis of Multiple Myeloma Risk Regions in African and European Ancestry Populations Identifies Putatively Functional Loci. Cancer Epidemiol Biomarkers Prev. 2016 Sep 1. PMID: 27587788.
******** John Witte acquired data and provided critical revision of manuscript**.**

172. Karami S, Han Y, Pande M, Cheng I, Rudd J, Pierce BL, Nutter EL, Schumacher FR, Kote-Jarai Z, Lindstrom S, **Witte JS*****, Fang S, Han J, Kraft P, Hunter DJ, Song F, Hung RJ, McKay J, Gruber SB, Chanock SJ, Risch A, Shen H, Haiman CA, Boardman L, Ulrich CM, Casey G, Peters U, Amin Al Olama A, Berchuck A, Berndt SI, Bezieau S, Brennan P, Brenner H, Brinton L, Caporaso N, Chan AT, Chang-Claude J, Christiani DC, Cunningham JM, Easton D, Eeles RA, Eisen T, Gala M, Gallinger SJ, Gayther SA, Goode EL, GrÃ¶nberg H, Henderson BE, Houlston R, Joshi AD, KÃ¼ry S, Landi MT, Le Marchand L, Muir K, Newcomb PA, Permuth-Wey J, Pharoah P, Phelan C, Potter JD, Ramus SJ, Risch H, Schildkraut J, Slattery ML, Song H, Wentzensen N, White E, Wiklund F, Zanke BW, Sellers TA, Zheng W, Chatterjee N, Amos CI, Doherty JA. Telomere structure and maintenance gene variants and risk of five cancer types. Int J Cancer. 2016 Dec 15; 139(12):2655-2670. PMID: 27459707.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

173. Emami NC, Leong L, Wan E, Van Blarigan EL, Cooperberg MR, Tenggara I, Carroll PR, Chan JM, **Witte JS***, Simko JP. Tissue Sources for Accurate Measurement of Germline DNA Genotypes in Prostate Cancer Patients Treated with Radical Prostatectomy. Prostate. 2016 Nov 30. PMID: 27900799.
***** John Witte was co-senior author.

174. Han Y, Rand KA, Hazelett DJ, Ingles SA, Kittles RA, Strom SS, Rybicki BA, Nemesure B, Isaacs WB, Stanford JL, Zheng W, Schumacher FR, Berndt SI, Wang Z, Xu J, Rohland N, Reich D, Tandon A, Pasaniuc B, Allen A, Quinque D, Mallick S, Notani D, Rosenfeld MG, Jayani RS, Kolb S, Gapstur SM, Stevens VL, Pettaway CA, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, John EM, Murphy AB, Signorello LB, Carpten J, Leske MC, Wu SY, Hennis AJ, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, Zheng SL, **Witte JS******, Casey G, Lubwama A, Pooler LC, Sheng X, Coetzee GA, Cook MB, Chanock SJ, Stram DO, Watya S, Blot WJ, Conti DV, Henderson BE, Haiman CA. Prostate Cancer Susceptibility in Men of African Ancestry at 8q24. J Natl Cancer Inst. 2016 Jul; 108(7). PMID: 26823525.
******** John Witte acquired data and provided critical revision of manuscript**.**

175. Lindquist KJ, Paris PL, Hoffmann TJ, Cardin NJ, Kazma R, Mefford JA, Simko JP, Ngo V, Chen Y, Levin AM, Chitale D, Helfand BT, Catalona WJ, Rybicki BA, **Witte JS**. Mutational Landscape of Aggressive Prostate Tumors in African American Men. Cancer Res. 2016 Apr 1; 76(7):1860-8. PMID: 26921337.

176. Gusev A, Shi H, Kichaev G, Pomerantz M, Li F, Long HW, Ingles SA, Kittles RA, Strom SS, Rybicki BA, Nemesure B, Isaacs WB, Zheng W, Pettaway CA, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, John EM, Murphy AB, Signorello LB, Carpten J, Leske MC, Wu SY, Hennis AJ, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, **Witte JS******, Casey G, Kaggwa S, Cook MB, Stram DO, Blot WJ, Eeles RA, Easton D, Kote-Jarai Z, Al Olama AA, Benlloch S, Muir K, Giles GG, Southey MC, Fitzgerald LM, Gronberg H, Wiklund F, Aly M, Henderson BE, Schleutker J, Wahlfors T, Tammela TL, Nordestgaard BG, Key TJ, Travis RC, Neal DE, Donovan JL, Hamdy FC, Pharoah P, Pashayan N, Khaw KT, Stanford JL, Thibodeau SN, McDonnell SK, Schaid DJ, Maier C, Vogel W, Luedeke M, Herkommer K, Kibel AS, Cybulski C, Wokolorczyk D, Kluzniak W, Cannon-Albright L, Teerlink C, Brenner H, Dieffenbach AK, Arndt V, Park JY, Sellers TA, Lin HY, Slavov C, Kaneva R, Mitev V, Batra J, Spurdle A, Clements JA, Teixeira MR, Pandha H, Michael A, Paulo P, Maia S, Kierzek A. Atlas of prostate cancer heritability in European and African-American men pinpoints tissue-specific regulation. Nat Commun. 2016; 7:10979. PMID: 27052111.
******** John Witte acquired data and provided critical revision of manuscript**.**

177. Li M, Li J, He Z, Lu Q, **Witte JS****, Macleod SL, Hobbs CA, Cleves MA. Testing Allele Transmission of an SNP Set Using a Family-Based Generalized Genetic Random Field Method. Genet Epidemiol. 2016 May; 40(4):341-51. PMID: 27061818.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

178. Carmichael SL, Yang W, Ma C, Roberts E, Kegley S, English P, Lammer EJ, **Witte JS*****, Shaw GM. Joint effects of genetic variants and residential proximity to pesticide applications on hypospadias risk. Birth Defects Res A Clin Mol Teratol. 2016 Aug; 106(8):653-8. PMID: 27098078.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

179. Mosley JD, **Witte JS****, Larkin EK, Bastarache L, Shaffer CM, Karnes JH, Stein CM, Phillips E, Hebbring SJ, Brilliant MH, Mayer J, Ye Z, Roden DM, Denny JC. Identifying genetically driven clinical phenotypes using linear mixed models. Nat Commun. 2016; 7:11433. PMID: 27109359.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

180. Uricchio LH, Zaitlen NA, Ye CJ, **Witte JS****, Hernandez RD. Selection and explosive growth alter genetic architecture and hamper the detection of causal rare variants. Genome Res. 2016 Jul; 26(7):863-73. PMID: 27197206.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

181. Sapru A, Liu KD, Wiemels J, Hansen H, Pawlikowska L, Poon A, Jorgenson E, **Witte JS****, Calfee CS, Ware LB, Matthay MA. Association of common genetic variation in the protein C pathway genes with clinical outcomes in acute respiratory distress syndrome. Crit Care. 2016; 20(1):151. PMID: 27215212.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

182. Majumdar A, Haldar T, **Witte JS**. Determining Which Phenotypes Underlie a Pleiotropic Signal. Genet Epidemiol. 2016 Jul; 40(5):366-81. PMID: 27238845.

183. Lee SA, Mefford JA, Huang Y, **Witte JS****, Martin JN, Haas DW, Mclaren PJ, Mushiroda T, Kubo M, Byakwaga H, Hunt PW, Kroetz DL. Host genetic predictors of the kynurenine pathway of tryptophan catabolism among treated HIV-infected Ugandans. AIDS. 2016 Jul 17; 30(11):1807-15. PMID: 27088321. **** John Witte supervised trainee, led analyses, and drafted manuscript.

184. Zhou K, Yee SW, Seiser EL, van Leeuwen N, Tavendale R, Bennett AJ, Groves CJ, Coleman RL, van der Heijden AA, Beulens JW, de Keyser CE, Zaharenko L, Rotroff DM, Out M, Jablonski KA, Chen L, Javorský M, Židzik J, Levin AM, Williams LK, Dujic T, Semiz S, Kubo M, Chien HC, Maeda S, **Witte JS*****, Wu L, Tkác I, Kooy A, van Schaik RH, Stehouwer CD, Logie L, MetGen Investigators, DPP Investigators, ACCORD Investigators, Sutherland C, Klovins J, Pirags V, Hofman A, Stricker BH, Motsinger-Reif AA, Wagner MJ, Innocenti F, Hart LM't, Holman RR, McCarthy MI, Hedderson MM, Palmer CNA, Florez JC, Giacomini KM, Pearson ER. Variation in the glucose transporter gene SLC2A2 is associated with glycemic response to metformin. Nat Genet. 2016 Aug 8. PMID: 27500523.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

185. Marini NJ, Yang W, Asrani K, **Witte JS*****, Rine J, Lammer EJ, Shaw GM. Sequence variation in folate pathway genes and risks of human cleft lip with or without cleft palate. American Journal of Medical Genetics Part A 2016; 170 (11), 2777-2787.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

186. Graff RE, Möller S, Passarelli MN, **Witte JS****, Skytthe A, Christensen K, Tan Q, Adami H-O, Czene K, Harris JR, Pukkala E, Kaprio J, Giovannucci EL, Mucci LA, Hjelmborg JB. Familial risk and heritability of colorectal cancer in the nordic twin study of Cancer. Clin Gastroenterol Hepatol. 2017 Jan 24. pii: S1542-3565(17)30064-2.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

187. Conti DV, Wang K, Sheng X, Bensen JT, Hazelett DJ, Cook MB, Ingles SA, Kittles RA, Strom SS, Rybicki BA, Nemesure B, Isaacs WB, Stanford JL, Zheng W, Sanderson M, John EM, Park JY, Xu J, Stevens VL, Berndt SI, Huff CD, Wang Z, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Sellers TA, Yamoah K, Murphy AB, Crawford DC, Gapstur SM, Bush WS, Aldrich MC, Cussenot O, Petrovics G, Cullen J, Neslund-Dudas C, Stern MC, Jarai ZK, Govindasami K, Chokkalingam AP, Hsing AW, Goodman PJ, Hoffmann T, Drake BF, Hu JJ, Clark PE, Van Den Eeden SK, Blanchet P, Fowke JH, Casey G, Hennis AJM, Han Y, Lubwama A, Thompson IM, Leach R, Easton DF, Schumacher F, Van den Berg DJ, Gundell SM, Stram A, Wan P, Xia L, Pooler LC, Mohler JL, Fontham ETH, Smith GJ, Taylor JA, Srivastava S, Eeles RA, Carpten J, Kibel AS, Multigner L, Parent ME, Menegaux F, Cancel-Tassin G, Klein EA, Brureau L, Stram DO, Watya S, Chanock SJ, **Witte JS***, Blot WJ, Henderson BE, Haiman CA. Two Novel Susceptibility Loci for Prostate Cancer in Men of African Ancestry. J Natl Cancer Inst. 2017 Aug 01; 109(8). PMID: 29117387.
***** John Witte was one of the more senior author.

188. Mosley JD, Shoemaker MB, Wells QS, Darbar D, Shaffer CM, Edwards TL, Bastarache L, McCarty CA, Thompson W, Chute CG, Jarvik GP, Crosslin DR, Larson EB, Kullo IJ, Pacheco JA, Peissig PL, Brilliant MH, Linneman JG, **Witte JS****, Denny JC, Roden DM. Investigating the Genetic Architecture of the PR Interval Using Clinical Phenotypes. Circ Cardiovasc Genet. 2017 Apr; 10(2). PMID: 28416512.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

189. Hoffman JD, Graff RE, Emami NC, Tai CG, Passarelli MN, Hu D, Huntsman S, Hadley D, Leong L, Majumdar A, Zaitlen N, Ziv E, **Witte JS**. Cis-eQTL-based trans-ethnic meta-analysis reveals novel genes associated with breast cancer risk. PLoS Genetics 2017; 13 (3), e1006690.

190. Zhang C, de Smith AJ, Smirnov IV, Wiencke JK, Wiemels JL, **Witte JS***, Walsh KM. Non-additive and epistatic effects of HLA polymorphisms contributing to risk of adult glioma. J Neurooncol. 2017 Jul 18. PMID: 28721485.
***** John Witte was co-senior author.

191. Hoffmann TJ, Passarelli MN, Graff RE, Emami NC, Sakoda LC, Jorgenson E, Habel LA, Shan J, Ranatunga DK, Quesenberry CP, Chao CR, Ghai NR, Aaronson D, Presti J, Nordström T, Wang Z, Berndt SI, Chanock SJ, Mosley JD, Klein RJ, Middha M, Lilja H, Melander O, Kvale MN, Kwok PY, Schaefer C, Risch N, Van Den Eeden SK, **Witte JS**. Genome-wide association study of prostate-specific antigen levels identifies novel loci independent of prostate cancer. Nat Commun. 2017 01 31; 8:14248. PMID: 28139693. PMCID: PMC5290311.

192. Ng MCY, Graff M, Lu Y, Justice AE, Mudgal P, Liu CT, Young K, Yanek LR, Feitosa MF, Wojczynski MK, Rand K, Brody JA, Cade BE, Dimitrov L, Duan Q, Guo X, Lange LA, Nalls MA, Okut H, Tajuddin SM, Tayo BO, Vedantam S, Bradfield JP, Chen G, Chen WM, Chesi A, Irvin MR, Padhukasahasram B, Smith JA, Zheng W, Allison MA, Ambrosone CB, Bandera EV, Bartz TM, Berndt SI, Bernstein L, Blot WJ, Bottinger EP, Carpten J, Chanock SJ, Chen YI, Conti DV, Cooper RS, Fornage M, Freedman BI, Garcia M, Goodman PJ, Hsu YH, Hu J, Huff CD, Ingles SA, John EM, Kittles R, Klein E, Li J, McKnight B, Nayak U, Nemesure B, Ogunniyi A, Olshan A, Press MF, Rohde R, Rybicki BA, Salako B, Sanderson M, Shao Y, Siscovick DS, Stanford JL, Stevens VL, Stram A, Strom SS, Vaidya D, **Witte JS*******, Yao J, Zhu X, Ziegler RG, Zonderman AB, Adeyemo A, Ambs S, Cushman M, Faul JD, Hakonarson H, Levin AM, Nathanson KL, Ware EB, Weir DR, Zhao W, Zhi D; Bone Mineral Density in Childhood Study (BMDCS) Group, Arnett DK, Grant SFA, Kardia SLR, Oloapde OI, Rao DC, Rotimi CN, Sale MM, Williams LK, Zemel BS, Becker DM, Borecki IB, Evans MK, Harris TB, Hirschhorn JN, Li Y, Patel SR, Psaty BM, Rotter JI, Wilson JG, Bowden DW, Cupples LA, Haiman CA, Loos RJF, North KE. Discovery and fine-mapping of adiposity loci using high density imputation of genome-wide association studies in individuals of African ancestry: African Ancestry Anthropometry Genetics Consortium. PLoS Genet. 2017 Apr 21;13(4):e1006719.
******** John Witte acquired data and provided critical revision of manuscript**.**

193. Ferreira MA, Vonk JM, Baurecht H, Marenholz I, Tian C, Hoffman JD, Helmer Q, Tillander A, Ullemar V, van Dongen J, Lu Y, Rüschendorf F, Esparza-Gordillo J, Medway CW, Mountjoy E, Burrows K, Hummel O, Grosche S, Brumpton BM, **Witte JS*****, Hottenga JJ, Willemsen G, Zheng J, Rodríguez E, Hotze M, Franke A, Revez JA, Beesley J, Matheson MC, Dharmage SC, Bain LM, Fritsche LG, Gabrielsen ME, Balliu B. Shared genetic origin of asthma, hay fever and eczema elucidates allergic disease biology. Nat Genet. 2017 Dec; 49(12):1752-1757. PMID: 29083406.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

194. Wu YH, Graff RE, Passarelli MN, Hoffman JD, Ziv E, Hoffmann TJ, **Witte JS**. Identification of Pleiotropic Cancer Susceptibility Variants from Genome-Wide Association Studies Reveals Functional Characteristics. Cancer Epidemiol Biomarkers Prev. 2018 Jan; 27(1):75-85. PMID: 29150481.

195. Asai Y, Eslami A, van Ginkel CD, Akhabir L, Wan M, Ellis G, Ben-Shoshan M, Martino D, Ferreira MA, Allen K, Mazer B, de Groot H, de Jong NW, Gerth van Wijk RN, Dubois AEJ,

Chin R, Cheuk S, Hoffman J, Jorgensen E, **Witte JS*****, Melles RB, Hong X, Wang X, Hui J, Musk AWB, Hunter M, James AL, Koppelman GH, Sandford AJ, Clarke AE, Daley D. Genome-wide association study and meta-analysis in multiple populations identifies new loci for peanut allergy and establishes C11orf30/EMSY as a genetic risk factor for food allergy. J Allergy Clin Immunol. 2018 Mar; 141(3):991-1001. PMID: 29030101.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

196. Asai Y, Eslami A, van Ginkel CD, Akhabir L, Wan M, Yin D, Ellis G, Ben-Shoshan M, Marenholz I, Martino D, Ferreira MA, Allen K, Mazer B, de Groot H, de Jong NW, Gerth van Wijk R, Dubois AEJ, Grosche S, Ashley S, Rüschendorf F, Kalb B, Beyer K, Nöthen MM, Lee YA, Chin R, Cheuk S, Hoffman J, Jorgensen E, **Witte JS*****, Melles RB, Hong X, Wang X, Hui J, Musk AWB, Hunter M, James AL, Koppelman GH, Sandford AJ, Clarke AE, Daley D. A Canadian genome-wide association study and meta-analysis confirm HLA as a risk factor for peanut allergy independent of asthma. J Allergy Clin Immunol. 2018 Apr; 141(4):1513-1516. PMID: 29325868.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

197. Johnson DB, Bordeaux J, Kim JY, Vaupel C, Rimm DL, Ho TH, Joseph RW, Daud AI, Conry RM, Gaughan EM, Hernandez-Aya LF, Dimou A, Funchain P, Smithy J, **Witte JS*****, McKee SB, Ko J, Wrangle JM, Dabbas B, Tangri S, Lameh J, Hall J, Markowitz J, Balko JM, Dakappagari N. Quantitative Spatial Profiling of PD-1/PD-L1 Interaction and HLA-DR/IDO-1 Predicts Improved Outcomes of Anti-PD-1 Therapies in Metastatic Melanoma. Clin Cancer Res. 2018 Nov 01; 24(21):5250-5260. PMID: 30021908.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

198. Majumdar A, Haldar T, Bhattacharya S, **Witte JS**. An efficient Bayesian meta-analysis approach for studying cross-phenotype genetic associations. PLoS Genet. 2018 Feb; 14(2):e1007139. PMID: 29432419.

199. Zhang C, Wiemels JL, Hansen HM, Gonzalez-Maya J, Endicott AA, de Smith AJ, Smirnov IV, **Witte JS****, Morimoto LM, Metayer C, Walsh KM. Two HLA Class II Gene Variants Are Independently Associated with Pediatric Osteosarcoma Risk. Cancer Epidemiol Biomarkers Prev. 2018 Oct; 27(10):1151-1158. PMID: 30038050.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

200. Cario CL, **Witte JS**. Orchid: a novel management, annotation and machine learning framework for analyzing cancer mutations. Bioinformatics. 2018 Mar 15; 34(6):936-942. PMID: 29106441.

201. Li M, He Z, Tong X, **Witte JS****, Lu Q. Detecting Rare Mutations with Heterogeneous Effects Using a Family-Based Genetic Random Field Method. Genetics. 2018 10; 210(2):463-476. PMID: 30104420.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

202. Rashkin SR, Chua KC, Ho C, Mulkey F, Jiang C, Mushiroda T, Kubo M, Friedman PN, Rugo HS, McLeod HL, Ratain MJ, Castillos F, Naughton M, Overmoyer B, Toppmeyer D, **Witte JS****, Owzar K, Kroetz DL. A Pharmacogenetic Prediction Model of Progression-Free Survival in Breast Cancer using Genome-Wide Genotyping Data from CALGB 40502 (Alliance). Clin Pharmacol Ther. 2018 Sep 27. PMID: 30260474.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

203. McCarthy ME, Oltman SP, Baer RJ, Ryckman KK, Rogers EE, Steurer-Muller MA, **Witte JS****, Jelliffe-Pawlowski LL. Newborn Metabolic Profile Associated with Hyperbilirubinemia With and Without Kernicterus. Clin Transl Sci. 2018 Oct 28. PMID: 30369069.
**** John Witte supervised trainee, led analyses, and drafted manuscript.

204. Cario CL, **Witte JS**. Samasy: an automated system for sample selection and robotic transfer. Biotechniques. 2018 Dec; 65(6):357-360. PMID: 30477330

205. Wu L, Wang J, Cai Q, Cavazos TB, Emami NC, Long J, Shu XO, Lu Y, Guo X, Bauer JA, Pasaniuc B, Penney KL, Freedman ML, Kote-Jarai Z, **Witte JS******, Haiman CA, Eeles RA, Zheng W. Identification of Novel Susceptibility Loci and Genes for Prostate Cancer Risk: A Transcriptome-Wide Association Study in Over 140,000 European Descendants. Cancer Res. 2019 Jul 01; 79(13):3192-3204. PMID: 31101764. ****** John Witte acquired data and provided critical revision of manuscript**.**

206. Du Z, Hopp H, Ingles SA, Huff C, Sheng X, Weaver B, Stern M, Hoffmann TJ, John EM, Van Den Eeden SK, Strom S, Leach RJ, Thompson IM, **Witte JS******, Conti DV, Haiman CA. A genome-wide association study of prostate cancer in Latinos. Int J Cancer. 2019 Jun 21. PMID: 31226226.
****** John Witte acquired data and provided critical revision of manuscript**.**

207. Belkora J, Chan JM, Cooperberg MR, Neuhaus J, Stupar L, Weinberg T, Broering JM, Tenggara I, Cowan JE, Rosenfeld S, Kenfield SA, Van Blarigan EL, Simko JP, **Witte J*****, Carroll PR. Development and pilot evaluation of a personalized decision support intervention for low risk prostate cancer patients. Cancer Med. 2019 Nov 12. PMID: 31714037.
***** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

208. Kachuri L, Johansson M, Rashkin SR, Graff RE, Bossé Y, Manem V, Caporaso NE, Landi MT, Christiani DC, Vineis P, Liu G, Scelo G, Zaridze D, Shete SS, Albanes D, Aldrich MC, Tardón A, Rennert G, Chen C, Goodman GE, Doherty JA, Bickeböller H, Field JK, Davies MP, Dawn Teare M, Kiemeney LA, Bojesen SE, Haugen A, Zienolddiny S, Lam S, Le Marchand L, Cheng I, Schabath MB, Duell EJ, Andrew AS, Manjer J, Lazarus P, Arnold S, McKay JD, Emami NC, Warkentin MT, Brhane Y, Obeidat M, Martin RM, Relton C, Davey Smith G, Haycock PC, Amos CI, Brennan P, **Witte JS***, Hung RJ. Immune-mediated genetic pathways resulting in pulmonary function impairment increase lung cancer susceptibility. Nat Commun. 2020 Jan 07; 11(1):27. PMID: 31911640.
*** John Witte was co-senior author.

209. Mefford J, Park D, Zheng Z, Ko A, Ala-Korpela M, Laakso M, Pajukanta P, Yang J, **Witte J***, Zaitlen N. Efficient Estimation and Applications of Cross-Validated Genetic Predictions to Polygenic Risk Scores and Linear Mixed Models. J Comput Biol. 2020 Feb 20. PMID: 32077750.
*** John Witte was co-senior author.

210. Du Z, Weinhold N, Song GC, Rand KA, Van Den Berg DJ, Hwang AE, Sheng X, Hom V, Ailawadhi S, Nooka AK, Singhal S, Pawlish K, Peters ES, Bock C, Mohrbacher A, Stram A, Berndt SI, Blot WJ, Casey G, Stevens VL, Kittles R, Goodman PJ, Diver WR, Hennis A, Nemesure B, Klein EA, Rybicki BA, Stanford JL, **Witte JS******, Signorello L, John EM, Bernstein L, Stroup AM, Stephens OW, Zangari M, Van Rhee F, Olshan A, Zheng W, Hu JJ, Ziegler R, Nyante SJ, Ingles SA, Press MF, Carpten JD, Chanock SJ, Mehta J, Colditz GA, Wolf J, Martin TG, Tomasson M, Fiala MA, Terebelo H, Janakiraman N, Kolonel L, Anderson KC, Le Marchand L, Auclair D, Chiu BC, Ziv E, Stram D, Vij R, Bernal-Mizrachi L, Morgan GJ, Zonder JA, Huff CA, Lonial S, Orlowski RZ, Conti DV, Haiman CA, Cozen W. A meta-analysis

of genome-wide association studies of multiple myeloma among men and women of African ancestry. Blood Adv. 2020 Jan 14; 4(1):181-190. PMID: 31935283.
******** John Witte acquired data and provided critical revision of manuscript**.**

211. Ospina-Romero M, Brenowitz WD, Glymour MM, Mayeda ER, Graff RE, **Witte JS*****, Ackley SF, Lu KP, Kobayashi LC. The Association Between Cancer and Spousal Rate of Memory Decline: A Negative Control Study to Evaluate (Unmeasured) Social Confounding of the Cancer-memory Relationship. Alzheimer Dis Assoc Disord. 2020 Jun 19. PMID: 32568784.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

212. Chua KC, Xiong C, Ho C, Mushiroda T, Jiang C, Mulkey F, Lai D, Schneider BP, Rashkin SR, **Witte JS*****, Friedman PN, Ratain MJ, McLeod HL, Rugo HS, Shulman LN, Kubo M, Owzar K, Kroetz DL. Genome-Wide Meta-Analysis Validates a Role for S1PR1 in Microtubule Targeting Agent-Induced Sensory Peripheral Neuropathy. Clin Pharmacol Ther. 2020 Jun 20. PMID: 32562552.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

213. Ferreira MAR, Vonk JM, Baurecht H, Marenholz I, Tian C, Hoffman JD, Helmer Q, Tillander A, Ullemar V, Lu Y, Grosche S, Rüschendorf F, Granell R, Brumpton BM, Fritsche LG, Bhatta L, Gabrielsen ME, Nielsen JB, Zhou W, Hveem K, Langhammer A, Holmen OL, Løset M, Abecasis GR, Willer CJ, Emami NC, Cavazos TB, **Witte JS******, Szwajda A, Hinds DA, Hübner N, Weidinger S, Magnusson PK, Jorgenson E, Karlsson R, Paternoster L, Boomsma DI, Almqvist C, Lee YA, Koppelman GH. Age-of-onset information helps identify 76 genetic variants associated with allergic disease. PLoS Genet. 2020 Jun 30; 16(6):e1008725. PMID: 32603359.
******** John Witte acquired data and provided critical revision of manuscript**.**

214. Carmichael SL, Ma C, **Witte JS*****, Yang W, Rasmussen SA, Brunelli L, Nestoridi E, Shaw GM, Feldkamp ML. Congenital diaphragmatic hernia and maternal dietary nutrient pathways and diet quality. Birth Defects Res. 2020 Aug 03. PMID: 32744808.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

215. Meyers TJ, Weiner AB, Graff RE, Desai AS, Cooley LF, Catalona WJ, Hanauer SB, Wu JD, Schaeffer EM, Abdulkadir SA, Kundu SD, **Witte JS**. Association between inflammatory bowel disease and prostate cancer: A large-scale, prospective, population-based study. Int. J. Cancer. 2020;147:2735–2742.

216. Hayes-Larson E, Ackley SF, Zimmerman SC, Ospina-Romero M, Glymour MM, Graff RE, **Witte JS**, Kobayashi LC, Mayeda ER. The competing risk of death and selective survival cannot fully explain the inverse cancer-dementia association. Alzheimers Dement. 2020 Sep 3
*** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

217. Cario CL, Chen E, Leong L, Emami NC, Lopez K, Tenggara I, Simko JP, Friedlander TW, Li PS, Paris PL, Carroll PR, **Witte JS**. A machine learning approach to optimizing cell-free DNA sequencing panels: with an application to prostate cancer. BMC Cancer. 2020 Aug 28;20(1):820.

218. Rashkin SR, Graff RE, Kachuri L, Thai KK, Alexeeff SE, Blatchins MA, Cavazos TB, Corley DA, Emami NC, Hoffman JD, Jorgenson E, Kushi LH, Meyers TJ, Van Den Eeden SK, Ziv E,

Habel LA, Hoffmann TJ, Sakoda LC, **Witte JS**. Pan-cancer study detects genetic risk variants and shared genetic basis in two large cohorts. Nat Commun. 2020 Sep 4;11(1):4423.

219. Ospina-Romero M, Glymour MM, Hayes-Larson E, Mayeda ER, Graff RE, Brenowitz WD, Ackley SF, **Witte JS*****, Kobayashi LC. Association Between Alzheimer Disease and Cancer with Evaluation of Study Biases. JAMA Netw Open. 2020;3(11):e2025515.
*** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

220. Kachuri L, Francis SS, Morrison M, Wendt GA, Bosse, Y, Cavazos TB, Rashkin SR, Ziv E, **Witte JS.** The landscape of host genetic factors involved in infection to common viruses. Genome Med. 2020 Oct 27;12(1):93.

221. Emami NC, Cavazos TB, Rashkin SR, Cario CL, Graff RE, Tai CG, Mefford JA, Kachuri L, Wan E, Wong S, Aaronson DS, Presti J, Habel LA, Shan J, Ranatunga DK, Chao CR, Ghai NR, Jorgenson E, Sakoda LC, Kvale MN, Kwok P-Y, Schaefer C, Risch N, Hoffmann TJ, Van Den Eeden SK, **Witte JS**. A large-scale association study detects novel rare variants, risk genes, functional elements, and polygenic architecture of prostate cancer susceptibility. Cancer Res. 2020 Dec 8:canres.2635.2020.

222. Kachuri L, Graff RE, Smith-Byrne K, Meyers TJ, Rashkin SR, Ziv E, **Witte JS***, Johansson M. Integration of polygenic risk scores with modifiable risk factors improves risk prediction: results from a pan-cancer analysis. Nat Commun 2021; 11, 6084.
***** John Witte was co-senior author.

223. Cavazos TB, **Witte JS**. Inclusion of Variants Discovered from Diverse Populations Improves Polygenic Risk Score Transferability. Human Genetics and Genomics Advances. HGG Adv. 2021 Jan 14;2(1):100017.

224. Conti DV, Darst, BF, Moss, L, Saunders, EJ, Sheng, X, Chou, A, Schumacher, FR, Al Olama, AA, Benlloch, S, Dadaev, T, Brook, MN, Sahimi, A, Hoffman, TJ, Takahashi, A, Matsuda, K, Momozawa, Y, Fujita, M, Muir, K, Lophatananon, A, Wan, P, Le Marchand, L, Wilkens, L, Stevens, VL, Gapstur, SM, Carter, BD, Schleutker, J, Tammela, TLJ, Sipeky, C, Auvinen, A, Giles, GG, Southey, MC, MacInnis, RJ, Cybulski, C, Wokolorczyk, D, Lubinski, J, Neal, DE, Donovan, JL, Hamdy, FC, Martin, RM, Nordestgaard, BG, Nielsen, SF, Weischer, M, Bojesen, SE, Røder, MA, Iversen, P, Batra, J, Chambers, S, Moya, L, Horvath, L, Clements, JA, Tilley, W, Risbridger, GP, Gronberg, H, Aly, M, Szulkin, R, Eklund, M, Nordström, T, Pashayan, N, Dunning, AM, Ghoussaini, M, Travis, RC, Key, TJ, Riboli, E, Park, JY, Sellers, TA, Lin, H-Y, Albanes, D, Weinstein, S, Mucci, LA, Giovannucci, E, Lindstrom, S, Kraft, P, Hunter, DJ, Penney, KL, Turman, C, Tangen, CM, Goodman, PJ, Thompson Jr, IM, Hamilton, RJ, Fleshner, NE, Finelli, A, Parent, M-É, Stanford, JL, Ostrander, EA, Geybels, MS, Koutros, S, Beane Freeman, LE, Stampfer, M, Wolk, A, Håkansson, N, Andriole, GL, Hoover, RN, Machiela, MJ, Sørensen, KD, Borre, M, Blot, WJ, Zheng, W, Yeboah, ED, Mensah, JE, Lu, Y-J, Zhang, H-W, Feng, N, Mao, X, Wu, Y, Zhao, S-C, Sun, Z, Thibodeau, SN, McDonnell, SK, Schaid, DJ, West, CML, Burnet, N, Barnett, G, Maier, C, Schnoeller, T, Luedeke, M, Kibel, AS, Drake, BF, Cussenot, O, Cancel-Tassin, G, Menegaux, F, Truong, T, Koudou, YA, John, EM, Grindedal, EM, Maehle, L, Khaw, K-T, Ingles, SA, Stern, MC, Vega, A, Gómez-Caamaño, A, Fachal, L, Rosenstein, BS, Kerns, SL, Ostrer, H, Teixeira, MR, Paulo, P, Brandão, A, Watya, S, Lubwama, A, Bensen, JT, Fontham, ETH, Mohler, J, Taylor, JA, Kogevinas, M, Llorca, J, Castaño-Vinyals, G, Cannon-Albright, L, Teerlink, CC, Huff, C, Strom, SS, Multigner, L, Blanchet, P, Brureau, L, Kaneva, R, Slavov, C, Mitev, V, Leach, RJ, Weaver, B, Brenner, H, Cuk, K, Holleczek, B, Saum, K-U, Klein, EA, Hsing, AW, Kittles, RA, Murphy, AB, Logothetis,

CJ, Kim, J, Neuhausen, SL, Steele, L, Ding, YC, Isaacs, WB, Nemesure, B, Hennis, AJM, Carpten, J, Pandha, H, Michael, A, Ruyck, KD, Meerleer, GD, Ost, P, Xu, J, Razach, A, Lim, J, Teo, S-H, Newcomb, LF, Lin, DW, Fowke, J, Neslund-Dudas, C, Rybicki, BA, Gamulin, M, Lessel, D, Kulis, T, Usmani, N, Singhal, S, Parliament, M, Claessens, F, Joniau, S, Van den Broeck, T, Gago-Dominguez, M, Castelao, JE, Martinez, ME, Larkin, S, Townsend, PA, Aukim-Hastie, C, Bush, WS, Aldrich, MC, Crawford, DC, Srivastava, S, Cullen, JC, Petrovics, G, Casey, G, Roobol, MJ, Jenster, G, van Schaik, RHN, Hu, JJ, Sanderson, M, Varma, R, McKean-Cowdin, R, Torres, M, Mancuso, N, Berndt, SI, Van Den Eeden, SK, Easton, DF, Chanock, SJ, Cook, MB, Wiklund, F, Nakagawa, H, **Witte JS*****, Eeles RA, Kote-Jarai Z, Haiman CA. Trans-ancestry genome-wide association meta-analysis of prostate cancer identifies new susceptibility loci and informs genetic risk prediction. Nat Genet. I Nat Genet. 2021 Jan;53(1):65-75.
******* John Witte was one of the more senior authors. helped oversee design and statistical analyses, and provided critical revision of manuscript.

225. Majumdar A, Burch K, Sankararaman S, Pasaniuc B, Gauderman WJ, **Witte JS**. A two-step approach to testing overall effect of gene-environment interaction for multiple phenotypes. Bioinformatics. 2021 Jan 16:btaa1083.

226. Graff RE, Cavazos TB, Thai KK, Kachuri L, Rashkin SR, Hoffman JD, Alexeeff SE, Blatchins M, Meyers TJ, Leong L, Tai CG, Emami NC, Corley DA, Kushi LH, Ziv E, Van Den Eeden SK, Jorgenson E, Hoffmann TJ, Habel LA, **Witte JS***, Sakoda LC. Cross-Cancer Evaluation of Polygenic Risk Scores for 17 Cancer Types in Two Large Cohorts. Nat Comm. 2021 Feb 12;12(1):970.
***** John Witte was co-senior author.

227. Chen E, Cario CL, Leong L, Lopez K, Márquez CP, Chu C, Li PS, Oropeza E, Tenggara I, Cowan J, Simko JP, Chan JM, Friedlander T, Wyatt AW, Aggarwal R, Paris PL, Carroll PR, Feng F, **Witte JS**. Cell-free DNA concentration and fragment size as a biomarker for prostate cancer. Sci Rep. 2021 Mar 3;11(1):5040.

228. Graff M, Justice AE, Young KL, Marouli E, Zhang X, Fine RS, Lim E, Buchanan V, Rand K, Feitosa MF, Wojczynski MK, Yanek LR, Shao Y, Rohde R, Adeyemo AA, Aldrich MC, Allison MA, Ambrosone CB, Ambs S, Amos C, Arnett DK, Atwood L, Bandera EV, Bartz T, Becker DM, Berndt SI, Bernstein L, Bielak LF, Blot WJ, Bottinger EP, Bowden DW, Bradfield JP, Brody JA, Broeckel U, Burke G, Cade BE, Cai Q, Caporaso N, Carlson C, Carpten J, Casey G, Chanock SJ, Chen G, Chen M, Chen YI, Chen WM, Chesi A, Chiang CWK, Chu L, Coetzee GA, Conti DV, Cooper RS, Cushman M, Demerath E, Deming SL, Dimitrov L, Ding J, Diver WR, Duan Q, Evans MK, Falusi AG, Faul JD, Fornage M, Fox C, Freedman BI, Garcia M, Gillanders EM, Goodman P, Gottesman O, Grant SFA, Guo X, Hakonarson H, Haritunians T, Harris TB, Harris CC, Henderson BE, Hennis A, Hernandez DG, Hirschhorn JN, McNeill LH, Howard TD, Howard B, Hsing AW, Hsu YH, Hu JJ, Huff CD, Huo D, Ingles SA, Irvin MR, John EM, Johnson KC, Jordan JM, Kabagambe EK, Kang SJ, Kardia SL, Keating BJ, Kittles RA, Klein EA, Kolb S, Kolonel LN, Kooperberg C, Kuller L, Kutlar A, Lange L, Langefeld CD, Le Marchand L, Leonard H, Lettre G, Levin AM, Li Y, Li J, Liu Y, Liu Y, Liu S, Lohman K, Lotay V, Lu Y, Maixner W, Manson JE, McKnight B, Meng Y, Monda KL, Monroe K, Moore JH, Mosley TH, Mudgal P, Murphy AB, Nadukuru R, Nalls MA, Nathanson KL, Nayak U, N'Diaye A, Nemesure B, Neslund-Dudas C, Neuhouser ML, Nyante S, Ochs-Balcom H, Ogundiran TO, Ogunniyi A, Ojengbede O, Okut H, Olopade OI, Olshan A, Padhukasahasram B, Palmer J, Palmer CD, Palmer ND, Papanicolaou G, Patel SR, Pettaway CA, Peyser PA, Press MF, Rao DC, Rasmussen-Torvik LJ, Redline S, Reiner AP, Rhie SK, Rodriguez-Gil JL, Rotimi CN, Rotter JI, Ruiz-Narvaez EA, Rybicki BA, Salako B, Sale MM, Sanderson M, Schadt E,

Schreiner PJ, Schurmann C, Schwartz AG, Shriner DA, Signorello LB, Singleton AB, Siscovick DS, Smith JA, Smith S, Speliotes E, Spitz M, Stanford JL, Stevens VL, Stram A, Strom SS, Sucheston L, Sun YV, Tajuddin SM, Taylor H, Taylor K, Tayo BO, Thun MJ, Tucker MA, Vaidya D, Van Den Berg DJ, Vedantam S, Vitolins M, Wang Z, Ware EB, Wassertheil-Smoller S, Weir DR, Wiencke JK, Williams SM, Williams LK, Wilson JG, **Witte JS**, Wrensch M, Wu X, Yao J, Zakai N, Zanetti K, Zemel BS, Zhao W, Zhao JH, Zheng W, Zhi D, Zhou J, Zhu X, Ziegler RG, Zmuda J, Zonderman AB, Psaty BM, Borecki IB, Cupples LA, Liu CT, Haiman CA, Loos R, Ng MCY, North KE. Discovery and fine-mapping of height loci via high-density imputation of GWASs in individuals of African ancestry. Am J Hum Genet. 2021 Apr 1;108(4):564-582.

229. Desai AS, Sagar V, Lysy B, Weiner AB, Ko OS, Driscoll C, Rodriguez Y, Vatapalli R, Unno K, Han H, Cohen JE, Vo AX, Pham M, Shin M, Jain-Poster K, Ross J, Morency EG, Meyers TJ, **Witte JS**, Wu J, Abdulkadir SA, Kundu SD. Inflammatory bowel disease induces inflammatory and pre-neoplastic changes in the prostate. Prostate Cancer Prostatic Dis. 2021 May 25. doi: 10.1038/s41391-021-00392-7.

230. Li M, Lyu C, Huang M, Do C, Tycko B, Lupo PJ, MacLeod SL, Randolph CE, Liu N, **Witte JS**, Hobbs CA. Mapping methylation quantitative trait loci in cardiac tissues nominates risk loci and biological pathways in congenital heart disease. BMC Genom Data. 2021 Jun 10;22(1):20.
***** John Witte was co-senior author.

231. Chen E, Cario CL, Leong L, Lopez K, Márquez CP, Li PS, Oropeza E, Tenggara I, Cowan J, Simko JP, Kageyama R, Wells DK, Chan JM, Friedlander T, Aggarwal R, Paris PL, Feng F, Carroll PR, **Witte JS**. Cell-Free DNA Detection of Tumor Mutations in Heterogeneous, Localized Prostate Cancer Via Targeted, Multiregion Sequencing. JCO Precis Oncol. 2021 Apr 27;5:PO.20.00428.

232. Lyu C, Huang M, Liu N, Chen Z, Lupo PJ, Tycko B, **Witte JS**, Hobbs CA, Li M. Detecting methylation quantitative trait loci using a methylation random field method. Brief Bioinform. 2021 Aug 19:bbab323.

233. Kachuri L, Jeon S, DeWan AT, Metayer C, Ma X, **Witte JS**, Chiang CWK, Wiemels JL, de Smith AJ. Genetic determinants of blood-cell traits influence susceptibility to childhood acute lymphoblastic leukemia. Am J Hum Genet. 2021 Oct 7;108(10):1823-1835.

234. Cooley LF, Emeka AA, Meyers TJ, Cooper PR, Lin DW, Finelli A, Eastham JA, Logothetis CJ, Marks LS, Vesprini D, Goldenberg SL, Higano CS, Pavlovich CP, Chan JM, Morgan TM, Klein EA, Barocas DA, Loeb S, Helfand BT, Scholtens DM, **Witte JS**, Catalona WJ. Factors Associated with Time to Conversion from Active Surveillance to Treatment for Prostate Cancer in a Multi-Institutional Cohort. J Urol. 2021 Nov;206(5):1147-1156.
***** John Witte was co-senior author.

235. Dawed AY, Yee SW, Zhou K, van Leeuwen N, Zhang Y, Siddiqui MK, Etheridge A, Innocenti F, Xu F, Li JH, Beulens JW, van der Heijden AA, Slieker RC, Chang YC, Mercader JM, Kaur V, **Witte JS**, Lee MTM, Kamatani Y, Momozawa Y, Kubo M, Palmer CNA, Florez JC, Hedderson MM, 't Hart LM, Giacomini KM, Pearson ER; for MetGen Plus, for the DIRECT Consortium; MetGen Plus investigators:. Genome-Wide Meta-analysis Identifies Genetic Variants Associated With Glycemic Response to Sulfonylureas. Diabetes Care. 2021 Oct 4:dc211152.

236. Hayes-Larson E, Shaw C, Ackley SF, Zimmerman SC, Glymour MM, Graff RE, **Witte JS**, Kobayashi L, Mayeda ER. The role of dementia diagnostic delay in the inverse cancer-dementia association. J Gerontol A Biol Sci Med Sci. 2021 Nov 12:glab341. doi: 10.1093/gerona/glab341. PMID: 34788817.

237. Jiang Y, Meyers TJ, Emeka AA, Cooley LF, Cooper PR, Lancki N, Helenowski I, Kachuri L, Lin DW, Stanford JL, Newcomb LF, Kolb S, Finelli A, Fleshner NE, Komisarenko M, Eastham JA, Ehdaie B, Benfante N, Logothetis CJ, Gregg JR, Perez CA, Garza S, Kim J, Marks LS, Delfin M, Barsa D, Vesprini D, Klotz LH, Loblaw A, Mamedov A, Goldenberg SL, Higano CS, Spillane M, Wu E, Carter HB, Pavlovich CP, Mamawala M, Landis T, Carroll PR, Chan JM, Cooperberg MR, Cowan JE, Morgan TM, Siddiqui J, Martin R, Klein EA, Brittain K, Gotwald P, Barocas DA, Dallmer JR, Gordetsky JB, Steele P, Kundu SD, Stockdale J, Roobol MJ, Venderbos LDF, Sanda MG, Arnold R, Patil D, Evans CP, Dall'Era MA, Vij A, Costello AJ, Chow K, Corcoran NM, Rais-Bahrami S, Phares C, Scherr DS, Flynn T, Karnes RJ, Koch M, Dhondt CR, Nelson JB, McBride D, Cookson MS, Stratton KL, Farriester S, Hemken E, Stadler WM, Pera T, Banionyte D, Bianco FJ Jr, Lopez IH, Loeb S, Taneja SS, Byrne N, Amling CL, Martinez A, Boileau L, Gaylis FD, Petkewicz J, Kirwen N, Helfand BT, Xu J, Scholtens DM, Catalona WJ, **Witte JS**. Genetic Factors Associated with Prostate Cancer Conversion from Active Surveillance to Treatment. HGG Adv. 2022 Jan 13;3(1):100070. doi: 10.1016/j.xhgg.2021.100070. PMID: 34993496; PMCID: PMC8725988.

238. Costello JM, Steurer MA, Baer RJ, **Witte JS**, Jelliffe-Pawlowski LL. Residential particulate matter, proximity to major roads, traffic density and traffic volume as risk factors for preterm birth in California. Paediatr Perinat Epidemiol. 2022 Jan;36(1):70-79. doi: 10.1111/ppe.12820. PMID: 34797570.

239. Press BH, Jones T, Olawoyin O, Lokeshwar SD, Rahman SN, Khajir G, Lin DW, Cooperberg MR, Loeb S, Darst BF, Zheng Y, Chen RC, **Witte JS**, Seibert TM, Catalona WJ, Leapman MS, Sprenkle PC. Association Between a 22-feature Genomic Classifier and Biopsy Gleason Upgrade During Active Surveillance for Prostate Cancer. Eur Urol Open Sci. 2022 Feb 11;37:113-119. doi: 10.1016/j.euros.2022.01.008. PMID: 35243396

**V.B Peer Reviewed Publications – Other** (32 publications)

1. **Witte JS**, Thomas DC, Langholz B. Re: Statistical significance testing in the American Journal of Epidemiology (letter). American Journal of Epidemiology 1995;142:101.
2. **Witte JS**, Pike MP. Re: Can energy adjustment separate the effects of energy from those of specific macronutrients (letter)? American Journal of Epidemiology 1995;142:225-226.
3. Langholz B, Thomas DC, **Witte J**, Peters RK. Re: A population-based case-cohort evaluation of the efficacy of mammographic screening for breast cancer (letter). American Journal of Epidemiology 1995;142:448-449.
4. **Witte JS**, Elston RC, Schork NJ. Genetic dissection of complex traits (correspondence). Nature Genetics 1996;12:355-356.
5. Mugero C, **Witte JS**. Re: Dehydration in young children (letter). Acta Paediatrica 1997;86:337-338.

6. **Witte JS**, Probst-Hensch NM, Haile RW, Lin HJ. Re: Glutathione transferase null genotype, broccoli, and lower prevalence of colorectal adenomas (letter). Cancer Epidemiology, Biomarkers & Prevention 1999;8:949-950.

7. Kupelian PA, Klein EA, **Witte JS**. Re: Biological aggressiveness of hereditary prostate cancer: long-term evaluation following radical prostatectomy (letter). Journal of Urology 1999;161:1585-1586.

8. **Witte JS**, Gauderman WJ, Thomas DC. Re: Bias and efficiency in case-control studies of candidate genes and gene-environment interactions: basic family designs (letter). American Journal of Epidemiology 2000;7:689-690.

9. Cardon LR, **Witte J**, Elston R. Re: Testing drug response in the presence of genetic information (letter). Pharmacogenetics 2001;11:459-60.

10. Thomas DC, **Witte JS**. Population stratification: a problem for case-control studies of candidate gene associations? Cancer Epidemiology, Biomarkers & Prevention 2002;11:505-512.

11. Palmer LJ, Schnell AH, **Witte JS**, Elston RC. Parametric linkage analysis. Methods Molecular Biology 2002;195:13-35.

12. Jorgenson E, Liu X, **Witte JS**. Case-Control Analyses: Geneopardy! Genetic Epidemiology 2005,29:S86-91.

13. Thomas DC, **Witte JS**, Greenland S. Dissecting effects of complex mixtures: who's afraid of informative priors? (commentary). Epidemiology 2007;18:186-190.

14. **Witte JS**. Multiple prostate cancer risk variants on 8q24 (news and views). Nature Genetics 2007;39:579-80.

15. Jorgenson E, **Witte JS**. Re: Microsatellite markers for genome-wide association studies (correspondence). Nature Reviews Genetics 2007;8:164.

16. **Witte JS**. Prostate cancer genomics: toward a new understanding. Nature Reviews Genetics 2009;10:77-82.

17. Khoury MJ, McBride C, Schully SD, Ioannidis JPA, Feero WG, Janssens AC, Gwinn M, Simons-Morton DG, Bernhardt JM, Cargill M, Chanock SJ, Church GM, Coates RJ, Collins FS, Croyle RT, Davis BR, Downing GJ, DuRoss A, Friedman S, Gail MH, Ginsburg GS, Green RC, Greene MH, Greenland P, Gulcher JR, Hsu A, Hudson KL, Kardia SLR, Kimmel PL, Lauer MS, Miller AM, Offit K, Ransohoff DF, Roberts S, Rasooly RS, Stefansson K, Terry SF, Teutsch SM, Trepanier A, Wanke KL, **Witte JS**, Xu JF. The scientific foundation for personal genomics: recommendations from an NIH-CDC multidisciplinary workshop. Genetics in Medicine 2009;11:559-67.

18. **Witte JS**. Personalized Prostate Cancer Screening: Improving PSA Tests with Genomic Information. Science Translational Medicine 2010;2:62.

19. Mefford J, **Witte JS**. The Covariate's Dilemma. PLoS Genet. 2012 Nov; 8(11):e1003096.

20. **Witte JS**, Visscher PM. Reclassify controls at your own risk (Commentary). Epidemiology 2012;23:910-911.

21. Mechanic LE, Chen HS, Amos CI, Chatterjee N, Cox NJ, Divi RL, Fan R, Harris EL, Jacobs K, Kraft P, Leal SM, McAllister K, Moore JH, Paltoo DN, Province MA, Ramos EM, Ritchie MD, Roeder K, Schaid DJ, Stephens M, Thomas DC, Weinberg CR, **Witte JS**, Zhang S, Zöllner S,

Feuer EJ, Gillanders EM. Next generation analytic tools for large scale genetic epidemiology studies of complex diseases. Genet Epidemiol. 2012 Jan; 36(1):22-35. PMID: 22147673.

22. Sakoda LC, Jorgenson E, **Witte JS**. Turning of COGS moves forward findings for hormonally mediated cancers. Nat Genet. 2013 Apr; 45(4):345-8.

23. Hobbs CA, Chowdhury S, Cleves MA, Erickson S, Macleod SL, Shaw GM, Shete S, **Witte JS**, Tycko B. Genetic epidemiology and nonsyndromic structural birth defects: from candidate genes to epigenetics. JAMA Pediatr. 2014 Apr 1; 168(4):371-7. PMID: 24515445.

24. Chen HS, Hutter CM, Mechanic LE, Amos CI, Bafna V, Hauser ER, Hernandez RD, Li C, Liberles DA, McAllister K, Moore JH, Paltoo DN, Papanicolaou GJ, Peng B, Ritchie MD, Rosenfeld G, **Witte JS*****, Gillanders EM, Feuer EJ. Genetic simulation tools for post-genome wide association studies of complex diseases. Genet Epidemiol. 2015 Jan; 39(1):11-9. PMID: 25371374.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

25. Tai CG, Graff RE, Liu J, Passarelli MN, Mefford JA, Shaw GM, Hoffmann TJ, **Witte JS**. Detecting gene-environment interactions in human birth defects: Study designs and statistical methods. Birth Defects Res A Clin Mol Teratol. 2015 Aug; 103(8):692-702. PMID: 26010994.

26. Webber DM, MacLeod SL, Bamshad MJ, Shaw GM, Finnell RH, Shete SS, **Witte JS*****, Erickson SW, Murphy LD, Hobbs C. Developments in our understanding of the genetic basis of birth defects. Birth Defects Res A Clin Mol Teratol. 2015 Aug; 103(8):680-91. PMID: 26033863.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

27. Mefford JA, Zaitlen NA, **Witte JS**. Comment on "Constrained Maximum Likelihood Estimation for Model Calibration Using Summary-Level Information from External Big Data Sources": A Human Genetics Perspective. JASA 2016;111(513).

28. Mechanic LE, Lindström S, Daily KM, Sieberts SK, Amos CI, Chen HS, Cox NJ, Dathe M, Feuer EJ, Guertin MJ, Hoffman J, Liu Y, Moore JH, Myers CL, Ritchie MD, Schildkraut J, Schumacher F, **Witte JS*****, Wang W, Williams SM. Up For A Challenge (U4C): Stimulating innovation in breast cancer genetic epidemiology. PLoS Genet. 2017 09; 13(9):e1006945. PMID: 28957327.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

29. Gauderman WJ, Mukherjee B, Aschard H, Hsu L, Lewinger JP, Patel CJ, **Witte JS*****, Amos C, Tai CG, Conti D, Torgerson DG, Lee S, Chatterjee N. Update on the state of the science for analytical methods for gene-environment interactions. Am J Epidemiol. 2017 Oct 01; 186(7):762-770. PMID: 28978192.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

30. McAllister K, Mechanic LE, Amos C, Aschard H, Blair IA, Chatterjee N, Conti D, Gauderman WJ, Hsu L, Hutter CM, Jankowska MM, Kerr J, Kraft P, Montgomery SB, Mukherjee B, Papanicolaou GJ, Patel CJ, Ritchie MD, Ritz BR, Thomas DC, Wei P, **Witte JS**. Current challenges and new opportunities for gene-environment interaction studies of complex diseases. Am J Epidemiol. 2017 Oct 01; 186(7):753-761. PMID: 28978193.

31. Graff RE, Kachuri L, **Witte JS**. Personalized Prostate Cancer Screening Based on a Single Midlife Prostate-specific Antigen Measurement. Eur Urol. 2018 Sep 26. PMID: 30268658.

32. Carroll PR, **Witte JS*****, Parsons JK. Germline testing in those at risk of prostate cancer. Can J Urol. 2019 Oct; 26(5S2):31-33. PMID: 31629425.
    ***** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

33. Gaylis FD, Cooperberg MR, Chen RC, Malin J, Loeb S, **Witte JS**, Carroll PR, Cohen ES, Dato PE, Lin DW, Zheng Y, Seibert TM, Setzler C, Wilt W, Gomez SL, Chan JML, Catalona WJ. Defining Quality Metrics for Active Surveillance: The Michigan Urological Surgery Improvement Collaborative Experience. Letter. J Urol. 2021 Jul;206(1):171-172.

### V.C Non Peer Reviewed Publications

1. Wijsman EM, Almasy L, Amos CI, Borecki I, Falk CT, King TM, Martinez MM, Meyers D, Neuman R, Olson JM, Rich S, Spence MA, Thomas DC, Vieland VJ, **Witte JS**, MacCluer JW. Analysis of complex genetic traits: Applications to asthma and simulated data. Genetic Epidemiology 2001;21:Sxxxviii-Sxxxix.

2. **Witte JS**, Fijal BA. Introduction: analysis of sequence data and population structure. Genetic Epidemiology 2001;21:S600-S601.

3. **Witte JS**, Schnell AH, Cordell HJ, Spielman RS, Amos CI, Miller MB, Almasy L, MacCluer JW. Introduction to Genetic Analysis Workshop 15 summaries. Genetic Epidemiology 2007;31(S1):S1-S6.

4. Atkinson EJ, McDonnell SK, **Witte JS**, Crawford D, Fan Y, Fridley B, Li D, Li L Rodin A, Sadee W, Speed T, Weiss S, Yang J, Yerges L, Schaid DJ. Lessons learned from the Fifth Statistical Analysis Workshop of the Pharmacogenetics Research Network. Pharmacogenomics 2010;11:297-303.

5. Catalona WJ, Bailey-Wilson JE, Camp NJ, Chanock SJ, Cooney KA, Easton DF, Eeles RA, FitzGerald LM, Freedman ML, Gudmundsson J, Kittles RA, Margulies EH, McGuire BB, Ostrander EA, Rebbeck TR, Stanford JL, Thibodeau SN, **Witte JS**, Isaacs WB. National Cancer Institute Prostate Cancer Genetics Workshop. Cancer Research 2011;71:3442-6.

6. **Witte JS**. Of models and methods. Cancer Epidemiol Biomarkers Prev. 2011;20:1059-60. PMID: 21652535.

7. Ralph D'Agostino R, DeMets D, Friedewald W, Goodman S, **Witte J**, Geller NL. The future of clinical trials: A panel discussion. Stat Med 2012;31:3068-3072.

8. **Witte JS**. Prostate Cancer: a closer look at risk factors. Clinical Omics Case Study. January 2016.

9. Catalona WJ, Cooperberg MR, Carroll PR, **Witte JS**, Gomez SL, Scholtens DM, Gaylis FD, Chen RC, Loeb S. Favorable-risk prostate cancer in the age of precision medicine. DIA Global Forum, 2019; 11(9).

### V.D Book Chapters

1. **Witte JS**. Computer Software in Genetic Epidemiology. In Armitage and Colton, eds. Encyclopedia of Biostatistics. West Sussex: John Wiley & Sons Ltd., 1998.

2. **Witte JS**. Gene-environment Interaction. In Armitage and Colton, eds. Encyclopedia of Biostatistics. West Sussex: John Wiley & Sons Ltd., 1998.

3. **Witte JS**. Hierarchical Modeling in Epidemiology. Statistics in Epidemiology Report. Newsletter of the Section on Epidemiology, American Statistical Association 2000;1:1-4.
4. **Witte JS**. Hierarchical Modeling. In Elston, Olson, and Palmer, eds. Encyclopedia of Human Genetics and Genetic Epidemiology. West Sussex: John Wiley & Sons Ltd., 2001.
5. **Witte JS**. Gene-environment Interaction. In Elston, Olson, and Palmer, eds. Encyclopedia of Human Genetics and Genetic Epidemiology. West Sussex: John Wiley & Sons Ltd., 2001.
6. **Witte JS**. Computer Software in Genetic Epidemiology. In Elston, Olson, and Palmer, eds. Encyclopedia of Human Genetics and Genetic Epidemiology. West Sussex: John Wiley & Sons Ltd., 2001.
7. Neville PJ, Casey G, **Witte JS**. Hereditary Prostate Cancer. In Klein ed. Management of Prostate Cancer, (2nd Edition). New Jersey: Humana Press, Inc., 2003.
8. Amos CI, **Witte JS**, Newman B. Identifying Causal Genetic Factors. In Runge, Patterson, eds. Principles of Molecular Medicine. New Jersey: Humana Press, pp19-26, 2006.
9. Schnell AH, **Witte JS**. Family-Based Study Designs. In Rebbeck, Abrosone, Shields, eds. Molecular Epidemiology: Applications in Cancer and Other Human Diseases. New York: Informa Healthcare, 2008.
10. Schnell AH, **Witte JS**. Hereditary Basis of Aggressive Prostate Cancer. In Foulkes, Cooney, eds. Genetics of Male Reproductive Cancers. New York: Springer, 2009.
11. Reese A, Casey G, **Witte JS**. Hereditary Prostate Cancer. In Klein E, Jones JS, eds. Management of Prostate Cancer, (3rd Edition). New Jersey: Humana Press, Inc., 2013.
12. **Witte JS**, Thomas DC. Genetic Epidemiology. In Lash TL, VanderWeele TJ, Haneuse S, Rothman KJ, eds. Modern Epidemiology 4th edition. Wolters / Kluwer, 2021.
13. Graff RE, Tai C, Kachuri L, **Witte JS**. Methods for Association Studies. In Lohmueller KE, Nielsen R, eds. Human Population Genomics. Springer, 2021.

### V.E Textbook

Witte RS, **Witte JS**. Statistics (11th Ed). New York: John Wiley & Sons, Inc., 2017. (ISBN: 0471722294)

Contains Confidential Information – Subject to Protective Order

## VI. GRANTS

(100% success rate for all NIH grants on which John Witte is the Principal Investigator.)

### VI.A Current Funding

| | | | |
|---|---|---|---|
| R01 CA241410 | Principal Investigator | 20% effort | Witte (PI) |
| National Institutes of Health | | 4/01/2020 | 3/31/2024 |

Precision prostate cancer screening with genetically adjusted prostate-specific antigen levels

This project is undertaking a large-scale study to determine the genetic factors that predispose individuals to high prostate specific antigen levels independently of prostate cancer. With this information we can account for these genetic factors to personalize prostate specific antigen screening to improve the accuracy of this test and reduce both prostate cancer mortality and unnecessary biopsies among men without this disease.

| | | | |
|---|---|---|---|
| U01 CA261339 | Multiple Principal Investigator | 10% effort | Conti / Witte |
| National Institutes of Health | | 1/1/2021 | 12/31/2025 |

Leveraging diversity in cancer epidemiology cohorts and novel methods to improve polygenic risk scores

This proposal aims to develop methods to construct polygenic risk scores (PRS), evaluate PRS, and estimate absolute and excess relative risk of cancer jointly with established risk factors and PRS (all in multiethnic populations).

| | | | |
|---|---|---|---|
| R01 CA201358 | Principal Investigator | 15% effort | Witte (PI) |
| National Institutes of Health | | 9/01/2016 | 8/31/2022 |

Genome-wide pleiotropy scan across multiple cancers

Growing evidence suggests that the same genetic risk factors may impact risk of multiple different cancers. We aim to investigate this by studying the co-inheritance and shared genetic basis of a large number of cancers from a single, large population.

| | | | |
|---|---|---|---|
| N/A | Co-Principal Investigator | 5% effort | Witte (PI) |
| The Polsky Foundation (Northwestern University) | | 9/01/2019 | 8/31/2022 |

Determining the shared genetic basis of prostate cancer and inflammatory bowel disease

We are undertaking genetic and epidemiologic analyses to distinguish shared mechanisms that result in prostate cancer development among men with inflammatory bowel disease.

| | | | |
|---|---|---|---|
| R01 NR017622 | Co-Investigator | 5% effort | Leung (PI) |
| National Institutes of Health | | 7/01/2019 | 6/30/2022 |

The role of genomics in postoperative delirium and sedation

Postoperative delirium, subsyndromal delirium and opioid toxicities are major adverse symptoms facing older surgical patients due to their potential severe impact on patients' outcomes. This is a large multi-center study to investigate the contribution of genetic polymorphism to the occurrence of these adverse neurological symptoms in several cohorts of older patients who have undergone noncardiac surgery.

---

| | | | |
|---|---|---|---|
| R01 GM117163 | Co-Investigator | 5% effort | Giacomini (PI) |
| National Institutes of Health | | 9/1/2020 | 8/31/2024 |

Discovery of pharmacogenomic biomarkers for OATP1B1 and OATP1B3

The major goals of this pharmacogenomic research are to screen, characterize and discover biomarkers for two membrane transporters, OATP1B1 and OATP1B3 that associate with response to anti-diabetic agents.

**VI.B Pending Funding** (Witte as PI)

**VI.C Previous Funding** (Witte as PI)

| | | | |
|---|---|---|---|
| P50 CA180995 | Principal Investigator of Subcontract (Project Lead) | 10% effort | Catalona (PI) |
| National Institutes of Health | | 8/15/2015 | 8/31/2021 |

Impact of germline genetic variants and failure of active surveillance for prostate cancer

We propose to use genetics to gain clinically useful information concerning which men diagnosed with low-risk PC can be safely managed with AS and which should have early treatment.

---

| | | | |
|---|---|---|---|
| T32 CA112355 | Principal Investigator | 5% effort | Witte (PI) |
| National Institutes of Health | | 9/01/2005 | 6/30/2025 |

Training in Molecular & Genetic Epidemiology of Cancer

This project is an ongoing inter-institutional post-doctoral training program in Genetic & Molecular Epidemiology of Cancer (was previously R25 CA112355).

---

| | | | |
|---|---|---|---|
| R01 CA088164 | Principal Investigator | 20% effort | Witte (PI) |
| National Institutes of Health | | 9/01/2000 | 6/30/2018 |

Genetic Epidemiology of Prostate Cancer Risk and Progression

This grant provided ongoing support (multiple renewals) for John Witte's research into the genetic basis of prostate cancer. The most recent funding period of this project undertook an exome-wide association study of prostate cancer development and progression. John Witte's research into the genetics of prostate cancer continues to be supported by other grants.

---

| | | | |
|---|---|---|---|
| U01 CA127298 | Principal Investigator | 15% effort | Witte (PI) |
| National Institutes of Health | | 9/18/2008 | 8/31/2014 |

Genome-wide Association Study of Prostate Cancer

This study searched for—and detected—novel genes for prostate cancer using a genome-wide approach in a large-scale multi-ethnic cohort.

---

| | | | |
|---|---|---|---|
| R01 CA94211 | Principal Investigator | 15% effort | Witte (PI) |
| National Institutes of Health | | 7/01/2002 | 6/30/2007 |

Androgen Pathway Factors and Prostate Cancer

This was a family-based study of the relation between androgen pathway factors and prostate cancer.

---

| | | | |
|---|---|---|---|
| DAMD17-98-1-8589 | Principal Investigator | 20% effort | Witte (PI) |
| U.S. Army Medical Research and Material Command | | 7/01/1998 | 12/31/2003 |

Relation of Genes to Prostate Cancer Occurrence and Aggressiveness

This was the first study to assess linkage and association of genetics to prostate cancer aggressiveness.

---

| | | | |
|---|---|---|---|
| R29 CA73270 | Principal Investigator | 50% effort | Witte (PI) |
| National Institutes of Health | | 7/01/1996 | 6/30/2001 |

Hierarchical Modeling in Cancer Research

This project developed hierarchical (Bayesian) models for deciphering the genetic and environmental basis of cancer.

## VII. CLINICAL TRIALS

None.

## VIII. PATENTS

U.S. Provisional Application 62/896,457, entitled "METHODS, COMPOSITIONS, AND SYSTEMS FOR PROFILING OR PREDICTING IMMUNE RESPONSE"

## IX. EDITORIAL SERVICE

| | |
|---|---|
| 2001 - 2001 | Associate Editor, Genetic Analysis Workshop 12 |
| 2003 - 2011 | Editorial Board, Epidemiologic Perspectives & Innovations |
| 2004 - 2005 | Editorial Board, Statistics in Medicine |
| 2005 - 2008 | Editorial Board, Cancer Epidemiology, Biomarkers & Prevention |
| 2007 - 2007 | Editor, Genetic Analysis Workshop 15 |
| 2008 - present | Senior Editor, Cancer Epidemiology, Biomarkers & Prevention (Methods) |
| 2011 - present | Editorial Board, Genetic Epidemiology |
| 2015 - present | Guest Associate Editor, PLoS Genetics |
| Ongoing | Ad hoc Referee (multiple reviews for most journals). American Journal of Epidemiology; American Journal of Human Genetics; Biometrics; Breast Cancer Research; Cancer Causes & Control; Cancer Epidemiology, Biomarkers & Prevention; Carcinogenesis; Epidemiology; Cancer Research; Cell; European Journal of Epidemiology; European Journal of Human Genetics; European Urology; Genetic Analysis Workshops; Genetics; Genetic Epidemiology; Genetics in Medicine; Genome Medicine, Genome Research; Human Genetics; Human Genomics; Human Heredity; Human Molecular Genetics; International Journal of Cancer; International Journal of Epidemiology; Journal of Clinical Oncology; Journal of the National Cancer Institute; Journal of Urology; Lancet; Nature; Nature Communications; Nature Genetics; Nature Medicine; Nutrition and Cancer; PLoS Genetics; PLoS One; Proceedings of the National Academy of Sciences; Science Translational Medicine; Scientific Reports; Statistical Science; Statistics in Medicine |

## X. GRANT REVIEWS AND OTHER PROFESSIONAL SERVICE

| | | |
|---|---|---|
| 1995 - 1995 | Allina Foundation Violence Prevention Research Initiative, Minnesota | Grant Reviewer |
| 1996 - 1997 | Massachusetts Breast Cancer Research Program | Grant Reviewer |
| 1998 - 1998 | Workshop on Innovative Study Designs and Analytical Approaches in the Genetic Epidemiology of Cancer Meeting, NIH | Invited Participant |

| | | |
|---|---|---|
| 1998 - 1999 | Alberta Heritage Foundation for Medical Research, Canada | Grant Reviewer |
| 1998 - 1998 | Department of Veterans Affairs, Western Research and Development, California | Grant Reviewer |
| 1998 - 1998 | Massachusetts Breast Cancer Research Program | Grant Reviewer |
| 1999 - 2001 | NIH Study Section: Epidemiology and Disease Control 2 (EDC-2) | Ad hoc Reviewer |
| 1999 - 1999 | NIH Study Sections: Neurological Sciences and Disorders; Molecular Epidemiology of Prostate Carcinogenesis RFA | Ad hoc Reviewer |
| 2000 - 2000 | Workshop on Common Variants and Cancer and Other Chronic Disease, NIH | Invited Participant |
| 2000 - 2002 | NIH Study Section: Nursing, epidemiology, and methods (SNEM-2) | Ad hoc Reviewer |
| 2000 - 2001 | NIH Study Section: Genetics | Ad hoc Reviewer |
| 2000 - 2000 | NIH review of the Center for Research on Environmental Disease, UT MD Anderson Cancer Center | Site Visit Team Member |
| 2000 - 2000 | Workshop on Multidisciplinary Initiative in Disease, Genes and the Environment, Doris Duke Charitable Foundation | Invited Participant |
| 2001 - 2001 | NIH Workshop on Genetic Susceptibility to Prostate Cancer | Co-Chair |
| 2002 - 2002 | Framingham Study Data and DNA Applications | Reviewer |
| 2002 - 2005 | Steering Committee, Mission Bay Epidemiology Study, San Diego | Member |
| 2002 - 2006 | NIH Study Section: Epidemiology of Cancer (EPIC) | Member |
| 2004 - 2004 | Wellcome Trust Senior Research Fellowship | Reviewer |
| 2004 - 2004 | Master of Science in Clinical Research Advisory Board, University of Hawaii | Member |
| 2004 - 2008 | Genetic Analysis Workshop Advisory Committee | Member |
| 2004 - 2010 | Molecular Epidemiology Subcommittee, Selenium and Vitamin E Cancer Prevention Trial (SELECT) | Member |
| 2005 - 2005 | Breast and Prostate Cancer and Hormone-Related Variants: Working Group Meeting to Evaluate Cohort Consortia Progress at 18 Months, NIH | Reviewer |
| 2005 - 2010 | Scientific Advisory Board, Pharmacogenetics Center on Nicotine Addiction and Treatment | Member |
| 2006 - 2016 | External Advisory Board, Training Program in Computational Genomic Epidemiology of Cancer, CWRU. | Chair |
| 2006 - 2010 | External Advisory Board, Review and Promotion Committee, Cancer Prevention Institute of California | Member |

| | | |
|---|---|---|
| 2006 - 2010 | Steering Committee, Epidemiology Study of Swimmer Health, Southern California Costal Water Research Project | Member |
| 2007 - 2008 | NIH Study Section: EPIC conflicts sections | Ad hoc Reviewer |
| 2007 - 2010 | External Advisory Board, Biology of the Prostate Cancer Prevention Trial (PCPT) | Member |
| 2007 - 2017 | Scientific Advisory Board, Omicia, Inc. | Member |
| 2008 - 2012 | NIH Study Section: Center for Inherited Disease Research Access Committee | Member |
| 2008 - 2008 | NIH Intramural Program in Genetic Epidemiology | Reviewer |
| 2008 - 2008 | Prostate Cancer Foundation of Australia | Reviewer |
| 2008 - 2008 | NIH Study Section: GEI Replication and Fine Mapping Supplements | Reviewer |
| 2009 - 2009 | NIH Study Section: EPIC conflicts | Ad hoc Reviewer |
| 2009 - 2009 | Planning Committee, Pharmacogenomics Research Network, Analysis Workshop | Member |
| 2009 - 2009 | Integrating Knowledge of inherited genetic variation and acquired somatic alterations in cancer tissues workshop, NCI/NIH | Co-organizer |
| 2010 - 2010 | Section of Genetics, IARC, Lyon France | External Reviewer |
| 2010 - 2010 | Workshop Committee, Congress of Epidemiology | Chair |
| 2012 - 2014 | NIH Study Section: Center for Inherited Disease Research Access Committee | Chair |
| 2012 - 2012 | NIH Intramural Program in Genetic Epidemiology | Reviewer |
| 2012 - 2012 | Department of Defense Prostate Cancer Research Program, Integration Panel | Reviewer |
| 2013 - present | External Advisory Board, Post-GWA Studies in Testicular Germ Cell Tumors | Member |
| 2004 - present | Promotion and Tenure reviews for external institutions, including: Harvard, Stanford, Berkeley, Johns Hopkins, Emory, Memorial Sloan–Kettering, University of Southern California, Case Western Reserve University, University of Queensland, Mount Sinai, International Agency for Cancer Research | Reviewer |
| 2014 - 2014 | NIH Workshop: Genetic simulation tools for post-GWA studies of complex diseases | Invited Participant |
| 2014 - 2014 | NIH Study Section, ZRG1 PSEQ | Ad Hoc Reviewer |

| | | |
|---|---|---|
| 2014 - 2014 | NIH Workshop: Continuing Challenges and New Opportunities for Gene-Environment Interaction Studies of Complex Diseases. | Invited Participant |
| 2015 - 2015 | NIH Study Section, Subcommittee F (Training) | Reviewer |
| 2016 - 2016 | NIH Intramural Program in Genetic Epidemiology | Reviewer |
| 2017 - 2017 | NIH Study Section, ZCA1 RTRB-U | Reviewer |
| 2017 - 2017 | NIH Study Section, ZHL1 CCT-S | Chair |
| 2019 - 2019 | NIH Cancer Biomarkers Study Section (CBSS) | Reviewer |
| 2019 - 2019 | NIH Site Visit for the University of Utah Huntsman Cancer Center | Reviewer |
| 2020 - 2020 | NIH Study Section, ZCA1 TCRB-O | Chair |
| 2020 - present | Data Science and Population Research Cores, Norris Comprehensive Cancer Center, USC, External Advisory Committee | Member |
| 2020 - 2025 | NIH NCI Board of Scientific Counselors – Clinical Sciences and Epidemiology | Member |

## XI. UNIVERSITY ADMINISTRATIVE SERVICE

### XI.A UCSF Campuswide Service

| | | |
|---|---|---|
| 2003 - 2006 | Internal Advisory Committee, Training in Clinical Research Program | Member |
| 2004 - 2020 | Cancer Genetics Program | Co-Leader |
| 2004 - 2004 | Cancer Center Capital Request Committee, Training Program Committee, Review Committee for American Cancer Society Intramural Grants, Strategic Committee to Prioritize Resources for Core Facilities | Member |
| 2004 - 2007 | Research Evaluation and Allocation Committee | Member |
| 2005 - present | Institute for Human Genetics, Executive Committee | Member |
| 2006 - 2010 | Prostate Cancer Developmental Research Program Review Committee | Member |
| 2006 - 2010 | CTSI KL2 Scholars Application Review Committee | Member |
| 2007 - 2010 | Resource Allocation Program (RAP) Review Committee on Epidemiology and Population Sciences | Chair |
| 2010 - 2011 | Molecular Medicine Resource Allocation Program | Co-Chair |
| 2005 - 2014 | Institute for Human Genetics Faculty Search Committees | Chair / Member |

| | | |
|---|---|---|
| 2010 - 2014 | PSPG Graduate Program Executive Committee | Member |
| 2013 - present | Clinical Pharmacology T32 Training Grant External Advisory Committee | Member |
| 2015 - present | Resource Allocation Program (RAP) Review Committee | Member |
| 2015 - 2019 | PSPG Graduate Program Curriculum Committee | Chair |
| 2016 - 2018 | BBC Seminar Committee | Member |
| 2018 - 2021 | Biomedical Informatics Graduate Program, Admissions Committee | Chair |
| 2019 - 2021 | Biomedical Informatics Graduate Program, Academic Advising | Member |
| 2020 - 2021 | Institute for Human Genetics Director Search Committee | Member |
| 2020 - 2021 | Advisory Board, Cancer Center Office of Education & Training | Member |
| 2020 - 2021 | Translational Epidemiology - Training for Research on Aging and Chronic disease T32 Steering Committee | Member |
| 2020 - 2021 | Diversity, Equity, and Inclusion Committee, PSPG Graduate Program | Member |

**XI.B UCSF Departmental Service**

| | | |
|---|---|---|
| 2004 - 2004 | Urologic Oncology Program Retreat Planning Committee | Member |
| 2005 - 2009 | Biostatistics Faculty Search Committee | Member |
| 2006 - 2021 | Dept. of Epidemiology and Biostatistics Executive Committee | Member |
| 2007 - 2021 | Dept. of Epidemiology and Biostatistics Faculty Mentoring Program | Facilitator |
| 2007 - 2008 | Dept. of Neurology/Gallo Faculty Search Committee | Member |
| 2007 - 2009 | Committee to Develop UCSF PhD Program in Epidemiology | Member |
| 2008 - 2008 | Dept. of Pediatrics Faculty Search Committee | Member |
| 2008 - 2008 | Biostatistics/Cancer Center Faculty Search Committee | Member |
| 2008 - 2008 | Dept. of Epidemiology and Biostatistics PhD Curriculum Committee | Chair |
| 2008 - 2008 | Dept. of Bioengineering and Therapeutics Faculty Search Committee | Member |
| 2008 - 2008 | Dept. of Urology Faculty Search Committee | Member |
| 2010 - 2021 | Dept. of Epidemiology and Biostatistics PhD Steering/Admissions Committee | Member |

| | | |
|---|---|---|
| 2010 - 2012 | Dept. of Epidemiology and Biostatistics Faculty Search Committee | Member |
| 2011 - 2011 | Dept. of Pediatrics Faculty Search Committee | Member |
| 2013 - 2014 | Dept. of Epidemiology and Biostatistics, Career Development / Succession and Transdisciplinary Sciences Strategic Planning | Member |
| 2016 - 2017 | Dept. of Urology Faculty Search Committee | Member |
| 2018 - 2021 | Dept. of Epidemiology and Biostatistics, Senior Leadership Committee | Member |
| 2018 - 2021 | Dept. of Epidemiology and Biostatistics, Internal Pre-submission Study Section | Chair |

## XII. SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 2000 - 2001 | Program Committee, International Genetic Epidemiology Society | Member |
| 2001 - 2001 | Program Committee, American Association for Cancer Research | Member |
| 2001 - 2001 | Best Paper, New Investigator, International Genetic Epidemiology Society | Judge |
| 2002 - 2002 | Program Committee; Pre-/Post-doc Awards, International Genetic Epidemiology Society | Chair and Judge |
| 2004 - 2004 | Statistical Genetics Section, American Society of Human Genetics | Reviewer |
| 2004 - 2004 | Program Committee, American Society of Preventive Oncology | Member |
| 2004 - 2015 | American Youth Soccer Organization | Coach |
| 2006 - 2007 | Education Committee, International Genetic Epidemiology Society | Chair |
| 2007 - 2009 | Board of Directors, International Genetic Epidemiology Society | Member |
| 2009 - 2011 | Steering Committee, Molecular Epidemiology Group, American Association for Cancer Research | Member |
| 2010 - 2012 | International Genetic Epidemiology Society | Secretary |
| 2014 - 2016 | Statistical Genetics Section, American Society of Human Genetics | Reviewer |
| 2015 - 2015 | Program Committee, American Association for Cancer Research | Member |

| | | |
|---|---|---|
| 2015 - 2015 | External Advisory Board, P01 on multiple myeloma, Washington University | Member |
| 2014 - present | External Advisory Board, Testicular Cancer Consortium | Member |
| 2016 - present | External Advisory Board, T32 training program on Cancer Prevention, University of Washington / FHCRC | Member |
| 2018 - present | Scientific Advisory Board, R01 “Integrative Analysis of Genomic, Epigenomic and Phenotypic Data for Disease Stratification of Endometriosis” | Member |
| 2018 - present | Scientific and Technical Advisory Board, NCI Cancer Research Data Commons | Member |
| 2019 - present | External Advisory Committee, T32 training program on Multidisciplinary Training in Ethnic Diversity and Cancer Disparities | Member |
| 2021 - present | External Scientific Panel (ESP) of the electronic Medical Records and Genomics (eMERGE) Network, NIH | Member |

## XIII. PRESENTATIONS (>150 total since 2003)

### XIII.A Invited Presentations – International (Since 2003)

| | |
|---|---|
| 2003 | Unit of Genetic Epidemiology, Heidelberg, Germany |
| 2003 | International Agency for Research on Cancer, Lyon, France |
| 2003 | German National Genome Research Net Symposium, Munich, Germany |
| 2003 | Workshop on Current Developments in Statistical Methodology for Genetic Architecture of Complex Diseases: Mathematical Research Institute, Oberwolfach, Germany |
| 2005 | International Agency for Research on Cancer, Lyon, France |
| 2006 | International Agency for Research on Cancer, Lyon, France |
| 2007 | International Genetic Epidemiology Society, York, England |
| 2007 | International Symposium of Community Medicine and Family Health, Shanghai, China |
| 2007 | International Agency for Research on Cancer, Lyon, France |
| 2008 | 3rd Annual Canadian Genetic Epidemiology & Statistical Genetics Meeting, Toronto, Canada |
| 2008 | European Society for Human Genetics, Barcelona, Spain |
| 2008 | International Epidemiological Association, World Congress of Epidemiology, Brazil (two talks) |
| 2009 | European Society for Human Genetics, Vienna, Austria |

Contains Confidential Information – Subject to Protective Order

| | |
|---|---|
| 2010 | Joint Statistical Meetings, Vancouver, Canada |
| 2010 | International Agency for Research on Cancer, Lyon, France |
| 2011 | North American Congress of Epidemiology (two talks & Roundtable), Montreal, Canada |
| 2011 | International Genetic Epidemiology Society (education session), Heidelberg, Germany |
| 2012 | University of Toronto, Toronto, Canada |
| 2012 | University of Queensland, Brisbane, Australia |
| 2013 | University of Melbourne, Melbourne, Australia |
| 2013 | Queensland Institute for Medical Research, Brisbane, Australia |
| 2013 | University of Sydney, Sydney, Australia |
| 2013 | University of Queensland, Brisbane, Australia (three talks) |
| 2014 | Banff International Research Station for Mathematical Innovation and Discovery, Banff, Canada |
| 2015 | International Agency for Research on Cancer, Lyon, France |
| 2016 | Symposium on Gene Environment Interactions, Copenhagen, Denmark |
| 2016 | Danish Cancer Society, Copenhagen, Denmark |
| 2016 | Cancer Registry of Norway, Oslo, Norway |
| 2017 | University of Queensland, Brisbane, Australia |
| 2017 | International Agency for Research on Cancer, Lyon, France |
| 2017 | International Genetic Epidemiology Society, Cambridge, UK |
| 2018 | Quantitative Genetics Symposium, University of Queensland, Brisbane, Australia |
| 2020 | International Agency for Research on Cancer, Lyon, France (postponed) |
| 2020 | International Genetic Epidemiology Society, Journal Club (virtual) |

**XIII.B Invited Presentations – National**

| | |
|---|---|
| 2004 | Department of Preventive Medicine, University of Southern California, Los Angeles, CA |
| 2004 | Division of Research, Kaiser Permanente, Oakland, CA |
| 2004 | California Birth Defects Monitoring Program, Berkeley, CA |

| | |
|---|---|
| 2005 | Design, Technology & Analysis for Genomewide Association Studies, Los Angeles, CA |
| 2005 | International Conference on Environmental Mutagens, San Francisco, CA |
| 2006 | Human Genetics Seminar, Emory University, Atlanta, GA |
| 2006 | Biostatistics Workshop, Memorial Sloan-Kettering Cancer Center, New York, NY |
| 2006 | Biostatistics Workshop, Stanford University, Stanford, CA |
| 2006 | Frontiers in Cancer Prevention Research, American Association for Cancer Res, Boston, MA |
| 2006 | Health Research and Policy, Stanford University, Stanford, CA |
| 2006 | California Birth Defects Monitoring Program, Berkeley, CA |
| 2007 | Meet the Experts Session, American Association for Cancer Research, Los Angeles, CA |
| 2007 | Approaches to Complex Pathways in Molecular Epidemiology, AACR, Santa Ana Pueblo, NM |
| 2007 | Centers for Disease Control, Atlanta, GA |
| 2008 | Biostatistics Workshop, Harvard University, Cambridge, MA |
| 2008 | Epidemiology and Genetics Program, National Institutes of Health, Bethesda, MD |
| 2008 | Beyond Gene Discovery Workshop, Centers for Disease Control, Atlanta, GA |
| 2008 | 8th Annual Statistical Genetics Short Course for Obesity & Nutrition Researchers, San Diego, CA |
| 2008 | School of Public Health, Johns Hopkins University, Baltimore, MD |
| 2008 | Future of the National Birth Defects Prevention Study Workshop, CDC, Atlanta, GA |
| 2008 | Personal Genomics Workshop, Centers for Disease Control & National Institutes of Health, Washington DC |
| 2008 | 23andMe, Mountain View, CA |
| 2009 | Challenge of mapping GWAS signals Workshop, NCI/NIH, Bethesda, MD |
| 2009 | Genetics press conference, American Association for Cancer Research, Denver, CO |
| 2009 | Enhanced statistical approaches for cancer prevention Workshop, NCI, Ann Arbor, MI |
| 2009 | Society for Epidemiologic Research, Anaheim, CA (plenary session) |
| 2009 | Integrating knowledge of genetic variation & acquired somatic alterations, NCI, Bethesda, MD |
| 2010 | Human Nutrition Research Center on Aging, Tufts University, Boston, MA |

| | |
|---|---|
| 2010 | Fred Hutchinson Cancer Research Center Prostate Cancer Program, Seattle, WA |
| 2010 | American Society for Clinical Pharmacology and Therapeutics, Atlanta, GA |
| 2010 | SouthWest Oncology Group, San Francisco, CA |
| 2010 | Department of Epidemiology, UT MD Anderson Cancer Center, Houston, TX |
| 2010 | Division of Biostatistics, University of Southern California, Los Angeles, CA |
| 2010 | Workshop on Clinical Trials, Office of Biostatistics Research, NHLBI, Bethesda, MD |
| 2010 | Next Generation Analytical Tools Workshop, NCI, Bethesda, MD |
| 2010 | International Radiogenomics Consortium, New York, NY |
| 2010 | NCI Prostate Cancer Genetics Symposium, Washington D.C. |
| 2010 | Institute for Educational Advancement, San Francisco, CA |
| 2011 | Center for Environmental Health and Susceptibility, University of North Carolina, Chapel Hill, NC |
| 2011 | Department of Health Studies, University of Chicago, Chicago, IL |
| 2011 | Cancer Center, University of Utah, Salt Lake City, UT |
| 2011 | Genomic Associations Leading to Biological Insights, American Association for Cancer Research, Orlando, FL |
| 2011 | Career Day and Bridge to Engineering, Science and Technology for Women, Menlo School, Atherton, CA |
| 2011 | Epidemiology Division, Stanford University, Stanford, CA |
| 2012 | International Genetic Epidemiology Society (education session), Skamania, WA |
| 2012 | Pharmacogenomics Research Network, Seattle, WA |
| 2012 | American Society of Human Genetics, San Francisco, CA |
| 2012 | Bridge to Engineering, Science and Technology for Women, Menlo School, Atherton, CA |
| 2013 | American Society of Human Genetics, Boston, MA |
| 2013 | Affymetrix, Santa Clara, CA |
| 2013 | International Genetic Epidemiology Society (education session), Chicago, IL |
| 2013 | Pharmacogenomics Research Network, Nashville, TN |
| 2014 | AACR-Prostate Cancer Foundation Conference on Advances in Prostate Cancer Research, San Diego, CA |
| 2014 | Dee West Symposium, Stanford University, Stanford, CA |
| 2014 | Personalized Medicine World Conference, Mountain View, CA |
| 2014 | American Society of Human Genetics, San Diego, CA |

| | |
|---|---|
| 2015 | 25th International Prostate Cancer Update, Vail, CO |
| 2015 | Human Genome Variation Society, Baltimore, MD |
| 2015 | NCI Genetic Epidemiology live webinar (virtual) |
| 2016 | Personalized Medicine World Conference, Mountain View, CA |
| 2016 | NCI Division of Cancer Epidemiology and Genetics, Applied Epidemiology Seminar Series, Rockville, MD |
| 2016 | American Association for Cancer Research, New Orleans, LA |
| 2016 | Fred Hutchinson Cancer Research Center, Seattle, WA |
| 2016 | Quantitative Sciences Unit, Stanford University, Stanford, CA |
| 2017 | Robert Millikan Seminar Memorial, Lineberger Comprehensive Cancer Center, University of North Carolina, Chapel Hill, NC |
| 2018 | American Association for Cancer Research |
| 2018 | Systems Epidemiology Workshop, NCI, Bethesda, MD |
| 2018 | Cancer Prevention and Control Grand Rounds, MD Anderson, Houston, TX |
| 2018 | AncestryDNA, San Francisco, CA |
| 2019 | Pacific Symposium on Biocomputing, Kona, HI |
| 2019 | Department of Genetics, Emory University, Atlanta, GA |
| 2019 | Science and Technology Seminar Series, Illumina, Foster City, CA |
| 2019 | Biostatistics Workshop, Stanford University, Stanford, CA |
| 2019 | Society for Epidemiologic Research, Minneapolis, MN |
| 2019 | NCI/NIH DCP/DCCPS New Grantee Workshop, Rockville, MD |
| 2020 | Biology of Genomes, Cold Spring Harbor, NY (virtual) |
| 2020 | New Mexico Bioinformatics, Science and Technology Symposium (postponed) |
| 2021 | Division of Biostatistics, University of Southern California, CA |
| 2021 | Journal Club, American Society for Human Genetics (virtual) |
| 2021 | Journal Club, International Genetic Epidemiology Society (virtual) |
| 2021 | Biostatistics Workshop, Stanford University, Stanford, CA |

**XIII.C Invited Presentations (All at UCSF or Stanford)**

| | |
|---|---|
| 2004 | Genitourinary Clinical Conference; Liver Genetics and Development Symposium; Urologic Oncology Clinical Conference and Research Retreat; Clinical Epidemiology Seminar; Longitudinal Data Seminar; Staff Seminar (Dept. Epi & Biostatistics) |
| 2005 | Genitourinary Clinical Conference (twice); Cancer Center Retreat; Genetics Day |

| | |
|---|---|
| 2006 | Institute for Human Genetics; Osher Institute; Hematology Fellowship Retreats |
| 2007 | PSPG Retreat; Faculty Research Seminar Series; Institute for Human Genetics; CAPS Program |
| 2008 | Prostate Cancer Retreat; Cancer Center; Prostate SPORE; Urologic Oncology |
| 2009 | Cancer Center Research Symposium |
| 2010 | CTSI K Scholars seminar; Prostate Cancer Research Retreat |
| 2011 | Cancer Epidemiology Workshop; Cancer Genetics Programs; Cancer Center; PSPG Program |
| 2012 | Institute for Human Genetics; Helen Diller Family Comprehensive Cancer Showcase; Cancer Epidemiology Workshop; Bioinformatics, Biophysics, and Chemistry Program (BBC); Prostate Cancer Program, Cancer Center |
| 2013 | Cancer Epidemiology Program, Cancer Genetics Program |
| 2014 | Cancer Genetics Program, PSPG Program, BBC Program |
| 2015 | Prostate Cancer Program, PSPG Program |
| 2016 | Quantitative Biosciences Consortium retreat, Institute for Human Genetics |
| 2018 | Prostate Cancer Program |
| 2019 | Quantitative Biosciences Consortium retreat |
| 2020 | Helen Diller Family Comprehensive Cancer Center, Friday Seminar Series |
| 2022 | Department of Epidemiology and Population Health Seminar Series (Stanford) |

## XIV. TEACHING AND MENTORING

### XIV.A Formal Teaching (Since 2003)

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2003 - 2004 | EPI 180.04: Designing Clinical Research | Led protocol review session | 2 |
| 2003 - 2004 | IDS 102A: Organ Systems | One lecture | 100 |
| 2003 - 2004 | EPI 217: Molecular Methods in Clinical Research I | Course Director, two lectures | 30 |
| 2003 - 2004 | PH 258: Epidemiology of Neoplastic Diseases (UCB) | One lecture | 15 |
| 2003 - 2004 | PH 256: Genetic and Molecular Epidemiology (UCB) | One lecture | 10 |
| 2003 - 2003 | Advances in Cancer Epidemiology, International Agency for Research on Cancer, Lyon, France. | Faculty member, lectured on genetic factors. | 30 |

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2003 - 2003 | Genetic Epidemiology: Focus on Emerging Biostatistical and Bioinformatical Issues, International Agency for Research on Cancer, Annecy, France. | Co-director of five-day course. | 45 |
| 2004 - 2005 | EPI 180.04: Designing Clinical Research | Section Leader, 6 sessions | 10 |
| 2004 - 2005 | IDS 102A: Organ Systems | One lecture | 100 |
| 2004 - 2005 | EPI 221: Masters Seminar II | Led 2 sessions | 5 |
| 2004 - 2005 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 14 |
| 2004 - 2005 | PH 258: Epidemiology of Neoplastic Diseases (UCB) | One lecture | 15 |
| 2004 - 2005 | Special Topics in Genetic Epidemiology (UCB) | One lecture | 12 |
| 2005 - 2006 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 6 lectures | 27 |
| 2005 - 2006 | EPI 221: Masters Seminar II | Course Director, 5 sessions | 8 |
| 2005 - 2006 | PH 258: Epidemiology of Neoplastic Diseases (UCB) | One lecture | 15 |
| 2005 - 2006 | PH 256: Genetic Epidemiology (UCB) | One lecture | 15 |
| 2006 - 2007 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 29 |
| 2006 - 2007 | EPI 221: Masters Seminar II | Course Director, 8 sessions | 9 |
| 2006 - 2007 | Special Topics in Genetic Epidemiology (UCB) | One lecture | 11 |
| 2007 - 2008 | IDS 106: Cancer, Bench to Bedside | Small Group Leader | 14 |
| 2007 - 2008 | Major Organ Systems: genetics of common diseases | Small Group Leader | 15 |
| 2007 - 2008 | EPI 221: Masters Seminar II | Course Director, 8 sessions | 10 |
| 2007 - 2008 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 21 |

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2007 - 2007 | Genetic Epidemiology: From Biological Resource Centres to Functional Studies, IARC, Lyon, France. | Lecturer in five-day course. | 50 |
| 2007 - 2007 | Genetic Epidemiology, Centers for Disease Control, Atlanta | Led two-day course. | 20 |
| 2008 - 2009 | Epidemiology / Evidence Based Medicine | Small Group Leader | 12 |
| 2008 - 2009 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 18 |
| 2008 - 2009 | EPI 221: Masters Seminar II | Course Director, 8 sessions | 6 |
| 2008 - 2009 | BMI statistical genetics | Lecturer | 15 |
| 2009 - 2010 | IDS 105: Infection, Immunity & inflammation | Small Group Leader | 12 |
| 2009 - 2010 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 15 |
| 2009 - 2010 | EPI 221: Masters Seminar II | Course Director, 6 sessions | 8 |
| 2010 - 2011 | EPI 202: Designing Clinical Research | Final Review Session | 2 |
| 2010 - 2011 | Epidemiology / Evidence Based Medicine | Small Group Sub | 12 |
| 2010 - 2011 | EPI 217: Molecular and Genetic Epidemiology I | Course Director | 13 |
| 2010 - 2011 | EPI 207: Epidemiology Methods II | Co-Director | 6 |
| 2010 - 2010 | Student Workshop, Society for Epidemiologic Research | Faculty member, one day course | 6 |
| 2011 - 2012 | EPI 202: Designing Clinical Research | Final Review Session | 2 |
| 2011 - 2012 | IDS 102A: Major Organ Systems-Cardiovascular | Small Group Leader | 11 |
| 2011 - 2012 | IDS 105: Infection, Immunity & inflammation | Small Group Leader | 12 |
| 2011 - 2012 | IDS 106: Mechanisms, Methods and Malignancies | Small Group Leader | 12 |

Contains Confidential Information – Subject to Protective Order

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2011 - 2012 | EPI 217: Molecular and Genetic Epidemiology I | Course Director | 16 |
| 2011 - 2012 | EPI 207: Epidemiology Methods II | Co-Director | 11 |
| 2011 - 2012 | PH 258: Epidemiology of Neoplastic Diseases | Lecturer | 8 |
| 2011 - 2011 | Genetic Epidemiology for Epidemiologists, Congress of Epidemiology. Montreal, Canada. | Organized and lectured in half-day course. | 50 |
| 2012 - 2013 | *Sabbatical* | | |
| 2013 - 2014 | IDS 102A: Major Organ Systems-Cardiovascular | Small Group Leader | 11 |
| 2013 - 2014 | IDS 105: Infection, Immunity & inflammation | Small Group Sub | 13 |
| 2013 - 2014 | EPI 217: Molecular and Genetic Epidemiology I | Co-Director | 13 |
| 2013 - 2014 | EPI 207: Epidemiology Methods II | Co-Director | 9 |
| 2013 - 2014 | EPI 252: Cancer Epidemiology | Lecturer | 7 |
| 2014 - 2015 | IDS 105: Infection, Immunity & Inflammation | Small Group Sub | 13 |
| 2014 - 2015 | IDS 106: Mechanisms, Methods and Malignancies | Small Group Leader | 12 |
| 2014 - 2015 | Biophysics 297 - Writing Pre-doctoral Fellowships | Small Group Leader | 3 |
| 2014 - 2015 | EPI 217: Molecular and Genetic Epidemiology I | Director | 15 |
| 2014 - 2015 | EPI 252: Cancer Epidemiology | Lecturer | 6 |
| 2014 - 2018 | Summer Institute in Statistical Genetics, University of Washington | 2.5 day module | 15-20 |
| 2015 - 2016 | Epidemiology and Evidence-Based Medicine | Small Group Leader | 12 |
| 2015 - 2016 | Epi 217: Molecular and Genetic Epidemiology I | Director | 17 |

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2015 - 2016 | Epi 252: Cancer Epidemiology | Lecturer | 5 |
| 2016 - 2017 | Epidemiology and Evidence-Based Medicine | Small Group Leader | 12 |
| 2016 - 2017 | Epi 217: Molecular and Genetic Epidemiology I | Director | 9 |
| 2016 - 2017 | Epi 252: Cancer Epidemiology | Lecturer | 6 |
| 2017 - 2017 | Summer Institute in Statistical Genetics, Brisbane Australia | Co-led 2 day module | 25 |
| 2017 - 2018 | Epi 217: Molecular and Genetic Epidemiology I | Director | 10 |
| 2018 - 2019 | Epi 217: Molecular and Genetic Epidemiology I | Director | 12 |
| 2018 - 2019 | Epi 252: Cancer Epidemiology | Lecturer | 15 |
| 2019 - 2020 | Epi 217: Molecular and Genetic Epidemiology I | Director | 6 |
| 2019 - 2020 | UME Inquiry Seminar: "Will Precision Medicine make Health Disparities Better or Worse" | Lecturer | 8 |
| 2019 - 2020 | Epi 252: Cancer Epidemiology | Lecturer | 10 |
| 2020 - 2021 | Genetics 200A: Principles of Genetics | Lecturer | 9 |
| 2020 - 2021 | Epi 217: Molecular and Genetic Epidemiology I | Director | 12 |
| 2020 - 2021 | Epi 252: Cancer Epidemiology | Lecturer | 8 |
| 2020 - 2021 | UME Inquiry Seminar: Disparities and Precision Medicine | Lecturer | 7 |
| 2020 - 2021 | Epi 224 (Stanford): Genetic Epidemiology | Lecturer (2) | 10 |
| 2021 - 2022 | Epi 224: Genetic Epidemiology | Director | 12 |

Contains Confidential Information – Subject to Protective Order

## XIV.B Predoctoral Students Supervised or Mentored

| Dates | Name | Program | Role |
|---|---|---|---|
| ***CWRU*** | | | |
| 1995 - 2000 | Bonnie Fijal | Genetic Epidemiology | PhD Advisor |
| 1995 - 2001 | Lee-lian Kim | Genetic Epidemiology | PhD Advisor |
| 1996 - 1997 | Evelyn Mentari | Medical School | Research Mentor |
| 1996 - 1998 | CiXuang Zheng | Genetic Epidemiology | PhD Committee |
| 1996 - 1998 | Xiaofeng Zhu | Genetic Epidemiology | PhD Committee |
| 1996 - 1999 | Audrey Schnell | Genetic Epidemiology | PhD Committee |
| 1997 - 1999 | Haomiao Jia | Epidemiology | PhD Committee |
| 1997 - 2000 | Michele Poe | Genetic Epidemiology | PhD Committee |
| 1998 - 1999 | James Sexton | Epidemiology | MS Committee |
| 1999 - 2000 | Ann Weiss | Genetics | MS Committee |
| 1999 - 2002 | David Conti | Genetic Epidemiology | PhD Advisor |
| 2000 - 2001 | Jonathan Mosley | Medical Scientist Training Program | Summer Mentor |
| 2000 - 2001 | Dennis Ang | Epidemiology | MS Committee |
| 2000 - 2002 | Natalie Colabianchi | Epidemiology | PhD Committee |
| 2000 - 2002 | Kijoung Song | Genetic Epidemiology | PhD Committee |
| 2000 - 2002 | Belhassen Kaabi | Genetic Epidemiology | PhD Committee |
| 2001 - 2002 | John Farrell | Epidemiology | MS Committee |
| 2001 - 2003 | Cheryl Thompson | Computer Science | MS Committee |
| 2001 - 2003 | Courtney Gray | Genetic Epidemiology | PhD Committee |
| 2001 - 2005 | Nora Nock | Genetic Epidemiology | PhD Advisor |
| 2002 - 2005 | Fred Schumacher | Genetic Epidemiology | PhD Advisor |
| ***UCSF*** | | | |
| 2006 - 2008 | Max Seibold | Pharmaceutical Sciences and Pharmacogenomics (PSPG) | PhD Committee |
| 2006 - 2007 | Beth Theusch | Biomedical Science | Faculty Coach |
| 2007 - 2007 | David Lomelin | Biological and Medical Informatics | Orals Committee |
| 2009 - 2009 | Lindsay Reynolds | PSPG | Orals Committee |
| 2009 - 2009 | Rachel LaFond | PSPG | Orals Committee |
| 2009 - 2009 | Joseph Lee | PSPG | Orals Committee |

Contains Confidential Information – Subject to Protective Order

| Dates | Name | Program | Role |
|---|---|---|---|
| 2009 - 2013 | Rachel Eclov | PSPG | Orals / PhD Comm. |
| 2010 - 2012 | Ernest Lam | PSPG | PhD Committee |
| 2010 - 2012 | Katherine Drake | PSPG | Orals Chair, PhD Comm |
| 2010 - 2014 | Karla Lindquist | Biological and Medical Informatics | PhD Advisor |
| 2012 - 2012 | Adrian Stecula | PSPG | Coach: Journal Club |
| 2012 - 2014 | Daniel Himmelstein | Biological and Medical Informatics | Rotation Supervisor, PhD Committee |
| 2012 - 2012 | Graham Heimberg | Biological and Medical Informatics | Coach: Journal Club |
| 2012 - 2017 | Danny S. Park | PSPG | Rotation Supervisor, PhD Committee |
| 2012 - 2012 | Dan Capurso | PSPG | Orals Committee |
| 2012 - 2012 | Hannah Thompson | Epidemiology | Orals Committee |
| 2013 - 2013 | Janine Micheli | PSPG | PhD Committee |
| 2013 - 2013 | Rebecca Freilich | Chemistry and Chemical Biology | Coach: Journal Club |
| 2013 - 2019 | Joel Mefford | PSPG | PhD CO-Advisor |
| 2013 - 2018 | Nima Emami | Biological and Medical Informatics | PhD Advisor |
| 2014 - 2015 | Lawrence Uricchio | BioEngineering | PhD Committee |
| 2014 - 2018 | Clint Cario | Biological and Medical Informatics | PhD Advisor |
| 2014 - 2018 | Caroline Tai | Epidemiology | PhD Advisor |
| 2015 - 2019 | Kevin Hartman | Biological and Medical Informatics | Orals Committee, PhD Committee |
| 2016 - 2020 | Emmalyn Chen | PSPG | PhD Advisor |
| 2016 - 2016 | Gabriel Cuellar-Partida | Statistical Genetics (University of Queensland) | Thesis Reviewer |
| 2017 - 2017 | Beau Norgeot | PSPG | Orals Committee |
| 2017 - 2020 | Katherina Chua | PSPG | Orals Committee |
| 2018 - present | Taylor Cavazos | Biological and Medical Informatics | PhD Advisor |
| 2018 - present | Jean Costello | Biological and Medical Informatics | PhD Co-Advisor |
| 2019 - 2019 | Andrew Kung | Biological and Medical Informatics | Orals Committee |
| 2020 | Miriam Goldman | Biological and Medical Informatics | Orals Committee |
| 2020 | Michelle Wang | PSPG | Orals Committee |
| 2020 | Vincent Chang | PSPG | Orals Committee |

| Dates | Name | Program | Role |
|---|---|---|---|
| 2020 | Yusuph Mavura | Epidemiology | Rotation Supervisor |
| 2020 - present | Erin Gilbertson | Biological and Medical Informatics | PhD Committee |

### XIV.C Postdoctoral Fellows Mentored

| Dates | Name | Position / Program | Role |
|---|---|---|---|
| 2000 - 2003 | Pip Neville, PhD | Cancer Biology, CCF | Co-Mentor |
| 2001 - 2004 | Fran Lissemore, PhD | Genetic Epidemiology, CWRU | Supervisor |
| 2001 - 2005 | Mine Cicek, PhD | Cancer Biology, CCF | Co-Mentor |
| 2004 - 2006 | Xin Liu, MD, PhD | Genetic Epidemiology, UCSF | Supervisor |
| 2004 - 2008 | Eric Jorgenson, PhD | Human Genetics | Supervisor |
| 2006 - 2007 | Phillip Ross, MD | Urologic Oncology | Supervisor |
| 2006 - 2008 | Iona Cheng, PhD | Genetic Epidemiology | Supervisor |
| 2006 - 2008 | Gary Chen, PhD | Computational Genetics | Supervisor |
| 2007 - 2008 | Audrey Schnell, PhD | Genetic Epidemiology | Supervisor |
| 2007 - 2009 | Vincent Fradet, MD | Urologic Oncology | Supervisor |
| 2007 - 2009 | Yu Chuan Tai, PhD | Statistical Genetics | Supervisor |
| 2008 - 2010 | Inga Hallgrímsdóttir, PhD | Statistical Genetics | Supervisor |
| 2008 - 2011 | Sung Kim, PhD | Evolutionary Genetics | Co-Mentor |
| 2009 - 2012 | Ken Kompass, PhD | Human Genetics | Supervisor |
| 2009 - 2010 | Adam Reese, MD | Urologic Oncology | Supervisor |
| 2009 - 2011 | Thomas Hoffmann, PhD | Statistical Genetics | Supervisor |
| 2009 - 2011 | Jill Hardin, PhD | Genetic Epidemiology | Supervisor |
| 2010 - 2011 | Sanoj Punnen, MD | Urologic Oncology Fellow | Supervisor |
| 2010 - 2012 | Niall Cardin, PhD | Statistical Genetics | Supervisor |
| 2010 - 2012 | Remi Kazma, PhD | Genetic Epidemiology | Supervisor |
| 2012 - 2015 | Jinghau Liu, PhD | Statistical Genetics | Supervisor |
| 2014 - 2015 | Longyang Wu, PhD | Statistical Genetics | Supervisor |
| 2014 - 2017 | Arunabha Majumdar, PhD | Statistical Genetics | Supervisor |
| 2014 - 2019 | Rebecca Graff, ScD | Genetic Epidemiology | Supervisor |
| 2015 - 2016 | Michael Passarelli, PhD | Genetic Epidemiology | Supervisor |

| Dates | Name | Position / Program | Role |
|---|---|---|---|
| 2015 - 2017 | Joshua Hoffman, PhD | Statistical Genetics | Supervisor |
| 2016 - 2019 | Sara Rashkin, PhD | Statistical Genetics | Supervisor |
| 2016 - 2019 | Chenan Zheng, PhD | Genetic Epidemiology | Supervisor |
| 2017 - 2021 | Travis Meyers, PhD | Genetic Epidemiology | Supervisor |
| 2018 - present | Linda Kachuri, PhD | Genetic Epidemiology | Supervisor |
| 2020 - present | Jovia Nierenberg, PhD | Genetic Epidemiology | Supervisor |
| 2020 - present | Yu Jiang, PhD | Statistical Genetics | Supervisor |
| 2020 - present | Roucheng Dong, PhD | Statistical Genetics | Supervisor |

## XIV.D Faculty Mentoring

| Dates | Name | Position while Mentored | Role |
|---|---|---|---|
| 2000 - 2006 | Li Li, MD, PhD | Daymon-Runyon Fellow | Mentor |
| 2003 - 2007 | Irene Katzen, MD | K23 Awardee | Co-Mentor |
| 2003 - 2010 | June Chan, PhD | Junior Faculty | Co-Mentor |
| 2005 - 2006 | Jacob Elkins, MD | Clinical Research | MS Committee |
| 2005 - 2007 | Mary Beattie, MD | K12 Scholar | Co-Mentor |
| 2005 - 2008 | Anil Sapru, MD | Junior Faculty | Co-Mentor |
| 2006 - 2008 | Zian Tseng, MD | Clinical Research | MS Chair |
| 2007 - 2008 | Guiting Lin, MD/PhD | Junior Faculty | Career Mentor |
| 2007 - 2010 | Jeff Wall, PhD | Junior Faculty | Career Mentor |
| 2007 - 2012 | Sharon Chung, MD | Junior Faculty, K12 Scholar | MS Comm, Co-Mentor |
| 2007 - 2009 | Greg Marcus, MD | K12 Scholar | Co-Mentor |
| 2008 - 2009 | Kirsten Kangelaris, MD | Clinical Research | MS Committee |
| 2008 - 2013 | Paige Bracci, PhD | Junior Faculty | Co-Mentor |
| 2009 - 2014 | Shweta Choudhry, PhD | Junior Faculty | Career Mentor |
| 2010 - 2012 | Jaret Whitson, MD | Clinical Research | MS Chair |
| 2011 - 2013 | Joshua Galanter, MD | Clinical Research | MS Committee |
| 2011 - 2013 | Jennifer Graves, MD | Clinical Research | MS Committee |
| 2012 - 2016 | Noah Zaitlen, PhD | Junior Faculty | Mentor |
| 2013 - 2018 | Jonathan Mosley, MD/PhD | K Awardee | Mentor |
| 2014 - 2018 | Lindsay Avalos, PhD | K Awardee | Mentor |

| Dates | Name | Position while Mentored | Role |
|---|---|---|---|
| 2014 - 2016 | Stephanie Christenson, MD | Clinical Research | MS Comm. |
| 2014 - present | Ming Li, PhD | K Awardee | Mentor |
| 2017 - 2018 | Teresa Sparks, MD | MAS Student | MAS Comm. |
| 2020 - present | Shylaja Srinivasan, MD | K Awardee | Mentor |

# EXHIBIT 23

## Deposition of Robert Buchberger 06/15/2021

## Subject to Renewed Motion to Seal Per DE 6124

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBURG
MAGISTRATE JUDGE BRUCE E. REINHART

/

REMOTE VIDEO RECORDED DEPOSITION OF
NAMANDJE BUMPUS, Ph.D.
(Pages 1 - 188)
Friday, May 20, 2022
9:12 a.m. - 3:56 p.m.
U.S. Legal Support

(Held Remotely)

Stenographically Reported By:
Deanne M. Moore, RMR, CRR, FPR, FPR-C

APPEARANCES

On Behalf of the Plaintiffs:
LEVIN PAPANTONIO RAFFERTY
316 South Baylen St.
Pensacola, Florida 32502
(850) 435-7013
dnigh@levinlaw.com
BY: DANIEL NIGH, ESQ. (Via Zoom)
MAY LIGHTFOOT, PLLC
3200 Martin Luther King, Jr.
Avenue S.E. 3rd Floor
Washington D.C. 20032
202-918-1824
jjung@maylightfootlaw.com
BY: JE YON JUNG, ESQ. (Via Zoom)

On Behalf of Defendants:

KING & SPALDING LLP

1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
(404) 572-4600
rfriedman@kslaw.com
lbosso@kslaw.com
BY: ROBERT B. FRIEDMAN, ESQ. (Via Zoom)
LUKE BOSSO, ESQ.
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036
(212) 556-2100
ecaanan@kslaw.com
BY: EVA CANAAN, ESQ. (Via Zoom)



APPEARANCES (Cont'd)

GREENBURG TRAURIG, LLP

Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
(678) 553-4769
browning@gtlaw.com
thompsons@gtlaw.com
BY: JAMES R. BROWNING, ESQ. (Via Zoom)
SARA K. THOMPSON, ESQ.

PIETRAGALLO, GORDON, ALFANO, BOSICK & RASPANTI, LLP

One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
(412) 263-4383
fhs@pietragallo.com
BY: FRANK H. STOY, ESQ. (Via Zoom)

SHOOK, HARDY & BACON

1325 Avenue of the ESQ.
28th Floor
New York, New York 10019
(212) 989-8844
tjsheehan@shb.com
BY: THOMAS J. SHEEHAN, ESQ.
SHOOK, HARDY & BACON
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
jsh@shb.com
BY: JENNIFER STONECIPHER HILL, ESQ. (Via Zoom)
BOWMAN AND BROOKE, LLP
317 George Street
Suite 320
New Brunswick, New Jersey 08901
(201)-577-5190
chris.carton@bowmanandbrooke.com
BY: CHRISTOPHER R. CARTON, ESQ. (Via Zoom)



APPEARANCES (Cont'd)

DLA PIPER LLP (US)
550 South Hope Street
Suite 2400
Los Angeles, California 90071-2678
(213) 330-7700
connor.scott@dlapiper.com
BY: CONNOR SCOTT, ESQ.

ALSO PRESENT:

NICOLE COSTELLO, Scientific Specialist & Pharmacist
King & Spalding

FLORENZ CRUZ, PharmD, MS, Scientific Specialist
King & Spalding

GREG CASSIN, Videographer, U.S. Legal Support

JOHN SCHMITZER, Tech Support, U.S. Legal Support



INDEX OF PROCEEDINGS



| | PAGE |
|---|---|
| Deposition of NAMANDJE BUMPUS, Ph.D. | |
| Direct Examination by Mr. Nigh | 7 |
| Certificate of Oath | 184 |
| Certificate of Reporter | 185 |
| Witness Notification Letter | 186 |
| Errata Sheet | 187 |

EXHIBITS

| Number | Description | Page |
|---|---|---|
| 6382 | Expert Report | 13 |
| 6383 | Supplemental Expert Report | 15 |
| 6384 | 2nd Supplemental Expert Report | 15 |
| 6385 | Braunstein 2021 | 60 |
| 6386 | Walters 1976 | 99 |
| 6387 | Florian, et al, 2021 | 140 |
| 6388 | Gao, et al, 2021 | 151 |

Deposition taken before Deanne M. Moore, RMR, CRR, FPR, FPR-C and Notary Public in and for the State of Florida at Large in the above cause.

- - - - -

THE VIDEOGRAPHER: Okay. Stand by to go on the record.

We're now on the record. Participants should be aware that this proceeding is being recorded, and as such, all conversations held will be recorded unless there is a request and agreement to go off the record.

Private conversations and/or attorney-client interactions should be held outside the presence of the remote interface.

For the purpose of creating a witness-only video recording, the witness is being spotlighted or locked on all video screens while in speaker view. We ask that the witness not remove the spotlight setting during the deposition as it may cause other participants to appear on the final video rather than just the witness.

For anyone who does not want the witness' video to take up the large part of your screen, you may click the gallery view button in the upper right corner of the remote depo interface.



This is the remote video recorded deposition of Namandje Bumpus, Ph.D., being taken by counsel for the plaintiff.

Today is Friday, May 20, 2022. The time is now 13:12 UTC.

We are here in the matter of In Re: Zantac Ranitidine Products Liability Litigation.

My name is Greg Cassin, remote video technician on behalf of U.S. Legal Support. I am not related to any party in this action, nor am I financially interested in the outcome.

At this time, will the reporter, Deanne Moore on behalf of U.S. Legal Support, please swear in the witness.

THE COURT REPORTER: Doctor, if you'd raise your right hand for me, please.

Do you swear or affirm the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

WHEREUPON,

NAMANDJE BUMPUS, Ph.D.

having been sworn to tell the truth and testified upon her oath as follows:

THE WITNESS: I affirm.



THE VIDEOGRAPHER: It looks like the witness -- I'm sorry to interrupt. It looks like the witness was un-spotlighted, so for the read on, the camera bounced around. The witness is now spotlighted again, so be sure not to change that on the computer on the witness end. Thank you.

DIRECT EXAMINATION

BY MR. NIGH:

Q Good morning, Doctor. How are you doing today?
A Doing well. How are you?
Q Doing well. Can you please state your name and spell your last name for me?
A Namanmdje Bumpus. My last name, Bumpus, is B-U-M-P-U-S.
Q Okay. Thank you.
And, Doctor, I'm just going to go through a few quick ground rules of the deposition today. The first one is if I ask a question and you don't understand it, you know, please let me know. But if you answer the question, I'm going to assume you understood the question.
Is that fair?
A Yes.
Q And second, it's not an endurance test, so if you need a break, just let me know, okay?



A Okay.
Q And, finally, the court reporter's taking everything down that we're -- we're saying, so she can't take down nonverbal responses like "uh-huhs," "unh-unhs" or shaking of the head, so if you could answer with a verbal response, that will make it easier for each of us, okay?
A Yes.
Q And, Doctor, where are you currently located?
A In the King & Spalding office in Washington, D.C.
Q Is there anyone in the room with you?
A Yes.
Q And who's in the room with you?
A Rob Friedman and Luke Bosso.
Q Okay. And do you have any electronics in the room there with you other than the laptop computer?
A No. I have my phone, but it's away from me in my backpack.
Q Okay. And I saw some printed documents earlier. Do you have your printed report there in front of you?
A I do.
Q Okay. Are there any other printed documents that you have?

A I have my report. I have my materials considered list. I have my CV and my supplemental reports.
Q Are there any studies or literature articles that you printed out sitting in front of you?
A No.
Q Sorry, what's that?
A Sorry. No.
Q And have you written any notes on your report at all?
A No.
Q Okay. Doctor, I want to ask you about your past testifying history and -- and -- and past expert work.
Other than this litigation, have you submitted expert report in any other cases?
A I'm an expert in Gilead's Tenofovir cases.
Q Okay. And when did you submit that expert report?
A I believe there's no expert report submitted, but I have been previously deposed in that case.
Q Okay. Is that a case in California?
A Yes.
Q Okay. And other than that case, are you an expert in any other cases?


A No.
Q Okay. Have you testified in any other cases other than the Gilead's Tenofovir and the one that you're testifying in today?
A No.
Q Okay. In the Gilead Tenofovir therapies, did you represent the defendants in that case?
MR. FRIEDMAN: Objection to form.
MR. NIGH: Let me strike that. It's a bad question.
BY MR. NIGH:
Q In the Gilead Tenofovir therapies, were you retained by the defendants in that case?
A I'm an expert with the law firm working with defendants, yes.
Q Okay. And is that the same law firm the office that you're -- the office that you're in here today?
A No.
Q Okay. Which law firm retained you in the Gilead Tenofovir therapies case?
A Shook, Hardy & Bacon.
Q Did Shook, Hardy & Bacon reach out to you first in this case?
A No.
Q Okay. Now, other than Gilead Tenofovir and the


ranitidine case, have you been involved as an expert in any capacity?
A No.
Q Okay. Doctor, do you have any estimate of the total amount of hours that you've worked on the ranitidine project?
A I believe that you have all of my invoices. I'd say it's about 50 hours or so.
Q The invoices total 50 hours, approximately?
A I don't recall the exact total of my invoices, but the invoices are accurate.
Q Okay. And since they're -- your -- when was your last invoice that you submitted?
A It was April, the end of April.
Q Since that date, do you have an approximate number of hours that you've spent?
A Approximately five hours.
Q Okay. So you would estimate somewhere between 50 to 60 hours; is that fair?
A Yes.
Q Okay. All right. And your hourly rate for all that work was at $450 an hour?
A Yes.
Q Okay. Let -- we're going to go ahead and attach your reports, okay, the -- the initial report,


your supplemental report and then your second supplemental report.
So we'll attach the initial report as Exhibit 6382, the supplement as 6383 and the second supplement as 6384, okay?
MR. NIGH: So can you cull those out. Just give us one second.
And -- and for the tech that's helping, if we can pull up LP 523, first. This will be Exhibit 6382.
(Bumpus Exhibit 6382 was marked for identification.)
BY MR. NIGH:
Q Doctor, can you see that on the screen?
A Yes.
Q And that report is dated March 7th, 2022. Do you see that?
A Yes.
Q And that's the expert report -- that's your expert report for this case, correct?
A Yes.
Q Okay. And that's got your signature as well, correct?
A Yes.
Q Okay.

Page 14

MR. NIGH: So we'll mark that, again, as Exhibit 6382, and let's go ahead and pull up the supplemental report. That's LP 524.

(Bumpus Exhibit 6383 was marked for identification.)

BY MR. NIGH:

Q Doctor, do you see this report on the screen?

A Yes.

Q And you see the date shows -- is that March 22nd, 2022?

A Yes.

Q And that's your signature there?

A Yes.

Q Okay. So this is the supplemental report that you produced in this case, correct?

A Yes.

Q Okay.

MR. NIGH: And let's go ahead and pull up Exhibit 6384. That will be LP 532, which will be marked as Exhibit 6384.

(Bumpus Exhibit 6384 was marked for identification.)

BY MR. NIGH:

Q And, Doctor, do you see that that date is May 19th, 2022?

Page 15

A Yes.

Q And that's your signature there?

A Yes.

Q And that's the -- titled as "second supplemental report." Do you see that?

A Yes.

Q And so this was produced yesterday, correct?

A Yes.

Q Okay. And that -- again that will be marked as Exhibit 6384.

Doctor, are all the opinions and the bases for your opinions contained in these three -- these three reports?

A Yes.

Q Okay.

MR. NIGH: You can go ahead and take that down.

BY MR. NIGH:

Q Doctor, I'm going to start with asking you questions directly from your expert report, so let's go ahead and put 6382 up on the screen. And again this is marked Exhibit 6382, the initial expert report.

And I'll draw your attention to page 5.

And -- and, Doctor, on page 50 you'll see a -- it says --

Well, actually the numberings that I'm going to

Page 16

use on this expert report throughout are going to be that -- the number at the bottom, so that would be page 2.

MR. NIGH: And if we can go to page 5, yep. That's it.

BY MR. NIGH:

Q And so right under B, "Overview of NDMA," you have a statement that says, "additionally, NDMA can be formed endogenously from dietary components." Do you see that?

A Yes.

Q And you cited two studies. Is that -- Fristachi, 2007, and I'll call it Hrudey. The 'H' is probably silent, but I'll call it that phonetically so that we can all see what it is. Do you see that?

A I do.

Q Okay. And, Doctor, did you ever review the Krul study?

A The Krul study? Can you spell that, and I can look at my list? I don't remember everything that I've looked at.

Q K-R-U-L.

A It is in my list of materials considered, so I did review it.

Q Doctor, the Krul study mentions a much lower

Page 17

level of NDMA that forms endogenously than what's mentioned in the Hrudey study, correct?

A Can we pull up the Krul study? I don't remember the details of it, so I want to make sure that I'm, you know, answering accurately, so is it possible to pull that study up?

Q I actually don't have it, so I'm just asking you for your memory.

Do you remember if the Krul study shows that much levels -- much lower levels of endogenous amounts of NDMA are forming inside of the body compared to the Hrudey study.

A I've reviewed --

Q Do you know?

A I've reviewed hundreds of documents, so I don't remember offhand. I would need to -- for us to pull it up and look at it --

Q Okay.

A -- to be sure to give you an accurate answer.

Q Now, to be fair, in your report you never take any attempt to quantify amounts of NDMA that are forming endogenously, correct? Let me strike that question.

To be fair, in your report you're never forming any opinions on the amounts of NDMA that form endogenously without ranitidine use, correct?

Page 18

MR. FRIEDMAN: Objection to form.
A My opinions in the report are focused on the potential of NDMA formation from ranitidine, and my opinion based on the literature that there indeed is not endogenous formation.
Q Okay. And did you also -- did you also consider the Zeilmaker study? Z-E-I-L-M-A-K-E-R.
A Let me check on this.
I'm not familiar with that study.
Q Okay. Now, neither the Krul study nor the Zeilmaker study are referenced in your report, correct?
A Cor- -- correct, those are not referenced.
Q Okay. Page 6 of your report, and it says -- we just spoke about this. It says, "this report focuses on the issue of endogenous formation" right at the top of the expert report. Do you see that?
A I do.
Q And now, more specifically, you're referring to whether NDMA can break down inside the body after ingesting ranitidine, correct?
A I'm focusing on the question of whether there was a potential for NDMA to form endogenously from ranitidine. And with that, I'll just say reflecting on our question just now, that is my focus, not a broad view of what NDMA might be formed from as far as diet,

Page 19

focusing on this question of potential endogenous formation from ranitidine.
Q Okay. Now, Doctor, defendants admit that ranitidine can break down into NDMA due to heat, correct?
MR. FRIEDMAN: Objection to form.
A So my opinions that I'm offering are focused on, as I mentioned, the potential for endogenous formation, and certainly there are no evidence for endogenous formation of NDMA from ranitidine.
Q I understand. You understand that GSK scientists have admitted that ranitidine can break down to NDMA due to heat, correct?
MR. FRIEDMAN: Objection to form.
A Any potential for formation of NDMA outside of the body is outside of the scope of the opinions I'm offering.
Q Well, do you understand that or not? Do you know whether or not defendants have admitted that ranitidine can break down into NDMA due to heat?
MR. FRIEDMAN: Same objection.
A Again, I'll say that the opinions I'm offering based on my expertise and the literature that I've reviewed are focused on inside of the body potential for endogenous formation. I'm not offering opinions and

Page 20

have not reviewed literature related to anything outside of the body.
Q Okay. So do you not know then whether or not defendants admit that ranitidine can break down into NDMA due to heat?
MR. FRIEDMAN: Objection to form.
A I'll say again, I'm not offering opinions on anything outside of the body.
Q You know, I'm allowed to -- I'm allowed to explore what you know and don't know even if it's not your opinion that you're proffering here today. So I'm going to ask the question again.
Do you know whether or not defendants admit that ranitidine can break down to NDMA due to heat?
MR. FRIEDMAN: Objection to form.
A I have not reviewed literature or documentation around anything outside of the body.
Q Okay. So if you haven't reviewed literature, are you then stating that you do not know whether or not the defendants admit that ranitidine can break down to NDMA due to heat?
MR. FRIEDMAN: Same objection.
A So I guess I'll just say again, what I'm saying is I don't -- I don't have any opinions on anything outside of the body. I have not reviewed those

Page 21

literature.
Q Again. My question is are you telling me then, since you haven't reviewed that literature, that you do not know whether or not defendants have admitted that ranitidine can break down NDMA due to heat?
MR. FRIEDMAN: Same objection.
A So I'm focused on endogenous formation. I have not reviewed outside the body, so I will say since I have not reviewed outside the body, I do not have opinions with or familiarity with what the documentation and literature and discussion has been on what's happening outside of the body.
Q Understandable.
And, Doctor, do you have any familiarity with whether or not the defendants admit that ranitidine can break down into NDMA due to humidity?
MR. FRIEDMAN: Objection to form.
A That's the same answer as my other question. Outside of the body is not within my scope of opinions that I'm offering.
Q And, Doctor, do you have any familiarity with whether or not the -- with whether the defendants admit that ranitidine can break down into NDMA over time?
MR. FRIEDMAN: Objection to form.
A Again, focused on endogenous formation, that's

the scope of my opinion, so I don't have any opinions about anything happening outside of the body.

Q And, again, my -- my question speaks to familiarity.

Do you have any familiarity with whether the defendants have admitted that ranitidine can break down NDMA over time?

MR. FRIEDMAN: Object to form.

A I have not reviewed documentation regarding outside the body, so I don't have familiarity with any of the discussions and documentation around outside of the body. I'm focused on potential endogenous formation.

Q Okay. Let's go ahead and take a -- a look at another statement here. In the middle of page 6, it says, "and it is generally accepted that results from this test cannot be extrapolated to in-vivo conditions."

Do you see that?

A I do.

Q And above that you're speaking about the WHO NAP test, correct?

A Yes.

Q Now, the WHO NAP test can be a signal as to whether a drug may break down into NDMA inside the body, correct?



A I would say, no, that it's unclear. It's in-vitro tests done under conditions that actually don't reflect what we would see physiologically, particularly the high level of nitrite that we know is not absorbed -- observed in an actual human being.

So from that, there's no way to say that it does correlate with anything that we would see biologically or that it signals towards that. The conditions are just not physiologically relevant.

Q Doesn't the WHO NAP test specifically state that it can be a signal as to whether or not drugs may nitrosate inside of the body?

A So, no, the NAP test was developed, you know, many decades ago, under conditions -- and specifically for use in conditions where the detection methods just weren't near what they are now.

So certainly I'm sure they had ideas based on the scientific knowledge they had and based on the resources, equipment and technology they had that this would be of value. But I think in looking through a lens of 2022 and what we know and the technology available, I would say that this does not translate to utility as far as signaling what may or may not happen.

There are many in-vitro studies that -- sometimes they translate to people, sometimes they



don't. It can be very difficult to predict. So with this, I would say that I actually cannot state with confidence that it does signal what might happen in a human -- in a human being.

Q Now, Doctor, you said that the WHO NAP test was developed decades ago, but isn't it true that drugs even -- that are being approved even in the last decade, they're continuing to do the WHO NAP test?

A People will use it, but at the same time, I think that the conditions and the protocol have not been reconsidered fully as far as guidance from the WHO within the context of the technology that's currently available.

The sensitivity or detection methods is far greater than previously, and these -- so these conditions that are so far beyond what you would see physiologically were really established for where we were in 1978, 1980.

Q Doctor, let's talk about the supraphysiological nitrite conditions. You recognize you use that terminology multiple times inside of your report, correct?

A I do.

Q And, Doctor, isn't it -- isn't it true that we don't actually know what the amounts of nitrite are that



can be reached inside of the human stomach?

A So there have been measurements of nitrite in humans. And I think that the Gao study does a good idea -- good job of reviewing that and summarizing it. And I think that from measurements that have been done, and even looking at that study that they reviewed, that it's very clear I think that we're talking about something that's in the, you know, micromolar range essentially, 100 micromolar potentially, not in the millimolar, 40 millimolar. I mean, that's just far beyond anything that anyone's reported actually measuring experimentally.

Q Well, Doctor, Walters demonstrated that after a nitrite meal, levers -- levels were much higher in the few healthy subjects that they tested than before -- than their nitrite levels at fasting, correct?

A So what does "much higher" mean? So certainly there can be an increase, and I know that people have reported, you know, seeing 300 micromolar potentially, but seeing an increase from 100 to 300 is one thing. Jumping to 40 millimolar is a whole different story. We're talking orders of magnitude beyond what's physiologic.

Q Now, Doctor, have you seen what the baseline levels were at fasting in the Walters study?

A Let me look at my report, and I'm happy for us also to pull it up.
Q Do you have --
A Do you have it to pull up?
Q I don't. Yeah. I was just asking you if you're aware of seeing of what those levels were at fasting.
A I don't remember exact levels.
Q Okay. We'll get back to that.
Doctor, there are actually very few studies even cited in Gao that measure the levels of nitrite in the human stomach after ingesting a high nitrite meal, correct?
MR. FRIEDMAN: Objection to form.
A So I don't know what "very few studies." I'll say there's not an abundance of literature, but there certainly are studies that I think give us experimental measures that we can rely on.
Q Other than the Walters study, are you aware of a single other study that measures the amount of nitrite in the human stomach after eating a high nitrite meal?
A I believe there are others, but I don't recall.
Q Doctor, other than what's cited in the Gao study, did you conduct your own comprehensive search for literature that discusses the nitrite conditions



found in people after ingesting a nitrite meal?
MR. FRIEDMAN: Object to form.
A So I'll say, you know, I'm always looking at the literature. I'm a scientist working in pharmacology, toxicology, so I'm always reviewing literature. I'm always doing to talks on these things. So certainly beyond that study alone, I'm relying on my general experience, extensively reviewing the literature and just being part of communications in the scientific community.
Q That's -- that's a little different than my question.
My question is other than the Gao study, did you conduct your own comprehensive search specifically for literature that discusses the nitrite conditions found in people after ingesting a nitrite meal?
A Any literature I relied on is cited in my report and is cited in my materials considered, so that's all the literature that I relied -- that I relied on.
Q I'm specifically asking do you recall doing a comprehensive literature search? As opposed to telling me which documents are cited here, I want to know the methodology of the search review that you did.
So again I'm asking did you conduct your own



comprehensive search for literature that discusses the nitrite conditions found in people after ingesting a high nitrite meal?
MR. FRIEDMAN: Objection to form.
A So -- so, of course, I searched for literature. The literature that I searched for and that I'm relying on are all cited here and they're all included. I don't recall every detail of all of these, you know, hundreds of these studies listed on this list.
THE COURT REPORTER: I'm sorry, she's muted.
THE VIDEOGRAPHER: We lost audio.
MR. NIGH: The -- the mute -- she's actually muted, so I don't know how that happened.
THE VIDEOGRAPHER: They're using -- they're using, counsel, her --
MR. NIGH: Oh, I see.
THE VIDEOGRAPHER: -- her attorney's audio. Maybe he got bumped out -- no, he's still here.
Do you want to go off the record?
MR. NIGH: Yes. Let's go off the record.
THE VIDEOGRAPHER: The time is 13:36 UTC. We're going off the record.
(Brief pause.)
MR. NIGH: Let's go back on.
MR. FRIEDMAN: Yeah.



THE VIDEOGRAPHER: Stand by to go back on the record.
We're back on the record. The time is 13:37 UTC.
MR. NIGH: Can we read back my last question?
(The question was read back by the reporter as follows: Question: I'm specifically asking do you recall doing a comprehensive literature search? As opposed to telling me which documents are cited here, I want to know the methodology of the search review that you did.
So again I'm asking did you conduct your own comprehensive search for literature that discusses the nitrite conditions found in people after ingesting a high nitrite meal?")
A So I don't recall every search that I've done, but what I'm saying is anything that I relied upon is listed. I don't recall every search that I've done over the past couple years thinking about this. But anything that I've relied upon and considered is in the list.
And in addition, as I mentioned, I'm also relying on my just broader knowledge of science.
I will say with the Walters study, you know, they're doing these measurements certainly, but, again, we're also looking at something from many decades ago,

right, the mid 1970s where the diet was very different than it is now.
So it certainly does give us at least measurements about nitrite concentrations that they were able to measure. However, the levels of nitrite likely don't affect -- don't reflect what we would see now because diets are so different.
Q Doctor, the -- the -- the levels of nitrite in meals was certainly different in the 1980s than it is now, correct?
A I believe so.
Q And the diet of the 1990s was different than it is now today, correct?
A So I don't know the whole time course of changes in dietary nitrite. But I will say, thinking specifically about this study done in, I believe, 1976, that there were differences in diet and that those levels of nitrite were far higher than what we would expect to see now.
Q Right. My -- my question is more focused on the past. I mean, in the 1990s, there was certainly more sodium nitrite in foods than there is today, correct?
A I am not a nutritional scientist, so I said I don't know the full time line of, you know, when -- what



years nitrite levels changed. I do know that in the decades since this study, and even the WHO NAP test study, the WHO NAP test establishment, that there have been changes.
Q Is it that you only know the diet from the 1970s is different than -- than now because Gao cites that?
A I don't hear you now.
Q Can you hear me now?
A Now I think I hear you.
Q Can you hear me? No? No.
MR. NIGH: All right. Let's go back off the record.
THE VIDEOGRAPHER: The time is 13:40 UTC. We're going off the record.
(Brief pause.)
THE VIDEOGRAPHER: Okay. Stand by to go back on the record.
We're back on the record. The time is 13:46 UTC.
BY MR. NIGH:
Q Okay. Doctor, do you believe that Vitamin C may inhibit a drug's ability to nitrosate?
A I have not seen any studies that I find convincing that there is an affect on Vitamin C --



Vitamin C, particularly at levels that actually would reflect human exposure.
Q Well, what studies have you reviewed that suggests that Vitamin C has the ability to inhibit a drug's ability to nitrosate?
A So I will look at my report and review the exact studies that I cite here in my report.
Q Doctor, let me ask it this way. Other than what's cited in your report, do you know of any other studies that you've reviewed that suggests that Vitamin C can inhibit a drug's ability to nitrosate?
A What I have reviewed and am relying on for the statement I gave you are what's in my report.
In addition, though, I -- I mentioned reviewing literature, being a scientist, going to seminars. Certainly there are people that study Vitamin C, and I, in my kind of collective experience in 20 years of pharmacology, have not seen anything convincing in the context of what you're asking as far as nitrosate -- nitrosating Vitamin C at levels of exposure that actually reflect what someone would experience.
Q And -- and, Doctor, do you believe that Vitamin E may inhibit a drug's ability to nitrosate?
A So my answer there would be the same, that I haven't seen any data that are compelling that this is



something that could happen at levels that people would actually experience.
Q Doctor, other than what you cited in your report, are you aware of any other literature that suggests that Vitamin E may inhibit a drug's ability to nitrosate?
A Again to my general review of the literature of the past couple of decades and attending many hundreds of scientific seminars have not seen any data showing that.
Q Okay. Let's take a look at page 7.
Doctor, you have this statement under analytical -- on page 7 of your report, you have the statement under "analytical methods for measuring NDMA in ranitidine," and it says specifically --
MR. NIGH: If we can blow this up.
BY MR. NIGH:
Q It says, "however skilled users" --
MR. NIGH: Kind of blow up half the paragraph. Yes. Thank you.
BY MR. NIGH:
Q It says, "however, skilled users of gas chromatographs and mass spectrometers are aware that the high temperatures used in GC-MS (often the equivalent of greater than 500 degrees Fahrenheit) can lead to the

Page 34

production of artifacts through the degradation of molecules within the samples being analyzed."

Do you see that?

A I do.

Q And, Doctor, is it your testimony that GSK had this knowledge that using GC-MS with high temperatures could lead to the degradation of the ranitidine artifactual -- that led to artifactual production of NDMA through the use of GC-MS?

MR. FRIEDMAN: Object to form.

A So my statement is what it is, that all of these methods have to be validated, that GC-MS can result in the degradation of many different types of compounds based on their structure and, you know, if they're heat sensitive. And so it's just something that you're generally thinking about if this is technology that you're using.

So my statement is really reflecting that, my sense that there's always a validation that's always required.

Q And that all of the defendants should be -- should have been aware of that when they utilized GC-MS as well, correct?

A So individual people or groups or what they should be aware of is not really, I think, knowable for

Page 35

me. I said, you know, skilled users, so people who are developing these assays and utilizing them and publishing with them in the literature, that there's a validation that's required.

Q Well, certainly GSK, Sanofi, Boehringer Ingelheim and Pfizer, you would expect that they would all have laboratory scientists that would be the sort of skilled users of gas chromatograms that you're speaking to, correct?

MR. FRIEDMAN: Objection to form.

A I would have to speculate. Not really -- it's -- I can't talk about kind of people -- hypothetical people essentially.

So what I'm saying is that if you're going to use GC-MS that -- or any mass spectrometry based method, there's a necessary validation that you would do and that GC-MS can have this effect on a range of products as it's been shown to have with ranitidine, resulting in people that use this method finding NDMA that in fact is an artifact, is created through the use of this GC-MS method.

Q Doctor, GC-MS has -- has existed -- that technology has existed since the 1970s, correct?

A Yes, it's existed for many decades.

Q And the technology of LC-MS has existed since

Page 36

at least the 1980s, correct?

A Yes, also in decades, but newer.

Q Doctor, have you read any articles that discussed one of the risks of utilizing LC-MS versus GC-MS is that LC-MS can lead to a higher rate of false negative findings?

MR. FRIEDMAN: Objection to form.

A I think you would need to show me that study. LC-MS is the go-to for measuring most compounds and metabolites, whether they're medicines or environmental compounds, highly sensitive, and if properly validated, certainly give a lot of specificity as well.

So I would need to see exactly what you were referring to.

Q And you would -- you had -- you believe that LC-MS has been the go-to for all of that that you just suggested at least since the 1990s, correct?

MR. FRIEDMAN: Objection to form.

A So it's -- it's hard to give a date on things. I haven't reviewed -- you know, I don't know in the literature when the amount of papers people were publishing with LC-MS surpassed GC-MS.

But I will say that LC-MS has certainly been used increasingly and now is the go-to for most molecules that you would use, and that there have been a

Page 37

lot of enhancements to the LC-MS that just give it sensitivity far beyond what you get with GC-MS, even though there are some compounds that GC-MS would be valuable, but you would have to do that validation.

Q Okay. One of the difficulties with LC-MS would be detecting low molecular weight molecules, correct?

MR. FRIEDMAN: Objection to form.

A So it depends. It depends what you mean by "low molecular weight." You can with modern-day LC-MS instruments, increasingly measure things that are quite small. You know, it depends on what you mean.

If you mean, you know, 50 killadaltons or, you know, something smaller than that, you certainly can measure with mass -- with LC-MS.

Q 80 molecular weight -- less than 80 molecular weight, that would be one of the difficulties -- at least historically LC-MS has had difficulty measuring compounds that are lower than 80 molecular weight, correct?

A I would say no. It's something that we can do, and it's something that others can do. I can't speak to, you know, everyone in the world's ability, but certainly it's possible for, again, people with the proper instrumentation and people that are still users.

Q Okay. Now, Krawczynski, that was in 2002,

Page 38

correct?
A Yes.
Q And you -- you stated that they used GC-MS in their study, correct?
A In my report, yes, I do say that they used GC-MS.
Q Now, at that time in 2002, would you say that was the go to -- or sorry, would you say that LC-MS was the go to for all the reasons that you stated previously?
MR. FRIEDMAN: Objection to form.
A So LC-MS was certainly available, but people have different technologies and methodologies that they utilize in their laboratory, so as I mentioned, I can't really speak to certain individuals and, you know, what equipment they might have available.
But in 2002, LC-MS was available, but also there are people using GC-MS for certain things as well. They both remain in circulation.
Q Now, you mentioned LC-MS was the go-to, and you've named a lot of reasons why. When do you believe it became the go-to for all those reasons why?
A So I said the go -- oh, sorry.
MR. FRIEDMAN: Objection to form.
A So go-to certainly for many medicines, even

Page 39

environmental compounds. There are still other types of mass spec that you use for certain things. But certainly for the past couple decades, LC-MS has increased in popularity and accessibility, and so people are utilizing it increasingly. But there still are labs that use other techniques.
But whatever technique you're going to use, even if it's LC-MS, it has to be well validated, and I think that's the point that I'm making.
Using LC-MS alone is not even good enough. You have to validate your studies. You have to present your methods in a way that they're reproducible. You have to give rationale for your approach that you're taking, and especially the first time that you're publishing or presenting an assay, so the validation is really the key point.
If you validate the technology, it doesn't matter what type of mass spectrometer you're using as long as you validate and know that it's going to be useful for what you're measuring. It's not going to introduce artifacts. It's going to be sensitive, et cetera, give reliable data.
Q Now, you mentioned all those issues about being -- that it must be a well validated method, reproducible, and then you mentioned that all those

Page 40

issues need to be stated in the publication itself; is that correct?
A So it depends. It depends on what your publication is. So if you're quantifying something, if you're giving specific levels, say, you know, clinical samples and, you know, nanograms per mil or something you're quantifying, then you need to have detailed presentation of the methods you're using, or you need to be able to cite a paper that had establishment of development of -- of that method. If you're doing something more qualitative, then, you know, it can be a bit different.
But the studies that we've looking at and discussing in the context of this potential for NDMA formation have been largely putting forth numbers, quantitative values, using assay and assay that has been found to be really inappropriate for those measures because the numbers that you're getting are not useful.
In the broader sense, as I say, even if using LC-MS, if you're reporting specific numbers to people, specific concentrations, then it really is important to give the details of -- of what you did so that someone else could do the assay.
Q And it would be important to have those details in -- in a -- if you're publishing a study, that you

Page 41

would have those in the study --
A Sure.
Q -- or at least cite to those details in another study, correct?
A If you're doing anything quantitative.
Q I'm sorry. Somebody else jumped in. Can you -- can you repeat that answer?
A It depends on the purpose of what you're doing, but it's particularly important when you're reporting quantitative numbers. If you're doing something where you're just identifying a metabolite for the first time, for instance, then you may not give the level of depth. But if you're going to be reporting the people and measuring, saying it's this amount of nanograms per mil or whatever it is, then you need to ensure that there was validation to know that those numbers you're reporting are really accurate.
Q Okay. And, Doctor, not all GC-MS testing requires heating to levels anywhere close to 500 degrees Fahrenheit, correct?
A There's certainly a range of temperatures that can be used.
Q Some GC-MS testing uses the head space method, correct?
A Correct.

Q Some GC-MS testing uses the direct injection method, correct?
A There are various types of methods that you can use for GC-MS. But even with the direct injection method, oftentimes the heat is really coming from the site injection. There can be heat there too. So it's still something to be considered. There is a lot of heat generating instrument at various points.
Q Doctor, have you yourself conducted GC-MS using head space method?
A I've conducted a range of GC-MS methods. It's not something that I utilize frequently and haven't utilized in a while, but I have used a range of GC-MS approaches. I'm a pretty well versed mass spectrometrist.
Q And, Doctor, have you yourself conducted GC-MS using the direct injection method?
A I have done direct injections for GC-MS, but it's been probably a couple of decades.
Q Can you explain the difference between the two methods?
A So -- so, yeah, it really depends on your approach. I would say the direct injection method is essentially what people use, and it's basically the same thing, so either you're using chromatography in the gas


space where your molecules are being put into the gas space and then they're being introduced to the instrument there, or you essentially have a sample that you're -- that you placed into an apparatus that you can directly inject into the instrument, and you can forgo, at least on the chromatography, that -- forgo some of the chromatography that you would get from the instrument, so that's the primary way that people use it.
And often the head space and direct injection are used really -- the terminology are used often essentially for the same approach.
Q I'm sorry, did you say the head space and the direct injection are commonly used for the same approach?
A People commonly use them to refer to the same type of outcome that they're looking to get with the instrument.
Q Well, can you explain the difference of the heating that's commonly utilized between these two methods?
A So the heating that you're using -- the heating that you use with any mass spec method really is related to the analyte that you're looking at, and it would be something that you'd be optimizing for any compound that


you're interested in.
So I would not make any sweeping kind of universal differences in, okay, I'm going to use this heat versus this heat, or, you know, low heat GC-MS versus another. It really depends on your analyte and doing that validation and looking at temperature across the instrument. So I think that's what's important.
The idea of there are different methods, as I mentioned, it's really about your analyte of interest and doing the proper validation and checking each of these steps, no matter what you're doing; even if you are direct injecting a sample, making sure that you're checking that effect.
And whether it's GC-MS or LC-MS, you can also do direct injections, you still need to do the same validation.
So the heat issue is more about the analyte I think and not something that you think about in the context of, you know, a -- technology specifically. It has to be validated in what's appropriate for your analyte of interest.
Q Well, on average between these two methods, would you say that in terms of the heat that's applied, that one of the methods generally has a higher amount of heat that's applied or heat that's applied for a longer


period of time?
MR. FRIEDMAN: Objection to form.
A People do these things different ways. I just really don't want to generalize about any of the mass spec methods. You can operate your instrument in many different ways depending on what you're interested in doing.
If there's something specific you want me to look at, I'm happy to, but I don't want to generalize about any mass spec methods.
Q Doctor, when performing the head space method, there can be significant differences in the amount of heat utilized, correct?
A With any of the methods, you can adjust the heat and have a range of heats that you can use with any of the approaches. And that's why I'm saying the validation is important. There's no set temperature that must be used with any mass spec method or approach.
They're always -- it's always something that you're looking at and that you're optimizing and making sure that it works when you're validating your assay and protecting your analyte.
Q And would that -- so when performing the head space method, there could be significant differences in how long the heat is utilized, correct?

Page 46

A Okay. With any method there can be differences. And with most of these things, these are all parameters that you optimize and that you make sure it works for your specific analyte, so there's no general one method, this is what you plug in. You're always optimizing and validating for your analyte and checking each parameter. All -- there are many, many parameters, and so each parameter you're checking for your analyte.
Q I think I understand your question -- your answer. I just want to see if your answer is the same for this question.
When performing the direct injection method, there can be significant differences in the amount of heat utilized for that method, correct?
MR. FRIEDMAN: Objection to form.
A So with any mass spectrometer, you can change your heat settings, your temperature settings. You can change your voltage setting. You can change your dwell time, the amount of time it's going to, you know, scan each -- each ion. You can set all of these settings. You can change them. And so with any method, these parameters can be changed and can be different and can vary.
It's really the responsibility of the scientist

Page 47

to do the necessary validation and decide which parameters are most useful and most important.
Q Doctor, what is the mol- -- molecular weight of NDMA?
A I actually don't remember the precise molecular weight of NDMA.
Q Do you have any estimate?
A Well, I know that it's smaller. It's -- I'm going to think for a moment.
Q Okay.
A I would say it's about that 80 or so range. I didn't add up all the atoms perfectly, but it's small certainly.
Q Let's take a look at page 23 of your report.
And, Doctor, I'm specifically focusing on your statement where you state that NDMA -- it's at the first paragraph.
"NDMA also has a very short half-life, and although data is not available for humans, it has been estimated to be 23 minutes in nonhuman primates," and you cite the Gombar study.
Do you see that?
A I do.
Q You agree that the Gombar studies are informative for understanding NDMA half life and

Page 48

bioavailability, correct?
A The Gombar study, because it's in nonhuman primates, is an estimate that we have of NDMA half lives in a model system. It -- it doesn't mean -- I don't -- we don't know, as I mentioned, the half life in humans, but nonhuman primates are a model that's used in pharmacology, and that's what we have is this half life data from that.
Q I understand. So the -- the nonhuman primates information can -- and as discussed in the Gombar study, it can be informative in understanding the NDMA half life and bioavailability, correct?
MR. FRIEDMAN: Object to the form.
A So what I would say is it's a -- it's the measure that we have in an animal model that is used often to inform studies in humans, but that we know does not completely recapitulate humans. But in the absence of data in humans, it does give a number that at least we know can occur in an animal model.
Q And, Doctor, why would NDMA half life and bioavailability in nonhuman primates be informative of the NDMA half life and bioavailability in humans?
A So, again it's a measure in a model system, and so it gives an idea at least in an in-vivo setting, in an animal model, that NDMA is not around for a very long

Page 49

time, here estimated to be 23 minutes.
So it tells us in some whole animal in-vivo, that there's a short half life. I think that's essentially what it tells you us.
We don't have the data in humans, but at least we know looking in an animal that -- that it has a short half life.
Q And, Doctor, why would NDMA half life and bioavailability in swine be informative of the NDMA half life and bioavailability in animals -- I mean, in humans?
A So I don't believe I have citation to NDMA half life in swine, so I think that you would have to show me what you're referring to.
Q Have you reviewed any studies that show the NDMA half life in swine?
A I do not recall. But if you show me the study that you're referring to, I certainly can look and see if I remember reviewing it.
Q Let's just talk about the general principle.
Why would data on the way in which a molecule -- its half lie and bioavailability in swine be informative for humans?
A So, again, I don't remember making reference to swine. There are certainly many different preclinical

animal models people use. They use them for different reasons. You need to validate why you're using it. What I'm referencing here is a study done in nonhuman primates.
Q Do you know any reason why swine would be informative for how -- for half life and bioavailability inside of humans?
MR. FRIEDMAN: Objection to form.
A Well, in a broad sense, there are situations where people have found that swine can be useful in a broad sense. But, again, it comes down to validation and thinking about your model, so there are many different preclinical animal models. Some are more appropriate than others for certain things.
And the data here that I'm relying on are from a nonhuman primate study, and I'm happy to discuss swine if we, you know, pull up the study and look at the data.
Q And why would -- would information on half life and bioavailability in dogs be informative of half life and bioavailability in humans?
MR. FRIEDMAN: Objection to form.
A So again here, I'm citing nonhuman primates, but dogs are also a preclinic animal model that can give valuable information about what happens in a -- in an intact animal, but again it needs to be validated in



you're thinking about the drug that you're addressing and why.
Dogs are often used for cardiovascular drugs, for instance. They are a great model for understanding that, so it depends on what you're looking at and what you're interested in.
Here, as I mentioned, I'm referring to data from a nonhuman primate study.
Q Understood. Doctor, you have access to a lab, correct?
A I do have a laboratory.
Q And is your laboratory cGMP certified?
A No. I'm an academic laboratory at Johns Hopkins University.
Q Okay. And have you ever tested drugs at the lab?
A Tested drugs. So I'm a pharmacologist, so we do work on drugs. And we often try to understand how they're metabolized, what they do to cells, what their mechanism of action might be, so we do work on drugs.
We use mass spectrometry to measure drugs. There are many drugs and metabolites that we can measure that other folks are not able to measure, so we do work on drugs, but in the context of quantifying, identifying metabolites and also understanding their mechanisms.



Q Would you say that you would have the capability or ability to be able to test ranitidine and see how much NDMA is in the ranitidine?
A I think that my lab has the capability and the expertise to measure lots of things, and it's something that we're really good at.
In this context, I have not done those measurements. And the reason why I, you know, feel, there are no experiments for me to do, you know, we have things that we can rely on. We have -- for my opinion as far as endogenous formation, I have the studies from the FDA that I'm relying on, and those are rigorously done.
But generally in my lab we do have the ability to measure, yeah, lots of things and lots of metabolites and byproducts of things.
Q Now, the defendants that retained you, they never asked you to test any of the product, correct?
A The law firm that retained me did not ask me to do any experiments, correct.
Q Did you make them aware that you were capable of doing experiments such as testing the drugs?
MR. FRIEDMAN: Objection to form.
A Certainly I think that I'm known to be someone who does mass spectometry and has that capability in my



lab. I think that that's something that people who know me as a scientist know about me.
But in my view, as I mentioned, you have this question of potential endogenous formation. We have, you know, two -- and in-vitro study, an in-vivo study from the FDA that they ask the question and answer it really definitively, and so in my mind, there are no additional experiments to do.
Q Doctor, I want to turn your attention to the Braunstein study, page 33 in your report.
And, Doctor, I'm going to direct your attention to where it says, "additionally a draft version of the manuscript," right underneath "Braunstein."
Do you see that where I'm reading from? It says a draft --
A I do.
Q Okay. It says a draft -- "Additionally, a draft version of the manuscript produced in this litigation shows the data for NDMA levels using nitrite concentrations less than 1 millimolar were not included in the published paper, which included seven nitrite concentrations from 0 millimolar to 0.5 millimolar."
Did I read that correctly?
A Yes.
Q Okay. And then you cite to Figure 4B. Do you

see that?
A Yes.
Q Now, Doctor, even though this was a draft version of the manuscript produced in this litigation when you first reviewed it, you still found it to be informative in forming your opinions, correct?
A I describe it in my report, and so -- yes, in my report I describe my view of this and it -- that it does inform part of my opinion, yes.
Q Now, even though it's a draft version of the manuscript produced in this litigation, why would you find it to be informative even though it hasn't been peer reviewed?
A For a couple of reasons. So it still -- they're showing data, and the data are showing that they're not seeing an increase in NDMA at levels of nitrite that are physiological.
Also I found it very striking that it was not in the actual paper. I know that there has now been a correction that includes it, and I think that it's great now that it is out there for all to see through a correction, so clearly it was something that it was felt needed to be corrected, and it was improper for it not to be there essentially, because, you know, corrections in the literature are actually rare.



So I found it informative that it was not included and that it was not mentioned in the description of this NDMA formation.
And I certainly found it informative that in line with what we see in the Gao studies and also, you know, just thinking about endogenous or physiological levels of nitrite that we're not seeing -- that they're not seeing the increase in NDMA.
So I found it informative for two reasons. I guess it was left out, which I felt told me something, and then the fact that it -- that they did not see an increase in formation until they got to supraphysiological levels of nitrite.
Q Now, Doctor, I want to just focus on whether or not you can rely on -- on data that's not peer reviewed. That's the only purpose of my question here.
Do you feel like it's okay to rely on data that's not peer reviewed?
MR. FRIEDMAN: Objection to form.
A So in this case I would say these unpublished data can influence thinking because the data that they did not exclude, that remains -- that were on the same graph but were not excluded were peer reviewed, were published and are in the public domain.
So the idea that, you know, the study itself



was peer reviewed and that there were data points that are included in what's peer reviewed, but there was this exclusion, I think that there's no reason to believe then that these values specifically at the physiological level were unreliable when the others, you know, were and went through peer review.
So I think in this case, because it's something that all of it except what they excluded but they have now included in the literature, but since all of it is in the literature, I think that it's very informative then to see what was left out of that publication. The study itself has been peer reviewed.
Q And, Doctor, if -- if an abstract were published, even though it's not peer reviewed, you still feel like you can rely on that, correct?
A I think it depends, and you give different weight to different things. But in this case we're not talking about an abstract that's published. We're talking about a full paper that was published in a peer review journal and very specific data that were left out of it that now have been corrected.
Q And even though that that draft manuscript had not even being published as an abstract, you still found it to be informative in your opinion, correct?
A It's informative in my opinion because in a --



I'm looking at a full manuscript with description of study and methods. I'm looking at, you know, data and figures, and not to mention it is a paper that's published and has been corrected. An abstract is something that's different. An abstract is not a full manuscript.
But, as I mentioned, you weigh things different ways, but for me this was very informative. This is a study that is published, but yet you have a draft that has very specifically left out only a certain subset of the data which clearly is of importance since now that's been corrected.
Q If you were going to rely on abstracts and you had a full manuscript that was unpublished, would you rely -- do you feel like you could rely on the unpublished full draft manuscript?
MR. FRIEDMAN: Objection to form.
A So I may be misunderstanding where the abstract comes in and the unpublished manuscript. So if you're asking about generally do I think you can rely on unpublished manuscript? Certainly there is an importance to peer review. But at the same time you -- when you're looking at the data and you're looking at the study, you know, you can -- you can get some, you know, inference, idea of what's done.

For instance, now a lot of work that people do is published in repositories like I-Archive, Manarchive. Those aren't peer reviewed yet, but they are certainly manuscripts that certainly have some influence.

I certainly give the highest weight to things that are peer reviewed. And, again, this study was peer reviewed and published and now corrected, so I certainly give the greatest weight to something peer reviewed, but at the same time, when you see something published and assigned to the conference presented, it certainly is then in you're thinking about, you know, what the underlying science might be.

So we weigh things different ways, but there can be influence, just depending on what it is and what it's showing, how many details you have.

Q And -- and -- and one reason, if I'm -- if I'm understanding what you're saying is is that even if it's not published and peer reviewed, it's still demonstrating data to you that can be informative, correct?

A Peer review get the strongest weight, definitely, but things can be informative otherwise when you can see the methods.

I will say another thing, though. If you're doing something that's not peer reviewed, and you're



creating entirely new methods, for instance, I'm going to give that a lot less weight.

So, as I mentioned, it's very nuanced. It's something considered. If you're -- if I'm reviewing a manuscript, and they're using well described methods, I may have more confidence in those data than someone presenting me unpublished un-peer reviewed data where they created a method and I don't know why they did it.

So it really depends -- we're always as scientists I think weighting things differently, or weighing these things differently.

Q Okay. Doctor, I'm going to draw your attention to -- do you see where it says, "the concentration of NDMA is virtually the same with 0 millimolar nitrite as it is with 1 millimolar nitrite"?

A I do, yes.

Q And then you also say, "and the concentrations of nitrite ranging from 0.01 millimole to 0.25 millimole," and then you give the numbers 1,270 to 1,440 nanograms. Do you see that?

A Yes.

Q And, Doctor, these pills that were tested, they were named -- they were brand name Cool Mint pills, correct?

A I would have to look back at the study to



remember, you know, the name of the pills that were -- whether they were brand name or not. I mean, I would have to look. I would have to look back at the study. So if you would like to pull that up, I'm happy to look at it.

Q Yeah. Okay. Give me one second, and we'll pull that up. This is LP 429, and it will be marked as Exhibit 6385.

(Bumpus Exhibit 6385 was marked for identification.)

BY MR. NIGH:

Q Doctor, do you have a -- a separate screen where you're able to pull up the exhibit?

A Separate screen, but I don't see it there yet.

Q Let me know when you have it.

A I have it. I just refreshed it. I have it.

Q Okay. This is an -- on the front page here you can see it says, "Ranitidine Use, NDMA Production and Variations in Cancer Diagnoses." Do you see that?

A I do.

Q And the first author is Dr. Braunstein. Do you see that?

A Yes.

Q And let's back -- and let's go ahead and turn the page to the next page.



And under results, you can see where it discusses "increasing sodium nitrite concentrations in SGF at pH 1.2 were associated with increasing NDMA yield." Do you see that?

A I do.

Q Now, as you look at this study, are you able to answer whether or not they utilized Cool Mint brand named pills?

A If I can have a moment, I'll go to the methods section and see.

Q Sure. You can have a moment.

A I found that portion.

Q Okay. And does this -- does this test utilize the prescription ranitidine in brand -- or does it use branded Cool Mint Ranitidine Tablets?

A It says ranitidine prescription 150 milligrams and Cool Mint flavored branded ranitidine, 150 milligram Zantac were compared.

Q And specifically the chart that you're referring to on -- in your expert report, page 34 -- do you see that, where you've got the figure 4?

A Yes, I do see that.

Q That uses the branded Cool Mint Ranitidine Tablets, correct?

A In the manuscript they say that they use that.

Page 62

Q Now, Doctor, if we can go to the results in the Braunstein study.
A Okay.
Q Do you see where it discusses in the first paragraph -- the first full paragraph, it says, "increasing sodium nitrite concentrations in SGF at pH 1.2 were associated with increasing NDMA yield." It says, "at a pH of 2.5 --" no, this isn't -- do you see that on the screen there?
A I see what you've highlighted and read, yes.
Q Okay.
MR. NIGH: And I'm actually pointing to -- just for the videographer, I'm -- if we can go to the -- the eighth page where it also has "results" on there.
BY MR. NIGH:
Q Do you see that? And the first paragraph states, "to characterize the formation of NDMA."
Do you see where I'm reading from?
A I do.
Q Okay. It says, "to characterize the formation of NDMA under various reactive conditions, we optimized the FDA-recommended LC-HRMS assay for detection of NDMA from ranitidine products." Correct?
A That's what it says.

Page 63

Q So they're -- they're utilizing the LC-HRMS that you were speaking about previously, correct?
MR. FRIEDMAN: Objection to form.
A They're using the high resolution-- the LC high-resolution mass spec method developed by scientists at the FDA.
Q And it says, "as described above, we tested prescription ranitidine 150 milligram and branded Cool Mint ranitidine 150 milligram under each reaction condition." Do you see that?
A Yes.
Q And it says, "notably, prescription ranitidine exhibited very low endogenous NDMA." Do you see that?
A I see that.
Q And it says, "while the branded Cool Mint ranitidine yielded a substantial background of NDMA, 4,590 nanograms per tablet." Do you see that?
A I do see that.
Q Now, you don't speak to this -- to this difference at all in your report where prescription ranitidine exhibited very low endogenous NDMA, 7 nanograms per tablet, while branded Cool Mint yielded a substantial background of NDMA, 4,590 nanograms per tablet, correct?
MR. FRIEDMAN: Objection to form.

Page 64

A So as I mentioned, I'm offering opinions on potential endogenous formation of NDMA from ranitidine, and none of that has anything to do with potential for endogenous formation of NDMA from ranitidine in the human body.
Q So you wouldn't have included that in -- in your report, correct?
A My report is focused on data around the potential for endogenous formation in the body of NDMA from ranitidine. And that was my focus, yes.
Q And so I want to be clear here because it actually utilizes the words "endogenous NDMA." Do you see that?
A I see it. And I -- when I read it, I thought it was used incorrectly. It appears to me that they mean within the tablet itself, and I don't know any scientists that would say endogenous to mean inside of a tablet. I've never heard that terminology used, so . . . But I -- I believe they're talking about inside the actual tablet, but we wouldn't call that endogenous.
Q Well, there are other ways to utilize the word "endogenous formation" as opposed to just inside of the body, correct?
MR. FRIEDMAN: Objection to form.

Page 65

A In pharmacology at least and, you know, biomedical science, when we say "endogenous," we mean inside of some type of organism. Whether it's endogenous in a cell, it's endogenous in yeast or a worm or a human, we do not use endogenous -- I have not heard it. Braunstein obviously used it. I've never talked to Braunstein.
But pharmacologists that I communicate with and the literature I read, we don't use "endogenous" to mean inside of a tablet. We would just say, "present inside of a tablet." We wouldn't say "endogenous," so it just struck me there.
Q Okay. The next sentence says, "background levels of NDMA were subtracted from experimental analytic results to better represent only that quantity of NDMA formed during the described incubations." Do you see that?
A I do.
Q Wouldn't you read that to understand that now the 4,590 nanograms per tablet is being subtracted from the results that they're finding?
A They call that background, what they find in the tablet, and so this says background levels of NDMA were subtracted.
Q Okay. So I want -- I want to understand your

opinion. When you --
At the bottom of page 34, you have the words in your expert report --
MR. NIGH: If we can go back to the expert report on the screen. It's Exhibit 6382, and page 34.
That last sentence, the very last sentence -- yeah, let's go ahead and blow up the whole paragraph there.
BY MR. NIGH:
Q But that very last sentence, you use the words, "this assessment is consistent with my own," correct?
A I use that statement.
Q And then you quoted Gao right before that, correct?
A I do.
Q And so you don't disagree with Gao's finding; in fact, it's consistent with your own opinion, correct?
A I quote Gao and say that it is consistent, but if we're talking here about, you know, background levels of NDMA and the subtraction, so I think that there are a few things to consider.
I think that one thing to consider here too, they're talking about background, and they have, you know, a number that I -- I guess is a mean, I don't


know, and it has a plus or minus, so they are reporting some variability.
As far as what exact background they then subtracted, what that value is, I'm not exactly sure what value was subtracted, and that there can be an influence there, and so that assessment is consistent with my opinion.
Q Okay. Let me read the quote from Gao, et al., 2021. You quote, "notably, Braunstein, et al., did not report the background amounts of NDMA present in the ranitidine product they used in the study."
And then it says, "thus, the constant amount of NDMA they detected at the lower nitrite concentrations (1 millimole and 2.5 millimole) may be the result of background NDMA present in the ranitidine tablets before being placed in simulated gastric fluid and not the result of ranitidine-to-NDMA conversion in simulated gastric fluid." Do you see that?
A I do see that quote.
Q So -- and then you -- you then state that, "this assessment is consistent with my own," correct?
A I do state that. And I think I'll go back to what I just said, that I do hear in what -- you know, you pulled up the Braunstein, I do indeed see a number listed and stated as background. I don't know if it's a


medium or a mean. I see a -- you know, a 10 percent, standard deviation or standard error. I don't know which one it is, and so I don't know exactly what background levels are that they subtracted.
I don't see anything that's listed tablet by tablet what was used in a particular given experiment, so it's hard to know from this, you know, what we just looked at, what the precise influence would be.
Q That's what I'm trying to understand is what is the amount of the background in the Cool Mint branded ranitidine? Is it 921 to 1,440 nanograms? Is it the 4,590 nanograms? Or is it 4,590 nanograms plus 922 -- 1,440 nanograms? Do you have any idea?
MR. FRIEDMAN: Objection to form.
Daniel, I might -- I might have missed this when you put the document up, but are we talking about the same version of the report that was the version that we were talking about before that?
I -- because you didn't -- I mean, when you -- I just want to make sure.
MR. NIGH: I'm sorry. I don't know what you -- the report that I pulled up, I said it's Exhibit 6382.
MR. FRIEDMAN: Okay.
THE WITNESS: Oh, I'm sorry.


MR. FRIEDMAN: Dr. Bumpus, you I don't know if we talked about this at the beginning, but you have the ability to pull the documents up --
THE WITNESS: I am, yeah, and I am --
A Wait. 6382 is my report.
Q It is.
A Yeah, but we were looking at the Braunstein that was 6385, right?
Q You -- my question --
MR. FRIEDMAN: You went to pull up that report that she asked for, but you were questioning her about the -- the final -- about the final version, and then this doesn't look like the version -- this looks like a medRx version.
MR. NIGH: Yeah -- my question --
MR. FRIEDMAN: Your document points that --
MR. NIGH: Okay. I hear your objection.
BY MR. NIGH:
Q My question is do you know whether or not the background rates in the branded Cool Mint would be 921 to 1,440 nanograms? Would it be 4,590 nanograms, or would it be some number that's even higher than that?
A Yeah. So, I mean, what I've said is outside of the body, that's not, you know, what I'm focused on. But looking at these data, whatever the background is,

it clearly is showing that when you're using conditions that reflect something you could reasonably see. When we're looking at this Figure 4A, you know, like you said, page 34 of my report, so the data we're talking about.

The point is that you're not seeing an increase in NDMA at -- until you get to levels of nitrite that are far beyond what you would see in a human being. And I think that's essentially my point here is that these data do not support -- and they actually support the opposite.

They support that under physiologic conditions, we don't have formation of NDMA because when you look at their -- when you look at their physiological levels, there's no difference between 0 nitrite essentially and then when they're adding nitrite, even when we're getting to 2.5 millimolar even.

And they see some variability there where some of their levels of higher nitrite, like their .5 millimolar, seems to be lower than the .25, so there's some variability, something going on in this experiment certainly, but when you're looking at the physiological levels, you're not seeing NDMA formation, and that's the key. Whatever backgrounding that there might be I think is a little bit of a different issue.



But my statement about, you know, the background and background subtraction, looking at, you know, what we've pulled up in the study, what I'm saying is that when you normally do an experiment and you're doing background subtraction, you would be doing that really test tube by test tube, sample by sample.

Averaging something, calling it a background and then subtracting that does not give you really power in your analysis because your background across many experiments is going to be different, so I would want to know your individual background and your individual samples you're looking at in your experiments to be really rigorous in that.

However, regardless, as I said, if we look at the 0 nitrite, you don't see any increase until you get to 5 millimolar nitrite, which we know is not physiologic.

Q I understand that part of it. I'm purely focused on the background amount of NDMA.

What -- at least in terms of your report, what you do know is that it's at least 921 nanograms to 1,440 nanograms of NDMA, correct?

A I don't know where that -- where it comes from. So zero, I certainly see that. Zero is not showing zero. The zero on their graph is not showing zero NDMA,



but I don't know what they exactly did experimentally or what that number is coming from.

I guess I've been trying to say it's really difficult to know exactly what they're calling -- the precise numbers that they're calling background or not in these experiments.

But certainly zero is not zero. But I would be a bit concerned then to see this bump in variability going on. When I'm adding nitrite, now it's going up. I add a little more. It's going down.

So there's something that concerns me about this experiment overall and I think makes it difficult to understand what their background might be or where their background could be coming from. It could be the contamination in the instrument. I don't know where their background is coming from. They haven't described it.

Q But every single one of the pills that they tested has at least 900 nanograms of NDMA in -- in this test for -- that they used for the branded Cool Mint tablets, correct?

A I have no way --

MR. FRIEDMAN: Objection.

THE WITNESS: Sorry.

A I have no way to know that. They didn't -- I



haven't seen where we pulled up, you know, a tablet-by-tablet analysis, so I don't know.

But focusing on endogenous formation again, they're not seeing any endogenous formation until they get to supraphysiological levels. And those data showing no endogenous formation at physiological levels were indeed, you know, left out and weren't added until recently in a correction, so it's -- it's concerning.

Q Now, in terms of the levels in the pills, you have a chart on your Figure 4, do you see that? I assume you pulled that from the new Braunstein study, the newly updated and corrected Braunstein study, correct?

A You're talking about --

Q On the right side.

A I see that figure.

Q Do you see the -- if we could zoom in, maybe you can see it on your report too, do you see the bars that are above and below the circle for each -- each -- each point? So, for example, like at .05, there's a bar above that circle, and there's a bar below that circle.

A I do.

Q What do you think that -- what do you think that stands for?

A So I don't know if it's standard error,

standard deviation. I would need to look -- if we could look at the figure in their paper, look at the methods, I could see exactly what's -- standard error, standard deviation.
Q Don't those --
I'm sorry, go ahead?
A I was going to say, it represents some variability that they're seeing, but that you see at zero, you know, they have variability, so, again I don't -- zero variability, I don't know how they've handled these samples or what they're calling background.
Interestingly at -- at 50, I'm not seeing bars. It looks like there's no variability. At .025 I don't see bars. There's no variability.
I just think that there's some problems. When I look at the data, it's just difficult for me to interpret kind of what's what and, you know, what means what.
Q Isn't the typical way to interpret those bars on a graph like this is that that demonstrates the range of values for that product and that the circle demonstrates either the -- whatever the -- the average would be, whether it's a median or a mean?
MR. FRIEDMAN: Objection to form.



A So, no. It depends what it is. So if it was a box and whiskers plot, which it's not, then, yes, it would be showing you, you know, the highest point to lowest or quartiles or something.
But this, if it's standard error, would be that they've looked at basically -- it's not the full range, but essentially the percentage by which there's deviation from the mean, and then that's what's flawed, and that's why you see that difference and that bar has a different magnitude across your samples.
If it represented -- I mean, it looks -- it's hard to tell. For most of these it looks very much like the higher and the lower, you know, the dot is essentially centered.
And so in that case, you know, it's highly unlikely that it's actually depicting to you the full range because it's more that it's showing you the variation from that mean or median, whichever it is.
Q Now, nonetheless, as you pointed out, nearly every single circle demonstrates the average amount of NDMA that was found potentially at baseline or background in the product, and that would be between 921 to 1,440 nanograms, correct?
A I don't know what those represent because I don't have a sense fully of what -- you can have



instrument contamination. If they validated this and it's still in their instrument, it could be contributing. I don't have enough informa- -- information to be able to speak to what they're seeing as background and what they're calling background.
But what I can speak to is that if their baseline indeed is this zero point, you know, that's the negative control, that's what we're comparing everything to, and that you don't see elevation above that, even though there is no statistics here, which is another problem -- but you don't see elevation above that until you get to supraphysiologic concentrations of nitrite.
Q Okay. Let's take a look at your -- let's go back to your report, and the beginning -- at the beginning of that paragraph that we blew up previously that says the "constant NDMA levels observed above 5 millimolar."
And -- and the beginning of your statement is that the const- -- "consistent NDMA levels observed above 5 millimolars are likely the background levels in the tablet itself as discussed by the FDA in Gao et al., in 2021." Do you see that?
A I do see that.
Q Now, you reviewed your report many times to try to make sure that there weren't errors in your report,



correct?
A I did, and I don't have errors in my report. And I stand by what I said. Certain -- certainly as they mention, there's contribution likely from tablet as we know here, but I can't speak to all what the potential background might be.
And what I'm saying is that I from where I sit cannot sit and look at this graph and tell you, well, that means -- this would be nanograms, you know, here, other background and where it came from. These data don't tell me that, and it wouldn't be very scientific of me to do so. It would be conjecture.
But what I can tell you, again as we look at that negative control, that we don't see an increase until we get to supraphysiological concentrations. But exactly where their background's coming from in full, that's just not something I can tell looking at the data that we're looking at.
Q And, Doctor, I'm just being very specific here.
MR. NIGH: Can we take down all the other highlighting on this paragraph? The only thing I want to show is that very first sentence, the very first part of that -- because I don't want to -- I don't want to mislead. So can we take down the rest of the highlighting?

Page 78

And let's go ahead and blow it up again, and just the very first part that says, "the data NDMA levels observed above 5 millimolar are likely the background levels in the tablet itself as discussed by the FDA and Gao et al., 2021."
BY MR. NIGH:
Q Do you believe that that statement is accurate even as you read it again right now?
A What I think is, as I mentioned, I'm in agreement with this quote, and the quote is there, and that's what I'm citing to and saying that the assessment is consistent with my own, so I stand by being in agreement with the quote.
And I think what we're discussing also is something broader, that I'm saying the context is looking at these data that there can be various things that contribute.
And what you were asking me, I believe, was to assign a number based on this graph and say that's how much was in a certain tablet, and that's what I'm saying is not something that I can reasonably or responsibly do.
Q Now, I'm not -- what's highlighted here is not the quote, right? The highlighted is not the quote. Those are your words, correct?

Page 79

A They are my words --
Q Okay.
(Simultaneous crosstalk.)
A -- but then I -- on the quote.
Q Yeah, I don't want to focus on the quote. I want to focus on the highlight.
Do you believe that that highlighted statement is accurate?
A I believe -- as I've said, and as the quote says and as the manuscript says, I believe that there is likely contribution of background levels in the tablet itself.
Q Okay.
A But --
Q Let's -- sorry. I didn't know you weren't done. Go ahead.
A But as I mentioned, my opinions are really based -- are looking at the formation. And regardless of what the background is or where it comes from or what the level might be, these data demonstrate that at physiological concentrations they're not seeing any formation of NDMA.
MR. NIGH: Let's underline the words "above 5 millimolar." Can we do that? On the screen, are we able to underline? I'm not sure if we can.

Page 80

BY MR. NIGH:
Q Nonetheless, I want to direct your attention to "above 5 millimolar."
A Okay.
Q Do you believe that the -- that statement is still accurate now that I've addressed the "above 5 millimolar"?
A Now that you've addressed the "above 5 millimolar"?
Q Now that I've specifically pointed out "the above 5 millimolar" in that statement, do you think that it's accurate?
MR. NIGH: Yeah. If we can -- just -- if we can end the above -- the above 5 millimolar. If we can underline so we can -- no, it won't stick.
BY MR. NIGH:
Q But you see those three words, "above 5 millimolar" in your statement, right?
A I do.
Q Now, do you still believe that statement is accurate?
A I believe at all concentrations there's some contribution to that of background likely.
Q So you believe your statement is still accurate, that "the consistent NDMA levels observed

Page 81

above 5 millimolar are likely the background levels in the tablet itself," and specifically that your statement you meant to put "above 5 millimolar"?
MR. FRIEDMAN: Objection to form.
A I -- I guess I'm -- which part of the statement are you concerned with? If it's that there are background levels contributing, I think that it's throughout.
Q They're not actually -- the quote doesn't -- isn't speaking to above 5 millimolar, right?
A The quote speaks to the lower nitrite concentrations, 1 millimolar to 2.5 millimolar. Maybe that's background levels. But if you have background in your experiment, it's certainly going to contribute throughout.
Q So you believe that the consistent NDMA levels observed above 5 millimolar -- that those levels above 5 millimolar are due to background levels in the tablet itself? You believe that's an accurate statement?
MR. FRIEDMAN: Object to the form.
And, Daniel, if you want to take a break and let her review the actual paper so she can --
MR. NIGH: It's not -- I mean, the quote is there, so she doesn't even have to look at the paper. I'm just trying to ask -- I'm trying to

Page 82

point it out --
BY MR. NIGH:
Q I'm not trying to be tricky here.
A So they -- okay. So the authors themselves have mentioned background. There's going to be background. In any experiment there's background. There's so much background.
So there's going to be background at the -- that contribute to every concentration. I am not -- I can't know how much or what percentage it contributes to each concentration, but at any concentration it's going to contribute.
Certainly at the lower levels in the graph, you know, from what's stated in this quote that I'm referring to, there likely is a contribution as far as those numbers because there is some background.
At zero nitrite, as I mentioned, we're seeing NDMA, so there is background from somewhere that certainly is influencing the experiment. It's influencing it at zero. It's going to influence it at every single time point, and likely has a large contribution to the lower concentrations as mentioned by Gao.
Q Okay. Doctor, I'm not trying to be tricky here, okay?

Page 83

I believe that you meant to put "the NDMA levels observed at or below 2.5 millimolar are likely the background levels in the tablet itself," so instead of the words "above 5 millimolar," it should have been "at or below 2.5 millimolar."
Don't you believe that's what would make that statement accurate?
A I mean, that's what's stated in the quote certainly, that there's a contribution there, but I think the sentence could be clarified and could be clearer. I will certainly say that. But what I'm saying is I agree with this quote, that, yes, the lower concentrations likely do reflect the contribution of background, but at the same time there's background throughout.
But the -- the take-home message does -- is not impacted or changed at all by the whole discussion of background because the fact that when you compare their zero, which is a control, to their treatment, their samples where they're increasing nitrite, you only see an increase when you get to supraphysiological concentrations.
So discussion of background, it doesn't influence the outcome. And the outcome is that we're not seeing endogenous -- they're not seeing endogenous

Page 84

formation at physiological levels.
Q I understand your -- your testimony. But if -- if you -- if your opinion truly was that consistent NDMA levels observed above 5 millimolar are likely the background levels in the tablet itself, that would widely change your actual opinion.
We can go into the background levels -- I mean, we can go into levels above 5, but they're not likely the background levels of the tablet itself, right?
MR. FRIEDMAN: Let me object to form.
I think -- Daniel, I think you -- you want to get her -- correct? You want to understand her opinions. I think if we just take a break and let her look at the paper for five minutes, you can come back and get -- I think -- I don't think you guys are really fighting. I think just there's some confusion right now.
MR. NIGH: Yeah. I -- I mean --
MR. FRIEDMAN: I think you can get -- you can get her complete opinion if we just get -- if we just let her look at the paper for five minutes and so she could -- that's all.
BY MR. NIGH:
Q Doctor, did you understand my question?
A May I have a five-minute break, please?

Page 85

Q My question was -- and then after my question, we can take a break, but -- but I have a question pending.
So my question was, Doctor, you didn't actually want to say that the levels above 5 millimolar are likely the background levels in the tablet itself because those would be much, much higher amounts of NDMA than what we were discussing about background levels before, right?
A So I said a minute or so ago, certainly in reflection I think the statement could have been clearer, yes -- could have been clearer.
But -- so what I'm saying now is that there's going to be a contribution of background across the entire experiment and that regardless of that, it does not change the outcome. But certainly, as I said, that sentence could have been clearer.
MR. NIGH: Rob, let's go ahead and take 10 minutes.
MR. FRIEDMAN: Okay. Thanks.
THE VIDEOGRAPHER: The time is 1500 UTC. We're going off the record.
(Break taken.)
THE VIDEOGRAPHER: Stand by to go back on the record.

We're back on the record. The time is 1520, UTC.
MR. NIGH: Let's go -- let's go ahead and put that -- the expert report back up. Yes. Here we are.
BY MR. NIGH:
Q And so, Doctor, before we took a break I was asking you questions about this statement in your report, "the consistent NDMA levels observed above 5 millimolar are likely the background levels in the tablet itself as discussed by the FDA in Gao et al., 2021."
Now, that underlined "above 5 millimolar," do you mean for that to be at 2.5 or below millimolar?
A So that is an error. It should say below 5 millimolar. And I think there in some of our discussion, part of what was kind of throwing me is that the Braunstein preprint -- not publication -- preprint that we were discussing was actually not what is being referenced here in the report. So it should say below 5 millimolar.
But in addition this report -- I mean, when I wrote it at the time and quoted this quote, there was actually no information in the actual Braunstein paper that we're talking about that had anything about



background levels.
And so I think that's what kind of threw off -- where I was trying to figure out where we were talking about, but it should say "below," but also say, the exhibit we were looking at actually has nothing to do with this. It was something else.
Q Okay. I think I understand. And so here on this screen, you meant for your report to state "the consistent NDML" -- "NDMA levels below 5 millimole are likely the background levels in the tablet itself," correct?
A Correct, below.
Q Okay. So you got it backwards, correct? "Above" instead of -- and it should have been "below"?
A Typo.
Q Okay. Now, again I'm sure you checked over your report numerous times, but this is still something that you missed, correct?
A It's a typo, correct.
Q And I'm not -- I'm not blaming you. Mistakes happen, especially the lengthier the paper and the more analyses and calculations that are done, correct?
MR. FRIEDMAN: Objection to form.
A It's a typo, and typos can be made, certainly.
Q And even peer reviewed published papers can



oftentimes have mistakes in them?
A I don't know about oftentimes for peer reviewed published papers. I think that it's actually somewhat rare that people make corrections and retractions, and that's a pretty big deal. With peer review, not only have you and the authors gone through it with a fine-tooth comb, but also you have reviewers who have looked at it, potentially an editor as well, the copy editors. So a correction is a big deal, but, yes, typos certainly can happen in any type of document.
Q I mean, did you review the Adami study that's an epidemiol- -- ranitidine epidemiological study? I don't know if it's something you reviewed or not. It doesn't seem -- it seems like it would be outside the scope of your opinion, but did you review it?
A I don't recall that. I didn't focus on epidemiology. I'm checking my list from -- the name. I already say -- I don't see it on my list.
Q Okay. So you wouldn't know whether or not Adami -- it was peer reviewed and published -- went through the whole peer review process, and still had a figure that was just completely wrong, correct? You wouldn't know that?
A So for a paper I haven't reviewed I wouldn't know anything about whether something was wrong or not.



I would say that, like with this Braunstein paper, something certainly can go through the peer review and then have a correction as was the case for them for the data that they left out, so it does happen.
Q Now, Gao, et al., when they made this statement that you've quoted here, they didn't have the corrected Braunstein paper, correct?
A The statement was made prior to the correction. The correction is more recent than the publication of the Gao paper.
Q And yet Gao -- Gao, et al., was still able to reach the understanding from the 1 millimolar and the 2.5 millimolar results in that study that it may be the result of background NDMA being present in the ranitidine tablets before being placed in simulated gastric fluid, correct?
A They state because the levels are constant, so because there was no change with the increase in nitrite, that was the conclusion that they drew. And I think certainly when you see that there are, you know, concentrations that were left out, that gives you even more view into the fact that they're not seeing formation until they get to that 5 millimole- -- 5 millimolar or above level of nitrite.
Q I understand. But even with those points being

Page 90

left out, they were still able to make that statement based on the 1 millimolar and the 2.5 millimolar, correct?
A They do cite lower nitrite concentrations 1 millimolar and 2.5 millimolar in that quote.
MR. NIGH: And if we can back this off and just highlight the Figure 4 on the left side of that chart, on the left side.
BY MR. NIGH:
Q And specifically what they're pointing to, there are two points here, the 1 millimole and the 2.5 millimole, and they're almost equal in this chart, correct?
A I see those two points and they are -- yes, they are pretty flat, pretty similar.
Q And so even looking at this chart, you can still see that the amount of NDMA isn't starting to increase until at some point between 2.5 to 5 millimole, correct?
A So it's hard to know because at the same time they drew a line that goes straight through the 1 and 2.5, so I think that the additional data that were left out and then rightfully corrected gives you the full view. With only having these -- certainly Gao made that conclusion, and I did say this assessment is consistent

Page 91

with my own.
But when you have a line that's going through two points, you don't truly know what the trend is until you have additional points, and those additional points were available, but they weren't included, and as I mentioned, that's -- that's troubling.
Q That line that's going through there, that's called a -- a regression analysis, correct?
A I assume that's what they did, that it was a regression.
Q And the line that you're troubled by, it looks as though they included 1 in that regression analysis, correct?
A Well, when you do these, you know, you use software and it's trying to take the best fit, so it's drawing it through to 1, but if you have additional level, you would include that.
And actually here if I saw a point where I'm drawing through my lowest two points and it's going right between them, I actually would want additional lower points to understand what the real slope of that line should be, and they had those points, but they left them out.
Q Well, they didn't draw a regression on the right side because with more points that are flat lined,

Page 92

if they included those into the regression analysis, the slope would be even more off and more misleading, correct?
A You would not want to draw a regression through the -- B, the right side. You would not want to draw regressions through that. However, the desire to draw a regression can't outweigh transparency in your data, so including a few lines -- a few points that will give you a straight line, even a straight line of just putting two points, right? So you want to be transparent in your data. You want to include everything. And I think that if they would have included more data, it would have been very clear immediately that this is not a linear relationship.
These data presented, you could think that it's essentially a linear relationship, but if you look at the full curve, it's not.
And the only time that it becomes linear is when we're really looking at those higher concentrations -- those supraphysiological concentrations only.
Q Don't you think they should have drawn the line starting at 2.5 to 50?
A If they had drawn it from 2.5 to 50, that would be manipulation in other ways, and that wouldn't be a

Page 93

regression. It would be just drawing a line, you know, through some points essentially. So doing a linear regression is a type of analyses. They should have gotten some statistics from this, the R-squared valued.
I'm assuming it wasn't great because they do have their lower end of the line that's going in between two points.
But, as I mentioned, the desire to draw a linear regression or to show a linear relationship can't outweigh being transparent and showing all the data that you have.
Q Now, you can certainly do -- if you're -- if you're -- have a set of data, you can -- you can do a linear regression on a subset of that data, correct?
A You can, but then what does it mean? So then you're telling someone that there's -- what does a linear regression mean, right?
Q Right.
A So it means that there's a relationship -- a certain relationship between these data. In addition to this line, as I mentioned, you usually are looking at an R-squared value that tells you basically the accuracy of -- of this regression, how well it would predict what a concentration would be at a sample level that you did not test.

And so if you're leaving out additional data, you might think that you can use this regression to make that calculation. So based on this, you would think, well, if I go lower than 1 millimolar, I know what the value will be, for instance, but you don't know that based on these data. So it's not useful.

You can do a linear regression on the subset, but then it doesn't give you really the purpose of what a linear regression is. You can't use it for anything -- you can't use the data you get from that for anything.

Q You can actually do a closed in linear regression line where you would close at 2.5 and regress upward, correct?

A There are lots of ways that you can analyze data, but the choice in analyzing data is really about what's going to be meaningful to other people in the scientific community, the medical community, what is going to honestly and realistically present your results.

When you leave out values that indicate that the line actually is not, you know, linear -- here starting at 1 millimolar it looks like, okay, well, it's flat 1 millimolar, 2 .5, but it immediately starts to get more linear. You include more points. You see



that's not actually the case.

So even if you take that subset through a linear regression, what is the point of the linear regression? If you're trying to just say, oh, I've got a linear relationship, that still is -- it's a little disingenuous because you know that your full dataset don't reflect that.

So I think the proper way to do this would have been what we see on the right and presenting those and let people draw their conclusion. And the conclusion that I draw from this is that when you're using concentrations of nitrite that are above physiological levels, that's the only time where you start to see NDMA formation.

When we're looking at the physiological range, over and over and over and over, they're not seeing NDMA being formed -- being formed.

Q It wasn't -- I mean, the -- the Gao and the FDA scientists that you spoke to, they were able to see that between 1 to 2.5 it wasn't increasing, correct?

A Looking at this is, this is all you have, certainly 1 to 2.5 looks very similar. The 2.5 is well within the error that we see in 1.

MR. NIGH: Now, I want to draw the attention to the -- to the right side. And let's blow up that



graph, that chart.

BY MR. NIGH:

Q Now, the left side of this between 0 to 2.5, as you've mentioned, looks fairly flat, correct?

A Fairly flat, but there still is some movement, and those error bars don't completely overlap, so with .005 to .01, they go up. It looks -- there are no statistics here, which is what I would have liked to see, but it looks like there's an increase. I don't see the error bars overlapping, so there could be a significant difference there.

But then we go to .5 and suddenly it drops again, so flat but with some wavering of the data that, again, make me think about, you know, what actually is going on in this experiment and what does their variability really mean.

Q Now, starting at 2.5, it starts to go up, correct?

A 2.5 it does start to go up. And as I noted interestingly, we have, you know, somehow no error it looks like at 50, which I don't know how that's possible. So it does go up, but I still don't know how confident I am in these numbers.

But what I do take from it is from their report, NDMA formation is only at the higher levels of



nitrite.

Q Now, specifically, though, your statement keeps saying -- you -- you keep speaking to NDMA forming at or above 5, but the real work -- way to interpret this is that at some point between 2.5 to 5, there's NDMA -- NDMA that's forming endogenously, correct?

A I don't know that because I don't have values between 2.5 and 5, and so I can't make an assumption based on that. But the way that their data are bouncing around below 2.5, I wouldn't be surprised if they saw some bouncing between 2.5 and 5. I don't know what 3 would look like. Maybe it would look flat. So all I can look at is the data points that I have, and it's 5 and above where you see the increase.

Q But you wouldn't know between 2.5 to 5 if there is increase?

A 2.5 to 5, they have a line suggesting there is, but the data to me just aren't robust enough. But even still, between 2.5 and 5, those are still supraphysiological concentrations of nitrite, so it's still beyond what we would see in a person.

But I don't want to make assumptions about their data and what a value they don't have on a graph would be because I don't think that -- I just can't have confidence in their data looking at it.

Page 98

But also the fact that they left out so many points gives me also very low confidence in these data.

Q So I think if I understand your testimony correctly, it -- your -- your testimony is there's a possibility that at even 4.95, 4.5, if they had measured those, they could be right flat with 5 -- I mean, right flat with 2.5, and then all of a sudden at 5, you would see -- you could -- you might have seen it go straight up to that amount of NDMA.

Is that how you're interpreting this; in other words, that uncertainty between 2.5 to 5?

A What I'm saying is I cannot know or predict for them what the values would be between 2.5 and 5. Again above 2.5, those are still supraphysiologic. But the fact that data were left out in the first draft, which were published and peer reviewed and data were deliberately left out, the fact that we see this bouncing at the lower concentration, the fact that we have data points that don't seem to have error bars, and I don't know how that's possible, I do not want to make assumptions -- I feel like I cannot make assumptions about what a value might be that they don't have included on the graph.

Q Okay. You've talked about physiologic conditions of nitrite multiple times. Let's go ahead

Page 99

and discuss that, okay? Let's pull up the Walters 1972 study.

MR. NIGH: This is LP 332. And it will be marked as Exhibit 6386.

(Bumpus Exhibit 6386 was marked for identification.)

A I don't have it yet, but when I do, I'd like to request a moment to read through it.

Q Sure.

A Okay. I now have it. I'm going to read through it.

Q Okay. So what I have here is on the front you can see "Environmental N-Nitroso Compounds Analysis and Formation." Do you see that?

A I see that. May I please have a moment to read through it?

Q We can go off the record if you want to read the document. Is that what you're asking to do because I don't really have a question, to refresh your memory --

MR. FRIEDMAN: I don't know exact -- if she wants to read the whole document, but I think she is entitled to -- to a little bit of time to make sure she understands what this document is you're showing her.

Page 100

MR. NIGH: That's what I'm trying to navigate to.

BY MR. NIGH:

Q So my first point is, "Environmental N-Nitroso Compounds Analysis and Formation," my -- my Bates number ending in 973, and if we blow up that -- the title and the author and the -- here we can see the title is "Nitrosation of Food Amines Under Stomach Conditions," and the first author is C.L. Walters. Do you see that?

A I do see that. And I -- I would just like to take a moment to read through at least the abstract and kind of skim through just to refresh my memory for our discussion.

Q Sure. So my next question might lead to that answer which is has -- is this a study that you reviewed previously?

A So as we discussed, I do mention it in my report. And I'm looking -- I'm going to look at my materials considered. So it is in my materials considered. I have previously reviewed this report. But, again it's been a while. It would be good to be able to refresh myself.

Q Okay. And if you need to refresh yourself for any of my questions, then we don't have to go off the record, but if you're just needing to read the study to

Page 101

read the study, we would need to go off the record.

So let me ask my next question.

MR. NIGH: On page 183 -- if we can go there, Videographer -- there is a paragraph that is -- starts out with "nitrite levels." That's not it on the screen. It will end in Bates number 70- -- 975, sorry. There we go.

And if we highlight or blow up where it shows "nitrite levels in gastric juice and their response to dietary intake."

And let's pull up both those paragraphs together. Let's zoom back out and pull up both those paragraphs, please. Oh, that's fine. That works, too.

BY MR. NIGH:

Q And so, Doctor, this is specifically the experiment I want to ask you about because there's multiple other experiments that are discussed in this study. I'll get to them, but this is the experiment that I want to ask you about.

Do you recall reviewing this previously?

A I have reviewed this. I may need a moment to read portions we're discussing again, but we can go forward.

Q Now, this study states, "the average value

obtained for the nitrite level in the fasting gastric juice of student volunteers was .014 millimolar." Do you see that?
A I do.
Q And does that let us know for the Walters study the fasting gastric juice of the student volunteers?
A They are stating that the average value obtained for nitrite levels in fasting gastric juice of student volunteers was 0.01 millimolar, so that is what they're saying.
Q Now, right below that it says, "in a similar survey at Guys Hospital London, repeated determinations on the fasting gastric juice of a nonsmoker yielded a mean nitrite level of 0.0093." Do you see that?
A I do.
Q So they're -- they're discussing that another study on nonsmokers had a similar fasting gastric juice value for nitrite, correct?
A 0.0093 millimolar versus a .014 millimolar.
Q Now, they also discuss that "whilst corresponding observations on a smoker gave a much higher value of .16." Do you see that?
A I see that.
Q Were you aware that smokers had a much higher average value of nitrite at fasting than nonsmokers?


A So I don't know much higher or not, but they are reporting differences in numbers here that they found in this study, and they are saying that with smokers, they had higher than that average value.
Certainly with averages there's always a range and there's variability, and there can be outliers that, you know, skew the number one way or another, so with an average it can be hard to tell what the full range really is.
And there -- you know, when you're looking at averages of two groups like this, there often can be overlap between them. So based on the average number alone, it's hard for me to say smokers, you know, have higher levels. I'd really need to know what the full range of the individual values were.
Q Understood. You can see in that same statement where it shows for nonsmokers they had .65 mgs per kg with a standard deviation of .66. Do you see that?
A I do see that.
Q So at one standard deviation, they would just be over 1 mg per kg but below 2, correct?
A That appears to be what it's saying. So even these values -- even at 0.16 millimolar, you know, that's 160 micromolar, so we're still within that range of, you know, understanding/considering what's really a


physiologic level. We're not getting into, you know, 5 and 40 millimolar levels here certainly.
Q Doctor, that has nothing to do with my question. I'm -- I'm -- I'm going to walk through physiologic conditions. We'll get there.
But right now I'm simply asking about the nonsmoker at one standard deviation, it would be above 1 mg per kg but below 2 mg per kg, right? It's actually 1.31.
A Based on what -- based on what they are presenting here, I would say that looks like what they're saying.
Q And at two standard deviations, it would actually be 1.97 mg per kg, correct?
A That seems to be what it would be from -- again, from what I see here, just the data on this page.
Q Now, Doctor, at 10 standard deviations out, 10 times .66, that's 6.6, you would still have less than 8 mg per kg for the nonsmoker at 10 standard deviations out according to the way in which this data is presented, correct?
A So there can be -- we can calculate out standard deviations, but I guess -- I guess I hesitate on how far can we go out with standard deviations. I think that, you know, looking at what we have in front


of us basically, I think that it would be unlikely to get, you know, I don't know, the mean that they're reporting to get with, you know, 10 and beyond standard deviations. So I guess I'm a little confused about the --
Q That's --
A -- where we're going.
Q That's understandable. But from this data you had talked about, you didn't know if there was overlap between those two sets, so I'm pointing that out now.
In fact, that data shows that it's very, very, very unlikely for the curve for the nonsmoker to even cross the median or the mean, how- -- whatever that average is, for the smoker, correct?
A I would need to take time and analyze the data for myself and look at it.
Q So I'm not -- and you're not -- sorry, go ahead.
A I was going to say certainly there is a difference enough between the means that I could envision that, but I -- I would need to analyze the data for myself to talk about where lines might cross, et cetera.
Q Understandable. You -- you -- you keep talking about physiologic conditions of humans, so I want to

understand physiological conditions in smokers, okay? That's what I'm asking now. Because smokers are humans, correct?
A People who smoke are humans.
Q Okay. So let's look at the smokers. At fasting, in this study their -- their average level at fasting was 11.1 mg per kg, correct?
A There -- it says 11.1 mg per keg. It says 0.16 millimolars. We also -- we also noted when we discussed this study earlier that there are certainly dietary differences that even could be reflected, you know, when we're thinking about fasting, so . . .
Q Uh-huh.
A There is this difference here, but there are certainly things that influence these values as well in thinking about a study done at the time that it's done.
Q So my next question is in terms of the standard deviation, one standard deviation for the smoker would now be up to 15 mg per kg, correct?
A In that range or so.
Q Two standard deviations would be 19.9 mg per kg, correct?
A In that range. And as I mentioned, we can do certainly an exercise in math and look at all the standard deviations, but I just don't know -- even


though we can do that, you know, what's meaningful as far as what was seen in these actual participants.
Q Under -- understood.
So for smokers at fasting, they can -- there may be subjects from that data presented that are double that .16 millimolar at fasting, correct?
A There certainly is potential, but that would just be conjecture for me to say what the range may have been without having really all the raw numbers to look at. But connecting to my kind of overall thinking on this, just centering my thinking on this, again even with doubling it, we're still not getting into high millimolar ranges, so just centering my thinking as we go through this.
Q And in -- in terms of your centering on thinking, you mean we're not in physiologic conditions at the fasting levels, right?
A So we're saying .16 millimolars, so we're still in micromolar levels, and so just centering my thinking on kind of the collective literature and what we've been discussing, when I look at these data, I see that even if the numbers -- and, you know, the difference, this is likely an overestimate of what you would see in someone today. It could be a gross overestimate.
But even if it is the .16 millimolar, it's


still in that range where we are not -- people are not seeing NDMA formation. So in putting it in that broader context, certainly it's, you know, not at the level where we're getting to that supraphysiological range we start seeing a difference in result.
And, again, this could be an overestimate just based on the differences in diet over the past, you know, 45 years or so.
MR. NIGH: Can we underline the words "fasting gastric juice."
BY MR. NIGH:
Q Do you see that, Doctor?
A I see fast --
Q Fasting gastric juice?
A I see fasting, yes.
Q So do you -- do you -- it's actually above that, the one above that is speaking to it. Fasting gastric juice. And it says "of a nonsmoker," and then it says "while corresponding observations on a smoker."
They're reporting gastric fasting juices for these results, correct?
A Even your fasting levels are -- for any of us, for anyone -- are influenced by our overall health, things we're exposed to, our environment. So you're talking about smokers, contents of, you know, whatever


they're smoking then versus now. Certainly your diet even under fasting conditions has an affect on you and your overall health and what your various concentrations of things might be, so I can't disconnect this being a study from 1976 with many differences in general from the levels that we're seeing even under fasting conditions. Even with fasting there's still, you know, things that are influenced -- influencing our biology.
Q I understand that. And I'm actually going to get to a lot of different things. I'm glad you brought up, because there -- all those different things that can influence our levels, those are all things that can happen in humans, correct, that you just spoke to?
A Many things influence levels of things in humans. It depends on what you're talking about the influence is and how relevant it is, but certainly things can influence our -- our physiology.
Q So back to the smoker.
I'm not asking about if these are physiologic conditions yet, okay? Or what's supraphysiological. I'm simply asking the question that if you go two standard deviations, it almost doubles the 1.6 millimolar for the fasting gastric juice for a smoker, correct?
A Two standard deviations would increase. What

I'm saying is I don't know how relevant that is or not.
Q Okay. Now, let's look at the table. It's on the next page. You'll see the figure, Figure 1.
Now, you've reviewed this figure before, correct?
A I have, but again I'll need to take a moment to really look at it.
Q Just orient to some things here. On the left where you see the -- the zero for the -- it shows you the -- the nitrite, correct, on the left?
A Correct.
Q And there you can see that number, the .014 that we saw on the prior study, that's charted way down below on that chart, right? That's where it intersects at zero, it's .014?
A .014, the number in the -- .014 millimolar.
MR. NIGH: Can we circle that? It's actually -- it intersects at zero. Right there, yes.
BY MR. NIGH:
Q Do you see that where the -- where the cursor is on the screen right now, that .014?
A I do see the cursor.
Q And those the -- that's -- these healthy volunteers, that's their gastric -- the amount of



nitrite in their gastric fluid at fasting, correct?
A It says that fasting levels for healthy student vol- -- for the student volunteers was 0.14 millimolar.
Q Now, if you look at time, 30 minutes, we can see that the amount for those student volunteers after ingesting a meal of 410 grams containing .83 millimole, that -- that -- that's what it shows at the top describing these results, correct? See that effect of ingestion of meal of 410 gram containing .83 millimole?
A So I would like a moment just to look at this figure because I need to refresh myself. There's not a descriptive figure legend, and I just want to make sure.
Q Sure.
A Especially since -- yeah -- we had a mixup earlier. Thank you.
Q Doctor, you let me know when you're ready.
A I am ready.
Q Okay. And so this is an ingestion of meal of 410 grams containing .83 millimole of nitrite, right?
A Provide -- containing 80 grams of luncheon meat that they say provides nitrite of .83 millimolar.
Q And so it's -- and the words are "effect of ingestion of that meal." That's the beginning part of this figure, correct?
A That's what it says.



Q And so in less than 30 minutes after ingesting this high nitrite meal, the average for these volunteers went from way down below a .014 up to .3 millimoles, correct?
A They are showing an increase in gastric nitrite, and that number is -- it's below .3, but it is higher than where they started.
Q It's almost 20 times higher 30 minutes after ingesting a meal of 410 grams than it was at fasting, correct?
A Or so. I would say around that.
Q Now, Doctor, what if this had been smokers that started at point .16 on average and went 20 times higher after -- within 30 minutes after eating a high nitrite meal, what would their amount of nitrite be in their stomach after eating a high nitrite meal?
MR. FRIEDMAN: Objection to form.
A I couldn't say. If the data aren't in the paper, I couldn't say. I can't -- there's no way for me to know what that would be.
Q Have you seen any paper that tells us for a smoker, after eating a high nitrite meal, how much nitrite is in their stomach?
A So I've not seen it specifically in the context of smokers, however -- or that I recall. But with that,



again, I don't know what their levels would be. I don't know -- they're starting at a different level according to Walters, I don't know what the increased level would be. It would be complete speculation. I have no idea if it would be the same magnitude or not. There's no way to know without the data.
Q Right. There is no way to know without the data. So -- and that's my point. Have you seen that data?
A I do not recall seeing those data, but I -- what I will say is even with an increase, and we're starting at this .16 millimolar, it's still -- centering my whole thinking, it still would not get us to that 5 and 40 millimolar level that we're talking about of nitrite.
Q If it actually multiplied by 20, you would now be over 3 millimoles, correct? If you took .16 and multiplied by 20, that would be 3.2 millimoles?
A If you take .16 and multiply -- multiply it by 20, yes, that would be 3.2.
Q Now, to be fair -- sorry. I didn't realize you weren't done.
A I don't know -- I cannot -- that's another -- another math exercise. I don't know about what happened to the person. I have no data to show me that that

Page 114

would be the increase, but from a mathematical perspective that's what -- yes.

Q Right. To be fair, we don't know if this exercise, taking a smoker and then measuring their nitrite 30 minutes after a high nitrite meal, if it would be multiplied by 20, if it would be multiplied by 10, if it would be additive or if it might actually be multiplied by more. We don't know by looking at this figure or this study, correct?

A I believe we have no reason scientifically to believe it would be more. But, again, I'll go back to these are likely gross overestimates of what you would see in people. And now we're talking about, you know, fasting levels being higher and then the meal when we know components of, you know, food are different.

So I just really don't find marked value in extrapolating these data from the '70s to now, or to even, you know, a couple decades from then, I think there are differences and this is likely an overestimate.

Q Now, Doctor, to be fair, you didn't do any research to see how the amounts of nitrite have changed for stom- -- for smokers over the decades, right? Gao doesn't say anything about that either, right?

A So I've -- I have not specifically researched

Page 115

smokers and nitrites. But what I will say is I think that it's pretty widely understood through, you know, literature, conferences, scientific discussion, that there are differences now in our overall exposure to nitrites that are very different from then.

And I think it's just very difficult to extrapolate these data to a situation, you know, outside of 1976 essentially.

I don't know what the numbers would be, but I -- but this based on what we know about nitrite exposure is likely an overestimate -- a gross overestimate of what the levels actually would be in someone if we measured today.

Q Doctor, have you seen data that shows that patients that have GERD have higher amounts of nitrite in their stomach at fasting levels than people that don't have GERD?

A I'm -- I'm happy to look at those data to make sure that we're talking about the same thing and I know exactly what you mean by higher. So if you would like to pull up those data, please do.

Q I -- I'm actually not pulling up data for any of these questions. I just want to know if you've reviewed a study or if you're aware of any that -- or if you even considered the issue that patients that have

Page 116

GERD have higher amounts of nitrite at fasting than patients without GERD?

MR. FRIEDMAN: Object to form.

A So -- so I think that there are various physiological situations and diseases that we can envision or that, you know, may -- even there may be data that there are differences between people. And that's true for any outcome. There can always be differences between people based on disease state and pathophysiology.

But I think what becomes important is putting that in the context of what's actually biologically meaningful. So just because there's an increase in something doesn't mean it will change the outcome.

And so I just -- I'm not, you know, able to speculate on what -- some difference between people or some pathophysiological, you know -- what, you know, that might be do. I think there are always going to be differences, but there certainly is something that's defined as the physiological range, and that's taking into account studies that have looked at various people.

So even if someone can have an increase, or a certain groups can have an increase, it's not a boundless range of possibility. It's not boundless, the possible amount of nitrite that might still be there.

Page 117

There still is a very finite range that you would actually observe in a person. And I think that that's important to discuss and to think about in the context of differences between people, higher, lower.

It's not boundless. There is a physiological range -- range that's finite, that we know about, we can define as physiological, and we have to think about any science I think in that context only and not the hypothetical what maybe what someone might be able to imagine.

Q Doctor, move to strike as nonresponsive.

I asked a simp- -- just one simple piece of a question. I'm going to get -- I'm going to build on top of it. That's my choice to do as the person asking the questions.

My question simply is have you reviewed any studies that show that patients who have GERD have a higher amount of nitrites in their stomach at fasting than patients who do not have GERD? That's all I'm asking.

A And what I responded was that I have seen and there -- and I reviewed -- there can be, as we just saw here with smokers, physiological differences that lead to different levels.

I asked if we're going to talk about a scenario

to look at the data to understand what you mean by "higher."

I certainly can't recall all the data that I've looked it, but there can be differences, but I think it has to be in the context of what's really possible physiologically. It's not boundless. And I would be happy to discuss specific data if we can pull that up.

MR. NIGH: Okay. I move to strike as nonresponsive.

BY MR. NIGH:

Q Do you not know that as you're sitting here right now that patients who have GERD have higher amounts of nitrite in their stomach that -- at fasting levels than patients that do not have GERD?

MR. FRIEDMAN: Objection to form.

A I really would want to look at data. I don't know that -- I -- I do know that there's variability, and there could be a difference in studies. Studies may see differences in medians and means.

But if you're asking does -- you know, does any given individual with GERD necessarily have a higher level at fasting, we really would need to -- I would need to look at the data to be able to make that conclusion.

MR. NIGH: And can we put that Walters study back up with that figure?



BY MR. NIGH:

Q My question is, for GERD, if patients had a higher amount of nitrite in their stomach at fasting, could they also go higher than healthy volunteers after -- 30 minutes after a nitrite meal?

MR. FRIEDMAN: Objection to form.

A And what I've been saying is that I can't speculate on levels of anything. Any biochemical reaction, including this, I would need to see the data to know what the increase, what the level might be there.

There's so many things that influence levels of things that I just can't, with any certainty, scientifically say that they would have levels above or -- I really would need to see data, to look at data.

Q Well, Doctor, that -- that study doesn't exist, right? There's not a study that shows patients with GERD and then looks to see what their levels are 30 minutes after a high nitrite meal, right?

A I do not recall such a study, but I would need data to make any conclusion about, you know, what might happen there.

Q Now, what about achlorhydria; patients with achlorhydria at fasting have been demonstrated to have



higher amounts of nitrite in their gastric fluid than patients without achlorhydria. Have you seen that study that demonstrates that?

A I did not review that study. I'm happy to look at data, but, again with -- I just -- the term "higher," I think that, you know, we have to think about -- scientifically higher doesn't really mean anything to me. We have to think about what the actual levels are, what the range are.

And I'm not trying to be unresponsive. I'm just trying to say that there's not a boundless range. And I think to use "higher" is not really scientific. We need to know what range we're looking at. There is a defined physiological range, and that matters. I think we can't ignore that.

Q And, Doctor, if a patient -- or if -- if -- if -- if people with achlorhydria start out with a higher amount of nitrite at fasting, isn't it possible that their levels could be much higher than the healthy volunteers after eating a 30 minute nitrite meal?

A I don't know about the experiment. And again, "much higher," I don't know what "much higher" means. That's -- it's not scientific. Much higher still -- within what range?

Q Well, you haven't seen that study, right,



because, Doctor, did -- are you aware that study doesn't exist, that they -- that they have not measured patients with achlorhydria 30 minutes after a high nitrite meal and seen how much nitrite is in their stomach, correct?

MR. FRIEDMAN: Objection to form.

A So I have not seen that study, but just from a pharmacology perspective, you know, we're -- when we're looking at, you know, a reaction or biochemistry, metabolism, we're not looking at every potential patient population that could exist.

I think we understand enough about biology to know still when a reaction might be sensitive to a certain pathophysiology and when there's no scientific basis for testing that, because that's what's important, Is there a scientific basis for needing to test that.

And, still, even with that, even with someone having some pathophysiology, there's still, as I mentioned, is going to be some physiological or finite range of what's possible. It's still biology, and it's still biochemistry.

Q Doctor, ranitidine users oftentimes have GERD and/or achlorhydria. Are you aware of that?

MR. FRIEDMAN: Objection to form.

A I am not a physician, but I do know that ranitidine is used for gastric associated diseases and

disorders.
Q Did you consider that as you formulated your opinion on what is supraphysiological levels of nitrite that ranitidine users have GERD and achlorhydria?
A So I considered what was known about levels that have actually been measured in people, and we've talked about, you know, those levels, and that's also reviewed in the Gao study.
In thinking just generally from the perspective of pharmacology, I do not envision or know of a pathway that would be involved potentially in this process if there was endogenous formation, which as I said in my opinion there is not, but that would suggest that there would be any difference in the biochemistry of those folks, their ability to convert something to something else versus someone that doesn't have that disease.
So I think there has to be a scientific basis, and I, in my just reading and reflecting on my general knowledge and understanding of pharmacology, just didn't see a scientific foundation that we would expect for a difference there.
Q Doctor, are you aware that -- that people, humans, can have achlorhydria and be a smoker?
A I said I'm not a physician or epidemiologist, but I would assume there are people with many diseases



who do smoke, so that could be a possibility. But even with that, without having the data, I think it's hard to know what the impact would be, but it's not boundless.
Again, we have enough data on endogenous levels of nitrites to know that there is a range and that the range is lower than what we're seeing in many of these experiments, like the ones we were just talking about.
And so it's -- it's not boundless. There is a range. And I think even with a disease, it's important to stay founded in the science which tells us there is a real physiological range, and that's what's important to consider.
Q Doc- -- Doctor, what is the amount of nitrite in the population of people that would be a smoker and achlorhydria after -- 30 minutes after eating a high nitrite meal; do you have any idea what that would be?
MR. FRIEDMAN: Objection to form.
A So I would say it hadn't -- it has not been measured directly, but if I had to, you know, guess, I'd say it's within the physiological range, within the range that's been shown to be possible in a human being.
Q How can you make that statement? Like what reference are you referring to to suggest that somebody who has achlorhydria and a smoker, that there's some endpoint in your mind as to what their nitrite would be



in their stomach when it hasn't been studied?
A So --
MR. FRIEDMAN: Objection to form.
A So I think -- again, my opinions and reflections come from my experience as a scientist, as a pharmacologist, that when we look at, you know, any of these types of biotransformations or reactions that occur, we don't see marked differences generally between people with, you now, one disease state or another because -- certainly there's differences of biology between people, but there's still a limit on the possibility of the biochemistry and the biology.
So I have no reason -- there's -- there's no scientific evidence -- not only the study hasn't been done, but there's just no foundation to me in the reality of chemistry or biochemistry that there would be a marked difference in people who smoke and also have a gastric associated disorder.
Q I'm sorry, I don't understand that answer. We -- we -- we looked previously that smokers in this Walters study, that they have higher levels of nitrite in the fasting, right, than nonsmokers?
A They do.
Q And you're not aware of achlorhydria patients having higher levels of nitrite in their stomach at



fasting than the -- than healthy patients, right? I think earlier you said you weren't aware of that.
A Uh-huh.
MR. FRIEDMAN: Object to form.
A So we do. And so to revisit that 0.16 millimolar, what I said previously, and we kind of deviated from but to come back to it, is that is still within and very close to that defined physiological range. We I think talked about earlier, people have seen, you know, .3 millimolar after a high nitrite meal. These are things that have been observed.
What I'm saying is once we start talking about what if we go twenty-fold higher, for instance, you know, numbers -- the numbers still are -- there's a range of possibilities, and it's not boundless. And so even this .16, yes, they're reporting that for higher value, but it still is within that window of what we talked about as being physiologically relevant.
Q At fasting levels, but not -- we don't know after a high nitrite meal, right?
A We don't know, but we have no reason to believe that it would be beyond physiology.
Q Do you not -- do you not get any reason to believe by seeing this graph that shows how much they jumped up after -- the healthy volunteers jumped up

after having a high nitrite meal, that smokers could also jump up after having a high nitrite meal?
MR. FRIEDMAN: Objection, form, argumentative.
A So I do see that increase with smokers as we talked about. We don't have that exact study, but I said my thoughts are grounded in my deep knowledge of pharmacology and biochemistry and the fact that there's no reason that I know of scientifically based on even the basic fundamental science that we would expect there to be some now outside of the bounds of physiology level.
Q Understood. Doctor, if we can go to the prior page, 183, I'm going to pull -- I'm going to pull it up again. I'm going to pull up the -- you had -- you pointed it out, the 80 grams of luncheon meat.
MR. NIGH: If we can blow that up.
BY MR. NIGH:
Q You see that, 80 grams of luncheon meat?
A I do.
Q So there's been a lot of discussion -- you pointed out in the Gao study about how they talked about this 80 grams of luncheon meat, correct?
A Yes, I see the 80 grams of luncheon meat.
Q Doctor, have you seen a can of luncheon meat before?


A In my life, I believe so. Not in 1976, but I've seen luncheon meat, yes.
Q Now, are you aware that 80 grams is just one serving size in a can of luncheon meat that can have multiple serving sizes?
A I don't -- I'm not a nutritional scientist I said previously, so I don't know what the serving size of luncheon meat is.
Q Doctor, have you ever seen people that eat -- open a can of luncheon meat, and they eat the whole can?
A I honestly don't -- I don't -- I've probably seen someone eat luncheon meat. I honestly don't recall seeing someone eating luncheon -- luncheon meat or knowing how much they ate, so I think that's outside of my scope.
Q So as you examined -- as you examined what Gao had to say about this luncheon meat, you didn't know anything about the serving sizes or how people would typically eat this luncheon meat if they actually decide to eat luncheon meat, correct?
A I know how they did the study because they're presenting it here. And the study they're basing their data on, it's a controlled study, and so this is -- the method is what I have here.
Certainly different people have different, you


know, eating habits. But as we've been talking about, there's still, you know, certain physiology that exists.
Also I would say this luncheon meat is probably very different in nitrite levels than luncheon meat that we would eat now as we also talked about earlier.
Q I understand that. We'll get to that variation.
But, Doctor, if they had eaten six times the amount of luncheon meat and actually ate the whole can, instead of 80 grams, it's 480 grams -- if they had actually eaten much more luncheon meat than the 80 grams, couldn't their nitrite levels have gone much higher in the stomach 30 minutes after eating that?
A I don't know what the levels would be if they ate much more luncheon meat.
Q Well, is there any -- anything in your experience that you could examine that and realize that more nit- -- more sodium nitrite in the food would lead -- in a higher concentration of that would lead to a higher amount of nitrite in the stomach?
A It would be conjecture for me. As I said, I'm not a nutritional scientist. It would be conjecture. Their, you know, reactions are saturated. I don't know if this is linear. I have no idea what would happen that it would be an increase. It may not be an


increase. It may or may not, I . . .
Q Well, Doctor, don't you think that if you wanted to give the opinion as to what physiological conditions were in the 1980s, that it would be important to understand how much luncheon meat people may eat at a time and what affect that may have on their sodium nitrite or their nitrite levels in their stomach 30 minutes after eating that food; wouldn't that be important to understand?
MR. FRIEDMAN: Objection to form.
A I think the right thing to do is a controlled study like they did. That's how we do science. If you want an interpretable conclusion, you have to have a controlled study.
They gave people the same diet. They reported what that was. That's the way that you do science, it's the way you make a conclusion. There will be lots of things for any given person that influence anything going on in their body, any reaction beyond, you know, how much they just ate of something. There are lots of things involved there.
So the only rigorous way to really understand a potential outcome from something is to control it, and that's what they're describing here.
Q Now, Doctor, are you aware there are actually

foods that have more sodium nitrite in them than 80 grams of luncheon meat?
A As I said, I'm not a nutritional scientist, so I -- I think that's far beyond my scope.
Q Are you aware that when people barbecue and they inject barbecue into the -- the meats, that they have the capability of getting much more sodium nitrite in their foods than the .83 millimolar that's discussed here, even today?
A I'm not a nutritional scientist, so outside of my scope. Even though I know cooking can affect nitrite levels and even can lower it, but this is outside of my -- my realm.
Q And -- and, Doctor, are you aware that people when they salt there fish -- have you ever -- have you ever seen people who eat salted fish?
A I don't know, but probably.
Q Okay. Are you aware that when people prepare and salt their fish or they buy prepared salted fish, that it can sometimes be capable of having sodium nitrite well above .83 millimolar even today?
A So --
MR. FRIEDMAN: Objection to form.
A -- I'm not a nutritional scientist. I imagine somewhat above, but it could also be somewhat below. I



mean, I think any of these things can go in any direction.
Q Now, Doctor, do you know what the impact would be if somebody ate a full can of luncheon meat, was a smoker, had achlorhydria and how much sodium nitrite might be in their stomach 30 minutes after eating that high nitrite meal?
A I do not know, but again, I have no reason to believe it would be outside the bounds of physiology.
Q I'm sorry, what -- what are the bounds of physiology?
A What we -- people have been able to measure in people. I have no reason -- I said it's -- none of these levels of anything are endless. They're always -- it's a finite range of any molecule you can measure in a person, and so we have -- there's a physiological range, and so I imagine it would be within that range.
Q Doctor, you had mentioned in your report that the Thomas 1987 study that they found that ranitidine use increases the nitrite in a person's stomach at fasting levels, correct?
A I'm going to go to my report.
Q Sure.
MR. FRIEDMAN: And, Dan, if you're going -- I don't know if you're going to a new topic to talk



about, but if we could take a break for lunch, that would be great.
MR. NIGH: Could you give me about five more minutes?
MR. FRIEDMAN: Sure. Sure.
MR. NIGH: Okay.
A All right. So I have my report up, and they revealed, let's see, no significant increase in levels of N-Nitroso compounds in gastric juice following ranitidine administration including after long-term administration.
Q Right. So the Thomas 1987 study they found that people using ranitidine had higher -- statistically significant higher levels of nitrite in their gastric juice, correct?
A They do mention higher levels of nitrite. However, still even with that, they did not see an increase in levels of N-Nitroso compounds in gastric juice, so even with the increase, they didn't see an effect on outcome.
Q I understand. Did you recognize that that study didn't employ a high nitrite meal?
A They did not employ a high nitrite meal, but still asked and answered a scientific question about administration of ranitidine and whether they did see



formation of N-Nitroso compounds. They were able to detect those compounds, but they did not see an increase.
Q Right. And there are many N-Nitroso compounds, correct?
A There are.
Q Not just NDMA?
A There are many N-Nitroso compounds, but NDMA is certainly included in there, and so they did not see an increase in gastric juice following ranitidine administration which is definitely in agreement with what we've been talking about about, you know, no endogenous formation in NDMA.
Q Doctor, are you aware that there are some N-Nitroso compounds in the human body that are present a thousand-fold, in -- more than NDMA in human bodies?
A I'm aware that N-Nitroso -- that there are many N-Nitroso compounds and that there can be a range of levels that have been seen in people. I think within the human body that's too broad. I need to know where you're -- where we're looking and which compound we're talking about.
But, yes, there are a range of concentrations found of N-Nitroso compounds in your body, but still there's -- it's not indefinite. It's not boundless the

Page 134

levels that we can see of anything in any human body.
MR. NIGH: Okay. Let's go ahead and take a break.
THE VIDEOGRAPHER: The time is 16:27 UTC. We're going off the record.
(Break taken.)
THE VIDEOGRAPHER: Stand by to go back on the record.
We're back on the record. The time's 17:24 UTC.
BY MR. NIGH:
Q Doctor, I want to look at your report on page 23, coming back to your discussion on the Krawczynski. And I want to ask you about the second to last sentence there under the Krawczynski.
So if we can go ahead and put Exhibit 6382, that's your expert report --
MR. NIGH: The next page, please. Yes. And then let's blow up the last couple sentences there. Yep.
BY MR. NIGH:
Q Doctor, that's where -- that's where I'm at. I want to ask you about this sentence that you wrote. "Indeed the authors report high inter-individual differences in nitrosamine levels, and this is likely

Page 135

due to the lack of reliability of the analytical method and lack of control for exposure to other nitrosamine sources prior to testing such as diet."
Do you see that?
A Yes, but excuse me, it was breaking up for us the first several seconds, so I'm sorry, can you start over again, it was --
Q No problem. So I'm reading off this sentence where it says, "indeed, the authors report high inter-individual differences in nitrosamine levels, and this is likely due to the lack of reliability of the analytical method and lack of control for exposure to other nitrosamine sources prior to testing, such as diet."
Do you see that?
A I do.
Q Okay. And why would it be a problem to have high inter- --
Well, first off, what -- what do you mean by "high inter-individual differences"?
A That there was a lot of variability in the levels that they observed between the participants.
Q Okay. And why would it be a problem to have a lot of variability observed between participants in the study?

Page 136

A Well, it can be hard to draw firm conclusions, and so that's why I kind of went on to say that that was really underlied by the use of GC-MS, and also that there wasn't control for the diet, and really when you do a study involving human participants, you want it to be controlled. And so if you do see variability, you know that it's not due to anything that could have been under your control essentially.
So with this, it's just really difficult to draw conclusions because there were differences in levels observed between people that wasn't clear what the cause of that was, whether it really was biological or whether it was the method or whether it was just they were on all different diets, so hard to draw conclusions from it for that reason.
Q When you have high inter-individual differences, it -- is it -- is it -- if I'm understanding you correctly, it -- it could call into question the reliability of the study?
MR. FRIEDMAN: Objection to form.
A Potentially depending on why, so if it's -- if the study has been well controlled, you controlled all the variables that you can and you see differences then, maybe there's some biological mechanism there that's interesting. But if you see variability and you didn't

Page 137

control the study and used a method that we know is not reliable for this purpose, then it just means you don't know what that variability means. Is it biological, or is it design of the study introduced variability? And so you can't draw conclusions from that.
Q Now, right above that you say "if any ranitidine were still present, the high heat used during gas chromatography may have caused artificially high levels of NDMA to be generated through the method itself." Do you see that?
A I need to find that sentence.
Oh, I see it, yes.
Q Do you see that?
A Yes, I do see that, sir.
Q So right before that part of your sentence you say, "furthermore, although it is unlikely the samples tested contained ranitidine due to the extended period between treatment and analysis."
Why -- why would it be unlikely that those samples tested contained ranitidine?
A Well, I think because prior to that, higher up we're saying -- we're talking about the elimination half life, and so with the elimination half life and when the sampling was done, the ranitidine we'd expect to mostly be eliminated.

There could be -- if any ranitidine were still present, it could some amount potentially present, but that we're just beyond kind of the time that we think there would be an abundance of ranitidine based on the elimination half life. But here we noted -- I noted as half life of approximately two hours in children.

Q So if there weren't any ranitidine still present, then what would be the problem with the GC-MS used in this study?

A You would have to know -- because that's -- because you don't know, so you would have to know and feel pretty confident then that there was no ranitidine. And I think that's what we're saying.

We expect that most of it, you know, would be removed based on the elimination half life, but we don't know. They didn't directly measure it, so we don't know if there is something there that's still present, and that's still a variable just because it's an unknown.

Q I want you to assume that there were not any ranitidine still present for the question. What would be the problem in this study then using gas chromatography?

MR. FRIEDMAN: Objection to form.

A Well, I mean, I'm a scientist. I can't make any assumptions. I'm going off of this, and there's a



possibility that there could be ranitidine still present. We don't know that there was no ranitidine present.

Q So you're -- you're -- you're telling me right now that you can't make the assumption as an expert when I ask I want you to assume that there wasn't any ranitidine still present in the Krawczynski, that you're unable to make that assumption?

MR. FRIEDMAN: Object to the form.

A I'm saying that I need to at the data before me and the information I have before me, and here there is an uncertainty about whether there may have been -- whether there was or was not any ranitidine present.

Q I understand. I want you to assume that there was not any ranitidine still present. If that assumption is true, what would be the problem with using gas chromatography in this study?

A So if there's no ranitidine present, then they weren't dosed ranitidine. I mean, then if you're looking at a study that has nothing to do with ranitidine, then, sure, you can use this method to measure (Zoom interference) --

If you're talking about -- if you're asking me if you have a sample that you have tested vigorously and you're 100 percent confident that there is no ranitidine



there, if you have such a sample, which is not what we have here but a hypothetical sample, then you could use this method, but that's a whole different question.

But if you're asking about a sample we know is pure and has absolutely no ranitidine, and that's been tested, measured vigorously, then -- then you could use this method depending on what your question is in that case.

Q Okay. Let's go to the Florian study, 2021.

MR. NIGH: LP 345. This will be marked as LP 6387.

(Bumpus Exhibit 6387 was marked for identification.)

A And I'll just note that I do now have this study printed out and in front of me to make sure that I have it to really reference while we discuss it.

Q Okay.

BY MR. NIGH: Let's take a look at E7. And table 3, if we can go ahead and blow up table 3.

BY MR. NIGH:

Q And I want to highlight where it shows non-cured meats diet, median IQR for the NDMA 24-hour urinary excretion. Those levels show 0.6 -- yeah, right there -- 0.6 to -- and then 10.5 for the median for placebo. Do you see that there?



A I do.

Q Doctor, do you have any explanation as to why the placebo individuals would have nearly 20 times the amount of NDMA after -- in their urine after eating non-cured meats diet than the ranitidine individual -- the people taking -- or the -- when they were taking ranitidine?

A In looking at these data, I do not know why the placebo had higher levels of NDMA, but it was certainly consistent. In the non-cured meat diet and in the cured meat diet, that trend was the same.

And so I think the study question they were asking, is there endogenous in the NDMA, I think it's answered in the fact that they see actually even more in the placebo in the cured meat and the non-cured meat.

Q Well, if the question is is there NDMA that's forming after a high nitrite meal, is there any understanding as to why there would be nearly 20 times the amount of NDMA for the placebo group than the ranitidine group for non-cured meats diet?

MR. FRIEDMAN: Objection to form.

A So NDMA was detectable in both ranitidine and placebo in the 24-hour urine sample in the non-cured meat diet. I do not know why the placebo had more. But again that trend holds up in their cured meat and

non-cured meat, and so it really does seem to suggest that whatever NDMA formation they're seeing in this study is not driven by the presence of ranitidine.

Q Right. But do you have an explanation as to why when individuals -- when they were eating a non-cured meat diet that they would happen to have 20 times the amount for placebo compared to ranitidine?

MR. FRIEDMAN: Objection, form, asked and answered.

A I don't have anything to add to my previous response.

Q So you -- you really have no suggestion as to why it would be 20 times higher for the placebo group than the ranitidine group?

A I don't know why it's higher, but, again the trend, it holds up across both groups, and it to me really demonstrates ranitidine is not driving any NDMA formation.

Q Well, do you have any explanation that somehow ranitidine would cause there to be 1/20th the amount of NDMA showing up in a person's diet when they're not eating cured meats -- I mean, showing up in their urine when they're not eating cured meats?

MR. FRIEDMAN: Objection, form, asked and answered. 1/20th, 20 times, same question.


MR. NIGH: It's different.

A So the placebo being higher shows up in cured meat and non-cured meet. Definitely the ratio is higher in the non-cured meat, but I cannot take away from that that then the ranitidine is suppressing something.

All I can take away from it is that ranitidine is not driving NDMA formation. There is not endogenous formation in NDMA for ranitidine.

In these participants -- and this is a crossover study, right, where participants are getting both placebo and ranitidine, and we're still seeing this trend, so it makes it more plausible that what we're seeing actually is -- is real.

Q Well, if you're actually trying to see whether or not -- whether or not the high nitrite meal with ranitidine use can cause NDMA to break down inside -- inside the stomach, isn't it a problem that the control for that question, non-cured meats diet, is radically different between the placebo and the ranitidine?

A So I wouldn't call even a twenty-fold increase radically different. I think in biology we can see ten- and twenty-fold differences in things, especially looking at reactions, so I wouldn't classify it as radically different.

I think that it answers the


question definitively, the question of is there endogenous formation. I think that this very definitively answers that question, that there is not endogenous formation.

The way to do it was the placebo control. You have to have a control, and so they did placebo control, and as I mentioned, a crossover study, so people served as their own control essentially, and this is the result, and you see the same trend in both of these groups which suggests there is something there. And, in fact, you're not seeing any endogenous formation in NDMA. There's no more rigorous way in my opinion to design this study to answer the question.

Q You said biology, you can have ten- to twenty-fold increases in things that can just happen with biology; is that what you said?

A I said I wouldn't call -- I forget the word that you used. It was something to indicate that that was an incredible difference, and what I'm saying is that it's something that can be observed. We can see twenty-fold differences in the expression of protein or levels of a molecule that I wouldn't -- it doesn't -- it's not something that strikes me when I can see 200-fold differences or a thousand-fold differences sometimes in something we might be looking at.


So I would say that these are on par. You have a lot of participants. Certainly if we're looking at the numbers where there is overlap between them, and the key point really is the trend is the same between non-cured meat and cured meat.

And that in the placebo group itself with -- with cured meat, it's higher than in the non-cured meat, so certainly you do see that there is an effect of diet and having the cured meat diet, but you're not seeing NDMA formation that's driven by ranitidine.

Q These 18 subjects had a lot of inter-individual differences in terms of the amount of NDMA that was seen in their urine and their plasma, correct?

A There is a range.

BY MR. NIGH: We can go ahead and take this down. I want to pull up the report again.

BY MR. NIGH:

Q And if we can go to page 11, and we see this paragraph where it says "the criticisms noted by the plaintiffs' experts are a reach and largely --" the parallel "-- and largely parallel to writing."

Do you see that paragraph here?

A I do.

Q I want to ask you about the sentence where you say, "there's no scientific basis for performing the

studies in participants who could not be considered healthy. In fact, to the contrary, since many common diseases impact the liver and/or blood flow thereby decreasing metabolic activity, there is no scientific reason to expect that reactions related to the transformation of a drug would occur in nonhealthy populations when they do not occur in healthy populations."

Do you see that statement?

A I do.

Q Doctor, are you aware of any studies where reactions related to the transformation of a drug were demonstrated in non-healthy populations when they did not occur in healthy populations?

A So what I've seen, for instance, if you have people with liver failure, you will see that they are not able to carry out many of the same reactions a healthy person could.

As far as going the other direction, I mean, certainly there's certain diseases that are driven by something happening, you know. Someone with cancer has a tumor, you know, obviously their cells are growing unchecked. So there are those types of things that can occur.

But as far as a -- a biochemical reaction that



would occur in response to a drug only in a disease population, in the context specifically of a medicine being biotransformed, I don't know of anything going that direction, in the context of a medicine being biotransformed a certain way, only in people that have disease, unless it's a loss of ability to perform that reaction.

Q Doctor, did you do a comprehensive literature search to address whether any studies demonstrate -- where reactions related to a transformation of a drug were demonstrated in non-healthy populations when they did not occur in healthy populations?

MR. FRIEDMAN: Object to the form.

A This is the literature that I follow. I've been working in drug metabolism for 20 years thinking about biotransformation and modification of molecules, so this is based on my experience in the field. Through the thousands of papers I've read and the conferences I've attended and my own work all form the foundation for that opinion.

Q So when you went to write this opinion, other than your prior experience, did you do a comprehensive literature search to address whether there are any studies where reactions related to the transformation of a drug were demonstrated in non-healthy populations when



they did not occur in healthy populations?

A I'm always reviewing literature, so I feel very confident that I'm familiar with those literature.

Q How would you conduct such a search if you were trying to find out whether or not there are any literature articles that demonstrate that there are reactions related to transformation of a drug were demonstrated in non-healthy populations when they did not occur in healthy populations? How would you conduct such a search?

A Well, for me my searches, I'm -- there are certain journals that I always read cover to cover from oncology journals, general science journals. I'm always reading papers about P450s, papers about biotransformation in general. So I kind of just always have the literature that I'm reading that's coming to my inbox.

I think if your goal was to do a search very specifically, I think that's probably where you would start is reading the literature that's out there about just transformation of drugs, and that's literature that I read routinely.

Q Is that what you think of in terms of the wording "comprehensive search for literature" is that that is reading journal article or reading periodical



publications as they come out suffices as a comprehensive literature search?

MR. FRIEDMAN: Objection to form.

A So what -- so what I feel also and what I always teach my students at Hopkins, our med students and our Ph.D. students, that's actually the best way to get a comprehensive approach because keywords don't pick up everything. There might be a paper about something that's not listed in the keywords. There might be a line in the paper that's important that's not in the keywords. So you certainly should have things you always follow. You kind of -- you search for this field or that field.

But the way to really know science and the way to really understand the -- and have your finger on the pulse of what's known and what's going on is actually to read broadly because papers that may seem to have nothing to do with the topic oftentimes can.

So I would say just pick 10 keywords and that's, you know, what I'm going to read actually is not being very rigorous and it's not being a great scientist. I think you have those areas you read in, but that you also should have many leading journals: Science Nature, Nature, Cell, the top journals, Journal of Biological Chemistry, Journal of Pharmacology,

Experimental Therapeutics, Nature Medicine that you read cover to cover. I think that's the way that you do outstanding science. You make sure that you really know what's going on.
Q Okay. So other than reading broadly and reading those journal articles cover to cover, when you started work on this ranitidine project, did you ever utilize keywords to search the question of whether or not there are any studies where reactions related to the transformation of drug were demonstrated in non-healthy populations when they did not occur in a healthy population?
MR. FRIEDMAN: Objection to form.
A So what I was trying to get at earlier, it's almost that there's nothing to search, so you're not -- you don't create a new enzyme because you have a certain disease, for instance. You don't just start performing new reactions that other people don't perform.
As I mentioned, it goes the other way usually where your organ is failing, for instance, or your blood flow is different, and so now you don't have the same capabilities biochemically as others.
So there's -- there's no comprehensive literature search to do around something that is -- is not described in biochemistry, that's not plausible that


you would carry out new reactions because you're obese, for instance.
And so I -- I just -- I try to stay in the foundation of, you know, the science.
Q So when you say there's almost nothing to search, does that mean you can't think of any keywords to utilize for a search of whether there are any studies where reactions relating to the transformation of drug were demonstrated in non-healthy populations when they did not occur in healthy populations?
A I mean, there are no keywords to search for something that I think goes against the dogma of biochemistry.
Q Doctor, for the Gao study, did they look at concentration of amino acids at all?
A I have that paper. I would need to look really quickly at it to see.
MR. NIGH: It's LP 346, and this will be marked as Exhibit 6388.
(Bumpus Exhibit 6388 was marked for identification.)
BY MR. NIGH:
Q Doctor, do you have this one printed out as well in front of you?
A I do. I have that in front of me, and I also,


as I mentioned, have the Florian study. Those are the two that I now have.
Q Okay. Do you see where -- did they ever look at the impact that amino acids may have in simulated gastric fluid and ranitidine?
A I don't recall them mentioning that, but amino acids aren't a standard part of the model.
Q Doctor, do you know -- have you reviewed any literature that demonstrates whether or not amino acids may affect the nitrosation of a drug?
MR. FRIEDMAN: Objection to form.
A So, yes, there are some data that talk about the ability of a specific amino acid to be involved in nitrosation. However, if you're doing your experiment in a simulated gastric fluid system that's trying to recapitulate the human stomach, then adding additional factors that may have an influence, it's -- that's not -- you know, that's not an experimental model system. You're trying to here simulate the human stomach.
Q Which type of amino acids have been demonstrated to potentially affect the nitrosation of drug?
A I believe prolene, that there's literature around that that I've come across in my time. But,


again, if we're simulating stomach situations, simulating gastric fluid, then looking at amino acids is not part of that model.
Q Doctor, if we take a look at page 9 of 11 --
First off, this -- this document was published in JAMA Open, correct?
A JAMA Network Open.
Q Okay. Not the JAMA publication itself?
A There is a JAMA journal that's separate, and this was published in JAMA Network Open.
Q And then the -- do you see this disclaimer? And it says, "this manuscript reflects the views of authors and should not be construed to represent FDA's views or policies." Do you see that?
A I do see that.
Q Were you aware of that disclaimer?
MR. FRIEDMAN: Objection to the form.
A I mean, I saw it in the manuscript. It's a really standard disclaimer that scientists use. It's very standard. I think --
I'm sorry, can I add one thing?
Q I didn't know you weren't done. Go ahead.
A I'm sorry, I was thinking for a second.
At the same time I have read, you know, postings from the FDA referring to these studies as, you

know, center for drug evaluation and research work, so I have seen it referred to that way. But this is standard language that, you know, journals pretty much require that most academic and government employers often require as well.

Q I want to go back to your report again on page 11. I'm sorry, it's not page 11. It's page 18.

At the top of the page it states -- I'm sorry, not the top of the page. The "plaintiffs' experts' criticisms of the Gao and Florian studies."

MR. NIGH: We'll blow that paragraph up here.

BY MR. NIGH:

Q It says the "plaintiffs' experts' criticisms of the Gao and Florian studies echo criticisms from commentary from White & Hernandez published in JAMA in 2021." Do you see that?

A I do.

Q Doctor, you don't have any reason to believe that these authors, White & Hernandez, or any of the authors, have any connection to any of the plaintiffs or any of the plaintiffs' attorneys, correct?

A I don't know who is connected to who. But what I was going off here was in some of the reports, I believe, a statement about an agreement with White & Hernandez, and also I know that subsequently White &



Hernandez themselves published a -- you know, an editorial -- a letter to the editor in response saying that their critiques were unfounded actually after the FDA's responses to their commentary.

So that's really where I was coming from with this as far as the validity of these questions being raised.

Q You believe they retracted the following statement that you put in here where they discussed that White & Hernandez raised several hypothetical scenarios of questionable biological relevance or likelihood, and that the one -- this specific example, for instance, the authors speculate that an obese person with a 2 liter stomach volume could form appreciable levels of NDMA following a large acid and nitrite rich meal, do you -- is it your opinion that that was retracted by them?

A So what I've seen is a letter to the editor -- I believe it's a letter to the editor by -- in JAMA by White & Hernandez in response to the FDA response -- scientists' response to their commentary where they said essentially these concerns are not valid and have been alleviated, you know, in light of the FDA's scientists' response, so in my mind they've backed away from the criticism.

Q And you think they specifically said that this



criticism has been alleviated from their response by the FDA scientists?

MR. FRIEDMAN: Objection to form.

A I believe they said their criticisms as an umbrella. We could pull it up and look at it, but they were speaking to their general criticisms.

Q And next you write, "however, what White & Hernandez leave out is the fact that large meals increase pH and that this would not favor formation of NDMA." Do you see that?

A I do.

Q Now, Doctor, I'm not interested in the average or what would happen most of the time for my next set of questions, but specifically large meals could still possibly decrease pH depending on the types of fluids and foods consumed, correct?

A I can't act in the past, so I can only act on the data we have. And in the Walters study, for instance, we just looked at, we saw pH increase along with the time of absorption, you know, in the diet, so what we have -- what we know from data is that the pH does go up with a meal.

Q We also know from other studies that pH can go down based on what's drank and what's eaten, correct?

A I'd be happy to look at those -- look at those



data. I need to see the data in front of me to answer that question. It feels very general.

Q Did you conduct any research to answer this question?

A So in my materials considered list, there are, for instance, the Walters study where they look at pH, you know, after the meal, that figure that we looked at, so things I've considered again are in the materials considered list.

Q Doctor, what fluids could be consumed that could decrease pH of the stomach?

MR. FRIEDMAN: Objection to form.

A So, I mean, I would -- the data depends on what people are consuming with. Certainly the things that are acidic, that could add additional acid, but often those are counterbalanced with people eating other things. It really depends. It depends on the time that you're sampling.

So it's just not a statement I can make very broadly. Instead, looking at data, that would be great. If we had data we could look through, I certainly would do that.

Q I didn't ask about counterbalances of other foods.

Just specifically, Doctor, are you aware that

there are fluids that could be consumed that decrease the pH in the stomach?
MR. FRIEDMAN: Objection to form.
A I'd say I'd like to see those data.
Q Doctor, are you of whether or not beer -- consuming certain types of beer can decrease the pH in the stomach?
A Definitely alcohol can have an effect on pH, and I think that it really depends on the beer, the effect that you might see, and also, again, the individual and kind of what their basal pH might be. And, I mean, there are a lot of factors involved in that. I really would need to look at specific study data.
Q And, Doctor, are you aware of foods that could be consumed that decrease pH of the stomach?
A I think same as before, there's just so many things that have an effect. Generally a meal increases pH. I'd really need to look at study data to get into the specifics of what a certain food or food group might do.
Q Doctor, are you aware that there are specific diets that are designed to lower the acidity in the stomach?
MR. FRIEDMAN: Objection to the form.



A So certainly there are many different approaches to try to change stomach pH, but, again, I think to comment on specific examples in specific populations, I'd really need to look at the data.
In general, in most people, we know that a meal can increase the pH, and that's going to make it much more unfavorable for NDMA to be formed generally from anything in the stomach.
MR. NIGH: Okay. We can take this expert report down.
BY MR. NIGH:
Q Doctor, you're a member of the American Society of Pharmacology and Experimental Therapeutics, correct?
A I'm a member. I'm also the president elect, yes.
Q What types of pharmacology research do you conduct?
A I conduct a range. So as I mentioned, my focus -- a lot of my expertise is really drug metabolism and disposition, but also we do research related to toxicology and adverse drug outcomes.
We've done a lot of work on infectious disease, also done some work in other areas, in certain areas of oncology. I'm also a professor of oncology.
So I work in lots of broad areas, but



understanding drug disposition, pharmacokinetics, how drugs are changed in the body, is really at the center of my work.
Q Doctor, do you -- have you ever conducted animal research?
A We do conduct animal research, both preclinical study, so animal research, and also we conduct clinical drug studies on people too.
Q Have you witnessed any drug that has an effect seen in animals and not in humans?
MR. FRIEDMAN: Objection to form.
A Certainly. There are many examples of a drug that has an effect in animals and not in humans. There's a drug called efavirenz that we've published on extensively. When that drug was first being developed, people researching it thought was very toxic because it was killing rats basically, but it turns out only rats had that toxicity. It didn't exist in other species.
And people -- millions and millions people have taken the drug and done well, and it's a World Health Organization essential medicine. So there are many examples of animals doing something different with a drug, especially in the context of metabolism than what happens in humans.
Q Doctor, do you agree with the statement that



it's important of evaluating different humans of different ethnic and racial origin that includes oncology trials?
A I believe strongly and I've written widely about the need to diversify clinical trials from a perspective of geographic region of origin because there can be genetic differences in certain context.
What I was referring to really are drug metabolized enzymes, certain P450s, for instance, that we know had a genetic variation.
We don't expect variation in every type of reaction or every enzyme reaction, but when we know that there are enzymes that can be highly variable because we've done those genetic studies, then we need to make sure that in clinical trials there is diversity there.
Q Doctor, have you looked at the pharmacokinetic properties of ranitidine?
MR. FRIEDMAN: Object to the form.
A I don't know what you mean by "looked at." If you're asking if I've researched it in my lab, no, I have not.
Q Have you done research of scientific publications for that?
A I have not done research on ranitidine. As I stated earlier, I think that there is a body of

literature around it and really strong rigorous studies now from the FDA. It's not something for me to research.

Q Doctor, do you -- do you think ranitidine transforms in the blood?

MR. FRIEDMAN: Objection to form.

A There are certainly metabolites of ranitidine that have been recorded. I think that it's, you know, not exactly known maybe where they occur, but I could expect the liver and GI tract based on the metabolites reported.

Q What about transformation of tissue?

A So liver is a tissue, so certainly transformation there. It could happen extrahepatically too, so outside of the liver. With most drugs, you know, it's just something that we don't know. It's difficult to do in people. You would have to really sample all those tissues.

Animal studies don't fully recapitulate it. Most often it's not relevant to the pharmacology, so it's just -- it's not something that you would do just for the sake of it, you know, take biopsies from people to look at different tissues.

Most drugs, the first path of metabolism is in the liver and gut.



Q Doctor, what does "oral bioavailability mean?

A Oral bioavailability is essentially the ability of a drug that you -- say you take a drug orally, you take a tablet, its ability then to be absorbed by your body and to circulate, so you could imagine that you could design a medicine that someone would take orally, but it would never actually get into their system.

So if something is bioavailable, we say that your body can absorb it, and then it can distribute in your body and reach the place it needs to go to do -- to, you know, carry out its pharmacology.

Q Doctor, what are your thoughts of variability from 39 percent to 88 percent, and what do you believe that means clinically?

MR. FRIEDMAN: Objection to form.

A Is there something specific we can look at that -- I -- I don't think I can answer that without looking at what we're talking about.

Q Doctor, if you -- if given a 600 milligram per day exposure and 88 percent bioavailability to the patient, how much of ranitidine would be in the body?

MR. FRIEDMAN: Objection to form.

A So there's a pharmacokinetics to consider too as far as metabolism, rates of metabolism. I believe that ranitidine, often it's about 50 percent that ends



up in circulation.

But there's a lot -- there's a lot to consider in doing these calculations and really understanding them. A lot of it has to do with kinetics and weights as well, but I believe about 50 percent ends up in your body.

Q Doctor, do you opine that ranitidine can penetrate tissues?

MR. FRIEDMAN: Objection to form.

A Penetrate tissues. So it's metabolized, so I do believe it is absorbed through the GI tract, moves to the portal vein, gets into the liver and lymphatic system certainly.

Tissues beyond that, I would need to see the data and see the -- the study done, but it certainly can get into the intestine and get into the liver.

Q Are you aware of studies that demonstrate -- other than the intestine and liver that demonstrate whether or not ranitidine can penetrate tissues?

MR. FRIEDMAN: Objection the form.

A I -- I do not know the tissue distribution of ranitidine. What I will say, for most drugs, we're thinking about the context of the pharmacology, so when you're looking at the distribution, you really want to know not just can it go there, but can it do something.



So in the context of thinking about ranitidine you really need it at its site of action.

In addition, in the broader context of what we're talking about, you know, certainly there are lots of different reactions we're thinking about.

As far as a potential endogenous formation, that's not going to be something that we're, you know, thinking about occurring in various tissues. It's pretty definitive that it's not occurring just based on -- on the data we have as far as what's happening in the stomach.

Q You mean based on the urine data?

A Based on the data from the Florian study and also the simulated gastric fluid study, that it's not being changed or transformed, or NDMA is not being formed endogenously from ranitidine.

Q How does the simulated gastric fluid study help you at all for tissues that have nothing to do with the stomach --

MR. FRIEDMAN: Objection to form.

BY MR. NIGH:

Q -- or have simulated gastric fluid in them?

A So I noted that what I was saying was that we're looking specifically thinking about this in the context of stomach because of the requirement for

nitrites for nitrosation reaction.

So the stomach is the key place to think about here in just the broader context of my opinions. And so we're looking at stomach, we have the simulated in-vitro studies and also the in-vivo studies showing that there's no formation.

So as far as in the scope of my opinions, and you think about the science, these are really the key because it's ranitidine, and it's thinking about, you know, nitrites and the fact that even in the presence of nitrites we don't have transformation to NDMA.

Q Well, Doctor, what about penetration into tissues in such a way that that byproduct would never end up in the urine?

MR. SACHSE: Objection to form.

A So penetration -- can you clarify, what byproduct, penetration --

Q NDMA. If NDMA gets into the tissues and then is metabolized in the tissue, that may never show up in the urine, correct?

A So it turns out that that's not really the case for drugs when you look at them, so even for drugs that distribute very highly that you find in lots of different tissues, if they're present, you do see them in urine or plasma.



Here we did have it show up in, you know, a few people for plasma, showed up in urine and was detectable, so if -- there's always -- even if things go to tissue, there's still always this cycling that's happening with blood. There's elimination even from tissue. Tissues have their own half life. So there's not an instance where I know of or I would expect something to distribute to tissue, and then that's just where it is, we're not able to detect it in any of the fluids because there's always an exchange between the tissues and the fluids. The tissues don't exist outside of the body. They're part of the entire system that includes the circulatory system, the kidney which is what's removing those compounds into urine, so the tissue distribution would be reflected in being able to measure the thing in blood and/or urine.

Q And, Doctor, are you aware the Florian study actually demonstrated a nonstatistically significant increased amount of NDMA in the plasma for the ranitidine users compared to the placebo users?

A So let's pull up -- can we pull up the table?

Q Sure, you can look at it.

A So you're talking about table 3, again NDMA and plasma. Yes?

Yeah. So what I would say here, if we're



talking about table 3, maximum NDMA plasma concentration in the cured meat diet, ranitidine 29.0, placebo, 16.2, but not statistically significant, so there -- you know, like I said we have -- there's a range. They had, you know, someone with a higher level, but that's why you have multiple participants. And they saw that when you looked at it, basically there was no statistical significance -- statistically significant difference, which means that you can't say that whatever difference you're seeing didn't just occur by chance.

You can't say that it's because of the actual treatment. Because of the way that the individual data were stratified and overlapped, you can't that it didn't just occur by chance, so . . .

Q And -- and you also can't say whether or not if the study had been powered with more subjects, that a statistically significant finding may have been observed either, correct?

A It was powered in a way to be able to see differences, right? We see marked differences. We talked about some of those earlier. So we can see a very strong difference between the non-cured meat and the cured meat with both the placebo and the ranitidine. The ranitidine does not increase over placebo. The NDMA is not being formed there, but you can see the non-cured



meat to cured meat increase. And the P-values are very low, .005, .007.

So the study was powered enough to see when there was a substantial -- when there was a real increase, so I believe this study then is powered enough. It's powered enough to show that difference.

It would be powered enough to show a difference if ranitidine was being changed to NDMA, but it's not. The study is showing that it's not. NDMA is not being formed by ranitidine. The studies were adequately powered.

Q Doctor, my -- my question's specifically focused on plasma, and I want to make sure I understand your opinion now.

Is it your opinion that because the study is adequately powered for one finding, that, therefore, there's no question to show that it wouldn't be adequately powered for another finding in the same study? That -- that's not right, correct?

MR. FRIEDMAN: Objection to form.

A So even with DNA in plasma, so looking at the same metric, looking at plasma, you know, there's a P-value, .009, so considered statistically significant, so you can have statistical significance looking at something in plasma when you're looking at non-cured

Page 170

meat versus cured meat. So the study is well powered. There's no --

An argument can always be made with any study if it has 10,000 people -- what if we have 15? You can always say more, but the statistics here clearly show -- and the statistical analysis you can do to understand how many participants you need. The statistical analyses show for several of these outcomes that it is powered, and that includes in urine and in plasma.

Q Okay. So it's your -- your belief that because it's powered for one finding or even a couple findings in the study, then there's -- you can't make any suggestion that it might be underpowered for another finding?

MR. FRIEDMAN: Objection to form.

A That's how you design a study. You design a study based on a power analysis for your outcomes and interests. And if you're seeing that that can be achieved, your study is powered well enough.

As I said, you can add in more participants. You're always going to do these studies trying to -- trying to include the amount of people required to answer the scientific question, right?

You're still asking people to change their lives, take a certain diet, come to these doctors'

Page 171

visits. This is very onerous for people to do. You know, in this case, stay somewhere and have this observed for instance, it's very onerous. So you're trying to use the amount of people you absolutely need to answer your scientific question.

So if you're getting statistical significance on your study outcomes, including in two different compartments, the compartments you're looking at physiologically, then the study is well powered.

You don't want to just add more people just to add more people. These are still human beings. You're trying to answer the scientific question.

Q You said that's what a power analysis was for. Do you think any power analysis was done before the Florian study was conducted?

A I think that for clinical studies, most people do. It's often something that you have to -- in the process of your study approval with your institutional review board -- that you have to communicate to them, so I would assume that they had done it.

And, in fact, the fact that they do see the statistical difference to me suggests that they did indeed power the study well because if they had not, then they likely would not have been able to see any differences even between the cured meat and non-cured

Page 172

meat, for instance.

Q But you've never seen that power analysis, correct?

A I would need to review this more. I don't remember seeing a power analysis here, but people don't put it in publications. You usually have the number of subjects. You present your data. Everyone knows that outside of the publication there's a lot of justification involved, including working through your Institutional Review Board.

So it's just not something that's routinely included in a publication. You know, we -- the IRBs do their job and that's part of the process there.

Q Doctor, what does "drug accumulation" mean?

A So I think I'd need to know what context you mean. If you're asking a drug accumulating in a certain tissue, that means that you can, with certain tissues, see a drug in a tissue that may -- may have a longer half life within that tissue or it may seem to be disproportionately present there.

However, as I mentioned, whenever you have a drug that's distributing to your tissues, you still -- because there's still this elimination, even from tissues, the pharmacokinetics even to distribution in tissue. Things don't go there and stick. Our body's

Page 173

mechanism is getting rid of things, so you still would see that reflected in urine and plasma even if you did have something that was in tissue.

Q Doctor, overall, the study by Florian, et al., provided insight on the magnitude of NDMA formation from ranitidine after administration of one tablet after an overnight fast before breakfast within a controlled environment in healthy volunteers, true?

MR. FRIEDMAN: Objection to form.

A It was a controlled study. They did take a tablet after breakfast -- I mean, after fasting, yes. They -- they did do -- that's -- they did do those things in the study.

Q Doctor, when you're trying to assess drug accumulation, is that generally assessed by blood, plasma or urine?

A So a couple things. I'm still not quite sure what you mean by "accumulation." If you're talking about accumulation in tissue, it's not something that generally happens. You would get some hint in the pharmacokinetics usually, so you would see that it's not being eliminated.

But for something like this, you've got ranitidine and NDMA. Both seem to have relatively short, quick half lives, so something that has

pharmacokinetics like that where you're seeing absorption within an hour or so and then you're seeing a decay. That's not something that's accumulating in tissue.

Something that accumulates in tissue, you actually usually see a more extended half life where just over time it's kind of trickling out of the body, and that's because I mentioned there is this exchange, you know, blood, through spinal fluid, whatever fluid it is, exchange with the tissue, its elimination from tissue.

So normally things that accumulate in tissue would be a slow accumulation process. You have things with short half lives with the -- like this, those are not accumulating in tissue or anything you would expect to accumulate in tissue.

The other thing I would say -- the last question that I should note as well, doing after fasting. So we know that the reaction is -- as you talked about, is driven by, you know, pH, that if you're looking at formation of NDMA, acidic pH is important. We need -- you know, we need that component. And so the best way to really have acidic pH, to try to really answer this question, is to look under fasting condition since you know the pH is going to increase with a meal.


Q Doctor, what is blood or plasma peak concentration for a drug?

A The peak concentration would be if you're measuring the concentration of a drug over time. And usually you would do this in blood plasma, it's the maximum concentration you kind of see when you plot it. So if you're plotting concentration of a drug on the X axis, usually nanograms per mil, you're plotting time, on -- I mean, you're plotting concentration on the X axis. You're plotting -- plotting time on the X axis with a concentration on the Y axis.

You with that plot would see where the peak is because there's always -- it's not often a symmetrical peak. It's usually asymmetric. But you see a peak where kind of with absorption, the drug rises in the blood, it gets to some top, peak point, that's the maximum, and then it starts to go down as it's -- as it's eliminated.

So that peak is -- the highest part of that point on your graph is the peak plasma concentration.

Q And how is this relevant to a drug efficacy versus toxicity?

MR. FRIEDMAN: Objection to form.

A So it really depends on the drug that you're talking about. Often what's most relevant is -- the


maximum's important because you want to sometimes know about what was kind of the highest level that someone was exposed to. We're talking generally in pharmacology. If you know that there's a certain level of a drug you need to achieve in order to have activity, then you have a certain, you know, peak that you're trying to hit.

But often you're looking at overall exposure, which is kind of the area under that time concentration curve. It's useful to have all of the data because it gives you an idea of the kinetics, you know, how things are being eliminated.

And so as I mentioned, if you're seeing something peaking, you know, within hours essentially and then you're looking, you see a steady decay, that really does suggest to you that it's being eliminated either renally, like many drugs are, through glomerular filtration, or it's being eliminated hepatically through metabolism and then also maybe some kidney filtration.

If you have something that's just sticking on tissue, you wouldn't expect to see that same curve that you're used to. You'd see something probably more blunt, and as I mentioned, it would really go down very slowly. The elimination would be very, very slow.

Q What can cause a second peak to occur?


A A second peak. So the primary cause for a second peak is something called enteropathic recycling. That's the primary cause of the second peak.

There certainly, you know, could be some, I don't know, other things going on with someone as far as if they hadn't fully absorbed something the first time or whatever, and it's a drug that's dependent on a -- say a certain food, high fat, or absorption, you can see that.

But most often -- and you're probably not talking about this, but you did ask the question. Intrahepatic recycling which is where essentially a drug is metabolized, and then it's unmetabolized in your gut by resident microflora, and so it reenters your circulation and it kind of keeps circling through that process, and you often will see a second peak and slower elimination of that drug.

Q How does intrahepatic circulation affect blood concentration of drug, specifically the peak?

A So if it's happening as we were just talking about, you would probably see multiple peaks. The initial peak, if it's something that's absorbed quickly, you would probably still see, you know, kind of a high distinct, early peak, but the elimination would just look slower, and you could see that it kind of continues

to peak as it reenters circulation. So instead of being removed by the body, you know, through your kidneys or even in your bile, it will go back into your liver, essentially be metabolized again, and in that process, more of the drug can be released into the plasma and kind of out into your body circulation.

Q Doctor, did you ever look to see whether or not ranitidine has multiple peaks?

A So there have been pharmacokinetic studies on ranitidine, and this hasn't been described. Also the type of metabolites that lead to intrahepatic recycling are not those that are described for ranitidine. So they tend to be glucuronic acid conjugations, sulphur transfer conjugations, conjugations of larger groups that also are substrates for bacterial enzymes.

With just metabolites, depending on maybe the cytochromes P450, it's not something you see. It's really when you have -- we call it conjugation.

You have addition of larger, bulkier biochemical moieties to -- or chemical moieties to the drug, so it's not something, based on everything we know about ranitidine -- and also something that would have shown up, it would have been seen pretty easy. It would affect the half life.

Q Have you seen that it showed up in the Shen



study?

A So let's look at the data.

Q I'm asking you have you seen that there was a double peak found in the Shen study?

A So I --

MR. FRIEDMAN: Object to the form.

A So I don't recall intrahepatic recycling being shown in that study. I'd be really interested to look at the date and to discuss it.

Q Do you remember ever looking at that study?

A The Shen study, yes, it's on my materials considered. And I do not recall any demonstration of recycling of the drug.

Q Do you ever recall seeing other studies that demonstrated multiple peaks or a second peak for ranitidine?

A Well, I guess it depends what "second peak" means. I do not recall -- I do not recall a peak -- looking at pharmacokinetics, I do not recall a peak that called into question whether this drug is being recycled and staying around a long time.

The fact that it has such a short half life, just, you know, a few hours essentially, it's being eliminated from the body, and we can do those measurements, so this -- there's -- this drug is not one



that I would look at and say, oh, it's being recycled. I mean, it has a long- -- a short half life. Drugs that undergo recycling tend to have long -- much longer half lives because they're not being eliminated.

Q I understand typically drugs with a short half life would not have that second peak, but do you have any understanding that ranitidine actually does have that second peak?

MR. FRIEDMAN: Objection to form.

A So I mentioned I don't recall. I would really be happy to look at the data and answer questions and talk about it.

Q So that's not something that you would have considered in forming any of your opinions, correct?

MR. FRIEDMAN: Objection to form.

A So my opinion is really, you know, offering an opinion or looking -- I was looking at the question of whether there's potential endogenous formation of NDMA from ranitidine.

So we have studies -- as I mentioned, the Florian study showed very well in-vivo that this is not happening. And there's -- there's no reason to think that a drug that underwent recycling would still have a short half life and would then have some byproduct that, you know, we're not able to detect even 24 hours out.



It's just not pharmacologically plausible. It has a half life. The half life is being eliminated. It's not accumulating in tissue, and it's not being recycled back into the body. It's being eliminated.

Q My question was whether or not ranitidine has a second peak for the drug concentration. That's not something that you would have considered in forming your opinions, correct?

MR. FRIEDMAN: Objection to form.

A I said I do not recall a biphasic pharmacokinetics for ranitidine and that I would need to look at the data to comment on that.

MR. NIGH: Let's go ahead and take a 10-minute break. Is -- is now a good time for that?

MR. FRIEDMAN: Yeah, sure.

THE VIDEOGRAPHER: The time is 18:30 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

We're back on the record. The time is 18:50 UTC.

BY MR. NIGH:

Q Thank you for your time today. I will reserve the balance of my time for any potential requestioning,

if your attorney asks questions, but I have no questions -- no further questions at this time. Thank you.

A Thank you.

MR. FRIEDMAN: Okay. I wasn't expecting that just at this moment, so why don't -- just give us a couple minutes to confer, Daniel, and then we'll be right back.

MR. NIGH: Absolutely.

THE VIDEOGRAPHER: The time is 18- -- 18:51 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

And I want to make sure I spotlight the witness again. Bear with me.

We're back on the record. The time is 18:55 UTC.

MR. FRIEDMAN: Okay. No questions from the defendants at this time, so we will conclude the deposition.

MR. NIGH: Thank you.

THE VIDEOGRAPHER: The time is 18:56 UTC. We're going off the record.

(The video-recorded deposition was concluded at



3:56 p.m.)



CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF DUVAL

I, Deanne M. Moore, RMR, CRR, FPR, FPR-C, Notary Public of the State of Florida, certify that NAMANDJE BUMPUS, Ph.D. personally appeared before me on the 20th of May, 2022, and was duly sworn.

Signed this 2nd day of June, 2022.

________________________
Deanne M. Moore, RMR, CRR, FPR, FPR-C
Notary Public, State of Florida
Commission No: HH11232
Commission Expires: 9/11/2024



CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY DUVAL

I, Deanne M. Moore, RMR, CRR, FPR, FPR-C certify that I was authorized to and did stenographically report the deposition of NAMANDJE BUMPUS, Ph.D., pages 1 through 184; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 2nd day of June, 2022.

________________________
Deanne M. Moore, RMR, CRR, FPR, FPR-C

WITNESS NOTIFICATION LETTER

May 31, 2022

NAMANDJE BUMPUS, Ph.D.
c/o ROBERT B. FRIEDMAN, Esquire
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309

In Re: IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
Deposition taken on May 20, 2022
U.S. Legal Support Job. No. 6133445

The transcript of the above-referenced proceeding has been prepared and is being provided to your office for review by the witness.

We respectfully request that the witness complete their review within 30 days and return the errata sheet to our office at the below address or via email to: southeastproduction@uslegalsupport.com.

Sincerely,
Deanne M. Moore, RMR, CRR
U.S. Legal Support, Inc.
700 East Dania Beach Boulevard
First Floor
Dania Beach, FL 33004
(904) 359-0583

CC via transcript:
DANIEL NIGH, Esquire
ROBERT B. FRIEDMAN, Esquire
SARA THOMPSON, Esquire
CHRISTOPHER CARTON, Esquire
THOMAS SHEEHAN, Esquire
FRANK STOY, Esquire
CONNOR SCOTT, Esquire



ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT-ENTER CHANGES OF THIS PAGE

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
Deposition taken on May 20, 2022
U.S. Legal Support Job. No. 6133445

| Page No. | Line No. | Change | Reason |
| --- | --- | --- | --- |
| | | | |

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

______ _________________________
Date Namandje Bumpus, Ph.D.

**Exhibits**

**EX 6382 Namandje Bumpus, Ph.D. 052022** 13:3,4,10,11 14:2 15:21 66:5 68:23 134:16
**EX 6383 Namandje Bumpus, Ph.D. 052022** 14:4
**EX 6384 Namandje Bumpus, Ph.D. 052022** 14:19,20,21 15:10
**EX 6385 Namandje Bumpus, Ph.D. 052022** 60:8,9
**EX 6386 Namandje Bumpus, Ph.D. 052022** 99:4,5
**EX 6387 Namandje Bumpus, Ph.D. 052022** 140:12
**EX 6388 Namandje Bumpus, Ph.D. 052022** 151:19,20

**$**

**$450** 12:22

**0**

**0** 53:22 59:14 70:15 71:15 96:3
**0.0093** 102:14,19
**0.01** 59:18 102:9
**0.14** 111:3
**0.16** 103:23 106:9 125:6
**0.25** 59:18
**0.5** 53:22
**0.6** 140:23,24
**005** 96:7 169:2
**007** 169:2
**009** 169:23
**01** 96:7
**014** 102:2,19 110:12,15,16,22 112:3
**025** 74:14
**05** 73:20

**1**

**1** 53:20 59:15 67:14 81:12 89:12 90:2,5,11,21 91:12,16 94:4,23,24 95:20,22,23 103:21 104:8 110:3
**1,270** 59:19
**1,440** 59:19 68:11,13 69:21 71:21 75:23
**1.2** 61:3 62:7
**1.31** 104:9
**1.6** 109:22
**1.97** 104:14
**1/20th** 142:20,25
**10** 68:1 85:19 104:17,19 105:3 114:7 149:19
**10,000** 170:4
**10-minute** 181:13
**10.5** 140:24
**100** 25:9,20 139:25
**11** 145:18 153:4 154:7
**11.1** 106:7,8
**13:12** 7:5
**13:36** 28:21
**13:37** 29:3
**13:40** 31:14
**13:46** 31:20
**15** 106:19 170:4
**150** 61:16,17 63:8,9
**1500** 85:21
**1520** 86:1
**16** 102:22 107:6,18,25 112:13 113:12,17,19 125:16
**16.2** 168:2
**160** 103:24
**16:27** 134:4
**17:24** 134:10
**18** 145:11 154:7
**18-** 182:10
**183** 101:3 126:13
**18:30** 181:16
**18:50** 181:22
**18:51** 182:11
**18:55** 182:18
**18:56** 182:23
**19.9** 106:21
**1970s** 30:1 31:6 35:23
**1972** 99:1
**1976** 30:16 109:5 115:8 127:1
**1978** 24:18

**1980**
24:18
**1980s**
30:9 36:1 129:4
**1987**
131:19 132:12
**1990s**
30:12,21 36:17
**19th**
14:25

**2**

**2**
16:3 94:24 103:21 104:8 155:13
**2.5**
62:8 67:14 70:17 81:12 83:2,5 86:14 89:13 90:2, 5,12,18,22 92:23,24 94:13 95:20, 22 96:3,17, 19 97:5,8, 10,11,15,17, 19 98:7,11, 13,14
**20**
7:4 32:17 112:8,13 113:16,18,20 114:6 141:3, 18 142:7,13, 25 147:15
**200-fold**
144:24
**2002**
37:25 38:7, 17
**2007**
16:13
**2021**
67:9 76:22 78:5 86:12 140:9 154:16
**2022**
7:4 13:16 14:10,25 23:21
**22nd**
14:10
**23**
47:14,20 49:1 134:13
**24**
180:25
**24-hour**
140:22 141:23
**25**
70:20
**29.0**
168:2

**3**

**3**
97:11 112:3, 6 113:17 125:10 140:19 167:23 168:1
**3.2**
113:18,20
**30**
111:4 112:1, 8,14 114:5 119:6,20 120:20 121:3 123:15 128:13 129:8 131:6
**300**
25:19,20
**33**
53:10
**332**
99:3
**34**
61:20 66:2,6 70:4
**345**
140:10
**346**
151:18
**39**
163:13

**4**

**4**
61:21 73:10 90:7
**4,590**
63:17,23 65:20 68:12 69:21
**4.5**
98:5
**4.95**
98:5
**40**
25:10,21 104:2 113:14
**410**
111:6,9,19 112:9
**429**
60:7
**45**
108:8
**480**
128:10
**4A**
70:3
**4B**
53:25

**5**

**5**
15:22 16:4 70:19 71:16 76:17,20 78:3 79:23 80:3,7,9,11, 14,18 81:1, 3,10,17,18 83:4 84:4,8 85:5 86:10, 13,16,21 87:9 89:23, 24 90:18 94:24 96:12 97:4,5,8,11, 13,15,17,19 98:6,7,11,13 104:1 113:13
**50**
12:8,9,19 15:23 37:12 74:13 92:23, 24 96:21 163:25 164:5
**500**
33:25 41:19
**523**
13:9
**524**
14:3
**532**
14:19

**6**

**6**
18:13 22:15
**6.6**
104:18
**60**
12:19
**600**
163:19
**6382**
13:4,10,11 14:2 15:20, 21 66:5 68:23 69:5 134:16
**6383**
13:4 14:4

**6384**
13:5 14:19, 20,21 15:10
**6385**
60:8,9 69:8
**6386**
99:4,5
**6387**
140:11,12
**6388**
151:19,20
**65**
103:17
**66**
103:18 104:18

**7**

**7**
33:11,13 63:22
**70-**
101:6
**70s**
114:17
**7th**
13:16

**8**

**8**
104:19
**80**
37:15,18 47:11 111:20 126:15,18, 22,23 127:3 128:10,11 130:2
**83**
111:6,9,19, 21 130:8,21
**88**
163:13,20

**9**

**9**
153:4
**900**
72:19
**921**
68:11 69:20 71:21 75:22
**922**
68:12
**973**
100:6
**975**
101:6

**A**

**ability**
31:23 32:4, 5,11,23 33:5 37:22 52:2, 14 69:3 122:15 147:6 152:13 163:2,4
**able**
30:5 40:9 51:23 52:2 60:13 61:6 76:4 79:25 89:11 90:1 95:19 100:22 116:15 117:9 118:23 131:12 133:1 146:17 167:9,15 168:19 171:24 180:25
**above**
6:3 22:20 63:7 73:19, 21 76:9,11, 16,20 78:3 79:23 80:3, 6,8,11,14,17 81:1,3,10,17 83:4 84:4,8 85:5 86:9,13 87:14 89:24 95:12 97:4, 14 98:14 104:7 108:16,17 119:15 130:21,25 137:6
**absence**
48:17
**absolutely**
140:5 171:4 182:9
**absorb**
163:9
**absorbed**
23:5 163:4 164:11 177:6,22
**absorption**
156:20 174:2 175:15 177:8
**abstract**
56:13,18,23 57:4,5,18 100:11
**abstracts**
57:13
**abundance**
26:16 138:4
**academic**
51:13 154:4
**accepted**
22:16
**access**
51:9
**accessibility**
39:4
**account**
116:21
**accumulate**
174:12,16
**accumulates**
174:5
**accumulating**
172:16 174:3,15 181:3
**accumulation**
172:14 173:15,18,19 174:13
**accuracy**
93:22
**accurate**
12:11 17:19 41:17 78:7 79:8 80:6, 12,21,25 81:19 83:7
**accurately**
17:5
**achieve**
176:5
**achieved**
170:19
**achlorhydria**
119:24,25 120:2,17 121:3,22 122:4,23 123:15,24 124:24 131:5
**acid**
152:13 155:15 157:15 178:13
**acidic**
157:15 174:21,23
**acidity**
158:23
**acids**
151:15 152:4,7,9,21 153:2
**across**
44:6 71:9

75:10 85:14 142:16 152:25
**act** 156:17
**action** 7:10 51:20 165:2
**activity** 146:4 176:5
**actual** 23:5 54:19 64:20 81:22 84:6 86:24 107:2 120:8 168:11
**Adami** 88:11,20
**add** 47:12 72:10 142:10 153:21 157:15 170:20 171:10,11
**added** 73:7
**adding** 70:16 72:9 152:16
**addition** 29:21 32:14 86:22 93:20 165:3 178:19
**additional** 53:8 90:22 91:4,16,20 94:1 152:16 157:15
**additionally** 16:8 53:12, 17
**additive** 114:7
**address** 147:9,23
**addressed** 80:6,8
**addressing** 51:1
**adequately** 169:10,16,18
**adjust** 45:14
**administration** 132:10,11,25 133:11 173:6
**admit** 19:3 20:4, 13,20 21:15, 22
**admitted** 19:12,19 21:4 22:6
**adverse** 159:21
**affect** 30:6 31:25 109:2 129:6 130:11 152:10,22 177:18 178:24
**affirm** 7:17,25
**ago** 23:14 24:6 29:25 85:10
**agree** 47:24 83:12 160:25
**agreement** 6:10 78:10, 13 133:11 154:24
**ahead** 12:24 14:2, 18 15:16,20 22:14 60:24 66:8 74:6 78:1 79:16 85:18 86:3
98:25 105:18 134:2,16 140:19 145:15 153:22 181:13
**alcohol** 158:8
**alleviated** 155:22 156:1
**allowed** 20:9
**American** 159:12
**Amines** 100:8
**amino** 151:15 152:4,7,9, 13,21 153:2
**amount** 12:5 26:20 36:21 41:14 44:24 45:12 46:14,20 67:12 68:10 71:19 75:20 90:17 98:9 110:25 111:5 112:15 116:25 117:18 119:4 120:18 123:13 128:9,20 138:2 141:4, 19 142:7,20 145:12 167:19 170:22 171:4
**amounts** 17:10,21,24 24:25 67:10 85:7 114:22 115:15 116:1 118:13 120:1
**analyses** 87:22 93:3
170:8
**analysis** 71:9 73:2 91:8,12 92:1 99:13 100:5 137:18 170:6,17 171:13,14 172:2,5
**analyte** 43:24 44:5, 9,17,21 45:22 46:4, 6,9
**analytic** 65:15
**analytical** 33:13,14 135:1,12
**analyze** 94:15 105:15,21
**analyzed** 34:2
**analyzing** 94:16
**and/or** 6:12 121:22 146:3 167:16
**animal** 48:15,19,25 49:2,6 50:1, 13,23,25 160:5,6,7 162:19
**animals** 49:10 160:10,13,22
**answer** 8:19 9:5 17:19 21:18 32:24 41:7 46:11 53:6 61:7 100:15 124:19 144:13 157:1,3

163:17 170:23 171:5,12 174:24 180:11
**answered** 132:24 141:14 142:9,25
**answering** 17:5
**answers** 143:25 144:3
**anyone** 6:22 9:12 108:23
**anyone's** 25:11
**apparatus** 43:4
**appears** 64:15 103:22
**applied** 44:23,25
**appreciable** 155:14
**approach** 39:13 42:23 43:12,15 45:18 149:7
**approaches** 42:14 45:16 159:2
**appropriate** 44:20 50:14
**approval** 171:18
**approved** 24:7
**approximate** 12:15
**approximately** 12:9,17 138:6
**April** 12:14
**area** 176:9
**areas** 149:22 159:23,25
**argument** 170:3
**argumentative** 126:3
**around** 8:4 20:17 22:11 48:25 64:8 97:10 112:11 150:24 152:25 162:1 179:21
**article** 148:25
**articles** 10:4 36:3 148:6 150:6
**artifact** 35:20
**artifacts** 34:1 39:21
**artifactual** 34:8
**artificially** 137:8
**asked** 52:18 69:11 117:12,25 132:24 142:8,24
**asking** 15:18 17:7 26:5 27:21, 25 29:7,12 32:19 57:20 78:18 86:8 99:18 104:6 106:2 109:19,21 117:14,20 118:20 139:23 140:4
141:13 161:20 170:24 172:16 179:3
**asks** 182:1
**assay** 39:15 40:16, 23 45:21 62:23
**assays** 35:2
**assess** 173:14
**assessed** 173:15
**assessment** 66:12 67:6, 21 78:11 90:25
**assign** 78:19
**assigned** 58:10
**associated** 61:3 62:7 121:25 124:18
**assume** 8:20 73:11 91:9 122:25 138:19 139:6,14 171:20
**assuming** 93:5
**assumption** 97:8 139:5, 8,16
**assumptions** 97:22 98:21 138:25
**asymmetric** 175:14
**ate** 127:14 128:9,15
129:20 131:4
**atoms** 47:12
**attach** 12:25 13:3
**attempt** 17:21
**attended** 147:19
**attending** 33:8
**attention** 15:22 53:9, 11 59:12 80:2 95:24
**attorney** 182:1
**attorney's** 28:17
**attorney-client** 6:12
**attorneys** 154:21
**audio** 28:11,17
**author** 60:21 100:7, 9
**authors** 82:4 88:6 134:24 135:9 153:13 154:19,20 155:13
**available** 23:22 24:13 38:12,16,17 47:19 91:5
**average** 44:22 74:23 75:20 101:25 102:7,25 103:4,8,12 105:14 106:6 112:2,13 156:12

**averages**
103:5,11
**Averaging**
71:7
**aware**
6:8 26:6,19 33:4,23 34:22,25 52:21 102:24 115:24 121:1,22 122:22 124:24 125:2 127:3 129:25 130:5,14,18 133:14,17 146:11 153:16 157:25 158:15,22 164:17 167:17
**axis**
175:8,10,11

**B**

**B-U-M-P-U-S**
8:14
**back**
26:9 28:24 29:1,3,5,6 31:12,17,19 59:25 60:3, 24 66:4 67:22 76:14 84:15 85:24 86:1,4 90:6 101:12 109:18 114:11 119:1 125:7 134:7, 9,13 154:6 178:3 181:3, 19,21 182:8, 13,17
**backed**
155:23
**background**
63:16,23 65:13,22,23 66:20,24 67:3,10,15, 25 68:4,10 69:20,25 71:2,5,7,9, 11,19 72:5, 13,14,16 74:12 75:22 76:5,20 77:6,10 78:4 79:11,19 80:23 81:1, 7,13,18 82:5,6,7,8, 16,18 83:3, 14,18,23 84:5,7,9 85:6,8,14 86:10 87:1, 10 89:14
**background's**
77:16
**backgrounding**
70:24
**backpack**
9:19
**backwards**
87:13
**Bacon**
11:21,22
**bacterial**
178:15
**bad**
11:9
**balance**
181:25
**bar**
73:20,21 75:9
**barbecue**
130:5,6
**bars**
73:18 74:13, 15,20 96:6, 10 98:19
**basal**
158:11
**based**
18:4 19:23 23:17,18 34:14 35:15 78:19 79:18 90:2 94:3,6 97:9 103:12 104:10 108:7 115:10 116:9 126:8 138:4, 15 147:17 156:24 162:10 165:9,12,13 170:17 178:21
**baseline**
25:24 75:21 76:7
**bases**
15:11
**basic**
126:9
**basically**
42:24 75:6 93:22 105:1 160:17 168:7
**basing**
127:22
**basis**
121:14,15 122:17 145:25
**Bates**
100:5 101:6
**Bear**
182:16
**beer**
158:5,6,9
**beginning**
69:2 76:14, 15,18 111:23
**behalf**
7:9,13
**beings**
171:11
**belief**
170:10
**believe**
10:20 12:7 26:22 30:11, 16 31:22 32:22 36:15 38:21 49:12 56:3 64:19 78:7,18 79:7,9,10 80:5,20,22, 24 81:16,19 83:1,6 114:10,11 125:21,24 127:1 131:9 152:24 154:18,24 155:8,18 156:4 161:4 163:13,24 164:5,11 169:5
**below**
73:19,21 83:2,5 86:14,15,20 87:4,9,12,14 97:10 102:11 103:21 104:8 110:14 112:3,6 130:25
**best**
91:15 149:6 174:23
**better**
65:15
**big**
88:5,9
**bile**
178:3
**bioavailability**
48:1,12,21,

22 49:9,10, 22 50:6,19, 20 163:1,2, 20
**bioavailable** 163:8
**biochemical** 119:9 146:25 178:20
**biochemically** 150:22
**biochemistry** 121:8,20 122:14 124:12,16 126:7 150:25 151:13
**biological** 136:12,24 137:3 149:25 155:11
**biologically** 23:8 116:12
**biology** 109:8 121:11,19 124:10,12 143:21 144:14,16
**biomedical** 65:2
**biopsies** 162:22
**biotransformation** 147:16 148:15
**biotransformations** 124:7
**biotransformed** 147:3,5
**biphasic** 181:10
**bit** 40:12 70:25 72:8 99:23
**blaming** 87:20
**blew** 76:15
**blood** 146:3 150:20 162:5 167:5, 16 173:15 174:9 175:1, 5,16 177:18
**blow** 33:16,19 66:8 78:1 95:25 100:6 101:8 126:16 134:19 140:19 154:11
**blunt** 176:23
**board** 171:19 172:10
**bodies** 133:16
**body** 17:11 18:19 19:16,24 20:2,8,17,25 21:8,9,12,19 22:2,10,12, 24 23:12 64:5,9,24 69:24 129:19 133:15,20,24 134:1 160:2 161:25 163:5,9,10, 21 164:6 167:12 174:7 178:2,6 179:24 181:4
**body's** 172:25
**Boehringer** 35:5
**Bosso** 9:15
**bottom** 16:2 66:2
**bounced** 8:4
**bouncing** 97:9,11 98:18
**boundless** 116:24 117:5 118:6 120:11 123:3,8 125:15 133:25
**bounds** 126:10 131:9,10
**box** 75:2
**brand** 59:23 60:2 61:7,14
**branded** 61:15,17,23 63:8,15,22 68:10 69:20 72:20
**Braunstein** 53:10,13 60:21 62:2 65:6,7 67:9, 24 69:7 73:11,12 86:18,24 89:1,7
**break** 8:25 18:19 19:4,12,20 20:4,14,20 21:5,16,23 22:6,24 81:21 84:13, 25 85:2,23 86:7 132:1 134:3,6 143:16 181:14,18 182:12
**breakfast** 173:7,11
**breaking** 135:5
**brief** 28:23 31:16
**broad** 18:24 50:9, 11 133:20 159:25
**broader** 29:22 40:19 78:15 108:2 165:3 166:3
**broadly** 149:17 150:5 157:20
**brought** 109:10
**build** 117:13
**bulkier** 178:19
**bump** 72:8
**bumped** 28:18
**bumpus** 7:2,22 8:13 13:11 14:4, 21 60:9 69:1 99:5 140:12 151:20
**button** 6:24
**buy** 130:19
**byproduct** 166:13,17 180:24
**byproducts** 52:16

**C**

**C.L.** 100:9
**calculate** 104:22
**calculation** 94:3
**calculations** 87:22 164:3
**California** 10:22
**call** 16:13,14 64:20 65:22 136:18 143:20 144:17 178:18
**called** 91:8 160:14 177:2 179:20
**calling** 71:7 72:4,5 74:11 76:5
**camera** 8:3
**cancer** 60:19 146:21
**capabilities** 150:22
**capability** 52:2,4,25 130:7
**capable** 52:21 130:20
**capacity** 12:2
**cardiovascular** 51:3
**carry** 146:17 151:1 163:11
**case** 10:21,22,24 11:7,13,20, 23 12:1 13:20 14:15 55:20 56:7, 17 75:15 89:3 95:1 140:8 166:21 171:2
**cases** 10:16,17,25 11:2
**Cassin** 7:8
**caused** 137:8
**cell** 65:4 149:24
**cells** 51:19 146:22
**center** 154:1 160:2
**centered** 75:14
**centering** 107:11,13, 15,19 113:12
**certain** 38:15,18 39:2 50:14 57:10 77:3 78:20 93:20 116:23 121:13 128:2 146:20 147:5 148:12 150:16 158:6,20 159:23 161:7,9 170:25 172:16,17 176:4,6 177:8
**certainly** 19:9 23:17 25:17 26:17 27:7 29:24 30:3,9,21 32:16 35:5 36:12,23 37:13,23 38:12,25 39:3 41:21 47:13 49:18, 25 52:24 55:4 57:21 58:3,4,5,7, 10 70:22 71:24 72:7 77:3 81:14 82:13,19 83:9,11 85:10,16 87:24 88:10 89:2,20 90:24 93:12 95:22 103:5 104:2 105:19 106:10,15,24 107:7 108:3 109:1,16 116:19 118:3 124:10 127:25 133:9 141:9 145:2, 8 146:20 149:11 157:14,21 159:1 160:12 162:7,13 164:13,15 165:4 177:4
**certainty** 119:14
**certified** 51:12
**cetera** 39:22 105:23
**cgmp** 51:12
**chance** 168:10,14
**change** 8:5 46:17, 19,22 84:6 85:16 89:18 116:14 159:2 170:24
**changed** 31:1 46:23 83:17 114:22 160:2 165:15 169:8
**changes** 30:15 31:4
**characterize** 62:18,21
**chart** 61:19 73:10 90:8,12,16 96:1 110:14
**charted** 110:13
**check** 18:8
**checked** 87:16
**checking** 44:10,13 46:7,8 88:17
**chemical** 178:20
**chemistry** 124:16 149:25
**children** 138:6
**choice** 94:16 117:14
**chromatograms** 35:8
**chromatographs** 33:23
**chromatography** 42:25 43:6,7 137:8 138:22 139:17
**circle** 73:19,21 74:22 75:20 110:17

**circling** 177:15
**circulate** 163:5
**circulation** 38:19 164:1 177:15,18 178:1,6
**circulatory** 167:13
**citation** 49:12
**cite** 32:7 40:9 41:3 47:21 53:25 90:4
**cited** 16:12 26:11, 23 27:17,18, 23 28:7 29:9 32:9 33:3
**cites** 31:6
**citing** 50:22 78:11
**clarified** 83:10
**clarify** 166:16
**classify** 143:23
**clear** 25:7 64:11 92:13 136:11
**clearer** 83:11 85:12, 17
**clearly** 54:22 57:11 70:1 170:5
**click** 6:24
**clinical** 40:5 160:7 161:5,15 171:16
**clinically** 163:14
**close** 41:19 94:13 125:8
**closed** 94:12
**collective** 32:17 107:20
**comb** 88:7
**come** 84:14 124:5 125:7 149:1 152:25 170:25
**comes** 50:11 57:19 71:23 79:19
**comment** 159:3 181:12
**commentary** 154:15 155:4,20
**common** 146:2
**commonly** 43:14,16,20
**communicate** 65:8 171:19
**communications** 27:9
**community** 27:10 94:18
**compare** 83:18
**compared** 17:11 61:18 142:7 167:20
**comparing** 76:8
**compartments** 171:8
**compelling** 32:25
**complete** 84:20 113:4
**completely** 48:17 88:22 96:6
**component** 174:22
**components** 16:9 114:15
**compound** 43:25 133:21
**compounds** 34:14 36:9, 11 37:3,18 39:1 99:13 100:5 132:9, 18 133:1,2, 4,8,15,18,24 167:14
**comprehensive** 26:24 27:14, 22 28:1 29:8,13 147:8,22 148:24 149:2,7 150:23
**computer** 8:5 9:17
**concentration** 59:13 82:9, 11 93:24 98:18 128:19 151:15 168:1 175:2,3,4,6, 7,9,11,20 176:9 177:19 181:6
**concentrations** 30:4 40:21 53:20,22 59:17 61:2 62:6 67:13 76:12 77:15 79:21 80:22 81:12 82:22 83:13,22 89:21 90:4 92:20,21 95:12 97:20 109:3 133:23
**concerned** 72:8 81:6
**concerns** 72:11 155:21
**conclude** 182:20
**concluded** 182:25
**conclusion** 89:19 90:25 95:10 118:24 119:22 129:13,17
**conclusions** 136:1,10,14 137:5
**condition** 63:10 174:24
**conditions** 22:17 23:2, 9,14,15 24:10,16,20 26:25 27:15 28:2 29:14 62:22 70:1, 12 98:25 100:8 104:5 105:25 106:1 107:16 109:2,7,20 129:4
**conduct** 26:24 27:14, 25 29:12 148:4,9 157:3 159:17,18 160:6,7
**conducted** 42:9,11,16 160:4 171:15
**confer** 182:7

**conference** 58:10
**conferences** 115:3 147:18
**confidence** 24:3 59:6 97:25 98:2
**confident** 96:23 138:12 139:25 148:3
**confused** 105:4
**confusion** 84:17
**conjecture** 77:12 107:8 128:21,22
**conjugation** 178:18
**conjugations** 178:13,14
**connected** 154:22
**connecting** 107:10
**connection** 154:20
**consider** 18:7 66:22, 23 122:2 123:12 163:23 164:2
**considered** 10:2 16:23 27:18 29:20 42:7 59:4 100:19,20 115:25 122:5 146:1 157:5, 8,9 169:23 179:12 180:14 181:7
**consistent** 66:12,18,19 67:6,21 76:19 78:12 80:25 81:16 84:3 86:9 87:9 90:25 141:10
**const-** 76:19
**constant** 67:12 76:16 89:17
**construed** 153:13
**consumed** 156:16 157:10 158:1,16
**consuming** 157:14 158:6
**contained** 15:12 137:17,20
**contamination** 72:15 76:1
**contents** 108:25
**context** 24:12 32:19 40:14 44:19 51:24 52:7 78:15 108:3 112:24 116:12 117:3,8 118:5 147:2, 4 160:23 161:7 164:23 165:1,3,25 166:3 172:15
**continues** 177:25
**continuing** 24:8
**contrary** 146:2
**contribute** 78:17 81:14 82:9,12
**contributes** 82:10
**contributing** 76:3 81:7
**contribution** 77:4 79:11 80:23 82:15, 22 83:9,13 85:14
**control** 76:8 77:14 83:19 129:23 135:2,12 136:4,8 137:1 143:17 144:5,6,8
**controlled** 127:23 129:11,14 136:6,22 173:7,10
**conversations** 6:9,12
**conversion** 67:17
**convert** 122:15
**convincing** 31:25 32:18
**cooking** 130:11
**Cool** 59:23 61:7, 15,17,23 63:8,15,22 68:10 69:20 72:20
**copy** 88:8
**Cor-** 18:12
**corner** 6:25
**correct** 13:20,23 14:15 15:7 17:2,22,25 18:11,12,20 19:5,13 22:21,25 24:22 25:16 26:13 30:10, 13,23 34:23 35:9,23 36:1,17 37:6,19 38:1,4 40:2 41:4,20,24, 25 42:2 45:13,25 46:15 48:1, 12 51:10 52:18,20 54:6 56:15, 24 58:20 59:24 61:24 62:24 63:2, 24 64:7,24 66:12,15,18 67:21 71:22 72:21 73:13 75:23 77:1 78:25 84:12 87:11,12,13, 18,19,22 88:22 89:7, 16 90:3,13, 19 91:8,13 92:3 93:14 94:14 95:20 96:4,18 97:6 102:18 103:21 104:14,21 105:14 106:3,7,19, 22 107:6 108:21 109:13,24 110:5,10,11 111:1,8,24 112:4,10 113:17 114:9 121:4 126:22 127:20 131:21 132:15 133:5 145:13 153:6

154:21 156:16,24 159:13 166:20 168:18 169:19 172:3 180:14 181:8
**corrected** 54:23 56:21 57:4,12 58:7 73:12 89:6 90:23
**correction** 54:20,22 73:8 88:9 89:3,8,9
**corrections** 54:24 88:4
**correctly** 53:23 98:4 136:18
**correlate** 23:7
**corresponding** 102:21 108:19
**counsel** 7:2 28:15
**counterbalanced** 157:16
**counterbalances** 157:23
**couple** 29:19 33:8 39:3 42:19 54:14 114:18 134:19 170:11 173:17 182:7
**course** 28:5 30:14
**court** 7:15 9:2 28:10
**cover** 148:12 150:2,6
**create** 150:16
**created** 35:20 59:8
**creating** 6:15 59:1
**criticism** 155:24 156:1
**criticisms** 145:19 154:10,13,14 156:4,6
**critiques** 155:3
**cross** 105:13,22
**crossover** 143:10 144:7
**crosstalk** 79:3
**CRR** 6:1
**cull** 13:6
**cured** 141:10,15,25 142:22,23 143:2 145:5,7,9 168:2,23 169:1 170:1 171:25
**cursor** 110:21,23
**curve** 92:17 105:12 176:10,21
**CV** 10:2
**cycling** 167:4
**cytochromes** 178:17

**D**

**D.C.** 9:11
**Dan** 131:24
**Daniel** 68:15 81:21 84:11 182:7
**data** 32:25 33:9 39:22 47:19 48:8,18 49:5,21 50:15,17 51:7 53:19 54:15 55:15,17,21 56:1,20 57:2,11,23 58:19 59:6,7 64:8 69:25 70:4,10 73:5 74:17 77:10,17 78:2,16 79:20 89:4 90:22 92:7,11,12,15 93:10,13,14,20 94:1,6,10,16 96:13 97:9,13,18,23,25 98:2,15,16,19 104:16,20 105:8,11,15,21 107:5,21 112:18 113:6,8,9,10,25 114:17 115:7,14,18,21,22 116:7 118:1,3,7,16,23 119:10,16,22 120:5 123:2,4 127:23 139:10 141:8 152:12 156:18,21 157:1,13,20,21 158:4,14,19 159:4 164:15 165:10,12,13 168:12 172:7 176:10 179:2 180:11 181:12
**dataset** 95:6
**date** 12:15 14:9,24 36:19 179:9
**dated** 13:16
**day** 163:20
**deal** 88:5,9
**Deanne** 6:1 7:12
**decade** 24:7
**decades** 23:14 24:6 29:25 31:2 33:8 35:24 36:2 39:3 42:19 114:18,23
**decay** 174:3 176:15
**decide** 47:1 127:19
**decrease** 156:15 157:11 158:1,6,16
**decreasing** 146:4
**deep** 126:6

**defendants** 11:7,13,15 19:3,19 20:4,13,20 21:4,15,22 22:6 34:21 52:17 182:20
**define** 117:7
**defined** 116:20 120:14 125:8
**definitely** 58:22 133:11 143:3 158:8
**definitive** 165:9
**definitively** 53:7 144:1,3
**degradation** 34:1,7,13
**degrees** 33:25 41:19
**deliberately** 98:17
**demonstrate** 79:20 147:9 148:6 164:17,18
**demonstrated** 25:13 119:25 146:13 147:11,25 148:8 150:10 151:9 152:22 167:18 179:15
**demonstrates** 74:21,23 75:20 120:3 142:17 152:9
**demonstrating** 58:19
**demonstration** 179:12
**dependent** 177:7
**depending** 45:6 58:14 136:21 140:7 156:15 178:16
**depends** 37:8,11 40:3 41:8 42:22 44:5 51:5 56:16 59:9 75:1 109:15 157:13,17 158:9 175:24 179:17
**depicting** 75:16
**depo** 6:25
**deposed** 10:21
**deposition** 6:1,19 7:1 8:17 182:21,25
**depth** 41:12
**describe** 54:7,8
**described** 59:5 63:7 65:16 72:16 150:25 178:10,12
**describing** 111:8 129:24
**description** 55:3 57:1
**descriptive** 111:12
**design** 137:4 144:13 163:6 170:16
**designed** 158:23
**desire** 92:6 93:8
**detail** 28:8
**detailed** 40:7
**details** 17:4 40:22,24 41:3 58:15
**detect** 133:2 167:9 180:25
**detectable** 141:22 167:3
**detected** 67:13
**detecting** 37:6
**detection** 23:15 24:14 62:23
**determinations** 102:12
**developed** 23:13 24:6 63:5 160:15
**developing** 35:2
**development** 40:10
**deviated** 125:7
**deviation** 68:2 74:1,4 75:8 103:18,20 104:7 106:18
**deviations** 104:13,17,19,23,24 105:4 106:21,25 109:22,25
**Diagnoses** 60:19
**diet** 18:25 30:1,12,17 31:5 108:7 109:1 129:15 135:3,14 136:4 140:22 141:5,10,11,20,24 142:6,21 143:18 145:8,9 156:20 168:2 170:25
**dietary** 16:9 30:15 101:10 106:11
**diets** 30:7 136:14 158:23
**difference** 42:20 43:19 63:20 70:15 75:9 96:11 105:20 106:14 107:22 108:5 116:16 118:18 122:14,21 124:17 144:19 168:8,9,22 169:6,7 171:22
**differences** 30:17 44:3 45:12,24 46:2,14 103:2 106:11 108:7 109:5 114:19 115:4 116:7,9,19 117:4,23 118:4,19 124:8,10 134:25 135:10,20 136:10,17,23 143:22

144:21,24 145:12 161:7 168:20 171:25
**different** 25:21 27:11 30:1,7,9,12 31:6 34:13 38:13 40:12 44:8 45:3,6 46:23 49:25 50:1,13 56:16,17 57:5,7 58:13 70:25 71:10 75:10 109:10,11 113:2 114:15 115:5 117:24 127:25 128:4 136:14 140:3 143:1,19,21, 24 150:21 159:1 160:22 161:1,2 162:23 165:5 166:24 171:7
**differently** 59:10,11
**difficult** 24:1 72:4,12 74:17 115:6 136:9 162:17
**difficulties** 37:5,16
**difficulty** 37:17
**direct** 8:7 42:1,4, 17,18,23 43:10,14 44:12,15 46:13 53:11 80:2
**direction** 131:2 146:19 147:4
**directly** 15:19 43:5 123:19 138:16
**disagree** 66:17
**disclaimer** 153:11,16,19
**disconnect** 109:4
**discuss** 50:16 99:1 102:20 117:3 118:7 140:16 179:9
**discussed** 36:4 48:10 76:21 78:4 86:11 100:17 101:18 106:10 130:8 155:9
**discusses** 26:25 27:15 28:1 29:13 61:2 62:4
**discussing** 40:14 78:14 85:8 86:19 101:23 102:16 107:21
**discussion** 21:11 83:17, 23 86:17 100:13 115:3 126:20 134:13
**discussions** 22:11
**disease** 116:9 122:16 123:9 124:9 147:1,6 150:17 159:22
**diseases** 116:5 121:25 122:25 146:3,20
**disingenuous** 95:6
**disorder** 124:18
**disorders** 122:1
**disposition** 159:20 160:1
**disproportion ately** 172:20
**distinct** 177:24
**distribute** 163:9 166:23 167:8
**distributing** 172:22
**distribution** 164:21,24 167:15 172:24
**diversify** 161:5
**diversity** 161:15
**DNA** 169:21
**Doc-** 123:13
**Doctor** 7:15 8:9,16 9:9 10:12 12:4 13:14 14:7,24 15:11,18,23 16:17,25 19:3 21:14, 21 24:5,19, 24 25:13,24 26:10,23 30:8 31:22 32:8,22 33:3,12 34:5 35:22 36:3 41:18 42:9, 16 45:11 47:3,15 48:20 49:8 51:9 53:9,11 54:3 55:14 56:13 59:12, 22 60:12 62:1 77:19 82:24 84:24 85:4 86:7 101:16 104:3,17 108:12 111:16 112:12 114:21 115:14 117:11 119:17 120:16 121:1,21 122:22 123:13 126:12,24 127:9 128:8 129:2,25 130:14 131:3,18 133:14 134:12,22 141:2 146:11 147:8 151:14,23 152:8 153:4 154:18 156:12 157:10,25 158:5,15,22 159:12 160:4,25 161:16 162:4 163:1,12,19 164:7 166:12 167:17 169:12 172:14 173:4,14

175:1 178:7
**doctors'**
170:25
**document**
68:16 69:16
88:10 99:18,
22,24 153:5
**documentation**
20:16 21:10
22:9,11
**documents**
9:20,24
17:15 27:23
29:9 69:3
**dogma**
151:12
**dogs**
50:19,23
51:3
**doing**
8:9,10,11
27:6,21
29:8,24
40:10 41:5,
8,10 44:6,
10,11 45:7
52:22 58:25
71:5 93:2
152:14
160:22 164:3
174:18
**domain**
55:24
**dosed**
139:19
**dot**
75:13
**double**
107:5 179:4
**doubles**
109:22
**doubling**
107:12
**draft**
53:12,15,17,
18 54:3,10
56:22 57:9,
16 98:15
**drank**
156:24
**draw**
15:22 59:12
91:24 92:4,
5,6 93:8
95:10,11,24
136:1,10,14
137:5
**drawing**
91:16,19
93:1
**drawn**
92:22,24
**drew**
89:19 90:21
**driven**
142:3 145:10
146:20
174:20
**driving**
142:17 143:7
**drops**
96:12
**drug**
22:24 51:1
146:6,12
147:1,10,15,
25 148:7
150:10 151:8
152:10,23
154:1
159:19,21
160:1,8,9,
12,14,15,20,
23 161:8
163:3
172:14,16,
18,22 173:14
175:2,4,7,
15,21,24
176:5 177:7,
12,17,19
178:5,21
179:13,20,25
180:23 181:6
**drug's**
31:23 32:5,
11,23 33:5
**drugs**
23:11 24:6
51:3,15,17,
18,20,21,22,
24 52:22
148:21 160:2
162:15,24
164:22
166:22
176:17
180:2,5
**due**
19:4,13,20
20:5,14,21
21:5,16
81:18 135:1,
11 136:7
137:17
**dwell**
46:19

**E**

**E7**
140:18
**earlier**
9:21 106:10
111:15
125:2,9
128:5 150:14
161:25
168:21
**early**
177:24
**easier**
9:6
**easy**
178:23
**eat**
127:9,10,12,
19,20 128:5
129:5 130:16
**eaten**
128:8,11
156:24
**eating**
26:21
112:14,16,22
120:20
123:15
127:13
128:1,13
129:8 131:6
141:4 142:5,
22,23 157:16
**echo**
154:14
**editor**
88:8 155:2,
17,18
**editorial**
155:2
**editors**
88:9
**efavirenz**
160:14
**effect**
35:17 44:13
111:8,22
132:20 145:8
158:8,10,18
160:9,13
**efficacy**
175:21
**eighth**
62:14
**either**
42:25 74:23
114:24
168:18
176:17
**elect**
159:14
**electronics**
9:16
**elevation**
76:9,11
**eliminated**
137:25
173:22
175:18

176:12,16,18 179:24 180:4 181:2,4
**elimination** 137:22,23 138:5,15 167:5 172:23 174:10 176:24 177:17,24
**employ** 132:22,23
**employers** 154:4
**end** 8:6 12:14 80:14 93:6 101:6 166:14
**ending** 100:6
**endless** 131:14
**endogenous** 17:10 18:5, 15 19:1,8, 10,25 21:7, 25 22:12 52:11 53:4 55:6 63:13, 21 64:2,4,9, 12,17,21,23 65:2,4,5,9, 11 73:3,4,6 83:25 122:12 123:4 133:13 141:13 143:7 144:2,4,11 165:6 180:18
**endogenously** 16:9 17:1, 22,25 18:22 97:6 165:16
**endpoint** 123:25
**ends** 163:25 164:5
**endurance** 8:24
**enhancements** 37:1
**ensure** 41:15
**enteropathic** 177:2
**entire** 85:15 167:12
**entirely** 59:1
**entitled** 99:23
**environment** 108:24 173:8
**environmental** 36:10 39:1 99:13 100:4
**envision** 105:21 116:6 122:10
**enzyme** 150:16 161:12
**enzymes** 161:9,13 178:15
**epidemiol-** 88:12
**epidemiological** 88:12
**epidemiologist** 122:24
**epidemiology** 88:17
**equal** 90:12
**equipment** 23:19 38:16
**equivalent** 33:24
**error** 68:2 73:25 74:3 75:5 86:15 95:23 96:6,10,20 98:19
**errors** 76:25 77:2
**essential** 160:21
**essentially** 25:9 35:13 42:24 43:3, 12 49:4 54:24 70:9, 15 75:7,14 92:16 93:2 115:8 136:8 144:8 155:21 163:2 176:14 177:12 178:4 179:23
**established** 24:17
**establishment** 31:3 40:9
**estimate** 12:4,18 47:7 48:3
**estimated** 47:20 49:1
**et** 39:22 105:23
**et al** 67:8,9 76:21 78:5 86:11 89:5,11 173:4
**ethnic** 161:2
**evaluating** 161:1
**evaluation** 154:1
**everyone** 37:22 172:7
**evidence** 19:9 124:14
**exact** 12:10 26:8 32:7 67:3 99:21 126:5
**exactly** 36:13 67:4 68:3 72:1,4 74:3 77:16 115:20 162:9
**EXAMINATION** 8:7
**examine** 128:17
**examined** 127:16
**examples** 159:3 160:12,22
**exchange** 167:10 174:8,10
**exclude** 55:22
**excluded** 55:23 56:8
**exclusion** 56:3
**excretion** 140:23
**excuse** 135:5
**exercise** 106:24 113:24 114:4
**exhibit** 13:3,10,11 14:2,4,19, 20,21 15:10, 21 60:8,9,13 66:5 68:23 87:5 99:4,5 134:16 140:12 151:19,20
**exhibited** 63:13,21
**exist** 119:17 121:2,10 160:18

167:12
**existed**
35:22,23,24, 25
**exists**
128:2
**expect**
30:19 35:6 122:20 126:9 137:24 138:14 146:5 161:11 162:10 167:8 174:15 176:21
**expecting**
182:5
**experience**
27:8 32:17, 21 33:2 124:5 128:17 147:17,22
**experiment**
68:6 70:21 71:4 72:12 81:14 82:6, 19 85:15 96:15 101:17,19 120:21 152:14
**experimental**
26:17 65:14 150:1 152:18 159:13
**experimentally**
25:12 72:1
**experiments**
52:9,20,22 53:8 71:10, 12 72:6 101:18 123:7
**expert**
10:13,16,17, 18,20,25 11:14 12:1 13:19,20
15:19,21 16:1 18:16 61:20 66:3,4 86:4 134:17 139:5 159:9
**expertise**
19:23 52:5 159:19
**experts**
145:20
**experts'**
154:9,13
**explain**
42:20 43:19
**explanation**
141:2 142:4, 19
**explore**
20:10
**exposed**
108:24 176:3
**exposure**
32:2,20 115:4,11 135:2,12 163:20 176:8
**expression**
144:21
**extended**
137:17 174:6
**extensively**
27:8 160:15
**extrahepatically**
162:14
**extrapolate**
115:7
**extrapolated**
22:17
**extrapolating**
114:17

**F**

**fact**
35:19 55:11 66:18 83:18
89:22 98:1, 15,17,18 105:11 126:7 141:14 144:11 146:2 156:8 166:10 171:21 179:22
**factors**
152:17 158:12
**Fahrenheit**
33:25 41:20
**failing**
150:20
**failure**
146:16
**fair**
8:22 12:19 17:20,23 113:21 114:3,21
**fairly**
96:4,5
**false**
36:5
**familiar**
18:9 148:3
**familiarity**
21:10,14,21 22:4,5,10
**far**
18:25 23:23 24:11,14,16 25:10 30:18 32:19 37:2 52:11 67:3 70:8 82:15 104:24 107:2 130:4 146:19,25 155:6 163:24 165:6,10 166:7 177:5
**fast**
108:13 173:7
**fasting**
25:16,25 26:7 102:1, 6,8,13,17,25 106:6,7,12 107:4,6,17 108:9,14,15, 17,20,22 109:2,6,7,23 111:1,2 112:9 114:14 115:16 116:1 117:18 118:13,22 119:4,25 120:18 124:22 125:1,19 131:21 173:11 174:19,24
**fat**
177:8
**favor**
156:9
**FDA**
52:12 53:6 63:6 76:21 78:5 86:11 95:18 153:25 155:19 156:2 162:2
**FDA's**
153:13 155:4,22
**FDA-RECOMMENDED**
62:23
**feel**
52:8 55:17 56:15 57:15 98:21 138:12 148:2 149:4
**feels**
157:2
**felt**
54:22 55:10

**field**
147:17
149:12,13
**fighting**
84:16
**figure**
53:25 61:21
70:3 73:10,
16 74:2 87:3
88:22 90:7
110:3,4
111:11,12,24
114:9 119:1
157:7
**figures**
57:3
**filtration**
176:18,19
**final**
6:20 69:12
**finally**
9:2
**financially**
7:10
**find**
31:24 54:12
65:22 114:16
137:11 148:5
166:23
**finding**
35:19 65:21
66:17 168:17
169:16,18
170:11,14
**findings**
36:6 170:11
**fine**
101:13
**fine-tooth**
88:7
**finger**
149:15
**finite**
117:1,6
121:18
131:15
**firm**
11:14,16,19
52:19 136:1
**first**
8:17 11:22
13:9 39:14
41:11 47:16
54:5 60:21
62:4,5,17
77:22,23
78:2 98:15
100:4,9
135:6,19
153:5 160:15
162:24 177:6
**fish**
130:15,16,19
**fit**
91:15
**five**
12:17 84:14,
21 132:3
**five-minute**
84:25
**flat**
90:15 91:25
94:24 96:4,
5,13 97:12
98:6,7
**flavored**
61:17
**flawed**
75:8
**Florian**
140:9 152:1
154:10,14
165:13
167:17
171:15 173:4
180:21
**Florida**
6:3
**flow**
146:3 150:21
**fluid**
67:16,18
89:16 111:1
120:1 152:5,
15 153:2
165:14,17,22
174:9
**fluids**
156:15
157:10 158:1
167:10,11
**focus**
18:24 55:14
64:10 79:5,6
88:16 159:19
**focused**
18:2 19:7,24
21:7,25
22:12 30:20
64:8 69:24
71:19 169:13
**focuses**
18:14
**focusing**
18:21 19:1
47:15 73:3
**folks**
51:23 122:15
**follow**
147:14
149:12
**following**
132:9 133:10
155:8,15
**follows**
7:24 29:7
**food**
100:8 114:15
128:18 129:8
158:20 177:8
**foods**
30:22 130:1,
8 156:16
157:24
158:15
**forget**
144:17
**forgo**
43:5,6
**form**
11:8 17:24
18:1,22
19:6,14
20:6,15
21:17,24
22:8 26:14
27:2 28:4
34:10 35:10
36:7,18 37:7
38:11,24
45:2 46:16
48:13 50:8,
21 52:23
55:19 57:17
63:3,25
64:25 68:14
74:25 81:4,
20 84:10
87:23 112:17
116:3 118:15
119:7 121:5,
23 123:17
124:3 125:4
126:3 129:10
130:23
136:20
138:23 139:9
141:21
142:8,24
147:13,19
149:3 150:13
152:11
153:17
155:14 156:3
157:12
158:3,25
160:11
161:18 162:6
163:15,22
164:9,20
165:20
166:15
169:20
170:15 173:9
175:23 179:6
180:9,15
181:9

**formation**
18:3,5,15 19:2,9,10, 15,25 21:7, 25 22:13 40:15 52:11 53:4 55:3,12 62:18,21 64:2,4,9,23 70:13,23 73:3,4,6 79:18,22 84:1 89:23 95:14 96:25 99:14 100:5 108:2 122:12 133:1,13 142:2,18 143:7,8 144:2,4,11 145:10 156:9 165:6 166:6 173:5 174:21 180:18

**formed**
16:9 18:25 65:16 95:17 159:7 165:16 168:25 169:10

**forming**
17:11,21,23 54:6 97:3,6 141:17 180:14 181:7

**forms**
17:1

**formulated**
122:2

**forth**
40:15

**forward**
101:24

**found**
27:1,16 28:2 29:14 40:17 50:10 54:5, 18 55:1,4,9 56:23 61:12 75:21 103:3 131:19 132:12 133:24 179:4

**foundation**
122:20 124:15 147:19 151:4

**founded**
123:10

**FPR**
6:2

**FPR-C**
6:2

**frequently**
42:12

**Friday**
7:4

**Friedman**
9:15 11:8 18:1 19:6, 14,21 20:6, 15,22 21:6, 17,24 22:8 26:14 27:2 28:4,25 34:10 35:10 36:7,18 37:7 38:11,24 45:2 46:16 48:13 50:8, 21 52:23 55:19 57:17 63:3,25 64:25 68:14, 24 69:1,10, 16 72:23 74:25 81:4, 20 84:10,19 85:20 87:23 99:21 112:17 116:3 118:15 119:7 121:5, 23 123:17 124:3 125:4 126:3 129:10 130:23 131:24 132:5 136:20 138:23 139:9 141:21 142:8,24 147:13 149:3 150:13 152:11 153:17 156:3 157:12 158:3,25 160:11 161:18 162:6 163:15,22 164:9,20 165:20 169:20 170:15 173:9 175:23 179:6 180:9,15 181:9,15 182:5,19

**Fristachi**
16:13

**front**
9:21 10:5 60:17 99:12 104:25 140:15 151:24,25 157:1

**full**
30:25 56:19 57:1,5,14,16 62:5 75:6,16 77:16 90:23 92:17 95:6 103:8,14 131:4

**fully**
24:11 75:25 162:19 177:6

**fundamental**
126:9

**G**

**gallery**
6:24

**Gao**
25:3 26:11, 24 27:13 31:6 55:5 66:14,19 67:8 76:21 78:5 82:23 86:11 89:5, 10,11 90:24 95:18 114:23 122:8 126:21 127:16 151:14 154:10,14

**Gao's**
66:17

**gas**
33:22 35:8 42:25 43:1 137:8 138:21 139:17

**gastric**
67:16,18 89:16 101:9 102:1,6,8, 13,17 108:10,14, 18,20 109:23 110:25 111:1 112:5 120:1 121:25 124:18 132:9,14,18 133:10 152:5,15 153:2 165:14,17,22

**gave**
32:13 102:21 129:15

**GC-MS**
33:24 34:6, 9,12,22

35:15,17,20, 22 36:5,22 37:2,3 38:3, 6,18 41:18, 23 42:1,4,9, 11,13,16,18 44:4,14 136:3 138:8
**general**
27:8 33:7 46:5 49:20 109:5 122:18 148:13,15 156:6 157:2 159:5
**generalize**
45:4,9
**generally**
22:16 34:16 44:24 52:14 57:20 122:9 124:8 158:18 159:7 173:15,20 176:3
**generated**
137:9
**generating**
42:8
**genetic**
161:7,10,14
**geographic**
161:6
**GERD**
115:15,17 116:1,2 117:17,19 118:12,14,21 119:3,19 121:21 122:4
**getting**
40:18 70:17 104:1 107:12 108:4 130:7 143:10 171:6 173:1
**GI**
162:10

164:11
**Gilead**
11:6,12,20, 25
**Gilead's**
10:17 11:3
**give**
7:18 13:7 17:19 26:17 30:3 36:12, 19 37:1 39:13,22 40:22 41:12 48:18 50:23 56:16 58:5,8 59:2,19 60:6 71:8 92:8 94:8 129:3 132:3 182:6
**given**
68:6 118:21 129:18 163:19
**giving**
40:5
**glad**
109:10
**glomerular**
176:17
**glucuronic**
178:13
**go-to**
36:9,16,24 38:20,22,25
**goal**
148:18
**God**
7:20
**goes**
90:21 150:19 151:12
**going**
8:16,20 12:24 15:18, 25 16:1 20:12 28:22 31:15 32:15

35:14 39:7, 19,20,21 41:13 44:3 46:20 47:9 53:11 57:13 59:1,12 70:21 71:10 72:9,10 74:7 81:14 82:5, 8,11,20 85:14,22 91:2,7,19 93:6 94:17, 19 96:15 99:10 100:18 104:4 105:7, 19 109:9 116:18 117:13,25 121:18 126:13,14 129:19 131:22,24,25 134:5 138:25 146:19 147:3 149:16,20 150:4 154:23 159:6 165:7 170:21 174:25 177:5 181:17 182:11,24
**Gombar**
47:21,24 48:2,10
**good**
8:9 25:3,4 39:10 52:6 100:21 181:14
**government**
154:4
**gram**
111:9
**grams**
111:6,19,20 112:9 126:15,18,

22,23 127:3 128:10,12 130:2
**graph**
55:23 71:25 74:21 77:8 78:19 82:13 96:1 97:23 98:23 125:24 175:20
**great**
51:4 54:20 93:5 132:2 149:21 157:20
**greater**
24:15 33:25
**greatest**
58:8
**Greg**
7:8
**gross**
107:24 114:12 115:11
**ground**
8:17
**grounded**
126:6
**group**
141:19,20 142:13,14 145:6 158:20
**groups**
34:24 103:11 116:23 142:16 144:10 178:14
**growing**
146:22
**GSK**
19:11 34:5 35:5
**guess**
20:23 55:10 66:25 72:3

81:5 104:23 105:4 123:19 179:17
**guidance** 24:11
**gut** 162:25 177:13
**guys** 84:15 102:12

**H**

**habits** 128:1
**half** 33:19 47:25 48:3,5,7,11, 20,22 49:3, 7,8,9,12,16, 22 50:6,18, 19 137:22,23 138:5,6,15 167:6 172:19 173:25 174:6,14 178:24 179:22 180:2,3,5,24 181:2
**half-life** 47:18
**hand** 7:16
**handled** 74:11
**happen** 23:23 24:3 33:1 87:21 88:10 89:4 109:13 119:23 128:24 142:6 144:15 156:13 162:14
**happened** 28:13 113:24
**happening** 21:12 22:2 146:21 165:10 167:5 177:20 180:22
**happy** 26:1 45:9 50:16 60:4 115:18 118:7 120:4 156:25 180:11
**hard** 36:19 68:7 75:12 90:20 103:8,13 123:2 136:1, 14
**Hardy** 11:21,22
**head** 9:5 41:23 42:10 43:10, 13 45:11,23
**health** 108:23 109:3 160:20
**healthy** 25:15 110:24 111:2 119:5 120:19 125:1,25 146:2,7,14, 18 147:12 148:1,9 150:11 151:10 173:8
**hear** 31:8,9,10,11 67:23 69:17
**heard** 64:18 65:5
**heat** 19:4,13,20 20:5,14,21 21:5 34:15 42:5,6,8 44:4,17,23, 25 45:13,15, 25 46:15,18 137:7
**heating** 41:19 43:20, 22
**heats** 45:15
**held** 6:9,13
**help** 7:19 165:17
**helping** 13:8
**hepatically** 176:18
**Hernandez** 154:15,19,25 155:1,10,19 156:8
**hesitate** 104:23
**high** 23:4 26:12, 21 28:3 29:15 33:24 34:6 63:4 107:12 112:2,14,16, 22 114:5 119:20 121:3 123:15 125:10,20 126:1,2 131:7 132:22,23 134:24 135:9,18,20 136:16 137:7,8 141:17 143:15 177:8,23
**high-resolution** 63:5
**higher** 25:14,17 30:18 36:5 44:24 69:22 70:19 75:13 85:7 92:19 96:25 102:22,24 103:1,4,14 112:7,8,13 114:14 115:15,20 116:1 117:4, 18 118:2,12, 21 119:4,5 120:1,5,7, 12,18,19,22, 23 124:21,25 125:13,16 128:13,19,20 132:13,14,16 137:21 141:9 142:13,15 143:2,3 145:7 168:5
**highest** 58:5 75:3 175:19 176:2
**highlight** 79:6 90:7 101:8 140:21
**highlighted** 62:10 78:23, 24 79:7
**highlighting** 77:21,25
**highly** 36:11 75:15 161:13 166:23
**hint** 173:20
**historically** 37:17
**history** 10:13
**hit** 176:7

**holds** 141:25 142:16
**honestly** 94:19 127:11,12
**Hopkins** 51:14 149:5
**Hospital** 102:12
**hour** 12:22 174:2
**hourly** 12:21
**hours** 12:5,8,9,16,17,19 138:6 176:14 179:23 180:25
**how-** 105:13
**Hrudey** 16:13 17:2,12
**human** 23:5 24:4 25:1 26:12,21 32:2 64:5 65:5 70:8 123:21 133:15,16,20 134:1 136:5 152:16,19 171:11
**humans** 25:3 47:19 48:5,16,17,18,22 49:5,11,23 50:7,20 105:25 106:2,4 109:13,15 122:23 160:10,13,24 161:1
**humidity** 21:16
**hundreds** 17:15 28:8 33:8
**hypothetical** 35:13 117:9 140:2 155:10

**I**

**I-ARCHIVE** 58:2
**idea** 25:4 44:8 48:24 55:25 57:25 68:13 113:4 123:16 128:24 176:11
**ideas** 23:17
**identification** 13:12 14:5,22 60:10 99:6 140:13 151:21
**identifying** 41:11 51:24
**ignore** 120:15
**imagine** 117:10 130:24 131:17 163:5
**immediately** 92:13 94:24
**impact** 123:3 131:3 146:3 152:4
**impacted** 83:17
**importance** 57:11,22
**important** 40:21,24 41:9 44:7 45:17 47:2 116:11 117:3 121:14 123:9,11 129:4,9 149:10 161:1 174:21 176:1
**improper** 54:23
**in-vitro** 23:2,24 53:5 166:4
**in-vivo** 22:17 48:24 49:2 53:5 166:5 180:21
**inappropriate** 40:17
**inbox** 148:17
**include** 91:17 92:11 94:25 170:22
**included** 28:7 53:20,21 55:2 56:2,9 64:6 91:5,12 92:1,12 98:23 133:9 172:12
**includes** 54:20 161:2 167:13 170:9
**including** 92:8 119:10 132:10 171:7 172:9
**incorrectly** 64:15
**increase** 25:18,20 54:16 55:8,12 70:6 71:15 77:14 83:21 89:18 90:18 96:9 97:14,16 109:25 112:5 113:11 114:1 116:13,22,23 119:11 126:4 128:25 129:1 132:8,18,19 133:3,10 143:20 156:9,19 159:6 168:24 169:1,5 174:25
**increased** 39:4 113:3 167:19
**increases** 131:20 144:15 158:18
**increasing** 61:2,3 62:6,7 83:20 95:20
**increasingly** 36:24 37:10 39:5
**incredible** 144:19
**incubations** 65:16
**indeed** 18:4 67:24 73:7 76:7 134:24 135:9 171:23
**indefinite** 133:25
**indicate** 94:21 144:18
**individual** 34:24 71:11 103:15 118:21 141:5 158:11 168:12
**individuals**

38:15 141:3 142:5
**infectious** 159:22
**inference** 57:25
**influence** 55:21 58:4, 14 67:6 68:8 82:20 83:24 106:15 109:12,14, 16,17 119:13 129:18 152:17
**influenced** 108:23 109:8
**influencing** 82:19,20 109:8
**inform** 48:16 54:9
**informa-** 76:3
**information** 48:10 50:18, 24 76:4 86:24 139:11
**informative** 47:25 48:11, 21 49:9,23 50:6,19 54:6,12 55:1,4,9 56:10,24,25 57:8 58:19, 22
**Ingelheim** 35:6
**ingesting** 18:20 26:12 27:1,16 28:2 29:15 111:6 112:1,9
**ingestion** 111:9,18,23
**inhibit** 31:23 32:4, 11,23 33:5
**initial** 12:25 13:3 15:21 177:22
**inject** 43:5 130:6
**injecting** 44:12
**injection** 42:1,4,6,17, 23 43:10,14 46:13
**injections** 42:18 44:15
**inside** 17:11 18:19 19:24 22:24 23:12 24:21 25:1 50:7 64:17,20,23 65:3,10 143:16,17
**insight** 173:5
**instance** 41:12 51:4 58:1 59:1 94:5 125:13 146:15 150:17,20 151:2 155:12 156:19 157:6 161:9 167:7 171:3 172:1
**institutional** 171:18 172:10
**instrument** 42:8 43:3,5, 8,18 44:7 45:5 72:15 76:1,2
**instrumentati on** 37:24
**instruments** 37:10
**intact** 50:25
**intake** 101:10
**inter-** 135:18
**inter- individual** 134:24 135:10,20 136:16 145:11
**interactions** 6:13
**interest** 44:9,21
**interested** 7:11 44:1 45:6 51:6 156:12 179:8
**interesting** 136:25
**interestingly** 74:13 96:20
**interests** 170:18
**interface** 6:14,25
**interference** 139:22
**interpret** 74:18,20 97:4
**interpretable** 129:13
**interpreting** 98:10
**interrupt** 8:2
**intersects** 110:14,18
**intestine** 164:16,18
**intrahepatic** 177:12,18
178:11 179:7
**introduce** 39:21
**introduced** 43:2 137:4
**invoice** 12:13
**invoices** 12:7,9,10,11
**involved** 12:1 122:11 129:21 152:13 158:12 172:9
**involving** 136:5
**ion** 46:21
**IQR** 140:22
**IRBS** 172:12
**issue** 18:15 44:17 70:25 115:25
**issues** 39:23 40:1

**J**

**JAMA** 153:6,7,8,9, 10 154:15 155:18
**job** 25:4 172:13
**Johns** 51:14
**journal** 56:20 148:25 149:24,25 150:6 153:9
**journals** 148:12,13 149:23,24 154:3

**juice**
101:9 102:2, 6,8,13,17 108:10,14,18 109:23 132:9,15,19 133:10
**juices**
108:20
**jump**
126:2
**jumped**
41:6 125:25
**Jumping**
25:21
**justification**
172:9

**K**

**K-R-U-L**
16:22
**keep**
97:3 105:24
**keg**
106:8
**key**
39:15 70:24 145:4 166:2, 8
**keywords**
149:7,9,11, 19 150:8 151:6,11
**kg**
103:17,21 104:8,14,19 106:7,19,22
**kidney**
167:13 176:19
**kidneys**
178:2
**killadaltons**
37:12
**killing**
160:17
**kind**
32:17 33:19 35:12 44:2 74:18 86:17 87:2 100:12 107:10,20 125:6 136:2 138:3 148:15 149:12 158:11 174:7 175:6,15 176:2,9 177:15,23,25 178:6
**kinetics**
164:4 176:11
**King**
9:10
**know**
8:19,25 17:5,14 19:19 20:3, 9,10,13,19 21:4 23:4, 13,21 24:25 25:8,18,19 26:15 27:3, 23 28:8,13 29:10,23 30:14,25 31:1,5 32:9 34:14 35:1 36:20 37:11, 12,13,22 38:15 39:19 40:5,6,11 41:16 44:4, 19 46:20 47:8 48:5, 16,19 49:6 50:5,17 52:8,9 53:1, 2,5 54:19,24 55:6,25 56:5 57:2,24,25 58:11 59:8 60:1,15 64:16 65:1 66:20,25 67:1,23,25 68:1,2,3,7, 21 69:1,19, 24 70:3 71:1,3,11, 16,21,23 72:1,4,15,25 73:1,2,7,25 74:9,10,18 75:3,13,15, 24 76:7 77:5,9 79:15 82:10,14 88:2,13,19, 23,25 89:20 90:20 91:3, 14 93:1 94:4,5,22 95:6 96:14, 20,21,22 97:7,11,15 98:12,20 99:21 102:5 103:1,7,10, 13,14,23,25 104:1,25 105:2,3,9 106:12,25 107:1,22 108:3,8,25 109:7 110:1 111:16 112:20 113:1,2,3,6, 7,23,24 114:3,8,13, 15,18 115:2, 7,9,10,19,23 116:6,15,17 117:6 118:11,17,20 119:11,22 120:6,13,21, 22 121:7,8, 12,24 122:7, 10 123:3,5, 19 124:6 125:10,14, 19,21 126:8 127:7,17,21 128:1,2,14, 23 129:19 130:11,17 131:3,8,25 133:12,20 136:7 137:1, 3 138:10,11, 14,16 139:2 140:4 141:8, 24 142:15 146:21,22 147:3 149:14,20 150:3 151:4 152:8,18 153:22,24 154:1,3,22, 25 155:1,22 156:20,21,23 157:7 159:5 161:10,12,19 162:8,16,22 163:11 164:21,25 165:4,7 166:10 167:1,7 168:3,5 169:22 171:2 172:12,15 174:9,19,20, 22,25 176:1, 4,6,11,14 177:4,5,23 178:2,21 179:23 180:16,25
**knowable**
34:25
**knowing**
127:14
**knowledge**
23:18 29:22 34:6 122:19 126:6

**known** 52:24 122:5 149:16 162:9
**Krawczynski** 37:25 134:14,15 139:7
**Krul** 16:18,19,25 17:3,9 18:10

**L**

**lab** 51:9,16 52:4,14 53:1 161:20
**laboratory** 35:7 38:14 51:11,12,13
**labs** 39:5
**lack** 135:1,2,11, 12
**language** 154:3
**laptop** 9:17
**large** 6:3,23 82:21 155:15 156:8,14
**largely** 40:15 145:20,21
**larger** 178:14,19
**law** 11:14,16,19 52:19
**LC** 63:4
**LC-HRMS** 62:23 63:1
**LC-MS** 35:25 36:4, 5,9,16,22,23 37:1,5,9,14, 17 38:8,12, 17,20 39:3, 8,10 40:20 44:14
**lead** 33:25 34:7 36:5 100:14 117:24 128:18,19 178:11
**leading** 149:23
**leave** 94:21 156:8
**leaving** 94:1
**led** 34:8
**left** 55:10 56:11, 20 57:10 73:7 89:4,21 90:1,7,8,22 91:22 96:3 98:1,15,17 110:8,10
**Legal** 7:9,13
**legend** 111:12
**lengthier** 87:21
**lens** 23:21
**letter** 155:2,17,18
**level** 17:1 23:4 41:12 56:5 79:20 89:24 91:17 93:24 102:1,14 104:1 106:6 108:3 113:2, 3,14 118:22 119:11 126:11 168:5 176:2,4
**levels** 17:10 25:14, 16,25 26:6, 8,11 30:5,8, 18 31:1 32:1,20 33:1 40:5 41:19 53:19 54:16 55:7,13 65:14,23 66:20 68:4 70:7,14,19, 23 73:5,6,9 76:16,19,20 78:3,4 79:11 80:25 81:1, 7,13,16,17, 18 82:13 83:2,3 84:1, 4,5,7,8,9 85:5,6,8 86:9,10 87:1,9,10 89:17 95:13 96:25 101:5, 9 102:8 103:14 104:2 107:17,19 108:22 109:6,12,14 111:2 113:1 114:14 115:12,16 117:24 118:14 119:9,13,15, 19 120:8,19 122:3,5,7 123:4 124:21,25 125:19 128:4,12,14 129:7 130:12 131:14,21 132:8,14,16, 18 133:19 134:1,25 135:10,22 136:11 137:9 140:23 141:9 144:22 155:14
**levers** 25:14
**Liability** 7:7
**lie** 49:22
**life** 47:25 48:5, 7,12,20,22 49:3,7,8,10, 13,16 50:6, 18,19 127:1 137:23 138:5,6,15 167:6 172:19 174:6 178:24 179:22 180:2,6,24 181:2
**light** 155:22
**likelihood** 155:11
**limit** 124:11
**line** 30:25 55:5 90:21 91:2, 7,11,22 92:9,22 93:1,6,21 94:13,22 97:17 149:10
**linear** 92:14,16,18 93:2,9,14,17 94:7,9,12, 22,25 95:3,5 128:24
**lined** 91:25

**lines**
92:8 105:22
**list**
10:2 16:20, 23 28:9 29:20 88:17, 18 157:5,9
**listed**
28:9 29:18 67:25 68:5 149:9
**liter**
155:13
**literature**
10:4 18:4 19:23 20:1, 16,18 21:1, 3,11 26:16, 25 27:4,6,8, 15,17,19,22 28:1,5,6 29:8,13 32:15 33:4,7 35:3 36:21 54:25 56:9, 10 65:9 107:20 115:3 147:8,14,23 148:2,3,6, 16,20,21,24 149:2 150:24 152:9,24 162:1
**litigation**
7:7 10:15 53:19 54:4, 11
**little**
27:11 70:25 72:10 95:5 99:23 105:4
**liver**
146:3,16 162:10,13, 15,25 164:12,16,18 178:3
**lives**
48:3 170:25 173:25 174:14 180:4
**located**
9:9
**locked**
6:17
**London**
102:12
**long**
39:19 45:25 48:25 179:21 180:3
**long-**
180:2
**long-term**
132:10
**longer**
44:25 172:18 180:3
**look**
16:20 17:17 22:14 26:1 32:6 33:11 45:9 47:14 49:18 50:17 59:25 60:3,4 61:6 69:13 70:13,14 71:14 74:1, 2,17 76:13 77:8,13 81:24 84:14, 21 92:16 97:12,13 100:18 105:16 106:5,24 107:9,21 110:2,7 111:4,10 115:18 118:1,16,23 119:16 120:4 124:6 134:12 140:18 151:14,16 152:3 153:4 156:5,25 157:6,21 158:13,19 159:4 162:23 163:16 166:22 167:22 174:24 177:25 178:7 179:2,8 180:1,11 181:12
**looked**
16:21 68:8 75:6 88:8 116:21 118:4 124:20 156:19 157:7 161:16,19 168:7
**looking**
23:20 25:6 27:3 29:25 40:13 43:17, 24 44:6 45:20 49:6 51:5 57:1,2, 23 69:7,25 70:3,22 71:2,12 77:17,18 78:16 79:18 87:5 90:16 92:19 93:21 95:15,21 97:25 100:18 103:10 104:25 114:8 120:13 121:8,9 133:21 139:20 141:8 143:23 144:25 145:2 153:2 157:20 163:18 164:24 165:24 166:4 169:21,22, 24,25 171:8 174:21 176:8,15 179:10,19 180:17
**looks**
8:1,2 69:14 74:14 75:11, 12 91:11 94:23 95:22 96:4,7,9,21 104:11 119:19
**loss**
147:6
**lost**
28:11
**lot**
36:12 37:1 38:21 42:7 58:1 59:2 109:10 126:20 135:21,24 145:2,11 158:12 159:19,22 164:2,4 172:8
**lots**
52:5,15 94:15 129:17,20 159:25 165:4 166:23
**low**
37:6,9 44:4 63:13,21 98:2 169:2
**lower**
16:25 17:10 37:18 67:13 70:20 75:13 81:11 82:13, 22 83:12 90:4 91:21

93:6 94:4 98:18 117:4 123:6 130:12 158:23
**lowest** 75:4 91:19
**LP** 13:9 14:3,19 60:7 99:3 140:10 151:18
**Luke** 9:15
**lunch** 132:1
**luncheon** 111:20 126:15,18, 22,23,24 127:2,4,8, 10,12,13,17, 19,20 128:3, 4,9,11,15 129:5 130:2 131:4
**lymphatic** 164:12

M

**made** 87:24 89:5,8 90:24 170:3
**magnitude** 25:22 75:10 113:5 173:5
**make** 9:6 17:4 44:2 46:3 52:21 68:20 76:25 83:6 88:4 90:1 94:2 96:14 97:8,22 98:20,21 99:23 111:12 115:18 118:23 119:22 123:22 129:17 138:24 139:5,8 140:15 150:3 157:19 159:6 161:14 169:13 170:12 182:15
**makes** 72:12 143:12
**making** 39:9 44:12 45:20 49:24
**Manarchive** 58:2
**manipulation** 92:25
**manuscript** 53:13,18 54:4,11 56:22 57:1, 6,14,16,19, 21 59:5 61:25 79:10 153:12,18
**manuscripts** 58:4
**March** 13:16 14:10
**mark** 14:1
**marked** 13:11 14:4, 20,21 15:9, 21 60:7,9 99:4,5 114:16 124:8,17 140:10,12 151:18,20 168:20
**mass** 33:23 35:15 37:14 39:2, 18 42:14 43:23 45:5, 10,18 46:17 51:21 52:25 63:5
**materials** 10:1 16:23 27:18 100:19 157:5,8 179:11
**math** 106:24 113:24
**mathematical** 114:1
**matter** 7:6 39:18 44:11
**matters** 120:14
**maximum** 168:1 175:6, 17
**maximum's** 176:1
**meal** 25:14 26:12, 21 27:1,16 28:3 29:15 111:6,9,18, 23 112:2,9, 15,16,22 114:5,14 119:6,20 120:20 121:3 123:16 125:10,20 126:1,2 131:7 132:22,23 141:17 143:15 155:15 156:22 157:7 158:18 159:5 174:25
**meals** 30:9 156:8, 14
**mean** 25:10,17 30:21 37:8, 11,12 48:4 49:10 60:2 64:16,17 65:2,9 66:25 68:1,19 69:23 74:24 75:8,11,18 81:23 83:8 84:7,18 86:14,22 88:11 93:15, 17 95:18 96:16 98:6 102:14 105:2,13 107:16 115:20 116:14 118:1 120:7 131:1 135:19 138:24 139:19 142:22 146:19 151:6,11 153:18 157:13 158:12 161:19 163:1 165:12 172:14,16 173:11,18 175:9 180:2
**meaningful** 94:17 107:1 116:13
**means** 74:18 77:9 93:19 105:20 118:19 120:22 137:2,3 163:14 168:9 172:17

179:18
**meant**
81:3 83:1 87:8
**measure**
26:11 30:5 37:10,14 48:15,23 51:21,22,23 52:5,15 131:12,15 138:16 139:22 167:16
**measured**
98:5 115:13 121:2 122:6 123:19 140:6
**measurements**
25:2,5 29:24 30:4 52:8 179:25
**measures**
26:18,20 40:17
**measuring**
25:12 33:14 36:9 37:17 39:20 41:14 114:4 175:4
**meat**
111:20 126:15,18, 22,23,24 127:2,4,8, 10,12,13,17, 19,20 128:3, 4,9,11,15 129:5 130:2 131:4 141:10,11, 15,24,25 142:1,6 143:3,4 145:5,7,9 168:2,22,23 169:1 170:1 171:25 172:1
**meats**
130:6 140:22 141:5,20 142:22,23 143:18
**mechanism**
51:20 136:24 173:1
**mechanisms**
51:25
**med**
149:5
**median**
74:24 75:18 105:13 140:22,24
**medians**
118:19
**medical**
94:18
**medicine**
147:2,4 150:1 160:21 163:6
**medicines**
36:10 38:25
**medium**
68:1
**medrx**
69:14
**meet**
143:3
**member**
159:12,14
**memory**
17:8 99:20 100:12
**mention**
57:3 77:4 100:17 132:16
**mentioned**
17:2 19:8 29:21 32:14 38:14,20 39:23,25 44:9 48:5 51:7 53:3 55:2 57:7 59:3 64:1 78:9 79:17 82:5,17,22 91:6 93:8,21 96:4 106:23 121:18 131:18 144:7 150:19 152:1 159:18 172:21 174:8 176:13,23 180:10,20
**mentioning**
152:6
**mentions**
16:25
**message**
83:16
**metabolic**
146:4
**metabolism**
121:9 147:15 159:19 160:23 162:24 163:24 176:19
**metabolite**
41:11
**metabolites**
36:10 51:22, 25 52:15 162:7,10 178:11,16
**metabolized**
51:19 161:9 164:10 166:19 177:13 178:4
**method**
35:15,19,21 39:24 40:10 41:23 42:2, 5,10,17,23 43:23 45:11, 18,24 46:1, 5,13,15,22 59:8 63:5 127:24 135:1,12 136:13 137:1,9 139:21 140:3,7
**methodologies**
38:13
**methodology**
27:24 29:10
**methods**
23:15 24:14 33:14 34:12 39:12 40:8 42:3,11,21 43:21 44:8, 22,24 45:5, 10,14 57:2 58:23 59:1,5 61:9 74:2
**metric**
169:22
**mg**
103:21 104:8,14,19 106:7,8,19, 22
**mgs**
103:17
**microflora**
177:14
**micromolar**
25:8,9,19 103:24 107:19
**mid**
30:1
**middle**
22:15
**mil**
40:6 41:14 175:8
**milligram**
61:17 63:8,9 163:19

**milligrams** 61:16
**millimolar** 25:10,21 53:20,22 59:14,15 70:17,20 71:16 76:17 78:3 79:24 80:3,7,9,11, 14,18 81:1, 3,10,12,17, 18 83:2,4,5 84:4 85:5 86:10,13,14, 16,21 89:12, 13,24 90:2,5 94:4,23,24 102:2,9,19 103:23 104:2 107:6,13,25 109:23 110:16 111:3,21 113:12,14 125:6,10 130:8,21
**millimolars** 76:20 106:9 107:18
**millimole** 59:18,19 67:14 87:9 90:11,12,18 111:6,9,19
**millimole-** 89:23
**millimoles** 112:3 113:17,18
**millions** 160:19
**mind** 53:7 123:25 155:23
**Mint** 59:23 61:7, 15,17,23 63:9,15,22 68:10 69:20 72:20
**minus** 67:1
**minute** 85:10 120:20
**minutes** 47:20 49:1 84:14,21 85:19 111:4 112:1,8,14 114:5 119:6, 20 121:3 123:15 128:13 129:8 131:6 132:4 182:7
**mislead** 77:24
**misleading** 92:2
**missed** 68:15 87:18
**mistakes** 87:20 88:1
**misunderstanding** 57:18
**mixup** 111:14
**model** 48:4,6,15, 19,23,25 50:12,23 51:4 152:7, 18 153:3
**models** 50:1,13
**modern-day** 37:9
**modification** 147:16
**moieties** 178:20
**mol-** 47:3
**molecular** 37:6,9,15,18 47:3,5
**molecule** 49:21 131:15 144:22
**molecules** 34:2 36:25 37:6 43:1 147:16
**moment** 47:9 61:9,11 99:8,15 100:11 101:22 110:6 111:10 182:6
**Moore** 6:1 7:12
**morning** 8:9
**move** 117:11 118:8
**movement** 96:5
**moves** 164:11
**multiple** 24:21 98:25 101:18 127:5 168:6 177:21 178:8 179:15
**multiplied** 113:16,18 114:6,8
**multiply** 113:19
**mute** 28:12
**muted** 28:10,13

N

**N-NITROSO** 99:13 100:4 132:9,18 133:1,4,8, 15,17,18,24
**Namandje** 7:2,22
**Namanmdje** 8:13
**name** 7:8 8:11,12, 13 59:23 60:1,2 88:17
**named** 38:21 59:23 61:8
**nanograms** 40:6 41:14 59:20 63:17, 22,23 65:20 68:11,12,13 69:21 71:21, 22 72:19 75:23 77:9 175:8
**NAP** 22:21,23 23:10,13 24:5,8 31:2, 3
**Nature** 149:24 150:1
**navigate** 100:1
**NDMA** 16:7,8 17:1, 11,21,24 18:3,19,22, 25 19:4,10, 13,15,20 20:5,14,21 21:5,16,23 22:7,24 33:14 34:9 35:19 40:14 47:4,6,16, 18,25 48:3, 11,20,22,25 49:8,9,12,16 52:3 53:19 54:16 55:3,8 59:14 60:18

61:3 62:7, 18,22,23 63:13,16,21, 23 64:2,4,9, 12 65:14,16, 23 66:21 67:10,13,15 70:7,13,23 71:19,22,25 72:19 75:21 76:16,19 78:2 79:22 80:25 81:16 82:18 83:1 84:3 85:7 86:9 87:9 89:14 90:17 95:13,16 96:25 97:3, 5,6 98:9 108:2 133:7, 8,13,16 137:9 140:22 141:4,9,13, 16,19,22 142:2,17,21 143:7,8,16 144:12 145:10,12 155:14 156:10 159:7 165:15 166:11,18 167:19,23 168:1,24 169:8,9 173:5,24 174:21 180:18

**NDML**
87:9

**necessarily**
118:21

**necessary**
35:16 47:1

**need**
8:25 17:16 36:8,13 40:1,7,8 41:15 44:15 50:2 74:1 100:23 101:1,22 103:14 105:15,21 110:6 111:11 118:22,23 119:10,16,21 120:13 133:20 137:11 139:10 151:16 157:1 158:13,19 159:4 161:5, 14 164:14 165:2 170:7 171:4 172:4, 15 174:22 176:5 181:11

**needed**
54:23

**needing**
100:25 121:15

**needs**
50:25 163:10

**negative**
36:6 76:8 77:14

**Network**
153:7,10

**never**
17:20,23 52:18 64:18 65:6 163:7 166:13,19 172:2

**newer**
36:2

**newly**
73:12

**NIGH**
8:8 11:9,11 13:6,13 14:1,6,18,23 15:16,17 16:4,6 28:12,16,20, 24 29:5 31:12,21 33:16,17,19, 21 60:11 62:12,16 66:4,10 68:21 69:15, 17,18 77:20 78:6 79:23 80:1,13,16 81:23 82:2 84:18,23 85:18 86:3,6 90:6,9 95:24 96:2 99:3 100:1,3 101:3,15 108:9,11 110:17,20 118:8,10,25 119:2 126:16,17 132:3,6 134:2,11,18, 21 140:10, 18,20 143:1 145:15,17 151:18,22 154:11,12 159:9,11 165:21 181:13,23 182:9,22

**nit-**
128:18

**nitrite**
23:4 24:20, 25 25:2,14, 16 26:11,12, 20,21,25 27:1,15,16 28:2,3 29:14,15 30:4,5,8,15, 18,22 31:1 53:19,21 54:17 55:7, 13 59:14,15, 18 61:2 62:6 67:13 70:7, 15,16,19 71:15,16 72:9 76:12 81:11 82:17 83:20 89:19, 24 90:4 95:12 97:1, 20 98:25 101:5,9 102:1,8,14, 18,25 110:10 111:1,19,21 112:2,6,14, 15,16,22,23 113:15 114:5,22 115:10,15 116:1,25 118:13 119:4,6,20 120:1,18,20 121:3,4 122:3 123:13,16,25 124:22,25 125:10,20 126:1,2 128:4,12,18, 20 129:7 130:1,7,11, 21 131:5,7, 20 132:14, 16,22,23 141:17 143:15 155:15

**nitrites**
115:1,5 117:18 123:5 166:1,10,11

**nitrosamine**
134:25 135:2,10,13

**nitrosate**
23:12 31:23 32:5,11,19, 23 33:6
**nitrosating**
32:20
**nitrosation**
100:8 152:10,14,22 166:1
**non-cured**
140:22 141:5,10,15, 20,23 142:1, 6 143:3,4,18 145:5,7 168:22,25 169:25 171:25
**non-healthy**
146:13 147:11,25 148:8 150:10 151:9
**nonetheless**
75:19 80:2
**nonhealthy**
146:6
**nonhuman**
47:20 48:2, 6,9,21 50:3, 16,22 51:8
**nonresponsive**
117:11 118:9
**nonsmoker**
102:13 104:7,19 105:12 108:18
**nonsmokers**
102:17,25 103:17 124:22
**nonstatistically**
167:18
**nonverbal**
9:4
**notably**
63:12 67:9
**Notary**
6:2
**note**
140:14 174:18
**noted**
96:19 106:9 138:5 145:19 165:23
**notes**
10:9
**nuanced**
59:3
**number**
12:16 16:2 48:18 66:25 67:24 69:22 72:2 78:19 100:5 101:6 103:7,12 110:12,16 112:6 172:6
**numberings**
15:25
**numbers**
40:15,18,20 41:10,16 59:19 72:5 82:16 96:23 103:2 107:9, 22 115:9 125:14 145:3
**numerous**
87:17
**nutritional**
30:24 127:6 128:22 130:3,10,24

**O**

**oath**
7:24
**obese**
151:1 155:13
**object**
22:8 27:2 34:10 48:13 81:20 84:10 116:3 125:4 139:9 147:13 161:18 179:6
**objection**
11:8 18:1 19:6,14,21 20:6,15,22 21:6,17,24 26:14 28:4 35:10 36:7, 18 37:7 38:11,24 45:2 46:16 50:8,21 52:23 55:19 57:17 63:3, 25 64:25 68:14 69:17 72:23 74:25 81:4 87:23 112:17 118:15 119:7 121:5,23 123:17 124:3 126:3 129:10 130:23 136:20 138:23 141:21 142:8,24 149:3 150:13 152:11 153:17 156:3 157:12 158:3,25 160:11 162:6 163:15,22 164:9,20 165:20 166:15 169:20 170:15 173:9 175:23 180:9,15 181:9
**observations**
102:21 108:19
**observe**
117:2
**observed**
23:5 76:16, 19 78:3 80:25 81:17 83:2 84:4 86:9 125:11 135:22,24 136:11 144:20 168:17 171:3
**obtained**
102:1,8
**obviously**
65:6 146:22
**occur**
48:19 124:8 146:6,7,14, 24 147:1,12 148:1,9 150:11 151:10 162:9 168:10,14 176:25
**occurring**
165:8,9
**offering**
19:7,17,22, 25 20:7 21:20 64:1 180:16
**offhand**
17:16
**office**
9:10 11:16, 17
**oftentimes**
42:5 88:1,2 121:21 149:18

**okay**
6:5 8:15,25 9:1,7,16,20,24 10:12,18,22,24 11:2,6,16,19,25 12:4,12,18,21,24,25 13:5,22,25 14:14,17 15:9,15 16:17 17:18 18:6,10,13 19:3 20:3,18 22:14 26:9 31:17,22 33:11 37:5,25 41:18 44:3 46:1 47:10 51:15 53:17,25 55:17 59:12 60:6,17 61:13 62:3,11,21 65:13,25 67:8 68:24 69:17 76:13 79:2,13 80:4 82:4,24,25 85:20 87:7,13,16 88:19 94:23 98:24 99:1,10,12 100:23 106:1,5 109:20 110:2 111:18 118:8 130:18 132:6 134:2 135:17,23 140:9,17 150:5 152:3 153:8 159:9 170:10 182:5,19

**once**
125:12

**oncology**
148:13 159:24 161:3

**one**
8:18 11:3 13:7 25:20 36:4 37:5,16 44:24 46:5 58:16 60:6 66:23 68:3 72:18 103:7,20 104:7 106:18 108:17 117:12 124:9 127:3 151:23 153:21 155:12 169:16 170:11 173:6 179:25

**onerous**
171:1,3

**ones**
123:7

**open**
127:10 153:6,7,10

**operate**
45:5

**opine**
164:7

**opinion**
18:4 20:11 22:1 52:10 54:9 56:24,25 66:1,18 67:7 84:3,6,20 88:15 122:3,13 129:3 144:12 147:20,21 155:16 169:14,15 180:16,17

**opinions**
15:11,12 17:24 18:2 19:7,16,22,25 20:7,24 21:10,19 22:1 54:6 64:1 79:17 84:13 124:4 166:3,7 180:14 181:8

**opposed**
27:22 29:9 64:23

**opposite**
70:11

**optimize**
46:3

**optimized**
62:22

**optimizing**
43:25 45:20 46:6

**oral**
163:1,2

**orally**
163:3,6

**order**
176:5

**orders**
25:22

**organ**
150:20

**organism**
65:3

**Organization**
160:21

**orient**
110:8

**origin**
161:2,6

**outcome**
7:11 43:17 83:24 85:16 116:8,14 129:23 132:20

**outcomes**
159:21 170:8,17 171:7

**outliers**
103:6

**outside**
6:13 19:15,16 20:1,8,17,25 21:8,9,12,19 22:2,10,11 69:23 88:14 115:7 126:10 127:14 130:10,12 131:9 162:15 167:12 172:8

**outstanding**
150:3

**outweigh**
92:7 93:10

**overestimate**
107:23,24 108:6 114:20 115:11,12

**overestimates**
114:12

**overlap**
96:6 103:12 105:9 145:3

**overlapped**
168:13

**overlapping**
96:10

**overnight**
173:7

**Overview**
16:7

**P**

**P-VALUE**
169:23

**P-VALUES**
169:1

**P450**
178:17

**P450s**
148:14 161:9

**page**
15:22,23 16:2,4 18:13 22:15 33:11, 13 47:14 53:10 60:17, 25 61:20 62:14 66:2,6 70:4 101:3 104:16 110:3 126:13 134:13,18 145:18 153:4 154:7,8,9

**paper**
40:9 53:21 54:19 56:19 57:3 74:2 81:22,25 84:14,21 86:24 87:21 88:24 89:1, 7,10 112:19, 21 149:8,10 151:16

**papers**
36:21 87:25 88:3 147:18 148:14 149:17

**par**
145:1

**paragraph**
33:19 47:17 62:5,17 66:8 76:15 77:21 101:4 145:19,22 154:11

**paragraphs**
101:11,13

**parallel**
145:21

**parameter**
46:7,8

**parameters**
46:3,8,23 47:2

**part**
6:23 27:9 54:9 71:18 77:23 78:2 81:5 86:17 111:23 137:15 152:7 153:3 167:12 172:13 175:19

**participants**
6:7,20 107:2 135:22,24 136:5 143:9, 10 145:2 146:1 168:6 170:7,20

**particular**
68:6

**party**
7:10

**past**
10:13 29:19 30:21 33:8 39:3 108:7 156:17

**path**
162:24

**pathophysiological**
116:17

**pathophysiology**
116:10 121:13,17

**pathway**
122:10

**patient**
120:16 121:9 163:21

**patients**
115:15,25 116:2 117:17,19 118:12,14 119:3,18,24 120:2 121:2 124:24 125:1

**pause**
28:23 31:16

**peak**
175:1,3,12, 14,16,19,20 176:6,25 177:1,2,3, 16,19,22,24 178:1 179:4, 15,17,18,19 180:6,8 181:6

**peaking**
176:14

**peaks**
177:21 178:8 179:15

**peer**
54:13 55:15, 18,23 56:1, 2,6,12,14,19 57:22 58:3, 6,8,18,21,25 87:25 88:2, 5,20,21 89:2 98:16

**pending**
85:3

**penetrate**
164:8,10,19

**penetration**
166:12,16,17

**people**
23:25 24:9 25:18 27:1, 16 28:2 29:14 32:16 33:1 34:24 35:1,12,13, 19 36:21 37:23,24 38:12,18 39:4 40:20 41:13 42:24 43:8,16 45:3 50:1,10 53:1 58:1 88:4 94:17 95:10 106:4 108:1 114:13 115:16 116:7,9,16, 21 117:4 120:17 122:6,22,25 123:14 124:9,11,17 125:9 127:9, 18,25 129:5, 15 130:5,14, 16,18 131:12,13 132:13 133:19 136:11 141:6 144:7 146:16 147:5 150:18 157:14,16 159:5 160:8, 16,19 162:17,22 167:2 170:4, 22,24 171:1, 4,10,11,16 172:5

**percent**
68:1 139:25 163:13,20,25 164:5

**percentage**
75:7 82:10

**perfectly**
47:12

**perform**
147:6 150:18

**performing**
45:11,23 46:13 145:25 150:17

**period**
45:1 137:17

**periodical**
148:25

**person**
97:21 113:25 117:2,14

129:18 131:16 146:18 155:13
**person's**
131:20 142:21
**perspective**
114:2 121:7 122:9 161:6
**Pfizer**
35:6
**ph**
61:3 62:6,8 156:9,15,19, 21,23 157:6, 11 158:2,6, 8,11,16,19 159:2,6 174:20,21, 23,25
**Ph.d.**
7:2,22 149:6
**pharmacokinetic**
161:16 178:9
**pharmacokinetics**
160:1 163:23 172:24 173:21 174:1 179:19 181:11
**pharmacologically**
181:1
**pharmacologist**
51:17 124:6
**pharmacologists**
65:8
**pharmacology**
27:5 32:18 48:7 65:1 121:7 122:10,19
126:7 149:25 159:13,16 162:20 163:11 164:23 176:4
**phone**
9:18
**phonetically**
16:14
**physician**
121:24 122:24
**physiologic**
25:23 70:12 71:17 98:24 104:1,5 105:25 107:16 109:19
**physiological**
54:17 55:6 56:4 70:14, 22 73:6 79:21 84:1 95:12,15 106:1 116:5, 20 117:5,7, 23 120:14 121:18 123:11,20 125:8 129:3 131:16
**physiologically**
23:3,9 24:17 118:6 125:18 171:9
**physiology**
109:17 125:22 126:10 128:2 131:9,11
**pick**
149:7,19
**piece**
117:12
**pills**
59:22,23
60:1 61:8 72:18 73:9
**place**
163:10 166:2
**placebo**
140:25 141:3,9,15, 19,23,24 142:7,13 143:2,11,19 144:5,6 145:6 167:20 168:2,23,24
**plaintiff**
7:3
**plaintiffs**
154:20
**plaintiffs'**
145:20 154:9,13,21
**plasma**
145:13 166:25 167:2,19,24 168:1 169:13,21, 22,25 170:9 173:2,16 175:1,5,20 178:5
**plausible**
143:12 150:25 181:1
**please**
7:13,16 8:11,19 84:25 99:15 101:13 115:21 134:18
**plot**
75:2 175:6, 12
**plotting**
175:7,8,9,10
**plug**
46:5
**point**
39:9,16 70:6,9 73:20 75:3 76:7 82:1,21 90:18 91:18 95:3 97:5 100:4 112:13 113:8 145:4 175:16,20
**pointed**
75:19 80:10 126:15,21
**pointing**
62:12 90:10 105:10
**points**
42:8 56:1 69:16 89:25 90:11,14 91:3,4,19, 21,22,25 92:8,10 93:2,7 94:25 97:13 98:2, 19
**policies**
153:14
**popularity**
39:4
**population**
121:10 123:14 147:2 150:12
**populations**
146:7,8,13, 14 147:11, 12,25 148:1, 8,9 150:11 151:9,10 159:4
**portal**
164:12
**portion**
61:12
**portions**
101:23

**possibilities**
125:15
**possibility**
98:5 116:24 123:1 124:12 139:1
**possible**
17:5 37:23 96:22 98:20 116:25 118:5 120:18 121:19 123:21
**possibly**
156:15
**postings**
153:25
**potential**
18:3,22 19:1,8,15,24 22:12 40:14 53:4 64:2,3, 9 77:6 107:7 121:9 129:23 165:6 180:18 181:25
**potentially**
25:9,19 75:21 88:8 122:11 136:21 138:2 152:22
**power**
71:8 170:17 171:13,14,23 172:2,5
**powered**
168:16,19 169:3,5,6,7, 11,16,18 170:1,9,11, 19 171:9
**precise**
47:5 68:8 72:5
**preclinic**
50:23
**preclinical**
49:25 50:13 160:6
**predict**
24:1 93:23 98:12
**prepare**
130:18
**prepared**
130:19
**preprint**
86:18
**prescription**
61:14,16 63:8,12,20
**presence**
6:13 142:3 166:10
**present**
39:11 65:10 67:10,15 89:14 94:19 133:15 137:7 138:2,8,17, 20 139:2,3, 7,13,15,18 166:24 172:7,20
**presentation**
40:8
**presented**
58:10 92:15 104:21 107:5
**presenting**
39:15 59:7 95:9 104:11 127:22
**president**
159:14
**pretty**
42:14 88:5 90:15 115:2 138:12 154:3 165:9 178:23
**previous**
142:10
**previously**
10:21 24:15 38:10 63:2 76:15 100:16,20 101:21 124:20 125:6 127:7
**primary**
43:8 177:1,3
**primate**
50:16 51:8
**primates**
47:20 48:3, 6,9,21 50:4, 22
**principle**
49:20
**printed**
9:20,21,24 10:5 140:15 151:23
**prior**
89:8 110:13 126:12 135:3,13 137:21 147:22
**Private**
6:12
**probably**
16:14 42:19 127:11 128:3 130:17 148:19 176:22 177:10,21,23
**problem**
76:11 135:8, 17,23 138:8, 21 139:16 143:17
**problems**
74:16
**proceeding**
6:8
**process**
88:21 122:11 171:18 172:13 174:13 177:16 178:4
**produced**
14:15 15:7 53:18 54:4, 11
**product**
52:18 67:11 74:22 75:22
**production**
34:1,8 60:18
**products**
7:7 35:17 62:24
**professor**
159:24
**proffering**
20:11
**project**
12:6 150:7
**prolene**
152:24
**proper**
37:24 44:10 95:8
**properly**
36:11
**properties**
161:17
**protecting**
45:22
**protein**
144:21
**protocol**
24:10
**Provide**
111:20
**provided**
173:5
**provides**
111:21
**public**
6:2 55:24

**publication**
40:1,4 56:11 86:18 89:9 153:8 172:8, 12
**publications**
149:1 161:23 172:6
**published**
53:21 55:24 56:14,18,19, 23 57:4,9 58:2,7,9,18 87:25 88:3, 20 98:16 153:5,10 154:15 155:1 160:14
**publishing**
35:3 36:22 39:14 40:25
**pull**
13:9 14:2,18 17:3,6,16 26:2,4 50:17 60:4,7,13 69:3,10 99:1 101:11,12 115:21 118:7 126:13,14 145:16 156:5 167:21
**pulled**
67:24 68:22 71:3 73:1,11
**pulling**
115:22
**pulse**
149:16
**pure**
140:5
**purely**
71:18
**purpose**
6:15 41:8 55:16 94:8 137:2
**put**
15:20 43:1 68:16 81:3 83:1 86:3 118:25 134:16 155:9 172:6
**putting**
40:15 92:9 108:2 116:11

**Q**

**qualitative**
40:11
**quantify**
17:21
**quantifying**
40:4,7 51:24
**quantitative**
40:16 41:5, 10
**quantity**
65:15
**quartiles**
75:4
**question**
8:18,20,21 11:10 17:22 18:21,24 19:1 20:12 21:2,18 22:3 27:12,13 29:5,6,7 30:20 46:10, 12 53:4,6 55:16 69:9, 15,19 84:24 85:1,2,4 99:19 100:14 101:2 104:4 106:17 109:21 117:13,16 119:3 132:24 136:19 138:20 140:3,7 141:12,16 142:25 143:18 144:1,3,13 150:8 157:2, 4 169:17 170:23 171:5,12 174:18,24 177:11 179:20 180:17 181:5
**question's**
169:12
**questionable**
155:11
**questioning**
69:11
**questions**
15:19 86:8 100:24 115:23 117:15 155:6 156:14 180:11 182:1,2,19
**quick**
8:17 173:25
**quickly**
151:17 177:22
**quite**
37:10 173:17
**quote**
66:19 67:8, 9,19 78:10, 13,24 79:4, 5,9 81:9,11, 23 82:14 83:8,12 86:23 90:5
**quoted**
66:14 86:23 89:6

**R**

**R-SQUARED**
93:4,22
**racial**
161:2
**radically**
143:18,21,24
**raise**
7:15
**raised**
155:7,10
**range**
25:8 35:17 41:21 42:11, 13 45:15 47:11 74:21 75:6,17 95:15 103:5, 8,15,24 106:20,23 107:8 108:1, 4 116:20,24 117:1,6 120:9,11,13, 14,24 121:19 123:5,6,9, 11,20,21 125:9,15 131:15,16,17 133:18,23 145:14 159:18 168:4
**ranges**
107:13
**ranging**
59:18
**ranitidine**
7:7 12:1,6 17:25 18:3, 20,23 19:2, 4,10,12,20 20:4,14,20 21:5,15,23 22:6 33:15 34:7 35:18

52:2,3 60:18 61:14,15,16, 17,23 62:24 63:8,9,12, 16,21 64:2, 4,10 67:11, 15 68:11 88:12 89:15 121:21,25 122:4 131:19 132:10,13,25 133:10 137:7,17,20, 24 138:1,4, 7,12,20 139:1,2,7, 13,15,18,19, 21,25 140:5 141:5,7,20, 22 142:3,7, 14,17,20 143:5,6,8, 11,16,19 145:10 150:7 152:5 161:17,24 162:4,7 163:21,25 164:7,19,22 165:1,16 166:9 167:20 168:2,23,24 169:8,10 173:6,24 178:8,10,12, 22 179:16 180:7,19 181:5,11

**ranitidine-to-ndma**
67:17

**rare**
54:25 88:4

**rate**
12:21 36:5

**rates**
69:20 163:24

**ratio**
143:3

**rationale**
39:13

**rats**
160:17

**raw**
107:9

**reach**
11:22 89:12 145:20 163:10

**reached**
25:1

**reaction**
63:9 119:10 121:8,12 129:19 146:25 147:7 161:12 166:1 174:19

**reactions**
124:7 128:23 143:23 146:5,12,17 147:10,24 148:7 150:9, 18 151:1,8 165:5

**reactive**
62:22

**read**
8:3 29:5,6 36:3 53:23 62:10 64:14 65:9,19 67:8 78:8 99:8, 10,15,17,22 100:11,25 101:1,23 147:18 148:12,22 149:17,20,22 150:1 153:24

**reading**
53:14 62:19 122:18 135:8 148:14,16, 20,25 150:5, 6

**ready**
111:16,17

**real**
91:21 97:4 123:11 143:13 169:4

**realistically**
94:19

**reality**
124:16

**realize**
113:21 128:17

**realm**
130:13

**reason**
50:5 52:8 56:3 58:16 114:10 124:13 125:21,23 126:8 131:8, 13 136:15 146:5 154:18 180:22

**reasons**
38:9,21,22 50:2 54:14 55:9

**recall**
12:10 26:22 27:21 28:8 29:8,16,18 49:17 88:16 101:21 112:25 113:10 118:3 119:21 127:12 152:6 179:7,12,14, 18,19 180:10 181:10

**recapitulate**
48:17 152:16 162:19

**recent**
89:9

**recently**
73:8

**recognize**
24:20 132:21

**reconsidered**
24:11

**record**
6:6,7,11 28:19,20,22 29:2,3 31:13,15,18, 19 85:22,25 86:1 99:17 100:25 101:1 134:5,8,9 181:17,20,21 182:11,14, 17,24

**recorded**
6:8,9 7:1 162:8

**recording**
6:16

**recycled**
179:20 180:1 181:3

**recycling**
177:2,12 178:11 179:7,13 180:3,23

**reenters**
177:14 178:1

**refer**
43:16

**reference**
49:24 123:23 140:16

**referenced**
18:11,12 86:20

**referencing**
50:3

**referred**
154:2

**referring** 18:18 36:14 49:14,18 51:7 61:20 82:15 123:23 153:25 161:8
**reflect** 23:3 30:6 32:2,21 70:2 83:13 95:7
**reflected** 106:11 167:15 173:2
**reflecting** 18:23 34:18 122:18
**reflection** 85:11
**reflections** 124:5
**reflects** 153:12
**refresh** 99:19 100:12,22,23 111:11
**refreshed** 60:16
**regarding** 22:9
**region** 161:6
**regress** 94:13
**regression** 91:8,10,12, 24 92:1,4,7 93:1,3,9,14, 17,23 94:2, 7,9,13 95:3, 4
**regressions** 92:6
**related** 7:9 20:1 43:23 146:5, 12 147:10,24 148:7 150:9 159:20
**relating** 151:8
**relationship** 92:14,16 93:9,19,20 95:5
**released** 178:5
**relevance** 155:11
**relevant** 23:9 109:16 110:1 125:18 162:20 175:21,25
**reliability** 135:1,11 136:19
**reliable** 39:22 137:2
**relied** 27:17,19 29:17,20
**rely** 26:18 52:10 55:15,17 56:15 57:13, 15,20
**relying** 27:7 28:6 29:22 32:12 50:15 52:12
**remain** 38:19
**remains** 55:22
**remember** 16:20 17:4, 9,16 26:8 47:5 49:19, 24 60:1 172:5 179:10
**remote** 6:14,25 7:1, 8
**remove** 6:18
**removed** 138:15 178:2
**removing** 167:14
**renally** 176:17
**repeat** 41:7
**repeated** 102:12
**report** 9:21 10:1,9, 16,19,20 12:25 13:1, 2,3,16,19,20 14:3,7,14 15:5,19,21 16:1 17:20, 23 18:2,11, 13,14,16 24:21 26:1 27:18 32:6, 7,9,13 33:4, 13 38:5 47:14 53:10 54:7,8 61:20 63:20 64:7,8 66:3,5 67:10 68:17,22 69:5,10 70:4 71:20 73:18 76:14,24,25 77:2 86:4,9, 20,22 87:8, 17 96:25 100:18,20 131:18,22 132:7 134:12,17,24 135:9 145:16 154:6 159:10
**reported** 25:11,19 129:15 162:11
**reporter** 7:12,15 28:10 29:6
**reporter's** 9:2
**reporting** 40:20 41:9, 13,17 67:1 103:2 105:3 108:20 125:16
**reports** 10:3 12:25 15:13 154:23
**repositories** 58:2
**represent** 11:7 65:15 75:24 153:13
**represented** 75:11
**represents** 74:7
**reproducible** 39:12,25
**request** 6:10 99:8
**requestioning** 181:25
**require** 154:3,5
**required** 34:20 35:4 170:22
**requirement** 165:25
**requires** 41:19
**research** 114:22 154:1 157:3 159:16,20 160:5,6,7 161:22,24 162:3
**researched** 114:25

161:20
**researching**
160:16
**reserve**
181:24
**resident**
177:14
**resolution--**
63:4
**resources**
23:19
**responded**
117:21
**response**
9:6 101:9 142:11 147:1 155:2,19,20, 23 156:1
**responses**
9:4 155:4
**responsibility**
46:25
**responsibly**
78:21
**rest**
77:24
**result**
34:13 67:14, 17 89:14 108:5 144:9
**resulting**
35:18
**results**
22:16 61:1 62:1,14 65:15,21 89:13 94:20 108:21 111:8
**retained**
11:13,19 52:17,19
**retracted**
155:8,16
**retractions**
88:4
**revealed**
132:8
**review**
16:17,24 27:24 29:11 32:6 33:7 56:6,20 57:22 58:21 81:22 88:5, 11,15,21 89:2 120:4 171:19 172:4,10
**reviewed**
17:13,15 19:24 20:1, 16,18,25 21:3,8,9 22:9 25:6 32:3,10,12 36:20 49:15 54:5,13 55:15,18,23 56:1,2,12,14 58:3,6,7,8, 18,25 59:7 76:24 87:25 88:2,13,20, 24 98:16 100:15,20 101:22 110:4 115:24 117:16,22 122:8 152:8
**reviewers**
88:7
**reviewing**
25:4 27:5,8 32:14 49:19 59:4 101:21 148:2
**revisit**
125:5
**rich**
155:15
**rid**
173:1
**right**
6:24 7:16 12:21 16:7 18:15 30:1, 20 31:12 53:13 66:14 69:8 73:15 78:8,24 80:18 81:10 84:9,17 85:9 91:20,25 92:5,10 93:17,18 95:9,25 98:6 102:11 104:6,8 107:17 110:14,18,22 111:19 113:7 114:3,23,24 118:12 119:18,20 120:25 124:22 125:1,20 129:11 132:7,12 133:4 137:6, 15 139:4 140:23 142:4 143:10 168:20 169:19 170:23 182:8
**rightfully**
90:23
**rigorous**
71:13 129:22 144:12 149:21 162:1
**rigorously**
52:12
**rises**
175:15
**risks**
36:4
**RMR**
6:1
**Rob**
9:15 85:18
**robust**
97:18
**room**
9:12,14,17
**routinely**
148:22 172:11
**rules**
8:17

**S**

**SACHSE**
166:15
**sake**
162:22
**salt**
130:15,19
**salted**
130:16,19
**sample**
43:3 44:12 71:6 93:24 139:24 140:1,2,4 141:23 162:18
**samples**
34:2 40:6 71:12 74:11 75:10 83:20 137:16,20
**sampling**
137:24 157:18
**Sanofi**
35:5
**saturated**
128:23
**saying**
9:3 20:23 29:17 35:14 41:14 45:16 58:17 71:3 77:7 78:11,

15,20 83:12 85:13 97:3 98:12 102:10 103:3,22 104:12 107:18 110:1 119:8 125:12 137:22 138:13 139:10 144:19 155:2 165:23

**says**
15:24 16:8 18:13,14 22:16 33:15, 18,22 53:12, 15,17 59:13 60:18 61:16 62:5,8,21,25 63:7,12,15 65:13,23 67:12 76:16 78:2 79:10 102:11 106:8 108:18,19 111:2,25 135:9 145:19 153:12 154:13

**scan**
46:20

**scenario**
117:25

**scenarios**
155:10

**science**
29:22 58:12 65:2 117:8 123:10 126:9 129:12,16 148:13 149:14,24 150:3 151:4 166:8

**scientific**
23:18 27:9 33:9 77:11 94:18 115:3 120:12,23 121:13,15 122:17,20 124:14 132:24 145:25 146:4 161:22 170:23 171:5,12

**scientifically**
114:10 119:15 120:7 126:8

**scientist**
27:4 30:24 32:15 46:25 53:2 124:5 127:6 128:22 130:3,10,24 138:24 149:22

**scientists**
19:12 35:7 59:10 63:5 64:17 95:19 153:19 156:2

**scientists'**
155:20,22

**scope**
19:16 21:19 22:1 88:15 127:15 130:4,11 166:7

**screen**
6:23 13:14 14:7 15:20 60:12,14 62:9 66:5 79:24 87:8 101:6 110:22

**screens**
6:17

**search**
26:24 27:14, 22,24 28:1 29:8,10,13, 16,18 147:9, 23 148:4,10, 18,24 149:2, 12 150:8,15, 24 151:6,7, 11

**searched**
28:5,6

**searches**
148:11

**second**
8:24 13:1,4, 7 15:4 60:6 134:14 153:23 176:25 177:1,2,3,16 179:15,17 180:6,8 181:6

**seconds**
135:6

**section**
61:10

**see**
13:14,17 14:7,9,24 15:5,23 16:10,15 18:16 22:18 23:3,7 24:16 28:16 30:6, 19 34:3 36:13 46:11 47:22 49:18 52:3 53:14 54:1,21 55:5,11 56:11 58:9, 23 59:13,20 60:14,18,19, 22 61:1,4, 10,21,22 62:4,8,10, 17,19 63:10, 13,14,17,18 64:13,14 65:17 67:18, 19,24 68:1,5 70:2,8,18 71:15,24 72:8 73:10, 16,17,18 74:3,8,15 75:9 76:9, 11,22,23 77:14 80:17 83:20 88:18 89:20 90:14, 17 94:25 95:9,13,19, 23 96:9 97:14,21 98:8,17 99:13,14,15 100:7,9,10 102:3,14,22, 23 103:16, 18,19 104:16 107:21,23 108:12,13,15 110:3,9,12, 21,23 111:5, 8 114:13,22 118:19 119:10,16,19 122:20 124:8 126:4,18,23 132:8,17,19, 25 133:2,9 134:1 135:4, 15 136:6,23, 25 137:10, 12,13,14 140:25 141:14 143:14,21 144:9,20,23 145:8,18,22 146:9,16 151:17 152:3 153:11,14,15 154:16 156:10 157:1 158:4,10 164:14,15

166:24 168:19,20, 21,25 169:3 171:21,24 172:18 173:2,21 174:6 175:6, 12,14 176:15,21,22 177:8,16,21, 23,25 178:7, 17

**seeing** 25:19,20 26:6 54:16 55:7,8 70:6, 23 73:4 74:8,13 76:4 79:21 82:17 83:25 89:22 95:16 108:2, 5 109:6 113:10 123:6 125:24 127:13 142:2 143:11,13 144:11 145:9 168:10 170:18 172:5 174:1,2 176:13 179:14

**seminars** 32:15 33:9

**sense** 34:19 40:19 50:9,11 75:25

**sensitive** 34:15 36:11 39:21 121:12

**sensitivity** 24:14 37:2

**sentence** 65:13 66:7, 11 77:22 83:10 85:17 134:15,23 135:8 137:11,15 145:24

**sentences** 134:19

**separate** 60:12,14 153:9

**served** 144:7

**serving** 127:4,5,7,18

**set** 45:17 93:13 156:13

**set all** 46:21

**sets** 105:10

**setting** 6:19 46:19 48:24

**settings** 46:18,21

**seven** 53:21

**several** 135:6 155:10 170:8

**SGF** 61:3 62:6

**shaking** 9:5

**Shen** 178:25 179:4,11

**Shook** 11:21,22

**short** 47:18 49:3,6 173:25 174:14 179:22 180:2,5,24

**show** 36:8 49:13, 15,17 77:22 93:9 113:25 117:17 140:23 166:19 167:1 169:6,7,17 170:5,8

**showed** 167:2 178:25 180:21

**showing** 33:9 54:15 58:15 70:1 71:24,25 73:6 75:3,17 93:10 99:24 112:5 142:21,22 166:5 169:9

**shown** 35:18 123:21 178:23 179:8

**shows** 14:9 17:9 53:19 101:8 103:17 105:11 110:9 111:7 115:14 119:18 125:24 140:21 143:2

**side** 73:15 90:7,8 91:25 92:5 95:25 96:3

**signal** 22:23 23:11 24:3

**signaling** 23:23

**signals** 23:8

**signature** 13:22 14:12 15:2

**significance** 168:8 169:24 171:6

**significant** 45:12,24 46:14 96:11 132:8,14 167:18 168:3,8,17 169:23

**silent** 16:14

**similar** 90:15 95:22 102:11,17

**simp-** 117:12

**simple** 117:12

**simply** 104:6 109:21 117:16

**simulate** 152:19

**simulated** 67:16,17 89:15 152:4, 15 165:14, 17,22 166:4

**simulating** 153:1,2

**simultaneous** 79:3

**single** 26:20 72:18 75:20 82:21

**sir** 137:14

**sit** 77:7,8

**site** 42:6 165:2

**sitting** 10:5 118:11

**situation** 115:7

**situations** 50:9 116:5 153:1

**size**
127:4,7
**sizes**
127:5,18
**skew**
103:7
**skilled**
33:18,22 35:1,8
**skim**
100:12
**slope**
91:21 92:2
**slow**
174:13 176:24
**slower**
177:16,25
**slowly**
176:24
**small**
37:11 47:12
**smaller**
37:13 47:8
**smoke**
106:4 123:1 124:17
**smoker**
102:21 105:14 106:18 108:19 109:18,23 112:22 114:4 122:23 123:14,24 131:5
**smokers**
102:24 103:4,13 106:1,2,5 107:4 108:25 112:12,25 114:23 115:1 117:23 124:20 126:1,4
**smoking**
109:1
**Society**
159:12
**sodium**
30:22 61:2 62:6 128:18 129:6 130:1, 7,20 131:5
**software**
91:15
**sort**
35:7
**sources**
135:3,13
**space**
41:23 42:10 43:1,2,10,13 45:11,24
**Spalding**
9:10
**speak**
37:21 38:15 63:19 76:4,6 77:5
**speaker**
6:17
**speaking**
22:20 35:8 63:2 81:10 97:3 108:17 156:6
**speaks**
22:3 81:11
**spec**
39:2 43:23 45:5,10,18 63:5
**species**
160:18
**specific**
40:5,20,21 45:8 46:4 56:20 77:19 118:7 152:13 155:12 158:13,22 159:3 163:16
**specifically**
18:18 23:10, 14 27:14,21 29:7 30:16 33:15 44:19 47:15 56:4 57:10 61:19 80:10 81:2 90:10 97:2 101:16 112:24 114:25 147:2 148:19 155:25 156:14 157:25 165:24 169:12 177:19
**specificity**
36:12
**specifics**
158:20
**spectometry**
52:25
**spectrometer**
39:18 46:17
**spectrometers**
33:23
**spectrometrist**
42:15
**spectrometry**
35:15 51:21
**speculate**
35:11 116:16 119:9 155:13
**speculation**
113:4
**spell**
8:12 16:19
**spent**
12:16
**spinal**
174:9
**spoke**
18:14 95:19 109:13
**spotlight**
6:18 182:15
**spotlighted**
6:16 8:4
**stand**
6:5 29:1 31:17 77:3 78:12 85:24 134:7 181:19 182:13
**standard**
68:2 73:25 74:1,3 75:5 103:18,20 104:7,13,17, 19,23,24 105:3 106:17,18, 21,25 109:22,25 152:7 153:19,20 154:2
**stands**
73:24
**start**
15:18 95:13 96:19 108:5 120:17 125:12 135:6 148:20 150:17
**started**
112:7,13 150:7
**starting**
90:17 92:23 94:23 96:17 113:2,12
**starts**
94:24 96:17 101:5 175:17
**state**
6:2 8:11 23:10 24:2

47:16 67:20, 22 87:8 89:17 116:9 124:9
**stated** 38:3,9 40:1 67:25 82:14 83:8 161:25
**statement** 16:8 22:15 32:13 33:12, 14 34:11,18 47:16 66:13 71:1 76:18 78:7 79:7 80:5,11,18, 20,24 81:2, 5,19 83:7 85:11 86:8 89:5,8 90:1 97:2 103:16 123:22 146:9 154:24 155:9 157:19 160:25
**states** 62:18 101:25 154:8
**stating** 20:19 102:7
**statistical** 168:7 169:24 170:6,7 171:6,22
**statistically** 132:13 168:3,8,17 169:23
**statistics** 76:10 93:4 96:8 170:5
**stay** 123:10 151:3 171:2
**staying** 179:21
**steady** 176:15
**steps** 44:11
**stick** 80:15 172:25
**sticking** 176:20
**stom-** 114:23
**stomach** 25:1 26:12, 21 100:8 112:16,23 115:16 117:18 118:13 119:4 121:4 124:1, 25 128:13,20 129:7 131:6, 20 143:17 152:16,20 153:1 155:14 157:11 158:2,7,16, 24 159:2,8 165:11,19,25 166:2,4
**story** 25:21
**straight** 90:21 92:9 98:8
**stratified** 168:13
**strike** 11:9 17:22 117:11 118:8
**strikes** 144:23
**striking** 54:18
**strong** 162:1 168:22
**strongest** 58:21
**strongly** 161:4
**struck** 65:12
**structure** 34:14
**student** 102:2,6,9 111:2,3,5
**students** 149:5,6
**studied** 124:1
**studies** 10:4 16:12 23:24 26:10, 15,17 28:9 31:24 32:3, 7,10 39:11 40:13 47:24 48:16 49:15 52:11 55:5 116:21 117:17 118:18 146:1,11 147:9,24 150:9 151:7 153:25 154:10,14 156:23 160:8 161:14 162:1,19 164:17 166:5 169:10 170:21 171:16 178:9 179:14 180:20
**study** 16:18,19,25 17:2,3,6,9, 12 18:7,9, 10,11 25:3, 6,25 26:19, 20,24 27:7, 13 29:23 30:16 31:2,3 32:16 36:8 38:4 40:25 41:1,4 47:21 48:2,10 49:17 50:3, 16,17 51:8 53:5,10 55:25 56:12 57:2,9,24 58:6 59:25 60:3 61:6 62:2 67:11 71:3 73:11, 12 88:11,12 89:13 99:2 100:15,25 101:1,19,25 102:5,17 103:3 106:6, 10,16 109:5 110:13 114:9 115:24 118:25 119:17,18,21 120:2,4,25 121:1,6 122:8 124:14,21 126:5,21 127:21,22,23 129:12,14 131:19 132:12,22 135:25 136:5,19,22 137:1,4 138:9,21 139:17,20 140:9,15 141:12 142:3 143:10 144:7,13 151:14 152:1 156:18 157:6 158:13,19 160:7 164:15 165:13,14,17 167:17 168:16 169:3,5,9, 15,19 170:1,

3,12,16,17, 19 171:7,9, 15,18,23 173:4,10,13 179:1,4,8, 10,11 180:21
**subjects** 25:15 107:5 145:11 168:16 172:7
**submit** 10:18
**submitted** 10:15,20 12:13
**subsequently** 154:25
**subset** 57:10 93:14 94:7 95:2
**substantial** 63:16,23 169:4
**substrates** 178:15
**subtracted** 65:14,20,24 67:4,5 68:4
**subtracting** 71:8
**subtraction** 66:21 71:2,5
**sudden** 98:7
**suddenly** 96:12
**suffices** 149:1
**suggest** 122:13 123:23 142:1 176:16
**suggested** 36:17
**suggesting** 97:17
**suggestion** 142:12 170:13
**suggests** 32:4,10 33:5 144:10 171:22
**sulphur** 178:13
**summarizing** 25:4
**supplement** 13:4
**supplemental** 10:2 13:1,2 14:3,14 15:5
**support** 7:9,13 70:10,12
**suppressing** 143:5
**supraphysiologic** 76:12 98:14
**supraphysiological** 24:19 55:13 73:5 77:15 83:21 92:20 97:20 108:4 109:20 122:3
**sure** 8:5 17:4,19 23:17 41:2 44:12 45:21 46:3 61:11 67:4 68:20 76:25 79:25 87:16 99:9, 23 100:14 111:12,13 115:19 131:23 132:5 139:21 140:15 150:3 161:15 167:22 169:13
173:17 181:15 182:15
**surpassed** 36:22
**surprised** 97:10
**survey** 102:12
**swear** 7:13,17
**sweeping** 44:2
**swine** 49:9,13,16, 22,25 50:5, 10,16
**sworn** 7:23
**symmetrical** 175:13
**system** 48:4,23 152:15,19 163:7 164:13 167:13

**T**

**table** 110:2 140:19 167:21,23 168:1
**tablet** 63:17,22,24 64:16,18,20 65:10,11,20, 23 68:5,6 76:21 77:4 78:4,20 79:11 81:2, 18 83:3 84:5,9 85:6 86:11 87:10 163:4 173:6, 11
**tablet-by-tablet** 73:2
**tablets** 61:15,24 67:15 72:21 89:15
**take** 6:23 9:4 15:16 17:20 22:14 33:11 47:14 76:13 77:20,24 81:21 84:13 85:2,18 91:15 95:2 96:24 100:11 105:15 110:6 113:19 132:1 134:2 140:18 143:4,6 145:15 153:4 159:9 162:22 163:3,4,6 170:25 173:10 181:13
**take-home** 83:16
**taken** 6:1 7:2 85:23 134:6 160:20 181:18 182:12
**taking** 9:2 39:13 114:4 116:20 141:6
**talk** 24:19 35:12 49:20 105:22 117:25 131:25 152:12 180:12
**talked** 65:6 69:2

98:24 105:9 122:7 125:9, 18 126:5,21 128:5 168:21 174:20
**talking** 25:7,22 56:18,19 64:19 66:20, 24 68:16,18 70:4 73:14 86:25 87:3 105:24 108:25 109:15 113:14 114:13 115:19 123:7 125:12 128:1 133:12,22 137:22 139:23 163:18 165:4 167:23 168:1 173:18 175:25 176:3 177:11,20
**talks** 27:6
**teach** 149:5
**tech** 13:8
**technician** 7:8
**technique** 39:7
**techniques** 39:6
**technologies** 38:13
**technology** 23:19,21 24:12 34:16 35:23,25 39:17 44:19
**tell** 7:23 75:12 77:8,11,13, 17 103:8
**telling** 21:2 27:22 29:9 93:16 139:4
**tells** 49:2,4 93:22 112:21 123:10
**temperature** 44:6 45:17 46:18
**temperatures** 33:24 34:6 41:21
**ten-** 143:21 144:14
**tend** 178:13 180:3
**Tenofovir** 10:17 11:3, 6,12,20,25
**term** 120:5
**terminology** 24:21 43:11 64:18
**terms** 44:23 71:20 73:9 106:17 107:15 145:12 148:23
**test** 8:24 22:17, 21,23 23:10, 13 24:5,8 31:2,3 52:2, 18 61:13 71:6 72:20 93:25 121:15
**tested** 25:15 51:15, 17 59:22 63:7 72:19 137:17,20 139:24 140:6
**testified** 7:23 11:2
**testifying** 10:13 11:4
**testimony** 7:17 34:5 84:2 98:3,4
**testing** 41:18,23 42:1 52:22 121:14 135:3,13
**tests** 23:2
**Thank** 8:6,15 33:20 111:15 181:24 182:2,4,22
**Thanks** 85:20
**Therapeutics** 150:1 159:13
**therapies** 11:6,12,20
**thing** 25:20 42:25 58:24 66:23 77:21 115:19 129:11 153:21 167:16 174:17
**things** 27:6 36:19 37:10 38:18 39:2 45:3 46:2 50:14 52:5,10,15, 16 56:17 57:7 58:5, 13,22 59:10, 11 66:22 78:16 106:15 108:24 109:4,8,10, 11,12,14,17 110:8 119:13,14 125:11 129:18,21 131:1 143:22 144:15 146:23 149:11 157:8,14,17 158:18 167:3 172:25 173:1,13,17 174:12,13 176:11 177:5
**think** 23:20 24:10 25:3,5,7 26:17 31:10 34:25 36:8 39:9 44:7,18 46:10 47:9 49:3,13 52:4,24 53:1 54:20 56:3, 7,10,16 57:20 59:10 66:21,23 67:22 70:9, 24 72:12 73:23 74:16 78:9,14 80:11 81:7 83:10 84:11, 13,15,16,19 85:11 86:16 87:2,7 88:3 89:20 90:22 92:11,15,22 94:2,3 95:8 96:14 97:24 98:3 99:22 104:25 105:1 114:18 115:1,6 116:4,11,18 117:2,3,7,8 118:4 120:6,

8,12,14 121:11 122:17 123:2,9 124:4 125:2, 9 127:14 129:2,11 130:4 131:1 133:19 137:21 138:3,13 141:12,13 143:21,25 144:2 148:18,19,23 149:22 150:2 151:6,12 153:20 155:25 158:9,17 159:3 161:25 162:4,8 163:17 166:2,8 171:14,16 172:15 180:22
**thinking** 29:19 30:15 34:16 50:12 51:1 55:6,21 58:11 106:12,16 107:10,11, 13,16,19 113:13 122:9 147:15 153:23 164:23 165:1,5,8,24 166:9
**Thomas** 131:19 132:12
**thought** 64:14 160:16
**thoughts** 126:6 163:12
**thousand-fold** 133:16 144:24
**thousands** 147:18
**three** 15:12 80:17
**threw** 87:2
**throwing** 86:17
**time** 7:4,12 21:23 22:7 24:9 28:21 29:3 30:14,25 31:14,19 38:7 39:14 41:11 45:1 46:20 49:1 57:22 58:9 82:21 83:14 85:21 86:1, 23 90:20 92:18 95:13 99:23 105:15 106:16 111:4 129:6 134:4 138:3 152:25 153:24 156:13,20 157:17 174:7 175:4,8,10 176:9 177:6 179:21 181:14,16, 21,24,25 182:2,10,17, 20,23
**time's** 134:9
**times** 24:21 76:24 87:17 98:25 104:18 112:8,13 128:8 141:3, 18 142:7,13, 25
**tissue** 162:12,13 164:21 166:19 167:4,6,8,15 172:17,18, 19,25 173:3, 19 174:4,5, 10,11,12,15, 16 176:21 181:3
**tissues** 162:18,23 164:8,10,14, 19 165:8,18 166:13,18,24 167:6,11 172:17,22,24
**title** 100:6,7
**titled** 15:4
**today** 7:4 8:9,17 11:4,17 20:11 30:13, 22 107:24 115:13 130:9,21 181:24
**told** 55:10
**top** 18:15 111:7 117:13 149:24 154:8,9 175:16
**topic** 131:25 149:18
**total** 12:5,9,10
**toxic** 160:16
**toxicity** 160:18 175:22
**toxicology** 27:5 159:21
**tract** 162:10 164:11
**transfer** 178:14
**transformation** 146:6,12 147:10,24 148:7,21 150:10 151:8 162:12,14 166:11
**transformed** 165:15
**transforms** 162:5
**translate** 23:22,25
**transparency** 92:7
**transparent** 92:10 93:10
**treatment** 83:19 137:18 168:12
**trend** 91:3 141:11, 25 142:16 143:12 144:9 145:4
**trials** 161:3,5,15
**trickling** 174:7
**tricky** 82:3,24
**troubled** 91:11
**troubling** 91:6
**true** 24:6,24

116:8 139:16 173:8
**truth**
7:18,19,23
**try**
51:18 76:24 151:3 159:2 174:23
**trying**
68:9 72:3 81:25 82:3, 24 87:3 91:15 95:4 100:1 120:10,11 143:14 148:5 150:14 152:15,19 170:21,22 171:4,12 173:14 176:7
**tube**
71:6
**tumor**
146:22
**turn**
53:9 60:24
**turns**
160:17 166:21
**twenty-fold**
125:13 143:20,22 144:15,21
**two**
16:12 42:20 43:20 44:22 53:5 55:9 90:11,14 91:3,19 92:10 93:7 103:11 104:13 105:10 106:21 109:21,25 138:6 152:2 171:7
**type**
39:18 43:17 65:3 88:10 93:3 152:21 161:11 178:11
**types**
34:13 39:1 42:3 124:7 146:23 156:15 158:6 159:16
**typical**
74:20
**typically**
127:19 180:5
**typo**
87:15,19,24
**typos**
87:24 88:9

**U**

**U.S.**
7:9,13
**Uh-huh**
106:13 125:3
**uh-huhs**
9:4
**umbrella**
156:5
**un-peer**
59:7
**un-spotlighted**
8:3
**unable**
139:8
**uncertainty**
98:11 139:12
**unchecked**
146:23
**unclear**
23:1
**undergo**
180:3
**underlied**
136:3
**underline**
79:23,25 80:15 108:9
**underlined**
86:13
**underlying**
58:12
**underneath**
53:13
**underpowered**
170:13
**understand**
8:18 19:11, 18 46:10 48:9 51:18 65:19,25 68:9 71:18 72:13 84:2, 12,24 87:7 89:25 91:21 98:3 106:1 109:9 118:1 121:11 124:19 128:6 129:5,9,22 132:21 139:14 149:15 169:13 170:6 180:5
**understandable**
21:13 105:8, 24
**understanding**
47:25 48:11 51:4,25 58:17 89:12 122:19 136:18 141:18 160:1 164:3 180:7
**understanding/considering**
103:25
**understands**
99:24
**understood**
8:20 51:9 103:16 107:3 115:2 126:12
**underwent**
180:23
**unfavorable**
159:7
**unfounded**
155:3
**unh-unhs**
9:4
**universal**
44:3
**University**
51:14
**unknown**
138:18
**unmetabolized**
177:13
**unpublished**
55:20 57:14, 16,19,21 59:7
**unreliable**
56:5
**unresponsive**
120:10
**updated**
73:12
**upper**
6:24
**upward**
94:14
**urinary**
140:23
**urine**
141:4,23 142:22 145:13 165:12 166:14,20,25 167:2,14,16 170:9 173:2, 16

**users**
33:18,22 35:1,8 37:24 121:21 122:4 167:20
**UTC**
7:5 28:21 29:4 31:14, 20 85:21 86:2 134:4, 10 181:16,22 182:11,18,23
**utility**
23:23
**utilize**
38:14 42:12 61:13 64:22 150:8 151:7
**utilized**
34:22 42:13 43:20 45:13, 25 46:15 61:7
**utilizes**
64:12
**utilizing**
35:2 36:4 39:5 63:1

**V**

**valid**
155:21
**validate**
39:11,17,19 50:2
**validated**
34:12 36:11 39:8,24 44:20 50:25 76:1
**validating**
45:21 46:6
**validation**
34:19 35:4, 16 37:4 39:15 41:16 44:6,10,16 45:17 47:1 50:11
**validity**
155:6
**valuable**
37:4 50:24
**value**
23:20 67:4,5 93:22 94:5 97:23 98:22 101:25 102:7,18,22, 25 103:4 114:16 125:17
**valued**
93:4
**values**
40:16 56:4 74:22 94:21 97:7 98:13 103:15,23 106:15
**variability**
67:2 70:18, 21 72:8 74:8,9,10, 14,15 96:16 103:6 118:17 135:21,24 136:6,25 137:3,4 163:12
**variable**
138:18 161:13
**variables**
136:23
**variation**
75:18 128:7 161:10,11
**Variations**
60:19
**various**
42:3,8 62:22 78:16 109:3 116:4,21 165:8
**vary**
46:24
**vein**
164:12
**verbal**
9:6
**versed**
42:14
**version**
53:12,18 54:4,10 68:17,18 69:12,13,14
**versus**
36:4 44:4,5 102:19 109:1 122:16 170:1 175:22
**video**
6:16,17,20, 22 7:1,8
**video-recorded**
182:25
**videographer**
6:5 8:1 28:11,14,17, 21 29:1 31:14,17 62:13 85:21, 24 101:4 134:4,7 181:16,19 182:10,13,23
**view**
6:17,24 18:25 53:3 54:8 89:22 90:24
**views**
153:12,14
**vigorously**
139:24 140:6
**virtually**
59:14
**visits**
171:1
**Vitamin**
31:22,25 32:1,4,10, 16,20,22 33:5
**vol-**
111:3
**voltage**
46:19
**volume**
155:14
**volunteers**
102:2,6,9 110:25 111:3,5 112:2 119:5 120:20 125:25 173:8

**W**

**Wait**
69:5
**walk**
104:4
**Walters**
25:13,25 26:19 29:23 99:1 100:9 102:5 113:3 118:25 124:21 156:18 157:6
**want**
6:22 10:12 17:4 27:23 28:19 29:10 45:4,8,9 46:11 53:9 55:14 64:11 65:25 68:20 71:10 77:22, 23,24 79:5,6 80:2 81:21 84:11,12

85:5 91:20 92:4,5,10,11 95:24 97:22 98:20 99:17 101:17,20 105:25 111:12 115:23 118:16 129:13 134:12,14,23 136:5 138:19 139:6,14 140:21 145:16,24 154:6 164:24 169:13 171:10 176:1 182:15
**wanted** 129:3
**Washington** 9:10
**wavering** 96:13
**way** 23:6 32:8 39:12 43:8 49:21 72:22, 25 74:20 95:8 97:4,9 103:7 104:20 110:13 112:3,19 113:6,7 129:16,17,22 144:5,12 147:5 149:6, 14 150:2,19 154:2 166:13 168:12,19 174:23
**ways** 45:3,6 57:8 58:13 64:22 92:25 94:15
**weigh** 57:7 58:13
**weighing** 59:11
**weight** 37:6,9,15, 16,18 47:3,6 56:17 58:5, 8,21 59:2
**weighting** 59:10
**weights** 164:4
**went** 56:6 69:10 88:20 112:3, 13 136:2 147:21
**whichever** 75:18
**whilst** 102:20
**whiskers** 75:2
**White** 154:15,19, 24,25 155:10,19 156:7
**widely** 84:6 115:2 161:4
**window** 125:17
**witness** 6:16,18,21 7:14,25 8:1, 2,4,6 68:25 69:4 72:24 182:15
**witness'** 6:22
**witness-only** 6:15
**witnessed** 160:9
**word** 64:22 144:17
**wording** 148:24
**words** 64:12 66:2, 11 78:25 79:1,23 80:17 83:4 98:11 108:9 111:22
**work** 10:14 12:22 51:18,20,23 58:1 97:4 147:19 150:7 154:1 159:22,23,25 160:3
**worked** 12:5
**working** 11:14 27:4 147:15 172:9
**works** 45:21 46:4 101:14
**World** 160:20
**world's** 37:22
**worm** 65:4
**write** 147:21 156:7
**writing** 145:21
**written** 10:9 161:4
**wrong** 88:22,25
**wrote** 86:23 134:23

**Y**

**yeah** 26:5 28:25 42:22 52:15 60:6 66:8 69:4,7,15,23 79:5 80:13 84:18 111:14 140:23 167:25 181:15
**years** 29:19 31:1 32:17 108:8 147:15
**yeast** 65:4
**yesterday** 15:7
**yield** 61:4 62:7
**yielded** 63:16,22 102:13

**Z**

**Z-E-I-L-M-A-K-E-R** 18:7
**Zantac** 7:6 61:18
**Zeilmaker** 18:7,11
**zero** 71:24,25 72:7 74:9,10 76:7 82:17, 20 83:19 110:9,15,18
**zoom** 73:17 101:12 139:22

# EXHIBIT

# 25

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBURG
MAGISTRATE JUDGE BRUCE E. REINHART

/

REMOTE VIDEO RECORDED DEPOSITION OF
ANDREW T. CHAN, M.D., MPH
(Pages 1 - 325)
Monday, May 30, 2022
9:03 a.m. - 8:46 p.m.
U.S. Legal Support

(Held Remotely)

Stenographically Reported By:
Deanne M. Moore, RMR, CRR, FPR, FPR-C

APPEARANCES

On Behalf of the Plaintiffs:

HAUSFELD

One Marina Park Drive
Suite 1410
Boston, Massachusetts 02210
(617) 207-0600
srotman@hausfeld.com
BY: STEVE ROTMAN, ESQ. (Via Zoom)

ANAPOL WEISS

One Logan Square
130 N. 18th Street
Suite 1600
Philadelphia, Pennsylvania 19103
(866) 930-2217
tfinken@anapolweiss.com
BY: TRACY A. FINKEN MAGNOTTA, ESQ. (Via Zoom)

On Behalf of Defendants:

KING & SPALDING LLP

1185 Avenue of the Americas
34th Floor
New York, New York 10036
(212) 556-2100
ecaanan@kslaw.com
BY: EVA CANAAN, ESQ. (Via Zoom)

KING & SPALDING LLP

1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
(404) 572-4600
lbosso@kslaw.com
BY: LUKE BOSSO, ESQ. (Via Zoom)

APPEARANCES (Cont'd)

GREENBURG TRAURIG

333 SE 2nd Avenue
Suite 4400
Miami, FL 33131
(305) 579-0500
lagosa@gtlaw.com
BY: ALEXANDRA BACH LAGOS, ESQ. (Via Zoom)

SHOOK, HARDY & BACON

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
jsh@shb.com
BY: JENNIFER STONECIPHER HILL, ESQ. (Via Zoom)

- and -

1325 Avenue of the Americas
28th Floor
New York, New York 10019
(212) 989-8844
tjsheehan@shb.com
BY: THOMAS J. SHEEHAN, ESQ. (Via Zoom)

BOWMAN AND BROOKE, LLP

2901 Via Fortuna Drive
Suite 500
Austin, Texas 78746
(512) 874-3800
john.garrett@bowmanandbrooke.com
BY: JOHN D. GARRETT, ESQ. (Via Zoom)

DLA PIPER LLP (US)

One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, Pennsylvania 19103-7300
(215) 656-3300
brenna.kelly@dlapiper.com
BY: BRENNA D. KELLY, ESQ. (Via Zoom)

APPEARANCES (Cont'd)

NATHAN A. SCHACHTMAN, P.C.

325 E. 79th Street
Suite 16-D
New York, New York 10075
(212) 600-4912
nathan@schachtmanlaw.com
BY: NATHAN A. SCHACHTMAN, ESQ. (Via Zoom)

ALSO PRESENT:

NICOLE COSTELLO, Scientific Specialist & Pharmacist
King & Spalding

GREG CASSIN, Videographer, U.S. Legal Support

JOHN SCHMITZER, Tech Support, U.S. Legal Support

INDEX OF PROCEEDINGS

| | PAGE |
|---|---|
| Deposition of ANDREW T. CHAN, M.D., MPH | |
| Direct Examination by Mr. Rotman | 8 |
| Certificate of Oath | 322 |
| Certificate of Reporter | 323 |
| Witness Notification Letter | 324 |
| Errata Sheet | 325 |

EXHIBITS

| Number | Description | Page |
|---|---|---|
| 6687 | Invoice | 13 |
| 6688 | Invoices Total | 23 |
| 6689 | Dr. Chan Expert Report | 29 |
| 6690 | Materials Considered List | 53 |
| 6691 | IRAC Preamble | 89 |
| 6692 | Adami Study | 121 |
| 6693 | Adami Supplementary Material | 158 |
| 6694 | Kantor Study | 192 |
| 6695 | Iwagami Study | 210 |
| 6696 | Babic Article | 248 |
| 6697 | Kwon Abstract | 252 |
| 6698 | Bernstein Paper | 271 |
| 6699 | Nimptsch Study | 279 |
| 6700 | Khalile Paper | 285 |
| 6701 | Trends in Prescription Use Among Adults in the United States from 1999 - 2012 | 294 |
| 6702 | Use of Prescription and Over-the-Counter Medications and Dietary Supplements Among Older Adults In the United States | 299 |
| 6703 | Freedman, et al, Paper | 300 |
| 6704 | CDC | 308 |
| 6705 | ADA | 308 |
| 6706 | Mohy-ud-din Study | 309 |

Deposition taken before Deanne M. Moore, RMR, CRR, FPR, FPR-C and Notary Public in and for the State of Florida at Large in the above cause.

- - - - -

THE VIDEOGRAPHER: Stand by.

We're now on the record. Participants should be aware that this proceeding is being recorded, and as such, all conversations held will be recorded unless there is a request and agreement to go off the record.

Private conversations and/or attorney-client interactions should be held outside the presence of the remote interface.

For the purpose of creating a witness-only video recording, the witness is being spotlighted or locked on all video screens while in speaker view. We ask that the witness not remove the spotlight setting during the deposition as it may cause other participants to appear on the final video rather than just the witness.

For anyone who doesn't want the witness' video to take up the large part of your screen, you may click the gallery view button in the upper right corner of the remote depo interface.

This is the remote video recorded deposition of

Andrew T. Chan, M.D., M.P.H., being taken by counsel for the plaintiff.

Today is Monday, May 30, 2022. The time is 13:03 UTC.

We're here in the matter of In Re: Zantac Ranitidine Products Liability Litigation.

My name is Greg Cassin, remote video technician on behalf of U.S. Legal Support. I am not related to any party in this action, nor am I financially interested in the outcome.

At this time will the reporter, Deanne Moore on behalf of U.S. Legal Support, please swear in the witness.

THE COURT REPORTER: Doctor, if you'd raise your right hand for me, please.

Do you swear or affirm the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS: I do.

THE COURT REPORTER: Thank you.

DIRECT EXAMINATION

BY MR. ROTMAN:

Q Good morning, Dr. Chan.

A Good morning.

Q How are you today?
A Good. Thank you.
Q Okay. So my name is Steve Rotman. I introduced myself to you a few minutes ago. I'll be asking you questions today in your deposition, okay?
A Okay.
Q If you don't understand any of my questions, will you let me know?
A Yes, I will.
Q Okay. If you need a break, would you let me know?
A Yes.
Q Okay. And you need to answer questions with words rather than facial shaking of the head yes or no, nodding, so forth. The court reporter will not be able to record that, so you would use the words "yes" or "no" or "I don't know," that sort of thing. Understood?
A Understood.
Q And also the court reporter's getting -- making a transcript of my questions and your answers, so it's important that only one of us speak at a time. Understand?
A Understood.
Q So please don't jump on -- start answering the question until I'm done. If you -- if you are in the

middle of an answer and I jump in with a question, would you let me know?
A Yes.
Q Okay. Are you alone here -- where are you today?
A I'm in my office.
Q And where is your office?
A My office is at Massachusetts General Hospital, 100 Cambridge Street, Boston.
Q Where are you employed?
A I'm employed at Massachusetts General Hospital.
Q Are you employed any place else?
A No, I'm not.
Q You're not employed by the Harvard School of Public Health?
A I have an appointment at the Harvard School of Public Health, but I'm not -- I do not receive any salary from the Harvard School of Public Health.
Q Okay. Do you receive a salary from Mass General Hospital?
A Correct.
Q And do you receive a salary from any other business or organization?
A I do consulting work, so I receive payments for consulting work separately from my salary.

Q Consulting work for pharmaceutical industry?
A I have some consulting for pharmaceutical companies, but also other entities as well. I also -- do also work in another practice group doing clinical care from which I receive a salary as well. That's located outside of Boston.
Q So you receive two salaries: One from a clinical practice group and one from the Mass General Hospital, and you receive compensation for consulting for pharmaceutical companies and other entities, right?
A Correct.
Q And you've also received compensation for your work on this case, right?
A That's correct.
Q What pharmaceutical companies have you consulted for in the past four years?
A I have received consulting fees from Pfizer and Bayer Pharma AG, Zoe, which is actually a health science company.
I've also received, going back four years, possibly funding from Janssen Pharmaceuticals as well as the defendant who has sought my counsel in this case, which is Boehringer Ingelheim.
Q Have you performed any consulting for any company other than Boehringer Ingelheim that is in the

business of or was in the business of selling acid suppressant medications?

A I believe Pfizer, which I -- I have been serving on data safety monitoring board for Pfizer for a medication that's unrelated to acid suppressant medication.

Q And are -- are you today alone, physically alone in your office?

A Yes.

Q And you're on -- you're participating in this deposition by Zoom, right?

A Correct.

Q If you have any technical problems, would you let me know, please?

A Yes.

Q You can hear me okay right now?

A Yes.

Q Okay.

MR. ROTMAN: So let's put up Exhibit Number 676. I'm sorry, 688, 688.

THE EVIDENCE TECHNICIAN: Just to confirm, this is Exhibit 6688, correct?

MR. ROTMAN: Well, it's 66- -- the last three digits are 688. The first digits I -- I'm not writing them down, but there's only 668 -- 688, I

think. I don't know. 66 -- no, 6 -- 6688 I guess, yeah.

John, I'm just going to be asking for the last three digits. There should only be one exhibit that meets that definition.

THE EVIDENCE TECHNICIAN: Understood.

(Exhibit 6688 was marked for identification.)

BY MR. ROTMAN:

Q So this is an invoice from you --

A That's correct.

Q -- we're looking at?

And the first entry on it is January 2020, right?

A That's correct.

Q And that's when you started working on this case?

A I don't recall. I don't recall if -- if this is my first invoice, then I would say, but I don't recall if there was anything before this.

Q And you billed a total of $10,500 on this invoice?

A That's correct.

Q And the invoice is from you, Andrew Chan, right?

A Yes.

Q [redacted]

A That is my home address.

Q So this is -- you're not doing this through -- in any official capacity with your work at Mass General?

A That's correct.

Q Or with your appointment at the Harvard School of Public Health?

A That's correct.

Q Do they know about this?

A Yes, I declare that to both the hospital and the school when I do any outside consulting.

Q So in this initial invoice, you worked for -- for the -- for the period January 1 through February 6th is what's covered by the invoice, right?

A That's correct.

Q And you're basically reviewing literature? That's what you're reporting?

A Correct.

Q And you billed $10,500?

A That's correct.

Q Let's go to the next page, please.

Do you recognize this as an invoice from you?

A Yes.

Q You call it invoice 2, right?

A Yes.
Q And this is for the period March 2 through December 2020 -- through December 18, 2020 --
A Correct.
Q -- right? And there you billed a total of 70,100, right?
A Yes.
Q And you -- in your descriptions you have time spent reviewing literature, right?
A Yes.
Q You also have time spent meeting with lawyers?
A Correct.
Q For example, you met three hours -- I'm sorry, you met one hour with lawyers on May 22?
A Yes.
Q You met with -- one and a half hours with lawyers on June 20?
A Yes.
Q June 17th, you had a phone call with a lawyer?
A I don't see that there.
Q June 17 --
A Oh, yes.
Q -- a phone call with attorney?
A Yes.
Q June 26th, hour and a half meeting with

lawyers --
A Yes.
Q -- right? July 10, one and a half, meeting with attorneys?
A Yes.
Q July 17th, one and a half, meeting with attorneys?
A Yes.
Q August 3rd, one and a half hour meeting with attorneys?
A Yes.
Q August 14th, two hour meeting with attorneys?
A Yes.
Q August 31, two hour meeting with attorneys?
A Yes.
Q And I'm just going to stop there with going through the invoice, but basically throughout your invoicing, you had a practice of documenting when you were meeting with lawyers, right?
A Yes.
Q And for how long?
A Yes.
Q But you didn't identify the attorneys by name, right?
A No.

Q Who were they? At different times what -- just name the -- the different attorneys you've met with over the course of your work on this case?
A I've met with Carmen Toledo and Eva Canaan.
Q Just those two?
A There may have been some others. I don't recall their names.
Q So you met with these two and maybe others who you don't -- who you don't remember?
A Correct.
Q Okay. And if we could go to the next page.
MR. ROTMAN: Can you scroll to the bottom of that page so I can see a total.
BY MR. ROTMAN:
Q There's a bill for 21,000 that we're looking at right now. Do you see it?
A Yes, I do.
Q Yeah.
MR. ROTMAN: And if you could scroll down on this -- up so I can see the beginning date.
BY MR. ROTMAN:
Q That's for the period January 2021 -- January 14, 2021, through March 18, right?
A Yes.
Q And in that period of time you report that

you're spending time drafting the report, right?
A Yes.
Q Drafting the report and meeting with lawyers?
A Yes.
Q And literature review --
A Yes.
Q -- right? You continued to invoice throughout the period of time you've been involved in -- in this work, right?
A Yes.
MR. ROTMAN: Can we go to the next one after this.
BY MR. ROTMAN:
Q So the next one totals 19,500, right?
A Yes.
Q It's called invoice -- well, it's called invoice number 2, and it starts April 2nd, 2021, and goes through May 28, right?
A Yes.
Q What's your hourly rate?
A My hourly rate is $750.
Q And that's the same rate you've been charging from the -- from the beginning of this engagement?
A That's correct.
Q And is that what you're charging for today?

A That's correct.
Q Can you scroll down further, invoice number 3. Okay. This says invoice number 4, do you see that?
A Yes.
Q Am I missing an invoice?
A I don't believe so.
Q Okay. This one is for 13,500, right?
A Yes.
Q And it's for work spent from June 17, '21, to August 30, '21, right?
A Yes.
Q That's the year 2021, right?
A Correct.
Q More literature review, more working on report during this period of time, right?
A Yes.
Q And then we go to the next one. That's invoice number 5 totalling 13,500 --
A Yes.
Q -- right? And the period of time covered is November 2021 to December 28, right?
A Yes.
Q Reading literature and drafting report, right -- during this time, November and December, right?
A Yes.

MR. ROTMAN: If we could scroll down.
BY MR. ROTMAN:
Q Oh, by the way, so you started writing your report before you -- before you read any of the plaintiff expert reports, correct?
A Yes.
Q You did a considerable amount of work on your report before you read any plaintiffs' expert report, right?
MS. CANAAN: Objection -- objection, form.
Dr. Chan, just give me a second to object.
BY MR. ROTMAN:
Q The work that you've documented in these invoices was all done before you saw any plaintiffs' expert report, right?
A Yes.
MS. CANAAN: Objection. Objection, form.
MR. ROTMAN: Let's go to the final page of this exhibit, please.
BY MR. ROTMAN:
Q This is invoice number 9. Do you see that?
A Yes.
Q This is for the month of April 2022, right?
A Yes.
Q And you're reviewing literature and plaintiffs'

report, right?
A Yes.
Q And meeting with lawyers?
A Yes.
Q And the total amount you've billed is shown at the bottom of the page, which I can't see at the moment, 16,500, right?
A Yes.
Q And you've continued to work on this case since the last date of this bill, right?
A Yes.
MR. ROTMAN: Scroll up. Scroll up, please.
BY MR. ROTMAN:
Q So the April 30 time entry is not the last time you did work on this case?
A That's correct.
Q It's now the last day of -- well, it's now May 30, right?
A Yes.
Q And so there's the month of May that you haven't billed for?
A Correct.
Q But you have done work on the case in the month of May?
A Yes, that's right.

Q For example, you prepared for this deposition, right?
A Yes.
Q And in preparing for the deposition, did you meet with lawyers?
A Yes.
Q How many times?
A I -- I don't recall. I would have to look at draft invoices, but I don't recall.
Q I notice that your invoice here is in like two hours, two hours, two hours, two hours, four hours. Do you bill in -- in increments of an hour?
A Roughly, yes.
Q So if you are working on something for 20 minutes, what do you do?
A Well, my typical practice is to set aside time in hourly blocks, so the way my day is scheduled, I'll have meetings or patients scheduled for half hour, hour blocks, and so when I have time between meetings or at the end of the day, those will typically be in whole hour blocks.
Q So according to invoice number 9, you've submitted nine invoices, right?
A I would have to count. Sometimes I -- I will maybe mislabel an invoice, but I believe that's true.

Q And how much time have you spent in the month of May?

A I don't recall. I'd have to -- I'd have to review my records.

Q What records would you review?

A I have a draft invoice that I set aside and -- and will add to it as -- periodically.

Q Where -- where is that now?

A It's on my computer.

Q Where is your computer?

A It's on my home computer, which I don't have access to right at the moment.

MR. ROTMAN: So we request that document. I think that's covered by our document request. We don't have any information about the amount of time that he spent in the month of May. He has that information, so I request that.

MS. CANAAN: Request considered.

BY MR. ROTMAN:

Q Now, have you totaled up the amount of all these invoices?

A I have not.

Q Okay.

MR. ROTMAN: Can we go to Exhibit Number 689.

(Exhibit 6689 was marked for identification.)

BY MR. ROTMAN:
Q Dr. Chan, I've -- I've gone to the trouble of having this prepared which basically takes your invoices from each year and provides a total and a subtotal for each year. Do you see that?
A Yes.
Q And I come up with $297,350, basically adding up the numbers from the invoices that were Exhibit 6688.
Do you have any reason to -- strike that.
Does this look to you to be accurate?
MS. CANAAN: Objection, form.
A I would have to review them. I mean, I didn't have a chance to add everything up, and I have not done that, so I can do that and -- and certainly verify if this is the correct total.
Q If you add 80 and 80 to the yearly subtotals, you get 160, right?
MS. CANAAN: Objection, form.
BY MR. ROTMAN:
Q I'm just looking at the first two years. 80 and 82, if you add those two together, you get 162, right?
A Yes.
Q And if you add 134 to 162, you're getting --
You could do that in your head, can't you?

A Yeah, I'm not disagreeing with the -- with the addition, but . . . I'm sure your addition is correct. I just don't recall if this is actually reflective of the invoices I submitted. I'm happy to verify that and get back to you.

Q And I'm showing no invoice number 3, so can we check on that as well?

MS. CANAAN: I'm sorry, what was the question? I didn't hear the question.

MR. ROTMAN: We don't see an invoice number 3.

MS. CANAAN: Okay.

MR. ROTMAN: So I'm interested in getting invoice 3 if it exists.

A Yeah, I'll double-check that.

MR. ROTMAN: Let's take that down, please.

BY MR. ROTMAN:

Q Do you have any cell phones or devices where you can be receiving text messages or emails with you today?

A I have it with me, but it's not on.

Q And would you keep it off, please?

A Yes.

Q So to prepare for this deposition, you had meetings with lawyers you testified?

A Correct.

Q When was the last one before today -- when was the last one -- strike that.

When was the last one?

A The last meeting with lawyers was yesterday.

Q And where did you meet?

A Teleconference or Zoom, video conference.

Q How long did it last?

A Two hours.

Q And who was on there with you?

A Eva Canaan and Nicole Costello.

Q So you -- you mentioned Nicole Costello as -- as a lawyer that you met with now. That's in addition to Eva Canaan and Carmen Toledo?

A I don't -- I don't believe Nicole is a lawyer. I believe she was assisting Eva in her role.

Q Okay. And so before -- so that was yesterday for two hours by Zoom, right?

A Yes.

Q And then before that, before yesterday, when was the last -- what was the most -- when was the previous meeting with lawyers?

A I believe it was Friday.

Q So yesterday was Sunday.

A Yes.

Q And so you met two hours on Sunday with lawyers

and then again prior to that on Friday?
A Correct.
Q And who did you meet with?
A Eva and Nicole.
Q And how long did you meet with them?
A Two hours.
Q Prior to Friday did you have any meetings with lawyers in that week?
A No, I don't believe so.
Q Okay. And going back before that week, do you recall meeting with lawyers to prepare for this deposition?
A I'd have to check my records. I -- I don't recall.
Q Okay. The opinions that you've expressed in this case, are they all to a reasonable degree of scientific certainty?
A Yes.
Q What does that mean, "reasonable degree of scientific certainty"?
A Well, I can speak to the scientific certainty that I bring to my review of literature, and so I believe according to my expertise and what I glean from the scientific body of evidence at hand, that that is -- that is the basis of my opinion. It's based on

scientific evidence.

Q How do you define the term "reasonable degree of scientific certainty"?

A I would say when we review, for example, a body of evidence, we will evaluate, you know, what is the certain -- what is the specific question we're trying to address and then look and -- across the literature to see what scientific evidence supports or refutes that hypothesis.

And I think based on that review and based on that -- review of that evidence, we come up with our opinion as to whether there is a reasonable degree of scientific certainty as to whether the hypothesis is supported or not supported.

Q Dr. Chan, you're using the term I'm asking you to define in your definition. So I'm asking you if you can define the term -- if you hold an opinion that A causes B to a reasonable degree of scientific certainty, or if you hold an opinion that there is no association between A and B to a reasonable degree of scientific certainty, what do you mean when you use that term "reasonable degree of scientific certainty" to qualify or characterize that opinion?

MS. CANAAN: Objection, form, asked and answered.

A I think that -- that covers what I would have said in response to that question.

Q What percentage of certainty is reasonable degree of scientific certainty?

MS. CANAAN: Objection, form.

A I -- I don't -- I wouldn't put a quanti- -- I wouldn't quantify it.

Q For you to have an opinion to a reasonable degree of scientific certainty, does it have to exceed more likely than not?

MS. CANAAN: Objection, form, asked and answered.

A I think reasonable degree of scientific certainty also -- it's not something that's quantified. I think it's based upon what the totality -- the totality of the evidence shows and what I would assume most experts in the field would agree with.

Q What standard of certainty did the evidence have to meet in your opinion for you to form an opinion about it?

MS. CANAAN: Objection, form, vague.

A I -- I'm not sure how to address that. I don't think there's a specific standard of certainty.

Q Let's go to Exhibit 6687.

(Exhibit 6687 was marked for identification.)

BY MR. ROTMAN:
Q Dr. Chan, I'm showing you the cover page of a report that you -- that shows that you signed it on March 7, do you see that?
A Yes.
Q And is that when you signed your report?
A Yes.
MR. ROTMAN: And if you could go to the page 4 of the report, John, summary of opinions.
BY MR. ROTMAN:
Q Do you see where it says summary of opinions, Dr. Chan, up top?
A Yes.
Q And do you see where it says to draw valid conclusions -- in the first sentence, "to draw valid conclusions about the claimed relationship between ranitidine and cancer, I evaluated the available epidemiological literature using standard scientifically reliable methodology."
Do you see that?
A Yes.
Q I searched your report for your description of your methodology and I did not see that you've defined what your methodology was in your report. I'm going to ask you now, what was your methodology for evaluating --

what was your methodology for reaching the opinions that you reached in your report?

MS. CANAAN: Objection, form, assumes facts not in evidence.

A I think my methodology is provided in the report. And I would say that, you know, when we approach again any sort of epidemiological study -- let's say we want to look at a specific epidemiological study, we'll read the study, the methods, the results, the discussion, and use our own scientific judgment and expertise to come up with an opinion as to whether the study is valid, whether the study has reached the appropriate conclusions. And that relies on, you know, many, many years of training and -- and experience in the field to be able to do that with a given study.

So based upon my background as an epidemiologist where I've received formal training in epidemiology and statistics through a masters program of public health at Harvard and also through my own experience as an epidemiologist doing the very studies that I -- doing the types of studies I was asked to review, I applied my understanding of the principles that were used in the studies and their results and was able to come up with my own opinion as to the validity of each study.

Taking all those studies together in aggregate, I was then able to reach a conclusion that I state there which is that there is not human evidence that supports the conclusion that ranitidine has any sort of causal relationship with cancer. And that relies, you know -- that relies on my opinion through my formal training and also through my own experience in the field doing the very studies that were cited in the report and are the very basis for any sort of human evidence that we have linking ranitidine to cancer outcomes, so I think that I had the ability to look at this in a very unique way and have a unique lens on what the strength of the evidence was.

And as I state here, the evidence simply does not support any conclusion that ranitidine has a true association or a causal association with any type of cancer.

MR. ROTMAN: Move to strike the nonresponsive portion.

BY MR. ROTMAN:

Q Dr. Chan, did you consider -- did you -- does your methodology require consideration of the totality of the evidence pertaining to the issue?

MS. CANAAN: Objection, form.

A As I mentioned, my methodology as outlined in

the report requires consideration of all the global evidence related to the question at hand.

The question at hand here, which was the one that I specifically focused on, was does ranitidine associate with any of the five cancers that have been alleged to be associated with ranitidine, and that was the focus of my report.

And the focus of my literature review, having seen the -- the plaintiffs' reports and their -- their focus on other studies, including other studies of H2 blockers and cancer, there are other studies of NDMA in cancer and also the occupational studies each what I feel do not have a direct level of relevant to the question at hand. Because I did review those studies, I also considered them in my report as well to provide the context with which I gave my opinion.

So based on review of the evidence related to Zantac specifically, but also the review of the studies that plaintiffs have also cited in their reports, I remain convinced that there is no association with ranitidine and any type of cancer.

MR. ROTMAN: Move to strike the nonresponsive portion.

BY MR. ROTMAN:

Q Dr. Chan, do you see the sentence that I

highlighted in the second paragraph, "given the existence of well-powered, well-designed and well-conducted studies on ranitidine and cancer outcomes, there's no basis to review other less relevant literature"?

A Yes, I see that.

Q And that is your view, right?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q That is your opinion, correct?

A Well, that was what I just stated, but because of the addition of the other studies that were cited in the plaintiffs' report, I did review the literature related to other less relevant literature to lend additional support to my opinion.

Q But if the plaintiffs hadn't done it, you wouldn't have, right?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q If the plaintiffs' experts hadn't considered the dietary or occupational studies involving NDMA and human cancer, you would not have considered that evidence, right?

A I don't know, to be honest. I think, you know, when we review the scientific literature, we do so with

an open mind. I don't think we will necessarily restrict ourselves from the outset.

I would say as you read the literature related to -- relating NDMA to cancer, you begin to see where the field has gone with respect to hypotheses that might link ranitidine to cancer, and so I think out of -- out of interest in this hypotheses and out of a better understanding of whether they are relevant or not, I mean, it may take me to that other literature, so I don't let the plaintiffs' attorneys dictate what I review. I -- I -- I would also, you know, go into my review with an open mind and review additional literature as I view it relevant, as I -- as I go through the process.

And I think as I went through the process of reviewing the ranitidine and cancer literature, because many of the authors of those studies also tend to review less relevant literature as well, I probably would have done the same.

Q As you stated in your report, there was no basis to review the other literature, right?

A I think to review the question -- the specific question at hand, I -- I think that that was -- that is a true statement, but I think out of the spirit of scientific inquiry and being complete, I certainly would

have probably looked at other literature as well.

Q So you're saying that you wrote here that you had no basis to review any literature other than the what you call well-designed, well-conducted studies and ranitidine and cancer outcomes, but you did so you said because the plaintiffs reviewed that literature on NDMA and human cancers and now you're saying that you probably did it anyway? I'm trying to understand what -- what you in fact did.

MS. CANAAN: Objection, form. Mischaracterizes the witness' testimony.

BY MR. ROTMAN:

Q Let me ask you this question. I'm going to ask it this way.

I'll represent to you that plaintiffs' expert reports were dated in the last week of January 2021 -- 2022, what is it -- 2020 -- January 2022. So you'd done a lot of work on your report before then, right?

A Yes.

Q And you didn't know what they were going to say in their reports until you read them, right?

A Yes.

Q And so prior to January -- the last week of January 2022, did you restrict your review of the literature to the ranitidine study of cancer outcomes?

A Well, I would say as a part of the review of studies of ranitidine and cancer outcomes, those papers and studies often cited other studies relating to, for example, the mechanism by which ranitidine may be associated with cancer and were relevant, I reviewed that literature.

What I did that was perhaps different after I saw the plaintiffs' report was I then systematically reviewed that literature and wrote about that in my report, so I had previously not -- not done a systematic review, I reviewed all the literature relating to certain mechanisms and provided them in my report -- in my report until I saw how much the plaintiffs had relied on that evidence in their report, so --

Q All --

A -- that's not to say -- I'm not finished.

That's not to say that during the initial review of ranitidine and cancer studies I did not also have occasion to read those studies relating to some of the mechanisms by which ranitidine was hypothesized to be linked to cancer.

Q So all of your work of doing a systematic review of the dietary studies and the occupational studies and all of the work of writing up in your report your consideration of that evidence occurred between the

date that you first saw plaintiffs' expert report and the date you signed your report, right?

A No. I had read many of those studies and pulled many of those studies prior to reading the plaintiffs' report because they were also studies that were cited in the ranitidine literature.

Q So if they were studies that were cited in the ranitidine literature, you read them before you saw the plaintiffs' expert reports, but otherwise it was after?

A I would say I would look at -- I'd look into that literature prior to seeing the plaintiffs' report because they were relevant to what was being discussed and cited in the ranitidine reports and so I felt they were relevant to understanding the context of which the ranitidine studies were being done.

Q So you did something -- you're telling me now and you're testifying now that you did something even before you read the plaintiffs' reports regarding dietary studies and occupational studies, although in your report you said there's no basis to review that material; is that your -- that's -- that's your testimony now?

MS. CANAAN: Objection, mischaracterizes the witness' testimony. Objection, form.

A Let me clear what I'm saying. I'm saying that

that literature was literature that I read and reviewed prior to seeing the plaintiffs' report even though I did not feel they needed to be systematically reviewed and put into my report, my -- the written report that's in front of you now.

Because the plaintiffs relied on that literature in their reports, subsequent to seeing the plaintiffs' report, I then created a systematic review and added that information in to this report.

Q Dr. Chan, you approached doing a causation assessment by discussing the Bradford Hill guidelines in your report, right?

A That's correct.

Q And you did not consider the evidence of biological plausibility pertaining to NDMA and human cancer or carcinogenicity as part of your report, did you?

MS. CANAAN: Objection, form. Objection, assumes facts not in evidence.

A I -- I absolute -- absolutely considered potential biological mechanisms when I applied the Bradford for -- Bradford Hill criteria to the question at hand, and because biological plausibility encompasses mechanisms that include NDMA and carcinogenicity, I did consider that in the Bradford Hill criteria.

Q Where in your report -- your report -- where in your report, which is over 150 pages long, do you discuss the animal studies and the mechanistic evidence and the toxicology evidence and the the in-vitro studies, tissue studies, concerning NDMA and cancer?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q Maybe I missed it.

A Those studies were relevant to the question that has been discussed in many of the human studies that I reviewed, so, you know, in -- even though as an epidemiologist and a clinician I don't have specific -- specific background in animal studies and toxicology, it's important for me to be familiar enough in those areas whether they have some support biologically for a specific study's hypothesis.

So when I say I reviewed the available epidemiological evidence on ranitidine and cancer, that included being familiar with some of the biological mechanisms that have been hypothesized to mediate that association, and that requires an understanding of that literature and what it shows.

I felt it was not my role to provide that in my expert report given that there were other experts that were already focused on that question, so because the

report as you say was already quite lengthy, I did not feel it was necessary for me to review at that literature, nor did I feel I have the specific expertise to do that sort of review.

My expertise, as I said, is in epidemiology and human studies and clinical use of ranitidine and that was the focus on my report.

Q You have been coauthor on many papers, correct?

A That's correct.

Q And in a number of those papers where you assess the association between an exposure and a disease, you discussed the biological plausibility aspects; isn't that right?

A Yes.

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q So you've done that in your publications, assessed the biological plausibility, right?

MS. CANAAN: Objection, form.

A As I mentioned, I think when we do any sort of epidemiology study, we want to understand the question at hand as best we can and try to assess what is the sort of biological basis for any potential exposure outcome association, and so that includes having some knowledge of the potential mechanisms that underlie

potential exposure -- exposure cancer association, and that does require some assessment of whether the literature feels that there's biological plausibility, whether there's scientific evidence to support biological plausibility.

Q And so for that reason you do discuss that in -- in a number of your publications where you were a coauthor, right?

MS. CANAAN: Objection to form.

A That's standard practice in the field.

Q But you didn't do it in this report, did you?

MS. CANAAN: Objection, form; mischaracterizes the testimony.

A I -- I don't believe that a scientific manuscript or a scientific paper which addresses a specific biological question with -- in relation to a hypothesis is -- is the -- is the same entity as an expert report which is specifically designed to examine the question of whether there's human evidence to support the association of ranitidine and cancer. That was the question at hand here and that was the question I answered.

Q So when you're writing papers in the peer reviewed literature, you're not addressing human -- the applicability of your research to humans?

MS. CANAAN: Objection, mischaracterizes the witness' testimony. Objection, form.

BY MR. ROTMAN:

Q When you -- when you publish in the -- in the medical literature, is the reason you're doing the research and writing the papers is because of the applicability of the research to humans?

MS. CANAAN: Objection, form. Vague.

A I mean, there are many reasons we do research, and there are many reasons you write papers, so I mean --

Q Is one of the reasons -- is one of the reasons --

MS. CANAAN: Steve, please don't interrupt the witness.

Dr. Chan, were you done with your answer? Please continue if you were not.

A There are many -- there were many -- I've been involved as you can see with many, many studies, and so depending on the study we have different purposes in mind, some of which are very focused on trying to understand whether there is a specific relevance of a question to clinical care or whether there's a specific relevance to public health question, so in both of those circumstances, the purpose of our research is to

understand its application to -- to humans.

But I've also been involved in other studies where the intention is to really generate hypotheses, and some of those hypotheses ultimately are hypotheses that are best assessed in the laboratory and lead to animal studies or experimental studies, so I don't think there's a single purpose to the research I do.

And I think most epidemiologists would feel that they have multiple applications that they hope will, you know, eminent from the research that they do.

Q Dr. Chan, in this -- in your report in this case you do not make an assessment of the biological plausibility of NDMA causing human cancer, do you?

MS. CANAAN: Objection, form. Misrepresents the testimony, and asked and answered several times already.

A The focus on my report is really on whether there is an association between ranitidine and human cancer. That was the focus of my report. And you've outlined in the report specifically that I focused on reviewing the human evidence and the literature relating ranitidine to cancer which is based on epidemiological studies, and that has been the basis of -- of my opinion.

Q So the answer is no, I didn't -- you did not

consider the biological plausibility of NDMA causing human cancer in your report, right?

MS. CANAAN: Objection, form, misstates the witness' question and asked and answered.

A I would -- I approach my report in the same way I approach all of the studies that I do in which we have to consider all elements of -- of -- of the science, and so, you know, all of that was incorporated in my methodology.

Q Show me where in your report you considered the biological plausibility evidence regarding NDMA in human cancer.

A I would have to review my report, but certainly there is no specific section in my report I devoted to that topic.

MR. ROTMAN: John, can you go to page 20 -- 21. Stop there, please.

BY MR. ROTMAN:

Q You wrote in your report that a confidence interval provides a range of values within which the true estimate would fall if the study were repeated using different sample populations multiple times, right?

A Yes.

Q You wrote, "for example, a 95 percent

confidence interval means that if the study were to be repeated 100 times, the true measure of association would fall between the lower and upper bond of the confidence interval 95 out of a hundred times," right?

A Yes.

Q That's a well established principle of epidemiology and statistics, right?

A Yes.

Q And so using the examples you provided below the paragraph, the -- the second bullet point, the 1.91 would be the -- the point estimate, right?

A Yes.

Q And the confidence interval would be 1.09 to 3.36, right?

A Yes.

Q And so applying what you wrote in those two sentences to that -- to that result of 1.91 which you call a statistically significant increased risk, the confidence interval range goes from 1.09 to 3.36, right?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q Yes?

A Yes.

Q And so that is the -- that -- so that if the study were repeated a hundred times, the true measure of

association would fall between 1.09 and 3.36, 95 out of a hundred times, right?

A Yes.

Q The 1.91 being the point estimate is the best estimate of the results based on the data in the study, right?

A Yes.

Q And that would be true of any -- looking at any point estimate and any confidence interval, so you could use those principals of understanding what they're meaning is, right?

MS. CANAAN: Objection, form.

A I'm not sure I understand the question, so . . .

Q Okay. Well -- let's go to page 22.

On page 22 where I've highlighted, you wrote, "one can improperly fail to reject the null hypothesis and conclude that there is no statistically significant association where an association in effect" -- "where an association in fact exists," right?

A Yes.

Q By the way, when we -- when you were talking about point estimate in the earlier -- on the -- on the prior page, is another way of describing point estimate as relative risk?

A It depends on the study. It depends on what statistical methodology was employed. It could be relative risk, hazard ratio, odds ratios. Point estimates is a -- is a broader term to reflect the potential magnitude of an association. It's not necessarily relative risk.
Q By the way, is this the first time you've testified as an expert witness?
A Yes.
Q Doctor, if you look at this highlighted section on page 22 of your report, you describe this phenomenon as a type 2 error, right?
A Yes.
Q And you also say that it could be called a false negative, right?
A Yes.
Q And you say that it could be due to insufficient statistical power, right?
A Yes.
Q And you write, "broadly speaking, statistical power refers to the study's ability to detect an association if one exists," right?
A Yes.
Q So if I understand what you're saying there, you're saying if a study lacks statistical power, it

affects the ability of that study to detect an association if one exists; it compromises the study's ability to detect an association if one exists, right?

MS. CANAAN: Objection, form, vague.

A I think what is discussed in this section of my report is -- what I'm trying to say is if there is -- if there is a true association, type 2 error results if there's insufficient statistical power.

Q And statistical power you write after this -- I didn't highlight it, but you said "the size of the study affects the statistical power," right?

A Well, that's one element of power, yes.

Q And the other things that affect the -- other things affect statistical power including the size of the effect or magnitude of association, right?

MS. CANAAN: Objection, form.

A As I state there in the report, there's a few elements that determine power, that includes the size of the study and the size or -- of the potential association, the effect size, and also what is typically considered statistically significant, so what is going to -- what a priori considers significant when the study is being done.

Q And whether -- would you agree that whether a given association is determined to be statistically

significant depends on several factors, including the sample size of the study?

A I don't know that I would make that statement. I think what -- an association that is statistically significant, there's -- there's many reasons. I don't think it's based only on sample size of the study.

Q If a result is not statistically significant, one explanation for that is that the analysis that led to the result lacks power, right?

MS. CANAAN: Objection, form, vague.

A I would say there are many explanations for why a result may not be statistically significant. One might -- one might include that no -- no association exists. It may also be related to the size of the study, among other reasons, so there's many reasons for why something may not be statistically significant.

MR. ROTMAN: Can you re-read the question, please?

THE WITNESS: Can I do what?

MR. ROTMAN: The court reporter --

MS. CANAAN: He's -- he's asking the court reporter, Dr. Chan, not you.

(The following question was read by the court reporter: Question: If a result is not statistically significant, one explanation for that

is that the analysis that led to the result lacks power, right?)

BY MR. ROTMAN:

Q1 So, Dr. Chan, my question was whether one explanation for a result that is not statistically significant is that the study -- that the analysis that led to that result was not powered -- was not adequately powered, right?

MS. CANAAN: Objection, asked and answered.

A Yeah, I would restate my -- my response that there are many reasons for why something may not be statistically significant.

Q And I'm asking if one of those reasons is lack of power.

MS. CANAAN: Objection, asked and answered.

A Yeah, I -- I believe I've answered that.

Q Answer it again.

MS. CANAAN: You can go ahead and answer.

A1 So statistical power is -- so a result is not statistically significant for many reasons, and that would be, one, first of all, that there is no association. Second is that the study may not be large enough to detect -- to detect an association. And there -- the third may be, you know, there are other potential biases that are relevant to the study that

prevent a true association from being detected.
So all of those are reasons that need to be considered when you review a result as to whether it's statistically significant or not.

MR. ROTMAN: Dr. Chan and Eva, I have been noticing a pattern here where Dr. Chan is not answering my specific question. You insisted on that when you took a deposition, Eva, and I'm entitled to an answer to the specific questions I'm asking, not a -- a -- an explanation of a general topic that's related to my question, but the answer to a specific question.

And if this continues, we will be going back to the court and asking for more time with this witness.

I'd like that question and answer marked, please.

THE COURT REPORTER: Yes, sir.

MS. CANAAN: Are you done, Steve?

MR. ROTMAN: No, I have more questions.

MS. CANAAN: No -- I'm going to put on the record that the doctor is being perfectly responsive to your questions and putting them in context.

You asked whether the explanation for something not being statistically significant is that the

study lacks power. And he answered several times that that's one -- that that is one of at least three potential explanations, so he gave you an answer to your question in context.

MR. ROTMAN: So I'd like to go Exhibit 690. I guess that's 6690.

(Exhibit 6690 was marked for identification.)

BY MR. ROTMAN:

Q Dr. Chan, you have a list of your references and materials considered as part of your report, right?

A Yes.

Q This document that I'm showing you now is called "Guidance for Industry and FDA Staff. Best For Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Health Care Data."

Do you see that?

A Uh-huh.

Q You did not include this in your materials considered, right?

A I would need to double-check my materials considered. I can -- I can do that now if you want me to.

Q You do -- do you -- do you recall looking at this?

A I don't recall.

Q Doctor, if -- I'm sorry.

MR. ROTMAN: John, can you turn to -- can you move to page 9.

MS. CANAAN: I had a problem opening the document, Steve, in Box.

MR. ROTMAN: You're going to have to talk to John about that.

Let's go off the record.

MS. CANAAN: Yeah.

MR. ROTMAN: Let's go off the record.

THE EVIDENCE: The time -- the time is 14:09 UTC. We're going off the record.

(Break taken.)

MR. ROTMAN: Back on the record.

THE EVIDENCE: Stand by to go back on the record.

We're back on the record. The time is 14:34 UTC.

MR. ROTMAN: So we have that exhibit up? Yeah. And we're on page 9, right?

BY MR. ROTMAN:

Q Doctor, where I highlighted --

Let me ask you this. A number of the ranitidine studies that you reviewed involve- -- used electronic health data, right?

A Some of them did, not all of them, yes.

Q And they used it as their data source for identifying use of ranitidine and the other medications, right?

A Yes.

Q So I'm -- I'm now on page 9 of this exhibit. And it says here, "because existing electronic health care data systems were generated for purposes other than drug safety investigations, it is important that investigators understand their potential limitations and make provisions to use the data systems appropriately."

And do you agree that -- with that statement by the FDA guidance?

A Yes.

Q And it says that -- below where I highlighted -- "administrative claims data are generated to support payment for care."

Is that your understanding as well?

MS. CANAAN: Objection, form.

A Well, if the data source administrative -- I would agree with that, yes. Administrative claims data are usually used for that purpose. But that's not the only purpose. There's other reasons for why there might be claims data generated.

Q And it says that "investigators should

describe," and then it lists several bullet points, but one of the things should be "the capability of selected data to validate the outcome and other study elements (e.g., exposures, key covariates, inclusion/exclusion criteria) based on the safety question."

Do you see where -- where it says that?

A Yes, I see that.

Q And do you agree that people using electronic health data to do studies should describe the capability of the selected data source to validate the outcome?

MS. CANAAN: Objection, form.

A I think it's important for the -- it depends on the context in which this is being done. If it's being done as part of a report to FDA or a protocol where there is the space to do that in detail, I could see that being important.

In the context of epidemiological studies, oftentimes there isn't that capacity to -- to include that within the body of the scientific paper, so I think it would be important for the investigators of a scientific study that's being done outside of an FDA safety report to be able to provide, if they can, some information about what -- how they feel the outcome is ascertained and some -- if relevant, provide references to do that.

But I think it -- it wouldn't necessarily have to be described within the context of a scientific paper.

Q And the same goes for exposures, should the capability of the data source to -- to validate exposures be addressed by the investigators?

MS. CANAAN: Objection, form.

A I think that the investigators should comment in the study, if they can, as to how the exposure was ascertained and provide any information that they can to have -- help guide the reader's interpretation of whether the exposure was adequately ascertained.

Q And as an expert witness in a case like this, should the expert witness who's evaluating the study using health care data -- electronic health care data consider and address the capability of the selected data source to validate the outcome?

MS. CANAAN: Objection, form, vague.

A I think as an expert reviewer of a paper or expert reviewer of the literature, we consider those questions when we look at the methods of the study, look at the results and -- and provide our assessment as to whether we think the conclusions that are reached in the study are valid.

Q And that's something that -- that an expert

should do in your opinion?

A Yes.

MS. CANAAN: Object.

Andy, give me -- just give me a chance to object before you answer.

MR. ROTMAN: Let's go to the next page, please.

BY MR. ROTMAN:

Q Do you see the highlighted section on the top third of the page?

A Yes.

Q Do you understand what is meant by "continuity of coverage"?

A I -- I don't have the full document yet reviewed. I'd have to look at the specific definition that they provide.

Q Let's go to the end of the document, page 26.

Okay. Do you agree with the FDA guidance of confounding by indication as "a type of channelling bias that occurs when the indication, which is associated with the drug exposure, is an independent risk factor for the outcome"?

A Yes.

Q Do you agree with the definition of churn rate as provided here in the FDA's glossary? Churn rate is defined as "individuals may enroll or disenroll from a

health plan over time, especially as, in the United States, most health care coverage is employer-based, and thus" -- "thus, coverage changes over time with changes in employer. The churn rate, also known as attrition rate, is the proportion of enrollees that disenroll from a health plan in a given time period"?

A Yes.

Q Do you think it's important to consider the churn rate of a -- of health care -- electronic health care if you're using that data in a study?

MS. CANAAN: Objection, form.

A I think it depends. I wouldn't say that that's a -- an essential piece of a study. It depends largely on the exposure that you're looking at and the outcome and how the outcome is ascertained. It very much depends on where that data is coming from.

Let me give you an example. There's many pharmacoepidemiological studies where you will be able to gather exposure data from a population of individuals that are enrolled in a health plan, and you're interested in knowing whether the exposure that was ascertained from that data was associated with an outcome such as death.

Death is an outcome that you could ascertain

from the National Death Index or other sources. It does not have to come from the health plan, so the churn rate would be irrelevant in that case.

So I think it very much depends on the study as to whether the question and the hypothesis at hand requires an assessment of churn rate and how that might impact the results.

Q When would it be relevant?

A I'd have to think about a specific example. I think it would probably be, you know, something that relates to an outcome where it's perhaps, you know, more difficult to ascertain without access to detailed doctor notes, et cetera or -- or outcomes for which medical care may not be specifically sought after, so -- so for those types of outcomes, it might be more relevant.

Q Would -- would it be relevant for follow-up?

MS. CANAAN: Objection, form, vague.

A It depends on what you mean by "follow-up."

Q Ability to follow -- follow the patients exposed to the medication of interest to see if they develop the disease.

A Again, it depends on the disease, and it depends on what -- the process by which the investigators are conducting the study and how they're actually ascertaining the disease. And if the

ascertaining of a disease is not dependent on access to the health plan or -- or being in the health plan, then churn rate irrelevant.

Q Let's look at what the definition is in the FDA guidance for exposure risk -- risk window.

Do you agree with this definition, "the interval of exposure (to the drug of interest) time considered to be relevant in the design or analysis of a pharmacoepidemiological study is the exposure risk window"?

MS. CANAAN: Objection, form.

A I'm not sure I understand the context because we also use exposure risk window more broadly in the field of epidemiology to include the relevant period of exposure -- of a potential exposure to an outcome, which may or may not be dependent on different factors.

So I'm not sure what is implied here, whether it relies on an interval of exposure that's somehow related to being in a health plan, et cetera. There's many examples of where exposure risk windows are not dependent on being a part of a health plan or being -- access -- having access to medical care.

Q What is a relevant exposure risk window if you're studying whether ranitidine is capable of causing bladder cancer?

MS. CANAAN: Objection, form, vague.

A I -- I think when we are trying to make the assessment as to whether a exposure is associated with cancer, and in this example if ranitidine is associated with bladder cancer, we would want to ensure that that exposure occurred prior to the outcome. That would be essential to having that appropriate exposure/cancer relationship.

We'd also want to ensure that there is a reasonable period of time in which someone was expected to be exposed to the drug before the cancer was diagnosed.

Q And what is the reasonable period of time?

A I think it very much depends on the specific study and the specific cancer.

Q We're talking ranitidine -- you're studying ranitidine and bladder cancer. What's the --

MS. CANAAN: I'm sorry, Steve. Steve, please. You just interrupted the witness. He was still talking.

Dr. Chan, were you still talking?

THE WITNESS: Yeah.

A So in the case of ranitidine and bladder cancer, you know, bladder cancer is a cancer for which there are many types. There's superficial bladder

cancers. There's deep invasive cancers that go into the muscle. So depending on -- and there's also obviously fatal cases of bladder cancer. So depending on what your interest is the relevant interval of exposure may be different.

Certainly if you're looking at a question as to whether ranitidine is associated with fatal bladder cancer, you'd probably need to examine and show a level of exposure that's longer than if you're studying something that's more early stage.

That being said, I think there is no standard I think at this point to know exactly how long that interval of exposure is for a given individual. It could, you know, presumably vary, although I think it's important to think about, within the context of an epidemiology study, whether that interval of exposure that's found to associate with risk is plausible or not.

Q Dr. Chan, what -- did you read any deposition transcripts before today -- read the deposition transcripts of depositions of expert witnesses in this case?

A I briefly looked at some, but I did not read them in detail.

Q Which ones?

A I briefly reviewed Dr. McTernian's and Dr. --

Dr. -- I'm blanking on his name, the defense witness for bladder cancer, and I briefly reviewed Dr. Moorman's.

Q When you say "briefly reviewed," how much time did you spend reading Dr. Moorman's deposition?

A I don't recall exactly how long.

Q Approximately?

A If I recall, it was fairly lengthy, so probably ballpark six to eight hours.

Q And you call that briefly reviewing?

A Well --

MS. CANAAN: Objection, objection. Objection, argumentive.

A I reviewed the report probably in the context of doing other things, so I didn't read it word for word in detail from -- from start to finish.

Q You mean the deposition, right?

A That's right.

Q How long did you spend reading Dr. McTernian's deposition, approximately?

A Probably around the same amount of time.

Q And by the way, what -- what is your income from Mass General Hospital?

A What -- what do you mean by "income"? Do you mean my salary and benefits?

Q Yes.

A On an annual basis, probably around $800,000.
Q And what is your income from your clinical practice?
A Around 200,000.
Q And what -- what is your income from consulting for -- for pharmaceutical companies averaging in the last four years?
MS. CANAAN: Objection, form.
A My income from pharmaceutical consulting, that would be independent of this case, would be probably in the range of 25,000.
Q Average per -- average per year?
A Yes.
Q And what other consulting do you do that's not part of pharmaceutical -- that's not for pharmaceutical companies?
A I also receive royalty fees for a -- for a clinical guideline expertise for the reference textbook UpToDate. I also receive modest reimbursement for participation on the governing board of the American Gastro- -- Gastroenterological Association.
Q Do you think it's important if you're going to design a study to define an exposure risk win- -- an exposure risk window?
MS. CANAAN: Objection, form, vague.

A I don't -- I don't know that I would -- I don't know that I would necessarily use that terminology. I think it's important for epidemiological studies to be specific about when the exposure was ascertained relevant to follow-up and ascertainment of the outcome.

Q If you're going to do a study of ranitidine and pancreatic cancer, is it important to consider the duration of use of ranitidine that should be assessed with respect to the risk of developing pancreatic cancer?

MS. CANAAN: Objection, form.

A I think when you're doing an epidemiology study of ranitidine and pancreatic cancer, you would want to consider the timing of which the ranitidine exposure was ascertained relevant to when the cancers were diagnosed in the cohort.

So you would want to assess whether the -- there was sufficient duration of exposure and follow-up to plausibly connect the two things.

Q Why would you want to assess duration of exposure as you -- as you just indicated in your prior answer; what would be the purpose of that?

A Well, the purpose of trying to -- or understand the duration of exposure is to identify whether there is a potential causal association between a drug and an

outcome, and so for there to be an association, you would want to ensure that the participants were sufficiently exposed to the drug and were followed for a time period in which cancers were ex -- could be expected to be developed as a result of that exposure.

Q And why would that be important, to follow -- to do the follow-up in that fashion?

A Again I think one of the key issues that has to be studied in any epidemiologic study is does the exposure precede the outcome. And in the case of ranitidine and cancer, it's very important that the exposure precede the outcome in a way in which it could be expected to be linked biologically.

So, for example, in many cases the epidemiological literature either assesses the time of exposure with the outcome cross-sectionally, in which it's impossible to know whether the ranitidine was consumed prior to the cancer developing, and there's also many examples in the epidemiologic literature in which the ranitidine exposure happened in a time interval that was very brief relative to a diagnosis of cancer.

And that is clearly evidence often of protopathic bias where the ranitidine was prescribed because of the onset of symptoms related to the cancer

which was already present in the individual, so in that case, that would not be evidence of -- of a causal association between ranitidine and cancer.

There's also a related issue where if the interval of exposure between the drug and the cancer, in this case ranitidine, and cancer happened in a relatively short window, that's because the ranitidine may have been prescribed to treat symptoms related to the cancer in which case that would be an issue of confounding by indication.

And both of these are issues that I feel are -- are present in -- in many of the studies I reviewed, specifically linking ranitidine with pancreatic cancer, but each of the cancers that -- that are being discussed today.

MR. ROTMAN: Move to strike as nonresponsive.

Can we go to the next highlight just below.

I'm sorry, the one below that.

BY MR. ROTMAN:

Q The FDA guidance is defining study time frame as "the time frame from the beginning of the lookback period when the investigator looks back in the database before drug exposure to ascertain baseline patient covariate data to the end of the follow-up period."

Do you agree with that definition?

A Study time frame is not a term that I have particularly seen in epidemiologic studies. I suppose the FDA uses this language for guidance in their protocols, so I don't know how relevant it is to -- to epidemiological study reporting.

I think within the context of epidemiology studies, we will always clearly define when we have ascertained baseline patient characteristics that -- that's something that's standard across studies.

So I think in -- epidemiology studies are accomplishing the goal that's set out here, although I don't think it's terminology that is generally used.

MR. ROTMAN: Let's go to page 11, please, John.

BY MR. ROTMAN:

Q Section C, I've highlighted "Country of Origin and Health System: Relevance to the United States."

Do you see that?

A Yes.

Q Do you see that?

Do you agree that it's important when you're evaluating a study to consider the country of origin and its relevance to the United States?

MS. CANAAN: Objection, form, vague.

BY MR. ROTMAN:

Q Well, let's say do you think it's important for

this case to consider the country of origin and the health system of a study for the relevance to the United States?

MS. CANAAN: Objection, form, vague.

A I think it depends because -- it depends on the hypothesis that's being addressed by the study in question. I think if the study is specifically asking the question does ranitidine cause a cancer, I think the health -- the population or the country of origin of that study has relevance in different ways.

Ultimately, though, I think the biology of the -- of the question does ranitidine cause human cancer is a -- is a question ultimately of is this biologically true in a human.

And given that, you know, these -- the studies that reviewed were conducted among humans, even though they were in different countries, I still think that they are likely to be relevant.

What is important to consider is whether the country of origin and the health system in that country of origin will have -- whether an understanding of that has bearing on the interpretation of the study based upon the methods, so does the country of origin provide an ability to accurately collect exposure data such as, you know, prescription data and does the country of

origin also support the ability to ascertain the outcome.

So to the extent that those are questions that are relevant to interpretation of any study, that might tie into whether that setting -- whether that study is being done in another country other than the U.S.

Q Do you agree that there are differences in the practice of medicine across the world, some of which are particular to the health care system?

MS. CANAAN: Objection, form, vague.

A I think that's a really broad question. I think it depends on what you mean by the "practice of medicine" or what you mean by, you know, what -- what specific health care is being delivered. So I think that's a question that's really difficult to answer.

I think you obviously see differences in practice patterns and what's being offered to patients based on what that specific country can offer and what -- what the health care system supports, but I think there's basic medical principles that all countries adhere to.

And I think there's definitely medical principles that relate to whether patients, you know, are being diagnosed with certain conditions and -- and being offered certain treatments that are probably

reasonably uniform across different countries.

But I think it very much depends on the circumstance of the disease, the -- the clinical question, so I think it -- it -- I think you'd have to be more specific when you ask me that question.

Q The FDA guidance document states, "for studies that propose the use of data source from a country other than the United States, the investigators should provide a description of prescribing and utilization practices, including approved indications, formulations, and doses for non-U.S. settings".

Do you see where it says that?

MS. CANAAN: Can you -- can you point that out because I -- I didn't see that.

MR. ROTMAN: It's --

MS. CANAAN: Where is that?

MR. ROTMAN: It's highlighted.

MS. CANAAN: Which highlight?

MR. ROTMAN: I didn't highlight the whole part. It says "for studies that propose the use of a data source." Do you see that?

MS. CANAAN: Oh, yeah, I do see that.

MR. ROTMAN: And then the third bullet point.

THE WITNESS: I see that as well.

MR. ROTMAN: Yeah.

BY MR. ROTMAN:

Q And then it continues by saying on the fifth bullet point that investigators should provide "an explanation for how all of these factors might affect the generalizability of the study results to the U.S. population."

Have I read that correctly?

A Yes.

Q And do you agree with the FDA's recommendation that study investigators should provide that type of information?

A As I mentioned at the outset, I think this -- this document is not one that I had previously reviewed, so I don't know the context in which this recommendation was provided. I would say based on what I understand from FDA practice and -- and sort of what their recommendations are, and based on the title of this document and what's being considered here, this is -- this is -- these are considered nonbinding recommendations for industry to include in their protocols when it comes to conducting phase 4 studies, which are studies to follow patients long term for adverse effects of their drugs.

I don't believe this was something that was used to guide the research community about the kinds of

elements that they should include in their study protocols or in their published publications. So I -- I don't know what is being proposed here for -- in terms of investigators.

Certainly I think if there is a very detailed study protocol that is being provided to FDA by an industry or pharmaceutical company to follow patients for adverse outcomes, this seems like a reasonable consideration for a study protocol, but it is not routine I think for -- for very detailed discussions of this to be included within the context of the scientific paper for which there is a variety of reasons why it would be impractical.

Scientific manuscripts in general are very precise in their discussion of the methods and results and discussion and have very precise guidelines as to what needs to be reported and very strict word limits.

So I think it would be infeasible for every epidemiological study to be able to provide all of this within the context of a given paper, but I certainly can see how this would be a nonbinding recommendation you could give to someone to include in a study protocol if they had the word length and the ability to do that.

Q Yeah. So the study of the document is "Best Practices For Conducting and Reporting

Pharmacoepidemiological safety Studies Using Electronic Health Care Data," right?

MR. ROTMAN: You can go to the -- you can go to the top.

A Let me go to the top of the document. Yes, and I see it's also entitled "Guidance for Industry and FDA Staff." This is not guidance intended for epidemiologists that are doing scientific studies.

Q And then on page 27 they define pharmacoepidemiologic safety study, if you could go there.

MS. CANAAN: What -- what page, 27?

MR. ROTMAN: 27.

BY MR. ROTMAN:

Q It's defined as "an observational study designed to assess the risk associated with a drug exposure and a test pre-specified hypothesis," right?

A I don't see that on my page 27. Oh, you're showing it there.

Q Right in the middle.

A Yes. I see that.

Q Yeah. And by that definition, the Adami study is a pharmacoepidemiologic safety study, right?

A Again, I don't know the context in which this definition is being provided. I don't know if the FDA

has a specific definition of pharmacoepidemiological safety study. In particular, I don't know what they mean by "safety study."

Q It is --

A The Adami -- let me finish.

The Adami study was a study that was intended to address the investigators' prespecified hypothesis that ranitidine was associated with cancer and was intended for a scientific audience and was communicated to a scientific audience, including scientists like myself.

It was not intended to be a study that was submitted to the FDA for their consideration, which I would assume would be what this document covers and which is what the FDA is defining -- what the FDA is providing guidance for in terms of what they're defining as a pharmacoepidemiological safety study.

If the FDA specific- -- specifically commissioned the Adami group to do their study, I'm sure the FDA would have given them the terminology they should be using and guidance into what should be included in their report.

MR. ROTMAN: Let's take a 10-minute break, if everybody agrees.

MS. CANAAN: Sounds good, Steve.

THE VIDEOGRAPHER: The time is 15:11 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

Back on the record. The time is 15:26 UTC.

BY MR. ROTMAN:

Q Dr. Chan, the -- if you could --

MR. ROTMAN: John, if you could bring us to page 18.

BY MR. ROTMAN:

Q At the bottom where I've highlighted, the FDA wrote, "T is also important that investigators define the window of time after discontinuation during which the events of interest might still be attributed to the drug."

Do you see where it says that?

A Yes.

Q In the ranitidine human epidemiological studies, would it be important that the researchers define the window of time after discontinuation of the drug during which the events of interest, meaning the different cancers, might still be attributed to the drug?

A I think it really depends on how the study was

designed. I think, you know, the studies that are looking at the exposure of interest, in this case ranitidine, may have different ability to assess that exposure, and you want to obviously have reliable evidence as to whether someone has been exposed to the drug, and if possible, identify the duration of that exposure as best you can.

So certainly that information would help the interpretation of the -- because that is what you can use to understand what is the potential time window in which somebody was exposed to the drug, which I think, you know, gives you a sense of this question that's outlined here.

Q What is your understanding of why it's important to define the window of time after discontinuation during which development of cancer might still be attributed to a drug?

MS. CANAAN: Objection, form.

A I don't know exactly what the FDA is alluding to here. I think you do want to be able to assess in your cohort, you know, as best -- as best you can whether somebody is taking a drug or not taking a drug, and -- and in some cases taking a drug and continuing to take a drug over time.

I think those are all elements of data which

are important in understanding the quality of the exposure data, and you incorporate that into your thinking about the results and the validity of those results.

Q Is this focus on the window of time after discontinuation of the drug during which the events of interest might still be attributed to the drug have any bearing on the follow-up time of a study?

MS. CANAAN: Objection, form, vague.

A I'm not sure what you mean by the "bearing on the follow-up time." What it does -- what you want to understand is whether there's adequate time after exposure for an event to occurred.

I think that understanding the total duration of exposure and the duration of follow-up will help the interpretation of the results because that gives you a better, more complete picture of whether there is a potential causal association.

I think that understanding the specific time and discontinuation may or may not be relevant, depending on the specific question that's being addressed. It's certainly, for example, not very relevant if you're looking at an exposure in which you think very brief exposure and something early in life may be associated with a later outcome.

For example -- the classic example is thalidomide in pregnancy could be a very brief exposure and then cause cancer many years later, so that window of time after discontinuation is not relevant, so I think it very much depends.

I think what the FDA is really trying to get at here is, again, guidance for industry to kind of, you know, where possible, when they do face more studies, look, you know, over -- over the exposure period as they sort of collect data. Ideally they would collect when someone starts and stops a drugs so that some of these elements can be assessed down the road if they become relevant.

So I think in the prospective collection of data, I think this becomes critical. I think in the assessment of data for an epidemiological study, I think it very much depends on the study.

MR. ROTMAN: If we can go to page 19, John, the highlighted -- the -- that starts at the bottom "under exposure- other factors," the second part.

BY MR. ROTMAN:

Q "Another important consideration in defining and ascertaining exposure is switching between drugs within the same therapeutic drug class."

Do you see where it says that?

A I do.

Q Yep. "Repeated switching can significantly complicate exposure definition, but for many drugs this will reflect real-world patient experience. In these cases, the investigator should describe the approach taken to account for switching and discuss the potential impact on the study's generalizability."

Do you understand what the FDA is saying there?

A Again, this is the first time I've actually seen this document, so again I don't know the full context in which this statement is made. I see in the paragraph above where you -- you've highlighted that, you know, they talk about this relating to inpatient data, so I don't know if they're referring to any situation or specifically inpatients. But I think --

Q Well, would crossover or switching of drugs in the ranitidine studies that you reviewed be something that can affect the -- the exposure classification?

MS. CANAAN: Objection, form, vague.

A I think it depends. I think it depends on exactly what's outlined here. It depends on how long, how -- how often people switch, what drugs they're switching to, you know, what -- what's the plausible association that you're trying to study.

I think those are all, you know, potential

questions that have to be considered when you sort of think about this.

I would say in my own clinical practice, there are certain ways that you could really get a good handle on whether a person is doing any sort of switching.

Certainly when we -- when we prescribe drugs to patients, we prescribe them for a month at a time, three months at a time, and when we renew that prescription, we renew it for the same drug. And typically if the drug is effective in doing what it's supposed to do, there really is no switching.

So I think you could reliably assess whether there is significant amounts of switching between drugs by, you know, for example, assessing prescription data.

Or -- you know, if you're using data from health records, if you actually have data collected from health records as to what's on their med list from visit to visit or in their clinical notes, you could reliably understand whether there is reliable exposure data.

So that's the sort of thing you look at when you evaluate a study.

Q To the extent that patients are switching during the study period from one medication to another within the same class, that would be something that could impact exposure classification, right?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q That would impact exposure classification, right?

MS. CANAAN: Objection, form, vague.

A I think it depends, again, on whether the -- again it's impossible to generalize. I think that if you have a situation where people are switching medications, and you're able to capture that information, then I don't think it's -- it's a major issue.

I think if you are potentially considering the sort of, I guess --

I mean, I think it's hard to generalize. I think it definitely depends on the specific situation and whether that switching will have an impact on the potential outcome of the study I think depends on the study.

So if the hypothesis is, you know, a specific drug with -- with -- with a specific timing of -- of exposure, it may be important, but in other situations where, you know, it -- it -- it over time may be less important because that exposure may be sustained over time and -- and the switching back and forth may be enough to provide a relevant level of exposure for that

outcome.

MR. ROTMAN: If we could go to the page 20, John.

BY MR. ROTMAN:

Q The FDA guidance says, "because administrative claims data are not collected for investigative purposes, but rather for patient care or reimbursement purposes, investigators should ensure that the selected medical outcomes of interest are validated."

Do you see where I read that?

A I do.

Q And do you agree with that?

A Again, I don't know where this document is intended in terms of the audience. I would say for epidemiological studies and for epidemiologists who do work in this area, we obviously want to ensure that our outcomes are considered to be valid. How we go about doing that I think varies from study to study.

And there are certain outcomes for which, you know, there is a lot of what we call face validity in which -- for example, it's well defined that, for example, an ICD-9 code associates with the diagnosis with such high correlation that it -- it sort of meets face validity, and it's sort of sufficient for interpretation of the study, particularly if it's not

expected that that outcome of interest would be misclassified according to the exposure interests.

So I would say for epidemiological studies, you know, some outcomes of interest do have face validity which don't require necessarily any specific mode of validation procedure.

That being said, there are other examples where there are outcomes where validation is very important. A good example of that would be outcomes for which there's a lot of patient -- patient subjectivity.

For example, other areas of research that I'm involved in include disease like irritable bowel syndrome where there is not a widely accepted definition. It is not accurate in the ICD-9 coding. So if I reviewed a study about irritable bowel study, I would want to see in that study specific criteria by which the investigators validated the outcomes if they're relying on ICD-9 codes and the HR.

But in the case of other diseases, again a good example is a hard outcome like death, very few people would refute that someone has died, and as an epidemiologist reviewing the study, I wouldn't necessarily require or need to have any specific validation process outlined for me in a scientific study.

The FDA may have a different set of criteria, and that may be what they're outlining here, so I can't speak to that. But I think in the scientific literature, you know, it very much depends on the study.

And I think the -- the scientific would interpret studies on a case-by-case basis as to whether the outcomes need to be formally validated in some way as outlined by whatever this document outlines later in the -- in the text.

Q Are you familiar with a term used by epidemiologists "lost to follow-up"?

A Yes.

Q What does it mean?

A Lost to follow-up means that you are not necessarily -- the investigators, I should say, are not necessarily able to know the status of a -- of a participant in their study, so over time they may or may not be able to ascertain whether a participant is still invaluable for outcomes or would still be contributing outcome data.

Q And how many -- how could that affect a study's validity?

MS. CANAAN: Objection, form, vague.

A I think in -- lost to follow-up affect studies in different ways. I think we ideally would like to see

the ability to follow participants with as complete a dataset as possible. We prefer obviously to have complete data for both exposure and outcomes.

I think the -- depending on the outcome, the -- the dif- -- the lost to follow-up or the rate of lost to follow-up may have a differential impact on the outcome, and so I think on a case-by-case basis, certainly it might affect some studies more so than others.

In an ideal world, you would want to have as little lost to follow-up as possible, but oftentimes, you know, that's a difficult challenge for studies, particularly if they're relying on data, you know, that were -- were collected for other purposes.

And also even for studies which are specifically done to follow a -- a study participant that was specifically enrolled in a protocol. There's inevitable lost to follow-up, so there is no threshold level of lost to follow-up, but it's something certainly incorporated in the interpretation of any study.

Q And if you're getting your data from an electronic health record system, there's -- there -- there's a lost to follow-up when a patient leaves the health care system that's the source of the data for another health care system or for other reasons, right?

MS. CANAAN: Objection, form.

A I think it depends. There's, again, many situations where there are data that are collected from a -- an electronic health record or from a health system in which the outcome data are not dependent on the HR.

A good case in point is there's many studies, for example, that use the Kaiser health care system for pharmacoepidemiological studies, and they're very capable of collecting detailed exposure data on those participants, but if you actually read their studies, they will not necessarily rely on their EHR to examine outcomes.

And a good case in point would be the COVID-19 pandemic in which they were, for example, interested in COVID outcomes, and there's many sources of data for COVID outcome data that come from national data sources that don't require enrollment in the Kaiser health system, so I think we'd have to be specific about the study to understand whether there is a concern about lost to follow-up and whether that affects the interpretation of the study.

MR. ROTMAN: Can we take this one down and bring up the IARC preamble.

THE VIDEOGRAPHER: Doctor, can you pan your camera down just a little bit. I don't want your mouth cut off by your name and -- perfect.

MR. ROTMAN: And, John, did we give this number 692 or 6991?

THE EVIDENCE TECHNICIAN: This is Exhibit 6691.

(Exhibit 6691 was marked for identification.)

MR. ROTMAN: Let's go off the record for just a minute. I'm going to --

THE VIDEOGRAPHER: The time is 15:46 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

We're back on the record. The time is 15:49 UTC.

BY MR. ROTMAN:

Q Dr. Chan, have you seen this before, the preamble to the International Agency for Research on Cancer, on this -- on "IARC monographs on the Identification of Carcinogenic Hazards to Humans"?

A Yes.

Q You understand that the International Agency for Research on Cancer is part of the World Health Organization?

A Yes.

MR. ROTMAN: Could -- could we go to page 12 of this -- 15, I'm sorry, of this document.

BY MR. ROTMAN:
Q There's a section (f), "critical review of exposure assessment in key epidemiological studies."
Do you see that?
A Yes.
Q And the first sentence there says, "epidemiological studies evaluate cancer hazard by comparing outcomes across differently exposed groups."
Do you agree with that?
A I'm sorry, can you repeat that? I'm not sure I heard some of the words.
Q It's the first sentence under the section (f).
A Yes.
Q Do you agree with that?
A That's not -- that's not highlighted? Yes. 10 and 11? I was looking at the highlighted. Sorry.
Q Yes, lines 9 and 10.
A Yes, I see that.
Q You agree with that?
A Yes.
Q And then the highlighted part says, "although there is no standard set of criteria for evaluating the quality of exposure assessment methods across all possible agents, some concepts are universally relevant. Regardless of the agent, all exposures have two

principal dimensions: Intensity (sometimes defined as concentration or dose) and time."

Do you agree with that?

A Yes. I agree that there are not a standard set of criteria, but those are -- are relevant things to consider, yes.

Q And it goes on to say, "time considerations include duration (time from first to last exposure), pattern or frequency, (whether continuous or intermittent) and windows of susceptibility."

Do you agree with that?

A Yes.

Q What is your understanding of "window of susceptibility"?

A Well, I would say -- to be clear, I don't remember the exact context in which this is defined in the IARC preamble. I would say in typical epidemiology parlance, we are -- we refer to windows of susceptibility in different ways depending on the exposure of interest and what we're studying.

I think we oftentimes refer to windows of susceptibility as in when during, for example, someone's lifetime you might expect a potential exposure may be associated with a given outcome.

So it could refer to a window of time that's

defined by life course, i.e., early life, middle life, older age, old age, or windows of susceptibility could also be used in the context of the studies define a time period in which someone was or was not exposed to a toxin or a drug or a lifestyle factor, et cetera.

So in epidemiological studies, the term is used I think somewhat loosely, like maybe more critically defined in a given study depending on again what the study question is.

MR. ROTMAN: Let's go to page 18, please.

BY MR. ROTMAN:

Q I've highlighted the last -- part of the last sentence on -- under study population. The beginning of that paragraph says, In assessing study quality, the working group -- the IARC working group consistently considers the following aspects, and there -- and then there's several bullet points.

And I've highlighted "completeness of follow-up for the outcome are essential measures."

Do you understand what that means?

MS. CANAAN: Objection, form.

A I think given the context, again which I don't have the full document read recently -- given the context in which that paragraph is stated, this was done within the context of a -- a population type cohort

study where you're taking an inception cohort and following them for a given disease.

And in that circumstance, you know, we do obviously want to be able to report in our -- our data, you know, what the follow-up rate was -- was for that study population.

But there are other examples where a study is designed in such a way where follow-up is based upon what we call passive follow-up in which it's dependent on, for example, ascertaining from the National Death Index, or from cancer industries, et cetera.

So in those circumstances, a passive follow-up, you know, the outcome and -- you know, what's considered follow-up rate might be defined in a different way and may not explicitly stated, so . . .

Again it's hard to generalize. I would think that the working group in IARC specifically was considering this in the context of prospective cohort studies, for example.

The EPIC study, which is a European cohort study which is often heavily relied upon by IARC, that -- that's certainly an example of a study where they would report follow-up completeness in a more routine way. It's not always the case that follow-up be reported routinely for all epidemiological studies in

this way.

MR. ROTMAN: Next page, please, John.

BY MR. ROTMAN:

Q Read along with me.

MR. ROTMAN: If you could, just keep scrolling so we can see the whole highlighted section at the same time.

BY MR. ROTMAN:

Q At the end of 19 and as it goes on to page 20, it states in the IARC preamble, "the informativeness of a study is its ability to show a true association, if there is one, between the agent and cancer and the lack of an association if no association exists."

Do you agree with that?

A I don't know what is meant by "informativeness." That's not a term I've typically seen in epidemiological literature, so I don't know exactly what that means.

I would say that there is -- each study has a different level of, you know, being informative, you know, to a -- to a reader of an individual study or for an expert who potentially is surveying an entire body of evidence.

So even small studies which are, you know, flawed may provide some information values to me. I

would say a good example of this is, you know, if you see many small case control studies that show an association -- for example, I would refer to the dietary studies of -- of NDMA that were done in Uruguay.

You see consistently associations there but don't see them in any other population. That particular study may not be in and -- informative in and of itself, but viewed across the landscape of the literature, it helps to solidify my opinion that the body of evidence is --is plagued by issues of confounding or selection bias because that's more likely to be true in a population like Uruguay and the specific ways those studies were designed compared to studies done in other parts of the world. So I think it depends upon what -- what's being referred to.

An individual study may be non-in -- informative by itself, but in the context of other studies may be helpful in sort of providing a broader sense of whether there is a true biological association.

Q IARC goes on to say key determinants of informativeness of the study include "having a study of population of sufficient size to obtain precise estimates of effect; sufficient lapsed time from exposure to measurement of outcome for an effect, if present, to be observable, presence of adequate exposure

contrast (intensity, frequently and/or duration); biologically relevant definitions of exposure; and relevant and well defined time windows for exposure and outcome."

Did I read that accurately?

A Yes.

Q Focusing on the element of sufficient elapsed time from exposure to measurement of outcome for an effect, what is your understanding of what that means? In the context of the ranitidine studies, what does that mean?

MS. CANAAN: Objection, form, vague.

A I think -- you know, this particular statement is I think a broad statement relative to the conduct of studies in general that are looking for hazards -- potential hazards in terms of exposures with -- with cancer outcomes. So I think that that's really what the focus of -- of this paragraph is.

I think as you apply it to specific hypotheses and specific studies, I think it's important to keep a couple of things in mind.

First of all, all of these are -- are elements that have to be considered when you review a study. I agree that these are all elements of -- of a study that would be important to incorporate into one's thinking

about how to interpret the study.

What I think what's being referred to specifically here is that you'd want to, again, be able to confirm that if you're trying to establish that there may or may not be a causal relationship, that you have an exposure that's ascertained prior to the outcome developing so that there is minimal levels of protopathic bias or selection bias, and that there's biological plausibility that this is not a relationship that's been confounded, et cetera.

So you want to make sure that the timing of the exposure is appropriate, and you want to have information on duration of exposure to assess all of that -- all of those elements as well, and also be able to, you know, define ultimately that there is sufficient follow-up to -- to -- and -- and have the ability to be able to come up with an assessment of a potential association.

That being said, informativeness as it applies to an individual study is one thing. Informativeness as it applies to a body of evidence is another. And so one study may be not necessarily including all of these key determinants but still may be informative when viewed in the body of literature because other studies do incorporate some of these elements.

So I don't disregard any study. I include all studies when I think about whether, you know, I -- I'm providing an opinion as to an association. So I view all studies as being informative to a broader question which is, in this case, is ranitidine associated with cancer.

Q The -- the IARC preamble mentions exposure frequency. What does that mean?

A Where are you?

Q It's -- it's in the part that we're -- on line 3. Doesn't that mean how often you take the drug, whether you take it every day or twice a day or -- or once every month?

A Well, I would note that that's one element of exposure.

Q I'm asking what it means, and is that what it means, how often you take it?

A I think it depends on what --

MS. CANAAN: Objection.

A -- what this paragraph is referring to. I think, first of all, I should mention the IARC preamble applies to both human studies and experimental studies, so I participated in the IARC preamble process in the past, and I know their process, and they're trying to create guidelines for -- for both experimental studies

and for human studies.

So there is, you know, elements of exposure that are relevant to both experimental studies and human studies, which could include intensity, frequency and duration which are things you can certainly control adequately and define specifically in an experimental study.

In an epidemiological study, again as someone who's done these studies and been in the -- in the field and practice, you want to define exposure with the best available data, and if you're able to adequately differentiate someone who's exposed versus unexposed, that's the critical question.

You will not necessarily have all elements of intensity, frequency or duration available from the data source at hand, but that does not mean the study is not informative.

So I think you have to view the context in which the data were collected, the other potential areas of strength of the study and the potential areas of bias to -- before you assess whether there has been an adequate assessment of exposure. And I think what's important is to have the ability to differentiate someone who has been exposed to ranitidine and someone who has been unexposed.

Whether I knew exactly how many milligrams of ranitidine they got and how many days they took it, I think is less relevant and -- and not critical to making that assessment.

Q Let's go to page 21.

I've highlighted from lines 24 to 28, and it says there, "if there are inconsistent results among investigations, possible reasons are sought."

Giving us some examples -- giving us one example, latency. Do you see that?

A Yes.

Q How can latency factor into explaining inconsistency -- inconsistent results between studies?

MS. CANAAN: Objection, form.

A Again, when we are evaluating a body of evidence, you know, for which there are data and -- and in this case if there are multiple epidemiological studies that are relevant to the question at hand. When we do see inconsistent results, we do try to understand why those inconsistencies may arise.

I would say in the case of ranitidine and cancer, latency is definitely something that could explain, for example, why some sort of -- some analyses of some studies show, for example, an increased hazard ratio.

It's because, for example, there's -- there's a very short latency period because of the protopathic bias or selection bias, so that could explain why a false positive result of a given analysis may appear in one study but not appear in multiple other studies which were adequately able to account for duration or latency.

With respect to differences in assessment methods, I think that's also a very clear area where there has to be nuance in interpretating -- interpreting results.

I think, you know, for example, the dietary NDMA studies, the few studies that have shown an increased association with cancer and the dietary NDMA studies are largely case control studies in which the assessment was done after the diagnosis of cancer with a high potential for recall bias in addition to other biases of these studies.

And that could explain an inconsistent result in those studies compared to better conducted cohort studies where the assessment was done in a different way, in this case done prior to and well in advance of a diagnosis of cancer.

So we definitely have to consider potential reasons for inconsistent results because they occur in scientific literature, and that's to be expected, but

that allows us the opportunity to systematically review the literature and come up with a summary assessment as to whether we think the overall hypothesis is supported or not supported.

Q Why would exposure -- how would exposure levels possibly explain inconsistent results between studies?

MS. CANAAN: Objection, form.

A I'll give you a -- a good example of this from the dietary studies of -- of -- of NDMA. I think there were --

Q My questions are about the ranitidine human studies, so all of these questions are focused on that.

A Okay. Well, I brought that --

MS. CANAAN: Wait, Steve. Steve, don't interrupt. You keep interrupting him.

MR. ROTMAN: I'm -- I'm withdrawing the question, Eva. I'm withdrawing the question.

MS. CANAAN: Okay.

BY MR. ROTMAN:

Q With respect to the ranitidine epidemiological studies, how could exposure levels explain inconsistent results?

MS. CANAAN: Objection, form, vague.

A I don't know what -- how I would use the term exposure level in the ranitidine literature, to be

honest.

I think -- I think to be clear, again, when we're talking about exposure levels within the context of the IARC preamble, I -- and my knowledge of the IARC monograph studies, much of their focus is on toxins, for example, pesticide exposure or for, you know, specific chemical exposures where you can get a range of exposure, and there may be knowledge known about that exposure as to whether there is a threshold that is associated with cancer. So in that case you would want to be able to understand whether exposure levels were assessed in a given study.

In the case of ranitidine, I don't really understand how exposure levels would be defined. I think what we can rely on when we examine the question is ranitidine associated with human cancer is the data that are available based on how people took ranitidine in the usual course of -- of clinical care. And so epidemiological studies capture that. They capture what people are doing in usual care.

And based on that exposure data, which I think gives us what typical human exposure is to ranitidine, we can assess whether there's a link with cancer, and the epidemiological studies have consistently shown that human exposure to ranitidine at levels that they're used

in clinical care are not associated with cancer.

Q Have any of the ranitidine studies that you considered in this case assessed the risk of ranitidine use for 10 years of any human cancer?

A I think there are several studies where there have been exposure assessments which have assessed exposure according to, for example, the number of prescriptions, and that I think gives us a very good indicator of intensity of exposure and duration and dose.

We also can rely on studies for which there -- there are considerable follow-up to assess, you know, the potential of longer term exposure to ranitidine and human cancer. And I would say within my own clinical practice, you know, these are -- these are medications that are used long term.

And so I think assessment of medication through, for example, prescription data and data culled from -- from -- from other sources would be reasonable efforts to assess long-term exposure.

So I think -- I think that the epidemiological data that I've reviewed have had an opportunity to examine longer term exposure of ranitidine, and in my mind and in view of the way ranitidine is used -- used in the clinical practice, those studies are reflective

of what is typical. And in those studies, again there has not been any sign or signal of ranitidine being associated with cancers.

Q Can you identify by name any study that reports a relative risk for ranitidine use of five or more years in any human cancer?

A So I will refer, for example, to the study that was conducted by Kantor of the UK Biobank which had stratified the cohort based upon follow-up time and with longer term follow-up time -- and I have to go back to the specifics of the study -- there was no association in the study of human cancer with an active comparator group.

The other sources of data, for example, would be studies conducted in the Danish Health Registries, for example, the Norgaard study or the Adami study where again they have long-term data of participants and did not identify in a consistent -- in any sort of consistent way, again using a high quality methodology, any associations of human cancer.

Q So those three. Any others?

A I'd have to review my report just to be clear about some of the subanalyses that were done in some of the other studies, so I'm happy to do that and just review that. But I think that there are -- there are

certainly other studies where there was stratification by longer term follow-up where there was no association with longer term follow-up.

Q So you're using the term "follow-up" in response to my question about usage. I was asking about duration of use, not duration of follow-up.

Now, the question again is if you can identify any study that reported a relative risk of five or more years of ranitidine use in any human cancer? You've listed so far Kantor, Norgaard and Adami, and said you need to look at your report to see if there are any others.

We'll come -- we're going to look at those studies shortly, and you can then show me what relative risks are reported for five or more years of use. But I just wanted to focus right now on the part of your answer where you talked about length of follow-up in response to my question about duration of exposure.

Are those separate issues, follow-up and duration of use?

MS. CANAAN: Objection to the colloquy.

Objection, form.

BY MR. ROTMAN:

Q Do you see those as separate issues, duration of use and follow-up?

A I think it depends again on the way the study was conducted and -- and the sort of study design. I think that in many cases, for example, where we're looking at a drug which is used over a long period of time for care of a given condition, for example, GERD or gastroesophageal reflux disease, those things are -- are consistent with one another.

And so in the case of prescription data where you have data on prescriptions and the number of prescriptions, you can reasonably glean from those prescription data as to whether someone is considered to be a long-term user, and that long-term use would be expected to continue over follow-ups.

So I think that we would expect that those two things would be consistent with one another.

MR. ROTMAN: Can we go to page 22.

BY MR. ROTMAN:

Q Lines 31 through 34 are highlighted. Do you see that?

A Yes.

Q It says, "experience from studies of cancer in humans indicates that the period from first exposure to the development of clinical cancer is sometimes longer than 20 years; therefore, latency periods substantially shorter than about 30 years cannot provide evidence of

lack of carcinogenicity."
Did I read that accurately?
A Yes.
Q And do you agree with that statement?
A I think this statement, as with a lot of the statements in the IARC preamble, is really referring to exposures that are related to environmental toxins. And that's a heavy area that -- of -- of interest of IARC, and that's ultimately where they put much of their emphasize. So I think this is something that I think would be most relevant in that situation. I don't think that this necessarily applies to all exposure cancer relationships.
Q Does it apply to ranitidine --
MS. CANAAN: Wait, wait, Steve, you interrupted him. He was still talking.
Dr. Chan, were you -- were you talking?
THE WITNESS: Yeah.
A So I think it very much depends as to the exposure and the outcome as to whether this is relevant or not.
I think in the context of ranitidine, I think we would expect that you need to have a relevant latency period. You need to have certainly a -- you know, a biologically plausible duration of exposure to actually

assess whether there's a potential causal association, but I don't know that we have any data to go on to define what that latency is, either the minimum or -- or maximum of that latency period.

So I think within the context of evaluating epidemiological studies, you have to use what data are available, and the data that are available are, you know, the data that exists since Zantac became available as a medication.

And certainly, you know, it would be infeasible to anticipate that you're going to have epidemiological studies that are longer than 30 years for a drug that has not been approved in many parts of the world for that long. So I think in that context we have to be able to review the studies with an eye toward looking at trends.

And with respect to trends, what duration, what you see very clearly in the -- the Zantac studies is those studies that have suggested that there is some association with cancer show that association within use of the drug or prescriptions for those drugs within two years that -- that eventually disappear with longer follow-up.

And the fact that sometimes that that longer follow-up shows the effect ultimately goes away or even

becomes inverse; in other words, the hazard ratio becomes less than 1 does not suggest to me that even if you follow these patients out for 30 years that you would see an association.

So as epidemiologists, we have to use the best available data that are now currently in existence. So 30 years from now, yeah, we should do ranitidine studies and look back at people who have been exposed for 30 years and see if there's a link to cancer.

But based on the current data at hand and the epidemiology studies that are currently available, many of which do have a substantial level of exposure -- where the participants have had substantial exposure, there is no time trend with respect to duration. So that lack of time trend indicates to me that there is no need to wait for these kinds of studies. We can make an opinion now and in 5, 10, 20 years when data become more available, we should reevaluate.

But the current state of the data do not support that there is an association between long-term use of ranitidine and cancer.

Q This section that we are looking at on page -- on lines 31 through 34 of page 22 of this exhibit starts with a statement about studies of cancer in humans, not restricted in any way to types of exposure, and states

that "experience from studies in cancer in humans indicates that the period from first exposure to the development of clinical cancer is sometimes longer than 20 years."

You agree with that, right?

A It depends --

MS. CANAAN: Objection -- objection, form.

A Again it depends on the exposure. It depends on the cancer. It depends on where the cancer is diagnosed, what the clinical care setting is, so I think the IARC preamble is designed to be broad and subject to interpretation and applied differentially on a case-by-case basis.

So again, you know, when I was -- when I was asked by IARC to review their working group for cancer prevention agents as part of their preamble process, we went through a very detailed discussion of what should be included in the preamble, and we all agreed that there's nothing proscriptive or prescriptive about what we should put in the preamble.

In other words, this should not be used to indicate that there are -- there is no value to doing human studies in this particular -- and in this particular example, we would never say there is no value in doing studies of ranitidine in which the follow-up is

less than 20 or 30 years, and we certainly would never say that there's no value in interpreting that data.

So again in an ideal world in which we had the ability to look back 30, 40 years, that would be the most informative data we could possibly have, but it's not practical.

And I think in the setting of the working group for -- for identifying cancer hazards, they very much, if you look at their monograph series, are focused on environmental toxins, for example. And in many of those cases there are data where people have been followed for 30-plus years, and in those studies, you clearly would want to favor the studies that have 30 years of follow-up.

But again in the case of ranitidine where you don't have a drug that's been available for that long, those studies are infeasible and impractical.

But the IARC working group -- and again speaking as someone who has been on this working group committee, we would never disqualify those studies as being uninformative.

Q How long has --

MS. CANAAN: Wait, wait, Steve. He's still talking.

A We would never -- we would never disregard the

studies, and we would incorporate those studies and -- and with the caveat that in the future long -- different studies may show something different. But again the best available data we have now -- again data which does have reasonably long follow-up and data which does not indicate any kind of trend in terms of duration don't indicate to me any association between Zantac and cancer.

MR. ROTMAN: Move to strike as nonresponsive.

BY MR. ROTMAN:

Q How many years has ranitidine been on the market?

A I believe it's been since 1980 -- in the '80s or the late '80s. I would have to look back. I don't remember country to country. Maybe '90s.

Q You don't know that -- you don't know when ranitidine was first prescribed --

A I have to --

Q -- in the United States?

A I have to look my report. I know I have the specific date in my report. I don't recall --

Q Is it -- is it over 30 years?

A Let me look for a moment. Hold on.

Q I'll withdraw the question.

Page 26, please.

MS. CANAAN: And, Steve, whenever you come to a natural break, we'll break for lunch. It's coming up on 12:30 Eastern here, so . . .

MR. ROTMAN: All right. I'll be coming to a natural break shortly when I'm finished with this document.

MS. CANAAN: Okay.

BY MR. ROTMAN:

Q So there's a section here about characteristics of carcinogens. Do you see that?

A Yes.

Q Line 18, "evidence relevant to key characteristics of carcinogens."

A Yes.

Q Do you see that?

And then lines 22 to 24, IARC says, "it was noted that human carcinogens often share one or more characteristics that are related to the multiple mechanisms by which agents cause cancer."

A Yes.

Q Do you agree -- do you understand that to be accurate?

A I think I'd have to look at the context, but I think -- you know, I think it's reasonable to assume that a specific carcinogen may cause cancer through

different biological mechanisms. I don't think that's a controversial statement.

Q And the -- starting on line 32, the preamble states, "to address these challenges, the key characteristics of human carcinogens were introduced to facilitate systematic consideration of mechanistic evidence in IARC Monographs evaluations. The key characteristics such as, 'Is genotoxic,' 'is immunosuppressive,' or 'modulates receptor-mediated effects', are based on empirical observations of the chemical and biological properties associated with the human carcinogens identified by the IARC monographs up to and including volume 100."

Do you see that?

A Uh-huh.

MS. CANAAN: Objection to the incomplete reading of that paragraph.

BY MR. ROTMAN:

Q Do you understand that there's substantial evidence that NDMA is genotoxic?

MS. CANAAN: Objection, form, vague.

A Well, in my review of what's been stated in IARC's report, they have made their opinion that there is evidence in the animal literature, specifically rodents, that NDMA at high doses in -- in rodent models

can be genotoxic.

I don't believe, however, they have stated anywhere that there is any evidence in human studies that Zantac or -- or NDMA is genotoxic in humans.

Q And you don't mention the word "genotoxic" once in your report, right?

MS. CANAAN: Objection.

A I'd have to scan my report to see if I ever used that terminology. I would be -- I would be frank in saying that that's a term that's fallen out of favor. This is an old document that you're showing me and is particularly relevant to toxicology and -- and -- and -- and mechanistic evidence derived from cell lines and from animals. It's not based on human studies.

And so the terminology that's used in human studies is generally not the same, so we generally don't use the term "genotoxic" in -- in epidemiological studies. And I think even in experimental studies, it's gradually fallen out of favor.

So I think my -- if I did not use this in my report, that was because it's simply not a term that we really use very much in epidemiology or human studies. It has very vague -- it has very vague implications and is not necessarily indicative of a specific pathway or a specific process that -- that has relevance to the

development of cancer in humans.

Q You -- you are aware that there's evidence that NDMA is genotoxic in animals, right?

MS. CANAAN: Objection, form.

A I am aware that IARC has stated in their reports that in their review of experimental on human -- I'm sorry, experimental -- excuse me, experimental animal data that NDMA high doses can cause genotox effects on cell lines and also in rodent models, specifically in -- in specific target organs like the liver at high doses.

MR. ROTMAN: Can we go to the next page, please.

BY MR. ROTMAN:

Q Do you see there's a table 3, "10 key characteristics of carcinogens" --

A Yes.

Q -- in this IARC monograph -- in this IARC preamble?

A Yes.

Q You don't discuss any of the 10 -- any of these 10 key characteristics of carcinogens as applicable to NDMA in your report, right?

MS. CANAAN: Objection, form.

A I would have to look at this document in more

detail and specifically look at the reference there. I again would refer back to my experience with IARC and their process. They very much focus on the -- what they call to be mechanisms that are derived from interpretation of animal studies or studies done in cell lines. And in those experimental models where you have the ability to characterize some of these specific mechanisms, for example, genotoxicity, oxidative stress, et cetera, those are used to -- in their mind to identify, in their opinion, whether the animal studies suggests a chemical is a carcinogen.

In the context of human studies where these kinds of characteristics cannot be derived from human studies, we would not use these terms. They wouldn't be relevant to our assessment of whether a drug causes cancer because, quite frankly, we don't need to look at these specific mechanisms in a patient. We just see that a patient has cancer, right? We can diagnose cancer.

In the case of a cell line, you can't tell if a cell line has developed cancer because cell lines don't develop cancer. Cell lines develop these characteristics, and so they then extrapolate these characteristics to suggest that it could be -- again, the operative word is "could be" a human carcinogen.

So it's so far removed from humans that this terminology is not relevant to epidemiology studies. In epidemiology studies, you could say does the exposure cause cancer? Do we see this person has cancer? We would not say does this person have genotoxicity or does this person have oxidative stress because it's not a relevant biomarker that can be assessed in a patient in either a clinical circumstance or in epidemiology study.

MR. ROTMAN: Move to strike as nonresponsive.

A This would not be something that I would actually include in my report.

Q You finally answered my question. You wouldn't include it in your report. You didn't include it in your report, right?

MS. CANAAN: Objection to the colloquy. Asked and answered.

A I would say that these terms are not relevant to human studies of the operative question does Zantac cause cancer. These terms are relevant to experimental models and are far removed from cancer as a biological process in a human.

So if we want to know whether a drug causes cancer, we just look to see if someone has cancer. We don't look to see if they have any of these characteristics.

Q My question wasn't asking you for a rationale or a justification. It was asking you whether or not your report discusses any of these characteristics of a carcinogen that applied to NDMA, and is the answer to that question "no"?

MS. CANAAN: Objection, asked and answered. Dr. Chan is entitled to give you a rationale for his answer --

MR. ROTMAN: Well, I am --

MS. CANAAN: -- and give his -- give his answer in context.

(Simultaneous crosstalk.)

MR. ROTMAN: I got the rationale twice. I got the rationale twice. But I don't have an answer to my question yet.

BY MR. ROTMAN:

Q Is it in your report?

MS. CANAAN: Asked and answered.

Go ahead, Dr. Chan.

A Again I would have to review my report to see if I used any of this terminology in my report. I think again I would want to provide the context that this -- what's important for my report is the association with cancer and not these specific characteristics, so it would not be -- it would not necessarily be relevant for

me to include this terminology in my report.

MR. ROTMAN: I'd like to take -- let's go off the record for a break.

THE VIDEOGRAPHER: The time is 16:38 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by.

We're back on the record. The time is 17:26 UTC.

(Exhibit 6692 was marked for identification.)

BY MR. ROTMAN:

Q Putting up Exhibit 692, the Adami study. Do you recognize this as one of the studies that you considered in your report?

A Yes.

Q And do you see down at the bottom it says "corrected online March 21, 2022"?

A Yes.

Q That's dated after the date of your report?

A Yes.

Q Did you look at the differences between the corrected version and the version that you reviewed?

A Yes.

Q Did -- did you note any discrepancies?

MS. CANAAN: Objection, form.

A Well, there was a correction made with a table that was inappropriately duplicated in the original version. Although the original -- I did see in the original the table -- the table that was ultimately replaced on May 21, 2022, was available in a preprint earlier.

Q So does your report note any discrepancies in the corrected version, the one that we're looking at right now?

MS. CANAAN: Objection, form, vague.

BY MR. ROTMAN:

Q Does your report note any discrepancies in case numbers in the version that's called the corrected online March 21, 2022, version of this paper?

MS. CANAAN: Objection, form. Objection, form, vague.

A I -- I think what I was able to provide my opinion on was the original data that was in the preprint which is consistent with the -- this -- the corrected version which shows the figure 1 as being corrected with the -- the primary analysis here, which is the stabilize in risk probability and treatment weighted number of cancers and hazard ratios according to ranitidine with specific gastrointestinal cancers that are in the -- in the paper.

Q Are you affiliated with the journal that published this paper?

A This was Cancer Epidemiology Biomarkers and Prevention. I am on their editorial -- editorial board, yes.

Q Did you play any role in the -- in the decision to publish this paper?

A No, I did not. In my role on the editorial board I am offered papers to review for the journal in my area of expertise, and this, however, was not a paper that I was aware of or a paper that was offered to me for peer review.

Q Do you see the results section in the abstract?

A I do.

Q And do you see that the results section identifies the number of newly diagnosed cases of different cancers?

A I do.

Q Did you note that there were discrepancies between the number of cancers in that section of the paper and the number of cancers in -- in figure 1 as corrected?

MS. CANAAN: Objection, form, vague.

A I would say that there are differences between the number of events that are cited in figure 1 with the

abstract. I would not call them discrepancies. I would call them differences. And I think it was related to the difference in methodology that was used to generate figure 1.

What we usually do in our studies for the abstract is we will provide the -- the case numbers as assessed through crude analyses. They may not be the same as the event number that is provided in a data table.

So I view -- I view that as the rationale for -- for seeing a difference in the number of events that were used to generate the hazard ratios in figure 1.

Q Now, if we could go back to the results section and the part that I highlighted where it says, "we observed no association after restriction to subjects with at least 5 or 10 prescriptions or those with 10 prescriptions and at least 10 years of follow-up."

Do you see that?

A Yes.

Q So that's the -- your understanding of the exposure that was assessed for risk in this study?

MS. CANAAN: Objection, form, assumes facts not in evidence.

A There are several different analyses that were

conducted as part of this study, and these are presented in the results section of the manuscript as well as the figures. They are not the only results certainly. The purpose of an abstract is to offer high level summary results that the authors feel are the most pertinent to communicate with the scientific audience and not to summarize every result and every analysis that was conducted as part of a study due to word limitation.

So as part of this journal, there is a restriction on the number of words that can be included in an abstract. I believe for this journal, it's about 250 words, so not every analysis that was provided and the results is in the abstract. But they do highlight what they feel is the most important mainline results.

And I believe this potential -- this -- this statement was -- was highlighted because it is the most relevant to the question at hand in terms of long-term usage of ranitidine and potential risk of upper gastrointestinal cancers, so that's why I believe this was highlighted in the results.

But the results section of the paper provides the complete results for the reader to be able to incorporate into your their of the -- of the manuscript.

Q The paper doesn't identify the number of pills in each prescription, correct?

MS. CANAAN: Objection, form.

A The -- to my recollection, I don't believe the paper refers to a number the pills in each prescription, but does quantify usage according to the number of prescriptions.

And in clinical practice, we typically prescribe ranitidine according to its clinically indicated use, which is use typically at a certain dosage for a few times a day and our prescriptions are typically 30-day -- at least 30 days, oftentimes 90 days, which I believe was -- also was something that was cited by the authors as being a typical pattern of prescribing in Denmark as well.

Q Show me where it says that, please.

A I don't recall if it was this paper or another paper using this database where I had seen that, and also they have references to other data using the Prescription Registries in Denmark which highlight that prescription patterns are similar to those -- what they are in the U.S., but I don't know if it's specifically in this manuscript.

Q What's the source of your saying what the prescription patterns are in Denmark for ranitidine?

A Again, I would have to recall. I have to look -- I don't recall the specifics. I would have to

look back.

Q So the authors -- the paper -- the paper coauthors didn't tell us how many pills in each prescription, right?

A In this particular paper, I do not believe they specified the number of pills in each prescription.

Q They didn't tell us how many for individuals in the study how many times a day or how many times a week they were taking ranitidine, right?

A Again based on my clinical experience with how ranitidine is used by prescription, we would assume that ranitidine was used as its currently labeled for use, which is to be used two or three times a day on a daily basis, and a prescription would typically be offered for 30 days minimum.

So I would, as the reader of this study and as someone with knowledge of the prescribing pattern for ranitidine -- would not assume that that information in terms of number of pills or frequency would be necessary to provide. What would be relevant would be any sort of assessment of intensity of use, and that would be captured by the number of prescriptions, and that was something that was captured in the data.

Many pharmacoepidemiology studies will be able to provide some measure of intensity of use through

available data like prescriptions, but it's simply infeasible to be able to capture number of pills or prescribing frequency from pharmacoepidemiology databases.

What's important is to be able to provide a contrast between those individuals that were exposed to the drug and those that were not, and that is adequately captured by number of prescriptions.

MR. ROTMAN: Move to strike as nonresponsive.

BY MR. ROTMAN:

Q Show me where in the paper the authors tell me the frequency, number of days, number of pills per day, whether the people that took the medications were taking them on an as-needed basis every day, once a week, once a month, any of that information I'm looking for, if any of that's in the paper. If you can just point where it is, I've got the paper up as an exhibit. Just -- just show it to me.

MS. CANAAN: Objection, form.

A Again as a prescriber of the drug, what we can -- be able to assess is the number of prescriptions, and I believe also there is data in this database on the number of days that the prescription was active for.

So, for example, if they're able to assess the number of days of -- of prescription, they can come up

with an indicator of the level of intake through something called a defined daily dose, which I believe was a metric that was used in this particular paper.

They do not provide individual level data on the number of pills taken or the frequency, which I do not view as being necessary given that they have an indicator of intensity based on defining the number of defined daily doses according to prescriptions.

MR. ROTMAN: Move to strike as nonresponsive.

BY MR. ROTMAN:

Q You haven't pointed to any place in this paper which I've asked for, so are you going to point for me where in this paper that gives me the information I've asked you for?

MS. CANAAN: Objection, asked and answered several times already.

MR. ROTMAN: Asked and not answered several times already.

MS. CANAAN: Well, we can agree to disagree to that, Steve. Objection, asked and answered.

BY MR. ROTMAN:

Q I -- I got -- I understand what you're saying and what your explanation for it is, so we don't need to repeat that again, Doctor.

Just show me where in the paper it's telling me

how many pills in a prescription or the frequency at which people in the study were using those pills.

MS. CANAAN: Same objection.

A Yeah. As I've stated, the paper provides the number of the prescriptions. I don't have any specific information on the number of pills or the frequency from the paper.

Q And can you tell me how many people in this study took ranitidine for five years?

A The way the analysis was done was -- was through a process by which they assessed the number of person years of exposure, which is a metric by which we assess as a sort of denominator across treated -- or exposed and unexposed individuals.

And so the person years of exposure gives us a quantitative measure of how much medication or -- or how long the -- the medically -- the medication exposed group was potentially exposed for and followed for.

This is a standard method used in epidemiology studies, particularly in analyses in which there is a survival approach done, and -- and there's a time dependency to the outcome.

So person years of exposure is what's provided in the paper. What they are unable to do is break that down into the number of individuals because it's a

function of both individuals that are exposed and the time at which they're exposed.

So I believe what's provided in the paper is the person years of exposure for those exposed with at least five prescriptions or at least 10 prescriptions.

Q And so we don't know the number of people in this study that -- that had more than 20 prescriptions in their lifetime, right?

MS. CANAAN: Objection, form.

A I would say it's probably information and data that could be estimated from the paper -- from the data provided and probably something that the investigators could do specifically with the raw data.

But from reading the paper as it's -- as it's currently provided, I can -- I can provide you only the person years of exposure for those individuals that were exposed to at least 5 or 10 prescriptions, and that gives you some estimate of the proportion of people but it does not give you the exact number of individuals.

The exact number of individuals could be potentially computed from the data, but they're not provided in the paper, so I can't give you that number.

Q And so for the people in the study that had, let's say, five prescriptions, some of them would have had five prescriptions for -- strike that.

We don't know -- for those people who had five prescriptions, how many had 30 pills or how many had fewer pills or how many had more than 30 pills, do we?

MS. CANAAN: Object to the form.

A I think that you would be able to potentially estimate the number of pills based on a typical prescription of ranitidine. I have to look back at the paper to see if that's how they defined -- or if they've done analyses looking at defined daily doses or not.

I think as a proxy for that, what was used in this paper was the number of prescriptions largely because it's well accepted that this drug is used on a chronic basis by prescription, and it's used as a daily medication.

So I think that the likelihood that the number of pills would have been relevant for the analysis was felt to be low, so I think the investigators either did not access that information or did not feel it was necessary to provide in the paper.

Q To be included within the study, a person just needed to fill one prescription of ranitidine, right?

MS. CANAAN: Objection, form.

A Let me look at the inclusion criteria again. So they restricted the cohorts specifically to individuals who redeemed at least one prescription for

ranitidine between 1996 and 2008 and had no previous prescriptions for nizatidine.

That's what's stated I think in the second paragraph of the methods.

Q Do -- do you have any idea what proportion of the total ranitidine users in this study had only one prescription?

A I'm not aware that that's something they provided in the manuscript.

Q Take a look at, please, page 2307.

A Yes.

Q I think you just passed it. Well, let's see. Yeah, 2307.

On the right-hand column "although approximately half of ranitidine users had only one prescription."

Do you see that?

A Yes.

Q So you didn't note that?

MS. CANAAN: Objection, form.

A I was looking at the results section. I didn't see -- I didn't see this part of this noted in the results.

Q Well, you said the results are just a 200-word summary.

A No --

MS. CANAAN: Objection -- sorry, Andy. One second. Give me an opportunity to object.

Objection, misstates the witness' testimony.

A Yeah. I was referring to the results section of the abstract.

Q Okay. Here's my question --

A The results section of the -- of the manuscript, I didn't note that this was provided in the results section of the manuscript, although I see that it is here in the discussion.

Q And you didn't note it in your report either, did you?

MS. CANAAN: Objection, form, assumes facts not in evidence.

A I'd have to look back at my report, but if I did not note it in my report, that was because I did not view it as being particularly relevant given that there was a large number of participants, as they state here, and there was a large number of person years of follow-up in which there were individuals that had substantial long-term exposure as measured by having 5 or even 10 prescriptions, which I think is -- is the more relevant exposure, which would be characteristic of someone who is using ranitidine for long-term treatment.

And I suspect that it's the rationale for why that is what is highlighted in the abstract, and that was the analysis which I thought was the most informative in my opinion as to whether there was any evidence or an association of ranitidine with cancer risks.

And I did not focus only on the primary results or the overall results of any ranitidine prescription and use. My weight was given predominantly to the analyses in which they looked at people who had at least 5 or 10 prescriptions, which again in my clinical practice would be supportive of a group of individuals that take ranitidine for long-term use.

Q So you wouldn't expect even if ranitidine was causing cancer, that one prescription was going to cause anybody cancer, would you?

MS. CANAAN: Objection, form, calls for speculation.

A I think it -- it would be important to be able to assess all of the exposure data that's available, which includes the number of prescriptions, and identify if there are any trends with respect to that exposure and the outcome.

So if the exposure that you have available to you is a single prescription, and there is no

association, that has to be weighed against additional data which examines number of prescriptions, and if there is no dose trend observed between the number of prescriptions and the outcome, that further lends credence to the null hypothesis.

So in this case you actually see that the -- there is no association between ranitidine when considered even as a one prescription with cancer risk, the risk estimates become even weaker if not inverse with an increasing number of prescriptions.

So it's really the trend that I think has to be weighed, and so when you weigh the trend, you would expect to say collectively that the hypothesis that ranitidine is associated with cancer is -- is not appropriate, and there is no causal association.

So I think that you have to, again, view the study in its totality. If there was, for example, an association that was seen with one prescription or overall and then no association with 5 or 10 prescriptions, that means one thing.

If you, on the other hand, find that there is no association with one prescription, but there is an association with 5 or 10, then that is suggestive of a more suggestive finding of causality.

So I view all of the data in its totality. And

as an epidemiologist, as a scientist, you are responsible to report everything that you analyze and all the analyses that -- that you do.

So I think that's fully in bounds in terms of what this particular investigator would have did by showing the data in which they looked at everyone who got a prescription and then also looked at people who got more prescriptions and provided that information for the reader to form their own opinion, and then in their discussion they provide their own opinion as what the relevance of those different analyses are.

So based on that, I think it's still relevant to look at any prescription of ranitidine, but that has to be viewed in the context of the data they had in terms of the total number of prescriptions.

MR. ROTMAN: Move to strike as nonresponsive.

BY MR. ROTMAN:

Q Do you remember what I asked you?

A You can repeat the question. I believe I --

Q Well, I asked you if you remember what I asked you because I don't think you answered my question.

MS. CANAAN: Objection to the colloquy.

BY MR. ROTMAN:

Q Do you remember the question?

A I remember the question. I answered the

question.

Q What was it?

A You asked me would one prescription be something that would -- why don't you repeat the question so I can -- I don't want to misstate your question.

Q Would one prescription -- would you expect one -- a person who took and had only one prescription of ranitidine, for that ranitidine one prescription to cause cancer, even if ranitidine was causing cancer?

MS. CANAAN: Objection, form, vague and calls for speculation.

A That's not something I can speculate on because you -- you -- it's an open question as to what is operating -- what's the operational mechanism behind why ranitidine causes cancer.

So I think to be sort of appropriately thoughtful about that possibility, you need to consider that as a possibility. I wouldn't disqualify that as a potential association given that there is certainly individuals who are out there that would suggest that a single pill -- or a single prescription could cause cancer.

So I think it's my obligation as someone who is enlisted to review the literature to actually keep an

open mind and assess whether that is a possibility, and I think there are examples of medications which can cause adverse affects with single doses, if not single prescriptions.

So, you know, I think we have to consider that when we consider the preview of the literature.

That being said, I think we obviously have to consider biological plausibility, so if you were to ask me a priori would I expect that one prescription would be likely to cause cancer, as a scientist and as someone with knowledge of the field, I would be, you know, sceptical, but that does not mean I shouldn't review the literature to that point given that there may be some, you know -- some suggestion of that from the human data that needs to be considered or there needs to be, you know, some other -- there might be other theories behind that association.

Q And the -- you mentioned earlier about the person years of usage. Do you recall that?

A Yes.

Q So the person years of usage would be -- approximately half of those person years would be use -- people who had only one prescription, right?

MS. CANAAN: Objection, form, misstates evidence.

A Not necessarily. I think person years again is a product of the number of people and the length of their follow-up, so you can't assume anything about the proportion that would be expected because I don't know the precise number of individuals that have 5 or 10 prescriptions or how long they were followed for because that wasn't provided in the paper.

Again, this is a summary metric that includes both of those dimensions. You would, you know, potentially be able to calculate that if you had access to the raw data, which I don't have, so if you actually, you know, contacted the office, potentially you could derive that information.

But as a person who's assessing the scientific value of the study and reading the study, that was not provided, and that's -- that's really because, you know, it's a standard -- it's standard epidemiological practice to use this metric of person years because it's much more appropriate when you're looking at incidents and trying to calculate hazard ratios based on incidence rates because rates are proportions.

So it would be inappropriate to use just number of individuals. You really should have used a metric of person years, which is why that's offered here in the manuscript.

Q Have you ever prescribed ranitidine?

A Yes, as a gastro- -- as a board certified gastroenterologist, I have prescribed ranitidine on many occasions. It is a very frequently prescribed medication in my clinic, and also, you know, I often see patients who are referred to me who are on ranitidine through their primary care physicians.

Q When was the last time you prescribed it?

A I prescribe ranitidine, you know, in the period prior to the withdrawal of ranitidine from the market, which I think was in the fall of 2019.

Q What would be the rationale for prescribing it when people could get it over-the-counter?

MS. CANAAN: Objection, form.

A There are many reasons for why patients like to get prescriptions and why doctors give prescriptions.

First as a -- as a provider, I like to offer my patients prescriptions because it helps me actually keep track of whether my patients are taking a medication and follow them appropriately for treatment outcomes, both to see whether it works or whether it doesn't work, because I'm able to better follow how it's being used, both in terms of its frequency and duration, by assessing whether they're filling their prescriptions.

So prescription data is actually not only

useful for a epidemiologist to get a sense of whether someone is regularly using the drug, but also a clinician, it gives them an indicator of whether a person is actively using the drug because when I see them in follow-up, I can ask them if they've been using the drug because I see it on their medication list, and also I know if they've been using a drug by whether they're renewing their prescriptions or asking for additional prescriptions.

So it's quite -- it's actually my reference to prescribe drugs like ranitidine than to ask them to go take it over-the-counter where I have no idea whether they're actually doing it and at what dosage or what frequency.

Q Did you --

A From the patient perspective, there is oftentimes a financial incentive to have a drug prescribed because the copay for the drug by a person's health plan's prescription benefit is often lower than buying the drug over-the-counter, so it's important for some of those patients to get prescriptions.

So for ranitidine in particular, I was frequently asked to provide a prescription as opposed to them seeking it out over-the-counter, and that's in a private health care setting like the one I operate in.

It's even more common in a VA system for which, you know, drug benefits are -- are very, very inexpensive. And so VA patients, in my experience, often will want prescriptions that they can fill at their VA pharmacy, so patients that are veterans that see me in clinic will ask for a prescription so they can take to their VA pharmacy to get their drugs for free.

And that would also be the case I think for many of the health care systems in Europe in which there's a national health care system where prescription drugs are often available at very low cost compared to over-the-counter use.

So in my practice, I am a frequent prescriber of ranitidine because it is a useful and effective drug for its purpose, which is treatment of gastroesophageal reflux disease, and also because it's -- it's what I view to be advantageous for me as a physician and advantageous from the patient perspective to be given a prescription as opposed to being -- asking them to be using it over-the-counter.

Q Are you aware that many insurance companies won't pay for a drug that's prescribed if it's available over-the-counter?

MS. CANAAN: Objection, assumes facts not in evidence.

A I think that's variable from pre- -- from prescription plan and health plan to health plan.

I should also add that not all prescriptions of ranitidine or not -- not all the usage of ranitidine is at the over-the-counter dose, so ranitidine at a higher dose --

Q Doctor --

A -- is only available from prescriptions. The low dose ranitidine that's available over-the-counter is not typically what I prescribe because it's not effective as prescription strength.

In addition, I think the over-the-counter drug actually has a label which suggests that you should not use it for more than a few weeks before you contact your physician, so I know that there are patients who are very concerned about that warning label and so will not necessarily feel comfortable prescribing or buying a drug over-the-counter long term when one asks me for a prescription so that they either get the appropriate strength and frequency and that so -- so that they can make sure they're not violating the warning label.

Q Since you prescribed ranitidine for many of your patients, did -- do you -- did you know whether the labeling for ranitidine ever warned of the risk that ranitidine could form NDMA and other certain conditions?

A My knowledge of the original warning labels for ranitidine are limited to be -- to be clear. I -- I am familiar with the adverse effect of drugs I prescribe based on common -- common data, so this is like the Merck Manual, et cetera.

So that's where I turn to look for potential adverse effects in my patients. And to my knowledge, that was not something that I saw in any of the clinical guidelines or the clinical guidance that I used for my prescribing behavior.

Q And if, in fact, ranitidine was forming NDMA under certain conditions, is that something as a prescriber you would have liked to have known about?

MS. CANAAN: Objection.

A Well, I think any prescriber obviously wants to ensure that the drugs you prescribe your patients are drugs that you feel are composed of what you think they're composed of.

So I would say any drug which there was a concern about potential impurities would be something that I would take notice of. It would be something that I would incorporate into my decision making as to whether to prescribe it for an individual patient.

So, you know, I would -- I would say across the board, any drug that I prescribe a patient, the

expectation is that that drug, you know, is a drug that's -- has the appropriate quality controls, and if there was an impurity in that drug, that would be something I would want to take note of and something that would, you know, be something I would factor in to any decisions I would make about prescribing.

Q So is -- so is it your understanding that over-the-counter availability of ranitidine in the United States was limited to 75 milligram tablets?

A I believe that is true, yes.

Q You're not aware of 150 milligram dose over-the-counter?

A I -- I believe that is true. But I'm not as familiar, as I said, with the over-the-counter availability because it's not simply something I don't recommend for my patients. I prescribe according to what's available by prescription, which is the 150 milligrams or the 300 milligrams.

Q You mentioned gastroesophageal reflux disease as -- as the reason many of your patients are prescribed ranitidine. Did I understand that correctly?

A That is the primary reason, yes.

Q And so is it your understanding that most ranitidine use is for that indication?

MS. CANAAN: Objection.

A I actually am not sure what -- what the -- whether it's been quantified, the proportion of people that use it for gastroesophageal reflux disease versus other indications. And I think that very much depends also on the way gastroesophageal reflux disease is designed.

There is the specific condition known as gastroesophageal reflux disease, which is the clinical definition. And then there's the -- the symptom of heartburn, which is what is -- what patients, you know, complain off often, who are suffering from gastroesophageal reflux disease but can also have other causes.

So I think depending on the study and depending on the definitions that have been used by either the literature or by the lay press or by, you know, advertising, I think you'll see variations in sort of the proportion of people using ranitidine for different -- different purposes.

So I am not sure whether that statement is accurate because I think is likely to be a very common rationale for using ranitidine, but I don't know if it's the most common.

Q In your practice approximately what percentage of patients prescribed ranitidine were being prescribed

ranitidine for gastroesophageal reflux disease?

A I would say that if you considered heartburn to be the most common manifestation of -- of gastroesophageal reflux disease as well as epigastric pain or abdominal pain as a potential manifestation of gastroeso- -- esophageal reflux disease, I would say the majority of my patients, perhaps upwards of 75, 80 percent of my patients were taking it for those clinical indications.

If you were to base it on established gastroesophageal reflux disease as defined by either endoscopic evidence of gastroesophageal reflux disease or evidence gleaned from objective testing like -- like pH probes, that proportion would be lower.

So it just -- and we often don't do that kind of formal testing. We often don't have that kind of diagnostic information to -- to be able to establish that as a diagnosis.

In clinical medicine we also do something known as a -- sort of an acid blocker diagnostic test. We will often prescribe these drugs as a therapeutic test to assess a potential diagnosis of gastroesophageal reflux disease, such that if someone responds to these medications, i.e., we believe that the ranitidine is, you know, improving their symptoms, we sometimes will

then assume that the diagnosis has been made of gastroesophageal reflux disease, and that's often the case so that we can avoid unnecessary or expensive testing like endoscopy or pH probe testing.

Q Did you look at table 1 in this study?

A Let me go to table 1.

Q You can scroll down to it, put it on the screen. It's page 2304.

A Yes.

Q Did it seem a little odd to you that only 2.6 percent of the ranitidine users had underlying gastrointestinal -- I'm sorry, gastroesophageal reflux disease?

A No. As I had mentioned, that's a formal term that we used in gastroenterology, which implies often that there's been some formal testing that's been done to establish that diagnosis. The vast majority of individuals that have heartburn or symptoms related to gastroesophageal reflux disease may not have that as a formal diagnosis.

So -- so it -- it would suggest that that group of individuals that have that formal diagnosis have undergone that specific testing, and that may be a minority of individuals that are taking the drug.

In addition, like many of the symptoms that we

treat for -- treat with ranitidine, like abdominal pain, epigastric pain, et cetera, are acid mediated but don't fall into this category of gastroesophageal reflux disease. And so we -- we classify those people, for example, as dyspepsia or nonulcer dyspepsia or gastritis, nonspecific abdominal pain, functional abdominal pain. Those are all common diagnoses for which a drug like ranitidine is prescribed.

So that is something that would be also a frequent reason for -- for receiving the drug and something that -- that may not captured by -- by some of these databases.

Q If you could look at figure 1, and then that's on page 2305.

This is some of the results from this study, right?

A Yes.

Q It's -- the hazard ratio that I circled is the one year of follow-up after how much exposure?

MS. CANAAN: Is that a question?

BY MR. ROTMAN:

Q Okay. Let me ask it this way. For esophageal cancer where the relative risk is 1.09 and the confidence interval include 1, that result is not statistically significant, right?

A Yes, that's correct.
Q What is the exposure that's being assessed in that -- that's generating that result? What is the ranitidine exposure?
MS. CANAAN: Objection, form.
A What is the ranitidine ex- -- so what's being assessed, as I recall from this table, is the association of initiating ranitidine compared to initiating another H2 blocker or another histamine receptor blocker, another drug in that class other than ranitidine.
Those are the two -- that's the -- those are the groups that are being compared in relationship to development of either esophageal cancer or the other endpoints that are listed on that table.
Q So would it be everybody in this study that had at least one prescription?
A I believe that's how this was done, yes.
Q So to the extent that people who only had one prescription are at low risk of developing gastroesophageal cancer, including them in the analysis of figure 1 would have the effect of depressing the hazard ratio; isn't that right?
MS. CANAAN: Objection, form, assumes facts not in evidence.

A I'm not sure I could speculate on that. I -- I think it's hard to be able to -- to assess what the relevant contribution of the various categories were to this figure. I think what I -- what I would -- there are two things I would suggest.

First of all, as you can tell from figure 1, there were a lot of analyses done here, right? So, you know, it's important to consider that the confidence intervals here would be considered statistically significant with the P-value being less than .05. But given the number of -- of comparisons made, it is looking like an outlier compared to the other statistical -- the other hazard ratios that are provided.

So the first thing that comes to mind looking at this table is that, Is this an outlier result, i.e., is this potentially a false positive due to multiple testing, and so there is the possibility that that hazard ratio and that confidence interval needs to be considered in that context.

And then I would also not focus only on this figure. I would also be wanting to understand what is the data provided in relationship to those that I feel would be more likely to be exposed to longer durations of ranitidine, those that have more than 5 or more than

10 prescriptions, and -- and compare those results to this result.

And so that would be where you would then want to assess the overall trend with respect to number of prescriptions and that association. I don't think it would be possible from looking at this figure to be able to assess whether this is all due to people with that one prescription.

I think it's impossible to know that by the data that's provided.

Q But we do know that about half of the people in the study only got one prescription, and they're included in the analysis that generated these hazard ratios, correct?

MS. CANAAN: Objection, form.

A The analysis includes people that only received one prescription as well as people that got more than one, so, yes, it includes a range of people that got different prescriptions.

I can't tell from this what proportion is -- is based on people who only got one prescription because that's not data that's provided here.

Q And they're telling you that about half of the people in the study only got one prescription, so if they're included in the analysis that leads to these

hazard ratios, that would bias the results towards the null, wouldn't it, to the --

MS. CANAAN: Objection.

BY MR. ROTMAN:

Q -- to the extent that one prescription of ranitidine is not likely to cause anybody cancer, right?

MS. CANAAN: Objection, form, assumes facts not in evidence.

A I don't know that I could speculate as to what direction that bias would -- would be in. I think that what would be particularly concerning is if you were able to parse out the number of people in this analysis who only got one prescription and then in turn look at that group to see if they had an increased risk of cancer.

If you found that to be the case, I would then view that in the context of looking at that in the context of people who took it for -- with more intense exposure, with more -- more prescriptions over time.

And if I saw there was an increase in the risk just based on one prescription and no increase or a decline in that risk with more prescriptions, it would lead me to conclude that there's likely to be protopathic bias or confounding by indication, which means that individuals who had early symptoms of

esophageal cancer were more likely to be prescribed ranitidine, which is in keeping with my clinical practice.

When people come to me with symptoms that are potentially due to esophageal cancer or -- or even -- any other type of GI cancer, I would potentially prescribe them ranitidine to see if their symptoms abated because those symptoms are often acid mediated.

In addition, because heartburn and GERD and other gastroenterological conditions are often treated by these agents, those sort of nonspecific symptoms of cancer would be something that I would treat with a drug like ranitidine.

So -- so I think what would be of -- of great concern to me is that the hazard ratio driven by those that really only receive one prescription was due to that bias as opposed to leading to a conclusion that there was a biological or a causal association.

Q Now, the comparison group was -- it was comparing ranitidine to other H2RBs, right?

A Yes.

Q Not to any specific other H2RB but to a category, correct?

A Correct.

Q And the category includes more than one other

medication, right?
MS. CANAAN: Objection, asked and answered.
A If I recall, yes, that -- that is the case. It includes other -- other drugs in that class.
Q And so we don't know without -- from the -- from the -- from this paper what proportion of that group of other H2RBs came from what drug, right? We don't know how much was cimetidine, how much was famotidine, for example? We just know it's a group of all those combined, right?
MS. CANAAN: Objection.
A I think the data provided in this table or -- and the results of this manuscript don't break that down.
I do recall that there is supplementary data, either in this paper or related papers, that do show the relative proportion of people who used cimetidine or famotidine as compared to ranitidine, so I think that is a basis for having some sense of what the relative proportion of individuals are and the other H2 receptor blocker group.
And from my recollection, I believe the bulk of the -- the vast majority of people who are in that other H2RB people are users of cimetidine, which would be -- in keeping with what we -- what we know in the

United States, that cimetidine at the time period the study was done was more frequently prescribed than the famotidine.

Q Are those -- are those the only two H2RBs that would have been involved in this study?

A As I recall, they excluded individuals that took nizatidine, which would be another -- another H2 H2 blocker.

Q So would it just be cimetidine and famotidine? Are there any others besides that, and nizatidine?

MS. CANAAN: Objection, form.

A From what I recall in this study, it focused on cimetidine and famotidine. I don't recall if there were other potential H2 blockers that could be in that group. If there were, they would probably be a very small number.

Q And did you note in looking at the supplementary table 2 that the defined portions of medications sold by prescription of famotidine and cimetidine were different from each other in the years 1999 through 2009?

MS. CANAAN: Objection, form.

Steve, do you want to go to that table so the doctor can answer?

MR. ROTMAN: Sure. Do you have it?

John, I sent to you as an exhibit during lunch. Do you want to put it up?

THE EVIDENCE TECHNICIAN: Do you want it marked as the next exhibit?

MR. ROTMAN: Yes, that would be 693?

THE EVIDENCE TECHNICIAN: 6693, correct.

MR. ROTMAN: Table 2, please.

(Exhibit 6693 was marked for identification.)

BY MR. ROTMAN:

Q So that's showing us the proportion in Denmark over certain period of years that these medications were sold by prescription, right?

A Yes.

Q And they provide information each year for ranitidine, right?

A Yes.

Q And it goes from 84 percent by prescription down to 51 percent, right?

A Yes.

MS. CANAAN: Objection.

BY MR. ROTMAN:

Q And that means the amount of ranitidine going over-the-counter went from 16 percent to 49 percent, right?

MS. CANAAN: Objection, form, mischaracterizes

the evidence.

MR. ROTMAN: You're not supposed to coach the witness, Eva. Why don't you just say "objection."

MS. CANAAN: Objection.

A I would have to do the calculation in my head. So I -- I don't -- I can't estimate that briefly off the top of my head, but -- so I don't know what the -- what the proportion of over-the-counter is just on this table alone.

Q Well. 84 percent by prescription would mean 16 percent by over-the-counter, right?

A I would assume that's how they -- how you could calculate it, yes.

Q And that's for 1999, right?

A Yes.

Q And in 2009, 51 percent by prescription means 49 percent over-the-counter, right?

A Yes.

Q Now, for famotidine you've got 98 percent by prescription in '99. You see that?

A Uh-huh. Yes.

Q As compared to only -- as compared to 84 percent for ranitidine, right?

A Yes.

Q So there's more over-the-counter ranitidine

starting in 1999 -- I'm sorry, the data that's available on this table starts in '99. There's more over-the-counter for ranitidine than there is for famotidine, right?

A Well, what I think would be most relevant is to look at the cimetidine and famotidine group because that was the comparator group in the study, and --

Q I --

A -- in my view it looks very smaller.

Q I'm asking about --

MS. CANAAN: Wait, wait, Steve. He's still talking, please.

Go ahead, Dr. Chan.

A So, I mean, I would look at this -- I would look at this in context. I think the most relevant line of data here would be the group of cimetidine and famotidine users. But there's no analysis, to my knowledge, in this paper where they compare ranitidine to famotidine alone.

Q Well, if you had no data for famotidine in 2005, 2006, 2007, 2008 and 2009, then how can cimetidine and famotidine have any reliable information for those years?

MS. CANAAN: Objection, calls for speculation. Objection, form.

A I think that the proportion of use for famotidine overall was very low, so much of the over-the-counter -- I'm sorry, much of the prescription or much of the use of the -- overall use of these drugs was the use of cimetidine, so that would be the most relevant grouping.

I would suggest also that, you know, the relevant time period of exposure really would be, you know, prescriptions that were dispensed, you know, through 2008.

So, you know, I think what you see here is that there is relative balance between the proportion of prescription versus over-the-counter use during that period of time when ranitidine and cimetidine were the two leading H2RBs being used in Denmark.

And certainly when we look at analyses in -- provided in paper in which we expect to see at least 10 years of use, you would anticipate those would be individuals that began using in the earliest period of follow-up, i.e., 1999 to 2004, when you have further confidence that the relative portions are pretty -- pretty even across ranitidine versus cimetidine and famotidine.

Q And we see that PPIs remained relatively stable as only by prescription to the extent of 98 to

99 percent throughout this entire period, right?

A Yes.

Q And you say that you have some information in the supplemental tables about the percentage or the proportion of patients in this study that were on famotidine versus cimetidine?

MS. CANAAN: Objection, form, misstates evidence.

BY MR. ROTMAN:

Q Can you tell me where that is, please?

A I would have to refer back to my report, if you will give me a moment.

Q Why don't you take a minute and do that while I step away. When I come back, you can answer that question.

Dr. Chan, do you have an answer?

A Yeah. I'm looking through my report for the answer to your question. I'm still looking. I'd also have to go back to my references.

I do also see that I looked at a -- a Danish Health Authority report on the use of H2 blockers over-the-counter and by prescription during this time period, and I -- I just don't recall whether that information was provided there.

Q Well, that information, if it was provided

there, wouldn't tell you about what the data was for this study. I'm asking about this study.

What's the proportion of the H2RB group that's cimetidine versus famotidine?

A I would say that based upon this data and I think based upon what you can see again by that second row of data, you can see that the -- the -- the group of cimetidine and famotidine combined was very similar to ranitidine, and that was the comparator group that was used for these analyses.

So while I don't at this point see specifically in the study the proportion that used famotidine as compared to cimetidine overall, and I don't know that that was provided specifically in the study, I'm not sure that that's directly relevant.

And I think if you look at the proportion of -- of prescriptions of the -- of PPIs, for example, and famotidine, I think you could -- you could see that this information looks fairly consistent across those -- across the time period, even after 2005. So I would have to see more specifically what the timing was with respect to when famotidine became available over-the-counter in Denmark.

I know in the U.S., famotidine was one of the drugs that became over-the-counter much later in -- in

time than cimetidine or ranitidine, so I would suspect that over-the-counter use of cimetidine would be what's driving that grouping of cimetidine from famotidine because famotidine was not available over-the-counter until much later in the U.S. and I suspect the same to be true also in Denmark.

So I would -- I would say it's -- it's -- I'm fairly convinced that that cimetidine and famotidine group would be largely driven by cimetidine.

Q And to the extent that there's -- and by the way, so the -- whatever the cimetidine and famotidine numbers are, there -- there's no information about famotidine for five of the nine -- for 5 of the 10 years.

A There's no information available in this table that you've shown me. I would suspect that that information may be available. But again, I think if we looked at the timing at which famotidine became available over-the-counter -- because it was available over-the-counter much later than cimetidine, I think it's reasonable to expect that most of the -- most of the over-the-counter use of cimetidine -- most of over-the-counter use of over H2RBs in Denmark was largely driven by cimetidine, which would be in keeping with what we would see also with ranitidine where

ranitidine was approved at a time point earlier than famotidine.

So I think cimetidine, ranitidine over-the-counter use would be most consistent with each other, and famotidine is probably a very small proportion of over-the-counter use, and that trend from 2004 is not likely to be very different.

So I would be very surprised if that time period between 2004 and 2008, which is only four years of data -- I would be surprised if the over-the-counter use suddenly dramatically increased in the famotidine group when it did not appreciably increase, you know, in the cimetidine or ranitidine groups. It stayed relatively able across those years.

MR. ROTMAN: Can we go back to Exhibit 692, the paper on the study.

BY MR. ROTMAN:

Q While he's doing that, Doctor, I asked you earlier today which of the ranitidine studies provided relative risks or hazard ratios for five or more years of ranitidine use. Do you recall that -- the question?

A Yes, I do.

Q And you answered Adami was one of those studies, and you listed also the Norgaard study and the Kantor study.

So now we've got the Adami study in front of us, and --

MR. ROTMAN: Are we putting up the other exhibit, please?

BY MR. ROTMAN:

Q All right. Now we've got the Adami study in front of us, and you've got results in figures 1, 2 and 3, right?

A Yes.

Q Show me, if you would, any results that give me the hazard ratios for people who use ranitidine for five or more years.

MS. CANAAN: Objection to the colloquy. Objection, form.

BY MR. ROTMAN:

Q You can go to I think figure 3 which is a couple pages ahead. You can answer, Doctor, based on anything in figures 1, 2 or 3, whatever you think is appropriate, but I'm just moving to figure 3. You can look at any part of the study at all.

I just want to know what relative -- what hazard ratio.

MS. CANAAN: Objection, form.

A So I would point to -- I think, first of all, if you look at figure 3 specifically, you can see that

they stratify the cohort based on the person years of follow-up within 10 years and after 10 years.

And again the way that would be derived is because this is a -- is a study of -- of -- of ranitidine as assessed by prescriptions and the baseline is the -- is the receipt of that prescription, that's the initial receipt of that prescription, the reasonable assumption would be those individuals that have follow-up after 10 years would have been expected to be individuals that filled the prescription early during the collection of exposure data and early during follow-up.

So that's a reasonable approximation for somebody who has used the drug for long-term use. And so I would view the hazard ratios that are provided for this analysis in the after 10-year group as being informative to the question of whether long-term use is associated with the specific cancers listed in this table.

Q Okay. So if I've got somebody who takes one prescription -- let me ask it differently.

If I have somebody that takes 10 prescriptions, and you follow them for 10 years, following them for 10 years doesn't mean that they're -- it means that's how long you're following them. That doesn't mean

anything about how long they're taking the medication, without making an assumption.

You said we can reasonably assume that if they're taking 10 prescriptions, they're taking it longer. But there's no data here giving us any information about five years of use of ranitidine, is there?

MS. CANAAN: Objection, form.

A Well, I think what we have to -- to really rely on I think is an interpretation of the data based on what's available in -- in the database.

And as I mentioned, you know, in clinical practice and as someone who prescribes these drugs, I can say that as a prescription drug, if you are filling a prescription and filling at least 10 prescriptions, you are someone who is taking this drug on a long-term basis. There are few clinical indications for why the drug would be stopped.

So it's a reasonable and I think a clinically guided assessment that someone who has filled 10 prescriptions and has continued to be followed for 10 years has been taking the drug.

There's no reason for me to assume that they're not filling the prescription -- that they're not taking the prescriptions or that they've changed their -- their

pattern of use, and certainly in the context of symptoms of heartburn or GERD, these are chronic conditions.

So any clinical reader of this paper would be I think entirely comfortable with interpreting this table and interpreting these results as suggesting that long-term use of this drug is not associated with any of these cancers.

It's not possible, and I don't think it's reasonable, to be able to specifically say that person X used 1,000 pills between 1994 and 2000 and followed them for cancer. It's just not feasible for any study to do that.

So I think with any epidemiological study, we have to -- to incorporate basic, common sense, clinical knowledge about the condition. And there's simply no scientific, clinical or medical reason why someone who has not -- who has been filling 10 prescriptions of ranitidine would not be taking ranitidine for 10 years and taking it on a consistent basis. And it's certainly adequate to make the comparison between ranitidine and other drugs of this class.

So the key here is that we're not looking at ranitidine versus just the general population. We're looking at ranitidine compared to people who are prescribed H2RBs or in this case prescribed PPIs.

Those comparator groups also are being judged and characterized by the same prescription data, so a user of another PPI of 10 years I would also assume would be a long time user of the drug. There's no reason to think that a ranitidine user is using it less than someone who's prescribed another H2RB.

So because we're using the same measure of exposure and quantifying exposure in the same way in the ranitidine exposed group with the comparator group, these hazard ratios are entirely appropriate to consider when we think about comparing a long-time user of an H2RA like ranitidine versus someone who is using another H2RB. There is just no scientific or clinical reason why the use pattern of ranitidine would be any different than the use pattern of another blocker.

So if we're defining long-term use, we should do it in an apples to apples way, and that's what this study is doing. They're comparing long-term users in an apples to apples way where the long-term user is defined by number of prescriptions, and that's what's available.

And I think it's a very reasonable and clinically assessment to make that this is based on someone who is using for a long period of time.

Q So one of the issues about exposure is whether a patient has a continued need for medication to treat a

symptom, and another issue is whether that patient -- what medication that person uses to treat the symptom, right?

MS. CANAAN: Objection, form, vague.

A I'm not sure I understand the question.

Q Well, somebody that has taken 10 prescriptions of ranitidine you're assuming is going to continue on that medication for many more years, right? That's what you just I thought -- I think you testified.

A What -- what I would state is that in my experience in taking care of patients with reflux or heartburn symptoms, if I decide to give someone ranitidine, I'm going to assume that they're going to be taking it for their symptoms, and they should be taking it for, you know, as long as those symptoms should persist.

And these are conditions that are chronic, so these are conditions for which I reasonably anticipate that these patients will be taking it long term. And if they're continuing to fill prescriptions, and if I've given them 10 prescriptions, I think it's an entirely appropriate clinical assumption that they're taking it for the long term.

And I similarly feel the same way if I prescribe that person famotidine. I'm giving someone a

prescription for famotidine, I also assume if they're filled 10 prescriptions, they're also taking it for the long term.

So I can compare those two groups and feel entirely comfortable that what I'm capturing is the specific effect of ranitidine on my interest, so it's an appropriate comparison to look at ranitidine compared with cimetidine plus famotidine using the same metric, which is the number of prescriptions, and I should be able to see a signal, if there is one, that a long-term user of these drugs may have some increased risk of some adverse effect.

There's no reason for me to think that those people who were given 10 prescriptions of ranitidine are somehow less compliant or less likely to take it for the long term than someone who is a long-term user of famotidine. That's simply not the way these drugs are prescribed.

They're used for the same clinical indication. They're used in the same circumstance, and it's almost a perfect example of where you can do what we call a target trial for a randomized control study. You can't do randomized trial of -- of ranitidine versus cimetidine. It's just not ethical, but it's almost like these people are on a randomized trial because these

patients get randomly assigned to either ranitidine or famotidine, so -- or ranitidine versus cimetidine.

So this is a perfect example of where observational data can simulate what you would expect to see in a randomized trial, so if I did a randomized trial of ranitidine versus H2RBs and wanted to know, Is there an increased risk of cancer, I would design it like I designed this observational study. And I would want to look at long-term use, and based on this data, I don't think I would see a signal.

So in my mind from an epidemiologist's perspective, this is as close as you can get to kind of the gold standard evidence that there is no increased cancer risk. It's almost like we did a randomized trial of ranitidine versus these other drugs.

Q Now, people that are on ranitidine, what's the data on whether people that are on ranitidine stay on ranitidine versus switch?

MS. CANAAN: Objection, form, vague.

A I think the data are -- are based on clinical patterns of use. I think if you look at clinical patterns of use, you would see that in contrast to drugs like antibiotics where there's clearly a reason to take an antibiotic for a very specific indication, these drugs are used for the treatment of chronic conditions.

And because they're used for chronic conditions, you can see that a high proportion of people -- in this case as you've mentioned before, more than half of this -- or somewhat less than half of this group have -- have more than one prescription, so they're clearly taking this chronically. It's not like, you know, a single antibiotic prescription.

I would say that even in the setting of prescription in particular, you're -- you're definitely getting a group that's taking this for a longer period of time because to get to the point at which you're seeking a clinical specialist, like a gastroenterologist or a doctor about your symptoms, you've been dealing with these symptoms for a long time, and if you're filling multiple prescriptions, you're really taking it for the long term.

So I would say it's -- it's -- it's standard practice I think in gastroenterology that these are chronic medications and that they're prescribed for long-term use, and -- and we've seen this in -- in other studies as well.

I would point to a study which we recently provided as an abstract to a gastroenterology meeting last fall where we looked at H2RBs and PPI use, to specifically look to see whether there was any signal of

PPI use with mortality because that's been -- I know it's been questioned in the field.

And in that study, we found -- this is a group of nurses and health professionals that had more than a hundred thousand participants. We saw that these people were not using these drugs for two years. They were using it for four, six, eight, and that was the majority of individuals.

So from an independent date source as well as my own clinical practice, I can tell you that these are drugs that are used chronically. Can I tell you that the people in this particular study used it chronically? No, because that data is not in the study, but I think you can easily extrapolate this to -- from other studies because this is a clinical condition that's seen worldwide.

The doctors in Denmark are not treating their patients any differently than we are in the U.S., and the patients are coming to the doctors with the same clinical symptoms.

So I think it's really pretty -- pretty -- it's a -- it's a big stretch to think that you need to actually have any sort of data that suggests that the people that were using, you know, this -- getting 10 prescriptions and using it for at least 10 years were

not long-time users.

Q You just said using it for 10 years. Where does it say that in the paper?

A Again, I would say that that is something that you can conclude from the way the data are analyzed and the way the data are presented. I think people who present --

Q Where does it say --

A -- to doctors --

MS. CANAAN: Wait, wait, wait, Steve. Don't interrupt him.

Go ahead and answer, Doctor.

BY MR. ROTMAN:

Q Where does it say it in the paper, Doctor?

A I think what's clearly stated in the paper, these individuals and filled at least 10 prescriptions and were followed for at least 10 years, and that is I think sufficient for me to assess that these are long-term users.

Q Doctor, that prior question was nonresponsive, and I move to strike it.

My question was about crossover, changing from ranitidine to a PPI or changing from ranitidine to another H2R. Just because somebody is on ranitidine for 10 prescriptions, does that tell you anything about

whether they stay on ranitidine as opposed to switch?

MS. CANAAN: Objection, form.

A Crossover is an issue that I think is a concern when you're dealing with a condition for which the agents that you're using are ineffective, and in the setting of heartburn and gastroesophageal disease -- and there are many other reasons why these drugs are prescribed that we haven't discussed. In those cases, these are very effective drugs.

And as a result, patients are seldom switching to different agents if they've been prescribed multiple prescriptions.

So if there is a patient that presents to me and they are given a course of Zantac or a course of cimetidine and it doesn't work, yes, of course I'll switch them to another agent, but there's no reason why I would give them a second, a third, a fourth and then a fifth prescription.

If they're filling five prescriptions or 10 prescriptions, the drug is working for them, right? There's no reason for me to switch them to another drug, and there's certainly no reason for me to switch them to an another H2RB.

So again, I think the ability to define a group of patients that were prescribed these drugs for a long

period of time and took them for a long period of time is without question possible to do using prescription data and whether someone's filled a prescription. No patient's going to go to a pharmacy and keep filling a drug that is not working for them.

And again I want to just point out that we're comparing people that were given 10 prescriptions of ranitidine versus 10 prescriptions of cimetidine. There's no reason why I would expect that the people in the ranitidine group would be switching around their drug more than the people in the cimetidine group, so --

Q Doctor --

A -- this is an apples-to-apples comparison of long-term users of the drug ranitidine versus long-time users of other H2RBs, and it's a perfectly valid conclusion to draw that long-time use of these drugs is not associated with any of these cancers that are that listed in the table.

Q Are you aware --

MS. CANAAN: Steve? Steve?

MR. ROTMAN: What?

MS. CANAAN: Wait. Can we -- we've been going for an hour and a half, so can we take a break?

MR. ROTMAN: Let me just finish -- let me finish the line of questioning here.

MS. CANAAN: Sure.

BY MR. ROTMAN:

Q Are you aware of any data that ranitidine users became PPI users or users of other H2RAs?

MS. CANAAN: Objection, form.

A That's a very broad question. I think --

Q I'll ask it different way.

Are you aware of any data tracking crossover from ranitidine to other H2R medications or PPIs?

MS. CANAAN: Objection, form, vague.

A I think that's a difficult question because it's not possible to provide a -- a very general -- it's a very general question. I think certainly you can identify where there are examples of patients who switch, and you will certainly be able to probably dig up studies where there is, you know, a group of patients that may switch their use of -- of H2RAs to PPIs.

I think it entirely depends on the clinical indications scenario, the -- you know, region of the country, et cetera, so there's lots of those possibilities which, you know, I think are impossible -- impossible to speculate -- impossible to speculate on.

I think you also again need to bear in mind time trends. There are definitely time trends in how people have used ranitidine and H2RBs, first as PPI.

I think there are well-established studies that have shown that PPI use has increased over time, and H2RB use has decreased over time, and that's probably a combination of those patients starting those drugs at differential rates, but also the possibility that some people on H2RBs do switch over to PPIs, particularly during the last decade or so when PPIs, you know, have become available more broadly, have become less expensive because pharma -- because health plans are now more generous with their coverage, particularly when PPIs became generic.

And also quite, frankly because, there's been such intense advertising to -- direct consumer advertising of PPIs to patients. So I think there are definitely time trends in which H2RBs have -- have fallen and PPIs have risen, which is something I considered when I prepared my report, and when I -- I considered that in sort of assessing all of these studies.

And I think what's particularly striking to me in my judgment is that if you look at the studies which are confining their exposure period to the time period where H2RBs were predominant, those are the studies that the longest follow-up, the least issues with respect to contamination from over-the-counter use, and those

studies are the ones that show the weakest associations or the inverse associations with cancer.

So I think that only adds to sort of my overall opinion that there is no association between ranitidine and -- and cancer, and, you know, secular trends are something that I incorporated into my report and thought about when -- when I came up with my assessment.

So, you know, there has been a general secular trend, and I think that's accepted in the field, but whether that actually has influenced data, I think it's doubtful.

And I think it's also very clear that there's very little switch between the specific H2RBs. And I think within the H2RB class, you know, I think you will find that if you filled one or two or three prescriptions of H2RBs, there's really no or little reason to switch to another one.

So I think the issue of crossover with respect to H2RBs is really not -- not a concern when I'm evaluating these studies.

MR. ROTMAN: Do you want to take a break now?

MS. CANAAN: Sure. Thanks, Steve.

THE VIDEOGRAPHER: The time is 19:03 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

Counsel, both parties set to go back on or do we need a minute?

MS. CANAAN: I'm ready.

THE VIDEOGRAPHER: Okay. Stand by.

We're back on the record. The time is 19:25 UTC.

MR. ROTMAN: If we could put back up the exhibit. And the same figure 3. Is that up there now? Yeah.

BY MR. ROTMAN:

Q So that's the results that I circled of at least 10 prescriptions and at least 10 years of follow-up, right?

A Yes.

Q And the relative risk for esophageal within 10 years is 1.08 and after 10 years is 1.32, right?

MS. CANAAN: Objection, form.

A Well, the risk estimates are as you state, but the confidence intervals both incorporate 1.

Q Right. And so those are not statistically significant, right?

A Yes, neither is statistically significant.

Q Both point estimates are above 1, and both

confidence intervals indicate that the results are not statistically significant, right?

A Right.

Q And the upper bound of the within 10 years is 1.77, right?

A The upper bound in that confidence limit is 1.77, yes.

Q And the upper bound of the after 10 years is 2.62, right?

A Yes.

Q And as you wrote in your report, the confidence interval provides -- provides a range of values within which the true estimate would fall if the study were repeated multiple times, right?

A Well, I think it would depend on the way the study was repeated also. And each -- each study does -- does generate its own set of confidence intervals. I think the interpretation here is -- is -- is a way to kind of provide the context of what a confidence interval means, which is that, you know -- that the -- the range in which you would expect to see a hazard ratio if you repeated the study a hundred times --

Q Right.

A -- at 95 times out of a hundred, something in that range.

Q So --

A That is -- that is not to say that it's going to be necessarily hitting those specific confidence intervals. You're actually going to have a effect -- effect estimate that is actually is in those bounds -- at those bounds since that's not possible to speculate.

Q So for esophageal cancer, the hazard ratio went up with greater follow-up, and the upper bounds of the confidence interval also went up, right?

MS. CANAAN: Object to form.

A Again, I think that the overall result I interpret in the same way, which is that there is no association. Whether it's after 10 years or before 10 years, I don't give much weight to that specific hazard ratio because of the very broad confidence intervals and also the small number of events in that group.

Q So -- so you're saying a relative risk of 1.32 that's not statistically significant with that range of .66 to 2.62 is no association, right?

A Viewed in the context of the study, I would say that would be true.

I'm also looking at this within the context of additional analyses that are not presented in the figure in which they showed that there was actually no

association, i.e., a hazard ratio of 1 or even less than 1 among people who filled at least 5 or 10 prescriptions irrespective of the follow-up.

So that was an additional analysis that's not presented in this figure that informs my assessment of this hazard ratio that you're circling here, so it's not one single hazard ratio here that I'm focused on. I think it's this hazard ratio and the wide confidence interval in the context of other analyses that were done.

Q And if you look at the person years, the person years after 10 years of follow-up is 43,363, right?

A In the ranitidine group.

Q In the ranitidine group, that's what I'm talking about right now, yes. 43,363?

A Yes.

Q But if you go back to the -- the figure 1, they list -- the person years for the entire cohort, it was 1,522,653, right?

A Yes.

Q And then did you calculate the percentage of 43,363 to 1,522,663?

A I did not.

Q I did. And it's 3.7 percent. So 3 percent -- if I'm -- if my math is right, 3.7 percent of the

participants in the study were in the group of 10 years or more of ranitidine after 10 years of follow-up, right?

MS. CANAAN: Objection, form, misstates the evidence.

A Well, I think you would -- you would also have to assess the absolute number of person years that follow-up. It is, as you state, a small percentage of the overall follow-up, but as a standalone value, that -- that is a long follow-up -- person years of follow-up, 43,000 of follow-up.

So it's still a very reasonable amount of data to examine this question.

Q And did you --

A I think there's also -- let me finish.

I think there's also data provided in the results of the paper in relationship to number of prescriptions, i.e., five or more or 10 or more with risk of esophageal cancer that was not restricted just to individuals with 10 years of follow-up, which again were very informative for my assessment and did also show that there was no association.

And again I think we -- we need to be very careful about looking at single hazard ratios in a study in which there were multiple analyses and multiple

comparisons done. And I think it's pretty clear even from the assessment of the study authors who, you know, would be able to best I think put their study into context, that in their opinion, if you read the discussion of this paper -- were very clear that they felt that any potential association of ranitidine with esophageal cancer by some of these cherry-picked hazard ratios was likely a false positive.

Q And the -- did you do an assessment of whether the analysis in figure 3 was underpowered?

MR. ROTMAN: You can go to figure 3, please.

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q Given that it only had 3 percent -- or 3.7 percent of the person years.

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q Did you do an analysis of power?

MS. CANAAN: Objection, form.

A In my assessment of this data, I was informed by two -- two key components of this information.

First, that the absolute number of person years of follow-up is high, so a study which includes 40,000 person years of follow-up is a reasonably large study, and that is in my mind a more critical piece of

information than the percentage of the overall cohort that was included in this particular analysis.

And one of the real strengths of data that come from the Danish Health Authority Registries is the sheer size of the registries and the fact that they have a large enough number of individuals with sufficient follow-up time where you can do well powered subgroup analyses like this one, and those subgroup analyses, because of their nature, may end up being a small proportion of the overall cohort. But that's a reflection of the fact that the overall cohort is massive.

And so in that lens, this is still a useful analysis and I believe informative to the central question at hand, especially when viewed in the context of the other analyses that were conducted and the totality of evidence that exists from -- from other studies. And it's an opinion that I think is shared by the authors of the study.

The authors of the study certainly do not conclude that their analysis in figure 3 was underpowered. And I think the fact that they highlight this analysis and these findings in their abstract indicate to me that they're confident that any potential cancer signal, if there was one to exist, would have

been evident from this particular analysis.

But again that's viewed in the context of other analyses they did in which the sample size was -- person years of follow-up was greater and also did represent a larger proportion of the total cohort.

But I think the absolute number of person years is an important metric to consider as well as the consistency of the data, the cross analyses and also the I think the lack of -- of, you know, any effort to sort of correct the multiple testing.

And my view and I think the view of the authors, any potential association of esophageal cancer was likely a false positive result, and I think this particular figure provides additional support of that.

Q Is there a way to calculate to get a -- an objective assessment of whether the analysis in figure 3 was underpowered? Is there a mathematical way to do the calculation to get an objective answer to that question?

MS. CANAAN: Objection, form.

A I think as we had discussed I think earlier, I think power depends on multiple factors. First and foremost, does an actual association exist, and, you know, was your sample size large enough and were there other potential biases that were playing.

And so I think if you were to make an

assessment as to whether you think that there was a -- a possibility of a -- a false negative result here, you would want to incorporate all those ingredients into your assessment, which is what I did when I reached the conclusion that this study does not support a causal association between ranitidine and esophageal cancer.

There are certainly methods that individuals can do to estimate the statistical power of a dataset, making specific assumptions about effect size and assumptions about different ingredients that go into a power calculation.

Those are highly dependent on assumptions, and oftentimes if it's based just on crude data, those assumptions often do not incorporate the likelihood of biases that could be entering into particular associations, so I wouldn't put much weight into a power calculation based on crude data in a subgroup analysis of a study.

Power calculations are reserved for a situation where you're doing a priori analysis where you think -- for example, you want to design a study which examines whether an intervention has a particular outcome. That's the best place to -- and most appropriate place to examine the power calculation and assess whether a study is adequately powered.

In the setting of observational data and certainly in the setting of data in a secondary analysis within a larger setting, power calculations can be very misleading, so it's not something that I would do in assessing the value of this data. I wouldn't do a formal power calculation because the result would be meaningless to me and would not ultimately form my opinion.

So I -- I don't like to do analyses which are not going to inform my opinion because, number 1, they're a waste of time, and number 2, they're misleading and they could be misinterpreted, so I don't feel that would be -- (Zoom interference.)

MR. ROTMAN: Let's go take this off, and let's go to the Kantor study, if you could make that the next numbered exhibit.

THE VIDEOGRAPHER: Doctor, while he's pulling that up, this is the videographer, if you could pan your camera down again just to make sure --

THE WITNESS: I'm slouching.

THE VIDEOGRAPHER: -- we don't cut off -- we want to be sure to see your whole face on video. Thank you.

THE EVIDENCE TECHNICIAN: This will be Exhibit 6694.

(Exhibit 6694 was marked for identification.)
BY MR. ROTMAN:
Q Doctor, this is another one of the studies where you said that the study provided a relative risk for use of five or more years of ranitidine. Do you recall that?
A Yes, I do.
MS. CANAAN: Object to the form.
BY MR. ROTMAN:
Q And I'd like you to show me that -- where that's reported in the paper.
A I have to look also at the supplementary material. Do you have that available?
Q Do you have it available?
A I have to look at my own files.
MR. ROTMAN: Can you scroll to the end of the exhibit, please. I think it's all part of this exhibit. Can you scroll up a page, please? At the top of that page. Supplementary table, supplementary table 2.
BY MR. ROTMAN:
Q That's what's part of this exhibit.
A Yes, I'm looking at supplementary table 2 --
Q Okay.
A -- which has the time-stratified analyses, so

this stratifies the cohort according to whether you examine cases within the first five years of follow-up versus cases with later follow-up, so the later follow-up is over five years, and that would be a group that would be long duration users and long-term follow-up.

And so you can see that there is an actual decrease in the association of ranitidine compared with either the general population or ranitidine compared with omeprazole users.

Q You're pointing me with -- to supplementary table 2, and you're -- you're pointing to years of follow-up. I'm talking about years of use in my question. Years of use of ranitidine, five years. Where is that?

MS. CANAAN: Objection, form.

A Again as we discussed with the Adami study, because of the pattern of the way these drugs are used, I would say that this is a very reasonable approximation of a long-term user of the drug, and it provides certainly again as direct comparison of what would be considered more likely long-term users in the ranitidine group compared with, in this case, omeprazole users, which is the active comparator.

So I think based on the assessment that I have

made according to the usual pattern of these -- of how these are used and for what conditions they're typically used for and the fact that we would reasonably anticipate that these patterns would be similar across past and present medications.

I think this is a reasonable approximation of what would be considered to be a longer term user in that ranitidine versus omeprazole analysis.

Q So do you believe that this study was able to distinguish between long- versus short-term use?

A I think that this approximates long-term versus short-term use because, again, these are drugs that are used commonly for chronic conditions, and because these are used chronically -- for chronic conditions, we would anticipate that those individuals that reported use and were followed for a longer period of time were more likely to be long-term users.

MR. ROTMAN: If you could turn to page 1859. Going in the wrong direction. Keep going. Keep going. All right. One more. Well, wait. Actually, no, you were there before. You were there before. Right there. Yeah. No, I guess -- go back one up, 1858. Yeah, okay.

BY MR. ROTMAN:

Q So I'm look at the paragraph on the left column

that begins with "we used a large, prospective cohort," do you see that?

A Yes.

Q And on the fifth line, "exposure was self-reported and we were unable to examine associations by dose or distinguish long- versus short-term use."

Do you see where it says that?

A Yes.

Q So your assessment of this study differs from the investigators themselves on that issue of being able to distinguish between long- and short-term use?

A Well, I would say, again, that the optimal study obviously would be potentially designed to quantify if you could the number of years of use which would be something that could be used to estimate duration of use.

However, those kinds of data are often not available, particularly in large datasets like UK Biobank, so I think a reasonable approach to evaluating a study like this would be to look at the exposure data and how it was collected and evaluate that within the context of how these drugs are typically used.

And as a prescriber and as someone who's reviewed the literature related to this point, I think

we could be again reasonably competent that analyses that are stratifying by the duration of follow-up would be one approach to assess a group of individuals that were more likely to be exposed over the long-term and the short-term.

This dataset and this study isn't able to directly address this question, and it is a limitation that is clearly stated by the authors, which is appropriate, and would necessarily be used when someone evaluates this evidence.

And as a result, if this were a standalone study, it's a reasonable question as to whether that additional information is necessary to come up with my overall conclusion about the potential of longer -- of -- of duration of ranitidine use being related to cancer.

So again I considered this study in the context of other studies, which I think all show very similar patterns in terms of -- of trends, in terms of duration of follow-up and number of prescriptions, et cetera, as a proxy measure for intensity of exposure, and that intensity of exposure is what we want to actually look for within pharmacoepidemiology as being an indicator of causality.

And the consistency across studies in which

hazard ratios tend to go down and weaken, we can do larger follow-up -- or a larger number of prescriptions, lead me to conclude that what we're really seeing is a pattern where longer-term users are less likely to be seeing an association with cancer risks.

In contrast, you see studies where short-term use, very brief patterns of use, is associated with cancer risk, which I think highlights to me the likelihood again of protopathic bias or confounding by indication, which I think is very clearly illustrated by, in particular, those studies that show very astronomically high hazard ratios with short-term use, on the order of hazard ratios of 17, et cetera, and they very rapidly decline with longer term follow-up, which is inconsistent with a causal relationship.

So again taking that view of this paper in that context, I still would feel confident in my assessment and my report and the supplement made in report that there's no indication that long-term use of the drug is associated with cancer risks within this UK Biobank dataset.

Q Can you go --

A Again I don't rely only on this study. I think there are many other studies that would support that assessment and again would be very clear that in terms

of clinical practice, these are drugs that are typically used over the long term.

MR. ROTMAN: Can you go to the first page.

BY MR. ROTMAN:

Q By the way, what you just said about clinical practice and long term, that may be the case, but there's also a lot of people who don't stay on the drug long term, right?

Well, let me just put it this way. Half the people in the Adami study only had one prescription.

MS. CANAAN: Is that a question?

BY MR. ROTMAN:

Q So taking one prescription is not an indication of long-term use, right?

A Well, let me also -- let me also point out that this study, which is also unique among the studies I reviewed, did not rely on prescription data. This relied on asking participants what they were doing within I believe it was a four-week period before their entry into the study.

So this gives you a different assessment of exposure than a prescription would, so prescription gives you information on whether a doctor thought you should be on it, but gives you less information about whether that prescription was actually filled.

So that's why in pharmacoepidemiology -- epidemiological studies that use prescription data, that's why it's so critical to look at those data where you can assess the associations based on the number of prescriptions because you can reasonably assume that someone who was -- has been filling five prescriptions is taking the drug.

There are no patients that I know of that will get a prescription and ask for a refill if they have not been taking the drug. I think it makes no sense in terms of cost and sort of reasonable human behavior. So -- so prescription data are really important to assess in that lens.

In the context of a study like the UK Biobank which relied on a questionnaire, you will have the ability to capture those individuals that were taking ranitidine on a regular basis in the four-week period prior to the study. I think that's actually how it was stated.

If I look at the methods of this, which are on the page you have there, it says, "the baseline questionnaire asked participants to indicate regular use of ranitidine. Regularly was defined as most days of the week for the last four weeks."

So in thinking about patients in my practice,

if I had a patient who was taking a drug regularly, most days of the week for the last four weeks, these are individuals that are not people who take it intermittently and stop and start it. They're really more likely to be individuals that are taking it on a consistent basis.

So even though the time frame of the questionnaire asked about four weeks, this is an indicator of a regular chronic user, and regular chronic user of the drug typically take it for years at a time, not -- not intermittently over time.

So I think this is really complementary data to the Adami study or other studies which used prescription data because using a data source -- a separate data source and also using a separate data source which collects exposure data in a different way and finding the same association is exactly what we look for in epidemiology in terms of being able to assess consistency of the evidence.

And this adds to that consistency of the evidence, that even though you're considering a different group of people, in this case people in the UK versus people in Denmark, and you asked the question of the people in the UK and you used a pharmacy database in Denmark and, you know, you -- you did the study in -- in

a different -- through a different study design, you reach the same conclusion.

That's sort of the Holy Grail of observational studies in epidemiology and really conclusively -- really suggesting that the null hypothesis is what's happening operating here. There is no association between ranitidine and cancer.

Q Dr. Chan, in your report, you address the issue of -- let me find it again. Hold on a second. Yeah. We've been over this already, but you testified that a Type II error is -- could be due to insufficient statistical power, and that broadly speaking, "statistical power" refers to the study's ability to detect an association if one exists, right? You remember that?

A Again that statement was made in the context of what is -- are potential explanations for Type II.

Q Right, exactly.

A And -- and one of them is that there is no association. Another one is that the -- this study was not sufficiently powered.

Q Right. If a study is insufficiently powered, it undermines its ability to defect an association if one exists, right?

A If a study is not sufficiently powered that

could be one explanation for why it -- it failed to detect an and association, that's correct.

Q If a study is insufficiently powered and it does find an association, does that indicate that the finding is not -- is not valid?

MS. CANAAN: Objection, form, vague.

A I -- I -- I think there's a lot of components in that question that I have to clarify, and -- and I -- I think there's assumptions that are made there that I'm not sure are accurate.

I think -- I think of a study -- and again we're talking about something very different, which is Type I error where a true association exists, but, you know, the -- I'm sorry, where there is no association, but there is an association that gets detected. That's -- that's a possibility which has to be included among the assumptions that you've made in that statement.

So just because a study shows -- or an analysis shows an association, an exposure and an outcome, first, that could be do to false -- false positive results, and that could be a Type I error.

The second is that that could be a true association, but that -- assessing whether that's a true association requires additional -- and when we say "true

association," we also are assuming -- by "true," we mean there's a causal association. And causal associations can't be -- cannot be determined solely by assessing whether there is a statistically significant result. It has to be viewed in the context of many other ingredients including, Is there the potential for bias in the study; is there, you know, another -- is there consistency of evidence across different studies; is there biological plausibility, et cetera; all of the different criteria that you might consider within, for example, a Bradford Hill analysis which is something which I've also provided in my report.

So I think your statement about how to interpret an analysis where there is a statistically significant result, I think is -- is one that requires probably more context and -- in terms of -- of what it is you're trying to assess.

Q They're trying to focus on the issue of a study being underpowered where, even though it's underpowered, there -- there's a -- an association that's statistically significant.

Does the fact that it's underpowered, is that -- is that a -- a reason to question the finding of a -- of a -- of an elevated risk that's statistically significant?

MS. CANAAN: Objection, form, vague.

A Again there's a lot of components to that question that I think would be hard to -- are kind of hard to break down.

I think -- I think your -- you have to -- are you -- it depends on if you're making the assumption that the association is -- is causal or not.

Q I'm not making an assumption about anything, I'm just asking whether the -- there's a relationship between -- if a study is underpowered and it finds an increase in risk, if the lack of power -- if the fact that it was underpowered means you -- that somehow -- for that reason you question the finding?

MS. CANAAN: Objection, form, vague.

A I'm not sure why you would label a study as underpowered if you are seeing an association because the fact that you're seeing an association implies that the study was adequately powered.

So I'm not sure how you're coming up with that assessment of whether the study is underpowered. That's where I'm getting confused by your question because there's an assumption you made that there's been some -- somebody or some analysis that's been done to assess power.

And power, as we already outlined, is dependent

on whether there's a true association, whether there's sufficient sample size and whether it's free of bias, so I think that an investigator who is doing a study presumably would be doing so because I they think they have enough power, and if they see an association, then I would think they would declare victory and call their study adequately powered.

I don't think they would question their study, and if they did, I think they would be sort of doing that retrospectively, and I'm not sure why they would go through that exercise.

So I -- I think if -- if I'm understanding the question correctly, I'm not sure it's -- it's an approach that most epidemiologists would take in trying to assess whether a finding should be considered informative or not.

I think it's probably something that would not enter into that any more so than you would want to assess that finding in the context of other issues that potentially would be more relevant like the Bradford Hill criteria related to consistency plausibility, et cetera. Those I think would be one an epidemiologist would apply, not a post-tap power calculation, which I don't think makes much sense to do.

Q Is it possible for an underpowered study to

find a valid, statistically significant increase in risk?

MS. CANAAN: Objection, form, vague.

A It's possible for a -- again it depends on how you define power. It's possible for an investigator to do a power calculation and come up with what they consider to be a threshold of what's power and then apply it to a dataset and say -- make a judgment as to whether it's powered or unpow- -- or not sufficiently powered. And if they found an association, that association could be again a Type I error or false positive.

So it -- these hypotheticals are always possible. It's just not clear to me why they would ever be applied. I don't think that's something that a -- a standard epidemiologist would be doing, and I'm not sure what the purpose of that analysis would be and what they would do with that analysis, and I think it's not clear to me that would be something that would be a way of interpreting the literature.

Q Do you -- you know that this is -- we're talking about the Kantor study. They had a median follow-up of 6.7 years. Do you agree with that?

A I think that's what I recall from the study. I can look.

Q And in the investigation --

MS. CANAAN: I'm sorry, Dr. Chan, were you finished?

A I'm just double-checking the study. Yeah, I do see here it says "median follow-up of 6.7 years." That's right.

Q And the investigators under -- under -- on their discussion state that --

MR. ROTMAN: If you could turn to page -- to the last page of the article, further up. That's the supplementary. Sorry, one more page up.

BY MR. ROTMAN:

Q They say -- in the middle of the paragraph on the left hand, they're saying -- they're discussing limitations?

A Yes.

Q And they say, "in addition to being unable to examine associations by dose or distinguish long versus short-term use, they say that they have --" and I'm reading four lines from the bottom of that paragraph, "We did not capture long-term outcomes. Some data suggest longer latency between NDMA exposure and cancer."

Do you agree that 6.7 year median follow-up is a limitation of the study?

A I think -- I keep in mind, you know, a median is the midpoint of the -- of the range of data, and so it implies that half of the -- at least half of the participants in the study have follow-up that was longer than six months, seven years.

And you can see from supplementary table 2, which we just went through, that there is a reasonable number of persons and person years of follow-up among people who were followed for greater than five years, so what would be important to consider is the absolute number of person years as opposed to a single measure lining a median.

So if you look at supplementary table 2 and you see that there is adequate person years to make an assessment about long-term use of ranitidine with cancer risk, that is more relevant and important to consider than simply the median because it's very possible to have a very, very small study with 20 people that have been followed for 30 years, that would be demonstrating the median follow-up of, you know, 15 plus years. That is not as informative as a study with a larger number of individuals in which median follow-up was five years.

So again it always depends on context, and the context of the size of the study, which is greater than 400,000 people and the context of the number of

individuals that had more than five years of follow-up, I think it's very reasonable to conclude from this data that there is no support that the long-term use of Zantac is associated with cancer because the absolute number of individuals and person years of follow-up was substantial enough to address the question.

Q The authors stated that they -- that the study did not capture long-term outcomes. Do you -- do you agree with them on that?

MS. CANAAN: Objection, form, asked and answered.

A I don't know what the study authors consider to be long term. So given that, I'm not sure exactly what they meant by that, and I -- I think that that's not an absolute, so -- so I think with respect -- that's, I think, very much based on interpretation.

I think in my view, the supplementary table 2 analysis, which, you know, does examine use of ranitidine and follow-up after 10 years -- I think that's a -- a reasonable approximation of long-term outcomes.

Again that's subjective. I think there are -- there certainly is room for interpretation on that point, and different people may have different degrees of what they consider long term, but I think again, if

you consider cross studies and studies in which there is the ability to look and compare results short-term versus long-term, however that's defined within an individual study, the patterns are consistent.

The effect estimates that suggest potentially an increased risk always tend to be in a group that's exposed with short-term exposure, and that disappears or becomes inverse with longer term exposure.

And I think that -- I think is most indicative of protopathic bias and not consistent with a biological explanation for any Zantac and cancer association that's reported in any analysis.

MR. ROTMAN: John, if you could go to the Iwagami study, which I think would be 695.

(Exhibit 6695 was marked for identification.)

BY MR. ROTMAN:

Q And, Dr. Chan, if you want to look over that study while I -- I'll be back in two minutes. We can stay on the record.

Dr. Chan, can you cite any study that provides support for your opinion that being on an acid suppressant for four weeks provides evidence of continuation on that same medication for five or more years?

MS. CANAAN: Objection, form, assumes facts not

in evidence, misstates testimony.

MR. ROTMAN: You're coaching the witness again, Eva.

MS. CANAAN: I'm stating the basis of my objection, Steve.

MR. ROTMAN: Just say "objection." You know that's the rule.

A I think that again what I would state is that what is asked of the participants in the study -- and I I'm assuming you're still referring to the Kantor study.

Q I'm asking for a citation in the medical literature to support a point. I'm asking for you to identify a study or a paper, a journal article, textbook, any medical literature at all that supports your statement that use of an acid suppressant for four weeks provides evidence of continued use of that same medication for five or more years?

A I think what I would say is I've not had an opportunity to do that literature search, and I would be surprised if such a study was ever done because it, again, is a reasonable expectation that acid suppressant drugs that are used consistently on a daily basis for a period of time, like four weeks, for conditions that are typically utilized -- where acid suppression drugs are typically utilized, it is a reasonable assumption that

those individuals are long-term users.

I don't think that there would be likely a dataset that could specifically assess whether that use could be quantified in terms of number of years, but I would again suggest that the study is able to differentiate this group and compare it to another group of individuals that are also taking acid suppressant drugs which would also be reasonably considered to be drugs that are used over the long term as well.

So that being said, stratifying the cohort according to the duration of follow-up is a very reasonable approach to approximate longer term use and identify if any signal exists.

It would be ideal if there were authorities of these studies to quantify on a more specific basis the duration of use. That would have been ideal, but it is not feasible in most studies like this.

And so we have to go by the best available evidence and the patterns of -- of what that evidence shows in the data. And the patterns shown in this study as well as shown in the Norgaard study and numerous other studies is that when you classify the cohort based on the exposure information that's collected according to the group you would anticipate would be more likely to be longer-term use -- users, you do not see an

association, and if anything, the trend suggests a weakening of the association or an inverse association, which is contrary to there being causal association between Zantac and cancer.

So while there is not likely to be a scientific reference that would specifically address this extremely specific point you raised, I think it is a reasonable assumption based upon clinical practice, and I think the vast majority of clinical epidemiologists that read a study like this would be in agreement with my assessment.

Q I heard your answer. I didn't hear about any citation to any medical literature to support the point.

If I ask the question this way: Are you aware of any medical literature -- any epidemiological literature that states that use of a medication for four weeks -- any medication for four weeks can be extrapolated to use of that same medication for five or more years?

MS. CANAAN: Objection, form, asked and answered.

A I think the way you've actually restated the question is more challenging because I don't think you can -- you can state that without specifying a medication. And again in this case, we're talking about

medicines that are used for a chronic condition.

So I would never make that assumption if this were a study of a medication that I know in clinical practice is not used routinely over a long-term period. That would include, for example, antibiotics or, you know -- or agents that are used to treat short-term conditions.

Reflux is a condition that is long term, and in clinical practice, the vast majority of patients that require acid suppression therapy for -- for reflux do take it long term.

Now, that is not to say everybody in this study who reported, Yes, I took this over the last four weeks, took it for the long term. I don't think that that is an assumption that anybody could make because that data are not available, and I think that, you know, as you might imagine, would be an assumption that would not be wise to make because it's simply unlikely to be true.

But it does appropriately classify people into a group of individuals that are more likely to be chronic users, and if the fundamental question at hand that we're trying to address by my report is, Is Zantac in usual practice associated with cancer, this data is directly relevant to that question because we're looking at a population of people in the UK Biobank that use

Zantac as you might expect it to be used in clinical practice, and in that situation, we do not see any association with cancer.

So it's directly relevant to the basis of my opinion. And again I think it is something that is not viewed as a standalone study for which my opinion entirely rests, but is based on one piece of evidence among several pieces of evidence that all show the same thing and show it again in different populations with studies that are designed in different ways and with exposure data that's collected in different ways, either through pharmaceutical databases or through questionnaires.

And as a result, it gives me more confidence in my overall assessment that there is no association between Zantac and cancer, which again does not depend on the results of any single study or any single analysis, but is based on the entire body of evidence that is available to me.

MR. ROTMAN: Can we turn to the Iwagami study which has now been marked as Exhibit 695.

BY MR. ROTMAN:

Q Dr. Chan, is this a study that provides any evidence of the risks of ranitidine use long term?

MS. CANAAN: Objection, form, vague.

BY MR. ROTMAN:

Q Dr. Chan, does this study provide any evidence of the risk of ranitidine use used for five or more years?

MS. CANAAN: Objection, form.

A Let me review the study for a moment just to refresh myself.

So in my brief review of this and based on my recollection of the review when I prepared my report, this study has most of its analyses combining the exposure as ranitidine and nizatidine, because these are both drugs that aren't been reported to -- reported to have potential NDMA impurities, and so that was the primary exposure for many of these analyses.

The analyses are able to assess associations by leveraging prescription data from this Japanese Medical Data Center Claims Database in relationship to specifically three cancers, breast, colon and gastric cancer, and assess this association according to different metrics of exposure, including cumulative dose as -- as calculated by defined daily dose as well as by duration or follow-up.

And in my view, there is a -- a level of reassurance of the data looking at the patients that had at least five years of follow-up, which again show that

the potential assoc- -- any potential association based upon the magnitude of the risk estimate for the ranitidine and -- and nizatidine group was lower than the group that was followed with less than five years of follow-up.

So based on that analysis, the study shows that among the group that are long-term users, in this case at least five years of use, there is no evidence of any association with this H2 blocker grouping of ranitidine and nizatidine combined over the -- over the follow-up period of the study.

Q Can you show me a relative risk reported out of this study for use of ranitidine for five or more years?

A It's hard for me to see very clearly the table, but I think in table 3, there is -- again in that top set of analyses, if you look at the risk estimates by follow-up after -- beyond five years, you see a hazard ratio there of 0.97.

Q So you're assuming follow-up equals use?

A Well, again this is a dataset which includes both prescription data over the follow-up period plus follow-up, so this captured prescription data during that time period. Follow-up was begun at the time of the first prescription.

And they also were able to -- to assess

subsequent dispensing of prescriptions. So I think it's a combination of the ability to look at follow-up of the cohort in terms of the time of observation, plus the ability to assess the potential number of prescriptions that were received beyond the first prescription.

And so that combination of the number of prescriptions as well as the time period I think is captured by that cumulative daily dose analysis which they defined as well in -- in the table.

So it's a combination of -- of those two analyses, which gave you I think an approximation of what is likely to be long-term user, individuals that both used a high number of daily doses as well as the group that were followed for follow-up -- for a longer follow-up.

And those two results in combination give you a very -- a good indicator of long-term use.

Q You're looking at table 3?

A Yes.

MR. ROTMAN: Can you go to table 3, please, on the screen. Is there a way that you can rotate that so that it's not giving me a stiff neck to look at it.

THE EVIDENCE TECHNICIAN: Yeah, but it's going to take a minute, though.

BY MR. ROTMAN:
Q While we're waiting, did you calculate the percentage of people in the study that used the ranitidine for more than 180 defined daily doses?
A I -- offhand I don't recall making that calculation. What I can say again is that with this being a large dataset, I think that the important indicator is whether there's sufficient, absolute numbers in terms of personal years of follow-up more so than the percentage of follow-up.
And from what I recall, and we can verify when the study gets pulled up again, there is a reasonable, absolute value in terms of number of personal years of follow-up that allows me to reach the conclusion that I reached.
Q Do you have a calculation handy?
A Do I?
Q Do you?
A No, I do not.
Q Okay. Well, I do, and I am looking at the yellow highlighted left-hand column of table 3 where it says "by cumulative dose."
Do you see that?
A I do, yes.
Q And up in the top, "main analysis, number of

outcomes/patients," the number "113,745" is the number of patients, right?

A Yes.

Q And down below for "during the interval of one to 180 defined daily doses," the -- the data provided on table 3 says "113,745," doesn't it?

A Yes.

Q That's probably a typo. This wasn't picked up by the peer reviewers because that would mean that everybody in the study used ranitidine for between 1 and 180 defined daily doses, which would be inconsistent with the information that's below it, so let's just leave that for a second, okay?

MS. CANAAN: Objection to the colloquy.

BY MR. ROTMAN:

Q The next category is "during the interval 181 to 365, defined daily doses," and the number there is "2,699." Do you see that?

A Yes.

Q 2,699 patients out of 113,745 use the medication from 181 to 365 to defined daily doses, right?

A Yes.

Q You didn't put that in your report, right?

A I'm sorry, didn't put --

Q You didn't put that information in your report?
A What I provided in my report was a summary of the hazard ratios.
Q So the next category is "366 to 730 defined daily doses," and for that there's "1,294," right?
MS. CANAAN: Objection, form.
A Yes.
Q And then the third -- the final category is "greater than 730 defined daily doses," "491," right?
A Yes.
Q Okay. So if you add it all up, 491, 1,294, 2,699, I get -- and you can write this down -- do you have a pencil? Do you have a pencil or a pen?
A I actually don't.
Q All right. I'll just write it down myself, 2,699 -- I'm sorry, 7,371 people in the study took ranitidine from 181 defined daily doses to greater than 730, right?
I added all that up, assuming my calculator is right. Are you with me?
A Yes.
Q 491, the last category, "users greater than 730 defined daily doses," that's 491 out of 113,745, right?
A Yes.
Q Okay. So that's less than 1/2 of 1 percent of

the people in the study used the medication for more than 730 days, right? That's what this is saying, right?

MS. CANAAN: Objection, objection. Objection, form.

A Let me review something for a minute, give me a moment. Okay. I just wanted to verify what I was thinking.

So the first statement you made I think was incorrect, so I don't think there's any -- any issue with the publication or a typo.

The -- the way this analysis was conducted was it defined the cohort -- the sort of baseline cohort was the 113,745 people, and nested within that are individuals that take it for varying durations of time. And, I'm sorry, not varying durations, but varying cumulative dose intervals over time.

So what you've cited is -- is -- I think -- I think what's cited in the table is -- is correct. I don't think that's a typo. So there is a smaller number of people that -- than 113,745 in that first column.

And furthermore --

Q Wait, wait, just --

MS. CANAAN: Wait, wait. He's talking. Don't interrupt him, please, Steve.

Go ahead, Dr. Chan.

A So, furthermore, the -- I think the essential thing to consider also here is to compare the group in terms of number of patients in the ranitidine or nizatidine group compared with the number of individuals in the other H2 blocker group. And you can see proportionately that there are similar numbers in terms of proportion across those different dose levels.

So the comparison between ranitidine or nizatidine exposed individuals with users of other H2 blockers is entirely valid because it does capture a reasonable number of long-term users in both groups that would be comparably assessed in terms of -- of exposure.

So there's confidence that the exposure is -- was validly ascertained for both the exposed group, in this case ranitidine and nizatidine, versus other H2 blockers.

So while it -- while you're correct, the number of individuals in that larger category 730 DDDs is a small percentage of the overall cohort, it's still a reasonable amount of individuals for which the data are valid, especially since there's a reasonable comparator group that has a similar number of individuals that took the drug for a long period.

The other comment I would make is that it's

very clear that there is no trend if you look at the adjusted hazard ratios, which I do provide in my report and which you've also shown here in the table.

So although the -- the number of individuals in that 730 group is a smaller percentage of the overall cohort, the risk estimates, if anything, go down as opposed to go up. And it does so in a very linear trend.

It goes from 1.03 to 1.00, .09.5 to 0.83, so on that basis, I think this provides confidence with respect to a measure of intensity with respect to the out -- the primary question of whether ranitidine is associated with cancer.

And so even if the numbers of individuals in percentage terms is relatively small, it's still a robust -- robust finding, both in terms of the actual number of individuals, the comparability of the individuals across the exposed and comparator group, and also what's really important is the trend. And when you evaluate a trend in the data, you incorporate the entire dataset which is the 113,745.

So in my view, this is still a analysis which is informative to the central question of whether Zantac is associated with a cancer risk and the lack of any hint of any sort of trendy I think when viewed again

within the totality of the evidence, I think substantiates that view.

Q You made an assumption --

MS. CANAAN: Steve, when you -- we've been going for more than an hour. Could can you take like a five-minute break?

MR. ROTMAN: No, let's finish my -- with this particular line of questioning. Then, yes.

BY MR. ROTMAN:

Q You made an assumption earlier today that if you had taken it for four weeks you're going to stay on it for a long time like over five years, right?

MS. CANAAN: Objection, form.

A Well, I think again that depends on how this is assessed.

Q You made that assumption for the Kantor study, right?

MS. CANAAN: Objection, form.

A The -- the assumption that I made for the Kantor study was based on a query done of the individual patients through a questionnaire. That I think would be something that would be -- something that you would not necessarily apply to a study using prescription data.

So prescription data, again as I mentioned with the Adami study, also relies on wanting to be able to

capture number of prescriptions, et cetera. And although this study did not look at the number of prescriptions, it has some -- some, you know, some ability to capture that somewhat through using DDDs, but it wouldn't be necessarily something that I would say would indicate one way or the other whether someone who reports on a questionnaire the usage for four weeks would be someone who used it for longer periods.

And I think again the central question here is not whether I as an epidemiologist or I as a clinician can identify individual patients in the study and know exactly how many years they used Zantac for, but it gives me a broad ability to categorize the individuals according to intensity of exposure.

And in the same way that in the Kantor study intense exposure can be assessed by duration of follow-up, intensity of exposure here can be assessed by looking at DDDs. And in neither analysis do you see any trend or hint of a trend to suggest that there is a cancer risk.

So even though each study has its set of limitations with respect to being precise about either duration of use in terms of years, dosage in terms of number of tablets or frequency or milligrams, it still provides useful information with respect to intensity,

particularly when again you're comparing apples to apples, and you're comparing the exposed group with the comparator group.

So long as the exposed group and the comparator group are assessed in the same way, in this case using DDDs from pharmacy records, and in the case of the Kantor study, using the same questionnaire, you can reasonably assess that the internal validity of that -- validity of the study is there. And if you have several internally valid studies, all reaching the same conclusion, that supports a broader overall assessment that there is no association between Zantac and cancer.

So it -- it is nice to have data from disparate sources, i.e., here, from Japan or from the UK or from Denmark that have collected data in different ways, defined exposure in different ways, either through number of prescriptions in the case of Adami, or by a questionnaire in the case of Kantor, or in the case of the Iwagami by DDDs.

If you see the same pattern in all those data sources, as an epidemiologist, again, you have to reach the same conclusion, that these orthogonal sets of data are giving you the same answer time and time again, that there is no consistent association.

Q What was the question I asked you?

A Well, I'm report- -- I'm going back to the central question which is --

Q What was the question I asked you?

A I have to go back and look at the record, but I think the question you asked me was whether I can extrapolate what I said about the Kantor study to this study and vice versa.

And what I'm trying to suggest is that each study stands by itself but then gets reviewed in totality with each other and provides a complementary data source.

Q In this study -- just looking at this study where you had, you would agree based on table 3, over 100,000 people using the medication for between 1 and 180 DDDs, a very, very, very small percentage of them went on to use the medication for more than two years. You would agree with that?

MS. CANAAN: Objection, form, vague.

A There's a few assumptions that you're making. One is that DDDs are not an approximation of years. It's a combination of factors. So I can't say that with any sort of definitive statement.

The other statement I would make again is you need to review -- you need to review the context in which these studies were performed.

When you're reviewing a study of prescription data, it's not surprising that the prescription data would suggest that there are many short-term users because the prescription data is oftentimes made up of people who may not fill the prescription or may be using it for something else.

So if you are trying to say that this indicates that somebody responds to a questionnaire that they've used in the last four weeks is not likely to be a long-term user, I don't think you can make that statement.

Again I think you also have to view the context of the studies. This was done in Japan as compared to with the UK, and this was done in a population with different baseline characteristics than the population in the UK, so I think all those factors have to come in to play.

I would not extrapolate from a -- from a pharmacy database in Japan whether the people that were approached with that question, which again was a very specific question of people in the UK do you regularly use these drugs on a daily basis over the last four weeks -- and I think that's a very different assessment and a very different way of collecting data for which you can't extrapolate pharmacy records in Japan, and you

can't assess, you know, whether -- you know that does or does not imply that they were long-time users.

What you can say is within that individual study, in particular the Kantor study -- what you can say is within that study, that is an appropriate way to categorize people according to whether they use the drug or not. And that I think is ultimately what's most important in terms of assessing the internal validity of the study.

Q So just focusing on this study and the data that they provide in table 3, we can see that we go from over 100,000 people in the category of 1 to 180 DDDs down to 491 in the category of greater than 730 DDDs.

Do you agree with that?

MS. CANAAN: Objection, form.

A I agree that the number of people with that cumulative dose goes from -- yes, I agree with that statement.

Q Okay.

MR. ROTMAN: You want to take a break, Eva?

MS. CANAAN: Yeah, sounds good.

THE VIDEOGRAPHER: The time is 20:55 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: All right. Stand by to go

back on the record.

We're back on the record. The time is 21:17 UTC.

BY MR. ROTMAN:

Q If you do not have long-term use of a medication in a -- in an observational study, you cannot make any assessment of whether long-term use of that medication increases the risk of disease, correct?

MS. CANAAN: Objection, form.

A So you can look at the study and based on the exposure of interest, in this case Zantac, you can assess whether they have the ability to approximate long-term exposure to the best of their ability with the data at hand.

That could include having actual data on duration of use, and that would be the ideal. But that seldom exists in pharmacoepidemiological studies, so as a result the -- the standard practice would be to look at other measures of intensity of use which capture people as best you can in terms of either -- either duration or length of exposure.

And that would include metrics like number of prescriptions or measures assessed through things like daily defined dose, and -- and that would be important to consider when you're trying to assess whether there

is a potential or an association with -- with long-term use.

In addition, I think you would have to use the data that are available with respect to intensity of use that best approximates long-term use, so even if you don't specifically have data on a quantifiable metric for duration. All right. Let's say the study is not able to specifically specify these people used 9.8 years, et cetera.

But they have the ability to assess, for example, that someone filled, you know, five prescriptions over a period of time, and -- and there is no -- and you can assess the trend in the date that, that gives you a sense as to whether there could be reasonable expectations of seeing a duration analysis.

And as we've discussed with the IARC preamble, you would also want to look at trends where duration data are available, so if you, for example, see that with a group of individuals that you can reasonably anticipate use it for a longer duration, even if it's not, you know, very long duration, five years or 10 years, if you can look within the data and assess that there is no trend that's hinting toward an increased risk with longer duration of use or longer

follow-up, you can be reasonably more assured that there's less likely to be a duration effect.

So although you oftentimes in pharmacoepidemiological studies cannot be definitive about the actual number of years of use for a given individual, you use the data to the best -- the data to the best of your ability to make an approximation of who in the group are more likely to be longer-term users.

And if the trend in that data does not support an association, then you can often make the assessment that additional follow-up is unlikely to show adverse effect.

And that's often the case with pharmacoepidemiological studies, simply because of the fact that they're issued drugs have really been available for a long enough period to make very strong statements about long-term effects. And long-term studies also have problems with -- that are related to other issues where bias can be introduced.

So it's a balance, and, you know, unfortunately very long-term studies where you have longer term follow-up, you have to consider as a counterbalance to those studies the fact that there is higher rates of other biases that could enter into the study.

So you weigh that as well, so it is important

to look at trends and data where trends exist, look at the most heavily exposed groups if you can within a given study and, again, view a single study within the context of the totality of the evidence.

MR. ROTMAN: Putting the exhibit back up, please.

BY MR. ROTMAN:

Q On the right-hand column of this page, which is in the "discussion" section, about halfway down it's in -- where it says "whether an even higher cumulative dose of ranitidine/nizatidine is associated with an increased risk of cancer remains unknown."

Do you see where I'm reading?

A I do see that.

Q "Mainly because of limited sample size and statistical power.

"One possible explanation of the lack of association in the current study may be that few people were exposed to a high enough level of NDMA to increase the risk of cancer."

Did I read that correctly?

A Yes, you did.

Q And do you agree with the authors and investigators of this study -- with the statement I just read?

A Well, the statement you have just read I think very clearly states one possible explanation would be that there was a smaller number of people in that high -- high level group, the largest category of DDD. I think that that is unlikely as the explanation, as I think we discussed before when we talked about power.

The power is also dependent on whether a true association exists, and I think what has to be considered in this case is that there is no trend toward increased risk with linearly increasing categories of daily defined dose.

So the absence of that trend leads me to believe that that is a more likely explanation, that there is no causation more so than the fact that there is a lack of power.

And I also state that within the context -- again of the fact that other data sources, collecting data in different populations, using different methodologies also have similarly not shown trends toward increasing risk with longer duration of use.

So this is a possible explanation, but it's not a likely explanation.

Q Well, if you -- if you need four years of daily ranitidine use to cause cancer, then you -- you don't have enough people in this study according to the

authors of this study to assess that risk, do you?

MS. CANAAN: Objection, form, assumes facts not in evidence.

A First of all, I don't -- I'm not aware of any data that would suggest the minimum level of exposure -- duration of exposure, excuse me, would be four years. There's simply not that kind of data available.

So as a result what we have to rely on is the human studies and the evidence at hand which has evaluated varying durations of use or varying intensity of use. And within categories, for example, of individuals that have been followed for a longer period of time or individuals that have more prescriptions or individuals in the highest DDD, those are the categories where you are more likely to see individuals that have had longer term use, perhaps even longer than four years.

And so that would be where you would potentially pick up any sort of signal. And I think that that's something that we also have to consider when we look at all of these studies is that the categories that are selected to define intensity of use are relatively broad, and those highest dose categories or the highest intensity users are a spectrum which is likely to include some individuals that are very

long-term users, on the order of many, many years, because I know those types of individuals exist in the population because in clinical practice, we see patients who are on Zantac or H2 blockers for -- for decades.

And so those individuals are captured or have to be captured in one of those categories, and that would be in the high dose category. So if there was any signal of any kind of cancer risk, it would be in those categories.

So you would not expect that your risk estimates would decline in those higher dosed categories or higher duration categories as they do in multiple studies that I reviewed. You would expect that they should see some increase in risk.

So that trend I think is really critical to assess the data. And you have to be willing to acknowledge that there are no perfect observational epidemiological studies. We would love to be able to use data where each individual is carefully characterized for number of years of use, and we could be reasonably assured that those people did that.

But that is not a -- a reasonable expectation because, you know, we're not conducting a clinical trial. We're conducting how the drug was used in -- in general every day use. And that every day use I think

includes long-term -- many long-term users in that high dose category, that higher intensity category, and again there's simply no signal there.

So the again operating question is if Zantac, in its usual form and usual use in a given population, were to cause cancer, we would expect to see across studies a signal in that group that's been maximally exposed by any metric, be it duration of use, number of prescriptions, DDD, dose, et cetera. Those are all different measures that you would expect to see trends toward increasing risk, and if anything, you see trends towards decreasing risk.

So taken together, these disparate sources of evidence with disparate exposure assessments have really solidified my impression that there is no causal association between Zantac and cancer, and studies that suggest there may be one are largely showing these associations because of significant biases, including protopathic bias, confounding by indication, classic biases that come into analyses like these.

MR. ROTMAN: Can you take down this exhibit and please put up the exhibit -- Dr. Chan's report, 687, and take it to page 44.

BY MR. ROTMAN:

Q So this is part of your discussion about that

Iwagami study, and you are reporting in the paragraph I have some highlights on the -- as you state "ranitidine/nizatidine did not have an increased risk of all cancers, breast cancer, colorectal cancer or gastric cancer."

Do you see that?

A Yes, I see that.

Q And for gastric cancer, your adjusted hazard ratio was 1.09, and the results were not statistically significant, right?

A Yes.

Q And the lower bound of the confidence interval is 96, and the upper bound was 1.24, right?

A Yes.

Q You agree that 1.09 is above 1, right?

A Yes, it is.

Q And 1.09, if the -- if the result was statistically significant, that would be -- that would be a statistically significant increase in risk, right?

A I think that the statistical significance is largely based on P-values and not based on confidence intervals, so, you know, the confidence interval largely reflects the P-value to define significance of .05.

So I -- I think you have to I think specify first a priori what the study was using to determine

whether something was statistically significant, and that would vary from study to study.

I don't recall in this study whether their primary hypothesis was all cancer, and if it was, then I think the other point to make is not just look at the confidence interval, but whether that P-value has been appropriately modified or adjusted for in terms of multiple comparisons.

Q Well, why are you saying that this result is not statistically significant?

MS. CANAAN: Which result? I'm sorry.

MR. ROTMAN: The 1.09.

A Well, I'm looking at this. I'm just saying that I think it's -- it's -- it's hard for me to be definitive based upon my recollection of the study whether the P-value was .05, but assuming it was even, if you use .05 as the P-value, the confidence interval would suggest that it is an association that -- with a P-value greater than .05.

So that would be my basis for saying there was no statistically significant association here between ranitidine and nizatidine and gastric cancer.

Q Does that mean when you -- when you have a result like that, does that mean that you disregard this as a result of a point estimate above 1?

MS. CANAAN: Objection, form and vague.

BY MR. ROTMAN:

Q Let me ask it this way. If you were looking at a number of different studies with results for ranitidine and gastric cancer and some of them were showing a statistically significant increase in risk, this one not statistically significant -- would this be considered lack of an effect? Would this be considered -- would you disregard this result in considering consistency?

MS. CANAAN: Objection, form, vague.

A I don't disregard any results from studies. I -- I would look at this result in the context of a specific study. Statistical significance is a important metric by which epidemiologists may consider the potential -- potential causality of an exposure outcome relationship, but it is not the only metric.

And there are many other metrics that have to be considered, including how the study was done, whether that adjusted hazard ratio incorporates or is -- is able to account for potential biases, like confounding who the comparator group is that leads to that hazard ratio.

All of that I think has to be considered when a clinician or a scientist is assessing hazard ratio. I don't think anybody would just disregard the hazard

ratio simply because the confidence interval was .96 to 1.24. I think that would be irresponsible. I think you have to incorporate all of the other potential issues related to how that hazard ratio was generated.

And based on that, you can assign value to this hazard ratio and whether a -- whether it informs the evidence base based on the prior studies, and this particular result will also inform how you consider future studies.

So it adds to the body of evidence, and so I think any analysis, any hazard ratio potentially has value and is potentially informative. And that would include results that are not statistically significant as well as results that are.

So all of that I think is something that should be incorporated in any assessment of whether a study should be regarded. And in my view, unless they're really clear issues with the study's design or methodology, if it's appropriately contextualized, there is value from results of various analyses, particularly if there is a limited amount of data addressing a specific question.

And in the case here where you're really trying to assess a very important public health question, Is Zantac associated with cancer, it's important to

consider the sources of the data you have available and make sure that they are maximized to the greatest possible extent to inform your decision.

Q Now, are there any circumstances under which you would interpret the adjusted hazard ratio of 1.09 that we've been discussing as an increase in risk?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q 1.09 with the confidence intervals listed here?

A I would say that there are pos- -- certainly -- certainly possible depending on again the study and depending on the specific hypothesis whether -- there's a lot of nuance in that question.

I think, number 1, it depends on the hypothesis and whether the hazard ratio is generated from a analysis in which there is a primary hypothesis versus whether the hazard ratio is generated as a secondary analysis in support of a primary analysis.

And so if the hazard ratio is directionally consistent with, for example, a primary analysis in which the study was appropriately powered and the study was done to test a specific question, then that analysis and that hazard ratio could be interpreted as lending support to the primary analysis.

It also may be that a study with a hazard ratio

like 1.09, which is not statistically significant, may be important to consider if it is in keeping with other studies and other studies which would support an association and may be easily interpreted as showing an association, even if the confidence intervals are as they are.

So again, statistical significance is only one component of whether we view a hazard ratio as having importance or not, and so it would have to really depend on the specific study as to whether or not I would regard this as being significant -- clinically significant I would say, and again there's a very big distinction between clinical significance and statistical significance.

Q So -- but in this -- in this report with respect to the Iwagami study, you described the result of 1.09 with those confidence interval listed for gastric cancer as no increase in risk, right?

A I would say I made that assessment because I also reviewed, as I state later in my report, numerous sensitivity analysis where that association held up even in secondary analyses where different assumptions were made to test the robustness of the findings, and also based on the table there, which, you know, I think -- again although that is for overall cancer, it again does

not hint at any association with increasing dose.

And within pharmacoepidemiology, we would like to see ideally dose relationships. Durational relationships are analyses showing intensity of exposure leading to greater risk to help interpret our primary -- any primary hazard ratio or other hazard ratios that are presented in the study.

So my assessment of that hazard ratio, that 1.09, is taken in the context of other results presented in the study as well as, you know, my review of other literature.

Q So where can you point me in the medical literature that -- that -- that supports that you would use the standards that you've just described for interpreting a hazard ratio and confidence intervals, in some instances as an increase in risk and in some instances as no increase in risk?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q Let me ask it this way. Can you point me to any epidemiological literature that supports that the 1.09 hazard ratio -- strike that.

Can you point me to any epidemiological literature that supports that the result that we've just been discussing can be interpreted as an increase in

risk under some circumstances and not an increase in risk under other circumstances?

MS. CANAAN: Objection, form, vague.

A I think there's two -- there's two scenarios there that you're asking me to point to.

The first, and I'll -- and let me disentangle that. So the first scenario being can I point to you a study in which there is a statement made by an author or an investigator that a hazard ratio of 1.09 should be interpreted as potentially showing an increased risk.

And I would say that's -- that sort of study likely exists in the literature. Can I name the specific reference off the top of my head? No. But I'm sure that those studies exist because that's a -- a way for investigators to frame their results, particularly if a hazard ratio like 1.09 that is not statistically significant supports a analysis in which there is a statistically significant result and the secondary analysis is being done to test the robustness of the original finding.

And this is an approach that many epidemiologists take. As an epidemiologist that's done this work, I would say within my own list of studies that I provided and -- and the exhibit, I'm sure that there are studies in that reference list with -- which

would reflect that because it is something that is commonly done within our field.

I can't name or specify the specific study off the top of my head simply because, you know, there's over 500 references on my CV, and I can't recall which of those would potentially be able to show that, nor can I actually off the top of my head think of a epi study that's been published recently that -- that's done that, but I can tell you that that would certainly not be something that's uncommon, particularly if it's done in a way that is contextualized and nuanced.

I think the other way -- I think you added a question there about the opposite being true, and certainly you can find studies where someone will show a hazard ratio of 1.9 that's not statistically significant and declare there's no association, and that's I would say very commonplace.

So I think both can be true. Again it's very study dependent, and I will have to come back to you and provide you specific references, but I think those are very common circumstances in the literature.

Q Okay.

MR. ROTMAN: Let's take this one down, and let's put up -- give me a second, please -- the Babic exhibit, please.

THE EVIDENCE TECHNICIAN: This will be Exhibit 6696.

(Exhibit 6696 was marked for identification.)

BY MR. ROTMAN:

Q Doctor, this is a study where you were a coauthor, right?

A Yes.

Q And the subject matter of the study was "Acid Suppressive Medications and the Risk of Colorectal Cancer," right?

A Correct.

Q And what you state at the beginning of the paper is that, "acid suppressive medications, including proton pump inhibitors and histamine type 2 receptor antagonists, are among the most widely used medications in the United States."

Right?

A Yes.

Q And you believe that's true?

A Yes.

Q And you indicated also that there were -- in the paragraph I've highlighted below that some concerns raised about whether long-term use of these medications leads to elevated levels of gastrin which induces proliferation of colorectal epithelium and colon adenoma

progression in animal models, right?

A Yes.

Q And you considered in this paper the fact that there's a biological link, right, a potential biological link?

MS. CANAAN: Objection, form.

A Well, what we stated in the paper was that there was a body of evidence from experimental information, animal models and cell lines as specified in that paragraph that suggested that the -- these drugs could increase gastrin levels, and the gastrin levels could in turn be associated with the development of colorectal cancer.

So that was the question we wanted to address was, Is this potential mechanism that is operational potentially in animals something that would be potentially be operational in humans.

Q And in this study you -- if you could go to the next page, you -- and I'm on the page that has the "methods" section. Are you there?

A I'm there.

Q You have in the right-hand column said that you were able to validate the diagnosis with medical records and pathology reports, right?

A Yes.

Q And if you could go to the page at the beginning of the discussion section, you state in the highlighted part of the discussion on the left-hand column that you used "several approaches with varying latency periods between medication use and colorectal cancer diagnosis." Right? Yes?

A Yes.

Q And you state in the right-hand column that you "found no association with persistent use or longer duration use."

Right?

A Yes.

Q So in this study, looking at longer duration use was important, right?

MS. CANAAN: Objection, form.

A Well, as I have suggested from the review of the other studies that we've looked at, we want to be able to capture, as best we can, intensity and use by any metrics that are available to us.

And in this particular study, one metric of -- of use was duration of use with the idea that long duration users are more heavily exposed, and so that's an important group to look at. In addition to looking at other subgroups, I'm looking at the primary analysis, which would be the H2 blocker analysis or the PPI

analysis.
Q And you note on page 6 -- if you could go to page 6 -- that "colorectal cancer has a long latency period of 10 or more years, and a long latency period was required to observe the protective effect of aspirin in prospective cohort studies."
Right?
A Yes.
Q And so you wrote further down in this same column, overall -- you wrote, "Furthermore, overall duration of follow-up in our study was up to 26 years: Which was more than other studies, right?
A Yes.
Q You didn't have follow-up of anything over 14 years in any of the ranitidine studies that you looked at, right?
MS. CANAAN: Objection, form.
A Well, I would say that I'll have to go and review whether the studies in the ranitidine literature had a range of -- of duration, so within some of the high duration or high -- high intensity categories, there's certainly a possibility that follow-up in some of those individuals could have been as long as 26 years.
The statement that was provided in this

paragraph here is based upon the duration of follow-up of the longest term users, which is by no means the -- the majority of the cohort. So I think as in the other studies that we looked at, we've assessed intensity of exposure. Our duration according to categories, and within our high -- high duration category, some of those people did use for as long as 26 years.

So I can't exclude the possibility that in some of the ranitidine studies that I reviewed, there might have been some individuals in those studies that were also exposed for long durations because I don't think that data was provided, especially in studies which relied on -- on pharmacy databases where I don't believe there was a range provided in terms of the duration of follow-up in the high prescription dose category.

MR. ROTMAN: Let's take a long at the Zang -- I'm sorry, the Kwon study the Kwon, and this is going to be number?

THE EVIDENCE TECHNICIAN: 6697.

(Exhibit 6697 was marked for identification.)

BY MR. ROTMAN:

Q This was a study that -- where you were a coauthor?

MS. CANAAN: We -- we don't -- I'm sorry, Steve, we don't have it yet.

A Okay.
Q In this study you were looking at aspirin use in gastric cancer risk, right?
A Yes.
Q And you were one of the coauthors, right?
A Yes.
Q And in the first paragraph of the abstract you identify 34 years of follow-up, right?
A That's the maximum follow-up.
Q And you assessed frequency of use of aspirin based upon number of times per week, right?
A Correct.
Q Frequency of use of ranitidine was not assessed in the Adami study, right?
MS. CANAAN: Objection, form.
A The metric that was used in the Adami study was number of prescriptions --
Q The --
A Let me finish. The Adami study used number of prescriptions as a metric for exposure to ranitidine. That information was used as a proxy for frequency.
In this particular study which we did, this did not rely on pharmacy databases and was based on a questionnaire in which we defined use according to participants' report of whether they used aspirin two

times or more. And again I think this reflects the differences in the way the studies were designed based upon the way the data were collected.

In the Adami study, the data were collected by using pharmacy databases, which I think is entirely appropriate for a drug like ranitidine.

In the case of aspirin, aspirin is not a drug that's typically prescribed in the U.S. It's a drug that is purchased over-the-counter, so because of that, our methodology relied on this report that was assessed in the questionnaire.

So the methodology is -- is quite different.

And in this study, we again used the best available data to assign aspirin exposure in the same way that Adami used prescriptions to assign ranitidine exposure using the best available data that they had from their study.

Q In this -- in this paper you wrote on the second right-hand column of your introduction on the first page, that the benefit appeared after at least 10 years of use and was maximized at higher doses, right?

A Yes.

Q So dose mattered and duration mattered in this study in terms of the relationship between medication

use and cancer, right?

A In this particular study, we saw an association of regular aspirin use with cancer risk that was dependent on dose and duration, but that is not always the case. And I think it's also interpreted within the context of the primary analysis.

In this study we saw an association of regular aspirin use with cancer risk when we approached the aspirin as a binary categorical variable, which did not incorporate either duration or dose.

So as you can see in the abstract on the left side -- in the portion of the abstract which you didn't highlight, you can see there our statement, "among women, regular aspirin use was significantly associated with lower risk of gastric adenocarcinoma, relative risk of 0.252, with a confidence interval being 03.37 to 0.73."

So that is a statistically significant finding, and that was our primary hypothesis, which then led us to do a secondary analysis in which we wanted to examine other indicators of more intense aspirin use which included duration and dose to see if those analyses supported the primary analysis.

And those analyses did support the primary analysis in showing that the association was greater

among those people with more intense exposure, which allows us to conclude that there is a more likely causal association between aspirin use and lower gastric cancer risk.

So this is a clear example of where we used secondary analyses to support a primary analysis and interpreted -- interpreted as such. And it is evidence where these additional analyses should be considered by the reader to address the overall question, Does aspirin protect against gastric cancer.

And based upon the primary analysis and the secondary analyses, our belief is that this does support that association being causal. If we had found a different result in which only the primary analysis showed an association but the secondary analysis did not, we would be much more cautious in our interpretation.

And on the flipside, if the primary analysis had shown an association but only the secondary analysis showed an association, we would also be similarly cautious.

So I think you have to view the totality of the evidence together, and that's exactly how we should view studies like Adami where we have to look at the primary analysis and secondary analysis to come to our

conclusions.

MR. ROTMAN: Move to strike the nonresponsive portion of the answer.

BY MR. ROTMAN:

Q Going to the next page 266, here under "materials and methods," you indicate that you used "a validated semiquantitative food frequency questionnaire" in this study, right?

A Yes.

Q And in the right-hand column where I've highlighted, you indicate that you've confirmed outcomes using medical records and pathology reports, correct?

A Correct.

Q And can you identify any of the ranitidine studies that confirmed outcomes using medical records and pathology reports?

A The design of this study was, again, very different from the studies that were done for the ranitidine question. In this study, because we did not link our cohort to cancer registries or rely on ICD-9 codes nor did we have access to their electronic health records, we had no way of knowing whether these individuals developed cancer except by asking them the question did you develop cancer, or by reviewing their autopsy reports.

And it would be standard epidemiological practice for a study of this design to review pathology reports and connect their -- their participants to either pathology reports and/or cancer registries to ascertain whether someone was diagnosed with gastric cancer.

In contrast, a study which uses electronic health record data like Adami or Norgaard, those studies rely on clinical diagnoses of cancer in which there is a reasonable expectation that a clinician can make an accurate diagnosis of cancer. We don't feel that that's likely to be true for a person's self-reported cancer.

So as a result, we felt it was important to review pathology reports and medical records in our study because we didn't have access to their electronic health records, whereas Adami or Norgaard all had access to electronic health records and were also able to identify whether they developed cancer or not.

MR. ROTMAN: Move to strike as nonresponsive.

BY MR. ROTMAN:

Q I wasn't asking for a justification or a rationale or an explanation. I was asking if you can identify any of the ranitidine studies that used medical records or pathology reports to confirm the cancer diagnoses.

A I would say within the context of dose studies, the clinicians who made those diagnoses and the electronic health record presumably relied on pathology reports and medical records to make those diagnoses. I think that is a accurate assumption.

So from my vantage point in reviewing those studies, I was confident that they had some pathologic confirmation of the diagnosis. It wasn't done necessarily by the investigators as it was done in our study, but it was done by the treating clinician, and that is generally accepted with pharmacoepidemiology studies which rely on ICD-9 codes for endpoints like cancer.

Q Going to page 269 of this paper, to assess long-term use, you summarize in table 4 that you were able to look at duration of aspirin use in years, going up to over 10 years, right?

A Yes.

Q And you also had categories of use which included never use, less than five years of use, five years to 10 years of use and greater than 10, right?

A Yes.

Q And if you're doing an analysis where you're comparing for dose response purposes different durations of use of a medication comparing 10 years of use to five

years of use would be more informative than comparing 10 prescriptions of use to five prescriptions of use, correct?

MS. CANAAN: Objection, form.

A I'm not sure what you mean by "more informative." I think -- I think what you want to be able to assess is where you are expecting your most highly exposed individuals, what category you expect those most highly exposed individuals to be in, and compare that group with a group that you feel has the lowest level of exposure.

So I'm not sure that there's much value in comparing the high risk exposed group with a moderately exposed group except in the context of doing a trend analysis or something akin to that, which is something that -- that -- that you can assess by looking at the hazard ratios and assessing whether the hazard ratios go up or go down in relationship to the comparison of that exposed group with the referenced group.

Q In -- in this paper, you did an analysis of biological plausibility, right?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q I'm looking at page 270 where -- where I highlighted "our findings are biologically plausible."

Do you see that?

A Yes.

Q And then you go on and explain, correct?

A Yes.

Q And that was an assessment, biological plausibility that you did not undertake in your report in this case, right?

MS. CANAAN: Objection, form.

A That's not an accurate statement. I -- I -- when I look at biological plausibility within the context of conducting a epidemiological study, I survey the literature and assess whether there are biological data to support a potential exposure outcome relationship that we've seen in a human study, and that was appropriately what we did in this study was we examined the experimental literature to see if there was support for our findings in our epidemiological study.

Within the context of this study, that did not mean that we did an exhaustive systematic review of all the experimental data. We looked at a very high level at whether data were available that would support what we saw in the human study.

And I took the very same approach with my expert report in which I did not do an exhaustive search of every single animal study relating ranitidine,

Zantac, NDMA, diet, whatever you want to say as your exposure of interest, with every single cancer in -- in -- and every single dose and every single model, either rodent, primate, cell line. That was beyond the scope of what I was capable of doing, and that was not my task.

What I did do was have a -- I believed a strong biological understanding of -- or strong understanding of the biological data that was the subject of the concern raised regarding a potential association between ranitidine and cancer as put forth by other individuals that have done that review, including WHO, EPA, other groups where they assembled experts to go through that literature.

I read those reports, and I came to understand what the biological data were that raised this concern because clearly there was this data that existed, and based on my review of those evidence indices, the data are limited to suggest that what you see in an animal would be extrapolated to a human, largely because the data are limited to certain cancer sites and limited to only very high doses of in this case NDMA, but certainly no data exists for something like Zantac.

So that's the context in which I considered biological plausibility. And that's entirely in keeping

with standard practice. No epidemiologists would be able to be an expert at -- and review every single experimental studied before they do a human epidemiological study or before they review a human epidemiological study.

It's just not reasonable or expected, but it's important to have the context in which that data exists and an understanding of where that data are, so you can also incorporate that into your thinking about whether a finding that you are able to produce from an epidemiological study where it's helpful for you to be able to interpret another person's study in the right context.

So I will be the first to admit I am not an expert in toxicology or animal studies, but I have sufficient scientific background and expertise to critically evaluate that data in a complementary fashion with the very detailed survey I did of the human data, which with the task at hand.

Q So if I looked in your report, will I find anywhere where you say, Our findings -- sorry, the -- the -- there is a biologically plausible link between NDMA and human cancer?

A I would have to look at my report. Let me take a look.

Q While you're looking, I'm going to step away for a second.
Are you ready?
A Yes. So I would refer to page 141 of my report.
Q Okay.
A I don't know if you want to pull that up as an exhibit or not.
Q What's it say that -- where you assess biological plausibility on page 141?
A You just want me to read it?
Q Well --
A I would say I stated quite clearly on page 141 that I considered this evidence by stating, "my opinion is also consistent with the conclusions of U.S. and international regulatory agencies as no agency has classified NDMA as a known human carcinogen. The International Agency for Research on Cancer has judged the evidence supporting NDMA 'as probably carcinogenic to humans' (Group 2A), rather than 'carcinogenic to humans' (Group 1), since it is based only on experiments which use high doses in animals.
"The last IARC report that reviewed the evidence on NDMA in humans in 1978 deemed that 'no case reports or epidemiological studies were available to the

working group. Available evidence on occurrence suggests that the general population may be exposed to low levels of NDMA.' The U.S. National Toxicology Program (NTP) in 2021 similarly deemed that NDMA was 'only reasonably anticipated to be human carcinogen' which was 'based on sufficient evidence of car sin again miss at this from studies in experimental animals.'

And I further state below that, "the U.S. EPA has classified NDMA as a 'probable human carcinogen' (Group B2) based on experimental animal studies, and not a "human carcinogen" (Group A) since there is insufficient evidence form human epidemiology studies."

So -- and these are also referenced in my report and in the references considered.

So based on my detail review of those reports which provide a summary of the experimental data, I think there is very -- a very reasonable basis for me to make an assessment of biological plausibility of the human studies.

Q Do you have an opinion about whether it's biologically plausible for NDMA to cause cancer in humans?

A I would say based on the review of the epidemiological studies, there is no biological plausibility to human -- the human association which is

the task that I was offered.

I did not really attempt in any way in my report to provide an assessment of the animal studies or the experimental studies. I relied on other experts to do that, including the experts that are cited within this report.

And it's this level of information that I would need to be able to interpret the human studies, and based upon my review of the human studies, I would concur with what's been stated already here, that neither the EPA, WHO or the NPT has been able to assess that there is human evidence that NDMA is a human carcinogen. That simply does not -- that evidence does not exist.

MS. CANAAN: Steve, maybe we take a five-minute break now, and maybe you can tell me how much longer you've got you think.

MR. ROTMAN: I'm not ready. Let's finish with this -- with this paper.

MS. CANAAN: Okay.

MR. ROTMAN: But I'm almost done with it.

BY MR. ROTMAN:

Q So you concluded in this paper that it was a strength of your study that you were able to have information for dose duration and consistency of aspirin

use, right?

A Yes.

Q And with respect to biological plausibility, although the World Health Organization has determined that it's a probable human carcinogen, you're saying that in your view it's not biologically plausible; is that right?

MS. CANAAN: Objection, form. Misstates the doctor's testimony.

A So I think that the -- what's important here is the terminology that we used. WHO and IARC, again based upon my review of their report and based on my knowledge having participated in their review process for cancer prevention agents -- their assessment of whether something is considered probable is based upon the level of evidence.

So based upon the fact that there are animal studies, they have labeled -- the WHO specifically labeled that there is a probable carcinogenic potential to humans. But that nomenclature and that categorization specifically states that there is no evidence to show that there's a carci- -- it's carcinogenic in humans.

So it fails to meet that standard of being a Group 1 carcinogen, for which many other compounds do

reach that level of, for example, benzene is a Group 1 carcinogen.

So I would state that it being a Group 2A carcinogen, meaning probable carcinogenic, only implies that the evidence is limited to animals, which means that there needs to be a critical assessment of the human data to be able to come up with that opinion.

And an assessment of the human data includes the relevant question as to whether there's biological plausibility based on human data, and that includes an assessment of things like dose, duration, intensity of use.

And if you were to expect that biologically plausible associations would be found in human data, you would expect that those associations would be borne out by your high intensity users and not simply in individuals that use the drug for very brief periods of time in which there's high potential again for confounding by indication of protopathic bias.

So those are all pieces of evidence from the human studies that do not support a biologically plausible link.

MR. ROTMAN: Do you want to take a break now, Eva?

MS. CANAAN: Sounds good.

MR. ROTMAN: Okay.

THE VIDEOGRAPHER: The time is 2:26 -- I'm sorry, 22:26 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

MS. CANAAN: Steve, you were going to tell me how long you might have.

MR. ROTMAN: Yeah, probably around two hours.

MS. CANAAN: Really?

MR. ROTMAN: Yeah.

THE VIDEOGRAPHER: And, Deanne, you're back with us, and John as well?

THE COURT REPORTER: I'm back.

THE VIDEOGRAPHER: Okay. Great. Stand by to go back on the record.

We're back on the record. The time is 22:40 UTC.

BY MR. ROTMAN:

Q Let's go to Exhibit 687, and go to page 118.

Dr. Chan, in -- on this part of your report, you're talking about nondifferential misclassification in circumstances where there's what you call polychotomous categorization, for example, quintiles, right?

A Yes.
Q And your point here is that nondifferential misclassification, which normally will bias towards the null, that there's an exception where you have tertiles and quartiles and quintiles, correct?
A Or other categories -- categories. By "polychotomous," I mean multiple categories, not just binary 1 and 2.
Q And you will refer -- and the -- and a number of the dietary studies use those kinds of variables, right?
A Yes, that's correct.
Q And so it -- it's my understanding that your position here is that -- your opinion is that when you have those exposure groupings, that nondifferential misclassification may not bias to the null; is that right?
A Yes.
Q Now, you have done a number of your own studies where you were coauthor -- you had other people working -- other people working as well.
A Yes.
Q But you've done your own diet studies where you had tertiles and quartiles, right?
A Yes.

MR. ROTMAN: So let's put up the Bernstein paper. And let's make that Exhibit 6698.

(Exhibit 6698 was marked for identification.)

BY MR. ROTMAN:

Q You're a coauthor on this paper, right?

A Yes.

Q And this was a study of processed meat and colon cancer, right?

A Yes.

Q And table 1 provides different categories of servings, right, less than three a week, greater than five a week, greater than two a day, right?

A Yes.

Q And in table 2, if you look at the footnote where I have highlighted table 2, you're referring to quintiles, right?

A That's correct.

Q And you found on table -- I'm sorry, page 10, you wrote that "a high intake of processed red meat was associated with an increased risk of distal colon cancer."

Right?

A Yes.

Q Even though the results were not statistically significant, right?

A I have to look at the other -- let me look at the results section that precedes that for a moment.

Q I'll withdrawal the question. I'll withdrawal the question.

Even though the confidence interval included 1, right?

MS. CANAAN: Is that a question?

A Yes. Is that a question?

Q Yes. The confidence interval included 1, right?

MS. CANAAN: Which confidence? I'm sorry. Oh, okay.

MR. ROTMAN: On the page -- on the same page we were on.

BY MR. ROTMAN:

Q Red meat and processed meat, 1.41 hazard ratio associated with an increased risk of distal colon cancer, confidence interval includes 1, right?

MS. CANAAN: Form.

A That is an accurate statement because it is associated by looking at the effect estimate, but I did not state and the authors did not state that this was statistically significant.

So it's not statistically significant, but it is in support of some of the original primary analysis,

which is why I was looking at the rest of the results section because this was a sensitivity analysis, and as a sensitivity analysis we looked at this result in the context of what's being done in the primary analysis.

Q Okay.

MR. ROTMAN: Can you scroll down to page 12 of 16? Right.

BY MR. ROTMAN:

Q So you wrote that "colorectal cancer likely develops over decades," right?

A Yes.

Q And you believe that's accurate, right?

A I -- I think that is a hypothesis that's been supported by various studies, so I think it's likely to be true, but I -- I can't be conclusive about that, which is why it's qualified as likely.

Q Is the same true of pancreatic cancer, develops over decades?

A I would say that is less clear. The reason being with colorectal cancer, one of the major advantages we have with colorectal cancer is that there is a clear neoplastic or precancerous lesion, specifically the colorectal polyp.

So because of that, we are much more able to characterize the natural history of colorectal cancer

based upon studies which have been done that look at how long it takes for someone with a normal colon to develop polyps and how long it takes for those polyps to become cancer.

And that's also been something that's been corroborated by a series of -- of molecular studies that have been led by pioneering work by Bert Vogelstein at Johns Hopkins.

And so colorectal cancer is considered one of the major examples where we have a very clear understanding of the natural history of colorectal cancer, which allows us to provide a more firm estimate about the potential latency period by which those cancers develop.

Q And what is it?

A We believe it's five to 10 years at least. In some individuals it could be up to 10 years and --

Q What --

MS. CANAAN: Wait, wait.

A Let me finish. Because the polyps we know take about five years to develop into cancer, so the latency period for colorectal cancer is well defined.

In contrast, there is no clear premalignant lesion pancreatic cancer. There has not been a similar ability to define the natural history of pancreatic

history.

And in clinical care, what we know is that the vast majority of patients unfortunately present with colorectal cancer in advanced stage, so there has not been the ability for us to define the natural history of when someone goes from a normal pancreas to the development of cancer. It could be a relatively short duration. It could be a long duration. It's -- it's not as defined as colorectal cancer is.

So I think it's likely to take more than a few years but whether it takes 10 years, I don't think anybody knows. And I think it's likely that it takes, you know, some period of time, but that's definitely longer than -- than two to four years, but it may not be as long as 10 years.

Q How about bladder cancer?

A Similarly I think we -- we don't know the natural history of bladder cancer. At least it's not as well defined to my knowledge. I am a gastroenterology, so my expertise is really in gastrointestinal cancers.

So I would speak to that, and based on my understanding of bladder cancer from epidemiology studies, I don't know that anyone else has defined the history of bladder cancer.

Q Is this study that we're talking about here,

the Bernstein study, one where there was polychotomous exposures?

A Well, we did look at exposures in categories, yes. It was in quintiles and/or in servings, so it was in multiple categories, yes.

Q And when --

MR. ROTMAN: If you could go to 12 of 16, a little bit below, we were on at that page now.

BY MR. ROTMAN:

Q You wrote random error that -- "that occurs would likely lead to an underestimation of the true association between exposures and outcome," right?

A Yes.

Q You didn't say anything about any exceptions for polychotomous exposures here, did you?

MS. CANAAN: Objection, form.

A Well, the statement that I'm making -- that's made in this manuscript is about random error. Random error is not the same thing as misclassification of exposure, which is what I discussed in my report. Random error refers to how we measure an exposure and whether that exposure measurement has a source of random error.

In the case of -- of dietary studies, the random error could be in our ability to approximate the

level of, for example, fat in red meat. And that random error is likely to be something that affects all categories of red meat, so if it affects all categories of red meat, then it is more likely, as we state here, to lead to an underestimation of a true association.

In the class of misclassification bias, the specific concern there is that you're putting people in incorrect categories, and if you put people in incorrect categories, as was shown in the study that I was referenced in the report, there is a possibility that that placement of people in incorrect categories could lead to an exaggerating effect estimate as opposed to underestimating an association.

So that's very different than random error, so random error is leading likely to underestimation of the association because random error is expected to affect potentially all the categories equally, and when you have error that affects all the categories equally, it is more likely than not to underestimate the true association. So the statement in this paper is true, and the statement in my report is true.

Q Is the -- is random error the same thing as nondifferential misclassification?

A No.

Q How is it different?

A Nondifferential misclassification implies that there is an incorrect classification of a person into an exposure category. So it is a type of bias that's distinct from random error, which is a result of imprecise measurement of an exposure, in this case an imprecise measurement of diet.

And if that random error is truly random and occurs across all the participants in a study, it would not be expected to differentially classify people into categories or mis- -- or nondifferentially classify people into different categories than they started in. So it's -- it's a distinct concept.

MR. ROTMAN: Let's put up -- take this one down and put up exhibit N-G-U-Y-E-N as the next Exhibit 6699. No, the other one. No, I'm sorry, put up the -- the long -- wait. I'm looking for sulphur microbial diet. It's N-G-U-Y-E-N 2012.

THE VIDEOGRAPHER TECHNICIAN: That's the only document in your private folder that's named N-G-U-Y-E-N.

MR. ROTMAN: Okay. I'll email -- I'll email it to you. It's on its way, John.

THE VIDEOGRAPHER TECHNICIAN: Thank you.

MR. ROTMAN: So let's put up the N-I-M-P-T-S-C-H study in the meantime, and we'll

make that 6699.

(Exhibit 6699 was marked for identification.)

BY MR. ROTMAN:

Q You were a coauthor on this study involving dietary patterns during high school and the risk of colorectal cancer, right?

A I believe this study was a colorectal adenoma and not colorectal cancer.

Q Colorectal adenoma, correct. You were a coauthor?

A Yes.

Q And you evaluated, according to the abstract, exposures by quantile, right?

A That's correct.

Q And according to the methods, you used a questionnaire to get information about lifestyle characteristics and medical history, right?

A That's correct.

Q And if you could go to page 2466. There you talk about "misclassification of exposure as likely to be nondifferential which tends to bias the associations towards the null association."

Right?

A Yes.

Q That's the same thing you're talking about in

your report when you were mentioning polychotomous situations being an exception?

MS. CANAAN: Objection, form.

BY MR. ROTMAN:

Q Right?

MS. CANAAN: Objection, form.

A Well, I would say it's -- it's -- there's no hard and fast rule as to the directionality of the bias that's expected with nondifferential or misclassification exposure.

I don't think it's -- it's -- it's inaccurate to state that it tends to -- in most cases it tends to bias associations towards the null, which is what we state in this paper, but that's not always the case. And that's clearly stated in my report that it -- it's not always the case.

There are situations where misclassification of exposure that's nondifferential may not bias toward the null. It may bias towards an association, so I think it really depends on the situation and should be interpreted in the context of the study and I think relates to a lot of other factors, so both statements are true.

Q Now, if we could go back to your report and look at page 34 you -- here you're estimating the

magnitude of a bias from over-the-counter use of the medications of ranitidine and the other acid suppressants in the -- in the ranitidine studies, right?

A Yes.

Q And you're citing to a paper by Yood and others from 2007, right?

A No, I cited Yoon? I don't see that in this section that you've highlighted. Is that on this page? I can look at it on my report, but I'm not in the right place.

Q I'm on page -- oh, I'm sorry. 35, did I say the wrong page number?

A Yeah. You wanted 34.

Q Yeah, okay. So what you say here is you can make an estimate of the impact or the magnitude of the bias by looking at "the overall prevalence of the medication exposure in the OTC population, the proportion of the medication exposure due to OTC use, and the true risk estimate."

Right?

A Yes.

Q Can you cite to any paper that you've published where you did this analysis?

MS. CANAAN: Objection, form.

A I would -- this is relevant in particular to

analyses of prescription data and its association with a specific outcome and particularly relevant for studies in which the data that are collected are from prescription claims data.

I'd have to review the studies that I've been a coauthor on to see whether we've been using prescription claim data in -- but in the vast majority of studies that I've done, my exposure data have been collected from questionnaires as opposed to prescription data where there has been potential to capture those over-the-counter use and prescription use from those questionnaires.

So this type of simulation analysis which was cited in Yood would not be relevant to the studies -- largely the studies I've been participating in. That being said, I think there are certain examples of pharmacoepidemiology studies where the data are based on medications that would be reasonably expected to be only available by prescription use.

And again in those studies, there really would be no rationale for conducting this type of simulation analysis. And those kinds of studies would be I think sufficient to look purely at the prescription data as their source of medication exposure, and that would include medications that are largely available only by

prescription, including things like antibiotics or antihypertensive medications, et cetera.

And so I think the question really depends on the study and the exposure, and so to my knowledge, I've never applied this type of analysis in my own studies because I did not feel they were relevant.

Q And none of the authors of any of the papers that -- that investigated ranitidine and different cancers did this analysis either, right?

MS. CANAAN: Objection, form.

A I believe that this was a approach that was proposed by these authors, Yood, et al., to describe the potential impact of over-the-counter drug use on a risk estimate that's derived from prescription claim data.

I don't believe they were advocating that this be applied specifically by every investigator who does a pharmacoepidemiology study. I do know that among the studies that I reviewed, this was a reference that was cited as being evidence of a lack of likely effect that over-the-counter use would have on ranitidine data derived from prescription data.

So while the investigators of those studies may not have done a formal analysis, I think this is being used appropriately as a reference to support this concept because the type of estimates that are used in

the simulation study in Yood represent a range with -- within which you would be reasonably expected to be captured by the ranitidine studies.

In other words, the ranitidine studies were able to basically show that the proportion of the population that use ranitidine was relatively low. The prevalence of medication exposure by prescription use in the overall population was low, and the proportion of people who use it over-the-counter was relatively low.

So you could extrapolate from the data in the study and apply it to Yood to reach the appropriate conclusion that over-the-counter is unlikely to result in the null results that these studies showed.

Q One of the considerations you list is the overall prevalence of the medication exposure, prescription plus OTC in the population, right?

A Yes.

Q And we looked already at the Babic paper, which was Exhibit 6696, where you stated "acid suppressant medications, including proton pump inhibitors and histamine type 2 receptor antagonists (H2RAs) are among the most widely used medications in the United States."

Do you remember we looked at that?

A Yes.

Q And you agreed with that statement, right?

A Yes.

MR. ROTMAN: Let's put up the Khalili exhibit, and this will be Exhibit 66 -- I'm sorry, 6700.

(Exhibit 6700 was marked for identification.)

BY MR. ROTMAN:

Q And here you say -- this is a paper in which you are a coauthor, right?

A Yes.

Q And here you wrote and it was -- in what year was this paper? 2012.

A Yes.

Q At that time you were an associate professor, right?

A Yes.

Q And you wrote "proton pump inhibitors are among the most commonly used drugs worldwide," right?

A Yes.

Q And "in the United States, PPI use increased dramatically since 2003 after the FDA approved the drugs for over-the-counter use."

Right?

A Yes.

Q And in this study you assessed regular use of PPIs according to -- strike that. Strike that.

MR. ROTMAN: If we could look at table -- I'm

sorry, table 3.
BY MR. ROTMAN:
Q And here we have number of years of regular PPI use, right?
A Yes.
Q And it's divided into categories of 0, 2, 4 and 6 to 8, right?
A Correct.
Q So you were able to get information about PPI use in terms of -- as far as out as eight years, right?
A Yes.
MR. ROTMAN: And if you could go to page 4 of 13.
BY MR. ROTMAN:
Q You wrote about your study having some limitations, and one of the limitations was not being able to get information about PPI use before the year 2000, right?
A Yes.
Q Why is that a limitation?
A Well, you know, I think we would like to be able to, first of all, assess more precisely duration of use by trying to quantify the duration from the outset of -- of the baseline assessment.
So the duration of PPI use that we have

provided in the table is an estimate of duration based on the questionnaire data that was available from 2000, so the duration of PPI use may have been longer in some individuals.

Q Would you agree that any misclassification of PPI use before 2000 would be expected to attenuate the risk estimates?

A Well, there's two areas that this I think would be relevant. First, I think the main analysis that we conducted here was to look at regular use of PPI compared with nonuse, so our feeling that we misclassified PPI users and the direction of that bias would be expected to attenuate a risk assessment because that is a binary exposure.

So in general if you misclassify PP- -- nonusers as PPI users and vice versa, that would definitely tend to bias your risk estimates towards null attenuate any associations, and that was the primary analysis.

The analysis looking at duration categories was a secondary analysis. That duration analysis had two components. It had a component where we looked at categories of duration, and then also had a component which included a linear assessment which is keeper trend. And that keeper trend remained significant and

was supportive of the primary hypothesis.

So it would be reasonable to expect that that analysis was supportive of our primary analysis and allowed us to reach the conclusions that we reached.

Q Now, further on down this page you wrote that you did not have specific information on the type of -- or brand of PPI and the doses used.

And then you went on and said hetero -- "heterogeneity in risk associated with PPI type of dose would tend to bias our results toward the null."

Right?

A Yes, that's correct.

Q And in the ranitidine studies, they also didn't have specifics on brands in -- in the studies that just labeled according to PPI use, correct?

MS. CANAAN: Objection, form.

A Well, the studies that I weighted on strongly were studies on ranitidine, so that was a very specific -- specific type of H2 blocker, which was what was most relevant in terms of exposure.

So we -- we would be very cautious about interpreting H2 blockers as a group because if there was heterogeneity within that grouping, that could definitely blunt potential associations.

So for example, if we look at H2 blockers as a

group and want to make the assessment of whether ranitidine causes cancer, H2 blocker studies would be less informative because misclassification of that H2 blocker group, it could -- it's not so much a misclassification as inaccurate information about the type of P- -- of H2 blocker in that group would be a limitation because you cannot extrapolate from the entire group of H2 blockers and their risk to the group that specifically is ranitidine, if there is heterogeneity in effect.

In the comparator group, that's less of an issue because the comparator group is -- there is not a hypothesized heterogeneity that I know of within the comparator group as to that association with cancer. The question at hand is whether ranitidine specifically has an association with cancer.

There is not, to my knowledge, any data that suggests a specific brand of PPI is or is not associated with cancer, so using the entire group of PPIs as a comparator I think would be entirely appropriate and wouldn't bias the study toward the null.

And similarly, any of the studies that looked at ranitidine in comparison to other H2 blockers, again some of those studies specify particular H2 blockers, i.e., cimetidine, and also did not see an association.

So again the biological hypothesis is that ranitidine specifically differentially associated, so it's really important to have clean data for that exposure group.

The comparator group having information on PPI type or H2 blocker type is far less important and wouldn't be likely to bias your result towards the null.

Q You're also making the comment in this sentence about not having information about dose would tend to bias the results toward the null, right?

A In the case of that statement, you can see quite clearly if there was heterogeneity in risk associated dose, you might expect that that would be true, but -- and we did not have information on dose in this particular analysis.

That being said, I think in the ranitidine specific studies that I reviewed, there are studies which have relevant information on dose. We did review that. For example, the Iwagami study had information on daily defined dose. We also had information on dose as estimated by number of prescriptions in the Norgaard study and in the Adami study.

So based on that literature with information on dose, if the expectation is that higher dose is associating with risk, you would expect to begin to see

a trend in that data where the risk estimates go up with increasing intensity of use, and based on my review of those studies, there is no evidence to support that. If anything, the risk estimates go weaker.

Q What was the dose in Adami for the 10 prescrip- -- in Norgaard and Adami for the 10 prescriptions?

MS. CANAAN: Objection, form.

A I believe that there is data that suggests that the prescription strength dose of ranitidine in Denmark was 300 milligrams, so reflecting upon the usual prescription dose of ranitidine and the fact that it's prescribed usually as a twice a day drug, you know, you can anticipate that the number of prescriptions is a good approximation for a range of doses with a -- you know, a number of prescriptions reflecting regular use of standard prescription doses of ranitidine used in Denmark.

Q What's the citation for 300 milligrams is the standard dose in Denmark?

A I'll look.

Q What are you looking at?

A In my report, to see if I have it in my report.

MS. CANAAN: And, Steve, after this if we could take a break, that would be great.

A I believe it's the Potaguard study.
Q Can you be more specific? Is there a date? Is there a name?
A I'll try and get that. Sorry, I have to -- I have to look at it for certain. I'm happy to get back to you on that.
Q Okay. What's that mean? You're going to get back to me how? Do you want to get back to me after the break?
A Sure, I can do that.
Q Okay.
MR. ROTMAN: We can go off the record.
THE VIDEOGRAPHER: The time is 23:28 UTC. We're going off the record.
(Break taken.)
MR. ROTMAN: Back on the record, please.
THE VIDEOGRAPHER: Okay.
MR. ROTMAN: Still have the exhibit to the report up on the same page?
THE VIDEOGRAPHER: And Deanne and John, you're both good?
THE COURT REPORTER: Yes.
THE VIDEOGRAPHER: Stand by.
We're back on the record. The time is 23:43 UTC.

MR. ROTMAN: Oh, the report is what I wanted, Exhibit 687, page 30 -- 36 where we were before. Yeah.

BY MR. ROTMAN:

Q So your table 4 for the United States lists -- has a category "prevalence of any ranitidine exposure, Rx plus OTC, 1998-1999, 2.2 percent."

Right?

A Yes.

Q 2.2 percent, what does that represent? 2.2 percent is the amount -- is the prevalence of the -- of the ranitidine exposure in terms of the U.S. population?

A I would have to refresh myself with the references, but I believe that does come from assessments of -- of commonly drug used -- commonly used drugs in the U.S. based on a national survey, and I think that is based on a population sample that is from the entire U.S. population.

Q I'm trying to understand: Is this 2.2 percent of the population is using ranitidine? Is that what it means?

A The prevalence of the population that's using ranitidine, yes.

Q So that's including children in grade school?

A I believe these are adults.
Q And the source for this is your footnotes 1 and 2?
A That's correct.
MR. ROTMAN: So let's put up JOI.
THE VIDEOGRAPHER TECHNICIAN: This will be marked Exhibit 6701.
(Exhibit 6701 was marked for identification.)
BY MR. ROTMAN:
Q This is one of the papers you cited, right?
A Yes.
Q And you're a coauthor, right?
A Yes.
MR. ROTMAN: And if you could go to page -- John, can you go to page 1829.
BY MR. ROTMAN:
Q The highlighted part I'm -- I'm going to read to you, you wrote, "despite certain proton pump inhibitors becoming available over-the-counter, use of prescription proton pump inhibitors increased, a trend which would be likely mean more marked if we were able to account for OTC use."
Right?
A That's what's written there, yes.
Q Yeah.

MR. ROTMAN: And then if you could go to 1830, John.

BY MR. ROTMAN:

Q You wrote in the final paragraph of the paper that you were unable to capture OTC drug use, right?

A Yes.

Q Now, where in this paper do you provide any support for your calculation or estimate of prevalence of ranitidine OTC and prescription use that we were looking at in your report on that page 34?

A Yeah, I need to take a look at this in some more detail.

Q Yeah.

MS. CANAAN: Steve?

MR. ROTMAN: What.

MS. CANAAN: I think I -- I have an answer to your question because I think this paper is missing the supplemental material.

MR. ROTMAN: Okay.

MS. CANAAN: Do you have that -- do you have that?

MR. ROTMAN: I don't have the supplementary material.

MS. CANAAN: Yeah.

A There's also two references here, one which is

the Kaufman reference.
Q Yeah, we're going to get to that.
A So based on the Kaufman reference, I think that's where that estimate --
Q Okay. We're going to get -- we're going to get to that. I'm just focusing on this right now.
This is saying you don't have any OTC use, and I'm looking for what -- where you have any information about ranitidine use by prescription for the years?
A I would have to review the -- I'd have to review the supplement to be sure. I know that this citation in the report refers to data coming from both studies. I don't recall whether I relied on the Kantor study as well for that table.
MR. ROTMAN: You have the supplement, Eva?
MS. CANAAN: No, I don't have it handy. But I do recall that it exists. I can tell you that.
BY MR. ROTMAN:
Q Okay. You don't see anything in the main paper about ranitidine use, do you?
A I -- I'd have to review the paper to be clear.
Q Well, go ahead. You have tables. You can look at the tables. You can search for the word "ranitidine."
A So in looking at the paper in table 2, there is

a category for H2 antagonists, which estimates the prevalence of prescription H2 antagonistic use between 1999 and 2000, specific categories of H2 --

MR. ROTMAN: Okay. Let's go to that page, John. Table 2. All right.

BY MR. ROTMAN:

Q You can just direct him. Dr. Chan, direct him so you can get on the screen what you're looking at.

A Next table, table.

Q There it is, H2 antagonists, right?

A Right.

Q So what's that telling you?

A That gives you the prevalence of use of H2 antagonists, of which ranitidine is a major group, a major drug within that group, so that prevalence estimate there of H2 antagonists will give you an approximation of a relatively low of prevalence of ranitidine use.

Q And so that's a percentage, again, of all H2 use in the United States in these different years prescription only, right?

A In U.S. adults, yes.

Q And how do you define adult?

A I think this study again relied on the Unhaines (phonetic) study, which includes data from persons aged

20 years and older.

Q Do you have prevalence of use in the population that's most likely to use ranitidine?

A Do I have prevalence -- I have -- the data that are in front of me are the data in relationship to the U.S. adult population. I believe they did analyses looking at prescription patterns by age categories. I don't recall if they were able to break it down by specific classes of agents.

Q All right.

MR. ROTMAN: Let's take this one down and put up --

MS. CANAAN: Steve, I was able to pull up the supplement for his paper, so -- and I -- I can send it to you if you want.

MR. ROTMAN: Yeah, you can -- you can email it to me. Do you have my email address?

MS. CANAAN: I don't know if I do. Do you want to give it to me?

MR. ROTMAN: It's srotman@hausfeld.com.

MS. CANAAN: Hold on a second. S-R-O-T-M-A-N.

MR. ROTMAN: @Hausfeld.

MS. CANAAN: H-A-U-S-F-I-E-L-D?

MR. ROTMAN: F-E-L-D.

MS. CANAAN: Oh, no I. F-E-L-D.

MR. ROTMAN: There is no I, hausfeld.com.
MS. CANAAN: Okay.
MR. ROTMAN: So let's put up JOC as the next exhibit.
THE VIDEOGRAPHER TECHNICIAN: And, Doctor, can you readjust your camera or yourself. Thank you.
This will be exhibit 6702.
(Exhibit 6702 was marked for identification.)
BY MR. ROTMAN:
Q This was the other citation, right?
MS. CANAAN: Other citation to what?
A Of my report?
Q In your report, wasn't it?
A I don't believe so. Let me.
Q Oh, I -- okay. Well, let's take it down then, I . . .
MR. ROTMAN: Okay. Let's -- let's put up the Yood paper, please.
THE VIDEOGRAPHER TECHNICIAN: Would it have a different name in your private folder?
MR. ROTMAN: Y-O-O-D.
THE VIDEOGRAPHER: There is no document with that name uploaded in your private folder.
MR. ROTMAN: Okay. Let's put up Friedman. And that's going to be what number?

THE VIDEOGRAPHER: 6703.

(Exhibit 6703 was marked for identification.)

BY MR. ROTMAN:

Q Dr. Chan, are you familiar with these authors: Laurence Freedman, Arthur Schatzkin and Douglas Midthune and Victor Kipnis, or any of them?

A I may have heard their names. I don't know them personally, and I -- I haven't reviewed their -- their body of work.

Q The -- the paper identifies Dr. Kipnis as -- with a bio -- Biometry Research Group at the Division of Cancer Prevention at the National Cancer Institute, right?

A Yes. That's what it states in the paper.

Q Have you ever read this paper?

A I can't recall. I've read a lot of papers that -- I wouldn't recall if I read this one. This is from over 12 years ago, so I don't -- I don't recall.

Q Read along with me at the abstract where I've highlighted. "Dietary measurement error creates serious challenges to reliably discovering new diet disease associations in nutritional cohort studies."

You agree with that, right?

MS. CANAAN: Objection.

A I agree that dietary measurement error is an

issue that needs to be considered when we look at nutritional cohort studies. I don't know that I would necessarily state it's a serious challenge. I think it -- it's certainly an issue that has to be discussed and appropriately dealt with by -- by any dietary study.

Q And these authors wrote that "such error causes substantial underestimation of relative risks and reduction of statistical power for detecting associations."

Do you see that?

A Yes.

Q And do you agree with that?

A I would have to think about the context and the specific study. I would hesitate in stating that as -- as a general rule. I think as we discussed, it's also quite possible that some of the errors that are introduced by dietary assessments may also exaggerate associations.

I think it very much depends on what the type of error is and whether it's systematic across the study, so I think there's a lot of potential examples which might be cited by others which could potentially make the statement inaccurate, so I think it is probably too general a statement.

MR. ROTMAN: If you could scroll down, please.

BY MR. ROTMAN:

Q So what they're saying here is 'we concentrate on nondifferential measurement error, error that is uncorrelated with disease, and our comments relate only to cohort studies."

And then they say, "nondifferential measurement error in the measured exposure creates three problems: Bias in the estimated relative risks; loss of statistical power to detect the diet disease relationships; and, in some circumstances, invalidity of the conventional statistical tests for detecting those relationships."

Do you see that?

A Yes.

Q If you're talking about differential measurement error -- nondifferential measurement error in dietary cohort studies, do you agree that such error would lead to substantial underestimation of relative risks?

MS. CANAAN: Objection, form.

A I think it depends largely on the study, and also I think it depends on what the result of that nondifferential measurement error is. I think you -- you would obviously want to consider the potential influence on a nondifferential measurement error in your

studies.

I think that there are probably numerous examples where it is likely to bias your estimates of relative risk. And I think that that is why I think would suggest it is a more common circumstance, but I think there are certain situations where nondifferential measurement error may not necessarily bias in the direction of the null hypothesis.

And, you know, I think an example was provided that this may not be the case when you're dealing with polychotomous exposure categories, and -- but that's one example.

So again I think it's -- it's a challenge for people to make these sort of very broad statements to not find specific examples where there may be exceptions to this.

MR. ROTMAN: If we could go to Exhibit 687 Dr. Chan's report, and go to page 119.

BY MR. ROTMAN:

Q You make a general and broad statement here, and I've highlighted it. "For these reasons, in nutritional epidemiology, it is generally accepted that case-control studies are ranked below cohort studies in the overall hierarchy of scientific evidence."

Is that a general statement?

MS. CANAAN: Objection, form.

A Well, as I state in my report, it is generally accepted, and that is an opinion that has been shared by others in the field, including the reference you just cited by Dr. Kipnis where they've elected to focus on cohort studies, and also by the references cited there, in particular the World Cancer Research Fund, which specifically has a hierarchy of epidemiological evidence which prioritizes cohort studies over case control studies because of the higher propensity for bias in a case control study.

And that was specifically highlighted by the exhibit that you just presented by Dr. Kipnis, so I do think that's a general accepted principle of epidemiology.

Are there exceptions? Certainly there may be, and you can certainly find really poorly designed and poorly done cohort studies, and if you compare those to extremely well done case control studies, that particular exception may be an example where a case control study could provide more informative evidence than a cohort study, but those examples are unusual and rare.

Q All right.

MR. ROTMAN: Let's put up Exhibit CDC.

BY MR. ROTMAN:

Q Dr. Chan, does the Centers For Disease Control evaluate nutritional epidemiology?

A The Centers For Disease Control to my knowledge is not specifically involved in evidence synthesis or is just not specifically commissioned in evidence syntheses for assessing associations between exposures and cancer.

They instead I believe rely on the expert opinion of other organizations. For example, the World Cancer Research Fund is a source of evidence upon which they rely for their recommendations with respect to, for example, diet and cancer, either cancer risk or cancer survivorship.

To my knowledge, they don't independently commission evidence syntheses and rank evidence on their own -- in their own independent way.

Q What about the U.S. Preventive Task Force, does that evaluate dietary nutritional epidemiology?

MS. CANAAN: Objection, form.

A I would have to review what the USPSTF has specifically reviewed. I do know that USPSTF is specifically tasked with identifying preventative interventions and their potential impact on health outcomes.

In general, I think they have been a source of

recommendations when it comes to specific clinical interventions that can be acted upon within a clinical encounter with a patient. I do not believe they routinely review or provide recommendations that are related to broader questions of cancer associations or causality unless they feel that it's going to arise to the level of a clinical recommendation.

And to my knowledge, the USPSTF has not provided any guidance with respect to dietary interventions and cancer risk.

Q Did you -- do you know -- do you have any reason to disagree with the statement that the task force uses a hierarchy of research design that equates case control studies with cohort studies?

MS. CANAAN: Objection, form, assumes facts not in evidence.

BY MR. ROTMAN:

Q Did you consider whether the U.S. Preventive Task Force has a -- utilizes a hierarchy of research designed evidence, did you look into that?

MS. CANAAN: Objection, form.

A Because the USPSTF is focused on providing clinical guidance with respect to preventive services, that is their mandate, and that is how they approach their recommendations.

As a clinician and someone who reads these guidelines, I'm familiar with their process, which is to do an evidence review, and based upon that evidence review, come up with the guide -- the recommendations that they then -- they then classify according to grades of evidence for clinicians.

My understanding of the process, which I would need to review in more detail to be certain, includes an evidence synthesis which prioritizes the results of randomized control trials and secondarily considers observational data, which includes both cohort studies and case control studies.

I am not aware of whether they differentiate between cohort studies and case control studies in terms of that hierarchy of evidence, and my understanding is that randomized control trials would always be considered first. What's considered after that I think is not necessarily clearly defined.

And I believe also that it very much depends on the clinical intervention that's being considered as to whether the evidence that exists includes randomized trials and includes observational studies, and within observational studies, what type of studies exists.

I would be surprised if the USPSTF had a specific discussion of hierarchy evidence for diet and

cancer studies because I simply have not seen them provide specific recommendations to that point. And until they do that, I would hesitate to comment on what their process would be.

MR. ROTMAN: Can you put up ADA -- exhibit ADA.

THE VIDEOGRAPHER TECHNICIAN: CDC was marked as 6704. ADA will be marked as 6705.

(Exhibits 6704 and 6705 were marked for identification.)

BY MR. ROTMAN:

Q You don't cite to this in your report, do you, the evidence grading system for the American Diabetes Association?

A I don't believe I do.

Q And you can see that they have a level of evidence, category B?

A I see that.

Q And under category B they list two things: Supportive evidence for case control studies as well as cohort studies, right?

A I see that, yes.

MR. ROTMAN: Take that down, please.

Can we go off the record?

MS. CANAAN: Sure.

THE VIDEOGRAPHER: The time's 00:17 UTC. We're

going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

We're back on the record. The time is 00:18 UTC.

MR. ROTMAN: Let's put up as the next exhibit subpoena response.

(Exhibit 6706 was marked for identification.)

BY MR. ROTMAN:

Q Do you recognize this as the -- as the poster for a study by Mohy-ud-din on ranitidine and cancer?

A I don't recall if I've seen this poster. I recall reviewing the abstract that was related to this poster I believe. That was one of my references.

MR. ROTMAN: And if you would scroll down. Keep going. Keep going. Keep going. Okay. You can stop there.

BY MR. ROTMAN:

Q So you see that --

MR. ROTMAN: Scroll a little bit so the top is visible. A little more, please. Yeah.

BY MR. ROTMAN:

Q Is this -- is this the document that you did review? You can scroll through it.

A This looks consistent with what I reviewed. I can't be 100 percent sure that this is the exact document that I reviewed.

Q Okay.

MR. ROTMAN: Can you go to 23 of 32. Okay.

BY MR. ROTMAN:

Q In the results section, do you see a comment and then a response in red from Nabeeha?

A Okay.

Q You see that? Nabeeha is the first name of the first author of the paper, right?

A I don't know. I'd have to look back at who the author was.

Q Okay. We'll go back there. But the -- the comment by Nabeeha was the part in red in the margin, this is -- "I think we should exclude mentioning time period altogether because we don't know how long these people were on ranitidine or for and there isn't a way to find out."

Do you see where it says that?

A Yes.

Q Okay. Let's go back to the top of where that paper identifies the authors. Nabeeha Mohy-ud-din is the first author, right?

A Yes.

Q So the first author is saying, We're not able to determine how long the people were on medication, correct?

A I can't speak to what exactly Nabeeha Mohy-ud-din was referencing, but based on that comment, I suspect that that's accurate.

Q And this is the study that used the Explorys database, right?

A That's correct.

Q And another study that you relied on used the Explorys database. That was the Kim study, right?

A That is correct.

MR. ROTMAN: Let's go to the last page of this -- this is -- let's go to the last page of this exhibit, please. If we can go scroll up a little bit.

BY MR. ROTMAN:

Q Okay. This is an email from Colin Howden to Shyam Thakkar and some other people whose names are blacked out, and Mohy-ud-din, right?

A That's correct.

Q And in the highlighted section, the -- Colin Howden wrote, "unfortunately, we are unable to accept your paper for publication in AP&T."

Above it, it says, "Your paper has been

preliminarily reviewed by members of the AP&T Editorial Team."

He goes on to say, "we felt that AP&T was not the most suitable journal for this study. We respectfully suggest that this would be better suited to a pharmacy journal."

Then he writes, "there is insufficient information obtainable from the database related to the duration of ranitidine use. Since we have no clear idea as to the extent of NDMA contamination nor when it first occurred, it is" -- insurprising -- "it is unsurprising - even if the contaminant does act as a carcinogen - that you were not able -- that you were unable to find an increased rate of various cancers among individuals who had been exposed to ranitidine."

Did I read that correctly?

A Yes, you did.

Q Now, the statement about insufficient information from the database about duration of ranitidine use is making the same point that the author made in the response to the reviewers, right?

MS. CANAAN: Objection, form, calls for speculation.

A Not seeing the context of that prior email or the prior document with the comment, I don't believe

that was a comment that was made in response to peer review. That was an internal comment from the authors to each other in which they discussed what they should or should not present in the abstract. So I don't think it is a scientific judgment based on a peer reviewer.

Similarly, this is a letter from the editor of Alimentary Pharmacology & Therapeutics, and this is a letter which suggests that this was only reviewed in a preliminary way by the editorial team.

So as I previously testified, I am on the editorial board of several journals in the field, including Cancer Epidemiology, Biomarkers & Prevention, in which the Adami study was published, and also Gastroenterology, which is the highest impact factor and most influential journal in the field of gastroenterology.

And the editorial process is such that editors will make decisions about accepting a paper based upon different reasons. They may make a very quick decision based on what was presented in the abstract.

And certainly if the author has made the decision not to include duration of ranitidine use either because it was not available or because they decided not to do so for editing purposes, then the editor may feel that there is insufficient information,

but it's not from a detailed peer review.

So I don't think this substitutes for a detailed peer review as to whether or not the study is valid. It also is suggestive that editorial teams will make decisions about whether a journal should publish a study based upon what their readership would be interested in.

And as outlined in this statement, they feel the pharmacy audience would be a more appropriate audience than the individuals who read AP&T, which tend to be more of a basic science gastroenterology audience for which this may have little sort of interest, so I think surmising that an editor's rejection of a paper suggests that the results are uninterpretable I think would be incorrect.

I would also add that in my report, I clearly state that this is not a study that I relied on heavily for my opinion because this was a study that was only presented in abstract form. So I did review it for completeness.

And I think this is an example of where I wanted to review the totality of the evidence with an unbiased approach that included consideration of both statistically significant and nonsignificant results and papers that were published and papers that were in

preprints or presented at meetings to get a sense of the total -- totality of the evidence.

And I think I appropriately weighed the study in that context because it was not published in a peer reviewed journal.

Q The author of the -- the author -- the lead author, Mohy-ud-din, and the editor of the journal both state that there's insufficient information obtainable from the database related to the duration of ranitidine use.

That's not a point that you made in your report, right?

MS. CANAAN: Objection, form. Objection to the colloquy.

A I was limited by what was presented in the abstract, so I would not have speculated as to whether that data was or was not available, so it would have been inappropriate for me to comment on that in the report, not having access to these communications that you subpoenaed.

So certainly if I had access to this information, I would have thought more deeply about whether that was data that was potentially captured in the database and put that into context with the results of the rest of the study.

And I think as I've already mentioned, this is not a study that I think I relied on heavily for my opinion or my assessment of the lack of association of ranitidine with cancer, but it was a study that was included in the report for completeness, and the available data here actually shows that ranitidine, if anything, is associated with a lower incidence of cancer than other H2 blockers, which is a very surprising finding and certainly contrary to the hypothesis.

And any concern about lack of duration information in this abstract would have been potentially mitigated by the fact that they did an active comparator analysis, in which not only did they lack information on duration of ranitidine, they also lacked information on duration of the comparators, so I think if that were the case, that would mitigate some of the concern about that lack of information.

So I think we would want to see the full paper before dismissing this out of hand.

Q The comment about the limitation of data in the database about duration of ranitidine use made here with respect to the Explorys database would apply equally to the -- you said that same database for the Kim study.

MS. CANAAN: Objection to form, assumes facts not in evidence.

BY MR. ROTMAN:

Q The Kim study used the same Explorys database, right?

A I'd have to review again the Kim study to see what they included. It's always possible that a database was used in different way, and had -- and they had access to different data, so I can't make that assumption until I actually review the study.

Q You did review the study, and you wrote in your report about the study, and you didn't say anything in there about the inability of the database to provide information about duration of ranitidine use in your report, did you?

MS. CANAAN: Objection, form, argumentative.

A I would have to review again that section of my report and also review the study in more detail to remember exactly how much information was offered in the database related to duration of ranitidine use.

I would say that based upon my assessment of that study, there are, you know, clear efforts to assess for, for example, differential durational use by active comparator analyses in which you would not expect the lack of information on duration to affect those risk estimates.

So again, I don't rely on a single study. I

rely on the totality of the evidence, and I think the Kim study, despite potential lack of information on duration, would still be in support of my overall opinion that there is no association between Zantac and cancer.

Q Can you cite to any source, any authority that in an active comparator study, there's no need for duration of exposure information?

MS. CANAAN: Objection, assumes facts not in evidence, misstates the doctor's testimony.

MR. ROTMAN: Stop coaching.

A Again, I would refer back to the way these drugs are used clinically, the use of ranitidine and the use of other acid suppressant medications like other H2 blockers --

Q I'm asking for --

MS. CANAAN: Wait, wait. Steve, let him finish.

A So there is no clinical indication for people who are using ranitidine to be using it for a different duration than people who are using famotidine or another H2 blocker.

Was the data provided in the study? I would have to review the study to be certain, but I don't believe so. Is there a specific study which

investigated this question? Probably not because I think it's typical and common to -- to make this I think very reasonable assumption based on the clinical use of these drugs in the usual clinical practice, including my own clinical practice.

I can't explain or come up with a reason for why as a group famotidine -- famotidine users would be using the drug at a different intensity than -- or duration than a user of ranitidine.

MR. ROTMAN: Let's go off the record and get a time check.

THE VIDEOGRAPHER: The time is 00:36 UTC. We're going off the record.

(Break taken.)

MR. ROTMAN: No further questions.

THE VIDEOGRAPHER: Do you want to say that on the record or --

MR. ROTMAN: Yeah.

THE VIDEOGRAPHER: Okay. Stand by to go back on the record.

We're back on the record. The time is 00:36 UTC.

MR. ROTMAN: At this point I am going to reserve the balance of the time to ask questions if there's any redirect, and I also reserve the right

to ask the Court for additional time because the witness, throughout this deposition, has been nonresponsive to my questions, has given long speeches over and over and over again repeating himself, not responding to my questions and -- and consuming inordinate amounts of time making speeches on issues that were not responsive to my questions.

You can -- you can ask questions if you have any now, Eva.

MS. CANAAN: I'm also going to just put on the record, first of all, that the witness was responsive to Mr. Rotman's questions throughout this deposition and carefully explained his reasoning in response to questions, the vast majority of which were very vague and unclear.

Let's go off the record now.

THE VIDEOGRAPHER: The time is 00:38 UTC. We're going off the record.

(Break taken.)

THE VIDEOGRAPHER: Stand by to go back on the record.

We're back on the record. The time is 00:46 UTC.

MS. CANAAN: Dr. Chan, thank you for your patience today. I have no questions for you.

Everyone, have a great night.

MR. ROTMAN: Everybody can go home now. Okay. Sounds good. Thank you y'all.

THE VIDEOGRAPHER: The time is 00:46 UTC. We're going off the record.

(The remote video-recorded deposition was concluded at 8:46 p.m.)

CERTIFICATE OF OATH.

STATE OF FLORIDA

COUNTY OF DUVAL

I, Deanne M. Moore, RMR, CRR, FPR, FPR-C, Notary Public of the State of Florida, certify that ANDREW T. CHAN, MD, MPH, personally appeared before me on the 30th of May, 2022, and was duly sworn.

Signed this 13th day of June, 2022.

___________________________
Deanne M. Moore, RMR, CRR, FPR, FPR-C
Notary Public, State of Florida
Commission No: HH11232
Commission Expires: 9/11/2024

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY DUVAL

I, Deanne M. Moore, RMR, CRR, FPR, FPR-C certify that I was authorized to and did stenographically report the deposition of ANDREW T. CHAN, MD, MPH, pages 1 through 321; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 13th day of June, 2022.

Deanne M. Moore, RMR, CRR, FPR, FPR-C

WITNESS NOTIFICATION LETTER

June 6, 2022

ANDREW T. CHAN, MD, MPH,
c/o EVA CANAAN, ESQ.
1185 Avenue of the Americas
34th Floor
New York, New York 10036

In Re: IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
Deposition taken on May 30, 2022
U.S. Legal Support Job. No. 6137260

The transcript of the above-referenced proceeding has been prepared and is being provided to your office for review by the witness.

We respectfully request that the witness complete their review within 30 days and return the errata sheet to our office at the below address or via email to: southeastproduction@uslegalsupport.com.

Sincerely,
Deanne M. Moore, RMR, CRR
U.S. Legal Support, Inc.
700 East Dania Beach Boulevard
First Floor
Dania Beach, FL 33004
(904) 359-0583

CC via transcript:
STEVE ROTMAN, ESQ.
EVA CANAAN, ESQ.
ALEXANDRA BACH LAGOS, ESQ.
BRENNA KELLY, ESQ.
JENNIFER STONECIPHER HILL, ESQ.

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT-ENTER CHANGES OF THIS PAGE

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
Deposition taken on May 30, 2022
U.S. Legal Support Job. No. 6137260

| Page No. | Line No. | Change | Reason |
|---|---|---|---|
| | | | |

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

________ ____________________________
Date ANDREW T. CHAN, MD, MPH,

## Exhibits

**EX 6687 Andrew T. Chan, M.D., M.P.H. 053022**
29:24,25
**EX 6688 Andrew T. Chan, M.D., M.P.H. 053022**
12:22 13:7 24:8
**EX 6689 Andrew T. Chan, M.D., M.P.H. 053022**
23:25
**EX 6690 Andrew T. Chan, M.D., M.P.H. 053022**
53:7
**EX 6691 Andrew T. Chan, M.D., M.P.H. 053022**
89:3,4
**EX 6692 Andrew T. Chan, M.D., M.P.H. 053022**
121:10
**EX 6693 Andrew T. Chan, M.D., M.P.H. 053022**
158:8
**EX 6694 Andrew T. Chan, M.D., M.P.H. 053022**
191:25 192:1
**EX 6695 Andrew T. Chan, M.D., M.P.H. 053022**
210:15
**EX 6696 Andrew T. Chan, M.D., M.P.H. 053022**
248:2,3 284:19
**EX 6697 Andrew T. Chan, M.D., M.P.H. 053022**
252:20
**EX 6698 Andrew T. Chan, M.D., M.P.H. 053022**
271:2,3
**EX 6699 Andrew T. Chan, M.D., M.P.H. 053022**
278:15 279:2
**EX 6700 Andrew T. Chan, M.D., M.P.H. 053022**
285:4
**EX 6701 Andrew T. Chan, M.D., M.P.H. 053022**
294:7,8
**EX 6702 Andrew T. Chan, M.D., M.P.H. 053022**
299:7,8
**EX 6703 Andrew T. Chan, M.D., M.P.H. 053022**
300:2
**EX 6704 Andrew T. Chan, M.D., M.P.H. 053022**
6:22 308:7,8
**EX 6705 Andrew T. Chan, M.D., M.P.H. 053022**
6:23 308:7,8
**EX 6706 Andrew T. Chan, M.D., M.P.H. 053022**
309:9

## $

**$10,500**
13:20 14:20
**$297,350**
24:7
**$750**
18:21
**$800,000**
65:1

## (

**(f)**
90:2,12

## -

**--is**
95:10

## 0

**0**
286:6
**0.252**
255:16
**0.73**
255:17
**0.83**
224:9
**0.97**
217:18
**00:17**
308:25
**00:18**
309:6
**00:36**
319:12,22
**00:38**
320:17
**00:46**
320:23
**03.37**
255:16
**05**
152:10 239:23 240:16,17,19
**09.5**
224:9

## 1

**1**
14:14 110:2 122:20 123:21,25 124:4,13 149:5,6 150:13,24 151:22 152:6 166:7,18 182:21,25 185:1,2,17 191:10 220:10 221:25 228:14 230:12 239:15 240:25 243:14 264:21 267:25 268:1 270:8 271:10

272:5,9,18
294:2
**1,000**
169:10
**1,294**
221:5,11
**1,522,653**
185:19
**1,522,663**
185:22
**1.00**
224:9
**1.03**
224:9
**1.08**
182:18
**1.09**
46:13,19
47:1 150:23
239:9,15,17
240:12
243:5,9
244:1,17
245:9,22
246:9,16
**1.24**
239:13 242:2
**1.32**
182:18
184:18
**1.41**
272:16
**1.77**
183:5,7
**1.9**
247:15
**1.91**
46:10,17
47:4
**1/2**
221:25
**10**
16:3 90:15,
17 104:4
110:17
117:15,21,22
124:17,18
131:5,17
134:23
135:11
136:20,23
140:6 153:1
161:18
164:14
167:2,9,22,
23,24 168:4,
15,21,22
169:17,18
170:3 171:6,
21 172:2,14
175:25
176:2,16,17,
25 177:20
178:7,8
182:14,18
183:4,8
184:13,14
185:2,12
186:1,2,18,
20 209:19
232:23 251:4
254:21
259:17,21,25
260:2 271:18
274:16,17
275:11,15
291:5,7
**10-minute**
76:23
**10-year**
167:16
**100**
10:9 46:2
115:13 310:2
**100,000**
228:14
230:12
**11**
69:13 90:16
**113,745**
220:1,6,20
221:23
222:14,21
224:21
**118**
269:20
**119**
303:18
**12**
89:24 273:6
276:7 300:18
**12:30**
114:3
**13**
286:13
**13,500**
19:7,18
**134**
24:24
**13:03**
8:4
**14**
17:23 251:15
**141**
264:4,10,13
**14:09**
54:11
**14:34**
54:18
**14th**
16:12
**15**
89:25 208:20
**150**
40:2 146:11,
18
**15:11**
77:1
**15:26**
77:6
**15:46**
89:7
**15:49**
89:12
**16**
158:23
159:11 273:7
276:7
**16,500**
21:7
**160**
24:17
**162**
24:21,24
**16:38**
121:4
**17**
15:21 19:9
197:13
**17:26**
121:9
**17th**
15:19 16:6
**18**
15:3 17:23
77:10 92:10
114:12
**180**
219:4 220:5,
11 228:15
230:12
**181**
220:17,21
221:17
**1829**
294:15
**1830**
295:1
**1858**
194:23
**1859**
194:18
**19**
80:18 94:9
**19,500**
18:14
**1978**
264:24
**1980**
113:13
**1994**
169:10
**1996**
133:1
**1998-1999**
293:7

**1999** 157:21 159:14 160:1 161:20 297:3
**19:03** 181:23
**19:25** 182:8

2

**2** 14:25 15:2 18:17 48:12 49:7 157:18 158:7 166:7, 18 191:11 192:20,23 193:12 208:6,13 209:17 248:14 270:8 271:14,15 284:21 286:6 294:3 296:25 297:5
**2,699** 220:18,20 221:12,16
**2.2** 293:7,10,11, 20
**2.6** 149:11
**2.62** 183:9 184:20
**20** 15:17 22:15 45:16 84:2 94:9 107:24 110:17 111:4 112:1 131:7 208:18 298:1
**200,000** 65:4
**200-word** 133:24
**2000** 169:10 286:18 287:2,6 297:3
**2003** 285:19
**2004** 161:20 165:7,9
**2005** 160:21 163:20
**2006** 160:21
**2007** 160:21 281:6
**2008** 133:1 160:21 161:10 165:9
**2009** 157:21 159:16 160:21
**2012** 278:17 285:10
**2019** 141:11
**2020** 13:12 15:3 36:17
**2021** 17:22,23 18:17 19:12, 21 36:16 265:4
**2022** 8:3 20:23 36:17,24 121:17 122:5,14
**20:55** 230:22
**21** 19:9,10 45:16 100:5 121:17 122:5,14
**21,000** 17:15
**21:17** 231:3
**22** 15:14 47:15, 16 48:11 107:16 110:23 114:16
**22:26** 269:3
**22:40** 269:18
**23** 310:5
**2304** 149:8
**2305** 150:14
**2307** 133:10,13
**23:28** 292:13
**23:43** 292:25
**24** 100:6 114:16
**2466** 279:19
**25,000** 65:11
**250** 125:12
**26** 58:16 113:25 251:11,24 252:7
**266** 257:5
**269** 259:14
**26th** 15:25
**27** 75:9,12,13, 18
**270** 260:24
**28** 18:18 19:21 100:6
**2:26** 269:2
**2A** 264:20 268:3
**2nd** 18:17

3

**3** 19:2 25:6, 10,13 98:11 117:15 166:8,16,18, 19,25 182:10 185:24 187:10,11,14 188:21 189:16 217:15 218:18,20 219:21 220:6 228:13 230:11 286:1
**3.36** 46:14,19 47:1
**3.7** 185:24,25 187:15
**30** 8:3 19:10 21:14,18 107:25 109:12 110:3,7,9 112:1,4,13 113:22 126:10

127:15 132:2,3 208:19 293:2
**30-day** 126:10
**30-plus** 112:12
**300** 146:18 291:11,19
**31** 16:14 107:18 110:23
**32** 115:3 310:5
**34** 107:18 110:23 253:8 280:25 281:13 295:10
**348** 14:1,2
**35** 281:11
**36** 293:2
**365** 220:17,21
**366** 221:4
**3rd** 16:9

**4**

**4** 19:3 30:8 73:21 259:15 286:6,12 293:5
**40** 112:4
**40,000** 187:23
**400,000** 208:25
**43,000** 186:11
**43,363** 185:12,15,22
**44** 238:23
**49** 158:23 159:17
**491** 221:9,11,22, 23 230:13

**5**

**5** 19:18 110:17 124:17 131:17 134:22 135:11 136:19,23 140:5 152:25 164:13 185:2
**500** 247:5
**51** 158:18 159:16

**6**

**6** 13:1 251:2,3 286:7
**6.7** 206:23 207:5,24
**66** 13:1 184:20 285:3
**66-** 12:23
**668** 12:25
**6687** 29:24,25
**6688** 12:22 13:1,7 24:8
**6689** 23:25
**6690** 53:6,7
**6691** 89:3,4
**6692** 121:10
**6693** 158:6,8
**6694** 191:25 192:1
**6695** 210:15
**6696** 248:2,3 284:19
**6697** 252:19,20
**6698** 271:2,3
**6699** 278:15 279:1,2
**6700** 285:3,4
**6701** 294:7,8
**6702** 299:7,8
**6703** 300:1,2
**6704** 308:7,8
**6705** 308:7,8
**6706** 309:9
**676** 12:20
**687** 238:22 269:20 293:2 303:17
**688** 12:20,24,25
**689** 23:24
**690** 53:5
**692** 89:2 121:12 165:15
**693** 158:5
**695** 210:14 215:21
**6991** 89:2
**6th** 14:14

**7**

**7** 30:4
**7,371** 221:16
**70,100** 15:6
**730** 221:4,9,18, 22 222:2 223:19 224:5 230:13
**75** 146:9 148:7

**8**

**8** 286:7
**80** 24:16,20 148:8
**80s** 113:13,14
**82** 24:21

**84**
158:17 159:10,23

### 9

**9**
20:21 22:22 54:3,20 55:6 90:17
**9.8**
232:9
**90**
126:11
**90s**
113:15
**95**
45:25 46:4 47:1 183:24
**96**
239:13 242:1
**98**
159:19 161:25
**99**
159:20 160:2 162:1

### @

**@hausfeld**
298:22

### A

**A1**
51:19
**abated**
155:8
**abdominal**
148:5 150:1,6,7
**ability**
32:11 48:21 49:1,3 60:19 70:24 71:1 74:23 78:3 87:1 94:11 97:16 99:23 112:4 118:7 177:24 199:16 201:13,23 210:2 218:2,4 226:4,13 231:12,13 232:10 233:7 274:25 275:5 276:25
**able**
9:15 31:15,24 32:2 56:22 59:19 74:19 78:20 83:9 86:16,18 93:4 97:3,14,17 99:11 101:6 103:11 109:15 122:17 125:22 127:24 128:2,5,21,24 132:5 135:19 140:10 141:22 148:17 152:2 153:6 154:12 165:14 169:9 172:10 179:15 187:3 194:9 195:10 196:6 200:18 212:5 216:15 217:25 225:25 232:8 237:18 241:20 247:6 249:23 250:18 258:17 259:16 260:7 263:2,10,12 266:8,11,24 268:7 273:24 284:5 286:9,17,22 294:21 298:8,13 311:1 312:13
**above**
7:3 81:12 182:25 239:15 240:25 311:25
**absence**
235:12
**absolute**
39:20 186:7 187:22 189:6 208:10 209:4,15 219:8,13
**absolutely**
39:20
**abstract**
123:13 124:1,6 125:4,11,13 134:6 135:2 174:23 188:23 253:7 255:11,12 279:12 300:19 309:14 313:4,20 314:19 315:16 316:11
**accept**
311:24
**accepted**
85:13 132:12 181:9 259:11 303:22 304:3,14
**accepting**
313:18
**access**
23:12 60:12 61:1,22 132:18 140:10 257:21 258:15,16 315:19,21 317:7
**accomplishing**
69:11
**account**
81:6 101:6 241:21 294:22
**accurate**
24:10 85:14 114:22 147:21 202:10 258:11 259:5 261:9 272:20 273:12 311:6
**accurately**
70:24 96:5 108:2
**acid**
12:1,5 148:20 150:2 155:8 210:21 211:15,21,24 212:7 214:10 248:8,13 281:2 284:19 318:14
**acknowledge**
237:17
**across**
28:7 69:9 71:8 72:1 90:8,23 95:8 130:13 145:24 161:22 163:19,20 165:14 194:4 196:25 203:8 223:8 224:18 238:6 278:8 301:20

**act**
312:12
**acted**
306:2
**action**
8:9
**active**
105:12 128:23 193:24 316:12 317:21 318:7
**actively**
142:4
**actual**
189:22 193:7 224:16 231:15 233:5
**ADA**
308:5,7
**Adami**
75:22 76:5, 6,19 105:16 106:10 121:12 165:23 166:1,6 193:17 198:10 200:13 225:25 227:17 253:14,16,19 254:4,15 256:24 258:8,16 290:22 291:5,6 313:13
**add**
23:7 24:13, 16,21,24 144:3 221:11 314:16
**added**
39:9 221:19 247:12
**adding**
24:7
**addition**
25:2 26:12 34:12 101:16 144:12 149:25 155:9 207:17 232:3 250:23
**additional**
34:15 35:12 136:1 142:9 184:24 185:4 189:14 196:13 202:25 233:11 256:8 320:1
**address**
14:3 28:7 29:22 57:16 76:7 115:4 196:7 201:8 209:6 213:6 214:22 249:14 256:9 298:17
**addressed**
57:6 70:6 79:22
**addresses**
42:15
**addressing**
42:24 242:21
**adds**
181:3 200:20 242:10
**adenocarcinoma**
255:15
**adenoma**
248:25 279:7,9
**adequate**
79:12 95:25 99:22 169:20 208:14
**adequately**
51:7 57:12 99:6,11 101:6 128:7 190:25 204:18 205:7
**adhere**
71:21
**adjusted**
224:2 239:8 240:7 241:20 243:5
**administrative**
55:16,20,21 84:5
**admit**
263:14
**adult**
297:23 298:6
**adults**
294:1 297:22
**advance**
101:21
**advanced**
275:4
**advantageous**
143:17,18
**advantages**
273:21
**adverse**
73:23 74:8 139:3 145:3, 7 172:12 233:11
**advertising**
147:17 180:13,14
**advocating**
283:15
**affect**
49:13,14 73:4 81:18 86:21,24 87:8 277:16 317:23
**affects**
49:1,11 88:19 139:3 277:2,3,18
**affiliated**
123:1
**affirm**
8:16
**AG**
11:18
**age**
92:2 298:7
**aged**
297:25
**agencies**
264:16
**agency**
89:16,20 264:16,18
**agent**
90:25 94:12 177:16
**agents**
90:24 111:16 114:19 155:11 177:5,11 214:6 267:14 298:9
**aggregate**
32:1
**ago**
9:4 300:18
**agree**
29:17 49:24 55:12,21 56:8 58:17, 23 61:6 68:25 69:20 71:7 73:9 84:12 90:9, 14,19 91:3, 4,11 94:14 96:24 108:4 111:5 114:21 129:19 206:23

207:24 209:9 228:13,17 230:14,16,17 234:23 239:15 287:5 300:23,25 301:12 302:17
**agreed** 111:18 284:25
**agreement** 7:9 213:10
**agrees** 76:24
**ahead** 51:18 120:19 160:13 166:17 176:12 223:1 296:22
**akin** 260:15
**Alimentary** 313:7
**alleged** 33:6
**allowed** 288:4
**allows** 102:1 219:14 256:2 274:12
**alluding** 78:19
**altogether** 310:17
**American** 65:20 308:12
**amount** 20:7 21:5 23:15,20 64:20 158:22 186:12 223:21 242:21 293:11
**amounts** 82:13 320:6
**analyses** 100:23 124:7,25 130:20 132:9 135:10 137:3,11 152:7 161:16 163:10 184:24 185:9 186:25 188:8,16 189:3,8 191:9 192:25 196:1 216:10,14,15 217:16 218:11 238:20 242:20 244:22 245:4 255:22,24 256:6,8,12 282:1 298:6 317:22
**analysis** 50:8 51:1,6 61:8 101:4 122:21 125:7,12 130:10 132:16 135:3 151:21 153:13,16,25 154:12 160:17 167:16 185:4 187:10,18 188:2,14,21, 23 189:1,16 190:17,20 191:2 194:8 202:19 203:11,14 204:23 206:17,18 209:18 210:12 215:18 217:6 218:8 219:25 222:12 224:22 226:18 232:16 242:11 243:16,18, 20,22,24 244:21 246:17,19 250:24,25 251:1 255:6, 20,23,25 256:6,11,14, 15,18,19,25 259:23 260:15,20 272:25 273:2,3,4 281:23 282:13,22 283:5,9,23 287:9,19,20, 21 288:3 290:15 316:13
**analyze** 137:2
**analyzed** 176:5
**and/or** 7:11 96:1 258:4 276:4
**Andrew** 8:1 13:23
**Andy** 58:4 134:2
**animal** 40:3,13 44:6 115:24 117:8 118:5,10 249:1,9 261:25 262:19 263:15 265:10 266:3 267:17
**animals** 116:14 117:3 249:16 264:22 268:5
**animals.'** 265:7
**annual** 65:1
**answer** 9:13 10:1 43:16 44:25 51:17,18 52:9,11,16 53:4 58:5 66:22 71:15 106:17 120:4,8,10, 14 157:24 162:14,16,18 166:17 176:12 189:18 213:12 227:23 257:3 295:16
**answered** 28:25 29:12 42:22 44:15 45:4 51:9, 15,16 53:1 119:12,16 120:6,18 129:15,17,20 137:21,25 156:2 165:23 209:11 213:21
**answering** 9:24 52:7
**answers** 9:20
**antagonistic** 297:2
**antagonists** 248:15 284:21 297:1,10,14,

16
**antibiotic**
173:24 174:7
**antibiotics**
173:23 214:5
283:1
**anticipate**
109:11
161:18
171:18
194:4,15
212:24
232:21
291:14
**anticipated**
265:5
**antihypertens ive**
283:2
**anybody**
135:16 154:6
214:15
241:25
275:12
**anyone**
7:21 275:23
**AP&T**
311:24
312:1,3
314:10
**appeared**
254:20
**apples**
170:17,19
227:1,2
**apples-to-apples**
178:13
**applicability**
42:25 43:7
**applicable**
117:22
**application**
44:1
**applications**
44:9
**applied**
31:22 39:21
111:12 120:4
206:15
283:5,16
**applies**
97:19,21
98:22 108:12
**apply**
96:19 108:14
205:23 206:8
225:23
284:11
316:22
**applying**
46:16
**appointment**
10:16 14:7
**appreciably**
165:12
**approach**
31:7 45:5,6
81:5 130:21
195:19 196:3
205:14
212:12
246:21
261:23
283:11
306:24
314:23
**approached**
39:10 229:20
255:8
**approaches**
250:4
**appropriate**
31:13 62:7
97:12 136:15
140:19
144:19 146:2
166:19
170:10
171:22 172:7
190:23 196:9
230:5 254:6
284:11
289:20 314:9
**appropriately**
55:11 138:17
141:20
214:19 240:7
242:19
243:21
261:15
283:24 301:5
315:3
**approved**
72:10 109:13
165:1 285:19
**approximate**
212:12
231:12
276:25
**approximately**
64:6,19
133:15
139:22
147:24
**approximates**
194:11 232:5
**approximation**
167:13
193:19 194:6
209:20
218:11
228:20 233:7
291:15
297:17
**April**
18:17 20:23
21:14
**area**
84:16 101:8
108:8 123:10
**areas**
40:15 85:11
99:19,20
287:8
**argumentative**
317:14
**argumentive**
64:12
**arise**
100:20 306:6
**around**
64:20 65:1,4
178:10 269:9
**Arthur**
300:5
**article**
207:10
211:13
**as-needed**
128:14
**ascertain**
59:25 60:12
68:23 71:1
86:18 258:5
**ascertained**
56:24 57:10,
12 59:16,23
66:4,15 69:8
97:6 223:15
**ascertaining**
60:25 61:1
80:23 93:10
**ascertainment**
66:5
**asked**
28:24 29:11
31:21 44:15
45:4 51:9,15
52:24 111:15
119:15
120:6,18
129:12,14,
15,17,20
137:18,20
138:3 142:23
156:2 165:18
199:22
200:8,23
209:10 211:9
213:20
227:25
228:3,5
**asking**
9:5 13:3
28:15,16
50:21 51:13
52:10,14
70:7 98:16

106:5 120:1, 2 142:8 143:19 160:10 163:2 198:18 204:9 211:11,12 246:5 257:23 258:21,22 318:16

**asks**
144:18

**aspects**
41:13 92:16

**aspirin**
251:5 253:2, 10,25 254:7, 14 255:3,8, 9,14,21 256:3,9 259:16 266:25

**assembled**
262:13

**assess**
41:11,22 66:17,20 75:16 78:3, 20 82:12 97:13 99:21 103:23 104:12,20 109:1 128:21,24 130:13 135:20 139:1 148:22 152:2 153:4,7 176:18 186:7 190:24 196:3 199:4,13 200:18 203:17 204:23 205:15,19 212:3 216:15,19 217:25 218:4 227:8 230:1 231:12,25 232:10,13,23 236:1 237:16 242:24 259:14 260:7,16 261:12 264:9 266:11 286:22 317:20

**assessed**
41:18 44:5 66:8 80:12 103:12 104:3,6 119:7 124:7, 22 130:11 151:2,7 167:5 223:13 225:15 226:16,17 227:5 231:23 252:4 253:10,13 254:10 285:23

**assesses**
67:15

**assessing**
82:14 92:14 140:14 141:24 180:18 191:5 202:24 203:3 230:8 241:24 260:17 305:7

**assessment**
39:11 42:2 44:12 57:22 60:6 62:3 80:16 90:3, 23 97:17 99:22 100:4 101:7,15,20 102:2 104:17 118:15 127:21 168:20 170:22 181:7 185:5 186:21 187:2,9,20 189:16 190:1,4 193:25 195:9 197:17,25 198:21 204:20 208:15 213:11 215:15 227:11 229:23 231:7 233:10 242:16 244:19 245:8 261:5 265:18 266:3 267:14 268:6,8,11 286:24 287:13,24 289:1 316:3 317:19

**assessments**
104:6 238:14 293:16 301:17

**assign**
242:5 254:14,15

**assigned**
173:1

**assisting**
26:15

**assoc-**
217:1

**associate**
33:5 63:17 285:12

**associated**
33:6 37:5 58:19 59:23 62:3,4 63:7 75:16 76:8 79:25 91:24 98:5 103:10, 16 104:1 105:3 115:11 136:14 167:18 169:6 178:17 197:7,20 209:4 214:23 224:13,24 234:11 242:25 249:12 255:14 271:20 272:17,21 288:9 289:18 290:2,13 316:7

**associates**
84:22

**associating**
290:25

**association**
28:20 32:16 33:20 40:21 41:11,24 42:1,20 44:18 46:2 47:1,19,20 48:5,22 49:2,3,7,15, 20,25 50:4, 13 51:22,23 52:1 65:21 66:25 67:1 68:3 79:18 81:24 94:11, 13 95:3,19 97:18 98:3 101:13 105:11 106:2 109:1,20 110:4,20 113:7 120:23 124:16 135:5 136:1,7,15, 18,19,22,23 138:20 139:17 151:8 153:5 155:18

181:4
184:13,20
185:1 186:22
187:6
189:12,22
190:6 193:8
197:5 200:17
201:6,14,20,
23 202:2,4,
13,14,15,20,
24,25 203:1,
2,20 204:7,
16,17 205:1,
5 206:10,11
210:11
213:1,2,3
215:3,15
216:19
217:1,9
227:12,24
232:1 233:10
234:18 235:8
238:16
240:18,21
244:4,5,21
245:1 247:16
250:9 255:2,
7,25 256:3,
13,15,19,20
262:10
265:25
276:12
277:5,13,16,
20 279:22
280:19 282:1
289:14,16,25
308:13 316:3
318:4

**associations**
95:5 105:20
181:1,2
190:16 195:5
199:4 203:2
207:18
216:15
238:18
268:14,15
279:21
280:13
287:18
288:24
300:22
301:9,18
305:7 306:5

**assume**
29:16 76:14
114:24
127:11,18
140:3 149:1
159:12
168:3,23
170:3 171:13
172:1 199:5

**assumes**
31:3 39:19
124:23
134:14
143:24
151:24 154:7
210:25 236:2
306:15
316:24 318:9

**assuming**
171:7 203:1
211:10
217:19
221:19
240:16

**assumption**
167:8 168:2
171:22
204:6,8,22
211:25 213:8
214:2,15,17
225:3,10,16,
19 259:5
317:8 319:3

**assumptions**
190:9,10,12,
14 202:9,17
228:19
244:22

**assured**
233:1 237:21

**astronomicall y**
197:12

**attempt**
266:2

**attenuate**
287:6,13,18

**attorney**
15:23

**attorney-client**
7:11

**attorneys**
16:4,7,10,
12,14,23
17:2 35:10

**attributed**
77:15,23
78:17 79:7

**attrition**
59:5

**audience**
76:9,10
84:14 125:6
314:9,10,11

**August**
16:9,12,14
19:10

**author**
246:8
310:11,13,24
311:1 312:20
313:21
315:6,7

**authorities**
212:14

**authority**
162:21 188:4
318:6

**authors**
35:17 125:5
126:12 127:2
128:11 187:2
188:19,20
189:12 196:8
209:7,12
234:23 236:1
272:22
283:7,12
300:4 301:6
310:23 313:2

**autopsy**
257:25

**availability**
146:8,15

**available**
30:17 40:17
99:11,15
103:17
109:7,8
110:6,11,18
112:16 113:4
122:5 128:1
135:20,24
143:11,22
144:8,9
146:17 160:1
163:22
164:4,15,17,
19 168:11
170:20 180:8
192:13,14
195:18
212:18
214:16
215:19
232:4,19
233:16 236:7
243:1 250:19
254:14,16
261:21
264:25 265:1
282:19,25
287:2 294:19
313:23
315:17 316:6

**average**
65:12

**averaging**
65:6

**avoid**
149:3

**aware**
7:7 117:2,5
123:11 133:8
143:21
146:11
178:19

179:3,8 213:14 236:4 307:13

B

**B2** 265:10
**Babic** 247:25 284:18
**back** 11:20 25:5 27:10 52:13 54:14,15,17 68:22 77:4,6 83:24 89:10, 12 105:10 110:8 112:4 113:14 118:2 121:8 124:14 127:1 132:7 134:16 162:11,14,19 165:15 182:1,3,7,9 185:17 194:22 210:18 228:1,4 231:1,2 234:5 247:19 269:5,12,14, 16,17 280:24 292:5,8,16, 24 309:3,5 310:12,14,22 318:12 319:19,21 320:20,22
**background** 31:16 40:13 263:16
**balance** 161:12 233:20 319:24
**ballpark** 64:8
**base** 148:10 242:7
**based** 27:25 28:10 29:15 31:16 33:17 44:22 47:5 50:6 56:5 70:22 71:18 73:15, 17 93:8 103:17,21 105:9 110:10 115:10 116:14 127:10 129:7 132:6 137:12 140:20 145:4 153:21 154:21 163:5,6 166:17 167:1 168:10 170:22 173:9,20 190:13,17 193:25 199:4 209:16 212:22 213:8 215:7,18 216:8 217:1, 6 225:20 228:13 231:10 239:21 240:15 242:5,7 244:24 252:1 253:11,23 254:2 256:11 262:18 264:21 265:6,10,15, 23 266:9 267:11,12, 15,17 268:10 274:1 275:21 282:17 287:1 290:23 291:2 293:17,18 296:3 307:3 311:5 313:5, 18,20 314:6 317:19 319:3
**baseline** 68:23 69:8 167:5 199:21 222:13 229:15 286:24
**basic** 71:20 169:14 314:11
**basically** 14:17 16:17 24:3,7 284:5
**basis** 27:25 32:9 34:4 35:21 36:3 38:20 41:23 44:23 65:1 86:6 87:7 111:13 127:14 128:14 132:13 156:19 168:17 169:19 199:17 200:6 211:4,22 212:15 215:4 224:10 229:22 240:20 265:17
**Bayer** 11:18
**Beacon** 14:1,2
**bear** 179:23
**bearing** 70:22 79:8, 10
**began** 161:19
**begin** 35:4 290:25
**beginning** 17:20 18:23 68:21 92:13 248:12 250:2
**begins** 195:1
**begun** 217:23
**behalf** 8:8,12
**behavior** 145:10 199:11
**behind** 138:15 139:16
**belief** 256:12
**believe** 12:3 19:6 22:25 26:14, 15,22 27:9, 23 42:14 51:16 73:24 113:13 116:2 125:11,15,19 126:2,11 127:5 128:22 129:2 131:3 137:19 146:10,13 148:24 151:18 156:22 188:14 194:9 198:19 235:13 248:19 252:13 273:12 274:16 279:7 283:11,15 291:9 292:1 293:15 294:1

298:6 299:14 305:8 306:3 307:19 308:14 309:15 312:25 318:25
**believed**
262:7
**below**
46:9 55:15 68:17,18 220:4,12 248:22 265:8 276:8 303:23
**benefit**
142:19 254:20
**benefits**
64:24 143:2
**benzene**
268:1
**Bernstein**
271:1 276:1
**Bert**
274:7
**besides**
157:10
**best**
41:22 44:5 47:4 53:13 74:24 78:7, 21 99:10 110:5 113:4 187:3 190:23 212:18 231:13,20 232:5 233:6, 7 250:18 254:13,16
**better**
35:7 79:17 101:19 141:22 312:5
**bias**
58:18 67:24 95:11 97:8 99:20 101:3, 16 154:1,10, 24 155:17 197:9 203:6 205:2 210:10 233:19 238:19 268:19 270:3,16 277:6 278:3 279:21 280:8,13,18, 19 281:1,16 287:12,17 288:10 289:21 290:7,10 302:8 303:3, 7 304:10
**biases**
51:25 101:17 189:24 190:15 233:24 238:18,20 241:21
**big**
175:22 244:12
**bill**
17:15 21:10 22:12
**billed**
13:20 14:20 15:5 21:5,21
**binary**
255:9 270:8 287:14
**bio**
300:11
**Biobank**
105:8 195:19 197:20 199:14 214:25
**biological**
39:15,21,23 40:19 41:12, 18,23 42:3, 5,16 44:12 45:1,11 95:19 97:9 115:1,11 119:20 139:8 155:18 203:9 210:10 249:4 260:21 261:5,10,13 262:8,9,16, 25 264:10 265:18,24 267:3 268:9 290:1
**biologically**
40:15 67:13 70:14 96:2 108:25 260:25 263:22 265:21 267:6 268:13,21
**biology**
70:11
**biomarker**
119:7
**Biomarkers**
123:3 313:12
**Biometry**
300:11
**bit**
88:24 276:8 309:21 311:16
**blacked**
311:20
**bladder**
61:25 62:5, 17,23,24,25 63:3,7 64:2 275:16,18, 22,24
**blanking**
64:1
**blocker**
148:20 151:9,10 156:21 157:8 170:15 217:9 223:6 250:25 288:19 289:2,4,6 290:6 318:22
**blockers**
33:11 157:14 162:21 223:11,17 237:4 288:22,25 289:8,23,24 316:8 318:15
**blocks**
22:17,19,21
**blunt**
288:24
**board**
12:4 65:20 123:4,9 141:2 145:25 313:11
**body**
27:24 28:4 56:19 94:22 95:9 97:21, 24 100:15 215:18 242:10 249:8 300:9
**Boehringer**
11:23,25
**bond**
46:3
**borne**
268:15
**Boston**
10:9 11:6
**bottom**
17:12 21:6 77:12 80:19 121:16 207:20
**bound**
183:4,6,8 239:12,13

**bounds** 137:4 184:5, 6,8
**bowel** 85:12,15
**Box** 54:5
**Bradford** 39:11,22,25 203:11 205:20
**brand** 288:7 289:18
**brands** 288:14
**break** 9:10 54:13 76:23 77:3 89:9 114:2,5 121:3,6 130:24 156:13 178:23 181:21,25 204:4 225:6 230:20,24 266:16 268:23 269:4 291:25 292:9,15 298:8 309:2 319:14 320:19
**breast** 216:18 239:4
**brief** 67:21 79:24 80:2 197:7 216:8 268:17
**briefly** 63:22,25 64:2,3,9 159:6
**bring** 27:22 77:9 88:22
**broad** 71:11 96:14 111:11 179:6 184:15 226:13 236:23 303:14,20
**broader** 48:4 95:18 98:4 227:11 306:5
**broadly** 48:20 61:13 180:8 201:12
**brought** 102:13
**bulk** 156:22
**bullet** 46:10 56:1 72:23 73:3 92:17
**business** 10:23 12:1
**button** 7:23
**buying** 142:20 144:17

C

**calculate** 140:10,20 159:13 185:21 189:15 219:2
**calculated** 216:21
**calculation** 159:5 189:18 190:11,17,24 191:6 205:23 206:6 219:6, 16 295:8
**calculations** 190:19 191:3
**calculator** 221:19
**call** 14:25 15:19, 23 36:4 46:18 64:9 84:20 93:9 118:4 124:1, 2 172:21 205:6 269:23
**called** 18:16 48:14 53:13 122:13 129:2
**calls** 135:17 138:11 160:24 312:22
**Cambridge** 10:9
**camera** 88:24 191:19 299:6
**Canaan** 17:4 20:10, 17 23:18 24:11,18 25:8,11 26:10,13 28:24 29:5, 11,21 31:3 32:24 34:8, 18 36:10 38:23 39:18 40:6 41:15, 19 42:9,12 43:1,8,14 44:14 45:3 46:20 47:12 49:4,16 50:10,21 51:9,15,18 52:19,21 54:4,9 55:19 56:11 57:7, 18 58:3 59:12 60:17 61:11 62:1, 18 64:11 65:8,25 66:11 69:23 70:4 71:10 72:13,16,18, 22 75:12 76:25 78:18 79:9 81:19 83:1,5 86:23 87:25 92:21 96:12 98:19 100:14 102:7,14,18, 23 106:21 108:15 111:7 112:23 114:1,7 115:16,21 116:7 117:4, 24 119:15 120:6,10,18 121:25 122:10,15 123:23 124:23 126:1 128:19 129:15,19 130:3 131:9 132:4,22 133:20 134:2,14 135:17 137:22 138:11 139:24 141:14 143:24 145:14 146:25 150:20 151:5,24 153:15 154:3,7 156:2,11 157:11,22 158:20,25 159:4 160:11,24

162:7
166:13,23
168:8 171:4
173:19
176:10 177:2
178:20,22
179:1,5,10
181:22
182:5,19
184:10 186:4
187:12,16,19
189:19 192:8
193:16
198:11 202:6
204:1,14
206:3 207:2
209:10
210:25 211:4
213:20
215:25 216:5
220:14 221:6
222:4,24
225:4,13,18
228:18
230:15,21
231:9 236:2
240:11
241:1,11
243:7 245:18
246:3 249:6
250:15
251:17
252:24
253:15
260:4,22
261:8
266:15,20
267:8 268:25
269:7,10
272:7,11,19
274:19
276:16
280:3,6
281:24
283:10
288:16
291:8,24
295:14,16,
20,24 296:16
298:13,18,
21,23,25
299:2,11
300:24
302:20 304:1
305:19
306:15,21
308:24
312:22
315:13
316:24
317:14
318:9,17
320:10,24

**cancer**
30:17 32:5,
10,17 33:11,
12,21 34:3,
22 35:4,6,16
36:5,25
37:2,5,18,21
39:16 40:5,
18 42:1,20
44:13,19,22
45:2,12
61:25 62:4,
5,11,15,17,
24 63:3,8
64:2 66:7,
10,13 67:11,
18,22,25
68:3,5,6,9,
13 70:8,13
76:8 78:16
80:3 89:17,
21 90:7
93:11 94:12
96:17 98:6
100:22
101:13,15,22
103:10,16,23
104:1,4,14
105:6,12,20
106:9
107:21,23
108:12
109:20
110:9,21,24
111:1,3,9,15
112:8 113:8
114:19,25
117:1
118:16,18,
19,21,22
119:4,19,20,
23 120:24
123:3 135:5,
15,16 136:8,
14 138:10,
16,23 139:10
150:23
151:14,21
154:6,15
155:1,5,6,12
169:11
173:7,14
181:2,5
184:7 186:19
187:7 188:25
189:12 190:6
196:16
197:5,8,20
201:7 207:23
208:15 209:4
210:11 213:4
214:23
215:3,16
216:19
224:13,24
226:20
227:12
234:12,20
235:24 237:8
238:6,16
239:4,5,8
240:4,22
241:5 242:25
244:18,25
248:10
249:13 250:6
251:3 253:3
255:1,3,8
256:3,10
257:20,23,24
258:4,6,9,
11,12,18,24
259:13
262:2,11,21
263:23
264:18
265:21
267:13
271:8,21
272:18
273:9,17,20,
21,25 274:4,
9,12,21,22,
24 275:4,7,
9,16,18,22,
24 279:6,8
289:2,14,16,
19 300:12
304:7 305:7,
10,12 306:5,
10 308:1
309:12
313:12
316:4,7
318:5

**cancers**
33:5 36:7
63:1 66:15
67:4 68:14
77:23 105:3
122:23,24
123:17,20,21
125:19
167:18 169:7
178:17
216:18 239:4
274:14
275:20 283:9
312:14

**capability**
56:2,9 57:5,
16

**capable**
61:24 88:8
262:5

**capacity**
14:5 56:18

**capture**
83:9 103:19
128:2 199:16
207:21 209:8
223:11

226:1,4 231:19 250:18 282:10 295:5
**captured** 127:22,23 128:8 150:11 217:22 218:8 237:5,6 284:3 315:23
**capturing** 172:5
**car** 265:6
**carci-** 267:22
**carcinogen** 114:25 118:11,25 120:4 264:17 265:5,9,11 266:13 267:5,25 268:2,4 312:13
**carcinogenic** 89:18 264:19,20 267:19,23 268:4
**carcinogenicity** 39:16,24 108:1
**carcinogens** 114:10,13,17 115:5,12 117:16,22
**care** 11:5 43:23 53:15 55:8, 17 57:15 59:2,10,11 60:14 61:22 71:9,14,19 75:2 84:7 87:23,24 88:6 103:18, 20 104:1 107:5 111:10 141:7 142:25 143:9,10 171:11 275:2
**careful** 186:24
**carefully** 237:19 320:13
**Carmen** 17:4 26:13
**case** 11:13,22 13:16 17:3 21:9,15,23 27:16 44:12 57:13 60:3 62:23 63:21 65:10 67:10 68:2,6,9 70:1 78:2 85:19 88:5, 12 93:24 95:2 98:5 100:17,21 101:14,21 103:10,13 104:3 107:8 112:15 118:20 122:12 124:6 136:6 143:8 149:3 154:16 156:3 169:25 174:3 193:23 198:6 200:22 213:25 217:7 223:16 227:5,6,17, 18 231:11 233:13 235:9 242:23 254:7 255:5 261:7 262:22 264:24 276:24 278:5 280:14,16 290:11 303:10 304:9,11,19, 20 306:14 307:12,14 308:19 316:16
**case-by-case** 86:6 87:7 111:13
**case-control** 303:23
**cases** 63:3 67:14 78:23 81:5 107:3 112:11 123:16 177:8 193:2,3 280:12
**Cassin** 8:7
**categorical** 255:9
**categories** 152:3 235:10 236:11,14, 21,23 237:6, 9,11,12 251:21 252:5 259:19 270:6,7 271:10 276:3,5 277:3,8,9, 11,17,18 278:10,11 286:6 287:20,23 297:3 298:7 303:11
**categorization** 267:21 269:24
**categorize** 226:13 230:6
**category** 150:3 155:23,25 220:16 221:4,8,22 223:19 230:12,13 235:4 237:7 238:2 252:6, 15 260:8 278:3 293:6 297:1 308:16,18
**causal** 32:4,16 66:25 68:2 79:18 97:5 109:1 136:15 155:18 190:5 197:15 203:2 204:7 213:3 238:15 256:2,13
**causality** 136:24 196:24 241:16 306:6
**causation** 39:10 235:14
**causing** 44:13 45:1 61:24 135:15 138:10
**cautious** 256:16,21 288:21
**caveat** 113:2
**CDC** 304:25 308:6
**cell** 25:17 116:13 117:9 118:5, 20,21,22 249:9 262:4
**Center** 216:17
**Centers** 305:2,4

**central**
188:14 224:23 226:9 228:2
**certain**
28:6 37:12 71:24,25 82:4 84:19 126:8 144:25 145:12 158:11 262:21 282:16 292:5 294:18 303:6 307:8 318:24
**certainly**
24:14 35:25 45:13 63:6 74:5,20 78:8 79:22 82:6 87:7,18 93:22 99:5 106:1 108:24 109:10 112:1 125:3 138:20 161:16 169:1,19 177:22 179:13,15 188:20 190:7 191:2 193:21 209:23 243:10,11 247:9,14 251:22 262:22 301:4 304:16,17 313:21 315:21 316:9
**certainty**
27:17,20,21 28:3,13,19, 21,22 29:3, 4,9,14,18,23
**certified**
141:2
**cetera**
60:13 61:19 92:5 93:11 97:10 118:9 145:5 150:2 179:20 196:20 197:13 203:9 205:22 226:1 232:9 238:9 283:2
**challenge**
87:11 301:3 303:13
**challenges**
115:4 300:21
**challenging**
213:23
**Chan**
8:1,24 13:23 20:11 24:2 28:15 30:2, 12 32:21 33:25 39:10 43:16 44:11 50:22 51:4 52:5,6 53:9 62:21 63:18 77:8 89:15 108:17 120:7,19 160:13 162:16 201:8 207:2 210:17,20 215:23 216:2 223:1 269:21 297:7 300:4 305:2 320:24
**Chan's**
238:22 303:18
**chance**
24:13 58:4
**changed**
168:25
**changes**
59:3,4
**changing**
176:22,23
**channelling**
58:18
**characteristic**
134:24
**characteristics**
69:8 114:9, 13,18 115:5, 8 117:16,22 118:13,23,24 119:25 120:3,24 229:15 279:17
**characterize**
28:23 118:7 273:25
**characterized**
170:2 237:20
**charging**
18:22,25
**check**
25:7 27:13 319:11
**chemical**
103:7 115:11 118:11
**cherry-picked**
187:7
**children**
293:25
**chronic**
132:13 169:2 171:17 173:25 174:1,19 194:13,14 200:9 214:1, 21
**chronically**
174:6 175:11,12 194:14
**churn**
58:23,24 59:4,10 60:2,6 61:3
**cimetidine**
156:8,17,24 157:1,9,13, 20 160:6,16, 21 161:5,14, 22 162:6 163:4,8,13 164:1,2,3,8, 9,11,20,22, 24 165:3,13 172:8,24 173:2 177:15 178:8,11 289:25
**circled**
150:18 182:13
**circling**
185:6
**circumstance**
72:3 93:3 119:8 172:20 303:5
**circumstances**
43:25 93:12 243:4 246:1, 2 247:21 269:23 302:10
**citation**
211:11 213:13 291:19 296:12 299:10,11
**cite**
210:20 281:22 308:11 318:6
**cited**
32:8 33:19 34:12 37:3 38:6,7,13 123:25 126:12 222:18,19 266:5 281:7

282:14 283:19 294:10 301:22 304:5,6
**citing** 281:5
**claim** 282:7 283:14
**claimed** 30:16
**claims** 55:16,21,24 84:6 216:17 282:4
**clarify** 202:8
**class** 80:24 82:24 151:10 156:4 169:21 181:14 277:6
**classes** 298:9
**classic** 80:1 238:19
**classification** 81:18 82:25 83:3 278:2
**classified** 264:17 265:9
**classify** 150:4 212:22 214:19 278:9,10 307:5
**clean** 290:3
**clear** 38:25 91:15 101:8 103:2 105:22 145:2 181:12 187:1,5 197:25 206:14,18 224:1 242:18 256:5 273:19,22 274:10,23 296:21 312:9 317:20
**clearly** 67:23 69:7 109:18 112:12 173:23 174:6 176:15 196:8 197:10 217:14 235:2 262:17 264:13 280:15 290:12 307:18 314:16
**click** 7:23
**clinic** 141:5 143:6
**clinical** 11:4,8 41:6 43:23 65:2, 18 72:3 82:3,18 103:18 104:1,14,25 107:23 111:3,10 119:8 126:6 127:10 135:11 145:8,9 147:8 148:9, 19 155:2 168:12,17 169:3,14,16 170:13 171:22 172:19 173:20,21 174:12 175:10,15,20 179:18 198:1,5 213:8,9 214:3,9 215:1 237:3, 23 244:13 258:9 275:2 306:1,2,7,23 307:20 318:19 319:3,4,5
**clinically** 126:7 168:19 170:22 244:11 318:13
**clinician** 40:12 142:3 226:10 241:24 258:10 259:10 307:1
**clinicians** 259:2 307:6
**close** 173:12
**coach** 159:2
**coaching** 211:2 318:11
**coauthor** 41:8 42:8 248:6 252:23 270:20 271:5 279:4,10 282:6 285:7 294:12
**coauthors** 127:3 253:5
**code** 84:22
**codes** 85:18 257:21 259:12
**coding** 85:14
**cohort** 66:16 78:21 92:25 93:1, 18,20 101:19 105:9 167:1 185:18 188:1,10,11 189:5 193:1 195:1 212:10,22 218:3 222:13 223:20 224:6 251:6 252:3 257:20 300:22 301:2 302:5,17 303:23 304:6,9,18, 22 306:14 307:11,14 308:20
**cohorts** 132:24
**Colin** 311:18,23
**collect** 70:24 80:10
**collected** 82:16 84:6 87:13 88:2 99:19 195:21 212:23 215:11 227:15 254:3,4 282:3,8
**collecting** 88:8 229:24 235:17
**collection** 80:14 167:11
**collectively** 136:13
**collects** 200:16
**colloquy** 106:21 119:15 137:22 166:13

220:14 315:14
**colon** 216:18 248:25 271:8,20 272:17 274:2
**colorectal** 239:4 248:9, 25 249:13 250:5 251:3 273:9,20,21, 23,25 274:9, 11,22 275:4, 9 279:6,7,8, 9
**column** 133:14 194:25 219:21 222:21 234:8 249:22 250:4,8 251:10 254:19 257:10
**combination** 180:4 218:2, 6,10,16 228:21
**combined** 156:10 163:8 217:10
**combining** 216:10
**come** 24:7 28:11 31:11,24 60:2 88:15 97:17 102:2 106:13 114:1 128:25 155:4 162:14 188:3 196:13 206:6 229:16 238:20 247:19 256:25 268:7 293:15 307:4 319:6
**comes** 73:21 152:15 306:1
**comfortable** 144:17 169:4 172:5
**comment** 57:8 223:25 290:8 308:3 310:7,15 311:5 312:25 313:1,2 315:18 316:20
**comments** 302:4
**commission** 305:15
**commissioned** 76:19 305:6
**committee** 112:20
**common** 143:1 145:4 147:21,23 148:3 150:7 169:14 247:21 303:5 319:2
**commonly** 194:13 247:2 285:16 293:16
**commonplace** 247:17
**communicate** 125:6
**communicated** 76:9
**communication s** 315:19
**community** 73:25
**companies** 11:3,10,15 65:6,16 143:21
**company** 11:19,25 74:7
**comparability** 224:17
**comparably** 223:13
**comparator** 105:12 160:7 163:9 170:1, 9 193:24 223:22 224:18 227:3,4 241:22 289:11,12, 14,20 290:5 316:12 317:22 318:7
**comparators** 316:15
**compare** 153:1 160:18 172:4 210:2 212:6 223:3 260:10 304:18
**compared** 95:13 101:19 143:11 151:8,13 152:12 156:18 159:22 163:13 169:24 172:7 193:8,9,23 223:5 229:13 287:11
**comparing** 90:8 155:20 170:11,18 178:7 227:1, 2 259:24,25 260:1,13
**comparison** 155:19 169:20 172:7 178:13 193:21 223:9 260:18 289:23
**comparisons** 152:11 187:1 240:8
**compensation** 11:9,12
**competent** 196:1
**complain** 147:11
**complementary** 200:12 228:10 263:17
**complete** 35:25 79:17 87:1,3 125:22
**completeness** 92:18 93:23 314:20 316:5
**compliant** 172:15
**complicate** 81:3
**component** 244:8 287:22,23
**components** 187:21 202:7 204:2 287:22
**composed** 145:17,18
**compounds** 267:25
**compromises** 49:2
**computed** 131:21

**computer** 23:9,10,11
**concentrate** 302:2
**concentration** 91:2
**concept** 278:12 283:25
**concepts** 90:24
**concern** 88:18 145:20 155:15 177:3 181:19 262:10,16 277:7 316:10,16
**concerned** 144:16
**concerns** 248:22
**conclude** 47:18 154:23 176:5 188:21 197:3 209:2 256:2
**concluded** 266:23
**conclusion** 32:2,4,15 155:17 178:16 190:5 196:14 201:2 219:14 227:11,22 284:12
**conclusions** 30:15,16 31:13 57:23 257:1 264:15 288:4
**conclusive** 273:15
**conclusively** 201:4
**concur** 266:10
**condition** 107:5 147:7 169:15 175:15 177:4 214:1,8
**conditions** 71:24 144:25 145:12 155:10 169:2 171:17,18 173:25 174:2 194:2,13,14 211:23 214:7
**conduct** 96:14
**conducted** 70:16 101:19 105:8,15 107:2 125:1, 8 188:16 222:12 287:10
**conducting** 53:14 60:24 73:21 74:25 237:23,24 261:11 282:21
**conference** 26:6
**confidence** 45:19 46:1, 4,13,19 47:9 150:24 152:8,19 161:21 182:21 183:1,6,11, 17,19 184:3, 9,15 185:8 215:14 223:14 224:10 239:12,21,22 240:6,17 242:1 243:9 244:5,17 245:15 255:16 272:5,9,11, 18
**confident** 188:24 197:17 259:7
**confining** 180:22
**confirm** 12:21 97:4 258:24
**confirmation** 259:8
**confirmed** 257:11,15
**confounded** 97:10
**confounding** 58:18 68:10 95:10 154:24 197:9 238:19 241:21 268:19
**confused** 204:21
**connect** 66:19 258:3
**consider** 32:21 39:14, 25 45:1,7 57:16,20 59:9 66:7,14 69:21 70:1, 19 91:6 101:23 138:18 139:5,6,8 152:8 170:10 189:7 203:10 206:7 208:10,16 209:12,25 210:1 223:3 231:25 233:22 236:20 241:15 242:8 243:1 244:2 302:24 306:18
**considerable** 20:7 104:12
**consideration** 32:22 33:1 37:25 74:9 76:13 80:22 115:6 314:23
**consideration s** 91:7 284:14
**considered** 23:18 33:15 34:20,22 39:20 45:10 49:21 52:2 53:10,19,21 61:8 73:18, 19 82:1 84:17 93:13 96:23 104:3 107:11 121:14 136:8 139:15 148:2 152:9,20 180:17,18 193:22 194:7 196:17 205:15 212:8 235:9 241:8, 9,19,23 249:3 256:8 262:24 264:14 265:14 267:15 274:9 301:1 307:17,20
**considering** 83:12 93:18 200:21 241:10
**considers** 49:22 92:16 307:10

**consistency** 189:8 196:25 200:19,20 203:8 205:21 241:10 266:25
**consistent** 105:18,19 107:7,15 122:19 163:19 165:4 169:19 200:6 210:4,10 227:24 243:20 264:15 310:1
**consistently** 92:15 95:5 103:24 211:22
**consulted** 11:16
**consulting** 10:24,25 11:1,2,9,17, 24 14:12 65:5,9,14
**consumed** 67:18
**consumer** 180:13
**consuming** 320:6
**contact** 144:14
**contacted** 140:12
**contaminant** 312:12
**contamination** 180:25 312:10
**context** 33:16 38:14 52:23 53:4 56:13,17 57:2 61:12 63:15 64:13 69:6 73:14 74:11,20 75:24 81:11 91:16 92:3, 22,24,25 93:18 95:17 96:10 99:18 103:3 108:22 109:5,14 114:23 118:12 120:11,22 137:14 152:20 154:17,18 160:15 169:1 183:19 184:21,23 185:9 187:4 188:15 189:2 195:22 196:17 197:17 199:14 201:16 203:5,16 205:19 208:23,24,25 228:24 229:12 234:4 235:16 241:13 245:9 255:6 259:1 260:14 261:11,18 262:24 263:7,13 273:4 280:21 301:13 312:24 315:4,24
**contextualized** 242:19 247:11
**continuation** 210:23
**continue** 43:17 107:13 171:7
**continued** 18:7 21:9 168:21 170:25 211:16
**continues** 52:13 73:2
**continuing** 78:23 171:20
**continuity** 58:11
**continuous** 91:9
**contrary** 213:3 316:9
**contrast** 96:1 128:6 173:22 197:6 258:7 274:23
**contributing** 86:19
**contribution** 152:3
**control** 95:2 99:5 101:14 172:22 304:9,11,19, 21 305:2,4 306:14 307:10,12, 14,16 308:19
**controls** 146:2
**controversial** 115:2
**conventional** 302:11
**conversations** 7:8,11
**convinced** 33:20 164:8
**copay** 142:18
**corner** 7:24
**correct** 10:21 11:11, 14 12:12,22 13:10,14,22 14:6,9,16, 19,21 15:4, 12 17:10 18:24 19:1, 13 20:5 21:16,22 24:15 25:2, 25 27:2 34:10 39:13 41:8,9 125:25 151:1 153:14 155:23,24 158:6 189:10 202:2 222:19 223:18 231:8 248:11 253:12 257:12,13 260:3 261:3 270:5,12 271:17 279:9,14,18 286:8 288:12,15 294:4 311:3, 9,12,21
**corrected** 121:17,22 122:8,13,20, 21 123:22
**correction** 122:1
**correctly** 73:7 146:21 205:13 234:21 312:16
**correlation** 84:23
**corroborated** 274:6

**cost** 143:11 199:11
**Costello** 26:10,11
**counsel** 8:1 11:22 182:3
**count** 22:24
**counterbalance** 233:22
**countries** 70:17 71:21 72:1
**country** 69:15,21 70:1,9,20, 23,25 71:6, 18 72:7 113:15 179:20
**couple** 96:21 166:17
**course** 17:3 92:1 103:18 177:14,15
**court** 8:14,21 9:15,19 50:20,21,23 52:14,18 269:14 292:22 320:1
**covariate** 68:24
**covariates** 56:4
**cover** 30:2
**coverage** 58:12 59:2,3 180:10
**covered** 14:15 19:20 23:14
**covers** 29:1 76:14
**COVID** 88:14,15
**COVID-19** 88:12
**create** 98:25
**created** 39:8
**creates** 300:20 302:7
**creating** 7:14
**credence** 136:5
**criteria** 39:22,25 56:5 85:16 86:1 90:22 91:5 132:23 203:10 205:21
**critical** 80:15 90:2 99:13 100:3 187:25 199:3 237:15 268:6
**critically** 92:7 263:17
**cross** 189:8 210:1
**cross-sectionally** 67:16
**crossover** 81:16 176:22 177:3 179:8 181:18
**crosstalk** 120:12
**CRR** 7:1
**crude** 124:7 190:13,17
**culled** 104:18
**cumulative** 216:20 218:8 219:22 222:17 230:17 234:10
**current** 110:10,19 234:18
**cut** 88:25 191:21
**CV** 247:5

## D

**daily** 127:13 129:2,8 132:9,13 211:22 216:21 218:8,13 219:4 220:5, 11,17,21 221:5,9,17, 23 229:22 231:24 235:11,23 290:20
**Danish** 105:15 162:20 188:4
**data** 12:4 47:5 53:15 54:25 55:2,8,11, 16,20,21,24 56:3,9,10 57:5,15,16 59:11,17,20, 23 68:24 70:24,25 72:7,20 75:2 78:25 79:2 80:10,15,16 81:14 82:14, 15,16,19 84:6 86:20 87:3,12,20, 23 88:2,4,8, 14,15 93:4 99:11,15,19 100:16 103:16,21 104:18,22 105:14,17 107:8,9,11 109:2,6,7,8 110:6,10,17, 19 112:2,5, 11 113:4,5 117:8 122:18 124:8 126:17 127:23 128:1,22 129:4 131:10,11, 13,21 135:20 136:2,25 137:6,14 139:14 140:11 141:25 145:4 152:23 153:10,22 156:12,15 160:1,16,20 163:1,5,7 165:10 167:11 168:5,10 170:2 173:4, 9,17,20 175:13,23 176:5,6 178:3 179:3, 8 181:10 186:12,16 187:20 188:3 189:8 190:13,17 191:1,2,5 195:17,21 198:17

199:2,3,12 200:12,14, 15,16 207:21 208:2 209:2 212:20 214:15,23 215:11 216:16,17,24 217:21,22 220:5 223:21 224:20 225:23,24 227:13,15, 20,22 228:11 229:2,4,24 230:10 231:14,15 232:4,6,19, 23 233:6,9 234:1 235:17,18 236:5,7 237:16,19 242:21 243:1 252:12 254:3,4,14, 16 258:8 261:13,20,21 262:9,16,17, 18,21,23 263:7,8,17, 18 265:16 268:7,8,10, 14 282:1,3, 4,7,8,9,17, 23 283:14, 20,21 284:10 287:2 289:17 290:3 291:1, 9 296:12 297:25 298:4,5 307:11 315:17,23 316:6,20 317:7 318:23

**database**
68:22 126:16 128:22 168:11 200:24 216:17 229:19 311:8,11 312:8,19 315:9,24 316:21,22,23 317:2,6,11, 18

**databases**
128:4 150:12 215:12 252:13 253:23 254:5

**dataset**
87:2 190:8 196:6 197:21 206:8 212:3 217:20 219:7 224:21

**datasets**
195:18

**date**
17:20 21:10 38:1,2 113:21 121:19 175:9 232:13 292:2

**dated**
36:16 121:19

**day**
21:17 22:17, 20 98:12 126:9 127:8, 13 128:12,14 237:25 271:12 291:13

**days**
100:2 126:10,11 127:15 128:12,23,25 199:23 200:2 222:2

**DDD**
235:4 236:14 238:9

**DDDS**
223:19 226:4,18 227:6,19 228:15,20 230:12,13

**dealing**
174:13 177:4 303:10

**dealt**
301:5

**Deanne**
7:1 8:11 269:12 292:20

**death**
59:24,25 60:1 85:20 93:10

**decade**
180:7

**decades**
237:4 273:10,18

**December**
15:3 19:21, 24

**decide**
171:12

**decided**
313:24

**decision**
123:6 145:22 243:3 313:19,22

**decisions**
146:6 313:18 314:5

**declare**
14:11 205:6 247:16

**decline**
154:22 197:14 237:11

**decrease**
193:8

**decreased**
180:3

**decreasing**
238:12

**deemed**
264:24 265:4

**deep**
63:1

**deeply**
315:22

**defect**
201:23

**defendant**
11:22

**defense**
64:1

**define**
28:2,16,17 65:23 69:7 75:9 77:13, 21 78:15 92:3 97:15 99:6,10 109:3 177:24 206:5 236:22 239:23 274:25 275:5 297:23

**defined**
30:23 58:25 75:15 84:21 91:1,16 92:1,8 93:14 96:3 103:14 129:2,8 132:8,9 148:11 157:18 170:19 199:23 210:3 216:21 218:9 219:4 220:5, 11,17,21 221:4,9,17, 23 222:13 227:16

231:24
235:11
253:24
274:22
275:9,19,23
290:20
307:18
**defining**
68:20 76:15,
16 80:22
129:7 170:16
**definitely**
71:22 83:15
100:22
101:23 174:9
179:24
180:15
275:13
287:17
288:24
**definition**
13:5 28:16
58:14,23
61:4,6 68:25
75:22,25
76:1 81:3
85:14 147:9
**definitions**
96:2 147:15
**definitive**
228:22 233:4
240:15
**degree**
27:16,19
28:2,12,18,
20,22 29:4,
9,13
**degrees**
209:24
**delivered**
71:14
**demonstrating**
208:19
**Denmark**
126:13,18,23
158:10
161:15
163:23
164:6,23
175:17
200:23,25
227:15
291:10,18,20
**denominator**
130:13
**depend**
183:15
215:16 244:9
**dependency**
130:22
**dependent**
61:1,16,21
88:4 93:9
190:12
204:25 235:7
247:19 255:4
**depending**
43:20 63:2,3
79:21 87:4
91:19 92:8
147:14
243:11,12
**depends**
48:1 50:1
56:12 59:13,
14,17 60:4,
18,22,23
62:14 70:5
71:12 72:2
77:25 80:5,
17 81:20,21
83:6,15,17
86:4 88:1
95:14 98:18
107:1 108:19
111:6,8,9
147:4 179:18
189:21 204:6
206:4 208:23
225:14
243:14
280:20 283:3
301:19
302:21,22
307:19
**depo**
7:24
**deposition**
7:1,18,25
9:5 12:11
22:1,4 25:23
27:12 52:8
63:18,19
64:4,16,19
320:2,13
**depositions**
63:20
**depressing**
151:22
**derive**
140:13
**derived**
116:13
118:4,13
167:3
283:14,21
**describe**
48:11 56:1,9
81:5 283:12
**described**
57:2 244:16
245:14
**describing**
47:24
**description**
30:22 72:9
**descriptions**
15:8
**design**
61:8 65:23
107:2 173:7
190:21 201:1
242:18
257:17 258:2
306:13
**designed**
42:18 75:16
78:1 93:8
95:13 111:11
147:6 173:8
195:13
215:10 254:2
304:17
306:20
**detail**
56:15 63:23
64:15 118:1
265:15
295:12 307:8
317:16
**detailed**
60:12 74:5,
10 88:8
111:17
263:18
314:1,3
**detect**
48:21 49:1,3
51:23 201:14
202:2 302:9
**detected**
52:1 202:15
**detecting**
301:8 302:11
**determinants**
95:20 97:23
**determine**
49:18 239:25
311:2
**determined**
49:25 203:3
267:4
**develop**
60:21 118:22
257:24
274:2,14,21
**developed**
67:5 118:21
257:23
258:18
**developing**
66:9 67:18
97:7 151:20
**development**
78:16 107:23
111:3 117:1
151:14
249:12 275:7

**develops**
273:10,17
**devices**
25:17
**devoted**
45:14
**Diabetes**
308:12
**diagnose**
118:18
**diagnosed**
62:12 66:15
71:24 111:10
123:16 258:5
**diagnoses**
150:7 258:9,
25 259:2,4
**diagnosis**
67:21 84:22
101:15,22
148:18,22
149:1,17,20,
22 249:23
250:6 258:11
259:8
**diagnostic**
148:17,20
**dictate**
35:10
**died**
85:21
**diet**
262:1 270:23
278:6,17
300:21 302:9
305:12
307:25
**dietary**
34:21 37:23
38:19 95:3
101:11,13
102:9 270:10
276:24 279:5
300:20,25
301:5,17
302:17
305:18 306:9
**dif-**
87:5
**difference**
124:3,11
**differences**
71:7,16
101:7 121:21
123:24 124:2
254:2
**different**
17:1,2 37:7
43:20 45:22
61:16 63:5
70:10,17
72:1 77:23
78:3 86:1,25
91:19 93:14
94:20 101:20
113:2,3
115:1 123:17
124:25
137:11
147:19
153:19
157:20 165:7
170:14
177:11 179:7
190:10
198:21
200:16,22
201:1 202:12
203:8,10
209:24
215:9,10,11
216:20 223:8
227:15,16
229:15,23,24
235:18
238:10 241:4
244:22
254:12
256:14
257:18
259:24
271:10
277:14,25
278:11 283:8
297:20
299:20
313:19
317:6,7
318:20 319:8
**differential**
87:6 180:5
302:15
317:21
**differentiall y**
111:12 278:9
290:2
**differentiate**
99:12,23
212:6 307:13
**differently**
90:8 167:21
175:18
**differs**
195:9
**difficult**
60:12 71:15
87:11 179:11
**dig**
179:15
**digits**
12:24 13:4
**dimensions**
91:1 140:9
**direct**
8:22 33:13
180:13
193:21 297:7
**direction**
154:10
194:19
287:12 303:8
**directionalit y**
280:8
**directionally**
243:19
**directly**
163:15 196:7
214:24 215:4
**disagree**
129:19
306:12
**disagreeing**
25:1
**disappear**
109:22
**disappears**
210:7
**discontinuati on**
77:14,21
78:16 79:6,
20 80:4
**discovering**
300:21
**discrepancies**
121:24
122:7,12
123:19 124:1
**discuss**
40:3 42:6
81:6 117:21
**discussed**
38:12 40:10
41:12 49:5
68:14 177:8
189:20
193:17
232:17 235:6
276:20
301:4,15
313:3
**discusses**
120:3
**discussing**
39:11 207:14
243:6 245:25
**discussion**
31:10 74:15,
16 111:17
134:11
137:10 187:5
207:8 234:9
238:25
250:2,3
307:25
**discussions**
74:10

**disease**
41:12 60:21, 22,25 61:1 72:3 85:12 93:2 107:6 143:16 146:19 147:3,5,8,12 148:1,4,6, 11,12,23 149:2,13,19 150:4 177:6 231:8 300:21 302:4,9 305:2,4
**diseases**
85:19
**disenroll**
58:25 59:6
**disentangle**
246:6
**dismissing**
316:19
**disparate**
227:13 238:13,14
**dispensed**
161:9
**dispensing**
218:1
**disqualify**
112:20 138:19
**disregard**
98:1 112:25 240:24 241:9,12,25
**distal**
271:20 272:17
**distinct**
278:4,12
**distinction**
244:13
**distinguish**
194:10 195:6,11
207:18
**divided**
286:6
**Division**
300:11
**doctor**
8:14 48:10 52:22 54:1, 22 60:12 88:23 129:24 144:7 157:24 165:18 166:17 174:13 176:12,14,20 178:12 191:17 192:3 198:23 248:5 299:5
**doctor's**
267:9 318:10
**doctors**
141:16 175:17,19 176:9
**document**
23:13,14 53:12 54:5 58:13,16 72:6 73:13, 18 74:24 75:5 76:14 81:10 84:13 86:8 89:25 92:23 114:6 116:11 117:25 278:19 299:22 309:24 310:3 312:25
**documented**
20:13
**documenting**
16:18
**doing**
11:4 14:4 31:20,21 32:7 37:22 39:10 43:5 64:14 66:12 75:8 82:5,10 84:18 103:20 111:22,25 142:13 165:18 170:18 190:20 198:18 205:3,4,9 206:16 259:23 260:14 262:5
**dosage**
126:9 142:13 226:23
**dose**
91:2 104:10 129:2 136:3 144:5,6,9 146:11 195:6 207:18 216:20,21 218:8 219:22 222:17 223:8 230:17 231:24 234:11 235:11 236:23 237:7 238:2,9 245:1,3 252:15 254:24 255:4,10,22 259:1,24 262:3 266:25 268:11 288:9 290:9,13,14, 18,20,24 291:5,10,12, 20
**dosed**
237:11
**doses**
72:10 115:25 117:8,11 129:8 132:9 139:3 218:13 219:4 220:5, 11,17,21 221:5,9,17, 23 254:21 262:22 264:22 288:7 291:15,17
**double-check**
25:14 53:20
**double-checking**
207:4
**doubtful**
181:11
**Douglas**
300:5
**draft**
22:9 23:6
**drafting**
18:1,3 19:23
**dramatically**
165:11 285:19
**draw**
30:14,15 178:16
**driven**
155:15 164:9,24
**driving**
164:3
**drug**
55:9 58:20 61:7 62:11 66:25 67:3 68:5,23 75:16 77:16, 22,24 78:6, 11,17,22,23, 24 79:6,7 80:24 82:9, 10 83:20 92:5 98:11 107:4

109:12,21
112:16
118:15
119:22
128:7,20
132:12
142:2,4,6,7,
17,18,20
143:2,14,22
144:12,18
145:19,25
146:1,3
149:24
150:8,10
151:10
155:12 156:7
167:14
168:14,16,
18,22 169:6
170:4
177:20,21
178:5,11,14
193:20
197:19 198:7
199:7,10
200:1,10
223:24 230:6
237:24
254:6,7,8
268:17
283:13
291:13
293:16 295:5
297:15 319:8

**drugs**
73:23 80:11,
23 81:3,16,
22 82:6,13
109:21
142:11
143:7,11
145:3,16,17
148:21 156:4
161:4 163:25
168:13
169:21
172:11,17
173:15,22,25
175:6,11
177:7,9,25
178:16 180:4
193:18
194:12
195:22 198:1
211:22,24
212:8,9
216:12
229:22
233:15
249:10
285:16,19
293:17
318:13 319:4

**due**
48:17 125:8
152:17 153:7
155:5,16
201:11
281:18

**duplicated**
122:2

**duration**
66:8,18,20,
24 78:6
79:14,15
91:8 96:1
97:13 99:5,
15 101:6
104:9 106:6,
18,20,24
108:25
109:17
110:14 113:6
141:23 193:5
195:16
196:2,15,19
212:11,16
216:22
226:16,23
231:16,21
232:7,15,18,
21,22,25
233:2 235:20
236:6 237:12
238:8
250:10,13,
21,22
251:11,20,21
252:1,5,6,14
254:24
255:4,10,22
259:16
266:25
268:11 275:8
286:22,23,25
287:1,3,20,
21,23 312:9,
19 313:22
315:9
316:10,14,
15,21
317:12,18,23
318:3,8,21
319:9

**durational**
245:3 317:21

**durations**
152:24
222:15,16
236:10
252:11
259:24

**dyspepsia**
150:5

**E**

**e.g**
56:4

**earlier**
47:23 122:6
139:18
165:1,19
189:20
225:10

**earliest**
161:19

**early**
63:10 79:24
92:1 154:25
167:10,11

**easily**
175:14 244:4

**Eastern**
114:3

**editing**
313:24

**editor**
313:6,25
315:7

**editor's**
314:13

**editorial**
123:4,8
312:1 313:9,
11,17 314:4

**editors**
313:17

**effect**
47:19 49:15,
20 95:23,24
96:9 109:25
145:3 151:22
172:6,12
184:4,5
190:9 210:5
233:2,12
241:8 251:5
272:21
277:12
283:19
289:10

**effective**
82:10 143:14
144:11 177:9

**effects**
73:23 117:9
145:7 233:17

**effects'**
115:10

**effort**
189:9

**efforts**
104:20
317:20

**EHR**
88:10

**eight**
64:8 175:7
286:10

**either**
67:15 109:3 119:8 132:17 134:12 144:19 147:15 148:11 151:14 156:16 173:1 193:9 215:11 226:22 227:16 231:20 255:10 258:4 262:4 283:9 305:12 313:23
**elapsed**
96:7
**elected**
304:5
**electronic**
53:15 54:25 55:7 56:8 57:15 59:10 75:1 87:21 88:3 257:21 258:7,15,17 259:3
**element**
49:12 96:7 98:14
**elements**
45:7 49:18 56:3 74:1 78:25 80:12 96:22,24 97:14,25 99:2,14
**elevated**
203:24 248:24
**email**
278:21 298:16,17 311:18 312:24
**emails**
25:18
**eminent**
44:10
**emphasize**
108:10
**empirical**
115:10
**employed**
10:10,11,12, 14 48:2
**employer**
59:4
**employer-based**
59:3
**encompasses**
39:23
**encounter**
306:3
**end**
22:20 58:16 68:24 94:9 188:9 192:16
**endoscopic**
148:12
**endoscopy**
149:4
**endpoints**
151:15 259:12
**engagement**
18:23
**enlisted**
138:25
**enroll**
58:25
**enrolled**
59:21 87:16
**enrollees**
59:6
**enrollment**
88:16
**ensure**
62:5,9 67:2 84:8,16 145:16
**enter**
205:18 233:24
**entering**
190:15
**entire**
94:22 162:1 185:18 215:18 224:20 289:8,19 293:19
**entirely**
169:4 170:10 171:21 172:5 179:18 215:7 223:11 254:5 262:25 289:20
**entities**
11:3,10
**entitled**
52:9 75:6 120:7
**entity**
42:17
**entry**
13:12 21:14 198:20
**environmental**
108:7 112:10
**EPA**
262:12 265:8 266:11
**epi**
247:7
**EPIC**
93:20
**epidemiologic**
67:9,19 69:2
**epidemiological**
30:18 31:7,8 40:18 44:22 56:17 66:3 67:15 69:5 74:19 77:19 80:16 84:15 85:3 90:3,7 92:6 93:25 94:17 99:8 100:17 102:20 103:19,24 104:21 109:6,11 116:17 140:17 169:13 199:2 213:15 237:18 245:21,23 258:1 261:11,17 263:4,5,11 264:25 265:24 304:8
**epidemiologist**
31:17,20 40:12 85:22 137:1 142:1 205:22 206:16 226:10 227:21 246:22
**epidemiologist's**
173:11
**epidemiologists**
44:8 75:8 84:15 86:11 110:5 205:14 213:9 241:15 246:22 263:1
**epidemiology**
31:18 41:5, 21 46:7 61:14 63:16 66:12 69:6, 10 91:17 110:11 116:22

119:2,3,8 123:3 130:19 200:18 201:4 265:12 275:22 303:22 304:15 305:3,18 313:12
**epigastric** 148:4 150:2
**epithelium** 248:25
**equally** 277:17,18 316:22
**equals** 217:19
**equates** 306:13
**error** 48:12 49:7 201:11 202:13,22 206:11 276:10,18, 19,21,23,25 277:2,14,15, 16,18,22 278:4,7 300:20,25 301:6,20 302:3,7,16, 17,23,25 303:7
**errors** 301:16
**esophageal** 148:6 150:22 151:14 155:1,5 182:17 184:7 186:19 187:7 189:12 190:6
**essential** 59:14 62:7 92:19 223:2
**establish** 97:4 148:17 149:17
**established** 46:6 148:10
**estimate** 45:21 46:11 47:4,5,9,23, 24 131:18 132:6 159:6 183:13 184:5 190:8 195:15 217:2 240:25 272:21 274:12 277:12 281:15,19 283:14 287:1 295:8 296:4 297:16
**estimated** 131:11 290:21 302:8
**estimates** 48:4 95:23 136:9 182:20,25 210:5 217:16 224:6 237:11 283:25 287:7,17 291:1,4 297:1 303:3 317:24
**estimating** 280:25
**et** 60:13 61:19 92:5 93:11 97:10 118:9 145:5 150:2 179:20 196:20 197:13 203:9 205:22 226:1 232:9 238:9 283:2
**et al** 283:12
**ethical** 172:24
**Europe** 143:9
**European** 93:20
**Eva** 17:4 26:10, 13,15 27:4 52:5,8 102:17 159:3 211:3 230:20 268:24 296:15 320:9
**evaluate** 28:5 82:21 90:7 195:21 224:20 263:17 305:3,18
**evaluated** 30:17 236:10 279:12
**evaluates** 196:10
**evaluating** 30:25 57:14 69:21 90:22 100:15 109:5 181:20 195:20
**evaluations** 115:7
**event** 79:13 124:8
**events** 77:15,22 79:6 123:25 124:11 184:16
**eventually** 109:22
**everybody** 76:24 151:16 214:12 220:10
**everyone** 137:6
**evidence** 12:21 13:6 27:24 28:1, 5,8,11 29:16,18 31:4 32:3,9, 12,14,23 33:2,17 34:23 37:14, 25 39:14,19 40:3,4,18 42:4,19 44:21 45:11 54:11,15 67:23 68:2 78:5 89:3 94:23 95:9 97:21 100:16 107:25 114:12 115:7,20,24 116:3,13 117:2 124:24 134:15 135:5 139:25 143:25 148:12,13 151:25 154:8 158:3,6 159:1 162:8 173:13 186:5 188:17 191:24 196:10 200:19,21 203:8 210:22 211:1,16 212:19 215:7,8,18, 24 216:2 217:8 218:24 225:1 234:4 236:3,9 238:14 242:7,10

248:1 249:8 252:19 256:7,23 262:18 264:14,19,24 265:1,6,12 266:12,13 267:16,22 268:5,20 283:19 291:3 303:24 304:8,21 305:5,6,10, 15 306:16,20 307:3,6,9, 15,21,25 308:12,16,19 314:22 315:2 316:25 318:1,10

**evident**
189:1

**ex**
67:4

**ex-**
151:6

**exact**
91:16 131:19,20 310:2

**exactly**
63:12 64:5 78:19 81:21 94:18 100:1 200:17 201:18 209:13 226:12 256:23 311:4 317:17

**exaggerate**
301:17

**exaggerating**
277:12

**EXAMINATION**
8:22

**examine**
42:18 63:8 88:10 103:15 104:23 186:13 190:24 193:2 195:5 207:18 209:18 255:20

**examined**
261:16

**examines**
136:2 190:21

**examples**
46:9 61:20 67:19 85:7 93:7 100:9 139:2 179:14 274:10 282:16 301:21 303:3,15 304:22

**exceed**
29:9

**exception**
270:4 280:2 304:20

**exceptions**
276:14 303:15 304:16

**exclude**
252:8 310:16

**excluded**
157:6

**excuse**
117:7 236:6

**exercise**
205:11

**exhaustive**
261:19,24

**exhibit**
12:19,22 13:4,7 20:19 23:24,25 24:8 29:24, 25 53:5,7 54:19 55:6 89:3,4 110:23 121:10,12 128:17 158:1,4,8 165:15 166:4 182:10 191:16,25 192:1,17,18, 22 210:15 215:21 234:5 238:21,22 246:24 247:25 248:2,3 252:20 264:8 269:20 271:2,3 278:14,15 279:2 284:19 285:2,3,4 292:18 293:2 294:7,8 299:4,7,8 300:2 303:17 304:13,25 308:5 309:7, 9 311:15

**exhibits**
308:8

**exist**
188:25 189:22 234:1 237:2 246:14 266:14

**existed**
262:17

**existence**
34:2 110:6

**existing**
55:7

**exists**
14:2 25:13 47:20 48:22 49:2,3 50:14 94:13 109:8 188:17 201:14,24 202:13 212:13 231:17 235:8 246:12 262:23 263:7 296:17 307:21,23

**expect**
91:23 107:14 108:23 135:14 136:13 138:7 139:9 161:17 164:21 173:4 178:9 183:21 215:1 237:10,13 238:6,10 260:8 268:13,15 288:2 290:13,25 317:22

**expectation**
146:1 211:21 237:22 258:10 290:24

**expectations**
232:15

**expected**
62:10 67:5, 13 85:1 101:25 107:13 140:4 167:9 263:6 277:16 278:9 280:9 282:18 284:2 287:6, 13

**expecting**
260:7

**expensive**
149:3 180:9

**experience**
31:14,20 32:7 81:4 107:21 111:1

118:2 127:10 143:3 171:11
**experimental** 44:6 98:22, 25 99:3,6 116:18 117:6,7 118:6 119:19 249:8 261:16,20 263:3 265:7, 10,16 266:4
**experiments** 264:21
**expert** 20:5,8,15 36:15 38:1,9 40:24 42:18 48:8 57:13, 14,19,20,25 63:20 94:22 261:24 263:2,15 305:8
**expertise** 27:23 31:11 41:3,5 65:18 123:10 263:16 275:20
**experts** 29:17 34:20 40:24 262:13 266:4,5
**explain** 100:23 101:3,18 102:6,21 261:3 319:6
**explained** 320:13
**explaining** 100:12
**explanation** 50:8,25 51:5 52:10,24 73:4 129:23 202:1 210:11 234:17 235:2,5,13, 21,22 258:22
**explanations** 50:11 53:3 201:17
**explicitly** 93:15
**Explorys** 311:7,11 316:22 317:2
**exposed** 60:20 62:11 67:3 78:5,11 90:8 92:4 99:12,24 110:8 128:6 130:14,17,18 131:1,2,4,17 152:24 170:9 196:4 210:7 223:10,15 224:18 227:2,4 234:2,19 238:8 250:22 252:11 260:8,9,13, 14,19 265:2 312:15
**exposure** 41:11,23 42:1 57:9,12 58:20 59:15, 20,22 61:5, 7,9,13,15, 18,20,23 62:3,6 63:4, 9,13,16 65:23,24 66:4,14,18, 21,24 67:5, 10,12,16,20 68:5,23 70:24 75:17 78:2,4,7 79:2,13,15, 23,24 80:2, 9,23 81:3,18 82:19,25 83:3,21,23, 25 85:2 87:3 88:8 90:3,23 91:8,20,23 95:24,25 96:2,3,8 97:6,12,13 98:7,15 99:2,10,22 102:5,21,25 103:3,6,8,9, 11,14,21,22, 25 104:6,7, 9,13,20,23 106:18 107:22 108:12,20,25 110:12,13,25 111:2,8 119:3 124:22 130:12,15,23 131:4,16 134:22,24 135:20,22,24 150:19 151:2,4 154:19 161:8 167:11 170:8,24 180:22 195:4,21 196:21,22 198:22 200:16 202:20 207:22 210:7,8 212:23 215:11 216:11,14,20 223:13,14 226:14,16,17 227:16 231:11,13,21 236:5,6 238:14 241:16 245:4 252:5 253:20 254:14,16 256:1 260:11 261:13 262:2 270:15 276:20,21,22 278:3,5 279:20 280:10,18 281:17,18 282:8,24 283:4 284:7, 15 287:14 288:20 290:4 293:6,12 302:7 303:11 318:8
**exposure-** 80:20
**exposure/ cancer** 62:7
**exposures** 56:4 57:4,6 90:25 96:16 103:7 108:7 276:2,3,12, 15 279:13 305:7
**expressed** 27:15
**extent** 71:3 82:22 151:19 154:5 161:25 164:10 243:3 312:10
**extrapolate** 118:23 175:14 228:6 229:18,25 284:10 289:7
**extrapolated** 213:18 262:20
**extremely** 213:6 304:19

**eye**
109:15

**F**

**F-E-L-D**
298:24,25
**face**
80:8 84:20, 24 85:4 191:22
**facial**
9:14
**facilitate**
115:6
**fact**
36:9 47:20 109:24 145:11 188:5,11,22 194:3 203:22 204:11,17 233:15,23 235:14,17 249:3 267:17 291:12 316:12
**factor**
58:20 92:5 100:12 146:5 313:14
**factors**
50:1 61:16 73:4 80:20 189:21 228:21 229:16 280:22
**facts**
31:3 39:19 124:23 134:14 143:24 151:24 154:7 210:25 236:2 306:15 316:24 318:9
**fail**
47:17
**failed**
202:1
**fails**
267:24
**fairly**
64:7 163:19 164:8
**fall**
45:21 46:3 47:1 141:11 150:3 174:24 183:13
**fallen**
116:10,19 180:16
**false**
48:15 101:4 152:17 187:8 189:13 190:2 202:21 206:11
**familiar**
40:14,19 86:10 145:3 146:14 300:4 307:2
**famotidine**
156:9,18 157:3,9,13, 19 159:19 160:4,6,17, 19,20,22 161:2,23 162:6 163:4, 8,12,18,22, 24 164:3,4, 8,11,13,18 165:2,5,11 171:25 172:1,8,17 173:2 318:21 319:7
**far**
106:10 119:1,20 286:10 290:6
**fashion**
67:7 263:17
**fast**
280:8
**fat**
277:1
**fatal**
63:3,7
**favor**
112:13 116:10,19
**FDA**
53:13 55:13 56:14,21 58:17 61:4 68:20 69:3 72:6 73:16 74:6 75:6,25 76:13,15,18, 20 77:12 78:19 80:6 81:8 84:5 86:1 285:19
**FDA's**
58:24 73:9
**feasible**
169:11 212:17
**February**
14:14
**feel**
33:13 39:3 41:2,3 44:8 56:23 68:11 125:5,14 132:18 144:17 145:17 152:23 171:24 172:4 191:13 197:17 258:11 260:10 283:6 306:6 313:25 314:8
**feeling**
287:11
**feels**
42:3
**fees**
11:17 65:17
**felt**
38:13 40:23 132:17 187:6 258:13 312:3
**fewer**
132:3
**field**
29:17 31:15 32:7 35:5 42:10 61:14 99:9 139:11 175:2 181:9 247:2 304:4 313:11,15
**fifth**
73:2 177:18 195:4
**figure**
122:20 123:21,25 124:4,13 150:13 151:22 152:4,6,22 153:6 166:16,19,25 182:10 184:24 185:5,17 187:10,11 188:21 189:14,16
**figures**
125:3 166:7, 18
**files**
192:15
**fill**
132:21 143:4 171:20 229:5
**filled**
167:10 168:20 172:2 176:16 178:3

181:15 185:2 198:25 232:11
**filling**
141:24 168:14,15,24 169:17 174:15 177:19 178:4 199:6
**final**
7:19 20:18 221:8 295:4
**finally**
119:12
**financial**
142:17
**financially**
8:9
**find**
136:21 181:15 201:9 202:4 206:1 247:14 263:20 303:15 304:17 310:19 312:14
**finding**
136:24 200:16 202:5 203:23 204:13 205:15,19 224:16 246:20 255:18 263:10 316:9
**findings**
188:23 244:23 260:25 261:17 263:21
**finds**
204:10
**finish**
64:15 76:5 178:24,25 186:15 225:7 253:19 266:18 274:20 318:18
**finished**
37:16 114:5 207:3
**firm**
274:12
**first**
12:24 13:12, 18 24:20 30:15 38:1 48:7 51:21 81:9 90:6,12 91:8 96:22 98:21 107:22 111:2 113:17 141:17 152:6,15 166:24 179:25 187:22 189:21 193:2 198:3 202:20 217:24 218:5 222:9,21 236:4 239:25 246:6,7 253:7 254:20 263:14 286:22 287:9 307:17 310:10,11,24 311:1 312:10 320:11
**five**
33:5 105:5 106:8,15 130:9 131:5, 24,25 132:1 164:13 165:20 166:11 168:6 177:19 186:18 192:5 193:2,4,14 199:6 208:9, 22 209:1 210:23 211:17 213:18 216:3,25 217:4,8,13, 17 225:12 232:12,22 259:20,25 260:2 271:12 274:16,21
**five-minute**
225:6 266:15
**flawed**
94:25
**flipside**
256:18
**Florida**
7:3
**focus**
33:7,8,10 41:7 44:17, 19 79:5 96:18 103:5 106:16 118:3 135:7 152:21 203:18 304:5
**focused**
33:4 40:25 43:21 44:20 102:12 112:9 157:12 185:7 306:22
**focusing**
96:7 230:10 296:6
**folder**
278:19 299:20,23
**follow**
60:19 67:6 73:22 74:7 87:1,15 110:3 141:20,22 167:23
**follow-up**
60:16,18 66:5,18 67:7 68:24 79:8, 11,15 86:11, 14,24 87:5, 6,10,17,18, 22 88:19 92:18 93:5, 8,9,12,14, 23,24 97:16 104:12 105:9,10 106:2,3,4,6, 17,19,25 109:23,25 111:25 112:14 113:5 124:18 134:21 140:3 142:5 150:19 161:20 167:2,9,12 180:24 182:15 184:8 185:3,12 186:2,8,9, 10,11,20 187:23,24 188:7 189:4 193:2,3,4,6, 13 196:2,20 197:2,14 206:23 207:5,24 208:4,8,20, 22 209:1,5, 19 212:11 216:22,25 217:5,10,17, 19,21,22,23 218:2,14,15 219:9,10,14 226:17 233:1,11,22 251:11,14,22 252:1,15

253:8,9
**follow-ups**
107:13
**followed**
67:3 112:11 130:18 140:6 168:21 169:10 176:17 194:16 208:9,19 217:4 218:14 236:12
**following**
50:23 92:16 93:2 167:23, 25
**food**
257:7
**footnote**
271:14
**footnotes**
294:2
**force**
305:17 306:13,19
**foremost**
189:22
**form**
20:10,17 24:11,18 28:24 29:5, 11,19,21 31:3 32:24 34:8,18 36:10 38:24 39:18 40:6 41:15,19 42:9,12 43:2,8 44:14 45:3 46:20 47:12 49:4, 16 50:10 55:19 56:11 57:7,18 59:12 60:17 61:11 62:1 65:8,25 66:11 69:23 70:4 71:10 78:18 79:9 81:19 83:1,5 86:23 87:25 92:21 96:12 100:14 102:7,23 106:22 111:7 115:21 117:4,24 121:25 122:10,15 123:23 124:23 126:1 128:19 131:9 132:4,22 133:20 134:14 135:17 137:9 138:11 139:24 141:14 144:25 151:5,24 153:15 154:7 157:11,22 158:25 160:25 162:7 166:14,23 168:8 171:4 173:19 177:2 179:5,10 182:19 184:10 186:4 187:12,16,19 189:19 191:7 192:8 193:16 202:6 204:1, 14 206:3 209:10 210:25 213:20 215:25 216:5 221:6 222:5 225:13,18 228:18 230:15 231:9 236:2 238:5 241:1,11 243:7 245:18 246:3 249:6 250:15 251:17 253:15 260:4,22 261:8 265:12 267:8 272:19 276:16 280:3,6 281:24 283:10 288:16 291:8 302:20 304:1 305:19 306:15,21 312:22 314:19 315:13 316:24 317:14
**formal**
31:17 32:6 148:16 149:14,16, 20,22 191:6 283:23
**formally**
86:7
**forming**
145:11
**formulations**
72:10
**forth**
9:15 83:24 262:11
**found**
63:17 154:16 175:3 206:10 250:9 256:13 268:14 271:18
**four**
11:16,20 22:11 65:7 165:9 175:7 199:24 200:2,8 207:20 210:22 211:15,23 213:16,17 214:13 225:11 226:7 229:9,22 235:23 236:6,16 275:14
**four-week**
198:19 199:17
**fourth**
177:17
**FPR**
7:2
**FPR-C**
7:2
**frame**
68:20,21 69:1 200:7 246:15
**frank**
116:9
**frankly**
118:16 180:12
**free**
143:7 205:2
**Freedman**
300:5
**frequency**
91:9 98:8 99:4,15 127:19 128:3,12 129:5 130:1, 6 141:23 142:14 144:20 226:24 253:10,13,21 257:7
**frequent**
143:13

150:10
**frequently** 96:1 141:4 142:23 157:2
**Friday** 26:22 27:1,7
**Friedman** 299:24
**front** 39:5 166:1,7 298:5
**full** 58:13 81:10 92:23 316:18
**fully** 137:4
**function** 131:1
**functional** 150:6
**Fund** 304:7 305:10
**fundamental** 214:21
**funding** 11:21
**future** 113:2 242:9

G

**gallery** 7:23
**gastric** 216:18 239:4,8 240:22 241:5 244:18 253:3 255:15 256:3,10 258:5
**gastrin** 248:24 249:11
**gastritis** 150:6
**gastro-** 65:21 141:2
**gastroenterological** 65:21 155:10
**gastroenterologist** 141:3 174:12
**gastroenterology** 149:15 174:18,23 275:19 313:14,16 314:11
**gastroeso-** 148:6
**gastroesophageal** 107:6 143:15 146:19 147:3,5,8,12 148:1,4,11, 12,22 149:2, 12,19 150:3 151:21 177:6
**gastrointestinal** 122:24 125:19 149:12 275:20
**gather** 59:20
**gave** 33:16 53:3 218:11
**general** 10:8,11,20 11:8 14:5 52:10 64:22 74:14 96:15 169:23 179:12,13 181:8 193:9 237:25 265:2 287:15 301:15,24
303:20,25 304:14 305:25
**generalizability** 73:5 81:7
**generalize** 83:7,14 93:16
**generally** 69:12 116:16 259:11 303:22 304:2
**generate** 44:3 124:3, 12 183:17
**generated** 55:8,16,24 153:13 242:4 243:15,17
**generating** 151:3
**generic** 180:11
**generous** 180:10
**genotox** 117:8
**genotoxic** 115:8,20 116:1,4,5,17 117:3
**genotoxicity** 118:8 119:5
**GERD** 107:5 155:9 169:2
**getting** 9:19 24:24 25:12 87:20 174:10 175:24 204:21
**GI** 155:6
**give** 8:17 20:11
58:4 59:18 74:22 89:1 102:8 120:7, 10 131:19,22 134:3 141:16 162:12 166:10 171:12 177:17 184:14 218:16 222:6 247:24 297:16 298:19
**given** 31:15 34:1 40:24 49:25 59:6 63:13 70:15 74:20 76:20 91:24 92:8,22,23 93:2 101:4 103:12 107:5 129:6 134:18 135:9 138:20 139:13 143:18 152:11 171:21 172:14 177:14 178:7 187:14 209:13 233:5 234:3 238:5 320:3
**giving** 100:9 168:5 171:25 218:22 227:23
**glean** 27:23 107:10
**gleaned** 148:13
**global** 33:1
**glossary** 58:24

**goal**
69:11
**God**
8:19
**goes**
18:18 46:19 57:4 91:7 94:9 95:20 109:25 158:17 224:9 230:17 275:6 312:3
**going**
11:20 13:3 16:16 27:10 30:24 36:13, 20 49:21 52:13,21 54:6,12 65:22 66:6 77:2 89:6,8 106:13 109:11 121:5 129:12 135:15 158:22 171:7,13 178:4,22 181:24 184:2,4 191:10 194:19,20 218:24 225:5,11 228:1 230:23 252:18 257:5 259:14,16 264:1 269:3, 7 292:7,14 294:17 296:2,5 299:25 306:6 309:1,17 319:13,23 320:10,18
**gold**
173:13
**good**
8:24,25 9:2 76:25 82:4 85:9,20 88:5,12 95:1 102:8 104:8 218:17 230:21 268:25 291:15 292:21
**governing**
65:20
**grade**
293:25
**grades**
307:5
**grading**
308:12
**gradually**
116:19
**Grail**
201:3
**great**
155:14 269:15 291:25
**greater**
184:8 189:4 208:9,24 221:9,17,22 230:13 240:19 245:5 255:25 259:21 271:11,12
**greatest**
243:2
**Greg**
8:7
**group**
11:4,8 76:19 92:15 93:17 105:13 111:15 112:7,18,19 130:18 135:12 149:21 154:14 155:19 156:7,9,21 157:14 160:6,7,16 163:3,7,9 164:9 165:12 167:16 170:9 174:5,10 175:3 177:24 178:10,11 179:16 184:17 185:13,14 186:1 193:4, 23 196:3 200:22 210:6 212:6,24 214:20 217:3,4,7 218:14 223:3,5,6, 15,23 224:5, 18 227:2,3, 4,5 232:20 233:8 235:4 238:7 241:22 250:23 260:10,13, 14,19 264:20,21 265:1,10,11 267:25 268:1,3 288:22 289:1,4,6,8, 11,12,14,19 290:4,5 297:14,15 300:11 319:7
**grouping**
161:6 164:3 217:9 288:23
**groupings**
270:15
**groups**
90:8 151:13 165:13 170:1 172:4 223:12 234:2 262:13
**guess**
13:1 53:6 83:13 194:22
**guidance**
53:13 55:13 58:17 61:5 68:20 69:3 72:6 75:6,7 76:16,21 80:7 84:5 145:9 306:9, 23
**guide**
57:11 73:25 307:4
**guided**
168:20
**guideline**
65:18
**guidelines**
39:11 74:16 98:25 145:9 307:2

**H**

**H-A-U-S-F-I-E-L-D**
298:23
**H2**
33:10 151:9 156:20 157:7,8,14 162:21 217:9 223:6,11,17 237:4 250:25 288:19,22,25 289:2,4,6,8, 23,24 290:6 297:1,2,3, 10,13,16,20 316:8

318:15,22
**H2r**
176:24 179:9
**H2ra**
170:12
**H2ras**
179:4,17
284:21
**H2rb**
155:22
156:24 163:3
170:6,13
177:23 180:3
181:14
**H2rbs**
155:20 156:7
157:4 161:15
164:23
169:25 173:6
174:24
178:15
179:25
180:6,15,23
181:13,16,19
**half**
15:16,25
16:3,6,9
22:18 133:15
139:22
153:11,23
174:4 178:23
198:9 208:3
**halfway**
234:9
**hand**
8:15 27:24
33:2,3,14
35:23 39:23
41:22 42:21
60:5 99:16
100:18
110:10
125:17
136:21
188:15
207:14
214:21
231:14 236:9
263:19
289:15
316:19
**handle**
82:4
**handy**
219:16
296:16
**happened**
67:20 68:6
**happening**
201:6
**happy**
25:4 105:24
292:5
**hard**
83:14 85:20
93:16 152:2
204:3,4
217:14
240:14 280:8
**Harvard**
10:14,16,18
14:7 31:19
**hausfeld.com.**
299:1
**hazard**
48:3 90:7
100:24 110:1
122:23
124:12
140:20
150:18
151:23
152:13,19
153:13 154:1
155:15
165:20
166:11,22
167:15
170:10
183:21
184:7,15
185:1,6,7,8
186:24 187:7
197:1,12,13
217:17 221:3
224:2 239:8
241:20,22,
24,25 242:4,
6,11 243:5,
15,17,19,23,
25 244:8
245:6,8,15,
22 246:9,16
247:15
260:17
272:16
**hazards**
89:18 96:15,
16 112:8
**head**
9:14 24:25
159:5,7
246:13
247:4,7
**health**
10:15,17,18
11:18 14:8
31:19 43:24
53:15 54:25
55:7 56:9
57:15 59:1,
2,6,10,21
60:2 61:2,
19,21 69:16
70:2,9,20
71:9,14,19
75:2 82:16,
17 87:21,23,
24 88:3,6,16
89:21 105:15
142:19,25
143:9,10
144:2 162:21
175:4 180:9
188:4 242:24
257:21
258:8,16,17
259:3 267:4
305:23
**hear**
12:16 25:9
213:12
**heard**
90:11 213:12
300:7
**heartburn**
147:10 148:2
149:18 155:9
169:2 171:12
177:6
**heavily**
93:21 234:2
250:22
314:17 316:2
**heavy**
108:8
**held**
7:8,12
244:21
**help**
8:18 57:11
78:8 79:15
245:5
**helpful**
95:18 263:11
**helps**
95:9 141:18
**hesitate**
301:14 308:3
**hetero**
288:8
**heterogeneity**
288:9,23
289:10,13
290:12
**hierarchy**
303:24 304:8
306:13,19
307:15,25
**high**
84:23 101:16
105:19
115:25
117:8,11
125:4 174:2
187:23
197:12
218:13
234:19 235:4
237:7 238:1
251:21

252:6,15 260:13 261:20 262:22 264:22 268:16,18 271:19 279:5
**higher** 144:5 233:23 234:10 237:11,12 238:2 254:21 290:24 304:10
**highest** 236:14,23,24 313:14
**highlight** 49:10 68:17 72:18,19 125:13 126:18 188:22 255:13
**highlighted** 34:1 47:16 48:10 54:22 55:16 58:8 69:15 72:17 77:12 80:19 81:12 90:15, 16,21 92:12, 18 94:6 100:6 107:18 124:15 125:16,20 135:2 219:21 248:22 250:3 257:11 260:25 271:15 281:8 294:17 300:20 303:21 304:12 311:22
**highlights** 197:8 239:2
**highly** 190:12 260:8,9
**Hill** 39:11,22,25 203:11 205:21
**hint** 224:25 226:19 245:1
**hinting** 232:24
**histamine** 151:9 248:14 284:21
**history** 273:25 274:11,25 275:1,5,18, 24 279:17
**hitting** 184:3
**hold** 28:17,19 113:23 201:9 298:21
**Holy** 201:3
**home** 14:3 23:11
**honest** 34:24 103:1
**hope** 44:9
**Hopkins** 274:8
**hospital** 10:8,11,20 11:9 14:11 64:22
**hour** 15:14,25 16:9,12,14 22:12,18,21 178:23 225:5
**hourly** 18:20,21
22:17
**hours** 15:13,16 22:11 26:8, 17,25 27:6 64:8 269:9
**Howden** 311:18,23
**HR** 85:18 88:4
**human** 32:3,9 34:22 36:7 39:15 40:10 41:6 42:19,24 44:13,18,21 45:2,11 70:12,14 77:19 98:22 99:1,3 102:11 103:16,22,25 104:4,14 105:6,12,20 106:9 111:23 114:17 115:5,12 116:3,14,15, 22 117:6 118:12,13,25 119:18,21 139:14 199:11 236:9 261:14,22 262:20 263:3,4,18, 23 264:17 265:5,9,11, 12,19,25 266:8,9,12 267:5 268:7, 8,10,14,21
**humans** 42:25 43:7 44:1 70:16 89:18 107:22 110:24 111:1 116:4 117:1
119:1 249:17 264:24 265:22 267:20,23
**humans'** 264:20,21
**hundred** 46:4,25 47:2 175:5 183:22,24
**hypotheses** 35:5,7 44:3, 4 96:19
**hypothesis** 28:9,13 40:16 42:17 47:17 60:5 70:6 75:17 76:7 83:19 102:3 136:5, 13 201:5 240:4 243:12,14,16 255:19 273:13 288:1 290:1 303:8 316:9
**hypothesized** 37:20 40:20 289:13
**hypotheticals** 206:13

## I

**i.e.** 92:1 148:24 152:16 161:20 185:1 186:18 227:14 289:25
**IARC** 88:22 89:17 91:17 92:15 93:17,21 94:10 95:20

98:7,21,23 103:4 108:6, 8 111:11,15 112:18 114:16 115:7,12 117:5,18 118:2 232:17 264:23 267:11
**IARC's** 115:23
**ICD-9** 84:22 85:14, 18 257:20 259:12
**idea** 133:5 142:12 250:21 312:9
**ideal** 87:9 112:3 212:14,16 231:16
**ideally** 80:10 86:25 245:3
**identification** 13:7 23:25 29:25 53:7 89:4,18 121:10 158:8 192:1 210:15 248:3 252:20 271:3 279:2 285:4 294:8 299:8 300:2 308:9 309:9
**identified** 115:12
**identifies** 123:16 300:10 310:23
**identify** 16:23 66:24 78:6 105:4, 18 106:7 118:10 125:24 135:21 179:14 211:13 212:13 226:11 253:8 257:14 258:18,23
**identifying** 55:3 112:8 305:22
**II** 201:11,17
**illustrated** 197:10
**imagine** 214:17
**immunosuppressive,'** 115:9
**impact** 60:7 81:7 82:25 83:3, 16 87:6 281:15 283:13 305:23 313:14
**implications** 116:23
**implied** 61:17
**implies** 149:15 204:17 208:3 268:4 278:1
**imply** 230:2
**importance** 244:9
**important** 9:21 40:14 55:9 56:12, 16,20 59:9 63:15 65:22 66:3,7 67:6, 11 69:20,25 70:19 77:13, 20 78:15 79:1 80:22 83:21,23 85:8 96:20, 25 99:23 120:23 125:14 128:5 135:19 142:20 152:8 189:7 199:12 208:10,16 219:7 224:19 230:8 231:24 233:25 241:14 242:24,25 244:2 250:14,23 258:13 263:7 267:10 290:3,6
**impossible** 67:17 83:7 153:9 179:21,22
**impractical** 74:13 112:17
**imprecise** 278:5,6
**impression** 238:15
**improperly** 47:17
**improving** 148:25
**impurities** 145:20 216:13
**impurity** 146:3
**in-vitro** 40:4
**inability** 317:11
**inaccurate** 280:11 289:5 301:23
**inappropriate** 140:22 315:18
**inappropriately** 122:2
**incentive** 142:17
**inception** 93:1
**incidence** 140:20 316:7
**incidents** 140:19
**include** 39:24 50:13 53:18 56:18 61:14 73:20 74:1,22 85:12 91:8 95:21 98:1 99:4 119:11, 13 121:1 150:24 214:5 231:15,22 236:25 242:13 282:25 313:22
**included** 40:19 74:11 76:22 111:18 125:10 132:20 153:13,25 188:2 202:16 255:22 259:20 272:5,9 287:24 314:23 316:5 317:5
**includes** 41:24 49:18 135:21 140:8 153:16,18

155:25 156:4 187:23 217:20 238:1 268:8,10 272:18 297:25 307:8,11,21, 22
**including** 33:10 49:14 50:1 72:10 76:10 97:22 115:13 151:21 203:6 216:20 238:18 241:19 248:13 262:12 266:5 283:1 284:20 293:25 304:4 313:12 319:4
**inclusion** 132:23
**inclusion/ exclusion** 56:4
**income** 64:21,23 65:2,5,9
**incomplete** 115:16
**inconsistencies** 100:20
**inconsistency** 100:13
**inconsistent** 100:7,13,19 101:18,24 102:6,21 197:15 220:11
**incorporate** 79:2 96:25 97:25 113:1 125:23 145:22
169:14 182:21 190:3,14 224:20 242:3 255:10 263:9
**incorporated** 45:8 87:19 181:6 242:16
**incorporates** 241:20
**incorrect** 222:10 277:8,11 278:2 314:15
**increase** 154:20,21 165:12 204:11 206:1 234:19 237:14 239:19 241:6 243:6 244:18 245:16,17,25 246:1 249:11
**increased** 46:18 100:24 101:13 154:14 165:11 172:11 173:7,13 180:2 210:6 232:25 234:12 235:10 239:3 246:10 271:20 272:17 285:18 294:20 312:14
**increases** 231:8
**increasing** 136:10 235:10,20 238:11 245:1 291:2
**increments** 22:12
**independent** 58:20 65:10 175:9 305:16
**independently** 305:14
**Index** 60:1 93:11
**indicate** 111:22 113:6,7 183:1 188:24 199:22 202:4 226:6 257:6, 11
**indicated** 66:21 126:8 248:21
**indicates** 107:22 110:15 111:2 229:7
**indication** 58:18,19 68:10 146:24 154:24 172:19 173:24 197:10,19 198:13 238:19 268:19 318:19
**indications** 72:10 147:4 148:9 168:17 179:19
**indicative** 116:24 210:9
**indicator** 104:9 129:1, 7 142:3 196:23 200:9 218:17 219:8
**indicators** 255:21
**indices** 262:18
**individual** 63:13 68:1 94:21 95:16 97:20 129:4 145:23 210:4 225:20 226:11 230:3 233:6 237:19
**individuals** 58:25 59:20 127:7 128:6 130:14,25 131:1,16,19, 20 132:25 134:21 135:12 138:21 140:5,23 149:18,22,24 154:25 156:20 157:6 161:19 167:8,10 175:8 176:16 186:20 188:6 190:7 194:15 196:3 199:16 200:3,5 208:22 209:1,5 212:1,7 214:20 218:12 222:15 223:5,10,19, 21,23 224:4, 14,17,18 226:13 232:20 236:12,13, 14,15,25 237:2,5 251:23 252:10 257:23 260:8,9

262:11 268:17 274:17 287:4 312:15 314:10
**induces** 248:24
**industries** 93:11
**industry** 11:1 53:13 73:20 74:7 75:6 80:7
**ineffective** 177:5
**inevitable** 87:17
**inexpensive** 143:3
**infeasible** 74:18 109:10 112:17 128:2
**influence** 302:25
**influenced** 181:10
**influential** 313:15
**inform** 191:10 242:8 243:3
**information** 23:15,17 39:9 56:23 57:10 73:11 78:8 83:10 94:25 97:13 127:18 128:15 129:13 130:6 131:10 132:18 137:8 140:13 148:17 158:14 160:22 162:3,24,25 163:19 164:12,15,17 168:6 187:21 188:1 196:13 198:23,24 212:23 220:12 221:1 226:25 249:9 253:21 266:7,25 279:16 286:9,17 288:6 289:5 290:5,9,14, 18,19,20,23 296:8 312:8, 19 313:25 315:8,22 316:11,13, 14,17 317:12,17,23 318:2,8
**informative** 94:20 95:7, 17 97:23 98:4 99:17 112:5 135:4 167:17 186:21 188:14 205:16 208:21 224:23 242:12 260:1,6 289:3 304:21
**informativeness** 94:10,16 95:21 97:19, 20
**informed** 187:20
**informs** 185:5 242:6
**Ingelheim** 11:23,25
**ingredients** 190:3,10 203:6
**inhibitors** 248:14 284:20 285:15 294:19,20
**initial** 14:13 37:17 167:7
**initiating** 151:8,9
**inordinate** 320:6
**inpatient** 81:13
**inpatients** 81:15
**inquiry** 35:25
**insisted** 52:7
**instances** 245:16,17
**Institute** 300:12
**insufficient** 48:18 49:8 201:11 265:12 312:7,18 313:25 315:8
**insufficiently** 201:22 202:3
**insurance** 143:21
**insurprising** 312:11
**intake** 129:1 271:19
**intended** 75:7 76:6,9, 12 84:14
**intense** 154:18
180:13 226:16 255:21 256:1
**intensity** 91:1 96:1 99:4,15 104:9 127:21,25 129:7 196:21,22 224:11 226:14,17,25 231:19 232:4 236:10,22,24 238:2 245:4 250:18 251:21 252:4 268:11,16 291:2 319:8
**intention** 44:3
**interactions** 7:12
**interest** 35:7 60:20 61:7 63:4 77:15,22 78:2 79:7 84:9 85:1,4 91:20 108:8 172:6 231:11 262:2 314:12
**interested** 8:10 25:12 59:22 88:13 314:7
**interests** 85:2
**interface** 7:13,24
**interference** 191:13
**intermittent** 91:10
**intermittently** 200:4,11

**internal**
227:8 230:8 313:2
**internally**
227:10
**international**
89:16,20 264:16,18
**interpret**
86:6 97:1 184:12 203:14 243:5 245:5 263:12 266:8
**interpreting**
101:9
**interpretation**
57:11 70:22 71:4 78:9 79:16 84:25 87:19 88:20 111:12 118:5 168:10 183:18 209:16,23 256:17
**interpreted**
243:23 244:4 245:25 246:10 255:5 256:7 280:21
**interpreting**
101:9 112:2 169:4,5 206:20 245:15 288:22
**interrupt**
43:14 102:15 176:11 222:25
**interrupted**
62:19 108:15
**interrupting**
102:15
**interval**
45:20 46:1,4,13,19 47:9 61:7,18 63:4,13,16 67:21 68:5 150:24 152:19 183:12,20 184:9 185:9 220:4,16 239:12,22 240:6,17 242:1 244:17 255:16 272:5,9,18
**intervals**
152:9 182:21 183:1,17 184:4,16 222:17 239:22 243:9 244:5 245:15
**intervention**
190:22 307:20
**interventions**
305:23 306:2,10
**introduced**
9:4 115:5 233:19 301:17
**introduction**
254:19
**invalidity**
302:10
**invaluable**
86:19
**invasive**
63:1
**inverse**
110:1 136:9 181:2 210:8 213:2
**investigated**
283:8 319:1
**investigation**
207:1
**investigations**
55:9 100:8
**investigative**
84:6
**investigator**
68:22 81:5 137:5 205:3 206:5 246:9 283:16
**investigators**
55:10,25 56:20 57:6,8 60:24 72:8 73:3,10 74:4 77:13 84:8 85:17 86:15 131:12 132:17 195:10 207:7 234:24 246:15 259:9 283:22
**investigators'**
76:7
**invoice**
13:9,18,21,23 14:13,15,23,25 16:17 18:7,16,17 19:2,3,5,17 20:21 22:10,22,25 23:6 25:6,10,13
**invoices**
20:14 22:9,23 23:21 24:3,8 25:4
**invoicing**
16:18
**involve-**
54:24
**involved**
18:8 43:19 44:2 85:12 157:5 305:5
**involving**
34:21 279:4
**irrelevant**
60:3 61:3
**irrespective**
185:3
**irresponsible**
242:2
**irritable**
85:12,15
**issue**
32:23 68:4,9 83:11 171:1 177:3 181:18 195:10 201:8 203:18 222:10 289:12 301:1,4
**issued**
233:15
**issues**
67:8 68:11 95:10 106:19,24 170:24 180:24 205:19 233:19 242:3,18 320:7
**Iwagami**
210:14 215:20 227:19 239:1 244:16 290:19

J

**Janssen**
11:21
**January**
13:12 14:14 17:22,23 36:16,17,23,

24
**Japan**
227:14
229:13,19,25
**Japanese**
216:16
**JOC**
299:3
**John**
13:3 30:9
45:16 54:2,7
69:13 77:9
80:18 84:3
89:1 94:2
158:1 210:13
269:13
278:22
292:20
294:15 295:2
297:5
**Johns**
274:8
**JOI**
294:5
**journal**
123:1,9
125:9,11
211:13
312:4,6
313:15 314:5
315:5,7
**journals**
313:11
**judged**
170:1 264:18
**judgment**
31:10 180:21
206:8 313:5
**July**
16:3,6
**jump**
9:24 10:1
**June**
15:17,19,21,
25 19:9
**justification**
120:2 258:21

**K**

**Kaiser**
88:6,16
**Kantor**
105:8 106:10
165:25
191:15
206:22
211:10
225:16,20
226:15
227:7,18
228:6 230:4
296:13
**Kaufman**
296:1,3
**keep**
25:21 94:5
96:20 102:15
138:25
141:18 178:4
194:19 208:1
309:17
**keeper**
287:24,25
**keeping**
155:2 156:25
164:24 244:2
262:25
**key**
56:4 67:8
90:3 95:20
97:22 114:12
115:4,7
117:15,22
169:22
187:21
**Khalili**
285:2
**Kim**
311:11
316:23
317:2,4
318:2

**kind**
80:7 113:6
148:15,16
173:12
183:19 204:3
236:7 237:8
**kinds**
73:25 110:16
118:13
195:17
270:10
282:22
**Kipnis**
300:6,10
304:5,13
**knew**
100:1
**know**
9:8,11,17
10:2 12:14
13:1 14:10
28:5 31:6,13
32:5 34:24
35:11 36:20
40:11 44:10
45:8 50:3
51:24 60:10,
11 62:24
63:12,14
66:1,2 67:17
69:4 70:15,
25 71:13,23
73:14 74:3
75:24,25
76:2 78:1,
12,19,21
80:8,9
81:10,13,14,
23,25 82:14,
15 83:19,22
84:13,20
85:4 86:4,16
87:11,12
93:3,5,13
94:15,17,20,
21,24 95:1
96:13 97:15
98:2,24 99:2

100:16
101:11
102:24 103:6
104:12,15
108:24
109:2,8,10
111:14
113:16,20
114:24
119:22
126:20 131:6
132:1 139:5,
11,14,16
140:4,9,12,
16 141:5,9
142:7 143:2
144:15,23
145:24
146:1,5
147:10,16,22
148:25 152:8
153:9,11
154:9 156:5,
8,9,25 159:7
161:7,9,11
163:13,24
165:12
166:21
168:12
171:15 173:6
174:7 175:1,
24 179:16,
19,21 180:7
181:5,8,14
183:20 187:2
189:9,23
199:8 200:25
202:14 203:7
206:21
208:1,20
209:12,18
211:6 214:3,
6,16 226:3,
11 230:1
232:11,22
233:20
237:2,23
239:22
244:24

245:10 247:4 264:7 274:20 275:2,13,17, 23 283:17 286:21 289:13 291:13,16 296:11 298:18 300:7 301:2 303:9 305:21 306:11 310:12,17 317:20

**knowing**
59:22 257:22

**knowledge**
41:25 103:4, 8 127:17 139:11 145:1,7 160:18 169:15 267:12 275:19 283:4 289:17 305:4,14 306:8

**known**
59:5 103:8 145:13 147:7 148:19 264:17

**Kwon**
252:17

**L**

**label**
144:13,16,21 204:15

**labeled**
127:12 267:18,19 288:15

**labeling**
144:24

**labels**
145:1

**laboratory**
44:5

**lack**
51:13 94:12 108:1 110:15 189:9 204:11 224:24 234:17 235:15 241:8 283:19 316:3,10,13, 17 317:23 318:2

**lacked**
316:14

**lacks**
48:25 50:9 51:1 53:1

**landscape**
95:8

**language**
69:3

**lapsed**
95:23

**large**
7:3,22 51:22 134:19,20 187:24 188:6 189:23 195:1,18 219:7

**largely**
59:14 101:14 132:11 164:9,24 238:17 239:21,22 262:20 282:15,25 302:21

**larger**
189:5 191:3 197:2 208:21 223:19

**largest**
235:4

**late**
113:14

**latency**
100:10,12,22 101:2,6 107:24 108:23 109:3,4 207:22 250:5 251:3,4 274:13,21

**Laurence**
300:5

**lawyer**
15:19 26:12, 14

**lawyers**
15:11,14,17 16:1,19 18:3 21:3 22:5 25:24 26:4, 21,25 27:8, 11

**lay**
147:16

**lead**
44:5 154:23 197:3 276:11 277:5,12 302:18 315:6

**leading**
155:17 161:15 245:5 277:15

**leads**
153:25 235:12 241:22 248:24

**leave**
220:13

**leaves**
87:22

**led**
50:8 51:1,7 255:19 274:7

**left**
194:25 207:14 255:11

**left-hand**
219:21 250:3

**Legal**
8:8,12

**lend**
34:14

**lending**
243:23

**lends**
136:4

**length**
74:23 106:17 140:2 231:21

**lengthy**
41:1 64:7

**lens**
32:12 188:13 199:13

**lesion**
273:22 274:24

**letter**
313:6,8

**level**
33:13 63:8 83:25 87:18 94:20 102:25 110:12 125:4 129:1,4 216:23 234:19 235:4 236:5 260:11 261:20 266:7 267:15 268:1 277:1 306:7 308:15

**levels**
97:7 102:5, 21 103:3,11, 14,25 223:8 248:24 249:11 265:3

**leveraging** 216:16
**Liability** 8:6
**life** 79:24 92:1
**lifestyle** 92:5 279:16
**lifetime** 91:23 131:8
**likelihood** 132:15 190:14 197:9
**limit** 183:6
**limitation** 125:8 196:7 207:25 286:20 289:7 316:20
**limitations** 55:10 207:15 226:22 286:16
**limited** 145:2 146:9 234:15 242:21 262:19,21 268:5 315:15
**limits** 74:17
**line** 98:11 114:12 115:3 118:20,21 160:15 178:25 195:4 225:8 262:4
**linear** 224:7 287:24
**linearly** 235:10
**lines** 90:17 100:6 107:18 110:23 114:16 116:13 117:9 118:6,21,22 207:20 249:9
**lining** 208:12
**link** 35:6 103:23 110:9 249:4,5 257:20 263:22 268:22
**linked** 37:21 67:13
**linking** 32:10 68:13
**list** 53:9 82:17 142:6 185:18 246:23,25 284:14 308:18
**listed** 106:10 151:15 165:24 167:18 178:18 243:9 244:17
**lists** 56:1 293:5
**literature** 14:17 15:9 18:5 19:14,23 20:25 27:22 28:7 30:18 33:8 34:5,13,14,25 35:3,9,13,16,18,21 36:1,3,6,25 37:6,9,11 38:6,8,11 39:1,7 40:22 41:3 42:3,24 43:5 44:21 57:20 67:15,19 86:4 94:17 95:8 97:24 101:25 102:2,25 115:24 138:25 139:6,13 147:16 195:25 206:20 211:12,14,19 213:13,15,16 245:11,13,21,24 246:12 247:21 251:19 261:12,16 262:14 290:23
**Litigation** 8:6
**little** 87:10 88:24 149:10 181:13,16 276:8 309:21,22 311:15 314:12
**liver** 117:11
**located** 11:6
**locked** 7:16
**long** 16:21 26:7 27:5 40:2 63:12 64:5,18 73:22 81:21 104:16 107:4 109:14 112:16,22 113:2,5 130:17 140:6 144:18 167:25 168:1 170:4,23 171:15,19,23 172:3,16 174:14,16 177:25 178:1 186:10 193:5 198:2,6,8 207:18 209:13,25 212:9 214:8,11,14 215:24 223:24 225:12 227:4 232:22 233:16 250:21 251:3,4,23 252:7,11,16 269:8 274:2,3 275:8,15 278:16 310:17 311:2 320:3
**long-** 194:10 195:6,11
**long-term** 104:20 105:17 107:12 110:20 125:17 134:22,25 135:13 167:14,17 168:16 169:6 170:16,18,19 172:10,16 173:9 174:20 176:19 178:14 193:5,20,22 194:11,17 196:4 197:19 198:14 207:21 208:15 209:3,8,20 210:3 212:1 214:4 217:7

218:12,17 223:12 229:10 231:5,7,13 232:1,5 233:17,21 237:1 238:1 248:23 259:15

**long-time**
170:11 176:1 178:14,16 230:2

**longer**
63:9 104:13, 23 105:10 106:2,3 107:23 109:12,22,24 111:3 152:24 168:5 174:10 194:7,16 196:14 197:14 207:22 208:4 210:8 212:12 218:14 226:8 232:21,25 233:21 235:20 236:12,16 250:9,13 266:16 275:14 287:3

**longer-term**
197:4 212:25 233:8

**longest**
180:24 252:2

**look**
22:8 24:10 28:7 31:8 32:11 38:10 48:10 57:21 58:14 61:4 80:9 82:20 106:11,13 110:8 112:4, 9 113:14,20, 23 114:23 117:25 118:1,16 119:23,24 121:21 126:25 127:1 132:7,23 133:10 134:16 137:13 145:6 149:5 150:13 154:13 160:6,14,15 161:16 163:16 166:20,25 172:7 173:9, 21 174:25 180:21 185:11 192:12,15 194:25 195:20 196:22 199:3,20 200:17 206:25 208:13 210:2,17 217:16 218:2,22 224:1 226:2 228:4 231:10,18 232:18,23 234:1 236:21 240:5 241:13 250:23 256:24 259:16 261:10 263:24,25 271:14 272:1 274:1 276:3 280:25 281:9 282:23 285:25 287:10 288:25 291:21 292:5 295:11 296:22 301:1 306:20 310:12

**lookback**
68:21

**looked**
36:1 63:22 135:10 137:6,7 162:20 164:18 174:24 250:17 251:16 252:4 261:20 263:20 273:3 284:18,23 287:22 289:22

**looking**
13:11 17:15 24:20 47:8 53:23 59:15 63:6 78:2 79:23 90:16 96:15 107:4 109:15 110:22 122:8 128:15 132:9 133:21 140:19 152:12,15 153:6 154:17 157:17 162:17,18 169:22,24 184:23 186:24 192:23 214:24 216:24 218:18 219:20 226:18 228:12 240:13 241:3 250:13,23,24 253:2 260:16,24 264:1 272:21 273:1 278:16 281:16 287:20 291:22 295:10 296:8,25 297:8 298:7

**looks**
68:22 160:9 163:19 310:1

**loosely**
92:7

**loss**
302:8

**lost**
86:11,14,24 87:5,10,17, 18,22 88:19

**lot**
36:18 84:20 85:10 108:5 152:7 198:7 202:7 204:2 243:13 280:22 300:16 301:21

**lots**
179:20

**love**
237:18

**low**
132:17 143:11 144:9 151:20 161:2 265:3 284:6, 8,9 297:17

**lower**
46:3 142:19 148:14 217:3 239:12 255:15 256:3 316:7

**lowest**
260:11
**lunch**
114:2 158:1

**M**

**M.D.**
8:1
**M.P.H.**
8:1
**made**
81:11 115:23 122:1 149:1 152:11 194:1 197:18 201:16 202:9,17 204:22 222:9 225:3,10,16, 19 229:4 244:19,23 246:8 259:2 276:18 312:21 313:1,21 315:11 316:21
**magnitude**
48:5 49:15 217:2 281:1, 15
**main**
219:25 287:9 296:19
**mainline**
125:14
**major**
83:10 273:20 274:10 297:14,15
**majority**
148:7 149:17 156:23 175:7 213:9 214:9 252:3 275:3 282:7 320:14
**make**
44:12 50:3 55:11 62:2 97:11 110:16 144:21 146:6 169:20 170:22 189:25 191:15,19 206:8 208:14 214:2,15,18 223:25 228:23 229:10 231:7 233:7,10,16 240:5 243:2 258:10 259:4 265:18 271:2 279:1 281:15 289:1 301:23 303:14,20 313:18,19 314:5 317:7 319:2
**makes**
199:10 205:24
**making**
9:19 100:3 145:22 168:2 190:9 204:6, 8 219:5 228:19 276:17 290:8 312:20 320:6
**mandate**
306:24
**manifestation**
148:3,5
**Manual**
145:5
**manuscript**
42:15 125:2, 23 126:21 133:9 134:9, 10 140:25 156:13 276:18
**manuscripts**
74:14
**March**
15:2 17:23 30:4 121:17 122:14
**margin**
310:15
**marked**
13:7 23:25 29:25 52:16 53:7 89:4 121:10 158:3,8 192:1 210:15 215:21 248:3 252:20 271:3 279:2 285:4 294:7,8,21 299:8 300:2 308:6,7,8 309:9
**market**
113:12 141:10
**Mass**
10:20 11:8 14:5 64:22
**Massachusetts**
10:8,11
**massive**
188:12
**masters**
31:18
**material**
38:21 192:13 295:18,23
**materials**
53:10,18,20 257:6
**math**
185:25
**mathematical**
189:17
**matter**
8:5 248:8
**mattered**
254:24
**maximally**
238:7
**maximized**
243:2 254:21
**maximum**
109:4 253:9
**Mcternian's**
63:25 64:18
**mean**
24:12 27:19 28:21 35:9 43:9,11 60:18 64:16, 23,24 71:12, 13 76:3 79:10 83:14 86:13 96:11 98:8,11 99:16 139:12 159:10 160:14 167:24,25 203:1 220:9 240:23,24 260:5 261:19 270:7 292:7 294:21
**meaning**
47:11 77:22 268:4
**meaningless**
191:7
**means**
46:1 86:14 92:20 94:18 96:9 98:16, 17 136:20 154:25 158:22 159:16 167:24 183:20 204:12 252:2 268:5 293:22
**meant**
58:11 94:15

209:14
**meantime**
278:25
**measure**
46:2,25
127:25
130:16 170:7
196:21
208:11
224:11
276:21
**measured**
134:22 302:7
**measurement**
95:24 96:8
276:22
278:5,6
300:20,25
302:3,6,16,
23,25 303:7
**measures**
92:19
231:19,23
238:10
**meat**
271:7,19
272:16
277:1,3,4
**mechanism**
37:4 138:15
249:15
**mechanisms**
37:12,20
39:21,24
40:20 41:25
114:19 115:1
118:4,8,17
**mechanistic**
40:3 115:6
116:13
**med**
82:17
**median**
206:22
207:5,24
208:1,12,17,
20,22
**mediate**
40:20
**mediated**
150:2 155:8
**medical**
43:5 60:13
61:22 71:20,
22 84:9
169:16
211:11,14
213:13,15
216:16
245:12
249:23
257:12,15
258:14,23
259:4 279:17
**medically**
130:17
**medication**
12:5,6 60:20
82:23 104:17
109:9
130:16,17
132:14
141:5,19
142:6 156:1
168:1 170:25
171:2,8
210:23
211:17
213:16,17,
18,25 214:3
220:21 222:1
228:14,16
231:6,8
250:5 254:25
259:25
281:17,18
282:24
284:7,15
311:2
**medications**
12:2 55:3
83:9 104:15
128:13 139:2
148:24
157:19
158:11
174:19 179:9
194:5 248:9,
13,15,23
281:2
282:18,25
283:2
284:20,22
318:14
**medicine**
71:8,13
148:19
**medicines**
214:1
**meet**
22:5 26:5
27:3,5 29:19
267:24
**meeting**
15:11,25
16:3,6,9,12,
14,19 18:3
21:3 26:4,21
27:11 174:23
**meetings**
22:18,19
25:24 27:7
315:1
**meets**
13:5 84:23
**members**
312:1
**mention**
98:21 116:5
**mentioned**
26:11 32:25
41:20 73:12
139:18
146:19
149:14
168:12 174:3
225:24 316:1
**mentioning**
280:1 310:16
**mentions**
98:7
**Merck**
145:5
**messages**
25:18
**met**
15:13,14,16
17:2,4,8
26:12,25
**method**
130:19
**methodologies**
235:19
**methodology**
30:19,23,24,
25 31:1,5
32:22,25
45:9 48:2
105:19 124:3
242:19
254:10,12
**methods**
31:9 57:21
70:23 74:15
90:23 101:8
133:4 190:7
199:20
249:20 257:6
279:15
**metric**
129:3 130:12
140:8,18,23
172:8 189:7
232:6 238:8
241:15,17
250:20
253:16,20
**metrics**
216:20
231:22
241:18
250:19
**microbial**
278:17
**middle**
10:1 75:20
92:1 207:13
**midpoint**

208:2
**Midthune**
300:5
**milligram**
146:9,11
**milligrams**
100:1 146:18 226:24 291:11,19
**mind**
35:1,12 43:21 96:21 104:24 118:9 139:1 152:15 173:11 179:23 187:25 208:1
**minimal**
97:7
**minimum**
109:3 127:15 236:5
**minority**
149:24
**minute**
89:6 162:13 182:4 218:25 222:6
**minutes**
9:4 22:15 210:18
**mis-**
278:10
**mischaracterizes**
36:10 38:23 42:12 43:1 158:25
**misclassification**
269:22 270:3,16 276:19 277:6,23 278:1 279:20 280:10,17 287:5 289:3, 5
**misclassified**
85:2 287:12
**misclassify**
287:15
**misinterpreted**
191:12
**mislabel**
22:25
**misleading**
191:4,12
**Misrepresents**
44:14
**missed**
40:8
**missing**
19:5 295:17
**misstate**
138:5
**misstates**
45:3 134:4 139:24 162:7 186:4 211:1 267:8 318:10
**mitigate**
316:16
**mitigated**
316:12
**mode**
85:5
**model**
262:3
**models**
115:25 117:9 118:6 119:20 249:1,9
**moderately**
260:13
**modest**
65:19
**modified**
240:7
**modulates**
115:9
**Mohy-ud-din**
309:12
310:23 311:5,20 315:7
**molecular**
274:6
**moment**
21:6 23:12 113:23 162:12 216:6 222:7 272:2
**Monday**
8:3
**monitoring**
12:4
**monograph**
103:5 112:9 117:18
**monographs**
89:17 115:7, 12
**month**
20:23 21:20, 23 23:1,16 82:7 98:13 128:15
**months**
82:8 208:5
**Moore**
7:1 8:11
**Moorman's**
64:2,4
**morning**
8:24,25
**mortality**
175:1
**mouth**
88:25
**move**
32:18 33:22 54:3 68:16 113:9 119:9 128:9 129:9 137:16 176:21 257:2 258:19
**moving**
166:19
**multiple**
44:9 45:22 100:17 101:5 114:18 152:17 174:15 177:11 183:14 186:25 189:10,21 237:12 240:8 270:7 276:5
**muscle**
63:2

**N**

**N-G-U-Y-E-N**
278:14,17,20
**N-I-M-P-T-S-C-H**
278:25
**Nabeeha**
310:8,10,15, 23 311:4
**name**
8:7 9:3 16:23 17:2 64:1 88:25 105:4 246:12 247:3 292:3 299:20,23 310:10
**named**
278:19
**names**
17:7 300:7 311:19
**national**
60:1 88:15 93:10 143:10 265:3 293:17 300:12
**natural**
114:2,5 273:25 274:11,25

275:5,18
**nature**
188:9
**NDMA**
33:11 34:21 35:4 36:7 39:15,24 40:5 44:13 45:1,11 95:4 101:12,13 102:9 115:20,25 116:4 117:3, 8,23 120:4 144:25 145:11 207:22 216:13 234:19 262:1,22 263:23 264:17,19,24 265:4,9,21 266:12 312:10
**NDMA.'**
265:3
**necessarily**
35:1 48:6 57:1 66:2 85:5,23 86:15,16 88:10 97:22 99:14 108:12 116:24 120:25 140:1 144:17 184:3 196:9 225:23 226:5 259:9 301:3 303:7 307:18
**necessary**
41:2 127:19 129:6 132:19 196:13
**neck**
218:22
**need**
9:10,13 52:2 53:20 63:8 85:23 86:7 106:11 108:23,24 110:16 118:16 129:23 138:18 170:25 175:22 179:23 182:4 186:23 228:24 235:23 266:8 295:11 307:8 318:7
**needed**
39:3 132:21
**needs**
74:17 139:15 152:19 268:6 301:1
**negative**
48:15 190:2
**neoplastic**
273:22
**nested**
222:14
**never**
111:24 112:1,20,25 214:2 259:20 283:5
**newly**
123:16
**nice**
227:13
**Nicole**
26:10,11,14 27:4
**nine**
22:23 164:13
**nizatidine**
133:2 157:7, 10 216:11
217:3,10 223:5,10,16 240:22
**nodding**
9:15
**nomenclature**
267:20
**non-in**
95:16
**non-u.s.**
72:11
**nonbinding**
73:19 74:21
**nondifferential**
269:22 270:2,15 277:23 278:1 279:21 280:9,18 302:3,6,16, 23,25 303:6
**nondifferentially**
278:10
**nonresponsive**
32:18 33:22 68:16 113:9 119:9 128:9 129:9 137:16 176:20 257:2 258:19 320:3
**nonsignificant**
314:24
**nonspecific**
150:6 155:11
**nonulcer**
150:5
**nonuse**
287:11
**nonusers**
287:16
**Norgaard**
105:16 106:10 165:24
212:21 258:8,16 290:21 291:6
**normal**
274:2 275:6
**Notary**
7:2
**note**
98:14 121:24 122:7,12 123:19 133:19 134:9,12,17 146:4 157:17 251:2
**noted**
114:17 133:22
**notes**
60:13 82:18
**notice**
22:10 145:21
**noticing**
52:6
**November**
19:21,24
**NPT**
266:11
**NTP**
265:4
**nuance**
101:9 243:13
**nuanced**
247:11
**null**
47:17 136:5 154:2 201:5 270:4,16 279:22 280:13,19 284:13 287:17 288:10 289:21 290:7,10 303:8

**number**
12:20 18:17 19:2,3,18 20:21 22:22 23:24 25:6, 10 41:10 42:7 54:23 89:1 104:7 107:9 122:23 123:16,20, 21,25 124:8, 11 125:10,24 126:3,4 127:6,19,22 128:2,8,12, 21,23,25 129:5,7 130:5,6,11, 25 131:6,19, 20,22 132:6, 11,15 134:19,20 135:21 136:2,3,10 137:15 140:2,5,22 152:11 153:4 154:12 157:16 170:20 172:9 184:16 186:7,17 187:22 188:6 189:6 191:10,11 195:14 196:20 197:2 199:4 208:8, 11,21,25 209:5 212:4 218:4,6,13 219:13,25 220:1,17 222:20 223:4,5,12, 18,23 224:4, 17 226:1,2, 24 227:17 230:16 231:22 233:5 235:3 237:20 238:8 241:4 243:14 252:18 253:11,17,19 270:9,19 281:12 286:3 290:21 291:14,16 299:25

**numbered**
191:16

**numbers**
24:8 122:13 124:6 164:12 219:9 223:7 224:14

**numerous**
212:21 244:20 303:2

**nurses**
175:4

**nutritional**
300:22 301:2 303:22 305:3,18

**O**

**object**
20:11 58:3,5 132:4 134:3 184:10 192:8

**objection**
20:10,17 24:11,18 28:24 29:5, 11,21 31:3 32:24 34:8, 18 36:10 38:23,24 39:18 40:6 41:15,19 42:9,12 43:1,2,8 44:14 45:3 46:20 47:12 49:4,16 50:10 51:9, 15 55:19 56:11 57:7, 18 59:12 60:17 61:11 62:1 64:11 65:8,25 66:11 69:23 70:4 71:10 78:18 79:9 81:19 83:1,5 86:23 87:25 92:21 96:12 98:19 100:14 102:7,23 106:21,22 111:7 115:16,21 116:7 117:4, 24 119:15 120:6 121:25 122:10,15 123:23 124:23 126:1 128:19 129:15,20 130:3 131:9 132:22 133:20 134:2,4,14 135:17 137:22 138:11 139:24 141:14 143:24 145:14 146:25 151:5,24 153:15 154:3,7 156:2,11 157:11,22 158:20,25 159:3,4 160:24,25 162:7 166:13,14,23 168:8 171:4 173:19 177:2 179:5,10 182:19 186:4 187:12,16,19 189:19 193:16 202:6 204:1,14 206:3 209:10 210:25 211:5,6 213:20 215:25 216:5 220:14 221:6 222:4 225:13,18 228:18 230:15 231:9 236:2 241:1, 11 243:7 245:18 246:3 249:6 250:15 251:17 253:15 260:4,22 261:8 267:8 276:16 280:3,6 281:24 283:10 288:16 291:8 300:24 302:20 304:1 305:19 306:15,21 312:22 315:13 316:24 317:14 318:9

**objective**
148:13 189:16,18

**obligation**
138:24

**observable**
95:25

**observation**
218:3

**observational**
75:15 173:4, 8 191:1 201:3 231:6 237:17 307:11,22,23
**observations**
115:10
**observe**
251:5
**observed**
124:16 136:3
**obtain**
95:22
**obtainable**
312:8 315:8
**obviously**
63:2 71:16 78:4 84:16 87:2 93:4 139:7 145:15 195:13 302:24
**occasion**
37:19
**occasions**
141:4
**occupational**
33:12 34:21 37:23 38:19
**occur**
101:24
**occurred**
37:25 62:6 79:13 312:11
**occurrence**
265:1
**occurs**
58:19 276:10 278:8
**odd**
149:10
**odds**
48:3
**offer**
71:18 125:4 141:17
**offered**
71:17,25 123:9,11 127:14 140:24 266:1 317:17
**offhand**
219:5
**office**
10:6,7,8 12:8 140:12
**official**
14:5
**oftentimes**
56:18 87:10 91:21 126:10 142:17 190:13 229:4 233:3
**okay**
9:3,5,6,10, 13 10:4,19 12:16,18 17:11 19:3,7 23:23 25:11 26:16 27:10, 15 47:15 58:17 102:13,18 114:7 134:7 150:22 167:20 182:6 192:24 194:23 219:20 220:13 221:11,25 222:7 230:19 247:22 253:1 264:6 266:20 269:1,15 272:12 273:5 278:21 281:14 292:7,11,17 295:19 296:5,19 297:4 299:2, 15,17,24 309:17 310:4,5,9, 14,22 311:18 319:19
**older**
92:2 298:1
**omeprazole**
193:10,23 194:8
**once**
98:13 116:5 128:14
**one**
9:21 11:7,8 13:4 15:14, 16 16:3,6,9 18:11,14 19:7,17 26:1,2,3 33:3 43:12 47:17 48:22 49:2,3,12 50:8,12,13, 25 51:4,13, 21 53:2 56:2 67:8 68:18 73:13 82:23 88:21 94:12 97:20,21 98:14 100:9 101:5 107:7, 15 114:17 121:13 122:8 132:21,25 133:6,15 134:2 135:15 136:8,18,20, 22 138:3,7, 8,9 139:9,23 142:25 144:18 150:19 151:17,19 153:8,12,17, 18,21,24 154:5,13,21 155:16,25 163:24 165:23 167:20 170:24 172:10 174:5 181:15,17 185:7 188:3, 8,25 192:3 194:20,23 196:3 198:10,13 201:14,19, 20,24 202:1 203:15 205:22 207:11 215:7 220:4 226:6 228:20 234:17 235:2 237:6 238:17 241:7 244:7 247:23 250:20 253:5 273:20 274:9 276:1 278:13,15 284:14 286:16 294:10 295:25 298:11 300:17 303:11 309:15
**one's**
96:25
**ones**
63:24 181:1
**online**
121:17 122:14
**onset**
67:25
**open**
35:1,12 138:14 139:1
**opening**
54:4

**operate**
142:25
**operating**
138:15 201:6 238:4
**operational**
138:15 249:15,17
**operative**
118:25 119:18
**opinion**
27:25 28:12, 17,19,23 29:8,19 31:11,24 32:6 33:16 34:10,15 44:24 58:1 95:9 98:3 110:17 115:23 118:10 122:18 135:4 137:9,10 181:4 187:4 188:18 191:8,10 210:21 215:5,6 264:14 265:20 268:7 270:14 304:3 305:9 314:18 316:3 318:4
**opinions**
27:15 30:9, 11 31:1
**opportunity**
102:1 104:22 134:3 211:19
**opposed**
142:23 143:19 155:17 177:1 208:11 224:7 277:12 282:9
**opposite**
247:13
**optimal**
195:12
**order**
197:13 237:1
**organization**
10:23 89:22 267:4
**organizations**
305:9
**organs**
117:10
**origin**
69:15,21 70:1,9,20, 21,23 71:1
**original**
122:2,3,4,18 145:1 246:20 272:25
**orthogonal**
227:22
**OTC**
281:17,18 284:16 293:7 294:22 295:5,9 296:7
**outcome**
8:10 41:24 56:3,10,23 57:17 58:21 59:15,16,24, 25 60:11 61:15 62:6 66:5 67:1, 10,12,16 71:2 79:25 83:17 84:1 85:1,20 86:20 87:4,6 88:4,15 91:24 92:19 93:13 95:24 96:4,8 97:6 108:20 130:22 135:23 136:4 190:22 202:20 241:16 261:13 276:12 282:2
**outcomes**
32:10 34:4 36:5,25 37:2 60:13,15 74:8 84:9, 17,19 85:4, 8,9,17 86:7, 19 87:3 88:11,14 90:8 96:17 141:20 207:21 209:8,21 257:11,15 305:24
**outcomes/ patients**
220:1
**outlier**
152:12,16
**outlined**
32:25 44:20 78:13 81:21 85:24 86:8 204:25 314:8
**outlines**
86:8
**outlining**
86:2
**outset**
35:2 73:12 286:23
**outside**
7:12 11:6 14:12 56:21
**over-the-counter**
141:13 142:12,20,24 143:12,20,23 144:5,9,12, 18 146:8,12, 14 158:23 159:8,11,17, 25 160:3 161:3,13 162:22 163:23,25 164:2,4,19, 20,22,23 165:4,6,10 180:25 254:9 281:1 282:11 283:13,20 284:9,12 285:20 294:19
**oxidative**
118:8 119:6

**P**

**P-**
289:6
**P-VALUE**
152:10 239:23 240:6,16,17, 19
**P-VALUES**
239:21
**page**
14:22 17:11, 13 20:18 21:6 30:2,8 45:16 47:15, 16,24 48:11 54:3,20 55:6 58:6,9,16 69:13 75:9, 12,18 77:10 80:18 84:2 89:24 92:10 94:2,9 100:5 107:16 110:22,23 113:25 117:12 133:10 149:8 150:14

192:18,19 194:18 198:3 199:21 207:9,10,11 234:8 238:23 249:19 250:1 251:2,3 254:20 257:5 259:14 260:24 264:4,10,13 269:20 271:18 272:13 273:6 276:8 279:19 280:25 281:8,11,12 286:12 288:5 292:19 293:2 294:14,15 295:10 297:4 303:18 311:13,14

**pages**
40:2 166:17

**pain**
148:5 150:1, 2,6,7

**pan**
88:23 191:18

**pancreas**
275:6

**pancreatic**
66:7,9,13 68:13 273:17 274:24,25

**pandemic**
88:13

**paper**
42:15 56:19 57:3,19 74:12,20 122:14,25 123:2,7,10, 11,21 125:21,24 126:3,15,16 127:2,5 128:11,16,17 129:3,11,13, 25 130:4,7, 24 131:3,11, 14,22 132:8, 11,19 140:7 156:6,16 160:18 161:17 165:16 169:3 176:3,14,15 186:17 187:5 192:11 197:16 211:13 248:13 249:3,7 254:18 259:14 260:20 266:19,23 271:2,5 277:20 280:14 281:5,22 284:18 285:6,10 295:4,7,17 296:19,21,25 298:14 299:18 300:10,14,15 310:11,23 311:24,25 313:18 314:13 316:18

**papers**
37:2 41:8,10 42:23 43:6, 10 123:9 156:16 283:7 294:10 300:16 314:25

**paragraph**
34:1 46:10 81:12 92:14, 24 96:18 98:20 115:17 133:4 194:25 207:13,20 239:1 248:22 249:10 252:1 253:7 295:4

**parlance**
91:18

**parse**
154:12

**part**
7:22 37:1 39:16 53:10 56:14 61:21 65:15 72:19 80:20 89:21 90:21 92:12 98:10 106:16 111:16 124:15 125:1,8,9 133:22 166:20 192:17,22 238:25 250:3 269:21 294:17 310:15

**participant**
86:17,18 87:15

**participants**
7:6,19 67:2 87:1 88:9 105:17 110:13 134:19 175:5 186:1 198:18 199:22 208:4 211:9 258:3 278:8

**participants'**
253:25

**participated**
98:23 267:13

**participating**
12:10 282:15

**participation**
65:20

**particular**
71:9 76:2 95:6 96:13 111:23,24 127:5 129:3 137:5 142:22 174:9 175:12 188:2 189:1, 14 190:15,22 197:11 225:8 230:4 242:8 250:20 253:22 255:2 281:25 289:24 290:15 304:7,20

**parties**
182:3

**parts**
95:14 109:13

**party**
8:9

**passed**
133:12

**passive**
93:9,12

**past**
11:16 98:24 194:5

**pathologic**
259:7

**pathology**
249:24 257:12,16 258:2,4,14, 24 259:3

**pathway**
116:24

**patience**
320:25

**patient**
68:23 69:8 81:4 84:7 85:10 87:22

118:17,18 119:7 142:16 143:18 145:23,25 170:25 171:1 177:13 200:1 306:3
**patient's**
178:4
**patients**
22:18 60:19 71:17,23 73:22 74:7 82:7,22 110:3 141:6, 15,18,19 142:21 143:3,5 144:15,23 145:7,16 146:16,20 147:10,25 148:7,8 162:5 171:11,19 173:1 175:18,19 177:10,25 179:14,16 180:4,14 199:8,25 214:9 216:24 220:2,20 223:4 225:21 226:11 237:3 275:3
**pattern**
52:6 91:9 126:12 127:17 169:1 170:14,15 193:18 194:1 197:4 227:20
**patterns**
71:17 126:19,23 173:21,22 194:4 196:19 197:7 210:4 212:19,20 279:5 298:7
**pay**
143:22
**payment**
55:17
**payments**
10:24
**peer**
42:23 123:12 220:9 313:1, 5 314:1,3 315:4
**pen**
221:13
**pencil**
221:13
**people**
56:8 81:22 83:8 85:21 103:17,20 110:8 112:11 128:13 130:2,8 131:6,18,23 132:1 135:10 137:7 139:23 140:2 141:13 147:2,18 150:4 151:19 153:7,11,16, 17,18,21,24 154:12,18 155:4 156:17,23,24 166:11 169:24 172:14,25 173:16,17 174:3 175:5, 12,24 176:6 178:7,9,11 179:25 180:6 185:2 198:7, 10 200:3,22, 23,24 208:9, 18,25 209:24 214:19,25 219:3 221:16 222:1,14,21 228:14 229:5,19,21 230:6,12,16 231:20 232:8 234:18 235:3,25 237:21 252:7 256:1 270:20,21 277:7,8,11 278:9,11 284:9 303:14 310:18 311:2,19 318:19,21
**percent**
45:25 148:8 149:11 158:17,18,23 159:10,11, 16,17,19,23 162:1 185:24,25 187:14,15 221:25 293:7,10,11, 20 310:2
**percentage**
29:3 147:24 162:4 185:21 186:8 188:1 219:3,10 223:20 224:5,15 228:15 297:19
**perfect**
88:25 172:21 173:3 237:17
**perfectly**
52:22 178:15
**performed**
11:24 228:25
**period**
14:14 15:2 17:22,25 18:8 19:15, 20 59:7 61:14 62:10, 13 67:4 68:22,24 80:9 82:23 92:4 101:2 107:4,22 108:24 109:4 111:2 141:9 157:1 158:11 161:8,14,19 162:1,23 163:20 165:9 170:23 174:10 178:1 180:22 194:16 198:19 199:17 211:23 214:4 217:11,21,23 218:7 223:24 232:12 233:16 236:12 251:4 274:13,22 275:13 310:17
**periodically**
23:7
**periods**
107:24 226:8 250:5 268:17
**persist**
171:16
**persistent**
250:9
**person**
82:5 119:4, 5,6 130:12, 15,23 131:4, 16 132:20 134:20 138:8 139:19,21,22 140:1,14,18, 24 142:4

167:1 169:9 171:2,25 185:11,18 186:7,10 187:15,22,24 189:3,6 208:8,11,14 209:5 278:2
**person's** 142:18 258:12 263:12
**personal** 219:9,13
**personally** 300:8
**persons** 208:8 297:25
**perspective** 142:16 143:18 173:12
**pertaining** 32:23 39:15
**pertinent** 125:5
**pesticide** 103:6
**Pfizer** 11:17 12:3,4
**ph** 148:14 149:4
**pharma** 11:18 180:9
**pharmaceutical** 11:1,2,10,15 65:6,9,15 74:7 215:12
**Pharmaceuticals** 11:21
**pharmacoepidemiologic** 53:14 75:10,23
**pharmacoepidemiological** 59:19 61:9 75:1 76:1,17 88:7 231:17 233:4,14
**pharmacoepidemiology** 127:24 128:3 196:23 199:1 245:2 259:11 282:17 283:17
**Pharmacology** 313:7
**pharmacy** 143:5,7 178:4 200:24 227:6 229:19,25 252:13 253:23 254:5 312:6 314:9
**phase** 73:21
**phenomenon** 48:11
**phone** 15:19,23
**phones** 25:17
**phonetic** 297:25
**physically** 12:7
**physician** 143:17 144:15
**physicians** 141:7
**pick** 236:19
**picked** 220:8
**picture** 79:17
**piece** 59:14 187:25 215:7
**pieces** 215:8 268:20
**pill** 138:22
**pills** 125:24 126:3 127:3,6,19 128:2,12 129:5 130:1,2,6 132:2,3,6,16 169:10
**pioneering** 274:7
**place** 10:12 129:11 190:23 281:10
**placement** 277:11
**plagued** 95:10
**plaintiff** 8:2 20:5
**plaintiffs** 33:19 34:16 36:6 37:13 39:6
**plaintiffs'** 20:8,14,25 33:9 34:13,20 35:10 36:15 37:8 38:1,5,9,11,18 39:2,8
**plan** 59:1,6,21 60:2 61:2,19,21 144:2
**plan's** 142:19
**plans** 180:9
**plausibility** 39:15,23
41:12,18 42:3,5 44:13 45:1,11 97:9 139:8 203:9 205:21 260:21 261:6,10 262:25 264:10 265:18,25 267:3 268:10
**plausible** 63:17 81:23 108:25 260:25 263:22 265:21 267:6 268:14,22
**plausibly** 66:19
**play** 123:6 229:17
**playing** 189:24
**please** 8:12,15 9:24 12:14 14:22 20:19 21:12 25:15,21 43:14,17 45:17 50:18 52:17 58:6 62:18 69:13 92:10 94:2 113:25 117:13 126:14 133:10 158:7 160:12 162:10 166:4 187:11 192:17,18 218:20 222:25 234:6 238:22 247:24,25 292:16 299:18

301:25
308:22
309:22
311:15
**point**
46:10,11
47:4,9,23,24
48:3 63:12
72:13,23
73:3 88:5,12
128:16
129:12
139:13
163:11 165:1
166:24
174:11,22
178:6 182:25
195:25
198:15
209:24
211:12
213:7,13
240:5,25
245:12,20,23
246:5,7
259:6 270:2
308:2 312:20
315:11
319:23
**pointed**
129:11
**pointing**
193:11,12
**points**
56:1 92:17
**polychotomous**
269:24 270:7
276:1,15
280:1 303:11
**polyp**
273:23
**polyps**
274:3,20
**poorly**
304:17,18
**population**
59:20 70:9
73:6 92:13,
25 93:6
95:6,12,22
169:23 193:9
214:25
229:14,15
237:3 238:5
265:2 281:17
284:6,8,16
293:13,18,
19,21,23
298:2,6
**populations**
45:22 215:9
235:18
**portion**
32:19 33:23
255:12 257:3
**portions**
157:18
161:21
**pos-**
243:10
**position**
270:14
**positive**
101:4 152:17
187:8 189:13
202:21
206:12
**possibilities**
179:21
**possibility**
138:18,19
139:1 152:18
180:5 190:2
202:16
251:22 252:8
277:10
**possible**
78:6 80:8
87:2,10
90:24 100:8
153:6 169:8
178:2 179:12
184:6 205:25
206:4,5,14
208:17
234:17
235:2,21
243:3,11
301:16 317:5
**possibly**
11:21 102:6
112:5
**post-tap**
205:23
**poster**
309:11,13,15
**Potaguard**
292:1
**potential**
39:21 41:23,
25 42:1 48:5
49:19 51:25
53:3 55:10
61:15 66:25
78:10 79:18
81:6,25
83:17 91:23
96:16 97:17
99:19,20
101:16,23
104:13 109:1
125:15,18
138:20
145:6,20
148:5,22
157:14 187:6
188:24
189:12,24
196:14
201:17 203:6
216:13 217:1
218:4 232:1
241:16,21
242:3 249:4,
15 261:13
262:10
267:19
268:18
274:13
282:10
283:13
288:24
301:21
302:24
305:23 318:2
**potentially**
83:12 94:22
130:18
131:21 132:5
140:10,12
152:17
155:5,6
195:13
205:20 210:5
236:19
242:11,12
246:10 247:6
249:16,17
277:17
301:22
315:23
316:11
**power**
48:18,21,25
49:8,9,11,
12,14,18
50:9 51:2,
14,19 53:1
187:18
189:21
190:8,11,16,
19,24 191:3,
6 201:12,13
204:11,24,25
205:5,23
206:5,6,7
234:16
235:6,7,15
301:8 302:9
**powered**
51:7,8 188:7
190:25
201:21,22,25
202:3 204:18
205:7 206:9,
10 243:21
**PP-**
287:15
**PPI**
170:3 174:24
175:1 176:23
179:4,25

180:2 250:25 285:18 286:3,9,17, 25 287:3,6, 10,12,16 288:7,9,15 289:18 290:5

**PPIS**
161:24 163:17 169:25 179:9,17 180:6,7,11, 14,16 285:24 289:19

**practical**
112:6

**practice**
11:4,8 16:18 22:16 42:10 65:3 71:8, 12,17 73:16 82:3 99:10 104:15,25 126:6 135:12 140:18 143:13 147:24 155:3 168:13 174:18 175:10 198:1,6 199:25 213:8 214:4,9,23 215:2 231:18 237:3 258:2 263:1 319:4, 5

**practices**
72:9 74:25

**pre-**
144:1

**pre-specified**
75:17

**preamble**
88:22 89:16 91:17 94:10 98:7,21,23

103:4 108:6 111:11,16, 18,20 115:3 117:19 232:17

**precancerous**
273:22

**precede**
67:10,12

**precedes**
272:2

**precise**
74:15,16 95:22 140:5 226:22

**precisely**
286:22

**predominant**
180:23

**predominantly**
135:9

**prefer**
87:2

**pregnancy**
80:2

**preliminarily**
312:1

**preliminary**
313:9

**premalignant**
274:23

**prepare**
25:23 27:11

**prepared**
22:1 24:3 180:17 216:9

**preparing**
22:4

**preprint**
122:5,19

**preprints**
315:1

**prescribe**
82:6,7 126:7 141:9 142:11 144:10 145:3,16,23,

25 146:16 148:21 155:7 171:25

**prescribed**
67:24 68:8 113:17 141:1,3,4,8 142:18 143:22 144:22 146:20 147:25 150:8 155:1 157:2 169:25 170:6 172:18 174:19 177:8,11,25 254:8 291:13

**prescriber**
128:20 143:13 145:13,15 195:24

**prescribes**
168:13

**prescribing**
72:9 126:13 127:17 128:3 141:12 144:17 145:10 146:6

**prescrip-**
291:6

**prescription**
70:25 82:8, 14 104:18 107:8,11 125:25 126:3,18,19, 23 127:4,6, 11,14 128:23,25 130:1 132:7, 13,21,25 133:7,16 135:8,15,25 136:8,18,22 137:7,13

138:3,7,8,9, 22 139:9,23 141:25 142:19,23 143:6,10,19 144:2,11,19 146:17 151:17,20 153:8,12,17, 21,24 154:5, 13,21 155:16 157:19 158:12,17 159:10,16,20 161:3,13,25 162:22 167:6,7,10, 21 168:14, 15,24 170:2 172:1 174:5, 7,9 177:18 178:2,3 198:10,13, 17,22,25 199:2,9,12 200:13 216:16 217:21,22,24 218:5 225:23,24 229:1,2,4,5 252:15 282:1,4,6,9, 11,19,23 283:1,14,21 284:7,16 291:10,12,17 294:20 295:9 296:9 297:2, 21 298:7

**prescriptions**
104:8 107:9, 10 109:21 124:17,18 126:5,9 127:22 128:1,8,21 129:8 130:5 131:5,7,17,

24,25 132:2, 11 133:2 134:23 135:11,21 136:2,4,10, 20 137:8,15 139:4 140:6 141:16,18,24 142:8,9,21 143:4 144:3, 8 153:1,5,19 154:19,22 161:9 163:17 167:5,22 168:4,15,21, 25 169:17 170:20 171:6,20,21 172:2,9,14 174:15 175:25 176:16,25 177:12,19,20 178:7,8 181:16 182:14 185:2 186:18 196:20 197:2 199:5,6 218:1,4,7 226:1,3 227:17 231:23 232:12 236:13 238:9 253:17,20 254:15 260:2 290:21 291:7,14,16

**prescriptive** 111:19

**presence** 7:12 95:25

**present** 68:1,12 95:25 176:7 194:5 275:3 313:4

**presented** 125:1 176:6 184:24 185:5 245:7,9 304:13 313:20 314:19 315:1,15

**presents** 177:13

**prespecified** 76:7

**press** 147:16

**presumably** 63:14 205:4 259:3

**pretty** 161:21,22 175:21 187:1

**prevalence** 281:16 284:7,15 293:6,11,23 295:8 297:2, 13,15,17 298:2,4

**prevent** 52:1

**preventative** 305:22

**prevention** 111:16 123:4 267:14 300:12 313:12

**preventive** 305:17 306:18,23

**preview** 139:6

**previous** 26:21 133:1

**previously** 37:10 73:13 313:10

**primary** 122:21 135:7 141:7 146:22 216:14 224:12 240:4 243:16,18, 20,24 245:5, 6 250:24 255:6,19,23, 24 256:6,11, 14,18,24 272:25 273:4 287:18 288:1,3

**primate** 262:4

**principal** 91:1

**principals** 47:10

**principle** 46:6 304:14

**principles** 31:22 71:20, 23

**prior** 27:1,7 36:23 38:4,11 39:2 47:24 62:6 66:21 67:18 97:6 101:21 141:10 176:20 199:18 242:7 312:24,25

**priori** 49:22 139:9 190:20 239:25

**prioritizes** 304:9 307:9

**private** 7:11 142:25 278:19 299:20,23

**probability** 122:22

**probable** 265:9 267:5, 15,19 268:4

**probably** 35:18 36:1,8 60:10 63:8 64:7,13,20 65:1,10 71:25 131:10,12 157:15 165:5 179:15 180:3 203:16 205:17 220:8 264:19 269:9 301:23 303:2 319:1

**probe** 149:4

**probes** 148:14

**problem** 54:4

**problems** 12:13 233:18 302:7

**procedure** 85:6

**proceeding** 7:7

**process** 35:14,15 60:23 85:24 98:23,24 111:16 116:25 118:3 119:21 130:11 267:13 307:2,7 308:4 313:17

**processed** 271:7,19 272:16

**produce** 263:10

**product**

140:2
**Products**
8:6
**professionals**
175:4
**professor**
285:12
**program**
31:18 265:4
**progression**
249:1
**proliferation**
248:25
**propensity**
304:10
**properties**
115:11
**proportion**
59:5 131:18 133:5 140:4 147:2,18 148:14 153:20 156:6,17,20 158:10 159:8 161:1,12 162:5 163:3, 12,16 165:6 174:2 188:10 189:5 223:8 281:18 284:5,8
**proportionately**
223:7
**proportions**
140:21
**propose**
72:7,20
**proposed**
74:3 283:12
**proscriptive**
111:19
**prospective**
80:14 93:18 195:1 251:6
**protect**
256:10
**protective**
251:5
**protocol**
56:14 74:6, 9,22 87:16
**protocols**
69:4 73:21 74:2
**proton**
248:14 284:20 285:15 294:18,20
**protopathic**
67:24 97:8 101:2 154:24 197:9 210:10 238:19 268:19
**provide**
33:15 40:23 56:22,24 57:10,22 58:15 70:23 72:8 73:3,10 74:19 83:25 94:25 107:25 120:22 122:17 124:6 127:20,25 128:5 129:4 131:15 132:19 137:10 142:23 158:14 179:12 183:19 216:2 224:2 230:11 247:20 265:16 266:3 274:12 295:7 304:21 306:4 308:2 317:11
**provided**
31:5 37:12 46:9 58:24 73:15 74:6 75:25 124:8 125:12 130:23 131:3,12,15, 22 133:9 134:9 137:8 140:7,16 152:14,23 153:10,22 156:12 161:17 162:24,25 163:14 165:19 167:15 174:23 186:16 192:4 203:12 220:5 221:2 246:24 251:25 252:12,14 287:1 303:9 306:9 318:23
**provider**
141:17
**provides**
24:4 45:20 125:21 130:4 183:12 189:14 193:20 210:20,22 211:16 215:23 224:10 226:25 228:10 271:10
**providing**
76:16 95:18 98:3 306:22
**provisions**
55:11
**proxy**
132:10 196:21 253:21
**public**
7:2 10:15, 17,18 14:8 31:19 43:24 242:24
**publication**
222:11 311:24
**publications**
41:17 42:7 74:2
**publish**
43:4 123:7 314:5
**published**
74:2 123:2 247:8 281:22 313:13 314:25 315:4
**pull**
264:7 298:13
**pulled**
38:4 219:12
**pulling**
191:17
**pump**
248:14 284:20 285:15 294:18,20
**purchased**
254:9
**purely**
282:23
**purpose**
7:14 43:25 44:7 55:22, 23 66:22,23 125:4 143:15 206:17
**purposes**
43:20 55:8 84:7,8 87:13 147:19 259:24 313:24

**put**
12:19 29:6 39:4 52:21 108:9 111:20 149:7 158:2 182:9 187:3 190:16 198:9 220:24,25 221:1 238:22 247:24 262:11 271:1 277:8 278:13,14, 16,24 285:2 294:5 298:11 299:3,17,24 304:25 308:5 309:7 315:24 320:10
**putting**
52:23 121:12 166:3 234:5 277:7

**Q**

**Q1**
51:4
**qualified**
273:16
**qualify**
28:23
**quality**
79:1 90:23 92:14 105:19 146:2
**quanti-**
29:6
**quantifiable**
232:6
**quantified**
29:14 147:2 212:4
**quantify**
29:7 126:4 195:14 212:15 286:23
**quantifying**
170:8
**quantile**
279:13
**quantitative**
130:16
**quartiles**
270:5,24
**query**
225:20
**question**
9:25 10:1 25:8,9 28:6 29:2 33:2,3, 14 35:22,23 36:13 39:22 40:9,25 41:21 42:16, 19,21 43:23, 24 45:4 47:13 50:17, 23,24 51:4 52:7,11,12, 16 53:4 56:5 60:5 63:6 70:7,8,12,13 71:11,15 72:4,5 78:12 79:21 92:9 98:4 99:13 100:18 102:17 103:15 106:5,7,18 113:24 119:12,18 120:1,5,15 125:17 134:7 137:19,21, 24,25 138:1, 5,6,14 150:20 162:15,18 165:21 167:17 171:5 176:20,22 178:2 179:6, 11,13 186:13 188:15 189:18 193:14 196:7,12 198:11 200:23 202:8 203:23 204:3,13,21 205:8,13 209:6 213:14,23 214:21,24 224:12,23 226:9 227:25 228:2,3,5 229:20,21 238:4 242:22,24 243:13,22 247:13 249:14 256:9 257:19,24 268:9 272:3, 4,7,8 283:3 289:15 295:17 319:1
**questioned**
175:2
**questioning**
178:25 225:8
**questionnaire**
199:15,22 200:8 225:21 226:7 227:7, 18 229:8 253:24 254:11 257:7 279:16 287:2
**questionnaires**
215:13 282:9,12
**questions**
9:5,7,13,20 52:9,20,23 57:21 71:3 82:1 102:11, 12 306:5 319:15,24 320:3,5,7,8, 12,14,25
**quick**
313:19
**quintiles**
269:24 270:5 271:16 276:4
**quite**
41:1 118:16 142:10 180:12 254:12 264:13 290:12 301:16

**R**

**raise**
8:14
**raised**
213:7 248:23 262:10,16
**random**
276:10,18, 21,22,25 277:1,14,15, 16,22 278:4, 7
**randomized**
172:22,23,25 173:5,14 307:10,16,21
**randomly**
173:1
**range**
45:20 46:19 65:11 103:7 153:18 183:12,21,25 184:19 208:2 251:20 252:14 284:1 291:15

**ranitidine**
8:6 30:17 32:4,10,15 33:4,6,21 34:3 35:6,16 36:5,25 37:2,4,18,20 38:6,8,13,15 40:18 41:6 42:20 44:18, 22 54:24 55:3 61:24 62:4,16,17, 23 63:7 66:6,8,13,14 67:11,17,20, 24 68:3,6,7, 13 70:8,12 76:8 77:19 78:3 81:17 96:10 98:5 99:24 100:2, 21 102:11, 20,25 103:13,16, 17,22,25 104:2,3,13, 23,24 105:2, 5 106:9 108:14,22 110:7,21 111:25 112:15 113:11,17 122:24 125:18 126:7,23 127:9,11,12, 18 130:9 132:7,21 133:1,6,15 134:25 135:5,8,13, 14 136:7,14 137:13 138:9,10,16 141:1,3,6,9, 10 142:11,22 143:14 144:4,5,9, 22,24,25 145:2,11 146:8,21,24 147:18,22,25 148:1,24 149:11 150:1,8 151:4,6,8,11 152:25 154:6 155:2,7,13, 20 156:18 158:15,22 159:23,25 160:3,18 161:14,22 163:9 164:1, 25 165:1,3, 13,19,21 166:11 167:5 168:6 169:18,20, 23,24 170:5, 9,12,14 171:7,13 172:6,7,14, 23 173:1,2, 6,15,16,17, 18 176:23,24 177:1 178:8, 10,14 179:3, 9,25 181:4 185:13,14 186:2 187:6 190:6 192:5 193:8,9,14, 22 194:8 196:15 199:17,23 201:7 208:15 209:19 215:24 216:3,11 217:3,9,13 219:4 220:10 221:17 223:4,9,16 224:12 235:24 240:22 241:5 251:15,19 252:9 253:13,20 254:6,15 257:14,19 258:23 261:25 262:11 281:2,3 283:8,20 284:3,4,6 288:13,18 289:2,9,15, 23 290:2,16 291:10,12,17 293:6,12,21, 24 295:9 296:9,20,24 297:14,18 298:3 309:12 310:18 312:9,15,20 313:22 315:9 316:4,6,14, 21 317:12,18 318:13,20 319:9

**ranitidine/ nizatidine**
234:11 239:3

**rank**
305:15

**ranked**
303:23

**rapidly**
197:14

**rare**
304:23

**rate**
18:20,21,22 58:23,24 59:4,5,10 60:2,6 61:3 87:5 93:5,14 312:14

**rates**
140:21 180:5 233:23

**ratio**
48:3 100:25 110:1 150:18 151:23 152:19 155:15 166:22 183:22 184:7,15 185:1,6,7,8 217:18 239:9 241:20,22,24 242:1,4,6,11 243:5,15,17, 19,23,25 244:8 245:6, 8,15,22 246:9,16 247:15 272:16

**rationale**
120:1,7,13, 14 124:10 135:1 141:12 147:22 258:22 282:21

**ratios**
48:3 122:23 124:12 140:20 152:13 153:14 154:1 165:20 166:11 167:15 170:10 186:24 187:8 197:1,12,13 221:3 224:2 245:6 260:17

**raw**
131:13 140:11

**re-read**
50:17

**reach**
32:2 201:2 219:14 227:21 268:1 284:11 288:4
**reached**
31:2,12 57:23 190:4 219:15 288:4
**reaching**
31:1 227:10
**read**
20:4,8 31:9 35:3 36:21 37:19 38:3, 8,18 39:1 50:23 63:18, 19,22 64:14 73:7 84:10 88:9 92:23 94:4 96:5 108:2 187:4 213:9 234:21,25 235:1 262:15 264:11 294:17 300:15,16, 17,19 312:16 314:10
**reader**
94:21 125:22 127:16 137:9 169:3 256:9
**reader's**
57:11
**readership**
314:6
**reading**
19:23 38:4 64:4,18 115:17 131:14 140:15 207:20 234:13
**readjust**
299:6
**reads**
307:1
**ready**
182:5 264:3 266:18
**real**
188:3
**real-world**
81:4
**reason**
24:9 42:6 43:5 146:20, 22 150:10 168:23 169:16 170:5,13 172:13 173:23 177:16,21,22 178:9 181:17 203:23 204:13 273:19 306:12 319:6
**reasonable**
27:16,19 28:2,12,18, 20,22 29:3, 8,13 62:10, 13 74:8 104:19 114:24 164:21 167:7,13 168:19 169:9 170:21 186:12 193:19 194:6 195:19 196:12 199:11 208:7 209:2,20 211:21,25 212:12 213:7 219:12 223:12,21,22 232:15 237:22
258:10 263:6 265:17 288:2 319:3
**reasoning**
320:13
**reasons**
43:9,10,12, 13 50:5,15 51:11,13,20 52:2 55:23 74:12 87:24 100:8 101:24 141:15 177:7 303:21 313:19
**reassurance**
216:24
**recall**
13:17,19 17:7 22:8,9 23:3 25:3 27:11,14 53:23,25 64:5,7 101:16 113:21 126:15,24,25 139:19 151:7 156:3,15 157:6,12,13 162:23 165:21 192:6 206:24 219:5,11 240:3 247:5 296:13,17 298:8 300:16,17,18 309:13,14
**receipt**
167:6,7
**receive**
10:17,19,22, 24 11:5,7,9 65:17,19 155:16
**received**
11:12,17,20
31:17 153:16 218:5
**receiving**
25:18 150:10
**recently**
92:23 174:22 247:8
**receptor**
151:10 156:20 248:14 284:21
**receptor-mediated**
115:9
**recognize**
14:23 121:13 309:11
**recollection**
126:2 156:22 216:9 240:15
**recommend**
146:16
**recommendation**
73:9,14 74:21 306:7
**recommendations**
73:17,20 305:11 306:1,4,25 307:4 308:2
**record**
7:6,10 9:16 52:22 54:8, 10,12,14,16, 17 77:2,5,6 87:21 88:3 89:5,8,11,12 121:3,5,8 181:24 182:2,7 210:19 228:4 230:23 231:1,2 258:8 259:3 269:3,6,16,

17 292:12, 14,16,24 308:23 309:1,4,5 319:10,13, 17,20,21 320:11,16, 18,21,22
**recorded** 7:7,8,25
**recording** 7:15
**records** 23:4,5 27:13 82:16,17 227:6 229:25 249:23 257:12,15,22 258:14,16, 17,24 259:4
**red** 271:19 272:16 277:1,3,4 310:8,15
**redeemed** 132:25
**redirect** 319:25
**reduction** 301:8
**reevaluate** 110:18
**refer** 91:18,21,25 95:3 105:7 118:2 162:11 264:4 270:9 318:12
**reference** 65:18 118:1 142:10 213:6 246:13,25 283:18,24 296:1,3 304:4
**referenced** 260:19 265:13 277:10
**references** 53:9 56:24 126:17 162:19 247:5,20 265:14 293:15 295:25 304:6 309:15
**referencing** 311:5
**referred** 95:15 97:2 141:6
**referring** 81:14 98:20 108:6 134:5 211:10 271:15
**refers** 48:21 126:3 201:13 276:21 296:12
**refill** 199:9
**reflect** 48:4 81:4 247:1
**reflecting** 291:11,16
**reflection** 188:11
**reflective** 25:3 104:25
**reflects** 239:23 254:1
**reflux** 107:6 143:16 146:19 147:3,5,8,12 148:1,4,6, 11,12,23 149:2,12,19 150:3 171:11 214:8,10
**refresh** 216:7 293:14
**refute** 85:21
**refutes** 28:8
**regard** 244:11
**regarded** 242:17
**regarding** 38:18 45:11 262:10
**region** 179:19
**registries** 105:15 126:18 188:4,5 257:20 258:4
**regular** 199:17,22 200:9 255:3, 7,14 285:23 286:3 287:10 291:16
**regularly** 142:2 199:23 200:1 229:21
**regulatory** 264:16
**reimbursement** 65:19 84:7
**reject** 47:17
**rejection** 314:13
**relate** 71:23 302:4
**related** 8:8 33:2,17 34:14 35:3 50:14 52:11 61:19 67:25 68:4,8 108:7 114:18 124:2 149:18 156:16 195:25 196:15 205:21 233:18 242:4 306:5 309:14 312:8 315:9 317:18
**relates** 60:11 280:22
**relating** 35:4 37:3, 11,19 44:21 81:13 261:25
**relation** 42:16
**relationship** 30:16 32:5 62:8 97:5,9 151:13 152:23 186:17 197:15 204:9 216:17 241:17 254:25 260:18 261:14 298:5
**relationships** 108:13 245:3,4 302:10,12
**relative** 47:25 48:3,6 67:21 96:14 105:5 106:8, 14 150:23 156:17,19 161:12,21 165:20 166:21 182:17 184:18 192:4 217:12 255:15 301:7 302:8,18

303:4
**relevance** 43:22,24 69:16,22 70:2,10 116:25 137:11
**relevant** 33:13 34:4, 14 35:8,13, 18 37:5 38:12,14 40:9 51:25 56:24 60:8, 15,16 61:8, 14,23 63:4 66:5,15 69:4 70:18 71:4 79:20,23 80:4,13 83:25 90:24 91:5 96:2,3 99:3 100:3, 18 108:11, 20,23 114:12 116:12 118:15 119:2,7,17, 19 120:25 125:17 127:20 132:16 134:18,24 137:12 152:3 160:5,15 161:6,8 163:15 205:20 208:16 214:24 215:4 268:9 281:25 282:2,14 283:6 287:9 288:20 290:18
**reliable** 30:19 78:4 82:19 160:22
**reliably** 82:12,18 300:21
**relied** 37:13 39:6 93:21 198:18 199:15 252:13 254:10 259:3 266:4 296:13 297:24 311:10 314:17 316:2
**relies** 31:13 32:5,6 61:18 225:25
**rely** 88:10 103:15 104:11 168:9 197:23 198:17 236:8 253:23 257:20 258:9 259:12 305:8,11 317:25 318:1
**relying** 85:18 87:12
**remain** 33:20
**remained** 161:24 287:25
**remains** 234:12
**remember** 17:9 91:16 113:15 137:18,20, 24,25 201:15 284:23 317:17
**remote** 7:13,24,25 8:7
**remove** 7:17
**removed** 119:1,20
**renew** 82:8,9
**renewing** 142:8
**repeat** 90:10 129:24 137:19 138:4
**repeated** 45:21 46:2, 25 81:2 183:14,16,22
**repeating** 320:4
**replaced** 122:5
**report** 17:25 18:1,3 19:14,23 20:4,8,15 21:1 30:3,6, 9,22,24 31:2,6 32:8 33:1,7,15 34:13 35:20 36:18 37:8, 10,12,13,14, 24 38:1,2,5, 11,20 39:2, 4,8,9,12,16 40:1,2,24 41:1,7 42:11,18 44:11,17,19, 20 45:2,5, 10,13,14,19 48:11 49:6, 17 53:10 56:14,22 64:13 76:22 93:4,23 105:22 106:11 113:20,21 115:23 116:6,8,21 117:23 119:11,13,14 120:3,17,20, 21,23 121:1, 14,19 122:7, 12 134:12, 16,17 137:2 162:11,17,21 180:17 181:6 183:11 197:18 201:8 203:12 214:22 216:9 220:24 221:1,2 224:2 238:22 244:15,20 253:25 254:10 261:6,24 263:20,24 264:5,23 265:14 266:3,6 267:12 269:21 276:20 277:10,21 280:1,15,24 281:9 291:23 292:19 293:1 295:10 296:12 299:12,13 303:18 304:2 308:11 314:16 315:12,19 316:5 317:10,13,16
**report-** 228:1
**reported** 74:17 93:25 106:8,15 192:11 194:15 210:12 214:13

216:12 217:12
**reporter** 8:11,14,21 9:15 50:20, 22,24 52:18 269:14 292:22
**reporter's** 9:19
**reporting** 14:18 53:14 69:5 74:25 239:1
**reports** 20:5 33:9,19 36:16,21 38:9,13,18 39:7 105:4 117:6 226:7 249:24 257:12,16,25 258:3,4,14, 24 259:4 262:15 264:25 265:15
**represent** 36:15 189:4 284:1 293:10
**request** 7:9 23:13, 14,17,18
**require** 32:22 42:2 85:5,23 88:16 214:10
**required** 251:5
**requires** 33:1 40:21 60:6 202:25 203:15
**research** 42:25 43:6, 7,9,25 44:7, 10 73:25 85:11 89:16, 21 264:18 300:11 304:7 305:10 306:13,19
**researchers** 77:20
**reserve** 319:24,25
**reserved** 190:19
**respect** 35:5 66:9 101:7 102:20 109:17 110:14 135:22 153:4 163:22 180:24 181:18 209:15 224:11 226:22,25 232:4 244:16 267:3 305:11 306:9,23 316:22
**respectfully** 312:5
**responding** 320:5
**responds** 148:23 229:8
**response** 29:2 51:10 106:5,18 259:24 309:8 310:8 312:21 313:1 320:14
**responsible** 137:2
**responsive** 52:22 320:7, 12
**rest** 273:1 315:25
**restate** 51:10
**restated** 213:22
**restrict** 35:2 36:24
**restricted** 110:25 132:24 186:19
**restriction** 124:16 125:10
**rests** 215:7
**result** 46:17 50:7, 9,12,24 51:1,5,7,19 52:3 67:5 101:4,18 125:7 150:24 151:3 152:16 153:2 177:10 184:11 189:13 190:2 191:6 196:11 203:4,15 215:14 231:18 236:8 239:17 240:9,11,24, 25 241:9,13 242:8 244:16 245:24 246:18 256:14 258:13 273:3 278:4 284:12 290:7 302:22
**results** 31:9,23 47:5 49:7 57:22 60:7 73:5 74:15 79:3, 4,16 100:7, 13,19 101:10,24 102:6,22 123:13,15 124:14 125:2,3,5, 13,14,20,21, 22 133:21, 23,24 134:5, 8,10 135:7,8 150:15 153:1 154:1 156:13 166:7,10 169:5 182:13 183:1 186:17 202:21 210:2 215:17 218:16 239:9 241:4,12 242:13,14,20 245:9 246:15 271:24 272:2 273:1 284:13 288:10 290:10 307:9 310:7 314:14,24 315:24
**retrospective ly** 205:10
**review** 18:5 19:14 23:4,5 24:12 27:22 28:4, 10,11 31:22 33:8,14,17, 18 34:4,13, 25 35:11,12, 17,21,22 36:3,24 37:1,11,18, 23 38:20 39:8 41:2,4 45:13 52:3 90:2 96:23 102:1 105:22,25 109:15 111:15 115:22 117:6 120:20

123:9,12 138:25 139:12 216:6,8,9 222:6 228:24 245:10 250:16 251:19 258:2,14 261:19 262:12,18 263:2,4 265:15,23 266:9 267:12,13 282:5 290:18 291:2 296:10,11,21 305:20 306:4 307:3,4,8 309:25 313:2 314:1,3,19, 22 317:4,8, 9,15,16 318:24

**reviewed**
36:6 37:5,9, 11 39:1,3 40:11,17 42:24 54:24 58:14 63:25 64:2,3,13 68:12 70:16 73:13 81:17 85:15 104:22 121:22 195:25 198:17 228:9 237:13 244:20 252:9 264:23 283:18 290:17 300:8 305:21 310:1,3 312:1 313:8 315:5

**reviewer**
57:19,20 313:5

**reviewers**
220:9 312:21

**reviewing**
14:17 15:9 20:25 35:16 44:21 64:9 85:22 229:1 257:24 259:6 309:14

**right**
7:23 8:15 11:10,13 12:11,16 13:13,24 14:15,25 15:5,6,9 16:3,19,24 17:16,23 18:1,7,9,14, 18 19:7,10, 12,15,20,21, 24 20:9,15, 23 21:1,7, 10,18,25 22:2,23 23:12 24:17, 22 26:17 34:7,17,23 35:21 36:18, 21 38:2 39:12 41:13, 18 42:8 45:2,23 46:4,7,11, 14,19 47:2, 6,11,20 48:12,15,18, 22 49:3,11, 15 50:9 51:2,8 53:10,19 54:20,25 55:4 64:16, 17 75:2,17, 20,23 82:25 83:4 87:24 106:16 111:5 114:4 116:6 117:3,23 118:18 119:14 122:9 127:4,9 131:8 132:21 139:23 150:16,25 151:23 152:7 154:6 155:20 156:1,7,10 158:12,15, 18,24 159:11,14, 17,23 160:4 162:1 166:6, 8 171:3,8 177:20 182:15,18, 22,23 183:2, 3,5,9,14,23 184:9,20 185:12,15, 19,25 186:3 194:20,22 198:8,14 201:14,18, 22,24 207:6 220:2,22,24 221:5,9,15, 18,20,23 222:2,3 225:12,17 230:25 232:7 239:10,13, 15,19 244:18 248:6,10,17 249:1,4,24 250:6,11,14 251:7,12,16 253:3,5,8, 11,14 254:22 255:1 257:8 259:17,21 260:21 261:7 263:12 267:1,7 269:25 270:11,17,24 271:5,8,11, 12,16,22,25 272:6,10,18 273:7,10,12 276:12 279:6,13,17, 23 280:5 281:3,6,9,20 283:9 284:16,25 285:7,13,16, 21 286:4,7, 10,18 288:11 290:10 293:8 294:10,12,23 295:5 296:6 297:5,10,11, 21 298:10 299:10 300:13,23 304:24 308:20 310:11,24 311:8,11,20 312:21 315:12 317:3 319:25

**right-hand**
133:14 234:8 249:22 250:8 254:19 257:10

**risen**
180:16

**risk**
46:18 47:25 48:3,6 58:20 61:5,9,13, 20,23 63:17 65:23,24 66:9 75:16 104:3 105:5 106:8 122:22 124:22 125:18 136:8,9 144:24

150:23 151:20 154:14,20,22 172:11 173:7,14 182:17,20 184:18 186:19 192:4 197:8 203:24 204:11 206:2 208:16 210:6 216:3 217:2, 12,16 224:6, 24 226:20 231:8 232:25 234:12,20 235:10,20 236:1 237:8, 10,14 238:11,12 239:3,19 241:6 243:6 244:18 245:5,16,17 246:1,2,10 248:9 253:3 255:3,8,15 256:4 260:13 271:20 272:17 279:5 281:19 283:13 287:7,13,17 288:9 289:8 290:12,25 291:1,4 303:4 305:12 306:10 317:23

**risks**
106:15 135:6 165:20 197:5,20 215:24 301:7 302:8,19

**RMR**
7:1

**road**
80:12

**robust**
224:16

**robustness**
244:23 246:19

**rodent**
115:25 117:9 262:4

**rodents**
115:25

**role**
26:15 40:23 123:6,8

**room**
209:23

**rotate**
218:21

**Rotman**
8:23 9:3 12:19,23 13:8 17:12, 14,19,21 18:11,13 20:1,2,12, 18,20 21:12, 13 23:13,19, 24 24:1,19 25:10,12,15, 16 30:1,8,10 32:18,20 33:22,24 34:9,19 36:12 40:7 41:16 43:3 45:16,18 46:21 50:17, 20 51:3 52:5,20 53:5,8 54:2, 6,10,14,19, 21 58:6,7 68:16,19 69:13,14,24 72:15,17,19, 23,25 73:1 75:3,13,14 76:23 77:7, 9,11 80:18, 21 83:2 84:2,4 88:21 89:1,5,14,24 90:1 92:10, 11 94:2,3,5, 8 102:16,19 106:23 107:16,17 113:9,10 114:4,8 115:18 117:12,14 119:9 120:9, 13,16 121:2, 11 122:11 128:9,10 129:9,10,17, 21 137:16, 17,23 150:21 154:4 157:25 158:5,7,9,21 159:2 162:9 165:15,17 166:3,5,15 176:13 178:21,24 179:2 181:21 182:9,12 187:11,13,17 191:14 192:2,9,16, 21 194:18,24 198:3,4,12 207:9,12 210:13,16 211:2,6 215:20,22 216:1 218:20 219:1 220:15 225:7,9 230:20 231:4 234:5,7 238:21,24 240:12 241:2 243:8 245:19 247:23 248:4 252:16,21 257:2,4 258:19,20 260:23 266:18,21,22 268:23 269:1,9,11, 19 271:1,4 272:13,15 273:6,8 276:7,9 278:13,21,24 279:3 280:4 285:2,5,25 286:2,12,14 292:12,16,18 293:1,4 294:5,9,14, 16 295:1,3, 15,19,22 296:15,18 297:4,6 298:11,16, 20,22,24 299:1,3,9, 17,21,24 300:3 301:25 302:1 303:17,19 304:25 305:1 306:17 308:5,10,22 309:7,10,16, 19,21,23 310:5,6 311:13,17 317:1 318:11 319:10,15, 18,23

**Rotman's**
320:12

**Roughly**
22:13

**routine**
74:10 93:24

**routinely**
93:25 214:4 306:4

**row**
163:7
**royalty**
65:17
**rule**
211:7 280:8 301:15
**Rx**
293:7

**S**

**S-R-O-T-M-A-N**
298:21
**safety**
12:4 53:14 55:9 56:5,22 75:1,10,23 76:2,3,17
**salaries**
11:7
**salary**
10:18,19,22, 25 11:5 64:24
**sample**
45:22 50:2,6 189:3,23 205:2 234:15 293:18
**saying**
36:2,7 38:25 48:24,25 73:2 81:8 116:10 126:22 129:22 184:18 207:14 222:2 240:9,13,20 267:5 296:7 302:2 311:1
**says**
19:3 30:11, 14 55:7,15, 25 56:6 72:12,20 77:17 80:25 84:5 90:6,21 92:14 100:7 107:21 114:16 121:16 124:15 126:14 195:7 199:21 207:5 219:22 220:6 234:10 310:20 311:25
**scan**
116:8
**scenario**
179:19 246:7
**scenarios**
246:4
**sceptical**
139:12
**Schatzkin**
300:5
**scheduled**
22:17,18
**school**
10:14,16,18 14:7,12 279:5 293:25
**science**
11:18 45:7 314:11
**scientific**
27:17,20,21, 24 28:1,3,8, 13,18,21,22 29:4,9,13 31:10 34:25 35:25 42:4, 14,15 56:19, 21 57:2 74:11,14 75:8 76:9,10 85:24 86:3,5 101:25 125:6 140:14 169:16 170:13 213:5 263:16 303:24 313:5
**scientifically**
30:18
**scientist**
137:1 139:10 241:24
**scientists**
76:10
**scope**
262:5
**screen**
7:22 149:8 218:21 297:8
**screens**
7:16
**scroll**
17:12,19 19:2 20:1 21:12 149:7 192:16,18 273:6 301:25 309:16,21,25 311:15
**scrolling**
94:5
**search**
211:19 261:24 296:23
**searched**
30:22
**second**
20:11 34:1 46:10 51:22 80:20 133:3 134:3 163:6 177:17 201:9 202:23 220:13 247:24 254:19 264:2 298:21
**secondarily**
307:10
**secondary**
191:2 243:17 244:22 246:18 255:20 256:6,12,15, 19,25 287:21
**section**
45:14 48:10 49:5 58:8 69:15 90:2, 12 94:6 110:22 114:9 123:13,15,20 124:14 125:2,21 133:21 134:5,8,10 234:9 249:20 250:2 272:2 273:2 281:8 310:7 311:22 317:15
**secular**
181:5,8
**see**
15:20 17:13, 16,20 19:3 20:21 21:6 24:5 25:10 28:8 30:4, 11,14,20,23 33:25 34:6 35:4 43:19 53:16 56:6, 7,15 58:8 60:20 69:17, 19 71:16 72:12,14,21, 22,24 74:21 75:6,18,21 77:17 80:25 81:11 84:10 85:16 86:25 90:4,18 94:6 95:2,5,6 100:10,19 106:11,24

107:19
109:18
110:4,9
114:10,15
115:14 116:8
117:15
118:17
119:4,23,24
120:20
121:16 122:3
123:13,15
124:19 132:8
133:12,17,22
134:10 136:6
141:5,21
142:4,6
143:6 147:17
154:14 155:7
159:20
161:11,17,24
162:20
163:6,7,11,
18,21 164:25
166:25
172:10
173:5,10,22
174:2,25
183:21
191:22 193:7
195:2,7
197:6 205:5
207:5 208:6,
14 212:25
215:2
217:14,17
219:23
220:18 223:6
226:18
227:20
230:11
232:19
234:13,14
236:15
237:3,14
238:6,10,11
239:6,7
245:3
255:11,13,22
261:1,16
262:19 281:7
282:6 289:25
290:11,25
291:23
296:19
301:10
302:13
308:15,17,21
309:20
310:7,10,20
316:18 317:4

**seeing**
38:11 39:2,7
124:11
197:3,5
204:16,17
232:15
312:24

**seeking**
142:24
174:12

**seldom**
177:10
231:17

**selected**
56:2,10
57:16 84:8
236:22

**selection**
95:10 97:8
101:3

**self-reported**
195:5 258:12

**selling**
12:1

**semiquantitative**
257:7

**send**
298:14

**sense**
78:12 95:19
142:1 156:19
169:14
199:10
205:24
232:14 315:1

**sensitivity**
244:21
273:2,3

**sentence**
30:15 33:25
90:6,12
92:13 290:8

**sentences**
46:17

**separate**
106:19,24
200:14,15

**separately**
10:25

**series**
112:9 274:6

**serious**
300:20 301:3

**services**
306:23

**serving**
12:4

**servings**
271:11 276:4

**set**
22:16 23:6
69:11 86:1
90:22 91:4
182:3 183:17
217:16
226:21

**sets**
227:22

**setting**
7:18 71:5
111:10 112:7
142:25 174:8
177:6 191:1,
2,3

**settings**
72:11

**seven**
208:5

**several**
44:15 50:1
53:1 56:1
92:17 104:5
124:25
129:16,17
215:8 227:9
250:4 313:11

**shaking**
9:14

**share**
114:17

**shared**
188:18 304:3

**sheer**
188:4

**short**
68:7 101:2
275:7

**short-term**
194:10,12
195:6,11
196:5 197:6,
12 207:19
210:2,7
214:6 229:3

**shorter**
107:25

**shortly**
106:14 114:5

**show**
45:10 63:8
94:11 95:2
100:24
106:14
109:20 113:3
126:14
128:11,18
129:25
156:16
166:10 181:1
186:22
192:10
196:18
197:11
215:8,9
216:25
217:12
233:11
247:6,14
267:22 284:5

**showed**
184:25 256:15,20 284:13
**showing**
25:6 30:2 53:12 75:19 116:11 137:6 158:10 238:17 241:6 244:4 245:4 246:10 255:25
**shown**
21:5 101:12 103:24 164:16 180:2 212:20,21 224:3 235:19 256:19 277:9
**shows**
29:16 30:3 40:22 109:25 122:20 202:19,20 212:20 217:6 316:6
**Shyam**
311:19
**side**
255:12
**sign**
105:2
**signal**
105:2 172:10 173:10 174:25 188:25 212:13 236:19 237:8 238:3,7
**signed**
30:3,6 38:2
**significance**
239:20,23 241:14 244:7,13,14
**significant**
46:18 47:18 49:21,22 50:1,5,7,12, 16,25 51:6, 12,20 52:4, 25 82:13 150:25 152:10 182:23,24 183:2 184:19 203:4,15,21, 25 206:1 238:18 239:10,18,19 240:1,10,21 241:6,7 242:13 244:1,11,12 246:17,18 247:15 255:18 271:25 272:23,24 287:25 314:24
**significantly**
81:2 255:14
**similar**
126:19 163:8 194:4 196:18 223:7,23 274:24
**similarly**
171:24 235:19 256:20 265:4 275:17 289:22 313:6
**simply**
32:14 116:21 128:1 146:15 169:15 172:17 208:17 214:18 233:14 236:7 238:3 242:1 247:4 266:13 268:16 308:1
**simulate**
173:4
**simulation**
282:13,21 284:1
**simultaneous**
120:12
**sin**
265:6
**single**
44:7 135:25 138:22 139:3 174:7 185:7 186:24 208:11 215:17 234:3 261:25 262:2,3 263:2 317:25
**sir**
52:18
**sites**
262:21
**situation**
81:15 83:8, 15 108:11 190:19 215:2 280:20
**situations**
83:21 88:2 280:2,17 303:6
**size**
49:10,14,18, 19,20 50:2, 6,14 95:22 188:5 189:3, 23 190:9 205:2 208:24 234:15
**slouching**
191:20
**small**
94:24 95:2 157:15 165:5 184:16 186:8 188:9 208:18 223:20 224:15 228:15
**smaller**
160:9 222:20 224:5 235:3
**sold**
157:19 158:12
**solely**
203:3
**solidified**
238:15
**solidify**
95:9
**someone's**
91:22 178:3
**sort**
9:17 31:7 32:4,9 41:4, 20,23 73:16 80:10 82:1, 5,20 83:13 84:23,24 95:18 100:23 105:18 107:2 127:20 130:13 138:17 147:17 148:20 155:11 175:23 180:18 181:3 189:9 199:11 201:3 205:9 222:13 224:25 228:22 236:19 246:11 303:14 314:12
**sought**
11:22 60:14 100:8

**sounds**
76:25 230:21 268:25
**source**
55:2,20 56:10 57:5, 17 72:7,21 87:23 99:16 126:22 175:9 200:14,15 228:11 276:22 282:24 294:2 305:10,25 318:6
**sources**
60:1 88:14, 15 104:19 105:14 227:14,21 235:17 238:13 243:1
**space**
56:15
**speak**
9:21 27:21 86:3 275:21 311:4
**speaker**
7:16
**speaking**
48:20 112:19 201:12
**specialist**
174:12
**specific**
28:6 29:23 31:8 35:22 40:12,13,16 41:3 42:16 43:22,23 45:14 52:7, 9,12 58:14 60:9 62:14, 15 66:4 71:14,18 72:5 76:1 79:19,21 83:15,19,20 85:5,16,23 88:17 95:12 96:19,20 103:6 113:21 114:25 116:24,25 117:10 118:7,17 120:24 122:24 130:5 147:7 149:23 155:22 167:18 172:6 173:24 181:13 184:3,14 190:9 212:15 213:7 229:21 241:14 242:22 243:12,22 244:10 246:13 247:3,20 277:7 282:2 288:6,19 289:18 290:17 292:2 297:3 298:9 301:14 303:15 306:1 307:25 308:2 318:25
**specific-**
76:18
**specifically**
33:4,18 42:18 44:20 60:14 68:13 70:7 76:18 81:15 87:15, 16 93:17 97:3 99:6 115:24 117:10 118:1 126:20 131:13 132:24 163:11,14,21 166:25 169:9 174:25 212:3 213:6 216:18 232:6,8 267:18,21 273:23 283:16 289:9,15 290:2 304:8, 12 305:5,6, 21,22
**specifics**
105:11 126:25 288:14
**specified**
127:6 249:9
**specify**
232:8 239:24 247:3 289:24
**specifying**
213:24
**spectrum**
236:24
**speculate**
138:13 152:1 154:9 179:22 184:6
**speculated**
315:16
**speculation**
135:18 138:12 160:24 312:23
**speeches**
320:4,6
**spend**
64:4,18
**spending**
18:1
**spent**
15:9,11 19:9 23:1,16
**spirit**
35:24
**spotlight**
7:17
**spotlighted**
7:15
**srotman@ hausfeld.com.**
298:20
**stabilize**
122:22
**stable**
161:24
**Staff**
53:13 75:7
**stage**
63:10 275:4
**Stand**
7:5 54:15 77:4 89:10 121:7 182:1, 6 230:25 269:5,15 292:23 309:3 319:19 320:20
**standalone**
186:9 196:11 215:6
**standard**
29:18,23 30:18 42:10 63:11 69:9 90:22 91:4 130:19 140:17 173:13 174:17 206:16 231:18 258:1 263:1 267:24 291:17,20
**standards**
245:14
**stands**
228:9

**start**
9:24 64:15
200:4
**started**
13:15 20:3
278:11
**starting**
115:3 160:1
180:4
**starts**
18:17 80:11,
19 110:23
160:2
**state**
7:2 32:2,14
49:17 110:19
134:19
171:10
182:20 186:8
207:8 211:8
213:24
235:16 239:2
244:20
248:12
250:2,8
265:8 268:3
272:22 277:4
280:12,14
301:3 304:2
314:17 315:8
**stated**
34:11 35:20
92:24 93:15
115:22 116:2
117:5 130:4
133:3 176:15
196:8 199:19
209:7 249:7
264:13
266:10
280:15
284:19
**statement**
35:24 50:3
55:12 81:11
96:13,14
108:4,5
110:24 115:2
125:16
147:20
201:16
202:18
203:13
211:15 222:9
228:22,23
229:11
230:18
234:24 235:1
246:8 251:25
255:13 261:9
272:20
276:17
277:20,21
284:25
290:11
301:23,24
303:20,25
306:12
312:18 314:8
**statements**
108:6 233:17
280:22
303:14
**states**
59:2 69:16,
22 70:3
72:6,8 94:10
110:25
113:19 115:4
146:9 157:1
213:16 235:2
248:16
267:21
284:22
285:18 293:5
297:20
300:14
**stating**
211:4 264:14
301:14
**statistical**
48:2,18,20,
25 49:8,9,
11,14 51:19
152:13 190:8
201:12,13
234:16
239:20
241:14
244:7,14
301:8 302:9,
11
**statistically**
46:18 47:18
49:21,25
50:4,7,12,
16,25 51:5,
12,20 52:4,
25 150:25
152:9
182:22,24
183:2 184:19
203:4,14,21,
24 206:1
239:9,18,19
240:1,10,21
241:6,7
242:13 244:1
246:16,18
247:15
255:18
271:24
272:23,24
314:24
**statistics**
31:18 46:7
**status**
86:16
**stay**
173:17 177:1
198:7 210:19
225:11
**stayed**
165:13
**step**
162:14 264:1
**Steve**
9:3 43:14
52:19 54:5
62:18 76:25
102:14
108:15
112:23 114:1
129:20
157:23
160:11
176:10
178:20
181:22 211:5
222:25 225:4
252:25
266:15 269:7
291:24
295:14
298:13
318:17
**stiff**
218:22
**stop**
16:16 45:17
200:4 309:18
318:11
**stopped**
168:18
**stops**
80:11
**stratificatio
n**
106:1
**stratified**
105:9
**stratifies**
193:1
**stratify**
167:1
**stratifying**
196:2 212:10
**Street**
10:9 14:1,2
**strength**
32:12 99:20
144:11,20
266:24
291:10
**strengths**
188:3
**stress**
118:8 119:6
**stretch**
175:22

**strict**
74:17
**strike**
24:9 26:2 32:18 33:22 68:16 113:9 119:9 128:9 129:9 131:25 137:16 176:21 245:22 257:2 258:19 285:24
**striking**
180:20
**strong**
233:16 262:7,8
**strongly**
288:17
**studied**
67:9 263:3
**studies**
31:20,21,23 32:1,8 33:10,11,12, 14,18 34:3, 12,21 35:17 36:4 37:2,3, 18,19,23,24 38:3,4,5,7, 15,19 40:3, 5,9,10,13 41:6 43:19 44:2,6,23 45:6 53:15 54:24 56:9, 17 59:19 66:3 68:12 69:2,7,9,10 70:15 72:6, 20 73:21,22 75:1,8 77:20 78:1 80:8 81:17 84:15 85:3 86:6,24 87:8,11,14 88:5,7,9 90:3,7 92:3, 6 93:19,25 94:24 95:2, 4,13,18 96:10,15,20 97:24 98:2, 4,22,25 99:1,3,4,9 100:13,18,24 101:5,12,14, 17,19,20 102:6,9,12, 21 103:5,19, 24 104:2,5, 11,25 105:1, 15,24 106:1, 14 107:21 109:6,12,15, 18,19 110:7, 11,16,24 111:1,23,25 112:12,13, 17,20 113:1, 3 116:3,14, 16,18,22 118:5,10,12, 14 119:2,3, 18 121:13 124:5 127:24 130:20 165:19,24 174:21 175:14 179:16 180:1,19,21, 23 181:1,20 188:18 192:3 196:18,25 197:6,11,24 198:16 199:2 200:13 201:4 203:8 210:1 212:15,17,22 215:10 227:10 228:25 229:13 231:17 233:4,14,18, 21,23 236:9, 21 237:13,18 238:7,16 241:4,12 242:7,9 244:3 246:14,23,25 247:14 250:17 251:6,12,15, 19 252:4,9, 10,12 254:2 256:24 257:15,18 258:8,23 259:1,7,12 263:15 264:25 265:7,10,12, 19,24 266:3, 4,8,9 267:18 268:21 270:10,19,23 273:14 274:1,6 275:23 276:24 281:3 282:2,5,7, 14,15,17,20, 22 283:5,18, 22 284:3,4, 13 288:13, 14,17,18 289:2,22,24 290:17 291:3 296:13 300:22 301:2 302:5,17 303:1,23 304:6,9,10, 18,19 306:14 307:11,12, 14,22,23 308:1,19,20
**study**
31:7,9,12, 15,25 36:25 41:21 43:20 45:21 46:1, 25 47:5 48:1,25 49:1,10,19, 22 50:2,6,15 51:6,22,25 53:1 56:3,21 57:9,14,21, 24 59:11,14 60:4,24 61:9 62:15 63:16 65:23 66:6, 12 67:9 68:20 69:1, 5,21 70:2,6, 7,10,22 71:4,5 73:5, 10 74:1,6,9, 19,22,24 75:10,15,22, 23 76:2,3,6, 12,17,19 77:25 79:8 80:16,17 81:24 82:21, 23 83:17,18 84:18,25 85:15,16,22, 25 86:4,17 87:15,19 88:18,20 92:8,9,13,14 93:1,6,7,20, 21,22 94:11, 19,21 95:7, 16,21 96:23, 24 97:1,20, 22 98:1 99:7,8,16,20 101:5 103:12 105:4,7,11, 12,16 106:8 107:1,2 119:8 121:12 124:22 125:1,8 127:8,16 130:2,9 131:7,23 132:20 133:6

136:17
140:15
147:14 149:5
150:15
151:16
153:12,24
157:2,5,12
160:7 162:5
163:2,12,14
165:16,24,25
166:1,6,20
167:4
169:11,13
170:18
172:22 173:8
174:22
175:3,12,13
183:13,16,22
184:21
186:1,24
187:2,3,23,
24 188:19,20
190:5,18,21,
25 191:15
192:4 193:17
194:9 195:9,
13,20 196:6,
12,17 197:23
198:10,16,20
199:14,18
200:13,25
201:1,20,22,
25 202:3,11,
19 203:7,18
204:10,15,
18,20 205:3,
7,8,25
206:22,24
207:4,25
208:4,18,21,
24 209:7,12
210:4,14,18,
20 211:9,10,
13,20 212:5,
20,21 213:10
214:3,12
215:6,17,20,
23 216:2,6,
10 217:6,11,
13 219:3,12
220:10
221:16 222:1
225:16,20,
23,25 226:2,
11,15,21
227:7,9
228:6,7,9,12
229:1 230:4,
5,9,10
231:6,10
232:7 233:24
234:3,18,24
235:25 236:1
239:1,25
240:2,3,15
241:14,19
242:16
243:11,21,25
244:10,16
245:7,10
246:8,11
247:3,7,19
248:5,8
249:18
250:13,20
251:11
252:17,22
253:2,14,16,
19,22 254:4,
13,17,25
255:2,7
257:8,17,19
258:2,7,15
259:10
261:11,14,
15,17,18,22,
25 263:4,5,
11,12 266:24
271:7 275:25
276:1 277:9
278:8,25
279:4,7
280:21
283:4,17
284:1,11
285:23
286:15
289:21
290:19,22
292:1 296:14
297:24,25
301:5,14,21
302:21
304:11,21,22
309:12
311:7,10,11
312:4 313:13
314:3,6,17,
18 315:3,25
316:2,4,23
317:2,4,8,9,
10,16,20,25
318:2,7,23,
24,25

**study's**
40:16 48:21
49:2 81:7
86:21 201:13
242:18

**studying**
61:24 62:16
63:9 91:20

**subanalyses**
105:23

**subgroup**
188:7,8
190:17

**subgroups**
250:24

**subject**
111:11 248:8
262:9

**subjective**
209:22

**subjectivity**
85:10

**subjects**
124:16

**submitted**
22:23 25:4
76:13

**subpoena**
309:8

**subpoenaed**
315:20

**subsequent**
39:7 218:1

**substantial**
110:12,13
115:19
134:22 209:6
301:7 302:18

**substantially**
107:24

**substantiates**
225:2

**substitutes**
314:2

**subtotal**
24:4

**subtotals**
24:16

**suddenly**
165:11

**suffering**
147:11

**sufficient**
66:18 84:24
95:22,23
96:7 97:15
176:18 188:6
205:2 219:8
263:16 265:6
282:23

**sufficiently**
67:3 201:21,
25 206:9

**suggest**
110:2 118:24
138:21
149:21 152:5
161:7 207:22
210:5 212:5
226:19 228:8
229:3 236:5
238:17
240:18
262:19 303:5
312:5

**suggested**
109:19
249:10

250:16
**suggesting**
169:5 201:5
**suggestion**
139:14
**suggestive**
136:23,24 314:4
**suggests**
118:11 144:13 175:23 213:1 265:2 289:18 291:9 313:8 314:14
**suitable**
312:4
**suited**
312:5
**sulphur**
278:17
**summarize**
125:7 259:15
**summary**
30:9,11 102:2 125:4 133:25 140:8 221:2 265:16
**Sunday**
26:23,25
**superficial**
62:25
**supplement**
197:18 296:11,15 298:14
**supplemental**
162:4 295:18
**supplementary**
156:15 157:18 192:12,19,20,23 193:11 207:11 208:6,13 209:17 295:22
**support**
8:8,12 32:15 34:15 40:15 42:4,20 55:17 71:1 110:20 189:14 190:5 197:24 209:3 210:21 211:12 213:13 233:9 243:18,24 244:3 255:24 256:6,12 261:13,17,21 268:21 272:25 283:24 291:3 295:8 318:3
**supported**
28:14 102:3,4 255:23 273:14
**supporting**
264:19
**supportive**
135:12 288:1,3 308:19
**supports**
28:8 32:3 71:19 211:14 227:11 245:13,21,24 246:17
**suppose**
69:2
**supposed**
82:10 159:2
**suppressant**
12:2,5 210:22 211:15,21 212:7 284:19 318:14
**suppressants**
281:3
**suppression**
211:24 214:10
**suppressive**
248:9,13
**sure**
25:2 29:22 47:13 61:12,17 76:19 79:10 90:10 97:11 144:21 147:1,20 152:1 157:25 163:15 171:5 179:1 181:22 191:19,22 202:10 204:15,19 205:10,13 206:16 209:13 243:2 246:14,24 260:5,12 292:10 296:11 308:24 310:2
**surmising**
314:13
**surprised**
165:8,10 211:20 307:24
**surprising**
229:2 316:8
**survey**
261:12 263:18 293:17
**surveying**
94:22
**survival**
130:21
**survivorship**
305:13
**susceptibility**
91:10,14,19,22 92:2
**suspect**
135:1 164:1,5,16 311:6
**sustained**
83:23
**swear**
8:12,16
**switch**
81:22 173:18 177:1,16,21,22 179:15,17 180:6 181:13,17
**switching**
80:23 81:2,6,16,23 82:5,11,13,22 83:8,16,24 177:10 178:10
**symptom**
147:9 171:1,2
**symptoms**
67:25 68:8 148:25 149:18,25 154:25 155:4,7,8,11 169:1 171:12,14,15 174:13,14 175:20
**syndrome**
85:13
**syntheses**
305:6,15
**synthesis**
305:5 307:9
**system**
69:16 70:2,20 71:9,19 87:21,23,24 88:3,6,17 143:1,10 308:12
**systematic**

37:10,22 39:8 115:6 261:19 301:20
**systematically**
37:8 39:3 102:1
**systems**
55:8,11 143:9

**T**

**table**
117:15 122:1,4 124:9 149:5, 6 151:7,15 152:16 156:12 157:18,23 158:7 159:8 160:2 164:15 167:19 169:4 178:18 192:19,20,23 193:12 208:6,13 209:17 217:14,15 218:9,18,20 219:21 220:6 222:19 224:3 228:13 230:11 244:24 259:15 271:10,14, 15,18 285:25 286:1 287:1 293:5 296:14,25 297:5,9
**tables**
162:4 296:22,23
**tablets**
146:9 226:24
**take**
7:22 25:15 35:9 76:23 78:24 88:21 98:11,12,17 121:2 133:10 135:13 142:12 143:7 145:21 146:4 162:13 172:15 173:23 178:23 181:21 191:14 200:3,10 205:14 214:11 218:25 222:15 225:5 230:20 238:21,23 246:22 247:23 252:16 263:24 266:15 268:23 274:20 275:10 278:13 291:25 295:11 298:11 299:15 308:22
**taken**
7:1 8:1 54:13 77:3 81:6 89:9 121:6 129:5 171:6 181:25 225:11 230:24 238:13 245:9 269:4 292:15 309:2 319:14 320:19
**takes**
24:3 167:20, 22 274:2,3 275:11,12
**taking**
32:1 78:22, 23 93:1 127:9 128:13 141:19 148:8 149:24 168:1,4,16, 22,24 169:18,19 171:11,14, 19,22 172:2 174:6,10,15 197:16 198:13 199:7,10,16 200:1,5 212:7
**talk**
54:6 81:13 279:20
**talked**
106:17 235:6
**talking**
47:22 62:16, 20,21 103:3 108:16,17 112:24 160:12 185:15 193:13 202:12 206:22 213:25 222:24 269:22 275:25 279:25 302:15
**target**
117:10 172:22
**task**
262:6 263:19 266:1 305:17 306:12,19
**tasked**
305:22
**team**
312:2 313:9
**teams**
314:4
**technical**
12:13
**technician**
8:7 12:21 13:6 89:3 158:3,6 191:24 218:24 248:1 252:19 278:18,23 294:6 299:5, 19 308:6
**Teleconference**
26:6
**tell**
118:20 127:3,7 128:11 130:8 152:6 153:20 162:10 163:1 175:10,11 176:25 247:9 266:16 269:7 296:17
**telling**
38:16 129:25 153:23 297:12
**tend**
35:17 197:1 210:6 287:17 288:10 290:9 314:10
**term**
28:2,15,17, 22 48:4 69:1 73:22 86:10

92:6 94:16 102:24 104:13,16,23 105:10 106:2,3,4 116:10,17,21 144:18 149:14 171:19,23 172:3,16 174:16 194:7 197:14 198:2,6,8 209:13,25 210:8 212:9, 12 214:8,11, 14 215:24 233:21 236:16 252:2

**terminology**
66:2 69:12 76:20 116:9, 15 119:2 120:21 121:1 267:11

**terms**
74:3 76:16 84:14 96:16 113:6 118:14 119:17,19 125:17 127:19 137:4,15 141:23 196:19 197:25 199:11 200:18 203:16 212:4 218:3 219:9, 13 223:4,7, 13 224:15,16 226:23 230:8 231:20 240:7 252:14 254:25 286:10 288:20

293:12 307:14

**tertiles**
270:4,24

**test**
75:17 148:20,21 243:22 244:23 246:19

**testified**
25:24 48:8 171:9 201:10 313:10

**testifying**
38:17

**testimony**
8:16 36:11 38:22,24 42:13 43:2 44:15 134:4 211:1 267:9 318:10

**testing**
148:13,16 149:4,16,23 152:18 189:10

**tests**
302:11

**text**
25:18 86:9

**textbook**
65:18 211:14

**Thakkar**
311:19

**thalidomide**
80:2

**thank**
8:21 9:2 191:23 278:23 299:6 320:24

**Thanks**
181:22

**theories**
139:16

**therapeutic**
80:24 148:21

**Therapeutics**
313:7

**therapy**
214:10

**thing**
9:17 82:20 97:20 136:20 152:15 215:9 223:3 276:19 277:22 279:25

**things**
49:13,14 56:2 64:14 66:19 91:5 96:21 99:5 107:6,15 152:5 231:23 268:11 283:1 308:18

**think**
13:1 23:14 28:10 29:1, 13,15,23 31:5 32:10 34:24 35:1, 6,15,22,23, 24 41:20 44:6,8 49:5 50:4,6 56:12,19 57:1,8,19,23 59:9,13 60:4,9,10 62:2,14 63:11,12,14, 15 65:22 66:3,12 67:8 69:6,10,12, 25 70:5,7,8, 11,17 71:11, 12,14,16,20, 22 72:2,4 73:12 74:5, 10,18 77:25 78:1,11,20,

25 79:14,19, 24 80:5,6, 14,15,16 81:15,20,25 82:2,12 83:6,7,10, 12,14,15,17 84:18 86:3, 5,24,25 87:4,7 88:1, 17 91:21 92:7,22 93:16 95:14 96:13,14,17, 19,20 97:2 98:2,18,21 99:18,22 100:3 101:8, 11 102:3,9 103:2,15,21 104:5,8,17, 21 105:25 107:1,3,14 108:5,10,11, 19,22 109:5, 14 111:10 112:7 114:23,24 115:1 116:18,20 120:21 122:17 124:2 132:5,10,15, 17 133:3,12 134:23 135:19 136:11,16 137:4,12,21 138:17,24 139:2,5,7 140:1 141:11 143:8 144:1, 12 145:15,17 147:4,14,17, 21 152:2,4 153:5,9 154:10 155:14 156:12,18

160:5,15
161:1,11
163:6,16,18
164:17,20
165:3
166:16,18,24
168:9,10,19
169:4,8,13
170:5,11,21
171:9,21
172:13
173:10,20,21
174:18
175:13,21,22
176:6,15,18
177:3,24
179:6,11,13,
18,21,23
180:1,14,20
181:3,9,10,
12,14,18
183:15,18
184:11 185:8
186:6,15,16,
23 187:1,3
188:18,22
189:6,9,11,
13,20,21,25
190:1,20
192:17
193:25
194:6,11
195:19,25
196:18
197:8,10,23
199:10,18
200:12
202:7,9,11
203:13,15
204:3,5
205:3,4,6,8,
9,12,17,22,
24 206:15,
18,24 208:1
209:2,14,15,
16,17,19,22,
25 210:9,14
211:8,18
212:2 213:7,
8,22,23
214:14,16
215:5 217:15
218:1,7,11
219:7 222:9,
10,18,19,20
223:2
224:10,25
225:1,14,21
226:9 228:5
229:10,12,
16,23 230:7
232:3 235:1,
5,6,8 236:19
237:15,25
239:20,24
240:5,14
241:23,25
242:2,11,15
243:14
244:24 246:4
247:7,12,18,
20 252:3,11
254:1,5
255:5 256:22
259:5 260:6
265:17
266:17
267:10
273:13,14
275:10,11,
12,17
280:11,19,21
282:16,22
283:3,23
286:21
287:8,9
289:20
290:16
293:18
295:16,17
296:3 297:24
301:3,13,15,
19,21,23
302:21,22,23
303:2,4,6,9,
13 304:14
305:25
307:17
310:16 313:4
314:2,13,14,
21 315:3
316:1,2,15,
18 318:1
319:2

**thinking**
79:3 96:25
199:25 222:8
263:9

**third**
51:24 58:9
72:23 177:17
221:8

**thought**
135:3 171:9
181:6 198:23
315:22

**thoughtful**
138:18

**thousand**
175:5

**three**
12:23 13:4
15:13 53:3
82:7 105:21
127:13
181:15
216:18
271:11 302:7

**threshold**
87:17 103:9
206:7

**tie**
71:5

**time**
8:3,11 9:21
15:8,11
17:25 18:1,8
19:15,20,24
21:14 22:16,
19 23:1,15
48:7 52:14
54:11,17
59:1,4,7
61:7 62:10,
13 64:3,20
67:4,15,20
68:20,21
69:1 77:1,6,
14,21 78:10,
15,24 79:5,
8,11,12,19
80:4 81:9
82:7,8
83:22,24
86:17 89:7,
12 91:2,7,8,
25 92:3 94:7
95:23 96:3,8
105:9,10
107:5
110:14,15
121:4,8
130:21 131:2
141:8 154:19
157:1 161:8,
14 162:22
163:20 164:1
165:1,8
170:4,23
174:11,14
178:1 179:24
180:2,3,15,
22 181:23
182:7 188:7
191:11
194:16
200:7,10,11
211:23
217:23
218:3,7
222:15,17
225:12
227:23
230:22 231:2
232:12
236:13
268:18
269:2,17
275:13
285:12
292:13,24
309:5 310:16
319:11,12,
21,24 320:1,
6,17,22

**time's** 308:25
**time-stratified** 192:25
**times** 17:1 22:7 44:15 45:22 46:2,4,25 47:2 53:1 126:9 127:8,13 129:16,18 183:14,22,24 253:11 254:1
**timing** 66:14 83:20 97:11 163:21 164:18
**tissue** 40:5
**title** 73:17
**today** 8:3 9:1,5 10:5 12:7 18:25 25:19 26:1 63:19 68:15 165:19 225:10 320:25
**Toledo** 17:4 26:13
**top** 30:12 58:8 75:4,5 159:7 192:19 217:15 219:25 246:13 247:4,7 309:21 310:22
**topic** 45:15 52:11
**total** 13:20 15:5 17:13 21:5 24:4,15 79:14 133:6 137:15 189:5 315:2
**totaled** 23:20
**totality** 29:15,16 32:22 136:17,25 188:17 225:1 228:10 234:4 256:22 314:22 315:2 318:1
**totalling** 19:18
**totals** 18:14
**toxicology** 40:4,13 116:12 263:15 265:3
**toxin** 92:5
**toxins** 103:5 108:7 112:10
**track** 141:19
**tracking** 179:8
**training** 31:14,17 32:6
**transcript** 9:20
**transcripts** 63:19,20
**treat** 68:8 150:1 155:12 170:25 171:2 214:6
**treated** 130:13 155:10
**treating** 175:17 259:10
**treatment** 122:22 134:25 141:20 143:15 173:25
**treatments** 71:25
**trend** 110:14,15 113:6 136:3,11,12 153:4 165:6 181:9 213:1 224:1,8,19,20 226:19 232:13,24 233:9 235:9,12 237:15 260:14 287:25 291:1 294:20
**trends** 109:16,17 135:22 179:24 180:15 181:5 196:19 232:18 234:1 235:19 238:10,11
**trendy** 224:25
**trial** 172:22,23,25 173:5,6,14 237:24
**trials** 307:10,16,22
**trouble** 24:2
**true** 22:25 32:15 35:24 45:21 46:2,25 47:8 49:7 52:1 70:14 94:11 95:11,19 146:10,13 164:6 183:13 184:22 202:13,23,24,25 203:1 205:1 214:18 235:7 247:13,18 248:19 258:12 273:15,17 276:11 277:5,19,20,21 280:23 281:19 290:14
**truth** 8:17,18
**try** 41:22 100:19 292:4
**trying** 28:6 36:8 43:21 49:6 62:2 66:23 80:6 81:24 97:4 98:24 140:20 203:17,18 205:14 214:22 228:8 229:7 231:25 242:23 286:23 293:20
**turn** 54:2 145:6 154:13 194:18 207:9 215:20 249:12
**twice** 98:12 120:13,14 291:13

**two**
11:7 16:12, 14 17:5,8 22:10,11 24:20,21 26:8,17,25 27:6 46:16 66:19 90:25 107:14 109:21 127:13 151:12 152:5 157:4 161:15 172:4 175:6 181:15 187:21 210:18 218:10,16 228:16 246:4 253:25 269:9 271:12 275:14 287:8,21 295:25 308:18

**type**
32:16 33:21 48:12 49:7 58:18 73:10 92:25 155:6 201:11,17 202:13,22 206:11 248:14 278:3 282:13,21 283:5,25 284:21 288:6,9,19 289:6 290:6 301:19 307:23

**types**
31:21 60:15 62:25 110:25 237:2

**typical**
22:16 91:17 103:22 105:1 126:12 132:6 319:2

**typically**
22:20 49:20 82:9 94:16 126:6,8,10 127:14 144:10 194:2 195:22 198:1 200:10 211:24,25 254:8

**typo**
220:8 222:11,20

**U**

**U.S.**
8:8,12 71:6 73:5 126:20 163:24 164:5 175:18 254:8 264:15 265:3,8 293:12,17,19 297:22 298:6 305:17 306:18

**Uh-huh**
53:17 115:15 159:21

**UK**
105:8 195:19 197:20 199:14 200:22,24 214:25 227:14 229:14,16,21

**ultimately**
44:4 70:11, 13 97:15 108:9 109:25 122:4 191:7 230:7

**unable**
130:24 195:5 207:17 295:5 311:23 312:14

**unbiased**
314:23

**unclear**
320:15

**uncommon**
247:10

**uncorrelated**
302:4

**underestimate**
277:19

**underestimating**
277:13

**underestimation**
276:11 277:5,15 301:7 302:18

**undergone**
149:23

**underlie**
41:25

**underlying**
149:11

**undermines**
201:23

**underpowered**
187:10 188:22 189:17 203:19,22 204:10,12, 16,20 205:25

**understand**
9:7,22 36:8 41:21 43:22 44:1 47:13 48:24 55:10 58:11 61:12 66:23 73:15 78:10 79:12 81:8 82:19 88:18 89:20 92:20 100:19 103:11,14 114:21 115:19 129:22 146:21 152:22 171:5 262:15 293:20

**understanding**
31:22 35:8 38:14 40:21 47:10 55:18 70:21 78:14 79:1,14,19 91:13 96:9 124:21 146:7,23 205:12 262:8 263:8 270:13 274:11 275:22 307:7,15

**Understood**
9:17,18,23 13:6

**undertake**
261:6

**unexposed**
99:12,25 130:14

**Unhaines**
297:24

**uniform**
72:1

**uninformative**
112:21

**uninterpretable**
314:14

**unique**
32:11,12 198:16

**United**
59:2 69:16, 22 70:3 72:8 113:19 146:9 157:1 248:16 284:22

285:18 293:5 297:20
**universally** 90:24
**unknown** 234:12
**unnecessary** 149:3
**unpow-** 206:9
**unrelated** 12:5
**unsurprising** 312:12
**unusual** 304:22
**uploaded** 299:23
**upper** 7:23 46:3 125:18 183:4,6,8 184:8 239:13
**Uptodate** 65:19
**upwards** 148:7
**Uruguay** 95:4,12
**usage** 106:5 125:18 126:4 139:19,21 144:4 226:7
**user** 107:12 170:3,4,5, 11,19 172:11,16 193:20 194:7 200:9,10 218:12 229:10 319:9
**users** 133:6,15 149:11 156:24 160:17 170:18 176:1,19 178:14,15 179:3,4 193:5,10,22, 23 194:17 197:4 212:1, 25 214:21 217:7 221:22 223:10,12 229:3 230:2 233:8 236:24 237:1 238:1 250:22 252:2 268:16 287:12,16 319:7
**USPSTF** 305:20,21 306:8,22 307:24
**usual** 103:18,20 194:1 214:23 238:5 291:11 319:4
**UTC** 8:4 54:12,18 77:1,6 89:7, 13 121:4,9 181:23 182:8 230:22 231:3 269:3,18 292:13,25 308:25 309:6 319:12,22 320:17,23
**utilization** 72:9
**utilized** 211:24,25
**utilizes** 306:19

**V**

**VA** 143:1,3,5,7
**vague** 29:21 43:8 49:4 50:10 57:18 60:17 62:1 65:25 69:23 70:4 71:10 79:9 81:19 83:5 86:23 96:12 102:23 115:21 116:23 122:10,16 123:23 138:11 171:4 173:19 179:10 202:6 204:1,14 206:3 215:25 228:18 241:1,11 246:3 320:15
**valid** 30:14,15 31:12 57:24 84:17 178:15 202:5 206:1 223:11,22 227:10 314:4
**validate** 56:3,10 57:5,17 249:23
**validated** 84:9 85:17 86:7 257:7
**validation** 85:6,8,24
**validity** 31:24 79:3 84:20,24 85:4 86:22 227:8,9 230:8
**validly** 223:15
**value** 111:22,24 112:2 140:15 186:9 191:5 219:13 242:5,12,20 260:12
**values** 45:20 94:25 183:12
**vantage** 259:6
**variable** 144:1 255:9
**variables** 270:10
**variations** 147:17
**varies** 84:18
**variety** 74:12
**various** 152:3 242:20 273:14 312:14
**vary** 63:14 240:2
**varying** 222:15,16 236:10 250:4
**vast** 149:17 156:23 213:9 214:9 275:3 282:7 320:14
**verify** 24:14 25:4 219:11 222:7
**versa** 228:7 287:16
**version** 121:22 122:3,8,13,

14,20
**versus**
99:12 147:3 161:13,22 162:6 163:4 169:23 170:12 172:23 173:2,6,15, 18 178:8,14 193:3 194:8, 10,11 195:6 200:23 207:18 210:3 223:16 243:16
**veterans**
143:5
**vice**
228:7 287:16
**Victor**
300:6
**victory**
205:6
**video**
7:15,16,19, 21,25 8:7 26:6 191:22
**videographer**
7:5 77:1,4 88:23 89:7, 10 121:4,7 181:23 182:1,6 191:17,18,21 230:22,25 269:2,5,12, 15 278:18,23 292:13,17, 20,23 294:6 299:5,19,22 300:1 308:6, 25 309:3 319:12,16,19 320:17,20
**view**
7:16,23 34:7 35:13 98:3 99:18 104:24 124:10 129:6 134:18 136:16,25 143:17 154:17 160:9 167:15 189:11 197:16 209:17 216:23 224:22 225:2 229:12 234:3 242:17 244:8 256:22,23 267:6
**viewed**
95:8 97:23 137:14 184:21 188:15 189:2 203:5 215:6 224:25
**violating**
144:21
**visible**
309:22
**visit**
82:17,18
**Vogelstein**
274:7
**volume**
115:13

**W**

**wait**
102:14 108:15 110:16 112:23 160:11 176:10 178:22 194:20 222:23,24 274:19 278:16 318:17
**waiting**
219:2
**want**
7:21 31:8 41:21 53:21 62:5,9 66:13,17,20 67:2 78:4,20 79:11 84:16 85:16 87:9 88:24 93:4 97:3,11,12 99:10 103:10 112:13 119:22 120:22 138:5 143:4 146:4 153:3 157:23 158:2,3 166:21 173:9 178:6 181:21 190:3,21 191:22 196:22 205:18 210:17 230:20 232:18 250:17 260:6 262:1 264:7, 11 268:23 289:1 292:8 298:15,18 302:24 316:18 319:16
**wanted**
106:16 173:6 222:7 249:14 255:20 281:13 293:1 314:22
**wanting**
152:22 225:25
**warned**
144:24
**warning**
144:16,21 145:1
**waste**
191:11
**way**
20:3 22:17 32:11 36:14 45:5 47:22, 24 48:7 64:21 67:12 86:7 93:8, 14,24 94:1 101:21 104:24 105:19 107:1 110:25 130:10 147:5 150:22 164:11 167:3 170:8,17,19 171:24 172:17 176:5,6 179:7 183:15,18 184:12 189:15,17 193:18 198:5,9 200:16 206:19 213:14,22 218:21 222:12 226:6,15 227:5 229:24 230:5 241:3 245:20 246:14 247:11,12 254:2,3,15 257:22 266:2 278:22 305:16 310:18 313:9 317:6 318:12

**ways**
70:10 82:4 86:25 91:19 95:12 215:10,11 227:15,16
**weaken**
197:1
**weakening**
213:2
**weaker**
136:9 291:4
**weakest**
181:1
**week**
27:8,10 36:16,23 127:8 128:14 199:24 200:2 253:11 271:11,12
**weeks**
144:14 199:24 200:2,8 210:22 211:16,23 213:17 214:13 225:11 226:7 229:9,23
**weigh**
136:12 233:25
**weighed**
136:1,12 315:3
**weight**
135:9 184:14 190:16
**weighted**
122:23 288:17
**well-conducted**
34:3 36:4
**well-designed**
34:2 36:4
**well-established**
180:1
**well-powered**
34:2
**went**
35:15 111:17 158:23 184:7,9 208:7 228:16 288:8
**wide**
185:8
**widely**
85:13 248:15 284:22
**win-**
65:23
**window**
61:5,10,13, 23 65:24 68:7 77:14, 21 78:10,15 79:5 80:3 91:13,25
**windows**
61:20 91:10, 18,21 92:2 96:3
**wise**
214:18
**withdraw**
113:24
**withdrawal**
141:10 272:3
**withdrawing**
102:16,17
**witness**
7:15,17,20 8:13,20 43:15 48:8 50:19 52:15 57:13,14 62:19,22 64:1 72:24 108:18 159:3 191:20 211:2 320:2,11
**witness'**
7:21 36:11 38:24 43:2 45:4 134:4
**witness-only**
7:14
**witnesses**
63:20
**women**
255:14
**word**
64:14 74:17, 23 116:5 118:25 125:8 296:23
**words**
9:14,16 90:11 110:1 111:21 125:10,12 284:4
**work**
10:24,25 11:1,4,13 14:5 17:3 18:9 19:9 20:7,13 21:9,15,23 36:18 37:22, 24 84:16 141:21 177:15 246:23 274:7 300:9
**worked**
14:13
**working**
13:15 19:14 22:14 92:15 93:17 111:15 112:7,18,19 177:20 178:5 265:1 270:21
**works**
141:21
**world**
71:8 87:9 89:21 95:14 109:13 112:3 267:4 304:7 305:9
**worldwide**
175:16 285:16
**write**
43:10 48:20 49:9 221:12, 15
**writes**
312:7
**writing**
12:25 20:3 37:24 42:23 43:6
**written**
39:4 294:24
**wrong**
194:19 281:12
**wrote**
36:2 37:9 45:19,25 46:16 47:16 77:13 183:11 251:9,10 254:18 271:19 273:9 276:10 285:9,15 286:15 288:5 294:18 295:4 301:6 311:23 317:9

## Y

**Y-O-O-D**
299:21
**yeah**
13:2 17:18 25:1,14 51:10,16

54:9,19
62:22 72:22,
25 74:24
75:22 108:18
110:7 130:4
133:13 134:5
162:17
182:11
194:22,23
201:9 207:4
218:24
230:21
269:9,11
281:13,14
293:3 294:25
295:11,13,24
296:2 298:16
309:22
319:18

**year**
19:12 24:4,5
65:12 150:19
158:14
207:24 285:9
286:17

**yearly**
24:16

**years**
11:16,20
24:20 31:14
65:7 80:3
104:4 105:5
106:9,15
107:24,25
109:12,22
110:3,7,9,17
111:4 112:1,
4,12,13
113:11,22
124:18
130:9,12,15,
23 131:4,16
134:20
139:19,21,22
140:1,18,24
157:20
158:11
160:23
161:18
164:14
165:9,14,20
166:12
167:1,2,9,
23,24 168:6,
22 169:18
170:3 171:8
175:6,25
176:2,17
182:14,18
183:4,8
184:13,14
185:11,12,18
186:1,2,7,
10,20
187:15,22,24
189:4,6
192:5 193:2,
4,12,13,14
195:14
200:10
206:23 207:5
208:5,8,9,
11,14,19,20,
22 209:1,5,
19 210:24
211:17 212:4
213:19
216:4,25
217:4,8,13,
17 219:9,13
225:12
226:12,23
228:16,20
232:9,22,23
233:5 235:23
236:6,17
237:1,20
251:4,11,15,
24 252:7
253:8 254:21
259:16,17,
20,21,25
260:1
274:16,17,21
275:11,14,15
286:3,10
296:9 297:20
298:1 300:18

**yellow**
219:21

**yesterday**
26:4,16,19,
23

**Yood**
281:5 282:14
283:12
284:1,11
299:18

**Yoon**
281:7

**Z**

**Zang**
252:16

**Zantac**
8:5 33:18
109:8,18
113:7 116:4
119:18
177:14 209:4
210:11 213:4
214:22
215:1,16
224:23
226:12
227:12
231:11 237:4
238:4,16
242:25
262:1,23
318:4

**Zoe**
11:18

**zoom**
12:11 26:6,
17 191:13